```
Client Number:   4642                 Grace Asbestos Personal Injury Claimants                                              Page:    1
Matter     000                        Disbursements                                                                         9/25/2006
                                                                                                                       Print Date/Time:
                                                                                                                            09/25/2006
Attn:                                                                                                                       11:15:01AM
                                                                                                                            Invoice #
                                               PREBILL  / CONTROL  REPORT
                                                     Trans Date Range:  1/1/1950  to: 8/31/2006
Matter     000
Disbursements
Bill Cycle:         Monthly            Style:        i1         Start:      4/16/2001
                                                                    Last Billed : 8/30/2006                       13,655




  Trust Amount Available

                                  Total Expenses Billed To Date        $554,650.09

                                                                  Billing Empl:        0120       Elihu   Inselbuch
                                                                  Responsible Empl:    0120       Elihu   Inselbuch
                                                                  Alternate Empl:      0120       Elihu   Inselbuch
                                                                  Originating Empl:    0120       Elihu   Inselbuch




Summary    by Employee
                                              ---------- A C T U A L ----------          ---------- B I L L I N G---------
  Empl     Initials   Name                        Hours              Amount                   Hours              Amount

  0020     PVL        Peter Van N Lockwood          0.00             489.00                    0.00             335.00
  0120     EI         Elihu  Inselbuch              0.00           1,334.83                    0.00           1,334.83
  0187     NDF        Nathan D Finch                0.00           5,746.71                    0.00           5,746.71
  0199     ADK        Andrew D Katznelson           0.00              15.10                    0.00              15.10
  0220     SKL        Suzanne K Lurie               0.00             199.30                    0.00             199.30
  0232     LK         Lauren  Karastergiou          0.00               2.30                    0.00               2.30
  0237     SRB        Sidney R Barnes               0.00              33.00                    0.00              33.00
  0308     DBS        David B Smith                 0.00           2,634.00                    0.00           2,634.00
  0317     JAL        Jeffrey A Liesemer            0.00             753.34                    0.00             520.34
  0327     ALV        Adam L VanGrack               0.00           1,503.80                    0.00           1,503.80
  0337     EGB        Erroll G Butts                0.00             661.47                    0.00             661.47
  0999     C&D        Caplin &. Drysdale            0.00           3,149.63                    0.00           3,149.63
                                                    0.00          16,522.48                    0.00          16,135.48
Total Fees




Summary    by Employee
                                              ---------- A C T U A L ----------          ---------- B I L L I N G---------
  Empl     Initials   Name                    Rate         Hours         Amount          Rate        Hours          Amount

Total Fees




Detail Time / Expense  by  Date
                                                                               ---------- A C T U A L ----------   ---------- B I L L I N G---------
  TransNo.    Description              TransType  Trans Date    Work Empl      Rate    Hours      Amount           Rate   Hours    Amount    Cumulative

  1982880     Photocopy                    E      08/01/2006    0999    C&D            0.00       $20.30                  0.00    $20.30       20.30
  1982881     Photocopy                    E      08/01/2006    0220    SKL            0.00       $70.30                  0.00    $70.30       90.60
```

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                              Page: 1

Matter      000                        Disbursements                                                                                9/25/2006
                                                                                                                              Print Date/Time:
                                                                                                                                   09/25/2006
                                                                                                                                  11:15:01AM
Attn:                                                                                                                              Invoice #
```

| ID | Description | E | Date | Code | Init | | Amount | | Amount | Inv# |
|---|---|---|---|---|---|---|---|---|---|---|
| 1982907 | Photocopy | E | 08/01/2006 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 91.00 |
| 1983829 | Federal Express to Dan Relles from JAL on 7/17 | E | 08/02/2006 | 0317 | JAL | 0.00 | $20.38 | 0.00 | $20.38 | 111.38 |
| 1984616 | Photocopy | E | 08/02/2006 | 0999 | C&D | 0.00 | $27.80 | 0.00 | $27.80 | 139.18 |
| 1984658 | ADA Travel   PVNL 7/24 travel to Wilmington   (coach fare $170.00) | E | 08/03/2006 | 0020 | PVL | 0.00 | $293.00 | 0.00 | $170.00 | 309.18 |
| 1984659 | ADA Travel    Agency fee on PVNL 7/24 travel to Wilmington   (coach fare $170.00) | E | 08/03/2006 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 349.18 |
| 1984660 | ADA Travel    JAL 7/24 travel to Wilmington   (coach fare $170.00) | E | 08/03/2006 | 0317 | JAL | 0.00 | $293.00 | 0.00 | $170.00 | 519.18 |
| 1984661 | ADA Travel   Agency fee on  JAL 7/24 travel to Wilmington | E | 08/03/2006 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 559.18 |
| 1984774 | Equitrac - Long Distance to 8432169394 | E | 08/03/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 559.23 |
| 1984898 | Postage | E | 08/03/2006 | 0317 | JAL | 0.00 | $1.35 | 0.00 | $1.35 | 560.58 |
| 1985110 | Photocopy | E | 08/04/2006 | 0308 | DBS | 0.00 | $8.20 | 0.00 | $8.20 | 568.78 |
| 1985154 | Photocopy | E | 08/04/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 569.98 |
| 1985344 | Photocopy | E | 08/07/2006 | 0220 | SKL | 0.00 | $10.40 | 0.00 | $10.40 | 580.38 |
| 1985350 | Photocopy | E | 08/07/2006 | 0220 | SKL | 0.00 | $24.20 | 0.00 | $24.20 | 604.58 |
| 1985397 | Photocopy | E | 08/07/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 605.78 |
| 1986348 | Equitrac - Long Distance to 3053756157 | E | 08/09/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 605.93 |
| 1986552 | Photocopy | E | 08/09/2006 | 0308 | DBS | 0.00 | $56.10 | 0.00 | $56.10 | 662.03 |
| 1986042 | Federal Express to Katie Hemming from EI on 7/25 | E | 08/10/2006 | 0120 | EI | 0.00 | $8.38 | 0.00 | $8.38 | 670.41 |
| 1986259 | Document Tech;  Scanning B work; IMG - OCR | E | 08/11/2006 | 0308 | DBS | 0.00 | $2,009.06 | 0.00 | $2,009.06 | 2,679.47 |
| 1986731 | Photocopy | E | 08/11/2006 | 0999 | C&D | 0.00 | $6.80 | 0.00 | $6.80 | 2,686.27 |
| 1986741 | Photocopy | E | 08/11/2006 | 0327 | ALV | 0.00 | $3.80 | 0.00 | $3.80 | 2,690.07 |
| 1987024 | Equitrac - Long Distance to 4159624402 | E | 08/14/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 2,690.12 |
| 1987025 | Equitrac - Long Distance to 7708663200 | E | 08/14/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 2,690.18 |
| 1987042 | Equitrac - Long Distance to 4159624402 | E | 08/14/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 2,690.23 |
| 1987046 | Equitrac - Long Distance to 2108245600 | E | 08/14/2006 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 2,690.35 |
| 1987108 | Photocopy | E | 08/14/2006 | 0232 | LK | 0.00 | $2.30 | 0.00 | $2.30 | 2,692.65 |
| 1987139 | Photocopy | E | 08/14/2006 | 0999 | C&D | 0.00 | $13.30 | 0.00 | $13.30 | 2,705.95 |
| 1987253 | Snyder Miller & Orton;  Services rendered through 7/31 | E | 08/15/2006 | 0187 | NDF | 0.00 | $5,491.00 | 0.00 | $5,491.00 | 8,196.95 |
| 1987417 | Equitrac - Long Distance to 2123197125 | E | 08/15/2006 | 0999 | C&D | 0.00 | $0.63 | 0.00 | $0.63 | 8,197.58 |
| 1987536 | Photocopy | E | 08/15/2006 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 8,198.18 |
| 1987563 | Photocopy | E | 08/15/2006 | 0999 | C&D | 0.00 | $56.70 | 0.00 | $56.70 | 8,254.88 |
| 1987614 | Photocopy | E | 08/15/2006 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 8,254.98 |
| 1987662 | Postage | E | 08/15/2006 | 0187 | NDF | 0.00 | $0.39 | 0.00 | $0.39 | 8,255.37 |
| 1987783 | Equitrac - Long Distance to 3025479887 | E | 08/16/2006 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 8,255.81 |
| 1987788 | Equitrac - Long Distance to 5124764394 | E | 08/16/2006 | 0999 | C&D | 0.00 | $0.33 | 0.00 | $0.33 | 8,256.14 |
| 1987814 | Equitrac - Long Distance to 3128613295 | E | 08/16/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 8,256.20 |
| 1987858 | Photocopy | E | 08/16/2006 | 0237 | SRB | 0.00 | $1.60 | 0.00 | $1.60 | 8,257.80 |
| 1987859 | Photocopy | E | 08/16/2006 | 0237 | SRB | 0.00 | $5.00 | 0.00 | $5.00 | 8,262.80 |
| 1987880 | Photocopy | E | 08/16/2006 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 8,263.40 |
| 1987893 | Photocopy | E | 08/16/2006 | 0237 | SRB | 0.00 | $25.60 | 0.00 | $25.60 | 8,289.00 |
| 1987896 | Photocopy | E | 08/16/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 8,289.10 |
| 1987900 | Photocopy | E | 08/16/2006 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 8,289.30 |
| 1987901 | Photocopy | E | 08/16/2006 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 8,289.50 |
| 1987902 | Photocopy | E | 08/16/2006 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 8,289.70 |
| 1987939 | Photocopy | E | 08/16/2006 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 8,289.80 |
| 1987963 | Postage | E | 08/17/2006 | 0317 | JAL | 0.00 | $1.83 | 0.00 | $1.83 | 8,291.63 |
| 1988116 | Document Tech;  CD duplication | E | 08/17/2006 | 0308 | DBS | 0.00 | $206.21 | 0.00 | $206.21 | 8,497.84 |
| 1988129 | Pacer Service; Online usage 4/1/06 thru 6/30/06 | E | 08/17/2006 | 0120 | EI | 0.00 | $31.28 | 0.00 | $31.28 | 8,529.12 |
| 1988350 | Equitrac - Long Distance to 3024261900 | E | 08/17/2006 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 8,529.35 |
| 1988351 | Equitrac - Long Distance to 8432169215 | E | 08/17/2006 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 8,529.52 |
| 1988352 | Equitrac - Long Distance to 6182592222 | E | 08/17/2006 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 8,529.59 |
| 1988354 | Equitrac - Long Distance to 2149694910 | E | 08/17/2006 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 8,529.87 |
| 1988358 | Equitrac - Long Distance to 5108322980 | E | 08/17/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 8,529.92 |
| 1988360 | Equitrac - Long Distance to 2288753175 | E | 08/17/2006 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 8,529.99 |
| 1988366 | Equitrac - Long Distance to 3128613295 | E | 08/17/2006 | 0999 | C&D | 0.00 | $0.43 | 0.00 | $0.43 | 8,530.42 |
| 1988369 | Equitrac - Long Distance to 3024261900 | E | 08/17/2006 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 8,530.65 |
| 1988387 | Photocopy | E | 08/17/2006 | 0237 | SRB | 0.00 | $0.10 | 0.00 | $0.10 | 8,530.75 |
| 1988474 | Photocopy | E | 08/17/2006 | 0308 | DBS | 0.00 | $0.30 | 0.00 | $0.30 | 8,531.05 |
| 1988539 | Pacer Service Center for 2nd quarter usage | E | 08/18/2006 | 0999 | C&D | 0.00 | $46.64 | 0.00 | $46.64 | 8,577.69 |
| 1988549 | EI;  Travel expenses to Wilmington, DE for hearing on 7/24  for economy class air fare to Philadelphia, PA to Islip, NY | E | 08/18/2006 | 0120 | EI | 0.00 | $986.60 | 0.00 | $986.60 | 9,564.29 |
| 1988550 | EI;  Travel expenses to Wilmington, DE for hearing on 7/24   for economy class air fare to Philadelphia, PA to Islip, NY (agency fee) | E | 08/18/2006 | 0120 | EI | 0.00 | $45.00 | 0.00 | $45.00 | 9,609.29 |
| 1988551 | EI;  Travel expenses to Wilmington, DE for hearing on 7/24   Roundtrip car service from Islip, NY to airport and return | E | 08/18/2006 | 0120 | EI | 0.00 | $240.00 | 0.00 | $240.00 | 9,849.29 |

**Client Number: 4642**              **Grace Asbestos Personal Injury Claimants**                                    Page: 1

**Matter    000**                        **Disbursements**                                                          9/25/2006
Print Date/Time:
09/25/2006
11:15:01AM

Attn:                                                                                                          Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Total | Running |
|---|---|---|---|---|---|---|---|---|---|---|
| 1988566 | Access Litigation; Database hosting on FYI | E | 08/18/2006 | 0337 | EGB | 0.00 | $661.47 | 0.00 | $661.47 | 10,510.76 |
| 1988723 | Equitrac - Long Distance to 3024261900 | E | 08/18/2006 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 10,510.85 |
| 1988727 | Equitrac - Long Distance to 3024261900 | E | 08/18/2006 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 10,511.07 |
| 1988734 | Equitrac - Long Distance to 4153346252 | E | 08/18/2006 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 10,511.18 |
| 1988757 | Photocopy | E | 08/18/2006 | 0237 | SRB | 0.00 | $0.30 | 0.00 | $0.30 | 10,511.48 |
| 1988788 | Photocopy | E | 08/18/2006 | 0237 | SRB | 0.00 | $0.30 | 0.00 | $0.30 | 10,511.78 |
| 1988968 | Lasership to Orrick, Herrington & Sutcliff on 8/8 | E | 08/21/2006 | 0999 | C&D | 0.00 | $7.99 | 0.00 | $7.99 | 10,519.77 |
| 1988973 | Lasership to Orrick, Herrington & Sutcliff | E | 08/21/2006 | 0999 | C&D | 0.00 | $15.99 | 0.00 | $15.99 | 10,535.76 |
| 1988986 | Equitrac - Long Distance to 4065428851 | E | 08/21/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 10,535.81 |
| 1989035 | Photocopy | E | 08/21/2006 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 10,536.01 |
| 1989277 | Photocopy | E | 08/22/2006 | 0237 | SRB | 0.00 | $0.10 | 0.00 | $0.10 | 10,536.11 |
| 1989384 | Equitrac - Long Distance to 2123199240 | E | 08/22/2006 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 10,536.25 |
| 1989397 | Equitrac - Long Distance to 2123199240 | E | 08/22/2006 | 0999 | C&D | 0.00 | $2.23 | 0.00 | $2.23 | 10,538.48 |
| 1989435 | Equitrac - Long Distance to 4127211104 | E | 08/22/2006 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 10,538.66 |
| 1989687 | Equitrac - Long Distance to 2123197125 | E | 08/23/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 10,538.96 |
| 1989703 | Equitrac - Long Distance to 8432169198 | E | 08/23/2006 | 0999 | C&D | 0.00 | $0.26 | 0.00 | $0.26 | 10,539.22 |
| 1989736 | Photocopy | E | 08/23/2006 | 0999 | C&D | 0.00 | $27.90 | 0.00 | $27.90 | 10,567.12 |
| 1989737 | Photocopy | E | 08/23/2006 | 0999 | C&D | 0.00 | $13.30 | 0.00 | $13.30 | 10,580.42 |
| 1989744 | Photocopy | E | 08/23/2006 | 0999 | C&D | 0.00 | $214.40 | 0.00 | $214.40 | 10,794.82 |
| 1989746 | Photocopy | E | 08/23/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 10,796.02 |
| 1990369 | Photocopy | E | 08/24/2006 | 0308 | DBS | 0.00 | $152.90 | 0.00 | $152.90 | 10,948.92 |
| 1990506 | Premiere Global Service; Conference calls service by NDF | E | 08/24/2006 | 0187 | NDF | 0.00 | $24.87 | 0.00 | $24.87 | 10,973.79 |
| 1990809 | Photocopy | E | 08/25/2006 | 0308 | DBS | 0.00 | $15.40 | 0.00 | $15.40 | 10,989.19 |
| 1990822 | Photocopy | E | 08/25/2006 | 0999 | C&D | 0.00 | $148.80 | 0.00 | $148.80 | 11,137.99 |
| 1990840 | Photocopy | E | 08/25/2006 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 11,138.09 |
| 1990872 | Fax Transmission to 512145201181 | E | 08/25/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 11,138.54 |
| 1990873 | Fax Transmission to 512148248100 | E | 08/25/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 11,138.99 |
| 1990874 | Fax Transmission to 517136501400 | E | 08/25/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 11,139.44 |
| 1990875 | Fax Transmission to 513125516759 | E | 08/25/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 11,139.89 |
| 1990876 | Fax Transmission to 514067527124 | E | 08/25/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 11,140.34 |
| 1990877 | Fax Transmission to 513026565875 | E | 08/25/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 11,140.79 |
| 1990878 | Fax Transmission to 515108354913 | E | 08/25/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 11,141.24 |
| 1990879 | Fax Transmission to 512165750799 | E | 08/25/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 11,141.69 |
| 1990880 | Fax Transmission to 514124718308 | E | 08/25/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 11,141.99 |
| 1990881 | Fax Transmission to 512123440994 | E | 08/25/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 11,142.44 |
| 1990882 | Fax Transmission to 513024269947 | E | 08/25/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 11,142.89 |
| 1990883 | Fax Transmission to 518432169450 | E | 08/25/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 11,143.34 |
| 1990884 | Fax Transmission to 518432169290 | E | 08/25/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 11,143.79 |
| 1990885 | Fax Transmission to 514122615066 | E | 08/25/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 11,144.24 |
| 1990886 | Fax Transmission to 514124718308 | E | 08/25/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 11,144.39 |
| 1990949 | NYO Long Distance Telephone/Conference Calls Re: Negotiating Subcommittee Call on 5/5 | E | 08/28/2006 | 0999 | C&D | 0.00 | $139.87 | 0.00 | $139.87 | 11,284.26 |
| 1990961 | NYO Long Distance Telephone/Conference Calls Re: dial-ins during mediation discussions on 5/16 | E | 08/28/2006 | 0999 | C&D | 0.00 | $474.28 | 0.00 | $474.28 | 11,758.54 |
| 1990962 | NYO Long Distance Telephone/Conference Calls Re: dial-ins during mediation discussions on 5/16 | E | 08/28/2006 | 0999 | C&D | 0.00 | $12.07 | 0.00 | $12.07 | 11,770.61 |
| 1990963 | NYO Long Distance Telephone/Conference Calls Re: dial-ins during mediation discussions on 5/16 | E | 08/28/2006 | 0999 | C&D | 0.00 | $142.71 | 0.00 | $142.71 | 11,913.32 |
| 1990967 | NYO Long Distance Telephone/Conference Calls Re: Committee Conf. Call on 6/13 | E | 08/28/2006 | 0999 | C&D | 0.00 | $281.87 | 0.00 | $281.87 | 12,195.19 |
| 1991282 | Equitrac - Long Distance to 2123197125 | E | 08/28/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 12,195.25 |
| 1991309 | Equitrac - Long Distance to 2123199240 | E | 08/28/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 12,195.30 |
| 1991334 | Photocopy | E | 08/28/2006 | 0220 | SKL | 0.00 | $31.20 | 0.00 | $31.20 | 12,226.50 |
| 1991343 | Photocopy | E | 08/28/2006 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00 | 12,229.50 |
| 1991346 | Photocopy | E | 08/28/2006 | 0999 | C&D | 0.00 | $59.50 | 0.00 | $59.50 | 12,289.00 |
| 1991352 | Photocopy | E | 08/28/2006 | 0999 | C&D | 0.00 | $6.60 | 0.00 | $6.60 | 12,295.60 |
| 1991369 | Photocopy | E | 08/28/2006 | 0999 | C&D | 0.00 | $31.20 | 0.00 | $31.20 | 12,326.80 |
| 1991370 | Photocopy | E | 08/28/2006 | 0220 | SKL | 0.00 | $11.40 | 0.00 | $11.40 | 12,338.20 |
| 1991375 | Photocopy | E | 08/28/2006 | 0220 | SKL | 0.00 | $11.40 | 0.00 | $11.40 | 12,349.60 |
| 1991388 | Photocopy | E | 08/28/2006 | 0199 | ADK | 0.00 | $0.10 | 0.00 | $0.10 | 12,349.70 |
| 1991390 | Photocopy | E | 08/28/2006 | 0199 | ADK | 0.00 | $6.30 | 0.00 | $6.30 | 12,356.00 |
| 1991399 | Photocopy | E | 08/28/2006 | 0199 | ADK | 0.00 | $1.30 | 0.00 | $1.30 | 12,357.30 |
| 1991410 | Photocopy | E | 08/28/2006 | 0220 | SKL | 0.00 | $33.00 | 0.00 | $33.00 | 12,390.30 |
| 1991411 | Photocopy | E | 08/28/2006 | 0199 | ADK | 0.00 | $5.80 | 0.00 | $5.80 | 12,396.10 |
| 1991414 | Photocopy | E | 08/28/2006 | 0999 | C&D | 0.00 | $85.30 | 0.00 | $85.30 | 12,481.40 |
| 1991416 | Photocopy | E | 08/28/2006 | 0999 | C&D | 0.00 | $1.60 | 0.00 | $1.60 | 12,483.00 |
| 1991423 | Photocopy | E | 08/28/2006 | 0199 | ADK | 0.00 | $1.60 | 0.00 | $1.60 | 12,484.60 |
| 1991498 | Petty Cash  PVNL return train ticket (coach fare $98.00) from Wilmington on 8/22 | E | 08/29/2006 | 0020 | PVL | 0.00 | $129.00 | 0.00 | $98.00 | 12,582.60 |
| 1991499 | Petty Cash  PVNL cabs and parking on travel to Wilmington on 8/21-22 | E | 08/29/2006 | 0020 | PVL | 0.00 | $24.00 | 0.00 | $24.00 | 12,606.60 |

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| **Matter    000** | **Disbursements** | | | | | | | | 9/25/2006 |
| | | | | | | | | | Print Date/Time: |
| | | | | | | | | | 09/25/2006 |
| | | | | | | | | | 11:15:01AM |
| Attn: | | | | | | | | | Invoice # |
| 1991500 | Petty Cash   PVNL meal in Wilmington on 8/21-22 | E | 08/29/2006 | 0020 | PVL | 0.00 | $3.00 | 0.00 | $3.00 | 12,609.60 |
| 1991506 | Petty Cash   Working lunch on 7/28 for NDF and JAL | E | 08/29/2006 | 0187 | NDF | 0.00 | $85.23 | 0.00 | $85.23 | 12,694.83 |
| 1991507 | Petty Cash   Cab expense for JAL on travel to Wilmington for hearing on 8/21 | E | 08/29/2006 | 0317 | JAL | 0.00 | $28.00 | 0.00 | $28.00 | 12,722.83 |
| 1991508 | Petty Cash   JAL meal expense on travel to Wilmington for hearing on 8/21 | E | 08/29/2006 | 0317 | JAL | 0.00 | $10.50 | 0.00 | $10.50 | 12,733.33 |
| 1991509 | Petty Cash   To reimburse JAL for cell phone conference call made with NDF and FCR on 7/31 | E | 08/29/2006 | 0317 | JAL | 0.00 | $17.28 | 0.00 | $17.28 | 12,750.61 |
| 1991512 | Petty Cash   Cab to train station for JAL for travel to Omnibus hearing on 7/24 in Wilmington | E | 08/29/2006 | 0317 | JAL | 0.00 | $8.00 | 0.00 | $8.00 | 12,758.61 |
| 1991527 | Federal Express to Warren Smith from EI on 8/16 | E | 08/29/2006 | 0120 | EI | 0.00 | $17.69 | 0.00 | $17.69 | 12,776.30 |
| 1991534 | Air Freight & Express Mail | E | 08/29/2006 | 0120 | EI | 0.00 | $5.88 | 0.00 | $5.88 | 12,782.18 |
| 1991538 | Lawsons Gourmet;  NDF client meeting on 8/29 with ALV,JAL,Hurfund,Esserman,Rich,Jacobs, Meyers,Wilson, Methany, Bradley, Kendall, Siegel, Ramsey, Herrick, Kizis and Laine (?) | E | 08/29/2006 | 0187 | NDF | 0.00 | $145.22 | 0.00 | $145.22 | 12,927.40 |
| 1991620 | Photocopy | E | 08/29/2006 | 0308 | DBS | 0.00 | $16.50 | 0.00 | $16.50 | 12,943.90 |
| 1991625 | Photocopy | E | 08/29/2006 | 0308 | DBS | 0.00 | $119.20 | 0.00 | $119.20 | 13,063.10 |
| 1991676 | Photocopy | E | 08/29/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 13,063.20 |
| 1991904 | Database Research/Lexis Charges for 7/27/06-8/27/06 By: DBS 7/31 | E | 08/30/2006 | 0999 | C&D | 0.00 | $365.12 | 0.00 | $365.12 | 13,428.32 |
| 1991919 | ADA Travel  for JAL to Wilmington on 8/21 (coach fare 183.00) | E | 08/30/2006 | 0317 | JAL | 0.00 | $293.00 | 0.00 | $183.00 | 13,611.32 |
| 1991920 | ADA Travel   (agency fee)    for JAL to Wilmington on 8/21   (coach fare 183.00) | E | 08/30/2006 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 13,651.32 |
| 1991929 | Albert Donnay;   CD of Castleman files | E | 08/30/2006 | 0327 | ALV | 0.00 | $1,500.00 | 0.00 | $1,500.00 | 15,151.32 |
| 1992005 | Photocopy | E | 08/30/2006 | 0220 | SKL | 0.00 | $4.20 | 0.00 | $4.20 | 15,155.52 |
| 1992588 | Federal Express to Don Relles from DBS on 8/16 | E | 08/31/2006 | 0308 | DBS | 0.00 | $49.83 | 0.00 | $49.83 | 15,205.35 |
| 1993186 | Xeroxing | E | 08/31/2006 | 0999 | C&D | 0.00 | $6.60 | 0.00 | $6.60 | 15,211.95 |
| 1994700 | Equitrac - Long Distance to 2126865316 | E | 08/31/2006 | 0999 | C&D | 0.00 | $1.85 | 0.00 | $1.85 | 15,213.80 |
| 1994860 | Photocopy | E | 08/31/2006 | 0220 | SKL | 0.00 | $1.00 | 0.00 | $1.00 | 15,214.80 |
| 1994864 | Photocopy | E | 08/31/2006 | 0999 | C&D | 0.00 | $4.20 | 0.00 | $4.20 | 15,219.00 |
| 1994892 | Photocopy | E | 08/31/2006 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 15,219.20 |
| 1995857 | Database Research - Westlaw by NDF on 8/16 | E | 08/31/2006 | 0999 | C&D | 0.00 | $19.16 | 0.00 | $19.16 | 15,238.36 |
| 1995858 | Database Research - Westlaw by DKG on 8/1 & 2 | E | 08/31/2006 | 0999 | C&D | 0.00 | $284.93 | 0.00 | $284.93 | 15,523.29 |
| 1995859 | Database Research - Westlaw by WBS on 8/1 | E | 08/31/2006 | 0999 | C&D | 0.00 | $11.40 | 0.00 | $11.40 | 15,534.69 |
| 1995860 | Database Research - Westlaw by DS on 8/1 & 3 | E | 08/31/2006 | 0999 | C&D | 0.00 | $213.75 | 0.00 | $213.75 | 15,748.44 |
| 1995861 | Database Research - Westlaw by JAL on 8/2-22 | E | 08/31/2006 | 0999 | C&D | 0.00 | $68.27 | 0.00 | $68.27 | 15,816.71 |
| 1995862 | Database Research - Westlaw by NDF/NR on 8/28 | E | 08/31/2006 | 0999 | C&D | 0.00 | $129.54 | 0.00 | $129.54 | 15,946.25 |
| 1995863 | Database Research - Westlaw by JAL on 8/20 | E | 08/31/2006 | 0999 | C&D | 0.00 | $5.07 | 0.00 | $5.07 | 15,951.32 |
| 1995864 | Database Research - Westlaw by CK on 8/29 | E | 08/31/2006 | 0999 | C&D | 0.00 | $84.21 | 0.00 | $84.21 | 16,035.53 |
| 1995865 | Database Research - Westlaw by NDF on 8/29 | E | 08/31/2006 | 0999 | C&D | 0.00 | $99.95 | 0.00 | $99.95 | 16,135.48 |
| **Total Expenses** | | | | | | 0.00 | $16,522.48 | 0.00 | $16,135.48 | |

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 16,522.48 | 16,135.48 |
| Matter Total | 0.00 | 16,522.48 | 0.00 | 16,135.48 |
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $16,522.48 | $16,135.48 |
| Prebill Total | 0.00 | $16,522.48 | 0.00 | $16,135.48 |

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                        Page:   1
Matter      000                    Disbursements                                                    9/25/2006
                                                                                           Print Date/Time:
                                                                                                  09/25/2006
                                                                                                 11:15:01AM
Attn:                                                                                              Invoice #
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---:|---:|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 141,843.50 | 250.00 |
| 51,687 | 10/31/2005 | 74,385.75 | 3,337.50 |
| 52,667 | 01/30/2006 | 160,926.00 | 342.00 |
| 52,957 | 02/27/2006 | 141,801.50 | 28,360.30 |
| 53,271 | 03/24/2006 | 104,812.50 | 20,962.50 |
| 53,663 | 04/27/2006 | 167,844.00 | 33,568.80 |
| 54,090 | 05/26/2006 | 94,451.50 | 18,890.30 |
| 54,510 | 06/29/2006 | 76,073.00 | 15,214.60 |
| 54,760 | 07/26/2006 | 184,871.15 | 184,871.15 |
| 55,191 | 08/30/2006 | 149,276.15 | 149,276.15 |
|  |  | 1,508,091.80 | 460,434.09 |