**New York State Department of**
**Taxation and Finance**

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

Statement date: 10/2/2006

Case number: 01-01188 JJF
Refer to this number for inquiries

Total claim amount: $717.25

## Administrative Expense Tax Liability

Taxpayer ID#: B-38-2619739-3
B-34-1433351-9

```
UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF DELAWARE
MARINE MIDLAND PLAZA
824 MARKET STREET
WILMINGTON, DE  19801
```

This is a statement of tax liabilities for ASBESTOS MANAGEMENT, INC. and LITIGATION MANAGEMENT INC. Additional penalty and interest will accrue if paid after 10/5/2006.

### Administrative Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 12/31/2005 | L-027751206-4 | 0.00 | 594.91 | 122.34 | 717.25 | ACT |
|  |  |  |  |  | Total # | 717.25 |  |

Current Annual Interest Rates by Tax Type: Corporation - 10%
Liability Type Descriptions: ACT - Actual Return Filed

[signature]

TC-967 (2/01)   060925180108000001