# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : SEPTEMBER 19, 2006
MATTER  : 0066609-000002
INVOICE : 9939293

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06   6548

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/24/06 | TC | REVIEWED AMENDED ORDER APPROVING AMENDED SETTLEMENT AGREEMENT AND MUTUAL RELEASE WITH LLOYDS UNDERWRITERS | .70 |
| 08/25/06 | TC | REVIEWED CLAIM SETTLEMENT NOTICE | .40 |

### T I M E   S U M M A R Y

|             | RATE   | HOURS | TOTALS |
|-------------|--------|-------|--------|
| T. Currier  | 475.00 | 1.10  | 522.50 |
| TOTALS      |        | 1.10  | 522.50 |

TOTAL FEES :                          522.50

TOTAL DUE  :                          522.50

# Buchanan Ingersoll ∧ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 19, 2006
MATTER :  0066609-000003
INVOICE : 9939294

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06    6548

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/02/06 | TC | REVIEWED DEBTOR IN POSSESSION MONTHLY OPERATING REPORTS | .70 |
| 08/24/06 | TC | REVIEWED 10K FILED BY WRGRACE | 2.20 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| T. Currier | 475.00 | 2.90 | 1377.50 |
| TOTALS | | 2.90 | 1377.50 |

TOTAL FEES :            1,377.50

TOTAL DUE  :            1,377.50

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 19, 2006
                                              MATTER :  0066609-000004
                                              INVOICE : 9939295
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06   6548

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/01/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AMD CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/02/06 | TC | REVIEWED JOINDER OF BRAYTON PURCELL IN MOTION OF SIMMONS COOPER TO AMEND THE CASE MANAGEMENT ORDER | .40 |
| 08/02/06 | TC | REVIEWED UPDATED DOCKET | .50 |
| 08/02/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AMD CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/03/06 | TC | REVIEWED TRANSCRIPT FROM JULY 24 HEARING | 2.20 |
| 08/03/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AMD CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/04/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AMD CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/04/06 | PJD | CORRESPONDENCE FROM AND TO TKDC RE MOTION TO RE NAME CHANGE | .40 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 19, 2006
MATTER : 0066609-000004
INVOICE : 9939295

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06    6548

RE:  CASE ADMINISTRATION

| Date | | Description | Hours |
|------|------|-------------|-------|
| 08/07/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AMD CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/09/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .50 |
| 08/11/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/15/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/17/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/18/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   SEPTEMBER 19, 2006
MATTER :   0066609-000004
INVOICE :  9939295

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06    6548

RE:   CASE ADMINISTRATION

| | | |
|---|---|---:|
| 08/21/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/22/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/25/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/28/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/29/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/31/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : SEPTEMBER 19, 2006
MATTER  : 0066609-000004
INVOICE : 9939295

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06    6548

RE:  CASE ADMINISTRATION

## T I M E   S U M M A R Y

|               | RATE   | HOURS | TOTALS  |
|---------------|--------|-------|---------|
| T. Currier    | 475.00 | 3.10  | 1472.50 |
| M N FLORES    | 140.00 | 15.50 | 2170.00 |
| P. J. Duhig   | 225.00 | .40   | 90.00   |
| TOTALS        |        | 19.00 | 3732.50 |

TOTAL FEES :                          3,732.50

TOTAL DUE  :                          3,732.50

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 19, 2006
MATTER : 0066609-000005
INVOICE : 9939296

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06    6548

RE:  CLAIM ANALYSIS OBJ. &amp; RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 08/10/06 | TC | REVIEWED REPLY OF THE OFFICIAL COMMITTEE OF PROPERTY DAMAGE CLAIMANTS RE PROPERTY DAMAGE CLAIMS IN CANADA | .70 |
| 08/10/06 | TC | REVIEWED MOTION TO ALLOW DEBTORS TO FILE A REPLY TO DAVID SLAUGHTERS' CLAIMS, AND ATTACHED REPLY | .80 |
| 08/22/06 | MNF | E-FILE REDESIGNATION OF EXPERT WITNESS RE: ESTIMATION OF ASBESTOS PERSONAL INJURY CLAIMS; EDTS TO SAME | .80 |
| 08/23/06 | TC | REVIEWED JOINT RESPONSE OF MANY CLAIMANTS TO DEBTORS' MOTION TO COMPEL COMPLIANCE WITH QUESTIONAIRE FOR CLAIMS | .60 |
| 08/23/06 | TC | REVIEWED LIBBY CLAIMANTS' RESPONSE TO MOTION TO COMPEL PERSONAL INJURY CLAIMANTS TO RESPOND TO QUESTIONAIRE | 1.10 |
| 08/23/06 | TC | REVIEWED RESPONSE OF CERTAIN CANCER CLAIMANTS TO MOTION TO COMPEL PERSONAL INJURY CLAIMANTS TO RESPOND TO QUESTIONAIRE | .80 |
| 08/23/06 | TC | REVIEWED GENERAL AND SPECIFIC DISCOVERY RESPONSES FILED BY ELSS | .60 |
| 08/23/06 | TC | REVIEWED DAVID SLAUGHTER'S OBJECTION TO MOTION FOR LEAVE TO FILE A REPLY TO OBJECTION OF DAVID SLAUGHTER TO CLAIMS | .50 |
| 08/23/06 | TC | REVIEWED DAVID SLAUGHTERS' EXHIBITS FILED WITH HIS RESPONSE AND OBJECTION TO CLAIMS OBJECTION | .80 |

# Buchanan Ingersoll &Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   SEPTEMBER 19, 2006
                                            MATTER : 0066609-000005
                                            INVOICE : 9939296
```

```
     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06   6548

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)
```

| | | |
|---|---|---|
| 08/24/06 TC | REVIEWED RESPONSE TO MOTION TO COMPEL FILED BY COONEY AND CONWAY | .40 |
| 08/24/06 TC | REVIEWED ORDER MODIFYING VARIOUS DEADLINES FOR OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS | .80 |
| 08/24/06 TC | REVIEWED CERTIFICATION REGARDING DEBTORS' MOTION FOR A PROOF OF CLAIM BAR DATE FOR PERSONAL INJURY PREPETITION LITIGATION CLAIMS | .40 |
| 08/24/06 TC | REVIEWED CERTIFICATION REGARDING DEBTORS' MOTION FOR AN ORDER ESTABLISHING A PROOF OF CLAIM BAR DATE FOR ASBESTOS PERSONAL INJURY LITIGATION CLAIMS | .60 |
| 08/24/06 TC | REVIEWED CERTIFICATION REGARDING ORDER MODIFYING VARIOUS DEADLINES REGARDING OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS | .80 |
| 08/28/06 TC | REVIEWED ORDER SETTING BAR DATES FOR ALL PROOFS OF CLAIMS AND CLAIMS OF ALL SORTS | .60 |
| 08/30/06 TC | REVIEWED SUPPLEMENTAL CERTIFICATION OF COUNSEL OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS REGARDING DEADLINES AND OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS | .80 |
| 08/30/06 TC | ADDITIONAL SUPPLEMENTAL CERTIFICATION OF COUNSEL RE ASBESTOS PROPERTY DAMAGE CLAIMS | .60 |
| 08/30/06 TC | REVIEWED ADDITIONAL CERTIFICATION OF COUNSEL RE ORDER ON VARIOUS DEADLINES IN ESTIMATION PROCEEDINGS | .60 |
| 08/30/06 TC | REVIEWED 24TH CONTINUATION ORDER ON 15TH OMNIBUS CLAIMS OBJECTION | .50 |

---

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   SEPTEMBER 19, 2006
MATTER :  0066609-000005
INVOICE : 9939296

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| Date | | Description | Hours |
|------|------|------|------|
| 08/30/06 | TC | REVIEWED ORDER REGARDING PROOF OF CLAIM OF LABOR UNION | .40 |
| 08/30/06 | TC | ORDER FOR THE WITHDRAWL AND EXPUNGEMENT OF 14 CANADIAN CLAIMS | .60 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|------|------|------|------|
| T. Currier | 475.00 | 13.00 | 6175.00 |
| M N FLORES | 140.00 | .80 | 112.00 |
| TOTALS | | 13.80 | 6287.00 |

TOTAL FEES :          6,287.00

TOTAL DUE  :          6,287.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   SEPTEMBER 19, 2006
MATTER :  0066609-000006
INVOICE : 9939297

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/01/06 | TC | REVIEWED MEMORANDUM OPINION REGARDING CLAIMS | .80 |
| 08/01/06 | TC | REVIEWED ORDER SUSTAINING OBJECTIONS TO CLAIMS | .50 |
| 08/01/06 | TC | REVIEWED ORDER EXTENDING EXCLUSIVITY | .60 |
| 08/04/06 | TC | REVIEWED DEBTORS' BRIEF IN SUPPORT OF PROTOCOL FOR DISPOSITION OF CANADIAN PROPERTY DAMAGE CLAIMS | .90 |
| 08/07/06 | TC | REVIEWED OBJECTION AND RESPONSE TO DEBTORS' PERSONAL INJURY QUESTIONAIRE, FILED BY JAMES HUMPHREYS | .40 |
| 08/08/06 | TC | REVIEWED ANSWER AND RESPONSE OF JOSEPH KITZ TO MOTION TO COMPEL RE PERSONAL INJURY QUESTIONAIRE | .60 |
| 08/08/06 | TC | REVIEWED RESPONSE TO MOTION TO COMPEL FILED BY COONEY AND CONWAY | .60 |
| 08/08/06 | TC | REVIEWED CLAIMANT'S OBJECTION AND RESPONSE TO PERSONAL INJURY QUESTIONAIRE | .70 |
| 08/09/06 | TC | REVIEWED WELLBORN HOUSTON'S RESPONSE TO WRGRACE MOTION TO COMPEL | .40 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   SEPTEMBER 19, 2006
MATTER :   0066609-000006
INVOICE :  9939297

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

### T I M E   S U M M A R Y
----------------------

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| T. Currier   | 475.00 | 5.50  | 2612.50 |
| TOTALS       |        | 5.50  | 2612.50 |

TOTAL FEES :                          2,612.50

TOTAL DUE  :                          2,612.50

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :  SEPTEMBER 19, 2006
MATTER :  0066609-000007
INVOICE : 9939298

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06   6548

RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
     EQUITY HOLDERS'

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 08/29/06 | TC | REVIEWED MATERIALS IN PREPARATION FOR EQUITY COMMITTEE MEETING ON THURSDAY AUGUST 31 | 1.50 |
| 08/30/06 | TC | FINISED REVIEWING MATERIALS FOR COMMITTEE MEETING TOMORROW | .70 |
| 08/31/06 | TC | ATTENDED EQUITY COMMITTEE MEETING | 1.40 |

### T I M E   S U M M A R Y

|  |  | RATE | HOURS |  | TOTALS |
| --- | --- | --- | --- | --- | --- |
| T. Currier |  | 475.00 | 3.60 |  | 1710.00 |
|  | TOTALS |  | 3.60 |  | 1710.00 |

TOTAL FEES :          1,710.00

TOTAL DUE  :          1,710.00

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   SEPTEMBER 19, 2006
MATTER :  0066609-000008
INVOICE :  9939299

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06    6548

RE:  EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/01/06 | TC | REVIEWED ORDER AUTHORIZING BUT NOT REQUIRING THE IMPLEMENTATION OF THE 2006-2007 LONG TERM INCENTIVE PROGRAM | .50 |

## T I M E   S U M M A R Y

| | | RATE | HOURS | TOTALS |
|------|------|------|-------|--------|
| T. Currier | | 475.00 | .50 | 237.50 |
| | TOTALS | | .50 | 237.50 |

TOTAL FEES :                237.50

TOTAL DUE  :                237.50

# Buchanan Ingersoll ∧ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 19, 2006
MATTER : 0066609-000009
INVOICE : 9939300

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06    6548

RE:  EMPLOYMENT APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/04/06 | TC | REVIEWED MOTION TO AMEND RETENTION ORDER | .50 |
| 08/07/06 | PJD | REVIEW AND REVISE MOTION TO CHANGER RETENTION ORDER | 2.50 |
| 08/08/06 | TC | REVIEWED, REVISED MOTION TO AMEND KLETT ROONEY FEE ORDER | .50 |
| 08/08/06 | MNF | DRAFT NOTICE RE: MOTION TO AMEND RETENTION ORDER TO REFLECT KLETT ROONEY'S NAME CHANGE TO BI (.5); E-FILE AND SERVE MOTION TO AMEND (1.0); CALENDAR DATES (.1) | 1.60 |
| 08/08/06 | PJD | DRAFT MOTION TO AMEND RETENTION ORDER (3.5); CONFERENCE WITH TKDC RE SAME (.2); REVISE MOTION (1.0); ATTENTION TO FILING AND SERVICE (.3) | 5.00 |
| 08/28/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO AMEND RETENTION MOTION OF BI | .20 |
| 08/30/06 | MNF | DRAFT CNO RE: MOTION TO AMEND RETENTION ORDER OF KLETT ROONEY FOR NAME CHANGE; E-FILE AND SERVE SAME | 1.50 |

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     SEPTEMBER 19, 2006
MATTER :   0066609-000009
INVOICE :  9939300

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06    6548

RE:  EMPLOYMENT APPLICATIONS, APPLICANT

## T I M E   S U M M A R Y
-----------------------

|              |        | RATE   | HOURS | TOTALS   |
|--------------|--------|--------|-------|----------|
| T. Currier   |        | 475.00 | 1.00  | 475.00   |
| M N FLORES   |        | 140.00 | 3.30  | 462.00   |
| F. J. Duhig  |        | 225.00 | 7.50  | 1687.50  |
|              | TOTALS |        | 11.80 | 2624.50  |

TOTAL FEES :                          2,624.50

TOTAL DUE  :                          2,624.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   SEPTEMBER 19, 2006
MATTER :   0066609-000010
INVOICE :  9939301

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06    6548

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/30/06 | MNF | REVIEW DOCKET RE: RETENTION APP BY ZAI CLAIMANTS(.2) EMAIL TO TKDC RE: SAME (.1) | .30 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| M N FLORES | 140.00 | .30 | 42.00 |
| TOTALS | | .30 | 42.00 |

TOTAL FEES :                    42.00

TOTAL DUE  :                    42.00

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   SEPTEMBER 19, 2006
MATTER : 0066609-000011
INVOICE : 9939302

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06   6548

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/01/06 | MNF | E-FILE AND SERVE 56TH MONTHLY FEE APP OF BIR (1.0) CONVERT AND EMAIL SAME TO FEE AUDITOR (.4) CALENDAR DATES (.1) | 1.50 |
| 08/15/06 | MNF | REVIEW/EDIT PRE-BILLS FOR JULY 2006 TIME | .40 |
| 08/16/06 | MNF | CALENDAR DATES (.1); REVIEW/EDIT PRE-BILLS FOR JULY 2006 TIME (.3) | .40 |
| 08/16/06 | MNF | DRAFT 21ST QUARTERLY FEE REQUEST OF BI FOR APRIL THROUGH JUNE 2006 | 1.50 |
| 08/17/06 | MNF | EMAILS TO AND FROM ACCTING RE: BILLS FOR APRIL-JUNE 2006 (.3); CONTINUE WORK ON 21ST QUARTERLY FEE REQUEST OF BI (.7) | 1.00 |
| 08/18/06 | MNF | EMAILS TO AND FROM ACCOUNTING RE: APRIL-JUNE 2006 TIME (.3); CONTINUE WORK ON 21 ST QUARTERLY FEE REQUEST OF BI FOR APRIL-JUNE 2006 (.7) | 1.00 |
| 08/22/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 56TH MONTHLY FEE APP OF BI (.1); DRAFT CNO RE: 56TH MONTHLY FEE APP OF BI (.4) | .50 |
| 08/23/06 | MFC | REVIEW CERTIFICATE OF NO OBJECTION FOR BIR MONTHLY FEE APPLICATION. | .10 |
| 08/23/06 | MNF | E-FILE AND SERVE 56TH MONTHLY FEE APP OF BI FOR JUNE 2006 | .60 |
| 08/29/06 | TC | Reviewed and approved current fee application for equity committee counsel | .60 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 19, 2006
MATTER :  0066609-000011
INVOICE : 9939302

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06    6548

RE:  FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 08/29/06 | MNF | REVIEW/MAKED EDITS TO PRE-BILLS FOR JULY 2006 TIME (.4); REVIEW AND FINALIZE FINAL BILLS (.3); EMAILS TO AND FROM ACCTING RE: SAME (.3) | 1.00 |
| 08/29/06 | MNF | DRAFT 57TH MONTHLY FEE APP OF BIR FOR 7/1/06-7/31/06 | 1.50 |
| 08/30/06 | MNF | E-FILE AND SERVE 57TH MONTHLY FEE APP OF BIR FOR JULY 2006 (1.0 CONVERT AND SEND SAME TO FEE AUDITOR (.4) CALENDAR DATES (.1) | 1.50 |
| 08/30/06 | MNF | EMAIL TO J. BEAMON RE: CNO FOR JUNE 2006 TIME(.2) | .20 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M. F. Caloway | 380.00 | .10 | 38.00 |
| T. Currier | 475.00 | .60 | 285.00 |
| M N FLORES | 140.00 | 11.10 | 1554.00 |
| TOTALS | | 11.80 | 1877.00 |

TOTAL FEES :                1,877.00

TOTAL DUE  :                1,877.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 19, 2006
MATTER : 0066609-000012
INVOICE : 9939303

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06    6548

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/02/06 | MNF | E-FILE AND SERVE 59TH MONTHLY FEE APP OF KRAMER LEVIN FOR JUNE 2006 (1.0); CONVERT AND EMAIL SAME TO FEE AUDITOR (.4) CALENDAR DATES (.1) | 1.50 |
| 08/16/06 | MFC | REVIEW AND EXECUTE NOTICE FOR KRAMER LEVIN'S QUARTERLY FEE APPLICATION. | .20 |
| 08/16/06 | MNF | DRAFT NOTICE RE: 17TH QUARTERLY FEE REQUEST OF KRAMER LEVIN (.5); E-FILE AND SERVE 17TH QUARTERLY FEE REQUEST OF KRAMER LEVIN FOR 4/1/06-6/30/06 (1.0) | 1.50 |
| 08/23/06 | MFC | REVIEW CERTIFICATE OF NO OBJECTION FOR KRAMER LEVIN MONTHLY FEE APPLICATION. | .10 |
| 08/23/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 59TH MONTHLY FEE APP OF KRAMER (.1) DRAFT CNO RE: 59TH MONTHLY FEE APP OF KRAMER LEVIN (.4) | .50 |
| 08/23/06 | MNF | REVIEW SUMMARIES RE: 54TH QUARTERLY FEE REQUEST OF BI (.3); EMAILS TO AND FROM ACCTING RE:SAME (.3); CONTINUE WORK ON 54TH QUARTERLY FEE REQUEST OF BI (1.0) | 1.60 |
| 08/25/06 | MNF | E-FILE AND SERVE CNO RE: 59TH MONTHLY FEE APP OF KRAMER LEVIN | 1.00 |
| 08/30/06 | MNF | E-FILE AND SERVE 60TH MONTHLY FEE APP OF KRAMER LEVIN (1.0) CONVERT AND SEND SAME TO FEE AUDITOR (.4) CALENDAR DATES (.1) | 1.50 |

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :   SEPTEMBER 19, 2006
MATTER :  0066609-000012
INVOICE :  9939303

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06   6548

RE:  FEE APPLICATIONS, OTHERS

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M. F. Caloway | 380.00 | .30 | 114.00 |
| M N FLORES | 140.00 | 7.60 | 1064.00 |
| TOTALS | | 7.90 | 1178.00 |

TOTAL FEES :              1,178.00

TOTAL DUE  :              1,178.00

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   SEPTEMBER 19, 2006
MATTER  :   0066609-000014
INVOICE :   9939304

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06    6548

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/23/06 | TC | REVIEWED AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 21 | .70 |
| 08/23/06 | TC | REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR AUGUST 25 | .40 |
| 08/25/06 | TC | REVIEWED AMENDED NOTICE OF AGENDA ITEMS FOR HEARING 8/21 | .40 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T. Currier | 475.00 | 1.50 | 712.50 |
| TOTALS | | 1.50 | 712.50 |

TOTAL FEES :                712.50

TOTAL DUE  :                712.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :    SEPTEMBER 19, 2006
MATTER :    0066609-000016
INVOICE :   9939305

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06    6548

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/01/06 | TC | REVIEWED CERTIFICATION OF COUNSEL RE ORDER EXTENDING EXCLUSIVE PERIODS | .40 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|-----|------|-------|--------|
| T. Currier | 475.00 | .40 | 190.00 |
| TOTALS | | .40 | 190.00 |

TOTAL FEES :                          190.00

TOTAL DUE  :                          190.00

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 19, 2006
MATTER :  0066609-001000
INVOICE : 9939306

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/06    6548

RE: EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 08/03/06 FEDERAL EXPRESS - FEDEX - # 1-145-78149 | 15.67 |
| 08/03/06 FEDERAL EXPRESS - FEDEX - # 1-145-78149 | 15.67 |
| 08/08/06 Messenger/Delivery Service - Parcels # 39404 | 138.00 |
| 08/10/06 FEDERAL EXPRESS - FEDEX - # 1-158-37121 | 26.12 |
| 08/10/06 FEDERAL EXPRESS - FEDEX - # 1-158-37121 | 15.67 |
| 08/16/06 Express Mail - Federal Express | 15.67 |
| 08/21/06 Photocopies M. Flores | 8.10 |
| 08/21/06 Photocopies M. Flores | 0.90 |
| 08/21/06 Photocopies M. Flores | 2.55 |
| 08/23/06 Photocopies M. Flores | 0.60 |
| 08/25/06 Photocopies M. Flores | 0.60 |
| 08/25/06 Photocopies M. Flores | 1.20 |
| 08/28/06 Photocopies M. Flores | 1.50 |
| 08/28/06 Photocopies M. Flores | 1.20 |
| 08/29/06 Photocopies M. Flores | 2.70 |
| 08/30/06 Photocopies - External - - Parcels, Inc. - # 7113 | 6577.63 |
| 08/30/06 Photocopies M. Flores | 20.40 |
| 08/30/06 Photocopies M. Flores | 0.30 |
| 08/30/06 Photocopies M. Flores | 0.60 |
| 08/31/06 Photocopies M. Flores | 0.75 |

TOTAL EXPENSE ADVANCES :    6,845.83

TOTAL DUE  :    6,845.83

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA



**Parcels, Inc.**
INTEGRATED OUTSOURCED SERVICES

P.O. Box 27
Wilmington, DE 19899
(302) 658-9926
Federal Tax ID# 51-0255431

# INVOICE

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| INVOICE DATE | ACCOUNT TOTAL |
| LESS THAN 30 DAYS | OVER 30 DAYS |
| OVER 60 DAYS | OVER 90 DAYS |
| .00 | .00 |

V. 620892

BUCHANAN INGERSOLL
1007 N. ORANGE STREET
SUITE 1110
WILMINGTON, DE 19801

Parcels Copy Center
Please make check payable
to Parcels Inc.
EIN# 51-0255431

9/30/06

lease tear at perforation and return top portion with your payment.   Please make check payable to Parcels, Inc.

P.O. Box 27
Wilmington, DE 19899
Billing Inquiries: (302) 658-9926

| CUSTOMER NO. | INVOICE NO. | INVOICE OR PERIOD ENDING | AMOUNT DUE | PAGE |
|---|---|---|---|---|
| 644 | 9313 | 8/31/06 | 6,714.27 | 1 |

**Parcels, Inc.**

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | | CHARGES | TOTAL |
|---|---|---|---|---|---|---|
| 8/08/06 | 31424 | .12 | Reference:W9600-000<br>PARCELS' COPY CENTER              BUCHANAN INGERSOLL<br>105 WEST 7TH STREET                 1007 N. ORANGE STREET<br>WILMINGTON     DE                WILMINGTON     DE 19801<br>Caller: MELISSA<br>JOB DETAIL: COPIED 9 PAGES (3 DOCS) 250 TIMES AND SERVED BY FIRST CLASS MAIL AND<br>          HAND DELIVERY | CHARGE    :      .12<br>9.5 X 12.5:  6575.01<br>POST. CHRG:     2.50 | | 6,577.63 |

66609/001000

*Delaware Document Retrieval, Inc.*

*First State Corporate Services, LLC*

*Virtual Docket, LLC*

*MetroColor, LLC*

| INVOICE TOTAL ▶ | 6577.63 |
|---|---|
| | 6,582.65 |

## INVOICE PAYMENT DUE UPON RECEIPT

A late penalty FINANCE CHARGE OF 1 ½% per month (18% APR) shall be payable on all past due amounts.