IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., <u>et al.</u>, <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) Case No. 01-1139 (JKF) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) Related Docket No. 13257 <br> ) |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a)(2), David T. Austern, the Court-appointed legal representative for future asbestos claimants, the Official Committee of Asbestos Personal Injury Claimants, and the Official Committee of Asbestos Property Damage Claimants, by their respective counsel, hereby give notice of appeal to the United States District Court for the District of Delaware from the Bankruptcy Court's Interim Order Pursuant To Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods In Which To File A Chapter 11 Plan And To Solicit Votes Thereon, entered in these cases on September 19, 2006, docket number 13257 (the "Interim Order").

The parties to the Interim Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| **W.R. Grace & Co., *et al.* (Debtors)** | Kirkland & Ellis LLP<br>David M. Bernick, P.C.<br>Janet S. Baer<br>Salvatore F. Bianca<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 861-2000<br><br>Pachulski Stang Ziehl Young Jones<br>& Weintraub LLP<br>Laura Davis Jones<br>James E. O'Neill<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100 |
| **Official Committee of Unsecured Creditors** | Stroock & Stroock & Lavan LLP<br>Lewis Kruger<br>Kenneth Pasquale<br>180 Maiden Lane<br>New York, New York 10038<br>Telephone: (212) 806-5400<br><br>Duane Morris LLP<br>Michael R. Lastowski<br>Richard W. Riley<br>1100 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 657-4900<br><br>Duane Morris LLP<br>William S. Katchen<br>744 Broad Street, Suite 1200<br>Newark, New Jersey 07102<br>Telephone: (973) 424-2031 |

| | |
|---|---|
| **Official Committee of Equity Holders** | Kramer Levin Naftalis & Frankel LLP<br>Philip Bentley<br>Gregory Horowitz<br>Gary M. Becker<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 715-9100<br><br>Klett Rooney Lieber & Schorling<br>Teresa K.D. Currier<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-4200 |
| **Future Claimants' Representative** | Orrick, Herrington & Sutcliffe LLP<br>Roger Frankel<br>Richard H. Wyron<br>3050 K Street, NW<br>Washington, DC 20007<br>Telephone: (202) 339-8400<br><br>Phillips, Goldman & Spence, P.A.<br>John C. Phillips, Jr.<br>1200 North Broom Street<br>Wilmington, Delaware 19806<br>Telephone: (302) 655-4200 |

| | |
|---|---|
| **Official Committee of Asbestos Personal Injury Claimants** | Caplin & Drysdale, Chartered<br>Elihu Inselbuch<br>375 Park Avenue, 35th Floor<br>New York, New York 10152<br>Telephone: (212) 319-7125<br><br>Caplin & Drysdale, Chartered<br>Peter Van N. Lockwood<br>Nathan D. Finch<br>Walter B. Slocombe<br>Jeffrey A. Liesemer<br>One Thomas Circle, NW<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br><br>Campbell & Levine, LLC<br>Marla Rosoff Eskin<br>Mark T. Hurford<br>Kathleen Campbell Davis<br>800 N. King Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1900 |
| **Official Committee of Asbestos Property Damage Claimants** | Bilzin Sumberg Baena Price & Axelrod LLP<br>Scott L. Baena<br>Jay M. Sakalo<br>2500 First Union Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 374-7580<br><br>Ferry, Joseph & Pearce, P.A.<br>Michael B. Joseph<br>Theodore J. Tacconelli<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, Delaware 19899<br>Telephone: (302) 575-1555 |

4

**Office of the United States Trustee**

David M. Klauder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Telephone: (302) 573-6491

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Roger Frankel*
Roger Frankel
Richard H. Wyron
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

*Counsel for David T. Austern,*
*Future Claimants' Representative*

CAMPBELL & LEVINE, LLC

*/s/ Marla R. Eskin*
Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000

*Counsel for the Official Committee of*
*Asbestos Personal Injury Claimants*

BILZIN SUMBERG BAENA
PRICE & AXELROD LLP

*[signature]*

Scott L. Baena
Jay M. Sakalo
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
Telephone: (305) 374-7580

Theodore J. Tacconelli (#2678)
Lisa L. Coggins (#4234)
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Telephone: (302) 575-1555

*Counsel for the Official Committee of
Asbestos Property Damage Claimants*

Dated: September 29, 2006