# ATTACHMENT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FOURTH MONTHLY APPLICATION OF BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006

| Name of Applicant: | Beveridge & Diamond, P.C. |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2006 through January 31, 2006 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $11,187.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $173.56 |

This is a:    __XX__ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for preparation of this fee application is 2.00 hours and the corresponding compensation requested is $717.56.[2]

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | Pending | Pending |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[3] | $ 57.62 | Pending | Pending |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | Pending | Pending |

## B&D PROFESSIONALS[5]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $525.00 | 3.75 | $1,968.75 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 25.75 | $9,012.50 |
| L. Grimm | Research Librarian | $165.00 | 1.25 | $206.25 |

Total Fees:      $11,187.50
Total Hours:     30.75
Blended Rate:    $363.82

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested are set forth in Attachment B.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] These amounts are the sum total from the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 30.75 | $11,187.50 |

## EXPENSE SUMMARY[6]

| Expense Category | Service Provider (if applicable)[7] | Total Expense |
|---|---|---|
| Long Distance Telephone | Verizon | $22.06 |
| Duplicating | | 11.80 |
| Lexix/Nexis Court Link | Lexis Nexis | 122.14 |
| Express Delivery | FedEx | 17.56 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period January 1, 2006 through January 31, 2006, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $11,187.50 and actual and necessary expenses in the amount of $173.56 for a total allowance of $11,361.06, and payment of $8,950.00 (80% of the allowed fees) and reimbursement of $173.56 (100% of the allowed expenses) be authorized for a total payment of $9,123.56, and for such other and further relief as this Court may deem just and proper.

Dated: March 9, 2006          BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-3850
Facsimile: 410-230-3868
Counsel for Debtors and Debtors in Possession

---

[6] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[7] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 9th day of March, 2006.

_____
Notary Public
My Commission Expires:  May 27, 2009

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

## FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD JANUARY 1, 2006 THROUGH JANUARY 31, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Matter)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

February 22, 2006
Client/Matter #  01246-011548
Invoice # 109078
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

### Curtis Bay FUSRAP Bankruptcy Claim Resolution

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/03/06 | K. Bourdeau | 0.50 | Review P. Marks email communication re legal issues and needed research; evaluate same; email to P. Marks re legal developments. |
| 01/03/06 | P. Marks | 2.50 | Research, including reviewing recent rulings and CERCLA related issues. |
| 01/04/06 | K. Bourdeau | 0.50 | Review audit letter; conference with P. Marks re same, status of matter and path forward. |
| 01/04/06 | P. Marks | 1.50 | Correspondence and telephone conference with client re status and developments; review cases and handle billing and audit letter related inquiries; telephone conference with K. Bourdeau re status. |
| 01/05/06 | P. Marks | 3.00 | Research re legal developments; telephone conference with government counsel and client; Followup communications re same. |
| 01/06/06 | K. Bourdeau | 0.25 | Review P. Marks email re conversation with DOJ/ACE; conference with P. Marks re same. |
| 01/06/06 | P. Marks | 0.50 | Communications with client. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  109078
February 22, 2006
PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/09/06 | P. Marks | 0.50 | Conference with L. Duff re administrative issues regarding matter; Followup re same. |
| 01/11/06 | P. Marks | 0.50 | Telephone conference with P. Bucens re coordination with Corps; evaluate tasks. |
| 01/13/06 | P. Marks | 2.00 | Research and evaluate case law. |
| 01/24/06 | P. Marks | 3.50 | Research related to allocation issues. |
| 01/24/06 | L. Grimm | 1.25 | Research per request of P. Marks. |
| 01/25/06 | K. Bourdeau | 0.50 | Email exchange with P. Marks re case law developments. |
| 01/25/06 | P. Marks | 3.00 | Research allocation issues; prepare email summary for client; coordinate with K. Bourdeau; followup email correspondence with client re research and other case development issues. |
| 01/27/06 | P. Marks | 1.00 | Telephone conference with client; prepare for and conduct telephone conference with J. Freeman and client re settlement negotiations; research. |
| 01/28/06 | K. Bourdeau | 0.50 | Review materials from P. Marks re legal developments; prepare email to P. Marks re same. |
| 01/30/06 | K. Bourdeau | 0.25 | Communications with P. Marks re issues posed by legal developments and research re same. |
| 01/30/06 | P. Marks | 3.75 | Research re allocation issues and coordination with K. Bourdeau re same; research re bankruptcy issues. |
| 01/31/06 | K. Bourdeau | 1.25 | Conference with P. Marks re legal developments; research re same; review email re same. |
| 01/31/06 | P. Marks | 2.00 | Research re allocation issues; email memorandum to client re same; telephone conference with K. Bourdeau re same. |

Total Hours :                28.75

Total Fees :           $10,487.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  109078
February 22, 2006
PAGE   3

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 22.06 |
| Duplicating | 11.80 |
| Information Service - VENDOR:LEXISNEXIS COURT LINK-Invoice #EA207126 dated 1/1/06 for database usage during Dec 05 | 122.14 |

|  |  |
|---|---:|
| Total Disbursements : | $ 156.00 |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 3.75 | $525.00 | $1,968.75 |
| P. Marks | 23.75 | $350.00 | $8,312.50 |
| L. Grimm | 1.25 | $165.00 | $ 206.25 |

|  |  |
|---|---:|
| Total Fees : | $10,487.50 |
| Total Disbursements : | $ 156.00 |
| TOTAL DUE : | $10,643.50 |

# EXHIBIT B

**(Preparation of Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

February 22, 2006  
Client/Matter #  01246-012629  
Invoice # 109079  
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/11/06 | P. Marks | 1.00 | Prepare fee applications. |
| 01/18/06 | P. Marks | 1.00 | Prepare fee applications for prior two months. |

Total Hours :         2.00

Total Fees :     $ 700.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 109079
February 22, 2006
PAGE  2

**Disbursements:**

    Express Delivery                        17.56

                                 **Total Disbursements :**          $17.56

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.00 | $350.00 | $ 700.00 |

|  |  |
|---|---|
| Total Fees : | $ 700.00 |
| Total Disbursements : | $17.56 |
| **TOTAL DUE :** | $ 717.56 |