# ATTACHMENT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al.[1] | ) Case No. 01-01139 (JFK) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Objection Date: |

FIFTH MONTHLY APPLICATION OF BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2006 through February 28, 2006 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $16,106.25 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $156.33 |

This is a:   __XX__ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for preparation of this fee application is 2.25 hours and the corresponding compensation requested is $787.50.[2]

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | Pending | Pending |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[3] | $ 57.62 | Pending | Pending |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | Pending | Pending |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | Pending | Pending |

## B&D PROFESSIONALS[5]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $525.00 | 1.75 | $918.75 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 42.75 | $14,962.50 |
| Gary Smith | Principal; Joined Firm 1986; Member of DC Bar 1976; CA Bar 1989; NY Bard 1999. | $450.00 | .50 | $225.00 |

Total Fees:      $16,106.25
Total Hours:         45.00
Blended Rate:    $357.91

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested are set forth in Attachment B.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] These amounts are the sum total from the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).



## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 45.00 | $16,106.25 |

## EXPENSE SUMMARY[6]

| Expense Category | Service Provider (if applicable)[7] | Total Expense |
|---|---|---|
| Long Distance Telephone | Verizon | $11.60 |
| Duplicating | | 19.00 |
| Lexix/Nexis Court Link | Lexis Nexis | 122.14 |
| Postage | US Mail | 3.59 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period February 1, 2006 through February 28, 2006, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $16,106.25 and actual and necessary expenses in the amount of $156.33 for a total allowance of $16,262.58, and payment of $12,885.00 (80% of the allowed fees) and reimbursement of $156.33 (100% of the allowed expenses) be authorized for a total payment of $13,041.33, and for such other and further relief as this Court may deem just and proper.

Dated: April 6, 2006         BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-3850
Facsimile: 410-230-3868
Counsel for Debtors and Debtors in Possession

---

[6] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[7] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks


SWORN AND SUBSCRIBED
before me this 6th day of April, 2006.

_____
Notary Public
My Commission Expires: May 27, 2009

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Matter)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

March 17, 2006
Client/Matter # 01246-011548
Invoice # 109416
Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/01/06 | K. Bourdeau | 0.25 | Email communications with P. Marks and L. Duff re resolution of claims. |
| 02/01/06 | P. Marks | 3.00 | Email exchanges with client re research; research and evaluate same; review case developments and research re same; communications with client and J. Freeman re scheduling and other issues related to negotiations and evaluate same. |
| 02/06/06 | P. Marks | 2.50 | Legal research. |
| 02/07/06 | P. Marks | 4.00 | Legal research. |
| 02/08/06 | G. Smith | 0.50 | Telephone conference with P. Marks re bankruptcy/CERCLA issues. |
| 02/08/06 | P. Marks | 5.25 | Preparation for negotiations; research; telephone conference with G. Smith re same; communications with client. |
| 2/10/06 | P. Marks | 0.50 | Communications with client and opposing counsel re meeting preparation. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  109416
March 17, 2006
PAGE   2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/13/06 | P. Marks | 1.50 | Preparation for meeting; communications with client, opposing counsel and K. Bourdeau re same. |
| 02/14/06 | P. Marks | 3.00 | Legal research; review and evaluate client emails. |
| 02/16/06 | P. Marks | 4.00 | Research and evaluation of legal issues. |
| 02/20/06 | P. Marks | 4.25 | Evaluation of legal issues and research re same. |
| 02/21/06 | K. Bourdeau | 0.25 | Conference with P. Marks re preparation for meeting with U.S. |
| 02/21/06 | P. Marks | 6.25 | Evaluation of legal issues; conference with K. Bourdeau re same; client telephone conference; research. |
| 02/22/06 | K. Bourdeau | 1.25 | Conference with P. Marks in preparation for negotiation session with US. |
| 02/22/06 | P. Marks | 1.25 | Conference with K. Bourdeau re case and recent research results. |
| 02/23/06 | P. Marks | 1.00 | Prepare for and conduct telephone conference with L. Duff re case developments and strategy. |
| 02/24/06 | P. Marks | 0.75 | Telephone conferences and emails with client re case management and development. |
| 02/27/06 | P. Marks | 1.00 | Case management tasks re invoices; organize case materials. |
| 02/28/06 | P. Marks | 2.25 | Telephone conference with J. Freeman (DOJ) re status of federal review, bankruptcy legal issues and scheduling; evaluate same; communications with client re same. |

Total Hours :            42.75

Total Fees :         $15,318.75

BEVERIDGE & DIAMOND, P.C.

INVOICE #  109416
March 17, 2006
PAGE   3

**Disbursements:**

| | |
|---|---|
| Postage | 0.39 |
| Long Distance Telephone | 11.60 |
| Duplicating | 0.60 |
| Information Service - VENDOR:LEXISNEXIS COURT LINK-Invoice #EA210380 dated 2/1/06 for courtlink usage | 122.14 |

| | |
|---|---|
| Total Disbursements : | $ 134.73 |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 1.75 | $525.00 | $ 918.75 |
| G. Smith | 0.50 | $450.00 | $ 225.00 |
| P. Marks | 40.50 | $350.00 | $14,175.00 |

| | |
|---|---|
| Total Fees : | $15,318.75 |
| Total Disbursements : | $ 134.73 |
| **TOTAL DUE :** | **$15,453.48** |

# EXHIBIT B

(Preparation of Fee Application)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

March 17, 2006  
Client/Matter #   01246-012629  
Invoice # 109417  
Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>

| | | | |
|---|---|---|---|
| 02/14/06 | P. Marks | 1.00 | Prepare fee application (Jan 06). |
| 02/28/06 | P. Marks | 1.25 | Telephone conference with auditor; follow-up re correction to First Notice of filing; evaluate recent filings and prepare amendment to same. |

Total Hours :      2.25

Total Fees :      $ 787.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  109417
March 17, 2006
PAGE  2

**Disbursements:**

| | |
|---|---:|
| Postage | 3.20 |
| Duplicating | 18.40 |
| Total Disbursements : | $21.60 |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Marks | 2.25 | $350.00 | $ 787.50 |
| Total Fees : | | | $ 787.50 |
| Total Disbursements : | | | $21.60 |
| **TOTAL DUE :** | | | **$ 809.10** |