# ATTACHMENT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

SIXTH MONTHLY APPLICATION OF BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM MARCH 1, 2006 THROUGH MARCH 31, 2006

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | March 1, 2006 through March 31, 2006 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $11,377.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $70.33 |

This is a:    ___XX___ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for preparation of this fee application is 0.50 hours and the corresponding compensation requested is $175.00.[2]

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | Pending | Pending |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[3] | $ 57.62 | Pending | Pending |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | Pending | Pending |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | Pending | Pending |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | Pending | Pending |

## B&D PROFESSIONALS[5]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $525.00 | 3.00 | $1,575.00 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 25.00 | $8,750.00 |
| Aaron Goldberg | Principal; Joined Firm 1987; Member of DC Bar 1985. | $425.00 | .50 | $212.50 |
| Evynn M. Overton | Associate; Joined firm 2004; Member of MD Bar since 2004. | $210.00 | 4.00 | $840.00 |

|  |  |
|---|---|
| Total Fees: | $11,377.5 |
| Total Hours: | 32.50 |
| Blended Rate: | $350.00 |

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested are set forth in Attachment B.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] These amounts are the sum total from the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

2

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 32.50 | $11,377.50 |

## EXPENSE SUMMARY[6]

| Expense Category | Service Provider (if applicable)[7] | Total Expense |
|---|---|---|
| Long Distance Telephone | Verizon | $13.90 |
| Duplicating | | 31.20 |
| Express Delivery | Federal Express | 23.00 |
| Postage | US Mail | 2.23 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

March 1, 2006 through March 31, 2006, an interim allowance be made to Beveridge & Diamond,

P.C. for compensation in the amount of $11,377.50 and actual and necessary expenses in the

amount of $70.33 for a total allowance of $11,447.83, and payment of $9,102.00 (80% of the

allowed fees) and reimbursement of $70.33 (100% of the allowed expenses) be authorized for a

total payment of $9,172.33, and for such other and further relief as this Court may deem just and

proper.

Dated: May 9, 2006                          BEVERIDGE & DIAMOND, P.C.


Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-3850
Facsimile: 410-230-3868
Counsel for Debtors and Debtors in Possession

---

[6] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[7] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

3

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks

SWORN AND SUBSCRIBED
before me this _____ day of May, 2006.

_____
Notary Public
My Commission Expires:  May 27, 2009

4

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

### FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD MARCH 1, 2006 THROUGH MARCH 31, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Matter)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 26, 2006
Client/Matter #  01246-011548
Invoice # 110044
Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| | | | |
|---|---|---|---|
| 03/01/06 | K. Bourdeau | 0.25 | Communications with P. Marks re negotiations and legal issues. |
| 03/01/06 | P. Marks | 1.25 | Communications with J. Freeman re status of setting up meeting, scope of negotiations and legal issues; communications with client re same; communications with K. Bourdeau re same. |
| 03/13/06 | P. Marks | 1.00 | Telephone conference with P. Bucens re developments; evaluate same. |
| 03/14/06 | K. Bourdeau | 0.50 | Email exchange with P. Marks re developments in case and possible response to same. |
| 03/14/06 | P. Marks | 5.00 | Telephone conferences with representatives of federal government; communications with client; evaluation of same and legal developments; email exchange with K. Bourdeau. |
| 03/22/06 | P. Marks | 1.50 | Evaluate issues and prepare for telephone conference with client. |
| 03/24/06 | A. Goldberg | 0.50 | Conference with K. Bourdeau re issues related to hazardous waste; research re same; telephone conference with L. Duff re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  110044
April 26, 2006
PAGE  2

| 03/24/06 | P. Marks | 4.00 | Telephone conference with client re factual and legal developments; followup telephone conference with K. Bourdeau; evaluation of issues. |
|---|---|---|---|
| 03/27/06 | K. Bourdeau | 0.25 | Communicate with P. Marks re new developments, action items. |
| 03/27/06 | P. Marks | 4.75 | Telephone conference with client team re technical issues relative to remediation and status of discussions with the Corps; telephone conference with L. Duff re bankruptcy issues; prepare summary of issues for K. Bourdeau; direct E. Overton re research; review scheduling status and prepare email to J. Freeman re same. |
| 03/27/06 | E. Overton | 1.00 | Research pursuant to P. Marks' directions. |
| 03/28/06 | K. Bourdeau | 0.50 | Conference with P. Marks re strategic considerations. |
| 03/28/06 | P. Marks | 3.00 | Evaluate legal and technical and strategic issues; review results of E. Overton research; conference with K.Bourdeau re strategy. |
| 03/28/06 | E. Overton | 2.75 | Complete research per P. Marks' request; write summary memorandum with supporting documents. |
| 03/29/06 | E. Overton | 0.25 | Revise and assemble completed research summary. |
| 03/30/06 | P. Marks | 0.75 | Conference with L. Duff re legal issues at Columbia office. |
| 03/31/06 | K. Bourdeau | 1.50 | Email communications with P. Marks in preparation for strategy conference call with Grace; participate in conference call re same. |
| 03/31/06 | P. Marks | 3.25 | Email exchanges with client and K. Bourdeau; prepare for and conduct telephone conference with client re legal and technical issues; followup telephone conference with L. Duff to evaluate same. |

Total Hours :               32.00

Total Fees :            $11,202.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  110044
April 26, 2006
PAGE  3

**Disbursements:**

| | |
|---|---:|
| Postage | 2.23 |
| Long Distance Telephone | 13.90 |
| Duplicating | 11.80 |
| Express Delivery | 11.45 |

Total Disbursements :            $39.38

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 3.00 | $525.00 | $1,575.00 |
| A. Goldberg | 0.50 | $425.00 | $ 212.50 |
| P. Marks | 24.50 | $350.00 | $8,575.00 |
| E. Overton | 4.00 | $210.00 | $ 840.00 |

Total Fees :            $11,202.50

Total Disbursements :            $39.38

TOTAL DUE :            $11,241.88

# EXHIBIT B

## (Preparation of Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 26, 2006
Client/Matter #  01246-012629
Invoice # 110045
Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**

03/22/06      P. Marks              0.50      Prepare fee application.

Total Hours :              0.50

Total Fees :          $ 175.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  110045
April 26, 2006
PAGE  2

**Disbursements:**

| | |
|---|---|
| Duplicating | 19.40 |
| Express Delivery | 11.55 |

Total Disbursements :                    $30.95

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $350.00 | $ 175.00 |

Total Fees :          $ 175.00

Total Disbursements :          $30.95

TOTAL DUE :          $ 205.95