## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objections due:** |
| | ) | **Hearing date:** |

THIRD QUARTERLY FEE APPLICATION OF GOODWIN PROCTER LLP,
COUNSEL TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT
MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN
THE GRACE SAVINGS & INVESTMENT PLAN, FOR THE QUARTERLY
INTERIM PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004

Name of Applicant:             GOODWIN PROCTER LLP

Authorized to Provide
Professional Services to:       State Street Bank and Trust Company
("State Street"), Investment Manager and
Fiduciary of the Grace Stock within the
Grace Savings & Investment Plan

Date of Retention:           State Street was engaged by order of the
Court dated December 12, 2003.

Period for which
compensation is sought:        July 1, 2004 through September 30, 2004

Amount of fees and expenses
sought as actual, reasonable
and necessary:              $22,853.30

This is a(n):                _x_ quarterly _x_ interim ___ final
application

Prior Applications filed:

|  | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| First Interim | 5/1/03-12/31/04 | $125,000 | $10,546.65 | $125,000 | $10,546.65 |
| Second Monthly | 1/1/04-1/31/04 | $25,000.00 | $1,849.48 | $25,000 | $1,849.48 |
| Third Monthly | 2/1/04-2/29/04 | $20,662.50 | $1,081.70 | $20,662.50 | $1,081.70 |
| Fourth Monthly | 3/1/04-3/31/04 | $12,843.00 | $432.43 | $12,843.00 | $432.43 |
| First Quarterly | 1/1/04-3/31/04 | $58,505.50 | $3,363.61 | $58,505.50 | $3,363.61 |
| Fifth Monthly | 4/1/04-4/30/04 | $25,000 | $521.28 | $25,000 | $521.28 |
| Sixth Monthly | 5/1/04 –6/30/04 | $13,754 | $210.87 | $13,754 | $210.87 |
| Second Quarterly | 4/1/04 –5/30/04 | $38,754.00 | $732.14 | $38,754.00 | $732.15 |
| Seventh Monthly | 7/1/04-7/31/04 | $2,517.00 | $65.95 | $2,517.00 | $65.95 |
| Eighth Monthly | 8/1/04 –9/30/04 | $20,159.00 | $111.35 | $20,159.00 | $111.35 |

2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objections due:** |
| | ) | **Hearing date:** |

### THIRD QUARTERLY FEE APPLICATION OF GOODWIN PROCTER LLP, COUNSEL TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN FOR THE QUARTERLY INTERIM PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004

Pursuant to §§ 330 and 331 of Title 11 of the United State Code (the Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules"), and the Court's Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members entered by this Court on April 17, 2002 (Docket No. 1949) (the "Administrative Order"), Goodwin Procter LLP ("Goodwin Procter"), counsel to State Street Bank and Trust Company ("State Street"), hereby submits this Third Quarterly Fee Application of Goodwin Procter LLP, Counsel to State Street Bank and Trust Company as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan for the Quarterly Interim Period from July 1, 2004 through September 30, 2004 (the "Third Quarterly Fee Application"). By this Third Quarterly Fee Application, Goodwin Procter seeks interim allowance of compensation in the amount of $22,676.00 and reimbursement of actual and necessary expenses in the amount of $179.30 for a total of $22,853.30, or 100% of all compensation

and reimbursement requested, for the period July 1, 2004 through September 30, 2004
(the "Interim Period"). In support of this Third Quarterly Fee Application, Goodwin
Procter respectfully states as follows:

Background

1.      On April 2, 2001, each of the Debtors (collectively, the "Debtors") filed a
voluntary petition for relief under chapter 11 of the Bankruptcy Code. Pursuant to §§
1107 and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their
businesses and manage their properties and assets as debtors-in-possession.

2.      On August 18, 2003, the Debtors filed their application seeking entry of an
order under §§ 105 and 363(b) of the Bankruptcy Code authorizing the Debtors and the
Investment and Benefits Committee of W.R. Grace to retain State Street for a period of
up to one year, approving the terms of engagement agreement between W.R. Grace and
State Street (the "Retention Order").

3.      The Court entered the Retention Order on December 12, 2003. The
Retention Order provides, among other things, the professionals utilized by State Street in
its engagement shall apply to the Court for payment of their fees and reimbursement of
their expenses. It is pursuant to the Retention Order and in accordance with the
Administrative Order that Goodwin Procter files this Third Quarterly Fee Application.

Monthly Fee Applications Covered Herein

4.      Prior to the filing of this Third Quarterly Fee Application, Goodwin
Procter filed monthly fee applications for the months of July, August and September,
2004.

2

5.    On or about September 24, 2004, Goodwin Procter filed its Seventh Fee
Application of Goodwin Procter LLP, Counsel to State Street Bank and Trust Company as
Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings &
Investment Plan for July 2004 (the "Seventh Monthly Application," Docket No. 6458),
requesting $2,517.00 in fees and $65.95 in expenses.  No objections were received with
respect to the Seventh Monthly Application, and a certificate of no objection was filed on
October 19, 2004 (Docket No. 6665).  Goodwin Procter received payment of $2,079.55
on the Seventh Monthly Application pursuant to the Administrative Order.

6.    On or about November 16, 2004, Goodwin Procter filed its Eighth Fee
Application of Goodwin Procter LLP, Counsel to State Street Bank and Trust Company as
Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings &
Investment Plan for August and September 2004 (the "Eighth Monthly Application,"
Docket No. 6945), requesting $20,159.00 in fees and $111.35 in expenses.  No objections
were received with respect to the Eighth Monthly Application, and a certificate of no
objection was filed on December 8, 2004 (Docket No. 7118).  Goodwin Procter received
payment $16,238.55 on the Eighth Monthly Application pursuant to the Administrative
Order.

Relief Requested

7.    By this Third Quarterly Fee Application, Goodwin Procter requests that
the Court approve the interim allowance of compensation for professional services
rendered and the reimbursement of actual and necessary expenses incurred by Goodwin
Procter from July 1, 2004 through September 30, 2004.  As stated above, the full scope of

3

the services provided and the related expenses incurred are fully described in the monthly fee applications for the Interim Period that have already been filed with the Court.

8.      All of the services for which compensation is sought were rendered by Goodwin Procter to State Street solely in connection with this case and in furtherance of the duties and responsibilities of State Street and not on behalf of any creditor or other person.

9.      No agreement exists between Goodwin Procter and any other person or entity (other than a member of Goodwin Procter) to share any compensation in connection with Goodwin Procter's services on behalf of State Street.

10.     The compensation sought herein is based on Goodwin Procter's customary rates, which are in line with the customary rates charged by comparably skilled practitioners in similar cases.

WHEREFORE, Goodwin Procter respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that, for the period July 1, 2004 through September 30, 2004, an allowance be made to Goodwin Procter in the sum of $22,676.00 as compensation for reasonable and necessary professional services rendered

4

to State Street and in the sum of $177.30 for reimbursement of actual and

necessary costs and expenses incurred, for a total of $22,853.30, that the Debtors be

authorized and directed to pay to Goodwin Procter the outstanding amount of such sums;

and for such other and further relief as this Court deems proper.


Dated:  September /, 2006                    Respectfully submitted,


Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109

5