# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### ORDER APPROVING THIRD QUARTERLY FEE APPLICATION OF GOODWIN PROCTER LLP, COUNSEL TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN FOR THE QUARTERLY INTERIM PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004

Upon consideration of the Third Quarterly Fee Application of Goodwin Procter LLP, Counsel to State Street Bank and Trust Company as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan for the Period from July 1, 2004 Through September 30, 2004 (the "Third Quarterly Fee Application"); and Notice of the Application having been served on _____ upon the parties required by the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members entered by this Court on April 17, 2002 (Docket No. 1949) (the "Administrative Order"); and upon this Court's review of the Third Quarterly Application and any objections or statements of counsel related thereto, it is hereby

ORDERED, that the Third Quarterly Application is GRANTED, and Goodwin Procter LLP is awarded (i) compensation for actual and necessary services rendered during the period from July 1, 2004 through September 30, 2004 in the amount of

LIBC/2831568.1

$22,676.00 and (ii) reimbursement of expenses for said period in the amount of $177.30; and it is further

ORDERED, that the Debtors are authorized to pay any and all unpaid fees and expenses requested in the Third Quarterly Application from the Debtors' estates in accordance with the Administrative Order.

_____
United States Bankruptcy Court Judge

Dated: _____, 2006