# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: 7/31/06 at 4:00 p.m , |

Hearing date: To be scheduled, only if objections are
timely filed and served.

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SECOND INTERIM PERIOD, FROM MAY 1, 2006 THROUGH MAY 31, 2006, FOR THE QUARTER OF APRIL 2006 – JUNE 2006**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **May 1, 2006 – May 31, 2006** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$18,733.50 for the period** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT

Amount of expense reimbursement sought as
actual, reasonable, and necessary:                **$116.00 for the period**

This is a _x_ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**(3.10)** hours, and the corresponding estimated compensation *that will be requested in a*
*future application* is approximately **$ (391.00).**

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |

| | | | | | |
|---|---|---|---|---|---|
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002-September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002-October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002-November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003-January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002-December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003-March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003-April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003-December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004-January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004-February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |

3

| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
|---|---|---|---|---|---|
| June 7, 2004 | January 1, 2004- March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004- September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004- October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | $19,661.50 | $125.63 |
| August 20, 2005 | July 1, 2005 – July 31, 2005 | $10,155.00 | $15.27 | $8,124.00 | $15.27 |
| October 12, 2005 | August 1, 2005 – August 31, 2005 | $9,440.00 | $54.18 | $7,552.00 | $54.18 |
| November 4, 2005 | September 1, 2005 – September 30, 2005 | $2,772.00 | $14.03 | $2,217.60 | $14.03 |
| November 23, 2005 | July 1, 2005 – September 30, 2005 | $22,367.00 | $83.48 | $22,367.00 | $83.48 |
| December 16, 2005 | October 1, 2005 – October 31, 2005 | $4,735.50 | $27.51 | $3,788.40 | $27.51 |

| March 10, 2006 | November 1, 2005 – November 30, 2005 | $1,819.50 | $24.02 | $1,455.60 | $24.02 |
| March 27, 2006 | December 1, 2005 – December 31, 2005 | $7,582.50 | $26.28 | $6,066.00 | $26.28 |
| April 20, 2006 | October 1, 2005 – December 31, 2005 | $14,137.50 | $77.81 | Pending | Pending |
| April 20, 2006 | January 1, 2006 – January 31, 2006 | $8,997.00 | $58.95 | $7,197.60 | $58.95 |
| April 20, 2006 | February 1, 2006 – February 28, 2006 | $7,574.50 | $127.34 | $6,059.60 | $127.34 |
| April 20, 2006 | March 1, 2006 – March 31, 2006 | $6,120.50 | $11.93 | $4,896.40 | $11.93 |
| June 8, 2006 | April 1, 2006 – April 30, 2006 | $4,012.50 | $185.69 | Pending | Pending |
| June 9, 2006 | January 1, 2006 – March 31, 2006 | $22,692.00 | $198.22 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Newman J. Smith | Partner | 27 years | Environmental | $310.00 | .90 | $279.00 |
| Cory E. Manning | Of Counsel | 8 years | Business Litigation | $260.00 | 68.00 | $17,680.00 |
| B.J. Burn | Associate | 6 years | Bankruptcy | $230.00 | 1.00 | $230.00 |

Grand Total for Fees: $18,189.00
Blended Rate:        $260.21

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| L.J. Jennings | Paralegal | 4 years | Environmental | $135.00 | .20 | $27.00 |
| A.R. Price | Paralegal | 3 years | Bankruptcy | $115.00 | 4.50 | $517.50 |

Grand Total for Fees: $544.50
Blended Rate:        $115.85

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/01527 | Quality Maintenance, Inc. | 68.00 | $17,680.00 |
| 02399/06032 | Charleston | 1.10 | $306.00 |
| 02399/06091 | Fee Applications | 5.50 | $747.50 |
| **TOTAL** | | **74.60** | **$18,733.50** |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $2.85 |
| Outside Services | $100.00 |
| Fed Ex | $13.15 |
| **TOTAL** | **$116.00** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.    I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.    I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this _20_ day of _June_____, 2006

_____(L.S.)
Notary Public for South Carolina

My Commission Expires: _9/3/09_

8

# EXHIBIT A

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Scott Whittier
7500 Grace Drive
Columbia, MD 21044

June 12, 2006
Invoice 745484 Page 1

Our Matter #          02399/01527                         For Services Through 05/31/06
Docket No.            2005-CP-02-879
Name of Matter:       Quality Maintenance, Inc.

| | | | | |
|---|---|---|---|---|
| 05/01/06 | Telephone conference with Lil Ann Gray regarding depositions. | | | |
| | C.E. MANNING | 0.00 hrs. | 0.00/hr | $0.00 |
| 05/06/06 | Prepare for depositions of QMI employees. | | | |
| | C.E. MANNING | 0.60 hrs. | 260.00/hr | $156.00 |
| 05/08/06 | Communicate with Lil Ann Gray regarding depositions. | | | |
| | C.E. MANNING | 0.00 hrs. | 0.00/hr | $0.00 |
| 05/10/06 | Review documents received from QMI's counsel (0.2); telephone discussion with Lil Ann Gray regarding depositions (0.2). | | | |
| | C.E. MANNING | 0.40 hrs. | 260.00/hr | $104.00 |
| 05/11/06 | Telephone conference with Harry Fishel regarding status of case and deposition preparation (0.2); review and respond to correspondence from Lil Ann Gray regarding depositions (0.7); draft and send letter to Ms. Gray regarding deposition of Dan Priebe (0.2). | | | |
| | C.E. MANNING | 1.10 hrs. | 260.00/hr | $286.00 |
| 05/13/06 | Review documents produced by plaintiff in preparation for depositions of Tirey Voorhies and John Jendrek (3.2); review discovery responses from plaintiff in preparation for the same (1.9); draft outline of direct examination of Mr. Voorhies (2.2). | | | |
| | C.E. MANNING | 7.30 hrs. | 260.00/hr | $1,898.00 |
| 05/14/06 | Review documents produced by plaintiff in preparation for depositions of Tirey Voorhies and John Jendrek (2.5); review discovery responses from plaintiff in preparation for the same (0.8); draft outline of direct examination of Mr. Jendrek (1.0); review documents from QMI bankruptcy (0.6). | | | |
| | C.E. MANNING | 4.90 hrs. | 260.00/hr | $1,274.00 |
| 05/15/06 | Prepare for depositions of Tirey Voorhies and John Jendrek (5.6); telephone conference with Scott Whittier regarding settlement authority and depositions (0.3); review documents received from QMI (0.5); communicate with Lil Ann Gray regarding deposition logistics and ground rules (0.4). | | | |
| | C.E. MANNING | 6.80 hrs. | 260.00/hr | $1,768.00 |
| 05/16/06 | Prepare for depositions of Tirey Voorhies and John Jendrek (2.1); take deposition of Mr. Voorhies (3.6); settlement discussions with Lil Ann Gray and Mr. Jendrek (1.5); take deposition of Mr. Jendrek (2.3); meet with Attorney Hawkins to discuss depositions (0.4); telephone conference with Scott Whittier regarding the same (0.3). | | | |
| | C.E. MANNING | 10.20 hrs. | 260.00/hr | $2,652.00 |

W. R. Grace & Co.

| 05/17/06 | Correspond with Lil Ann Gray regarding deposition logistics and witness selection (0.3); correspond with Harry Fishel regarding depositions (0.2). | | | |
| | C.E. MANNING | 0.00 hrs. | 0.00/hr | $0.00 |
| 05/18/06 | Communicate with Lil Ann Gray regarding depositions (0.6); telephone conference with Harry Fishel and Danny Mathis regarding depositions of Tirey Voorhies and John Jendrek (1.1); draft letter to Ms. Gray regarding deposition exhibits (0.1). | | | |
| | C.E. MANNING | 1.80 hrs. | 260.00/hr | $468.00 |
| 05/21/06 | Prepare for deposition of Dan Priebe (1.0); prepare for meeting with Harry Fishel, Danny Mathis and other Grace Davison employees (0.8). | | | |
| | C.E. MANNING | 1.80 hrs. | 260.00/hr | $468.00 |
| 05/22/06 | Meet with Attorney Hawkins regarding expert witness issues (0.2); telephone conference with Attorney VanDine regarding the same (0.1); review deposition transcripts of Tirey Voorhies and John Jendrek and exhibits to the same (3.1); review correspondence from Lil Ann Gray regarding deposition (0.2); draft letter to Ms. Gray regarding the same (0.3). | | | |
| | C.E. MANNING | 3.90 hrs. | 260.00/hr | $1,014.00 |
| 05/23/06 | Telephone conference with Attorney VanDine regarding potential expert witnesses (0.2); prepare for visit to Aiken plant and meeting with Harry Fishel and Danny Mathis (1.2). | | | |
| | C.E. MANNING | 1.40 hrs. | 260.00/hr | $364.00 |
| 05/24/06 | Prepare for meeting with Harry Fishel and Danny Mathis (1.1); meet with Mr. Fishel and Mr. Mathis (0.5); inspect dryer can with Mr. Fishel and Mr. Mathis (0.8); meet with Duane Heyward regarding QMI engagement (0.6); review and summarize notes from meetings (1.1); review correspondence from Lil Ann Gray (0.3). | | | |
| | C.E. MANNING | 4.40 hrs. | 260.00/hr | $1,144.00 |
| 05/25/06 | Prepare for deposition of Dan Priebe (4.5); review summary and notes of meeting with Duane Heyward (0.5); draft deposition outline (0.5). | | | |
| | C.E. MANNING | 5.50 hrs. | 260.00/hr | $1,430.00 |
| 05/26/06 | Prepare for deposition of Dan Priebe (2.1); take deposition of Mr. Priebe via telephone (4.2). | | | |
| | C.E. MANNING | 6.30 hrs. | 260.00/hr | $1,638.00 |
| 05/26/06 | Receive and review correspondence regarding scheduled telephone depositions. | | | |
| | L.J. JENNINGS | 0.00 hrs. | 0.00/hr | $0.00 |
| 05/29/06 | Draft summary of Dan Priebe's deposition for Scott Whittier (0.4); prepare for deposition of Rhonda Hatfield (2.5). | | | |
| | C.E. MANNING | 2.90 hrs. | 260.00/hr | $754.00 |
| 05/30/06 | Prepare for deposition of Rhonda Hatfield (3.4); take deposition of Ms. Hatfield (2.7). | | | |
| | C.E. MANNING | 6.10 hrs. | 260.00/hr | $1,586.00 |
| 05/31/06 | Review rough transcript of Dan Priebe (0.5); telephone conference with Harry Fishel and Danny Mathis (0.8); review deposition transcripts of Tirey Voorhies and John Jendrek (1.1); draft e-mail to Lil Ann Gray regarding hearing report (0.2). | | | |
| | C.E. MANNING | 2.60 hrs. | 260.00/hr | $676.00 |

**Fees for Legal Services** ........................................................................................................... **$17,680.00**

**BILLING SUMMARY**

W. R. Grace & Co.

June 12, 2006
Invoice 745484  Page 3

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| C.E. MANNING | 68.00 | 260.00 | 17,680.00 |
| TOTAL | 68.00 | 260.00 | 17,680.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 05/11/2006 | Telephone 1-803-648-9575 | 0.30 |
| 05/31/2006 | Telephone 1-803-649-4133 | 0.05 |
| 05/31/2006 | Telephone 1-803-648-9575 | 2.25 |
| **Total Charges for Other Services Provided/Expenses Incurred** .................................... | | **$2.60** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 2.60 |
| TOTAL | $2.60 |

**Net current billing for this invoice** ................................................................................. **$17,682.60**

**GRAND TOTAL**............................................................................................................... **$17,682.60**

W. R. Grace & Co.

June 12, 2006
Invoice 745484  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 05/31/06

W. R. Grace & Co.
Quality Maintenance, Inc.
Our Matter # 02399/01527

| | | |
|---|---|---|
| Fees for Professional Services | $17,680.00 | |
| Charges for Other Services Provided/Expenses Incurred | $2.60 | |
| **Net current billing for this invoice** ................................................................. | | **$17,682.60** |
| **GRAND TOTAL**........................................................................................................ | | **$17,682.60** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS
CB&T
ABA#:  061100606
Beneficiary Bank:  National Bank of South Carolina (NBSC), Sumter, SC
ABA#:  053200666
Beneficiary Customer:  Nelson Mullins Riley & Scarborough, L.L.P.
Beneficiary Account Name:  Columbia Operating Account
Beneficiary Account Number:  00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                                 June 5, 2006
ATTN: Lydia Duff, Esq.                                              Invoice 744746  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044


Our Matter #              02399/06032                        For Services Through 05/31/06
WR Grace #                063-KL-721490-01-0501221
Name of Matter:           Charleston


05/05/06    Review Corps permit, prepare correspondence to Mr. Bucens for execution (0.2); telephone
            conference with Mr. Bucens regarding conditions, follow up needed (0.2).
            N.J. SMITH                            0.40 hrs.   310.00/hr              $124.00

05/15/06    Review signed permit from Mr. Bucens and prepare package with check to Corps (0.2); brief
            call with Mr. Bucens regarding same and OCRM permit (0.1).
            N.J. SMITH                            0.30 hrs.   310.00/hr               $93.00

05/17/06    Confer with Attorney Smith regarding status of OCRM permit.
            L.J. JENNINGS                         0.20 hrs.   135.00/hr               $27.00

05/19/06    Telephone conference with Ms. Socha regarding availability of fully executed permit, prepare
            correspondence to Mr. Bucens to transmit same.
            N.J. SMITH                            0.20 hrs.   310.00/hr               $62.00


**Fees for Legal Services** ................................................................................................ **$306.00**


## BILLING SUMMARY

|                | Hours | Rate/Hr  | Dollars  |
|----------------|-------|----------|----------|
| N.J. SMITH     | 0.90  | 310.00   | 279.00   |
| L.J. JENNINGS  | 0.20  | 135.00   | 27.00    |
| TOTAL          | 1.10  | $278.18  | $306.00  |


## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date        | Description                                                      | Dollars |
|-------------|------------------------------------------------------------------|---------|
| 05/05/2006  | Federal Express charge                                           | 13.15   |
| 05/05/2006  | Telephone 1-617-899-0354                                         | 0.25    |
| 05/09/2006  | VENDOR: Charleston District Finance and Accounti; INVOICE#:      | 100.00  |
|             | 050506; DATE: 5/9/2006  -  Permit Processing Fee to USACE        |         |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$113.40**


## DISBURSEMENT SUMMARY

| **Description** | **Dollars** |
|-----------------|-------------|

W. R. Grace & Co.

June 5, 2006
Invoice 744746 Page 2

| | |
|---|---|
| Fed Ex | 13.15 |
| Outside Services | 100.00 |
| Telephone | 0.25 |
| TOTAL | $113.40 |

**Net current billing for this invoice ...............................................................................** **$419.40**

**GRAND TOTAL...........................................................................................................** **$419.40**

W. R. Grace & Co.

June 5, 2006
Invoice 744746  Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 05/31/06

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | | |
|---|---|---|
| Fees for Professional Services | $306.00 | |
| Charges for Other Services Provided/Expenses Incurred | $113.40 | |
| **Net current billing for this invoice** ................................................................. | | **$419.40** |
| **GRAND TOTAL**.................................................................................................... | | **$419.40** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#:** 061100606
**Beneficiary Bank:** National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name:** Columbia Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 14, 2006
Invoice 748014 Page 1

Our Matter #          02399/06091                        For Services Through 05/31/06
Name of Matter:       Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/18/06 | Follow up on status of all outstanding fee applications.<br>B.J. BURN | 0.20 hrs. | 230.00/hr | $46.00 |
| 05/23/06 | Finalize 20th Quarterly Summary and Fee Application for attorney review and signature.<br>A.R. PRICE | 1.70 hrs. | 115.00/hr | $195.50 |
| 05/24/06 | Review and edit 20th Quarterly Fee Application.<br>B.J. BURN | 0.40 hrs. | 230.00/hr | $92.00 |
| 05/24/06 | Analyze invoices and draft April 2006 Fee Application for attorney review.<br>A.R. PRICE | 2.80 hrs. | 115.00/hr | $322.00 |
| 05/25/06 | Edit and review April 2006 Fee Application.<br>B.J. BURN | 0.30 hrs. | 230.00/hr | $69.00 |
| 05/25/06 | Follow up with paralegal on issue regarding approval of monthly fee applications.<br>B.J. BURN | 0.10 hrs. | 230.00/hr | $23.00 |

**Fees for Legal Services** ........................................................................................................ **$747.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 1.00 | 230.00 | 230.00 |
| A.R. PRICE | 4.50 | 115.00 | 517.50 |
| TOTAL | 5.50 | 135.91 | 747.50 |

**Net current billing for this invoice** ................................................................................. **$747.50**

**GRAND TOTAL** ............................................................................................................... **$747.50**

W. R. Grace & Co.

June 14, 2006
Invoice 748014  Page 2

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 05/31/06

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | | |
|---|---|---|
| Fees for Professional Services | $747.50 | |
| Charges for Other Services Provided/Expenses Incurred | $0.00 | |
| **Net current billing for this invoice**................................................................... | | **$747.50** |
| **GRAND TOTAL**............................................................................................................. | | **$747.50** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Rasheda S. Stewart, being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLC, co-

counsel for the Debtors, in the above-captioned action, and that on the 10th day of July 2006 she

caused a copy of the following document(s) to be served upon the attached service list(s) in the

manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

DOCS_DE:119488.2

Application of Nelson Mullins Riley & Scarborough, LLP for
Compensation for Services and Reimbursement of Expenses as
Special Counsel to W. R. Grace & Co., et al., for the Second Interim
Period, From May 1, 2006 through May 31, 2006, for the Quarter of
April 2006 through June 2006.

Dated: July 10, 2006

_____
Rasheda S. Stewart

Sworn to and subscribed before
me this 10ᵗʰ day of July, 2006

_____
Notary Public
My Commission Expires: ____11/4/07____

**MARY E. CORCORAN**
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

91100-001\DOCS_DE:69393.19

-2-

DOCS_DE:119488.2

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: elawler@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP