# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# AUGUST 1, 2006 THROUGH AUGUST 31, 2006

```
                   Phillips, Goldman & Spence, P.A.
                           1200 N. Broom Street
                           Wilmington, DE  19806
                              (302) 655-4200
                           EI #: 51-0328786
```

September 28, 2006

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                                        File   WRG-AUS/JCP
                                        Invoice number   64065
```

Re:  W. R. Grace & Co.
     David T. Austern
Case No.: 01-01139 (RLB)

```
              Subtotal for FEES only: 08/31/06     $11,850.50
              Subtotal for COSTS only: 08/31/06       $270.91
                                                   -----------
     CURRENT PERIOD FEES AND COSTS: 08/31/06       $12,121.41
                                                   -----------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page   2

September 28, 2006

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  64065

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 28.3 | 9,480.50 |
| FEE/EMPLOYMENT APPLICATIONS | 10.4 | 2,020.00 |
| CASE ADMINISTRATION | 2.2 | 308.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.3 | 42.00 |
| Subtotal for FEES only: 08/31/06 | 41.2 | $11,850.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 21.00 | 21.00 | 7,875.00 | 0.00 | 0.00 |
| 275.00 | JJF | 8.50 | 8.50 | 2,337.50 | 0.00 | 0.00 |
| 140.00 | CAH | 11.70 | 11.70 | 1,638.00 | 0.00 | 0.00 |
| Totals | | 41.20 | 41.20 | 11,850.50 | 0.00 | 0.00 |

Sort Fields:
Grouping code                (Paginate)
Client code
Actual employee code         (Subtotals)
Transaction date

Range Fields:
Client code           I  WRG    -  WRG
Invoice Number        I  64065  -  64065

| Grp Cd | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars |
|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 08/17/06 | E-mail to (3x) D. Felder re: Pro Hac Motions. | 0.30 | 42.00 |
| WRG | CASE ADMINISTRATION | CAH | 08/18/06 | Download Pro Hac Vice Motions; send to District with check for fees. | 0.40 | 56.00 |
| WRG | CASE ADMINISTRATION | CAH | 08/21/06 | Download and file Pro Hac Vice Motion for R. Mullady on G. Rasmussen; e-mail to R. Meade; send to Court. | 0.70 | 98.00 |
| WRG | CASE ADMINISTRATION | CAH | 08/22/06 | File Certificate of Service for Austern's Notice of Potential Witnesses. | 0.20 | 28.00 |
| WRG | CASE ADMINISTRATION | CAH | 08/23/06 | Merge original signatures into filed documents. | 0.30 | 42.00 |
| WRG | CASE ADMINISTRATION | CAH | 08/28/06 | Merge signatures into filed pleadings. | 0.30 | 42.00 |
|  |  |  |  |  | --------- | --------- |
|  |  |  |  |  | 2.20 | 308.00 |
|  |  |  |  |  | --------- | --------- |
|  |  |  |  |  | 2.20 | 308.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

09/28/06   Page 2

| Cl Code Grouping code description | | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | CAH | 08/21/06 | Review of and disseminate response to individuals claim that were received by fax. | 0.30 | 42.00 | Co |
| | | | | | ------- | ------- | |
| | | | | | 0.30 | 42.00 | |
| | | | | | ------- | ------- | |
| | | | | | 0.30 | 42.00 | |
| | | | | | ------- | ------- | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

09/28/06   Page 3

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 08/21/06 | E-mail to D. Felder (3x) on filing to be completed (.3); wait for same (.3); scan and file designations of potential expert witnesses (.4); phone conference with D. Felder for Certificate of Service (.2). | 1.20 | 168.00 | Li |
| | | | | | 1.20 | 168.00 | |
| WRG | LITIGATION | JCP | 08/01/06 | Review of Certification of Counsel and proposed Order Extending Exclusivity. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 08/02/06 | Review of miscellaneous pleadings and Order; review of Order Extending Exclusivity. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 08/03/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 08/04/06 | Review of David Slaughter's Response to Debtors' Objection to Claim (.2); letter to Rick Wyron forwarding same (.2); preliminary review of 7/24/06 Hearing Transcript (.2); review of miscellaneous pleadings (.4); review of Moody Objection to Personal Injury Questionnaire (.3); review of Certification of Counsel re: Expungement of 194 Canadian Property Damage Claims (.1). | 1.40 | 525.00 | |
| WRG | LITIGATION | JCP | 08/07/06 | Review of miscellaneous pleadings (.4); review of Jacobs and Crumpler's Objection to Debtors' Motion to Compel Response to Personal Injury Questionnaire (.1); review of Luckey and Mullin's Objection (.1); review of Kelly and Ferraro's Objection (.1); review of Hartley and O'Brien's Objection (.1); review of Odom and Elliott's Objection (.1); review of Shannon's Objection (.1); review of Motley Rice's Objection (.1); review of Simmons Cooper's Objection (.2); review of 5 additional Objections (.5); review of Personal Injury Committee's Objection; review of Debtors' Supplemental Memo re: Canadian Property Damage Claims Protocol with attachments (voluminous)(.5); review of Debtors' Objection to Motion to Amend Personal Injury CMO (.4). | 2.70 | 1,012.50 | |
| WRG | LITIGATION | JCP | 08/08/06 | Review of 2 Objections to Debtors' Motion to Compel Response to Personal Injury Questionnaire; review of miscellaneous pleadings (.2); fax from James Humprey's and Associates with enclosure (.1); fax from Wellborn Houston with enclosure (.1); review of 2 additional Objections (.2); letter from Edward Moody with enclosure (.2); review of Moody Objection (.1); letter to Rick Wyron forwarding the Moody Objection (.2). | 1.10 | 412.50 | |
| WRG | LITIGATION | JCP | 08/09/06 | Review of 2 Objections to Debtors' Motion to Compel Response to Personal Injury Questionnaire; review of miscellaneous pleadings. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 08/10/06 | Review of file; organize file materials; conference with paralegal re: same (2x). | 0.50 | 187.50 | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 08/14/06 | Review of Property Damage Committee's Reply to Debtors' Supplemental Memo for Protocol for Disposition of Canadian Property Damage Claims; review of miscellaneous pleadings; review of Debtors' Reply to David Slaughter's Claim. | 0.40 | 150.00 | |
| WRG LITIGATION | JCP | 08/15/06 | Review of Agenda for 8/21/06 Hearing; review of Libby Claimants' Objection to Debtors' Motion to Compel Response to Personal Injury Questionnaire; review of Campbell-Cherry Joinder to Objections. | 0.30 | 112.50 | |
| WRG LITIGATION | JCP | 08/16/06 | Review of Earl Ludwick's Objection to Debtors' Motion to Compel Answer to Personal Injury Questionnaire(.2); review of CCC's Response to Debtors' Motion to Compel (.2); review of Joint Response to Various Law Firms in Opposition to Debtors' Motion to Compel (voluminous) with enclosure (.5); review of selected supplements from individual firms (voluminous)(.5); e-mail from Debra Felder re: 8/21/06 filing (.2). | 1.60 | 600.00 | |
| WRG LITIGATION | JCP | 08/17/06 | Review of miscellaneous pleadings (.5); review of Judge Buckwalder's 8/16/06 Memorandum and Order (.3); review of Notice of Mediation Hearing (.1). | 0.90 | 337.50 | |
| WRG LITIGATION | JCP | 08/18/06 | Review of miscellaneous pleadings; review of Certification of Counsel re: Modification of Deadlines re: Objections to Property Damage Claims and proposed Order re: same and voluminous exhibits. | 0.30 | 112.50 | |
| WRG LITIGATION | JCP | 08/21/06 | Review of miscellaneous pleadings (.3); review of Certification of Counsel re: Amended Order Approving Amended Settlement Agreement with Lloyds and proposed Order (.1); review of Certification of Counsel re: Order Establishing Proof of Claims Bar Date for Personal Injury Claims and proposed Order (.1); review of Amended Agenda for 8/21/06 Hearing; conference with Joseph J. Farnan, III re: covering the Hearing (.2); e-mail from counsel for Personal Injury Committee with enclosure (2x)(.1); review of Personal Injury Committee's Certification of Counsel in Support of Its Proposed Bar Date Order, Proof of Claim form and proposed Order (.1); review of counsel for Personal Injury Committee's letter to Judge Fitzgerald (.1); fax from claimant (.1); conference with Celeste A. Hartman re: forwarding same (.1); phone conference with Rick Wyron (voicemail)(.1); e-mail to Rick Wyron; review of FCR's Expert Witness Disclosures (.1). | 1.40 | 525.00 | |
| WRG LITIGATION | JCP | 08/22/06 | Review of Agenda for 8/25/06 Hearing(.2); conference with paralegal re: telephone participation in 8/25/06 Hearing (.1); review of Debtors' Motion for Production of Documents (.3); review of Debtors' Supplemental Expert Witness Disclosure for Personal Injury Estimation (.3); review of Libby Claimants' Expert Disclosure; review of Expert Disclosure by Personal Injury Committee, Unsecured | 1.40 | 525.00 | |

WRG-AUS                                                              LEGALMASTER MIRC For Transactions                                          09/28/06  Page 5
                                                                                  -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 08/23/06 | Review of miscellaneous pleadings; Request for Production Creditors' Committee and Equity Committee (.2); review of miscellaneous pleadings (.2); review of Roger Frankel's Supplemental Disclosure (.1). | 0.50 | 187.50 | |
| WRG LITIGATION | JCP | 08/24/06 | Review of miscellaneous pleadings; review of executed Order re: Withdrawal and expungement of 194 Canadian Property Damage claims; e-mail from and e-mail to Rick Wyron re: 8/21/06 Hearing. | 0.30 | 112.50 | |
| WRG LITIGATION | JCP | 08/23/06 | Review of miscellaneous pleadings; Request for Production Equity Committee's Re-Designation of Expert Witnesses; conference with Joseph J. Farnan, III re: 8/21/06 Hearing; review memo from Joseph J. Farnan, III re: same. | 0.50 | 187.50 | |
| WRG LITIGATION | JCP | 08/25/06 | Review of Property Damage Committee's Certification of Counsel re: proposed Order Setting Deadlines for Property Damage Claims and Exhibits thereto (.3); review of Debtors' Certification of Counsel re: proposed Order Setting Personal Injury Proof of Claim Bar Date and Exhibits thereto (.2); review of Debtors' Certification of Counsel re: proposed Order Setting Deadlines for Property Damage Claims and Exhibits thereto (.3). | 0.80 | 300.00 | |
| WRG LITIGATION | JCP | 08/28/06 | Review of Debtors' Motion to File 10 page Reply Brief re: Motion to Compel Response to Personal Injury Questionnaire; review of Debtors' Reply Brief. | 0.60 | 225.00 | |
| WRG LITIGATION | JCP | 08/30/06 | Review of 8/21/06 Hearing Transcript (voluminous)(1.0); review of Property Damage Committee's Certification of Counsel re: Order Setting Deadlines for Objections to Property Damage Claims (.6); review of Property Damage Committee's Certification of Counsel Exhibits (.7); review of Debtors' Certification of Counsel re: Order Modifying Deadlines for Objections to Property Damage Claims (.6); review of Debtors' Certification of Counsel Exhibits (.8). | 3.60 | 1,350.00 | |
| WRG LITIGATION | JCP | 08/31/06 | Review of Property Damage Committee's Amended Supplemental Certification of Counsel re: Order Setting Deadlines for Objection to Property Damage Claims with Exhibits. | 0.20 | 75.00 | |
| | | | | 18.60 | 6,975.00 | |
| WRG LITIGATION | JJF | 08/21/06 | Attend omnibus hearing in Wilmington. | 8.50 | 2,337.50 | |
| | | | | 8.50 | 2,337.50 | |
| | | | | 28.30 | 9,480.50 | |

WRG-AUS                                                    LEGALMASTER MIRC For Transactions                                      09/28/06  Page 6
                                                                        -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/16/06 | File Certificates of No Objection for Orrick's 4th Monthly Fee Application, Austern's 21st Fee Application, Towers Perrin's 12th Fee Application and Piper Jaffray's 4th Fee Application after downloading same with Certificate of Service (system slow). | 0.70 | 98.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/17/06 | Review prebills for Fee Applications. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/18/06 | Download June and Quarterly Fee Applications for Piper Jaffrey and file same. | 0.40 | 56.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/18/06 | Draft April Fee Application for Phillips, Goldman & Spence. | 0.80 | 112.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/21/06 | Draft Phillips, Goldman & Spence May 2006 Fee Application. | 0.70 | 98.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/21/06 | Download and file 2nd Supplemental Declaration of Roger Frankel. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/21/06 | Download and file 13 Monthly and 6 Quarterly Fee Applications for Towers Perrin. | 0.50 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/21/06 | Download and file 2nd Quarterly Fee Applications for Orrick Herrington. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/22/06 | Review of and revise Fee Application for April, May and June for Phillips, Goldman & Spence; scan same for filing. | 0.50 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/23/06 | Begin Quarterly Fee Application for Phillips, Goldman & Spence. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/23/06 | File and serve April, May and June 2006 Fee Application for Phillips, Goldman & Spence. | 0.70 | 98.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/24/06 | Work on 9th Quarterly Fee Application for Phillips, Goldman & Spence. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/25/06 | Complete 9th Quarterly Fee Application for Phillips, Goldman & Spence. | 0.40 | 56.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/25/06 | Download and file Towers Perrin Tillinghast Fee Application for July 2006. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/25/06 | Draft July Fee Application for Phillips, Goldman & Spence. | 0.70 | 98.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/29/06 | Scan file and serve 9th Quarterly and July Monthly Fee Applications for Phillips, Goldman & Spence. | 0.80 | 112.00 | |
| | | | | | 8.00 | 1,120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 08/11/06 | Review of and revise prebills for April, May and June. | 0.50 | 187.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 08/14/06 | E-mail from paralegal for U.S.Trustee re: Phillips, Goldman & Spence February and March 2006 bills; e-mail to Celeste | 0.20 | 75.00 | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                              09/28/06  Page 7
                                                         -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 08/18/06 | Review of and revise July prebill. | 0.20 | 75.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 08/22/06 | Review of, revise and execute 3 Phillips, Goldman & Spence Monthly Fee Applications (April, May and June 2006)(.6); conference with Celeste A. Hartman (.3). | 0.90 | 337.50 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 08/29/06 | Review of, revise and execute 5 copies each of 3 letters for May, June and July 2006 bills; conference with Celeste A. Hartman. | 0.50 | 187.50 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 08/31/06 | Review of and execute Pro Hac Vice Motion for Debra Felder. | 0.10 | 37.50 | |
|  |  |  | A. Hartman re: same. | 2.40 | 900.00 | |
|  |  |  |  | 10.40 | 2,020.00 | |
|  |  |  |  | 41.20 | 11,850.50 | |

62 records printed.