# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# AUGUST 1, 2006 THROUGH AUGUST 31, 2006

Phillips, Goldman & Spence, P.A.

Page    2

September 28, 2006

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number    64065

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 08/01/06 | Federal Express | 46.76 |
| 08/04/06 | Postage | 14.55 |
| 08/04/06 | Photocopies | 147.60 |
| 08/18/06 | Check No.: 31721 - U.S. District Court - Pro Hac Fee. | 50.00 |
| 08/29/06 | Facsimile | 2.00 |
| 08/30/06 | Check No.: 31893 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| | Subtotal for COSTS only: 08/31/06 | $270.91 |