alp_132rc: Client Analysis Sheet                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   1
Run Date & Time: 09/21/06 10:31:46                            *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE          Worked : 12/31/99 thru 09/21/06

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 7.50 | 2,545.00 | 0.00 | 2,545.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00002 | CREDITOR COMMITTEE | 22.30 | 12,150.00 | 0.00 | 12,150.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00005 | BANKR. MOTIONS | 1.80 | 972.00 | 0.00 | 972.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00008 | FEE APPLICATIONS, APPLIC | 13.50 | 3,450.00 | 0.00 | 3,450.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 88.60 | 40,372.00 | 0.00 | 40,372.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00019 | HEARINGS | 11.60 | 6,264.00 | 0.00 | 6,264.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00028 | TRAVEL\NON-WORKING | 5.00 | 1,350.00 | 0.00 | 1,350.00 | BENTLEY PHILIP - 02495 | M | | B |
| | Client Total | 150.30 | 67,103.00 | 0.00 | 67,103.00 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

```
alp_132c: Client Summary                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                       PAGE   1
Run Date & Time: 09/21/2006 10:31:41                         *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions:

-------------------------------------------------PRE-BILLING SUMMARY REPORT-----------------------------------------------

                                        FEES                                        COSTS
                                        ----                                        -----
        UNBILLED TIME FROM:   12/18/2005                TO:    08/31/2006
        UNBILLED DISB FROM:   01/01/1901                TO:    07/31/2006

        GROSS BILLABLE AMOUNT:      67,103.00                                  0.00
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
           ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:         08/31/2006                                07/31/2006
    CLOSE MATTER/FINAL BILLING?        YES   OR   NO
    EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:
               BILLING COMMENTS:                          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

-------------------------------------------------ACCOUNTS RECEIVABLE TOTALS---------------------------------UNAPPLIED CASH

          FEES:             141,200.14        UNIDENTIFIED RECEIPTS:          0.00
    DISBURSEMENTS:             3,938.64            PAID FEE RETAINER:         0.00
    FEE RETAINER:                  0.00           PAID DISB RETAINER:         0.00
    DISB RETAINER:                 0.00        TOTAL AVAILABLE FUNDS:         0.00
 TOTAL OUTSTANDING:          145,138.78                   TRUST BALANCE:
                                                    BILLING HISTORY
                                        ---------------------------------
                        DATE OF LAST BILL:   08/30/06         LAST PAYMENT DATE:        08/29/06
                        LAST BILL NUMBER:     444084      ACTUAL FEES BILLED TO DATE: 1,789,927.00
                                                        ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                      TOTAL FEES BILLED TO DATE:      1,789,927.00
                        LAST BILL THRU DATE: 07/31/06      FEES WRITTEN OFF TO DATE:    164,668.18

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee       (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted (5) Business Development      (8) Premium
    (3) Pre-arranged Discount    (6) Summer Associate          (9) Rounding      (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132c: Client Summary                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   2
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/21/2006 10:31:45

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

U N B I L L E D   T I M E   S U M M A R Y    ------------- Total Unbilled -------------
Emp Id Employee Name              Group         Oldest      Latest       Hours         Amount
------ -----------------------    -----------   --------    --------    --------    -----------
00336  ECKSTEIN, KENNETH H.       PARTNER       08/28/06    08/28/06        1.40       1,092.00
02495  BENTLEY, PHILIP            PARTNER       08/01/06    08/31/06       19.30      12,159.00
03976  MAYER, THOMAS MOERS        PARTNER       08/28/06    08/28/06        0.50         377.50
07850  HOROWITZ, GREGORY A.       PARTNER       08/03/06    08/25/06        6.50       3,867.50
05292  BECKER, GARY M.            SPEC COUNSEL  08/21/06    08/21/06        5.00       1,350.00
05292  BECKER, GARY M.            SPEC COUNSEL  08/01/06    08/31/06       76.30      41,202.00
       PARAPROFESSIONALS
03691  LANE, JOANNE               OTHER TKPR    08/14/06    08/14/06        0.10          21.00
06451  GAVIGAN, JAMES C           PARALEGAL     08/01/06    08/29/06       25.20       5,544.00
06705  PANESAR, VIKRUM            PARALEGAL     08/11/06    08/11/06        2.00         440.00
06768  MURABITO, MELISSA          PARALEGAL     08/09/06    08/09/06        7.00         525.00
06776  PONTE, ROSALIE             PARALEGAL     08/09/06    08/09/06        7.00         525.00

                            Total:                                        150.30      67,103.00


A C C O U N T S   R E C E I V A B L E     (Reflects Payments As of 09/21/06 10:31:45)
                                                      Billed              ----- Collections -----    Balance
Bill Date Thru Date Bill#     Fee & OA    Disbursement     Total             From OA      Date         Due
---------- --------- -----  -----------   ------------  -----------       ----------- ----------   -----------
05/19/06   03/31/06  437384   58,334.00       5,445.00    48,829.00         06/26/06               14,950.00
08/16/06   06/30/06  443006   58,048.00       2,809.18    28,091.88         08/29/06               32,765.30
08/30/06   07/31/06  444084   29,474.50         845.98                                             30,320.48
09/21/06   07/31/06  446051   67,103.00            .00          .00                                67,103.00

                    Total:   212,959.50       9,100.16    76,920.88                               145,138.78
```

```
alp_132r: Matter Detail                                                                                                                    PAGE    1
Run Date & Time: 09/21/2006 10:31:38

                                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                                            PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:    08/01/2006                        TO:    08/29/2006
            UNBILLED DISB FROM:                                      TO:

                                                 FEES                              COSTS

GROSS BILLABLE AMOUNT:                       2,545.00                              0.00
AMOUNT WRITTEN DOWN:
        PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
        THRU DATE:                          08/29/2006
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                                            ACCOUNTS RECEIVABLE TOTALS                               UNAPPLIED CASH

                FEES:                        3,707.00
    DISBURSEMENTS:                              71.68          UNIDENTIFIED RECEIPTS:           0.00
    FEE RETAINER:                                0.00          PAID FEE RETAINER:               0.00
    DISB RETAINER:                               0.00          PAID DISB RETAINER:              0.00
TOTAL OUTSTANDING:                           3,778.68          TOTAL AVAILABLE FUNDS:           0.00
                                                                     TRUST BALANCE:
                                                                  BILLING HISTORY
DATE OF LAST BILL:      08/30/06                            LAST PAYMENT DATE:          08/17/06
LAST BILL NUMBER:       444084                              ACTUAL FEES BILLED TO DATE:    254,311.50
                                                            ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                            PAID DISB RETAINER:                  0.00
                                                            TOTAL FEES BILLED TO DATE:     254,311.50
LAST BILL THRU DATE:    07/31/06                            FEES WRITTEN OFF TO DATE:       79,053.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee                 (4) Excessive Legal Time            (7) Fixed Fee
    (2) Late Time & Costs Posted           (5) Business Development            (8) Premium
    (3) Pre-arranged Discount              (6) Summer Associate                (9) Rounding       (10) Client Arrangement


BILL NUMBER: _____     DATE OF BILL: _____  Processed by: _____  FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                                                                                           PAGE    2
Run Date & Time: 09/21/2006 10:31:38

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y                      ---------------- Total Unbilled ----------------
Emp Id  Employee Name                  Group                     Oldest      Latest         Hours             Amount
05292   BECKER, GARY M.                CRED                      08/01/06    08/29/06        2.80           1,512.00
        PARAPROFESSIONALS
03691   LANE, JOANNE                   lega                      08/14/06    08/14/06        0.10              21.00
06451   GAVIGAN, JAMES C               CRED                      08/03/06    08/16/06        4.60           1,012.00

                     Total:                                                                   7.50           2,545.00

Sub-Total Hours :    0.00 Partners    2.80 Counsels    0.00 Associates    4.60 Legal Assts    0.10 Others

A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 09/21/06 10:31:38)
Bill Date Thru Date Bill#         Fee & OA       Billed         Applied      ---- Collections ----   Balance
                                                Disbursement    From OA      Total     Date         Due

05/19/06 03/31/06 437384           999.00          482.88                  1,481.88   05/19/06
08/16/06 06/30/06 443006           965.00          477.96                     21.00
08/30/06 07/31/06 444084         1,162.00           71.68                  1,442.96   08/17/06       1,233.68
09/21/06 07/31/06 446051         2,545.00              .00                       .00                 2,545.00

             Total:              5,671.00        1,032.52                  2,924.84                  3,778.68
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    3
Run Date & Time: 09/21/2006 10:31:38                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:  2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name           Work Date   Description                                                      Hours        Amount       Index#    Batch Date  Task Act
---------------------------------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.         08/01/06    Conference bank debt holder regarding case                        1.60         864.00      6437181   08/05/2006
                                    status and issues (0.5); review Schultze
                                    objection to confirmation (0.4); conference
                                    with bank debt holder regarding case issues,
                                    including confirmation (0.7).
BECKER, GARY M.         08/02/06    Review various pleadings and Orders (0.3).                        0.30         162.00      6437182   08/05/2006
BECKER, GARY M.         08/08/06    review various orders and pleadings                               0.10          54.00      6445863   08/09/2006
BECKER, GARY M.         08/17/06    Conf. Journalist re case issues                                   0.40         216.00      6456637   08/21/2006
BECKER, GARY M.         08/29/06    review Grace docket and assorted pleadings                        0.40         216.00      6469706   08/30/2006
                                                                                                     -----      ---------
  Total For BECKER G - 05292                                                                          2.80       1,512.00

GAVIGAN, JAMES C        08/03/06    organizing files and moving to CC-19                              0.30          66.00      6443665   08/08/2006
GAVIGAN, JAMES C        08/08/06    locating and emailing Phil Bentley copy of the                    1.30         286.00      6461185   08/22/2006
                                    Cert. of Counsel regarding withdrawal and
                                    expungement of Canadian expungement damage
                                    claims
GAVIGAN, JAMES C        08/16/06    creating hearing binder for hearing monday                        3.00         660.00      6461189   08/22/2006
                                                                                                     -----      ---------
  Total For GAVIGAN J - 06451                                                                         4.60       1,012.00

LANE, JOANNE            08/14/06    E-mail to Jamie Gavigan, telephone conversation                   0.10          21.00      6451444   08/15/2006
                                    with Gary Becker re SQL database received.
                                                                                                     -----      ---------
  Total For LANE J - 03691                                                                            0.10          21.00


                                                                          Fee Total                   7.50       2,545.00
```

```
alp_132r: Matter Detail                                                                                    PAGE    4
Run Date & Time: 09/21/2006 10:31:38

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status      : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name            Hours       Amount         Bill        W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward
-------------            -----       ------         ----        ---------    -----------    --------    -------------
BECKER, GARY M.           2.80     1,512.00
LANE, JOANNE              0.10        21.00
GAVIGAN, JAMES C          4.60     1,012.00

               Total:     7.50     2,545.00
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    5
Run Date & Time: 09/21/2006 10:31:38                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                         Orig Prtnr : CRED. RGTS        - 06975          Proforma Number:    2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP   - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status     : ACTIVE

Special Billing Instructions:

                                           PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:     08/01/2006         TO:   08/31/2006
              UNBILLED DISB FROM:                        TO:

                                              FEES                 COSTS

       GROSS BILLABLE AMOUNT:              12,150.00                0.00
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
         ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:               08/31/2006
    CLOSE MATTER/FINAL BILLING?       YES OR NO
    EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:

                                                                ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

                                   FEES:              17,226.00             UNIDENTIFIED RECEIPTS:         0.00
                          DISBURSEMENTS:                 127.34                 PAID FEE RETAINER:         0.00
                            FEE RETAINER:                  0.00                 PAID DISB RETAINER:        0.00
                           DISB RETAINER:                  0.00                 TOTAL AVAILABLE FUNDS:     0.00
                        TOTAL OUTSTANDING:            17,353.34              TRUST BALANCE:
                                                                             BILLING HISTORY
                       DATE OF LAST BILL:             08/30/06              LAST PAYMENT DATE:               08/29/06
                       LAST BILL NUMBER:              444084                ACTUAL FEES BILLED TO DATE:    238,534.50
                                                                            ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                                            PAID DISB RETAINER:                   0.00
                                                                            TOTAL FEES BILLED TO DATE:    238,534.50
                     LAST BILL THRU DATE:             07/31/06              FEES WRITTEN OFF TO DATE:      21,567.50

    FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:
         (1) Exceeded Fixed Fee               (4) Excessive Legal Time        (7) Fixed Fee
         (2) Late Time & Costs Posted         (5) Business Development        (8) Premium
         (3) Pre-arranged Discount            (6) Summer Associate            (9) Rounding
                                                                             (10) Client Arrangement

    BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Matter Detail                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    6
Run Date & Time: 09/21/2006 10:31:38                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                          Status    : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y                       ----------- Total Unbilled -----------
Emp Id Employee Name                       Group              Oldest        Latest           Hours      Amount
02495 BENTLEY, PHILIP                       CRED             08/31/06      08/31/06           1.20      756.00
05292 BECKER, GARY M.                       CRED             08/01/06      08/31/06          21.10   11,394.00
                        Total:                                                               22.30   12,150.00

Sub-Total Hours :       1.20 Partners         21.10 Counsels       0.00 Associates       0.00 Legal Assts       0.00 Others

A C C O U N T S    R E C E I V A B L E          (Reflects Payments As of 09/21/06 10:31:38)
Bill Date Thru Date Bill#     Fee & OA    Disbursement  ----- Billed -----       ----- Applied -----    ---- Collections ----    Balance
                                                                                                                                  Due
                                                          From OA       Total                           Date
05/19/06 03/31/06   437384   17,928.00         99.00                            18,027.00 05/19/06                                  5,203.34
08/16/06 06/30/06   443006   20,124.00         14.55                            20,138.55 08/29/06                                      .00
08/30/06 07/31/06   444084    5,076.00        127.34                                                                                5,203.34
09/21/06 07/31/06   446051   12,150.00            .00                                             .00                              12,150.00
             Total:          55,278.00        240.89                            38,165.55              .00                         17,353.34
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    7
Run Date & Time: 09/21/2006 10:31:38                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                  Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name           Work Date    Description                                                    Hours     Amount       Index#    Batch Date   Task Act
------------------------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP         08/31/06     Attend committee conf call                                      1.20     756.00      6486803   09/06/2006

Total For BENTLEY P - 02495                                                                          1.20     756.00

BECKER, GARY M.         08/01/06     Conference shareholder regarding numerous case                  1.70     918.00      6437183   08/05/2006
                                     issues (1.2); conference with second
                                     shareholder regarding case issues (0.5).
BECKER, GARY M.         08/02/06     Conference shareholder regarding case issues                    1.20     648.00      6437184   08/05/2006
                                     (0.5); conference with second shareholder
                                     regarding same (0.6); conference with third
                                     shareholder regarding same (0.3).
BECKER, GARY M.         08/04/06     Conf. shareholder re case issues (x2).                          0.80     432.00      6445864   08/09/2006
BECKER, GARY M.         08/09/06     Conf. shareholder re case issues (0.5).                         0.50     270.00      6447096   08/10/2006
BECKER, GARY M.         08/10/06     Prepare for and conf. with T. Weschler re case                  1.00     540.00      6447963   08/11/2006
                                     issues (1.0).
BECKER, GARY M.         08/11/06     Conf. shareholder re case issues (0.3); conf.                   0.70     378.00      6452731   08/16/2006
                                     second shareholder
BECKER, GARY M.         08/15/06     conf shareholder re case issues (0.3); conf                     0.80     432.00      6452730   08/16/2006
                                     second shareholder re case issues (0.5).
BECKER, GARY M.         08/16/06     Conf. shareholder re case issues                                0.40     216.00      6454999   08/18/2006
BECKER, GARY M.         08/17/06     Meeting with shareholder re case issues (1.3);                  1.90    1,026.00     6456638   08/21/2006
                                     conf. second shareholder re case issues (0.3);
                                     conf. third shareholder re case issues (0.3).
BECKER, GARY M.         08/22/06     prepare report on omnibus hearing (1.5);                        2.80    1,512.00     6462657   08/23/2006
                                     prepare for and conf. call with Committee Chair
                                     (1.3)
BECKER, GARY M.         08/23/06     email Weschler re open issues from conference                   1.00     540.00      6464131   08/24/2006
                                     yesterday and research in support of same
                                     (0.6); research confidentiality agmt and conf
                                     Gavigan and Bentley re same (0.4).
BECKER, GARY M.         08/24/06     locate committee confidentiality agreement and                  0.60     324.00      6465880   08/25/2006
                                     email Weschler
BECKER, GARY M.         08/25/06     prepare for and conf call with Eschler re case                  1.60     864.00      6466976   08/28/2006
                                     issues (1.0); conf shareholder re case issues
                                     (0.6)
BECKER, GARY M.         08/29/06     conf shareholder re case issues (1.0); conf                     1.70     918.00      6469707   08/30/2006
                                     second shareholder re case issues (0.4); conf J
                                     Liu re Ad Hoc Cmtee (0.3)
BECKER, GARY M.         08/30/06     conf Wechsler re various case issues (0.4);                     1.00     540.00      6472268   08/31/2006
                                     conf shareholder re case issues (0.3); conf
                                     secured shareholder re case issues (0.3)
```

```
alp_132r: Matter Detail                                                                                                         PAGE    8
Run Date & Time: 09/21/2006 10:31:38

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                        Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                             Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name            Work Date   Description                                      Hours      Amount       Index#    Batch Date  Task Act

BECKER, GARY M.          08/31/06    prepare for and participate in equity committee   3.40    1,836.00       6474708   09/01/2006
                                     quarterly call (2.5); conf shareholder re case
                                     estimation issues (0.4); conf second
                                     shareholder re case estimation issues (0.3);
                                     emails Weschler (0.2)

                                                                        Fee Total      3.40    1,836.00

Total For BECKER G - 05292                                                            22.30   12,150.00
                                                                                      21.10   11,394.00
```

alp_132r: Matter Detail

Run Date & Time: 09/21/2006 10:31:38

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 9

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975            Proforma Number: 2178433
Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

**BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 1.20 | 756.00 | | | | | |
| BECKER, GARY M. | 21.10 | 11,394.00 | | | | | |
| Total: | 22.30 | 12,150.00 | | | | | |

```
alp_132r: Matter Detail                                                                                                       PAGE    10
Run Date & Time: 09/21/2006 10:31:38

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                         Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:    2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : BANKR. MOTIONS                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                            Status     : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   08/14/2006              TO:   08/18/2006
UNBILLED DISB FROM:                           TO:

                                           FEES               COSTS

  GROSS BILLABLE AMOUNT:                  972.00               0.00
  AMOUNT WRITTEN DOWN:
            PREMIUM:
  ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
          THRU DATE:                   08/18/2006
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

    FEES:                      3,123.00
  DISBURSEMENTS:                    0.00          UNIDENTIFIED RECEIPTS:        0.00
  FEE RETAINER:                     0.00          PAID FEE RETAINER:            0.00
  DISB RETAINER:                    0.00          PAID DISB RETAINER:           0.00
 TOTAL OUTSTANDING:             3,123.00          TOTAL AVAILABLE FUNDS:        0.00
                                                  TRUST BALANCE:
                                             BILLING HISTORY
    DATE OF LAST BILL:          08/30/06          LAST PAYMENT DATE:         08/29/06
    LAST BILL NUMBER:            444084          ACTUAL FEES BILLED TO DATE: 132,492.00
                                                  ON ACCOUNT FEES BILLED TO DATE: 0.00
                                                  PAID DISB RETAINER:             0.00
    LAST BILL THRU DATE:         07/31/06         TOTAL FEES BILLED TO DATE: 132,492.00
                                                  FEES WRITTEN OFF TO DATE:   444.00

FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
   (2) Late Time & Costs Posted  (5) Business Development    (8) Premium
   (3) Pre-arranged Discount     (6) Summer Associate        (9) Rounding    (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC: _____   CRC:_____
```

```
alp_132r: Matter Detail                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    11
Run Date & Time: 09/21/2006 10:31:38                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                       Orig Prtnr : CRED. RGTS - 06975                  Proforma Number:    2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr : BENTLEY PHILIP   - 02495            Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                     Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y ------------------- Total Unbilled -------------------
Emp Id Employee Name                      Group                 Oldest         Latest        Hours         Amount
05292 BECKER, GARY M.                      CRED                08/14/06       08/18/06         1.80         972.00
                      Total:                                                                   1.80         972.00

Sub-Total Hours :   0.00 Partners     1.80 Counsels      0.00 Associates     0.00 Legal Assts     0.00 Others

A C C O U N T S   R E C E I V A B L E      (Reflects Payments As of 09/21/06 10:31:39)
                                     ------- Billed -------     ---- Applied ----    Collections ----
Bill Date Thru Date Bill#           Fee & OA    Disbursement    From OA     Total        Date         Balance Due
05/19/06 03/31/06   437384          2,052.00         .00           .00    2,052.00   05/19/06
08/16/06 06/30/06   443006          4,644.00         .00           .00    4,644.00   08/29/06
08/30/06 07/31/06   444084          2,151.00         .00           .00        .00                     2,151.00
09/21/06 07/31/06   446051            972.00         .00           .00        .00                       972.00
           Total:                   9,819.00         .00           .00    6,696.00                    3,123.00
```

```
alp_132r: Matter Detail                                                                                     PAGE   12
Run Date & Time: 09/21/2006 10:31:39

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                             Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR. MOTIONS                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name         Work Date    Description                                      Hours    Amount    Index#   Batch Date  Task Act
-----------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.       08/14/06     prepare for and participate in conf call re       1.00    540.00    6451547  08/15/2006
                                   Equitas settlement
BECKER, GARY M.       08/15/06     review agenda for motions on Aug 21               0.30    162.00    6452732  08/16/2006
BECKER, GARY M.       08/18/06     Review Equitas settlement materials               0.50    270.00    6458073  08/21/2006
                                                                                    -----   -------
                                                                     Fee Total       1.80    972.00

Total For BECKER G - 05292                                                           1.80    972.00
```

```
alp_132r: Matter Detail                                                                                              PAGE    13
Run Date & Time: 09/21/2006 10:31:39

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
------------------------------------------------------------------------------------------------
Employee Name                 Hours       Amount        Bill         W/o / W/u   Transfer To   Clnt/Mtr  Carry Forward
------------------------------------------------------------------------------------------------

BECKER, GARY M.                1.80       972.00

       Total:                  1.80       972.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   14
Run Date & Time: 09/21/2006 10:31:39              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                             Orig Prtnr  : CRED. RGTS   - 06975         Proforma Number:  2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status      : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:  08/01/2006            TO:   08/29/2006
           UNBILLED DISB FROM:                        TO:

                                       FEES                COSTS

           GROSS BILLABLE AMOUNT:      3,450.00             0.00
           AMOUNT WRITTEN DOWN:
                         PREMIUM:
                 ON ACCOUNT BILLED:
           DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                        THRU DATE:           08/29/2006
           CLOSE MATTER/FINAL BILLING?   YES OR NO
           EXPECTED DATE OF COLLECTION:

           BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

           BILLING COMMENTS:


                                       ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

           FEES:                            11,823.70
           DISBURSEMENTS:                       71.46        UNIDENTIFIED RECEIPTS:         0.00
           FEE RETAINER:                         0.00        PAID FEE RETAINER:             0.00
           DISB RETAINER:                        0.00        PAID DISB RETAINER:            0.00
           TOTAL OUTSTANDING:               11,895.16        TOTAL AVAILABLE FUNDS:         0.00
                                                             TRUST BALANCE:
                                                             BILLING HISTORY
           DATE OF LAST BILL:               08/30/06         LAST PAYMENT DATE:            08/29/06
           LAST BILL NUMBER:                  444084         ACTUAL FEES BILLED TO DATE:   114,727.00
                                                             ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                             PAID DISB RETAINER:            0.00
           LAST BILL THRU DATE:             07/31/06         TOTAL FEES BILLED TO DATE:  114,727.00
                                                             FEES WRITTEN OFF TO DATE:     4,424.50

                                                  Write Down/Up Reason Codes:
           FOR ACCTG USE ONLY:        (1) Exceeded Fixed Fee          (4) Excessive Legal Time     (7) Fixed Fee
                                      (2) Late Time & Costs Posted    (5) Business Development     (8) Premium
                                      (3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding    (10) Client Arrangement

           BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```