```
alp_132r: Matter Detail                                                                                                              PAGE    15
Run Date & Time: 09/21/2006 10:31:39

                                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                       Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ----------- Total Unbilled ------------
Emp Id Employee Name               Group           Oldest      Latest        Hours     Amount
05292   BECKER, GARY M.            CRED           08/01/06    08/28/06        1.50      810.00
06451   GAVIGAN, JAMES C.          CRED           08/01/06    08/29/06       12.00    2,640.00
        PARAPROFESSIONALS
                            Total:                                           13.50    3,450.00

Sub-Total Hours :   0.00 Partners    1.50 Counsels   0.00 Associates   12.00 Legal Assts   0.00 Others

A C C O U N T S   R E C E I V A B L E      Billed     ---- Collections ----
                                         (Reflects Payments As of 09/21/06 10:31:39)
Bill Date Thru Date Bill#      Fee & OA   Disbursement   Applied     Total     Date        Balance
                                                         From OA                             Due
05/19/06  03/31/06  437384     8,636.00       41.52      8,677.52   06/26/06              7,019.70
08/16/06  06/30/06  443006     7,295.00      248.77        524.07   08/29/06              1,425.46
08/30/06  07/31/06  444084     1,354.00       71.46          .00                          1,425.46
09/21/06  07/31/06  446051     3,450.00          .00         .00                          3,450.00

                     Total:   20,735.00      361.75      9,201.59                        11,895.16
```

```
alp_132r: Matter Detail                                                                                                         PAGE    16
Run Date & Time: 09/21/2006 10:31:39

                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                  Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:   2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name              Work Date    Description                                            Hours        Amount      Index#     Batch Date  Task Act
----------------------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.            08/01/06  Review and execute monthly fee application and             0.30        162.00     6437185     08/05/2006
                                     conference with Gavigan regarding same.
BECKER, GARY M.            08/14/06  direction Gavigan re quarter fee app.                      0.20        108.00     6451548     08/15/2006
BECKER, GARY M.            08/15/06  review and execute quarterly fee app                       0.30        162.00     6452733     08/16/2006
BECKER, GARY M.            08/23/06  review monthly invoice for July and revise                 0.40        216.00     6464132     08/24/2006
BECKER, GARY M.            08/28/06  review and execute monthly fee application and             0.30        162.00     6468634     08/29/2006
                                     conf Gavigan re same

Total For BECKER G - 05292                                                                      1.50        810.00

GAVIGAN, JAMES C.          08/01/06  creating fee app                                           2.50        550.00     6443667     08/08/2006
GAVIGAN, JAMES C.          08/02/06  follow up with status of local counsel filing              0.50        110.00     6443666     08/08/2006
                                     fee app
GAVIGAN, JAMES C.          08/08/06  producing quarterly fee app                                2.00        440.00     6461191     08/22/2006
GAVIGAN, JAMES C.          08/15/06  producing quarterly fee app                                2.70        594.00     6461190     08/22/2006
GAVIGAN, JAMES C.          08/25/06  creating monthly fee app                                   1.80        396.00     6485143     09/06/2006
GAVIGAN, JAMES C.          08/28/06  creating monthly fee app                                   2.00        440.00     6485144     09/06/2006
GAVIGAN, JAMES C.          08/29/06  checking to see if fee app was filed with local            0.50        110.00     6485145     09/06/2006
                                     counsel and confirming with accounting

Total For GAVIGAN J - 06451                                                                    12.00      2,640.00

                                                               Fee Total                       13.50      3,450.00
```

```
alp_132r: Matter Detail                                                                                                    PAGE    17
Run Date & Time: 09/21/2006 10:31:39

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                 Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:  2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                   Hours         Amount          Bill       W/O / W/u      Transfer To    Clnt/Mtr    Carry Forward

BECKER, GARY M.                  1.50         810.00
GAVIGAN, JAMES C                12.00       2,640.00
         Total:                 13.50       3,450.00
```

```
alp_132r: Matter Detail                                                                                                    PAGE    18
Run Date & Time: 09/21/2006 10:31:39

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                         Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   08/01/2006                     TO:   08/31/2006
UNBILLED DISB FROM:                                  TO:

                                    FEES                       COSTS
                                    ----                       -----

GROSS BILLABLE AMOUNT:              40,372.00                   0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                          08/31/2006

CLOSE MATTER/FINAL BILLING?         YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

             BENTLEY PHILIP - 02495                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                    ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                                    --------------------------                    --------------

                    FEES:           67,221.44         UNIDENTIFIED RECEIPTS:        0.00
            DISBURSEMENTS:             965.16         PAID FEE RETAINER:            0.00
            FEE RETAINER:               0.00          PAID DISB RETAINER:           0.00
            DISB RETAINER:              0.00          TOTAL AVAILABLE FUNDS:        0.00
        TOTAL OUTSTANDING:          68,186.60         TRUST BALANCE:
                                                      BILLING HISTORY
                                                      ---------------

                    DATE OF LAST BILL:     08/30/06                    LAST PAYMENT DATE:        08/29/06
                    LAST BILL NUMBER:      444084                      ACTUAL FEES BILLED TO DATE:    558,691.50
                                                                       ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                                       TOTAL FEES BILLED TO DATE:     558,691.50
                    LAST BILL THRU DATE:   07/31/06                    FEES WRITTEN OFF TO DATE:        4,417.50


FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee                     (4) Excessive Legal Time             (7) Fixed Fee
        (2) Late Time & Costs Posted               (5) Business Development             (8) Premium
        (3) Pre-arranged Discount                  (6) Summer Associate                 (9) Rounding                (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                                                                                        PAGE   19
Run Date & Time: 09/21/2006 10:31:39
                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                            Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)      Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status : ACTIVE
```

## UNBILLED TIME SUMMARY

| Emp Id | Employee Name         | Group | ---------- Total Unbilled ---------- |          |           |
|--------|-----------------------|-------|--------------------------------------|----------|-----------|
|        |                       |       | Oldest    | Latest    | Hours    | Amount    |
| 00336  | ECKSTEIN, KENNETH H.  | CRED  | 08/28/06  | 08/28/06  | 1.40     | 1,092.00  |
| 02495  | BENTLEY, PHILIP       | CRED  | 08/01/06  | 08/31/06  | 18.10    | 11,403.00 |
| 03976  | MAYER, THOMAS MOERS   | CRED  | 08/28/06  | 08/28/06  | 0.50     | 377.50    |
| 07850  | HOROWITZ, GREGORY A.  | LITI  | 08/03/06  | 08/25/06  | 6.50     | 3,867.50  |
| 05292  | BECKER, GARY M.       | CRED  | 08/01/06  | 08/31/06  | 37.50    | 20,250.00 |

PARAPROFESSIONALS

| 06451 | GAVIGAN, JAMES C   | CRED | 08/09/06 | 08/22/06 | 8.60  | 1,892.00  |
| 06705 | PANESAR, VIKRUM    | CRED | 08/11/06 | 08/11/06 | 2.00  | 440.00    |
| 06768 | MURABITO, MELISSA  | CRED | 08/09/06 | 08/09/06 | 7.00  | 525.00    |
| 06776 | PONTE, ROSALIE     | CRED | 08/09/06 | 08/09/06 | 7.00  | 525.00    |

```
                    Total:                                         88.60    40,372.00

Sub-Total Hours :   26.50 Partners    37.50 Counsels    0.00 Associates    24.60 Legal Assts    0.00 Others
```

## ACCOUNTS RECEIVABLE (Reflects Payments As of 09/21/06 10:31:39)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Fee & OA Applied From OA | Total Collections | Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|--------------------------|-------------------|------|-------------|
| 05/19/06  | 03/31/06  | 437384 | 18,225.00      | 2,841.20     |                          | 18,590.60         | 06/26/06 | 2,478.60 |
| 08/16/06  | 06/30/06  | 443006 | 11,770.00      |              |                          |                   |      | 11,770.00 |
| 08/30/06  | 07/31/06  | 444084 | 12,990.50      | 575.50       |                          | 1,320.10          | 08/29/06 | 13,566.00 |
| 09/21/06  | 07/31/06  | 446051 | 40,372.00      | .00          |                          | .00               |      | 40,372.00 |
|           | Total:    |       | 83,357.50      | 4,739.80     |                          | 19,910.70         |      | 68,186.60 |

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    20
Run Date & Time: 09/21/2006 10:31:39                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                                Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:  2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                        Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                                                             Supv Prtnr : MAYER THOMAS MOERS - 03976   Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name         Work Date   Description                                                                     Hours       Amount      Index#   Batch Date   Task Act
-------------         ---------   -----------                                                                     -----       ------      ------   ----------   --------

BENTLEY, PHILIP       08/01/06    Discs J. Baer, GAH, and review emails                                            0.40       252.00     6457924   08/21/2006
BENTLEY, PHILIP       08/02/06    TC J. Baer, and review emails re asbestos                                        0.30       189.00     6457923   08/21/2006
                                  issues
BENTLEY, PHILIP       08/03/06    Discs GAH and GB, and review docs re estimation                                  1.40       882.00     6457922   08/21/2006
BENTLEY, PHILIP       08/04/06    Conf GAH and GB, and notes and analysis, re                                      1.40       882.00     6457921   08/21/2006
                                  estimation issues
BENTLEY, PHILIP       08/07/06    Review voicemail                                                                 0.10        63.00     6457925   08/21/2006
BENTLEY, PHILIP       08/08/06    Discs T. Weschler and GB re asbestos issues,                                     1.20       756.00     6457926   08/21/2006
                                  and notes for followup; review emails; review
                                  recent ruling in criminal case
BENTLEY, PHILIP       08/09/06    Conf call with Lexecon, and discs GB and GH                                      1.10       693.00     6457227   08/21/2006
BENTLEY, PHILIP       08/10/06    Discs TW and GB re PD issues                                                     0.50       315.00     6457228   08/21/2006
BENTLEY, PHILIP       08/14/06    Review emails                                                                    0.10        63.00     6465694   08/25/2006
BENTLEY, PHILIP       08/15/06    Discs Jan Baer and GB re PD and PI issues                                        0.60       378.00     6465695   08/25/2006
BENTLEY, PHILIP       08/17/06    Discs GB and trade emails                                                        0.40       252.00     6465693   08/25/2006
BENTLEY, PHILIP       08/22/06    Discs GB and review docs re estimation issues                                    1.30       819.00     6469543   08/30/2006
BENTLEY, PHILIP       08/23/06    Discs GB                                                                         0.10        63.00     6469544   08/30/2006
BENTLEY, PHILIP       08/24/06    Review estimation materials                                                      0.60       378.00     6469545   08/30/2006
BENTLEY, PHILIP       08/25/06    Conf at Kirkland & Ellis with Debtors and                                        6.20     3,906.00     6471051   08/30/2006
                                  Stroock re estimation, and discs TW and GB, and
                                  review docs re same
BENTLEY, PHILIP       08/29/06    Trade emails and voicemails re new developments                                  0.50       315.00     6488806   09/06/2006
BENTLEY, PHILIP       08/30/06    Review and comment on draft reply in support of                                  0.90       567.00     6488805   09/06/2006
                                  Debtors' motion to compel
BENTLEY, PHILIP       08/31/06    Discs GB re pleading in support of Debtors'                                      1.00       630.00     6486804   09/06/2006
                                  motion to compel and re prep for 9/11 hearing,
                                  and notes re same
                                                                                                                 ------    ---------
       Total For BENTLEY P - 02495                                                                                18.10    11,403.00

ECKSTEIN, KENNETH H.  08/28/06    c/w GB re asbestos claim statute; corresp with                                   1.40     1,092.00     6470913   08/30/2006
                                  PB TM re follow up strategies
                                                                                                                 ------    ---------
       Total For ECKSTEIN K - 00336                                                                                1.40     1,092.00

HOROWITZ, GREGORY A.  08/03/06    long tc PB, GB re estimation issues, review                                      1.50       892.50     6454576   08/17/2006
                                  materials re same
HOROWITZ, GREGORY A.  08/04/06    lunch mw PB, GB; tc Lynette Neuman                                               1.50       892.50     6454577   08/17/2006
HOROWITZ, GREGORY A.  08/09/06    tc Lynette Neuman, PB, GB                                                        1.00       595.00     6454578   08/17/2006
HOROWITZ, GREGORY A.  08/25/06    telephonic participation in meeting at Debtor's                                  2.50     1,487.50     6483061   09/05/2006
                                  offices re estimation progress (2.5)
                                                                                                                 ------    ---------
       Total For HOROWITZ G - 07850                                                                                6.50     3,867.50
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE    21
Run Date & Time: 09/21/2006 10:31:39                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                        Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status     : ACTIVE

UNBILLED TIME DETAIL
Employee Name            Work Date   Description                                                                       Hours       Amount    Index#   Batch Date  Task Act

MAYER, THOMAS MOERS      08/28/06    Conferences with Ken Eckstein, Gary Becker re                                      0.50       377.50   6468525  08/29/2006
                                     gearing up litigation team for estimation
                                     proceeding.

Total For MAYER T - 03976                                                                                               0.50       377.50

BECKER, GARY M.          08/01/06    Prepare for and participate in conference call                                     1.60       864.00   6437186  08/05/2006
                                     re PI discovery (1.1); review claims estimation
                                     materials from omnibus hearing (0.50

BECKER, GARY M.          08/03/06    Attention emails re asbestos discovery issues                                      1.90     1,026.00   6438913  08/05/2006
                                     (0.3); conf. with Horowitz and Bentley re
                                     asbestos issues (0.6); research re asbestos
                                     issues (1.0)

BECKER, GARY M.          08/04/06    Prepare for and meeting with Horowitz and                                          1.00       540.00   6445866  08/09/2006
                                     Bentley re claims estimation issues (1.0)

BECKER, GARY M.          08/08/06    conf Bentley re PD claims issues (0.3); review                                     1.30       702.00   6445865  08/09/2006
                                     emails re PD CMO and bar date order (0.5);
                                     review certain objections to motion to compel
                                     (0.5)

BECKER, GARY M.          08/09/06    Conf. asbestos expert re estimation issues                                         1.80       972.00   6447097  08/10/2006
                                     (0.5); prepare for and conf. with various
                                     counsel re PD CMO (1.0); direction to Gavigan
                                     re Speights claim issues (0.3).

BECKER, GARY M.          08/10/06    Review info re Speights claims                                                     1.00       540.00   6447964  08/11/2006
BECKER, GARY M.          08/11/06    Gather docs re Speights claims and review                                          0.80       432.00   6452735  08/16/2006
BECKER, GARY M.          08/14/06    review revised PD CMO and emails re same                                           0.50       270.00   6451549  08/15/2006
BECKER, GARY M.          08/15/06    review Armstrong estimation decision for                                           3.20     1,728.00   6452734  08/16/2006
                                     potential applicability (1.0); review Quigley
                                     decision re same (0.5); review Sealed Air
                                     expert reports re asbestos claims and email
                                     Horowitz and Bentley re same (1.2); conf Baer
                                     re speights claims and follow up conf Bentley
                                     (0.5)

BECKER, GARY M.          08/16/06    Review Quigley decision (0.3); begin review of                                     1.60       864.00   6455000  08/18/2006
                                     pleadings regarding schedule for claims
                                     objections in advance of omnibus hearing (1.0);
                                     review letter re PD CMO (0.3)

BECKER, GARY M.          08/17/06    Conf. Bentley re asbestos issues (0.3); review                                     0.80       432.00   6456639  08/21/2006
                                     ruling in Montana action re Wincherite (0.5)

BECKER, GARY M.          08/22/06    conf Pasquale re expert disclosure (0.3); conf                                     2.30     1,242.00   6462658  08/23/2006
                                     Gavigan re same (0.3); revise and file expert
                                     redesignation (1.7)
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE    22
Run Date & Time: 09/21/2006 10:31:39                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                 Orig Prtnr : CRED. RGTS - 06975             Proforma Number:    2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status     : ACTIVE

UNBILLED TIME DETAIL
Employee Name       Work Date   Description                                                               Hours     Amount       Index#   Batch Date   Task Act
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 08/23/06 | revise PI questionnaire info (0.2); email Kirkland re participation in mediation (0.2). | 0.40 | 216.00 | 6464133 | 08/24/2006 |
| BECKER, GARY M. | 08/24/06 | conf Bentley re estimation issues (0.3); conf Pasquale re estimation issues (0.2); emails Neumann re estimation (0.2) | 0.70 | 378.00 | 6465881 | 08/25/2006 |
| BECKER, GARY M. | 08/25/06 | prepare for and mtg with K&E re estimation (3.8); emails Pasquale re estimation (0.2) | 4.00 | 2,160.00 | 6466977 | 08/28/2006 |
| BECKER, GARY M. | 08/28/06 | research and prepare statement in support of motion to compel PI questionnaire answers (3.0); conf b. harding re mediation on PI questionnaire (0.5); conf L Neumann re claims estimation issues (0.7); conf Eckstein and Mayer re claims estimation issues (0.5); review debtors reply to objections to motion to compel (0.5); emails Horowitz and Bentley re estimation (0.3) | 5.50 | 2,970.00 | 6468635 | 08/29/2006 |
| BECKER, GARY M. | 08/29/06 | participate in mediation re PI questionnaires (3.5); research and send info to Horowitz and Bentley re motion to compel and objections (0.6); prepare motion to modify asbestos expert compensation (1.6); send PI discs to Newmann (0.2) | 5.90 | 3,186.00 | 6469708 | 08/30/2006 |
| BECKER, GARY M. | 08/30/06 | conf call with Weil re estimation issues (1.0); email Bentley and Horowitz re same (0.3); separate email Bentley and Horowitz re estimation (0.2). | 1.50 | 810.00 | 6472269 | 08/31/2006 |
| BECKER, GARY M. | 08/31/06 | conf Bentley re pleading in support of motion to compel (0.4); modify pleading (0.2); conf D Mendelsohn re pleading (0.5); circulate to committee (0.1); conf Liu re estimation issues (0.5) | 1.70 | 918.00 | 6474709 | 09/01/2006 |
| Total For BECKER G - 05292 | | | 37.50 | 20,250.00 | | |
| GAVIGAN, JAMES C | 08/09/06 | pull all pleadings related to Speights and Runyan with help of interns (2) | 2.00 | 440.00 | 6461192 | 08/22/2006 |
| GAVIGAN, JAMES C | 08/10/06 | producing copies of Speights and Runyan pleadings | 1.30 | 286.00 | 6461186 | 08/22/2006 |
| GAVIGAN, JAMES C | 08/11/06 | producing copies of pleadings of speights and runyan | 1.50 | 330.00 | 6461187 | 08/22/2006 |
| GAVIGAN, JAMES C | 08/15/06 | producing copies of Speights and Runyan pleadings and looking for 15th objection to claims | 2.30 | 506.00 | 6461188 | 08/22/2006 |

alp_132r: Matter Detail                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE      23
Run Date & Time: 09/21/2006 10:31:39                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                Orig Prtnr : CRED. RGTS     - 06975          Proforma Number:      2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                             Supv Prtnr : MAYER THOMAS MOERS - 03976      Status      : ACTIVE

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Act |
|---|---|---|---|---|---|---|---|
| GAVIGAN, JAMES C | 08/22/06 | filing PI Expert Designation of Bamberger | 1.50 | 330.00 | 6485142 | 09/06/2006 | |
| Total For GAVIGAN J - 06451 | | | 8.60 | 1,892.00 | | | |
| MURABITO, MELISSA | 08/09/06 | pulling pleadings as per jamie gavigan's request | 7.00 | 525.00 | 6450174 | 08/14/2006 | |
| Total For MURABITO M - 06768 | | | 7.00 | 525.00 | | | |
| PANESAR, VIKRUM | 08/11/06 | Docket document retrieval and duplication at paralegal request | 2.00 | 440.00 | 6459629 | 08/21/2006 | |
| Total For PANESAR V - 06705 | | | 2.00 | 440.00 | | | |
| PONTE, ROSALIE | 08/09/06 | Pulling all pleadings regarding Speights & Runyan | 7.00 | 525.00 | 6455436 | 08/18/2006 | |
| Total For PONTE R - 06776 | | | 7.00 | 525.00 | | | |

Fee Total                                                            88.60         40,372.00

```
alp_132r: Matter Detail                                                                                      PAGE   24
Run Date & Time: 09/21/2006 10:31:39

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency:  M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                 Hours           Amount            Bill         W/o / W/u     Transfer To    Clnt/Mtr Carry Forward
```

| Employee Name | Hours | Amount |
|---|---|---|
| ECKSTEIN, KENNETH H. | 1.40 | 1,092.00 |
| BENTLEY, PHILIP | 18.10 | 11,403.00 |
| MAYER, THOMAS MOERS | 0.50 | 377.50 |
| HOROWITZ, GREGORY A. | 6.50 | 3,867.50 |
| BECKER, GARY M. | 37.50 | 20,250.00 |
| GAVIGAN, JAMES C | 8.60 | 1,892.00 |
| PANESAR, VIKRUM | 2.00 | 440.00 |
| MURABITO, MELISSA | 7.00 | 525.00 |
| PONTE, ROSALIE | 7.00 | 525.00 |
| Total: | 88.60 | 40,372.00 |

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    25
Run Date & Time: 09/21/2006 10:31:39                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                                              Proforma Number:   2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Orig Prtnr  : CRED. RGTS    - 06975      Bill Frequency: M
Matter Name : HEARINGS                                      Bill Prtnr  : BENTLEY PHILIP - 02495
Matter Opened : 09/06/2002                                  Supv Prtnr  : MAYER THOMAS MOERS - 03976                Status   : ACTIVE

Special Billing Instructions:

                                                   PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:     08/16/2006                         TO:    08/21/2006
        UNBILLED DISB FROM:                                        TO:

                                               FEES                              COSTS
                                          ------------                        ----------
        GROSS BILLABLE AMOUNT:          6,264.00                                0.00
        AMOUNT WRITTEN DOWN:
        PREMIUM:
        ON ACCOUNT BILLED:
        DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
        THRU DATE:                     08/21/2006
        CLOSE MATTER/FINAL BILLING?    YES  OR  NO
        EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

        BILLING COMMENTS:


                                                     ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

        FEES:                           28,235.00           UNIDENTIFIED RECEIPTS:       0.00
        DISBURSEMENTS:                   2,510.80           PAID FEE RETAINER:           0.00
        FEE RETAINER:                        0.00           PAID DISB RETAINER:          0.00
        DISB RETAINER:                       0.00           TOTAL AVAILABLE FUNDS:       0.00
        TOTAL OUTSTANDING:              30,745.80           TRUST BALANCE:
                                                            BILLING HISTORY
                                                            ---------------
        DATE OF LAST BILL:              08/30/06            LAST PAYMENT DATE:         08/29/06
        LAST BILL NUMBER:               444084              ACTUAL FEES BILLED TO DATE:  142,758.50
                                                            ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                            TOTAL FEES BILLED TO DATE:   142,758.50
        LAST BILL THRU DATE:            07/31/06            FEES WRITTEN OFF TO DATE:    5,087.68


        FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
            (1) Exceeded Fixed Fee         (4) Excessive Legal Time       (7) Fixed Fee
            (2) Late Time & Costs Posted   (5) Business Development       (8) Premium
            (3) Pre-arranged Discount      (6) Summer Associate           (9) Rounding                  (10) Client Arrangement


        BILL NUMBER: _____    DATE OF BILL: _____  Processed by: _____   FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                                                                                        PAGE   26
Run Date & Time: 09/21/2006 10:31:39

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:  2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                            Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y  ------------ Total Unbilled ------------------
  Emp Id Employee Name               Group                Oldest      Latest       Hours       Amount
-----------------------------------------------------------------------------------------------------
05292  BECKER, GARY M.               CRED                 08/16/06    08/21/06     11.60       6,264.00

                                     Total:                                        11.60       6,264.00

Sub-Total Hours :   0.00 Partners    11.60 Counsels     0.00 Associates    0.00 Legal Assts    0.00 Others


A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 09/21/06 10:31:39)
Bill Date Thru Date Bill#            Fee & OA     Disbursement   Applied        Collections        Balance
                                     Billed                      From OA    Total        Date       Due
-----------------------------------------------------------------------------------------------------
05/19/06   03/31/06   437384         6,426.00      1,977.40        .00         .00                 8,403.40
08/16/06   06/30/06   443006        10,064.00        555.60        .00       22.20   08/29/06     10,597.40
08/30/06   07/31/06   444084         5,481.00           .00        .00         .00                 5,481.00
09/21/06   07/31/06   446051         6,264.00           .00        .00         .00                 6,264.00

           Total:                   28,235.00      2,533.00        .00       22.20                30,745.80
```

```
alp_132r: Matter Detail                                                                                                PAGE   27
Run Date & Time: 09/21/2006 10:31:39

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:   2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                   Status       : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name          Work Date    Description                                    Hours     Amount     Index#   Batch Date  Task Act
---------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.        08/16/06  Prepare for omnibus hearing and direction to       0.60     324.00   6455001  08/18/2006
                                  Gavigan re same
BECKER, GARY M.        08/21/06  Prepare for and attend omnibus hearing in         11.00    5,940.00  6463339  08/23/2006
                                  Wilmington

                                                              Fee Total           11.60    6,264.00

 Total For BECKER G - 05292                                                        11.60    6,264.00
```

```
alp_132r: Matter Detail                                                                                              PAGE   28
Run Date & Time: 09/21/2006 10:31:39

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                     Orig Prtnr  : CRED. RGTS   - 06975         Proforma Number:  2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                      Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status     : ACTIVE

                      BILLING  INSTRUCTIONS  FOR  UNBILLED  TIME  SUMMARY
Employee Name              Hours       Amount         Bill       W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward

BECKER, GARY M.            11.60      6,264.00

      Total:               11.60      6,264.00
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    29
Run Date & Time: 09/21/2006 10:31:39                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                  Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                      Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

                                          PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:    08/21/2006        TO:   08/21/2006
        UNBILLED DISB FROM:                      TO:

                             FEES                              COSTS
                           --------                          --------

GROSS BILLABLE AMOUNT:       1,350.00                           0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                 08/21/2006
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                         ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                                FEES:            9,864.00    UNIDENTIFIED RECEIPTS:          0.00
            DISBURSEMENTS:                         192.20    PAID FEE RETAINER:              0.00
            FEE RETAINER:                            0.00    PAID DISB RETAINER:             0.00
            DISB RETAINER:                           0.00    TOTAL AVAILABLE FUNDS:          0.00
            TOTAL OUTSTANDING:              10,056.20        TRUST BALANCE:
                                                             BILLING HISTORY
            DATE OF LAST BILL:           08/30/06        LAST PAYMENT DATE:           07/24/06
            LAST BILL NUMBER:              444084        ACTUAL FEES BILLED TO DATE:        62,350.00
                                                         ON ACCOUNT FEES BILLED TO DATE:         0.00
                                                         TOTAL FEES BILLED TO DATE:        62,350.00
            LAST BILL THRU DATE:         07/31/06        FEES WRITTEN OFF TO DATE:        25,258.50

FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee                   (4) Excessive Legal Time        (7) Fixed Fee
   (2) Late Time & Costs Posted             (5) Business Development        (8) Premium
   (3) Pre-arranged Discount                (6) Summer Associate            (9) Rounding
                                                                           (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                                                                      PAGE   30
Run Date & Time: 09/21/2006 10:31:39
                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                   Status  : ACTIVE

U N B I L L E D   T I M E     S U M M A R Y  ------------- Total Unbilled ------------
Emp Id Employee Name              Group                Oldest       Latest          Hours          Amount
05292 BECKER, GARY M.             CRED                08/21/06     08/21/06          5.00        1,350.00

                        Total:                                                       5.00        1,350.00

Sub-Total Hours :     0.00 Partners     5.00 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others


A C C O U N T S     R E C E I V A B L E      (Reflects Payments As of 09/21/06 10:31:39)
Bill Date  Thru Date  Bill#            Fee & OA   Disbursement    ---- Billed ----   Applied   ---- Collections ----   Balance
                                                                  From OA    Total                 Date                  Due
05/19/06   03/31/06  437384           4,068.00         .00           .00      .00       .00                           4,068.00
08/16/06   06/30/06  443006           3,186.00      192.20           .00      .00       .00                           3,378.20
08/30/06   07/31/06  444084           1,260.00         .00           .00      .00       .00                           1,260.00
09/21/06   07/31/06  446051           1,350.00         .00           .00      .00       .00                           1,350.00

                    Total:            9,864.00      192.20           .00      .00       .00                          10,056.20
```

```
alp_132r: Matter Detail                                                                                        PAGE   31
Run Date & Time: 09/21/2006 10:31:39

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                     Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name            Work Date    Description                                        Hours      Amount      Index#   Batch Date  Task Act
----------------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.          08/21/06     Non-working travel related to omnibus hearing       5.00    1,350.00    6463340   08/23/2006

                                                                           Fee Total      5.00    1,350.00

            Total For BECKER G - 05292                                                    5.00    1,350.00
```

```
alp_132r: Matter Detail                                                                                                    PAGE   32
Run Date & Time: 09/21/2006 10:31:39

                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  2178433
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                  Status   : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name               Hours         Amount      Bill       W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.             5.00         1,350.00     _____     _____    _____    _____    _____

     Total:                 5.00         1,350.00     _____     _____                               _____
```