Clerk of Bankruptcy Court.
824 Market Street 3 floor
Wilmington Delaware 19801

I Clara Dorsey voted yes on the Objection Ballot on June 2, 2006 because we Recied a Ballot asking us to vote yes on I did. I answered all Question that was on the Ballot an now I'm taking all Controlled medicans. For my lungs. I can get this information from the Hospital, Cooper Green on 6th ave So. B,ham. AL. 35211. For the Past 4 years I have been Coughing like I have T.B. or Controlld medicans is the Only thing that helps me. I'm writing to respond to the Omnibus Objection of Recognized Doctors to Claim Pursuant to Local Rule. I asked for $30.000 an I appreciate a response. Thank You Clara Dorsey
H. 205-9236245
C. 205-2498241

IF YOU ARE ASSERTING AN ASBESTOS-RELATED PROPERTY DAMAGE CLAIM FOR MORE THAN ONE BUILDING, BEFORE COMPLETING THIS PAGE, MAKE EXTRA COPIES OF THIS PAGE FOR EACH BUILDING. YOU MUST COMPLETE AND SUBMIT SEPARATE RESPONSES TO QUESTIONS 5-9 BELOW FOR EACH BUILDING FOR WHICH YOU ALLEGE ASBESTOS-RELATED PROPERTY DAMAGE.

5. **IDENTIFICATION OF BUILDING**

Name of Building: *No 1 Chase Manhattan + WR Grace + Company*

Address of Building: *1 ave of America + 42 St. / N.Y. N.Y.* *42 St. N.y. Ny* *(Dalton School) 89 St & 92 St New York N.Y. 90 + years I worked there when they were remodeling + building new addition at Chase.*

6. **YOUR PROPERTY INTEREST IN THE BUILDING**

☐ Owner  ☐ Lessee  ☐ Other (describe): _____

Date interest was acquired: _____

7. **TOTAL CLAIMED FROM DEBTOR FOR THIS BUILDING:** $ *20,000 or more*

8. **DO YOU CLAIM DEBTOR MANUFACTURED OR SOLD PRODUCTS CONTAINING ASBESTOS THAT ARE OR WERE PRESENT IN THIS BUILDING?**

☑ Yes  ☐ No

IF YES, TO THE EXTENT OF YOUR KNOWLEDGE, COMPLETE THE FOLLOWING FOR ALL PRODUCTS CONTAINING ASBESTOS THAT YOU CLAIM WERE MANUFACTURED OR SOLD BY DEBTOR (ATTACH ADDITIONAL PAGES AS NECESSARY):

*Don't No.*

| Names of products that are or were present in this building | Is there any testing that identifies Debtor as the manufacturer or seller of the product? | Are there any other documents that identify Debtor as the manufacturer or seller of the product? | Year(s) product was installed | Year(s) product was removed |
|---|---|---|---|---|
| | ☐Yes* ☐No | ☐Yes* ☐No | | |
| | ☐Yes* ☐No | ☐Yes* ☐No | | |
| | ☐Yes* ☐No | ☐Yes* ☐No | | |
| | ☐Yes* ☐No | ☐Yes* ☐No | | |
| | ☐Yes* ☐No | ☐Yes* ☐No | | |

*YOU SHOULD ATTACH ALL DOCUMENTS IN YOUR POSSESSION SUPPORTING THE FOREGOING ASSERTIONS, OR A SUMMARY OF THOSE DOCUMENTS IF THEY ARE VOLUMINOUS. IF DOCUMENTS ARE NOT AVAILABLE, YOU MUST ATTACH AN EXPLANATION OF WHY THEY ARE NOT AVAILABLE. *I worked there over 35 years ago I didn't no anything about asbestos*

9. **IS YOUR CLAIM BASED ON ANYTHING OTHER THAN AN ASSERTION THAT DEBTOR MANUFACTURED OR SOLD PRODUCTS CONTAINING ASBESTOS THAT ARE OR WERE PRESENT IN THIS BUILDING?**

☐ Yes  ☑ No

IF YES, DESCRIBE THE BASIS OF YOUR CLAIM: *I would cough up Black cold an I keep a cough. I'm on 3 different inhalers for my lungs. I worked at Grace from 1980 to 84*

2