# EXHIBIT A

## WR GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
### AUGUST 1, 2006 - AUGUST 31, 2006

| MATTER | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 151.9 | $ 66,837.50 |
| 0008 | Asset Analysis and Recovery | 0.2 | 115.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases | 1.5 | 862.50 |
| 0013 | Business Operations | 0.1 | 57.50 |
| 0014 | Case Administration | 53.4 | 16,012.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 1.5 | 862.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 4.6 | 2,822.50 |
| 0018 | Fee Application, Applicant | 51.2 | 16,250.00 |
| 0019 | Creditor Inquiries | 3.0 | 1,977.50 |
| 0020 | Fee Application, Others | 2.2 | 330.00 |
| 0028 | Insurance | 6.0 | 3,647.50 |
| 0031 | Investigations | 2.3 | 1,367.50 |
| 0035 | Travel - Non Working | 9.6 | 6,357.50 |
| 0036 | Plan and Disclosure Statement | 1.6 | 942.50 |
| 0037 | Hearings | 24.6 | 16,247.50 |
| 0047 | Tax Issues | 0.6 | 345.00 |
| | | | |
| | SUB TOTAL | 314.3 | $ 135,035.00 |
| | LESS 50% TRAVEL | (4.8) | (3,178.75) |
| | TOTAL | 309.5 | $ 131,856.25 |

# STROOCK

## INVOICE

| DATE | September 22, 2006 |
|---|---|
| INVOICE NO. | 391351 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through August 31, 2006, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843  0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2006 | Attend to Court's memorandum decision disallowing 53 non traditional pd claims alleging diminution of value based on stigma (.6); attend to revised expert discovery stipulation (.1); attend to motion for entry of judgment filed by RMQ and ELG re National Union litigation (.7). | Krieger, A. | 1.4 |
| 08/03/2006 | Attend to correspondence from J. Liesemer re PI discovery demands (.2); attend to RMQ and ELG's motion to re entry of judgment (national union) (1.3). | Krieger, A. | 1.5 |
| 08/04/2006 | Attend to proposed revised bar date materials and memorandum to J. Baer re same (1.3); attend to objections to Questionnaire (1.2). | Krieger, A. | 2.5 |
| 08/07/2006 | Attend to Debtors corrected objection to Simmons Cooper motion for amendment of PI CMO/Questionnaire and related case law (1.6); attend to revised PD CMO and related notice | Krieger, A. | 3.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | (.7); attend to objections filed to Questionnaire (.8). | | |
| 08/07/2006 | Review PI materials (.4); review revised PD CMO (.2); review questionnaire objection (.2). | Kruger, L. | 0.8 |
| 08/07/2006 | Attention to emails and recent filings re proposed/amended PI materials. | Pasquale, K. | 1.5 |
| 08/08/2006 | Attend to objections/responses filed to Debtors' motion to compel (1.3); attend to Debtors' supplemental memo in support of disposition of Canadian claims (2.0). | Krieger, A. | 3.3 |
| 08/08/2006 | Review objections to motion to compel response to questionnaire (.4); review ACC revision to bar date (.2); review decision in criminal trial (.2) | Kruger, L. | 0.8 |
| 08/08/2006 | Attention to objections to motion to compel questionnaire responses (.8); attention to bar date documents as revised by ACC (.5); attention to debtors' revised PD estimation documents (.4). | Pasquale, K. | 1.7 |
| 08/09/2006 | Attend to J. Liesemer memo re revised bar date materials (.7); attend to asbestos liability issues (3.2); telephone call S. Bianca re comments on asbestos bar date materials (.3); conference call with all parties re PD CMO (.9). | Krieger, A. | 5.1 |
| 08/09/2006 | Office conference with K. Pasquale regarding conference call with parties regarding PD estimation (.2). | Kruger, L. | 0.2 |
| 08/09/2006 | Preparation for and conference call with all parties re: proposed PD estimation order, notice and schedule (1.0). | Pasquale, K. | 1.0 |
| 08/10/2006 | Office conference KP re PD conference call (.1); attend to asbestos bodily injury issues (expert reports) (.7); attend to asbestos claims voting order issued in asbestos case (.6). | Krieger, A. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/10/2006 | Review expert reports of bodily injury (.4). | Kruger, L. | 0.4 |
| 08/10/2006 | Continued attention to PI claimants' objections and opposition re: questionnaire responses. | Pasquale, K. | 0.8 |
| 08/11/2006 | Attend to asbestos liability-related issues (expert reports) (3.7). | Krieger, A. | 3.7 |
| 08/11/2006 | Outlined issues for meeting with debtors re: estimation (.5). | Pasquale, K. | 0.5 |
| 08/13/2006 | Attend to PD Committee's reply to Debtors' supplemental brief for disposition of Canadian claims and preparation of memorandum to the Committee (1.8). | Krieger, A. | 1.8 |
| 08/14/2006 | Met w/K. Pasquale to discuss case & document review; read background materials (3.6). | Cutler, I. | 3.6 |
| 08/14/2006 | Attention to estimation discovery issues and conf. w/ I. Cutler re: same (.3). | Pasquale, K. | 0.3 |
| 08/15/2006 | Attend to background materials and review of documents produced by debtors to ACC re: estimation issues (6.8). | Cutler, I. | 6.8 |
| 08/15/2006 | Attend to asbestos-estimation related issues (1.7); office conference KP re August 29, 2006 discovery mediation (.1); attend to Judge Robreno's decision re confirmation/estimation issues in Armstrong for application to Grace (1.4). | Krieger, A. | 3.2 |
| 08/15/2006 | Review Armstrong decision and its analysis of experts reports for application to Grace(.4). | Kruger, L. | 0.4 |
| 08/15/2006 | IPRO issue tag support and boundary modifications to documents already imported and backed up. | Lollie, T. | 2.0 |
| 08/15/2006 | Attention to Armstrong estimation decision re: Grace/Chambers expert testimony issues (2.4); | Pasquale, K. | 2.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | e-mail Committee re: same (.3); telephone call A. Basta re: questionnaire mediation and responses (.2). | | |
| 08/16/2006 | Review of documents produced by debtors to ACC re: estimation issues (2.1). | Cutler, I. | 2.1 |
| 08/16/2006 | Office conference KP re August 29, 2006 discovery mediation (.3); attend to asbestos-estimation-related issues (1.4); attend to PI counsel correspondence re Sealed Air (.4). | Krieger, A. | 2.1 |
| 08/16/2006 | Attention to ACC's correspondence re: use of Sealed Air documents (1.0). | Pasquale, K. | 1.0 |
| 08/17/2006 | Review of documents produced by debtors to ACC re: estimation issues (8.0). | Cutler, I. | 8.0 |
| 08/17/2006 | Attend to notice of discovery mediation (.1); attend to separate responses by Libby claimants, certain cancer claimants, the Conroy firm to Debtors' motion to compel re Questionnaire (1.7). | Krieger, A. | 1.8 |
| 08/17/2006 | Review response of Libby claimants, Conroy firm objections regarding motion to compel responses to questionnaire (.8). | Kruger, L. | 0.8 |
| 08/17/2006 | Attention to questionnaire/estimation issues (1.4); attention to PD CMO pleadings and issues (.8). | Pasquale, K. | 2.2 |
| 08/18/2006 | Review of documents produced by debtors to ACC re: estimation issues (4.2) | Cutler, I. | 4.2 |
| 08/18/2006 | Attend to certificate of counsel re PD CMO (.1). | Krieger, A. | 0.1 |
| 08/21/2006 | Review of documents produced by debtors to ACC re: estimation issues (7.2). | Cutler, I. | 7.2 |
| 08/21/2006 | Attend to Committee's expert witness disclosures, and memorandum to M. Lastowski | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | re same (.2); attend to PI Committee's submission re bar date materials (.4). | | |
| 08/21/2006 | Changed document boundaries in IPRO at attorney's request. | Lollie, T. | 2.3 |
| 08/22/2006 | Review of documents produced by debtors to ACC re: estimation issues (3.2). | Cutler, I. | 3.2 |
| 08/22/2006 | Tag Manipulation in IPRO; Database maintenance. | Lollie, T. | 1.0 |
| 08/22/2006 | Attention to parties' respective expert witness disclosures (1.0) | Pasquale, K. | 1.0 |
| 08/23/2006 | Review of documents produced by debtors to ACC re: estimation issues (2.7). | Cutler, I. | 2.7 |
| 08/23/2006 | Telephone call J. Baer re Court's ruling on process for settled claims to file Questionnaires (.2). | Krieger, A. | 0.2 |
| 08/24/2006 | Review of documents produced by debtors to ACC re: estimation issues. (2.3). | Cutler, I. | 2.3 |
| 08/24/2006 | Attend to revised bar date materials and memorandum to Debtors' counsel re same (.7); attend to review of expert designations (.3); attend to materials for 8/25/06 meeting (1.9); attend to proposed revised pd CMO (.1). | Krieger, A. | 3.0 |
| 08/25/2006 | Review of documents by debtors to ACC re: estimation issues (.5). | Cutler, I. | 0.5 |
| 08/25/2006 | Meeting with Debtors' representatives re asbestos estimation matters and follow up conference KP re: same (4.0); preparation for 8/29/06 mediation (1.6). | Krieger, A. | 5.6 |
| 08/25/2006 | Telephone call with K. Pasquale regarding meeting with K&E regarding preparation for estimation trial (.2). | Kruger, L. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/25/2006 | Meeting with debtors, equity committee professionals re PI estimation issues (3.5); confer A. Krieger re same (.5); attention to estimation issues raised at meeting (1.5) | Pasquale, K. | 5.5 |
| 08/28/2006 | Review of documents produced by debtors to ACC re: estimation issues (6.0). | Cutler, I. | 6.0 |
| 08/28/2006 | Attention to Navigant's request for information re questionnaires (.6) | Pasquale, K. | 0.6 |
| 08/29/2006 | Review of documents produced by debtors to ACC re: estimation issues. (6.0). | Cutler, I. | 6.0 |
| 08/29/2006 | Travel to Washington, D.C. for Questionnaire mediation during which reviewed Debtors' supplemental pleadings, portions of hearing transcripts (2.3); participated at Questionnaire mediation with representatives for all parties (5.5); conference call KP, L. Chambers and other representatives for Navigant re estimation issues and follow-up telephone call KP (1.2); attend to review of estimation related material (1.6). | Krieger, A. | 10.6 |
| 08/29/2006 | Preparation for and telephone conference with K. Pasquale, A. Krieger and L. Chambers regarding preparation for estimation trial (1.1); review of issues raised by Navigant (.3); telephone call with K. Pasquale regarding estimation issues (.2). | Kruger, L. | 1.6 |
| 08/29/2006 | Preparation for and conference call with Navigant re estimation issues (1.6); attention to issues raised by Navigant (1.5); attention to debtors' reply re questionnaire responses (.3); confer I. Cutler re review of Grace documents (.3); attention to PD CMO submissions (.3). | Pasquale, K. | 4.0 |
| 08/30/2006 | Review of documents produced by debtors to ACC re: estimation issues (5.9). | Cutler, I. | 5.9 |
| 08/30/2006 | Telephone call KP re Questionnaire mediation | Krieger, A. | 0.7 |

# STROOCK

PAGE: 7

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.4); telephone call M. Lyman re estimation related matters (.3). | | |
| 08/30/2006 | Confer A. Krieger re questionnaire mediation (.3); telephone conference Navigant re estimation (.3) | Pasquale, K. | 0.6 |
| 08/31/2006 | Review of documents produced by debtors to ACC re: estimation issues. (7.2). | Cutler, I. | 7.2 |
| 08/31/2006 | Attention to court's PD scheduling order (.4) | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Cutler, Ilana | 65.7 | $ 250 | $ 16,425.00 |
| Krieger, Arlene G. | 51.7 | 575 | 29,727.50 |
| Kruger, Lewis | 5.2 | 825 | 4,290.00 |
| Lollie, Toya | 5.3 | 150 | 795.00 |
| Pasquale, Kenneth | 24.0 | 650 | 15,600.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 66,837.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 66,837.50 |
|---|---|

# STROOCK

PAGE: 8

| RE | Asset Analysis and Recovery |
|----|-----------------------------|
|    | 699843  0008                |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/01/2006 | Memorandum to I. DiBernardo, R. Frezza, M. Wintner re Project Spaghetti (.1); attend to memorandum from R. Frezza re Project Spaghetti information (.1). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 575 | $ 115.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 115.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 115.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) 699843 0009 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/22/2006 | Attend to Debtors' draft notice of proposed sale of tank trailer fleet (.1); telephone call L. Hamilton re proposed sale and memorandum to J. Nuckles re same (.4). | Krieger, A. | 0.5 |
| 08/23/2006 | Telephone call L. Hamilton re information request for Tank Trailer sale (.4). | Krieger, A. | 0.4 |
| 08/24/2006 | Attend to Capstone information request on Tank Fleet sale and memorandum to L. Hamilton re same (.2). | Krieger, A. | 0.2 |
| 08/30/2006 | Attend to new memo from J. Baer re Admixture outsourcing (Tank Fleet) matter and exchanged memoranda with L. Hamilton re same (.3). | Krieger, A. | 0.3 |
| 08/31/2006 | Exchanged memoranda with J. Baer re conference call to discuss Tank Fleet matter (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.5 | $ 575 | $ 862.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 862.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

PAGE: 10

| TOTAL FOR THIS MATTER | $ 862.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038–4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

PAGE: 11

| RE | Business Operations |
|---|---|
| | 699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2006 | Attend to memorandum re increased reserve taken by the Company and status of EPA consent decree, other (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 575 | $ 57.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 57.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 57.50 |
|---|---|

# STROOCK

| RE | Case Administration 699843 0014 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/01/2006 | Conference call with Grace representatives re pending matters (.6); memorandum to KP re pending matters (1.2); attend to order re exclusivity (.1). | Krieger, A. | 1.9 |
| 08/01/2006 | Office conference with A. Krieger and telephone conference with Grace representatives regarding pending matters (.6); review memo regarding pending matters (.4). | Kruger, L. | 1.0 |
| 08/01/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7). | Mohamed, D. | 1.1 |
| 08/02/2006 | Attend to newly filed application, certifications (.3). | Krieger, A. | 0.3 |
| 08/02/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.5 |
| 08/03/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.6); attention to retrieval of pleadings for attorney review (.4). | Mohamed, D. | 1.5 |
| 08/04/2006 | Office conference EH re: preparation of quarterly fee application and August, September hearing dates (.1); attend to files (1.3). | Krieger, A. | 1.4 |
| 08/04/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.8); review adversary | Mohamed, D. | 2.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | proceeding case docket nos. 01-771, 04-55083 and 05-55083 (.5). | | |
| 08/07/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket no. 01-771, 04-55083 and 05-55083 (.5). | Mohamed, D. | 1.5 |
| 08/08/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); review case documents in preparation for central file supplementation (.6). | Mohamed, D. | 1.7 |
| 08/09/2006 | Review and update case docket no. 01-1139. | Mohamed, D. | 0.4 |
| 08/10/2006 | Attend to Grace files (1.2). | Krieger, A. | 1.2 |
| 08/10/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); attention to research for attorney regarding estimation (.7). | Mohamed, D. | 1.6 |
| 08/14/2006 | Attend to memo from US Trustee's Office re comments on Stroock's 20th quarterly fee application and exchange memoranda with LK, KP re same (.5); office conference LK re comments from the US Trustee's office (.1); telephone call R. Cantor re US Trustee's informal inquiry (.3). | Krieger, A. | 0.9 |
| 08/14/2006 | Review US Trustee comments on fee application and emails with A. Krieger and K. Pasquale regarding same (.5); office conference with A. Krieger regarding same (.1). | Kruger, L. | 0.6 |
| 08/14/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/15/2006 | Conference call with Debtors' representatives re matters to be heard August 21, 2006, other pending matters and follow-up office conference LK, KP (.8); attend to agenda notice for 8/21/06 hearing (.1); attend to response to US Trustee's comments to SSL's 20th quarterly fee application (.5); office conference KP re filing of Committee's expert witness disclosure and review of PI CMO (.2); office conference D. Mohamed inquiry on expert designations filed to date (.2). | Krieger, A. | 1.8 |
| 08/15/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); attention to research regarding designations of expert witnesses at attorney's request (.6). | Mohamed, D. | 1.9 |
| 08/16/2006 | Telephone Court Call to arrange telephonic hearing for Monday the 21st. | Holzberg, E. | 0.2 |
| 08/16/2006 | Office conference EH re: Court Call arrangements for 8/21/06 hearing (.1); memorandum to M. Lastowski re: Committee expert witness disclosure for filing on 8/21/06 (.1); exchanged memoranda with R. Cantor re: information to respond to the US Trustee's inquiry (.2); began to prepare response to US Trustee's inquiry (3.3). | Krieger, A. | 3.7 |
| 08/16/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket no. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.5 |
| 08/17/2006 | Attend to response to 8/14/06 inquiry from the US Trustee's office (2.6); exchanged memoranda with R. Cantor re response (.2). | Krieger, A. | 2.8 |
| 08/17/2006 | Review 8/14 issues raised by US Trustee (.6). | Kruger, L. | 0.6 |
| 08/17/2006 | Review and update case docket no. 01-1139 | Mohamed, D. | 0.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.4); retrieve and distribute recently filed pleadings in main case (.4). | | |
| 08/18/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review of case file documents in preparation for central file supplementation (.7); attention to retrieval of pleadings for attorney review (.4). | Mohamed, D. | 2.1 |
| 08/21/2006 | Attend to response to the US Trustee's office re comments to SSL's 20th quarterly fee application (.2). | Krieger, A. | 0.2 |
| 08/21/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.7); prepare sub-folders regarding research and correspondence and enter into Filesurf (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 2.3 |
| 08/22/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.1); attention to document review of case file pleadings and reports in preparation for supplementation into FileSurf system (.8). | Mohamed, D. | 2.3 |
| 08/23/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); attention to retrieval of pleadings for attorney review (.4); review adversary proceeding case docket. nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 2.0 |
| 08/24/2006 | Attend to 2007 hearing dates (.2); attend to reply from S. Williams (UST office) and SSL further reply (.3); memoranda from and to S. Bossay re: fee reduction (.1); attend to newly filed certifications, applications (.3). | Krieger, A. | 0.9 |
| 08/24/2006 | Review and update case docket no. 01-1139 | Mohamed, D. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.6); retrieve and distribute recently filed pleadings in main case (1.0); retrieve and distribute recently filed pleading re: adversary proceeding case docket no. 05-52724 (.3). | | |
| 08/25/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.6 |
| 08/28/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); attention to retrieval of pleadings for attorney review (.4). | Mohamed, D. | 2.1 |
| 08/29/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.6 |
| 08/30/2006 | Attend to newly filed applications, certifications (.2). | Krieger, A. | 0.2 |
| 08/30/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.9 |
| 08/31/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); attention to retrieval of pleadings for attorney review (.3). | Mohamed, D. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 0.2 | $ 225 | $ 45.00 |
| Krieger, Arlene G. | 15.3 | 575 | 8,797.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

PAGE: 17

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 2.2 | 825 | 1,815.00 |
| Mohamed, David | 35.7 | 150 | 5,355.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,012.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 16,012.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

PAGE: 18

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843 0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/16/2006 | Attend to Judge Buckwalters Memorandum Opinion on PacifiCorp and VanCott Bagley appeal. | Krieger, A. | 1.3 |
| 08/17/2006 | Attend to Debtors' supplemental response to David Slaughter (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.5 | $ 575 | $ 862.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 862.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 862.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

RE          Committee, Creditors', Noteholders', or Equity Holders'
            699843 0017

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/02/2006 | Telephone call with T. Maher regarding status and strategy (.2). | Kruger, L. | 0.2 |
| 08/04/2006 | Attend to memorandum to the Committee re expunging further PD claims (1.2). | Krieger, A. | 1.2 |
| 08/08/2006 | Attend to memorandum to the Committee re Debtors' supplemental motion in respect of the adjudication of Canadian claims in Canada (1.5). | Krieger, A. | 1.5 |
| 08/15/2006 | Conference call with debtors re: status issues (.6); confer L. Kruger, A. Krieger re: same (3.). | Pasquale, K. | 0.9 |
| 08/22/2006 | Confer L. Kruger, A. Krieger re results of 8/21 hearing (.8) | Pasquale, K. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.7 | $ 575 | $ 1,552.50 |
| Kruger, Lewis | 0.2 | 825 | 165.00 |
| Pasquale, Kenneth | 1.7 | 650 | 1,105.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,822.50 |
|------------------------------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

| PAGE: 20 | |
|---|---|
| TOTAL FOR THIS MATTER | $ 2,822.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

| RE | Fee Application, Applicant<br>699843 0018 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/01/2006 | Review Stroock's June 2006 monthly fee statement in preparation for filing (.6); prepare affidavit of service regarding same and forward both to local counsel for filing (.4); prepare and effectuate service re: monthly fee statement (.7). | Mohamed, D. | 1.7 |
| 08/04/2006 | Started to work on 21st Quarterly Fee Application. | Holzberg, E. | 1.3 |
| 08/04/2006 | Attention to retrieval of Stroock quarterly fee application and monthly fee statements for attorney review. | Mohamed, D. | 0.6 |
| 08/07/2006 | Worked on Quarterly Fee Application (1.9); worked on revising time for monthly bill (1.1). | Holzberg, E. | 3.0 |
| 08/07/2006 | Attend to review of time detail for preparation of 21st Quarterly fee application (2.1). | Krieger, A. | 2.1 |
| 08/08/2006 | Worked on Fee Application; discussion with AGK regarding certain disbursements and with Accounting re: back-up. | Holzberg, E. | 2.5 |
| 08/08/2006 | Exchanged memo with H. Balk and KP re expense charges (.2); office conference EH re same (.1); attend to time detail for preparation of 21st quarterly application (1.0). | Krieger, A. | 1.3 |
| 08/09/2006 | Worked on Twenty-First Fee Application (2.3); worked on monthly bill revisions to time (.9). | Holzberg, E. | 3.2 |
| 08/10/2006 | Attend to SSL's 21st quarterly fee application (3.3). | Krieger, A. | 3.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/11/2006 | Worked on fee application and disbursements. | Holzberg, E. | 1.6 |
| 08/11/2006 | Attend to preparation of fee application (1.4); office conference EH re: expense backup (.1). | Krieger, A. | 1.5 |
| 08/14/2006 | Worked on Interim Fee Application. | Holzberg, E. | 2.8 |
| 08/14/2006 | Attend to SSL's 21st Quarterly fee application (2.8). | Krieger, A. | 2.8 |
| 08/15/2006 | Worked on fee application; reviewed back-up regarding travel. | Holzberg, E. | 1.4 |
| 08/15/2006 | Attend to SSL's 21st Quarterly fee application (1.6). | Krieger, A. | 1.6 |
| 08/16/2006 | Worked on and completed 21st Quarterly Fee Application and reviewed back-up for disbursements (2.6); reviewed and revised time for monthly applications (1.6). | Holzberg, E. | 4.2 |
| 08/16/2006 | Complete 21st Quarterly fee application (1.2); office conferences EH re expense detail (2.). | Krieger, A. | 1.4 |
| 08/17/2006 | Completed changes on Quarterly Application, had signed for filing and service (.5); completed revisions on time for monthly application (.9). | Holzberg, E. | 1.4 |
| 08/17/2006 | Review Stroock's twenty-first quarterly fee application in preparation for filing (.8); prepare affidavit of service and forward both to local counsel for filing (.6); prepare and effectuate service re: twenty-first quarterly fee application (.7). | Mohamed, D. | 2.1 |
| 08/18/2006 | Made additional revisions to time and gave to Accounting. | Holzberg, E. | 0.7 |
| 08/18/2006 | Attend to SSL's July 2006 monthly fee statement (.8). | Krieger, A. | 0.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/22/2006 | Started to review revisions. | Holzberg, E. | 0.9 |
| 08/23/2006 | Reviewed revisions, corrected and made additional revisions. | Holzberg, E. | 2.0 |
| 08/25/2006 | Reviewed and made additional revisions to time. | Holzberg, E. | 0.9 |
| 08/28/2006 | Made revisions and gave to accounting for implementation. | Holzberg, E. | 1.6 |
| 08/29/2006 | Reviewed and made additional edits to time and charts. | Holzberg, E. | 1.0 |
| 08/30/2006 | Worked on 64th Monthly Fee Application - statement, notice, charts and gave to DM to prepare for filing. | Holzberg, E. | 1.9 |
| 08/30/2006 | Review Stroock's July 2006 monthly fee statement in preparation for filing (.6); prepare affidavit of service regarding same and forward to local counsel for filing (.4); prepare and effectuate service re: monthly fee statement (.6). | Mohamed, D. | 1.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 30.4 | $ 225 | $ 6,840.00 |
| Krieger, Arlene G. | 14.8 | 575 | 8,510.00 |
| Mohamed, David | 6.0 | 150 | 900.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,250.00 |
|-------------------------------------------|-------------|

# STROOCK

| | |
|---|---|
| PAGE: 24 | |
| TOTAL FOR THIS MATTER | $ 16,250.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

| PAGE: 25 |
| --- |

| RE | Creditor Inquiries<br>699843  0019 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 08/01/2006 | Telephone call with creditor regarding update of status and timetable, and agenda for the August 21 and September 11 hearings (.3). | Kruger, L. | 0.3 |
| 08/02/2006 | Telephone call bank debt holder re status of chapter 11 case, 7/24/06 hearings (.3). | Krieger, A. | 0.3 |
| 08/07/2006 | Telephone call with creditors regarding status (.2). | Kruger, L. | 0.2 |
| 08/15/2006 | Telephone call bank debtholder re: status and asbestos issues (.5). | Pasquale, K. | 0.5 |
| 08/24/2006 | Telephone calls bank debt holder re: 8/21/06 hearing and estimation related matters (.5). | Krieger, A. | 0.5 |
| 08/29/2006 | Telephone conference bank debt holder re asbestos issues (.8) | Pasquale, K. | 0.8 |
| 08/30/2006 | Telephone conference bank debt holder re status questions (.4) | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 0.8 | $ 575 | $ 460.00 |
| Kruger, Lewis | 0.5 | 825 | 412.50 |
| Pasquale, Kenneth | 1.7 | 650 | 1,105.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,977.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

PAGE: 26

| TOTAL FOR THIS MATTER | $ 1,977.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

| RE | Fee Application, Others 699843 0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/14/2006 | Review Capstone Advisory Group tenth quarterly fee application in preparation for filing (.8); prepare notice and affidavit of service regarding same and forward all to local counsel for filing (.7). | Mohamed, D. | 1.5 |
| 08/15/2006 | Prepare and effectuate service re: Capstone Advisory Group's tenth quarterly fee application for the period from April 1, 2006 thru June 30, 2006. | Mohamed, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 2.2 | $ 150 | $ 330.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 330.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 330.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

| RE | Insurance |
|---|---|
| | 699843  0028 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/03/2006 | Attend to proposed Equitas settlement changes and exchange memoranda with J. Baer re same (.2). | Krieger, A. | 0.2 |
| 08/14/2006 | Conference with representatives for all parties re Equitas settlement and notices thereon (1.2); follow up office conference KP re same (.1). | Krieger, A. | 1.3 |
| 08/14/2006 | Conference call with parties regarding Equitas settlement (.4). | Kruger, L. | 0.4 |
| 08/14/2006 | Conf. call w/all parties re: Equitas settlement issues (.7). | Pasquale, K. | 0.7 |
| 08/15/2006 | Attend to memoranda re: revised settlement agreement (.1) | Krieger, A. | 0.1 |
| 08/16/2006 | Attend to revised settlement agreement and provide comments to Debtors' counsel (.9). | Krieger, A. | 0.9 |
| 08/18/2006 | Attend to final form of settlement agreement and certificate of counsel filed therewith (.1). | Krieger, A. | 0.1 |
| 08/30/2006 | Attend to revised Equitas Agreement and exchanged memoranda with KP, LK re revised Agreement terms (1.1). | Krieger, A. | 1.1 |
| 08/31/2006 | Attend to exchange of memoranda re Lloyd's settlement agreement and Committee's position thereon (.5); memorandum to P. McGrath re revised agreement (.1). | Krieger, A. | 0.6 |
| 08/31/2006 | Attention to revised Equitas agreement and | Pasquale, K. | 0.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|      | related issues (.6) |   |   |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.3 | $ 575 | $ 2,472.50 |
| Kruger, Lewis | 0.4 | 825 | 330.00 |
| Pasquale, Kenneth | 1.3 | 650 | 845.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,647.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,647.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

| RE | Investigations |
|----|----------------|
|    | 699843 0031    |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/08/2006 | Attend to Judge Molloy decision re criminal litigation (.7). | Krieger, A. | 0.7 |
| 08/08/2006 | Attention to criminal court order re: "asbestos" definition. | Pasquale, K. | 0.6 |
| 08/09/2006 | Attend to Judge Molloy's decision (8/7/06) and related materials (1.0). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.7 | $ 575 | $ 977.50 |
| Pasquale, Kenneth | 0.6 | 650 | 390.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,367.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,367.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

| RE | Travel - Non Working<br>699843 0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/21/2006 | Travel time to and from Court in Wilmington, DE (2.0). | Kruger, L. | 2.0 |
| 08/21/2006 | Travel attendant to omnibus Court hearing. | Pasquale, K. | 4.5 |
| 08/29/2006 | Travel to Washington, D.C. for Questionnaire mediation (.6); travel from Washington D.C. to New York (2.5). | Krieger, A. | 3.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.1 | $ 575 | $ 1,782.50 |
| Kruger, Lewis | 2.0 | 825 | 1,650.00 |
| Pasquale, Kenneth | 4.5 | 650 | 2,925.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,357.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,357.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

RE        Plan and Disclosure Statement
          699843  0036

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/04/2006 | Attend to recent decision by Delaware bankruptcy court, Judge Walsh, for impact on Grace cases (.7); office conferences MAS re Dow Corning and World Health Alternatives' decisions' (.3). | Krieger, A. | 1.0 |
| 08/22/2006 | Attention to debtors' motion to compel settlement-deal documents from asbestos constituencies (.3) | Pasquale, K. | 0.3 |
| 08/24/2006 | Attend to Debtors' discovery motion re PI/PD Agreement material (.3). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.3 | $ 575 | $ 747.50 |
| Pasquale, Kenneth | 0.3 | 650 | 195.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 942.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 942.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

| RE | Hearings<br>699843 0037 |
|----|-------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/15/2006 | Office conference with K. Pasquale, A. Krieger and by phone with debtor and professionals regarding 8/21 agenda, Libby litigation and related matters (.6); office conference with K. Pasquale and A. Krieger regarding same (.3). | Kruger, L. | 0.9 |
| 08/20/2006 | Preparation for omnibus hearing. | Pasquale, K. | 2.0 |
| 08/21/2006 | Attend to amended agenda notice for 8/21/06 hearing (.1); attend Court hearing (telephonically) (7.6). | Krieger, A. | 7.7 |
| 08/21/2006 | Preparation for and attend Court hearing in Wilmington, DE regarding Canadian issue, CMO, et al. (3.2). | Kruger, L. | 3.2 |
| 08/21/2006 | Preparation for and participated in omnibus court hearing. | Pasquale, K. | 8.7 |
| 08/22/2006 | Office conference LK and then office conference LK, KP re hearing (.7); telephone call L. H Hamilton re hearing results and PI estimation (.3). | Krieger, A. | 1.0 |
| 08/22/2006 | Office conference with K. Pasquale and A. Krieger regarding results of 8/21 Court hearing and next steps (.8); review disclosure of expert witnesses (.3). | Kruger, L. | 1.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 8.7 | $ 575 | $ 5,002.50 |
| Kruger, Lewis | 5.2 | 825 | 4,290.00 |
| Pasquale, Kenneth | 10.7 | 650 | 6,955.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,247.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 16,247.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

| RE | Tax Issues<br>699843 0047 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/07/2006 | Attend to stipulation resolving State of Michigan's tax claims and memo to L. Hamilton re same (.4); telephone call L. Hamilton re same (.1). | Krieger, A. | 0.5 |
| 08/08/2006 | Memo to J. Baer, J. McFarland re stipulation on Michigan tax claims (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.6 | $ 575 | $ 345.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 345.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 345.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 135,035.00 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1