# EXHIBIT B

SSL-DOCS1 1731796v1

## WR GRACE & CO
## SUMMARY OF FEES
## AUGUST 1, 2006 - AUGUST 31, 2006

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 15.7 | $ 825 | $ 12,952.50 |
| Pasquale, Kenneth | 44.8 | 650 | 29,120.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Cutler, Llana | 65.7 | 250 | 16,425.00 |
| Krieger, Arlene G. | 108.3 | 575 | 62,272.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Holzberg, Ethel H. | 30.6 | 225 | 6,885.00 |
| Mohamed, David | 43.9 | 150 | 6,585.00 |
| Lollie, Toya | 5.3 | 150 | 795.00 |
|  |  |  |  |
| **SUB TOTAL** | 314.3 |  | $ 135,035.00 |
| **LESS 50% TRAVEL** | (4.8) |  | (3,178.75) |
| **TOTAL** | 309.5 |  | $ 131,856.25 |

SSL-DOCS1 1731796v1