# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## AUGUST 1, 2006 - AUGUST 31, 2006

| | | |
|---|---|---|
| Outside Messenger Service | $ | 141.51 |
| Filling Fees | | 200.00 |
| Long Distance Telephone | | 6.05 |
| Duplicating Costs-in House | | 27.10 |
| Travel Expenses- Transportation | | (1,057.20) |
| Travel Expenses- Meals | | 122.53 |
| Westlaw | | 422.47 |
| Postage | | 0.63 |
| O/S Information Services | | 81.28 |
| Local Transportation | | 153.97 |
| | | |
| TOTAL | $ | 98.34 |

# STROOCK

## Disburesment Register

| DATE | September 15, 2006 |
|---|---|
| INVOICE NO. | 391351 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES RENDERED in the captioned matter for the period through August 31, 2006, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| | | |
|---|---|---|
| 08/01/2006 | VENDOR: UPS; INVOICE#: 0000010X827306; DATE: 07/29/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190159805 on 07/28/2006 | 6.58 |
| 08/01/2006 | VENDOR: UPS; INVOICE#: 0000010X827306; DATE: 07/29/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270190663788 on 07/28/2006 | 9.07 |
| 08/01/2006 | VENDOR: UPS; INVOICE#: 0000010X827306; DATE: 07/29/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270193464970 on 07/28/2006 | 6.58 |
| 08/01/2006 | VENDOR: UPS; INVOICE#: 0000010X827306; DATE: 07/29/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270193767394 on 07/28/2006 | 6.58 |
| 08/01/2006 | VENDOR: UPS; INVOICE#: 0000010X827306; DATE: 07/29/2006; FROM Mildred Feliciano, 180 Maiden Lane, New York, NY TO Mr. Matthew J. Ferko Franklin Mutual Advisors, 101 John F. Kennedy Parkway, SHORT HILLS, NJ 07078 Tracking #:1Z10X8270198303090 on 07/27/2006 | 6.58 |
| 08/08/2006 | VENDOR: UPS; INVOICE#: 0000010X827316; DATE: 08/05/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, | 6.58 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 www.stroock.com

SSL-DOCS1 1731796v1

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | WILMINGTON, DE 19801 Tracking #:1Z10X8270195143349 on 08/01/2006 | |
| 08/08/2006 | VENDOR: UPS; INVOICE#: 0000010X827316; DATE: 08/05/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270198430765 on 08/01/2006 | 9.07 |
| 08/08/2006 | VENDOR: UPS; INVOICE#: 0000010X827316; DATE: 08/05/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270198744757 on 08/01/2006 | 6.58 |
| 08/08/2006 | VENDOR: UPS; INVOICE#: 0000010X827316; DATE: 08/05/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199277377 on 08/01/2006 | 6.58 |
| 08/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827336; DATE: 08/19/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190448994 on 08/14/2006 | 6.58 |
| 08/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827336; DATE: 08/19/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195317054 on 08/15/2006 | 9.07 |
| 08/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827336; DATE: 08/19/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198857644 on 08/15/2006 | 6.58 |
| 08/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827336; DATE: 08/19/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199341065 on 08/15/2006 | 6.58 |
| 08/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827336; DATE: 08/19/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270195872132 on 08/17/2006 | 6.58 |
| 08/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827336; DATE: 08/19/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195915925 on | 9.07 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/24/2006 | 08/17/2006<br>VENDOR: UPS; INVOICE#: 0000010X827336; DATE: 08/19/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270197897308 on 08/17/2006 | 6.58 |
| 08/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827336; DATE: 08/19/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270198200941 on 08/17/2006 | 6.58 |
| 08/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827336; DATE: 08/19/2006; FROM Joan Dimino, 180 Maiden Lane, New York, NY TO Navigant Consulting Kerim Ertug, 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270190028965 on 08/18/2006 | 10.75 |
| 08/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827336; DATE: 08/19/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO David B. Siegal W.R. Grace & Co., , COLUMBIA, MD 21044 Tracking #:1Z10X8270195872132 on 08/17/2006 | 2.98 |
| 08/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827336; DATE: 08/19/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO Stephanie Lenkiewicz Duane Morris LLP, , WILMINGTON, DE 19801 Tracking #:1Z10X8270197897308 on 08/17/2006 | 2.98 |
| 08/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827336; DATE: 08/19/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO David Klauder Esq. Office of the United States, , WILMINGTON, DE 19801 Tracking #:1Z10X8270198200941 on 08/17/2006 | 2.98 |
| **Outside Messenger Service Total** | | **141.51** |

**Meals**

| | | |
|---|---|---|
| 08/21/2006 | VENDOR: Cavonberry's; INVOICE#: 073106; DATE: 7/31/2006 K Pasquale on 07/19/06 | 65.48 |
| 08/24/2006 | VENDOR: Seamless Web; Invoice#: 134871; Date: 08/20/2006 - Pac Rim;; Order Date: 08/17/06 17:21:00 | 19.12 |
| 08/30/2006 | VENDOR: Seamless Web; Invoice#: 135817; Date: 08/27/2006 - Ichiro (Formerly Ginji);; Order Date: 08/23/06 18:22:00 | 18.70 |
| 08/30/2006 | VENDOR: Seamless Web; Invoice#: 135817; Date: 08/27/2006 - Alfanoose Middle Eastern Cuisine;; Order Date: 08/21/06 17:43:00 | 19.23 |
| **Meals Total** | | **122.53** |

**Local Transportation**

| | | |
|---|---|---|
| 08/02/2006 | VENDOR: NYC Two Ways Inc.; Invoice#: N/A; Date: N/A; KRUGER 07/24/06 22:02 from NJ SUMMIT to 257 W 86 ST | 119.76 |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/30/2006 | VENDOR: NYC Two Ways Inc.; Invoice#: N/A; Date: N/A; CUTLER 08/17/06 20:00 from 180 MAIDEN to W 72 ST | 34.21 |
| | **Local Transportation Total** | **153.97** |
| | **Long Distance Telephone** | |
| 08/08/2006 | EXTN.5562, TEL.518-213-6000, S.T.13:58, DUR.00:01:36 | 0.86 |
| 08/15/2006 | EXTN.5431, TEL.215-597-4411, S.T.10:51, DUR.00:00:30 | 0.43 |
| 08/24/2006 | EXTN.5544, TEL.310-566-1015, S.T.16:51, DUR.00:02:06 | 1.30 |
| 08/24/2006 | EXTN.5544, TEL.310-566-1015, S.T.17:49, DUR.00:07:12 | 3.46 |
| | **Long Distance Telephone Total** | **6.05** |
| | **Duplicating Costs-in House** | |
| 08/08/2006 | | 4.60 |
| 08/14/2006 | | 0.20 |
| 08/14/2006 | | 3.20 |
| 08/22/2006 | | 0.70 |
| 08/22/2006 | | 0.10 |
| 08/25/2006 | | 18.20 |
| 08/31/2006 | | 0.10 |
| | **Duplicating Costs-in House Total** | **27.10** |
| | **Postage** | |
| 08/22/2006 | Postage Charged on 08/22/2006 | 0.63 |
| | **Postage Total** | **0.63** |
| | **Filing Fees** | |
| 08/14/2006 | VENDOR: Chase Card Services; INVOICE#: 080206; DATE: 8/2/2006 - visa charge 07/25/06 Court Call LLC | 200.00 |
| | **Filing Fees Total** | **200.00** |
| | **O/S Information Services** | |
| 08/01/2006 | Pacer Search Service on 4/3/2006 | 0.72 |
| 08/01/2006 | Pacer Search Service on 4/4/2006 | 0.64 |
| 08/01/2006 | Pacer Search Service on 4/6/2006 | 0.80 |
| 08/01/2006 | Pacer Search Service on 4/10/2006 | 2.40 |
| 08/01/2006 | Pacer Search Service on 4/10/2006 | 0.64 |
| 08/01/2006 | Pacer Search Service on 4/11/2006 | 0.64 |
| 08/01/2006 | Pacer Search Service on 4/12/2006 | 0.64 |
| 08/01/2006 | Pacer Search Service on 4/13/2006 | 0.40 |
| 08/01/2006 | Pacer Search Service on 4/14/2006 | 0.40 |
| 08/01/2006 | Pacer Search Service on 4/14/2006 | 0.16 |
| 08/01/2006 | Pacer Search Service on 4/17/2006 | 0.64 |
| 08/01/2006 | Pacer Search Service on 4/19/2006 | 0.72 |

# STROOCK

PAGE: 5

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01/2006 | Pacer Search Service on 4/20/2006 | 3.36 |
| 08/01/2006 | Pacer Search Service on 4/21/2006 | 0.80 |
| 08/01/2006 | Pacer Search Service on 4/24/2006 | 2.40 |
| 08/01/2006 | Pacer Search Service on 4/24/2006 | 0.72 |
| 08/01/2006 | Pacer Search Service on 4/25/2006 | 2.40 |
| 08/01/2006 | Pacer Search Service on 4/26/2006 | 0.64 |
| 08/01/2006 | Pacer Search Service on 4/27/2006 | 0.72 |
| 08/01/2006 | Pacer Search Service on 4/28/2006 | 0.88 |
| 08/01/2006 | Pacer Search Service on 5/3/2006 | 0.96 |
| 08/01/2006 | Pacer Search Service on 5/4/2006 | 0.64 |
| 08/01/2006 | Pacer Search Service on 5/5/2006 | 0.80 |
| 08/01/2006 | Pacer Search Service on 5/8/2006 | 0.40 |
| 08/01/2006 | Pacer Search Service on 5/9/2006 | 0.64 |
| 08/01/2006 | Pacer Search Service on 5/10/2006 | 0.16 |
| 08/01/2006 | Pacer Search Service on 5/11/2006 | 0.72 |
| 08/01/2006 | Pacer Search Service on 5/12/2006 | 0.72 |
| 08/01/2006 | Pacer Search Service on 5/15/2006 | 0.56 |
| 08/01/2006 | Pacer Search Service on 5/17/2006 | 0.88 |
| 08/01/2006 | Pacer Search Service on 5/19/2006 | 1.28 |
| 08/01/2006 | Pacer Search Service on 5/23/2006 | 0.88 |
| 08/01/2006 | Pacer Search Service on 5/24/2006 | 0.72 |
| 08/01/2006 | Pacer Search Service on 5/25/2006 | 0.56 |
| 08/01/2006 | Pacer Search Service on 5/25/2006 | 0.16 |
| 08/01/2006 | Pacer Search Service on 5/26/2006 | 0.80 |
| 08/01/2006 | Pacer Search Service on 5/31/2006 | 1.36 |
| 08/01/2006 | Pacer Search Service on 6/2/2006 | 1.12 |
| 08/01/2006 | Pacer Search Service on 6/6/2006 | 0.96 |
| 08/01/2006 | Pacer Search Service on 6/7/2006 | 0.80 |
| 08/01/2006 | Pacer Search Service on 6/9/2006 | 0.72 |
| 08/01/2006 | Pacer Search Service on 6/13/2006 | 5.52 |
| 08/01/2006 | Pacer Search Service on 6/16/2006 | 13.60 |
| 08/01/2006 | Pacer Search Service on 6/16/2006 | 0.40 |
| 08/01/2006 | Pacer Search Service on 6/21/2006 | 1.04 |
| 08/01/2006 | Pacer Search Service on 6/23/2006 | 0.72 |
| 08/01/2006 | Pacer Search Service on 6/28/2006 | 9.28 |
| 08/01/2006 | Pacer Search Service on 6/28/2006 | 1.52 |
| 08/01/2006 | Pacer Search Service on 6/28/2006 | 2.80 |
| 08/01/2006 | Pacer Search Service on 6/29/2006 | 2.64 |
| 08/01/2006 | Pacer Search Service on 4/12/2006 | 6.08 |
| 08/01/2006 | Pacer Search Service on 4/20/2006 | 0.64 |
| 08/01/2006 | Pacer Search Service on 5/15/2006 | 0.32 |
| 08/01/2006 | Pacer Search Service on 6/7/2006 | 0.16 |
| **O/S Information Services Total** | | **81.28** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

PAGE: 6

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**Travel Expenses - Transportation**

| | | |
|---|---|---|
| 08/11/2006 | amex law trav H Balk re: trip cancelled 3/3 | -563.60 |
| 08/11/2006 | amex law trav H Balk re: trip cancelled 3/3 | -695.60 |
| 08/11/2006 | amex law trav H Balk re: trip cancelled 3/3 | -47.00 |
| 08/14/2006 | VENDOR: Chase Card Services; INVOICE#: 080206; DATE: 8/2/2006 - visa charge 07/20/06 L Kruger 07/24/06 non-refundable agent fee Penn NY to Wilmington, DE | 35.00 |
| 08/14/2006 | VENDOR: Chase Card Services; INVOICE#: 080206; DATE: 8/2/2006 - visa charge 07/21/06 L Kruger 07/24/06 Penn NY to Wilmington, DE re: attend court hearing re: WR Grace on PD estimation, exclusively and related matters | 214.00 |

**Travel Expenses - Transportation Total**     **-1,057.20**

**Westlaw**

| | | |
|---|---|---|
| 07/27/2006 | Search by Krieger, Arlene G. | 33.09 |
| 08/03/2006 | Search by Krieger, Arlene G. | 92.64 |
| 08/07/2006 | Search by Krieger, Arlene G. | 31.53 |
| 08/08/2006 | Duration 0:02:12; by Krieger, Arlene G. | 22.12 |
| 08/14/2006 | Search by Krieger, Arlene G. | 87.39 |
| 08/14/2006 | Search by Cutler, Ilana | 155.70 |

**Westlaw Total**     **422.47**

---

**BILL DISBURSEMENT SUMMARY**

| | |
|---|---|
| Outside Messenger Service | $ 141.51 |
| Meals | 122.53 |
| Local Transportation | 153.97 |
| Long Distance Telephone | 6.05 |
| Duplicating Costs-in House | 27.10 |
| Postage | 0.63 |
| Filing Fees | 200.00 |
| O/S Information Services | 81.28 |
| Travel Expenses - Transportation | -1057.20 |
| Westlaw | 422.47 |

**TOTAL DISBURSEMENTS/CHARGES**     **$ 98.34**

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1731796v1

# STROOCK

PAGE: 7

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.