

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

September 29, 2006

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - August 2006*

### REVISED INVOICE

**Professional Fees:**

| | | |
|---|---|---:|
| LC | 48.75 hrs. @ $550 | $26,812.50 |
| PM | 1.00 hrs. @ $435 | 435.00 |
| RV | 5.00 hrs. @ $375 | 1,875.00 |
| ML | 36.10 hrs. @ $325 | 11,732.50 |
| JM | 48.50 hrs. @ $325 | 15,762.50 |
| RF | 1.00 hrs. @ $300 | 300.00 |
| KE | 82.75 hrs. @ $200 | 16,550.00 |
| AM | 19.50 hrs. @ $200 | 3,900.00 |
| MF | 13.25 hrs. @ $175 | 2,318.75 |
| AH | 86.75 hrs. @ $175 | 15,181.25 |
| MO | 18.50 hrs. @ $150 | 2,775.00 |
| WS | 1.00 hrs. @ $150 | 150.00 |
| CP | 5.25 hrs. @ $100 | 525.00 |

**Total Professional Fees** ............................................................................................. **$98,317.50**

**Expenses:**
    None billable at this time.

**Total Amount Due for August Services and Expenses** ............................................... **$98,317.50**

**Outstanding Invoices:**

| | | | |
|---|---|---|---:|
| Inv No. | 176320 | June 21, 2006 | 17,493.75 |
| Inv No. | 177281 | July 7, 2006 | 38,548.75 |
| Inv No. | 179507 | August 11, 2006 | 30,280.00 |

**Total Outstanding Invoices** ....................................................................................... **$86,322.50**

**Total Amount Due For August Services, Expenses and Outstanding Invoices** ........ **$184,640.00**

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 181596



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 8/1/2006 | 8.00 | Estimation issues. |
| CHAMBERS, LETITIA | 8/2/2006 | 8.00 | Estimation issues. |
| CHAMBERS, LETITIA | 8/3/2006 | 4.00 | Estimation issues. |
| CHAMBERS, LETITIA | 8/4/2006 | 2.00 | Estimation issues. |
| CHAMBERS, LETITIA | 8/7/2006 | 1.00 | Working on staff issues related to claims estimation |
| CHAMBERS, LETITIA | 8/10/2006 | 0.50 | Staff supervision |
| CHAMBERS, LETITIA | 8/15/2006 | 1.50 | Stroock/WR Grace estimation issues |
| CHAMBERS, LETITIA | 8/15/2006 | 0.50 | Stroock/WR Grace staffing issue |
| CHAMBERS, LETITIA | 8/16/2006 | 0.75 | Teleconf with staff |
| CHAMBERS, LETITIA | 8/16/2006 | 2.00 | Estimation issues |
| CHAMBERS, LETITIA | 8/17/2006 | 1.50 | Worked on estimation issues |
| CHAMBERS, LETITIA | 8/18/2006 | 1.00 | Worked on estimation issues |
| CHAMBERS, LETITIA | 8/28/2006 | 8.00 | Meetings with staff re estimation issues |
| CHAMBERS, LETITIA | 8/29/2006 | 7.00 | Conference call with counsel and meetings with staff re estimation issues |
| CHAMBERS, LETITIA | 8/30/2006 | 3.00 | Worked on estimation |
| ERTUG, KERIM CAN | 8/1/2006 | 2.50 | Review and summary of claims data. |
| ERTUG, KERIM CAN | 8/1/2006 | 4.50 | Meeting with staff reviewing claims data. |
| ERTUG, KERIM CAN | 8/2/2006 | 6.25 | Meeting with staff and review of claims data. |
| ERTUG, KERIM CAN | 8/3/2006 | 1.75 | Review of census database. |
| ERTUG, KERIM CAN | 8/11/2006 | 2.25 | Review of claims data. |
| ERTUG, KERIM CAN | 8/14/2006 | 6.75 | Review of claims database. |
| ERTUG, KERIM CAN | 8/15/2006 | 3.50 | Review of claims database and judgments claims. |
| ERTUG, KERIM CAN | 8/16/2006 | 3.75 | Review of claims database and meeting with staff. |
| ERTUG, KERIM CAN | 8/18/2006 | 0.75 | Conference call with staff. |
| ERTUG, KERIM CAN | 8/18/2006 | 1.75 | Review of claims data and |

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 181596



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ERTUG, KERIM CAN | 8/21/2006 | 6.75 | Review of claims data and sas programming. |
| ERTUG, KERIM CAN | 8/22/2006 | 1.25 | Review and save the database on pending claims questionnaire received from client. |
| ERTUG, KERIM CAN | 8/22/2006 | 2.75 | Match claims data to June 2006 Manville Trust data. |
| ERTUG, KERIM CAN | 8/23/2006 | 4.00 | Review of claims data and analysis |
| ERTUG, KERIM CAN | 8/24/2006 | 7.25 | Claims data analysis and SAS programming. |
| ERTUG, KERIM CAN | 8/25/2006 | 7.25 | Claims data analysis, SAS and excel programming. |
| ERTUG, KERIM CAN | 8/25/2006 | -0.75 | Claims data analysis, SAS and excel programming. |
| ERTUG, KERIM CAN | 8/25/2006 | 1.25 | Meeting with staff to review data analysis. |
| ERTUG, KERIM CAN | 8/28/2006 | 2.75 | SAS programming and claims data analysis. |
| ERTUG, KERIM CAN | 8/28/2006 | 7.00 | Meeting with staff to review and discuss claims data. |
| ERTUG, KERIM CAN | 8/29/2006 | 1.00 | SAS programming. |
| ERTUG, KERIM CAN | 8/29/2006 | 3.50 | Meeting with staff to review claims data. |
| ERTUG, KERIM CAN | 8/29/2006 | 1.00 | Conference call with client. |
| ERTUG, KERIM CAN | 8/30/2006 | 2.75 | Review of census data received and installing SQL server. |
| ERTUG, KERIM CAN | 8/31/2006 | 1.25 | Meeting with staff and review of census data and SQL server. |
| FARRELL, RICHARD | 8/9/2006 | 1.00 | Research ATSDR evaluations of Libby-related vermiculite processing sites |
| FRAGALE, MATTHEW | 8/7/2006 | 4.50 | Reviewed 10-K's |
| FRAGALE, MATTHEW | 8/9/2006 | 3.00 | Reviewed 10-K's |
| FRAGALE, MATTHEW | 8/10/2006 | 5.75 | Reviewed 10-K's |
| HLAVIN, ANDREW | 8/3/2006 | 3.25 | Collected 10-k data. |
| HLAVIN, ANDREW | 8/4/2006 | 1.25 | Collected 10-K data. |
| HLAVIN, ANDREW | 8/7/2006 | 1.25 | Collected 10-K claims data. |

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 181596



1801 K St. NW  
Suite 500  
Washington, DC 20006  
202-973-2400 phone  
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| HLAVIN, ANDREW | 8/8/2006 | 1.25 | Collected 10-K data from SEC filings. |
| HLAVIN, ANDREW | 8/9/2006 | 6.75 | Collected data and updated 10-K spreadsheet. |
| HLAVIN, ANDREW | 8/10/2006 | 7.50 | Collect and update 10-K |
| HLAVIN, ANDREW | 8/11/2006 | 7.50 | Audit 10-K analysis and update missing information. |
| HLAVIN, ANDREW | 8/14/2006 | 4.00 | Updated and audited 10-K information. |
| HLAVIN, ANDREW | 8/15/2006 | 2.75 | Update and audit of 10-K |
| HLAVIN, ANDREW | 8/16/2006 | 1.00 | Update and audit 10-K spreadsheet. |
| HLAVIN, ANDREW | 8/17/2006 | 5.50 | Update and audit 10-K spreadsheet. |
| HLAVIN, ANDREW | 8/18/2006 | 2.50 | Update and audit of 10-K spreadsheet. |
| HLAVIN, ANDREW | 8/18/2006 | 4.75 | Analyzed claims data. |
| HLAVIN, ANDREW | 8/21/2006 | 8.25 | Analyzed claims data. |
| HLAVIN, ANDREW | 8/24/2006 | 1.00 | Analysis of claims data. |
| HLAVIN, ANDREW | 8/25/2006 | 6.25 | Claims data analysis. |
| HLAVIN, ANDREW | 8/25/2006 | 1.25 | Meeting with staff. |
| HLAVIN, ANDREW | 8/28/2006 | 3.50 | Reviewed claims data. |
| HLAVIN, ANDREW | 8/29/2006 | 3.25 | Updated 10-k claims data. |
| HLAVIN, ANDREW | 8/30/2006 | 8.00 | 10-K update and analysis. |
| HLAVIN, ANDREW | 8/31/2006 | 6.00 | 10-K database audit. |
| LYMAN, MARY | 8/1/2006 | 2.25 | Research on effects of state reform |
| LYMAN, MARY | 8/2/2006 | 1.00 | Research re effects of state reform |
| LYMAN, MARY | 8/2/2006 | 2.00 | Meetings and discussions with expert, staff |
| LYMAN, MARY | 8/3/2006 | 1.50 | Research re tort reform and staff discussions |
| LYMAN, MARY | 8/3/2006 | 2.25 | Worked on outline for expert report |
| LYMAN, MARY | 8/4/2006 | 0.25 | Discussions with expert, staff |
| LYMAN, MARY | 8/7/2006 | 0.25 | Reviewed pro forma |
| LYMAN, MARY | 8/9/2006 | 0.25 | Billing matters |
| LYMAN, MARY | 8/15/2006 | 1.00 | Research re non-malignant claims and state reform |

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 181596



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 8/15/2006 | 0.50 | Staff discussion |
| LYMAN, MARY | 8/16/2006 | 1.00 | Staff discussions |
| LYMAN, MARY | 8/17/2006 | 1.10 | Worked on outline for expert report |
| LYMAN, MARY | 8/18/2006 | 0.50 | Staff conference call |
| LYMAN, MARY | 8/18/2006 | 5.00 | Assisted in initial preparation of expert report |
| LYMAN, MARY | 8/24/2006 | 0.50 | Discussions with staff |
| LYMAN, MARY | 8/25/2006 | 1.50 | Team conference call and other staff discussion |
| LYMAN, MARY | 8/25/2006 | 0.75 | Edits to outline and other assistance to expert |
| LYMAN, MARY | 8/28/2006 | 6.50 | Meetings with expert and follow-up work |
| LYMAN, MARY | 8/29/2006 | 1.00 | Conference call with expert and counsel |
| LYMAN, MARY | 8/29/2006 | 5.00 | Meetings with expert and follow-up work |
| LYMAN, MARY | 8/30/2006 | 2.00 | Follow-up to meeting with expert on matters related to expert report |
| MCGRATH, PATRICK J. | 8/31/2006 | 1.00 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCINTIRE, JAMES | 8/1/2006 | 2.50 | Review case materials |
| MCINTIRE, JAMES | 8/2/2006 | 7.25 | Meet with analysis team to review claims data and assumptions |
| MCINTIRE, JAMES | 8/3/2006 | 6.50 | Meet with staff to develop staffing and work plan |
| MCINTIRE, JAMES | 8/7/2006 | 2.50 | Review survey data base for analysis variables |
| MCINTIRE, JAMES | 8/8/2006 | 3.00 | Review survey database for analysis variables |
| MCINTIRE, JAMES | 8/10/2006 | 1.00 | Review proforma billing |
| MCINTIRE, JAMES | 8/11/2006 | 0.25 | Review proforma billing |
| MCINTIRE, JAMES | 8/14/2006 | 2.75 | Staff discussions of survey data base |
| MCINTIRE, JAMES | 8/14/2006 | 0.50 | Client call, including prep |
| MCINTIRE, JAMES | 8/17/2006 | 2.00 | Review legal case documents |
| MCINTIRE, JAMES | 8/17/2006 | 1.50 | Client call, including prep |

Navigant Consulting, Inc. Project No.: 113758                                    Invoice No.: 181596

Case 01-01139-AMC    Doc 13336-5    Filed 10/02/06    Page 6 of 7



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 8/18/2006 | 1.50 | Staff meeting regarding assumptions and staffing |
| MCINTIRE, JAMES | 8/27/2006 | 0.75 | Review legal case materials |
| MCINTIRE, JAMES | 8/27/2006 | 1.75 | Identify key data elements from survey data |
| MCINTIRE, JAMES | 8/28/2006 | 7.25 | Staff meetings to review data and assumptions |
| MCINTIRE, JAMES | 8/28/2006 | 1.00 | Review legal case materials regarding judgments |
| MCINTIRE, JAMES | 8/29/2006 | 4.50 | Staff meetings to review data and develop assumptions |
| MCINTIRE, JAMES | 8/29/2006 | 0.50 | Team meeting |
| MCINTIRE, JAMES | 8/29/2006 | 1.50 | Client call, including prep |
| MHATRE, ARCHANA | 8/18/2006 | 1.50 | Discussed project with staff |
| MHATRE, ARCHANA | 8/29/2006 | 6.50 | Team Meeting at DC |
| MHATRE, ARCHANA | 8/30/2006 | 2.50 | Data analysis preparations |
| MHATRE, ARCHANA | 8/31/2006 | 9.00 | Data analysis preparations |
| OSBORN, MATTHEW | 8/1/2006 | 7.00 | Met with staff to discuss estimation analyses. |
| OSBORN, MATTHEW | 8/2/2006 | 4.50 | Met with staff regarding assumptions and schedule. |
| OSBORN, MATTHEW | 8/16/2006 | 1.25 | Call regarding staffing issues. |
| OSBORN, MATTHEW | 8/17/2006 | 3.25 | Prepared analyses of claims data. |
| OSBORN, MATTHEW | 8/18/2006 | 2.25 | Call regarding questionnaire database and analyses of claims data. |
| OSBORN, MATTHEW | 8/29/2006 | 0.25 | Discussions with staff regarding questionnaire |
| PADUCH, CHRISTINE | 8/16/2006 | 1.00 | Tracked asbestos litigation and compiled court filings and judgments. |
| PADUCH, CHRISTINE | 8/17/2006 | 3.00 | Tracked asbestos litigation and compiled court filings and judgments. |
| PADUCH, CHRISTINE | 8/21/2006 | 0.50 | Tracked asbestos litigation and compiled court filings and judgments. |

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 181596



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| PADUCH, CHRISTINE | 8/22/2006 | 0.50 | Tracked asbestos litigation and compiled court filings and judgments. |
| PADUCH, CHRISTINE | 8/28/2006 | 0.25 | Tracked asbestos litigation and compiled court filings and judgments. |
| SCHOEFFLER, WILLIAM | 8/16/2006 | 0.50 | Supervised research. |
| SCHOEFFLER, WILLIAM | 8/17/2006 | 0.50 | Supervised research. |
| VASTA, ROBERT | 8/29/2006 | 5.00 | Attend Meeting with Entire team in DC Office |

Navigant Consulting, Inc. Project No.: 113758          Invoice No.: 181596