IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Docket No. |
| | ) | |

## STIPULATION REGARDING EXPERT DISCOVERY

1. Simultaneous with the service of all expert reports, and except as provided in paragraph 2 below, the parties shall produce the specific documents, data, and written information that the expert directly relied upon in forming his or her expert opinions in this matter. To the extent that the disclosures include exhibits, information, or data processed or modeled by computer at the direction of a disclosed expert in the course of forming the expert's opinions, machine readable copies of such exhibits, information, or data shall be produced. To the extent that the expert relies on documents, data, or written information that already has been produced to the parties in the bankruptcy, a listing of all such documents, data or written information shall be sufficient, *provided, however,* that as to documents relied upon by any expert of the Libby Claimants that are governed by the Order Authorizing Discovery from Dr. Alan C. Whitehouse and Certifying Issues of Patient Privacy for Judge Donald W. Molloy entered June 5, 2006 (the "Whitehouse Order"), (a) disclosure and copying of such records shall continue to be governed by the Whitehouse Order, *provided that* production of medical records of the 409 Libby Claimants not among the 550 Whitehouse Database Patients (as those terms are used in the Whitehouse Order) shall take place on a

rolling basis commencing when the CARD Clinic in Libby, Montana, receives payment of its outstanding invoice to Grace, shall be substantially completed within 30 days after such receipt of payment, and shall be fully completed shortly thereafter, and (b) it shall be sufficient for such expert's report to state that the report relies on the medical records of the Libby Claimants and the 550 Whitehouse Database Patients. To the extent that the expert relies on articles published in a publicly available journal or similar publication, a listing of all such articles relied upon shall be sufficient; *provided*, however, that if a party who proffers the report of an expert is notified that another party has been unable to obtain one or more of the articles or other documents relied upon, the party proffering the expert shall provide copies of any such article or other document within 5 days of such a request. The provisions of this paragraph apply to Rust Consulting and to any work performed by it in compiling the Questionnaire responses into a navigable database. Debtors will produce a representative or representatives from Rust Consulting for a deposition by the parties conducted pursuant to Fed. R. Civ. P. 30(b)(6), consistent with paragraph 2 of this Stipulation. Nothing in this stipulation shall be construed to require experts to reproduce materials that they rely upon which have already been produced to the parties during the course of the bankruptcy estimation proceedings.

2.  The following categories of data, information, or documents need not be disclosed by any party, and are outside the scope of permissible discovery (including deposition questions): (i) any notes or other writings taken or prepared by or for an expert witness in connection with this matter, including correspondence or memos to or from, and notes of conversations with, the expert's assistants and/or clerical or support staff, one or more

-2-

other expert witnesses or non-testifying expert consultants, or one or more attorneys for the party offering the testimony of such expert witness, unless the expert witness is relying upon those notes or other writings in connection with the expert witness's opinions in this matter; (ii) draft reports, draft studies or draft work papers, preliminary or intermediate calculations, computations or data runs, or the other preliminary, intermediate or draft materials prepared by or at the direction of the expert witness; (iii) any oral or written communication between an expert witness and the expert's assistant and/or clerical or support staff, one or more other expert witnesses or non-testifying expert consultants, or one or more attorneys for the party offering the testimony of such expert witness, unless the expert witness is relying upon the communication in connection with the expert witness's opinions in this matter; (iv) the software constituting or underlying any computer model used by the expert; (v) any confidential information disclosed to the expert in a prior engagement by another client or entity. Finally, to the extent that the specific agreements herein waive disclosure requirements under Fed. R. Civ. P. 26(a)(2)(B) or (C), the parties agree to such waiver.

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Jonathan Friedland
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
David E. Mendelson (admission pro hac vice pending)
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:   (202) 879-5000
Facsimile:   (202) 879-5200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

*Co-Counsel for the Debtors and Debtors in Possession*

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000

CAMPBELL & LEVINE, LLC
Marla R. Eskin
Mark T. Hurford
800 King Street, Suite 300

-4-

Wilmington, DE 19801
Telephone: (302) 426-1900
*Counsel for Official Committee of Asbestos Personal
Injury Claimant*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
3050 K Street, N.W.
Washington, D.C. 20007
Telephone: (202) 339-8400

PHILLIPS, GOLDMAN, & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
*Counsel for David T. Austern, Futures Claimants'
Representative*

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Scott L. Baena
Jay M. Sakalo
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
Telephone: (305) 374-7580

PERRY, JOSEPH & PEARCE, P.A.
Theodore J. Tacconelli  (No. 2678)
Lisa L. Coggins
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Telephone: (302) 575-1555
*Counsel for the Official Committee of Asbestos Property
Damage Claimants*

*[signature]*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Horowitz
Gary M. Becker
919 Third Avenue
New York, NY 10022
Telephone: (212) 715-9100

*[signature]*

~~KLETT ROONEY LIEBER & SCHORLING~~ Buchanan Ingersoll + Rooney P.C.
Teresa K.D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200
*Counsel for the Official Committee of Equity Security Holders*

*[signature]*

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Kenneth Pasquale
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400

DUANE MORRIS LLP
Michael R. Lastowski
Richard W. Riley
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
*Counsel for the Official Committee of Unsecured Creditors*

*[signature]*

LANDIS RATH & COBB LLP

*[signature]*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Horowitz
Gary M. Becker
919 Third Avenue
New York, NY 10022
Telephone: (212) 715-9100


KLETT ROONEY LIEBER & SCHORLING
Teresa K.D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200
*Counsel for the Official Committee of Equity Security Holders*

*[signature]*

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Kenneth Pasquale
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400

*[signature]*

DUANE MORRIS LLP
Michael R. Lastowski
Richard W. Riley
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
*Counsel for the Official Committee of Unsecured Creditors*

*[signature]*

LANDIS RATH & COBB LLP

- 6 -

Adam G. Landis, Esq. (No. 3407)
Kerri Mumford, Esq. (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
(302) 467-4400

COHN WHITESELL & GOLDBERG LLP
Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
101 Arch Street
Boston, MA 02110
(617) 951-2505
*Counsel for Libby Claimants*