# HR&A                                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

September 21, 2006

Invoice No. HRA20062109

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of August, 2006.

## FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>23.0 hours @ $ 600 per hour | $ 13,800.00 |
| Robert H. Sims<br>5.3 hours @ $ 500 per hour | 2,650.00 |
| Paul K. Honig<br>47.5 hours @ $ 300 per hour | 14,250.00 |
| Joshua S. Katz<br>16.3 hours @ $ 250 per hour<br>4,075.00 | |
| **TOTAL FEES:** | **$ 34,775.00** |

## EXPENSES

| | |
|---|---:|
| Expenses of Joshua S. Katz | $    160.00 |
| Courier | 30.11 |
| **TOTAL EXPENSES:** | **190.11** |
| **TOTAL DUE:** | **$ 34,965.11** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA        LOS ANGELES                    NEW YORK

AUGUST, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE       TIME   TASK

08/07/06   2.0    Read Grace proposed CMO for PD Phases I and II and comments from Committee counsel.

08/09/06   0.5    Review additional comments on motion.

08/10/06   0.5    Teleconference with Joshua S. Katz about committee call.

08/15/06   0.5    Review agenda for omnibus.

08/16/06   2.0    Read Armstrong opinion at direction of Jay Sakalo of Bilzin.

08/17/06   0.5    Follow comments from Committee on Armstrong opinion implications for Grace.

08/22/06   0.5    Review correspondence about obtaining complete questionnaire database.

08/23/06   3.8    Review questionnaire and data available as of today in preparation for staff call re analysis goals (3.2); Staff phone call on getting started on analysis with Robert H. Sims and Joshua S. Katz (0.6).

08/24/06   3.5    Continue to work on questionnaire data.

08/25/06   4.7    Continue to work on questionnaire data.

08/28/06   2.5    Continue to work on questionnaire data.

08/29/06   2.0    Continue to work on questionnaire data.

TOTAL:     23.0

AUGUST, 2006 TIME LOG OF ROBERT H. SIMS (RHS)

<u>DATE</u>      <u>TIME</u> <u>TASK</u>

08/15/06   0.6  Review data fields specified in personal injury questionnaire (PIQ).

08/21/06   0.7  Review PIQ data containing 29,860 records.

08/22/06   0.4  Continue review of records; report to Francine F. Rabinovitz.

08/23/06   0.8  Continue review of records (0.2); teleconference with Francine F. Rabinovitz and Joshua S. Katz (0.6)

08/24/06   1.6  Discuss data with Paul Honig (0.2); begin draft initial data processing plan (1.4).

08/25/06   1.2  Finish initial data processing plan.

TOTAL:     5.3

```
AUGUST, 2006 TIME LOG OF PAUL K. HONIG (PKH)

DATE      TIME TASK

08/04/06   2.5  Locate & review issue of differences in table
                counts between HRA & Dan Relles.

08/07/06   4.5  Document & discuss code & outcome differences with
                Dan Relles and deliver a spreadsheet of results.

08/09/06   3.5  Review various tables in PIQ Access database to
                locate fields I think are of interest & send request for
                specific list of relevant fields or extract entire tables;
                discuss with Joshua S. Katz database concepts & units of
                analysis.

08/18/06   5.5  Extract various tables & create code for
                descriptive data and standardize lawfirms; pass logic of
                Discat on to Robert H. Sims - code uses all relevant fields
                for capturing disease categories.

08/21/06   4.5  Pass preliminary derived fields to Robert H. Sims
                asking what certain responses mean for binary fields; ssn
                when available is mostly last 4 digits; start to examine
                dedup process utilizing only 4 digit ssns.

08/22/06   2.5  Review our differences with Dan Relles on number
                of claims filed.

08/23/06   4.5  Develop revised ssn procedure (using 4 digit)
                which also spots some additional dups (with slightly
                differing ssn values); document specific steps leading to
                our record counts; receive data CDs & begin extracting
                tables.

08/24/06   7.5  Confirm that PIQ sample data is in the new
                dataset; create doctor log & look for specific
                doctors/screeners but need direct ties to survey fields;
                review Robert H. Sims' 1st cut of analysis needs; provide
                employer log & direct exposure log.

08/25/06   3.5  Prepare and teleconference email for Dan Relles
                highlighting our inconsistent data processing counts - Dan
                Relles reviewed his selection criteria in phone conversation
                which explains the divergent counts.

08/28/06   6.0  Rerun our code for Grace with modified selection
                criteria (as per Dan Relles).
```

AUGUST, 2006 TIME LOG OF PAUL K. HONIG (PKH) continued

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

08/29/06  3.0  Recreate DR_HRA xls comparison tables; email results to Francine F. Rabinovitz & Robert H. Sims - the counts are quite consistent with Dan Relles' now.

TOTAL:    47.5

AUGUST, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

DATE     TIME TASK

08/01/06  1.2  Import and review of PI 7000 claims database (0.5); Review of Fred Dunbar's paper on the changes in the asbestos PI forecasting environment (0.7).

08/10/06  1.4  Weekly Grace conference call (0.9); Call with Francine F. Rabinovitz discussing the weekly call and other Grace issues (0.5).

08/16/06  1.5  Review of Jay Sakalo's email on Armstrong opinion (0.2) Careful review of Rodriguez opinion in Armstrong opinion and creation of summary notes document for review later (1.3).

08/17/06  0.8  Weekly Conference Call.

08/23/06  1.9  Review of new database file from Wanda (0.5); emails to Wanda Roman regarding new database file and requesting certain documents per conversation with Francine F. Rabinovitz and Robert H. Sims (0.4); Review of questionnaire in preparation for call with Francine F. Rabinovitz and Robert H. Sims (0.4) Conference call with Robert H. Sims and Francine F. Rabinovitz on database and initial steps in preparation for estimation (0.6).

08/24/06  5.4  Review of informational brief for first analysis of occupations that worked with Grace products (1.8); Review of Disclosure statement and TDPs for analysis of occupations exposed (2.1) Weekly Grace conference call (0.5); Brief call with Jay Sakalo re: the PI estimation (0.3); Email to Francine F. Rabinovitz and Robert H. Sims regarding PI estimation calendar (0.2).

08/25/06  2.6  Completion of review of materials regarding references to occupations of exposed workers (0.7); Memo to Francine F. Rabinovitz and Robert H. Sims on findings (0.5); Per Francine F. Rabinovitz's request, memo comparing the two PI trusts and relevant provisions (1.4).

08/31/06  1.5  Review of CMO emails and documents from Jay Sakalo (0.5); Grace conference call (1.0).
TOTAL:   16.3