IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Deadline: October 23, 2006 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: To Be Determined, Only If Timely Objections Are Filed

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD JULY 1, 2006 THROUGH JULY 30, 2006

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f//k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| 07/19/2006 | GHL | Review of communication from Mr. Maggio with attachments relating to proposed exercise of option to license certain Intercat patents pursuant to the January 20 Settlement Agreement, review of terms of the Option Agreement relating to exercise and telephone conference with Mr. Cross regarding same. | 0.80 |

|  | SERVICES |  | $ | 404.00 |

| | GHL | GARY H. LEVIN | 0.80 | hours at $ | 505.00 |

**INVOICE TOTAL**            $    404.00

## WRG-0076
## VALVED COVER SYSTEM

| 07/13/2006 | NG | Review and verification of Preliminary Examination Report; preparation of estimated costs for entering national phase in designated countries; preparation of correspondence to client regarding examination report and deadline and costs for entering national phase; | 1.50 |
|---|---|---|---|
| 07/14/2006 | FTC | Reviewed and executed Response to Notice to File Missing Parts of Application; | 0.20 |
| 07/14/2006 | NG | Receipt and review of executed documents from client, preparation of and attendance to filing a Response to File Missing Parts of Application with the United States Patent and Trademark Office and preparation of correspondence to client forwarding copy of same. | 2.00 |

                                    SERVICES                    $    677.50

|  | FTC | FRANK T. CARROLL | 0.20 | hours @ | $325.00 |
|---|---|---|---|---|---|
|  | NG | NOREEN GARONSKI | 3.50 | hours @ | $175.00 |

**DISBURSEMENTS:**

| POSTAGE & DELIVERY | 26.24 |
|---|---|
| PATENT OFFICE FEES | 130.00 |
| PHOTOCOPYING | 13.80 |

DISBURSEMENT TOTAL                                    $    170.04

SERVICE TOTAL                                         $    677.50

                    **INVOICE TOTAL**                 $    **847.54**

## WRG-0077
### STUDY OF THIRD PARTY PATENT RELATING TO CEMENT COMPOSITIONS OF FAST DEVELOPING STRENGTH

| 07/05/2006 | GHL | Further work on formal invalidity opinion o this matter; | 3.00 |
|---|---|---|---|
| 07/06/2006 | GHL | Further work on opinion of invalidity; | 4.50 |
| 07/07/2006 | GHL | Continued work on written opinion of invalidity; | 1.50 |
| 07/10/2006 | GHL | Further work on invalidity opinion; | 3.00 |
| 07/11/2006 | GHL | Finalizing analysis of invalidity and editing of opinion, and telephone conference with Mr. Leon regarding status of the evaluation and conclusions; | 0.80 |
| 07/17/2006 | RBL | Edit and proofread opinion regarding validity of third-party patent; | 7.50 |
| 07/19/2006 | RBL | Review, edit, cited check and proofread opinion regarding validity of third-party patent; prepare exhibits to same; | 7.00 |
| 07/20/2006 | GHL | Final revision and editing of opinion, attendance to compilation of exhibits, and attendance to dispatch to client. | 1.50 |

SERVICES $ 12,659.00

| | GHL | GARY H. LEVIN | 14.39 | hours @ | $505.00 |
|---|---|---|---|---|---|
| | RBL | RICHARD B. LEBLANC | 14.50 | hours @ | $375.00 |

**DISBURSEMENTS:**

| COMPUTER SEARCH | 6.06 |
|---|---|
| POSTAGE & DELIVERY | 5.60 |
| PHOTOCOPYING | 200.85 |

DISBURSEMENT TOTAL $ 212.51

SERVICE TOTAL $ 12,659.00

**INVOICE TOTAL** $ 12,871.51

## WRG-0078
## EVALUTION OF THIRD-PARTY PATENT RELATING TO CATALYTIC CRACKING FOR INCREASED GASOLINE OCTANE

| 0705006 | GHL | Telephone conference with Mr. Cross regarding further background on patent license and further drafting of opinion to incorporate information on same. | 0.50 |
|---|---|---|---|

|  |  | SERVICES | $ | 252.50 |
|---|---|---|---|---|

| | GHL | GARY H. LEVIN | 0.50 | hours @ | $505.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| PHOTOCOPYING | 2.40 |
|---|---|

| DISBURSEMENT TOTAL | $ | 2.40 |
|---|---|---|
| SERVICE TOTAL | $ | 252.50 |
| **INVOICE TOTAL** | **$** | **254.90** |

## WRG-0079
## DUE DILIGENCE ANALYSIS RELATED TO PROPOSED PURCHASE OF ASSETS RELATING TO PRECIPITATED INORGANICS

| Date | Initials | Description | Hours |
|---|---|---|---|
| 0703/2006 | GHL | Review of memoranda and spreadsheets on risk analysis relating to silica products intended for sale to tire companies; | 0.60 |
| 07/03/2006 | HDP | Continued work on analyzing sales data and other technical matters; | 0.60 |
| 07/05/2006 | GHL | Further evaluation of risk analysis, including review of tire-use spread-sheet and discussion with Mr. Parker regarding further issued to be addressed; | 1.20 |
| 07/05/2006 | HDP | Telephone conference with Mr. Maggio and Mr. Young to discuss need for new analysis and report on worst-case potential exposure under third-party patents; detailed review and analysis of data related thereto and preparation of Excel spreadsheet for U.S. exposure data; drafting and sending detailed memo related thereto along with spreadsheet; telephone conference with Mr. Maggio regarding same; | 4.60 |
| 07/05/2006 | SCT | Analyzing and reviewing foreign patent families related to the third-party patents; preparing memo regarding the same | 1.00 |
| 07/06/2006 | GHL | Continued work on analysis of third-party patents and evaluation of risk/exposure for business proposed to be purchased by Grace; | 1.50 |
| 07/06/2006 | HDP | Discussions with Mr. Levin as to various damages-analysis issues; extended telephone conference with Mr. Maggio thereon and as to foreign exposure issues; detailed review and analysis of foreign sales data and preparation of potential exposure spreadsheet for: (1) revised U.S.; (2) Europe; (3) Mexico; and (4) Asia; discussions with Mr. Timmins as to third-party patent family issues; | 6.30 |
| 07/06/2006 | SCT | Analyzing and reviewing foreign patent families related to third-party patents; communicating with foreign associates regarding the status of foreign patent families; | 0.60 |
| 07/07/2006 | GHL | Continued work on analysis of third-party patents and evaluation of risk/exposure for business proposed to be purchased by Grace; preparation of reports to Grace on the analysis; | 4.50 |
| 07/07/2006 | HDP | Continued drafting extensive memo on potential U.S. and foreign damages exposure for past sales and accompanying spreadsheets; discussions with Mr. Levin; finalizing and sending to Mr. Maggio with cover email; telephone conferences (2) with Mr. Maggio thereon; | 6.90 |

| | | | |
|---|---|---|---|
| | | beginning drafting of lengthy memo/report relating to potential laches and estoppel issues and their effect on potential exposure; reviewing relevant case law related thereto. | |
| 07/07/2006 | SCT | Analyzing and reviewing foreign patent families related to third-party patents; communicating with foreign associates regarding the status of foreign patent families; | 0.30 |
| 07/10/.2006 | GHL | Finalization of memorandum on laches/estoppel aspects of risk analysis; telephone conference with Mr. Maggio regarding same; | 1.40 |
| 07/10/2006 | HDP | Continued drafting memo/report relating to potential laches and estoppel issues and their effect on potential exposure; discussions with Mr. Levin thereon; finalizing and sending to Mr. Maggio with cover email; multiple telephone conferences with Mr. Maggio thereon; preparing and sending revised memo to Mr. Maggio; collection and organizing all matter files; | 4.20 |
| 07/20/2006 | GHL | Telephone conference with Mr. Maggio regarding status of the proposed acquisition and indemnities; review of Mr. Bunch's communication regarding possible liability under third-party patents and discussion with Mr. Parker regarding same; initial review of seller's proposed indemnification agreement, and of Mr. Maggio's proposed revisions; | 0.70 |
| 07/21/2006 | GHL | Telephone conference with Mr. Maggio and Grace representatives regarding their scheduled meeting with seller representatives on indemnification issues; advice regarding various scenarios of the risk analysis for pre-closing activities; review of the evaluation agreement between Grace and seller, and review of notes from formulation of various advice memoranda previously sent to Grace on risk-analysis issues, and further telephone conferences with Mr. Maggio advising on same; continued work on indemnification agreement. | 2.40 |
| 07/21/2006 | HDP | Telephone conference with Mr. Levin as to various questions from client and answers thereto; | 0.50 |
| 07/23/2006 | HDP | Reviewing email questions from Mr. Bunch; corresponding with Mr. Levin thereon; | 0.50 |
| 07/24/2006 | GHL | Review of Mr. Maggio's summary of risk analysis and .telephone conference with Mr. Maggio regarding same; review and revision to Mr. Maggio's draft indemnification agreement, telephone conference with Mr. Maggio regarding same, and transmittal of revised draft to Mr. Maggio; | 2.20 |
| 07/24/2006 | HDP | Review of Mr. Maggio's summary of risk analysis; discussions with Mr. Levin thereon; drafting and sending | 0.90 |

| | | | |
|---|---|---|---|
| | | response to Mr. Bunch's email inquiry; | |
| 07/26/2006 | GHL | Telephone conference with Mr. Maggio and Grace representatives regarding status of negotiations with seller regarding indemnification clauses and discussion of further information and disclosure required from seller for the analysis; meeting with Woodcock counsel to compile product-by-product list of characteristics, as derived from the claims of the third-party patents, regarding which further information is needed from seller; review of e-mail correspondence relating to scope of indemnification; | 2.00 |
| 07/26/2006 | HDP | Meeting with Mr. Levin and Mr. Timmins to discuss further analyses needed and strategies relating thereto; beginning detailed review and analysis of materials to consider possible invalidity of third-party patent claims in view of earlier-marketed seller products; | 3.20 |
| 07/26/2006 | SCT | Analyzing and preparing spreadsheet comparing seller products and third-party patent claims; analyzing missing claim elements; | 3.90 |
| 07/27/2006 | GHL | Further work on compilation of product-by-product list of characteristics, as derived from the claims of the third-party patents, to identify product characterization information missing from seller's disclosures and preparation of spread-sheet identifying missing information according to product; review of claim chart matrices regarding seller products on issues of possible infringement; review of product information from seller relating to products commercialized before priority date of third-party patents at issue to determine possible invalidity positions to be based on same; telephone conference with Mr. Maggio regarding these issues; review of further email-exchanges regarding proposed indemnity provisions, revising drafts of same, and communication with Mr. Maggio regarding same; | 4.20 |
| 07/27/2006 | HDP | Continuing detailed review and analysis of materials to consider possible invalidity of third-party patent claims in view of earlier-marketed products; extended meeting with Mr. Levin and Mr. Timmins thereon and as to information still lacking from seller; detailed review and editing of draft spreadsheet prepared by Mr. Timmins specifying particular missing information product-by-product; meeting with Mr. Levin to discuss; reviewing various correspondence from client and attached draft contract clauses. | 6.40 |
| 07/27/2006 | SCT | Analyzing and preparing spreadsheet comparing seller products and third-party patent claims; analyzing missing | 3.60 |

|            |     | claim elements;                                                                                                                     |      |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------|------|
| 07/28/2006 | GHL | Review of further corresponde4nce on indemnification issues, and telephone conference with Mr. Maggio regarding current proposals;  | 0.50 |
| 07/28/1006 | HDP | Review and analysis of various client drafts and other emails.                                                                      | 0.80 |

SERVICES $ 30,055.50

|     | GHL | GARY H. LEVIN      | 21.20 | hours @ | $505.00 |
|-----|-----|--------------------|-------|---------|---------|
|     | HDP | HENRIK D. PARKER   | 34.70 | hours @ | $475.00 |
|     | SCT | STEPHEN C. TIMMINS | 9.40  | hours @ | $305.00 |

**DISBURSEMENTS:**

| TELEPHONE         | 1.90  |
|-------------------|-------|
| TRAVEL & EXPENSES | 39.00 |

DISBURSEMENT TOTAL $ 40.90

SERVICE TOTAL $ 30,055.50

**INVOICE TOTAL** $ **30,096.40**