IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Objection Deadline: October 23, 2006 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: To Be Determined, Only If Timely Objections Are Filed**

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
AUGUST 1, 2006 THROUGH AUGUST 31, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(Matter)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

September 18, 2006
Client/Matter #  01246-011548
Invoice # 112349
Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 08/02/06 | K. Bourdeau | 0.25 | Review email correspondence re recent developments in negotiations with USACE. |
| 08/05/06 | K. Bourdeau | 3.00 | Review draft FS report; prepare comments on same; prepare substantive transmittal cover email to P. Marks re same. |
| 08/06/06 | K. Bourdeau | 0.50 | Work on email to P. Marks re summary of principal comments on FS Report. |
| 08/07/06 | K. Bourdeau | 0.50 | Finalize cover transmittal email to P. Marks re comments on FS and transmit same. |
| 08/08/06 | K. Bourdeau | 0.25 | Email exchange with P. Marks re FS Report. |
| 08/08/06 | P. Marks | 0.50 | Email exchange with K. Bourdeau re FS report and review K. Bourdeau comments. |
| 08/15/06 | P. Marks | 3.00 | Review and evaluate draft FS; telephone conference with P. Bucens re same. |
| 08/16/06 | P. Marks | 1.75 | Prepare and discuss FS comments with P. Bucens. |
| 08/31/06 | P. Marks | 1.00 | Review case law; evaluate document research developments. |

BEVERIDGE & DIAMOND, P.C.                                      INVOICE #  112349
                                                               September 18, 2006
                                                               PAGE   2


                                      Total Hours :                      10.75

                                      Total Fees  :                  $4,550.00

BEVERIDGE & DIAMOND, P.C.                                          INVOICE #  112349
                                                                   September 18, 2006
                                                                   PAGE   3

**Disbursements:**

    Information Service - VENDOR: LEXISNEXIS COURT   110.51
    LINK-Invoice #EA237435 dated 7/1/06 for data
    research usage

                                   **Total Disbursements :**                    $110.51

**Time Summary:**

|              | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|--------------|-----------------|-------------|
| K. Bourdeau  | 4.50         | $525.00         | $2,362.50   |
| P. Marks     | 6.25         | $350.00         | $2,187.50   |

                                   **Total Fees :**                    $4,550.00

                                   **Total Disbursements :**                    $110.51

                                   **TOTAL DUE :**                    $4,660.51