# EXHIBIT B

**(Preparation of Fee Application)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

| | |
|---|---|
| W. R. Grace & Co. - Conn | September 18, 2006 |
| Attn: Lydia B. Duff, Esq. | Client/Matter #  01246-012629 |
| 7500 Grace Drive | Invoice # 112350 |
| Columbia, MD  21044 | Federal ID# 52-1247549 |

For Legal Services Rendered Through 08/31/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**


08/09/06      P. Marks                    0.75        Prepare fee application.


                                          Total Hours :             0.75

                                          Total Fees :           $262.50

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  112350
                                                             September 18, 2006
                                                             PAGE   2

**Disbursements:**

    Duplicating                                            20.80

                                        Total Disbursements :                  $20.80

**Time Summary:**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| P. Marks   | 0.75         | $350.00         | $262.50     |

                                        Total Fees :                          $262.50

                                        Total Disbursements :                  $20.80

                                        **TOTAL DUE :**                       **$283.30**

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 25 day of September, 2006.

_____
Notary Public
My Commission Expires: May 27, 2009