## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                               August 1, 2006 to August 31, 2006

Invoice No. 21523

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 19.50 | 4,196.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 4.90 | 1,225.00 |
| B18 | Fee Applications, Others - | 11.10 | 1,843.50 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) | 11.00 | 2,076.00 |
| B25 | Fee Applications, Applicant - | 12.30 | 1,600.50 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 1.70 | 425.00 |
| B32 | Litigation and Litigation Consulting - | 45.00 | 10,435.00 |
| B36 | Plan and Disclosure Statement - | 0.90 | 225.00 |
| B37 | Hearings - | 14.60 | 3,620.00 |
| B40 | Employment Applications, Others - | 0.30 | 75.00 |
|     | **Total** | **121.30** | **$25,721.00** |
|     | **Grand Total** | **121.30** | **$25,721.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 185.00 | 15.80 | 2,923.00 |
| Rick S. Miller | 240.00 | 3.40 | 816.00 |
| Steven G. Weiler | 160.00 | 11.70 | 1,872.00 |
| Theodore J. Tacconelli | 250.00 | 73.80 | 18,450.00 |
| Legal Assistant - MH | 100.00 | 16.60 | 1,660.00 |
| **Total** | | **121.30** | **$25,721.00** |

## DISBURSEMENT SUMMARY

Expenses -                                                                                     3,163.97

**Total Disbursements**                                                              **$3,163.97**

**Invoice No. 21523**   **Page 2 of 18**   **October 3, 2006**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-01-06 | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Case Administration* - Review Court's Minnesota Stigma opinion | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - review opinion and order re: Minn Stigma claims | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare e-mail to S. Baena re: Minn Stigma claims opinion | 0.20 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 7/28 | 0.10 | TJT |
| | *Case Administration* - Review e-mail from M. Kramer re: possible emergency filing | 0.10 | TJT |
| | *Case Administration* - Review Orrick June Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order granting extension of exclusivity | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to co-counsel re: order extending exclusivity | 0.10 | TJT |
| Aug-02-06 | *Fee Applications, Others* - E-mails from legal assistant and L. Flores re: HR&A's June 2006 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - e-mail to L. Flores re: HR&A June 2006 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Revise, finalize, e-file and serve HR&A June 2006 Fee Application | 0.70 | LLC |
| | *Case Administration* - Forward 7/24 transcript to S. Baena and J. Sakalo | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by A. Williams to Debtor's motion for scheduling order re: 15th Omnibus Objection to claims | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson January Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson February Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson March Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review joinder by Brayton Purcell re: motion to amend PI estimation CMO | 0.10 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re: 7/24 hearing transcript | 0.10 | TJT |
| Aug-03-06 | Claims Analysis Obj. & Res. (Non-Asb) - Review response by D. Slaughter with attachment | 0.40 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re: teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review transcript of 7/24 hearing re: P.D. Claims estimation issues | 2.30 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: issue re: Canadian authority | 0.10 | TJT |
| Aug-04-06 | *Fee Applications, Others* - Prepare, finalize, e-file and coordinate service of Certificate of No Objection re: HR&A May 2006 Fee Application | 0.50 | LLC |
| | *Fee Applications, Others* - Review docket re: objections to HR&A May 2006 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with T. Tacconelli re: Hilsoft Supplemental 6th interim application | 0.10 | LLC |
| | Claims Analysis Obj. & Res. (Non-Asb) -Review declaration of R. Rescho | 0.50 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review supplemental declaration of R. Frankel | 0.10 | TJT |
|  | *Case Administration* - Review Baker Donaldson April Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Baker Donaldson May Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Baker Donaldson June Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - Confer with L. Coggins re: Hilsoft quarterly Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review joinder by Thornton and Naumes in Simmonds Cooper motion to amend CMO re: P.I. estimation | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review objection by Thornton and Naumes to Debtors motion to compel re: P.I. questionnaire | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review objection by Goldberg Persky to debtors motion to compel P.I. questionnaire | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Review objection by Law Offices of C. Grell to debtors motion to compel responses to P.I. questionnaire | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review objection by George and Sipes to debtors motion to compel re: P.I. questionnaire | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review objection by J. Humphreys to debtors motion to compel re: P.I. questionnaire | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review objection by Wellborn Houston to debtors motion to compel re: P.I. questionnaire | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review objection by E. Moody to debtors motion to compel re: P.I. questionnaire with attachments | 0.60 | TJT |
|  | *Litigation and Litigation Consulting* - Review objection by J. Peadroy to debtors motion to compel re: P.I. questionnaire | 0.10 | TJT |
|  | *Case Administration* - determine allocation of WR payment, update payments received chart, submit to T. Tacconelli and accounts receivable | 0.20 | MH |
| Aug-05-06 | *Case Administration* - Review Foley Hoag June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Reed Smith June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Stroock June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Nelson Mullins June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Pitney Hardin May Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Baker Donaldson 7th quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review affidavit of B. Rosenberg | 0.10 | TJT |
|  | *Case Administration* - Review L. Tersigni June Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review objection by Jacobs and Crumpler to debtors motion to compel re: P.I. questionnaire with attachments | 0.60 | TJT |
|  | *Litigation and Litigation Consulting* - Review P.I. Committee's objections to debtors motion to compel re: P.I. questionnaire | 0.50 | TJT |
| Aug-06-06 | *Case Administration* - Review debtors monthly operating report June 06 | 0.30 | TJT |
|  | *Case Administration* - Review Campbell Levine June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Caplin Drysdale June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Anderson Keil June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review LAS June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Baker Donaldson 8th quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Pitney Hardin June Fee Application | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Aug-07-06 | *Case Administration* - Prepare case management memos in main proceeding (.5); obtain docket sheets for district court appeals (.2) | 0.70 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re: withdrawal of certain PD claims with attachments | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' supplemental brief re: Canadian protocol for PD claims with attachments | 1.70 | TJT |
| | *Case Administration* - Confer with S. Weiler re: proceeding memos for District Court and Third Circuit | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review objection by Motley Rice to debtors motion to compel re: PI questionnaire | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review objection by Luckey and Mullins to debtors motion to compel re: PI questionnaire | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Download (not served) and review objection by Kelley and Ferraro to debtors motion to compel re: PI questionnaire | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review objection by Hartley and O'Brian to debtors motion to compel re: PI questionnaire | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review objection by Obom and Elliott to debtors motion to compel re: PI questionnaire | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review objection by Shannon Law Firm to debtors motion to compel PI questionnaire | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review objection by H. Pitkow to debtor motion to compel re: PI questionnaire | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review Sealed Air documents re: PI claim valuations | 0.60 | TJT |
| Aug-08-06 | *Fee Applications, Others* - e-mail to J. Sakalo and L. Flores re: Hilsoft supplemental interim Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare, finalize, e-file and coordinate service of Certificate of No Objection re: Hilsoft supplemental Fee Application | 0.60 | LLC |
| | *Case Administration* - Conduct further research re: CA3 and District Court related proceedings (.2); prepare memos to T. Tacconelli re: same (.3) | 0.50 | SGW |
| | *Case Administration* - Review weekly case status memo for week ending 8/4/06 | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 8/4/06 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review memorandum by J. Sakalo re: property damage estimation issues and PD claim objection issues and debtor's proposed notice, case management order and exhibit A to order with schedule | 1.30 | TJT |
| | *Litigation and Litigation Consulting* - Review objection by Cooney and Conway to debtors motion to compel re: PI questionnaire with attachments | 0.70 | TJT |
| Aug-09-06 | *Case Administration* - Confer with TJT re: Buchman, Ingersoll retention application | 0.20 | RSM |
| | *Employment Applications, Others* - Review motion by Klett Rooney to amend retention | 0.10 | TJT |
| | *Employment Applications, Others* - Confer with RSM re: Klett Rooney motion | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors corrected objection | 0.30 | TJT |

|  |  |  |  |
|---|---|---:|---|
|  | to motion to amend CMO re: PI estimation with attachments |  |  |
|  | *Litigation and Litigation Consulting* - Review memorandum from C. Plaza to PD Committee re: comments on proposed PD CMO | 0.40 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from D. Speights re: memo by C. Plaza re: proposed PD CMO | 0.10 | TJT |
| Aug-10-06 | *Case Administration* - Review case management memo | 0.10 | LLC |
|  | *Case Administration* - Teleconference with B. McCarthy at USBC to obtain audio cd of 7/24/06 hearing (.1); forward same to T. Tacconelli for review (.1) | 0.20 | SGW |
|  | *Litigation and Litigation Consulting* - Prepare Certificate of Service re: PD Committee's Reply Brief to debtors' supplemental brief re: protocol for disposition of Canadian PD claims | 0.10 | SGW |
|  | *Case Administration* - Review Pitney Hardin quarterly Fee Application April - June 06 | 0.10 | TJT |
|  | *Case Administration* - Review memo from S. Weiler re: status of district court proceedings and third circuit proceedings | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re: telephone conference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Prepare for a teleconference with committee | 0.40 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.00 | TJT |
|  | *Litigation and Litigation Consulting* - Review Exhibit A to Welborn and Houston objection to debtors motion to compel re: PI questionnaire | 0.50 | TJT |
|  | *Hearings* - Confer with S. Weiler re: 7/24/06 hearing follow up | 0.10 | TJT |
| Aug-11-06 | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: supplemental memo on Canadian jurisdiction; review same | 0.20 | LLC |
|  | *Litigation and Litigation Consulting* - Revise, scan, file and assist in serving PD Committee's reply to debtors' supplemental memo re: disposition of Canadian PD claims (.7); conduct research re: 7/24/06 hearing (.5) | 1.20 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtor's supplemental memorandum re: Transfer of claims to Canada | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Teleconferences with J. Sakalo re: draft and reply brief re: transfer of claims to Canada | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Confer with S. Weiler re: reply brief re: transfer of claims to Canada | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: draft of reply brief | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review draft of reply brief re: transfer of claims to Canada | 0.90 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare e-mail with S. Weiler re: draft of reply brief re: transfer of claims to Canada | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re: comments on reply brief re: transfer of claims to Canada | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from committee member re: reply brief re: transfer of claims to Canada | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Teleconferences with J. Sakalo re: reply brief | 0.20 | TJT |

|  |  | | |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: final version of reply brief re: transfer of claims to Canada | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: exhibits to reply brief re: transfer of claims to Canada | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review exhibits to reply brief re: transfer of claims to Canada | 0.70 | TJT |
|  | *Litigation and Litigation Consulting* - Review and revise final version of reply brief re: transfer of claims to Canada and confer with S. Weiler re: filing and service of same | 1.30 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from S. Weiler confirming filing and service of reply brief re: transfer of claims to Canada | 0.10 | TJT |
|  | Fee Applications, Applicant - enter information on Excel spreadsheet re Ferry, Joseph & Pearce's 21st quarterly Fee Application (Apr.-June) | 1.60 | MH |
| Aug-12-06 | Claims Analysis Obj. & Res. (Non-Asb) -Review debtors motion for leave to file response to objection re: objection to D. Slaughters claim objection and review proposed reply | 0.30 | TJT |
| Aug-13-06 | *Case Administration* - Review Duane Morris June Fee Application | 0.10 | TJT |
| Aug-14-06 | *Case Administration* - Confer with T. Tacconelli re: status of Fee Applications | 0.10 | LLC |
|  | Fee Applications, Applicant - e-mail to legal assistant re: information for next quarterly Fee Application | 0.20 | LLC |
|  | Fee Applications, Applicant - Confer with legal assistant re: preparation of quarterly Fee Application | 0.20 | LLC |
|  | *Case Administration* - Review PI law firm responses to motion to compel re: questionnaire | 0.50 | RSM |
|  | *Case Administration* - Prepare weekly case management memos re: Bankruptcy and District Court proceedings | 0.30 | SGW |
|  | *Case Administration* - Review Reed Smith 21st quarterly Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review objection by Early, Liudwick to debtors motion to compel re: PI questionnaire | 0.10 | TJT |
|  | Fee Applications, Applicant - Confer with legal assistant re: Ferry, Joseph & Pearce's 21st quarterly Fee Application | 0.10 | TJT |
|  | Fee Applications, Applicant - review e-mail from L. Coggins re further information to assist in preparation of Ferry, Joseph & Pearce's 21st quarterly Fee Application | 0.10 | MH |
|  | Fee Applications, Applicant - Telephone call to L. Coggins re preparation of Ferry, Joseph & Pearce's 21st quarterly Fee Application | 0.20 | MH |
|  | Fee Applications, Applicant - complete Excel spreadsheet re Ferry, Joseph & Pearce's 21st quarterly Fee Application (Apr.-June), prepare Fee Application, notice and Certificate of Service re same, e-mail same to L. Coggins for review | 3.80 | MH |
| Aug-15-06 | *Fee Applications, Others* - Prepare, finalize, e-file and coordinate service of Certificate of No Objection re: Bilzin May 2006 Fee Application | 0.60 | LLC |
|  | Fee Applications, Applicant - Review, revise and finalize Ferry, Joseph & Pearce's 21st quarterly Fee Application and forward same to legal assistant | 2.30 | LLC |
|  | Fee Applications, Applicant - call to legal assistant re: receipt of Ferry, Joseph & Pearce's 21st quarterly for filing and service | 0.10 | LLC |
|  | Fee Applications, Applicant - Coordinate service of Ferry, Joseph & | 0.30 | LLC |

|  |  |  |  |
|---|---|---|---|
| | Pearce's quarterly Fee Application and notice of same | | |
| | *Litigation and Litigation Consulting* - Review opinion by J. Robreno in Armstrong | 1.00 | RSM |
| | *Litigation and Litigation Consulting* - Confer with TJT re: impact of Armstrong decision | 0.20 | RSM |
| | *Litigation and Litigation Consulting* - E-mail to Mr. Sakalo re Armstrong decision | 0.10 | RSM |
| | *Case Administration* - Review weekly case status memo for week ending 8/11/06 | 0.10 | TJT |
| | *Case Administration* - Review status report re pending district court and third circuit matters from 8/7 to 8/14 | 0.10 | TJT |
| | *Case Administration* - Confer with S. Weiler re status report re district court and circuit court matters | 0.10 | TJT |
| | *Case Administration* - Review third amended 2019 statement by P. Weykamp | 0.10 | TJT |
| | *Case Administration* - Review 4th amended 2019 statement by P. Angelos | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Libby Claimants' objection to debtors' motion to compel re PI questionnaire with attachment | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review joinder by Campbell Cherry and Certain Claimants' objections to debtors' motion to compel re PI questionnaire | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review response by Certain Cancer Claimants to debtors' motion to compel re questionnaire with attachment | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Confer with RSM re Armstrong estimation opinion | 0.20 | TJT |
| | *Hearings* - Review agenda for 8/21/06 hearing | 0.20 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 8/21/06 hearing preparation | 0.10 | TJT |
| | Fee Applications, Applicant - Review email with attachments from L. Coggins re Ferry, Joseph & Pearce's 21st quarterly Fee Application, telephone call from L. Coggins re receipt of same | 0.20 | MH |
| | Fee Applications, Applicant - e-file Ferry, Joseph & Pearce's 21st quarterly Fee Application, serve by e-mail and call to L. Coggins with docket no. of same for service | 0.30 | MH |
| Aug-16-06 | *Fee Applications, Others* - Review e-mails from G. Boyer re: certain CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - e-mail to G. Boyer re: further items needed for CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - e-mail from A. Duff re: additional items for CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review, prepare, finalize, e-file and coordinate service of CDG April 2006 Fee Application | 0.90 | LLC |
| | *Fee Applications, Others* - Review, prepare, finalize, e-file and coordinate service of CDG May 2006 Fee Application | 0.90 | LLC |
| | *Fee Applications, Others* - Review, prepare, finalize, e-file and coordinate service of CDG June 2006 Fee Application | 0.90 | LLC |
| | *Fee Applications, Others* - Review, prepare, finalize, e-file and coordinate service of CDG 21st quarterly Fee Application | 1.40 | LLC |
| | *Case Administration* - Forward opinion rendered in C.A. No. 05-764 | 0.10 | SGW |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | (Pacificorp appeal) to J. Sakalo via pdf | | |
| | Claims Analysis Obj. & Res. (Non-Asb) - Review notice of withdrawal of proof of claim by Peoples Gas Co. | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) - Review objection by D. Slaughter to debtors' motion for leave to file a reply | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) - Review Exh. A-D to D. Slaughter's objection for motion for leave to file a reply | 0.20 | TJT |
| | *Case Administration* - Teleconference with S. Weiler re case administration issues | 0.10 | TJT |
| | *Case Administration* - Review 5th supplemental 2019 statement by Reaud Morgan | 0.10 | TJT |
| | *Case Administration* - Review memorandum opinion re Pacific Corp. appeal | 0.40 | TJT |
| | *Case Administration* - Review e-mail from S. Weiler re Pacific Corp. appeal opinion | 0.10 | TJT |
| | *Case Administration* - Review PWC May Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review CDG April Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review CDG May Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from J. Sakalo re Armstrong estimation opinion | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Dies re comments on Armstrong estimation opinion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Speights re comments on Armstrong estimation opinion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from E. Westbrook re comments on Armstrong estimation opinion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of mediation hearing re PI questionnaire discovery issues | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Scott re comments on Armstrong estimation opinion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from E. Cabrazer re estimation/plan issues | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re estimation/plan issues | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Dies re estimation/plan issues | 0.10 | TJT |
| | *Hearings* - Review e-mail from E. Cabrazer re 8/21/06 hearing issues | 0.10 | TJT |
| Aug-17-06 | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Case Administration* - Review e-mail from S. Baena re consultant time records and review same | 0.20 | TJT |
| | *Case Administration* - Review debtors' consultant time records for June/July | 0.10 | TJT |
| | *Case Administration* - Review order scheduling mediation with Judge Whelan | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Weiler re Pacific Corp. appeal opinion | 0.10 | TJT |
| | *Case Administration* - Review memo from S. Baena to committee re Pacific Corp. appeal opinion | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* - Prepare e-mail to RSM re committee meeting coverage | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for teleconference with committee | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.90 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Dies re estimation/plan issues | 0.10 | TJT |
| Aug-18-06 | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail from J.Sakalo re: Certificate of Counsel re: PD claims CMO | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re: Certificate of Counsel re: PD Claims CMO | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - call to J. Sakalo re: Certificate of Counsel re: PD Claims CMO | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review, finalize, e-file and coordinate service of PD Claims CMO Certificate of Counsel | 0.60 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re: submission of PD Claims Certificate of Counsel to Chambers | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail from S. Weiler re: submission of PD Claims Certificate of Counsel to Chambers | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail to S. Weiler re: sending filed Certificate of Counsel to co-counsel | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail to T. Tacconelli re: PD Claims Certificate of Counsel | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Forward filed Certificate of Counsel re: PD claims objections to J. Johnston via pdf format for processing (.1); advised co-counsel of same (.1) | 0.20 | SGW |
| | *Case Administration* - Review e-mail from J. Sakalo re Pacific Corp. opinion | 0.10 | TJT |
| | *Case Administration* - Review memo from S. Baena re status of criminal case | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re PD CMO with proposed PD CMO | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review exhibits to debtors' proposed PD CMO | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re debtors' proposed PD CMO | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from S. Baena to committee re debtors' proposed PD CMO | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review miscellaneous correspondence from committee members re debtors' proposed PD CMO | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re draft of PD committee's Certificate of Counsel re PD CMO | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review draft of PD committee's Certificate of Counsel re PD CMO | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with L. Coggins re PD committee's Certificate of Counsel re PD CMO | 0.10 | TJT |

**Invoice No. 21523**          **Page 10 of 18**          **October 3, 2006**

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Review e-mail from E. Westbrook re comments on debtors' proposed PD CMO | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re PD committee's Certificate of Counsel re PD CMO | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with L. Coggins re PD committee's Certificate of Counsel re PD CMO | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Weiler re PD committee's Certificate of Counsel re PD CMO | 0.10 | TJT |
| | *Hearings* - trade e-mails with J. Sakalo re 8/21/06 hearing preparation | 0.20 | TJT |
| | *Hearings* - trade e-mails with paralegal re preparation for meeting prior to hearing | 0.10 | TJT |
| | *Hearings* - trade e-mails with T. Tacconelli re preparation for meeting prior to hearing, make arrangements for same | 0.20 | MH |
| Aug-19-06 | *Case Administration* - Review Foley Hoag quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review K&E 21st quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale 21st quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards 21st quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni 21st quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS 17th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill 4th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine 21st quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with committee member re proposed PD CMO | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with committee member re preparation for 8/21/06 hearing and related issues | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review joint response by various law firms to debtors' motion to compel re PI questionnaire with attachments | 1.30 | TJT |
| | *Hearings* - Review amended agenda for 8/21/06 hearing | 0.10 | TJT |
| | *Hearings* - Review agenda for 8/25/06 hearing | 0.10 | TJT |
| Aug-20-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by BRKS to 15th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re amended order re debtors' motion to approve settlement with Lloyd's with attachments | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re PI bar date with proposed order and notice and proof of claim form | 0.50 | TJT |
| | *Hearings* - Prepare for 8/21/06 hearing | 1.40 | TJT |
| Aug-21-06 | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin June 2006 Fee Application for filing | 0.10 | LLC |
| | Fee Applications, Applicant - Review Certificate of No Objection re: Ferry, Joseph & Pearce's June 2006 Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - Prepare case management memo re: District Court Appeal numbers 05-764 and 06-26 (.3); request transcript from 8/21/06 hearing (.1) | 0.40 | SGW |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re Certificate of Counsel re PI CMO | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - Review affidavit of service re Certificate of Counsel re proposed PD CMO | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re letter to J. Fitzgerald re PI CMO | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review letter from M. Hurford to J. Fitzgerald re PI CMO | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Certificate of Counsel by PI committee re PI CMO with attachments | 0.50 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re preparation for 8/21/06 hearing | 0.10 | TJT |
|  | *Hearings* - Confer with M. Dies re preparation for 8/21/06 hearing | 0.10 | TJT |
|  | *Hearings* - Prepare e-mail to J. Sakalo re preparation for 8/21/06 hearing | 0.10 | TJT |
|  | *Hearings* - Confer with committee members re preparation for 8/21/06 hearing | 0.50 | TJT |
|  | *Hearings* - Confer with co-counsel and committee members prior to start of hearing | 1.00 | TJT |
|  | *Hearings* - Attend Bankruptcy Court | 7.30 | TJT |
|  | *Hearings* - Confer with committee members after hearing | 0.40 | TJT |
|  | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's June 06 Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's June 06 Fee Application | 0.50 | MH |
|  | Fee Applications, Applicant - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's June 06 Fee Application | 0.30 | MH |
|  | Fee Applications, Applicant - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's June 06 Fee Application | 0.50 | MH |
| Aug-22-06 | *Case Administration* - Review notice of appearance and forward same to legal assistant | 0.10 | LLC |
|  | *Case Administration* - Confer with T. Tacconelli re: 8/21 hearing | 0.10 | LLC |
|  | *Case Administration* - Review case management memo | 0.10 | LLC |
|  | *Case Administration* - Confer with T. Tacconelli re: results of 8/21/06 hearing | 0.60 | RSM |
|  | *Case Administration* - Review memo re: recent filings | 0.10 | RSM |
|  | *Case Administration* - Review notice of appearance by Ad Hoc Equity Committee and confer with RSM re same | 0.20 | TJT |
|  | *Case Administration* - Review weekly status memo re pending matters in District and 3rd Circuit | 0.10 | TJT |
|  | *Case Administration* - Review debtors' notice of claim settlement | 0.10 | TJT |
|  | *Case Administration* - trade e-mails with J. Sakalo re Lloyd's settlement motion results | 0.10 | TJT |
|  | *Case Administration* - Review case status memo for week ending 8/18/06 | 0.10 | TJT |
|  | *Case Administration* - Review Casner Edwards June 06 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Woodcock and Washburn June 06 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Capstone Feb.-June quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Stroock 21st quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Piper Jaffery June Fee Application | 0.10 | TJT |

**Invoice No. 21523**                          **Page 12 of 18**                          **October 3, 2006**

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review TPT 6th quarterly Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review notes from hearing re Certificate of Counsel re PD CMO | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Libby Claimants' disclosure of experts re PI estimation | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Ad Hoc Equity Committee's designation of experts re PI estimation | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review PI committee's disclosure of expert witnesses re PI estimation | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Unsecured Creditor Committee's expert disclosures re PI estimation | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' supplemental expert witnesses disclosure re PI estimation | 0.40 | TJT |
|  | *Hearings* - Confer with RSM re results of 8/21/06 hearing and related issues | 0.50 | TJT |
|  | *Hearings* - 8/21/06 hearing follow-up | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' motion for 2004 document requests from PI and PD committee with attachments | 0.60 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from S. Baena re discovery motion filed by debtors | 0.10 | TJT |
|  | *Case Administration* - review various fee apps/CNOs filed in my absence, update fee app/CNO completion chart | 0.40 | MH |
|  | *Case Administration* - Review docket and prepare weekly case status memo for week ending 8/18/06 | 0.60 | MH |
|  | *Case Administration* - determine allocation of WR payment received, update payments received chart, submit same to T. Tacconelli and accounts receivable | 0.20 | MH |
| Aug-23-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re: status of additional PD Claims Certificate of Counsel | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Certificate of No Objection re: HR&A June 2006 Fee Application for filing | 0.10 | LLC |
|  | *Case Administration* - Review e-mail from J. Sakalo re 2007 hearing dates and calendar dates | 0.20 | TJT |
|  | *Case Administration* - Review affidavit of E. Ben | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Confer with L. Coggins re Certificate of Counsel re PD CMO | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re Certificate of Counsel re PD CMO | 0.20 | TJT |
|  | *Case Administration* - update 2002 service lists and labels | 0.20 | MH |
|  | *Case Administration* - Update fee app/CNO completion chart | 0.10 | MH |
|  | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's June 06 Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's June 06 Fee Application | 0.50 | MH |
| Aug-24-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re: follow-up Certificate of Counsel re: PD Claims | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - download and review Debtor's PD claims Certificate of Counsel | 0.20 | LLC |

**Invoice No. 21523**  **Page 13 of 18**  **October 3, 2006**

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Attend Committee teleconference | 0.40 | RSM |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare service re: Certificate of Counsel re: PD Claims Objection scheduling order (.2); revise, scan, file and assist with service (1.0); forward same via pdf to JKF's DE & PA chambers (.1); advise co-counsel re: same (.1) | 1.40 | SGW |
|  | *Case Administration* - Review 2019 statement by Montgomery McCracken | 0.10 | TJT |
|  | *Case Administration* - Review Judge Fitzgerald's revised chamber procedures and confer with paralegal re same | 0.20 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from M. Dies re PD CMO comments | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Confer with S. Weiler re initial preparation re Certificate of Counsel re PD CMO | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - trade numerous e-mails with J. Sakalo re Certificate of Counsel re PD CMO | 0.60 | TJT |
|  | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re Certificate of Counsel re PD CMO | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Certificate of Counsel re PD CMO and exhibits | 0.40 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mails from S. Baena re Certificate of Counsel re PD CMO | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re debtors' Certificate of Counsel re proposed PD CMO | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mails from S. Weiler re Certificate of Counsel re PD CMO | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re service list to Certificate of Counsel re PD CMO | 0.10 | MH |
|  | *Litigation and Litigation Consulting* - prepare group fax sheet and coordinate service of Certificate of Counsel re PD CMO | 0.50 | MH |
| Aug-25-06 | *Claims Analysis Obj. & Res. (Asbestos)* Teleconference with E. Ryan re: 8/21/06 transcript (.1); obtain audio cd re: same from USBC (.2); research audio cd re: summary judgment re: PD CMO and JKF's ruling and advise co-counsel re: same | 1.80 | SGW |
|  | *Case Administration* - Review National Union papers to prepare for 8/25/06 hearing | 1.00 | TJT |
|  | *Litigation and Litigation Consulting* - Teleconferences with J. Sakalo re PD CMO issues | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - work on proposed PD CMO | 1.40 | TJT |
|  | *Hearings* - Attend Bankruptcy Court | 1.60 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - transcribe portion of 8/21/06 hearing from Audio CD, email same to J. Sakalo | 1.10 | MH |
| Aug-26-06 | *Case Administration* - Review affidavit of J. Harte | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare memo to S. Weiler re 3rd Certificate of Counsel re PD CMO | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re status of negotiations over PD CMO | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re PI bar date with proposed order and claim form | 0.60 | TJT |
| Aug-27-06 | *Case Administration* - Review Certificate of Counsel re stipulation resolving claim of Williams Industries and review stipulation | 0.20 | TJT |
| | *Case Administration* - Review BMC Group quarterly Fee Application (Jan.-Mar. 06) | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' Certificate of Counsel re proposed PD CMO and review proposed PD CMO | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re status of negotiations re PD CMO | 0.10 | TJT |
| Aug-28-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re: follow-up PD Claims Certificate of Counsel and general status of case | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail from J. Sakalo re: PD claim Certificate of Counsel | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re: status of PD claims Certificate of Counsel and eventual filing of same | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Call from T. Tacconelli re: updated status of PD claim Certificate of Counsel | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - follow-up call from T. Tacconelli re: updated status of PD Claim Certificate of Counsel | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail from T. Tacconelli to J. Sakalo re: status of Certificate of Counsel | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail to T. Tacconelli re: update on status of Certificate of Counsel | 0.10 | LLC |
| | *Case Administration* - Review case management memo | 0.10 | LLC |
| | *Case Administration* - Forward 8/21/06 hearing transcript to co-counsel via pdf format | 0.10 | SGW |
| | *Litigation and Litigation Consulting* - Prepare subfile and service for supplemental Certificate of Counsel re: PD claims objection to scheduling order | 0.10 | SGW |
| | *Case Administration* - Review Orrick 2nd quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Confer with L. Coggins re Certificate of Counsel re PD CMO | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Confer with S. Weiler re 3rd Certificate of Counsel re PD CMO | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Equity Committee's disclosure of expert witnesses re PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re 3rd Certificate of Counsel re PD CMO | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re 3rd Certificate of Counsel re PD CMO | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Teleconferences with L. Coggins re 3rd Certificate of Counsel re PD CMO | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Confer with paralegal re 3rd Certificate of Counsel re PD CMO | 0.10 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 8/21/06 hearing transcript | 0.10 | TJT |
| | Fee Applications, Applicant - Review and revise Ferry, Joseph & Pearce's July pre-bill | 0.50 | TJT |

**Invoice No. 21523**                          **Page 15 of 18**                          **October 3, 2006**

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review docket, prepare weekly case status memo for week ending 8/25/06 | 0.70 | MH |
| Aug-29-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re: status of PD claims Certificate of Counsel | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail from T. Tacconelli re: status of Certificate of Counsel and negotiation with Debtors re: same | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail from J. Sakalo re: status of Certificate of Counsel and negotiation with Debtors | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail from J. Sakalo re: final draft Certificate of Counsel and exhibits; confer with T. Tacconelli re: same | 0.10 | LLC |
|  | Fee Applications, Applicant - Review Ferry, Joseph & Pearce's and July 2006 Fee Application for filing | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Revise, scan, file and assist in serving supplemental Certificate of Counsel re: PD CMO (1.8); forward filed version of same to JKF's chambers and co-counsel (.2) | 2.00 | SGW |
|  | *Case Administration* - Review weekly case status memo for week ending 8/25/06 | 0.10 | TJT |
|  | *Case Administration* - Review 8/21/06 hearing transcript re issues surrounding Lloyd's settlement motion | 0.40 | TJT |
|  | *Case Administration* - Review 2nd amended 2019 statement by Hissey Kie and Tz | 0.10 | TJT |
|  | *Case Administration* - Review e-mail from J. Sakalo re 3rd Certificate of Counsel re PD CMO | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review and revise 3rd Certificate of Counsel re PD CMO and review exhibits thereto | 0.90 | TJT |
|  | *Litigation and Litigation Consulting* - Telephone call to J. Baer re exhibits for PD CMO | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - trade e-mails with J. Baer re PD CMO | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re 3rd Certificate of Counsel re PD CMO | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - multiple conferences with S. Weiler re 3rd Certificate of Counsel re PD CMO | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - final review of 3rd Certificate of Counsel re PD CMO and oversee filing and service | 0.10 | TJT |
|  | *Hearings* - Review e-mail from S. Baena re 3rd Certificate of Counsel re PD CMO | 0.10 | TJT |
|  | *Case Administration* - Update fee app/CNO completion chart | 0.10 | MH |
|  | *Litigation and Litigation Consulting* - prepare group fax sheet and coordinate service of supplemental Certificate of Counsel re PD CMO | 0.50 | MH |
|  | Fee Applications, Applicant - edit Ferry, Joseph & Pearce's July 06 pre-bill | 0.20 | MH |
|  | Fee Applications, Applicant - modify Ferry, Joseph & Pearce's July 06 invoice, prepare Ferry, Joseph & Pearce's July 06 Fee Application along with Notice and Certificate of Service re same | 0.80 | MH |
|  | Fee Applications, Applicant - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's July 06 Fee Application | 0.40 | MH |
| Aug-30-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re: filing of amended supplemental Certificate of Counsel | 0.10 | LLC |

**Invoice No. 21523**              **Page 16 of 18**                         October 3, 2006

| | | |
|---|---:|---|
| *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re: exhibits to amended supplemental Certificate of Counsel | 0.10 | LLC |
| *Fee Applications, Others* - Call from L. Flores re: Bilzin 21st quarterly Fee Application | 0.10 | LLC |
| *Fee Applications, Others* - e-mail from L. Flores re: Bilzin 21st quarterly Fee Application | 0.10 | LLC |
| *Fee Applications, Others* - Download and review Bilzin 21st quarterly Fee Application and confer with legal assistant re: same | 0.20 | LLC |
| *Fee Applications, Others* - Review fee auditor's report re: Bilzin 20th quarterly and forward same to legal assistant | 0.10 | LLC |
| *Fee Applications, Others* - Review finalized Bilzin 21st quarterly Fee Application for e-filing | 0.10 | LLC |
| *Litigation and Litigation Consulting* - Revise, file, scan and assist in serving amended supplemental Certificate of Counsel re: PD CMO (2.) serve JKF's chambers and co-counsel with same (.2); teleconferences with D. Colmeyer and R. Baker re: same (.3) | 2.50 | SGW |
| *Claims Analysis Obj. & Res. (Asbestos)* - re order approving withdrawal of 191 Canadian claims | 0.10 | TJT |
| Claims Analysis Obj. & Res. (Non-Asb) - Review 24th consent order re 5th omnibus objection to claims | 0.10 | TJT |
| *Case Administration* - Review fee auditor's final report re Bilzin Sumberg's 20th interim period | 0.10 | TJT |
| *Case Administration* - Review fee auditor's final report re BIR 20th interim period | 0.10 | TJT |
| *Case Administration* - Review order approving stipulation between debtors and Building Labor Local 310 re its claims | 0.10 | TJT |
| *Case Administration* - Review BIR July Fee Application | 0.10 | TJT |
| *Case Administration* - Review Kramer Levine July Fee Application | 0.10 | TJT |
| *Case Administration* - Review notice of withdrawal of Stroock July Fee Application | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review letter from Glassner and Gleason re PI questionnaire | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' Certificate of Counsel re PD CMO with attachments | 0.50 | TJT |
| *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re debtors' Certificate of Counsel with proposed PD CMO | 0.20 | TJT |
| *Litigation and Litigation Consulting* - Teleconferences with J. Sakalo re amended supplemental Certificate of Counsel with proposed PD CMO | 0.20 | TJT |
| *Litigation and Litigation Consulting* - draft amended supplemental Certificate of Counsel with PD CMO | 0.30 | TJT |
| *Litigation and Litigation Consulting* - Multiple conferences with S. Weiler re filing and service of amended supplemental Certificate of Counsel re PD CMO | 0.40 | TJT |
| *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re amended supplemental Certificate of Counsel re PD CMO | 0.10 | TJT |
| *Litigation and Litigation Consulting* - trade e-mails with Judge Fitzgerald's clerk re amended supplemental Certificate of Counsel re PD CMO | 0.20 | TJT |
| *Case Administration* - e-mail from L. Coggins, attaching fee auditor's report | 0.10 | MH |

| Invoice No. 21523 | Page 17 of 18 | | October 3, 2006 |
|---|---|---|---|
| | re Bilzin's 20th quarterly; download same | | |
| | *Fee Applications, Others* - Confer with L. Coggins re Bilzin's 21st Fee Application, review and revise same, draft Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and coordinate service of Bilzin's 21st quarterly Fee Application | 0.70 | MH |
| | *Litigation and Litigation Consulting* - prepare group fax sheet and coordinate service of amended supplemental Certificate of Counsel re PD CMO | 0.50 | MH |
| Aug-31-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re: entry of PD Claim CMO | 0.30 | LLC |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for meeting with committee | 0.40 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re PD CMO | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence re PD CMO and order to be entered by court, review all related documents | 1.40 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to S. Baena re PD CMO | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re PD CMO order | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - download PD CMO and attachments as entered by court | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to S. Baena re PD CMO entered by court | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review memo by J. Sakalo re PD committee re PD CMO | 0.20 | TJT |
| | **Totals** | 121.30 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Aug-01-06 | *Expenses* - TriState Courier & Carriage - delivery charge | 13.00 |
| Aug-10-06 | *Expenses* - U.S Bankruptcy Court- audio CD 7/24/06 hearing | 26.00 |
| | *Expenses* - J&J Court Transcribers | 318.08 |
| Aug-24-06 | *Expenses* - Copying cost  592 @ 0.10 | 59.20 |
| | *Expenses* - Postage  8 @ 1.83 | 14.64 |
| | *Expenses* - Fax  76 @ 1.00 | 76.00 |
| Aug-25-06 | *Expenses* - Clerk, U.S. Bankruptcy Court (Audio CD 8/21/06 Hearing) | 26.00 |
| | *Expenses* - Federal Express | 23.19 |
| Aug-29-06 | *Expenses* - Blue Marble Logistics | 320.00 |
| | *Expenses* - Copying cost  54 @ 0.10 | 5.40 |
| | *Expenses* - Postage | 1.83 |
| | *Expenses* - Copying cost  1131 @ 0.10 | 113.10 |

| | | |
|---|---|---|
| **Invoice No. 21523** | **Page 18 of 18** | **October 3, 2006** |

| | | |
|---|---|---:|
| | *Expenses* - Fax  178 @ 1.00 | 178.00 |
| | *Expenses* - Postage  8 @ 4.05 | 32.40 |
| Aug-30-06 | *Expenses* - Copying cost | 13.70 |
| | *Expenses* - Postage | 5.40 |
| | *Expenses* - Fax | 182.00 |
| Aug-31-06 | *Expenses* - Elaine M. Ryan - Transcript of hearing | 1,626.53 |
| | *Expenses* - Cavanaugh's Restaurant- catered lunch | 129.50 |
| | **Totals** | $3,163.97 |
| | | |
| | **Total Fees & Disbursements** | **$28,884.97** |
| | **Balance Due Now** | $28,884.97 |