## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### EXPERT REPORT OF DR. ALAN C. WHITEHOUSE

PLEASE TAKE NOTICE that the attached expert report of Dr. Alan C. Whitehouse, dated September 25, 2006, is filed on behalf of the claimants injured by exposure to asbestos from the Debtors' operations near Libby, Montana (the "Libby Claimants"),[1] in anticipation of the asbestos personal injury estimation proceedings scheduled to commence on June 13, 2007.

Dated: October 3, 2006

LANDIS RATH & COBB LLP

Adam G. Landis (No. 3407)
Kerri Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

Counsel for Libby Claimants

---

[1] As identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 12645], as it may be amended and restated from time to time.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |
|---|---|
| In re | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtor. | Jointly Administered |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EXPERT REPORT BY DR. ALAN C. WHITEHOUSE

A.      Qualifications.

1.      I am Dr. Alan C. Whitehouse.  My address is 1507 East Eloika Road, Deer Park, WA 90066.

2.      I am licensed in Washington and Montana.  I currently practice chest medicine at the Center for Asbestos Related Disease in Libby, Montana where we have about 1,500 active cases of asbestos disease from exposure to Libby asbestos.

3.      My curriculum vitae is attached as Exhibit 1.

4.      In addition, I have been an invited speaker on the subject of Libby asbestos disease at various locations across the country.  See Exh. 1, Invited Presentations on Asbestos Disease.

5.      Since 1980 I have evaluated or treated over 700 patients for asbestos disease from Libby asbestos.  Since about 2000, patient data has been tracked on a data base.  Since 1980 I have also evaluated or treated over 500 patients with asbestos disease from predominantly chrysotile exposures. I am in a position to compare asbestos disease from Libby asbestos to asbestos disease from chrysotile asbestos.  Chrysotile asbestos is the usual form of asbestos used

in building materials in the United States, accounting for about 95% of the total asbestos used in the United States.  Fraser and Pare, p.2420.

6.    I am Board Certified in internal medicine and pulmonary disease. I treat the entire range of pulmonary diseases.  In my practice in Spokane in the years 1994-2004, the majority of my time, probably about 90%, was related to general chest diseases, including asthma, emphysema, lung cancer and the care of hospitalized patients.  About 5-10% of my time was spent on asbestos related issues and other pneumoconioses.  Probably about 10% of my time was related to industrial disease.  Currently I spend a small amount of time on legal matters, but for the most part, my time is devoted to patient care.

7.    In 30 years of practice I have probably testified at trial 8-12 times, about half for the plaintiff and half for the defendant.  I testified in three asbestos trials relating to exposure from the W.R. Grace mine and mill near Libby, and one trial on the same subject in Missoula, Montana.  These trials related to asbestos disease from Libby asbestos.  In addition, my deposition has been taken on the subject of asbestos disease probably 25-30 times.  I have testified in three Libby asbestos cases before the Montana Workers' Compensation Court.

8.    I have published a paper on asbestos disease in Libby, titled "Asbestos-Related Pleural Disease Due to Tremolite Associated with Progressive Loss of Lung Function:  Serial Observations in 123 Miners, Family Members, and Residents of Libby, Montana," Am J Ind Med 46:219-225 (2004).  A copy of the paper is attached as Exhibit 2.  123 patients were followed for an average of 35 months.  Lung function was measured in terms of total lung capacity, forced vital capacity and diffusion capacity.  The range of loss was 2%-3% per year for each of these functions.

9.    Over the last three decades I have practiced occupational medicine.  I have

performed studies for companies, done screenings for companies and done disability exams for

companies. In the 1980s I was involved in multiple screening programs for asbestos disease. I

have also done independent medical examinations for the State of Washington Department of

Labor and Industry for decades.

**B.    The mechanism for asbestos disease.**

10.    Asbestos is a mineral fiber. There are two kinds, serpentine (chrysotile) and

asbestiform amphiboles. Chrysotile asbestos is the kind most often used commercially in

building products. Chrysotile asbestos is more curly, or more club-like, whereas amphibole

asbestos is like tiny needles or spears. The Libby asbestos is an amphibole. It has generally

been referred to as tremolite. Using state of the art methodology, Meeker (2003), p.1959, has

determined that the Libby asbestos is approximately 84% winchite, 11% richterite and 6%

tremolite. Figure 6 shows the incidence and close chemical form relation as between winchite,

tremolite and richterite. Meeker (2003), p.1967 suggests that:

> The Vermiculite Mountain amphibole asbestos could, for the
> purposes of regulation only, be considered equivalent to tremolite
> or soda-tremolite asbestos in accordance with current and past
> industrial terminology for the Vermiculite Mountain amphiboles.

11.    In relative terms of their length to width (aspect ratio), Libby asbestos fibers are

long and sharp, like needles. The fibers breathed in are microscopic, as are the alveoli (tiny air

sacs) in the lungs. When breathed in, the fibers lodge in the structure around the alveoli, and are

too small to be expelled. Asbestos fibers irritate and inflame the lung tissue structure around the

air sacs (the interstitia). Scarring in the interstitia is interstitial disease. When the interstitia are

significantly scarred, they can no long expand or contract fully, and breathing is restricted.

12.    The amphibole fibers also migrate to the outside portion of the lung, where they

scar and inflame the pleura (the lung lining) and cause pleural disease. See Frazer and Pare, p.2809. Pleural disease seems particularly pronounced with Libby asbestos fibers.

13.    The normal pleura is actually thinner than a blown up balloon. It is a very thin membrane, and it can expand like a balloon. Asbestos fiber scarring causes the pleura to look much like the orange portion of an orange rind, and can be just as thick. When surgeons peel it off the pleura, they call it a rind. When the lung lining becomes as thick as an orange rind, it can no longer expand freely and breathing is restricted. Asbestos disease is generally a restrictive lung disease.

**C.    Diagnosis of asbestos related disease.**

14.    For the diagnosis of asbestos related disease, I use the criteria of the American Thoracic Society (2004), "Diagnosis and Initial Management of Non-Malignant Diseases Related to Asbestos," Am J Respir Crit Care Med, 170: 691-715. Asbestos interstitial disease is due to scarring in the lung structure around the alveoli (air sacs) from the poking and inflammation from asbestos fibers. The asbestos pleural disease seen in Libby is due to the scarring and inflamation in the pleura (the lung lining) from asbestos fibers.

15.    The diagnosis of asbestos disease generally requires at a minimum, a history of exposure to asbestos and a 10 year latency period. Data on Libby asbestos disease indicates that changes of asbestos disease can occur in as little as 3-5 years, whereas chrysotile disease latency periods are generally over 10 years. ATS (2004) states the diagnostic criteria as follows:

Evidence of structural pathology consistent with asbestos-related disease as documented by imaging or histology.

Evidence of causation by asbestos as documented by the occupational and environmental history, markers of exposure (usually pleural plaques), recovery of asbestos bodies, or other means.

Exclusion of alternative plausible causes for the findings.

16.    I have taken hundreds of histories of work exposure at the W.R. Grace mine and mill near Libby, Montana and am familiar with conditions in the various jobs there. I have also taken hundreds of histories of exposure from family members of workers and Libby community members. Pathways for asbestos disease from Libby asbestos asbestos exposure are discussed at Peipins (2003).

17.    Asbestos disease causes a restrictive defect. The amount of air breathed in is restricted. The physical examination includes determinations of chest restriction, the presence of rales (the crackling sound of scarred air sacs reopening), and an evaluation of shortness of breath. While chest x-rays occasionally show abnormalities not seen on CT scan, chest x-rays generally miss about one-third of parenchymal abnormalities of asbestosis, and miss an even higher percentage of pleural abnormalities, as compared to CT scans. See Frazer and Pare, pp. 2440 and 2431, respectively. ATS (2004), p.696. Frequently we see subpleural interstitial fibrosis on CT scans which is often not seen on chest x-ray, and may play a significant role in the severity of the disease process. See Schwarz and King, p.422; ATS (2004), p.702.

18.    At our clinic, lung function tests are performed in accordance with ATS criteria. We generally use Knudson or Crapo norms for vital capacity (spirometry), Intermountain Thoracic Society for lung volumes, and Miller or Crapo for diffusion capacity.

19.    Of all lung function tests, the three most important in asbestos disease are forced vital capacity (FVC), total lung capacity (TLC) and diffusion capacity (DLCO). ATS (2004), p.697. Fishman, p.883, states "[t]he characteristic pulmonary function changes of asbestosis are a restrictive impairment with a reduction in lung volumes (especially FVC and total lung capacity) decreased diffusion capacity, and arterial hypoxemia."

20.    There are three components to pulmonary function tests.  First is spirometry, which measures the amount of volume of the lung and the rapidity of inhalation, which gives an index of air flow and lung volumes.  We usually do this before and after brochodilator.

Second, we do lung volumes in what is called a body box, or plethysmograph, where we measure very small changes in air flow, pressure and volume, with a shutter and a closed system.  Using Boyle's law, one can calculate the volume of the lung.

Third, we measure diffusion capacity, by having the patient breathe a small percentage of carbon monoxide, using very tiny tracer amounts of methane, which is not absorbed, and we measure what comes out of the lungs.  We measure the methane, measure the carbon monoxide, and the differential uptake gives us the carbon monoxide diffusion capacity.  Diffusion capacity is the efficiency of the lungs in transferring oxygen into the blood stream.  In restrictive lung disease there is interference with the air/blood interface due to the increased scarring that forms a barrier between the blood vessels and the alveoli (air sacs).

**D.    Obstructive Disease.**

21.    Smoking causes emphysema and chronic bronchitis. ATS (1995), p. 578, states:

> **Emphysema** is defined as abnormal permanent enlargement of the air spaces distal to the terminal bronchioles accompanied by destruction of their walls and without obvious fibrosis.

> **Chronic bronchitis** is defined as the presence of chronic productive cough for three months for at least two successive years.

> **Chronic obstructive pulmonary disease** (COPD) is defined as a disease state characterized by the presence of airflow obstruction due to chronic bronchitis or emphysema.

22.    ATS (1995), p.79, states: "[o]nly about 15% of cigarette smokers develop clinically significant COPD."

23.    Smoking disease is an obstructive disease.  It obstructs what is breathed out.
With emphysema, the lung tissue acts like an overexpanded balloon.  It does not constrict back
to its natural form.  Hence exhalation is obstructed.

24.    Asbestos disease is generally a restrictive disease.  It restricts what is breathed in.
The scarring in the lung lining and the lung air sacs and structure restricts the lungs' ability to
expand on inhalation.

25.    Generally the differences between obstructive disease due to smoking and
restrictive disease due to asbestos can be sorted out on pulmonary function tests.  This is
somewhat complicated by the fact that asbestos disease often causes airway obstruction, or
obstructive disease.  ATS (2004), p.700; See Fishman, p.884; Frazer and Pare, p.2446.  A
significant obstructive component is often found in the Libby cohort.

Fishman, p.568, states:

> The hallmark of the obstructive pattern is a reduction in the FEV1/FVC
> percentage . . . Typically, all three lung volumes - residual volume, functional
> residual capacity, and total lung capacity are increased.

Normal for FEV1/FVC is generally 70 or higher.  For hyperinflation in obstructive disease, TLC
or RV must be over 120.  Fishman, p.569.

**E.    Libby asbestos is highly toxic.**

26.    Many studies have been done on Libby asbestos asbestos and its toxicity.  See the
attached listing: "Libby Studies."

27.    There generally appears to be a distinct pattern for Libby asbestos disease.  The
disease appears to be predominately pleural, for the large portion of the time that people have the
disease.  In the Whitehouse (2004) study, 55% of the patients followed had no interstitial disease
and 45% had only minimal interstitial disease.  The percentage of patients in the overall patient

cohort with no interstitial disease is even higher now, as more recent diagnoses include many people in the early course of the disease. By contrast, asbestos disease from predominantly chrysotile exposures is mainly interstitial disease. In the Libby cohort, interstitial disease generally becomes radiographically visible rather late in the process, and frequently is only a minor factor.

Consistent with the pleural pattern is the statement in the Peipins (2003) abstract: "We observe pleural abnormalities in 17.8% of participants and interstitial abnormalities in less than 1% of participants  undergoing chest radiography."

28.    Pleural disease in the Libby area is widespread. The patient population is not concentrated in small areas of higher intensity dust contamination from W.R. Grace mining activities. Peipins (2003), abstract, states: "Mining, handling, processing and personal or commercial use of asbestos-contaminated vermiculite have led to widespread contamination of the Libby, Montana area." As to the population of the Libby area, Peipins (2003) p.1758, speaks of a population of "9521 persons in central Lincoln County, a population that has been relatively stable for the past 30 years (U.S. Bureau of the Census 2002)." Peipins (2003) discusses the demographics of study participants and discusses the results of screenings administered by the ATSDR in 2000 and 2001. Chest x-rays were taken on 6,668 participants, of which 1,186 were abnormal. This is a very large number for a small community.

Peipins (2003), Table 3, notes the exposure pathways for the 1,116 with pleural and/or interstitial abnormalities:

| | |
|---|---|
| Ever worked for W.R. Grace | 186 |
| Lived with W.R. Grace workers | 358 |
| Used vermiculite around the home | 120 |

Resident (more than 6 months before 1991) 1,186.

Note that all participants are "residents." Peipins (2003) p.3 states "The pathways presented here are not mutually exclusive." Many community exposure pathways are listed. Most study participants with abnormalities are not workers or family members of workers, but are simply residents of the Libby area.

The pattern seen in exposure histories for patients of the CARD Clinic is consistent with the findings in Peipins (2003). Most patients are community members who are not workers or family members of workers. The CARD Clinic has diagnosed 1,282 patients with asbestos related disease by either plain chest x-ray or CT scan, and has confirmed diagnoses from outside sources on about 100 patients at this point. All had exposures to Libby asbestos due to W.R. Grace or Zonolite Company operations in or near Libby, Montana. Very few patients had exposures outside the Libby area. All such patients had substantial exposures in the Libby area. Few patients had non-vermiculite related asbestos exposures within the Libby area. Again, all such patients had significant exposures to Libby asbestos from the W.R. Grace mining operations. All patients in the 1,282 diagnosed above have asbestos disease due to W.R. Grace and Zonolite Co. mining and other activities.

Libby asbestos tends to produce pleural disease, whereas predominately chrysotile exposures tend to produce interstitial disease. The findings of Peipins (2003) are consistent with this, as there were 18% of participants with pleural abnormalities and under 1% with interstitial abnormalities.

The following numbers are supplied by the McGarvey, Heberling, Sullivan & McGarvey law firm. Of 595 Libby Claimants:

Ever worked for W.R. Grace                198

| | |
|---|---|
| Family member of W. R. Grace worker | 130 |
| Community members | 267 |

See printout, Exh. 3 "Client Sort by Exposure (Community, Family Member, Worker)."
While these numbers are representative only of Libby Claimants, they are consistent with the
findings in Peipins (2003), in that the greatest number are community members, who typically
played baseball near Grace operations, played as children on piles of Grace vermiculite, or
breathed in asbestos in the dust in the air in the Libby area.

Not only was the vermiculite contamination widespread in the Libby area, in addition a
contributing factor in the widespread pleural disease is the minimal exposures which triggered
disease. There are many examples in a patient cohort of surprisingly minimal exposures which
led to disease:

Tom Murray, a former federal magistrate judge, worked at the mine during the
summers of 1948 and 1949, and died of asbestos lung cancer.

Betty Maxwell who only visited Libby for 1-2 week periods for about ten
summers, and cleaned cabins, now has severe asbestos disease and is on oxygen.

Victoria Skidmore who only visited Libby for errands averaging about two trips
per month for 14 years, now has pleural mesothelioma.

There are many more examples of significant disease from minimal exposure to Libby asbestos.

29.    A hallmark of pleural disease from Libby asbestos exposure is that it is highly
progressive. Whitehouse (2004) shows that in 123 patients with two or more sets of pulmonary
function tests, and an average of 35 months between first and last test, 76% of the patients
showed progressive loss of pulmonary function.

Moreover, the extent and rapidity of loss of pulmonary function were highly significant.

The patients with progression "demonstrated an age-corrected accelerated loss per year of vital capacity at 3.2%, total lung capacity (TLC) 2.3%, and DLCO 3.3%." To my knowledge, no study of asbestos pleural disease from predominately chrysotile exposure shows progression rates anything like those seen in Libby.

Interestingly, Alfonso (2005), an amphibole study from Australia, similarly finds an "average rate of decline of DLCO . . . [of] about 2.2% per year [0.55/24.8] in people with asbestosis." Asbestosis was considered present upon an ILO score of 1/0 or greater. DLCO decline was not investigated for pleural disease in the study cohort. In another amphibole study, Cookson (1983), abstract, states "[t]he ratio of transfer factor to effective alveolar volume correlated directly with the degree of pleural thickening as alveolar volume fell with increasing severity of pleural disease."

Rapid progression in the Libby cohort can also been seen radiographically. Exhibit 4 is a Chart and CD titled "Bankruptcy Films 9/13/06" which presents a collection of 20 cases of rapid progression secondary to pleural disease. See also chart, Exhibit 4. To my knowledge, progression of pleural disease of this nature has not been reported elsewhere.

30.    Pleural disease from exposure to Libby asbestos appears to be far more severe than asbestos pleural disease reported elsewhere. Exhibit 4 is a CD which presents eight cases of pleural disease progression leading to death. ATS (2004) p.707, reports only five total cases of death by pleural disease outside Libby. I have read reports of others, but they remain very few. David Austern, Administrator of the Johns-Manville Trust, reports that in the history of the trust there has been just one death by asbestos pleural disease. (D. Austern, personal communication).

Generally, the mechanism for death by pleural disease is loss of pleural space resulting in

episodes of hypoxia. Due to the highly progressive nature of Libby asbestos disease, once diagnosed with pleural disease, with multiple pleural plaques or diffuse pleural thickening and a loss of lung function, a patient has a high probability of progressive disease and early mortality.

Note that 41 of 56 (73%) clients of McGarvey, Heberling, Sullivan & McGarvey who have died since April 2, 2001, have died of asbestos disease, excluding five of undetermined cause. See the attached chart, Exh. 5 "Clients of McGarvey, Heberling, Sullivan & McGarvey Dead of Asbestos Disease." While these numbers are representative only of the Libby Claimants, they are indicative of the probability of death due to asbestos disease. In contrast, a patient diagnosed with asbestos disease from predominantly chrysotile exposure has a much lower likelihood of death.

In the Libby pleural disease cohort, there is a large number of patients with severe pulmonary function impairment. To my knowledge, no similar incidence of impairment is reported in an asbestos pleural disease cohort elsewhere, or in a chrysotile disease cohort elsewhere. Note that some Libby patients have severe impairment mainly due to smoking. A proper cohort comparison would include cohorts with asbestos pleural disease or chrysotile disease including all smokers.

Per the records of the McGarvey, Heberling, Sullivan & McGarvey Law Firm, of 595 Libby clients with asbestos disease from exposure to Libby asbestos, 61are on oxygen, and 170 have at least one of the three main indicators of severity of asbestos disease under 60% of normal. Exhibit 6. While these numbers are representative only of the Libby Claimants, in absolute terms, the numbers are indicative of severe disease. Miller norms are generally used for DLCO. If translated to Crapo, roughly a 10 ml/min/mm hg decrease occurs.

A number of studies report an increased incidence of extensive fibrosis and pleural

effusions associated with exposure to Libby asbestos, as compared to what is seen in other

populations. See Lockey (1984), McDonald (1986), Amandus (1987) and Libby Studies listed.

Attached is a chart titled "Mesothelioma Cases Due to Exposure to Libby Asbestos."

Exhibit 7. Twenty-three cases of mesothelioma are documented. This is an extremely high

incidence of mesothelioma in a community with an average population of 9,521.

31.    Asbestos pleural disease from exposure to Libby asbestos often appears

radiographically in less than what would be considered a minimum latency period of 10-15

years. No similar data on disease from chrysotile exposures is reported elsewhere. The results

of W.R. Grace's annual chest x-ray program for workers from 1959 to 1980 appear to confirm

that the Libby asbestos has a very high toxicity. Grace's in-house studies in 1969, 1975 and

1976 on annual x-rays showed lung abnormalities in up to 17% , 8% and 6% of employees with

under six years of work. (Exhibit 8, Charts 035a, 035b and 035c attached). While these workers

likely had community exposures prior to going to work for W.R. Grace, it is also likely that

exposure at Grace was their first high intensity exposure. Consistent with these findings is

Cookson (1983), Fig. 1, finding about 20% with fibrosis after 8 years of work exposure to

amphibole asbestos (Exhibit 9) Per CARD Clinic records, 65 patients are in their 30s and 189

patients are in their 40s. Note that the above is based upon a total of 1,957 patients on 9/13/06.

32.    DLCO (diffusion capacity) is a particularly important indicator of the severity of

restrictive disease in the Libby asbestos disease patients. In the Libby cohort, DLCO generally

shows progressive decline along with FVC and TLC. In some cases there is significant asbestos

disease on the chest x-ray and only the DLCO is reduced, not the FVC or TLC. Some patients

with severe shortness of breath are severe only in the DLCO defect. In Whitehouse (2004),

p.224, 76% of the 123 patients had progressive loss of lung function. Losses were about the

same for FVC, TLC and DLCO at 2%-3% per year.  DLCO (diffusion capacity) defect is

probably associated with subpleural interstitial fibrosis.  Whitehouse (2004) explains:

> Pleural changes alone are unlikely to cause a decrease
> in DLCO.  DLCO decreases are likely to be associated
> with interstitial disease not apparent clinically on either
> plain chest radiograph or HRCT.

Alfonso (2005), finds an "average rate of decline of DLCO . . . [of] about 2.2% per year

[0.55/24.8] in people with asbestosis."  This was an amphibole study.  In another amphibole

study, Cookson (1983), abstract, states "[t]he ratio of transfer factor to effective alveolar volume

correlated directly with the degree of pleural thickening as alveolar volume fell with increasing

severity of pleural disease."

33.     Chronic severe pleural pain occurs in a significant percentage of the Libby cohort

at one time or another in the course of the disease.  It is common in areas of diffuse pleural

thickening.  It is often initially misunderstood by outside physicians as cardiac chest pain.

Lockey (1984) similarly reports pleural pain in a cohort of workers in Ohio who were processing

Libby vermiculite.  Elsewhere, "chronic severe pleural pain is rare in patients with asbestos

related pleural disease."  ATS (2004) p.702.

34.     Very often there is an obstructive component associated with Libby amphibole

asbestos disease.  Obstructive defect has been associated with asbestos pleural disease in the

literature.  See Frazer and Pare, p.2446, citing three studies by Kilburn et al.  Schwartz (1990),

states "diffuse pleural thickening was associated with modest decrements in the FEV1/FVC

ratio."  FEV1 is a significant factor in many Libby patients with diffuse pleural thickening, and

may become severe enough to cause significant obstructive airway disease in the absence of any

other cause.  See Schwartz (1990), Table 4.

35.    Amphibole asbestos in general and Libby asbestos in particular are more carcinogenic and fibrogenic (productive of asbestos related disease) than is chrysotile asbestos. Greenberg, p.480, states:

> Several studies have also shown that worker cohorts exposed to higher concentrations of amphibole fibers have higher lung cancer rates than those exposed to similar concentrations of chrysotile asbestos. . . . This pattern of increased toxicity of amphiboles also holds true for all the other asbestos-related lung diseases (asbestosis, pleural disease, and mesothelioma).

A reason given for the greater toxicity of amphiboles is that chrysotile fibers "are cleared more efficiently than amphibole asbestos fibers, which may be retained indefinitely." ATS (2004), p.693. See, e.g. McDonald (2004), p.366.

36.    Fraser and Pare, p.1075, states "exposure to amphibole fibers . . . is associated with a significantly greater risk of carcinoma compared to chrysotile exposure."

37.    Amphibole asbestos appears to be at least 4x as carcinogenic as chrysotile. Hodgson (2000) (abstract: the "risk differential between chrysotile and the two amphibole fibers for lung cancer is thus between 1:10 and 1:50"). Antman (1993), p.373S, ("Amphiboles are about 10 times as carcinogenic as chrysotile."). EPA (2003) Final Draft: (p.1.4: amphiboles are about 4x as carcinogenic as chrysotile); EPA (2003) Report (p.3-1 "according to the proposed risk assessment methodology, amphibole fibers have a five fold greater lung cancer potency than do chrysotile fibers."). Contra, see Stayner (1996), (abstract: "there is little evidence to indicate lower lung cancer risk" for

chrysotile).

8.      Tremolite asbestos, which appears to be a close relative to the Libby

amphibole asbestos, is considerably more carcinogenic than chrysotile asbestos. See

McDonald (1997), Table 1. American Thoracic Society (1990), p.1456, states:

"[a]sbestiform varieties of tremolite, are highly carcinogenic." Case (1991), states

regarding an animal study: Significantly, the tremolite fibers were amongst the most

carcinogenic tested, with actual incidence of 75% and "percent tumor probability" of

100%. Also, McDonald (2004), calling the Libby asbestos "fibrous tremolite," found in a

cohort of 406 Libby miners a 240% increase in respiratory cancer (Table 2). My experience

with Libby asbestos indicates that it appears to be more toxic than other amphiboles, as

described in the literature. Supporting this is the high death rate from mesothelioma, the high

frequency of lung cancer, and the high death rate from asbestos related pleural disease. See

letter by Peipins, et al, in Environmental Health Perspectives; 112:A83, "Lincoln County,

Montana, had the highest age-adjusted asbestosis mortality rate in the United States for 1988-

1997. (Castellan R. Unpublished data)."

39.      Amphibole asbestos fibers are variously estimated at 100x to 1,000x as

productive of mesothelioma as chrysotile fibers. EPA (2003) Final Draft, p.1-4 uses a factor of

1,000x ("for mesothelioma the best estimate of the coefficient (potency) for chrysotile is only

0.0013 times that for amphibole.") Hodgson (2000), abstract, uses a factor of 100x to 500x, ("at

exposure levels seen in occupational cohorts, it is concluded that the exposure specific risk of

mesothelioma from the three principal commercial asbestos types is broadly in the ratio of

1:100:500 for chrysotile, amosite and crocidolite respectively.")

40.    Amphibole fibers are more fibrogenic than are chrysotile fibers. McDonald (1999) (abstract: "this study suggests that amphibole fibers, including tremolite, are more fibrogenic than chrysotile, perhaps to the same extent that they are carcinogenic.") The same study shows at Table 1 that Quebec tremolite asbestos fibers are at least two times as fibrogenic as chrysotile. McDonald (2004) shows that in 406 Libby miners there was a 309% increase in non-malignant respiratory disease.

41.    Amphibole asbestos is more than twice as likely to produce asbestosis and asbestos pleural disease which is progressive than is chrysotile asbestos. Regarding radiographic progression, compare the following chrysotile studies: Jones (1989) Gregor (1979) and Becklake (1979), with the following amphibole studies: Sluis-Cremer (1989) Cookson (1986), Ehrlich (1992), and McDonald (1999). See the chart "Studies on Progression of Asbestos Disease." Exhibit 10. See also Alfonso (2005).

In most patients with asbestos disease (including asbestos pleural disease) from exposure to amphibole asbestos, the asbestos disease is progressive. Sluis-Cremer (1989), p.852, states, "it appears that once a dose of asbestos sufficient to initiate the disease has been retained, it is inexorably progressive."

Cookson (1986), presents Fig. l, (attached as Exhibit 9) a chart showing that 34 years after first crocidolite exposure approximately 97% of workers progressed to at least mild disease, 77% to at least moderate disease and 65% to at least severe disease. Crocidolite, like Libby asbestos is an amphibole. Based on my experience, I believe the numbers for the Libby workers would be similar.

F.    **Latency period.**

42.    There is a latency period between exposure and the first appearance of asbestos

disease on chest x-ray or CT. During the latency period, microscopic asbestos fibers are working at a microscopic level, until they become detectible on chest x-ray or CT. ATS (2004) uses a minimum latency period of 15 years. With Libby asbestos, the range generally appears to be about 5-40 years, with an average latency period of about 15-30 years from first exposure to diagnosis.

**G.    Course of the disease.**

43.    When asbestos disease due to Libby asbestos exposure is first diagnosable, there usually are no symptoms, only positive findings on chest x-ray or CT. The disease may take decades to progress to a point of severity. Severe disease may include shortness of breath, chest pain, rales, clubbing of the fingernails, hypoxia, cor pulmonale, pleural effusions, and oxygen dependency. See ATS (2004). At end stage the patient is bedridden, oxygen dependent, and generally the hypoxia will lead to organ malfunction and death.

**H.    Workers dead from asbestos disease.**

44.    In 2000, I performed an evaluation of death certificates and some medical records, and identified 100 workers from the W.R. Grace mine and mill who had died of asbestos related disease. Of the 100, 49 died of asbestos lung cancer, 11 died of mesothelioma and 40 died of asbestos related fibrotic disease (including asbestos pleural disease). See Exhibit 11 "Workers Dead from Asbestos Disease." Due to the high toxicity of Libby amphibole asbestos, the 60% rate of death by asbestos lung cancer and mesothelioma is not surprising.

McDonald (2004) followed up on a cohort of 406 Libby miners. That study found 107 deaths, 44 of respiratory cancer, 12 of mesothelioma and 51 of non-malignant respiratory disease (a somewhat broader category than asbestos related disease). The numbers in McDonald (2004) and the evaluation I did appear to be quite similar.

**I.     Confirmation of chest x-ray reads.**

45.     In the fall of 2005, the Grace Libby Medical Plan sent letters of denial to about a quarter of those enrolled in the plan. This was done through the plan administrator Health Network of America (HNA). The denials were based on chest x-ray readings by doctors hired by the Grace Plan showing no asbestos disease. The Center for Asbestos Related Disease in Libby took the first 70 letters of denial brought in by patients, and compared the CARD readings against those by the U.S. Agency for Toxic Substances and Disease Registry (ATSDR), where available, and readings by outside doctors, where available. 45 of the 70 patients with Grace Plan denials had had chest x-rays read by the ATSDR in connection with screenings done in 2000 and 2001. See Peipins et al (2003). In 44 of 45 cases, the ATSDR confirmed the CARD finding of asbestos disease. See Exhibit 12, Audit of HNA Denials and Downgrades of Severity of Disease (December 2005).

Sixty-eight of the 70 patients denied by the Grace Plan had had chest x-rays and/or CT scans read by Dr. Steven Becker, radiologist at the St. John's Hospital in Libby. On 51 of 68 patients, Dr. Becker concurred with CARD. On the 17 where Dr. Becker did not concur, 16 of 17 CARD chest x-ray readings were confirmed by CT or other outside reading. On the one remaining, the CARD Clinic agrees that its initial reading was incorrect.

**J.     Grace Medical Criteria.**

46.     I have reviewed relevant portions of the Grace Questionnaire of May 10, 2005, and the Debtor's Plan of Reorganization. "Asbestosis" is defined as a claim that meets the Medical/Exposure Criteria for Disease Level 1. Glossary p.9. The definitions referenced for Disease Level 1 in the Plan and the definitions used in the Questionnaire

are the same. Attached as Exhibit 13 is pages 1-2 of the Grace Questionnaire. Page two

presents definitions of key terms. The Plan at Exhibit 6, PI-SE (Asbestos Personal Injury

- Symptomatic Eligible) Trust Distribution Procedures, § 5.2(a)(3), "Medical/Exposure

Criteria," uses the same definitions as in the Questionnaire.

47.    The Grace Questionnaire and Plan define "asbestosis" as including "diffuse

pleural thickening as defined in the ILO's Guidelines For the Use of the ILO International

Classification of Radiographs of Pneumoconioses (2000)." I have reviewed the

publication ILO (2000), Guidelines For the Use of the ILO International Classification of

Radiographs of Pneumoconioses," revised edition 2000. It defines "diffuse pleural

thickening" as follows:

> Diffuse pleural thickening historically has referred to
> thickening of the visceral pleura. The radiological distinction
> between parietal and visceral pleural thickening is not always
> possible on a postero - anterior radiograph.
>
> For the purpose of the ILO (2000) Classification, diffuse
> pleural thickening extending up the lateral chest wall is
> recorded only in the presence of, and in continuity with, an
> obliterated costophrenic angle. Diffuse pleural thickening is
> recorded as absent or present along the chest wall. If present,
> it is recorded as in-profile or face-on, and separately for the
> right and left side. Its extent is recorded in the same manner
> as for pleural plaques. A minimum width of about 3mm is
> required for in-profile diffuse pleural thickening to be
> recorded as present.

The definition requires two findings: (1) "an obliterated costophrenic angle" (this is

generally described as blunting of the costophrenic angle in the United States), and (2) a

minimum width of 3mm in the pleural thickening.

48.    The Grace Questionnaire and Plan definition of "asbestosis" is not

consistent with standard practice in chest medicine. It is standard practice to use the

American Thoracic Society (2004) definition. ATS (2004) "Diagnosis and Initial

Management of Non-Malignant Diseases Related to Asbestos," Am J Respir Crit Care

Med, Vol. 170, 691-715, 2004. ATS (2004), p. 691, states the criteria for diagnosis of

non-malignant asbestos-related disease as follows:

- Evidence of structural pathology consistent with asbestos related disease as documented by imaging or histology.
- Evidence of causation by asbestos as documented by the occupational and environmental history, markers of exposure (usually pleural plaques), recovery of asbestos bodies or other means.
- Exclusion of alternative plausible causes for the findings.

ATS (2004), p.700, states "asbestosis is asbestos induced parenchymal fibrosis with or

without pleural thickening." Asbestos pleural disease is characterized by pleural plaques

or diffuse pleural thickening. No minimum width for pleural thickening, nor blunting of

the costophrenic angle is necessary to the ATS definition of "non-malignant asbestos

related disease," which includes "asbestosis" and "asbestos pleural disease." Id. at 691.

By requiring blunting and 3mm pleural thickening, the Grace Questionnaire and Plan

definition of asbestosis is highly exclusionary upon Libby patients with asbestos disease,

and is not consistent with standard practice in chest medicine or the medical literature.

49.    Similarly, the Grace Questionnaire and Plan define "asbestosis" in terms of

loss of lung function, as measured on pulmonary function tests. ATS (2004), p.691,

states: "Demonstration of functional impairment is not required for the diagnosis of non-malignant asbestos-related disease." Again, the Grace Questionnaire and Plan definition of asbestosis is not consistent with standard practice in chest medicine or the medical literature. The definition is highly exclusionary upon the Libby cohort, as the vast majority are diagnosed with asbestos disease, but do not meet the lung function test requirements stated in the definition.

50.    In addition, the Grace definition of "asbestosis" uses only "a chest x-ray reading by a B-reader and replicated by an independent B-reader." Questionnaire, p. iv. This too is contrary to standard practice in chest medicine and the medical literature. ATS (2004), p.691, does not require the use of a chest x-ray for diagnosis. In fact ATS (2004), p.696 states: "Conventional CT is superior to chest films in identifying parenchymal lesions, rounded at atelectasis and pleural plaques." The publication by Public Citizen "Leading Medical Experts Fault Arbitrary, Outdated Medical Criteria in Asbestos Bill," (May 2005), attached as Exhibit 14 states at p.4, "CT scans are about 33% more sensitive in detecting interstitial disease and over 50% more sensitive in detecting pleural disease."

Use of only chest x-rays to define and diagnose "asbestosis" is highly exclusionary upon the Libby cohort, as many are diagnosed through the use of CT scans as is standard practice in chest medicine. In particular, in the Libby cohort, on CT scan very often we see sub-pleural interstitial fibrosis, which is not seen on plain chest x-ray. It is thought that sub-pleural interstitial fibrosis often plays a major role in Libby pleural disease. In

the Libby cohort, CT scans are far more diagnostic than is the plain chest x-ray. Thin diffuse pleural thickening is frequently seen in Libby patients. It is difficult to see on chest x-ray, and seems to correlate well with severe restrictive lung disease.

51.    The Grace Questionnaire and Plan definition of "asbestosis" is also not consistent with standard practice in chest medicine, as it requires a B-reading of the chest x-ray. A B-reading is not required in the ATS (2004) criteria. B readings are not used in clinical practice. It is not standard practice to obtain a B-read. There is no B-reader in Montana. The requirement of a B-reading is contrary to the medical literature and would be highly exclusionary upon the Libby cohort, as very few have B readings.

52.    With regard to the requirement of blunting of the costophrenic angle, as required in the Grace Questionnaire and Plan definition of "diffuse pleural thickening," within the definition of "asbestosis," there is no scientific basis for the use of blunting of the costophrenic angle as a minimum requirement in the diagnosis of asbestos disease generally, or asbestos pleural disease in particular. In the medical literature there is no demonstrated correlation between blunting and the presence or severity of asbestos disease.

Libby pleural disease generally does not cause blunting of the costophrenic angle. Inclusion of a requirement of blunting of the costophrenic angle would be highly exclusionary upon the Libby cohort, since only a minority of patients present with this finding.

Attached as Exhibit 15 is a letter dated February 9, 2005 titled "Preliminary Report

of 79 Chest X-rays Reviewed Relative to the Asbestos Injury Resolution Act of 2005."
This study was done in response to a similar requirement of blunting of the costophrenic
angle in a draft of the asbestos bill. It is my understanding that this requirement was
removed from the asbestos bill in the special provisions for Libby, as reported out of the
Senate Judiciary Committee on May 26, 2005. As noted on the Preliminary Report, only
22 of 79 (28%) patients had blunting of the costophrenic angle. Of the seven dead of
asbestos disease, only four had blunting. Requiring blunting for inclusion in a cohort of
those diagnosed with asbestos pleural disease is not consistent with standard practice in
chest medicine or the medical literature.

53.    With regard to the requirement of 3mm thickness, as required in the Grace
Questionnaire definition of "diffuse pleural thickening," within the definition of
"asbestosis," there is no scientific basis for a requirement of 3mm thickness to define
"diffuse pleural thickening." ATS (2004), p.707, notes that pleural thickening "ranges in
thickness from less than 1mm up to 1cm or more." No minimum thickness is required for
the diagnosis of asbestos disease. As noted in the letter by the President of the American
Thoracic Society, "diffuse pleural scarring can be associated with greatly diminished
FVC regardless of the extent or thickness of the scarring or its bilaterality." Copy
attached as Exhibit 16. I have checked the listed measurements for the Preliminary
Report, which is Exhibit 15. Of the 79 patients, 40 had 3mm or more thickness in the
right lung and 36 had 3mm or more thickness in the left lung. 49 had 3mm or more
thickness in one lung. This is 62% of the 79 patients, meaning that about 38% would be

excluded by a requirement of a minimum 3mm thickness.  It is important to note that of

the patients with severe disease (for example FVC under 60) seven of 18 would be

excluded by the 3mm requirement.  The 3 mm requirement is contrary to standard

practice and the ATS (2004) criteria.

54.    A further requirement in the Grace Questionnaire and Plan definition of

"asbestosis" is that certain pulmonary function test requirements be met.  As noted above,

"functional impairment is not required for the diagnosis." ATS (2004), p.691.

Accordingly, the Questionnaire and Plan definition is not consistent with standard

practice in chest medicine or the medical literature.

A more medically plausible approach would be to group all patients diagnosed

with asbestos disease into (1) the unimpaired (FVC, TLC and DLCO all over 80%), (2)

the impaired (one number, FVC, TLC, or DLCO under 80%), and (3) the severe (one

number FVC, TLC, or DLCO under 65%).  Grace's approach to severity of disease is not

consistent with standard practice in chest medicine as it (1) omits to use DLCO (diffusion

capacity) and (2) it imposes a requirement of an $FEV_1$/FVC ratio over 65.

55.    DLCO is a standard measure of severity in asbestos disease.   Diffusion

capacity (DLCO) measures the lungs' efficiency in transferring oxygen into the blood

stream.  DLCO is a key measure of degree of impairment in asbestos related disease.  The

American Thoracic Society (2004), p.697, states:

Evaluation of subjects with suspected asbestos-related disease should include

spirometry . . . all lung volumes and the carbon monoxide diffusing capacity. In
addition to diminished lung volumes, the carbon monoxide diffusing capacity is
commonly reduced due to diminished alveolar - capillary gas diffusion, as well as
ventilation - profusion mismatching.

Fishman's Pulmonary Diseases and Disorders (3rd Ed. 1998), p.883, states:

The characteristic pulmonary function changes of asbestosis are a restrictive
impairment with a reduction in lung volumes (especially FVC and total
lung capacity) decreased diffusion capacity, and arterial hypoxemia.

See also Fraser and Pare, Diseases of the Chest, 4th Ed. (1999), p.2445. Similarly, the

AMA Guides to Permanent Impairment (5th Ed.) uses diffusion capacity as a basis for

assessment of permanent impairment due to respiratory disorders. Diffusing capacity is

available at any lung center, and is standardized. American Thoracic Society, "Single

Breath Carbon Monoxide Diffusing Capacity (Transfer Factor). Recommendations for a

Standard Technique." Am Rev Resp Dis 1987; 136:1299. The Center for Asbestos

Related Disease in Libby applies this standard technique.

56.    DLCO is a particularly important indicator of the severity of restrictive

disease in the Libby tremolite asbestos disease patients. I have published a paper titled

"Asbestos-Related Pleural Disease Due to Tremolite Associated With Progressive Loss of

Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of

Libby, Montana," Am J Ind Med 46:219-225 (2004). The article at page 221 states:

In a group of 123 patients, including those with improved FVC, the average yearly
loss was 2.2% for FVC, 2.3% for TLC, and 3.0% for DLCO as calculated over an
average of 35 months (Fig.1).

57.    Seventy six percent of the 123 patients in my study had progressive loss of

lung function. In the Libby cohort, DLCO shows progressive decline along with FVC

and TLC. In many individual cases, there is significant asbestos disease on the chest x-

ray, and only the DLCO is reduced, not the FVC or TLC. Some patients with severe

shortness of breath are severe only in the DLCO defect. We find that the DLCO defect is

the leading indicator of severity in the Libby cohort, and has the greatest correlation with

shortness of breath and the timing of the patients' entry to oxygen treatment.

58.     In my recently published study (Whitehouse 2004) I explain:

Pleural changes alone are unlikely to cause a decrease in DLCO. DLCO decreases
are likely to be associated with interstitial disease not apparent clinically on either
plain chest radiographs or HRCT.

59.     The importance of DLCO as an indicator of severity in asbestos pleural

disease is long established. Cookson (1983) "Pleural Thickening and Gas Transfer in

Asbestosis," Thorax 1983; 38:657-661 is also a study of a cohort exposed to amphibole

asbestos. The study presents parallel findings regarding DLCO as the leading indicator of

severity of pleural disease. Cookson states that "the ratio of transfer factor [the British

term for diffusion capacity] to effective alveolar volume correlated directly with the

degree of pleural thickening as alveolar volume fell with increasing severity of pleural

disease."

60.     The Grace Questionnaire and Plan improperly define "asbestosis" as

requiring loss of lung function. Then Grace omits to use DLCO as a measure of lung

function. This omission is highly exclusionary to the Libby cohort, as many patients

otherwise included would be excluded, because DLCO is a proper measure of their

impairment. The Grace Questionnaire is not consistent with standard practice in chest medicine or the medical literature.

61.    The Grace Questionnaire and Plan definition of "asbestosis" requires an $FEV_1/FVC$ ratio of over 65. The $FEV_1/FVC$ ratio is a measure of obstructive disease. In obstructive disease the exhale is obstructed. Asbestos disease generally is a restrictive disease, restricting the inhale. With asbestos disease in general, and Libby pleural disease in particular, there is an obstructive component. See Fraser and Pare's Diagnosis of Diseases of the Chest, 4th Ed. (1999), pp.2445-46 and Fishman, p.884. No requirement of an $FEV_1/FVC$ ratio over 65 is set forth in the ATS (2004) statement of standard practice in diagnosis of asbestos related disease. Imposing a $FEV_1/FVC$ ratio requirement of 65 or higher will tend to exclude many Libby pleural disease patients who have obstructive disease along with their asbestos disease. The obstructive disease may be from asthma, smoking, asbestos disease or other causes. However, the asbestos patients are already independently diagnosed with asbestos disease radiographically and by physical examination. It is improper to exclude a patient from a diagnosis of asbestos disease, simply because the patient has obstructive disease as well. Use of the $FEV_1/FVC$ ratio as a limiting factor in the diagnosis of asbestos disease is not consistent with standard practice in chest medicine or the medical literature. It is also significantly exclusionary upon the Libby cohort, as many have a ratio under 65. It is also improper to exclude a patient with severe asbestos disease from the category of "clinically severe asbestosis," because of concomitant obstructive disease and an $FEV_1/FVC$ ratio of under 65. The

obstructive disease may be due to the asbestos disease. In any event, the obstructive disease does not make the asbestos restrictive disease any less severe.

62.    The Grace Questionnaire and Plan define "asbestosis" as diagnosed by a board certified "pulmonologist or internist." This apparently excludes patients diagnosed by family practice doctors and others. The ATS (2004) statement of standard practice in diagnosis of asbestos disease does not so limit the clinician. In Libby, family practice and other doctors are familiar with Libby pleural disease and routinely diagnose it. Limiting "asbestosis" to those diagnosed by a "pulmonologist or internist" is improperly exclusionary. The Plan at Exh. 6, § 5.4(a)(1)(A) adds a requirement that the physical examination be "by the board certified physician." This requirement is contrary to the ATS (2004) criteria, and may exclude some patients properly diagnosed.

63.    The Grace Questionnaire and Plan definitions require "bilateral pleural disease." Unilateral pleural disease is unusual, but not rare in the Libby cohort. Most patients with unilateral disease progress onto present bilateral disease. Severe symptoms can be associated with unilateral pleural disease. Standard practice and ATS (2004) criteria for diagnosis of pleural disease do not require that it be bilateral. The Grace requirement that pleural disease be bilateral is improperly exclusionary upon patients in the Libby cohort treated for unilateral pleural disease.

64.    The Plan Disease Levels, at Plan, Exh. 6, § 5.2(a)(3), provides for "clinical severe asbestosis (Level II)." This is a more severe category than Level I, requiring a total lung capacity or forced vital capacity under 65% of normal. Oddly, the Grace

medical criteria include only parenchymal asbestosis and not pleural asbestosis. Severe

pleural asbestosis (with minimal or no interstitial disease) is often associated with severe

losses of lung function in the Libby cohort. There is no medical basis for excluding

severe pleural disease from the "clinically severe asbestosis" category, since "asbestosis"

is defined by Grace as either parenchymal or pleural asbestosis. Failure to include a

severe category for pleural disease is highly exclusionary upon the Libby cohort, which

consists mainly of patients with pleural disease and minimal or no interstitial disease.

65.    The Plan Disease Levels, at Plan, Exh. 6, § 5.2(a)(3), provides for lung

cancer 1 and lung cancer 2 (Levels IV and V). Level V is apparently considered more

severe than Level IV, as compensation is greater in Level V.

Level IV includes both lung cancer following parenchymal asbestosis and lung

cancer following pleural asbestosis. Level V includes only lung cancer following

parenchymal asbestosis. There is no basis in the medical literature for such a distinction.

In the Libby cohort, it is common to see lung cancer follow upon asbestos pleural disease,

with minimal or no interstitial disease present. The Grace designation of "severe" lung

cancer, only upon lung cancer following asbestos parenchymal disease, is contrary to

standard practice and the medical literature.

66.    The Plan at Exh. 6, § 5.4(b)(2) provides for a Libby exposure exception, but

still requires that a patient have "lived or worked within a 20 mile radius of Libby,

Montana for at least 12 consecutive months before December 31, 2003." There is no

medical basis for the 12 month requirement. A number of patients with asbestos disease

from Libby exposures have exposure histories of under 12 months duration. Clearly 1-2 months exposure at the mine was sufficient to produce asbestos disease. The 12 month requirement is arbitrary, and is exclusionary upon patients in the Libby cohort.

67.    The data and other information considered in forming the above opinions and observations include:

a.    Patient information on patients in the "Dr. Whitehouse 550 database."

b.    Patient information on patients in the list of 409 patients for whom records are to be copied. Note that the disclosure and copying of records on patients in the 550 database and the list of 409 are controlled by the Court's Order of 6/5/06.

c.    The Expert Report of Dr. Arthur Frank, which I rely upon and generally concur in, and all data therein.

d.    Medical literature on asbestos and disease.

e.    A listing of cases with trial or deposition testimony is attached as Exhibit 16.

DATED this 25th day of September, 2006.

Dr. Alan C. Whitehouse

**List of Exhibits to Expert Report by Dr. Alan C. Whitehouse dated 9/14/06.**

1. Whitehouse, A.C., Curriculum vitae.

2. "Asbestos-Related Pleural Disease Due to Tremolite Associated with Progressive Loss of Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of Libby, Montana," Am J Ind Med 46:219-225 (2004).

3. Client Sort by Exposure (worker/family member/community member).

4. Chart and CD titled "Bankruptcy Films 9/13/06" (As to the two unrepresented patients FM and HC, redacted charts are supplied. As to the 23 patients who are Libby Claimants, unredacted charts are supplied. All 25 charts are on the CD titled "Charts for 25 Patients with Rapid Progression or Pleural Death." Death Certificates for the eight pleural deaths are included. For certain x-rays, hard copies will be sent to counsel.

5. Chart, Deceased Clients, Death Date after 4/2/01. (Documents supporting the chart are on CD titled "Deceased Clients Death Date after 4/2/01.")

6. Printout, Libby Claimants on Oxygen, and Libby Claimants with FVC, TLC or DLCO less than 60.

7. Chart "Mesothelioma Cases Due to Exposure to Libby Asbestos." (Documents supporting the chart are on a CD titled "Meso Cases Libby").

8. Charts 035a "Workers with Disease - 1969," 035b "Workers with Disease - 1975," and 035c "Workers with Disease - 1976."

9. Cookson (1986), Fig. 1. Chart W-2 "Years since first exposed."

10. Chart, Studies on Progression of Asbestos Disease.

11. Chart, Workers Dead from Asbestos Disease.

12. Audit of HNA Denials and Downgrades of Severity of Disease (December 2005), and chart of data with non-Libby Claimants deleted.

13. Pages 1-2 of the Grace Questionnaire.

14.      Public Citizen, "Leading Medical Experts Fault Arbitrary, Outdated Medical Criteria in Asbestos Bill," (May 2005).

15.      Letter dated February 9, 2005 titled "Preliminary Report of 79 Chest X-rays Reviewed Relative to the Asbestos Injury Resolution Act of 2005," with attached Log of Patients Criteria Study, FVC and on Oxygen (non-Libby Claimants' names are blacked out.)

16.      Letter by the President of the American Thoracic Society.

17.      Listing of cases with deposition or trial testimony.

# LIBBY STUDIES

| Vol. 1 | | |
|---|---|---|
| Addison | 1995 | Vermiculite: A Review of the Mineralogy and Health Effects of Vermiculite Exploitation, Regulatory Toxicology and Pharmacology 21, 397-405 (1995) |
| Amandus | 1986 | The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite-Actinolite, NIOSH Final Report 3/17/86 |
| Amandus | 1987 | Prevalence of Radiographic Small Opacities in Vermiculite Miners, Am J Ind Med 12:227-228 (1987) |
| Amandus | 1987 | Part I - The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite-Actinolite - Exposure Estimates, Am J Ind Med 11:1-14 (1987) |
| Amandus | 1987 | Part II - The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite-Actinolite: Mortality, Am J Ind Med 11:15-26 (1987) |
| Amandus | 1987 | Part III - The Morbidity and Mortality of Vermiculite Miners and Millers Exposed to Tremolite-Actinolite: Radiographic Findings, Am J Ind Med 11:27-37 (1987) |
| Amandus | 1988 | Mortality of Vermiculite Miners Exposed to Tremolite, Ann Occup Hyg, 32:459-467 (1988) |
| Armstrong | 1988 | Radiological Changes in Vermiculite Workers Exposed to Tremolite, Ann Occup Hyg, 32:469-474 (1988) |
| Atkinson | 1982 | Interim Final Report: Exposure Assessment for Asbestos Contaminated Vermiculite, EPA  (1982) |
| ATSDR | 2001 | Draft - Chemical-Specific Health Consultation: Tremolite-Related Asbestos, ATSDR (2001) |
| ATSDR | 2001 | Libby Medical Testing Interim Report - Preliminary Findings of Medical Testing of Individuals Potentially Exposed to Asbestoform Minerals Associated with Vermiculite in Libby, MT: An Interim Report for Community Health Planning, ATSDR (2001) |
| ATSDR | 2001 | Year 2000 Medical Testing of Individuals Potentially Exposed to Asbestoform Minerals Associated with Vermiculite in Libby, MT, ATSDR (2001) |
| ATSDR | 2002 | Preliminary Findings of Libby, Montana, Computed Tomography Study, ATSDR (2002) |
| ATSDR | 2002 | Final Report:  Review of Asbestos-Related Abnormalities Among a Group of Patients from Libby, Montana, ATSDR (2002) |
| ATSDR | 2002 | Preliminary "Findings of Libby, Montana, Asbestos Medical Testing (combined testing, 2000 and 2001) (ATSDR (2002) |
| ATSDR | 2002 | Mortality in Libby, Montana, 1979 to 1998, ATSDR (2002) |
| ATSDR | 2003 | Public Health Assessment - Libby Asbestos NPL Site, ATSDR (2003) |

| ATSDR | 2003 | Public Health Assessment - Libby Asbestos Site, Libby, Lincoln County, Montana, ATSDR (2003) |
|---|---|---|
| **Vol. 2** | | |
| EPA | 1980 | Priority Review Level 1 - Asbestos-Contaminated Vermiculite, EPA (1980) |
| EPA (Atkinson) | 1982 | Collection, Analysis and Characterization of Vermiculite Samples for Fiber Content and Asbestos Contamination, EPA (1982).  EPA Contract No. 68-01-5915 |
| EPA (Dixon) | 1985 | Exposure Assessment for Asbestos Contaminated Vermiculite, EPA (1985).  EPA Contract No. 68-01-6271 |
| EPA | 1986 | Airborne Asbestos Health Assessment Update, EPA (1986) |
| EPA | 1991 | Health Assessment Document for Vermiculite, EPA (1991) |
| Inspector General Rpt | 2001 | Office of Inspector General Report - EPA's Actions Concerning Asbestos-Contaminated Vermiculite in Libby, MT, EPA (2001) |
| Lockey | 1984 | Pulmonary Changes after Exposure to Vermiculite Contaminated with Fibrous Tremolite, Am Rev of Resp Dis 129:952-958 (1984) |
| McDonald | 1986 | Cohort Study of mortality of vermiculite miners exposed to tremolite, Br J Ind Med, 43:436-444 (1986) |
| McDonald | 1986 | Radiological survey of past and present vermiculite miners exposed to tremolite, Br J Ind Med, 43:445-449 (1986) |
| McDonald | 1988 | Health of vermiculite miners exposed to trace amounts of fibrous tremolite, Br J Ind Med 45:630-634 (1988) |
| McDonald | 2001 | Carcinogenicity of fibrous tremolite in workplace and general environments, EPA Asbestos Health Effects Conference 5/24/01 |
| McDonald | 2002 | Cohort Mortality Study of Vermiculite Miners Exposed to Fibrous Tremolite: an Update, Ann Occ Hyg 46:93-94 (2002) |
| McDonald | 2004 | Mortality in a cohort of vermiculite miners exposed to fibrous amphibole in Libby, Montana, J. Occ Env Med 2004; 61:363-366 |
| Meeker | 2003 | The Composition and Morphology of Amphiboles from the Rainy Creek Complex, Near Libby, Montana, Am Mineralogist 88:1955-1969 |
| MHSA | 2001 | Evaluation of MSHA's Handling of Inspections at the W.R. Grace & Company Mine in Libby, MT, MSHA 2E-06-620-002 (2001) |
| Noonan | 2006 | Nested Case-Control Study of Autoimmune Disease in an Asbestos-Exposed Population, Env Health Persp, 114:1243 |
| Peipins | 2003 | Radiographic Abnormalities and Exposure to Asbestos-Contaminated Vermiculite in the Community of Libby, MT, USA, Environ Health Persp, 2003; 111:1753-59 |
| Pfau | 2005 | Assessment of Autoimmune Responses Associated with Asbestos Exposure in Libby, Montana, USA, Env Health Persp 113:25-30 |

| Sebastien | 1988 | Estimation of Amphibole Exposure from Asbestos Body and Macrophage Counts in Sputum: A Survey in Vermiculite Miners, Ann Occup Hyg 32:195-201 (1988) |
| USGS | 2001 | The Chemical Composition and Physical Properties of Amphibole from Libby, Montana: A Progress Report, USGS (2001) |
| Weis | 2001 | Amphibole Mineral Fibers in Source Materials in Residential and Commercial Areas of Libby Pose an Imminent and Substantial Endangerment to Public Health, EPA Dec. 20, 2001 |
| Whitehouse | 2004 | Asbestos-Related Pleural Disease Due to Tremolite Associated with Progressive Loss of Lung Function: Serial Observations in 123 Miners, Family Members, and Residents of Libby, MT, Am J Ind Med 2004; 46:219-225 |

## REFERENCES
Dr. Whitehouse Expert Report

Alfonso (2005)            Effects of Asbestos and Smoking of Gas Diffusion in People Exposed to Crocidolite, MJA
                          2005, vol. 183

AMA Guides to the Evaluation of Permanent Impairment (5th Ed.), Chapter 5

ATS (1991)                Lung Function Testing: Selection of Reference Values and Interpretive Strategies, Am Rev
                          Resp Dis 1991; 144:1202-1218

ATS (1995)                Standards for the Diagnosis and Care of Patients with Chronic Obstructive Pulmonary
                          Disease, Am J Resp Crit Care Med vol. 152, p. 578

ATS (2004)                Diagnosis and Initial Management of Non-Malignant Diseases Related to Asbestos, Am J
                          Respir Crit Care Med, vol. 170: 691-715 (2004)

Antman (1993)             Natural History and Epidemiology of Malignant Mesothelioma, Chest 1993, p.373S

Becklake (1979)           Radiological Changes After Withdrawal From Asbestos Exposure, Br J Ind Med 1979, 23-28

Case (1991)               Health Effects of Tremolite, 1991 Annals NY Academy of Sci 491-504

Cookson (1983)            Pleural Thickening and Gas Transfer in Asbestosis, Thorax 1983; 38:657-661

Cookson (1986)            The Natural History of Asbestosis in Former Crocidolite Workers of Wittenoom Gorge,
                          Am Rev Respir Dis 1986; 133:994-998

Ehrlich (1992)            Long Term Radiological Effects of Third Term Exposure to Amosite Asbestos Among
                          Factory Workers, British Journal of Industrial Medicine, Br J Ind Med 1992; 49:268-275

EPA (5/03)                Report on the Peer Consultation Workshop to Discuss a Proposed Protocol to Assess
                          Asbestos-related Risk,

EPA (10/03) Final Draft:  Technical Support Document for a Protocol to Assess Asbestos-related Risk, EPA
                          #9345.4-06

Fishman's Pulmonary Diseases and Disorders, 3d Ed. (1998), vol. 2, 57:883,

Fraser and Pare (1999)    Diagnosis of Diseases of the Chest, 4th Ed. (1999), vol. 4, 60:2386-2480, vol 2,
                          31:1069-1076

Gregor (1979)             Radiographic Progression of Asbestosis: Preliminary Report, Annals of the NY Academy of
                          Sciences, 1979 147-156

Greenberg (1997)          Occupational, Industrial and Environmental Toxicology, (1997) 55:471-487

Hodgson (2000)        The Quantitative Risks of Mesothelioma and Lung Cancer in Relation to Asbestos Exposure, Ann Occup Hyg Vol. 44, no. 8, pp.565-601

Jones (1989)          Progression of Asbestos Effects, Br J Ind Med 1989; 46:97-105

Lockey (1984)         Pulmonary Changes after Exposure to Vermiculite Contaminated with Fibrous Tremolite, Am Rev Resp Dis (1984) 129:952-958.

Meeker (2003)         The Composition and Morphology of Amphiboles from the Rainy Creek Complex, Near Libby, Montana, Am Mineralogist 88:1955-1969.

McDonald (1997)       Chrysotile, Tremolite and Carcinogenicity, Ann Occup Hyg vol. 41, No. 6, pp. 699-705, 1997

McDonald (1999)       Chrysotile, Tremolite and Fibrogenicity, Ann Occup Hyg vol. 43, pp. 439-442, 1999

McDonald (2004)       Mortality in a Cohort of Vermiculite Miners Exposed to Fibrous Amphibole in Libby, Montana. J Occup Env Med 2004; 61:363-366

Peipins, (2003)       Radiographic Abnormalities and Exposure to Asbestos-Contaminated Vermiculite in the Community of Libby, Montana, USA, Env Health Persp 111:14, pp.1753-59.

Rom (1992)            Accelerated Loss of Lung Function and Alveolitis in a Longitudinal Study of Non-Smoking Individuals with Occupational Exposure to Asbestos, Am J Ind Med 21:835-844 (1992)

Rosenstock et al      Textbook of Clinical, Occupational and Environmental Medicine, 2nd Ed.

Schepers (1955)       An Experimental Study of the Effects of Talc Dust on Animal Tissue  AMA Arch Indust Health, 317-328

Schwartz (1989)       Asbestos-induced Pleural Fibrosis and Impaired Lung Function, Am Rev Respir Dis 1990; 414:321-326

Schwarz and King      Interstitial Lung Disease, 4th Ed. 2003, p.422

Sluis-Cremer (1989)   Progression of Irregular Opacities in Asbestos Miners, British Journal of Industrial Medicine, Br J Ind Med 1989; 46:846-852

Stayner (1996)        Occupational Exposure to Chrysotile Asbestos and Cancer Risk: A Review of the Amphibole Hypothesis, Am J Public Health, 86:179-186

Vorwald (1951)        Experimental Studies of Asbestosis, AMA Arch Indus Hyg Occ Med 1951, vol.3, 1-43

Whitehouse (2004)     Asbestos-Related Pleural Disease Due to Tremolite Associated with Progressive Loss of Lung Function:  Serial Observations in 123 Miners, Family Members, and Residents of Libby, Montana, Am J Ind Med (2004) 46:219-225