Expert Report by Dr. Alan C. Whitehouse

# Exhibit 6

Libby Claimants on Oxygen                                                1

| LastName | FirstName | DiagDate |
|---|---|---|
| Arlt | Lloyd | 8/11/2000 |
| Atchley | Edward | 4/5/2001 |
| Bache | Frank | 4/26/2001 |
| Baeth | Kenneth | 10/29/1997 |
| Benefield | Donald | 1/8/2001 |
| Busby | Dan | 11/8/2001 |
| Challinor | Wendy | 2/20/2001 |
| Chapman | George | 7/22/1998 |
| Cook | Ken | 3/20/2001 |
| DeShazer | Daniel | 4/18/2001 |
| DeShazer | Gerald | 8/29/2001 |
| Dickerman | Lois | 8/1/2001 |
| Dutton | Merritt | 9/14/2000 |
| Emett | Leonard | 12/4/2000 |
| Farmer | Arthur | 5/1/2001 |
| Fellenberg | Ruben | 3/21/1985 |
| Ferch | Warren Dean | 6/29/2000 |
| Freebury | Danny | 10/24/2001 |
| Gardiner | Blake | 3/14/2001 |
| Haefele | Marvin | 8/15/2005 |
| Halsey | Hazel | 3/18/1999 |
| Hill | Dayton | 10/5/2000 |
| Hutton | Kenneth | 12/6/1995 |
| Johnson | Raymond | 3/19/2001 |
| Jungst | Lois | 11/9/2003 |
| Kirschenmann | Eugene | 1/3/2005 |
| Lyle | Shirley | 5/2/2002 |
| Lyle, Jr | Jimmie | 6/12/2001 |
| Mack | Robert | 7/28/1998 |
| McCollom | Bob | 3/29/2001 |
| McNair | Roland | 5/21/1997 |
| Norton | Marilyn | 5/24/2005 |
| Orsborn | Elvina | 7/19/2001 |
| Paul | Claude | 8/15/2002 |
| Post | Dorothy | 3/17/2005 |
| Powell | Donald | 1/26/2005 |
| Priest | Alice | 3/24/1999 |
| Richey | Elmore | 7/8/1991 |
| Ryan, Sr | Michael | 8/11/2005 |
| Shaffer | Donald | 2/2/2005 |
| Shea | Lois | 4/2/2001 |
| Shelmerdine | Judy | 4/11/2001 |
| Shelton | David | 7/19/2000 |
| Sichting | Francis | 2/5/2001 |
| Skidmore | Victoria | 10/13/1995 |
| Smith | Opal | 8/27/1998 |
| Solem | John | 10/12/2000 |
| Spencer | Forrest | 1/1/1999 |
| Spencer | Katherine | 8/18/2000 |
| Spletstoser | Dean | 6/14/1990 |
| Taylor-Regjovich | Shirley | 2/11/2003 |

Libby Claimants on Oxygen

2

| Templin, Sr | Jack | 12/13/1994 |
|---|---|---|
| Tolle | Maryann | 4/13/2000 |
| **LastName** | **FirstName** | **DiagDate** |
| Torgison | Walter | 12/9/1999 |
| Urdahl | John | 5/28/1999 |
| Vinson | Kay | 5/13/2002 |
| Wade | Charlotte | 7/7/1997 |
| Warner | Edgar | 3/9/1994 |
| Wilburn | Harold | 1/1/1986 |
| Wray | Brian | 4/17/2001 |
| Zak | Helen | 8/9/2004 |

Libby Claimants with FVC, TLC, or DLCO <60                 9/22/2006

| A/D | LastName | FirstName | DiagDate | RRRdate | TLC | FVC | DLCO | DX |
|-----|----------|-----------|----------|---------|-----|-----|------|-----|
| D | Albert | Thomas | 11/30/1997 | 1/19/96 | | 45 | 23 | A, LC |
| A | Allen | James | 6/9/1993 | 8/22/05 crapo | 75 | 72 | 51 | A |
| A | Applegate | Duane | 2/12/2001 | 5/30/06 crapo | 97 | 87 | 52 | A |
| A | Atchley | Edward | 4/5/2001 | 5/23/05 | 97 | 89 | 54 | A |
| D | Badgley - PR Linnea Badgley | William | 1/1/1996 | 6/7/00 | 77 | 96 | 59 | A |
| A | Baeth | Kenneth | 10/29/1997 | 7/12/06 | 73 | 101 | 57 | A |
| A | Baker | Mildred | 1/1/1995 | 1/22/01 | 74 | 49 | 25 | A |
| D | Baker - PR Frances Baker | Bruce | 3/21/2000 | 2/27/01 | 95 | 95 | 43 | A, LC |
| A | Barnes | Robert | 7/1/1998 | 4/5/06 crapo | 59 | 57 | 49 | A |
| A | Benefield | David | 4/10/2001 | 11/9/05 crapo | 84 | 74 | 41 | A |
| A | Benefield | Donald | 1/8/2001 | 11/28/05 crapo | 105 | 86 | 59 | A |
| A | Benefield | Gayla | 5/10/2001 | 8/10/05 crapo | 120 | 107 | 56 | A |
| A | Bennett | Lois | 10/14/1998 | 1/18/06, 1/26/06 | 61 | 41 | 43 | A |
| A | Benoit | Edward | 8/26/1998 | 4/27/06 crapo | 91 | 85 | 59 | A |
| A | Billadeau | Elmer | 4/18/2001 | 11/7/05 crapo | 100 | 66 | 57 | A |
| A | Bock | Fred | 7/1/2002 | 3/8/06 crapo | 100 | 55 | 58 | A |
| A | Boothman | Billy Bob | 5/28/1992 | 4/15/05 crapo | | 59 | 40 | A |
| D | Boyle - PR Lorinda Gartner | Patrick | 2/25/2002 | 2/14/02 | 104 | 98 | 38 | A |
| A | Bradshaw | Ronald | 5/11/2004 | 7/25/05 | 85 | 54 | 91 | A |
| A | Brickey | Helen | 3/1/2000 | 4/25/06 | 104 | 83 | 41 | A |
| A | Brown | Doris | 12/14/2000 | 12/6/05 crapo | 100 | 83 | 54 | A |
| A | Busby | Dan | 11/8/2001 | 11/2/05 | 79 | 69 | 37 | A |
| A | Cannon | Stuart | 5/5/1996 | 3/21/06 crapo | 95 | 94 | 31 | A |
| A | Cannon | Yoko | 7/29/1999 | 2/20/06 crapo | 104 | 94 | 21 | A |
| A | Carvey | Steven | 10/30/2000 | 8/23/05 | 145 | 111 | 55 | A |
| A | Caudill | Arthur | 1/1/1990 | 9/6/05 | 83 | 85 | 57 | A |
| A | Challinor | Wendy | 2/20/2001 | 10/10/05 | 91 | 68 | 50 | A |
| D | Challinor - PR Betty Challinor | Jim | 5/9/2001 | 7/25/02 | 42 | 70 | | A |
| D | Cohenour - PR Sherry Neise | Robert | 6/4/1964 | 2/10/71 | | 43 | | A, LC |
| D | Collier - PR Glynda Olson | JoAnn | 11/25/2003 | 3/14/05 | 108 | 68 | 27 | A |
| A | Cook | Donald | 9/28/1999 | 9/13/05 | 91 | 101 | 58 | A |
| A | Coon | Dorothy | 11/8/2000 | 12/13/05 crapo | 103 | 100 | 55 | A |
| A | Craig | Carl | 5/21/1997 | 2/19/04 crapo | 69 | 72 | 53 | A |
| D | Crill - PR Darlena Crill | William | 10/16/2001 | 9/7/05 | 94 | 94 | 50 | A |
| A | Daniels | Joseph | 3/16/2005 | 4/17/06 crapo | | | 53 | A |
| D | Davidson - PR Kay Davidson | Richard | 9/21/1998 | 8/29/00 | 64 | 45 | 102 | A |
| | Day | Hazel | 1/2/2002 | 3/9/06 crapo | 79 | 79 | 46 | A |
| | Dean | Gerald | 6/6/2001 | 8/29/05 | 82 | 71 | 55 | A |
| A | DeShazer | Gerald | 8/29/2001 | 5/17/05 | 129 | 89 | 37 | A |

Libby Claimants with FVC, TLC, or DLCO <60                                    9/22/2006

| A/D | LastName | FirstName | DiagDate | PFT date | TLC | FVC | DLCO | DX |
|---|---|---|---|---|---|---|---|---|
| D | DeShazer - PR David DeShazer? | Margaret | 7/7/1997 | 2/1/01 | 104 | 90 | 48 | A |
| D | DeShazer - PR Jean DeShazer | Donald | 7/13/1989 | 6/21/00 | 61 | 58 | 74 | A |
| | Dickerman - PR Lois Dickerman | Alfred | 4/13/2000 | 5/20/03 | 79 | 51 | 26 | A |
| A | Drury | Bruce | 11/26/2001 | 5/24/05 | 84 | 79 | 59 | A |
| A | Drury | Delano | 6/22/2000 | 7/12/06 crapo | 62 | 63 | 38 | A |
| A | Dutton | Merritt | 9/14/2000 | 1/31/06 crapo | 66 | 60 | 26 | A |
| D | Dyer - PR Forrest Dyer | Lester | 10/29/1989 | 8/7/90 spiro | | 48 | | A |
| A | Edwards | Robert | 9/27/2001 | 5/31/06 crapo | 111 | 110 | 30 | A |
| A | Eldridge | Kristine | 5/15/2001 | 9/19/05 | 108 | 51 | 72 | A |
| A | Erickson | Duane | 4/3/2001 | 7/10/06 crapo | 123 | 60 | 44 | A |
| A | Erickson | Richard | 7/17/2001 | 4/21/06 crapo | 100 | 73 | 27 | A |
| D | Erickson - PR Richard or Chris Erickson | Rodney | 10/22/1992 | 6/6/02 | 101 | 80 | 22 | A |
| A | Fellenberg | Ruben | 3/21/1985 | 4/5/06 crapo | 52 | 46 | 40 | A |
| A | Ferch | Warren Dean | 6/29/2000 | 5/17/06 crapo | 95 | 90 | 45 | A |
| A | Filopoulos | Frank | 2/7/2002 | 11/15/05 crapo | 86 | 86 | 57 | A |
| A | Finstad | Kenneth | 9/1/1998 | 10/17/05 | 81 | 73 | 59 | A |
| A | Fore | Billy | 9/15/1999 | 6/7/06 crapo | 80 | 90 | 34 | A |
| D | Foster - PR Toni Witt | Ray | 11/3/2000 | 11/30/00 | | 88 | 34 | A |
| A | Freebury | Danny | 10/24/2001 | 7/25/05 | 126 | 79 | 24 | A |
| | Fuller - PR Bonnie Fuller | Robert | 5/27/1999 | 5/25/05 crapo | 65 | 41 | 14 | A |
| D | Gaston - PR Susan Grenfell | Edward | 7/15/1998 | 8/28/02 | 36 | 31 | 29 | A |
| A | Grenfell | Susan | 2/28/2002 | 10/10/05 | 96 | 75 | 41 | A |
| A | Haefele | Marvin | 8/15/2005 | 5/15/06 crapo | 66 | 57 | 54 | A |
| A | Hagerty | Leota | 10/24/2000 | 4/26/06 crapo | 74 | 48 | 9 | A |
| D | Hagerty - PR Bill Hagerty | William | 2/16/1999 | 10/28/99 | 63 | 72 | 55 | A |
| A | Hale | Douglas | 7/30/2002 | 6/6/06 crapo | 123 | 47 | 36 | A |
| D | Hammer - PR Mary Hammer (Betty Warner POA Mary) | Peter | 4/25/2001 | 4/25/01 spiro | | 18 | | A |
| A | Harshaw | Frances | 6/20/2000 | 11/17/05 crapo | 101 | 103 | 51 | A |
| A | Hensley | Myrl | 10/29/2001 | 7/3/06 crapo | 95 | 91 | 56 | A |
| A | Herreid | N. Dale | 5/9/2001 | 11/16/05 crapo | 117 | 122 | 49 | A |
| A | Hill | Dayton | 10/5/2000 | 5/12/04 | 58 | 47 | 40 | A |
| A | Hodges | Donald | 4/18/2002 | 6/21/04 | 114 | 115 | 37 | A |
| A | Hoffman | LeeRoy | 3/26/2001 | 8/9/05 | 93 | 97 | 50 | A |
| A | Hopkins | James | 7/6/1988 | 3/23/06 crapo | 56 | 52 | 58 | A |
| A | Hughes | Patricia | 4/3/2001 | 2/22/05 | 106 | 93 | 56 | A |
| D | Hughes - PR Patricia Hughes | Robert | 4/3/2001 | 8/2/00 spiro | | 51 | | A |
| | Hugill - PR Germaine Hugill | Glenn | 7/1/2000 | 7/16/00 | 71 | 48 | 77 | A |
| A | Hunt | Robert | 11/23/1999 | 5/21/01 | 77 | 66 | 31 | A |
| A | Hurlbert, Jr | Ervin | 6/1/1994 | 3/20/97 | 69 | 51 | 65 | A |

Libby Claimants with FVC, TLC, or DLCO <60

9/22/2006

| A/D | LastName | FirstName | DiagDate | PFT date | TLC | FVC | DLCO | DX |
|---|---|---|---|---|---|---|---|---|
| A | Hutton | Kenneth | 12/6/1995 | 4/3/06 crapo | 113 | 72 | 39 | A |
| D | Jacobson - PR Lona Dianne Walker | Dorothy | 7/11/2001 | 7/11/01 | | 56 | | A |
| | Johnson | Raymond | 3/19/2001 | 5/31/06 crapo | 89 | 92 | 57 | A |
| D | Johnson - PR Mildred Johnson | Donald | 11/9/1981 | 11/5/97 | 84 | 32 | 44 | A |
| A | Jones | Eugene | 3/19/2004 | 4/7/04 | 72 | 57 | 48 | A |
| A | Jones | Oreon | 1/1/1986 | 10/2/02 | 77 | 64 | 34 | A |
| A | Jungst | Lois | 11/9/2003 | 2/15/06 crapo | 91 | 71 | 59 | A |
| A | Junior | Mark | 9/24/2004 | 11/15/04 | | 89 | 57 | A |
| D | Kaeding - PR Louise Kaeding | Donald | 5/2/1996 | 2/29/00 | 47 | 47 | 39 | A |
| D | Katarzy - PR Pam Starke | Walter | 8/6/1997 | 8/4/97 | 63 | 57 | 79 | A |
| D | Kelly - PR Gyme Kelly | Patricia | 3/9/1999 | 6/27/00 | 88 | 58 | 37 | A, LC |
| A | Kenelty | Gerald | 4/10/2001 | 8/31/05 | 120 | 107 | 35 | A |
| A | Kenelty | Marylin | 6/2/2004 | 6/2/04 | 114 | 84 | 53 | A |
| A | Kilgore | Lucille | 12/27/2000 | 3/21/06 crapo | 112 | 60 | 47 | A |
| A | Koester | Clyde | 2/15/2005 | 5/9/06 | 71 | | 46 | A |
| A | Kujawa | Loren | 9/27/2001 | 10/18/05 | 81 | 103 | 51 | A |
| D | Kujawa - PR Loren Kujawa | Gynell | 1/9/2002 | 1/21/04 | 83 | 79 | 14 | A |
| A | Larson | Joan | 1/16/2001 | 12/6/05 crapo | 95 | 101 | 50 | A |
| D | Larson - PR Joyce Larson | Carl | 2/16/1998 | 2/16/98 | 131 | 64 | 46 | A |
| A | Lindsay | LaMar | 11/14/1997 | 5/30/06 crapo | 83 | 79 | 49 | A |
| A | Ludwig | Larry | 8/12/1999 | 8/22/05 | 84 | 53 | 5 | A |
| A | Lundstrom | Carl | 7/26/2001 | 4/10/06 crapo | 87 | 92 | 47 | A |
| A | Lyle | Shirley | 5/2/2002 | 4/24/06 | 103 | 67 | 34 | A |
| D | Lyle - PR Glenda Lyle | John | 12/6/1993 | 5/31/00 | 97 | 101 | 44 | A, meso |
| A | Lyle, Jr | Jimmie | 6/12/2001 | 5/4/06 crapo | 89 | 89 | 16 | A |
| A | Mack | Robert | 7/28/1998 | 6/5/06 crapo | 50 | 35 | 34 | A |
| A | Mallory | Alan | 4/7/2000 | 7/5/00 | 125 | 77 | 56 | A |
| A | Martineau | John | 3/11/2002 | 5/1/06 crapo | 106 | 106 | 49 | A |
| A | Maxwell | Betty | 5/1/2001 | 8/10/05 | 79 | 79 | 57 | A |
| A | Moen | Renee | 1/17/2002 | 5/10/05 | 78 | 77 | 48 | A |
| A | Morey | Jim | 2/19/2001 | 1/19/06 crapo | 106 | 96 | 43 | A |
| D | Murray - PR Betty Bauer | Thomas | 3/1/1997 | 8/18/98 | 59 | 70 | 35 | A |
| D | Nelson | Robert | 7/16/1998 | 10/30/01 | 68 | 56 | 27 | A |
| A | Norton | Marilyn | 5/24/2005 | 6/19/06 crapo | 80 | 76 | 44 | A |
| A | O'Brien | Louie | 3/6/2002 | 7/12/05 | 79 | 90 | 57 | A, LC |
| D | Oikle - PR Julie Randles | Edna | 3/21/2000 | 5/21/04 | | 29 | 40 | A |
| | Oikle - PR Julie Randles | Gerald | 9/8/1989 | 2/26/02 | 68 | 77 | 37 | A, LC |
| D | Oldham - PR Eva Oldham | George | 5/11/1992 | 5/24/93 | | 19 | | A |
| D | Olson - PR Glynda Olson | James | 6/23/1998 | 1/25/00 | 117 | 67 | 34 | A, LC |

Libby Claimants with FVC, TLC, or DLCO <60

9/22/2006

| A/D | LastName | FirstName | DiagDate | PFT date | TLC | FVC | DLCO | DX |
|---|---|---|---|---|---|---|---|---|
| A | Orsborn | Elvina | 7/19/2001 | 3/6/06 crapo | 126 | 73 | 23 | A |
| A | Osteen | Narven | 3/26/2001 | 5/2/05 | 84 | 67 | 53 | A |
| | Owen-Segura | Linda | 5/22/2001 | 5/18/06 crapo | 87 | 76 | 56 | A |
| A | Paul | Claude | 8/15/2002 | 1/31/06 crapo | 64 | 67 | 33 | A |
| A | Perley | Edward | 6/4/2001 | 11/29/05 crapo | 106 | 67 | 50 | A |
| A | Perry | William | 3/12/2001 | 2/21/05 | 64 | 47 | 53 | A |
| A | Powell | Donald | 1/26/2005 | 1/26/05 | 109 | 93 | 43 | A |
| A | Priest | Alice | 3/24/1999 | 10/3/05 crapo | 121 | 81 | 23 | A |
| D | Rayome - PR Judy Rayome | Ronald | 7/26/2001 | 6/17/03 | 132 | 34 | 7 | A |
| A | Rebo | Todd | 10/3/2005 | 10/3/05 | 58 | 65 | 86 | A |
| A | Riley | Vernon | 9/10/2001 | 3/20/06 crapo | 74 | 58 | 48 | A |
| D | Riley - PR Karen Riley | Donald | 8/31/1981 | 11/12/96 | 42 | 41 | 55 | A |
| A | Rosencrans | Robert | 5/31/2001 | 2/14/06 crapo | | 56 | | A |
| A | Ryan | Judith | 8/11/2005 | 8/26/05 | 133 | 69 | 41 | A |
| D | Ryan - PR Deborah Ryan | Royce | 6/15/1998 | 4/25/00 | 62 | 71 | 44 | A, Colon |
| A | Ryan, Sr | Michael | 8/11/2005 | 8/26/05 | 88 | 39 | | A |
| A | Schauss | Guenther | 3/27/2001 | 7/12/06 crapo | 64 | 45 | 64 | A |
| A | Schull | Billie | 8/26/1998 | 7/11/06 crapo | 73 | 57 | 60 | A |
| A | Shaffer | Donald | 2/2/2005 | 2/28/06 | | 51 | | A |
| | Shattuck | George | 3/1/2000 | 1/23/06 crapo | 119 | 117 | 43 | A |
| A | Shea | Lois | 4/2/2001 | 8/11/05 crapo | 55 | 47 | 28 | A |
| A | Shiflett | William | 8/24/2000 | 9/28/05 | 108 | 121 | 40 | A |
| A | Shriner | Donna | 2/28/2002 | 5/1/06 crapo | 97 | 95 | 48 | A |
| A | Smith | Opal | 8/27/1998 | 9/20/05 | 96 | 58 | 56 | A |
| A | Sneath | Roy | 2/7/2002 | 6/14/06 crapo | 79 | 94 | 50 | A |
| D | Spady - PRs Doloris Spady & Stuart Spady | Raymond | 6/28/2002 | 7/31/01 | | 58 | | A |
| A | Spencer | Katherine | 8/18/2000 | 11/8/04 | 71 | 66 | 37 | A |
| A | Spletstoser | Dean | 6/14/1990 | 6/20/05 | | 81 | 50 | A |
| D | Stacy - PR Douglas Stacy | Beryl | 8/28/2001 | 2/21/02 | 70 | 61 | 57 | A, LC |
| A | Stapley | Kenneth | 8/20/2001 | 2/9/05 | 99 | 104 | 46 | A |
| A | Steele | Marvin | 7/17/2001 | 8/4/05 | | 58 | 95 | A |
| A | Swenson | David | 1/11/2001 | 2/26/04 | 86 | 97 | 52 | A |
| A | Taylor-Regjovich | Shirley | 2/11/2003 | 6/5/06 crapo | 93 | 76 | 21 | A |
| A | Templin, Sr | Jack | 12/13/1994 | 1/12/06 crapo | 116 | 84 | 41 | A |
| A | Tennison | Rory | 6/30/1997 | 4/25/06 crapo | 63 | 58 | 68 | A |
| A | Thomson | Eva | 5/1/2001 | 12/21/05 crapo | 112 | 101 | 52 | A |
| A | Tolle | James | 3/15/2001 | 2/15/06 crapo | 91 | 47 | 77 | A |
| A | Torgerson | Richard | 3/8/2001 | 5/3/06 crapo | 83 | 66 | 46 | A |
| A | Troyer | Diane | 2/11/2004 | 7/13/05 | 58 | 58 | 61 | A |

Libby Claimants with FVC, TLC, or DLCO <60                9/22/2006

| A/D | LastName | FirstName | DispDate | PFT date | TLC | FVC | DLCO | DX |
|---|---|---|---|---|---|---|---|---|
| A | Urdahl | John | 5/28/1999 | 12/28/04 | 105 | 103 | 45 | A |
| A | Viereck | Richard | 8/23/1990 | 3/2/05 | 86 | 93 | 58 | A |
| | Vinson | Harvey | 1/3/2001 | 7/6/06 crapo | 65 | 62 | 58 | A |
| A | Vinson | Kay | 5/13/2002 | 3/8/06 crapo | 90 | 57 | 39 | A |
| A | Vinson | Verle | 1/10/1997 | 9/13/05 | 86 | 86 | 31 | A |
| A | Wade | Charlotte | 7/7/1997 | 6/22/05 | 110 | 73 | 39 | A |
| A | Warner | Edgar | 3/9/1994 | 4/6/06 crapo | 74 | 81 | 42 | A |
| A | Wilburn | Barbara | 8/7/2001 | 4/6/05 | 116 | 63 | 44 | A |
| A | Wilburn | Harold | 1/1/1986 | 3/31/04 | 75 | 99 | 57 | A |
| A | Wilkes | Robert | 5/6/1996 | 2/9/05 | 70 | 58 | 36 | A |
| A | Wray | Brian | 4/17/2001 | 4/3/06 crapo | 72 | 55 | 38 | A |
| D | Wright - PR Margaret Wright | Andrew | 5/1/1996 | 9/26/00 | 53 | 35 | 63 | A |
| A | Young | Angela | 8/2/2001 | 2/23/06 crapo | 89 | 80 | 51 | A |
| A | Zak | Helen | 8/9/2004 | 6/5/06 | 89 | 84 | 54 | A |

Expert Report by Dr. Alan C. Whitehouse

# Exhibit 7

Note:  CD titled "Meso Cases Libby" omitted from electronic filing, but provided with the service copy

Mesothelioma Cases dur 'Exposure to Libby Asbestos

| # | Name | Dates of Work at Grace | Law Firm | DOB | Death Certificate | Path Report | Lovick Depo Date, Page | Verified |
|---|------|------------------------|----------|-----|-------------------|-------------|------------------------|----------|
| 1 | Baker, Morland | 1/29/47 - 9/12/49 | | 7/27/27 | 5/27/82 meso | | 12/20/83 - 107:21<br>3/17/92 - 50:24<br>9/7/95 - 91:5<br>12/19/96 - 40:2 | Yes |
| 2 | Bentley, George W. (?) | 11/13/53 - 2/15/54 | | 4/20/07 | No record | | | No |
| 2 | Bentley, George W. Jr. (?) | 5/19/67 - 8/13/76 | | 6/18/40 | No record | | 9/9/95 - 91:19 | |
| 3 | Calkins, John B. | 1/31/52 - 10/15/58 | | 3/9/21 | 11/17/92 meso | | 9/7/95 - 91:23 | Yes |
| 4 | Davidson, James<br>Depo Date: 6/9/05 | 6/12/53 - 10/23/53<br>(St.Regis/Champion 1954-1992) | LSK | 12/31/34 | 7/7/06 meso | 10/17/03 | | Yes |
| 5 | Faris, George R. | not on alpha list<br>said to be a Zonolite worker | | 8/29/23 | 8/9/96 meso | | | Yes |
| 6 | Ferguson, Gordon A. | 6/17/42 - 5/31/46 | | 8/9/23 | 3/26/04 presumed meso | | | No |
| 7 | Garrison, Daniel, Sr. | 12/6/56 - 1/23/57<br>1952 - 3 months | LSK | 8/6/31 | 8/7/00 meso | 3/1/00 | | Yes |
| 8 | Gerard, Carol | environmental<br>(see exposure history) | MHSM | 1/7/47 | 5/23/03 meso | 9/12/00,<br>5/23/03 | | Yes |
| 9 | Graham, Robert<br>Depo Date: 9/4/97, 9/5/97 | 8/22/62 - 2/16/90 | MHSM | 11/5/27 | 1/9/98 meso | 2/19/97 | | Yes |
| 10 | Harrison, Jack E. | environmental<br>Libby resident 5-6 years | | | 1995<br>No record | 6/27/05<br>Dr. Clifford ltr | | Yes |
| 11 | Hutton, Jack | 9/12/62 - 9/24/62 | | 1/21/34 | No record | | | No |
| 12 | Johnson, Ronald B. | 5/5/60 - 9/10/76 | | 10/29/12 | 3/19/87 meso | | 9/7/95 - 92:19 | Yes |
| 13 | Kimble, Hord M., Jr. | 9/4/62 - 6/21/65 | | 9/11/31 | 4/12/84 meso | | | Yes |

1

Mesothelioma Cases due    xposure to Libby Asbestos

| | Name | Dates of Work at Grace | Law Firm | DOB | Death Certificate | Path Report | Lovick Depo Date, Page | Verified |
|---|---|---|---|---|---|---|---|---|
| 14 | Lockwood, Darrell | 6/29/74 - 4/26/84 | LSK | 10/20/28 | 12/3/91 meso | | | Yes |
| 15 | Lyle, John B. | 11/9/67 - 10/93 | MHSM | 3/13/40 | 1/16/01 meso | 6/10/99 | | Yes |
| 16 | McNair, Michael | 2/1/43 - 3/31/75 | | 3/15/13 | 5/8/83 possible meso | 4/5/83 | 12/20/83 - 107:21<br>3/17/92 - 50:25<br>9/7/95 - 90:23<br>12/19/96 - 40:2<br>12/20/96 - 329:13 | Yes |
| 17 | Nicholls, Alvin | 6/4/58 - 11/17/78 | | 4/7/26 | Alive | 6/17/06 | | Yes |
| 18 | Olson, Verle L. | 9/9/50 - 3/31/62 | | 4/21/19 | 9/25/79 meso | | 12/20/83 - 107:20<br>3/17/92 - 50:25<br>9/7/95 - 93:4<br>12/19/96 - 40:2 | Yes |
| 19 | Peterson, Arnold M. | environmental vacationed in Libby several weeks each summer (1960s?) | | 12/3/22 | 2004 meso? No record | 6/8/04 | | Yes |
| 20 | Peterson, Clarence A. (see Exh. 193, 12/12/80) | 10/21/46 - 6/27/53 6/27/53 | | 8/24/18 | 5/24/80 meso | | 12/20/83 - 107:20<br>3/17/92 - 50:24<br>12/19/96 - 40:10 | Yes |
| 21 | Riley, Darlene Toni Depo date: 12/10/06 | environmental (see exposure history) | MHSM | 11/9/44 | 12/4/98 meso | 4/15/96 | | Yes |
| 22 | Roberts, Ernest Frederick | environmental | | 4/22/18 | 4/11/78 (not meso) | | 3/17/92 - 171:23 | No |
| 23 | Roberts, James | environmental | | 1/23/28 | 5/13/98 (no record) | | | No |
| 24 | Sanderson, Everett | environmental Libby resident 10 years early 60s to early 70s | | 5/15/20 | 2002 meso? No record | 4/23/02 | | Yes |

Mesothelioma Cases due Exposure to Libby Asbestos

| Name | Dates of Work at Grace | Law Firm | DOB | Death Certificate | Path Report | Lovick Depo Date, Page | Verified |
|---|---|---|---|---|---|---|---|
| 25 Skidmore, Victoria | environmental | MHSM | 6/7/36 | Alive | 10/12/95, | | Yes |
| Depo date: 10/18/05 | (see exposure history) | | | | 3/27/02 | | |
| | | | | | | | |
| 26 Trimble, Elizabeth P. | environmental | MHSM | 4/14/25 | 9/1/02 | 5/13/02 | | Yes |
| | long time resident | | | meso? No record | | | |
| | | | | | | | |
| 27 Wilson, Ford | environmental | MSHM | 12/8/28 | 4/1/02 | 1/11/00 | | Yes |
| | (see exposure history) | | | (lung cancer) | | | |
| | | | | | | | |
| 28 Wittlake, Jr. Edward | 9/22/51 - 8/1/64 | | 9/11/25 | 4/15/93 | | | Yes |
| | | | | meso | | | |
| | | | | | | | |
| 29 Not disclosed | ? | - | ? | ? | | | |
| (Peritoneal meso referenced at McDonald (1986) "Cohort Study of Mortality of Vermiculite Miners Exposed to Tremolite", p. 441.) | | | | | | | |

Expert Report by Dr. Alan C. Whitehouse

# Exhibit 8

# Workers with Disease - 1969



**Years of Exposure**

Per Exh. 130.4 Grace Headquarters In-house Study

CA-30
O-35a

# Workers with Disease - 1975



Per Exh. 182.115 Grace Headquarters In-house Study

O-35b



# Workers with Disease - 1976

**Per Exh. 182.23 Grace Headquarters In-house Study**

O-35c

Expert Report by Dr. Alan C. Whitehouse

# Exhibit 9



After 30 years:
97% mild
77% moderate
65% severe

Category 0 - Category 1
Category 1 - Category 2
Category 2 - Category 3

50%

**Proportion**

100%
80%
60%
40%
20%
10%

5    10    15    20    25    30    35

**Years since first exposed**

Cookson (1986) p.996

**W-2**

50% + mild at 15 years
50% + moderate at 23 years
50% + severe at 19 years

Expert Report by Dr. Alan C. Whitehouse

**Exhibit 10**

## STUDIES ON PROGRESSION OF ASBESTOS DISEASE

| Study (date) | asbestos type | # in study | Avg yrs from 1st exposure to 1st study | yrs to follow-up study | % progression on chest x-rays (compare interstitial and pleural) | Maximum years 1st exposure to last follow-up |
|---|---|---|---|---|---|---|
| **CHRYSOTILE ASBESTOS** | | | | | | |
| Jones (1989) | mainly chrysotile  p.97 | 165  p.101 | 20  p.104 | 10  p.98 | interstitia: 13% pleural: 23% combined: 31% p.101, Table 5 | 30  p.104 |
| Gregor (1979) | various jobs p.148 | 71  p.153 | 25  p.153 | 3-7  p.151 | interstitia: 18%  p.156 | 25  p.153 |
| Becklake (1979) | chrysotile (all mines)  p.23 | 86  p.26 | 11  p.26 | 17  p.26 | interstitia: 8/86 = 9% pleural 19/86 = 22% +equivocal: 31% p.26, Table 5 | 25  p.26 |
| **AMPHIBOLE ASBESTOS** | | | | | | |
| Becklake (1979) | chrysotile with tremolite (Thetford[1]) p.27 | 8 17  p.27 | 20 10  p.27 | 16 17  p.27 | interstitia: 62% pleural: 64% combined: 64% p.27, Table 6 | 36 27  p.27 |
| Sluis Cremer (1989) | crocidolite amosite  p.846[2] | 1454  p.846 | 7  p.848 | avg 8  p.848 | interstitia 0/1, then progression = 63%[3]  p.849 | 16  p.851 |
| Cookson (1986) | crocidolite  p.994 | 136  p.995 | 2 to 34  p.995 | up to 34  p.995 | interstitia: in 34 yr: to 1/0: 97% to 2/1: 77% to 3/2: 65% p.996, Figure 1 | 34  p.995 |
| Ehrlich (1992) | amosite  p.268 | 212  p.273 | > 20  p.273 | Series  p.273 | interstitia: 37% pleural: 53% p.272-273[4] | ? |

[1] See McDonald (1999) p.439 Thetford Mines had 4x more tremolite content than the other mines studied.
[2] p.846: "once a dose of asbestos sufficient to initiate the disease has been retained, it is inexorably progressive."
[3] 53/88 (60%) + 46/69 (67%) = 99/157 (63%).
[4] Average of reader 1 & reader 2. See Table 5 (parenchymal totals) and Table 8 (pleural > 30).