IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 3rd day of October, 2006, she caused a copy of the following

### EXPERT REPORT OF DR. ALAN C. WHITEHOUSE

to be served upon the parties on the attached list via first class mail or in the manner as otherwise indicated.

_____
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 3rd day of October, 2006.

_____
Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 20, 2007

393.001-14068.DOC

**HAND DELIVERY**
Laura Davis Jones
James E. O'Neill, III
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899
(Counsel for the Debtors and Debtors in Possession)

David M. Bernick
Jonathan Friedland
Salvatore F. Bianca
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(Counsel for the Debtors and Debtors in Possession)

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

Barbara Harding
Brian T. Stansbury
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005
(Counsel for the Debtors and Debtors in Possession)

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

**HAND DELIVERY**
Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

Roger Frankel
Richard H. Wyron
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007
(Counsel to David T. Austern, Future Claimants' Representative)

John C. Phillips, Jr.
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(Counsel to David T. Austern, Future Claimants' Representative)

Scott L. Baena
Jay M. Sakalo
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-2336
(Counsel to the Official Committee of Asbestos Property Damage Claimants)

**HAND DELIVERY**
Theodore J. Tacconelli
Lisa L. Coggins
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(Counsel to the Official Committee of Asbestos Property Damage Claimants)

Philip Bentley
Gregory Horowitz
Gary M. Becker
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(Counsel to the Official Committee of Equity Security Holders)

**HAND DELIVERY**
Teresa K.D. Currier
Buchanan Ingersoll & Rooney P.C.
1000 West Street, Suite 1410
Wilmington, DE 19801
(Counsel to the Official Committee of Equity Security Holders)

Lewis Kruger
Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
(Counsel to the Official Committee of Unsecured Creditors)

**HAND DELIVERY**
Michael R. Lastowski
Richard W. Riley
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(Counsel to the Official Committee of Unsecured Creditors)

**HAND DELIVERY**
David Klauder
Office of the United States Trustee
844 King Street
Room 2311
Wilmington, DE 19801

Daniel C. Cohn
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
(Counsel to Libby Plaintiffs)