Expert Report of Dr. Arthur Frank

# Exhibit B

9/13/2006

# Legal Cases with Deposition or Trial Appearance
## by Arthur L. Frank, M.D.

(Please note: There has been no systematic recording of legal activity by Dr. Frank over the past years, especially not prior to October, 1994 when he began his current position at a new educational institution. The exact listing for the cases has not been maintained. The list following is the best reconstruction possible. Some appearances were via videotape.)

| Date | Client Name or Location | Law Firm/Attorney |
|------|------------------------|-------------------|
| 10/94 | Asbestos in Bldng. Case Minneapolis, MN (T) | Messerli & Kramer |
| 10/94 | 12 PI cases, Asbestos Steel Mill, IL (D) | Morris Chapman |
| 11/94 | Frank Dilorio, PI Asbestos, PA (T) | Mitchell Cohen |
| 12/94 | Asbestos Case Louisville, KY, PI (T) | Greitzer and Locks |
| 1/95 | PI Cases IL Steel Mill (T) | Morris Chapman |
| 1/95 | Mayo and Lonergan Asbestos PI Cases (D) | C. O'Donnell |
| 2/95 | Yellow Creek Case London, KY (T) | Robert Reeves |
| 2/95 | Hayes and Wheeler PI Cases (D) | Kenneth Sales |
| 3/95 | Mustapick Case PI Asbestos, NY, NY (D) | C. Hession |
| 3/95 | Mustapick Case PI Asbestos, NY, NY (T) | Mitchell Cohen |
| 3/95 | Chicago Schools Litigation, Asbestos (D) | Marc Weingarten |

9/13/2006

| *Date* | *Client Name or Location* | *LawFirm/Attorney* |
| --- | --- | --- |
| 3/95 | Frank Griffith, PI Asbestos Lexington, KY (T) | Robert Reeves |
| 3/95 | John Butler, Sr., PI Asbestos Louisville, KY (T) | Steve Wilson |
| 4/95 | William Forbis PI Asbestos (T) | Steve Wilson |
| 4/95 | George W. Davis PI Asbestos, Georgia (D) | Darrell Gossett |
| 4/95 | Hopkins & Combs PI Asbestos, KY (D) | Steve Wilson |
| 4/95 | Smith, Lonergan & Mayo PI, Asbestos, GA (D) | Barbara Lane |
| 5/95 | Mustapick PI Asbestos (D) | C. Hession |
| 5/95 | Vernon Sexton PI Asbestos (D) | Steve Wilson |
| 6/95 | Patterson PI Asbestos (D) | Mitchell Cohen |
| 7/95 | M. L. Mathes PI Asbestos (D) | C. O'Donnell |
| 7/95 | Dayhoit Community Case, KY Chemical Exposure (D) | Donna Holt |
| 8/95 | Jack Henderson, PI Case Worker's Comp (D) | Jane Koprucki |
| 8/95 | Edgar Wommack PI Asbestos, GA (D) | Daniel O'Connell |
| 8/95 | Block 145 vs. Grace Bldg. Asbestos (D) | Geoffrey Harrison |
| 9/95 | Asbestos Bldg. Case Kentucky vs. Grace (D) | Lawrence Flatley |

2

9/13/2006

| Date | Client Name or Location | LawFirm/Attorney |
|------|------------------------|------------------|
| 9/95 | Kenneth Bearden<br>PI Asbestos, GA (D) | Roger Lane |
| 9/95 | S. Wright (D) | John E. Suthers |
| 10/95 | TransAmerica Bldg. Case<br>Asbestos, Grace (D) | Dori Kuchinski |
| 11/95 | General Reinsurance Case<br>Asbestos (D) | Gita Rothschild |
| 11/95 | David Yarbro vs. Kimberly Clark<br>Asbestos PI (D) | B. J. Wade |
| 1/96<br>3/96 | Thad Lee, PI<br>Asbestos, GA (T) | Roger Lane |
| 1/96 | Wommack, PI Asbestos, GA (T) | Barbara Lane |
| 2/96 | Anderson Case, PI Asbestos<br>Washington, D.C. (D) | Peter Enslein |
| 2/96 | Asbestos Case, Cincinnati PI (T) | Mitchell Cohen |
| 6/96 | M. Harrill Case, PI Asbestos (D) | C. O'Donnell |
| 6/96 | J. Robertson, Asbestos<br>Atlanta, GA (T) | Lane & Gossett |
| 6/96 | Asbestos (T) | Segal, Sales, et al |
| 7/96 | Asman, Asbestos (T) | Greitzer & Locks |
| 9/96 | NCR vs. U. S. Mineral Products Co.<br>Bldg. Asbestos Case (D) | P. Slater |
| 9/96 | Deposition – 9 Asbestos Cases | C. O'Donnell |
| 9/96 | Steed Case, Asbestos PI<br>Texas (T) | B. Bailey |
| 10/96 | North Dakota Case<br>Bldg. Asbestos (D) | D. Speights |

3

9/13/2006

| Date | Client Name or Location | LawFirm/Attorney |
|------|------------------------|------------------|
| 10/96 | S. Dehring Case, Asbestos, PI North Carolina (T) | M. Brickman |
| 10/96 | Port Authority Case, Bldg. Asbestos (D) | C. Hession |
| 10/96 | Forbis, et al Asbestos PI (T) | S. Wilson |
| 10/96 | McCarty vs. Lincoln Electric, et al Manganese Poisoning (D) | R. McBride |
| 11/96 | Gilbreath and Weems Asbestos PI (D) | R. Arentson |
| 12/96 | Pfleiger Case, Asbestos PI Penn. (T) | M. Cohen |
| 1/97 | A. Murray Case Asbestos PI (T) | Lane & Gossett |
| 3/97 | Asbestos PI Case, New York City (T) | M. Cohen |
| 3/97 | S. Minardi, Asbestos (D) | Greenberg, Troger, et al |
| 3/97 | J. Hardy (D) Asbestos, P.I | Sheer & Gardner |
| 3/97 | Rowell, (D, T) Asbestos, P.I., GA | Lane & Gossett |
| 3/97 | R. Bregel, R. Cowan, Asbestos (D) | Greitzer & Locks |
| 3/97 | Nance (D) | J. M. Riley |
| 4/97 | Cangiane Case, Asbestos PI New York (D, T) | M. Cohen |
| 4/97 | Worker's Comp (D) | Michael & Jones |
| 4/97 | O. Rowell, Asbestos (D, T) | Lane & Gossett |
| 4/97 | Tarrants Case, Asbestos (T) | Segal, Sales, et al |
| 8/97 | W. Herrin, Asbestos (T) | Lane & Gossett |

9/13/2006

| _Date_ | _Client Name or Location_ | _LawFirm/Attorney_ |
|---|---|---|
| 8/97 | J. Runnels (D) Welding Fumes P.I., Tx | Chopin, Wager, Cole |
| 9/97 | V. Holland, Asbestos (D, T) | Jordan & O'Donald and Lane & Gossett |
| 10/97 | S. Griffith, Manganese (D, T) | Casino Vaughn |
| 10/97 | R. Jones, Asbestos (D, T) | Lane & Gossett |
| 11/97 | L. Keel, Asbestos (D, T) | Lane & Gossett |
| 11/97 | E. Lopez, Asbestos (D) | Luttrell, Williams, et al |
| 11/97 | 3 Cases, Asbestos (T) | Segal, Sales, et al |
| 11/97 | Trujillo, Sales, Asbestos (D) | John Roven & Assoc. |
| 12/97 | F. Dirksen, Asbestos (T) P.I., GA | Segal, Sales, etc. |
| 12/97 | Perkins, et al, Asbestos P.I. (D) | Herren & Adams |
| 12/97 | Minneapolis, MN Asbestos Bldg. (D, T) | Doherty, Rumble & Butler |
| 1/98 | Various, Asbestos, P.I., GA | Jordan & O'Donnell |
| 2/98 | Aldrick, Harris, Lester Asbestos (D) | Jordan & O'Donnell |
| 2/98 | E. Owens, Asbestos (D) | Middleton, Mixson, et al |
| 2/98 | C. Strickland, Asbestos P.I., GA (D) | Jordan & O'Donnell |
| 3/98 | McGowen, Zorn, Brown Asbestos (D) | D. O'Connell & Assoc. |
| 4/98 | Various (D) Asbestos, P.I., GA | D. J. O'Donnell |
| 5/98 | G. Cole, Asbestos P.I. (T) | Greitzer & Locks |
| 5/98 | Zorn, et al, Asbestos (T) | Lane & Gossett |

5

9/13/2006

| Date | Client Name or Location | LawFirm/Attorney |
|---|---|---|
| 6/98 | Boyd County Cases, KY Asbestos P.I. (T) | Sutter & Enslein |
| 6/98 | Hammer (D) Asbestos, P.I., FL | D. Morris |
| 7/98 | C. Strickland, Asbestos (T) | Lane & Gossett |
| 7/98 | I. Hammer, Asbestos (D) | Wicker, Smith, et al |
| 7/98 | Walker, Manganese (D) | Casino Vaughn |
| 7/98 | I. Hammer, Asbestos Ft. Lauderdale (T) | Reed Bryant |
| 7/98 | R. Wiggington, Asbestos (T) | Segal, Sales, et al |
| 7/98 | Eaves (D) | Goodwin & Carlton |
| 8/98 | P. Lockaby, Asbestos (D) | D. O'Connell & Assoc. |
| 8/98 | W. Wood (D) Asbestos, P.I., MO | Bryan Cove Law Firm |
| 8/98 | S. Slates, Asbestos (D) | Tydings & Rosenberg |
| 9/98 | W. Wood, Asbestos (T) | John Roven & Assoc. |
| 9/98 | P. Lockaby, Asbestos (T) | Lane & Gossett |
| 10/98 | 3 Cases, Asbestos (D, T) | Lane & Gossett |
| 10/98 | 2 Cases, Asbestos (D) | Lane & Gossett |
| 10/98 | Various (D) Asbestos, P.I. | D. Mitchell |
| 10/98 | Various (D) Asbestos, P.I., GA | Jordan & O'Donnell |
| 10/98 | Various (D, T) Asbestos, P.I., GA | Lane & Gossett |

6

9/13/2006

| _Date_ | _Client Name or Location_ | _Law Firm/Attorney_ |
|--------|---------------------------|---------------------|
| 10/98 | KY Case(D) | R. Reeves |
| 10/98 | (D) | S. Glover |
| 11/98 | (D) | K. Colbert |
| 11/98 | Wosk (D, T)<br>Asbestos, P.I., PA | Greitzer & Locks |
| 12/98 | Buehner (D) | J. Scharon |
| 1/99 | Sowell (D)<br>Asbestos, P.I., GA | Jordan & O'Donnell |
| 2/99 | Townes (D)<br>Asbestos, P.I., GA | Jordan & O'Donnell |
| 4/99 | Halfacre (D)<br>MN Exposure | P. Bell |
| 5/99 | Pransky (D)<br>Asbestos, P.I., MD | Church & Houff |
| 5/99 | Various (D, T)<br>Asbestos, P.I. | Lane & Gossett |
| 5/99 | Townes (D, T)<br>Asbestos, P.I., GA | Lane & Gossett |
| 6/99 | Rozell (D)<br>Asbestos, P.I., TX | R. Cook |
| 6/99 | Various (D)<br>Asbestos, P.I., KY | J. Satterley |
| 7/99 | Pransky (T)<br>Asbestos, P.I., MD | Greitzer & Locks |
| 8/99 | Forres (T)<br>Firefighter Lung Cancer<br>San Antonio, Texas | R. Poole |
| 9/99 | Lone Star Steel Cases (D)<br>Asbestos, Silica | Nix |

9/13/2006

| | | |
|---|---|---|
| 9/99 | Walker, et. al., P.I. (D) Manganese | Cascino Vaughan |
| 10/99 | Bernhardt (T) Asbestos, P.I., PA | Greitzer & Locks |
| 10/99 | R. Boren (D) Chemical Exposure, P.I., NB | C. R. Zwart |
| 12/99 | Tidwell (D, T) Asbestos, P.I., KY | Greitzer & Locks |
| 12/99 | Preston (T) Asbestos, P.I., KY | J. Satterley |
| 12/99 | Walker (T) Manganese | Cascino Vaughn |
| 2/00 | Nelson, Browning (D) Asbestos, P.I., TX | Ness, Motley |
| 2/00 | Hanks (D) Asbestos P.I., | W.T. Causby |
| 2/00 | Various Cases (D) Asbestos, P.I. | Jordan & Bristol |
| 3/00 | Ballard (D) Asbestos, P.I. | A. Parnell |
| 3/00 | Ballard (T) | J. Satterley |
| 3/00 | Boren (T) | Richard Dinsmore |
| 4/00 | Griffin Asbestos (P, I) | Jordan & O'Donnell |
| 5/00 | Hutcheson (D, T) | The Simmons Firm |
| 5/00 | Taylor Jordan (D) | Cook, Doyle & Bradshaw |
| 6/00 | Marion Fox (D) | Smith, Helms, Mulliss & Moore |
| 6/00 | Minzenberger (D) | Jordan & O'Donnell |

9/13/2006

| 6/00 | Mueth, Wright, Smith (D) | The Simmons Firm |
| 8/1/00 | Ward, Barnes (D) | Lane & Gossett |
| 8/24/00 | Courson (D) (T) | Cook, Doyle & Bradshaw |
| 8/29/00 | Kerhin (D) | Nolan, Plumhoff & Williams |
| 9/20/00 | Boulden (D) | Taylor, Davis & Ernster |
| 11/20/00 | Migl (D) Bogan (D) | Cook, Doyle & Bradshaw |
| 1/5/01 | Whitesell (VD) | Barbara Kay Lane |
| 1/16 – 17/01 | Fletcher (D) Ross (D) Wallace (D) | Crowley & Douglas |
| 1/19/01 | Williams (D) | Wellborn, Houston, Adkison, Mann, Sadler & Hill |
| 1/26/01 | Fontenot (D) | Cook, Doyle & Bradshaw |
| 2/13/01 | Horton (D) | Willman & Arnold |
| 2/27/01 | Weaver (D) | Jordan & O'Donnell |
| 4/12/01 | Joubert (D) | Cook, Doyle & Bradshaw |
| 4/17/01 | Jones (D) | Hawkins & Parnell |
| 4/18/01 | Padalecki (D) | Cook, Doyle & Bradshaw |
| 4/18 – 19/01 | Roth (T) | Cooney & Cooney |
| 4/30/01 | Dawson (D) | Ness, Motley, Loadholt, Richardson & Pool |
| 5/4/01 | Brown (D) Barton (D) | Huddleston, Bolen, Beatty, Porter & Copen |

9/13/2006

| | | |
|---|---|---|
| 5/14/01 | Boyd County Cases (T) | The Sutter Law Firm |
| 5/17/01 | Jones, et al (D) | Jordan & O'Donnell |
| 5/22/01 | Jones, O'Steen (T) | Lane & Gossett |
| 6/11/01 | Carter, Dean, Logan, Martin Searcy, Rust, Albright, Holden, Mackey (D) | Wellborn, Houston, Adkison, Mann, Sadler & Hill |
| 6/15/01 | Robinson (D) | Hawkins & Parnell |
| 7/2/01 | Robinson (D) | Barbara Lane |
| 7/3/01 | May; Jeffords | Lane & Gossett |
| 8/16/01 | Hess; Miller; Poe (D) | Burns, White & Hickton |
| 8/17/01 | Abington (D) | Glassman, Edwards, Wade & Wyatt |
| 8/29/01 | Lewis; Brown; Dingess; Hall; Gillian (D) | Sutter Law Firm |
| 10/31/01 | Hutchins (D) | Wallace & Graham |
| 1/17/02 | Evans (D) | Sales, Tillman & Wallbaum |
| 2/5/02 | Barletta (D) | Hendler Law Firm |
| 2/11/02 | Benevue; Hammons; Burgett; Meyer; Scharf | Simmons |
| 2/28/02 | Edwardsville Trial | Simmons |
| 3/8/02 | Morris; Miller (D) | Wallace & Graham |
| 3/14/02 | 16 March Cases (D) | Simmons |
| 3/18/02 | Morris (D) | Simmons |
| 3/18/02 | Anniston, Alabama (T) | Kasowitz, Benson, Torres & Friedman |
| 4/4/02 | Drew (D) | Hall, Bloch, Garland, Meyer |

9/13/2006

| 4/16/02 | Baar, III (T) | Cooney & Conway |
| 4/23/02 | Elam | Cascino & Vaughan |
| 6/6/02 | Highsmith (T) | Lane & Gossett |
| 7/10/02 | Anita G. Jones (D) Asbestos PI | Peter T. Enslein |
| 8/07/02 | Robert Earl Williams(D) | The Simmons Firm |
| 8/20/02 | James Leroy Wallace (D) | Wallace and Graham |
| 9/06/02 | George F. Brannon (D) | Thomas Clare |
| 09/4-5/02 | Mary Samsel (T) | Randall Bono |
| 9/11-12/02 | Hawley,Fisher, Sims, Orlander, McDale Trocki (T) | Randall Bono |
| 9/13/0.23 | Celanese (D) | Thomas G. Tidewell |
| 9/23/02 | Leroy Colbert, Jr.(D) | Ed Pauley |
| 10/3/02 | Leo J. Scheurich (D) | Stephen Bowers |
| 10/3/02 | Leo J. Scheurich (T) | Ken Sales |
| 10/10-17/02 | Seaford, Thomas (D) | Christopher Hickey |
| 10/18/02 | Martin Rogness (D) | Raymond H. Modesitt |
| 10/30/02 | Four Cases (D) | Christopher Mauriello |
| 11/21-22/02 | Caudillo & Hernanedez (D) | Gary DiMuzio |
| 11/27/02 | J.Avila, J. Baldi, L. Sayers (D) | William R. Fahey |
| 12/04/02 | Gillespie, Arena, Russell (T) | Elliott Present |
| 12/09/02 | A.Baumann,G.Bates, R.Block (D) | William R. Fahey |
| 12/17/02 | Jerome Klepper (D) | Andrew O'Brien |
| 12/18/02 | Zehner & Turner (D) | Robert McCoy |

9/13/2006

| | | |
|---|---|---|
| 01/06/03 | G. Koontz  (D) | Doug B. King |
| 01/3-6/03 | Driver, Bruno, Pierce (T) | Mitchell Cohen |
| 01/8/03 | Welding case  (D) | Robert G. McCoy |
| 01/15/03 | J. Roseman  (T) | Elliott Present |
| 01/14/03 | Joseph Roseman    (D) | Michael Bergin |
| 01/17/03 | Pierce & Strasser    (D) | William G. Fahey |
| 01/27/03 | Willie Lee Robinson(T) | Barbara Lane |
| 01/31/03 | James Freezor  (D) | Mark R. Kurtz |
| 02/06/03 | J.C. Taylor (D) | Reid Acree |
| 02/07/03 | 8 Asbestos Cases & Whittington Case (D) | Randy Bono |
| 02/11/03 | Harold L. Cougenour (D) | Wallace & Graham |
| 02/10-12/03 | William Parks (D) | Elliott Present |
| 02/25/03 | Herbert Dorf  (D) | Michelle Galindo |
| 02/27/03 | William Parks | Elliott Present |
| 03/3-4/03 | Turner (T) | Robert McCoy |
| 03/13/03 | Weyerhouser (D) | Mona Wallace |
| 03/19/03 | Roby Wittington (D) | Randy Bono |
| 03/21/03 | John Richards (D) | Megan Zeregan |
| 04/07/03 | Charles Deese (D) | Reid Acree |
| 04/08/03 | P. Thompson & J. Andrees (D) | Lynn Bradshaw |
| 04/28/03 | Cornelius Alexander (D) | Jill N. Calvert |
| 04/29/03 | Jasper Galm (D) | Elliot Present |
| 05/05/03 | Lear & Tison, Stewart (D) | Roger Lane |

9/13/2006

| Date | Case | Name |
|---|---|---|
| 05/06/03 | Hill et  (D) | D. Scott Carlile |
| 05/0803 | Roberta Ochs (D) | James Long |
| 05/12/03 | Rolf Lindstrom (D) | Robert Ellenstein |
| 05/16/03 | 6 cases      (D) | William R. Fahey |
| 05/27/03 | Gavrock & Steel (D) | Newton Anderson |
| 05/29/03 | Kenneth Madden (D) | Gary DiMuzio |
| 06/02/03 | Salvi & Carlson  (D) | Michael B. Leh |
| 06/12/03 | M. Gavrock & Wm. Steele (D) | B. J Wade |
| 06/18/03 | 6 Cases      (D) | Ted Gianaris |
| 07/02/03 | Hawkins, Canatella, Baker (D) | Matthew Kieley |
| 07/9-10/03 | Ward case  (D) | Andrew O'Brien |
| 07/11/03 | Dixon & Tarranova  (D) | Charles Heard |
| 07/14-15/03 | Leggett case   (T) | Chip Hickey |
| 07/18/03 | Fanese case (D) | Alan Reich |
| 07/22/03 | Jenkins case (D) | Shawn Parrish |
| 07/30/03 | Caffey et al   (D) | R. Brandon |
| 08/06/03 | Kelley & Richter (D) | Ted Gianaris |
| 08/11-12/03 | Asbestos case  (T) | Christian Hartley |
| 08/13/03 | 9 Asbestos Cases   (D) | William Fahey |
| 08/14-15/03 | Varnadore and Williamson (D) | Roger Lane |
| 09/09/03 | Mrs. Benioist (D) | Andrew O'Brien |
| 09/09/03 | Norrise case   (D) | Joe Satterley |
| 09/11/03 | Jones & Osteen (D) | Roger Lane |

9/13/2006

| | | | |
|---|---|---|---|
| 09/11-12/03 | 9 Asbestos cases (D) | | Gary DiMuzio |
| 09/15/03 | Lavi Booth (D) | | M. Agelides |
| 09/16/03 | 2 Asbestos Cases (D) | | Christian Hartley |
| 09/19/03 | Pennington case (D) | | A. V. Conway |
| 09/30/03 | William Jackson (T) | | William Fahey |
| 10/07/03 | Norris case (D) | | Robert Paul |
| 10/14/03 | Elam case (T) | | Robert McCoy |
| 10/15/03 | Hargrove case (D) | | Wayne Lieg |
| 10/16/03 | Norris case (T) | | Joe Satterley |
| 10/17/03 | Bell et all & Stephens (D) | | Gary DiMuzio |
| 11/04/03 | Feezor (D) | | Joe Satterley |
| 11/10/03 | Ott case (D) | | Doug King |
| 11/25/03 | Szabo & Ingraham (D) | | Christian Hartley |
| 12/08/03 | Mutiple Asbestos cases (D) | | William Fahey |
| 12/16/03 | Quareles case (D) | | Gary DiMuzio |
| 12/17/03 | Emrich case (D) | | Don Migliori |
| 12/23/03 | Edwin case (D) | | Peter G. Bell |
| 12/23/03 | Billy Meadows (D) | | C. Hartley |
| 01/06/04 | Troy Hickox (D) | | Roger Lane |
| 01/06/04 | Rolf Lindstrom (D) | | Donald Krispin |
| 01/07/04 | Hill…et al (D) | | D. Scott |
| 01/08/04 | Multiple Asbestos cases (D) | | Ted Gianaris |
| 01/22/04 | Easton case (D) | | Robert Paul |

9/13/2006

| | | | |
|---|---|---|---|
| 01/22/04 | Smith, Trone, Harris  (D) | | Parker, Dumler |
| 01/28/04 | Clark…et al | (D) | DeHay & Elliston |
| 02/03/04 | Eaton & Munro | (D) | Alan Reich |
| 02/25/04 | Lindstrom case | (T) | Donald A. Krispin |
| 03/05/04 | Thomas Lafferty | (D) | B. J. Wade |
| 03/08/04 | Munro…case | (D) | Douglas B. King |
| 03/08/04 | Petruzzi  case | (D) | Kevin Knight |
| 03/11/04 | Eaton & Petruzzi | (D) | Robert Paul |
| 03/30/04 | Jimmie Mills | (D) | Russell Cook |
| 04/01/04 | Multiple Asbestos cases  (D) | | Ted N. Gianaris |
| 04/05/04 | J. D. Roberts  (D) | | Gary DiMuzio |
| 04/14/04 | Asbestos Case (T) | | Roger Lane |
| 04/15/04 | Roy Brem  (D) | | Michael Bilbrey |
| 04/22/04 | Courson case  ( D) | | Russell Cook |
| 04/28/04 | Stegemoller case  (D) | | Doug King |
| 04/29/04 | King  case  (D) | | James A. Snowden |
| 04/30/04 | Carlisle  case  (D) | | A. Timothy Jones |
| 05/24/04 | Egizi   (D) | | Martin, Bank, Pond, etc. |
| 05/25/04 | Bob Brown (D) | | Virginia Giokaris |
| 05/28/04 | Mutiple Asbestos cases  (D) | | M. Keiley |
| 06/09/04 | L. Franklin (D) | | Wade Mitchell |
| 06/18/04 | Valentine       (D) | | Joe Satterley |
| 07/01/04 | Multiple Asbestos cases (D) | | Ted Gianaris |
| 07/13/04 | M. Gussoff  (T) | | Michael Leh |

9/13/2006

| 08/03/04 | Multiple asbestos cases    (D) | William Fahey |
| 08/16/04 | Mclean & Little   (D) | R. Meriwether |
| 08/16/04 | Multiple asbestos cases   (D) | William Fahey |
| 08/17/04 | Samuel Lewin   (D) | D. Krispin |
| 08/19/04 | Charles Brewster   (D) | Joseph Satterley |
| 08/23/04 | Multiple asbestos cases  (D) | William Fahey |
| 08/27/04 | Multiple asbestos cases   (T) | Gary DiMuzio |
| 08/30/04 | Multiple asbestos cases   (D) | William Fahey |
| 09/30/04 | Williams and others        (D) | Jackson Kennedy |
| 10/07/04 | Landau  (D) | Jeffrey L. Pettit |
| 10/07/04 | Landau   (D) | George Kiser |
| 10/12/04 | Mr. Basciano   (D) <br> (Benzene PI Workers Comp case) | Mitchell Cohen |
| 10/19/04 | Jeffrey Marco (D) | Bartholomew  Baumstark |
| 10/19/04 | Luke Lindau (D) | Michael Bilbrey |
| 10/26/04 | Multiple Asbestos cases (D) | M. Angelides |
| 11/23/04 | Charles Logsdon (D) | J. Robert Shelton |
| 11/30/04 | Frank Dean (D) | Mike Runyan |
| 12/01/04 | Dorothy Hutchins (D) | Mott McDonald |
| 12/20/04 | Multiple asbestos cases (D) | D. Scott Carlile |
| 01/07/05 | Volluz & Walsh....cases (D) | Bartholomew Baumstark |
| 01/27/05 | Karl C. Bowles (D) | Joseph Satterley |
| 02/10/05 | Multiple asbestos cases  (D) | Michael Bilbrey |

9/13/2006

| 03/02/05 | Dennis Serbin   (Court Appearance) | Marie Terpolilli |
| 03/07/05 | Cook & Flax  (D) | Mark Dumler |
| 03/11/05 | John F. Broyles  (D) | Lou Thomas-Black |
| 03/17/05 | Luis Vega  (D) | J. Katz |
| 03/28/05 | Knoth…case   (D) | Joe Satterley |
| 04/06/05 | Baron….case   (D) | R. McCoy |
| 04/12/05 | Multiple….cases  (D) | Michael  Bilbrey |
| 04/18/05 | Dexter & Edmonds   (D) | R. Shelton |
| 05/09/05 | Sarah Groff  (D) | William Fahey |
| 05/10/05 | For trial appearance  (D) | C. Hartley |
| 05/17/05 | Jones, et al cases    (D) | M. Edmonds |
| 05/17/05 | Court Appearance   ( C) | Joseph Satterley |
| 05/20/05 | Agner/Hutchins… et al  (T) | M. Wallace |
| 06/01/05 | Baren…case   (D) | Robert McCoy |
| 06/13/05 | Trial appearance……(T) | C. Hartley |
| 06/21/05 | Briggs…case   (D) | Lonnie Johnson |
| 06/21/05 | Sholar …case   (D) | Knight S. Anderson |
| 06/21/05 | Munro….case  (D) | Edward Harney |
| 07/01/05 | M. Martin   (D) | Mike Bergin |
| 07/12/05 | Curtis Lightsey    (D) | O. Harton |
| 08/03/05 | Multiple….cases    (D) | Steve Parrott |
| 08/05/05 | Massey Miller  (D) | B. J. Wade |
| 08/15/05 | Curtis Lightsey   (D) | Roger Lane |

9/13/2006

| | | |
|---|---|---|
| 08/18/05 | McDowell...case  (D) | C. Hartley |
| 08/22/05 | Jerry M. Bryant  (D) | Russell Cook |
| 08/23/05 | Baron ...case   (D) | Robert McCoy |
| 08/26/05 | Poindexter...case   (D) | David Palik |
| 09/09/05 | Michael Haussmann  (D) | Alfred J. Carlson |
| 09/15/05 | Adell Rockmore   (D) | D. Scott Carlile |
| 09/26/05 | Madison County Case  (D) | Charles Hartley |
| 10/06/05 | Adell Rockmore      (D) | D. Scott Carlile |
| 10/11/05 | Harris....case   (D) | Roger Lane |
| 11/20/05 | Daubert...case   (T) | Ted Gianaris |
| 10/21/05 | Madison County ...case  (D) | Charles Hartley |
| 10/27/05 | Egizi...case  (D) | A. J. Carlson |
| 10/28/05 | C. White.....case    (D) | Mike Cascino |
| 10/28/05 | James Berlemann...case (D) | R. Gori |
| 11/08/05 | Boren.....case   (T) | R. McCoy |
| 11/21/05 | JoAnn Witt    (D) | David Bevon |
| 11/28/05 | Flora Franklin  (D) | Joseph Satterley |
| 11/28/05 | David Lancaster   (D) | L. R. King |
| 11/29/05 | Littlefield.....case  (D) | Douglas King |
| 11/30/05 | Alan, Reinstein (D) | Jennifer Hunt |
| 12/02/05 | Multiple .....cases  (D) | Roger Lane |
| 12/05/05 | Michael Haskell     (D) | Robert Bosslet |
| 12/19/05 | K. Jonas     (D) | Frank Wathen |

9/13/2006

| Date | Case | Name |
|---|---|---|
| 12/19/05 | J. Gallagher  ( D) | Michael Bilbrey |
| 12/21/05 | Ronald Johnson  (D) | B. Baumstark |
| 12/22/05 | Linda Allen  (D) | Scott Carlile |
| 01/10/06 | Harold Leedom  (D) | Vincent Greene |
| 01/10/06 | Harold Leedom  (D) | M. Scarpitti |
| 01/17/06 | William Shepard  (D) | Lou Black |
| 01/19/06 | Anthony Betti, Sr.  (D) | Andrea McNeil |
| 01/31/06 | Joseph Tizcareno  (D) | Christopher Wood |
| 02/02/06 | Robert Lulich  (D) | William Fahey |
| 02/02/06 | Multiple .....cases  (D) | Edward Nass |
| 02/13/06 | Avis Brown Little  (D) | Ed Pauley |
| 02/16/06 | Kip Ong  (D) | Peter Gilbert |
| 02/20/06 | Ryan and Miller  (D) | Ted Giannaris |
| 02/21/06 | Adams group – Baltimore (D) | Steve Parrott |
| 03/03/06 | William Schell (D) | Robert Paul |
| 03/03/06 | James Turnbow  (D) | Michael Bilbrey |
| 03/06/06 | Roberts.......case  (D) | Peter Gilbert |
| 03/08/06 | Parker.....Case  (D) | Stephen Smith, Jr. |
| 03/15/06 | Mutiple......cases  (D) | L. P. Rufo |
| 03/15/06 | Mutiple.....cases  (D) | Ted Giannaris |
| 03/20/06 | Adams.....case  (D) | Peter T. Nicholl |
| 03/24/06 | Gary Randolph  (D) | R. S. Jordan |
| 03/27/06 | John M. McCormick  (D) | Christopher M. Stevens |

9/13/2006

| 04/05/06 | Asbestos……cases  (D) | T. Crumpler |
| 04/07/06 | John McCormick  (D) | K. Rank |
| 04/07/06 | John Ritter  (D) | Robert Paul |
| 04/20/06 | James Griffin  (D) | Kendra Smith |
| 05/16/06 | Michael Haussman | A. Carlson |
| 06/01/06 | Charles Clephas  (D) | Joe Satterley |
| 06/15/06 | Gerald White  (D) | C. R. Banford |
| 06/16/06 | Clark…..case  (D) | K. Ranke |
| 06/21/06 | Carol Sutterfield  (D) | Russell Cook |
| 06/23/06 | James Smukal  (D) | R. S. Sigurdson |
| 07/07/06 | W. Blanche, J. Rowan  (D) | M. Cancelliere |
| 07/21/06 | Stephen Trombatore  (D) | S. Flanagan |