# Expert Report of Dr. Arthur Frank

Note: CD's referred to in Paragraph 57 omitted from electronic filing, but provided with the service copy