IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| W.R. GRACE & CO., et al., | : Case No. 01-01139 (JKF) |
| | : |
| | : (Jointly Administered) |
| | : **Objection Deadline:** |
| Debtors. | : Hearing Date: To be scheduled only |
| | : if objections are timely filed |

### SECOND SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE ON BEHALF OF DUANE MORRIS LLP PURSUANT TO RULES 2014(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

STATE OF NEW JERSEY   )
                     )ss.
COUNTY OF ESSEX       )

WILLIAM S. KATCHEN, being duly sworn, deposes and says:

1. I am an attorney at law admitted to practice in the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit and the Supreme Court of the United States. I am a member of the firm of Duane Morris LLP ("DM"), which firm maintains an address at 744 Broad St., Suite 1200, Newark, New Jersey 07102 as well as 1100 North Market Street, Suite 1200, Wilmington, DE 19801, and 18 other United States cities and London.

2. On May 17, 2001, DM filed an Application for Retention of DM as Local Counsel to the Official Committee of Unsecured Creditors (the "Committee"). In support of the Application, DM filed an Affidavit in accordance with Rules 2014(a) of the Federal Rules of

Bankruptcy Procedure (the "Original Affidavit"). The Order granting the Application was signed by this Court on June 21, 2001.

3. On or about July 30, 2001, DM filed a Supplemental Affidavit (the "First Supplemental Affidavit"), which disclosed certain additional information. I incorporate in this Second Supplemental Affidavit the Original Affidavit and the First Supplemental Affidavit previously filed with this Court. In furtherance of DM's ongoing disclosure obligation under the Bankruptcy Rules, DM wishes to disclose the following additional information.

4. DM has recently been retained by Blackstone Real Estate Acquisitions V, LLC, a subsidiary of The Blackstone Group, L.P., the Debtors' financial advisors. The above retention provides for members of DM's Healthcare Practice Group to serve as health regulatory counsel in connection with the acquisition of assisted living and skilled nursing facilities in 11 states. The services DM shall perform for Blackstone Real Estate Acquisitions V, LLC, will include preparation, filing and processing to completion applications for health care licenses.

5. Moreover, the members of DM's Healthcare Practice Group do not have any involvement in the legal services performed by members of DM's Business Reorganization and Financial Restructuring Practice Group on behalf of the Committee in the Debtors' Chapter 11 cases.

6. Notwithstanding the foregoing, DM will implement an ethical screen to ensure that there is absolutely no sharing of any information between attorneys in DM's Healthcare Practice Group engaged by Blackstone Real Estate Acquisitions V, LLC, and those attorneys in DM's Business Reorganization and Financial Restructuring Practice Group who are providing services to the Committee in connection with the instant Chapter 11 cases.

7. The foregoing constitutes the Second Supplemental Affidavit and disclosure statement of DM pursuant to sections 1103(b) of the Bankruptcy Code and Rule 2014(a) of the Bankruptcy Rules.

8. Accordingly, based upon the Original Affidavit, the First Supplemental Affidavit and this Second Supplemental Affidavit, I believe that DM does not hold or represent any interest adverse to the Debtors' estates in the matters upon which DM is to be employed, that DM continues to be "disinterested" as that term is defined in §101(14) of the Bankruptcy Code, and that DM continues to represent no other entity having an adverse interest in connection with the Debtors' Chapter 11 cases.

_____
William S. Katchen

Sworn to before me this
3 day of October, 2006

_____
Notary Public

MELANIE A MACARTNEY
Notary Public
State of New Jersey
My Commission Expires Jul 8, 2009