**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' NOTICE OF SERVICE OF EXPERT REPORTS OF DR. BARRY CASTLEMAN, DR. WILLIAM LONGO, DR. ARNOLD BRODY, LAURA S. WELCH, MD, FACP, FACOEM, DR. SAMUEL HAMMAR, DR. RICHARD LEMEN, AND DR. STEPHEN SNYDER IN CONNECTION WITH ESTIMATION**

PLEASE TAKE NOTICE that on October 3, 2006, Mark T. Hurford of Campbell & Levine, LLC, caused a copy of the *Expert Reports of Dr. Barry Castleman, Dr. William Longo, Dr. Arnold Brody, Laura S. Welch, MD, FACP, FACOEM, Dr. Samuel Hammar, Dr. Richard Lemen, and Dr. Stephen Snyder* to be served upon the individuals listed on Exhibit A via Federal Express or via hand delivery, and on Exhibit B via e-mail.

CAMPBELL & LEVINE, LLC

Dated: October 3, 2006

*/s/ Mark T. Hurford*
Mark T. Hurford  (No. 3299)
800 King Street
Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0072059.1 }