# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on October 3, 2006 I caused a copy of the *Official Committee of Asbestos Personal Injury Claimants' Notice of Service of the Expert Reports of Dr. Barry Castleman, Dr. William Longo, Dr. Arnold Brody, Laura S. Welch, MD, FACP, FACOEM, Dr. Samuel Hammar, Dr. Richard Lemen, and Dr. Stephen Snyder* to be served upon the attached 2002 service list via first-class mail unless otherwise indicated.

*/s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)

Dated: October 3, 2006

{D0072086.1 }