IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| W. R. GRACE & CO., ET AL. | § | CASE NO. 01-1139-JKF |
| | § | (CHAPTER 11) |
| DEBTOR. | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies:

That on the 4th day of October, 2006, a true and correct copy of the *Second Amended Verified Statement of Chris Parks & Associates Under Bankruptcy Rule 2019*, together with the exhibits recorded in compact disk format, was served via certified mail, return receipt requested, upon the following parties pursuant to Order of this Court:

| | | | |
|---|---|---|---|
| Clerk | Frank J Perch III | David W Carickhoff Jr. | Janet Baer |
| U.S. Bankruptcy Court | Office of the U.S. Trustee | Pachulski Stang Ziehl | Kirkland & Ellis, LLP |
| District of Delaware | 844 King Street, Suite 2207 | Young & Jones | 200 East Randolph Drive |
| 824 Market Street, 3rd Floor | Lock Box 35 | P.O. Box 8705 | Chicago, Illinois 60601 |
| Wilmington, DE 19801 | Wilmington, DE 19801 | Wilmington, DE 19899-8705 | |

That on the 4th day of October, 2006, true and correct copies of the *Second Amended Verified Statement of Chris Parks & Associates Under Bankruptcy Rule 2019* and the *Notice of Filing of Second Amended Verified Statement of Chris Parks & Associates Under Bankruptcy Rule 2019* were served on all parties via electronic mail.

Chris Parks
Texas Bar No. 15518460
CHRIS PARKS & ASSOCIATES
1 Plaza Square, 2nd Floor
Port Arthur, TX 77642
409/985-5000 - telephone
409/985-2833 - fax