**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone: 203-252-2564
Facsimile: 203-252-2562

**September 29, 2006**

**Invoice No. 10706**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:     W.R.Grace

For services rendered in connection with the above-captioned matter during the period August 1, 2006 through August 31, 2006 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 5.80 | $3,248.00 |
| James Sinclair - Senior Managing Director | 74.00 | $39,220.00 |
| Bradley Rapp - Senior Managing Director | 0.60 | $318.00 |
| Robert Mathews  - Managing Director | 10.70 | $5,510.50 |
| Peter Rubsam  - Managing Director | 16.90 | $8,703.50 |
| Aaron Prills - Senior Manager | 56.10 | $20,196.00 |
| Dottie-Jo Collins - Manager | 10.50 | $3,150.00 |

| Expenses   (see Schedule C) | | |
|---|---|---|
| Telephone,  Xerox | | $125.53 |
| **T O T A L** | | $80,471.53 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
              by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone: 203-252-2564
Facsimile: 203-252-2562

September 29, 2006

**Invoice No. 10706**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

Summary of Professional Services Rendered:    August 1-31, 2006

| Name | Position | Schedule | Rate (2006) | Hours | Amount |
|---|---|---|---|---|---|
| Loreto T. Tersigni | President | Schedule A | $560 | 5.80 | $3,248.00 |
| James Sinclair | Senior Managing Director | Schedule A | $530 | 74.00 | $39,220.00 |
| Bradley Rapp | Senior Managing Director | Schedule A | $530 | 0.60 | $318.00 |
| Robert Mathews | Managing Director | Schedule A | $515 | 10.70 | $5,510.50 |
| Peter Rubsam | Managing Director | Schedule A | $515 | 16.90 | $8,703.50 |
| Aaron Prills | Senior Manager | Schedule A | $360 | 56.10 | $20,196.00 |
| Dottie-Jo Collins | Manager | Schedule A | $300 | 10.50 | $3,150.00 |
| **Total Professional Services- Schedule A:** | | | | 174.60 | $80,346.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $125.53 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $80,471.53 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
              by Task Codes for Court Approved Professionals

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   August 1, 2006 through August 31, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 8/4/06 | LT | Review Weekly Recommendations Memorandum transmitted by ACC counsel | 26 | 0.80 | $560.00 | $448.00 |
| 8/11/06 | LT | Review Calendar of Upcoming Events transmitted by ACC counsel | 26 | 1.00 | $560.00 | $560.00 |
| 8/14/06 | LT | Review schedule of deliverable to ACC counsel and timetable for completion | 26 | 0.20 | $560.00 | $112.00 |
| 8/15/06 | LT | Meeting with ACC counsel to discuss status of POR issues | 07 | 1.00 | $560.00 | $560.00 |
| 8/16/06 | LT | Prepare updated valuation and recovery analysis for ACC counsel | 07 | 1.20 | $560.00 | $672.00 |
| 8/18/06 | LT | Review engagement status | 26 | 0.20 | $560.00 | $112.00 |
| 8/18/06 | LT | Review fee application for July 2006 including timekeeper daily entries | 11 | 0.60 | $560.00 | $336.00 |
| 8/25/06 | LT | Review memorandum from ACC counsel re Omnibus Hearing 8/21 | 07 | 0.10 | $560.00 | $56.00 |
| 8/28/06 | LT | Review Weekly Recommendations Memorandum transmitted by ACC counsel | 26 | 0.70 | $560.00 | $392.00 |
| | | **Sub-Total** | | **5.80** | | **$3,248.00** |
| **James Sinclair - Senior Managing Director** | | | | | | |
| 8/3/06 | JS | Review, analyze 8-K report of 2nd Quarter 2006 financial results for due diligence and monitoring. | 28 | 3.00 | $530.00 | $1,590.00 |
| 8/4/06 | JS | Review, analyze American Chemistry Council, Economics & Statistics, Chief Economist's report "Mid-2006 Situation and Outlook" for chemical/specialty chemical industry for due diligence, monitoring and valuation. | 21 | 1.80 | $530.00 | $954.00 |
| 8/8/06 | JS | Commence review and analysis of 2nd Quarter 2006 10-Q in preparation for conference call with Company on 8/15/06 for due diligence and monitoring. | 28 | 3.20 | $530.00 | $1,696.00 |
| 8/9/06 | JS | Commence review and analysis of 2nd Quarter 2006 Executive Summary in preparation for conference call with Company on 8/15/06 for due diligence and monitoring. | 28 | 3.40 | $530.00 | $1,802.00 |
| 8/9/06 | JS | Continue review and analysis of 2nd Quarter 2006 Executive Summary in preparation for conference call with Company on 8/15/06 for due diligence and monitoring. | 28 | 2.00 | $530.00 | $1,060.00 |
| 8/10/06 | JS | Review, analyze Financial Briefing - 2nd Quarter 2006 in preparation for conference call with Company on 8/15/06 for due diligence and monitoring. | 28 | 2.60 | $530.00 | $1,378.00 |
| 8/10/06 | JS | Draft questions for conference call with Company on 8/15/06 for due diligence and monitoring. | 28 | 2.80 | $530.00 | $1,484.00 |
| 8/10/06 | JS | Commence review and analysis of 2nd quarter operating results of peer specialty chemical companies for due diligence, monitoring and valuation. | 21 | 2.90 | $530.00 | $1,537.00 |
| 8/11/06 | JS | Further review and analysis of 2nd Quarter 2006 10-Q, Executive Summary and Financial Briefing in preparation for conference call with Company on 8/15/06 for due diligence, monitoring and valuation. | 21 | 3.10 | $530.00 | $1,643.00 |
| 8/11/06 | JS | Develop estimates of operating metrics for Grace, adjust Company's forecasts, for valuation and recovery analysis. | 21 | 3.00 | $530.00 | $1,590.00 |
| 8/11/06 | JS | Revise, develop further questions for conference call with Company on 8/15/06 for due diligence, monitoring and valuation. | 21 | 1.60 | $530.00 | $848.00 |
| 8/14/06 | JS | Review Refining Catalysts Report (ChemWeek 8/9/06) for due diligence and valuation. | 21 | 2.40 | $530.00 | $1,272.00 |
| 8/14/06 | JS | Further review of 2nd Quarter 2006 10-Q, Financial Briefing and Executive Summary, further revision to questions for conference call with Company on 8/15/06 for due diligence, monitoring and valuation. | 21 | 1.50 | $530.00 | $795.00 |
| 8/14/06 | JS | Discuss valuation and warrant model with Tersigni and Rubsam for recovery analysis. | 21 | 0.70 | $530.00 | $371.00 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period:   August 1, 2006 through August 31, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 8/14/06 | JS | Commence review and revision of valuation for valuation and recovery analysis. | 21 | 2.50 | $530.00 | $1,325.00 |
| 8/15/06 | JS | Review notes, questions, industry reports and Company's 2nd quarter reports for conference call on 8/15/06 for due diligence, monitoring and valuation. | 21 | 1.50 | $530.00 | $795.00 |
| 8/15/06 | JS | Conference call with Company (Tarola) and financial advisers for due diligence, monitoring and valuation. | 21 | 0.90 | $530.00 | $477.00 |
| 8/15/06 | JS | Develop parameters for warrant model for recovery analysis. | 21 | 1.70 | $530.00 | $901.00 |
| 8/15/06 | JS | Discuss with Rubsam parameters for warrant model for recovery analysis. | 21 | 0.50 | $530.00 | $265.00 |
| 8/15/06 | JS | Review, analyze, revise claims for recovery analysis. | 21 | 2.60 | $530.00 | $1,378.00 |
| 8/15/06 | JS | Continue review and revision of valuation and estate assets for distributable value and recovery analysis. | 21 | 3.00 | $530.00 | $1,590.00 |
| 8/16/06 | JS | Review, analyze Rubsam's warrant model and valuation for distributable value and recovery analysis. | 21 | 1.10 | $530.00 | $583.00 |
| 8/16/06 | JS | Develop alternative structures of recovery for recovery analysis. | 21 | 2.00 | $530.00 | $1,060.00 |
| 8/16/06 | JS | Discuss warrant model, valuation and alternatives with Rubsam for recovery analysis. | 21 | 0.40 | $530.00 | $212.00 |
| 8/16/06 | JS | Review and analyze alternative warrant models and valuations for distributable value and recovery analysis. | 21 | 1.30 | $530.00 | $689.00 |
| 8/16/06 | JS | Write distributable value memorandum for ACC counsel for recovery analysis. | 21 | 0.90 | $530.00 | $477.00 |
| 8/16/06 | JS | Write recovery analysis for ACC counsel for settlement discussions. | 21 | 2.30 | $530.00 | $1,219.00 |
| 8/28/06 | JS | Review ACC counsel's memorandum re Hearing of 8/21/06 in preparation for Hearing of 9/11/06. | 28 | 1.70 | $530.00 | $901.00 |
| 8/28/06 | JS | Review counsel's Recommendations and Calendar memoranda for planning of work and assignments. | 28 | 2.00 | $530.00 | $1,060.00 |
| 8/28/06 | JS | Commence review and analysis of June 2006 MOR for due diligence. | 28 | 1.50 | $530.00 | $795.00 |
| 8/29/06 | JS | Continue review and analysis of June 2006 MOR for due diligence. | 28 | 1.80 | $530.00 | $954.00 |
| 8/29/06 | JS | Review, analyze Chemical Week Polypropylene/Catalyst Report 8/23/06 and Grace forecasts, Beaches acquisition memorandum, for valuation. | 21 | 2.00 | $530.00 | $1,060.00 |
| 8/29/06 | JS | Review, analyze market valuations of specialty chemical comparable companies for valuation. | 21 | 1.40 | $530.00 | $742.00 |
| 8/29/06 | JS | Review, revise asset values, claims for recovery analysis for ACC counsel. | 21 | 1.90 | $530.00 | $1,007.00 |
| 8/29/06 | JS | Review NOL information, Monthly Financial Report 7/06 for asset value analysis and recovery analysis for ACC counsel. | 21 | 1.00 | $530.00 | $530.00 |
| 8/29/06 | JS | Write memorandum to ACC counsel re recovery analysis in preparation for hearing on 9/11/06. | 21 | 1.40 | $530.00 | $742.00 |
| 8/31/06 | JS | Review, analyze ACC counsel's memorandum with schedules re solvency analysis for hearing on 9/11/06 at request of counsel. | 21 | 2.10 | $530.00 | $1,113.00 |
| 8/31/06 | JS | Review, revise claims and distributable value analysis, write solvency analysis for ACC counsel for hearing on 9/11/06 at request of counsel. | 21 | 2.50 | $530.00 | $1,325.00 |
| | | | **Sub-Total** | 74.00 | | $39,220.00 |

**Bradley Rapp - Senior Managing Director**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 8/14/06 | BR | Tel C w/ Peter Rubsam to discuss valuation of warrants | 21 | 0.10 | $530.00 | $53.00 |

4

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   August 1, 2006 through August 31, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 8/14/06 | BR | Preparation of financial materials relating to valuation of warrants for purpose of sending such materials to Peter Rubsam | 21 | 0.40 | $530.00 | $212.00 |
| 8/15/06 | BR | Tel C w/ Peter Rubsam re valuation of warrants | 21 | 0.10 | $530.00 | $53.00 |
| | | **Sub-Total** | | 0.60 | | $318.00 |

**Robert Mathews - Managing Director**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 8/4/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.20 | $515.00 | $1,133.00 |
| 8/11/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.10 | $515.00 | $1,081.50 |
| 8/18/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.00 | $515.00 | $1,030.00 |
| 8/25/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.20 | $515.00 | $1,133.00 |
| 8/31/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.20 | $515.00 | $1,133.00 |
| | | **Sub-Total** | | 10.70 | | $5,510.50 |

**Peter Rubsam - Managing Director**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 8/9/06 | PR | Analyze and review Chemtura August 8k on Q2 earnings release, comparison to prior year, segment review, merger integration, 2006 outlook and adjustments for comparable company review | 21 | 2.00 | $515.00 | $1,030.00 |
| 8/10/06 | PR | Analyze and review Chemtura August 2Q earnings presentation on business overview, earnings bridge, growth strategies, market share, segment analysis and objectives and industry outlook for comparable company review | 21 | 2.10 | $515.00 | $1,081.50 |
| 8/15/06 | PR | Update and review warrant valuation on Black Scholes model calculation as requested by counsel | 21 | 2.30 | $515.00 | $1,184.50 |
| 8/15/06 | PR | Revise and update warrant calculation based on sensitivities and assumptions for updated warrant calculation as requested by counsel | 21 | 2.30 | $515.00 | $1,184.50 |
| 8/15/06 | PR | Review WR Grace updated recovery analysis and distributable value for warrant valuation | 21 | 1.20 | $515.00 | $618.00 |
| 8/16/06 | PR | Revise and update warrant calculation based on shares issued and total value as requested by counsel | 21 | 1.50 | $515.00 | $772.50 |
| 8/29/06 | PR | Review and analyze Lubrizol August 2006 8k on Q2 operating results, comparison to 2005, earnings outlook, discontinued operations and business segment review for comparable company analysis | 21 | 2.00 | $515.00 | $1,030.00 |
| 8/30/06 | PR | Review and analyze Hercules August 2006 8k Q2 earnings announcement, business and geographical review, pricing, outlook and comparison to prior year for comparable company valuation | 21 | 1.80 | $515.00 | $927.00 |
| 8/31/06 | PR | Review and analyze Cabot August 2006 8k Q3 earnings announcement, profit margins, segment review, restructuring items and comparison to prior year for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| | | **Sub-Total** | | 16.90 | | $8,703.50 |

**Aaron Prills - Senior Manager**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 8/8/06 | AP | Reviewed status update of Grace motions to analyze status of case. | 28 | 1.00 | $360.00 | $360.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   August 1, 2006 through August 31, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 8/8/06 | AP | Reviewed Grace distributable value analysis to analyze the value of the equity under the Company's current plan. | 28 | 1.60 | $360.00 | $576.00 |
| 8/8/06 | AP | Prepared schedule to analyze the potential equity values under the debtors plan using various assumptions. | 21 | 1.70 | $360.00 | $612.00 |
| 8/9/06 | AP | Reviewed the consolidated schedules in the Grace executive summary financial statement package provided by the company. | 28 | 1.20 | $360.00 | $432.00 |
| 8/9/06 | AP | Reviewed the qualitative overview summary from the executive summary financial book. | 28 | 0.90 | $360.00 | $324.00 |
| 8/9/06 | AP | Reviewed Grace's historical 10Q filings to analyze the EBIT margin during various time periods. | 28 | 1.30 | $360.00 | $468.00 |
| 8/9/06 | AP | Reviewed recent trend on Grace's stock price. | 28 | 0.40 | $360.00 | $144.00 |
| 8/9/06 | AP | Reviewed the business segment overview section in the executive summary book from the company. | 28 | 1.00 | $360.00 | $360.00 |
| 8/9/06 | AP | Reviewed the cash flow detail in the executive summary book to analyze the YTD cash items and how it compares with the updated plan. | 28 | 0.90 | $360.00 | $324.00 |
| 8/9/06 | AP | Reviewed the results from core operations schedules for the Grace June 30, 2006 executive summary book. | 28 | 0.50 | $360.00 | $180.00 |
| 8/10/06 | AP | Reviewed EBITDA trend analysis to analyze current quarterly results. | 28 | 0.40 | $360.00 | $144.00 |
| 8/10/06 | AP | Reviewed the audited financial statements in the 10Q to analyze the year-over-year comparison of performance. | 28 | 1.70 | $360.00 | $612.00 |
| 8/10/06 | AP | Reviewed the 10Q for detail regarding the charges taken by the company for additional environmental liabilities. | 28 | 0.80 | $360.00 | $288.00 |
| 8/10/06 | AP | Reviewed websites for information regarding the environmental liability for Montana for the company. | 28 | 0.90 | $360.00 | $324.00 |
| 8/10/06 | AP | Reviewed liabilities schedule provided by the company to analyze the environmental estimate on the schedule. | 28 | 0.50 | $360.00 | $180.00 |
| 8/11/06 | AP | Reviewed the Grace financial briefing schedule from the company to analyze the second quarter operating results. | 28 | 1.30 | $360.00 | $468.00 |
| 8/11/06 | AP | Reviewed the Grace financial briefing schedule from the company to analyze the YTD results. | 28 | 1.20 | $360.00 | $432.00 |
| 8/11/06 | AP | Reviewed the detailed sections of the financial briefing to prepare questions for the conference call with management. | 28 | 1.10 | $360.00 | $396.00 |
| 8/11/06 | AP | Prepared questions for the conference call with management. | 26 | 1.00 | $360.00 | $360.00 |
| 8/11/06 | AP | Reviewed Grace 10Q for additional detail regarding the insurance settlements that occurred during the second quarter. | 28 | 0.80 | $360.00 | $288.00 |
| 8/11/06 | AP | Prepared updates to the accrued interest summary to analyze the YTD accrual. | 26 | 0.90 | $360.00 | $324.00 |
| 8/11/06 | AP | Reviewed the peer comparison detail provided by the company to analyze how Grace performed relative to its peers. | 28 | 0.70 | $360.00 | $252.00 |
| 8/11/06 | AP | Reviewed prior Grace executive summary books to analyze the changes in the reporting segment financial bridge. | 28 | 0.80 | $360.00 | $288.00 |
| 8/16/06 | AP | Reviewed the prior warrants analysis to analyze the assumptions in the model. | 28 | 1.30 | $360.00 | $468.00 |
| 8/16/06 | AP | Reviewed article from industry publication regarding projected demand for catalysts. | 28 | 1.00 | $360.00 | $360.00 |
| 8/16/06 | AP | Reviewed the latest data regarding the bankholders for Grace to analyze any changes during the quarter. | 28 | 0.50 | $360.00 | $180.00 |
| 8/16/06 | AP | Reviewed the updates free cash flow analysis to analyze the YTD summary for the company. | 28 | 0.50 | $360.00 | $180.00 |
| 8/16/06 | AP | Reviewed additional industry articles relating to the chemical industry. | 28 | 0.70 | $360.00 | $252.00 |

# W.R. Grace

### Schedule A

**Services Rendered during the Period:   August 1, 2006 through August 31, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 8/16/06 | AP | Reviewed the Grace debtor financials to analyze the performance of the debtor entities and the cash balances associated with the entities. | 28 | 1.20 | $360.00 | $432.00 |
| 8/17/06 | AP | Reviewed the Grace weekly status update schedule to analyze the items on the schedule. | 28 | 0.80 | $360.00 | $288.00 |
| 8/17/06 | AP | Reviewed claims recovery model to analyze sensitivity of claim recoveries. | 28 | 1.50 | $360.00 | $540.00 |
| 8/17/06 | AP | Reviewed additional warrants schedules prepared to analyze the variables used and the impact on the value of the warrants. | 28 | 1.10 | $360.00 | $396.00 |
| 8/17/06 | AP | Reviewed press releases regarding Grace expansions of business lines. | 28 | 0.80 | $360.00 | $288.00 |
| 8/18/06 | AP | Reviewed the latest Grace distributable value analysis to analyze the components of value. | 28 | 1.00 | $360.00 | $360.00 |
| 8/18/06 | AP | Reviewed the liabilities subject to compromise and any changes in these liabilities YTD. | 28 | 0.60 | $360.00 | $216.00 |
| 8/21/06 | AP | Prepared updates to the Grace second quarter operating review summary schedules to analyze the quarterly performance. | 26 | 1.00 | $360.00 | $360.00 |
| 8/21/06 | AP | Prepared the Grace second quarter operating review charts for the review for counsel. | 26 | 1.80 | $360.00 | $648.00 |
| 8/21/06 | AP | Prepared the quarterly rolling schedules and charts for the second quarter operating review for counsel. | 26 | 1.10 | $360.00 | $396.00 |
| 8/21/06 | AP | Prepared the equity value analysis for the petition date through the second quarter 2006 to analyze the trend in the stock price. | 26 | 1.00 | $360.00 | $360.00 |
| 8/21/06 | AP | Prepared updates to the business segment review schedules to analyze the operating margins for the businesses. | 26 | 1.40 | $360.00 | $504.00 |
| 8/21/06 | AP | Prepared updates to the second quarter presentation exhibits to analyze the performance of the company versus prior quarters. | 26 | 1.60 | $360.00 | $576.00 |
| 8/24/06 | AP | Reviewed the consolidated results in the Grace June 30, 2006 10Q filing. | 28 | 1.30 | $360.00 | $468.00 |
| 8/24/06 | AP | Reviewed the segment sections of the Grace 10Q filing. | 28 | 1.10 | $360.00 | $396.00 |
| 8/24/06 | AP | Reviewed management's commentary regarding the second quarter and YTD results as part of the second quarter analysis. | 28 | 2.20 | $360.00 | $792.00 |
| 8/24/06 | AP | Reviewed the pro-forma plan sections of the 10Q to analyze the sources of value. | 28 | 0.50 | $360.00 | $180.00 |
| 8/24/06 | AP | Prepared notes from the 10Q as part of the second quarter review analysis. | 26 | 1.50 | $360.00 | $540.00 |
| 8/25/06 | AP | Reviewed the latest Grace monthly operating report cash section to analyze the legal expense relating to Libby for the month. | 28 | 0.50 | $360.00 | $180.00 |
| 8/25/06 | AP | Reviewed articles relating to the pension reform bill to analyze the potential impact on the company. | 28 | 1.10 | $360.00 | $396.00 |
| 8/28/06 | AP | Prepared consolidated performance section of the second quarter review for counsel. | 26 | 1.20 | $360.00 | $432.00 |
| 8/28/06 | AP | Prepared business segment review section of the second quarter presentation to counsel. | 26 | 1.30 | $360.00 | $468.00 |
| 8/28/06 | AP | Prepared cash sources/uses and stock/bank debt price section of the second quarter presentation to counsel. | 26 | 1.10 | $360.00 | $396.00 |
| 8/28/06 | AP | Prepared updates to the second quarter operating review schedules. | 26 | 1.00 | $360.00 | $360.00 |
| 8/28/06 | AP | Reviewed the notes to the financial briefing summary to analyze the performance of the operating segments. | 28 | 0.80 | $360.00 | $288.00 |
| 8/29/06 | AP | Reviewed the Grace status update memorandum from counsel. | 28 | 1.00 | $360.00 | $360.00 |
| | | **Sub-Total** | | 56.10 | | $20,196.00 |

**Dottie-Jo Collins  -  Manager**

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   August 1, 2006 through August 31, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 8/30/06 | DC | Compilation and consolidation of services rendered in the month of August 2006 | 11 | 4.00 | $300.00 | $1,200.00 |
| 8/31/06 | DC | Compilation and consolidation of services rendered in the month of August 2006 | 11 | 4.50 | $300.00 | $1,350.00 |
| 8/31/06 | DC | Category coding and preparation of August 2006 fee application | 11 | 2.00 | $300.00 | $600.00 |
| | | | **Sub-Total** | 10.50 | | $3,150.00 |
| | | **TOTAL   Schedule A:** | | 174.60 | | $80,346.00 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: August 1, 2006 through August31, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/15/06 | LT | Meeting with ACC counsel to discuss status of POR issues | 07 | 1.00 | $560.00 | $560.00 |
| 8/16/06 | LT | Prepare updated valuation and recovery analysis for ACC counsel | 07 | 1.20 | $560.00 | $672.00 |
| 8/25/06 | LT | Review memorandum from ACC counsel re Omnibus Hearing 8/21 | 07 | 0.10 | $560.00 | $56.00 |
| | | **TOTAL Category 07: Committee, Creditor's, Noteholders** | | **2.30** | | **$1,288.00** |
| 8/18/06 | LT | Review fee application for July 2006 including timekeeper daily entries | 11 | 0.60 | $560.00 | $336.00 |
| 8/30/06 | DC | Compilation and consolidation of services rendered in the month of August 2006 | 11 | 4.00 | $300.00 | $1,200.00 |
| 8/31/06 | DC | Compilation and consolidation of services rendered in the month of August 2006 | 11 | 4.50 | $300.00 | $1,350.00 |
| 8/31/06 | DC | Category coding and preparation of August 2006 fee application | 11 | 2.00 | $300.00 | $600.00 |
| | | **TOTAL Category 11: Fee Application-Applicant** | | **11.10** | | **$3,486.00** |
| 8/4/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.20 | $515.00 | $1,133.00 |
| 8/11/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.10 | $515.00 | $1,081.50 |
| 8/18/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.00 | $515.00 | $1,030.00 |
| 8/25/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.20 | $515.00 | $1,133.00 |
| 8/31/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.20 | $515.00 | $1,133.00 |
| | | **TOTAL Category 16: POR and Disclosure Statement** | | **10.70** | | **$5,510.50** |
| 8/4/06 | JS | Review, analyze American Chemistry Council, Economics & Statistics, Chief Economist's report "Mid-2006 Situation and Outlook" for chemical/specialty chemical industry for due diligence, monitoring and valuation. | 21 | 1.80 | $530.00 | $954.00 |
| 8/8/06 | AP | Prepared schedule to analyze the potential equity values under the debtors plan using various assumptions. | 21 | 1.70 | $360.00 | $612.00 |
| 8/9/06 | PR | Analyze and review Chemtura August 8k on Q2 earnings release, comparison to prior year, segment review, merger integration, 2006 outlook and adjustments for comparable company review | 21 | 2.00 | $515.00 | $1,030.00 |
| 8/10/06 | JS | Commence review and analysis of 2nd quarter operating results of peer specialty chemical companies for due diligence, monitoring and valuation. | 21 | 2.90 | $530.00 | $1,537.00 |
| 8/10/06 | PR | Analyze and review Chemtura August 2Q earnings presentation on business overview, earnings bridge, growth strategies, market share, segment analysis and objectives and industry outlook for comparable company review | 21 | 2.10 | $515.00 | $1,081.50 |
| 8/11/06 | JS | Further review and analysis of 2nd Quarter 2006 10-Q, Executive Summary and Financial Briefing in preparation for conference call with Company on 8/15/06 for due diligence, monitoring and valuation. | 21 | 3.10 | $530.00 | $1,643.00 |
| 8/11/06 | JS | Develop estimates of operating metrics for Grace, adjust Company's forecasts, for valuation and recovery analysis. | 21 | 3.00 | $530.00 | $1,590.00 |
| 8/11/06 | JS | Revise, develop further questions for conference call with Company on 8/15/06 for due diligence, monitoring and valuation. | 21 | 1.60 | $530.00 | $848.00 |
| 8/14/06 | JS | Review Refining Catalysts Report (ChemWeek 8/9/06) for due diligence and valuation. | 21 | 2.40 | $530.00 | $1,272.00 |
| 8/14/06 | JS | Further review of 2nd Quarter 2006 10-Q, Financial Briefing and Executive Summary, further revision to questions for conference call with Company on 8/15/06 for due diligence, monitoring and valuation. | 21 | 1.50 | $530.00 | $795.00 |
| 8/14/06 | JS | Discuss valuation and warrant model with Tersigni and Rubsam for recovery analysis. | 21 | 0.70 | $530.00 | $371.00 |
| 8/14/06 | JS | Commence review and revision of valuation for valuation and recovery analysis. | 21 | 2.50 | $530.00 | $1,325.00 |

# W.R. Grace                                                                                                Schedule B

**Services Rendered during the Period:   August 1, 2006 through August 31, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/14/06 | BR | Tel C w/ Peter Rubsam to discuss valuation of warrants | 21 | 0.10 | $530.00 | $53.00 |
| 8/14/06 | BR | Preparation of financial materials relating to valuation of warrants for purpose of sending such materials to Peter Rubsam | 21 | 0.40 | $530.00 | $212.00 |
| 8/15/06 | JS | Review notes, questions, industry reports and Company's 2nd quarter reports for conference call on 8/15/06 for due diligence, monitoring and valuation. | 21 | 1.50 | $530.00 | $795.00 |
| 8/15/06 | JS | Conference call with Company (Tarola) and financial advisers for due diligence, monitoring and valuation. | 21 | 0.90 | $530.00 | $477.00 |
| 8/15/06 | JS | Develop parameters for warrant model for recovery analysis. | 21 | 1.70 | $530.00 | $901.00 |
| 8/15/06 | JS | Discuss with Rubsam parameters for warrant model for recovery analysis. | 21 | 0.50 | $530.00 | $265.00 |
| 8/15/06 | JS | Review, analyze, revise claims for recovery analysis. | 21 | 2.60 | $530.00 | $1,378.00 |
| 8/15/06 | JS | Continue review and revision of valuation and estate assets for distributable value and recovery analysis. | 21 | 3.00 | $530.00 | $1,590.00 |
| 8/15/06 | BR | Tel C w/ Peter Rubsam re valuation of warrants | 21 | 0.10 | $530.00 | $53.00 |
| 8/15/06 | PR | Update and review warrant valuation on Black Scholes model calculation as requested by counsel | 21 | 2.30 | $515.00 | $1,184.50 |
| 8/15/06 | PR | Revise and update warrant calculation based on sensitivities and assumptions for updated warrant calculation as requested by counsel | 21 | 2.30 | $515.00 | $1,184.50 |
| 8/15/06 | PR | Review WR Grace updated recovery analysis and distributable value for warrant valuation | 21 | 1.20 | $515.00 | $618.00 |
| 8/16/06 | JS | Review, analyze Rubsam's warrant model and valuation for distributable value and recovery analysis. | 21 | 1.10 | $530.00 | $583.00 |
| 8/16/06 | JS | Develop alternative structures of recovery for recovery analysis. | 21 | 2.00 | $530.00 | $1,060.00 |
| 8/16/06 | JS | Discuss warrant model, valuation and alternatives with Rubsam for recovery analysis. | 21 | 0.40 | $530.00 | $212.00 |
| 8/16/06 | JS | Review and analyze alternative warrant models and valuations for distributable value and recovery analysis. | 21 | 1.30 | $530.00 | $689.00 |
| 8/16/06 | JS | Write distributable value memorandum for ACC counsel for recovery analysis. | 21 | 0.90 | $530.00 | $477.00 |
| 8/16/06 | JS | Write recovery analysis for ACC counsel for settlement discussions. | 21 | 2.30 | $530.00 | $1,219.00 |
| 8/16/06 | PR | Revise and update warrant calculation based on shares issued and total value as requested by counsel | 21 | 1.50 | $515.00 | $772.50 |
| 8/29/06 | JS | Review, analyze Chemical Week Polypropylene/Catalyst Report 8/23/06 and Grace forecasts, Beaches acquisition memorandum, for valuation. | 21 | 2.00 | $530.00 | $1,060.00 |
| 8/29/06 | JS | Review, analyze market valuations of specialty chemical comparable companies for valuation. | 21 | 1.40 | $530.00 | $742.00 |
| 8/29/06 | JS | Review, revise asset values, claims for recovery analysis for ACC counsel. | 21 | 1.90 | $530.00 | $1,007.00 |
| 8/29/06 | JS | Review NOL information, Monthly Financial Report 7/06 for asset value analysis and recovery analysis for ACC counsel. | 21 | 1.00 | $530.00 | $530.00 |
| 8/29/06 | JS | Write memorandum to ACC counsel re recovery analysis in preparation for hearing on 9/11/06. | 21 | 1.40 | $530.00 | $742.00 |
| 8/29/06 | PR | Review and analyze Lubrizol August 2006 8k on Q2 operating results, comparison to 2005, earnings outlook, discontinued operations and business segment review for comparable company analysis | 21 | 2.00 | $515.00 | $1,030.00 |
| 8/30/06 | PR | Review and analyze Hercules August 2006 8k Q2 earnings announcement, business and geographical review, pricing, outlook and comparison to prior year for comparable company valuation | 21 | 1.80 | $515.00 | $927.00 |
| 8/31/06 | JS | Review, analyze ACC counsel's memorandum with schedules re solvency analysis for hearing on 9/11/06 at request of counsel. | 21 | 2.10 | $530.00 | $1,113.00 |
| 8/31/06 | JS | Review, revise claims and distributable value analysis, write solvency analysis for ACC counsel for hearing on 9/11/06 at request of counsel. | 21 | 2.50 | $530.00 | $1,325.00 |

# W.R. Grace                                                                    Schedule B

**Services Rendered during the Period:   August 1, 2006 through August 31, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/31/06 | PR | Review and analyze Cabot August 2006 8k Q3 earnings announcement, profit margins, segment review, restructuring items and comparison to prior year for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| | | **TOTAL  Category 21:  Valuation** | | **69.20** | | **$36,133.50** |
| 8/4/06 | LT | Review Weekly Recommendations Memorandum transmitted by ACC counsel | 26 | 0.80 | $560.00 | $448.00 |
| 8/11/06 | LT | Review Calendar of Upcoming Events transmitted by ACC counsel | 26 | 1.00 | $560.00 | $560.00 |
| 8/11/06 | AP | Prepared questions for the conference call with management. | 26 | 1.00 | $360.00 | $360.00 |
| 8/11/06 | AP | Prepared updates to the accrued interest summary to analyze the YTD accrual. | 26 | 0.90 | $360.00 | $324.00 |
| 8/14/06 | LT | Review schedule of deliverable to ACC counsel and timetable for completion | 26 | 0.20 | $560.00 | $112.00 |
| 8/18/06 | LT | Review engagement status | 26 | 0.20 | $560.00 | $112.00 |
| 8/21/06 | AP | Prepared updates to the Grace second quarter operating review summary schedules to analyze the quarterly performance. | 26 | 1.00 | $360.00 | $360.00 |
| 8/21/06 | AP | Prepared the Grace second quarter operating review charts for the review for counsel. | 26 | 1.80 | $360.00 | $648.00 |
| 8/21/06 | AP | Prepared the quarterly rolling schedules and charts for the second quarter operating review for counsel. | 26 | 1.10 | $360.00 | $396.00 |
| 8/21/06 | AP | Prepared the equity value analysis for the petition date through the second quarter 2006 to analyze the trend in the stock price. | 26 | 1.00 | $360.00 | $360.00 |
| 8/21/06 | AP | Prepared updates to the business segment review schedules to analyze the operating margins for the businesses. | 26 | 1.40 | $360.00 | $504.00 |
| 8/21/06 | AP | Prepared updates to the second quarter presentation exhibits to analyze the performance of the company versus prior quarters. | 26 | 1.60 | $360.00 | $576.00 |
| 8/24/06 | AP | Prepared notes from the 10Q as part of the second quarter review analysis. | 26 | 1.50 | $360.00 | $540.00 |
| 8/28/06 | LT | Review Weekly Recommendations Memorandum transmitted by ACC counsel | 26 | 0.70 | $560.00 | $392.00 |
| 8/28/06 | AP | Prepared consolidated performance section of the second quarter review for counsel. | 26 | 1.20 | $360.00 | $432.00 |
| 8/28/06 | AP | Prepared business segment review section of the second quarter presentation to counsel. | 26 | 1.30 | $360.00 | $468.00 |
| 8/28/06 | AP | Prepared cash sources/uses and stock/bank debt price section of the second quarter presentation to counsel. | 26 | 1.10 | $360.00 | $396.00 |
| 8/28/06 | AP | Prepared updates to the second quarter operating review schedules. | 26 | 1.00 | $360.00 | $360.00 |
| | | **TOTAL  Category 26:  Business Analysis** | | **18.80** | | **$7,348.00** |
| 8/3/06 | JS | Review, analyze 8-K report of 2nd Quarter 2006 financial results for due diligence and monitoring. | 28 | 3.00 | $530.00 | $1,590.00 |
| 8/8/06 | JS | Commence review and analysis of 2nd Quarter 2006 10-Q in preparation for conference call with Company on 8/15/06 for due diligence and monitoring. | 28 | 3.20 | $530.00 | $1,696.00 |
| 8/8/06 | AP | Reviewed status update of Grace motions to analyze status of case. | 28 | 1.00 | $360.00 | $360.00 |
| 8/8/06 | AP | Reviewed Grace distributable value analysis to analyze the value of the equity under the Company's current plan. | 28 | 1.60 | $360.00 | $576.00 |
| 8/9/06 | JS | Commence review and analysis of 2nd Quarter 2006 Executive Summary in preparation for conference call with Company on 8/15/06 for due diligence and monitoring. | 28 | 3.40 | $530.00 | $1,802.00 |
| 8/9/06 | JS | Continue review and analysis of 2nd Quarter 2006 Executive Summary in preparation for conference call with Company on 8/15/06 for due diligence and monitoring. | 28 | 2.00 | $530.00 | $1,060.00 |
| 8/9/06 | AP | Reviewed the consolidated schedules in the Grace executive summary financial statement package provided by the company. | 28 | 1.20 | $360.00 | $432.00 |
| 8/9/06 | AP | Reviewed the qualitative overview summary from the executive summary financial book. | 28 | 0.90 | $360.00 | $324.00 |

# W.R. Grace

Schedule B

**Services Rendered during the Period:   August 1, 2006 through August31, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/9/06 | AP | Reviewed Grace's historical 10Q filings to analyze the EBIT margin during various time periods. | 28 | 1.30 | $360.00 | $468.00 |
| 8/9/06 | AP | Reviewed recent trend on Grace's stock price. | 28 | 0.40 | $360.00 | $144.00 |
| 8/9/06 | AP | Reviewed the business segment overview section in the executive summary book from the company. | 28 | 1.00 | $360.00 | $360.00 |
| 8/9/06 | AP | Reviewed the cash flow detail in the executive summary book to analyze the YTD cash items and how it compares with the updated plan. | 28 | 0.90 | $360.00 | $324.00 |
| 8/9/06 | AP | Reviewed the results from core operations schedules for the Grace June 30, 2006 executive summary book. | 28 | 0.50 | $360.00 | $180.00 |
| 8/10/06 | JS | Review, analyze Financial Briefing - 2nd Quarter 2006 in preparation for conference call with Company on 8/15/06 for due diligence and monitoring. | 28 | 2.60 | $530.00 | $1,378.00 |
| 8/10/06 | JS | Draft questions for conference call with Company on 8/15/06 for due diligence and monitoring. | 28 | 2.80 | $530.00 | $1,484.00 |
| 8/10/06 | AP | Reviewed EBITDA trend analysis to analyze current quarterly results. | 28 | 0.40 | $360.00 | $144.00 |
| 8/10/06 | AP | Reviewed the audited financial statements in the 10Q to analyze the year-over-year comparison of performance. | 28 | 1.70 | $360.00 | $612.00 |
| 8/10/06 | AP | Reviewed the 10Q for detail regarding the charges taken by the company for additional environmental liabilities. | 28 | 0.80 | $360.00 | $288.00 |
| 8/10/06 | AP | Reviewed websites for information regarding the environmental liability for Montana for the company. | 28 | 0.90 | $360.00 | $324.00 |
| 8/10/06 | AP | Reviewed liabilities schedule provided by the company to analyze the environmental estimate on the schedule. | 28 | 0.50 | $360.00 | $180.00 |
| 8/11/06 | AP | Reviewed the Grace financial briefing schedule from the company to analyze the second quarter operating results. | 28 | 1.30 | $360.00 | $468.00 |
| 8/11/06 | AP | Reviewed the Grace financial briefing schedule from the company to analyze the YTD results. | 28 | 1.20 | $360.00 | $432.00 |
| 8/11/06 | AP | Reviewed the detailed sections of the financial briefing to prepare questions for the conference call with management. | 28 | 1.10 | $360.00 | $396.00 |
| 8/11/06 | AP | Reviewed Grace 10Q for additional detail regarding the insurance settlements that occurred during the second quarter. | 28 | 0.80 | $360.00 | $288.00 |
| 8/11/06 | AP | Reviewed the peer comparison detail provided by the company to analyze how Grace performed relative to its peers. | 28 | 0.70 | $360.00 | $252.00 |
| 8/11/06 | AP | Reviewed prior Grace executive summary books to analyze the changes in the reporting segment financial bridge. | 28 | 0.80 | $360.00 | $288.00 |
| 8/16/06 | AP | Reviewed the prior warrants analysis to analyze the assumptions in the model. | 28 | 1.30 | $360.00 | $468.00 |
| 8/16/06 | AP | Reviewed article from industry publication regarding projected demand for catalysts. | 28 | 1.00 | $360.00 | $360.00 |
| 8/16/06 | AP | Reviewed the latest data regarding the bankholders for Grace to analyze any changes during the quarter. | 28 | 0.50 | $360.00 | $180.00 |
| 8/16/06 | AP | Reviewed the updates free cash flow analysis to analyze the YTD summary for the company. | 28 | 0.50 | $360.00 | $180.00 |
| 8/16/06 | AP | Reviewed additional industry articles relating to the chemical industry. | 28 | 0.70 | $360.00 | $252.00 |
| 8/16/06 | AP | Reviewed the Grace debtor financials to analyze the performance of the debtor entities and the cash balances associated with the entities. | 28 | 1.20 | $360.00 | $432.00 |
| 8/17/06 | AP | Reviewed the Grace weekly status update schedule to analyze the items on the schedule. | 28 | 0.80 | $360.00 | $288.00 |
| 8/17/06 | AP | Reviewed claims recovery model to analyze sensitivity of claim recoveries. | 28 | 1.50 | $360.00 | $540.00 |
| 8/17/06 | AP | Reviewed additional warrants schedules prepared to analyze the variables used and the impact on the value of the warrants. | 28 | 1.10 | $360.00 | $396.00 |
| 8/17/06 | AP | Reviewed press releases regarding Grace expansions of business lines. | 28 | 0.80 | $360.00 | $288.00 |
| 8/18/06 | AP | Reviewed the latest Grace distributable value analysis to analyze the components of value. | 28 | 1.00 | $360.00 | $360.00 |

# W.R. Grace

## Schedule B

**Services Rendered during the Period:   August 1, 2006 through August31, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 8/18/06 | AP | Reviewed the liabilities subject to compromise and any changes in these liabilities YTD. | 28 | 0.60 | $360.00 | $216.00 |
| 8/24/06 | AP | Reviewed the consolidated results in the Grace June 30, 2006 10Q filing. | 28 | 1.30 | $360.00 | $468.00 |
| 8/24/06 | AP | Reviewed the segment sections of the Grace 10Q filing. | 28 | 1.10 | $360.00 | $396.00 |
| 8/24/06 | AP | Reviewed management's commentary regarding the second quarter and YTD results as part of the second quarter analysis. | 28 | 2.20 | $360.00 | $792.00 |
| 8/24/06 | AP | Reviewed the pro-forma plan sections of the 10Q to analyze the sources of value. | 28 | 0.50 | $360.00 | $180.00 |
| 8/25/06 | AP | Reviewed the latest Grace monthly operating report cash section to analyze the legal expense relating to Libby for the month. | 28 | 0.50 | $360.00 | $180.00 |
| 8/25/06 | AP | Reviewed articles relating to the pension reform bill to analyze the potential impact on the company. | 28 | 1.10 | $360.00 | $396.00 |
| 8/28/06 | JS | Review ACC counsel's memorandum re Hearing of 8/21/06 in preparation for Hearing of 9/11/06. | 28 | 1.70 | $530.00 | $901.00 |
| 8/28/06 | JS | Review counsel's Recommendations and Calendar memoranda for planning of work and assignments. | 28 | 2.00 | $530.00 | $1,060.00 |
| 8/28/06 | JS | Commence review and analysis of June 2006 MOR for due diligence. | 28 | 1.50 | $530.00 | $795.00 |
| 8/28/06 | AP | Reviewed the notes to the financial briefing summary to analyze the performance of the operating segments. | 28 | 0.80 | $360.00 | $288.00 |
| 8/29/06 | JS | Continue review and analysis of June 2006 MOR for due diligence. | 28 | 1.80 | $530.00 | $954.00 |
| 8/29/06 | AP | Reviewed the Grace status update memorandum from counsel. | 28 | 1.00 | $360.00 | $360.00 |
| | | **TOTAL  Category  28: Data Analysis** | | **62.50** | | **$26,580.00** |
| | | **TOTAL   Schedule B:** | | **174.60** | | **$80,346.00** |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| **Descriptions** | **Amount** |
|---|---:|
| Telephone | $44.43 |
| Xerox   (811 @ $.10 per page) | $81.10 |
| **Total Expenses incurred from August 1-31, 2006** | $125.53 |