## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Docket No.  12858 |
| | ) | |

### W.R. GRACE & CO.'S NOTICE OF SERVICE OF EXPERT REPORTS OF ELIZABETH ANDERSON, GORDON BRAGG, PAUL EPSTEIN, DAVID GARABRANT, STEVEN HABER, DANIEL HENRY, GROVER HUTCHINS, RICHARD LEE, PETER LEES, M. LAURENTIUS MARAIS/WILLIAM WECKER, SURESH MOOLGAVKAR, BERTRAM PRICE, JOSEPH RODRICKS, AND DAVID WEILL

PLEASE TAKE NOTICE that on October 3, 2006, counsel for Debtor W.R. Grace & Co.

caused a copy of the expert reports of Elizabeth Anderson, Gordon Bragg, Paul Epstein, David

Garabrant, Steven Haber, Daniel Henry, Grover Hutchins, Richard Lee, Peter Lees, M.

Laurentius Marais/William Wecker, Suresh Moolgavkar, Joseph Rodricks, and David Weill to be

served to the service list below via Federal Express and electronic mail.  The expert report of

Bertram Price was served on October 3, 2006 to the service list below via Express Mail and

electronic mail.

Dated: October 4, 2006

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara M. Harding
David E. Mendelson
Brian T. Stansbury
Amanda C. Basta
Evan C. Zoldan
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

Laura Davis Jones
James E. O'Neill
919 N. Market St.
17th Floor
Wilmington, DE 19899
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

**W.R. Grace Expert Report**
**Service List**

By Federal Express

Richard Wyron
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007-5135

Gary Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Matthew Kramer
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-7580

Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, 27th Floor
Washington, DC 20005

Daniel Cohn
Cohn Whitesell & Goldberg, LLP
101 Arch Street
Boston, MA 02110

By Express Mail (Price Report Only)

Richard Wyron
Orrick, Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007-5135

Gary Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Matthew Kramer
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-7580

Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, 27th Floor
Washington, DC 20005

Daniel Cohn
Cohn Whitesell & Goldberg, LLP
101 Arch Street
Boston, MA 02110