## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | **Chapter 11** |
|  | ) | **Case No. 01-1139 (JKF)** |
| **W.R. GRACE & CO., et al.,** | ) | **(Jointly Administered)** |
|  | ) ) |  |
| **Debtors.** | ) ) |  |

### NOTICE OF RULE 30(B)(6) DEPOSITION

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7030 and 9014, David T. Austern, the Court-appointed legal representative for future asbestos claimants, and the Official Committee of Asbestos Personal Injury Claimants, by and through their respective counsel, will take the videotaped deposition(s) upon oral examination of W.R. Grace & Co., *et al.*, at 9:30 a.m. on October 24, 2006 (or a mutually convenient date agreed to by the parties) at the offices of Orrick, Herrington & Sutcliffe LLP, 3050 K Street, N.W., Washington, D.C. 20007.

**PLEASE TAKE FURTHER NOTICE** that the deposition shall be conducted before a person authorized to administer oaths in the relevant jurisdiction and will continue from day to day until completed. Testimony shall be taken by stenographic means and will also be recorded by videotape.

2

Respectfully submitted,

| ORRICK, HERRINGTON & SUTCLIFFE LLP | CAMPBELL & LEVINE, LLC |
|---|---|
| /s/ Richard H. Wyron | /s/ Marla R. Eskin |
| Roger Frankel | Marla R. Eskin (#2989) |
| Richard H. Wyron | Mark T. Hurford (#3299) |
| 3050 K Street, NW | 800 King Street, Suite 300 |
| Washington, DC 20007 | Wilmington, DE 19801 |
| Telephone: (202) 339-8400 | Telephone: (302) 426-1900 |
| | |
| John C. Phillips, Jr. (#110) | Elihu Inselbuch |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | CAPLIN & DRYSDALE, CHARTERED |
| 1200 North Broom Street | 375 Park Avenue, 35th Floor |
| Wilmington, DE 19806 | New York, NY 10152-3500 |
| Telephone: (302) 655-4200 | Telephone: (212) 319-7125 |
| | |
| *Counsel for David T. Austern,* | Peter Van N. Lockwood |
| *Future Claimants' Representative* | Nathan D. Finch |
| | Jeffrey A. Liesemer |
| | CAPLIN & DRYSDALE, CHARTERED |
| | One Thomas Circle, NW |
| | Washington, DC 20005 |
| | Telephone: (202) 862-5000 |
| | |
| | *Counsel for the Official Committee of* |
| | *Asbestos Personal Injury Claimants* |

Dated: October 5, 2006

2