IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket No. 13120 |

## CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER MODIFYING VARIOUS DEADLINES REGARDING <u>OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS</u>

1. On August 31, 2006, the Court entered an Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims ("Scheduling Order") (Docket No. 13120). The Scheduling Order provided Claimants until September 14, 2006 to object to the schedule set forth therein.

2. Several objections were received to the schedule set forth in the Scheduling Order. As a result, on September 25, 2006 the Court revised the schedule and directed the Debtors to submit a revised Scheduling Order.

3. Attached hereto is an Amended Scheduling Order with corresponding Amended Schedule and Amended Notice. The Debtors have provided a draft of these amended documents to the Asbestos Property Damage Committee and Messrs. Dies and Speights, who filed Objections to the Scheduling Order. None of these parties have raised any objections to the form of the amended documents attached.

4. Accordingly, the Debtors respectfully request that the Court enter the Amended Scheduling Order and approve the Amended Notice and Schedule attached hereto.

K&E 11385751.1

Dated: October 5, 2006

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in
Possession