IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Case No. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors | ) | Re: Docket No. 13120 |
| | ) | September 25, 2006 Agenda Item #14 |

### AMENDED ORDER SETTING VARIOUS DEADLINES REGARDING OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS

On July 24, 2006, the stay of the proceedings was lifted and the Court, among other things, directed the Debtors to meet and confer with the Official Committee of Asbestos Property Damage Claimants (the "PD Committee") to prepare a new Case Management Order and Notice to address the claims objection process going forward, with respect to the 15th Omnibus Objection (Substantive) to Asbestos Property Damage Claims (the 15th Omnibus Objection) (Docket No. 9315) wherein the Debtors objected to approximately 3950 Asbestos Property Damage Claims ("PD Claims"). On August 31, 2006 the Court entered an Order Setting Various Deadlines Regarding Objections To Asbestos Property Damage Claims (Docket No. 13120) ("Scheduling Order") which provided Claimants until September 14, 2006 to object to the schedule set forth therein. As a result of objections filed, the Court hereby enters this revised Scheduling Order.

WHEREFORE, IT IS HEREBY ORDERED THAT:

1.  There will be a hearing on **January 29, 30 and 31, 2007, commencing at 9:00 a.m. Eastern Time** each day, in Pittsburgh, Pennsylvania regarding whether the use of surface dust sample collection and analysis is admissible in accordance with Federal Rule of Evidence 702 to assess or establish whether the Debtors' asbestos-containing products are defective or

K&E 11296668.13

unreasonably dangerous (the "Methodology Issue"). **All parties will be bound by the Court's determination in this regard and may elect to participate**. Any PD Claimant which hereafter so elects shall be required to designate experts and submit expert reports addressing the Methodology Issue and otherwise comply with the Schedule set forth in Exhibit B attached hereto.

2.  Certain specific objections to PD Claims will be adjudicated on **April 23, 24 and 25, 2007, commencing at 9:00 a.m., Eastern time**, in Pittsburgh, Pennsylvania. The objections that will be adjudicated as to these PD Claims are those asserted in the 15th Omnibus Objection regarding product identification and limitations periods (specifically C-1 through C-4, D-1 through D-6, F-1 and F-4 and F-5) and objections alleging that the Libby properties have already been or will be remediated by the EPA (the "Libby issue"). These claims are listed on Exhibit A hereto. The pre-trial schedule for these objections is set forth in the Schedule attached as Exhibit B to this Order.

3.  Other specific objections to certain PD Claims will be adjudicated on **May 30 and 31, 2007, commencing at 9:00 a.m., Eastern time**, in Pittsburgh, Pennsylvania. The objections that will be adjudicated as to these PD claims are those asserted in the 15th Omnibus Objection regarding lack of hazard (specifically E-1 through E-4 and F-5). These claims are also listed on Exhibit A hereto. The pre-trial schedule for this litigation is set forth in the Schedule attached as Exhibit B to this Order. If the Court determines that an extension of these dates is required for cause shown, these dates will nonetheless be used as a status conference at which counsel to all parties must appear.

4.  Motions for summary judgment or to dismiss regarding product identification, limitations periods, and the Libby issue (see paragraph 2 above), may be filed by any party at

K&E 11296668.13

any time prior to **4:00 p.m., Eastern time, February 16, 2007**. Responses must be filed **no later than 4:00 p.m., Eastern time, on March 19, 2007**. Replies must be filed **not later than 4:00 p.m., Eastern time, on March 23, 2007**, and shall be limited to five (5) pages. Cross-motions for summary judgment will NOT be treated as responses. These summary judgment motions will be heard in Pittsburgh, Pennsylvania, on **April 9, 2007, at 9:00 a.m., Eastern time**.

5. Motions for summary judgment or to dismiss regarding lack of hazard (see paragraph 3 above) may be filed by any party at any time prior to **4:00 p.m., Eastern time, on March 20, 2007**. Responses must be filed **no later than 4:00 p.m., Eastern time, on April 20, 2007**. Replies must be filed **not later than 4:00 p.m., Eastern time, on April 26, 2007**, and shall be limited to (5) pages. Cross motions for summary judgment will NOT be treated as responses. These summary judgment motions will be heard in Pittsburgh, Pennsylvania, **on May 7, 2007, at 9:00 a.m., Eastern time**.

6. This Order supersedes any and all other scheduling orders previously entered by this Court regarding Asbestos Property Damage Claims, including the schedule set forth in the Estimation CMO.

7. All parties participating in the matters outlined in this Order who fail to comply with the terms of the Order or any discovery orders issues in connection with the Order may be subject to sanctions requested by any party in accordance with the Federal Rules of Civil Procedure and the Bankruptcy Rules.

8. The form of the Amended Notice of Deadlines and Process Regarding Objections To Asbestos Property Damage Claims ("Notice") attached as Exhibit C is approved and all of the provisions of the Notice are incorporated as if fully set forth herein.

9. Within ten (10) days of entry of this Order, the Debtors will serve this Amended Order and the accompanying Amended Notice on counsel for all PD Claimants affected by this Order, or the Claimants themselves if not represented by counsel.

Dated: _____, 2006

_____<br>
The Honorable Judith K. Fitzgerald<br>
United States Bankruptcy Judge