IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**CERTIFICATION OF COUNSEL RE: OMNIBUS HEARING DATES**

1.    At the omnibus hearing date of above-captioned debtors and debtors in possession (the "Debtors") on August 21, 2006, the Court provided the Debtors with omnibus hearing dates for the 2007 calendar year.

2.    Attached hereto is a proposed order setting forth the omnibus hearing dates for 2007 and also the relevant filing dates in connection with such omnibus hearings, consistent with this Court's *Order Establishing Case Management Procedures and Hearing*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Schedule* dated April 17, 2002. Accordingly, the Debtors respectfully request that the Court enter the proposed order at its earliest convenience.

Dated: October 5, 2006

                KIRKLAND & ELLIS LLP
                David M. Bernick, P.C.
                Janet S. Baer
                200 East Randolph Drive
                Chicago, Illinois 60601
                Telephone: (312) 861-2000
                Facsimile:  (312) 861-2200

                and

                PACHULSKI STANG ZIEHL YOUNG JONES
                & WEINTRAUB LLP

                */s/ James E. O'Neill*
                Laura Davis Jones (Bar No. 2436)
                James E. O'Neill. (Bar No. 4042)
                919 North Market Street, 17th Floor
                P.O. Box 8705
                Wilmington, DE 19899-8705 (Courier 19801)
                Telephone: (302) 652-4100
                Facsimile:  (302) 652-4400

                Co-counsel for Debtors and Debtors in Possession