IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### ORDER SCHEDULING OMNIBUS HEARING DATES FOR 2007

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled omnibus hearing dates and has established certain deadlines in the above-captioned chapter 11 cases consistent with the Court's Order Establishing Case Management Procedures and Hearing Schedule (Docket No. 1948). The omnibus hearing dates and certain deadlines for 2007 are set forth on the schedule attached hereto as Exhibit "A".

Dated: _____, 2006

                        The Honorable Judith K. Fitzgerald
                        United States Bankruptcy Judge

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Exhibit A

## Omnibus Hearing Dates and Filing and Objection Deadlines

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates | Filing Deadlines | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| January 22, 2007 at 1:30 p.m. | 12/18/06 | 01/05/07 | 01/08/07 | 01/12/07 |
| February 26, 2007 at 1:30 p.m. | 01/22/07 | 02/09/07 | 02/12/07 | 02/16/07 |
| April 2, 2007 at 1:30 p.m. (22nd Quarterly Fee Hearing) | 02/26/07 | 03/16/07 | 03/19/07 | 03/26/07 |
| April 30, 2007 at 1:30 p.m. | 03/26/07 | 04/13/07 | 04/16/07 | 04/23/07 |
| May 21, 2007 at 1:30 p.m. | 04/16/07 | 05/04/07 | 05/07/07 | 05/14/07 |
| June 25, 2007 at 1:30 p.m. (in Pittsburgh, PA) (23rd Quarterly Fee Hearing) | 05/21/07 | 06/08/07 | 06/11/07 | 06/18/07 |
| July 23, 2007 at 1:30 p.m. | 06/18/07 | 07/06/07 | 07/09/07 | 07/16/07 |
| August 29, 2007 at 1:30 p.m. (in Pittsburgh, PA) | 07/25/07 | 08/10/07 | 08/15/07 | 08/22/07 |
| September 24, 2007 at 1:30 p.m. (24th Quarterly Fee Hearing) | 08/20/07 | 09/07/07 | 09/10/07 | 09/17/07 |
| October 22, 2007 at 1:30 p.m. | 09/17/07 | 10/05/07 | 10/05/07 | 10/15/07 |
| November 26, 2007 at 1:30 p.m. | 10/22/07 | 11/09/07 | 11/09/07 | 11/19/07 |
| December 17, 2007 at 1:30 p.m. (in Pittsburgh, PA) (25th Quarterly Fee Hearing) | 11/12/07 | 11/30/07 | 12/03/07 | 12/10/07 |