**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 4, 2006 at 4:00 p.m.** |

**CERTIFICATE OF NO OBJECTION
REGARDING DOCKET NO. 13230**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Forty-Sixth Interim Application of Hamilton, Rabinovitz & Alschuler, Inc. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2005 through July 31, 2005 (the "Application"). The undersigned further certifies that she caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than October 4, 2006.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay Hamilton, Rabinovitz & Alschuler, Inc. $7,436.00 which represents 80% of the fees ($9,295.00) and $0.00 which represents 100% of the expenses requested in the

Application for the period July 1, 2005 through July 31, 2005, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: October 5, 2006					Scott L. Baena, Esquire
							Jay M. Sakalo, Esquire
							BILZIN, SUMBERG, BAENA, PRICE
							 & AXELROD, LLP
							2500 Wachovia Financial Center
							200 South Biscayne Boulevard
							Miami, FL 33131-2336
							Tel:	(305) 374-7580
							Fax:	(305) 374-7593

							-and-

							FERRY, JOSEPH & PEARCE, P.A.

							 /s/ Lisa L. Coggins
							Michael B. Joseph (No. 392)
							Theodore J. Tacconelli (No. 2678)
							Lisa L. Coggins (No. 4234)
							824 Market Street, Suite 904
							P.O. Box 1351
							Wilmington, DE. 19899
							Tel:	(302) 575-1555
							Fax:	(302) 575-1714

							*Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*