## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et</u> <u>al</u>. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**Objection Date:  October 26, 2006 at 4:00 p.m.**
**Hearing Date:  To be determined.**

### FIFTY-SIXTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **August 1, 2006 through August 31, 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$32,699.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$235.27** |

This is an: ☒ monthly ☐ interim ☐ final application

This is the fifty-sixth monthly fee application of Duane Morris LLP.

DM3\401128.1

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

DM3\401128.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,162.50 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | Pending | Pending |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | Pending | Pending |

5

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Partner/41 years | 615.00 | 25.30 | $15,559.50 |
| Michael R. Lastowski | Partner/26 years | 550.00 | 27.80 | $15,290.00 |
| Richard W. Riley | Partner/15 years | 440.00 | 0.60 | $264.00 |
| Michael F. Hahn | Associate/8 years | 355.00 | 1.30 | $461.50 |
| Beth A. Gruppo | Paralegal | 215.00 | 1.40 | $301.00 |
| Alison T. Ash | Paralegal | 145.00 | 0.80 | $116.00 |
| Diane Sosnoski | Paralegal | 175.00 | 0.90 | $157.50 |
| Stephanie Lenkiewicz | Legal Assistant | 125.00 | 4.40 | $550.00 |

**Total Fees:**     **$32,669.50**
**Total Hours:**    **62.50**

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations (03) | 0.10 | $55.00 |
| Case Administration (04) | 6.80 | $3,475.00 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 17.10 | $9,151.50 |
| Fee Applications, Applicant (12) | 3.90 | $1,082.50 |
| Fee Applications, Others (13) | 2.50 | $371.00 |
| Hearings (15) | 10.40 | $5,720.00 |
| Valuation (22) | 0.60 | $264.00 |
| Other (25) | 21.10 | $12,580.50 |
| **TOTAL** | **62.50** | **$32,699.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Overnight Mail | Federal Express | $66.92 |
| Pacer Federal Docket | | $2.32 |
| Messenger Service | Parcels | $145.00 |
| Legal Research | Lexis | $6.12 |
| Legal Research | Westlaw | $14.91 |
| **TOTAL** | | **$ 235.27** |

7

WHEREFORE, Duane Morris LLP respectfully requests that, for the period August 1, 2006 through August 31, 2006, an interim allowance be made to Duane Morris LLP for compensation in the amount of $26,159.60 (80% of allowed fees) and $235.27 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated:  October 6, 2006

_Michael R. Lastowski_

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:     (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:        mlastowski@duanemorris.com
E-mail:        rwriley@duanemorris.com
*Co-Counsel to the Official Committee*
*of Unsecured Creditors*

8

# EXHIBIT A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

October 4, 2006

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1206162                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2006 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 27.80 | hrs. at | $550.00 | /hr. = | $15,290.00 |
| RW RILEY | PARTNER | 0.60 | hrs. at | $440.00 | /hr. = | $264.00 |
| WS KATCHEN | PARTNER | 25.30 | hrs. at | $615.00 | /hr. = | $15,559.50 |
| MF HAHN | ASSOCIATE | 1.30 | hrs. at | $355.00 | /hr. = | $461.50 |
| BA GRUPPO | PARALEGAL | 1.40 | hrs. at | $215.00 | /hr. = | $301.00 |
| AT ASH | PARALEGAL | 0.80 | hrs. at | $145.00 | /hr. = | $116.00 |
| DM SOSNOSKI | PARALEGAL | 0.90 | hrs. at | $175.00 | /hr. = | $157.50 |
| S LENKIEWICZ | LEGAL ASSISTAN | 4.40 | hrs. at | $125.00 | /hr. = | $550.00 |

$32,699.50

DISBURSEMENTS
| | |
|---|---|
| LEXIS LEGAL RESEARCH | 6.12 |
| MESSENGER SERVICE | 145.00 |
| OVERNIGHT MAIL | 66.92 |
| PACER FEDERAL DOCKET COSTS | 2.32 |
| WESTLAW LEGAL RESEARCH | 14.91 |
| TOTAL DISBURSEMENTS | $235.27 |

BALANCE DUE THIS INVOICE                                    $32,934.77

PREVIOUS BALANCE                                           $79,429.04

TOTAL BALANCE DUE                                         $112,363.81

Duane Morris
October 4, 2006
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1206162

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 8/13/2006 | 003 | MR LASTOWSKI | REVIEW JUNE 2006 MONTHLY OPERATING REPORT | 0.10 | $55.00 |
| | | | Code Total | 0.10 | $55.00 |

Duane Morris
October 4, 2006
Page 3

File # K0248-00001                                    INVOICE #  1206162
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 8/2/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 8/4/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.20 | $43.00 |
| 8/8/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.20 | $43.00 |
| 8/10/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.20 | $43.00 |
| 8/14/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 8/16/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.20 | $43.00 |

File # K0248-00001                                                      INVOICE # 1206162
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/18/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 8/21/2006 | 004 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE, E-FILE AND SERVE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EXPERT WITNESS DISCLOSURES | 0.30 | $37.50 |
| 8/23/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 8/23/2006 | 004 | WS KATCHEN | REVIEW CERTIFICATION AND ORDER MODIFYING DEADLINES; REVIEW CERTIFICATION AND AMENDED ORDER APPROVING SETTLEMENT - LLOYDS UNDERWRITER; REVIEW AMENDED SETTLEMENT AGREEMENT; REVIEW CERTIFICATION RE: PI PROOF OF CLAIM/BAR DATE ORDER AND PROPOSED ORDER | 1.00 | $615.00 |
| 8/23/2006 | 004 | WS KATCHEN | ADDITIONAL WORK ON ESTIMATION ISSUES AND VOTING | 1.80 | $1,107.00 |
| 8/23/2006 | 004 | WS KATCHEN | ADDITIONAL WORK ON PLAN CONFIRMATION ISSUES; PREPARATION FOR MEETING WITH COMMITTEE MEMBERS | 2.30 | $1,414.50 |
| 8/28/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |

Duane Morris
October 4, 2006
Page 5

File # K0248-00001                                                  INVOICE #  1206162
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/30/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| | | | Code Total | 6.80 | $3,475.00 |

Duane Morris
October 4, 2006
Page 6

File # K0248-00001                                          INVOICE #  1206162
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/7/2006 | 005 | MR LASTOWSKI | REVIEW MOTION TO COMPEL | 0.90 | $495.00 |
| 8/8/2006 | 005 | MR LASTOWSKI | REVIEW RESPONSES TP DEBTOR'S MOTION TO COMPEL RESPONSES TO ASBESTOS PERSONAL INJURY QUESTIONNAIRES. | 1.70 | $935.00 |
| 8/9/2006 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S OBJECTION TO MOTION TO AMEND CASE MANAGEMENT ORDER FOR THE ESTIMATION OF CLAIMS | 1.70 | $935.00 |
| 8/15/2006 | 005 | MF HAHN | REVIEW STROOCK MEMO REGARDING ARMSTRONG ESTIMATION | 0.20 | $71.00 |
| 8/15/2006 | 005 | MR LASTOWSKI | REVIEW MOTION TO COMPEL RESPONSES TO PERSONAL INJURY QUESTIONNAIRES AND RESPONSES THERETO | 1.30 | $715.00 |
| 8/15/2006 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: PROTOCOL FOR DISPOSITION OF CANADIAN PROPERTY DAMAGE CLAIMS. | 1.60 | $880.00 |
| 8/16/2006 | 005 | MF HAHN | REVIEW ARMSTRONG OPINION ON ASBESTOS ESTIMATION AND PLAN CONFIRMATION | 0.80 | $284.00 |
| 8/17/2006 | 005 | MR LASTOWSKI | REVIEW RESPONSES TO GRACE'S MOTION TO COMPEL RESPONSES TO PERSONAL INJURY QUESTIONNARES | 1.80 | $990.00 |
| 8/18/2006 | 005 | MR LASTOWSKI | REVEIW CERTIFICATION RE LLOYD'S SETTLEMENT; REVIEW SETTLEMENT | 0.50 | $275.00 |
| 8/18/2006 | 005 | MR LASTOWSKI | REVEIW CERTIFICATION RE: PROOF OF CLAIM FOR PRE-PETITION PERSONAL INJURY CLAIMS | 0.50 | $275.00 |
| 8/18/2006 | 005 | MR LASTOWSKI | REVEIW CERTIFICATION RE: MODIFIYING CERTAIN DEADLINES RELATING TO ASBESTOS PROPERTY DAMAGE CLAIMS | 1.10 | $605.00 |
| 8/20/2006 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S SUPPLEMENTAL MEMORANDUM RELATING TO DISPOSITION OF CANADIAN PROPERTY DAMAGE CLAIMS | 1.70 | $935.00 |
| 8/21/2006 | 005 | MF HAHN | REVIEW NEW NJ APPELLATE DIVISION CASE REGARDING ASBESTOS DISCOVERY | 0.30 | $106.50 |
| 8/30/2006 | 005 | MR LASTOWSKI | REVIEW CERTIFICATIONS OF COUNSEL CONCERNING PROPOSED ORDER SETTING DEADLINES AND GUIDELINES FOR ASBESTOS PROPERTY DAMAGE CLAIMS | 1.70 | $935.00 |
| 8/30/2006 | 005 | MR LASTOWSKI | REVIEW EXPERT WITNESS DISCLOSURES | 0.50 | $275.00 |

File # K0248-00001                                              INVOICE # 1206162
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 8/30/2006 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S CERTIFICATION RE: PERSONAL INJURY BAR DATE, PROOFS OF CLAIM, ETC. | 0.10 | $55.00 |
| 8/31/2006 | 005 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: ASBESTOS DEADLINES | 0.70 | $385.00 |
| | | | Code Total | 17.10 | $9,151.50 |

Duane Morris
October 4, 2006
Page 8

File # K0248-00001                                          INVOICE # 1206162
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 8/9/2006 | 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS LLP'S MONTHLY FEE APPLICATION FOR JUNE, 2006 | 0.30 | $37.50 |
| 8/9/2006 | 012 | S LENKIEWICZ | PREPARATION OF DUANE MORRIS LLP'S MONTHLY FEE APPLICATION FOR JULY, 2006 | 0.30 | $37.50 |
| 8/10/2006 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS LLP'S TWENTY-FIRST QUARTERLY FEE APPLICATION, CERTIFICATE OF SERVICE AND CHARTS | 0.70 | $87.50 |
| 8/10/2006 | 012 | S LENKIEWICZ | E-FILE AND SERVE DUANE MORRIS LLP'S FIFTY-FOURTH MONTHLY FEE APPLICATION FOR THE PERIOD JUNE, 2006 | 0.30 | $37.50 |
| 8/15/2006 | 012 | MR LASTOWSKI | REVIEW AND SIGN NOTICE OF FILING OF CAPSTONE 10TH QUARTERLY FEE APPLICATION | 0.10 | $55.00 |
| 8/15/2006 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 21ST QUARTERLY FEE APPLICATION | 1.10 | $605.00 |
| 8/15/2006 | 012 | S LENKIEWICZ | FINALIZE DUANE MORRIS LLP'S TWENTY-FIRST QUARTERLY FEE APPLICATION FOR FILING; E-FILE AND SERVE SAME VIA EMAIL, FED EX AND HAND-DELIVERY AND ARRANGE FOR SERVICE OF NOTICE ON 2002 SERVICE LIST | 0.50 | $62.50 |
| 8/16/2006 | 012 | S LENKIEWICZ | PREPARE CNO REGARDING FIFTY-FOURTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR PERIOD JUNE 1, 2006 THROUGH JUNE 30, 2006 | 0.10 | $12.50 |
| 8/29/2006 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS FIFTY FIFTH MONTHLY FEE APPLICATION. | 0.20 | $110.00 |
| 8/30/2006 | 012 | S LENKIEWICZ | E-FILE AND SERVICE DUANE MORRIS LLP'S FIFTY-FIFTH MONTHLY FEE APPLICATION FOR PERIOD JULY 1, 2006 THROUGH JULY 31, 2006 | 0.30 | $37.50 |
| | | | Code Total | 3.90 | $1,082.50 |

File # K0248-00001                                    INVOICE #  1206162
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 8/1/2006 | 013 | AT ASH | PREPARATION OF CERTIFICATION OF NO OBJECTION RE MAY MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN, E-FILE SAME. | 0.30 | $43.50 |
| 8/1/2006 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE JUNE MONTHLY FEE APPLICATION FOR STROOCK & STROOCK & LAVAN. | 0.40 | $58.00 |
| 8/1/2006 | 013 | AT ASH | CORRESPONDENCE WITH D. MOHAMED RE COORDINATING FILING OF JUNE FEE APPLICATION AND MAY CERTIFICATION OF NO OBJECTION. | 0.10 | $14.50 |
| 8/15/2006 | 013 | S LENKIEWICZ | E-FILE CAPSTONE'S TENTH QUARTERLY FEE APPLICATION AND ARRANGE FOR SERVICE OF NOTICE ON 2002 SERVICE LIST | 0.30 | $37.50 |
| 8/16/2006 | 013 | S LENKIEWICZ | PREPARE CNO REGARDING CAPSTONE'S TWENTY-NINTH INTERIM FEE APPLICATION FOR PERIOD JUNE 1, 2006 THROUGH JUNE 30, 2006 | 0.10 | $12.50 |
| 8/16/2006 | 013 | S LENKIEWICZ | PREPARE CNO REGARDING SIXTY-THIRD MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR PERIOD JUNE 1, 2006 THROUGH JUNE 30, 2006 | 0.10 | $12.50 |
| 8/17/2006 | 013 | S LENKIEWICZ | RECEIPT OF EMAILED 21ST QUARTERLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP; PREPARE APPLICATION AND EXHIBITS FOR E-FILING | 0.20 | $25.00 |
| 8/17/2006 | 013 | S LENKIEWICZ | E-FILE 21ST QUARTERLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP; SERVE NOTICE ON 2002 SERVICE LIST | 0.30 | $37.50 |
| 8/21/2006 | 013 | S LENKIEWICZ | E-FILE CNO REGARDING CAPSTONE'S FEE APPLICATION FOR JUNE, 2006 | 0.10 | $12.50 |
| 8/30/2006 | 013 | MR LASTOWSKI | SIGN NOTICE OF STROOCK MONTHLY FEE APPLICATION | 0.10 | $55.00 |
| 8/30/2006 | 013 | S LENKIEWICZ | E-FILE CERTIFICATION OF NO OBJECTION REGARDING JUNE, 2006 FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP; EMAIL EFILING CONFIRMATION TO D. MOHAMMAD | 0.20 | $25.00 |
| 8/30/2006 | 013 | S LENKIEWICZ | FINALIZE STROOCK & STROOCK & LAVAN LLP'S JULY, 2006 MONTHLY FEE APPLICATION FOR E-FILING; E-FILE SAME; EMAIL E-FILING CONFIRMATION TO D. MOHAMMAD | 0.30 | $37.50 |
| | | | Code Total | 2.50 | $371.00 |

Duane Morris
October 4, 2006
Page 10

File # K0248-00001                                          INVOICE #  1206162
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|-|-------|-------|
| 8/19/2006 | 015 | MR LASTOWSKI | REVIEW AMENDED AGENDA NOTICE FOR AUGUST OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 2.20 | $1,210.00 |
| 8/20/2006 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR OMNIBUS HEARING | 2.60 | $1,430.00 |
| 8/21/2006 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 5.50 | $3,025.00 |
| 8/30/2006 | 015 | MR LASTOWSKI | REVIEW LIBBY DISCLOSURE OF EXPERT WITNESSES | 0.10 | $55.00 |
| | | | Code Total | 10.40 | $5,720.00 |

Duane Morris
October 4, 2006
Page 11

File # K0248-00001                                    INVOICE # 1206162
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|------|-------|-------|
| 8/21/2006 | 022 | RW RILEY | COMMUNICATIONS WITH ARLENE KRIEGER REGARDING COMMITTEE EXPERT WITNESS DISCLOSURES | 0.20 | $88.00 |
| 8/21/2006 | 022 | RW RILEY | REVIEWING AND REVISING COMMITTEE'S EXPERT WITNESS DISCLOSURES AND COORDINATING FILING AND SERVICE OF DISCLOSURES | 0.40 | $176.00 |
| | | | Code Total | 0.60 | $264.00 |

File # K0248-00001                                              INVOICE # 1206162
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/1/2006 | 025 | WS KATCHEN | PREP MEETING - COMMITTEE MEMBER. | 0.90 | $553.50 |
| 8/1/2006 | 025 | WS KATCHEN | ATTENTION TO COMMITTEE PROJECT. | 0.70 | $430.50 |
| 8/2/2006 | 025 | WS KATCHEN | MEETING WITH COMMITTEE MEMBER RE: PLAN. | 0.80 | $492.00 |
| 8/3/2006 | 025 | WS KATCHEN | REVIEW DRAFT ORDER SECTION 1121 (D). | 0.10 | $61.50 |
| 8/7/2006 | 025 | WS KATCHEN | REVIEW OPPOSITION TO MOTION TO RESPOND TO QUESTION AND JOINDER. | 0.30 | $184.50 |
| 8/7/2006 | 025 | WS KATCHEN | REVIEW LATEST OPINION - LIMITATION SECTION 105. | 0.40 | $246.00 |
| 8/7/2006 | 025 | WS KATCHEN | ADDITIONAL WORK ON PROJECT. | 1.30 | $799.50 |
| 8/8/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S CORRECTED OBJECTION TO MOTION TO AMEND CMO. | 0.30 | $184.50 |
| 8/8/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S CASE AUTHORITY (REFCO). | 0.30 | $184.50 |
| 8/8/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S SUPP. MEMO RE: CANADIAN P.D. CLAIMS. | 0.90 | $553.50 |
| 8/9/2006 | 025 | WS KATCHEN | ADDITIONAL REVIEW DEBTOR'S AUTHORITIES RE: CANADIAN CLAIMS ALLOWANCE. | 1.30 | $799.50 |
| 8/9/2006 | 025 | WS KATCHEN | WORK ON ESTIMATION ISSUES. | 1.90 | $1,168.50 |
| 8/10/2006 | 025 | DM SOSNOSKI | LEGAL RESEARCH REGARDING OPPOSITION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO THE DEBTORS' MOTION TO COMPEL RESPONSES TO THEIR QUESTIONNAIRES | 0.30 | $52.50 |
| 8/10/2006 | 025 | WS KATCHEN | REVIEW ACC OPPOSITION RE: QUESTIONNAIRES ANALYSIS ACC AUTHORITIES. | 0.30 | $184.50 |
| 8/14/2006 | 025 | WS KATCHEN | ESTIMATION RESEARCH @ 1/2. | 1.70 | $1,045.50 |
| 8/15/2006 | 025 | WS KATCHEN | REVIEW SUR-REPLY TO D. SLANGHER'S CLAIM. | 0.10 | $61.50 |
| 8/15/2006 | 025 | WS KATCHEN | REVIEW STROOCK E-MAIL. | 0.10 | $61.50 |
| 8/15/2006 | 025 | WS KATCHEN | REVIEW FINDINGS ON EXPERT'S TESTIMONY CLAIMS ESTIMATION. | 1.10 | $676.50 |
| 8/15/2006 | 025 | WS KATCHEN | PH K. PASQUALE. | 0.20 | $123.00 |
| 8/16/2006 | 025 | WS KATCHEN | PH K. PASQUALE - LIBBY PLAN ISSUE. | 0.20 | $123.00 |
| 8/17/2006 | 025 | WS KATCHEN | REVIEW JOINT RESPONSE AND EXHIBITS OF VARIOUS LAW FIRMS RE: QUESTIONAIRE. | 1.10 | $676.50 |
| 8/17/2006 | 025 | WS KATCHEN | REVIEW RESPONSE OF CERTAIN CANCER CLAIMANTS. | 0.50 | $307.50 |
| 8/18/2006 | 025 | WS KATCHEN | ADDITIONAL ESTIMATION AND DISCOVERY ISSUES. | 0.80 | $492.00 |
| 8/21/2006 | 025 | WS KATCHEN | REVIEW NOTICE OF MEDIATION AND HEARING. | 0.10 | $61.50 |
| 8/21/2006 | 025 | WS KATCHEN | REVIEW HEARING AGENDA. | 0.20 | $123.00 |

Duane Morris
October 4, 2006
Page 13

File # K0248-00001                                          INVOICE #  1206162
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 8/21/2006 | 025 | WS KATCHEN | REVIEW NJ APP. DIV. WL 2355200. | 0.20 | $123.00 |
| 8/21/2006 | 025 | WS KATCHEN | REVIEW STROOCK E-MAIL. | 0.20 | $123.00 |
| 8/21/2006 | 025 | WS KATCHEN | ESTIMATION ISSUE. | 1.80 | $1,107.00 |
| 8/21/2006 | 025 | WS KATCHEN | ANALYSIS JOINT RESPONSE REGARDING QUESTIONAIRES. | 0.70 | $430.50 |
| 8/28/2006 | 025 | WS KATCHEN | REVIEW ACC SUBMISSION RE: BAR DATE ORDER, NOTICE AND PROOF OF CLAIM FORM. | 0.40 | $246.00 |
| 8/28/2006 | 025 | WS KATCHEN | REVIEW CLAIM SETTLEMENT NOTICE. | 0.10 | $61.50 |
| 8/28/2006 | 025 | WS KATCHEN | REVIEW NOTICE OF PI EXPERTS. | 0.10 | $61.50 |
| 8/28/2006 | 025 | WS KATCHEN | REVIEW LIBBY CLAIMANTS' EXPERTS. | 0.10 | $61.50 |
| 8/28/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR PRODUCTION OF DOCUMENTS AND AFFIDAVIT - DAVID BENNICK. | 0.20 | $123.00 |
| 8/28/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S SUPPLEMENTAL EXPERT WITNESS DISCLOSURE. | 0.30 | $184.50 |
| 8/29/2006 | 025 | DM SOSNOSKI | REVIEW FILES AND DOCKET FOR SPRAYREGAN'S DISCLOSURES | 0.60 | $105.00 |
| 8/29/2006 | 025 | WS KATCHEN | REVIEW FUTURES' REP NEGOTIATIONS EXPERT WITNESSES. | 0.10 | $61.50 |
| 8/30/2006 | 025 | WS KATCHEN | REVIEW DISCOVERY ISSUES DEBTOR & COMMITTEE. | 0.40 | $246.00 |
| | | | Code Total | 21.10 | $12,580.50 |

October 4, 2006
Page 14

File # K0248-00001                                    INVOICE #  1206162
    W.R. GRACE & CO.

|  | TOTAL SERVICES | 62.50 | $32,699.50 |
|---|---|---|---|

Duane Morris
October 4, 2006
Page 15

File # K0248-00001                                          INVOICE #  1206162
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 8/10/2006 | LEXIS LEGAL RESEARCH BRUNO, DENISE | | 3.50 |
| 8/10/2006 | LEXIS LEGAL RESEARCH BRUNO, DENISE | | 2.62 |
| | | Total: | $6.12 |
| | | | |
| 8/10/2006 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790029700793) | | 19.51 |
| 8/10/2006 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790521520678) | | 6.76 |
| 8/15/2006 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791086248558) | | 16.07 |
| 8/15/2006 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791086245905) | | 8.31 |
| 8/30/2006 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791104493982) | | 9.51 |
| 8/30/2006 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790053007278) | | 6.76 |
| | | Total: | $66.92 |
| | | | |
| 8/10/2006 | WESTLAW LEGAL RESEARCH SOSNOSKI,DENICE M | | 14.91 |
| | | Total: | $14.91 |
| | | | |
| 8/31/2006 | PACER FEDERAL DOCKET COSTS | | 2.32 |
| | | Total: | $2.32 |
| | | | |
| 8/31/2006 | MESSENGER SERVICE | | 145.00 |
| | | Total: | $145.00 |
| | | | |
| | TOTAL DISBURSEMENTS | | $235.27 |