# EXHIBIT A



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

**ORIGINAL FREIGHT BILL**

PAGE NO:01

FINANCE CHARGE 12%/YEAR ON
BILLS PAID AFTER DUE DATE

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| BANKRUPTCY | CSXT N/A 011504 | 10/07/00 | 322.00 |
| 904-366-3807 | P.O. BOX 640839 | | |
| | PITTSBURGH   PA 15264-0839 | | |
| FAX NUMBER: (904) 366-4406 | | | |

FREIGHT BILL NO:  2096362   DATE: 09/22/00  Y92021

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|
| ABOX 051076 | B357 | 50 06 | 5290 | 11 00 | 712 | 820098 | 08/01/00 | 00080547544 | 08/01/00 |

| ROUTE | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|
| CSXT CHGO   BNSF | | CSXT 532 | 1491950 | PREPAID |

| SHIPPER | | CONSIGNEE | |
|---|---|---|---|
| GRACE W R & CO | 3GXR14 | HARDIE JAMES GYPSUM | 8TLB0L |
| HIGHWAY 221 | | 5931 E MARGINAL WAY | |
| KEARNEY          SC 29335 | | SEATTLE          WA 98101 | |

| ORIGIN | DESTINATION |
|---|---|
| 012767 KEARNEY, SC | 002201 SEATTLE, WA |

| DESCRIPTION OF ARTICLES | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|
| VERMICULITE, CRUDE, | BAS 96256 | CL | 1 | 4395.00 | PC | 4395.00 | | 4395.00 |

RATE CODE: PC = PER CAR

ORIGINAL W/B REF  712-040599-198580-08/09/00

| GRACE W R & CO | TOTAL CHARGES | 4395.00 | |
|---|---|---|---|
| ATTN LOGISTICS DEPT | PAYMENT RECEIVED | 4073.00 | 09/12/00 |
| 62 WHITTEMORE AVE | | | |
| CAMBRIDGE MA  02140-1692 | | | |



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

## ORIGINAL FREIGHT BILL

FINANCE CHARGE 12%/YEAR ON
BILLS PAID AFTER DUE DATE

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| BANKRUPTCY | CSXT N/A 011504 | 02/27/01 | 5904.00 |
| 904-366-3807 | P.O. BOX 640839 | | |
| | PITTSBURGH   PA 15264-0839 | | |
| FAX NUMBER: (904) 366-4406 | | | |

FREIGHT BILL NO: 4512458   DATE: 02/12/01   Y89864

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER DATE | BILL OF LADING NUMBER DATE |
|---|---|---|---|---|---|---|---|
| GATX 011183 | T106 | | 23608 | | 777 | 796726 05/19/00 NS | 05/19/00 |

| ROUTE | SHIPPERS INVOICE | PRICE AUTHORITY STCC | SHIPPING METHOD |
|---|---|---|---|
| BNSF MEMPH   IC   EFHAM   CSXT | | BNSQ 30199   2891132 | COLLECT |

| SHIPPER | CONSIGNEE | |
|---|---|---|
| HAMPSHIRE CHEMICAL | BE6V05 | GRACE W R & CO | 3GXRG3 |
| DEER PARK         TX | | 2133 85TH ST | |
| | | NORTH BERGEN       NJ 07047 | |

| ORIGIN | DESTINATION |
|---|---|
| 035102 DEER PARK, TX | 017915 NORTH BERGEN, NJ |

| DESCRIPTION OF ARTICLES | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|
| COMPOUNDS, CEMENT CLINKER | 168520 | | | | | | | |
| | BAS 180000 | | 1 | 3.28 | PH | 5904.00 | | |

RATE CODE: PH = 100 WEIGHT

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216                                          PAGE NO:01

                         ORIGINAL INCIDENTAL BILL


DIRECT QUESTIONS TO:              MAIL PAYMENTS TO:          DUE DATE   AMOUNT DUE
BANKRUPTCY                        CSXT N/A 011504            02/24/01     110.00
904-366-3807                      P.O. BOX 640839
                                  PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406

              INCIDENTAL BILL NO:  4474975   DATE: 02/09/01  Y91446

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| ACFX 200234 | T105 | | | | 2611215 | 712 | 066610 | 02/08/01 | 8573 | 02/08/01 |

SHIPPER                                      ORIGIN
GRACE W R & CO                    3GXRK2     014023 JACKSONVILLE, FL
6606 MARSHALL BLVD
LITHONIA           GA 3005

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|---|---|---|---|---|---|---|---|---|
| SWTCHING RECIPROCAL UNABSORBED | 1370 | 104A | 00190400 | C/L | | 110.00 | PC | 110.00 |

ON-COMING RECIPROCAL
SWITCH BY TTR
TTR  SWITCH CHARGE $110.00
CSXT ABSORPTION $.00
FOREIGN PRICE AUTH: JXPT8100
CSXT PRICE AUTH: CSXT 8100

RATE CODE: PC = PER CAR


| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|---|---|---|---|---|---|
| ACFX 200234 | T105 | 259700 | 69300 | | 190400 |
| TOTAL CARS: | 1 | | | | |

SERVICE DATE- 02/01/01
CLASS TRAFFIC- SWITCHING

ORIGINAL W/B REF  712-014023-816614-02/01/01
              CAR: ACFX 200234 TRLR:
              CITY: JACKSONVILLE        ST: FL


GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

ORIGINAL INCIDENTAL BILL                          PAGE NO:01

DIRECT QUESTIONS TO:                MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
BANKRUPTCY                          CSXT N/A 011504               03/22/01     110.00
904-366-3807                        P.O. BOX 640839
                                    PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406

                        INCIDENTAL BILL NO: 4794710   DATE: 03/07/01  Y91446

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACFX 200241 | T105 | | | | 2611215 | 712 | 070349 | 03/06/01 | 8764 | | 03/06/01 |

SHIPPER                                      ORIGIN
GRACE W R & CO                    3GXRK2   014023 JACKSONVILLE, FL
6606 MARSHALL BLVD
LITHONIA          GA 3005

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS UNITS | RATE | QL | CHARGES |
|---|---|---|---|---|---|---|---|
| SWTCHING RECIPROCAL UNABSORBED | 1370 | 104A | 00194400 | C/L | 110.00 | PC | 110.00 |

ON-COMING RECIPROCAL
SWITCH BY TTR
TTR  SWITCH CHARGE $110.00
CSXT ABSORPTION $.00
FOREIGN PRICE AUTH: JXPT8100
CSXT PRICE AUTH: CSXT 8100

RATE CODE: PC = PER CAR

| EQUIPMENT KIND | | GROSS | TARE | ALLOW | NET |
|---|---|---|---|---|---|
| ACFX 200241 | T105 | 264000 | 69600 | | 194400 |
| TOTAL CARS: | 1 | | | | |

SERVICE DATE- 02/26/01
CLASS TRAFFIC- SWITCHING

ORIGINAL W/B REF  712-014023-801390-02/26/01
              CAR: ACFX 200241 TRLR:
              CITY: JACKSONVILLE          ST: FL

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

## ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:           MAIL PAYMENTS TO:              DUE DATE   AMOUNT DUE
BANKRUPTCY                     CSXT N/A 011504                03/17/01     110.00
904-366-3807                   P.O. BOX 640839
                               PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406

INCIDENTAL BILL NO: 4738656   DATE: 03/02/01   Y91446

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACFX 200234 | T105 | | | | 2611215 | 712 | 069707 | 02/27/01 | NS | | 02/27/01 |

SHIPPER                                    ORIGIN
GRACE W R & CO                 3GXRK2   014023 JACKSONVILLE, FL
6606 MARSHALL BLVD
LITHONIA            GA 3005

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|---|---|---|---|---|---|---|---|---|
| SWTCHING RECIPROCAL UNABSORBED | 1370 | 104A | | C/L | | 110.00 | PC | 110.00 |

ON-COMING RECIPROCAL
SWITCH BY TTR
TTR  SWITCH CHARGE $110.00
CSXT ABSORPTION $.00
FOREIGN PRICE AUTH: JXPT8100
CSXT PRICE AUTH: CSXT 8100

RATE CODE: PC = PER CAR

SERVICE DATE- 02/22/01
CLASS TRAFFIC- SWITCHING

ORIGINAL W/B REF  712-014023-810654-02/22/01
          CAR: ACFX 200234 TRLR:
          CITY: JACKSONVILLE          ST: FL

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:          MAIL PAYMENTS TO:          DUE DATE    AMOUNT DUE
BANKRUPTCY                    CSXT N/A 011504            03/13/01      110.00
904-366-3807                 P.O. BOX 640839
                             PITTSBURGH  PA 15264-0839
FAX NUMBER: (904) 366-4406

INCIDENTAL BILL NO:  4660920   DATE: 02/26/01  Y91446

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | | BILL OF LADING NUMBER | DATE |
|-----|------|--------|----------|--------|------|--------------|----------------|------|--|------------------------|------|
| ACFX 200252 | T105 | | | | 2611215 | 712 | 069065 | 02/23/01 | NS | | 02/23/01 |

SHIPPER                                    ORIGIN
GRACE W R & CO                3GXR67   014023 JACKSONVILLE, FL
WEST JONES AVE - ORLANDO FL
ZELLWOOD          FL 3279

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS UNITS | RATE | QL | CHARGES |
|-------------------------|------|------|--------|-------------|------|-----|---------|
| SWTCHING RECIPROCAL UNABSORBED | 1370 | 104A | | C/L | 110.00 | PC | 110.00 |

ON-COMING RECIPROCAL
SWITCH BY TTR
TTR  SWITCH CHARGE $110.00
CSXT ABSORPTION $.00
FOREIGN PRICE AUTH: JXPT8100
CSXT PRICE AUTH: CSXT 8100

RATE CODE: PC = PER CAR

SERVICE DATE- 02/05/01
CLASS TRAFFIC- SWITCHING

ORIGINAL W/B REF  712-014023-815305-02/02/01
            CAR: ACFX 200252 TRLR:
            CITY: JACKSONVILLE          ST: FL

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216                                                PAGE NO:01

## ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:          MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
BANKRUPTCY                    CSXT N/A 011504                03/10/01      110.00
904-366-3807                  P.O. BOX 640839
                             PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406

INCIDENTAL BILL NO: 4642503   DATE: 02/23/01  Y91446

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | | BILL OF LADING NUMBER | DATE |
|-----|------|--------|----------|--------|------|--------------|----------------|------|---|------------------------|------|
| ACFX 200232 | T105 | | | | 2611215 | 712 | 068615 | 02/17/01 | NS | | 02/17/01 |

SHIPPER                                        ORIGIN
GRACE W R & CO                    3GXR67   014023 JACKSONVILLE, FL
WEST JONES AVE - ORLANDO FL
ZELLWOOD          FL 3279

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|------------------------|------|------|--------|-------|-------|------|----|---------| 
| SWTCHING RECIPROCAL UNABSORBED | 1370 | 104A | | C/L | | 110.00 | PC | 110.00 |

ON-COMING RECIPROCAL
SWITCH BY TTR
TTR  SWITCH CHARGE $110.00
CSXT ABSORPTION $.00
FOREIGN PRICE AUTH: JXPT8100
CSXT PRICE AUTH: CSXT 8100

RATE CODE: PC = PER CAR

SERVICE DATE- 01/22/01
CLASS TRAFFIC- SWITCHING

ORIGINAL W/B REF  712-014023-817413-01/22/01
                 CAR: ACFX 200232 TRLR:
                 CITY: JACKSONVILLE        ST: FL

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216                                          PAGE NO:01

                          ORIGINAL INCIDENTAL BILL


DIRECT QUESTIONS TO:               MAIL PAYMENTS TO:          DUE DATE   AMOUNT DUE
BANKRUPTCY                         CSXT N/A 011504            03/09/01     110.00
904-366-3807                       P.O. BOX 640839
                                   PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406

              INCIDENTAL BILL NO: 4629359   DATE: 02/22/01  Y91446

---

|       |       |        |          |        |         | BILLING | WAYBILL |      |     | BILL OF LADING |      |
| CAR   | KIND  | LENGTH | CAPACITY | HEIGHT | STCC    | ROAD    | NUMBER  | DATE |     | NUMBER | DATE |
| ACFX 200236 | T105 |  |          |        | 2611215 | 712     | 068432 02/19/01 | | NS |        | 02/19/01 |

SHIPPER                                      ORIGIN
GRACE W R & CO                      3GXRK2   014023 JACKSONVILLE, FL
6606 MARSHALL BLVD
LITHONIA           GA 3005

---

DESCRIPTION OF SERVICES        SERV  ACCD   WEIGHT   PCKGS UNITS   RATE    QL   CHARGES
SWTCHING RECIPROCAL UNABSORBED  1370 104A            C/L          110.00  PC    110.00
ON-COMING RECIPROCAL
SWITCH BY TTR
TTR  SWITCH CHARGE $110.00
CSXT ABSORPTION $.00
FOREIGN PRICE AUTH: JXPT8100
CSXT PRICE AUTH: CSXT 8100

RATE CODE: PC = PER CAR




SERVICE DATE- 02/15/01
CLASS TRAFFIC- SWITCHING

ORIGINAL W/B REF  712-014023-803228-02/15/01
             CAR: ACFX 200236 TRLR:
             CITY: JACKSONVILLE       ST: FL




---

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

## ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:          MAIL PAYMENTS TO:              DUE DATE      AMOUNT DUE
BANKRUPTCY                    CSXT N/A 011504                05/04/00        160.00
904-366-3807                 P.O. BOX 640839
                             PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406

INCIDENTAL BILL NO:  6522240   DATE: 04/19/00   Y80963

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| NAHX 058232 | C114 | | 5852 | | 3295110 | 712 | 079547 | 01/20/00 | 00080417342 | 01/20/00 |

SHIPPER                                        ORIGIN
GRACE W R & CO                    3GXR14    012767 KEARNEY, SC
HIGHWAY 221
KEARNEY              SC 2933

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS UNITS | RATE | QL | CHARGES |
|---|---|---|---|---|---|---|---|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00038000 | 001 | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|---|---|---|---|---|---|
| NAHX 058232 | C114 | 109500 | 71500 | | 38000 |
| TOTAL CARS: | 1 | | | | |

SERVICE DATE- 01/20/00
CLASS TRAFFIC- WEIGHING

ORIGINAL W/B REF  712-012767-843204-01/14/00
            CAR: NAHX 058232 TRLR:
            CITY: KEARNEY             ST: SC

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

ORIGINAL INCIDENTAL BILL                                        PAGE NO:01

DIRECT QUESTIONS TO:                    MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
BANKRUPTCY                              CSXT N/A 011504               05/04/00      160.00
904-366-3807                           P.O. BOX 640839
                                       PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406
                          INCIDENTAL BILL NO:  6412539   DATE: 04/19/00   Y80963

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|-----|------|--------|----------|--------|------|--------------|----------------|------|-----------------------|------|
| NAHX 058251 | C114 | | 5852 | | 3295110 | 712 | 077859 | 01/09/00 | 00080412939 | 01/09/00 |

SHIPPER                                          ORIGIN
GRACE W R & CO                        3GXR14   012767 KEARNEY, SC
HIGHWAY 221
KEARNEY            SC 2933

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|-------------------------|------|------|--------|-------|-------|------|-----|---------|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00038700 | 001 | | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|-----------|------|-------|------|-------|-----|
| NAHX 058251 | C114 | 110300 | 71600 | | 38700 |
| TOTAL CARS: | 1 | | | | |

SERVICE DATE- 01/09/00
CLASS TRAFFIC- WEIGHING

ORIGINAL W/B REF  712-012767-861175-01/06/00
               CAR: NAHX 058251 TRLR:
               CITY: KEARNEY              ST: SC

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

ORIGINAL INCIDENTAL BILL                                    PAGE NO:01

DIRECT QUESTIONS TO:            MAIL PAYMENTS TO:           DUE DATE    AMOUNT DUE
BANKRUPTCY                      CSXT N/A 011504             04/25/00      160.00
904-366-3807                    P.O. BOX 640839
                               PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406
                  INCIDENTAL BILL NO:  8586619   DATE: 04/10/00  Y80963

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|-----|------|--------|----------|--------|------|------|------|------|------|------|
| NAHX 058329 | C114 | | 5852 | | 3295110 | 712 | 089282 | 03/22/00 | 00080453399 | 03/22/00 |

SHIPPER                                      ORIGIN
GRACE W R & CO                  3GXR14    012767 KEARNEY, SC
HIGHWAY 221
KEARNEY            SC 2933

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|-------------------------|------|------|--------|-------|-------|------|-----|---------|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00038300 | 001 | 1 | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR

| EQUIPMENT KIND | GROSS | TARE | ALLOW | NET |
|----------------|-------|------|-------|-----|
| NAHX 058329 C114 | 110000 | 71700 | | 38300 |
| TOTAL CARS:      1 | | | | |

SERVICE DATE- 03/22/00
CLASS TRAFFIC- WEIGHING

SPECIAL INSTRUCTIONS
    ** RAILROAD WEIGH ON CSXT **
    SCC141/502

ORIGINAL W/B REF  712-012767-803434-03/17/00
          CAR: NAHX 058329 TRLR:
          CITY: KEARNEY            ST: SC

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

ORIGINAL INCIDENTAL BILL

PAGE NO:01

DIRECT QUESTIONS TO:           MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
BANKRUPTCY                     CSXT N/A 011504                04/25/00       160.00
904-366-3807                   P.O. BOX 640839
                              PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406

INCIDENTAL BILL NO:  8586618   DATE: 04/10/00  Y80963

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|-----|------|--------|----------|--------|------|--------------|----------------|------|----------------------|------|
| NAHX 058271 | C114 | | 5852 | | 3295110 | 712 | 089281 | 03/22/00 | 00080453403 | 03/22/00 |

| SHIPPER | | ORIGIN | |
|---------|--|--------|--|
| GRACE W R & CO | | 3GXR14 | 012767 KEARNEY, SC |
| HIGHWAY 221 | | | |
| KEARNEY | SC 2933 | | |

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|------------------------|------|------|--------|-------|-------|------|----|---------|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00037600 | 001 | 1 | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|-----------|------|-------|------|-------|-----|
| NAHX 058271 | C114 | 109400 | 71800 | | 37600 |
| TOTAL CARS: | 1 | | | | |

SERVICE DATE- 03/22/00
CLASS TRAFFIC- WEIGHING

SPECIAL INSTRUCTIONS
    ** RAILROAD WEIGH ON CSXT **
    SCC141/502

ORIGINAL W/B REF  712-012767-803442-03/17/00
              CAR: NAHX 058271 TRLR:
              CITY: KEARNEY              ST: SC

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

**ORIGINAL INCIDENTAL BILL**                                    PAGE NO:01

DIRECT QUESTIONS TO:                   MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
**BANKRUPTCY**                         CSXT N/A 011504              04/25/00      160.00
904-366-3807                           P.O. BOX 640839
                                       PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406

                    INCIDENTAL BILL NO:  8586617   DATE: 04/10/00  Y80963

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|-----|------|--------|----------|--------|------|--------------|----------------|------|----------------------|------|
| NAHX 058231 | C114 | | 5852 | | 3295110 | 712 | 087949 | 03/16/00 | 00080449199 | 03/16/00 |

SHIPPER                                            ORIGIN
GRACE W R & CO                      3GXR14   012767 KEARNEY, SC
HIGHWAY 221
KEARNEY              SC 2933

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|-------------------------|------|------|--------|-------|-------|------|-----|---------|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00040000 | 001 | 1 | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|-----------|------|-------|------|-------|-----|
| NAHX 058231 | C114 | 111500 | 71500 | | 40000 |
| TOTAL CARS: | 1 | | | | |

SERVICE DATE- 03/16/00
CLASS TRAFFIC- WEIGHING

SPECIAL INSTRUCTIONS
    ** RAILROAD WEIGH ON CSXT **
    SCC141/502

ORIGINAL W/B REF  712-012767-814443-03/10/00
            CAR: NAHX 058231 TRLR:
            CITY: KEARNEY              ST: SC

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216                                        PAGE NO:01

                          ORIGINAL INCIDENTAL BILL


DIRECT QUESTIONS TO:              MAIL PAYMENTS TO:            DUE DATE    AMOUNT DUE
BANKRUPTCY                        CSXT N/A 011504             04/25/00      160.00
904-366-3807                      P.O. BOX 640839
                                  PITTSBURGH    PA 15264-0839
FAX NUMBER: (904) 366-4406

              INCIDENTAL BILL NO:  8586616   DATE: 04/10/00  Y80963

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| NAHX 058272 | C114 | | 5852 | | 3295110 | 712 | 086826 | 03/10/00 | 00080444266 | 03/10/00 |

| SHIPPER | | ORIGIN |
|---|---|---|
| GRACE W R & CO | 3GXR14 | 012767 KEARNEY, SC |
| HIGHWAY 221 | | |
| KEARNEY | SC 2933 | |

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|---|---|---|---|---|---|---|---|---|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00037900 | 001 | 1 | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR




| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|---|---|---|---|---|---|
| NAHX 058272 | C114 | 110100 | 72200 | | 37900 |
| TOTAL CARS: | 1 | | | | |

SERVICE DATE- 03/10/00
CLASS TRAFFIC- WEIGHING


SPECIAL INSTRUCTIONS
     **  RAILROAD WEIGH ON CSXT **

ORIGINAL W/B REF  712-012767-800812-03/03/00
             CAR: NAHX 058272 TRLR:
             CITY: KEARNEY               ST: SC






GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

### ORIGINAL INCIDENTAL BILL

PAGE NO:01

DIRECT QUESTIONS TO:                MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
BANKRUPTCY                          CSXT N/A 011504                04/25/00      160.00
904-366-3807                        P.O. BOX 640839
                                    PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406

INCIDENTAL BILL NO:  8586615   DATE: 04/10/00  Y80963

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|-----|------|--------|----------|--------|------|--------------|----------------|------|------------------------|------|
| NAHX 058251 | C114 | | 5852 | | 3295110 | 712 | 086825 | 03/10/00 | 00080444263 | 03/10/00 |

SHIPPER                                          ORIGIN
GRACE W R & CO                          3GXR14   012767 KEARNEY, SC
HIGHWAY 221
KEARNEY            SC 2933

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|-------------------------|------|------|--------|-------|-------|------|-----|---------|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00038800 | 001 | 1 | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|-----------|------|-------|------|-------|-----|
| NAHX 058251 | C114 | 110400 | 71600 | | 38800 |
| TOTAL CARS: | 1 | | | | |

SERVICE DATE- 03/10/00
CLASS TRAFFIC- WEIGHING

SPECIAL INSTRUCTIONS
   ** RAILROAD WEIGH ON CSXT **

ORIGINAL W/B REF  712-012767-800844-03/03/00
              CAR: NAHX 058251 TRLR:
              CITY: KEARNEY              ST: SC

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

## ORIGINAL INCIDENTAL BILL

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| BANKRUPTCY | CSXT N/A 011504 | 04/25/00 | 160.00 |
| 904-366-3807 | P.O. BOX 640839 | | |
| | PITTSBURGH   PA 15264-0839 | | |
| FAX NUMBER: (904) 366-4406 | | | |

INCIDENTAL BILL NO:  8586614   DATE: 04/10/00  Y80963

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| NAHX 058232 | C114 | | 5852 | | 3295110 | 712 | 086824 | 03/10/00 | 00080444264 | 03/10/00 |

| SHIPPER | | ORIGIN | |
|---|---|---|---|
| GRACE W R & CO | | | |
| HIGHWAY 221 | 3GXR14 | 012767 KEARNEY, SC | |
| KEARNEY | SC 2933 | | |

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|---|---|---|---|---|---|---|---|---|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00040700 | 001 | 1 | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|---|---|---|---|---|---|
| NAHX 058232 | C114 | 112200 | 71500 | | 40700 |
| TOTAL CARS: | 1 | | | | |

SERVICE DATE- 03/10/00
CLASS TRAFFIC- WEIGHING

SPECIAL INSTRUCTIONS
    ** RAILROAD WEIGH ON CSXT **

ORIGINAL W/B REF  712-012767-800831-03/03/00
              CAR: NAHX 058232 TRLR:
              CITY: KEARNEY              ST: SC

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

## ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:                MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
**BANKRUPTCY**                      CSXT N/A 011504                04/25/00      160.00
904-366-3807                        P.O. BOX 640839
                                    PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406
                        INCIDENTAL BILL NO:  8586613   DATE: 04/10/00  Y80963

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|-----|------|--------|----------|--------|------|--------------|----------------|------|-----------------------|------|
| NAHX 058254 | C114 | | 5852 | | 3295110 | 712 | 085941 | 03/04/00 | 80442521 | 03/04/00 |

SHIPPER                                        ORIGIN
GRACE W R & CO                    3GXR14   012767 KEARNEY, SC
HIGHWAY 221
KEARNEY          SC 2933

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|-------------------------|------|------|--------|-------|-------|------|-----|---------|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00036800 | 001 | 1 | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|-----------|------|-------|------|-------|-----|
| NAHX 058254 | C114 | 107800 | 71000 | | 36800 |
| TOTAL CARS: | 1 | | | | |

SERVICE DATE- 03/04/00
CLASS TRAFFIC- WEIGHING

SPECIAL INSTRUCTIONS
   ** RAILROAD WEIGH ON CSXT **

ORIGINAL W/B REF  712-012767-801566-02/29/00
               CAR: NAHX 058254 TRLR:
               CITY: KEARNEY              ST: SC

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

ORIGINAL INCIDENTAL BILL                                    PAGE NO:01

DIRECT QUESTIONS TO:              MAIL PAYMENTS TO:           DUE DATE    AMOUNT DUE
BANKRUPTCY                        CSXT N/A 011504             04/25/00      160.00
904-366-3807                      P.O. BOX 640839
                                  PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406

                    INCIDENTAL BILL NO:  8586612   DATE: 04/10/00   Y80963

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|-----|------|--------|----------|--------|------|--------------|--------|------|--------|------|
| NAHX 058222 | C114 | | 5852 | | 3295110 | 712 | 083114 | 02/13/00 | 00080431374 | 02/13/00 |

SHIPPER                                         ORIGIN
GRACE W R & CO                    3GXR14   012767 KEARNEY, SC
HIGHWAY 221
KEARNEY              SC 2933

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|-------------------------|------|------|--------|-------|-------|------|----|---------|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00040400 | 001 | | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR


| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|-----------|------|-------|------|-------|-----|
| NAHX 058222 | C114 | 112600 | 72200 | | 40400 |
TOTAL CARS:        1

SERVICE DATE- 02/13/00
CLASS TRAFFIC- WEIGHING

SPECIAL INSTRUCTIONS
    **  RAILROAD WEIGH ON CSXT **
    SCC141/502

ORIGINAL W/B REF  712-012767-801608-02/09/00
            CAR: NAHX 058222 TRLR:
            CITY: KEARNEY              ST: SC


GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:                    MAIL PAYMENTS TO:             DUE DATE    AMOUNT DUE
BANKRUPTCY                              CSXT N/A 011504               04/25/00      160.00
904-366-3807                           P.O. BOX 640839
                                       PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406

                    INCIDENTAL BILL NO:  8586611   DATE: 04/10/00  Y80963

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|-----|------|--------|----------|--------|------|--------------|----------------|------|----------------------|------|
| NAHX 058255 | C114 | | 5852 | | 3295110 | 712 | 082523 | 02/09/00 | 00080429083 | 02/09/00 |

SHIPPER                                         ORIGIN
GRACE W R & CO                        3GXR14   012767 KEARNEY, SC
HIGHWAY 221
KEARNEY            SC 2933

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|-------------------------|------|------|--------|-------|-------|------|-----|---------|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00037100 | 001 | | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|-----------|------|-------|------|-------|-----|
| NAHX 058255 | C114 | 108800 | 71700 | | 37100 |
| TOTAL CARS: | 1 | | | | |

SERVICE DATE- 02/09/00
CLASS TRAFFIC- WEIGHING

SPECIAL INSTRUCTIONS
    ** RAILROAD WEIGH ON CSXT **
    SCC141/502

ORIGINAL W/B REF  712-012767-800811-02/04/00
              CAR: NAHX 058255 TRLR:
              CITY: KEARNEY              ST: SC

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

### ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:         MAIL PAYMENTS TO:          DUE DATE    AMOUNT DUE
BANKRUPTCY                   CSXT N/A 011504            04/25/00      160.00
904-366-3807                 P.O. BOX 640839
                             PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406

INCIDENTAL BILL NO:  8586610   DATE: 04/10/00  Y80963

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| NAHX 058316 | C114 | | 5852 | | 3295110 | 712 | 082522 | 02/09/00 | 00080429082 | 02/09/00 |

SHIPPER                                        ORIGIN
GRACE W R & CO                    3GXR14    012767 KEARNEY, SC
HIGHWAY 221
KEARNEY           SC 2933

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|---|---|---|---|---|---|---|---|---|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00036500 | 001 | | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|---|---|---|---|---|---|
| NAHX 058316 | C114 | 107500 | 71000 | | 36500 |
| TOTAL CARS: | 1 | | | | |

SERVICE DATE- 02/09/00
CLASS TRAFFIC- WEIGHING

SPECIAL INSTRUCTIONS
    ** RAILROAD WEIGH ON CSXT **
    SCC141/502

ORIGINAL W/B REF  712-012767-800835-02/04/00
                CAR: NAHX 058316 TRLR:
                CITY: KEARNEY                ST: SC

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216                                              PAGE NO:01

## ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:                MAIL PAYMENTS TO:           DUE DATE    AMOUNT DUE
BANKRUPTCY                          CSXT N/A 011504             04/25/00      160.00
904-366-3807                        P.O. BOX 640839
                                    PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406

              INCIDENTAL BILL NO:  8586609   DATE: 04/10/00  Y80963

---

|      |      |        |          |        |         | BILLING | WAYBILL |        | BILL OF LADING |        |
|------|------|--------|----------|--------|---------|---------|---------|--------|----------------|--------|
| CAR  | KIND | LENGTH | CAPACITY | HEIGHT | STCC    | ROAD    | NUMBER  | DATE   | NUMBER         | DATE   |
| NAHX 058329 | C114 | | 5852 | | 3295110 | 712 | 081974 | 02/05/00 | 00080425276 | 02/05/00 |

SHIPPER                                        ORIGIN
GRACE W R & CO                     3GXR14    012767 KEARNEY, SC
HIGHWAY 221
KEARNEY             SC 2933

---

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|-------------------------|------|------|--------|-------|-------|------|----|---------|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00035700 | 001 | | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR

EQUIPMENT  KIND   GROSS    TARE   ALLOW    NET
NAHX 058329 C114  107400  71700          35700
TOTAL CARS:      1

SERVICE DATE- 02/05/00
CLASS TRAFFIC- WEIGHING

SPECIAL INSTRUCTIONS
    SCC141/502

ORIGINAL W/B REF  712-012767-922864-01/28/00
            CAR: NAHX 058329 TRLR:
            CITY: KEARNEY              ST: SC

---

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

## ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:                    MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
BANKRUPTCY                              CSXT N/A 011504               04/25/00      160.00
904-366-3807                           P.O. BOX 640839
                                       PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406

INCIDENTAL BILL NO:  8586608    DATE: 04/10/00  Y80963

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|-----|------|--------|----------|--------|------|--------------|----------------|------|------------------------|------|
| NAHX 058231 | C114 | | 5852 | | 3295110 | 712 | 081887 | 02/04/00 | 00080426180 | 02/04/00 |

SHIPPER                                          ORIGIN
GRACE W R & CO                     3GXR14    012767 KEARNEY, SC
HIGHWAY 221
KEARNEY          SC 2933

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS UNITS | RATE | QL | CHARGES |
|-------------------------|------|------|--------|-------------|------|-----|---------|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00037200 | 001 | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|-----------|------|-------|------|-------|-----|
| NAHX 058231 | C114 | 108700 | 71500 | | 37200 |
| TOTAL CARS: | 1 | | | | |

SERVICE DATE- 02/04/00
CLASS TRAFFIC- WEIGHING

SPECIAL INSTRUCTIONS
    ** RAILROAD WEIGH ON CSXT **
    SCC141/502

ORIGINAL W/B REF  712-012767-813071-01/31/00
                  CAR: NAHX 058231 TRLR:
                  CITY: KEARNEY          ST: SC

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216                                                              PAGE NO:01

                              ORIGINAL INCIDENTAL BILL


DIRECT QUESTIONS TO:                    MAIL PAYMENTS TO:              DUE DATE      AMOUNT DUE
BANKRUPTCY                              CSXT N/A 011504                04/25/00        160.00
904-366-3807                            P.O. BOX 640839
                                        PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406
                              INCIDENTAL BILL NO:  8586607   DATE: 04/10/00   Y80963

---

|      |      |        |          |        |         | BILLING | WAYBILL |       | BILL OF LADING |        |
|------|------|--------|----------|--------|---------|---------|---------|-------|----------------|--------|
| CAR  | KIND | LENGTH | CAPACITY | HEIGHT | STCC    | ROAD    | NUMBER  | DATE  | NUMBER         | DATE   |
| NAHX 058271 | C114 |  |  5852  |       | 3295110 | 712     | 081067  | 01/29/00 | 00080421109 | 01/29/00 |

SHIPPER                                          ORIGIN
GRACE W R & CO                          3GXR14   012767 KEARNEY, SC
HIGHWAY 221
KEARNEY            SC 2933

---

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS | UNITS | RATE | QL | CHARGES |
|-------------------------|------|------|--------|-------|-------|------|----|---------|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00038400 | 001 |     | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR




  EQUIPMENT KIND   GROSS    TARE   ALLOW    NET
  NAHX 058271 C114 110200   71800           38400
  TOTAL CARS:      1

SERVICE DATE- 01/29/00
CLASS TRAFFIC- WEIGHING

SPECIAL INSTRUCTIONS
     ** RAILROAD WEIGH ON CSXT **
     SCC1417502

ORIGINAL W/B REF  712-012767-810853-01/21/00
                  CAR: NAHX 058271 TRLR:
                  CITY: KEARNEY              ST: SC




GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

## ORIGINAL INCIDENTAL BILL

DIRECT QUESTIONS TO:
BANKRUPTCY
904-366-3807

MAIL PAYMENTS TO:
CSXT N/A 011504
P.O. BOX 640839
PITTSBURGH   PA 15264-0839

DUE DATE      AMOUNT DUE
04/25/00       160.00

FAX NUMBER: (904) 366-4406

INCIDENTAL BILL NO:  8586606   DATE: 04/10/00  Y80963

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| NAHX 058272 | C114 | | 5852 | | 3295110 | 712 | 081064 | 01/29/00 | 00080421361 | 01/29/00 |

SHIPPER                                              ORIGIN
GRACE W R & CO                         3GXR14   012767 KEARNEY, SC
HIGHWAY 221
KEARNEY              SC 2933

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS UNITS | RATE | QL | CHARGES |
|---|---|---|---|---|---|---|---|
| WEIGH CSXT8100-RR SCALE | 1460 | 110D | 00038700 | 001 | 160.00 | PC | 160.00 |

RATE CODE: PC = PER CAR

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|---|---|---|---|---|---|
| NAHX 058272 | C114 | 110900 | 72200 | | 38700 |
| TOTAL CARS: | 1 | | | | |

SERVICE DATE- 01/29/00
CLASS TRAFFIC- WEIGHING

SPECIAL INSTRUCTIONS
   ** RAILROAD WEIGH ON CSXT **
   SCC1417502

ORIGINAL W/B REF  712-012767-810858-01/21/00
               CAR: NAHX 058272 TRLR:
               CITY: KEARNEY              ST: SC

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

## ORIGINAL FREIGHT BILL

FINANCE CHARGE 12%/YEAR ON
BILLS PAID AFTER DUE DATE

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| BANKRUPTCY | CSXT N/A 011504 | 08/18/01 | 5782.48 |
| 904-366-3807 | P.O. BOX 640839 | | |
| | PITTSBURGH   PA 15264-0839 | | |
| FAX NUMBER: (904) 366-4406 | | | |

FREIGHT BILL NO:  6664259   DATE: 08/03/01  Y96006

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|
| ACFX 059699 | C614 | | 5000 | | 712 | 202731 | 10/27/00 NS | | 10/27/00 |

| ROUTE | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|
| CSXT | | CSXT 3301 | 3295234 | COLLECT |

| SHIPPER | CONSIGNEE | |
|---|---|---|
| EXXONMOBIL CHEMICAL          36WX1N | GRACE W R & CO | 3GXRE8 |
| P O BOX 4259 | CHEMICAL DIV | |
| NEW ORLEANS          LA | BALT SLEDDS POINT     MD 21226 | |

| ORIGIN | DESTINATION |
|---|---|
| 049450 NEW ORLEANS, LA | 070142 BALT SLEDDS POINT, MD |

| DESCRIPTION OF ARTICLES | | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|---|
| CLAY, PROCESSED FOR | | 115100 | | | | | | | |
| CLAY, PROCESSED FOR | BAS | 180000 | | 1 | 62.99 | PT | 5669.10 | | |
| CLAY, PROCESSED FOR | FUEL-SC | | | 1 | 2.00 | PW | 113.38 | | |
| CLAY, PROCESSED FOR | | | | | | | | | |
| | | | | TOTAL CHARGES | | | 5782.48 | | |

RATE CODE: PT = NET TONS       PW = PER CENT
TOTAL NET TONS:   57.550

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET | ORIGINAL W/B REF  555-058824-202731-10/27/00 |
|---|---|---|---|---|---|---|
| ACFX 059699 | C614 | 185600 | 70500 | | 115100 | |
| TOTAL CARS: | 1 | | | | | |

RATE INFO:
   RATING STCC:  3295234

SPECIAL INSTRUCTIONS
     FRANK CALL NS RAIL
     GET COPY BOL  PRIOR MOVE
     712-70137-817795

GRACE W R & CO
ATTN: ACCTS PAYABLE
BLDG 30
7500 GRACE DRIVE
COLUMBIA MD  21044-4098



CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

**ORIGINAL FREIGHT BILL**

FINANCE CHARGE 12%/YEAR ON
BILLS PAID AFTER DUE DATE

---

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| BANKRUPTCY | CSXT N/A 011504 | 01/02/01 | 3895.94 |
| 904-366-3807 | P.O. BOX 640839 | | |
| | PITTSBURGH   PA 15264-0839 | | |
| FAX NUMBER: (904) 366-4406 | | | |

FREIGHT BILL NO:  3843558   DATE: 12/18/00   Y89078

---

| | | | | | | BILLING | WAYBILL | | BILL OF LADING | |
|---|---|---|---|---|---|---|---|---|---|---|
| CAR | KIND | LENGTH | CAPACITY | HEIGHT | | ROAD | NUMBER  DATE | | NUMBER | DATE |
| ACFX 048580 | C113 | | 4650 | | | 712 | 810756 12/12/00 | | 80644972 | 12/12/00 |

---

| ROUTE | | SHIPPERS | PRICE | | SHIPPING |
|---|---|---|---|---|---|
| | | INVOICE | AUTHORITY | STCC | METHOD |
| CSXT NEWOR | UP | | CSXT 51855 | 1491950 | PREPAID |

---

| SHIPPER | | | CONSIGNEE | | |
|---|---|---|---|---|---|
| GRACE W R & CO | | 3GXRJU | NU GRO TECHNOLOGIES INC | | 54VX0K |
| HWY 221 | | | HIGHWAY 32 | | |
| ENOREE | SC 29335 | | HOPE | AR 71801 | |

---

| ORIGIN | DESTINATION |
|---|---|
| 012767 KEARNEY, SC | 051838 HOPE, AR |

---

| DESCRIPTION OF ARTICLES | | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|---|
| VERMICULITE, CRUDE, | BAS | 183500 | | 1 | 41.63 | PT | 3819.55 | | 3819.55 |
| VERMICULITE, CRUDE, | | | | | | | | | |
| VERMICULITE, CRUDE, | | | | | | | | | |
| | FUEL-SC | | | 1 | 2.00 | PW | 76.39 | | 76.39 |
| | TOTAL CHARGES | | | | | | 3895.94 | | 3895.94 |

RATE CODE: PT = NET TONS     PW = PER CENT
TOTAL NET TONS:   91.750

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|---|---|---|---|---|---|
| ACFX 048580 | C113 | 247800 | 64300 | | 183500 |
| TOTAL CARS: | 1 | | | | |

RATE INFO:
  RATING STCC: 1491950

SPECIAL INSTRUCTIONS
  SCC137/412

---

GRACE W R & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA  02140-1692