IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 11413, 11520, 13236 |
| | ) | 9/25/06 Agenda Item 12 |

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies:

1. On December 22, 2005, Anderson Memorial Hospital ("Anderson") filed a Motion for Limited Relief from Automatic Stay (the "Motion").

2. On or about January 10, 2006, the Debtors filed an Objection to the Motion, and thereafter on September 15, 2006, filed a Supplement to Objection to Anderson's Motion.

3. On September 25, 2006, the Court heard oral argument on the Motion. The Court granted the Motion and directed the undersigned to prepare a proposed Order effecting the ruling.

4. Attached hereto as Exhibit A and incorporated herein by reference is the proposed form Order that Anderson's counsel and counsel for the Debtors have both agreed to (the "Proposed Order").

061006142640.DOC

Accordingly, Anderson and the Debtors respectfully request that the Court enter the attached Proposed Order at its earliest convenience.

DATED: October 6, 2006

---

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email:        loizides@loizides.com

-- and --

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:    (803) 943-4599

*Counsel for Anderson Memorial Hospital*