
*Louisiana Department of Revenue*

September 25, 2006

U S BANKRUPTCY COURT
844 KING STREET
ROOM 2313
WILMINGTON, DE  19801

Gentlemen:

Subject:   CCHP Inc.
           Bankruptcy Case Number:  01-1146
           Account Number:   7499676001
           Amount:   $753.29
           Claim Number:  17023

The Louisiana Department of Revenue respectfully requests that the referenced proof of claim filed by this department be withdrawn as all liabilities have been satisfied.

Thank you for your attention and cooperation in this matter.

Sincerely,

Brenda Wilson
Collection Division
Bankruptcy Section
Phone:  (225) 219-2252

*617 North Third Street*
*P. O. Box 66658*
*Baton Rouge, Louisiana 70821-0201*
*225-219-2252 • 225-219-2250 Fax*
*TDD# 225-219-2114 • www.revenue.louisiana.gov*