**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**July 2006**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended July 31, 2006**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $656.00 | 18.2 | $ 11,939.20 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $586.00 | 2.8 | $ 1,640.80 |
| Robert Eydt | Risk Partner | 25+ | Integrated Audit | $865.00 | 5.0 | $ 4,325.00 |
| Tom Kalinosky | Risk Director | 30 | Integrated Audit | $467.00 | 3.0 | $ 1,401.00 |
| Vadim Riber | Risk Senior Manager | 20+ | Integrated Audit | $656.00 | 5.2 | $ 3,411.20 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $376.00 | 16.8 | $ 6,316.80 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.00 | 59.5 | $ 16,957.50 |
| Elsa P Velasco | Audit Manager | 10+ | Integrated Audit | $273.00 | 2.0 | $ 546.00 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.00 | 24.0 | $ 6,840.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $314.00 | 1.0 | $ 314.00 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $196.00 | 88.0 | $ 17,248.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $196.00 | 129.0 | $ 25,284.00 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $183.00 | 28.0 | $ 5,124.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $133.00 | 86.4 | $ 11,491.20 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $112.00 | 124.0 | $ 13,888.00 |
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $145.00 | 9.0 | $ 1,305.00 |
| Roosevelt Barros | Audit Intern | 1 | Integrated Audit | $84.00 | 87.6 | $ 7,358.40 |

|  |  | **TOTAL** |  |  | 689.5 | $ 135,390.10 |
|---|---|---|---|---|---|---|

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| **Totals** | 16.4 |  | $ 1,746.20 |
|---|---|---|---|

## Summary of PwC's Fees By Project Category:
## July 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** |  |  |
| **02-Asset Disposition** |  |  |
| **03-Business Operations** |  |  |
| **04-Case Administration** |  |  |
| **05-Claim Analysis Objection & Resolution (Asbestos)** |  |  |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** |  |  |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** |  |  |
| **08-Employee Benefits/Pension** |  |  |
| **09-Employee Applications, Applicant** |  |  |
| **10-Employment Applications, Others** |  |  |
| **11-Financing** |  |  |
| **12-Fee Applications, Others** | **16.4** | **$1,746.20** |
| **13-Financing** |  |  |
| **14-Hearings** |  |  |
| **15-Litigation and Litigation Consulting** |  |  |
| **16-Plan and Disclosure Statement** |  |  |
| **17-Relief from Stay Proceedings** |  |  |
| **18-Tax Issues** |  |  |

| | | |
|---|---|---|
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **689.5** | **$135,390.10** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **705.9** | **$137,136.30** |

**Expense Summary**
**July 2006**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$1,846.64** |
| **Lodging** | **N/A** | **$0** |
| **Sundry** | **N/A** | **$0** |
| **Business Meals** | **N/A** | **$116.41** |
| **TOTAL:** | | **$1,963.05** |