# EXHIBIT - A

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost | |
|------|-------|-------------------------------|-----------|-----|-------------|-----|
| **FEE APPLICATION PREPARATION** | | | | | | |
| | | | | | | |
| **Name:  Ryan Neice** | | | | | | |
| | | | | | | |
| **7/5/2006** | 2.6 | | $ | 98.00 | $ | 254.80 |
| **7/6/2006** | 3.1 | | $ | 98.00 | $ | 303.80 |
| **7/7/2006** | 0.9 | | $ | 98.00 | $ | 88.20 |
| **7/11/2006** | 3.8 | | $ | 98.00 | $ | 372.40 |
| **7/12/2006** | 2.3 | | $ | 98.00 | $ | 225.40 |
| **7/13/2006** | 1.2 | | $ | 98.00 | $ | 117.60 |
| **7/14/2006** | 2.0 | | $ | 98.00 | $ | 196.00 |
| | **15.9** | | | | | |
| | | | | | | |
| **Name:  David Lloyd** | | | | | | |
| | | | | | | |
| **7/16/2006** | 0.5 | Review May fee application | $ | 376.00 | $ | 188.00 |
| | **0.5** | | | | | |
| | | | | | | |
| **Totals** | **16.4** | **Total Grace Time Tracking Charged Hours** | | | **$** | **1,746.20** |

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended July 31, 2006**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $656.00 | 18.2 | $ 11,939.20 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $586.00 | 2.8 | $ 1,640.80 |
| Robert Eydt | Risk Partner | 25+ | Integrated Audit | $865.00 | 5.0 | $ 4,325.00 |
| Tom Kalinosky | Risk Director | 30 | Integrated Audit | $467.00 | 3.0 | $ 1,401.00 |
| Vadim Riber | Risk Senior Manager | 20+ | Integrated Audit | $656.00 | 5.2 | $ 3,411.20 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $376.00 | 16.8 | $ 6,316.80 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.00 | 59.5 | $ 16,957.50 |
| Elsa P Velasco | Audit Manager | 10+ | Integrated Audit | $273.00 | 2.0 | $ 546.00 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.00 | 24.0 | $ 6,840.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $314.00 | 1.0 | $ 314.00 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $196.00 | 88.0 | $ 17,248.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $196.00 | 129.0 | $ 25,284.00 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $183.00 | 28.0 | $ 5,124.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $133.00 | 86.4 | $ 11,491.20 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $112.00 | 124.0 | $ 13,888.00 |
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $145.00 | 9.0 | $ 1,305.00 |
| Roosevelt Barros | Audit Intern | 1 | Integrated Audit | $84.00 | 87.6 | $ 7,358.40 |
| | | TOTAL | | | 689.5 | $ 135,390.10 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 7/6/2006 | 0.4 | Travel to Grace at 50% travel time incurred |
| | 0.3 | Discuss company level control review planning with E Bull (Grace) and D Lloyd (PwC) |
| | 0.3 | Review materials for divestment reserve meeting |
| | 1.1 | Attend quarterly divestment reserve meeting |
| | 0.9 | Discuss Grace income tax accounting with V Riber and D Lloyd (PwC) |
| | 0.2 | Discuss divestment reserve analysis with M de Guzman (PwC) |
| 7/7/2006 | 1.2 | Discuss second quarter issues status with B Tarola (Grace) |
| | 0.4 | Read articles about current Grace-related events |
| | 0.4 | Discuss second quarter issues with M de Guzman (PwC) |
| 7/24/2006 | 0.8 | Read draft response to SEC comment letter |
| | 0.4 | Discuss draft response to SEC comment letter with B Eydt, D Lloyd, P Reinhardt and M de Guzman (PwC) |
| | 0.8 | Discuss draft response to SEC comment letter with B Tarola, B Dockman, M Brown, T Dyer (Grace), D Lloyd, P Reinhardt and M de Guzman (PwC) |
| 7/25/2006 | 0.4 | Read Bankruptcy News |
| | 0.6 | Discuss environmental liability adjustment with M de Guzman (PwC) |
| | 1.8 | Read company quarterly analysis packages |
| | 0.9 | Read revised draft SEC comment response letter |
| | 1.4 | Read draft earnings release |
| | 1.0 | Discuss quarter review status and issues with M de Guzman, P Reinhardt, J Afuang, E Margolius, L Keorlet and R Barros (PwC) |
| | 0.8 | Discuss environmental liability adjustment with B Tarola (Grace) and M de Guzman (PwC) |
| | 0.6 | Read Bankruptcy Court hearing summary |
| 7/27/2006 | 0.8 | Review effective tax rate calculation and memo |
| | 0.3 | Review acquisition memo |
| | 0.9 | Attend audit committee call to discuss earnings release |
| | 0.5 | Read audit strategy memo |
| 7/31/2006 | 0.4 | Read draft Form 10-Q |
| | 0.6 | Discuss deferred tax asset accounting with V Riber and D Lloyd (PwC) |
| | **18.2** | **Total Grace Integrated Audit Charged Hours** |
| | **18.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 7/5/20006 | 0.5 | Email regarding resourcing |
| 7/6/2006 | 1.0 | Planning for company level controls scope |
| 7/10/2002 | 0.3 | Email regarding audit start |
| 7/17/2006 | 0.3 | Phone call to HR PwC regarding staff availability |
| 7/26/2006 | 0.7 | Email regarding audit start |
| | **2.8** | **Total Grace Integrated Audit Charged Hours** |
| | **2.8** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Robert Eydt**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **7/13/2006** | 2.0 | Review Grace 10-Q and give comments to audit. |
| **7/17/2006** | 1.0 | Review Grace 10-Q and give comments to audit. |
| **7/27/2006** | 2.0 | Review Grace 10-Q and give comments to audit. |
|  | **5.0** | **Total Grace Integrated Audit Charged Hours** |
|  | **5.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Tom Kalinosky**

| | | |
|------|-----|-------------|
| 7/6/2006 | 0.5 | SEC review. |
| 7/10/2006 | 1.5 | SEC review. |
| 7/17/2006 | 0.5 | SEC review. |
| 7/19/2006 | 0.5 | SEC review. |
| | **3.0** | **Total Grace Integrated Audit Charged Hours** |
| | **3.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Vadim Riber**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 7/6/2006 | 2.0 | Consultation discussions regarding different tax issues. |
| 7/7/2006 | 0.5 | Consultation discussions regarding different tax issues. |
| 7/25/2006 | 0.5 | Consultation discussions regarding different tax issues. |
| 7/27/2006 | 1.0 | Consultation discussions regarding different tax issues. |
| 7/31/2006 | 1.2 | Consultation discussions regarding different tax issues. |
| | **5.2** | **Total Grace Integrated Audit Charged Hours** |
| | **5.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  David Lloyd**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 7/6/2006 | 0.5 | Meeting with E Bull (Grace) on company level control interviews for Europe. |
| 7/10/2006 | 0.5 | Review second quarter review database |
| | 0.7 | Call with T Kalinsoky, P Reinhardt and M de Guzman (PwC) to discuss planning for environmental procedures |
| 7/12/2006 | 2.3 | Review audit strategy memo |
| | 0.5 | Review planning work for quarterly review |
| 7/13/2006 | 1.0 | Call with R Tarola, M Shelnitz, B Dockman and M Brown (Grace) and B Bishop and M de Guzman (PwC) to discuss comment letter received from the Securities and Exchange Commission. |
| 7/24/2006 | 0.5 | Review response to comment letter received from the Securities and Exchange Commission. |
| | 0.5 | Call with B Eydt and M de Guzman (PwC) to discuss response letter |
| | 1.0 | Call with R Tarola, B Dockman, M Brown, T Dyer (Grace), B Bishop and M de Guzman (PwC) to discuss response letter. |
| | 1.0 | Prepare changes to deferred tax consultation memo. |
| 7/25/2006 | 0.5 | Review MyClient file. |
| 7/27/2006 | 0.8 | Call with Grace audit committee on press release |
| | 1.5 | Update deferred tax consultation memo |
| | 1.5 | Review second quarter review procedures. |
| 7/31/2006 | 4.0 | Review 10-Q draft. |
| | **16.8** | **Total Grace Integrated Audit Charged Hours** |
| | **16.8** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Marvin de Guzman** | | |
| **7/5/2006** | 8.0 | Preparation of Audit Summary Memo and Planning |
| **7/6/2006** | 4.0 | Preparation of Audit Summary Memo and Planning |
| **7/10/2006** | 0.5 | Meeting on environmental matters with Ed Bull (Grace), Barb (Grace), Gregg (Grace), David Lloyd (PwC), Pamela Reinhardt (PwC) and Jo Afuang (PwC) |
| | 1.5 | Planning for second quarter review |
| | 5.0 | Preparation of Audit Summary Memo and Planning |
| **7/12/2006** | 0.5 | Meeting with Ed Bull (Grace), Ken Greeley (Grace) and Pam Reinhardt (PwC) to discuss inventory plans and schedule. |
| | 1.0 | Meeting with Ed Bull (Grace) and Jo Afuang (PwC) to discuss fruad procedures and update on internal audit reports issued for the quarter. |
| | 1.0 | Inventory planning and updating of SOX schedule |
| **7/13/2006** | 1.0 | Preparation of Audit Summary Memo |
| | 0.5 | Planning call with Boston team (PwC) |
| **7/17/2006** | 2.0 | Review of Summary Planning Results |
| **7/19/2006** | 0.5 | Legal update meeting with Mark Shelntz (Grace) and Erica Margolius (PwC) |
| | 5.5 | Updating of scoping and identification of significant locations and accounts |
| **7/20/2006** | 1.0 | 2nd quarter earnings call |
| | 3.0 | Review of 2Q planning procedures |
| **7/21/2006** | 2.0 | Coordination work for the comments on the SEC comment letter |
| **7/24/2006** | 0.5 | Call with Bob Eydt (PwC) and David Lloyd (PwC) to discuss team's comments on Grace's response to the SEC Comment letter |
| | 1.0 | Meeting with Bill Dockman (Grace), Michael Brown (Grace) and Jo Afuang to discuss intitial comments on the Company's response to the SEC Comment Letter |
| | 4.0 | Review of revised SEC Comment Letter and follow up SEC Reviewers comments |
| **7/25/2006** | 2.0 | Review of revised responses to SEC Comment Letter |
| | 2.0 | Review of press release for Q2 |
| | 2.0 | Review of second quarter workdone |
| **7/27/2006** | 1.0 | Participation on Audit Committee Call |
| | 1.0 | Meeting with Ed Bull (Grace) to discuss issues noted in China and Thailand |
| | 4.0 | Review of 2nd quarter workdone |
| **7/31/2006** | 2.0 | Review of 2Q 10 Q |
| | 3.0 | Preparing reply for the SEC Reviewer's comments on the draft 10Q |
| | **59.5** | **Total Grace Integrated Audit Charged Hours** |
| | **59.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name:  Elsa Velasco**

| 7/25/2006 | 2.0 | SPA planning meeting with Francois Barnard and Cindy Chen. |
|-----------|-----|----------------------------------------------------------|
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Sandra David**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 07/05/2006 | 0.5 | Planning for Q2 |
| 07/12/2006 | 0.7 | Planning for Q2 |
| 07/13/2006 | 1.8 | Review schedule request and discuss approach with staff |
| 07/17/2006 | 1.0 | Call with Victor Leo regarding schedule request |
| 07/19/2006 | 0.5 | Follow up with German Huerta regarding timing |
| 07/20/2006 | 4.0 | Earnings call with senior management |
| 07/20/2006 | 5.0 | Review worldwide balance sheet fluctuations |
| 07/21/2006 | 1.0 | Quarterly status meeting with German Huerta and Victor Leo |
| | 7.0 | Review worldwide balance sheet and P&L fluctuations |
| 07/25/2006 | 1.5 | Follow up on Q2 open items with management |
| 07/26/2006 | 1.0 | Finalize review of Q2 database steps |
| | **24.0** | **Total Grace Integrated Audit Charged Hours** |
| | **24.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Daniel Spratt**

| 7/31/2006 | 1.0 | Reviewing the second quarter tax provision calculation. |
|-----------|-----|----------------------------------------------------------|
|           | **1.0** | **Total Grace Integrated Audit Charged Hours** |
|           | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Pamela Reinhardt**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 7/6/2006 | 1.0 | Divestment Reserve meeting |
| | 0.5 | Preparing for the divestment reserve meeting |
| | 2.0 | Working on the planning section of the database |
| | 1.5 | Working on the Audit strategy memo |
| 7/7/2006 | 1.0 | Reviewing CLC's for 404 testing |
| | 1.0 | Reviewing the portal and controls to be tested for the 2006 SOX audit |
| | 1.0 | Prepare environmental agenda for meeting on the 404 environmental work |
| 7/10/2006 | 1.0 | Meeting with E.Bull, G.Demory, B.Summerson (all grace), M.Guzman, D.lloyd, T.Kalinosky (all pwc) on testing for environmental 404 |
| | 0.5 | Meeting with R.Barros (PwC) to discuss the 2nd issues at Grace |
| | 1.0 | Meeting with the engagement team to go over areas to work on for the quarter and issues in the 2nd quarter |
| | 0.5 | Updating the 404 work schedule |
| | 2.0 | Reviewing the significant accounts to test for 404 |
| 7/11/2006 | 0.5 | Review SAS 99 meeting agendas |
| | 0.5 | Researching the new guidance for internal audit 404 testing |
| | 1.0 | Documenting the Divestment reserve meeting in the database |
| | 3.0 | Documenting in the planning section of the database |
| | 3.0 | Updating comments on the audit summary memo |
| 7/12/2006 | 2.0 | Working on comments received on the audit strategy memo |
| | 1.0 | Reading through the new guidance on the pension disclosure |
| | 3.0 | Documenting the planning section of the database |
| | 2.0 | Working on planning documents for 404 testing |
| 7/13/2006 | 1.0 | Meeting with the PwC GPC team |
| | 1.0 | Preparing responsibility matrix for the audit |
| | 1.0 | Reviewing the significant accounts in the first quarter |
| | 0.5 | Reading the Bankruptcy news alert from the courts |
| | 1.5 | Documenting the significant issues step in the database |
| 7/17/2006 | 1.0 | Reviewing the new Divestment reserve schedules |
| | 2.0 | Reading through the Internal Audit reports |
| | 1.0 | Reviewing the Inventory files for the 2nd Quarter |
| | 2.0 | Reviewing the May Bankruptcy Time Submission |
| | 1.0 | Documenting the issues from the Internal audit reports in the SAD |
| 7/18/2006 | 1.0 | Documenting Time and Reporting for June |
| | 3.0 | Reviewing the Quarterly application to the bankruptcy courts |
| 7/19/2006 | 2.0 | Reviewing the Davison and GPC earnings call package |
| | 2.0 | Reviewing the scoping tool for 404 planning documentation |
| | 1.0 | Reviewing the preliminary trial balances and setting up lead schedules for pension and divestment reserves |
| | 2.0 | Documenting the completion section of the database |
| | 1.0 | Reviewing foreign fluxes |
| 7/24/2006 | 0.5 | Reviewing the new wording of the control for environmental 404 testing |
| | 0.5 | Discussion with L.Gardner (Grace) to review the audit of remedium |
| | 1.0 | Reviewing the Davison company fluxes |
| | 1.0 | Clearing up GPC open items |

|  |  |  |
|---|---|---|
|  | 1.0 | Prepare open items list |
|  | 1.0 | Meeting with Grace on the SEC comment letter |
| **7/25/2006** | 1.0 | Reviewing the matrices for 404 testing |
|  | 1.0 | Reviewing the comments and consolidating the comments for the SEC comment letter |
|  | 1.0 | Meeting with SEC reviewing on the SEC comment letter |
|  | 0.5 | Updating the open items |
|  | 0.5 | Sending B.Eydt (PwC) copies of the monthly review packages and quarterly review packages |
| **7/26/2006** | 2.0 | Finishing up the Divestment Reserve documentation for the 2nd Quarter database |
|  | 2.0 | Review the Bassell Acquisition memo and the appropriate accounting |
|  | 1.0 | Reviewing the press release |
| **7/27/2006** | 2.0 | Tying out the press release and reviewing the documents |
|  | 2.0 | Reviewing steps in the database |
|  | 1.0 | Reviewing the tax effective rate |
|  | 2.0 | Reviewing the Libby Adjustment and the Stock Appreciation rights |
|  | 1.0 | Reviewing the foreign flux explanations received back |
| **7/28/2006** | 2.0 | Selecting sites for the Environmental audit |
|  | 3.0 | Documenting the completion steps |
|  | 1.0 | Documenting the significant matters |
|  | 1.0 | Review the 10-Q |
| **7/31/2006** | 2.0 | Working on the Completion section of the database |
|  | 1.0 | Read agreement for the Bassell acquisition |
|  | 1.0 | Reviewing the Quarterly checklists |
|  | 2.0 | Reviewing the 10-Q |
|  | **88.0** | **Total Grace Integrated Audit Charged Hours** |
|  | **88.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Maria Afuang**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 7/5/2006 | 6.4 | Update and revise audit strategy memo |
| 7/6/2006 | 0.6 | Review Davison second quarter steps in the database |
| 7/10/2006 | 7.5 | Work on the planning steps in the database |
| | 0.5 | Team meeting for the second quarter review |
| 7/11/2006 | 1.0 | Prepare Q2 responsibility matrix |
| | 1.2 | Prepare draft of agenda for meeting with Ed Bull |
| | 5.8 | Work on the planning steps in the database |
| 7/12/2006 | 1.0 | Meet with Ed Bull (Grace) regarding Internal Control documentation |
| | 0.8 | Document minutes of meeting with Ed Bull |
| | 6.2 | Work on David's comments on the Audit strategy memo |
| 7/13/2006 | 0.3 | Update meeting with Michael McDonnell, Sandi David, Pam Reinhardt and Marvin de Guzman (all PwC) relating to GPC |
| | 7.7 | Review Davison steps in the database |
| 7/14/2006 | 8.0 | Update summary of plan and results |
| 7/17/2006 | 0.6 | Review of legal updates meeting agenda |
| | 2.1 | Read and summarize internal audit memc |
| | 4.3 | Document Planning step in the database |
| | 1.0 | Time reporting |
| 7/18/2006 | 3.0 | Review of May Financial Report |
| 7/19/2006 | 2.2 | Review prior quarter inventory obsolescence/analytics step |
| | 4.7 | Sending out fluxes for and documentation of 4 step analytics process for Co codes 32, 259 and 268. |
| | 1.1 | Printing and sending of the Earnings call material |
| 7/20/2006 | 4.0 | Attended the Grace Second Quarter Earnings Call |
| | 3.0 | Review and revise the Internal Audit Memo |
| | 1.0 | Summarize Time reporting |
| 7/21/2006 | 2.1 | Review of foreing fluxes and scoping schedule |
| | 1.6 | Review of Inventory Obsolescence |
| | 1.6 | Review on latest industry trends for expectation for analytics |
| | 0.4 | Prepare open items list |
| | 2.3 | Document expectations for second quarter review |
| 7/24/2006 | 3.2 | Summarize earnings call |
| | 2.9 | Document general inquiries and additional review procedures step |
| | 0.6 | Discuss with Dena Nolte (Grace) regarding PBC list |
| | 2.3 | Prepare expectations for inventory analytical procedures |
| 7/25/2006 | 0.3 | Discuss with Michael Brown (Grace) regarding PBC list |
| | 0.9 | Update open items list |
| | 5.8 | Review LIFO calculation - GPC |
| | 0.6 | Discuss with Trent Walklett (Grace) questions on GPC LIFO calculation |
| | 0.8 | Quarterly update with Bill Bishop (Grace) |
| | 0.6 | Research on LIFO in Comperio |
| 7/26/2006 | 0.5 | Sending independence confimations and database links to SPA members |
| | 6.9 | Review LIFO calculation - Davison |
| | 0.6 | Discuss with Trent Walklett (Grace) regarding Davison LIFO calculation |
| 7/27/2006 | 0.7 | Follow up with Trent Walklett (Grace) regarding outstanding question of LIFO calculation |
| | 3.9 | Document analytical procedures |
| | 0.9 | Review of Grace's quarterly checklist |
| | 3.5 | Review of Edison Acquisition memo |
| 7/28/2006 | 0.6 | Review quarterly checklist |
| | 0.6 | Attend the Grace town hall meeting |
| | 1.1 | Review and document Grace town hall meeting minutes |
| | 1.7 | Review of draft of 10-Q |
| 7/31/2006 | 4.9 | Working on SEC reviewer comments |
| | 3.1 | Review of Edison Contract |
| | **129.0** | **Total Grace Integrated Audit Charged Hours** |

**129.0**    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name:  Michael McDonnell**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 7/13/2006 | 0.5 | Call with corp team for update regarding the Q |
| | 1.3 | Reserching competitors .25 for the Audit Stratedgy Memo, |
| | 0.3 | Cordinating timing of the q |
| 7/14/2006 | 0.7 | Communicating with the grace camb on the q, |
| | 0.3 | reviewing fluxes |
| | 1.0 | Discussing contract testing, including sales and purchasing testing |
| 7/20/2006 | 5.0 | Earnings call 5 hours |
| | 4.0 | Reviewing fluxes balance sheet and P&L for Company 1 and requesting additional information |
| | | Reviewing fluxes balance sheet and P&L for Latin America, Europe and Asia Pacific and requesting additional information |
| 7/21/2006 | 2.0 | Reviewing fluxes additional flux information N. America and World Wide |
| | 2.0 | Identifing items for meeting closing meeting |
| | 0.5 | Agenda For closing meeting |
| | 0.5 | Closing  meeting |
| | 1.0 | Follow up on open issues from the meeting with the controller and documentation |
| 7/31/2006 | 2.5 | Developing expectations and concluding on the expections  for N. America BS and P&L |
| | 1.0 | Developing expectations and concluding on the expections  for Co. 799 |
| | 1.5 | Developing expectations and concluding on the expections for Europe balance sheet and P&L |
| | 1.5 | Developing expectations and concluding on the expections for Latin America balance sheet and P&L |
| | 1.5 | Developing expectations and concluding on the expections for Asia Pacific balance sheet and P&L |
| | 1.0 | Completing documention in the data base |
| | **28.0** | **Total Grace Integrated Audit Charged Hours** |
| | **28.0** | **Total Grace Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name:  Erica Margolius**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 7/12/2006 | 0.4 | Set up meeting with D. Armstsrong, Grace, for legal meeting |
| 7/12/2006 | 1.9 | Documet in step "Perform required independence procedures" for Q2 database. Leave coaching note on outstanding items to self. |
| 7/12/2006 | 2.0 | Using Q2 SOAR schedule, compile preliminary scoping schedule for flux analysis for domestic / foreign Grace entities. |
| 7/12/2006 | 1.5 | Review prior quarter database and scope 1 level entities, along with entities with 5% revenues or assets for current quarter scoped in entities. |
| 7/12/2006 | 1.2 | Begin documenting in step "Perform planning procedures for multilocation engagements" using preliminary scoping schedule. |
| 7/12/2006 | 1.6 | Document in step "Obtain correspondence from other locations including reports from unaffiliated firms, if applicable" and mark step as complete. |
| 7/17/2006 | 2.4 | Review meeting minutes, Q1 legal update meeting documentation, and other relevant legal notes for write up of agenda for legal update status meeting. |
| 7/17/2006 | 1.5 | Draft legal update agenda for meeting with R. Fink, M. Shelnitz (Grace) and M. de Guzman (PwC) |
| 7/19/2006 | 2.5 | Begin assembling income statement and balance sheet fluctuation analysis for scope 1 level companies for domestic entities. Forward to R. Barros, PwC, to continue working on it. |
| 7/19/2006 | 3.0 | Begin assembling income statement and balance sheet fluctuation analysis for scope 1 level companies for foreign entities. Forward to R. Barros, PwC, to continue working on it. |
| 7/19/2006 | 0.5 | Legal update meeting with R. Finke and M. Shelnitz, Grace. |
| 7/20/2006 | 2.7 | Complete scope 1 level SOAR fluxes and analyze for accounts to perform inquiry on. Email to P. Reinhardt and J. Afuang, PwC, for review. |
| 7/20/2006 | 1.5 | Perform follow-up procedures on GEMS inquiry from independence office for Grace subsidiaries. Consult with M. Sprinkle, Grace, on status of subsidiaries proposed by independence office. Document and email results to PwC independence office. |
| 7/20/2006 | 1.3 | Set expectations for the environmental reserve. Document in step "Review the environmental reserves." |
| 7/20/2006 | 2.6 | Perform preliminary analysis of environmental reserves using analytics template and reserves schedule obtained from S. Anderson, Grace. Per discussion with S. Anderson, note that schedule is bound to change per management discussion. Leave coaching note for possible change. |
| 7/21/2006 | 1.8 | Perform EPS analysis. Email K. Russell, Grace, with follow up question on average shares outstanding for the quarter. |
| 7/21/2006 | 2.0 | Complete SOAR flux analysis with comments from J. Afuang and P. Reinhardt, PwC, for scope 1 level companies. Email fluxes to M. Brown, Grace. |
| 7/21/2006 | 1.9 | Complete trial balance flux analysis for company code 1 for corporate accounts. Email flux questions for company codes 1 and 543 to K. Russell, Grace. |
| 7/21/2006 | 0.3 | Update open items list. |
| 7/24/2006 | 1.0 | Review K. Russell (Grace) response for inquiry for company 543 fluxes. Review hedge analysis from Q1 to deem reasonableness. Email follow up question for further support. |
| 7/24/2006 | 0.9 | Set expectations for self insurance reserves, both short term and long term. Document in step "Review Self Insurance" in second quarter database. |
| 7/24/2006 | 2.3 | Perform analysis on self insurance reserves. Document analytics and email K. Russell, Grace, with follow up questions. |
| 7/24/2006 | 1.2 | Address M. de Guzman, PwC, coaching note concerning the scoping in of additional entities for fluctuation analysis. Per discussion, add company code 799 (Grace Canada) to the listing. Create flux analytics document and forward to L. Van Loan, Grace, for analysis. |
| 7/24/2006 | 2.1 | Update environmental reserve analytics using updated schedule obtained from S. Anderson, Grace. Meet with S. Anderson about fluxes in addition to Libby accrual increase per EPA memo. |
| 7/24/2006 | 1.8 | Perform Press Release Tie out. |

| | | |
|---|---|---|
| 7/25/2006 | 0.4 | As part of independence procedures, email M. Brown, Grace, on status of additional employees and ties to PwC. |
| 7/25/2006 | 0.2 | As part of independence procedures, email C. Hinely, Grace, on status of additional employees and ties to PwC. |
| 7/25/2006 | 1.0 | Set expectations for health & welfare clearing accounts for second quarter balances based on prior quarter and year activity. |
| 7/25/2006 | 2.1 | Perform preliminary analysis of health & welfare clearing account balanc ebased on claims by vendor obtained from S. Anderson. Perform trend analysis of prior 14 months. |
| 7/25/2006 | 3.0 | Perform Press Release Tie out. |
| 7/25/2006 | 1.3 | Address coaching notes in the database. |
| 7/26/2006 | 1.5 | Set expectations for Core operating costs, documenting in step "review Core Operating Costs" based on prior quarter and year. |
| 7/26/2006 | 1.5 | Set expectations for Non-Core operating costs, documenting in step "review Core Operating Costs" based on prior quarter and year. |
| 7/26/2006 | 2.0 | Review second quarter core operating costs bridge. Update Core trending analysis with second quarter figures. Analyze and send K. Russell, Grace, significant fluxes. |
| 7/26/2006 | 1.6 | Review second quarter non-core operating costs bridge. Analyze and send K. Russell, Grace, significant fluxes. |
| 7/26/2006 | 0.8 | Meet with R. Barros, PwC, to discuss performance of review of equity rollforward. |
| 7/26/2006 | 2.5 | Review foreign fluxes obtained from L. Vanloan. Begin documenting in step "Perform analytical procedures" in Q2 database and attach foreign fluxes reviewed and cleared. |
| 7/26/2006 | 1.8 | Roll forward stock appreciation right analysis from Q1 for P. Norris stock options. Begin documenting in step "Stock Options." Leave coaching note to tie accrual to the trial balance and look up Grace historical stock volatility in Bloomberg. |
| 7/26/2006 | 2.0 | Research in Comperio rules concerning FAS123(R) and stock option liabilities. |
| 7/26/2006 | 0.3 | Email K. Russell, Grace, to obtain Department Accruals for Q2 to tie stock appreciation right accrual to the trial balance. |
| 7/26/2006 | 0.5 | Meet with R. Lapidario, Grace, to go over stock volatility. Use Bloomberg portal. |
| 7/26/2006 | 0.3 | Update open items list. |
| 7/27/2006 | 1.5 | Meet with S. Anderson, Grace, to discuss health & welfare adjustment during July 2006. Update documentation in step "Review Health & Welfare Clearing" and mark step as complete. |
| 7/27/2006 | 1.7 | Review interest expense analysis, accruals, and accounts with R. Barros, PwC, for documentation in database. |
| 7/27/2006 | 1.0 | Discuss with R. Barros, PwC, analysis performed and consolidation of accruals into certain accounts for interest expense. Perform individual analysis on certain interest expense accounts. |
| 7/27/2006 | 2.2 | Review Department Accruals schedule obtained from K. Russell. Agree accrual to analysis; no exceptions noted. Update documentation in step "Stock Options" and mark as complete. |
| 7/27/2006 | 1.6 | Meet with L. Vanloan, Grace, to discuss large asset sale/disposal in Slough, England per review of foreign fluxes. Review meetings of minutes and earnings call for disclosure to management. Review for reasonableness. |
| 7/27/2006 | 0.3 | Update open items list. |
| 7/30/2006 | 1.2 | Review step "review equity rollforward" performed by R. Barros, PwC. Leave coaching note for R. Barros, PwC, for equity rollforward. |
| 7/30/2006 | 0.9 | Review Incentive Compensation and Long Term Incentive Compensation accounts and analysis with L. Keorlet, PwC. |
| 7/30/2006 | 0.4 | Update open items list. |
| 7/31/2006 | 2.3 | Perform flux analysis of rainbow schedule for environmental reserves. Agree Global Settement Agreement draft to final Rainbow Schedule. |
| 7/31/2006 | 2.0 | Meet with S. Anderson, Grace, to discuss additional rainbow schedule fluxes not explained by Global Settlement Agreement. Update documentation in schedule & step. |
| 7/31/2006 | 1.7 | Create consolidated flux and email to L. Vanloan, Grace, for follow up questions. |
| 7/31/2006 | 2.0 | Complete EPS analysis, update documentation in step "Review the analysis of the Weighted-average shares and earnings-per-share calculations" and mark step as complete. |
| 7/31/2006 | 2.3 | Address M. de Guzman, PwC, coaching note on environmental reserves. Update documentation and mark step as complete. |
| 7/31/2006 | 0.6 | Update open items list. |

| | |
|---|---|
| **86.4** | **Total Grace Integrated Audit Charged Hours** |

86.4    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Lynda Keorlet**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 7/10/2006 | 0.5 | Summarize Audit Committee Meeting Minutes |
| | 1.5 | Review Q2 2005 database for assigned 2006 areas |
| | 1.0 | Review Responsibility Matrix |
| | 4.0 | Update 404 Matrices - Corporate, Lake Charles & Chicago 71st Street locations |
| | 2.0 | Rollforward Management Representation Letter, Opinion, CEO Letter and SEC Awareness Letter |
| 7/11/2006 | 0.5 | Obtain database access for new team members |
| | 2.0 | Update 404 Matrices - Curtis Bay |
| | 2.0 | Update 404 Matrices - Epernon, France |
| | 3.0 | Update 404 Matrices - GPC Chicago locations |
| | 1.5 | Update 404 Matrices - Cambridge |
| 7/12/2006 | 0.5 | Update Independence database for new team members |
| | 2.0 | Create Davison Preliminary Analytics template |
| | 4.0 | Create Risk Control Matrices for Slough, England |
| | 2.0 | Update Risk Control Matrices for Germany |
| 7/13/2006 | 3.0 | Finish formatting Risk Control Matrices |
| | 1.0 | Create corresponding Risk Control Matrix steps in our database |
| | 2.0 | Map Financial Statement line items to MyClient database sections |
| | 2.5 | Select controls for testing for Slough, England |
| 7/14/2006 | 3.7 | Create scoping document identifying significant Balance Sheet accounts |
| | 4.3 | Create scoping document identifying significant Income Statement accounts |
| 7/18/2006 | 2.5 | Set Grace Davison Q2 2006 Revenue Fluctuation Expectations, using Q1 Earnings Call |
| | 2.8 | Set Grace Davison Q2 2006 Accounts Receivable analytics expectations |
| | 2.2 | Perform analysis of year to date top 15 customers |
| 7/19/2006 | 0.3 | Format SOAR Report sent by Michael Brown, Grace and distribute to PwC |
| | 3.3 | Prepare preliminary analytics templates for company code 259 and Corporate |
| | 2.4 | Review Earnings Call Materials |
| 7/20/2006 | 1.8 | Document / Set preliminary expectations for LTIP & Incentive Compensation Fluctuations |
| | 2.7 | Listen to Q2 2006 Earnings Call |
| | 3.5 | Review Davison North America Receivables including graphs prepared by Larry Marchman, Grace |
| 7/21/2006 | 2.6 | Set detailed Q2 2006 Revenue expectations by product line |
| | 2.1 | Review Davison Accounts Receivable Aging, format and document conclusions |
| | 2.2 | Review Company Code 259 and 268 Accounts Receivable Aging, format and document conclusions |
| | 1.6 | Create manual testing templates for Germany segments / divisions |
| 7/24/2006 | 1.2 | Meet with D.Nolte (Grace) to discuss Accounts Receivable questions |
| | 0.5 | Format complex scoping schedule |
| | 1.5 | Create manual testing matrices for Worms Germany |
| | 3.4 | Tie out Press Release Income Statement |
| | 3.4 | Tie out Press Release Statement of Cash Flows |
| 7/25/2006 | 3.7 | Document review of Accounts Receivable amounts and ratios by region |
| | 2.5 | Set Grace Performance Chemicals Revenue expectations by product line |
| | 2.5 | Review monthly revenue fluctuations for Q2 2006 |
| | 1.0 | Tie out updates to Press Release Statement of Cash Flows and Income Statement |
| 7/26/2006 | 1.5 | Review and document intercompany out of balance schedule |
| | 3.8 | Tie out Press Release narrative / amounts |

| | | |
|---|---|---|
| | 4.1 | Tie out Segment Analysis for Press Release |
| | 1.6 | Tie out Balance Sheet for Press Release |
| **7/27/2006** | 2.7 | Review Incentive Compensation support received from K.Russell, Grace |
| | 3.0 | Review LTIP support received from K.Russell, Grace |
| | 1.4 | Meet with K.Russell, Grace to discuss Incentive Compensation and LTIP questions |
| | 2.4 | Tie out updates to Press Release |
| **7/30/2006** | 1.3 | Review calculation of T-levels per Incentive Compensation Reconciliation |
| **7/31/2006** | 1.5 | Read through Draft 3 Q2 2006 10Q |
| | 2.0 | Tie out Shareholder's Equity section of 10Q |
| | 2.8 | Tie out Balance Sheet, Income Statement, Cash Flows from 10Q to the Press Release support previously reviewed |
| | 3.2 | Tie out Footnote 2 to support provided by Grace |
| | **124.0** | **Total Grace Financial Statement Audit Charged Hours** |
| | **124.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Christopher W Park**

| | | |
|------|-------|----------------------------------|
| **7/11/2006** | 3.0 | Draft 2006 International Instruction Letter and Deliverables |
| **7/12/2006** | 3.0 | Draft 2006 International Instruction Letter and Deliverables |
| **7/13/2006** | 3.0 | Draft 2006 International Instruction Letter and Deliverables |
| | **9.0** | **Total Grace Integrated Audit Charged Hours** |
| | **9.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name:  Roosevelt Barros** | | |
| **7/10/2006** | 2.3 | Readsing 10-k to become familiar with W.R Grace |
| | 2 | Updating Internal Controls Matrices |
| | 2 | Misc. (Copying, printing, and helping others with misc. tasks) |
| | 0.2 | Reading Database |
| **7/11/2005** | 3.5 | Updating Internal Control Matrices |
| | 1.5 | Reading Database |
| | 0.5 | Misc. (Copying, printing, and helping others with misc. tasks) |
| **7/12/2006** | 1.5 | Misc. (Copying, printing, and helping others with misc. tasks) |
| | 4 | Rollingforward charts from Q1 database to Q2 |
| **7/13/2006** | 0.5 | Updating W.R. Grace's Contact List |
| | 0.3 | Misc. (Copying, printing, and helping others with misc. tasks) |
| **7/14/2006** | 2 | Updating Grace Planning & Results Spreadsheet |
| | 1 | Documenting the Audit Strategy Memo |
| **7/17/2006** | 2.5 | Misc. (Copying, printing, and helping others with misc. tasks) |
| | 2 | Documenting the Internal Audit Memo |
| **7/18/2006** | 1 | Misc. (Copying, printing, and helping others with misc. tasks) |
| | 0.5 | Internal SAD Report |
| | 2 | Updating Control Processes Maps in Databases |
| | 1.8 | Davison Inventory Tie Out |
| **7/19/2006** | 2.5 | Misc. (Copying, printing, and helping others with misc. tasks) |
| | 2.5 | Davison Inventory Tie Out |
| | 1 | Matching Account Grace's SOAR account numbers |
| | 2 | Documenting Flux |
| **7/20/2006** | 1.5 | Grace Inventory Tie Out |
| | 1 | Misc. (Copying, printing, and helping others with misc. tasks) |
| **7/21/2006** | 2 | Misc. (Copying, printing, and helping others with misc. tasks) |
| | 5.2 | Performed 404 Inventory Tie Out |
| | 0.8 | Performed Options/Shares Tie Out |
| **7/25/2006** | 0.2 | Misc. (Copying, printing, and helping others with misc. tasks) |
| | | Reviewed the analysis of the weighted-average shares and the earnings-per-share calculations STEP 6100 200-5 |
| | 1.5 | |
| | 3.5 | PerformedBalance Sheet Tie Out |
| | 0.8 | Participated in PwC Audit Team Meeting |
| | 1 | Documented Flux |
| **7/26/2006** | 0.9 | Misc. (Copying, printing, and helping others with misc. tasks) |
| | 2.1 | Worked on Equity Rollforward |
| | 3.5 | W.R Grace FS Tie Outs |
| | | Reviewed the analysis of the weighted-average shares and the earnings-per-share calculations STEP 6100 200-5 |
| | 0.5 | |
| | 1 | Performed Company 01 tie out |
| **7/27/2006** | 1 | Misc. (Copying, printing, and helping others with misc. tasks) |
| | 5.5 | Worked on Interest Expense |
| | 0.5 | Performed Company 01 tie out |
| | 1 | Performed Press Release Tie Out |
| **7/28/2006** | 3 | Misc. (Copying, printing, and helping others with misc. tasks) |
| | 1 | Witnessed Town Hall Meeting & Created a summary for it |
| | 2 | Performed Balance Sheet Tie Out |
| | 2 | Aided with 10-Q Tie Out |

**7/31/2006**                    1        Misc. (Copying, printing, and helping others with misc. tasks)
                                 6        Aided with 10-Q Tie Out

                                87.6      **Total Grace Integrated Audit Charged Hours**


                                87.6      **Total Hours**