# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended July 31, 2006**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| David Lloyd | Integrated Audit | 7/27/06 | | | | $ 32.80 | Lunch with Lauren Misler at Cheesecake Factory to discuss year-end staffing. |
| | Integrated Audit | 7/31/06 | $ 7.12 | | | | Mileage from office to W. R. Grace - 16 miles @ $0.445 |
| Maria J. Afuang | Integrated Audit | 7/10/06 | $ 8.90 | | | | Mileage in exces of normal commute ((52-32)*.445 |
| | Integrated Audit | 7/11/06 | $ 8.90 | | | | Mileage in exces of normal commute ((52-32)*.445 |
| | Integrated Audit | 7/12/06 | $ 8.90 | | | | Mileage in exces of normal commute ((52-32)*.445 |
| | Integrated Audit | 7/13/06 | $ 8.90 | | | | Mileage in exces of normal commute ((52-32)*.445 |
| | Integrated Audit | 7/14/06 | $ 8.90 | | | | Mileage in exces of normal commute ((52-32)*.445 |
| | Integrated Audit | 7/17/06 | $ 8.90 | | | | Mileage in exces of normal commute ((52-32)*.445 |
| | Integrated Audit | 7/19/06 | $ 8.90 | | | | Mileage in exces of normal commute ((52-32)*.445 |
| | Integrated Audit | 7/20/06 | $ 8.90 | | | | Mileage in exces of normal commute ((52-32)*.445 |
| | Integrated Audit | 7/21/06 | $ 8.90 | | | | Mileage in exces of normal commute ((52-32)*.445 |
| | Integrated Audit | 7/24/06 | $ 8.90 | | | | Mileage in exces of normal commute ((52-32)*.445 |
| | Integrated Audit | 7/25/06 | $ 8.90 | | | | Mileage in exces of normal commute ((52-32)*.445 |
| | Integrated Audit | 7/26/06 | $ 8.90 | | | | Mileage in exces of normal commute ((52-32)*.445 |
| | Integrated Audit | 7/27/06 | $ 8.90 | | | | Mileage in exces of normal commute ((52-32)*.445 |
| | Integrated Audit | 7/28/06 | $ 8.90 | | | | Mileage in exces of normal commute ((52-32)*.445 |
| Marvin de Guzman | Integrated Audit | 7/5/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.445 |
| | Integrated Audit | 7/5/06 | $ 453.60 | | | | US Airway ticket for trip in Florida |
| | Integrated Audit | 7/6/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.445 |
| | Integrated Audit | 7/6/06 | $ 5.00 | | | | US Airway ticket processing fee |
| | Integrated Audit | 7/10/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.445 |
| | Integrated Audit | 7/12/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.445 |
| | Integrated Audit | 7/19/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.445 |
| | Integrated Audit | 7/20/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.445 |
| | Integrated Audit | 7/24/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.445 |
| | Integrated Audit | 7/25/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.445 |
| | Integrated Audit | 7/27/06 | $ 476.60 | | | | Soutwest ticket for trip in Florida |
| | Integrated Audit | 7/27/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.445 |
| | Integrated Audit | 7/31/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.445 |
| Pamela Reinhardt | Integrated Audit | 7/5/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 7/6/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 7/7/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 7/10/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 7/11/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 7/11/06 | | | | $ 83.61 | Team Lunch Meeting |
| | Integrated Audit | 7/12/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 7/13/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 7/14/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 7/17/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 7/19/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 7/24/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 7/25/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 7/26/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 7/27/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| Lynda Keorlet | Integrated Audit | 7/10/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 7/11/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 7/12/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 7/13/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 7/14/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 7/18/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 7/19/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 7/20/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 7/21/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 7/24/2006 | $ 28.48 | | | | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | Integrated Audit | 7/25/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 7/26/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 7/27/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | Integrated Audit | 7/31/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| Erica Margolius | Integrated Audit | 7/12/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 7/13/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 7/14/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 7/19/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 7/20/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 7/21/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 7/24/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 7/25/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 7/26/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 7/27/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 7/30/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 7/31/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| Michael Mcdonnell | Integrated Audit | 7/20/2006 | $ 7.79 | | | | 13 milles net of normal commute + $1 toll two and from grac |
| | Integrated Audit | 7/21/2006 | $ 7.79 | | | | 13 milles net of normal commute + $1 toll two and from grac |
| | Integrated Audit | 7/31/2006 | $ 21.00 | | | | Returning files to the office |
| **Summary** | | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | | $ 1,963.05 | $ 1,846.64 | $ - | $ - | $ 116.41 | |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
**For the Month Ended July 31, 2006**

| | Date | Title | Expenses | | Description |
|---|---|---|---|---|---|
| **David Lloyd** | 7/27/06 | Audit Senior Manager | $ | 32.80 | Lunch with Lauren Misler at Cheesecake Factory to discuss year-end staffing. |
| | 7/31/06 | Audit Senior Manager | $ | 7.12 | Mileage from office to W. R. Grace - 16 miles @ $0.445 |
| | | | **$** | **39.92** | |
| **Maria J. Afuang** | 7/10/06 | Audit Senior | $ | 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 7/11/06 | Audit Senior | $ | 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 7/12/06 | Audit Senior | $ | 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 7/13/06 | Audit Senior | $ | 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 7/14/06 | Audit Senior | $ | 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 7/17/06 | Audit Senior | $ | 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 7/19/06 | Audit Senior | $ | 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 7/20/06 | Audit Senior | $ | 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 7/21/06 | Audit Senior | $ | 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 7/24/06 | Audit Senior | $ | 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 7/25/06 | Audit Senior | $ | 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 7/26/06 | Audit Senior | $ | 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 7/27/06 | Audit Senior | $ | 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 7/28/06 | Audit Senior | $ | 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | | | **$** | **124.60** | |
| **Marvin de Guzman** | 7/5/06 | Audit Manager | $ | 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
| | 7/5/06 | Audit Manager | $ | 453.60 | US Airway ticket for trip in Florida |
| | 7/6/06 | Audit Manager | $ | 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
| | 7/6/06 | Audit Manager | $ | 5.00 | US Airway ticket processing fee |
| | 7/10/06 | Audit Manager | $ | 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
| | 7/12/06 | Audit Manager | $ | 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
| | 7/19/06 | Audit Manager | $ | 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
| | 7/20/06 | Audit Manager | $ | 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
| | 7/24/06 | Audit Manager | $ | 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
| | 7/25/06 | Audit Manager | $ | 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
| | 7/27/06 | Audit Manager | $ | 476.60 | Soutwest ticket for trip in Florida |
| | 7/27/06 | Audit Manager | $ | 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
| | 7/31/06 | Audit Manager | $ | 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
| | | | **$** | **1,264.50** | |
| **Pamela Reinhardt** | 7/5/06 | Audit Senior | $ | 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 7/6/06 | Audit Senior | $ | 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 7/7/06 | Audit Senior | $ | 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 7/10/06 | Audit Senior | $ | 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 7/11/06 | Audit Senior | $ | 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 7/11/06 | Audit Senior | $ | 83.61 | Team Lunch Meeting |
| | 7/12/06 | Audit Senior | $ | 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 7/13/06 | Audit Senior | $ | 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 7/14/06 | Audit Senior | $ | 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 7/17/06 | Audit Senior | $ | 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 7/19/06 | Audit Senior | $ | 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 7/24/06 | Audit Senior | $ | 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 7/25/06 | Audit Senior | $ | 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 7/26/06 | Audit Senior | $ | 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 7/27/06 | Audit Senior | $ | 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | | | **$** | **158.37** | |
| **Lynda Keorlet** | 7/10/2006 | Audit Associate | $ | 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 7/11/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 7/12/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 7/13/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 7/14/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 7/18/2006 | Audit Associate | $ | 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 7/19/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 7/20/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 7/21/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 7/24/2006 | Audit Associate | $ | 28.48 | Mileage in excess of normal commute (86-22 miles * $.445/mile) |
| | 7/25/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 7/26/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 7/27/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 7/31/2006 | Audit Associate | $ | 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | | | **$** | **173.55** | |
| **Erica Margolius** | 7/12/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 7/13/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 7/14/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 7/19/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 7/20/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 7/21/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 7/24/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 7/25/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 7/26/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 7/27/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 7/30/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 7/31/2006 | Audit Associate | $ | 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | | | **$** | **165.54** | |
| **Michael Mcdonnell** | 7/20/2006 | Audit Senior | $ | 7.79 | 13 milles net of normal commute + $1 toll two and from grace |
| | 7/21/2006 | Audit Senior | $ | 7.79 | 13 milles net of normal commute + $1 toll two and from grace |
| | 7/31/2006 | Audit Senior | $ | 21.00 | Returning files to the office |
| | | | **$** | **36.57** | |
| | | **Grand Total** | **$** | **1,963.05** | |