# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 3, 2006 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF JUNE 1, 2006 THROUGH
JUNE 30, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1195466 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | June | Total Comp |
|---|---|---|---|---|
| Sherman, Joan | Paralegal | $ 165.00 | 33.7 | $ 5,560.50 |
| Bjorkquist-Rich, Shari | Practice Support | $ 200.00 | 0.2 | $ 40.00 |
|  |  |  |  |  |
| **Total** |  |  | **33.90** | **5,600.50** |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ 0.50 |
| Outside Courier | $ - |
| Westlaw | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ 64.16 |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ 212.54 |
| Color Copies | $ - |
| **Total** | **$ 277.20** |

Holme Roberts & Owen LLP

August 15, 2006

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 742454 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/06 | JLS | Research re expanding plant documents. | 2.30 | $ 379.50 |
| 06/07/06 | JLS | Research re expanding plant documents. | 0.60 | 99.00 |
| 06/08/06 | JLS | Research re expanding plant documents. | 1.10 | 181.50 |
| 06/12/06 | JLS | Research re expanding plant documents. | 2.10 | 346.50 |
| 06/16/06 | JLS | Research re expanding plant documents. | 1.20 | 198.00 |
| 06/20/06 | JLS | Research re expanding plant documents. | 1.80 | 297.00 |
| 06/21/06 | JLS | Research re expanding plant documents. | 3.20 | 528.00 |
| 06/22/06 | JLS | Research re expanding plant documents. | 2.10 | 346.50 |
| 06/23/06 | JLS | Research re expanding plant documents. | 2.10 | 346.50 |
| 06/25/06 | JLS | Research re expanding plant documents. | 0.80 | 132.00 |
| 06/26/06 | JLS | Research re expanding plant documents. | 4.50 | 742.50 |
| 06/27/06 | JLS | Research re expanding plant documents. | 3.10 | 511.50 |
| 06/28/06 | JLS | Research re expanding plant documents. | 4.10 | 676.50 |
| 06/28/06 | SR | Telephone conference with JLSherman re document issues. | 0.20 | 40.00 |
| 06/29/06 | JLS | Research re expanding plant documents. | 3.70 | 610.50 |
| 06/30/06 | JLS | Research re expanding plant documents. | 1.00 | 165.00 |

**Total Fees Through June 30, 2006:**    33.90    $ 5,600.50

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| JLS | Joan L. Sherman | Paralegal | $165.00 | 33.70 | $ 5,560.50 |
| SR | Shari Bjorkquist-Rich | Practice Support | 200.00 | 0.20 | 40.00 |

**Total Fees:**    33.90    $ 5,600.50

Holme Roberts & Owen LLP

August 15, 2006

W.R. Grace

Page            6
Invoice No.:    742454
Client  No.:    04339
Matter  No.:    00300

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/19/06 | | Federal Express: VENDOR: Federal Express; INVOICE: 101701706; From Katheryn Coggon to Robert Marriam on May 12  2006 | $ 21.00 |
| 05/22/06 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE #: EC60739; Document Storage April 2006 | 212.54 |
| 05/26/06 | | Federal Express: VENDOR: Federal Express; INVOICE: 103014095; From Megan Kinsman to Tyler Mace on May 22  2006 | 43.16 |
| 06/21/06 | | Long Distance Telephone: 9018202023, 1 Mins., TranTime:11:43 | 0.10 |
| 06/26/06 | | Long Distance Telephone: 6174265900, 4 Mins., TranTime:10:12 | 0.40 |
| | | **Total Disbursements:** | **$ 277.20** |

### Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 0.50 |
| Federal Express | | 64.16 |
| Other Expense | | 212.54 |
| **Total Disbursements:** | **$** | **277.20** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | **$ 219.96** |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | June | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 340.00 | 3.4 | $ 1,156.00 |
| Haag, Susan | Paralegal | $ 140.00 | 0.7 | $ 98.00 |
| | | | | |
| **Total** | | | **4.10** | **$ 1,254.00** |

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 6.15 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ - |
| **Total** | **$ 6.15** |

Holme Roberts & Owen LLP

August 15, 2006

W.R. Grace

Page 11
Invoice No.: 742454
Client No.: 04339
Matter No.: 00390

**Regarding: Bankruptcy Matters**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/06/06 | EKF | Draft Rule 2014 Affidavit in connection with Cooper Industries (.8); review and respond to fee auditor email re Nineteenth Interim Fee Application (.2). | 1.00 | $ 340.00 |
| 06/08/06 | EKF | Email exchange with local counsel re filing issues (.2). | 0.20 | 68.00 |
| 06/09/06 | EKF | Review and revise May 2006 prebills/invoices for compliance with U.S. Trustee Guidelines. | 0.80 | 272.00 |
| 06/15/06 | EKF | Review Debtors' schedules re Vulcan Materials (.5); draft supplemental 2014(a) affidavit (.5). | 1.00 | 340.00 |
| 06/23/06 | EKF | Review and revise March 2006 Monthly Fee Application (.4). | 0.40 | 136.00 |
| 06/23/06 | SH | Draft March 2006 monthly fee application. | 0.70 | 98.00 |
| | | **Total Fees Through June 30, 2006:** | **4.10** | **$ 1,254.00** |

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $340.00 | 3.40 | $ 1,156.00 |
| SH | Susan Haag | Paralegal | 140.00 | 0.70 | 98.00 |
| | | | **Total Fees:** | **4.10** | **$ 1,254.00** |

**Itemized Disbursements**

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 06/06/06 | 6 | Document Reproduction | $ | 0.90 |
| 06/15/06 | 5 | Document Reproduction | | 0.75 |
| 06/23/06 | 30 | Document Reproduction | | 4.50 |
| | | **Total Disbursements:** | **$** | **6.15** |

**Disbursement Summary**

| | | |
|---|---|---|
| Document Reproduction | $ | 6.15 |
| **Total Disbursements:** | **$** | **6.15** |

**Matter 00400 - Boston Document Production**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 634.05 |
| Facsimile | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Meal Expenses | $ - |
| Color Photocopies | $ - |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ 634.05** |

Holme Roberts & Owen LLP

August 15, 2006

| | |
|---|---|
| W.R. Grace | Page 14 |
| | Invoice No.: 742454 |
| | Client No.: 04339 |
| | Matter No.: 00400 |

**Regarding: Boston Document Production**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/07/06 | | Outside Reproduction: VENDOR: DTI CORPORATION; INVOICE #: 253535; Outside Reproduction | $ 634.05 |
| | | **Total Disbursements:** | **$ 634.05** |

### Disbursement Summary

| | | |
|---|---|---|
| Outside Reproduction | $ | 634.05 |
| **Total Disbursements:** | **$** | **634.05** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | 0.00 |
| **Current Fees and Disbursements** | $ | 634.05 |
| **Total Balance Due This Matter** | $ | 634.05 |