

# ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

September 15, 2006
Client No. 17367
Invoice No. 1031232

Orrick Contact: Roger Frankel

FOR SERVICES RENDERED through August 31, 2006 in connection
with the matters described on the attached pages:                    $          152,041.50

DISBURSEMENTS as per attached pages:                                            5,711.17

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**     $          157,752.67

Matter(s): 17367/11, 12, 13, 2, 7, 8

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$416,075.49

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1031232*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number 0260-0959-3*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499-4-10382*
*Reference: 17367/ Invoice: 1031232*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number 121-000358*
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499-4-10382*
*Reference: 17367/ Invoice: 1031232*
*E.I.N. 94-2952627*



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

September 15, 2006
Client No. 17367
Invoice No. 1031232

Orrick Contact: Roger Frankel

For Legal Services Rendered Through August 31, 2006 in Connection With:

**Matter:  2 - Case Administration**

| | | | |
|---|---|---|---|
| 08/01/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/01/06 | D. Fullem | Review docket updates from last week. | 0.20 |
| 08/02/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/03/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/03/06 | D. Fullem | Review docket entries and prepare updated case calendar; circulate to R. Wyron and others for review. | 1.00 |
| 08/04/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/07/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 08/07/06 | R. Barainca | Update pleadings folders. | 2.60 |
| 08/07/06 | D. Fullem | Review docket update. | 0.10 |
| 08/08/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/08/06 | R. Barainca | Update pleadings folders. | 1.20 |
| 08/08/06 | D. Fullem | Review case calendar and update with hearing information. | 0.20 |
| 08/08/06 | D. Fullem | Organize files and notes. | 1.00 |
| 08/09/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/09/06 | R. Barainca | Update pleadings folders. | 1.60 |
| 08/10/06 | R. Barainca | Update pleadings folders. | 5.60 |
| 08/10/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/10/06 | D. Fullem | Review docket updates (.2); prepare updated case calendar and circulate to D. Felder for review and comment (.9); review and prepare revisions as per D. Felder (.2); review scheduling order for plans and disclosure statements (.2); circulate to R. Wyron and others (.1). | 1.60 |
| 08/11/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/11/06 | R. Barainca | Update pleadings folders. | 6.00 |
| 08/14/06 | R. Barainca | Update pleadings binder. | 1.80 |
| 08/14/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/14/06 | D. Fullem | Review Grace docket update. | 0.10 |
| 08/14/06 | D. Fullem | Update and organize pleadings and related files. | 1.00 |
| 08/15/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/15/06 | R. Barainca | Update pleadings folders. | 5.00 |
| 08/16/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

September 15, 2006
Invoice No. 1031232

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/16/06 | R. Barainca | Update pleadings folder. | 2.00 |
| 08/17/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/17/06 | D. Fullem | Review docket updates to prepare updated case calendar. | 0.50 |
| 08/17/06 | D. Fullem | Prepare case calendar update. | 1.00 |
| 08/18/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/18/06 | R. Barainca | Confer with D. Fullem regarding calendar matters. | 0.30 |
| 08/18/06 | R. Barainca | Update pleadings folders. | 0.90 |
| 08/18/06 | D. Fullem | Prepare revisions to case calendar and circulate to R. Wyron and others. | 1.00 |
| 08/18/06 | D. Fullem | Confer with R. Barainca and D. Felder regarding certain adversary case docket update issues and corrections. | 0.30 |
| 08/21/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/21/06 | D. Fullem | Update case calendar. | 0.50 |
| 08/22/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/22/06 | D. Fullem | Review docket update. | 0.10 |
| 08/22/06 | D. Fullem | Prepare case calendar update. | 0.50 |
| 08/22/06 | D. Fullem | Organize and update files. | 1.00 |
| 08/23/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/23/06 | R. Barainca | Update pleadings folders. | 1.50 |
| 08/24/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/24/06 | D. Fullem | Review docket updates and update case calendar. | 1.00 |
| 08/25/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/28/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/28/06 | D. Fullem | Review Grace case calendar update. | 0.20 |
| 08/28/06 | D. Fullem | Review and respond to e-mail from D. Felder regarding case calendar update. | 0.20 |
| 08/28/06 | D. Fullem | Review docket update. | 0.20 |
| 08/29/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/29/06 | D. Fullem | Review docket update. | 0.10 |
| 08/30/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/31/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/31/06 | D. Fullem | Review docket update. | 0.20 |

Total Hours 46.30

Total For Services $7,322.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 34.30 | 140.00 | 4,802.00 |
| Debra O. Fullem | 12.00 | 210.00 | 2,520.00 |
| Total All Timekeepers | 46.30 | $158.14 | $7,322.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

September 15, 2006
Invoice No. 1031232

Disbursements

| Duplicating Expense | 465.30 | |
|---|---|---|
| Facsimile | 2.00 | |
| Outside Services | 396.24 | |
| Postage | 162.15 | |
| Telephone | 0.50 | |
| Total  Disbursements | | $1,026.19 |

**Total For This Matter**          **$8,348.19**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

September 15, 2006
Invoice No. 1031232

For Legal Services Rendered Through August 31, 2006 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 08/01/06 | R. Wyron | Follow-up on status of Equitas settlement and review e-mails regarding same. | 0.30 |
| 08/02/06 | R. Frankel | Review issues re Equitas settlement. | 0.40 |
| 08/10/06 | R. Wyron | Review e-mails and provide comments on Grace's Equitas proposal. | 0.80 |
| 08/10/06 | R. Wyron | Review Equitas proposal and respond (.9); e-mail and call to R. Horkowich and follow-up (.4). | 1.30 |
| 08/10/06 | R. Frankel | Review with R. Wyron issues re Equitas; review indemnity issues re same. | 0.60 |
| 08/11/06 | R. Wyron | Review revised Equitas agreement and e-mails regarding same. | 1.10 |
| 08/13/06 | R. Wyron | Review revised Equitas agreement and related order (.6); review proposed language changes from Grace and e-mails regarding Grace proposal and response (.3). | 0.90 |
| 08/14/06 | R. Wyron | Review issues and drafts for call on Equitas issues and follow-up (1.2); participate in conference call and e-mails regarding case (.9). | 2.10 |
| 08/17/06 | R. Wyron | Continue review of Equitas issues in advance of hearing and work on issues (.6); conference calls regarding same, and follow-up notes (.5). | 1.10 |
| 08/18/06 | R. Wyron | Prepare for 8/21 omnibus hearing on Equitas, estimation discussion and other matters set (1.8); review agenda and follow-up on additional items (.4); review issues on exclusivity argument and respond (.6). | 2.80 |
| 08/18/06 | R. Frankel | Review series of e-mails re Equitas settlement (.4); telephone conference with R. Wyron re same (.2). | 0.60 |

|  | | |
|---|---|---|
| Total Hours | 12.00 | |
| Total For Services | | $7,868.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 1.60 | 725.00 | 1,160.00 |
| Richard H. Wyron | 10.40 | 645.00 | 6,708.00 |
| Total All Timekeepers | 12.00 | $655.67 | $7,868.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

September 15, 2006
Invoice No. 1031232

**Total For This Matter**      **$7,868.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

September 15, 2006
Invoice No. 1031232

For Legal Services Rendered Through August 31, 2006 in Connection With:

## Matter: 8 - Litigation

| 08/01/06 | D. Felder | Review correspondence and related documents regarding estimation discovery in preparation for conference call with Debtors and various committees (1.5); telephone conference with R. Mullady and J. Guy with Debtors and various committees regarding estimation discovery issues and follow-up regarding same (1.0); review Sealed Air exhibits and documents from Boston repository (2.5); continue review of Sealed Air deposition transcripts (3.4). | 8.40 |
|---|---|---|---|
| 08/01/06 | J. Guy | Conference with R. Mullady, ACC, and debtors, and various committees re discovery on estimation litigation (1.0); review background materials and analyze issues pertinent to estimation of asbestos cases (.7). | 1.70 |
| 08/01/06 | R. Mullady, Jr. | Conference call with all counsel regarding discovery matters (1.0); follow-on discussions with litigation team (.5). | 1.50 |
| 08/02/06 | D. Felder | Review and revise letter to ACC and Libby Claimants (.9); review pro hac vice applications for G. Rasmussen and R. Mullady (.3). | 1.20 |
| 08/02/06 | J. Guy | Review correspondence on discovery and e-mails re same (.2); strategize re next steps (.3). | 0.50 |
| 08/02/06 | R. Wyron | Review Libby letter in connection with estimation. | 0.30 |
| 08/02/06 | R. Mullady, Jr. | Review draft letter to debtor's counsel on discovery issues, provide comments to litigation team and review others' comments on same. | 0.60 |
| 08/03/06 | D. Felder | Review Sealed Air exhibits and materials from Boston repository. | 4.50 |
| 08/03/06 | D. Felder | Review recently filed pleadings and e-mail to D. Fullem regarding same. | 0.80 |
| 08/04/06 | K. Thomas | Review memorandum opinion re stigma claims; discuss same with R. Frankel. | 0.30 |
| 08/04/06 | S. Venegas | Review omnibus hearing transcripts. | 3.00 |
| 08/04/06 | J. Guy | Review article re recent ruling by Judge Fitzgerald on stigma claims and opinion; various e-mails re same to R. Frankel and R. Wyron; review prior e-mails and correspondence re discovery requests for debtors on analyses of asbestos claims. | 0.40 |
| 08/04/06 | R. Frankel | Review revised order, notice, etc. re PI Bar Date. | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

September 15, 2006
Invoice No. 1031232

| 08/04/06 | R. Frankel | Review memorandum opinion re Biersdorf PD claims. | 0.80 |
| 08/07/06 | D. Felder | Review various recently filed pleadings (1.2); continue review of Sealed Air exhibits and deposition transcripts (3.0); finalize letter to Libby and ACC (.3). | 4.50 |
| 08/07/06 | R. Wyron | Review e-mails on PD issues and follow-up. | 0.40 |
| 08/07/06 | R. Mullady, Jr. | Review Libby claimants' proposed edits to non-aggression letter and e-mail Libby and ACC counsel regarding same (.4); e-mail to/from R. Wyron and D. Felder regarding proposed CMO for PD estimation proceeding (.5); review proposed PD CMO (.3). | 1.20 |
| 08/07/06 | R. Frankel | Review e-mails re PD CMO, bar date, insurance motion. | 0.70 |
| 08/08/06 | D. Felder | Continue reviewing Sealed Air exhibits and various articles regarding estimation. | 3.50 |
| 08/08/06 | R. Mullady, Jr. | Review e-mail from J. Biggs and discuss same with G. Rasmussen and D. Felder (.3); review e-mails between property damage claimants' counsel and debtor's counsel (.2). | 0.50 |
| 08/09/06 | A. Hamilton | Confer with D. Felder regarding creation of database for W.R. Grace documents. | 0.40 |
| 08/09/06 | A. Hamilton | Review data for contents. | 0.40 |
| 08/09/06 | A. Hamilton | Confer with Litigation Support Group. | 0.30 |
| 08/09/06 | D. Felder | Review revised bar date materials (1.0); review PD CMO (.3); conference with A. Hamilton regarding deposition transcripts and exhibits (.1); conference call with counsel for Debtors and various committees regarding PD issues (.9). | 2.30 |
| 08/10/06 | D. Felder | Review various recently filed pleadings and e-mail correspondence to D. Fullem regarding same (1.2); review Sealed Air deposition transcripts (2.5). | 3.70 |
| 08/10/06 | R. Mullady, Jr. | Review e-mail from J. Biggs (.2); e-mail to N. Finch (.2). | 0.40 |
| 08/11/06 | R. Mullady, Jr. | E-mails to/from N. Finch. | 0.40 |
| 08/12/06 | G. Rasmussen | Consider whether to designate other experts; review resumes of epidemiologists. | 0.80 |
| 08/12/06 | G. Rasmussen | Update outline of proof for the estimation proceeding (1.0); compare our approach with Federal Mogul approach (1.0). | 2.00 |
| 08/12/06 | R. Mullady, Jr. | E-mails to/from G. Rasmussen regarding expert witness candidates for trial. | 0.40 |
| 08/13/06 | G. Rasmussen | Analyze Federal Mogul and Eagle Picher in order to determine points that need to be covered by Biggs (3.0); prepare for conference with Biggs on status of her expert report (.5); outline of material her report must cover (.5). | 4.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

September 15, 2006
Invoice No. 1031232

| | | | |
|---|---|---|---|
| 08/14/06 | D. Felder | Research regarding estimation and e-mail to G. Rasmussen regarding same (.8); telephone conferences with various potential experts and conferences with G. Rasmussen regarding same (4.3); conference with G. Rasmussen regarding various estimation issues (.2); telephone conference with N. Finch, J. Liesemer and G. Rasmussen regarding estimation issues and strategy (.5); various telephone conferences with J. Biggs and G. Rasmussen and with N. Finch and J. Liesemer regarding estimation issues and strategy (2.0); review materials regarding estimation and expert stipulation (1.5); review various Sealed Air deposition transcripts and exhibits (2.4). | 11.70 |
| 08/14/06 | A. Goldberg | Work with G. Rasmussen and D. Felder on expert issues, including telephone call with current claimants' counsel and actuarial experts. | 2.30 |
| 08/14/06 | G. Rasmussen | Consideration of experts (.5); conference with N. Finch and J. Leisemeir (.5); conference with Jenni Biggs on experts on whom she has relied (.5); conferences with A. Goldberg and D. Felder on experts (.3); review of Eagle Picher and other cases to determine experts the court relied upon (3.0); interview potential experts (1.0). | 5.80 |
| 08/14/06 | G. Rasmussen | Review of open discovery issues and plan for discovery regarding product ID issues. | 2.50 |
| 08/14/06 | R. Mullady, Jr. | Telephone conversation with G. Rasmussen regarding expert issues (.2); review e-mails from N. Finch and team (.2). | 0.40 |
| 08/15/06 | K. Thomas | Review settlement agreement for indemnity provisions; discuss same with D. Felder. | 0.20 |
| 08/15/06 | D. Felder | Review KWELMBS settlement agreement and related pleadings and e-mail to R. Wyron regarding same (.8); review agenda for August 21, 2006 omnibus hearing (.1); review Sealed Air deposition transcripts (1.0); telephone conference with B. Harding regarding expert stipulation and e-mails to counsel for ACC regarding same (.4); telephone conference with J. Biggs regarding estimation issues (.2); telephone conferences with G. Rasmussen and various potential expert witnesses for PI estimation hearing (2.1); review materials regarding various potential expert witnesses (2.4). | 7.00 |
| 08/15/06 | A. Goldberg | Work with G. Rasmussen on expert issues. | 0.30 |
| 08/15/06 | G. Rasmussen | Research regarding, and interview of, potential experts for estimation process. | 6.50 |
| 08/15/06 | R. Wyron | Begin to prepare for 8/21 hearing on Equitas, estimation, and related issues. | 1.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

September 15, 2006
Invoice No. 1031232

| 08/15/06 | R. Mullady, Jr. | Attention to expert witness issues. | 0.40 |
| 08/16/06 | A. Hamilton | Blowback images from database. | 2.00 |
| 08/16/06 | D. Felder | Telephone conference with D. Austern, G. Rasmussen and R. Mullady regarding estimation issues and strategy (.5); follow-up meeting with G. Rasmussen and R. Mullady (.3); telephone conference with J. Biggs regarding same (.3); review background materials regarding potential expert witnesses for estimation hearing (4.3); telephone conference with D. Graham regarding same (.1); finalize pro hac vice applications for R. Mullady and G. Rasmussen and e-mails to C. Hartman regarding same (.3). | 5.80 |
| 08/16/06 | A. Goldberg | Review memoranda re estimation issues. | 1.00 |
| 08/16/06 | G. Rasmussen | Read Bankruptcy article on estimation process. | 0.80 |
| 08/16/06 | G. Rasmussen | Research regarding experts (2.8); interviews of potential experts (.3); recommendations to D. Austern (.2). | 3.30 |
| 08/16/06 | R. Mullady, Jr. | Conference call with D. Austern regarding experts (.5); meet with G. Rasmussen and D. Felder regarding same (.3); telephone calls to prospective experts (.4); review article by D. Samet and provide comments to G. Rasmussen (.4); e-mails to and from J. Leissmer. | 1.40 |
| 08/17/06 | R. Barainca | Edit exhibits for upcoming exclusivity hearing. | 0.70 |
| 08/17/06 | S. Venegas | Meeting with R. Mullady (.2); review Armstrong opinion (1.8). | 2.00 |
| 08/17/06 | D. Felder | Review materials regarding potential expert witnesses for PI estimation hearing (1.5); telephone conferences with G. Rasmussen and potential expert witnesses and e-mails regarding same (1.0); review pleadings in preparation for August 21 omnibus hearing and prepare e-mail summary to R. Frankel and R. Wyron regarding same (.8); telephone conference with J. Biggs regarding claims database (.2); telephone conference with counsel for the ACC, experts and FCR's litigation team regarding various estimation issues (1.5); review Sealed Air depositions (2.0); review pleadings for hearing on August 25 (1.8). | 8.80 |
| 08/17/06 | G. Rasmussen | Calls to potential experts and follow-up with them. | 1.30 |
| 08/17/06 | G. Rasmussen | Prepare for and participate in conference call among experts. | 1.50 |
| 08/17/06 | R. Mullady, Jr. | Conference call with ACC counsel, M. Peterson and J. Biggs (.7); meet with A. Venegas regarding estimation methodology research and Daubert motion (.3); review status of third-party discovery (.2). | 1.20 |
| 08/18/06 | R. Barainca | Edit exhibits for upcoming exclusivity hearing. | 3.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

September 15, 2006
Invoice No. 1031232

| 08/18/06 | D. Felder | Review pleadings in preparation for August 21 and August 25 hearing (.2); telephone conference with J. Liesemer regarding bar date materials (.3) telephone conferences to various potential expert witnesses and research regarding same (3.5); e-mails to G. Rasmussen and R. Mullady regarding same (1.4); review bar date materials and prepare e-mail summary to R. Wyron regarding same (1.0); review various recently filed pleadings (1.3). | 7.70 |
|---|---|---|---|
| 08/18/06 | G. Rasmussen | Review Eric Stallard's book and consider him as an expert witness. | 3.00 |
| 08/18/06 | R. Mullady, Jr. | Review ACC's draft expert witness disclosures (.2); e-mail to N. Finch regarding same (.2); review status of FCR's efforts to locate epidemiologist expert to support J. Biggs' opinions (.2 ). | 0.60 |
| 08/18/06 | R. Frankel | Review series of e-mails, related issues re hearing on exclusivity, AWI opinion. | 0.70 |
| 08/20/06 | R. Frankel | Review Montana opinion re asbestos in USDC criminal case v. Grace. | 0.90 |
| 08/20/06 | R. Frankel | Review series of e-mails re experts for estimation trial; notes re same. | 0.50 |
| 08/21/06 | K. Thomas | Attend (on behalf of D.Felder) via telephone omnibus hearing re PI claims. | 0.20 |
| 08/21/06 | D. Felder | Review materials regarding potential expert witnesses (.5); review amended agenda and bar date materials and prepare summary e-mails to R. Wyron regarding same (1.2); various telephone conferences with G. Rasmussen and potential expert witnesses for PI estimation hearing (2.6); prepare and finalize designation of expert witnesses for PI estimation and e-mail correspondence regarding same (1.7); review J. Robreno's opinion on estimation and confirmation of plan in preparation for Grace's PI estimation hearing (1.0); telephonic participation in omnibus hearing (7.8). | 14.70 |
| 08/21/06 | G. Rasmussen | Final interviews with experts and selection of experts (2.0); skim writings of potential experts (4.5). | 6.50 |
| 08/21/06 | R. Wyron | Prepare for omnibus hearing (.8); review e-mails from D. Felder re bar date materials and follow-up on status (.3); attend omnibus hearing (7.8). | 8.90 |
| 08/21/06 | R. Wyron | Travel to and from omnibus hearing. | 2.80 |
| 08/21/06 | R. Frankel | Review ACC expert designations. | 0.30 |
| 08/21/06 | R. Frankel | Review pleadings re Canadian PD claims. | 0.40 |
| 08/21/06 | R. Frankel | Review ACC submissions with exhibits re PI Bar Date Order, differences with debtor. | 1.40 |
| 08/21/06 | R. Frankel | Review submission of experts list for estimation trial. | 0.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

September 15, 2006
Invoice No. 1031232

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/22/06 | D. Felder | Telephone conference with G. Rasmussen and expert witness regarding estimation issues (.6); telephone conference with R. Frankel and counsel for the ACC and PD Committee regarding strategy (1.0); conference with R. Frankel regarding follow-up (.2); review e-mail correspondence in preparation for opposition to Debtors' 2004 motion (3.5). | 5.30 |
| 08/22/06 | G. Rasmussen | Conference with J. Jacoby regarding issues on which he may be asked to testify. | 0.80 |
| 08/22/06 | R. Wyron | Draft report to D. Austern on 8/21 omnibus hearing (.3); review e-mails on hearing and results, and respond (.2). | 0.50 |
| 08/22/06 | R. Frankel | Review slides for exclusivity hearing. | 0.50 |
| 08/22/06 | R. Frankel | Review summary of hearing (.3); telephone conference with R. Wyron re hearing, follow-up (.3). | 0.60 |
| 08/22/06 | R. Frankel | Review various expert designations, including that of debtor. | 0.60 |
| 08/22/06 | R. Frankel | Telephone conference with Messrs. Inselbuch, Lockwood and Baena re exclusivity (.8); review with D. Felder changes to presentation (.5). | 1.30 |
| 08/22/06 | R. Frankel | Review AWI confirmation opinion in connection with estimation and exclusivity (1.4); notes re same (.3). | 1.70 |
| 08/23/06 | R. Barainca | Edit exhibits for upcoming exclusivity hearing. | 1.50 |
| 08/23/06 | R. Barainca | Confer and edit exhibits for upcoming hearing with D. Felder. | 1.00 |
| 08/23/06 | K. Thomas | Discuss background for research re employment of pension professional. | 0.30 |
| 08/23/06 | K. Thomas | Review treatises and legal research re scope of 327 employment for non-reorganization expert. | 1.70 |
| 08/23/06 | D. Felder | Review materials in preparation for hearing on September 11 (.2); review materials in preparation to opposition to Debtors' 2004 motion (3.8); prepare and revise materials in preparation for hearing on September 11 and conferences with R. Barainca regarding same (2.4); telephone conference with J. Biggs regarding update (.5). | 6.90 |
| 08/23/06 | G. Rasmussen | Review other parties' expert designations. | 0.30 |
| 08/23/06 | R. Wyron | Review discovery request from Debtors and e-mails potentially responsive. | 1.60 |
| 08/23/06 | R. Mullady, Jr. | Review e-mails from J. Heberling and N. Finch regarding Libby issues. | 0.20 |
| 08/23/06 | R. Frankel | Review expert designations, equity committee submission. | 0.40 |
| 08/23/06 | R. Frankel | Review motion for production, related discovery from Grace (.9); review series of e-mails re same (.3). | 1.20 |
| 08/24/06 | R. Barainca | Edit exhibits for upcoming exclusivity hearing. | 4.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

September 15, 2006
Invoice No. 1031232

| 08/24/06 | R. Barainca | Review the docket for employment application for Watson Wyatt. | 0.20 |
|---|---|---|---|
| 08/24/06 | K. Thomas | Conference with R. Wyron re initial research results (.2); conference with D. Felder re research (.3). | 0.50 |
| 08/24/06 | K. Thomas | Legal research applications to employ non-reorganization expert. | 2.20 |
| 08/24/06 | D. Felder | Review e-mail correspondence in preparation for response to Debtors' 2004 motion (5.2); review and revise materials in preparation for September 11 hearing (.5); conference with K. Thomas regarding expert witness research (.4); conference with R. Frankel regarding materials for September 11 hearing (.2). | 6.30 |
| 08/24/06 | G. Rasmussen | Review of other party's expert designations. | 0.30 |
| 08/24/06 | R. Frankel | Revise slides for exclusivity argument (1.1); confer with D. Felder re same (.3). | 1.40 |
| 08/25/06 | R. Barainca | Edit exhibits for upcoming exclusivity hearing. | 1.70 |
| 08/25/06 | K. Thomas | Research re standards for applications to employ non-reorganization expert. | 1.50 |
| 08/25/06 | D. Felder | Conference with R. Barainca regarding materials for September 11 hearing (.1); e-mails to G. Rasmussen, R. Mullady and R. Wyron regarding mediation regarding Debtors' motion to compel (.1); e-mail correspondence to Debtors regarding same (.1). | 0.30 |
| 08/25/06 | G. Rasmussen | Letter to B. Harding regarding need for changes in Rust database. | 0.10 |
| 08/25/06 | G. Rasmussen | Identification of projects for J. Jacoby regarding questionnaire. | 0.20 |
| 08/25/06 | R. Wyron | Continue review of e-mails potentially responsive to Debtors' document request. | 1.10 |
| 08/25/06 | R. Frankel | Review docket entries. | 0.30 |
| 08/25/06 | R. Frankel | Review revised exclusivity slides, make edits re same. | 1.20 |
| 08/25/06 | R. Frankel | Review prior notes for argument re exclusivity (.7); telephone conference with E. Inselbuch re agreement (.1). | 0.80 |
| 08/26/06 | D. Felder | Review various recently filed pleadings. | 1.30 |
| 08/26/06 | R. Frankel | Update and modify outline, notes for oral argument re exclusivity. | 1.20 |
| 08/28/06 | R. Barainca | Retrieve documents related to Motion to Compel Asbestos Personal Injury Claimants to Respond to Questionnaire for D. Felder and organize for hearing. | 2.20 |
| 08/28/06 | D. Fullem | Confer with A. Hamilton regarding Concordance project re CDs of information from Casner Edwards and Caplin Drysdale. | 0.20 |
| 08/28/06 | K. Thomas | Continue legal research re non-reorganization experts. | 1.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

September 15, 2006
Invoice No. 1031232

| 08/28/06 | K. Thomas | Draft memorandum re expert retention for non-reorganization expert. | 4.00 |
|---|---|---|---|
| 08/28/06 | D. Felder | Review materials by E. Stallard (2.5); review pleadings regarding Debtors' motion to compel responses to questionnaires in preparation for mediation regarding same (2.6); review pro hac vice motion (.1). | 5.20 |
| 08/28/06 | R. Wyron | Review e-mails and notes on estimation issues and respond. | 0.60 |
| 08/29/06 | R. Barainca | Research information on the FCR's Expert Witnesses. | 4.90 |
| 08/29/06 | D. Fullem | Confer with D. Felder regarding list of experts designed by the FCR and research to be performed on individuals (.1); confer with R. Barainca regarding same (.1); review e-mail from D. Felder with background information on J. Jakoby (.2); confer with R. Barainca regarding articles and information (.6). | 1.00 |
| 08/29/06 | D. Fullem | Confer with D. Felder regarding calendar update and status of matters heard at August 21 hearing; discuss review of hearing transcript for disposition of matters. | 0.50 |
| 08/29/06 | D. Fullem | Confer with A. Hamilton regarding CDs of information to be compiled into database; confer with D. Felder regarding project and deadline. | 0.50 |
| 08/29/06 | D. Fullem | Confer with R. Barainca regarding questions on the FCR's expert witness research project. | 0.20 |
| 08/29/06 | D. Fullem | Confer with D. Felder regarding FCR's expert witnesses and research regarding same; confer with R. Barainca regarding project; review e-mail from D. Felder on information on J. Jacoby. | 0.60 |
| 08/29/06 | K. Thomas | Draft memorandum re employment of non-reorganization experts. | 1.60 |
| 08/29/06 | D. Felder | Conference with K. Thomas regarding retention of experts and review memorandum regarding same (1.0); conference with D. Fullem regarding materials on various experts (.1); telephonic participation in mediation regarding Debtors' motion to compel responses to questionnaire (5.0); review notes and prepare e-mail summary to R. Frankel, R. Wyron, G. Rasmussen and R. Mullady regarding same (.4); conference with R. Frankel regarding preparation for exclusivity argument on September 11 (.3). | 6.80 |
| 08/29/06 | R. Wyron | Review power point slides on exclusivity (.3); notes on estimation issues (.3); review summary of questionnaire mediation session (.3). | 0.90 |
| 08/29/06 | R. Frankel | Review e-mail re questionnaire mediation, review with D. Felder (.3); review and modify slides for argument (.5). | 0.80 |
| 08/30/06 | R. Barainca | Edit exhibits for upcoming exclusivity hearing. | 2.20 |
| 08/30/06 | K. Thomas | Revise draft of memorandum. | 2.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

September 15, 2006
Invoice No. 1031232

| | | | |
|---|---|---|---|
| 08/30/06 | K. Thomas | Discuss initial draft of memorandum with R. Wyron. | 0.30 |
| 08/30/06 | D. Felder | Conference with J. Guy regarding update on estimation process (.3); review and revise documents for September 11 hearing and conferences with R. Frankel and R. Barainca regarding same (1.0); review August 21, 2006 hearing transcript (1.0); research and prepare memorandum regarding exclusivity (1.8). | 4.10 |
| 08/30/06 | G. Rasmussen | Read V. Roggli's book on asbestos. | 3.00 |
| 08/30/06 | R. Wyron | Review research and memo on Court approval of litigation experts (.8); work on engagement agreement issues (.3); review slides and outline on exclusivity issues, and provide comments (.9). | 2.00 |
| 08/30/06 | R. Frankel | Revise slides for oral argument (1.0); revise outline of notes for oral argument (1.0); review issues with D. Felder (.2). | 2.20 |
| 08/31/06 | R. Barainca | Edit exhibits for upcoming exclusivity hearing. | 2.50 |
| 08/31/06 | R. Barainca | Confer with D. Felder regarding the presentation of the exhibits used in the upcoming exclusivity hearing. | 1.00 |
| 08/31/06 | A. Hamilton | Review CD from W.R. Grace to determine database construction (1.0); confer with D. Felder regarding loading same to share drive (.3); demonstrate load procedures to D. Felder (.2). | 1.50 |
| 08/31/06 | D. Fullem | Confer with A. Hamilton regarding database project involving Concordance. | 0.50 |
| 08/31/06 | D. Fullem | Prepare CDs in preparation for building database in Concordance. | 3.00 |
| 08/31/06 | D. Felder | Review and revise materials for September 11 hearing and conferences with R. Barainca regarding same (1.5); e-mail correspondence with ACC and R. Frankel regarding same (.3). | 1.80 |
| 08/31/06 | R. Wyron | Review e-mails and information regarding experts and privilege issues. | 0.70 |
| 08/31/06 | R. Frankel | Series of e-mails with E. Inselbuch and S. Baena re exclusivity argument, slides, production request (1.3); revise slides for argument (.5); prepare notes re open issues (.5). | 2.30 |

Total Hours 282.30
Total For Services $130,016.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 24.90 | 140.00 | 3,486.00 |
| Debra Felder | 122.60 | 405.00 | 49,653.00 |
| Roger Frankel | 23.40 | 725.00 | 16,965.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

September 15, 2006
Invoice No. 1031232

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 6.50 | 210.00 | 1,365.00 |
| Adam W. Goldberg | 3.60 | 570.00 | 2,052.00 |
| Jonathan P. Guy | 2.60 | 605.00 | 1,573.00 |
| Aurora M. Hamilton | 4.60 | 190.00 | 874.00 |
| Raymond G. Mullady, Jr. | 9.20 | 660.00 | 6,072.00 |
| Garret G. Rasmussen | 42.70 | 645.00 | 27,541.50 |
| Katherine S. Thomas | 16.20 | 325.00 | 5,265.00 |
| Shannon Dawn Venegas | 5.00 | 325.00 | 1,625.00 |
| Richard H. Wyron | 21.00 | 645.00 | 13,545.00 |
| Total All Timekeepers | 282.30 | $460.56 | $130,016.50 |

Disbursements

| | | |
|---|---|---|
| Duplicating Expense | | 55.05 |
| Express Delivery | | 71.08 |
| Facsimile | | 11.00 |
| Lexis Research | | 791.25 |
| Local Taxi Expense | | 133.40 |
| Other Business Meals | | 37.38 |
| Out of Town Business Meals | | 18.75 |
| Outside Services | | 385.99 |
| Parking Expense | | 18.00 |
| Telephone | | 18.24 |
| Travel Expense, Air Fare | | 183.00 |
| Travel Expense, Local | | 178.00 |
| Westlaw Research | | 1,245.25 |
| Total Disbursements | | $3,146.39 |

**Total For This Matter**                    **$133,162.89**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

September 15, 2006
Invoice No. 1031232

For Legal Services Rendered Through August 31, 2006 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| 08/01/06 | R. Barainca | Review Tillinghast's Thirteenth Monthly. | 0.60 |
|---|---|---|---|
| 08/01/06 | D. Fullem | Confer with R. Barainca regarding status of fee applications to be filed for professionals. | 0.20 |
| 08/02/06 | R. Barainca | Review and edit Tillinghast's Sixth Quarterly fee application. | 1.20 |
| 08/02/06 | R. Barainca | Prepare Certificates of No Objection for Tillinghast, Austern, Orrick, and Piper's May 2006 Monthly fee applications. | 2.10 |
| 08/04/06 | D. Fullem | Discuss with R. Barainca the status of fee application filings and schedule for quarterly hearings. | 0.10 |
| 08/04/06 | D. Fullem | Review drafts of Tillinghast June monthly and second quarterly for the period April-June 2006. | 0.30 |
| 08/07/06 | R. Barainca | Edit Tillinghast's Sixth Quarterly fee application. | 0.30 |
| 08/11/06 | R. Barainca | Confer with D. Fullem in regard to Certificates of No Objection to be filed. | 0.20 |
| 08/11/06 | R. Barainca | Prepare Certificates of No Objection for R. Wyron to review. | 0.20 |
| 08/16/06 | R. Barainca | Edit Tillinghast's Sixth Quarterly fee application. | 0.70 |
| 08/16/06 | R. Barainca | File Certificates of No Objection for Tillinghast, D. Austern and Piper Jaffray. | 0.70 |
| 08/18/06 | R. Barainca | Review and edit Tillinghast's July 2006 monthly fee applications. | 0.80 |
| 08/18/06 | D. Fullem | Prepare updated objection deadlines and coordinate filing and serving of Piper Jaffray June monthly and quarterly fee applications. | 0.80 |
| 08/21/06 | R. Barainca | Prepare Tillinghast's Sixth Quarterly and June Monthly fee applications for filing. | 1.20 |
| 08/21/06 | R. Frankel | Review applications for Tillinghast (quarterly). | 0.20 |
| 08/25/06 | R. Barainca | Prepare Tillinghast's July 2006 Monthly fee application for filing. | 1.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 17

September 15, 2006
Invoice No. 1031232

| | | | |
|---|---|---|---|
| 08/29/06 | D. Fullem | Confer with R. Wyron regarding call from S. Bossay, fee auditor, regarding status of CIBC quarterly for first quarter this year (.1); review file regarding same (.1); prepare e-mail to R. Gray at CIBC regarding status of quarterly (.1); review response from R. Gray (.1); update R. Wyron regarding same (.1); review e-mail from R. Chatterjee at PJC with eighth quarterly fee application (.1); reply to same (.1); telephone call to S. Bossay to update on status (.1); prepare notice of filing of eighth quarterly (.2). | 1.00 |
| 08/31/06 | D. Fullem | Telephone call from R. Chatterjee regarding CIBC's final fee application; prepare e-mail with deadlines relating to next fee hearing. | 0.20 |
| 08/31/06 | D. Fullem | Review e-mail from UST relating to issues concerning Swidler's final fee application; review e-mail from R. Wyron regarding same; review charts from UST. | 0.50 |
| 08/31/06 | D. Fullem | Review and respond to e-mails from R. Chatterjee and R. Gray regarding CIBC's eighth quarterly. | 0.40 |
| 08/31/06 | R. Wyron | Review and respond to e-mails regarding Swidler's final fee application. | 0.40 |

Total Hours        13.10
Total For Services         $2,398.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 9.00 | 140.00 | 1,260.00 |
| Roger Frankel | 0.20 | 725.00 | 145.00 |
| Debra O. Fullem | 3.50 | 210.00 | 735.00 |
| Richard H. Wyron | 0.40 | 645.00 | 258.00 |
| Total All Timekeepers | 13.10 | $183.05 | $2,398.00 |

Disbursements
| | | |
|---|---|---|
| Duplicating Expense | | 609.60 |
| Express Delivery | | 46.46 |
| Outside Services | | 125.84 |
| Postage | | 329.01 |
| Total Disbursements | | $1,110.91 |

Total For This Matter        $3,508.91



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18

September 15, 2006
Invoice No. 1031232

For Legal Services Rendered Through August 31, 2006 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 08/01/06 | D. Fullem | Review and revise certificate of service for R. Frankel's supplemental disclosure relating to Goodwin Procter LLP; coordinate filing of same with C. Hartman and service on parties with C. Best. | 0.50 |
| 08/10/06 | D. Fullem | Review Court docket for notices of appearances and fee applications filed from January 2006 to present for purposes of updating conflict lists. | 0.50 |
| 08/11/06 | D. Fullem | Prepare list of notice of appearance parties for purposes of updating conflict list. | 0.20 |
| 08/17/06 | D. Fullem | Review docket for notices of appearance and fee application in order to update conflict party list. | 0.80 |
| 08/17/06 | R. Wyron | Confirm ethical wall memo; review disclosures. | 0.50 |
| 08/18/06 | D. Fullem | Review e-mail from B. Breen regarding ethical wall relating to Z. Baucus (.2); confer with R. Wyron regarding same (.1); prepare draft of supplemental disclosure for this matter (.8); provide draft to R. Wyron for review and comment (.1). | 1.20 |
| 08/21/06 | D. Fullem | Review and prepare R. Frankel's second supplemental declaration to application to employ for filing and serving. | 0.50 |

Total Hours      4.20

Total For Services      $1,099.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 3.70 | 210.00 | 777.00 |
| Richard H. Wyron | 0.50 | 645.00 | 322.50 |
| Total All Timekeepers | 4.20 | $261.79 | $1,099.50 |

Disbursements

| | |
|---|---|
| Duplicating Expense | 115.20 |
| Outside Services | 59.68 |
| Postage | 161.28 |
| Total Disbursements | $336.16 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                September 15, 2006
17367                                                                             Invoice No. 1031232
page 19

**Total For This Matter**                           **$1,435.66**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 20

September 15, 2006
Invoice No. 1031232

For Legal Services Rendered Through August 31, 2006 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Professional | Description | Hours |
|------|------|------|------|
| 08/02/06 | R. Barainca | Prepare Orrick's Second Quarterly fee application. | 3.20 |
| 08/03/06 | R. Barainca | Continue preparing Orrick Second Quarterly fee application. | 2.50 |
| 08/04/06 | D. Fullem | Discuss with R. Barainca the status of fee application filings and schedule for quarterly hearings. | 0.10 |
| 08/04/06 | D. Fullem | Review July prebills. | 0.80 |
| 08/07/06 | D. Fullem | Review summary of Orrick fees and expenses from February through June; note correction to fee hearing date; confer with R. Barainca regarding same. | 0.60 |
| 08/07/06 | D. Fullem | Continue review of Orrick July prebills (.8); follow up with several attorneys regarding clarifying time entries (.3). | 1.10 |
| 08/14/06 | D. Fullem | Review and update spreadsheet of fees and expenses. | 0.50 |
| 08/15/06 | D. Fullem | Review fee spreadsheet and update same. | 0.20 |
| 08/16/06 | R. Barainca | Edit Orrick's Second Quarterly fee application. | 0.70 |
| 08/16/06 | R. Barainca | File a Certificate of No Objection for Orrick. | 0.30 |
| 08/16/06 | R. Wyron | Review July pre-bill and provide comments. | 0.50 |
| 08/17/06 | D. Fullem | Review status of unpaid fees and expenses; confer with accounting regarding same; prepare e-mail to J. Port at Grace regarding payments currently due. | 0.80 |
| 08/21/06 | R. Barainca | Prepare Orrick's Second Quarterly fee application for filing. | 0.50 |
| 08/21/06 | D. Fullem | Review and organize fee application files. | 1.00 |
| 08/21/06 | R. Frankel | Review application for Orrick (quarterly). | 0.20 |
| 08/22/06 | D. Fullem | Prepare CNO for Orrick's June fee statement; coordinate signature by R. Frankel; coordinate with R. Barainca regarding filing and serving. | 0.50 |
| 08/22/06 | D. Fullem | Check status of final July invoices; coordinate with R. Barainca regarding preparation of fee application. | 0.40 |
| 08/23/06 | R. Barainca | Prepare Certificate of No Objection for Orrick's Fifth Monthly to be filed. | 1.00 |
| 08/25/06 | R. Barainca | Prepare Orrick's July 2006 Monthly fee application. | 0.70 |
| 08/28/06 | R. Barainca | Continue preparing Orrick's July 2006 Monthly fee application. | 1.50 |
| 08/28/06 | D. Fullem | Review updated Orrick fee and expense spreadsheet. | 0.20 |
| 08/29/06 | D. Fullem | Review e-mail from R. Barainca along with Orrick updated chart of fees and expenses; note certain revisions thereto; confer with R. Barainca regarding same. | 0.20 |
| 08/31/06 | R. Barainca | Edit Orrick's July 2006 Monthly fee application. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

September 15, 2006
Invoice No. 1031232

|  | Total Hours | 18.00 |  |
|---|---|---|---|
|  | Total For Services |  | $3,337.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 10.90 | 140.00 | 1,526.00 |
| Roger Frankel | 0.20 | 725.00 | 145.00 |
| Debra O. Fullem | 6.40 | 210.00 | 1,344.00 |
| Richard H. Wyron | 0.50 | 645.00 | 322.50 |
| Total All Timekeepers | 18.00 | $185.42 | $3,337.50 |

Disbursements
 Duplicating Expense     29.25
 Express Delivery      46.46
 Outside Services      13.44
 Postage         2.37

|  | Total Disbursements | $91.52 |
|---|---|---|

**Total For This Matter**      **$3,429.02**

**\* \* \* COMBINED TOTALS \* \* \***

| Total Hours | 375.90 |  |
|---|---|---|
| Total Fees, all Matters |  | $152,041.50 |
| Total Disbursements, all Matters |  | $5,711.17 |
| Total Amount Due |  | $157,752.67 |