# EXHIBIT A

# W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Aug-06** |
| Jenni Biggs | 8/1/2006 | 0.80 | $625 | $500.00 | Project planning |
| Jenni Biggs | 8/2/2006 | 0.70 | $625 | $437.50 | Project planning |
| Jenni Biggs | 8/14/2006 | 0.50 | $625 | $312.50 | Litigation support |
| Jenni Biggs | 8/14/2006 | 0.70 | $625 | $437.50 | Manville mapping |
| Jenni Biggs | 8/16/2006 | 0.50 | $625 | $312.50 | Call w/ Orrick; internal planning |
| Jenni Biggs | 8/17/2006 | 2.50 | $625 | $1,562.50 | Conference call w/ counsel; review |
| Jenni Biggs | 8/18/2006 | 1.00 | $625 | $625.00 | Coordination of analysis |
| Jenni Biggs | 8/21/2006 | 3.00 | $625 | $1,875.00 | Analysis planning |
| Jenni Biggs | 8/22/2006 | 5.00 | $625 | $3,125.00 | Review of CMS data, project planning |
| Jenni Biggs | 8/23/2006 | 1.00 | $625 | $625.00 | Analysis |
| Jenni Biggs | 8/24/2006 | 1.00 | $625 | $625.00 | Analysis |
| Jenni Biggs | 8/30/2006 | 1.00 | $625 | $625.00 | Analysis |
| Jenni Biggs | 8/31/2006 | 6.00 | $625 | $3,750.00 | Info for Bryan, Nicole, Ken Leonard regarding CMS and unknown disease type claims |
| | | 23.70 | | $14,812.50 | |
| Melissa Chung | 8/1/2006 | 1.50 | $250 | $375.00 | Analyze claims with diagnosis changes over time where diagnosis is incomplete |
| Melissa Chung | 8/8/2006 | 0.67 | $250 | $167.50 | Perform database management |
| Melissa Chung | 8/9/2006 | 3.50 | $250 | $875.00 | Integrate info provided by Manville with Grace database |
| Melissa Chung | 8/10/2006 | 7.50 | $250 | $1,875.00 | Integrate info provided by Manville with Grace database |
| Melissa Chung | 8/11/2006 | 4.33 | $250 | $1,082.50 | Integrate info provided by Manville with Grace database |
| Melissa Chung | 8/14/2006 | 2.50 | $250 | $625.00 | Database documentation |
| Melissa Chung | 8/18/2006 | 2.00 | $250 | $500.00 | Database documentation |
| Melissa Chung | 8/21/2006 | 1.00 | $250 | $250.00 | Database documentation |
| | | 23.00 | | $5,750.00 | |
| Ken Leonard | 8/31/2006 | 3.00 | $385 | $1,155.00 | CMS database, unknowns |
| | | 3.00 | | $1,155.00 | |
| Julianne Callaway | 8/22/2006 | 3.50 | $300 | $1,050.00 | Distributions from database |
| Julianne Callaway | 8/31/2006 | 1.00 | $300 | $300.00 | Call with Jenni and Nicole regarding database queries |
| | | 4.50 | | $1,350.00 | |
| Kathy Boeger | 8/1/2006 | 0.50 | $125 | $62.50 | Billing |
| Kathy Boeger | 8/9/2006 | 0.50 | $125 | $62.50 | Billing |
| Kathy Boeger | 8/16/2006 | 0.20 | $125 | $25.00 | Billing |
| Kathy Boeger | 8/17/2006 | 0.30 | $125 | $37.50 | Print email exhibit attachments |
| Kathy Boeger | 8/17/2006 | 0.70 | $125 | $87.50 | Billing |
| Kathy Boeger | 8/21/2006 | 0.50 | $125 | $62.50 | Billing |
| Kathy Boeger | 8/31/2006 | 0.50 | $125 | $62.50 | Copy CD of supplemental materials |
| | | 3.20 | | $400.00 | |
| Nicole King | 8/22/2006 | 1.50 | $250 | $375.00 | Reviewing layout of CMS database, prep work to run queries |
| Nicole King | 8/22/2006 | 1.00 | $250 | $250.00 | Meeting with Jenni and Julianne about needed queries for CMS database |
| Nicole King | 8/22/2006 | 2.70 | $250 | $675.00 | Running queries in CMS database |
| Nicole King | 8/23/2006 | 4.20 | $250 | $1,050.00 | Running queries in CMS database |
| Nicole King | 8/31/2006 | 4.90 | $250 | $1,225.00 | CMS database |
| | | 14.30 | | $3,575.00 | |
| **Total** | | 71.70 | | $27,042.50 | |