# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| | ) |
| Debtor. | ) Objection Date: October 30, 2006 at 4:00 pm |
| | ) Hearing: Scheduled if Necessary (Negative Notice) |

## SIXTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2006 THROUGH JULY 31, 2006

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | July 1, 2006 – July 31, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $2,450.05 |

This is a __x__ monthly    ___ interim    ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### JULY 1-31, 2006

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 125.0 | NA |
| Financial Analysis/Review Related | 45.5 | NA |
| Hearing Attendance Related | 4.0 | NA |
| TOTAL | 174.5 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Telephone | $76.75 |
| Air fare | 2,373.30 |
| TOTAL: | $2,450.05 |

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____

Jonathan L. Brownstein
405 Lexington Avenue
New York, New York 10174
(212) 284-9575
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: 9/28, 2006

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2