# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 7/3/2006 | 1.8 | Financial analysis | Review merger activity and related analysis (including Degussa-BASF deal) |
| Ritwik Chatterjee | 7/3/2006 | 2.0 | Financial analysis | Review industry M&A activity (Degussa AG's sale of construction chemicals business to BASF) |
| Geoffrey Zbikowski | 7/3/2006 | 6.8 | Financial analysis | Review of BASF's acquisition construction chemicals business/ related financial analysis/ review financial info and valuation regarding same |
| Jonathan Brownstein | 7/4/2006 | 2.5 | Financial analysis | Review Degussa AG's sale of construction chemicals business to BASF; review related analysis |
| Geoffrey Zbikowski | 7/4/2006 | 1.5 | Financial analysis | Various financial analysis related to M&A activity in the specialty chemicals industry |
| Joseph Radecki | 7/5/2006 | 1.8 | Financial analysis | Received and reviewed monthly reporting package from Grace |
| Jonathan Brownstein | 7/5/2006 | 2.0 | Financial analysis | Review Company's financial reporting package |
| Ritwik Chatterjee | 7/5/2006 | 2.0 | Financial analysis | Received monthly financial reporting package; review of same |
| Geoffrey Zbikowski | 7/5/2006 | 4.8 | Financial analysis | Received monthly financial reporting package; review of same/ further review of recent chemicals industry merger and acquisition activity |
| Joseph Radecki | 7/6/2006 | 3.0 | Business operations | Review information from Blackstone Group re: potential LTIP changes / Review financial analysis re: similar topics |
| Jonathan Brownstein | 7/6/2006 | 2.0 | Business operations | Info from Grace's financial advisor regarding LTIP |
| Ritwik Chatterjee | 7/6/2006 | 3.8 | Business operations | Review information from Blackstone re: Company incentive plan changes / Related and other financial analysis |
| Geoffrey Zbikowski | 7/6/2006 | 5.0 | Business operations | Review information from Blackstone regarding long term employee plans - review industry practices of the same |
| Joseph Radecki | 7/7/2006 | 2.0 | Business operations | Review specialty chemicals industry reports |
| Geoffrey Zbikowski | 7/7/2006 | 2.0 | Business operations | Prepare summary of various chemicals industry research |
| Jonathan Brownstein | 7/10/2006 | 3.3 | Business operations | Review Wall St. research regarding specialty chemicals space |
| Geoffrey Zbikowski | 7/10/2006 | 1.8 | Financial analysis | Various financial analysis |
| Joseph Radecki | 7/12/2006 | 3.0 | Business operations | Review information from Blackstone Group re: potential acquisition |
| Jonathan Brownstein | 7/12/2006 | 4.0 | Business operations | Info from Grace's financial advisor regarding potential acquisition; Review of earnings release of Ferro Corp; Review related financial analysis |
| Ritwik Chatterjee | 7/12/2006 | 5.3 | Business operations | Review information from Blackstone re: potential acquisition and related information / Review of earnings release of comparable Company (Ferro Corp.) |
| Jonathan Brownstein | 7/13/2006 | 2.0 | Business operations | Review Info from Grace's financial advisor regarding potential acquisition |
| Ritwik Chatterjee | 7/13/2006 | 2.0 | Business operations | Review information from Blackstone re: potential acquisition and related information |
| Geoffrey Zbikowski | 7/13/2006 | 5.3 | Business operations | Review information from Blackstone re: possible acquisition /conduct related analysis and research |
| Joseph Radecki | 7/14/2006 | 2.8 | Business operations | Review specialty chemicals industry reports |
| Jonathan Brownstein | 7/14/2006 | 0.5 | Business operations | Review Info from Grace's financial advisor regarding potential acquisition |
| Ritwik Chatterjee | 7/14/2006 | 2.8 | Business operations | Review specialty chemicals industry reports |
| Joseph Radecki | 7/18/2006 | 2.0 | Business operations | Review analysis re: historical financial performance of Grace |
| Jonathan Brownstein | 7/18/2006 | 3.3 | Business operations | Discussions with counsel re: case issues; review related analysis |
| Ritwik Chatterjee | 7/18/2006 | 4.0 | Business operations | Financial analysis for counsel / review ratings downgrade of comparable company |
| Geoffrey Zbikowski | 7/18/2006 | 3.0 | Business operations | Review ratings of comparable company set |
| Ritwik Chatterjee | 7/19/2006 | 2.3 | Financial analysis | Various financial analysis related to M&A activity in the specialty chemicals industry |
| Geoffrey Zbikowski | 7/19/2006 | 0.8 | Financial analysis | Various financial analysis |
| Geoffrey Zbikowski | 7/20/2006 | 4.0 | Financial analysis | Financial analysis re:equity prices/valuation in industry |
| Joseph Radecki | 7/21/2006 | 3.8 | Financial analysis | Review analysis and research re: equity prices of specialty chemicals/asbestos-related credits |
| Ritwik Chatterjee | 7/21/2006 | 3.3 | Financial analysis | Analysis re: Company equity price |
| Geoffrey Zbikowski | 7/21/2006 | 4.8 | Financial analysis | Financial analysis re:equity prices/valuation in industry |
| Jonathan Brownstein | 7/23/2006 | 0.5 | Business Operations | Review news release of Degussa's expansion in Asia |
| Ritwik Chatterjee | 7/23/2006 | 0.8 | Business Operations | Review announcement of comparable company re: expansion in Asia (Degussa) |
| Joseph Radecki | 7/24/2006 | 3.0 | Business Operations | Review of earnings packets of Albemarle Corp. & RPM International |
| Joseph Radecki | 7/24/2006 | 2.0 | Hearing attendance | Attending omnibus hearing via telephone / follow-up internal discussions |
| Jonathan Brownstein | 7/24/2006 | 3.8 | Business Operations | Review of earnings announcement of Albemarle Corp; related research |
| Jonathan Brownstein | 7/24/2006 | 2.0 | Hearing attendance | Telephone attendance for Omnibus hearing; related discussions |
| Ritwik Chatterjee | 7/24/2006 | 4.3 | Business Operations | Review of earnings release of comparable Companies (Albemarle Corp. & RPM Int. Inc.) |
| Geoffrey Zbikowski | 7/24/2006 | 4.3 | Business Operations | Review of earnings release of comparable Companies (Albemarle Corp. & RPM Int. Inc.) |
| Joseph Radecki | 7/25/2006 | 2.0 | Business Operations | Review industry research and analysis |
| Jonathan Brownstein | 7/25/2006 | 3.0 | Business Operations | RPM International financial announcement; Earnings call for Rohm & Haas |
| Ritwik Chatterjee | 7/25/2006 | 4.8 | Business Operations | Earnings call for comparable company (Rohm & Haas) / Research of industry situation |
| Geoffrey Zbikowski | 7/25/2006 | 4.8 | Business Operations | Earnings call for comparable company (Rohm & Haas) / Research of industry situation |
| Joseph Radecki | 7/26/2006 | 3.0 | Business Operations | Review financial announcement - International Flavors & Fragrance |
| Jonathan Brownstein | 7/26/2006 | 3.0 | Business Operations | Review earnings results for comparable company (IFF Inc.) |
| Ritwik Chatterjee | 7/26/2006 | 3.0 | Business Operations | Review new financials of comparable company (IFF Inc.) / Review M&A activity of comparable company (Valspar Corp) |
| Geoffrey Zbikowski | 7/26/2006 | 3.8 | Business Operations | Review M&A activity of in comparable industry space |
| Joseph Radecki | 7/27/2006 | 1.3 | Business Operations | Review industry acquisition activity |
| Jonathan Brownstein | 7/27/2006 | 2.5 | Business operations | Research on M&A activity - VAL |
| Joseph Radecki | 7/28/2006 | 2.3 | Business Operations | Review information sent by the Blackstone Group re: Grace's environmental issues |
| Jonathan Brownstein | 7/28/2006 | 3.5 | Business Operations | Review data sent by Company regarding environmental issues |
| Ritwik Chatterjee | 7/28/2006 | 4.0 | Business Operations | Review information from Blackstone re: environmental issues / related financial analysis |
| Geoffrey Zbikowski | 7/28/2006 | 4.0 | Business Operations | Review environmental data sent by Blackstone Group; related analysis and industry research |
| Geoffrey Zbikowski | 7/29/2006 | 3.0 | Business operations | Analysis and industry research on environmental issues |