# EXHIBIT B

## W.R. Grace & Co.
## Expense Detail Report
## (Date Represents Posting Date)

| | | |
|---|---|---|
| Telephone | | |
| Jonathan Brownstein | 7/13/06 | $49.69 |
| Ritwik Chatterjee | 7/31/06 | 27.06 |
| | **Total Telephone:** | **$76.75** |
| Air fare | | |
| Geoffrey Zbikowski | 7/06/06 | $ 791.10 |
| Ritwik Chatterjee | 7/06/06 | 791.10 |
| Jonathan Brownstein | 7/06/06 | 791.10 |
| | **Total Air fare:** | **$2,373.30** |
| **TOTAL EXPENSES:** | | **$2,450.05** |