# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 8/1/2006 | 2.3 | Business Operations | Review chemicals industry research |
| Geoffrey Zbikowski | 8/2/2006 | 2.8 | Business Operations | Review Industry research |
| Ritwik Chatterjee | 8/3/2006 | 2.8 | Business Operations | Review specialty chemicals industry research |
| Geoffrey Zbikowski | 8/3/2006 | 1.0 | Financial analysis/review | Various financial analysis |
| Ritwik Chatterjee | 8/4/2006 | 0.3 | Business Operations | Review specialty chemicals industry research |
| Joseph Radecki | 8/7/2006 | 0.5 | Business Operations | PJC team meeting regarding various case issues |
| Jonathan Brownstein | 8/7/2006 | 4.0 | Business Operations | Review Albemarle Corp business results; review Rohm & Haas transactions in market; internal discussions re: case issues |
| Ritwik Chatterjee | 8/7/2006 | 6.5 | Business Operations | Review Albemarle 10-Q filing; related financial analysis; review Rohm & Haas M&A transactions; related financial analysis; internal meetings |
| Geoffrey Zbikowski | 8/7/2006 | 5.0 | Business Operations | Review Albemarle 10-Q filing and perform comparable company analysis |
| Joseph Radecki | 8/8/2006 | 4.3 | Business Operations | Review recent Albemarle transaction and its quarterly results; review R&H deal |
| Ritwik Chatterjee | 8/8/2006 | 2.0 | Business Operations | Review Albemarle transaction with International Chemical Investors Group |
| Joseph Radecki | 8/9/2006 | 3.0 | Financial analysis/review | Reading of WR Grace's quarterly financial materials/ Review Degussa AG quarterly financial results |
| Jonathan Brownstein | 8/9/2006 | 6.0 | Financial analysis/review | Receive and review Company's quarterly briefing packet; review Degussa's earnings results; review Albemarle Corp's transaction |
| Ritwik Chatterjee | 8/9/2006 | 6.3 | Financial analysis/review | Receive and review Company's quarterly briefing packet; review Degussa's earnings results |
| Geoffrey Zbikowski | 8/9/2006 | 5.0 | Financial analysis/review | Analysis and review based on Grace's quarterly financial package |
| Joseph Radecki | 8/10/2006 | 2.0 | Business Operations | RPM International Inc's annual filing review / review market valuation of such |
| Jonathan Brownstein | 8/10/2006 | 4.0 | Business Operations | Review RPM International's business results; review financial analysis re: same as well as comparables |
| Ritwik Chatterjee | 8/10/2006 | 4.5 | Business Operations | Review RPM Int. Inc's 10-K filing; related financial analysis |
| Geoffrey Zbikowski | 8/10/2006 | 4.8 | Business Operations | Financial analysis based on Degussa AG financial results; various other research on comparable company announcements and results |
| Joseph Radecki | 8/11/2006 | 3.3 | Financial analysis/review | Review follow-up WR Grace financial analysis of quarter; PJC internal discussions regarding the same |
| Jonathan Brownstein | 8/11/2006 | 3.3 | Business Operations | Review financial analysis and industry research; internal discussions re: same and case issues |
| Ritwik Chatterjee | 8/11/2006 | 3.5 | Financial analysis/review | Financial analysis of Company quarterly results |
| Geoffrey Zbikowski | 8/11/2006 | 3.0 | Business Operations | RPM International annual results filing; update comparable company analysis re: same; PJC discussions re: Grace results |
| Joseph Radecki | 8/14/2006 | 1.8 | Business Operations | Review Valspar annual filing / review market valuation of such |
| Jonathan Brownstein | 8/14/2006 | 2.0 | Business Operations | Review Valspar Corporation's business results |
| Ritwik Chatterjee | 8/14/2006 | 3.0 | Business Operations | Review Valspar Corp.'s financial results; related financial analysis |
| Geoffrey Zbikowski | 8/14/2006 | 5.5 | Business Operations | Review Valspar Corp.'s financial results; update comparable company analysis re: same; |
| Joseph Radecki | 8/15/2006 | 3.0 | Financial analysis/review | Conf. Call with WR Grace regarding quarterly financial materials / review of related |
| Jonathan Brownstein | 8/15/2006 | 1.0 | Financial analysis/review | Conference call with Debtor about quarterly earnings |
| Ritwik Chatterjee | 8/15/2006 | 5.0 | Financial analysis/review | Call with Company re: quarterly results; financial analysis re current and historical results |
| Geoffrey Zbikowski | 8/15/2006 | 6.0 | Financial analysis/review | Call with Company re: quarterly results; financial results related to same |
| Jonathan Brownstein | 8/16/2006 | 4.0 | Business Operations | Review chemicals industry research |
| Joseph Radecki | 8/17/2006 | 2.5 | Financial analysis/review | Review of industry and WR Grace-specific financial analysis |
| Jonathan Brownstein | 8/17/2006 | 2.0 | Financial analysis/review | Review follow-up analysis based on Debtor's financial results |
| Ritwik Chatterjee | 8/17/2006 | 4.5 | Financial analysis/review | Follow-up analysis based on quarterly call |
| Geoffrey Zbikowski | 8/17/2006 | 4.0 | Financial analysis/review | Comparable company analysis and research |
| Geoffrey Zbikowski | 8/18/2006 | 6.3 | Financial analysis/review | Comparable company analysis and research |
| Joseph Radecki | 8/21/2006 | 0.5 | Business Operations | PJC team meeting regarding various case issues |
| Joseph Radecki | 8/21/2006 | 2.0 | Hearing attendance | Attend hearing via telephone; related discussions with counsel |
| Jonathan Brownstein | 8/21/2006 | 0.5 | Business Operations | Internal discussions re: case issues |
| Jonathan Brownstein | 8/21/2006 | 2.0 | Hearing attendance | Telephonic attendance of court hearing; incl. discussions re: same |
| Ritwik Chatterjee | 8/21/2006 | 1.3 | Business Operations | Review specialty chemicals industry research; internal discussions re: case issues |
| Geoffrey Zbikowski | 8/21/2006 | 0.5 | Business Operations | Internal discussions with PJC team members |
| Ritwik Chatterjee | 8/22/2006 | 3.3 | Financial analysis/review | Comparable company valuation analysis |
| Ritwik Chatterjee | 8/23/2006 | 4.5 | Financial analysis/review | Comparable company valuation analysis |
| Joseph Radecki | 8/24/2006 | 2.0 | Financial analysis/review | Review comparable company data and related analysis / review chemicals industry research |
| Jonathan Brownstein | 8/24/2006 | 2.3 | Financial analysis/review | Review comparable company analysis |
| Geoffrey Zbikowski | 8/24/2006 | 3.3 | Financial analysis/review | Comparable company valuation analysis |
| Joseph Radecki | 8/25/2006 | 2.3 | Financial analysis/review | Review comparable company data and related analysis / review chemicals industry research |
| Jonathan Brownstein | 8/25/2006 | 2.0 | Financial analysis/review | Prepare financial analysis for counsel re: Debtor's plan of reorganization |
| Ritwik Chatterjee | 8/25/2006 | 3.0 | Financial analysis/review | Prepare financial analysis for counsel in anticipation of court hearing |
| Jonathan Brownstein | 8/28/2006 | 1.3 | Financial analysis/review | Review equity and debt performance of comparable companies |
| Jonathan Brownstein | 8/29/2006 | 2.3 | Business Operations | Review chemicals industry research |
| Joseph Radecki | 8/30/2006 | 3.0 | Business Operations | Review materials prepared by counsel for Court hearing |
| Jonathan Brownstein | 8/31/2006 | 1.0 | Financial analysis/review | Prepare financial analysis for counsel re: hearing |
| Ritwik Chatterjee | 8/31/2006 | 2.0 | Financial analysis/review | Prepare financial analysis for counsel in anticipation of court hearing |