# EXHIBIT B

## W.R. Grace & Co.
## Expense Detail Report
## (Date Represents Posting Date)

Data Services and Research
Geoffrey Zbikowski          8/20/06          $ 203.64

Telephone
Geoffrey Zbikowski          8/02/06          $  77.70
Joseph Radecki              8/24/06          $ 106.03
Joseph Radecki              8/24/06          $ 104.64

Air fare
Joseph Radecki              8/16/06          $ 818.31
Joseph Radecki              8/16/06          $ 707.30

Travel Meals
Joseph Radecki              8/07/06          $   7.23
Joseph Radecki              8/07/06          $   6.59

Transportation
Joseph Radecki              8/07/06          $ 110.81
Joseph Radecki              8/07/06          $   8.00
Joseph Radecki              8/16/06          $  18.45

**TOTAL EXPENSES:**                          **$2,168.70**