# **CERTIFICATE OF SERVICE**

I, Lisa L. Coggins, certify that I am not less than 18 years of age, and that service of the foregoing **Designation of Items to Be Included in the Record on Appeal and Statement of the Issues to Be Presented of Appellants David T. Austern, the Court-appointed Legal Representative for Future Asbestos Claimants, the Official Committee of Asbestos Personal Injury Claimants and the Official Committee of Asbestos Property Damage Claimants Regarding the Bankruptcy Court's (A) Interim Order Pursuant to Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon and (B) Order Pursuant to Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon** was made on October 10, 2006, upon the following parties listed on the attached service list in the manner indicated:

SEE ATTACHED SERVICE LIST

Under penalty of perjury, I declare that the foregoing is true and correct.


   /s/ Lisa L. Coggins
Lisa L. Coggins, Esquire (No. 4234)