IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 11413, 11520, 13236 |
| | ) | 9/25/06 Agenda Item 12 |

### ORDER FOR LIMITED RELIEF FROM §362 AUTOMATIC STAY

IT IS HEREBY ORDERED that the motion of Anderson Memorial Hospital for limited relief from the §362 automatic stay is hereby GRANTED, and that the §362 stay is hereby lifted for the limited and narrow purpose of allowing Anderson Memorial Hospital to petition, within twenty (20) days from September 25, 2006, i.e. by October 15, 2006, or within five days of the date of the filing of this Order, whichever is later, the Honorable John C. Hayes, III to unseal the record in the case styled <u>Anderson Memorial Hospital v. W. R. Grace & Co., et al.</u>, 92-CP-25-279 (Ct. Com. Pleas, Hampton County, SC) and to authorize the Clerk of Court to transfer a certified copy of the entire record for use in these proceedings. The petition shall be timely served on the Debtors. This Court shall retain jurisdiction over the parties.

IT IS SO ORDERED.

DATED: Oct. 11, 2006

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

061006142640.DOC