IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 23, 2006, AT 2:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES
BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR,
COURTROOM #5 , WILMINGTON, DELAWARE 19801**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST COMPLY WITH
THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND
HEARING SCHEDULE* [Docket No. 7709]**

**CONTINUED MATTERS**

1.    Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04]
      (Docket No. 5527)

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.      Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06]
        (Docket No. 12353)

b.      [Signed] Twenty-Fifth Continuation Order Granting the Related Relief Sought in
        Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued
        Objection [Filed: 9/26/06] (Docket No. 13299)

Response Deadline: June 4, 2004, at 4:00 p.m.

Status:  The hearing on the claims of Weatherford International, Inc. is continued to
November 20, 2006, at 2:00 p.m.


**UNCONTESTED MATTERS**

2.      Debtors' Motion for an Order Authorizing the Settlement and Payment of Certain Tax
        Claims [Filed: 9/18/06] (Docket No. 13252)

        Related Documents:

        a.      [Proposed] Order Authorizing the Settlement and Payment of Certain Tax Claims
                [Filed: 9/18/06] (Docket No. 13252)

        **b.      No Order Required Certification of No Objection Regarding Debtors'
                Motion for an Order Authorizing the Settlement and Payment of Certain
                Tax Claims [Filed: 10/12/06] (Docket No. 13403)**

        Response Deadline: October 6, 2006 at 4:00 p.m.

        Responses Received: None as of the date of this Notice of Agenda.

        **Status: No parties have objected to the relief requested in the Motion.  Accordingly,
        the Debtors have filed a certificate of no objection and respectfully request the entry
        of the order attached to the Motion.**

3.      Debtors' Seventeenth Omnibus Objection to Claims (Substantive) [Filed: 9/18/06]
        (Docket No. 13254)

        Related Documents:

        a.      [Proposed] Order Granting Relief Sought in Debtors' Seventeenth Omnibus
                Objection to Claims (Substantive) [Filed: 9/18/06] (Docket No. 13254)

        Response Deadline: October 6, 2006 at 4:00 p.m.

        Responses Received:

        **a.      Response of CSX Transportation Inc. to the Debtors' Seventeenth Omnibus**

Objection to Claims (Substantive) [Filed: 10/6/06] (Docket No. 13367)

b.      Letter Response of the Louisiana Department of Revenue withdrawing Proof of Claim [Filed: 10/4/06] (Docket No. 13373)

Status:  This matter will go forward as indicated on the attached Exhibit A.


## CONTESTED MATTERS

4.      Motion of Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 5/15/06] (Docket No. 12432)

Related Documents:

a.      Debtors' [Proposed] Order Approving the Debtors' Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 5/15/06] (Docket No. 12432)

b.      Libby Claimants' Partial Withdrawal of Objection to Debtors' Motion to Approve Settlement with Lloyd's Underwriters [Filed: 7/13/06] (Docket No. 12794)

c.      Certification of Counsel Regarding Amended Order Approving Amended Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 8/18/06] (Docket No. 13011)

Response Deadline: June 2, 2006, at 4:00 p.m.

Responses Received:

a.      The Future Claimants' Representative's Objection to the Motion of Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12573)

b.      Libby Claimants' Objection to Debtors' Motion to Approve Settlement with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12574)

c.      Objection of the Official Committee of Asbestos Personal Injury Claimants to the Motion of Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12579)

d.      Joinder of Official Committee of Asbestos Property Damage Claimants to the Objections of (A) the Official Committee of Asbestos Personal Injury Claimants and (B) the Future Claimants' Representative to the Motion of the Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12580)

Status: This matter will go forward.

5.      Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic

Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771]*.

Response Deadline: December 15, 2004 at 4:00 p.m.

Responses Received:

a.     Objection of Maryland Casualty Company to Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

b.     Response of One Beacon America Insurance Company and Seaton Insurance Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary From the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083, Docket No. 14)

c.     Objection of Continental Casualty Company and Boston Old Colony Insurance Company to the Scotts Company's Motion Seeking Relief From the Automatic Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed: 2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

Status: A status conference will go forward on this matter.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

6.     Speights & Runyan's Requirement to Provide Claimants' Signatures Regarding Proof of Claim Question 18.

a.     Status Report and Request to Expunge Property Damage Claims Lacking Claimant Signatures for Proof of Claim Question 18 [Filed: 9/8/06] (Docket No. 13169)

Deadline to Provide Signatures: October 13, 2006 at 4:00 p.m./Canadian Claimants November 24, 2006 at 4:00 p.m.

Status: This matter will go forward on the merits regarding non-Canadian claims on which the Court has required that the claimants provide the necessary signatures by October 13, 2006 at 4:00 p.m. Signatures for two claims were provided and the parties are working on a proposed form of order for expungement of 16 claims which will be presented prior to or at the October 23, 2006 hearing. Canadian Claimants have until November 24, 2006 to provide signatures.

4

7.    Debtors' Motion for Protective Order Against Anderson Memorial's Requests for 30(b)(6) Depositions and Documents [Filed: 12/19/05] (Docket No. 11365)

Related Documents:

a.    [Proposed] Protective Order Against Anderson Memorial Hospital's Discovery Requests Seeking Deposition Testimony and Documents [Filed: 12/19/05] (Docket No. 11365)

b.    **Debtors' Motion for Leave to File a Reply in Support of Its Motion for Protective Order Against Anderson Memorial's Requests for 30(b)(6) Depositions and Documents [Filed: 10/13/06] (Docket No. 13412)**

  i.    **Debtors' Reply in Support of Its Motion for Protective Order Against Anderson Memorial's Requests for 30(b)(6) Depositions and Documents [Filed: 10/13/06] (Docket No. 13412, Exhibit 1)**

Response Deadline: None.

Responses Received:

a.    Anderson Memorial Hospital's Response to Debtors' Motion for Protective Order for 30(b)(6) Depositions and Documents [Filed: 1/10/09] (Docket No. 11522)

Status: This matter will go forward.

8.    Anderson Memorial Hospital's Motion for Limited Relief From Automatic Stay [Filed: 12/22/05] (Docket No. 11413)

Response Deadline: January 10, 2006, at 4:00 p.m.

Responses Received:

a.    Debtors' Objection to Anderson Memorial Hospital's Motion for Limited Relief from the Automatic Stay [Filed: 1/10/06] (Docket No. 11520)

Further Briefing

a.    Debtors' Supplement to Objection to Anderson Memorial's Motion for Limited Relief From Automatic Stay [Filed: 9/15/06] (Docket No. 13236)

Status: The Court has granted the relief requested in the Motion, as modified on the record, at the September 25, 2006 hearing. This matter will go forward as a status conference on unsealing the record in the South Carolina Court.

91100-001\DOCS_DE:121823.4

9.     Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

       Related Documents:

       a.     [Proposed] Order Granting the Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

       Response Deadline: December 2, 2005 at 4:00 p.m.

       Responses Received:

       a.     Debtors' Brief in Opposition to Motion of Anderson Memorial Hospital for Class Certification [Filed: 12/2/05] (Docket No. 11245)

       Supplemental Briefing:

       a.     Appendix of Documents in Support of Debtors' Opposition to Motion of Anderson Memorial for Class Certification [Filed: 9/8/06] (Docket No. 13186)

       Response Deadline:  January 20, 2006

       Status: This matter will go forward as a status conference.  Final argument on the merits to be scheduled.

*[Remainder of Page Intentionally Left Blank]*

6

## MATTERS RELATING TO ASBESTOS PI CLAIMS

10    Status Conference on Asbestos PI Claims

Status: A status conference will go forward on Asbestos PI Claims.

Dated: October 16, 2006

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*James E O'Neill*

Zahra Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession