# EXHIBIT A

| Creditor Name | Docket No of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| ADVANTA BUSINESS SERVICES | | 178 | $4,888.11 | S | No Liability | Expunge | Sustain |
| BANKERS TRUST COMPANY | | 736 | $7,770.15 | U | Reduce & Allow | Reduce & Allow | Sustain |
| BELLSOUTH CONSOLIDATED | | 438 | $2,283.32 | U | No Liability / Insufficient Documentaion | Expunge | Sustain |
| BURROUGHS, HEPLER, BROOM, MACDONALD, HEB | | 687 | $60,311.28 | P | Reclassify & Allow | Reclassify & Allow | Sustain |
| CHESAPEAKE INDUSTRIAL LEASING CO INC | | 1195 | $771.30 | SU | Reclassify, Reduce & Allow | Reclassify, Reduce & Allow | Sustain |
| COWLES & THOMPSON PC | | 67 | $14,814.65 | PU | Reclassify & Allow | Reclassify & Allow | Sustain |
| CSX TRANSPORTATION | 13367 | 673 | $24,648.04 | U | No Liability / Insufficient Documentaion | Expunge | Continue to November 20, 2006 omnibus hearing |
| CUMMINGS PROPERTIES LLC | | 4242 | UNKNOWN | U | No Liability / Unliquidated | Expunge | Continue to November 20, 2006 omnibus hearing |
| D L PETERSON TRUST | | 9221 | $228.14 | S | No Liability | Expunge | Continue to November 20, 2006 omnibus hearing |
| DANKA FINANCIAL SYSTEMS | | 670 | $1,743.45 | U | No Liability | Expunge | Sustain |
| DE LAGE LANDEN FINANCIAL / TOKAI FINANCIAL | | 11 | $29,100.00 | S | No Liability | Expunge | Sustain |
| ERVIN LEASING COMPANY | | 417 | $2,997.74 | S | No Liability | Expunge | Sustain |
| FIDELITY LEASING INC | | 77 | $979.16 | S | No Liability | Expunge | Sustain |
| FLA DEPT OF ENVIRONMENTAL PROT | | 8596 | $9,314,032.00 | U | No Liability | Expunge | Sustain |
| FREEPORT CENTER ASSOCIATES | | 1004 | $1,760.00 | S | No Liability | Expunge | Sustain |
| GORDON ALTMAN WEITZEN SHAVLOV & WEIN LLP | | 14054 | $15,532.20 | U | No Liability | Expunge | Continue to November 20, 2006 omnibus hearing |
| HIGHWOODS REALTY LIMITED PARTNERSHIP | | 1612 | $1,411.67 | U | No Liability | Expunge | Sustain |
| KENT HOLDING LLC | | 13948 | $412,173.60 | U | Reduce & Allow | Reduce & Allow | Continue to November 20, 2006 omnibus hearing |
| LONGACRE MASTER FUND LTD (Gordon & Reese) | | 615 | $249,279.92 | U | Reduce & Allow | Reduce & Allow | Sustain |
| NTFC CAPITAL CORPORATION | | 749 | $74,736.35 | U | No Liability | Expunge | Sustain |
| ORANGE GROVE ISD | | 1995 | $513.59 | S | No Liability | Expunge | Sustain |
| PUBLIC SERVICE COMPANY OF COLORADO | | 884 | $13,501.02 | U | Reduce & Allow | Reduce & Allow | Sustain |
| SCHULKE, EARL | | 955 | $0.00 | U | No Liability | Expunge | Continue to November 20, 2006 omnibus hearing |
| SIERRA CAPITAL | | 763 | $2,738.00 | U | Reduce & Allow | Reduce & Allow | Sustain |

| Creditor Name | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| SIERRA NEVADA LIQUIDITY FUND (Xerox Corporation) | | 391 | $218,623.28 | SU | Reclassify, Reduce & Allow | Reclassify, Reduce & Allow | Sustain |
| STATE OF LOUISIANA DEPARTMENT OF REVENUE | 13373 | 17023 | $753.29 | A | No Liability | Expunge | Withdrawn |
| TENNESSEE DEPT OF REVENUE | | 17020 | $1,817.60 | P | No Liability / Insufficient Documentation | Expunge | Sustain |
| THE TRAVELERS INDEMNITY CO & AFFILIATES | | 846 | $3,455.00 | U | No Liability | Expunge | Sustain |
| TOYOTA MOTOR CREDIT CORP | | 445 | $13,079.29 | S | No Liability | Expunge | Sustain |
| TOYOTA MOTOR CREDIT CORP | | 446 | $18,140.14 | S | No Liability | Expunge | Sustain |
| TOYOTA MOTOR CREDIT CORP | | 447 | $10,421.10 | S | No Liability | Expunge | Sustain |
| TOYOTA MOTOR CREDIT CORP | | 450 | $46,731.50 | S | No Liability | Expunge | Sustain |
| TOYOTA MOTOR CREDIT CORP | | 452 | $7,127.55 | S | No Liability | Expunge | Sustain |
| TOYOTA MOTOR CREDIT CORP | | 2011 | $953.73 | S | No Liability | Expunge | Sustain |
| TOYOTA MOTOR CREDIT CORP | | 2012 | $16,202.52 | S | No Liability | Expunge | Sustain |
| TXU ELECTRIC COMPANY | | 323 | $1,903.89 | U | Reduce & Allow | Reduce & Allow | Sustain |
| UNIFIRST CORPORATION | | 9562 | $86,697.33 | U | No Liability | Expunge | Sustain |
| WELLS FARGO FINANCIAL LEASING | | 88 | $15,266.90 | U | No Liability | Expunge | Sustain |
| WILLIAMS COMMUNICATIONS SOLUTIONS | | 875 | $9,273.56 | U | Reduce & Allow | Reduce & Allow | Sustain |