## In re: W.R. GRACE & CO., et al
## OMNIBUS 18: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | FLEET CAPITAL LEASING<br>LEASE ADMIN CENTER<br>PO BOX 7023<br>TROY MI 48007-7023 | 01-01140<br>W.R. GRACE & CO.-CONN. | 619 | $2,468.45<br>$739.14<br>$15,965.95 | (S)<br>(P)<br>(U) | LEASE PAYMENTS CONTINUE AND CLAIM IS SATISFIED PER DISCUSSIONS WITH CLAIMANT. |
| 2 | HAMPSHIRE CHEMICAL CORP<br>C/O DILWORTH PAXSON LLP<br>ANNE MARIE P KELLEY ESQ<br>LIBERTYVIEW-STE 700<br>457 HADDONFIELD RDPO BOX 2570<br>CHERRY HILL NJ 08034 | 01-01140<br>W.R. GRACE & CO.-CONN. | 13934 | $6,500,000.00 | (U) | GRACE IS DOING REMEDIATION WORK AT SITE. NO BASIS FOR CLAIM. |
| 3 | NL INDUSTRIES INC<br>C/O JOHN N FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 2625 | UNKNOWN | (U) | GRACE WITHDREW FROM WORK AT KALKASKA, MI & ODESSA, TX DUE TO NL'S REFUSAL TO PAY ITS 75% SHARE OF COSTS AS REQUIRED BY THE SETTLEMENT AGREEMENT. |
| 4 | NL INDUSTRIES INC<br>C/O JOHN V FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01194<br>REMEDIUM GROUP, INC. | 2626 | UNKNOWN | (U) | GRACE WITHDREW FROM WORK AT KALKASKA, MI & ODESSA, TX DUE TO NL'S REFUSAL TO PAY ITS 75% SHARE OF COSTS AS REQUIRED BY THE SETTLEMENT AGREEMENT. |
| 5 | NL INDUSTRIES INC<br>C/O JOHN V FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01139<br>W.R. GRACE & CO. | 2627 | UNKNOWN | (U) | GRACE WITHDREW FROM WORK AT KALKASKA, MI & ODESSA, TX DUE TO NL'S REFUSAL TO PAY ITS 75% SHARE OF COSTS AS REQUIRED BY THE SETTLEMENT AGREEMENT. |

|  | totals: | | |
|---|---|---|---|
| | $2,468.45 | (S) | |
| | $739.14 | (P) | |
| | $6,515,965.95 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.