## In re: W.R. GRACE & CO., et al
## OMNIBUS 18: EXHIBIT B - RECLASSIFY & ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | EXELON ENERGY INC<br>21425 NETWORK PL<br>CHICAGO IL 60673-1214 | 13299 | $7,394.76 | (P) | $7,394.76 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| 2 | WELL SAFE INC<br>100 PETROLEUM DR STE 200<br>LAFAYETTE LA 70508 | 1557 | BLANK | (P) | $1,622.05 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| | | totals: | $7,394.76 | (P) | $9,016.81 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
  (P) - Priority        (U) - Unsecured