## In re: W.R. GRACE & CO., et al
## OMNIBUS 18: EXHIBIT C - RECLASSIFY, REDUCE & ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | EXELON ENERGY<br>21425 NETWORK PL<br>CHICAGO IL 60673-1214 | 8595 | $4,658.41 | (P) | $3,855.24 | (U) | NO BASIS FOR PRIORITY CLAIM. ALLOWED AMOUNT OF $3,855.24 IS PRE PETITION PORTION OF INVOICE 1042883 DATED 5/7/01 TOTALING $27,950.49. THE BALANCE OF THIS INVOICE WAS PAID 6/20/01, CHECK #308509. NO EXPLANATION PROVIDED FOR THE DIFFERENCE. |
| 2 | EXELON ENERGY INC<br>21425 NETWORK PL<br>CHICAGO IL 60673-1214 | 8593 | $26,272.61 | (P) | $23,442.59 | (U) | NO BASIS FOR PRIORITY CLAIM. ORIGINAL INVOICE TOTALED $36,178.93. PARTIAL PAYMENT MADE ON 5/16/01, CK#304847 FOR POST PETITON AMOUNT OF $12,736.34. NO EXPLANATION WAS PROVIDED FOR THE DIFFERENCE. |
| 3 | EXELON ENERGY INC<br>21425 NETWORK PL<br>CHICAGO IL 60673-1214 | 8594 | $15,387.13 | (P) | $14,904.87 | (U) | NO BASIS FOR PRIORITY CLAIM. MODIFIED AMOUNT IS IN AGREEMENT WITH VENDOR'S INVOICE #1049053 DATED 4/5/01 AND WITH DEBTORS' FILED SCHEDULES. |
| 4 | MCI WORLDCOM AND ITS AFFILIATES<br>ATTN: BRIAN H BENJET ESQ<br>1133 19TH ST NW<br>WASHINGTON DC 20036 | 315 | $49,530.13 | (S) | $43,631.03 | (U) | NO BASIS FOR SECURED CLAIM. REDUCED FOR THOSE INVOICES NOT IN BOOKS AND RECORDS. |
| 5 | RHODIA INC<br>259 PROSPECT PLAINS RD<br>CRANBURY NJ 08512 | 3269 | $21,843.20 | (P) | $21,651.20 | (U) | NO BASIS FOR PRIORITY CLAIM. REDUCED CLAIM BY $192.00 FOR UNIT PRICE DISCREPANCY ON INVOICE 681134. |
| | | totals: | $49,530.13<br>$68,161.35 | (S)<br>(P) | $107,484.93 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured