## In re: W.R. GRACE & CO., et al
## OMNIBUS 18: EXHIBIT D - REDUCE & ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | AVAYA FKA LUCENT TECHNOLOGIES<br>C/O D&B/RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 2956 | $2,031.72 | (U) | $211.67 | (U) | ONE INVOICE BELONGS TO NON-DEBTOR ENTITY, CRYOVAC ($467.33), ONE INVOICE WAS PAID ($482.91) AND ONE INVOICE HAD BILLING DISCREPANCY ($869.81). |
| 2 | BALTIMORE GAS AND ELECTRIC COMPANY<br>PO BOX 1475<br>BALTIMORE MD 21203 | 15320 | $179,719.73 | (U) | $160,948.24 | (U) | REDUCED BY INVOICE 76722-37097 DATED 10/1/96. NOT IN BOOKS OR RECORDS. BUSINESS WAS SOLD IN FIRST QUARTER 1996. |
| 3 | COMED<br>ATTN BANKRUPTCY SEC SYSTEM<br>2100 SWIFT ROAD<br>OAKBROOK IL 60523 | 125 | $106,489.25 | (U) | $95,297.55 | (U) | NO SUPPORTING DOCUMENTATION OTHER THAN A COMPUTER PRINT-OUT SENT FOR ACCOUNT 543813001. |
| 4 | DOW CORNING CORPORATION<br>C/O MS KATHALEEN M SMITH<br>PO BOX 994 MAIL # CO 1242<br>MIDLAND MI 48686-0994 | 15326 | $16,173.80 | (U) | $16,094.40 | (U) | CLAIMED AMOUNT INCLUDES INTEREST. |
| 5 | EXELON ENERGY INC<br>21425 NETWORK PL<br>CHICAGO IL 60673-1214 | 13300 | $44,492.89 | (U) | $43,854.45 | (U) | NO EXPLANATION GIVEN FOR DIFFERENCE BETWEEN CLAIMED AND SCHEDULED AMOUNT. |
| 6 | GEORGIA PACIFIC CORPORATION<br>ATTN CREDIT MANAGER<br>133 PEACHTREE ST NE 30303<br>PO BOX 105605<br>ATLANTA GA 30348-5605 | 367 | $70,264.82 | (U) | $63,736.57 | (U) | TWO INVOICES WERE PAID 3/30/01. TWO INVOICES WERE BILLED FOR INCORRECT TONNAGE. |
| 7 | LAB SAFETY SUPPLY<br>401 S WRIGHT RD<br>JANESVILLE WI 53546 | 907 | $8,365.35 | (U) | $7,296.68 | (U) | CLAIMANT WAS NOT ABLE TO PROVIDE COPY OF INVOICES THAT WERE NOT SHOWN IN BOOKS. |
| | | totals: | $427,537.56 | (U) | $387,439.56 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured