## In re: W.R. GRACE & CO., et al
## OMNIBUS 18: EXHIBIT E - UNLIQUIDATED CLAIMS

|   | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | NL INDUSTRIES INC<br>C/O JOHN N FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 2625 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 2 | NL INDUSTRIES INC<br>C/O JOHN V FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01194<br>REMEDIUM GROUP, INC. | 2626 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |
| 3 | NL INDUSTRIES INC<br>C/O JOHN V FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01139<br>W.R. GRACE & CO. | 2627 | UNKNOWN | (U) | CLAIMED AMOUNT IS UNLIQUIDATED. |

totals:

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
                                                                                                                 (P) - Priority         (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.