## In re: W.R. GRACE & CO., et al
## OMNIBUS 18: EXHIBIT F - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | COMED<br>ATTN BANKRUPTCY SEC SYSTEM<br>2100 SWIFT ROAD<br>OAKBROOK IL 60523 | 01-01140<br>W.R. GRACE & CO.-CONN. | 125 | $106,489.25 | (U) | SUPPORTING DOCUMENTATION NOT SUFFICIENT TO DETERMINE LIABILITY. |
| 2 | LAB SAFETY SUPPLY<br>401 S WRIGHT RD<br>JANESVILLE WI 53546 | 01-01139<br>W.R. GRACE & CO. | 907 | $8,365.35 | (U) | SUPPORTING DOCUMENTATION NOT SUFFICIENT TO DETERMINE LIABILITY. |
| | | | totals: | $114,854.60 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.