IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: November 7, 2006 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

**FEE DETAIL FOR THE BLACKSTONE
GROUP L.P.'S MONTHLY FEE APPLICATION FOR
THE PERIOD FROM JULY 1, 2006 THROUGH JULY 31, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## The Blackstone Group®

September 22, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of July 1, 2006 through July 31, 2006: | | $ | 125,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (25,000.00) |

Out-of-pocket expenses processed for the period through July 31, 2006:[1]

| | | | |
|---|---|---|---|
| Airfare | $ | 2,588.61 | |
| Ground Transportation | | 103.57 | |
| Communications | | 80.00 | |
| Meals | | 51.23 | |
| Document Production | | 15.00 | |
| Research | | 1,292.51 | |
| Publishing Services | | 663.25 | 4,794.17 |
| **Total Amount Due** | | $ | **104,794.17** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 12420

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 12420

|  | GL Detail Jul-06 | Total Expenses |
|---|---:|---:|
| Airfare | $ 2,588.61 | $ 2,588.61 |
| Ground Transportation - Car Service - Elite | 54.57 | 54.57 |
| Ground Transportation - Local Travel | 11.00 | 11.00 |
| Ground Transportation - Out of Town Travel | 38.00 | 38.00 |
| Communications - Teleconferencing | 80.00 | 80.00 |
| Employee Meals | 51.23 | 51.23 |
| Document Production | 15.00 | 15.00 |
| Internal Research | 1,151.65 | 1,151.65 |
| External Research - Thomson | 48.05 | 48.05 |
| External Research - Dow Jones | 92.81 | 92.81 |
| Publishing Services | 663.25 | 663.25 |
| **Total Expenses** | $ 4,794.17 | $ 4,794.17 |

| | | |
|---|---:|---:|
| **Airfare** | | $ 2,588.61 |
| **Ground Transportation** | | 103.57 |
| **Communications** | | 80.00 |
| **Meals** | | 51.23 |
| **Document Production** | | 15.00 |
| **Research** | | 1,292.51 |
| **Publishing Services** | | 663.25 |
| **Total Expenses** | | $ 4,794.17 |

W.R. Grace & Co.
Detail of Expenses Processed
Through July 31, 2006
Invoice No. 12420

### Airfare

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (travel agency fee for booking of round trip flight dated 06/14/06 | 06/12/06 | 40.00 | |
| O'Connell (round trip coach class flight to/from Boston, MA from/to Queens, NY | 06/14/06 | 319.44 | |
| O'Connell (travel agency fee for booking of round trip flight dated 06/22/06 | 06/22/06 | 40.00 | |
| O'Connell (round trip coach class flight to/from Baltimore, MD from/to Queens, NY | 06/22/06 | 962.60 | |
| Zilly (one-way coach class flight to Queens, NY from Boston, MA) | 06/14/06 | 148.97 | |
| Zilly (travel agency fee for round trip flight dated 06/22/06 | 06/19/06 | 40.00 | |
| Zilly (round trip coach class flight to/from Baltimore, MD from/to Queens, NY | 06/22/06 | 1,037.60 | |
| Subtotal - Airfare | | | $ 2,588.61 |

### Ground Transportation - Car Service - Elite

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Zilly (car to LaGuardia Airport in Queens, NY from home) | 05/03/06 | 54.57 | |
| Subtotal - Ground Transportation - Car Service - Elite | | | 54.57 |

### Ground Transportation - Local Travel

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Gellman (weekend taxi home from Blackstone) | 07/15/06 | 11.00 | |
| Subtotal - Ground Transportation - Local Travel | | | 11.00 |

### Ground Transportation - Out of Town Travel

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Zilly (taxi to client's offices in Columbia, MD from BWI Airport in Baltimore, MD | 06/23/06 | 38.00 | |
| Subtotal - Ground Transportation - Out of Town Travel | | | 38.00 |

### Communications - Teleconferencing

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell | 06/21/06 | 80.00 | |
| Subtotal - Communications - Teleconferencing | | | 80.00 |

### Employee Meals

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Gellman (weekend working meal @ Blackstone) | 07/16/06 | 8.89 | |
| O'Connell (meal @ LaGuardia Airport in Queens, NY) | 06/14/06 | 5.72 | |
| O'Connell (working meal during stay in Boston, MA) | 06/14/06 | 11.75 | |
| O'Connell (meal @ LaGuardia Airport in Queens, NY) | 06/22/06 | 6.75 | |
| O'Connell (working meal during stay in Baltimore, MD | 06/22/06 | 18.12 | |
| Subtotal - Employee Meals | | | 51.23 |

### Document Production

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Zilly | 07/03/06 - 07/16/06 | 15.00 | |
| Subtotal - Document Production | | | 15.00 |

### Internal Research

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Bennett (online data research) | 07/16/06 - 07/22/06 | 184.72 | |
| Bennett (online data research) | 07/23/06 - 07/29/06 | 417.87 | |
| Gellman (online data research) | 07/16/06 - 07/22/06 | 518.84 | |
| Munfa (online data research) | 06/04/06 - 06/10/06 | 30.22 | |
| Subtotal - Internal Research | | | 1,151.65 |

### External Research - Thomson

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Gellman (online data research) | 07/16/06 - 07/22/06 | 42.59 | |
| Munfa (online data research) | 06/04/06 - 06/10/06 | 5.46 | |
| Subtotal - External Research - Thomson | | | 48.05 |

### External Research - Dow Jones

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Gellman (online data research) | 07/16/06 - 07/22/06 | 92.81 | |
| Subtotal - External Research - Dow Jones | | | 92.81 |

### Publishing Services

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Gellman | 06/26/06 - 07/02/06 | 663.25 | |
| Subtotal - Publishing Services | | | 663.25 |

| | | **Total Expenses** | **$ 4,794.17** |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS FOR THE PERIOD
JULY 1, 2006 THROUGH JULY 31, 2006

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 44.1 |
| Jamie O'Connell | Associate | 44.0 |
| Scott Gellman | Summer Associate | 58.5 |
| Benjamin Istvan | Analyst | 2.9 |
| Sarah Bennet | Summer Analyst | 13.0 |
| | Total | 162.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2006 THROUGH JULY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/02/06 | 0.6 | Business Analysis | Review Equitas settlement material |
| Pamela Zilly | 07/02/06 | 1.0 | Business Analysis | Call with E. Filon re: cash flows, financing issues, Equitas Settlement |
| Jamie O'Connell | 07/03/06 | 1.0 | Business Analysis | Review materials regarding insurance matter |
| Jamie O'Connell | 07/03/06 | 0.3 | Business Analysis | Review correspondence regarding business update |
| Scott Gellman | 07/05/06 | 4.0 | Business Analysis | Financial analysis - cash flows |
| Jamie O'Connell | 07/06/06 | 0.3 | Business Analysis | Call with R. Lapidairo of Grace regarding 10-Q disclosure |
| Jamie O'Connell | 07/06/06 | 0.3 | Business Analysis | Financial analysis |
| Jamie O'Connell | 07/06/06 | 0.3 | Business Analysis | Correspondence with K. Russell of Grace regarding financial analysis |
| Jamie O'Connell | 07/07/06 | 0.3 | Business Analysis | Correspondence with R. Lapidairo of Grace regarding financial analysis |
| Jamie O'Connell | 07/10/06 | 0.3 | Business Analysis | Call with S. Smith of Grace regarding business update |
| Jamie O'Connell | 07/10/06 | 0.3 | Business Analysis | Status meeting with P. Zilly |
| Pamela Zilly | 07/10/06 | 0.8 | Business Analysis | Read motions re: extension of exclusivity |
| Pamela Zilly | 07/10/06 | 0.3 | Business Analysis | Discussion with J. O'Connell re: status |
| Jamie O'Connell | 07/11/06 | 0.3 | Business Analysis | Call with M. Narducci of Grace |
| Jamie O'Connell | 07/11/06 | 0.5 | Business Analysis | Review draft motion regarding business update |
| Pamela Zilly | 07/11/06 | 0.8 | Business Analysis | Call with G. Young re: Project Gemini |
| Jamie O'Connell | 07/12/06 | 0.5 | Business Analysis | Calls with S. Smith of Grace regarding business update |
| Pamela Zilly | 07/12/06 | 0.8 | Business Analysis | Read Project Cardinal draft motion |
| Jamie O'Connell | 07/13/06 | 0.3 | Business Analysis | Call with M. Brown of Grace regarding business analysis |
| Pamela Zilly | 07/13/06 | 0.5 | Business Analysis | Read materials re: Equitas settlement |
| Jamie O'Connell | 07/17/06 | 0.3 | Business Analysis | Meeting with S. Gellman regarding financial analysis |
| Scott Gellman | 07/17/06 | 0.3 | Business Analysis | Meeting with J. O'Connell regarding financial analysis |
| Scott Gellman | 07/17/06 | 9.8 | Business Analysis | Financial analysis - comparable companies |
| Jamie O'Connell | 07/18/06 | 0.3 | Business Analysis | Call with S. Smith of Grace regarding business update |
| Jamie O'Connell | 07/18/06 | 0.3 | Business Analysis | Financial analysis |
| Pamela Zilly | 07/18/06 | 1.0 | Business Analysis | Review financial analysis |
| Scott Gellman | 07/18/06 | 16.0 | Business Analysis | Financial analysis -comparable companies |
| Jamie O'Connell | 07/19/06 | 5.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 07/19/06 | 1.0 | Business Analysis | Call with E. Filon, D. Nakashige and S. Gellman regarding financial analysis |
| Jamie O'Connell | 07/19/06 | 0.5 | Business Analysis | Correspondence regarding financial analyses |
| Pamela Zilly | 07/19/06 | 1.0 | Business Analysis | Call with E. Filon re: cash flows |
| Scott Gellman | 07/19/06 | 0.8 | Business Analysis | Call with management, counsel re: POR and motions pending |
| Scott Gellman | 07/19/06 | 1.0 | Business Analysis | Call with E. Filon, D. Nakashige and J. O'Connell regarding financial analysis |
| Scott Gellman | 07/19/06 | 10.0 | Business Analysis | Financial analysis - comparable companies |
| Jamie O'Connell | 07/20/06 | 5.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 07/20/06 | 0.3 | Business Analysis | Call with S. Smith of Grace regarding business update |
| Pamela Zilly | 07/20/06 | 1.0 | Business Analysis | Review financial analysis |
| Sarah Bennett | 07/20/06 | 4.0 | Business Analysis | Financial analysis - credit statistics |
| Scott Gellman | 07/20/06 | 11.0 | Business Analysis | Financial analysis - comparable companies |
| Scott Gellman | 07/20/06 | 3.0 | Business Analysis | Financial analysis - cash flows; credit statistics |
| Pamela Zilly | 07/21/06 | 1.0 | Business Analysis | Review monthly operating reports |
| Scott Gellman | 07/21/06 | 1.0 | Business Analysis | Financial analysis - cash flows |
| Jamie O'Connell | 07/24/06 | 0.3 | Business Analysis | Status meeting with P. Zilly |
| Pamela Zilly | 07/24/06 | 0.3 | Business Analysis | Meeting with J. O'Connell re: financial analysis status |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2006 THROUGH JULY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Sarah Bennett | 07/24/06 | 2.0 | Business Analysis | Financial analysis - credit statistics |
| Jamie O'Connell | 07/25/06 | 0.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 07/25/06 | 1.5 | Business Analysis | Call with E. Filon, D. Nakashige, P. Zilly and S. Gellman regarding business analysis |
| Pamela Zilly | 07/25/06 | 1.0 | Business Analysis | Review financial analysis |
| Pamela Zilly | 07/25/06 | 1.5 | Business Analysis | Call with E. Filon re: 2008 cash flows, NOLs |
| Pamela Zilly | 07/25/06 | 1.0 | Business Analysis | Review revised financial analysis |
| Sarah Bennett | 07/25/06 | 5.0 | Business Analysis | Financial analysis - credit statistics |
| Pamela Zilly | 07/26/06 | 0.5 | Business Analysis | Call with G. Poling, G. Young re: Project Gemini |
| Jamie O'Connell | 07/27/06 | 1.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 07/27/06 | 1.0 | Business Analysis | Meeting with S. Bennett regarding financial analysis |
| Pamela Zilly | 07/27/06 | 1.0 | Business Analysis | Read materials re: Project Spaghetti |
| Sarah Bennett | 07/27/06 | 1.0 | Business Analysis | Financial analysis - credit statistics |
| Sarah Bennett | 07/27/06 | 1.0 | Business Analysis | Meeting with J. O'Connell regarding financial analysis |
| Pamela Zilly | 07/28/06 | 0.8 | Business Analysis | Review leverage analysis |
| Pamela Zilly | 07/28/06 | 0.5 | Business Analysis | Read and draft response to G. Young re: Project Gemini |
| Benjamin Istvan | 07/31/06 | 0.8 | Business Analysis | Status meeting with J. O'Connell |
| Benjamin Istvan | 07/31/06 | 0.3 | Business Analysis | Call with D. Nakashige of Grace and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 07/31/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace, J. O'Connell and Capstone regarding business update |
| Jamie O'Connell | 07/31/06 | 0.3 | Business Analysis | Status meeting with P. Zilly |
| Jamie O'Connell | 07/31/06 | 0.8 | Business Analysis | Status meeting with B. Istvan |
| Jamie O'Connell | 07/31/06 | 0.3 | Business Analysis | Call with D. Nakashige of Grace and B. Istvan regarding financial analysis |
| Jamie O'Connell | 07/31/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace, B. Istvan and Capstone regarding business update |
| Jamie O'Connell | 07/31/06 | 0.3 | Business Analysis | Call with L. Van Loan of Grace regarding business analysis |
| Pamela Zilly | 07/31/06 | 0.3 | Business Analysis | Meeting with J. O'Connell re: status |
| | | **112.2** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2006 THROUGH JULY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/05/06 | 0.3 | Committee | Call with G. Boyer of CDG regarding committee request |
| Jamie O'Connell | 07/05/06 | 0.3 | Committee | Correspondence with E. Filon of Grace regarding committee request |
| Pamela Zilly | 07/05/06 | 0.3 | Committee | Call with J. O'Connell re: advisors' requests |
| Jamie O'Connell | 07/06/06 | 0.3 | Committee | Call with B. McGowan of Grace and B. Frezza of Capstone regarding LTIP |
| Jamie O'Connell | 07/06/06 | 0.3 | Committee | Correspondence to L. Hamilton of Capstone regarding state taxes |
| Jamie O'Connell | 07/06/06 | 0.3 | Committee | Follow-up call with B. McGowan of Grace and B. Frezza of Capstone |
| Pamela Zilly | 07/06/06 | 0.3 | Committee | Call with J. Radecki re: LTIP adjustments |
| Jamie O'Connell | 07/07/06 | 0.3 | Committee | Call with R. Frezza of Capstone regarding LTIP |
| Jamie O'Connell | 07/07/06 | 0.3 | Committee | Call with B. McGowan of Grace and R. Frezza of Capstone regarding LTIP |
| Jamie O'Connell | 07/11/06 | 0.3 | Committee | Call with R. Frezza of Capstone and D. Neuberger of Grace regarding business update |
| Jamie O'Connell | 07/11/06 | 0.3 | Committee | Correspondence to financial advisors regarding second quarter review call |
| Pamela Zilly | 07/11/06 | 0.3 | Committee | Call with J. Radecki re: environmental claims |
| Jamie O'Connell | 07/12/06 | 0.5 | Committee | Call with B. Frezza of Capstone regarding motion |
| Jamie O'Connell | 07/12/06 | 0.8 | Committee | Correspondence to financial advisors regarding business update |
| Jamie O'Connell | 07/13/06 | 0.5 | Committee | Review committee requests |
| Jamie O'Connell | 07/13/06 | 0.3 | Committee | Call with J. Baer of K&E regarding committee request |
| Jamie O'Connell | 07/13/06 | 0.3 | Committee | Call with B. Frezza of Capstone regarding committee request |
| Jamie O'Connell | 07/14/06 | 0.3 | Committee | Review correspondence regarding business update |
| Jamie O'Connell | 07/17/06 | 0.3 | Committee | Correspondence to financial advisors regarding business update |
| Jamie O'Connell | 07/18/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 07/19/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 07/20/06 | 0.5 | Committee | Manage various committee requests |
| Jamie O'Connell | 07/24/06 | 0.3 | Committee | Correspondence with committee professionals |
| Jamie O'Connell | 07/24/06 | 0.3 | Committee | Call with R. Frezza and J. Dolan of Capstone regarding committee request |
| Jamie O'Connell | 07/25/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 07/26/06 | 0.3 | Committee | Call with Capstone and management regarding business update |
| Scott Gellman | 07/26/06 | 0.8 | Committee | Call with Capstone and management regarding business update |
| | | 9.7 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2006 THROUGH JULY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/05/06 | 0.3 | Employee Benefits/Pension | Correspondence with B. McGowan regarding committee request |
| Jamie O'Connell | 07/05/06 | 0.3 | Employee Benefits/Pension | Call with B. McGowan regarding committee request |
| Jamie O'Connell | 07/05/06 | 0.3 | Employee Benefits/Pension | Call with P. Zilly regarding various committee requests |
| Pamela Zilly | 07/05/06 | 0.3 | Employee Benefits/Pension | Correspondence re: LTIP adjustments |
| Jamie O'Connell | 07/06/06 | 0.3 | Employee Benefits/Pension | Review updated LTIP motion |
| Jamie O'Connell | 07/06/06 | 0.3 | Employee Benefits/Pension | Call with J. Forgach of Grace regarding LTIP motion |
| Jamie O'Connell | 07/06/06 | 0.3 | Employee Benefits/Pension | Call with B. McGowan of Grace regarding LTIP motion |
| Jamie O'Connell | 07/06/06 | 0.3 | Employee Benefits/Pension | Correspondence to financial advisors |
| Pamela Zilly | 07/06/06 | 0.3 | Employee Benefits/Pension | Call with J. O'Connell re: LTIP adjustments |
| Pamela Zilly | 07/06/06 | 0.8 | Employee Benefits/Pension | Review, respond to various correspondence with Forgach, Baer, O'Connell re: LTIP adjustments |
| | | 3.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2006 THROUGH JULY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/24/06 | 3.5 | Hearings | Participate telephonically in the July 24, 2006 court hearing |
| | | 3.5 | | |

Page 6 of 8

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2006 THROUGH JULY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/10/06 | 0.4 | Plan and Disclosure Statement | Correspondence with S. Anderson re: environmental claims review |
| Pamela Zilly | 07/10/06 | 0.3 | Plan and Disclosure Statement | Correspondence with J. Radecki re: pre-petition lenders |
| Jamie O'Connell | 07/11/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 07/11/06 | 1.0 | Plan and Disclosure Statement | Review motion filed by asbestos committees |
| Pamela Zilly | 07/11/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: pending motions, hearings, POR status |
| Pamela Zilly | 07/11/06 | 0.6 | Plan and Disclosure Statement | Call with B. Corcoran re: environmental claims |
| Pamela Zilly | 07/11/06 | 0.3 | Plan and Disclosure Statement | Call with Bank debtholder re: Grace POR |
| Pamela Zilly | 07/11/06 | 3.0 | Plan and Disclosure Statement | Prepare environmental claim analysis |
| Pamela Zilly | 07/11/06 | 0.3 | Plan and Disclosure Statement | Call with B. Corcoran re: environmental claims |
| Pamela Zilly | 07/11/06 | 0.8 | Plan and Disclosure Statement | Correspondence with S. Anderson, J. Baer re: environmental claims |
| Jamie O'Connell | 07/12/06 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 07/12/06 | 0.3 | Plan and Disclosure Statement | Call with J. Baer |
| Pamela Zilly | 07/12/06 | 1.3 | Plan and Disclosure Statement | Read Objections to Exclusivity |
| Pamela Zilly | 07/12/06 | 1.5 | Plan and Disclosure Statement | Prepare environmental claim analysis |
| Pamela Zilly | 07/12/06 | 0.3 | Plan and Disclosure Statement | Correspondence with B. Corcoran re: environmental analysis |
| Pamela Zilly | 07/12/06 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell re: status |
| Jamie O'Connell | 07/13/06 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding various matters |
| Pamela Zilly | 07/13/06 | 0.3 | Plan and Disclosure Statement | Correspondence with J. O'Connell re: environmental discussion |
| Pamela Zilly | 07/14/06 | 0.3 | Plan and Disclosure Statement | Call with B. Corcoran re: environmental claims |
| Jamie O'Connell | 07/18/06 | 0.8 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 07/18/06 | 3.0 | Plan and Disclosure Statement | Prepare environmental claim analysis |
| Pamela Zilly | 07/18/06 | 1.0 | Plan and Disclosure Statement | Read various motions |
| Jamie O'Connell | 07/19/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 07/19/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: pending motions, POR status |
| Pamela Zilly | 07/20/06 | 1.0 | Plan and Disclosure Statement | Call with B. Corcoran, S. Anderson, J. Baer re: environmental claims update |
| Pamela Zilly | 07/20/06 | 1.0 | Plan and Disclosure Statement | Read motions re: PI Questionnaire |
| Pamela Zilly | 07/24/06 | 5.0 | Plan and Disclosure Statement | Attend Grace Hearing telephonically; prepare environmental claims write-up |
| Jamie O'Connell | 07/25/06 | 1.0 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 07/25/06 | 1.0 | Plan and Disclosure Statement | Revise environmental claims chart and correspondence with B. Corcoran |
| Pamela Zilly | 07/26/06 | 0.3 | Plan and Disclosure Statement | Call with B. Corcoran |
| Pamela Zilly | 07/27/06 | 1.5 | Plan and Disclosure Statement | Finalize environmental claims chart |
| Pamela Zilly | 07/28/06 | 0.3 | Plan and Disclosure Statement | Distribute environmental claims chart |
| Benjamin Istvan | 07/31/06 | 1.5 | Plan and Disclosure Statement | Analysis of claims estimates |
| | | 32.8 | | |

# THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD OF
## JULY 1, 2006 THROUGH JULY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Scott Gellman | 07/25/06 | 0.8 | Tax Issues | Tax analysis |
| | | 0.8 | | |