**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 3, 2006

Bill Number 97649
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through August 31, 2006

| | |
|---|---:|
| EXCESS POSTAGE | $4.20 |

**FEDERAL EXPRESS**

| | | |
|---|---|---:|
| 08/07/06 | To Roe Cassidy Coates & Price, Linda C. Satcher from Casner and Edwards on 7/27/06 by ARA | 100.66 |
| | | $100.66 |

**TRAVEL**

| | | |
|---|---|---:|
| 08/03/06 | BANK OF AMERICA, FSB-RAM Delta airfare to/from Washington, D.C. for meeting at K & E on 8/01/06. | 534.60 |
| 08/28/06 | ROBERT A MURPHY-Travel expenses for trip to Washington, D.C. to meet with In House Counsel and Kirkland & Ellis Attorneys to prepare for P.I. Estimation Trial and to discuss other issues. | 585.02 |
| | | $1,119.62 |

OUTSIDE PHOTOCOPYING

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through August 31, 2006

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 08/07/06 | MERRILL COMM - Deposition Transcript for K & E (7/11/06) | 25.99 |
| 08/21/06 | MERRILL COMM - Exhibits requested by counsel for criminal defendant (7/26/06). | 204.98 |
| | | $230.97 |

PHOTOCOPYING

| | | |
|---|---|---|
| 08/02/06 | 3 copies at .12 per copy | 0.36 |
| 08/04/06 | 12 copies at .12 per copy | 1.44 |
| 08/09/06 | 98 copies at .12 per copy | 11.76 |
| 08/09/06 | 8 copies at .12 per copy | 0.96 |
| 08/14/06 | 235 copies at .12 per copy | 28.20 |
| 08/21/06 | 21 copies at .12 per copy | 2.52 |
| 08/21/06 | 20 copies at .12 per copy | 2.40 |
| 08/21/06 | 161 copies at .12 per copy | 19.32 |
| 08/21/06 | 4 copies at .12 per copy | 0.48 |
| 08/28/06 | 5 copies at .12 per copy | 0.60 |
| | | $68.04 |

TELEPHONE

| | | | |
|---|---|---|---|
| 08/07/06 | 329 | 2022633385 | 2.42 |
| 08/07/06 | 329 | 2028795167 | 0.99 |
| 08/22/06 | 329 | 4105314355 | 0.66 |
| | | | $4.07 |

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 08/01/06 | Rent and utilities for document repository at One Winthrop Square - August 2006. | 12,209.85 |
| | | $12,209.85 |

MISCELLANEOUS

| | | |
|---|---|---|
| 08/07/06 | RECORDKEEPER ARCHIVE-June Delivery Charges | 27.00 |
| 08/07/06 | RECORDKEEPER ARCHIVE- Storage 8/01/06 - 8/31/06. | 404.30 |
| | | $431.30 |

Mark A. Shelnitz

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $14,168.71 |
| TOTAL THIS BILL | $14,168.71 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 3, 2006

Bill Number 97650
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through August 31, 2006

**FEDERAL EXPRESS**

| | | |
|---|---|---|
| 08/18/06 | To 919 N Market St., 17th Fl, Pachulski Stang Ziehl Young -Patricia Cuniff from Casner and Edwards on 08/10/06 by RAM | 23.78 |
| | | $23.78 |

**PHOTOCOPYING**

| | | |
|---|---|---|
| 08/10/06 | 161 copies at .12 per copy | 19.32 |
| | | $19.32 |

**TELEPHONE**

| | | | |
|---|---|---|---|
| 08/10/06 | 357 | 4105314545 | 2.20 |
| | | | $2.20 |

Mark A. Shelnitz

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $45.30 |
| TOTAL THIS BILL | $45.30 |