IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Deadline: November 7, 2006 at 4:00 p.m.** |

**FEE DETAIL FOR NELSON MULLINS RILEY &
SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION
FOR THE PERIOD FROM AUGUST 1, 2006 THROUGH AUGUST 31, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

September 11, 2006  
Invoice 761936  Page  1

Our Matter #          02399/06091                       For Services Through 08/31/06  
Name of Matter:      Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/17/06 | Draft 21st Quarterly Fee Application and Quarterly Summary for attorney review and signature. | A.R. PRICE | 3.80 hrs. | 115.00/hr | $437.00 |
| 08/17/06 | Analyze July 2006 invoices and draft fee application regarding same. | A.R. PRICE | 2.60 hrs. | 115.00/hr | $299.00 |
| 08/21/06 | Edit and revise quarterly fee application. | B.J. BURN | 0.30 hrs. | 230.00/hr | $69.00 |
| 08/21/06 | Edit and revise monthly fee application. | B.J. BURN | 0.30 hrs. | 230.00/hr | $69.00 |
| 08/24/06 | Follow up on status of outstanding applications. | B.J. BURN | 0.10 hrs. | 230.00/hr | $23.00 |
| 08/28/06 | Follow up on question related to July fee application. | B.J. BURN | 0.10 hrs. | 230.00/hr | $23.00 |
| 08/29/06 | Revise and update fee application tracking chart. | A.R. PRICE | 0.90 hrs. | 115.00/hr | $103.50 |

**Fees for Legal Services** ................................................................. **$1,023.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.80 | 230.00 | 184.00 |
| A.R. PRICE | 7.30 | 115.00 | 839.50 |
| TOTAL | 8.10 | 126.36 | 1,023.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

07/31/2006     Federal Express charge                                                        12.25  
**Total Charges for Other Services Provided/Expenses Incurred** ................... **$12.25**

## DISBURSEMENT SUMMARY

W. R. Grace & Co.

September 11, 2006
Invoice 761936  Page 2

| Description | Dollars |
|---|---:|
| Fed Ex | 12.25 |
| TOTAL | $12.25 |

**Net current billing for this invoice** ................................................................................... **$1,035.75**

**GRAND TOTAL**................................................................................................................ **$1,035.75**

W. R. Grace & Co.

September 11, 2006
Invoice 761936  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 08/31/06

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

---

| | |
|---|---|
| Fees for Professional Services | $1,023.50 |
| Charges for Other Services Provided/Expenses Incurred | $12.25 |
| **Net current billing for this invoice** | **$1,035.75** |
| **GRAND TOTAL** | **$1,035.75** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701