IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket Nos. 9300, 9302, 9315, and 12405** |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION BETWEEN DEBTORS AND SPEIGHTS & RUNYAN REGARDING CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMS AND PROPOSED ORDER DISALLOWING AND EXPUNGING THOSE CERTAIN CLAIMS**

1. During the September 25, 2006 Omnibus hearing, the Court directed Daniel Speights of Speights & Runyan to obtain signatures from eighteen (18) U.S. property damage claimants who had not yet provided signatures for responses to the Question 18 of the Property Damage Claims proof of claim form. Question 18 required each claimant to respond to the question "When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?" The Court directed Speights to provide these signatures by October 13 or else these claims would be expunged.

2. On October 13, 2006, Speights provided to the Debtors (i) signatures from two of these claimants; and (ii) a proposed Stipulation, list of sixteen (16) claimants and Order Disallowing and Expunging the Asbestos Property Damage Claims of these 16 claimants.

3. The Stipulation, claimant list and proposed Order are agreeable to the Debtors. The Debtors and Speights have signed the Stipulation, which is attached hereto as Exhibit A.

DOCS_DE:122185.1

4. Accordingly, the Debtors respectfully request that the Court enter the Agreed Order and its attached list of PD Claims, attached hereto as Exhibit B.

Dated: October 19, 2006

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

And

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Curtis A. Hehn (Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession