# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## STIPULATION BETWEEN THE DEBTORS AND SPEIGHTS & RUNYAN REGARDING QUESTION 18

The Debtors and Speights & Runyan hereby stipulate and agree as follows:

1. Speights & Runyan agrees to withdraw all claims identified on the attached Exhibit A, which have not supplemented Question 18 of the Asbestos Property Damage Proof of Claim Form as required by the Court.

2. The Debtors and Speights & Runyan shall submit an agreed Order to the Court, attached hereto as Exhibit B, withdrawing and expunging all claims identified on the attached Exhibit A.

Speights & Runyan

By: _____

Kirkland & Ellis LLP

By: _____

Date: October 18, 2006

**W R GRACE**
**SPEIGHTS RUNYAN**
**PROPERTY DAMAGE CLAIMS**

# EXHIBIT A

| Bldg# | Claim # | State | Building / Claimant Name |
|---|---|---|---|
| 1 | 6634 | OH | Cleveland Museum of Art (4 Joined Buildings) |
| 2 | 6639 | CA | Eden Medical Center f.k.a. Eden Hospital |
| 3 | 10669 | CA | Sutter Medical Center - Sacramento f.k.a. Sutter Memorial / Sutter Hospital Addition #1 |
| 4 | 10758 | MI | Oakwood Hospital & Medical Center |
| 11 | 11005 | CT | YWCA of the Hartford Region |
| 12 | 11105 | PA | Westmoreland Regional Hospital |
| 13 | 11207 | LA | Lafayette General Medical Center f.k.a. Lafayette General Hospital |
| 14 | 11253 | NE | Downtown Lincoln, Nebraska YMCA f.k.a. YMCA |
| 15 | 11405 | CT | Albany Avenue Branch Library f.k.a. Albany Avenue Library |
| 8 | 10952/10960/11010 | NY | Rudin/Madison LLP Building |
| 9 | 11194/11193 | PA | Saint Vincent Health Center f.k.a. St. Vincents Hospital & Addition |
| 10 | 6697/11252 | NE | Nebraska Methodist Hospital f.k.a. Methodist Hospital |

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

## ORDER DISALLOWING AND EXPUNGING ASBESTOS PROPERTY DAMAGE CLAIMS

WHEREAS the Debtors and the Speights & Runyan firm have stipulated and agreed that all asbestos property damage claims ("PD Claims") identified on the attached Exhibit A shall be withdrawn and expunged,

IT IS HEREBY ORDERED:

All PD Claims identified on the attached Exhibit A are hereby withdrawn and expunged.

Date: October ____, 2006

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge