# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## ORDER DISALLOWING AND EXPUNGING ASBESTOS PROPERTY DAMAGE CLAIMS

WHEREAS the Debtors and the Speights & Runyan firm have stipulated and agreed that all asbestos property damage claims ("PD Claims") identified on the attached Exhibit A shall be withdrawn and expunged,

IT IS HEREBY ORDERED:

All PD Claims identified on the attached Exhibit A are hereby withdrawn and expunged.

Date:   October ____, 2006

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

# EXHIBIT A

W R GRACE
SPEIGHTS RUNYAN
PROPERTY DAMAGE CLAIMS

| Bldg# | Claim # | State | Building / Claimant Name |
|---|---|---|---|
| 1 | 6634 | OH | Cleveland Museum of Art (4 Joined Buildings) |
| 2 | 6639 | CA | Eden Medical Center f.k.a. Eden Hospital |
| 3 | 10669 | CA | Sutter Medical Center - Sacramento f.k.a. Sutter Memorial / Sutter Hospital Addition #1 |
| 4 | 10758 | MI | Oakwood Hospital & Medical Center |
| 11 | 11005 | CT | YWCA of the Hartford Region |
| 12 | 11105 | PA | Westmoreland Regional Hospital |
| 13 | 11207 | LA | Lafayette General Medical Center f.k.a. Lafayette General Hospital |
| 14 | 11253 | NE | Downtown Lincoln, Nebraska YMCA f.k.a. YMCA |
| 15 | 11405 | CT | Albany Avenue Branch Library f.k.a. Albany Avenue Library |
| 8 | 10952/10960/11010 | NY | Rudin/Madison LLP Building |
| 9 | 11194/11193 | PA | Saint Vincent Health Center f.k.a. St. Vincents Hospital & Addition |
| 10 | 6697/11252 | NE | Nebraska Methodist Hospital f.k.a. Methodist Hospital |