IN THE UNITED STATES BANKRUPTCY
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | |

NOTICE OF FILING OF SECOND AMENDED RULE 2019 STATEMENT
SUBSTITUTION OF LAW FIRM AND CHANGE OF ADDRESS

TO CREDITORS AND OTHER PARTIES IN INTEREST AND ALL PARTIES WHO HAVE REQUESTED NOTICES PURSUANT TO FED.R.BANKR.P. 2002, NOTICE IS HEREBY GIVEN THAT:

Paul D. Henderson, formerly of the law firm of Dies, Dies & Henderson, 1009 W. Green Avenue, Orange, Texas respectfully move the Court to substitute the law firm of PAUL D. HENDERSON, P.C. and pursuant to Rule 2002 and 9010 of the Federal Rules of Bankruptcy request that all notices given or required to be given and all papers served or required to be served, in this case be given to and served upon the following attorney at the following address:

> Paul D. Henderson
> **Paul D. Henderson, P.C.**
> **State Bar No. 09426300**
> **712 W. Division Avenue**
> **Orange, Texas 77630-6320**
> **(409) 886-0172 - Telephone**
> **(409) 886-3255 - Telecopier**
> **phenderson@paulhendersonlaw.com**

FURTHER, PLEASE TAKE NOTICE that in compliance with the October 22, 2004 Order of the Court, has filed its First Amended Statement to Fed.R.Bankr.P. 2019.

Exhibits have not been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compace disk ("CD"). Said exhibits may be accessed by parties who obtain a Court order authorizine access.

> Clerk
> United States Bankruptcy Court
> District of Delaware
> 824 Market Street
> Wilmington, DE 19801

Dated October 19, 2006

Respectfully submitted,

*[signature]*

PAUL D. HENDERSON
STATE BAR NO. 09426300
712 W. Division Avenue
Orange, Texas 77630
(409) 886-0172 Telephone
(409) 883-4814 Facsimile
phederson@paulhendersonlaw.com

IN THE UNITED STATES BANKRUPTCY
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby CERTIFIES

That on the 19th day of October, 2006, a true and correct copy *NOTICE OF FILING OF SECOND AMENDED RULE 2019 STATEMENT, SUBSTITUTION OF LAW FIRM AND CHANGE OF ADDRESS,* together with exhibits recorded in compact disk format, was served upon the following parties:

| US Bankruptcy Court | Frank J. Perch III | Laura Davis Jones |
| District of Delaware | Office of the U.S. | Pachulski Ziehl Stang |
| c/o Bankruptcy Clerk | Trustee | Ziehl Young Jones |
| 824 Market Street | 844 King Street | 919 N. Market Street |
| 3rd Floor | Suite 2207 Lock Box 35 | 16th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 | Wilmington, DE 19899 |

That on the 19th day of October, 2006, a true and correct copy of above-referenced document was served upon the Official Service List via regular U.S. Mail, postage pre-paid, at their respective address (unless noted otherwise, or otherwise served via electronic mail.

I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Respectfully submitted,

PAUL D. HENDERSON
STATE BAR NO. 09426300
712 W. Division Avenue
Orange, Texas 77630
(409) 886-0172 Telephone
(409) 883-4814 Facsimile
phederson@paulhendersonlaw.com