UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al,<br><br>Debtor. | Chapter 11-<br><br>Case No. 01-11397(JKF)<br>(Jointly Administered) |

SECOND AMENDED VERIFIED STATEMENT OF PAUL D. HENDERSON, P.C.
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

I, Paul D. Henderson, under penalty of perjury pursuant to the laws of the United States of America, declare as follows:

1. I am an attorney with the law firm of Paul D. Henderson, P.C. (the "Firm"), formerly with the law firm of Dies, Dies & Henderson, 1009 W. Green Avenue, Orange, Texas 77630. I am a member in good standing of bar of the State of Texas. I am admitted to practice in the United States District Courts for the Southern district of Texas.

2. I make this Verified Statement (the "Statement") pursuant to Federal Rule of Bankruptcy Procedure 2019 and the Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 (the "Order"). I am involved in the Firm's representation of personal injury claimants and based upon a review of the business records of the Firm, I have personal knowledge of the facts set forth herein.

3. As of the date of this statement, the Firm represents a number of personal injury claimants (the "Creditors" or individually, a "Creditor") who have been injured by asbestos or asbestos-containing products mined, manufactured, marketed, distributed, sold, installed, and/or produced by the above-referenced debtors and debtors-in-possession (collectively, the "Debtors"). As a result of their injuries, the Creditors hold claims against, inter alia, one or more of the debtors or

1

debtor-in-possession. A list of the Creditors represented by the firm was filed in a First Amended 2019 Statement on October 28, 2005, including the name and personal address of each Creditor, the type of disease giving rise to each Creditor's claim, a recitation of the pertinent facts and circumstances in connection with the employment of the Firm by the Creditor.

4. Each of the Creditors has employed the Firm by means of a contract between the Firm and the Creditor, or between the Creditor and referring counsel. Each of the Creditors has authorized the Firm to act on their behalf in this matter, among others, by executing a General Power of Attorney. Pursuant to the requirements of the Order, a blank, un-redacted exemplar of the General Power of Attorney is attached hereto as Exhibit "A".

5. At the time of employment of the Firm, the Firm retained a contingent fee interest in each Creditor's claim against the Debtors. The date when such interest was acquired depends upon the date each Creditor entered into his or her contract with the Firm or referring counsel. The Firm has not purchased any claims against the Debtor, nor has it sold or otherwise disposed of claims against the Debtor.

Dated: October 19, 2006.                    Respectfully submitted,

/Paul D. Henderson
Texas State Bar No. 09426300
**Paul D. Henderson, P.C.**
712 W. Division Avenue
Orange, Texas 77630-6320
(409) 886-0172 Telephone
(409) 886-3255 Telecopier

Attorney for Asbestos Claimants

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                              )
                                    )
                                    )    Chapter 11-
W. R. GRACE & DO., et al            )
                                    )    Case No. 01-1139(JKF)
                                    )    (Jointly Administered)
            Debtor.                 )


GENERAL POWER OF ATTORNEY

To:   Paul D. Henderson
      Paul D. Henderson, P.C.
      712 W. Division Avenue
      Orange, Texas 77630

   The undersigned claimant hereby authorizes you, or any one of you, as attorney in fact for the undersigned and with full power of substitution to vote on any questions that may be lawfully submitted to creditors of **ACandS Inc.** (hereinafter "Debtor"), in any Chapter 11 proceeding filed on behalf of the Debtor; to vote, after review of the appropriate disclosure statements, for any Plan of Reorganization of the Debtor; and, in general, to perform any act not constituting the practice of law for the undesigned in all matters arising n this case.  I understand that the Plan of Reorganization that the Debtor intends to propose will be consistent with the basic terms of the Term Sheet for the Treatment of Asbestos Claims Under the Proposed Plan of Reorganization. I also understand that, should I wish, after review of an appropriate disclosure statement, I can vote to accept or reject any Plan of Reorganization proposed by the Debtor and that any vote I may cast will override any ballot submitted pursuant to this power of attorney.

Date: _____          Signed: _____

                               Printed Name: _____
                                             FIELD(1)

                               Address: _____

                                        _____

                                        _____

                               SS#: _____

Injured Party
FIELD(5)

EXHIBIT "A"