**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on October 19, 2006, I caused a copy of *Official Committee Of Asbestos Personal Injury Claimants' First Set Of Requests For Admission And Supplemental Interrogatory Directed To The Debtors* to be served upon the following in the manner indicated:

| **Hand Delivery** | **Federal Express** | **Federal Express** |
|---|---|---|
| Laura Davis Jones, Esquire | David Bernick, Esquire | Barbara Harding, Esquire |
| James O'Neill, Esquire. | Kirkland & Ellis | Kirkland & Ellis |
| Pachulski, Stang, Ziehl, Young, | 200 East Randolph Drive | 655 Fifteenth Street, N.W. |
| Jones & Weintraub, LLP | Chicago, IL 60601 | Washington, D.C. 20005-5793 |
| 919 North Market Street, 17th Floor | | |
| Wilmington, DE 19899-8705 | | |

In addition, I caused a copy of the *Official Committee Of Asbestos Personal Injury Claimants' First Set Of Requests For Admission And Supplemental Interrogatory Directed To The Debtors* to be served upon the individuals on the attached Exhibit A via e-mail.

Dated: October 19, 2006        CAMPBELL & LEVINE, LLC

/S/ Mark Hurford
Mark T. Hurford  (No. 3299)
800 King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0050052.1 }