IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 9, 2006, at 4:00 p.m. (prevailing eastern time) |

### FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL TAX COUNSEL FEE APPLICATION FOR THE PERIOD AUGUST 1, 2006 THROUGH AUGUST 31, 2006

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CH\884353.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200  Fax: (202) 637-2201
www.lw.com

Tax Identification No: 95-2018373

**INVOICE (REVISED)**

August 31, 2006

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA 19170

For questions call:
Edith Parker at (202) 350-5039

Please identify your check with the following number:
Invoice No. 60312743
File No. 042362-0000

For professional services rendered through August 31, 2006
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| 08/01/06 | PBW | .70 | CONFERENCE WITH N. DENOVIO REGARDING TREATMENT OF TAX ATTRIBUTES IN AN OWNERSHIP CHANGE; RESEARCH SAME; CORRESPONDENCE WITH N. DENOVIO ON SAME |
| 08/02/06 | NJD | 3.80 | REVIEW MATERIALS FROM C. FINKE REGARDING SECTION 382 ISSUES; REVIEW AUTHORITY REGARDING SAME; CONFERENCE CALL WITH C. FINKE AND A. GIBBONS; REVIEW SECTION 1.382-2T(J)(3) ISSUES, POTENTIAL NUBIL ISSUES; VALUATION QUESTIONS |
| 08/02/06 | SRW | 1.80 | REVIEW TAX ISSUES; EMAIL REGARDING TAX ISSUES; TELEPHONE CONFERENCE WITH N. DE *** |
| 08/02/06 | PBW | 2.50 | CONFERENCE WITH N. DENOVIO REGARDING TREATMENT OF TAX ATTRIBUTES IN AN OWNERSHIP CHANGE; REVIEW CLIENT MATERIALS REGARDING SAME; TELECONFERENCE WITH C. FINKE OF W. R. GRACE AND N. DENOVIO OF LATHAM REGARDING SAME; RESEARCH AND CORRESPONDENCE REGARDING SAME |
| 08/03/06 | NJD | 1.60 | REVIEW MATERIALS CONCERNING 5% SHAREHOLDER ISSUE; REVIEW SECTION 382 REGULATIONS ON NUBIL; NOTICE 2003-65; RECENT PLRS AND TAMS REGARDING SAME |
| 08/09/06 | PBW | .10 | CORRESPONDENCE WITH N. DENOVIO REGARDING NET OPERATING LOSS MATTERS |
| 08/10/06 | NJD | 1.10 | REVIEW AND ANALYSIS OF SECTION 382 ISSUES |
| 08/10/06 | PBW | 3.40 | TELECONFERENCE WITH N. DENOVIO |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 60312743

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| | | | REGARDING MULTIPLE NET OPERATING LOSS MATTERS; RESEARCH SAME; CORRESPONDENCE TO N. DENOVIO ON SAME |
| 08/21/06 | NJD | .80 | TELEPHONE CONFERENCE WITH A. GIBBONS; REVIEW SECTION 367(B) ISSUES |
| 08/23/06 | NJD | 2.80 | ALLTECH/GRACE GROM GMBH RESTRUCTURING; TELEPHONE CONFERENCE WITH A. GIBBONS; REVIEW AND ANALYSIS OF SECTION 367 INDIRECT SHARE TRANSFER RULES AND POSSIBLE NEED FOR GRA |
| 08/24/06 | NJD | .80 | ALTECH GERMANY AND GROM MERGER; SECTION 367 ISSUES; EMAILS |
| 08/25/06 | DSR | .50 | REVIEWED E-MAIL CORRESPONDENCE FROM N. DE NOVIO |
| 08/28/06 | NJD | 1.60 | SECTION 367 INDIRECT SHARE TRANSFER ISSUES; GRON GERMANS MERGER |
| 08/31/06 | NJD | .80 | REVIEW SECTION 382 RULES REGARDING VALUATION ISSUES |

Attorney Hours:

| | | | | | |
|---|---|---|---|---|---|
| N J DENOVIO | (PARTNER) | 13.30 hrs @ | $695.00 | /hr. | $9,243.50 |
| S R WEINER | (PARTNER) | 1.80 hrs @ | $750.00 | /hr. | $1,350.00 |
| D S RAAB | (PARTNER) | .50 hrs @ | $825.00 | /hr. | $ 412.50 |
| P B WHEELER | (ASSOC (BAR PDG)) | 6.70 hrs @ | $345.00 | /hr. | $2,311.50 |

Paralegal Hours:

Total Services          22.3 hrs                                   $13,317.50

Other charges:

TELEPHONE                          0.82

Total other charges                                                       .82

Total current charges                                              13,318.32

Balance due from previous billing:                                  12,615.08

BALANCE DUE                                                       $25,933.40

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 60312743

2

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200  Fax: (202) 637-2201
www.lw.com

**INVOICE (REVISED)**

August 31, 2006

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA 19170

For questions call:
Edith Parker at (202) 350-5039

Please identify your check with the following number:
Invoice No. 60312743
File No. 042362-0000

---

**REMITTANCE COPY**

## FEDERAL TAX GENERAL PLANNING

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| **Prior Billings:** | | |
| **Amounts Due on Prior Billings** | | 12,615.08 |
| **Current Billing:** | | |
| August 31, 2006 | 60312743 | $13,318.32 |
| **Balance Due** | | **$25,933.40** |

**AMOUNT REMITTED:**       $ _____

**Method of Payment:**

☐ CHECK     ☐ WIRE TRANSFER

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200  Fax: (202) 637-2201
www.lw.com

**INVOICE**

August 31, 2006

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA 19170

For questions call:
Edith Parker at (202) 350-5038

Please identify your check with the following number:
Invoice No. 60312744
File No. 042362-0001

For professional services rendered through August 31, 2006
re: **EQUITAS AGREEMENT**

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|

**Attorney Hours:**

**Paralegal Hours:**

| | | | | |
|---|---|---|---|---|
| Total Services | | 0.0 hrs | | $ .00 |

Other charges:

| | | |
|---|---|---|
| TELEPHONE | 5.36 | |
| Total other charges | | 5.36 |

| | |
|---|---|
| Total current charges | 5.36 |
| Balance due from previous billing: | 19,959.34 |
| BALANCE DUE | $19,964.70 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 60312744

DC\915666.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200 Fax: (202) 637-2201
www.lw.com

**INVOICE**

August 31, 2006

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA 19170

For questions call:
Edith Parker at (202) 350-5039

Please identify your check with the following number:
Invoice No. 60312744
File No. 042362-0001

## REMITTANCE COPY

### EQUITAS AGREEMENT

| **Invoice Date** | **Invoice Number** | **Invoice Amount** |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 19,959.34 |
| Current Billing: | | |
| August 31, 2006 | 60312744 | $ 5.36 |
| **Balance Due** | | **$19,964.70** |

**AMOUNT REMITTED:**          $ _____

### Method of Payment:

☐ CHECK      ☐ WIRE TRANSFER

DC\915666.1