IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** November 9, 2006, at 4:00 p.m. (prevailing eastern time) |

## FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL TAX COUNSEL FEE APPLICATION FOR THE PERIOD JULY 1, 2006 THROUGH JULY 31, 2006

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CH\881019.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200 Fax: (202) 637-2201
www.lw.com

Tax Identification No: 95-2018373

**INVOICE (REVISED)**

July 31, 2006

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA 19170

For questions call:
Edith Parker at (202) 350-5039

Please identify your check with the following number.
Invoice No. 60311363
File No. 042362-0000

For professional services rendered through July 31, 2006
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| 07/21/06 | NJD | 3.00 | MEETING AT GRACE HEADQUARTERS IN BOCA RATON, FLORIDA |
| 07/21/06 | PBW | .10 | CORRESPONDENCE WITH N. DENOVIO REGARDING RESEARCH RESULTS CONCERNING TAX TREATMENT OF EQUITAS SETTLEMENT |
| 07/24/06 | NJD | .70 | REVIEW ISSUE OF SECTION 382 ANALYSIS |
| 07/26/06 | NJD | .80 | PRELIMINARY REVIEW OF SECTION 382(L)(5) AUTHORITIES ON ISSUE OF AVOIDING CHANGE OF CONTROL BASED ON HISTORIC SHAREHOLDERS AND CREDITORS OWNING 50% |

**Attorney Hours:**

| | | | | | | |
|---|---|---|---|---|---|---|
| N J DENOVIO | (PARTNER) | 4.50 hrs @ | $695.00 | /hr. | 3,127.50 |
| P B WHEELER | (ASSOC (BAR PDG)) | 0.10 hrs @ | $285.00 | /hr. | 28.50 |

**Paralegal Hours:**

Total Services        4.6 hrs                    $3,156.00

**Other charges:**

| | |
|---|---|
| TELECOPYING | 32.50 |
| PHOTOCOPYING | 0.51 |
| TELEPHONE | 2.60 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 60311363

DC\907121.2

| | |
|---|---:|
| Total other charges | 35.61 |
| Total current charges | **3,191.61** |
| Balance due from previous billing: | 9,423.47 |
| BALANCE DUE | **$12,615.08** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 60311363

2

DC\907121.2

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200 Fax: (202) 637-2201
www.lw.com

**INVOICE (REVISED)**
July 31, 2006

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA 19170

For questions call:
Edith Parker at (202) 350-5039

Please identify your check with the following number:
Invoice No. 60311363
File No. 042362-0000

---

## REMITTANCE COPY

### FEDERAL TAX GENERAL PLANNING

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| **Prior Billings:** | | |
| **Amounts Due on Prior Billings** | | 9,423.47 |
| **Current Billing:** | | |
| July 31, 2006 | 60311363 | $3,191.61 |
| **Balance Due** | | **$12,615.08** |

**AMOUNT REMITTED:**   $ _____

**Method of Payment:**

☐ CHECK    ☐ WIRE TRANSFER

DC\907121.2

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200  Fax: (202) 637-2201
www.lw.com

Tax Identification No: 95-2018373

**INVOICE**
July 31, 2006

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA 19170

For questions call:
Edita Parker at (202) 350-5039

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Please identify your check with the following number:
Invoice No. 60311364
File No. 042362-0001

For professional services rendered through July 31, 2006
re: **EQUITAS AGREEMENT**

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 07/05/06 | NJD | 2.70 | REVIEW AND ANALYSIS OF TAX ACCOUNTING ISSUES ON EQUITAS PROPOSALS; CONFERENCE WITH C. FINKE; REVIEW AUTHORITIES ON QUALIFIED SETTLEMENT FUNDS UNDER SECTION 468B AND CLAIM OF RIGHT DOCTRINE |
| 07/05/06 | PBW | 2.50 | CONFERENCE WITH N. DENOVIO REGARDING EQUITAS SETTLEMENT AGREEMENT; REVIEW AND REVISE SAME |
| 07/06/06 | NJD | 2.20 | REVIEW IF REVISED AGREEMENT WITH EQUITAS; CONFERENCE CALLS WITH C. FINKE AND J. HUGHES REGARDING NECESSARY ACTION ITEMS |
| 07/06/06 | PBW | 1.90 | CONFERENCE WITH N. DENOVIO REGARDING EQUITAS SETTLEMENT AGREEMENT ISSUES; TELECONFERENCE WITH C. FINKE AND J. HUGHES OF W.R. GRACE AND N. DENOVIO OF LATHAM REGARDING OUR COMMENTS ON SAME |
| 07/07/06 | NJD | .40 | REVIEW REVISED AGREEMENT; TELEPHONE CONFERENCE WITH C. FINKE |
| 07/10/06 | NJD | 1.40 | REVIEW OF REVISED AGREEMENT WITH EQUITAS; REVIEW CLAIM OF RIGHT DOCTRINE AUTHORITIES IN CONTEXT OF POTENTIAL LETTER OF CREDIT TO BE POSTED BY GRACE AS PART OF TRANSACTION; REVIEW ISSUE OF BOOK/TAX SYMMETRY, NOTICE 2004-34, SECTION 263-5 REGULATIONS |
| 07/10/06 | PBW | .20 | CONFERENCE WITH N. DENOVIO REGARDING EQUITAS SETTLEMENT AGREEMENT; CORRESPONDENCE WITH C. FINKE AND J. |

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| 07/11/06 | NJD | 3.50 | HUGHES ON SAME; CONFERENCE WITH N. DENOVIO REGARDING TREATMENT OF TAX YEAR IN CERTAIN REORGANIZATION REVIEW EMAILS; TELEPHONE CONFERENCES WITH E. FILON AND C. FINKE REGARDING ISSUES WITH CREDITORS COMMUNICATIONS; REVIEW POTENTIAL ELECTION UNDER REGULATION 1.468B FOR GRANTOR TRUST STATUS, ECONOMIC PERFORMANCE, TAX ACCOUNTING, QSF VERSUS DSF |
| 07/11/06 | PBW | 4.40 | RESEARCH REGARDING TREATMENT OF TAX YEAR IN CERTAIN REORGANIZATION; CONFERENCE AND CORRESPONDENCE WITH N. DENOVIO ON SAME; RESEARCH TAX ISSUES REGARDING QUALIFIED SETTLEMENT FUND INCLUDING GRANTOR TRUST ELECTION; CONFERENCE WITH N. DENOVIO ON SAME |
| 07/12/06 | NJD | 1.10 | TELEPHONE CONFERENCE WITH C. FINKE; REVIEW ISSUES REGARDING EQUITAS AGREEMENT |
| 07/12/06 | PBW | .30 | REVIEW DRAFT BANKRUPTCY COURT ORDER; CONFERENCE WITH N. DENOVIO ON SAME; LEAVE VOICEMAIL MESSAGE WITH N. DENOVIO FOR C. FINKE OF W.R. GRACE ON SAME |
| 07/13/06 | NJD | .40 | REVIEW EMAIL REGARDING LATEST EQUITAS STATUS; RESPOND TO SAME |
| 07/13/06 | PBW | .20 | REVIEW CORRESPONDENCE FROM C. FINKE REGARDING DEVELOPMENTS IN EQUITAS SETTLEMENT; REVIEW REVISED DRAFT BANKRUPTCY COURT ORDER |
| 07/14/06 | NJD | .80 | REVIEW EMAILS REGARDING STATUS OF EQUITAS AGREEMENT; REVIEW PROPOSED ORDER DRAFT |
| 07/14/06 | PBW | .10 | REVIEW CORRESPONDENCE FROM C. FINKE OF W.R. GRACE; CONFERENCE WITH N. DENOVIO ON SAME |
| 07/17/06 | NJD | .80 | REVIEW EMAIL; REVIEW ORDER; TELEPHONE CONFERENCE WITH C. FINKE |
| 07/19/06 | NJD | .30 | REVIEW ISSUES WITH REGARD TO EQUITAS STRUCTURE |
| 07/19/06 | NJD | .30 | REVIEW QSP ISSUE |
| 07/20/06 | PBW | 2.00 | FOLLOW-UP RESEARCH REGARDING TAX TREATMENT OF EQUITAS SETTLEMENT; CORRESPONDENCE WITH N. DENOVIO ON SAME |

Attorney Hours:

| | | | | |
|---|---|---|---|---|
| N J DENOVIO | (PARTNER) | 13.90 hrs @ | $695.00 /hr. | $9,660.50 |
| P B WHEELER | (ASSOC (BAR PDG)) | 11.60 hrs @ | $285.00 /hr. | $3,306.00 |

Paralegal Hours:

Total Services             25.5 hrs                                    $12,966.50

Other charges:

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 60311384

2

DC\907123.1

| | |
|---|---:|
| Total other charges | .00 |
| Total current charges | 12,966.50 |
| Balance due from previous billing: | 6,992.84 |
| BALANCE DUE | $19,959.34 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 60311364

3

DC\907123.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200  Fax: (202) 637-2201
www.lw.com

**INVOICE**

July 31, 2006

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA 19170

For questions call:
Edith Parker at (202) 350-5039

Please identify your check with the following number:
Invoice No.  60311364
File No.  042362-0001

---

**REMITTANCE COPY**

### EQUITAS AGREEMENT

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| Prior Billings: | | |
| Amounts Due on Prior Billings | | 6,992.84 |
| Current Billing: | | |
| July 31, 2006 | 60311364 | $12,966.50 |
| Balance Due | | $19,959.34 |

AMOUNT REMITTED:  $ _____

**Method of Payment:**

☐ CHECK     ☐ WIRE TRANSFER

DC\907123.1