IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[2] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Objection Deadline: November 9, 2006, at 4:00 p.m. (prevailing eastern time) |

### FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY
### SPECIAL TAX COUNSEL FEE APPLICATION
### FOR THE PERIOD JUNE 1, 2006 THROUGH JUNE 30, 2006

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CH\880880.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200  Fax: (202) 637-2201
www.lw.com

Tax Identification No: 95-2018373

**INVOICE (REVISED)**

June 30, 2006

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA 19170

Please identify your check with the following number:
Invoice No. 60309782
File No. 042362-0000

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

For professional services rendered through June 30, 2006
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 06/05/06 | NJD | .40 | TELEPHONE CONFERENCE WITH A. GIBBONS REGARDING SECTION 956 ISSUES IN PREPAID ROYALTY AGREEMENT |
| 06/06/06 | NJD | 1.00 | TELEPHONE CONFERENCE WITH A. GIBBONS REGARDING PREPAID ROYALTY; SECTION 956 AND FOREIGN TAX CREDIT ISSUES; REVIEW AUTHORITY REGARDING FTC ELECTION FOR CREDIT OR DEDUCTION; SECTIONS 901 AND 6511 |
| 06/09/06 | NJD | 1.30 | REVIEW AUTHORITY ON ISSUE OF PREPAID ROYALTY AS COMPARED TO DEBT INSTRUMENT IN CONTEXT OF TAX ACCOUNTING; DETAILED EMAIL TO A. GIBBONS |
| 06/10/06 | NJD | .50 | REVIEW PREPAID ROYALTY ISSUE EMAIL AND SPREAD SHEETS FROM A. GIBBONS |
| 06/12/06 | NJD | 2.20 | DETAILED REVIEW OF MATERIALS PROVIDED BY A. GIBBONS REGARDING PREPAID ROYALTY ALTERNATIVES; REVIEW OF AUTHORITY REGARDING DETERMINING APPROPRIATE U.S. FEDERAL TAX STATUS OF PROPOSED TRANSACTION AS EITHER A LOAN, WITH RESULTING SECTION 956 ISSUES, OR AS A PREPAYMENT OF ROYALTY INCOME TO GRACE-CONN; TELEPHONE CONFERENCE WITH A. GIBBONS REGARDING SAME |
| 06/12/06 | PBW | 1.50 | CONFERENCE WITH N. DENOVIO REGARDING TAX TREATMENT OF PREPAID ROYALTY; BEGIN RESEARCH ON SAME |
| 06/13/06 | NJD | 1.60 | REVIEW OF MULTIPLE AUTHORITIES ON ISSUE OF |

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| | | | PREPAID ROYALTY AS COMPARED TO LOAN UNDER SECTION 956 FOR TAX ACCOUNTING PURPOSES IN CONTEXT OF GRACE GMBH PLANNING |
| 06/13/06 | PBW | 5.00 | CONTINUE RESEARCH ON TAX TREATMENT OF PREPAID ROYALTY; CONFERENCES WITH N. DENOVIO ON SAME; DRAFT SUMMARY OF FINDINGS |
| 06/14/06 | NJD | 1.20 | CONTINUE REVIEW OF AUTHORITY ON POTENTIAL RECAST AS LOAN TRANSACTION FOR PREPAID ROYALTY FROM GRACE GMBH TO GRACE-CONN; TELEPHONE CONFERENCE WITH A. GIBBONS REGARDING SAME |
| 06/15/06 | DSR | .50 | ANALYSIS REGARDING TAX ISSUE |
| 06/16/06 | NJD | .90 | REVIEW OF PREPAID ROYALTY ISSUE; COMMENT ON A GIBBONS DRAFT OF AGREEMENT; TELEPHONE CONFERENCE WITH D. RAAB OF NY OFFICE REGARDING POTENTIAL EXPOSURE FOR DEBT INSTRUMENT CHARACTERIZATION |
| 06/22/06 | NJD | .80 | REVIEW OF REVISED INTERCO LICENSE AGREEMENT BETWEEN GRACE-CONN AND GRACE GMBH; TELEPHONE CONFERENCE WITH A. GIBBONS; REVIEW DEBT INSTRUMENT STANDARDS AND ISSUE |
| 06/23/06 | NJD | .40 | REVIEW OF GERMAN LICENSING ISSUES, SECTION 956 RISK |

Attorney Hours:

| | | | | | |
|---|---|---|---|---|---|
| N J DENOVIO | (PARTNER, SR.) | 10.30 hrs @ | $695.00 | /hr. | $7,158.50 |
| D S RAAB | (PARTNER) | 0.50 hrs @ | $825.00 | /hr. | $ 412.50 |
| P B WHEELER | (ASSOC (BAR PDG)) | 6.50 hrs @ | $285.00 | /hr. | $1,852.50 |

Paralegal Hours:

| | | |
|---|---|---|
| Total Services | 17.3 hrs | $9,423.50 |

Other charges:

| | |
|---|---|
| Total other charges | .00 |
| | |
| Total current charges | 9,423.50 |
| Balance due from previous billing: | .00 |
| BALANCE DUE | $9,423.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 603097 R2

2

DC\901601.2

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200  Fax: (202) 637-2201
www.lw.com

Tax Identification No: 95-2018373

**INVOICE (REVISED)**

June 30, 2006

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA  19170

Please identify your check with the following number:
Invoice No.  60309782
File No.  042362-0000

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

---

**REMITTANCE COPY**

**FEDERAL TAX GENERAL PLANNING**

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| **Prior Billings:** | | |
| **Amounts Due on Prior Billings** | | .00 |
| **Current Billing:** | | |
| June 30, 2006 | 60309782 | $9,423.50 |
| **Balance Due** | | **$9,423.50** |

**AMOUNT REMITTED:**               $ _____

**Method of Payment:**

☐ CHECK       ☐ WIRE TRANSFER

DC\901601.2

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200  Fax: (202) 637-2201
www.lw.com

Tax Identification No: 95-2018373

**INVOICE**

June 30, 2006

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA 19170

For questions call:
Edith Parker at (202) 350-6039

Please identify your check with the following number:
Invoice No. 60310445
File No. 042362-0001

For professional services rendered through June 30, 2006
re: **EQUITAS AGREEMENT**

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 06/28/06 | NJD | 1.30 | REVIEW ISSUE OF INSURANCE SETTLEMENT; QUALIFIED SETTLEMENT FUND; INCLUSION FOR SECTION 451 PURPOSES |
| 06/28/06 | PBW | 6.10 | CONFERENCE WITH N. DENOVIO REGARDING TAX TREATMENT OF SETTLEMENT AGREEMENT; RESEARCH SAME |
| 06/29/06 | NJD | 2.80 | REVIEW AND ANALYSIS OF EQUITAS AGREEMENT ISSUES; TAX ACCOUNTING; INCLUSION OF INCOME BY GRACE ON CLAIM OF RIGHT ISSUES; ANALYSIS OF POSSIBLE RESTRUCTURING OF AGREEMENT TO SUPPORT CURRENT INCOME AND AVOID SECTION 468B; REVIEW AUTHORITIES REGARDING SAME; BRIEFING MS. C. FINKE REGARDING SAME |
| 06/29/06 | PBW | 5.90 | CONTINUE RESEARCH REGARDING TAX TREATMENT OF SETTLEMENT AGREEMENT; CONFERENCE WITH N. DENOVIO ON SAME; DRAFT CORRESPONDENCE ON SAME |
| 06/30/06 | NJD | .70 | EMAIL EXCHANGES WITH GRACE TAX REGARDING CLAIM OF RIGHT DOCTRINE ISSUES; CONFERENCE CALL WITH GRACE TAX AND LEGAL REGARDING SAME PER EQUITAS PENDING MATTER |
| 06/30/06 | PBW | .80 | CONTINUE RESEARCH ON TAX TREATMENT OF SETTLEMENT AGREEMENT; DRAFT ADDITIONAL CORRESPONDENCE REGARDING SAME |

Attorney Hours:

| | | | | | |
|---|---|---|---|---|---|
| N J DENOVIO | (PARTNER) | 4.80 hrs @ | $695.00 /hr. | $3,336.00 |
| P B WHEELER | (ASSOC (BAR PDG)) | 12.80 hrs @ | $285.00 /hr. | $3,648.00 |

Paralegal Hours:

Total Services            17.6 hrs                                      $6,984.00

Other charges:

PHOTOCOPYING                    8.84

Total other charges                                                          8.84


Total current charges                                                    6,992.84

Balance due from previous billing:                                         .00

    BALANCE DUE                                              $6,992.84

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 60310445

2

DC\901670.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200  Fax: (202) 637-2201
www.lw.com

**INVOICE**

June 30, 2006

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA 19170

For questions call:
Edith Parker at (202) 350-5039

Please identify your check with the following number:
Invoice No. 60310445
File No. 042362-0001

---

**REMITTANCE COPY**

EQUITAS AGREEMENT

| **Invoice Date** | **Invoice Number** | **Invoice Amount** |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | .00 |
| Current Billing: | | |
| June 30, 2006 | 60310445 | $6,992.84 |
| **Balance Due** | | **$6,992.84** |

**AMOUNT REMITTED:**   $ _____

**Method of Payment:**

☐ CHECK    ☐ WIRE TRANSFER

DC\901670.1