IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Dkt. No. 9315, 9300, 9302, 12405, 13432** |

### ORDER DISALLOWING AND EXPUNGING ASBESTOS PROPERTY DAMAGE CLAIMS

WHEREAS the Debtors and the Speights & Runyan firm have stipulated and agreed that all asbestos property damage claims ("PD Claims") identified on the attached Exhibit A shall be withdrawn and expunged,

IT IS HEREBY ORDERED:

All PD Claims identified on the attached Exhibit A are hereby withdrawn and expunged.

Date: October 22, 2006

_Judith K. Fitzgerald_
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

rmab