# Exhibit A

91100-001\DOCS_DE:118893.2

## EXHIBIT A

| PROTIVITI | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #11908 | $88,886.00 | $8,657.24 | $88,886.00 | $8,657.24 |
| Total: $97,543.24 | $88,886.00 | $8,657.24 | $88,886.00 | $8,657.24 |