# Exhibit A

DOCS_DE:113703.8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | Re: Docket No. 12817, 12942 |

8/21/2006 Agenda Matter No. 11

## ORDER

Upon consideration of the Motion to Amend Case Management Order for the Estimation of Asbestos Personal Injury Liabilities [Docket No. 12817] filed by SimmonsCooper LLC, the Debtors' objection to the same [Docket No. 12942], and oral argument on the issue;

IT IS HEREBY ORDERED on this _____ day of _____, 2006 that:

1. The Motion to Amend the Case Management Order for the Estimation of Asbestos Personal Injuries is **DENIED** without prejudice; and it is further ordered that

2. Within 30 days of the entry of this order, the Debtors' post on their Chapter 11 website (www.graceclaims.com) the following: a) a list of Debtors; b) a list of the products containing asbestos manufactured, distributed or sold by the Debtors; and c) a list of the Debtors' manufacturing plants, mining facilities, and major distribution points for such products.

**SO ORDERED**

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge