
LAW FIRM

Ref. No.: 204351.2.20022
Our ref.: MP/lz

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (___) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## AFFIDAVIT UNDER 11 U.S.C. 327(e)

Magdalena Persson, being duly sworn, upon her oath, deposes and says:

1. I am an Advokat/Partner of MAQS Law Firm, located at Östra Hamngatan 24, Box 11918, SE-404 39 Gothenburg, Sweden (the "Firm").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Tack Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

MAQS LAW FIRM ADVOKATBYRÅ AB
ÖSTRA HAMNGATAN 24, BOX 11918, SE-404 39 GOTHENBURG, SWEDEN
TEL +46 31 10 20 30 | FAX +46 31 10 20 40 | E-MAIL GOTHENBURG@SE.MAQS.COM | REG. NO. 556559-7092
WWW.MAQS.COM

2.  The Debtors have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3.  The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases.

4.  As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates, save as set out below in section 6.

5.  Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6.  Except for a potential adverse issue in relation to Grace Catalyst AB's operations in Stenungsund, Sweden, where the Firm represents the employee Mr Idelman in an employment dispute against Grace Catalyst AB, neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7.  The Debtors owe the Firm $-0- for prepetition services.

8.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Executed on 11 October 2006

*[signature]*

Magdalena Persson
MAQS Law Firm





# NOTARIUS PUBLICUS I GÖTEBORG
## ADVOKAT BJÖRN MAGNUSSON

I, the undersigned, BJÖRN MAGNUSSON, Notary Public of Göteborg, Sweden, do hereby certify,

that   **Magdalena Persson**-

with Swedish Personal No. 631115-7801

has personally signed the attached document.

Göteborg, this 11th day of October 2006

Ex officio:

Björn Magnusson

Exp. No.: 123899

Fee: SEK 220:-




| Postadress/Postal Address | Besöksadress/Visitors | Exp. tid/Office hours | Telefon/Telephone | Telefax |
|---|---|---|---|---|
| Box 11911 | Drottninggatan 38 | 10:00-12:00, 13:00-15:30 | Nat 031-799 10 90 | Nat 031-799 10 99 |
| S-404 39 GÖTEBORG | GÖTEBORG | Dag före helgdag/ | Int +46 31 799 10 90 | Int +46 31 799 10 99 |
| | | Day before public holiday 10:00-13:00 | | |
| | | Lördagar stängt/Saturdays closed | | |