# EXHIBIT A

K&E 11382368.1

## **Claimants Listed in Debtors' Seventeenth Omnibus Objection to Claims**

1. ADVANTA BUSINESS SERVICES
2. BANKERS TRUST COMPANY
3. BELLSOUTH CONSOLIDATED
4. BURROUGHS, HEPLER, BROOM, MACDONALD, HEBRANK & TRUE
5. CHESAPEAKE INDUSTRIAL LEASING CO INC.
6. COWLES & THOMPSON PC
7. CSX TRANSPORTATION
8. CUMMINGS PROPERTIES LLC
9. D L PETERSON TRUST
10. DANKA FINANCIAL SYSTEMS
11. DE LAGE LANDEN FINANCIAL TOKAI FINANCIAL
12. ERVIN LEASING COMPANY
13. FIDELITY LEASING INC
14. FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION
15. FREEPORT CENTER ASSOCIATES
16. LONGACRE MASTER FUND LTD
17. GORDON ALTMAN WEITZEN SHAVLOV & WEIN LLP
18. HIGHWOODS REALTY LIMITED PARTNERSHIP
19. KENT HOLDING LLC
20. NTFC CAPITAL CORPORATION
21. ORANGE GROVE INDEPENDENT SCHOOL DISTRICT
22. PUBLIC SERVICE COMPANY OF COLORADO
23. SCHULKE, EARL
24. SIERRA CAPITAL

25. SIERRA NEVADA LIQUIDITY FUND
26. STATE OF LOUISIANA DEPARTMENT OF REVENUE
27. TENNESSEE DEPARTMENT OF REVENUE
28. THE TRAVELERS INDEMNITY CO & AFFILIATES
29. TOYOTA MOTOR CREDIT CORPORATION
30. TXU ELECTRIC COMPANY
31. UNIFIRST CORPORATION
32. WELLS FARGO FINANCIAL LEASING
33. WILLIAMS COMMUNICATIONS SOLUTIONS