# EXHIBIT B

K&E 11401441.2

## Results of Conflicts Searches

| (1) Category in the Debtors' Chapter 11 Cases | (2) Entity Name | (3) Name of Current or Former K&E Client and Relationship with Entity Listed in Column 2 | (4) Client Status | (5) Brief Description of Representation |
|---|---|---|---|---|
| Customer | Genentech, Inc. | Genentech, Inc. (same entity) | Current Client | Representation in matters unrelated to the Debtors |
| Customer | Mitsui - New York | Mitsui Bussan Precious Metals (Hong Kong) Ltd. (affiliate) | Current Client | Representation in matters unrelated to the Debtors |
| Insurer | National Casualty Co. of America | Nationwide General Insurance Company (affiliate) | Current Client | Representation in matters unrelated to the Debtors |
| Financial Advisor | The Blackstone Group | Blackstone Mezzanine Partners LP (subsidiary) | Current Client | Representation in matters unrelated to the Debtors |
|  |  | Blackstone Capital Partners LP (subsidiary) | Current Client | Representation in matters unrelated to the Debtors |
| Ordinary Course Professional | KPMG Legal | James Breen (partner) | Current Client | Representation in matters unrelated to the Debtors |
| Parent and affiliate of Debtholders and Equityholders | Bear, Stearns & Co. Inc. | Bear Stearns Merchant Banking (subsidiary) | Current Client | Representation in matters unrelated to the Debtors |
|  |  | Theodore Young (employee of subsidiary) | Current Client | Representation in matters unrelated to the Debtors |

K&E 11401441.2

| (1) Category in the Debtors' Chapter 11 Cases | (2) Entity Name | (3) Name of Current or Former K&E Client and Relationship with Entity Listed in Column 2 | (4) Client Status | (5) Brief Description of Representation |
|---|---|---|---|---|
| Creditor | GTE | Verizon Capital Corporation (affiliate of GTE and GTEOS) | Current Client | Representations in matters unrelated to the Debtors |
| Significant Unsecured Creditor | GTE Operations Support Inc. (subsidiary of GTE) ("GTEOS") | MCI Communications Services Inc. (affiliate of GTE and GTEOS) | Current Client | Representations in matters unrelated to the Debtors |
| | | Verizon New Jersey Inc. (affiliate of GTE and GTEOS) | Current Client | Representations in matters unrelated to the Debtors |
| Vendor | Marsh USA Inc. | Kroll, Inc. (affiliate) | Current Client | Representation in matters unrelated to the Debtors |
| Rule 2002 Party | Contrarian Capital Management, LLC | Contrarian Capital Management, LLC (same entity; general partner of Contrarian Capital Trade Claims LP) | Current Client | Representation in matters unrelated to the Debtors |
| Rule 2002 Party | Contrarian Capital Trade Claims LP | | | |
| 17th Omnibus Claims Objectee | Toyota Motor Credit Corp. | Toyota Motor Sales, USA, Inc. (affiliate) | Current Client | Representation in matters unrelated to the Debtors |
| 17th Omnibus Claims Objectee | Bankers Trust Company | Bankers Trust Co., New York (subsidiary) | Former Client | Representation in matters unrelated to the Debtors |

3

K&E 11401441.2