# EXHIBIT A

**EXHIBIT A**

**W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139**

**Report on Settlements of Certain Claims and Causes of Action July 1, 2006 through September 30, 2006**

| | | |
|---|---|---|
| Fabrice Scott<br>c/o Joseph Cooper Law Corporation<br>1340 H Street<br>Sacramento, California 95814 | W. R. Grace & Co.-Conn.<br>62 Whittemore Avenue<br>Cambridge, Massachusetts 02140 | Motor vehicle/personal injury case entitled *Fabrice Scott v. W. R. Grace Construction, et al.*, Grace dispenser technician Jeremy Jay Kline acknowledged he ran a red light which resulted in hitting Scott's car, which in turn, hit another car with two occupants (*See also* related lawsuit entitled *Marcus Drake, Ramon Casillas and Brenda Casillas v. W. R. Grace Construction, Jeremy Jay Kline, and Does 1-25*). Case settled on August 3, 2006, and settlement amount of $30,000 paid by Grace's insurance company. |

4