# EXHIBIT A

# EXHIBIT A

## W. R. Grace & Co., et al.

### District of Delaware, Bankruptcy Case No. 01-1139

### Report on *De Minimis* Asset Sales July 1, 2006 through September 30, 2006

**Part I – Sales in excess of $25,000, but less than $250,000**

| Purchaser | Seller | Transaction Description |
|---|---|---|
| Samuel Ramos<br>4100 Wellington Drive<br>Colleyville, Texas 76034 | W. R. Grace & Co.-Conn.<br>7500 Grace Drive<br>Columbia, Maryland 21044 | On July 11, 2006, W. R. Grace & Co.-Conn. sold property known as 2651-2700 Manila Road, Dallas, Texas 75228 to Samuel Ramos. Value: $135,000 |

**Part II – Sales equal to or less than $25,000**

NONE

DOCS_DE:122213.1