IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case no. 01-01139 (JKF) |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Re: Docket Nos. 13327 and 13351 |
| | ) | |

**COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL OF APPELLEES REGARDING THE BANKRUPTCY COURT'S (A) INTERIM ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(D) EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON AND (B) ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121 (D) EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON**

Appellees, the above-captioned debtors and debtors-in-possession (the "Debtors"), by their counsel, pursuant to Federal Rule of Bankruptcy Procedure 8006, in connection with the Appellants' Notice of Appeal [Docket No. 13327 filed on September 29, 2006] of the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Bankruptcy Court's Interim Order Pursuant To Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods In Which To File A Chapter 11 Plan And To Solicit Votes Thereon, entered in these cases on September 19, 2006, docket number 13257 (the "Interim Order") and the Amended Notice of Appeal [Docket No. 13351 on October 3, 2006] of the Interim Order and the Bankruptcy Court's Order Pursuant to Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods In Which To File A Chapter 11 Plan And To Solicit Votes Thereon, entered in these cases on October 3, 2006, docket number 13345, set forth this Counter-Designation of Items to be Included in the Record on Appeal.

In preparing this Counter-Designation of Items to be Included in the Record on Appeal, the Appellees reviewed the Appellants' Designation, which consisted of 3,373 documents. The majority of these documents do not relate to the issue of an exclusivity extension under section 1121(d) of the Bankruptcy Code, which is the subject of the Orders being appealed. Thus, the Appellees do not understand why most items have been designated. Appellees have reviewed the dockets of the main bankruptcy case, Case No. 01-1139, which consists of approximately 13,300 documents, and the dockets of two adversary proceedings, Case Nos. 01-771 and 02-2210, which collectively consist of approximately an additional 1,100 documents, from which Appellants have designated the above-referenced 3,373 documents. Appellees have done their best to counter-designate potentially relevant documents not designated by Appellants which relate to the 3,373 documents that have been designated by Appellants. However, since Appellants have designated thousands of items that do not appear to relate in any way to the issues on appeal, the Appellees, with the District Court's permission, hereby reserve the right to supplement the record on appeal after Appellants file their opening brief. This supplement would pertain solely to additional documents that relate to any of the thousands of documents

designated by Appellants that currently appear to be irrelevant, but to which Appellees may refer in the opening brief. Appellees to not want to overburden the District Court at this time with thousands of additional documents unless it is absolutely necessary based on Appellants' arguments.

A. *Case No. 01-01139 (JKF)    IN RE: W.R. GRACE & CO., ET AL., DEBTORS*

| EXHIBIT | ENTRY DATE | DOCKET NO. | DOCUMENT |
|---|---|---|---|
| 1. | 4/25/2001 | 150 | Affidavit of Thomas M. Sobol, Esq., in Support of Motion for Relief from Stay of Paul Price, Individually & as Proposed Class Representative in Liability Litigation |
| 2. | 5/9/01 | 222 | Transcript of Hrg. 5/3/01 |
| 3. | 5/14/2001 | 262 | Proceeding Memo of Hrg. 5/3/01 |
| 4. | 5/14/2001 | 263 | Proceeding Memo of Discussion re Course of Litigation |
| 5. | 6/27/2001 | 595 | Exhibits to Motion to Establish Bar Date, et al. & Memorandum |
| 6. | 7/11/2001 | 659 | Unsecured Creditors' Committee's Opposition to Joint Motion to Prosecute Fraudulent Transfer Claims |
| 7. | 8/20/2001 | 798 | Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon |
| 8. | 9/10/2001 | 903 | Affidavit of Mark Peterson in Support of Opposition of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion for Entry of a Case Management Order, Establishment of a Bar Date, Approval of the Proof of Claim Forms and Approval of Notice Program |
| 9. | 11/12/2001 | 1108 | Declaration of Daniel L. Rourke, Ph.D. re Debtors' Motion for Leave to File Omnibus Reply in Support of Their Case Management Motion |
| 10. | 11/29/2001 | 1269 | Letter Dated 11/29/01 to Debtors' Counsel from Judge Judith K. Fitzgerald |
| 11. | 12/14/2001 | 1438 | Transcript of Hrg. 11/5/01 |
| 12. | 2/15/2002 | 1677 | Notice of Filing Debtors' Brief Regarding Bar Date and Class Notice |
| 13. | 6/28/2002 | 2304 | Letter to Court enclosing Motion for Leave to File Appeal and Notice of Appeal Filed by Zonolite Attic Insulation Class Plaintiffs |
| 14. | 1/16/2003 | 3257 | Debtors' Fourth Motion for an Order Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon |
| 15. | 4/21/2003 | 3688 | Status Report Pursuant to Court's Order Dated |

|     |            |      |                                                                                                                                                                                                                                     |
|-----|------------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     |            |      | March 31, 2003 Filed by the Debtors                                                                                                                                                                                                 |
| 16. | 10/13/2003 | 4575 | Application of the Debtors Pursuant to 11 U.S.C. §§ 105, 327 and 524(g)(4)(B) for the Appointment of C. Judson Hamlin as Legal Representative for Future Claimants                                                                  |
| 17. | 11/3/2003  | 4659 | Debtors' Request to Hold in Abeyance Their Application to Appoint C. Judson Hamlin as Legal Representative for Future Claimants                                                                                                     |
| 18. | 5/24/2004  | 5638 | Order of Recusal, consistent with the Writ of Mandamus signed on 5/24/2004                                                                                                                                                          |
| 19. | 6/14/2004  | 5808 | Debtors' Motion Pursuant to Sections 105(a), 362, 363, 502 for Dispute Resolution Program to Liquidate Certain Prepetition Claims                                                                                                   |
| 20. | 7/21/2004  | 6009 | Order Granting Limited Waiver For the Purpose of Streamlining Objections to Certain Claims Filed Pursuant to the Bar Date Order                                                                                                     |
| 21. | 8/30/2004  | 6275 | Amendatory Order Requiring the Filing of Statements Pursuant to Fed R. Bankr. 2019                                                                                                                                                  |
| 22. | 10/13/2004 | 6602 | Transcript of Hrg. 9/30/04                                                                                                                                                                                                          |
| 23. | 10/14/2004 | 6642 | Debtors' Motion for Leave from this Court's November 25, 2003 Scheduling Order and to Shorten Notice Period of Debtors' Motion for Entry of an Order Extending the Time Within Which the Debtors Must File a Chapter 11 Plan        |
| 24. | 10/15/2004 | 6644 | Order Granting Motion to Shorten Notice Period of Debtors' Motion for Entry of Order Extending the Time Within Which the Debtors Must File a Chapter 11 Plan                                                                        |
| 25. | 10/20/2004 | 6678 | Future Claimants' Representative's Statement in Support of Debtors' Motion to Extend Time Within Which the Debtors Must File a Chapter 11 Plan                                                                                      |
| 26. | 10/25/2004 | 6715 | Revised Order Requiring the Filing of Statements Pursuant to Fed. R. Bankr. P. 2019                                                                                                                                                 |
| 27. | 11/9/2004  | 6853 | Order Establishing an Alternative Dispute Resolution Program and to Permit the Debtors to Liquidate Certain Prepetition Claims                                                                                                      |
| 28. | 11/15/2004 | 6933 | Debtors' Motion for Entry of an Order Authorizing the Appointment of Raymond G. Thieme, Jr. as the Mediator for the Debtors' ADR Program                                                                                            |
| 29. | 11/29/2004 | 7042 | (Copy from District Court) Memorandum Regarding Order Appointing David Austern as Future Claimants' Representative                                                                                                                  |
| 30. | 11/29/2004 | 7043 | (Copy from District Court) Order Denying Appellants' Appeal of Bankruptcy Court's Order                                                                                                                                             |

|  |  |  | Appointing David Austern as Future Claimants' Representative |
|---|---|---|---|
| 31. | 12/6/2004 | 7104 | Notice of Intent to Object to Claims on the Basis of Materially Insufficient Supporting Information and Opportunity to Supplement Claims |
| 32. | 12/15/2004 | 7190 | Debtors' Suggestion to the Court of Protocol for Proceedings for the January 21, 2005 and the January 24, 2005 Hearings Scheduled in These Cases |
| 33. | 1/24/2005 | 7611 | Order (Final) Pursuant to Sections 105(a), 362(a), and 541 of the Bankruptcy Code (A) Limiting the Transfer of Equity Securities of the Debtors and (B) Approving Related Notice Procedures. |
| 34. | 5/12/2005 | 8417 | Order Approving a Settlement Agreement and a Remediation Agreement Concerning the Hatco Site and Approving an Associated Professional Service Agreement and Authorizing Transactions Thereunder |
| 35. | 5/17/2005 | 8447 | Order Approving Stipulation and Order Resolving Certain Claims of the Massachusetts Department of Environmental Protection |
| 36. | 5/17/2005 | 8448 | Protective Order Governing Discovery for Purposes of Estimating the Debtors' Asbestos Property Damage Liability |
| 37. | 6/28/2005 | 8705 | Objection to the Motion of the State of Montana for Relief from the Automatic Stay Filed by the Official Committee of Unsecured Creditors |
| 38. | 6/28/2005 | 8707 | Objection to the Motion of the State of Montana for Relief from the Automatic Stay filed by the Official Committee of Asbestos Property Damage Claimants |
| 39. | 6/28/2005 | 8708 | Objection to the Motion of the State of Montana for Relief from the Automatic Stay filed by the Debtors |
| 40. | 6/29/2005 | 8742 | Order Approving, Authorizing, and Implementing Settlement Agreement by and among the Plaintiffs, Sealed Air Corporation and Cryovac, Inc. |
| 41. | 6/29/2005 | 8747 | Joinder in the Debtors' Objection to the Motion of the State of Montana for Relief from the Automatic Stay filed by the Official Committee of Asbestos Personal Injury Claimants |
| 42. | 9/19/2005 | 9465 | Complaint for Declaratory and Injunctive Relief filed by the Debtors against Bradley M. Campbell, Commissioner of the New Jersey Department of Environmental Protection, in his |

K&E 11432680.2

|  |  |  | official capacity, Peter C. Harvey, Attorney General of New Jersey, in his official capacity |
|---|---|---|---|
| 43. | 11/10/2005 | 11033 | Order (First) Granting Relief Sought in Debtors' Fifteenth Omnibus Objection to Claims (Substantive) |
| 44. | 1/20/2006 | 11605 | Notice of Service re Debtors' Rebuttal Expert Witness Disclosure for Asbestos PD Estimation Phase I |
| 45. | 2/3/2006 | 11718 | Notice of Service of Debtors' Preliminary Non-Expert Witness Disclosure for Asbestos PI Estimation |
| 46. | 4/5/2006 | 12206 | Affidavit of Katherine Kinsella of Kinsella/Novak Communications Ltd. filed by the Debtors |
| 47. | 5/11/2006 | 12398 | (Copy from District Court) Memorandum Granting Motion to Dismiss Appeal (re Civ. Action No. 06-26) |
| 48. | 5/11/2006 | 12399 | (Copy from District Court) Order Granting Motion to Dismiss Appeal and Matter is Remanded to the Bankruptcy Court re Civ. Action No. 06-26 |
| 49. | 7/25/2006 | 12857 | Order Approving Settlement Agreement Regarding Environmental Protection Agency Claims at the Wauconda Site |
| 50. | 7/25/2006 | 12858 | Case Management Order (Amended) (Revisions by the Court) for the Estimation of Asbestos Personal Injury Claims |
| 51. | 8/23/2006 | 13047 | Order for the Withdrawal and Expungement of 194 Canadian Asbestos Property Damage Claims Lacking Proof of W.R. Grace Product Identification |
| 52. | 9/7/2006 | 13164 | Notice of Service of Filing (1) Exhibits to the Affidavit of David M. Bernick, P.C. attached to the Motion of the Debtors and Debtors in Possession Pursuant to Federal Rule of Bankruptcy Procedure 2004 for the Production of Documents and (2) Proposed Form of Order |
| 53. | 9/26/2006 | 13298 | Order Approving Quarterly Fee Application Twentieth Period |
| 54. | 9/26/2006 | 13300 | Order (Stipulated) Clarifying the Order as to All Pre-Petition Asbestos PI Litigation Claims, Including Settled Claims, (I) Establishing Bar Dates; (II) Approving Notice of Pre-Petition Asbestos Personal-Injury Claims Bar Date |

K&E 11432680.2

**B. ADVERSARY NO. 02-02210    OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., SUING IN BEHALF OF THE CHAPTER 11 BANKRUPTCY ESTATE OF W.R. GRACE & CO., ET AL. V. SEALED AIR CORPORATION AND CRYOVAC, INC.**

| EXHIBIT | ENTRY DATE | DOCKET NO. | DOCUMENT |
|---|---|---|---|
| 55. | 7/5/2002 | 77 | Answer and Affirmative Defenses of Defendants Sealed Air Corporation and Cryovac, Inc. to United States Complaint in Intervention |
| 56. | 7/29/2002 | 122 | Order -- Ordered that the Uniform Fraudulent Transfer Act shall govern this fraudulent conveyance proceeding |
| 57. | 10/2/2002 | 303 | Letter Opinion re Cybergenics Opinion |

## C. ADVERSARY NO. A-01-771   W.R. GRACE & CO., ET AL., AGAINST MARGARET CHAKARIAN, ET AL. AND JOHN DOES 1-100

| EXHIBIT | ENTRY DATE | DOCKET NO. | DOCUMENT |
|---|---|---|---|
| 58. | 4/19/2001 | 8 | Affidavit of H. Katherine White in Support of Motion for Preliminary Injunction |
| 59. | 6/21/2001 | 55 | Affidavit of Bert. L. Wolff, Esq. in Further Support of Motion for Preliminary Injunction |
| 60. | 6/20/2002 | 109 | Order Denying Carol Gerard's Motion to Clarify the Scope of the Preliminary Injunction or in the Alternative, to Modify the Preliminary Injunction |
| 61. | 9/12/2002 | 133 | Order Denying Motion to Reconsider the Court's Order Denying Motion to Clarify the Scope of the Preliminary Injunction or in the Alternative, to Modify the Preliminary Injunction |
| 62. | 12/3/2002 | 146 | Order Denying Carol Gerard's Motion for Reconsideration of June 20, 2002 Order |
| 63. | 12/12/2002 | 148 | Order Extending Modified Preliminary Injunction to Include Robert Locke Matter |
| 64. | 5/25/2004 | 204 | Order (Modified) Regarding Plaintiffs' Motion to Find Counsel For Gerard in Contempt of Court |
| 65. | 7/23/2004 | 254 | Transcript of Hrg. 5/24/04 |
| 66. | 7/27/2004 | 255 | Order Granting Debtors' Motion to Modify Preliminary Injunction to Allow Third Party Appeals to Proceed |
| 67. | 10/12/2004 | 298 | Memorandum Opinion regarding Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company |
| 68. | 10/12/2004 | 299 | Order Granting Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company |
| 69. | 2/28/2005 | 358 | Order (Amended) Granting Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company |
| 70. | 8/22/2005 | 359 | Debtors' Motion to Expand Their Preliminary Injunction to Include Actions Against the State of Montana |
| 71. | 8/22/2005 | 360 | Motion for Leave to Amend Complaint filed by W.R. Grace & Co., et al. |
| 72. | 6/28/2006 | 388 | Order Dismissing Appeal 05-89 |

Dated: October 20, 2006

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

KIRKLAND & ELLIS LLP
Deanna D. Boll
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar. No.4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Attorneys for the Appellees