**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| | ) | **Expert Designation Deadline: October 25, 2006** |
| | ) | |
| | ) | **Hearing Date: January 29-31, 2007** |
| _____ | ) | |

**ADOPTION BY THE MOTLEY RICE LLC CLAIMANTS OF INITIAL DISCLOSURE OF FACT AND EXPERT WITNESSES ANTICIPATED TO BE CALLED IN PHASE I OF THE ESTIMATION, AND THE EXPERT REPORTS, FILED BY THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS**

Motley Rice LLC represents nine Claimants, with claims for a total of eighteen buildings of varying types, in this bankruptcy proceeding:

| **Claimant** | **Claim Numbers** | **Building Type** |
|---|---|---|
| State of Washington | 6937 | Capitol general administration building |
| | 6938 | Community college |
| | 6939 | University central building |
| | 6940 | University annex building |
| | 6941 | University theater building |
| | 6942 | University materials research building |
| | 6943 | University performing arts center |
| | 6944 | University laboratory spaces |
| | | |
| Port of Seattle | 9645 | Airport terminal – main |
| | 9646 | Airport terminal – satellite |
| | 9647 | Airport terminal – satellite |
| | | |
| Church of St. Helena | 3512 | Church |
| | | |
| City of Barnesville | 6936 | Municipal building |
| | | |
| Church of the Most Holy Redeemer | 6933 | Church |

#17795.1

| | | |
|---|---|---|
| Fargo Housing Authority | 3405 | High rise apartment building |
| Catholic Diocese of Little Rock | 3515 | Diocese building |
| CHP Associates | 2977 | Office building |
| American Legion | 3406 | American Legion building |

The Motley Rice LLC Claimants ("Claimants") hereby join in, adopt, and incorporate by reference the Initial Disclosure of Fact and Expert Witnesses Anticipated to be Called in Phase I of the Estimation, and the Expert Reports, filed by the Official Committee of Asbestos Property Damage Claimants. The Notice of Service of the Initial Disclosure is Docket No. 11307, filed December 8, 2005. The Notices of Service of the Expert Reports are:

| | |
|---|---|
| William M. Ewing | Docket No. 11303, filed December 8, 2005 |
| Dr. William E. Longo | Docket No. 11306, filed December 8, 2005 |
| Henry A. Anderson, M.D. | Docket No. 11302, filed December8, 2005 |
| Laura S. Welch, M.D. | Docket No. 11305, filed December 8, 2005. |

Mount Pleasant, SC  
October 24, 2006

Respectfully submitted,

JASPAN SCHLESINGER HOFFMAN LLP

By:  /s/ Laurie Schencker Polleck  
Laurie Schencker Polleck, Esq. (No. 4300)  
913 N. Market Street, 12th Floor  
Wilmington, DE  19801  
Telephone:  (302) 351-8000  
Facsimile:   (302) 351-8010  
E-mail: lpolleck@jshllp-de.com

17795.1

2

MOTLEY RICE LLC
James M. Hughes, Esq.
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9140
Facsimile: (843) 216-9440
E-mail: akearse@motleyrice.com

and

John J. Preefer, Esq.
60 East 42nd Street, Suite 1201
New York, New York 10165
Telephone:  (212) 490-9524
Facsimile:   (212) 682-3053

Co-Counsel for Motley Rice LLC Claimants