LAW OFFICES

# MORGAN & MEYERS, PLC

3200 GREENFIELD, SUITE 260
DEARBORN, MICHIGAN 48120-1802

TELEPHONE (313) 961-0130
FAX (313) 961-8178
www.morganmeyers.com

October 16, 2006

Clerk to the
Hon Judith K. Fitzgerald
Visiting Judge
U.S. Bankruptcy Court for
District of Delaware
824 North Market Street, 5th Fl.
Wilmington, DE 19801

    Re:   W.R. Grace & Co, et.al., Debtors
           Case No.: 01-1139 JKF

Dear Sir or Madam:

This office recently received an Order Concerning Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire, relative to the above-mentioned cause.

From the nature of this order, we have determined that the attorney of record is John I. Kittel (P35530) and this Order belongs to the Law Firm of Mazur & Kittel, PLLC, 30665 Northwestern Highway, Suite 175, Farmington Hills, MI 48334.

Please make the above changes in the Attorney of Record for this case and I will forward the above Order to Attorney John I. Kittel. In the future, please correspond directly with that law firm.

Sincerely,

Courtney E. Morgan, Jr.

CEM/dc
CC:   John I. Kittle, Esq.
       Mazur & Kittel, PLLC
       30665 Northwestern Hwy., Ste. 175
       Farmington Hills, MI 48334