# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
W.R. GRACE & CO.  
7500 Grace Drive  
Columbia, MD 21044  
**SSN:** xxx–xx–  **EIN:** 65–0773649

**Chapter:** 11

**Case No.:** 01–01139–JKF

W.R. Grace & Co., et al.

## NOTICE OF SUBMISSION OF OUTDATED OFFICIAL FORM(S)

The petition filed on behalf of the above–named debtor(s) was filed with the Court using outdated Official Forms*. **You must obtain and re–submit the current version of the official forms indicated below to the Court within 15 days of the date of this notice. Failure to comply may result in dismissal of this case.**

Current forms may be downloaded from the Court's website or obtained at the Clerk's Office. To download the form(s), access the Court's website at www.deb.uscourts.gov, click the "Forms" button, then click "Petition Forms and Schedules". If you are an attorney who uses petition software to prepare forms, please contact the software vendor to obtain and install any necessary software upgrades.

### Amended Official Forms, Effective 10/01/06

- ☐ Voluntary Petition (Official Form 1)
- ☐ Involuntary Petition (Official Form 5)
- ☐ Schedule D (Official Form 6D)
- ☐ Schedule E (Official Form 6E)
- ☒ Schedule F (Official Form 6F)
- ☐ Schedule I (Official Form 6I)
- ☐ Schedule J (Official Form 6J)
- ☐ Summary of Schedules (Official Form 6–Summary)
- ☐ Declaration Concerning Debtor's Schedules (Official Form 6–Declaration.)
- ☐ Chapter 7 Statement of Current Monthly Income and Means–Test Calculation (Official Form 22A)
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Official Form 22C)
- ☐ Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)

David D. Bird, Clerk of Court

Dated: 10/24/06

_____

*NOTE: At its September 19, 2006 session, the Judicial Conference of the United States approved amendments to the above–listed Bankruptcy Official Forms to take effect on October 1, 2006.

(VAN–406A)