**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 23, 2006 at 4:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 13338

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Sixty-Second Interim Application of Bilzin Sumberg Baena Price & Axelrod, LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from August 1, 2006 through August 31, 2006 ("the Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than October 23, 2006 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $221,314.40 which represents 80% of the fees ($276,643.00) and $104,549.36 which represents 100% of the expenses requested in the Application for the

period August 1, 2006 through August 31, 2006 upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: October 24, 2006

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
BILZIN, SUMBERG, BAENA, PRICE
 & AXELROD, LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Tel:    (305) 374-7580
Fax:    (305) 374-7593

-and-

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
Tel:    (302) 575-1555
Fax:    (302) 575-1714

Co-Counsel to the Official Committee of Asbestos Property Damage Claimants