IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date: October 23, 2006 at 2:00 p.m.** |
| | | **Re: Docket Nos.: 11365 and 11522, 13412** |

## DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER AGAINST ANDERSON MEMORIAL'S REQUESTS FOR 30(B)(6) DEPOSITIONS AND DOCUMENTS

The Debtors hereby request authority to file a reply in support of Debtors' Reply in Support of Motion for Protective Order Against Anderson Memorial's Requests for 30(B)(6) Depositions and Documents (Docket No. 11365) (the "Motion"). At the September 25, 2006 omnibus hearing, counsel for Anderson Memorial addressed the Court regarding its discovery effort and the Debtors seek authority to respond to issues raised at that time and to address the remaining issues with respect to the Motion.

WHEREFORE, the Debtors respectfully request the entry of an Order granting it authority to file the Reply, which is attached hereto as Exhibit 1.

Dated: October 13, 2006

                KIRKLAND & ELLIS LLP
                David M. Bernick, P.C.
                Janet S. Baer
                200 East Randolph Drive
                Chicago, Illinois 60601
                Telephone:   (312) 861-2000
                Facsimile:   (312) 861-2200

                and

DOCS_DE:122039.1

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

SO ORDERED this 24th day
of October, 2006

*Judith K. Fitzgerald*

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2