IN THE UNITED STSTES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

In re:                                                              Bankruptcy Case No. 01-1139 (JKF)
                                                                    Chapter 11

W.R. GRACE & CO., et al.

                          Debtors.

## WITHDRAWAL OF REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

    PLEASE TAKE NOTICE that Jaspan Schlesinger Hoffman LLP, by and through Lisa M. Golden, attorney for JAY PEAK LLC in the above captioned matter hereby requests that the parties listed below no longer be served with all notices given or required to be given in connection with this case:

    Lisa M. Golden, Esq.
    Jaspan Schlesinger Hoffman LLP
    300 Garden City Plaza
    Garden City, New York 11530

Dated: October 25, 2006                    Jaspan Schlesinger Hoffman LLP

                                            By:    /e/ Lisa M. Golden
                                                Lisa M. Golden (LMG 2148)
                                                300 Garden City Plaza
                                                Garden City, New York 11530
                                                Telephone:  (516) 285-0894
                                                Facsimile:  (516) 393-8282

                                                ATTORNEY FOR JAY PEAK LLC.