IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**DESIGNATION OF EXPERT WITNESSES AND
EXPERT REPORTS RELATING TO THE "METHODOLOGY ISSUE" ON BEHALF
OF CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMANTS OF SPEIGHTS &
RUNYAN AND THE BRANDI LAW FIRM**

Speights & Runyan and The Brandi Law Firm hereby designate expert witnesses and

disclose expert witness reports as required by the Amended PD Case Management Order dated

October 13, 2006 on behalf of the following listed California Property Damage Claimants:

#10930-Pacific Freeholds aka 100 Pine Street; #9848-UC Berkeley-ASUC-King Union Bldg;

#9849-UC Berkeley-Boalt Hall (Robbins Law Library); #9850 UC Berkeley-Calvin; #9909-UC

Berkley-Campbell Hall; #9910-UC Berkeley-Davis Bldg; #9895 UC Berkeley-Eschelman Bldg;

#9896 UC Berkeley-Etcheverey Bldg.; #9897 UC Berkeley-Kroeber Bldg.; #9878 UC Berkeley-

Lawrence Hall; #9881-UC Berkeley-Wheeler Hall; #9879 UC Berkeley-Zellerbach Center;

#9880-UC Berkeley-Zellerbach Playhouse Lobby; #9847 UC Davis-Chemistry Annex; #9846-

UC Davis-Mrack Bldg.; #9843 UC Davis-National Primate Center; #9845-UC Davis-Physical

Science Library; #9844-UC Davis-Shields Library; #9892-UC Davis Med. Center-Cypress Bldg.;

#9891-UC Davis Med. Center-Hospital (East Wing and North Wing); #9890-UC Davis Med.

Center-Professional Bldg.; #9869-UC Irvine-Computer Science Bldg.; #9858-UC Irvine-

Engineering; #9859-UC Irvine-Medical Center Bldg 53; #9868-UC Irvine-Physical Science

Engineering; #9859-UC Irvine-Medical Center Bldg 53; #9868-UC Irvine-Physical Science

(Rowland Hall); #9860-UC Irvine-Science Lecture Hall; #9851-UC Los Angeles-Boelter Hall;

#9852-UC Los Angeles-Hedrick Hall; #9853-UC Los Angeles-Life Sciences; #9854-UC Los

Angeles-Math & Science Hallway; #9855-UC Los Angeles-Melnitz Hall;#9856-UC Los

Angeles-Rieber Hall; #9857-UC Los Angeles-Sproul Hall; #9882-UC Riverside-A&I Dorms;

#9883-UC Riverside-Olmstead Hall Theater; #9885 UC Riverside-Physics 2000 Theater; #9884-

UC Riverside-Physics Room 2158; #9887-UC Riverside-Watkins Art Gallery; #9886-UC

Riverside-Watkins House; #9840-UC San Diego-Hillcrest Hospital Emergency Dept.; #9841-UC

San Diego-Humanities & Social Sciences; #9893-UC San Diego-McGill Hall (ak/a Psychology

and Linguistics Bldg.); #9862-UC San Francisco-Ambulatory Care Center; #9863-UC San

Francisco-Health Sciences IR East; #9865-UC San Francisco-Health Sciences IR West; #9861-

UC San Francisco-Joseph M. Long Hospital (Children's Hospital); #9866-UC San Francisco-

Laurel Heights; #9867-UC San Francisco-Millberry Union Bldg.; #9864-UC San Francisco-

Moffitt Hospital;#9870-UC Santa Barbara-Biology II;#9871-UC Santa Barbara-Buchanan Hall;

#9872-UC Santa Barbara-Campbell Hall; #9873-UC Santa Barbara-Campbell Hall Projection

Room; #9874-UC Santa Barbara-Music Bldg.;# 9875 UC Santa Barbara-North Hall; 9876 UC

Santa Barbara-Psychology Bldg.; #9877 UC Santa Barbara-Student Health Bldg.; #9848-UC

Berkeley-ASUC-King Union Bldg; #9849-UC Berkeley-Boalt Hall (Robbins Law Library);

#9850 UC Berkeley-Calvin; #9909-UC Berkley-Campbell Hall; #9910-UC Berkeley-Davis Bldg;

#9895 UC Berkeley-Eschelman Bldg; #9896 UC Berkeley-Etcheverey Bldg.; #9897 UC

Berkeley-Kroeber Bldg.; #9878 UC Berkeley-Lawrence Hall; #9881-UC Berkeley-Wheeler Hall;

#9879 UC Berkeley-Zellerbach Center; #9880-UC Berkeley-Zellerbach Playhouse Lobby; #9847

UC Davis-Chemistry Annex; #9846-UC Davis-Mrack Bldg.; #9843 UC Davis-National Primate Center; #9845-UC Davis-Physical Science Library; #9844-UC Davis-Shields Library; #9892-UC Davis Med. Center-Cypress Bldg.; #9891-UC Davis Med. Center-Hospital (East Wing and North Wing); #9890-UC Davis Med. Center-Professional Bldg.; #9869-UC Irvine-Computer Science Bldg.; #9858-UC Irvine-Engineering; #9859-UC Irvine-Medical Center Bldg 53; #9868-UC Irvine-Physical Science (Rowland Hall); #9860-UC Irvine-Science Lecture Hall; #9851-UC Los Angeles-Boelter Hall; #9852-UC Los Angeles-Hedrick Hall; #9853-UC Los Angeles-Life Sciences; #9854-UC Los Angeles-Math & Science Hallway; #9855-UC Los Angeles-Melnitz Hall; #9856-UC Los Angeles-Rieber Hall; #9857-UC Los Angeles-Sproul Hall; #9882-UC Riverside-A&I Dorms; #9883-UC Riverside-Olmstead Hall Theater; #9885 UC Riverside-Physics 2000 Theater; #9884-UC Riverside-Physics Room 2158; #9887-UC Riverside-Watkins Art Gallery; #9886-UC Riverside-Watkins House; #9840-UC San Diego-Hillcrest Hospital Emergency Dept.; #9841-UC San Diego-Humanities & Social Sciences; #9893-UC San Diego-McGill Hall (ak/a Psychology and Linguistics Bldg.); #9862-UC San Francisco-Ambulatory Care Center; #9863-UC San Francisco-Health Sciences IR East; #9865-UC San Francisco-Health Sciences IR West; #9861-UC San Francisco-Joseph M. Long Hospital (Children's Hospital); #9866-UC San Francisco-Laurel Heights; #9867-UC San Francisco-Millberry Union Bldg.; #9864-UC San Francisco-Moffitt Hospital; #9870-UC Santa Barbara-Biology II; #9871-UC Santa Barbara-Buchanan Hall; #9872-UC Santa Barbara-Campbell Hall; #9873-UC Santa Barbara-Campbell Hall Projection Room; #9874-UC Santa Barbara-Music Bldg.; #9875 UC Santa Barbara-North Hall; #9876-UC Santa Barbara-Psychology Bldg.; #9877-UC Santa Barbara-Student Health Bldg.

California State University claims: #10597-Chico Butte Hall, #10621-Chico Physical Science, #9888-Dominguez Hills Education Resource Center, #9838-Fresno McKee Fisk, #10319-Fresno North Gymnasium, #10303-Fresno Psychology, #9889-Fresno Science, #10053-Fullerton Humanities, #10019-Fullerton Physical Education, #10020-Fullerton PJ&G Pollak Library, #10058-Fullerton Performing Arts, #11962-Hayward Meikle John Hall, #11957-Hayward Music & Business, #9839-Humboldt Forbes PE Complex, #9842-Humboldt Natural Resources Bldg, #10237-Long Beach Main Library, #12616-Long Beach University Theatre, #10018-Pomona Gymnasium (Kellogg), #10078-Pomona Darlene May Gym, #9988-Sacramento Alpine Hall, #9970-Sacramento Kadema Hall, #9928-San Diego Art II, #9925-San Diego – Aztec Center, #10230-San Diego East Commons and East Commons Addition, #9993-San Diego – West Commons, #10160-San Francisco Hensill Hall, #11918-San Jose Cafeteria, #11735-San Luis Obispo Administration, #11819-San Luis Obispo Engineering West and Engineering West Addition, #11817-San Luis Obispo Farm Shop, #11802-San Luis Obispo Mott Physical Education, #11800-San Luis Obispo Research & Development, #11745-San Luis Obispo Transportation, #11876-Stanilaus Drama, #11866-Stanilaus Music.

## Expert Witnesses and Reports

Henry A. Anderson, M.D., 1 West Wilson St. Room 150, Madison WI 53702.

- Expert Report dated December 7, 2005, previously provided as a part of the Official Committee of the Asbestos PD Claimants, December 8, 2005 designations.

William M. Ewing, CIH, Compass Environmental, Inc., 1751 McCollum Parkway, NW, Kennesaw GA 30144-5908 .

- Expert Report: "Application and Use of Dust Sampling for Asbestos", December 7,

2005, previously provided as a part of the Official Committee of the Asbestos PD

Claimants, December 8, 2005 designations.

Dr. William E. Longo, PhD., Materials Analytical Services, Inc., 3945 Lakefield Court,

Suwanee, GA 30024.

- Expert Report: "The Scientific Reliability of the ASTM D-5755-3 Dust Method for

   the Quantification of Asbestos Surface Contamination", December 8, 2005,

   previously provided as a part of the Official Committee of the Asbestos PD

   Claimants, December 8, 2005 designations.

- Expert Report of William Longo PhD., Prepared On Behalf Of The Property Damage

   Asbestos Claimants Represented By The Law Firm Of Dies & Hile, L.L.P., Dated

   October 25, 2006

Laura S. Welch, M.D., FACP, FACOEM, Center to Protect Workers Rights, 8484 Georgia

Avenue, Silver Spring, MD 29010.

- Expert Report of December 8, 2005, previously provided as a part of the Official

   Committee of the Asbestos PD Claimants, December 8, 2005 designations.

Respectfully submitted,

Christopher D. Loizides (#3968)
Michael J. Joyce (#4563)
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

THE BRANDI LAW FIRM

5

THE BRANDI LAW FIRM
Thomas J. Brandi
44 Montgomery Street Suite 1050
San Francisco CA 94104
Telephone:  (415) 989-1800
Facsimile:  (415) 989-1801

SPEIGHTS & RUNYAN
C. Alan Runyan (SC Fed. ID No. 4837)
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

October 25, 2006