IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

### DESIGNATION OF EXPERT WITNESSES AND EXPERT REPORTS RELATING TO THE "METHODOLOGY ISSUE" ON BEHALF OF CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMANTS

Speights & Runyan ("S&R") hereby designates expert witnesses and adopts the previously disclosed expert witness reports as required by the Amended PD Case Management Order dated October 13, 2006 on behalf of the class of Property Damage Claimants it reprsenets.

---

1 The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgracc, Inc., Coalgracc II, Ins., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Expert Witnesses and Reports

Henry A. Anderson, M.D., 1 West Wilson St. Room 150, Madison WI 53702.

- Expert Report dated December 7, 2005, previously provided as a part of the Official Committee of the Asbestos PD Claimants, December 8, 2005 designations.

William M. Ewing, CIH, Compass Environmental, Inc., 1751 McCollum Parkway, NW, Kennesaw GA 30144-5908.

- Expert Report: "Application and Use of Dust Sampling for Asbestos", December 7, 2005, previously provided as a part of the Official Committee of the Asbestos PD Claimants, December 8, 2005 designations.

Dr. William E. Longo, PhD., Materials Analytical Services, Inc., 3945 Lakefield Court, Suwanee, GA 30024.

- Expert Report: "The Scientific Reliability of the ASTM D-5755-3 Dust Method for the Quantification of Asbestos Surface Contamination", December 8, 2005, previously provided as a part of the Official Committee of the Asbestos PD Claimants, December 8, 2005 designations.
- Expert Report of William Longo PHD., Prepared On Behalf Of The Property Damage Asbestos Claimants Represented By The Law Firm Of Dies & Hile, L.L.P., Dated October 25, 2006

Laura S. Welch, M.D., FACP, FACOEM, Center to Protect Workers Rights, 8484 Georgia Avenue, Silver Spring, MD 29010.

- Expert Report of December 8, 2005, previously provided as a part of the Official

Anderson and the claimants it represents reserve the right to supplement or amend the reports of its experts as new or additional information may become available, or as may be permitted by the applicable rules of procedure or the Court. Additionally, Anderson and the claimants it represents further reserve the right to name or present new or additional experts in rebuttal of any expert identified by the Debtors.

Respectfully submitted,

Christopher D. Loizides (#3968)
Michael J. Joyce (#4563)
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

October 25, 2006