IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### DESIGNATION OF EXPERTS BY ASBESTOS PROPERTY DAMAGE CLAIMANTS REPRESENTED BY THE LAW FIRM OF DIES & HILE, L.L.P.[1], AND SUBMISSION OF EXPERT REPORTS ADDRESSING THE METHODOLOGY ISSUE

In accordance with the Courts' Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims, dated October 13, 2006, the Asbestos Property Damage Claimants Represented by the law firm of Dies & Hile, L.L.P. (the "**D&H PD Claimants**") hereto file their designation of expert witnesses anticipated to be called in "Methodology Issue," which expert witnesses are hereby identified and listed in Exhibit "1" attached hereto, and further and herewith submit expert report(s) attached hereto as Exhibit "2."

---

[1] The Asbestos Property Damage Claimants represented by the law firm of Dies & Hile, L.L.P., on whose behalf this Supplemental Disclosure of Fact and Expert Witnesses Anticipated to be Called in Phase II of the Estimation is served, include the following: State of Arizona; State of Arkansas; State of Connecticut; State of Oklahoma; State of Oregon; City of Amarillo, Texas; City of Houston, Texas; Coleman Housing Authority; El Paso County, Texas; Harlingen Housing Authority; Sabine River Authority of Texas; City of Phoenix, Arizona; City of Tucson, Arizona; Maricopa County, Arizona; Cook County, Illinois; City of Eugene, Oregon; Eastern Oregon University; Oregon State University; Portland State University; Southern Oregon University; University of Oregon; Six Hundred Building Ltd.; BNC Forum LP Texas Limited Partnership; and EPEC Realty, Inc.

061025162144.DOC

1.  On October 13, 2006, the Court entered its Revised PD CMO for the "Methodology Issue." The Order and Notice provide that any PD Claimant who did not previously do so and who elects to participate in the Methodology trial must designate experts and submit expert reports by October 25, 2006. Pursuant to the Revised CMO, the D&H Claimants designate their experts and submit the attached additional report(s).

Dated: October 25 2006

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:       loizides@loizides.com

-and-

Martin W. Dies, Esquire
DIES & HILE, L.L.P.
1009 Green Avenue
Orange, TX 77630
Telephone:   (409) 883-4394
Facsimile:   (409) 883-8414
Email:       mwdies@aol.com

*Counsel for the Dies & Hile Asbestos Property Damage Claimants*