# EXHIBIT A

Expert Report of William E. Longo, Ph.D.,
Prepared on Behalf of the Property Damage
Asbestos Claimants Represented by the
Law Firm of Dies & Hile, LLP

# Appendix A

State of Arizona – Dust Reentrainment Study

October 25, 2006

M40816



M40816

# ARIZONA STUDY

Table of Contents

**1**  Study Notes

**2**  Sample COC

**3**  Summary of Results

**4**  Laboratory Data

**5**  Photographic Log

**6**

**7**

**8**

# SECTION 1

## Location & Parameters of Dust Re-Entrainment Trials

Following a brief visual inspection of the attic space above the Music Hall, MAS selected an area just inside and to the left of the 5th floor stairwell access door for the first three of four trials. This area provided easy accessibility to broad sections of the HVAC system ductwork and needed electrical power for supplementary lighting. The fourth trial was conducted in an area located near the center of the attic accessed by catwalks.

The basic design for this experiment consists of the collection of personnel air samples during re-entrainment of settled dust from Grace Monokote III fireproofing. Four separate trials which were performed to re-entrain the dust present in the attic space. Each trial relied on a different mechanism for disturbance of the dust. In general these re-entrainment mechanisms were selected to replicate common maintenance activities.

Two employees of MAS participated in each trial of the experiment. Both experiment participants wore disposable protective coveralls and donned full face powered air purifying respirators. In addition, each participant donned two low volume personnel air sampling pumps with attached 25mm mixed cellulose ester (MCE) filters on either shoulder. With this configuration a total of four air samples were obtained for each trial. Samples were collected in the breathing zone for each participant at flow rates of 1.5 and 2.5 liters per minute respectively for each sample. The sampling period for each trial was limited to the actual time necessary to perform the given disturbance.

### Trial I – *Rag Cleaning*
In this trial, settled dust was re-entrained into the air by use of a cloth rag. Newly purchased cloth rags were used by experiment participants to manually remove the accumulated dust from the top of a metal HVAC duct. The duct selected for this trial is trapezoidal in shape with the approximate dimensions of 26" top x 42" bottom x 38"sides. Light hand pressure was applied to the rags to remove the dust via broad sweeping arm motions over the entire duct surface area. During the trial, one half of the duct surface was cleaned by one participant and then subsequently the opposite side cleaned by the other participant (refer to photographs 3 thru 6). Air samples were collected during this trial over a four minute period.

### Trial II – *Hand Brushing*
In this trial, settled dust was re-entrained into the air by use of a small hand brush and dust pan. A newly purchased brush and pan were used to manually remove the accumulated dust from the top of a metal HVAC duct. The duct selected for this trial is trapezoidal in shape with the approximate dimensions of 26" top x 42" bottom x 38"sides. Light hand pressure was applied to the brush to sweep the dust off one-half of the duct surface using long brush stokes. The opposite half of the duct surface was then cleaned by the other participant using moderate hand pressure and short brush strokes. The accumulated dust captured in the dust pan was subsequently deposited in a Ziploc bag and retained for future analysis (refer to photographs 7 thru 10). Air samples were collected during this trial over a four minute period.

### Trial III – *Compressed Air Blow Off*
In this trial, settled dust was re-entrained into the air using of a small canister of compressed air. The air from the canister was used to blow-off the accumulated dust from the top of a metal HVAC duct. The duct selected for this trial is rectangular in shape with the approximate dimensions of 47" wide x 54" tall. Compressed air was released from the can at a distance of approximately 18" from the duct surface. One half of the duct surface was blown-off by one

participant and then opposite side was blown-off by the other participant (refer to photographs 11 thru 14). A total of 109 grams of compressed air were used. Air samples were collected during this trial over a four minute period.

### Trial IV – *Insulation Batt Removal and Replacement*
In this trial, settled dust was re-entrained into the air by lifting and replacement of fiberglass batt insulation. Pink colored fiberglass insulated batting (in 24" x 48" sections) are utilized in the attic space above the music hall ceiling. Two of these insulation batts were removed by each of the experiment personnel from their installed location and temporarily place atop adjacent batting to provide access the ceiling deck below. After approximately one minute the removed batts were placed back in their original location (refer to photographs 15 and 16). Air samples were collected during this trial over a four minute period.

## Analysis

Following the conclusion of the subject experiment, air samples obtained during the four trials were transported back to MAS's Suwannee, Georgia laboratory and submitted for analysis.

### Phase Contrast Microscopy
A quarter wedge was removed from each of the 16 air samples and prepped for analysis by Phase Contrast Microscopy (PCM) in accordance with the NIOSH 7400 method. The results of these analyses were reported in structures per cubic centimeter of air for comparison to the OSHA excursion limit.

### Transmission Electron Microscopy
A portion of the remaining filter from each of the 16 air samples was prepped following MAS's SOP "Direct Preparation Methodology for Air Filter Analysis by TEM". Two grids from each of the filters were then analyzed by Transmission Electron Microscopy in accordance with EPA's AHERA methodology. During this analysis fiber sizes (lengths and breadths) were recorded for each of the asbestos fibers and bundles counted. In addition, representative photographs were taken of each sample to document filter loading, fibers sizes and presence of free asbestos fibers. Calculated asbestos fiber concentrations are reported in asbestos structures per millimeter square of filter area and asbestos structures per cubic centimeter of air.

# SECTION 2

Page ___ of ___

# Materials Analytical Services

Air Sample / Dust Sample
Chain-of-Custody

Project No.: 16100601   Date: 10/11/06

Location: Tuscon Convention Center (TCC) Music Hall - 5th floor Attic
City/State: Tuscon, AZ

| Sample # | Sample Date | Sample Type & Description | Activity | Sample Parameters | Comments |
|---|---|---|---|---|---|
| 1 | 10/9/2006 | Personnel Air - R. Hatfield - Left Shoulder | Trial I - Rag Cleaning of HVAC Duct | 1.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 2 | 10/9/2006 | Personnel Air - R. Hatfield - Right Shoulder | Trial I - Rag Cleaning of HVAC Duct | 2.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 3 | 10/9/2006 | Personnel Air - M. Bennett - Left Shoulder | Trial I - Rag Cleaning of HVAC Duct | 1.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 4 | 10/9/2006 | Personnel Air - M. Bennett - Right Shoulder | Trial I - Rag Cleaning of HVAC Duct | 2.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 5 | 10/9/2006 | Personnel Air - R. Hatfield - Left Shoulder | Trial II - Hand Brushing of HVAC Duct* | 1.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 6 | 10/9/2006 | Personnel Air - R. Hatfield - Right Shoulder | Trial II - Hand Brushing of HVAC Duct* | 2.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 7 | 10/9/2006 | Personnel Air - M. Bennett - Left Shoulder | Trial II - Hand Brushing of HVAC Duct* | 1.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 8 | 10/9/2006 | Personnel Air - M. Bennett - Right Shoulder | Trial II - Hand Brushing of HVAC Duct* | 2.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 9 | 10/9/2006 | Personnel Air - R. Hatfield - Left Shoulder | Trial III - Compressed Air Blow Off of HVAC Duct | 1.5 l/m for 3 mins | Disturbed Surface Area = 17. 6 ft² |
| 10 | 10/9/2006 | Personnel Air - R. Hatfield - Right Shoulder | Trial III - Compressed Air Blow Off of HVAC Duct | 2.5 l/m for 3 mins | Disturbed Surface Area = 17. 6 ft² |
| 11 | 10/9/2006 | Personnel Air - M. Bennett - Left Shoulder | Trial III - Compressed Air Blow Off of HVAC Duct | 1.5 l/m for 3 mins | Disturbed Surface Area = 17. 6 ft² |
| 12 | 10/9/2006 | Personnel Air - M. Bennett - Right Shoulder | Trial III - Compressed Air Blow Off of HVAC Duct | 2.5 l/m for 3 mins | Disturbed Surface Area = 17. 6 ft² |
| 13 | 10/9/2006 | Personnel Air - R. Hatfield - Left Shoulder | Trial IV - Insulation Batt Removal and Replacement | 1.5 l/m for 4 mins | Disturbed Surface Area = 32 ft² |
| 14 | 10/9/2006 | Personnel Air - R. Hatfield - Right Shoulder | Trial IV - Insulation Batt Removal and Replacement | 2.5 l/m for 4 mins | Disturbed Surface Area = 32 ft² |
| 15 | 10/9/2006 | Personnel Air - M. Bennett - Left Shoulder | Trial IV - Insulation Batt Removal and Replacement | 1.5 l/m for 4 mins | Disturbed Surface Area = 32 ft² |
| 16 | 10/9/2006 | Personnel Air - M. Bennett - Right Shoulder | Trial IV - Insulation Batt Removal and Replacement | 2.5 l/m for 4 mins | Disturbed Surface Area = 32 ft² |
| 17 | 10/9/2006 | Field Blank | NA | NA | Exposed after Trials |
| 18 | 10/9/2006 | Field Blank | NA | NA | Exposed after Trials |
| 19 | 10/9/2006 | Contaminated Rag from Cleaning | Rag Cleaning of HVAC Duct | NA | Delaminated Fireproofing Dust |
| 20 | 10/9/2006 | Collected Dust from Hand Brushing | Hand Brushing of HVAC Duct* | NA | Delaminated Fireproofing Dust |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Sampled by:Martin Bennett & Richard Hatfield

Turnaround Time: __X__ standard or _____ rush

Received: _____    Date: _____

MAS

Materials Analytical Services

Air Sample / Dust Sample
Chain-of-Custody

Project No.: 16100601   Date: 10/11/06

Location: Tuscon Convention Center (TCC) Music Hall - 5th floor Attic
City/State: Tuscon, AZ

M4081G

Page 1 o. 1

| Sample # | Sample Date | Sample Type & Description | Activity | Sample Parameters | Comments |
|---|---|---|---|---|---|
| 1 | 10/9/2006 | Personnel Air - R. Hatfield - Left Shoulder | Trial I - Rag Cleaning of HVAC Duct | 1.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 2 | 10/9/2006 | Personnel Air - R. Hatfield - Right Shoulder | Trial I - Rag Cleaning of HVAC Duct | 2.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 3 | 10/9/2006 | Personnel Air - M. Bennett - Left Shoulder | Trial I - Rag Cleaning of HVAC Duct | 1.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 4 | 10/9/2006 | Personnel Air - M. Bennett - Right Shoulder | Trial I - Rag Cleaning of HVAC Duct | 2.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 5 | 10/9/2006 | Personnel Air - R. Hatfield - Left Shoulder | Trial II - Hand Brushing of HVAC Duct* | 1.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 6 | 10/9/2006 | Personnel Air - R. Hatfield - Right Shoulder | Trial II - Hand Brushing of HVAC Duct* | 2.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 7 | 10/9/2006 | Personnel Air - M. Bennett - Left Shoulder | Trial II - Hand Brushing of HVAC Duct* | 1.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 8 | 10/9/2006 | Personnel Air - M. Bennett - Right Shoulder | Trial II - Hand Brushing of HVAC Duct* | 2.5 l/m for 4 mins | Disturbed Surface Area = 8.74 ft² |
| 9 | 10/9/2006 | Personnel Air - R. Hatfield - Left Shoulder | Trial III - Compressed Air Blow Off of HVAC Duct | 1.5 l/m for 3 mins | Disturbed Surface Area = 17. 6 ft² |
| 10 | 10/9/2006 | Personnel Air - R. Hatfield - Right Shoulder | Trial III - Compressed Air Blow Off of HVAC Duct | 2.5 l/m for 3 mins | Disturbed Surface Area = 17. 6 ft² |
| 11 | 10/9/2006 | Personnel Air - M. Bennett - Left Shoulder | Trial III - Compressed Air Blow Off of HVAC Duct | 1.5 l/m for 3 mins | Disturbed Surface Area = 17. 6 ft² |
| 12 | 10/9/2008 | Personnel Air - M. Bennett - Right Shoulder | Trial III - Compressed Air Blow Off of HVAC Duct | 2.5 l/m for 3 mins | Disturbed Surface Area = 17. 6 ft² |
| 13 | 10/9/2006 | Personnel Air - R. Hatfield - Left Shoulder | Trial IV - Insulation Batt Removal and Replacement | 1.5 l/m for 4 mins | Disturbed Surface Area = 32 ft² |
| 14 | 10/9/2006 | Personnel Air - R. Hatfield - Right Shoulder | Trial IV - Insulation Batt Removal and Replacement | 2.5 l/m for 4 mins | Disturbed Surface Area = 32 ft² |
| 15 | 10/9/2006 | Personnel Air - M. Bennett - Left Shoulder | Trial IV - Insulation Batt Removal and Replacement | 1.5 l/m for 4 mins | Disturbed Surface Area = 32 ft² |
| 16 | 10/9/2006 | Personnel Air - M. Bennett - Right Shoulder | Trial IV - Insulation Batt Removal and Replacement | 2.5 l/m for 4 mins | Disturbed Surface Area = 32 ft² |
| 17 | 10/9/2006 | Field Blank | NA | NA | Exposed after Trials |
| 18 | 10/9/2006 | Field Blank | NA | NA | Exposed after Trials |
| 19 | 10/9/2006 | Contaminated Rag from Cleaning | Rag Cleaning of HVAC Duct | NA | Delaminated Fireproofing Dust |
| 20 | 10/9/2006 | Collected Dust from Hand Brushing | Hand Brushing of HVAC Duct* | NA | Delaminated Fireproofing Dust |
| | | | | | |
| | | | | | |

Sampled by: Martin Bennett & Richard Hatfield          10/11/06



Turnaround Time:  X  standard or ____ rush

Received: _____ Date: 10/4/06

L180AW

# MATERIALS ANALYTICAL SERVICES
## PROJECT COC

| | | | |
|---|---|---|---|
| **MAS ID:** | M40816 | **Client Job No:** | |
| **Client Name:** | Dies and Hile, LLP | **Client PO:** | |
| **Project Name:** | Tuscon Convention Center Music Hall 5th | **Date In:** | 10/11/2006 |
| **Logged By:** | dmazzaferro | **Client Code:** | 0380 |

**TRANSPORT INFORMATION:**

| | | | |
|---|---|---|---|
| **Submitted By:** | Martin Bennett | **Documents:** | COC |
| **Delivery By:** | Hand Delivery | | |
| **Received By:** | dmazzaferro | | |
| **Condition:** | good | **Comments for COC:** | |

**CONTACT INFORMATION:**

| | | | | |
|---|---|---|---|---|
| **Contact:** | Richard Hatfield | | **Work Phone:** (770) 866-3204 | **Ext:** |
| **Title:** | **First Name** | **Last Name:** | **Suffix** | **Other Phone** **Ext:** |
| Mr. | Richard | Hatfield | | **Fax:** (770) 866-3259 |

## SAMPLE INFORMATION:

| # | Client ID | Volume | # | Client ID | Volume |
|---|---|---|---|---|---|
| 001 | 1 | 6 | 017 | 17 | 0 |
| 002 | 2 | 10 | 018 | 18 | 0 |
| 003 | 3 | 6 | | | |
| 004 | 4 | 10 | | | |
| 005 | 5 | 6 | | | |
| 006 | 6 | 10 | | | |
| 007 | 7 | 6 | | | |
| 008 | 8 | 10 | | | |
| 009 | 9 | 4.5 | | | |
| 010 | 10 | 7.5 | | | |
| 011 | 11 | 4.5 | | | |
| 012 | 12 | 7.5 | | | |
| 013 | 13 | 6 | | | |
| 014 | 14 | 10 | | | |
| 015 | 15 | 6 | | | |
| 016 | 16 | 10 | | | |

## SIGNATURES

| | |
|---|---|
| **RECEIVED BY:** | **ANALYZED BY:** |
| **REVIEWED BY:** | **REPORTED BY:** |
| **PREPARED BY:** | **DEPOSED BY:** |

# MATERIALS ANALYTICAL SERVICES
## PROJECT COC

| | | | |
|---|---|---|---|
| **MAS ID:** | M40817 | **Client Job No:** | |
| **Client Name:** | Materials Analytical Services Atlanta | **Client PO:** | |
| **Project Name:** | Tuscon Convention Center Music Hall 5th | **Date In:** | 10/11/2006 |
| **Logged By:** | dmazzaferro | **Client Code:** | MASCORP |

**TRANSPORT INFORMATION:**

| | | | |
|---|---|---|---|
| **Submitted By:** | Martin Bennett | **Documents:** | COC |
| **Delivery By:** | Hand Delivery | | |
| **Received By:** | dmazzaferro | **Comments for COC:** | |
| **Condition:** | good | | |

**CONTACT INFORMATION:**

| | | | | | |
|---|---|---|---|---|---|
| **Contact:** | Richard Hatfield | | **Work Phone:** | (770) 866-3204 | **Ext:** |
| **Title:** | **First Name** | **Last Name:** | **Suffix** | **Other Phone** | **Ext:** |
| Mr. | Richard | Hatfield | | **Fax:** | (770) 866-3259 |

## SAMPLE INFORMATION:

| # | Client ID | Volume | # | Client ID | Volume |
|---|---|---|---|---|---|
| 001 | 19 | | | | |
| 002 | 20 | | | | |

## SIGNATURES

| | | | |
|---|---|---|---|
| **RECEIVED BY:** | _____ | **ANALYZED BY:** | _____ |
| **REVIEWED BY:** | _____ | **REPORTED BY:** | _____ |
| **PREPARED BY:** | _____ | **DEPOSED BY:** | _____ |

Page 1 of 1

# SECTION 3



Materials Analytical Services

Air Sample
Summary of Results

Project No.: 16100601    Date: 10/11/06

Location: Tuscon Convention Center (TCC) Music Hall - 5th floor Attic
City/State: Tuscon, AZ

Page __ of __

| Sample # | Sample Date | Sample Type & Description | Activity | PCM fibers/cc | TEM str/cc | Comments |
|---|---|---|---|---|---|---|
| 1 | 10/9/2006 | Personnel Air - R. Hatfield - Left Shoulder | Trial I - Rag Cleaning of HVAC Duct | <0.45 | 4.19 | filter fell off shoulders |
| 2 | 10/9/2006 | Personnel Air - R. Hatfield - Right Shoulder | Trial I - Rag Cleaning of HVAC Duct | 1.74 | 12.22 | filter fell off shoulders |
| 3 | 10/9/2006 | Personnel Air - M. Bennett - Left Shoulder | Trial I - Rag Cleaning of HVAC Duct | 8.43 | 54.36 | |
| 4 | 10/9/2006 | Personnel Air - M. Bennett - Right Shoulder | Trial I - Rag Cleaning of HVAC Duct | 5.06 | 33.79 | |
| | | | | | | |
| 5 | 10/9/2006 | Personnel Air - R. Hatfield - Left Shoulder | Trial II - Hand Brushing of HVAC Duct* | 0.65 | 16.49 | light brushing |
| 6 | 10/9/2006 | Personnel Air - R. Hatfield - Right Shoulder | Trial II - Hand Brushing of HVAC Duct* | 0.64 | 12.22 | light brushing |
| 7 | 10/9/2006 | Personnel Air - M. Bennett - Left Shoulder | Trial II - Hand Brushing of HVAC Duct* | 6.62 | 17.97 | moderate brushing |
| 8 | 10/9/2006 | Personnel Air - M. Bennett - Right Shoulder | Trial II - Hand Brushing of HVAC Duct* | 2.55 | 14.88 | moderate brushing |
| | | | | | | |
| 9 | 10/9/2006 | Personnel Air - R. Hatfield - Left Shoulder | Trial III - Compressed Air Blow Off of HVAC Duct | 8.56 | 35.23 | |
| 10 | 10/9/2006 | Personnel Air - R. Hatfield - Right Shoulder | Trial III - Compressed Air Blow Off of HVAC Duct | 5.62 | 7.97 | |
| 11 | 10/9/2006 | Personnel Air - M. Bennett - Left Shoulder | Trial III - Compressed Air Blow Off of HVAC Duct | 5.89 | 15.02 | |
| 12 | 10/9/2006 | Personnel Air - M. Bennett - Right Shoulder | Trial III - Compressed Air Blow Off of HVAC Duct | 7.96 | 22.31 | |
| | | | | | | |
| 13 | 10/9/2006 | Personnel Air - R. Hatfield - Left Shoulder | Trial IV - Insulation Batt Removal & Replacement | 1.92 | 26.26 | |
| 14 | 10/9/2006 | Personnel Air - R. Hatfield - Right Shoulder | Trial IV - Insulation Batt Removal & Replacement | 5.84 | 27.28 | |
| 15 | 10/9/2006 | Personnel Air - M. Bennett - Left Shoulder | Trial IV - Insulation Batt Removal & Replacement | 8.51 | 90.31 | |
| 16 | 10/9/2006 | Personnel Air - M. Bennett - Right Shoulder | Trial IV - Insulation Batt Removal & Replacement | 5.83 | 21.30 | |
| | | | | | | |
| 17 | 10/9/2006 | Field Blank | NA | NFD* | NAD** | Exposed after Trials |
| 18 | 10/9/2006 | Field Blank | NA | NFD | NAD | Exposed after Trials |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

\* - No fibers detected (NFD)
\*\* - No asbestos detected (NAD)

# SECTION 4

# Phase Contrast Microscopy Analysis

## Materials Analytical Services Airborne Fiber Analysis
## NIOSH 7400 Issue 2; Phase Contrast Microscopy

Project Name: _____

Sample # _M 40 816 - 001_

Analysis Date: _10/16/06_     Media Type: **25 mm MCE Filter**

| Sample ID: | _1_ |
|---|---|
| Pump Flow Rate, Liters/minute (FR) | |
| Sample Time, minutes (T) | |
| Sample Volume, Liters (V) | _6_ |
| Total Fibers Counted, Sample (FCS) | _3_ |
| Total Fields Counted, Sample (FLS) | _100_ |
| Total Fibers Counted, Blank (FCB) | _0_ |
| Total Fields Counted, Blank (FLB) | _100_ |
| Area of Filter, mm² (AF) | _385_ |
| Graticule Field Area, mm² (GFA) | _0.00785_ |

### Calculation of Fiber density (E) in Fibers/square millimeter

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

E = _ND, 67_ fibers/mm2

### Calculation of Fiber Concentration (C) in Fibers/cubic centimeter

$$C = \frac{(E)*(AF)}{1000 * V}$$

C = _< 0.449_ fibers/cubic centimeter

Notes: _____
_____
_____
_____

Limit of Quantitation (LOQ) = 7 fibers/mm² 
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: _W B.S.W_                     Date: _10/16/06_

Reviewed By: _____     Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____ of _____

## Materials Analytical Services Airborne Fiber Analysis
### NIOSH 7400 Issue 2; Phase Contrast Microscopy

Project Name: _____    Sample # M 40816-002

An. is Date: 10/16/06    Media Type: **25 mm MCE Filter**

| | | | | | |
|---|---|---|---|---|---|
| / | / | ~ | — | ½ | |
| — | / | — | — | — | 10 |
| / | — | / | — | — | |
| — | ~ | 2 | — | — | 20 |
| — | — | 2 | — | — | |
| — | — | / | — | 1 ½ | 30 |
| — | 2 | — | / | — | |
| — | / | — | — | — | 40 |
| — | — | ½ | / | — | 50 |
| — | — | — | / | — | |
| — | / | — | / | — | 60 |
| — | — | / | — | — | |
| — | / | ~ | — | — | 70 |
| — | — | — | — | — | |
| — | — | — | / | 80 |
| / | — | ½ | — | — | |
| — | / | 3 | 2 | — | 90 |
| / | — | / | — | — | |
| ½ | — | 2 | — | — | 100 |

Sample ID: _____ 2 _____

Pump Flow Rate, Liters/minute (FR)

Sample Time, minutes (T)

Sample Volume, Liters (V)    10

Total Fibers Counted, Sample (FCS)    35 ½

Total Fields Counted, Sample (FLS)    100

Total Fibers Counted, Blank (FCB)    0

Total Fields Counted, Blank (FLB)    100

Area of Filter, mm² (AF)    385

Graticule Field Area, mm² (GFA)    0.00785

**Calculation of Fiber density (E) in Fibers/square millimeter**

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

E = _____ 45.2 _____ fibers/mm2

**Calculation of Fiber Concentration (C) in Fibers/cubic centimeter**

$$C = \frac{(E)*(AF)}{1000 * V}$$

C = _____ 1.741 _____ fibers/cubic centimeter

Notes: _____
_____
_____
_____

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: _____    Date: 10/16/06

Reviewed By: _____    Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____ of _____

## Materials Analytical Services Airborne Fiber Analysis
### NIOSH 7400 Issue 2; Phase Contrast Microscopy

Project Name: _____    Sample # _D4?-816-003_

An_ _s Date: _10/16/06_    Media Type: **25 mm MCE Filter**

| | | 3 | 1 | 1 | |
|---|---|---|---|---|---|
| 1 | 2½ | | 1 | 2 | 10 |
| 1 | 1½ | 1½ | | 2 | |
| 2½ | | ½ | 1 | 1 | 20 |
| 1 | 1 | 2 | | | |
| | 1 | 2 | | | 30 |
| ½ | | ½ | | | |
| 1 | 1½ | | 2½ | | 40 |
| 1½ | | | 3½ | 2 | |
| ½ | 1 | 1½ | 1½ | 1½ | 50 |
| 3 | 1½ | ½ | 1 | 1 | |
| ½ | — | | 3 | — | 60 |
| 1½ | 1½ | — | — | 2 | |
| 1 | 2 | 1 | 1 | — | 70 |
| ½ | 1½ | 4 | 1½ | — | |
| 1½ | 2 | — | | 3½ | 80 |
| 1 | 1 | 1 | 1 | | |
| — | 1 | 1½ | 2 | ½ | 90 |
| 1 | — | 1 | | 1 | |
| 2½ | ½ | 1 | — | 3 | 100 |

**Sample ID:** 3

Pump Flow Rate, Liters/minute (FR) _____

Sample Time, minutes (T) _____

Sample Volume, Liters (V) _____6_____

Total Fibers Counted, Sample (FCS) _____100_____

Total Fields Counted, Sample (FLS) _____97_____

Total Fibers Counted, Blank (FCB) _____0_____

Total Fields Counted, Blank (FLB) _____100_____

Area of Filter, mm² (AF) _____385_____

Graticule Field Area, mm² (GFA) _____0.00785_____

### Calculation of Fiber density (E) in Fibers/square millimeter

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

$E =$ _____131.3_____ fibers/mm2

### Calculation of Fiber Concentration (C) in Fibers/cubic centimeter

$$C = \frac{(E)*(AF)}{1000 * V}$$

$C =$ _____8.427_____ fibers/cubic centimeter

Notes: _____
_____
_____
_____

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: _____W.B.jW_____    Date: _10/16/06_

Reviewed By: _____    Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____ of _____

## Materials Analytical Services Airborne Fiber Analysis
### NIOSH 7400 Issue 2; Phase Contrast Microscopy

Project Name: _____          Sample # _MY0816 – 004_

An___ s Date: _____     Media Type: **25 mm MCE Filter**

| | | | | | |
|---|---|---|---|---|---|
| 1 | — | ½ | — | 1 | |
| 1½ | 2½ | 2 | 2 | 1 | 10 |
| 3 | 2 | 1 | — | — | |
| — | — | 1 | 1½ | 1 | 20 |
| — | 2 | — | — | — | |
| 3 | — | 1½ | — | — | 30 |
| — | — | — | — | 1 | |
| ½ | — | 1 | 1 | 1½ | 40 |
| 1 | ½ | ½ | — | — | |
| 1 | ½ | 2½ | 1 | 2 | 50 |
| — | 1 | 1 | 1 | — | |
| 1 | 1 | 1½ | — | 1 | 60 |
| 1½ | 2½ | 1 | 1 | 1 | |
| — | ½ | 1 | 3 | ½ | 70 |
| 1½ | 1 | ½ | 2½ | 1 | |
| 3 | — | 2½ | 1½ | 2 | 80 |
| 3 | — | ½ | — | 3 | |
| 1 | 2 | 1½ | 1 | 3 | 90 |
| 2 | 1½ | — | 2½ | — | |
| ½ | 2 | 1 | — | — | 100 |

Sample ID: _____ 4 _____

Pump Flow Rate, Liters/minute (FR) _____

Sample Time, minutes (T) _____

Sample Volume, Liters (V) _____ 10 _____

Total Fibers Counted, Sample (FCS) _____ 100 _____

Total Fields Counted, Sample (FLS) _____ 97 _____

Total Fibers Counted, Blank (FCB) _____ 0 _____

Total Fields Counted, Blank (FLB) _____ 100 _____

Area of Filter, mm² (AF) _____ 385 _____

Graticule Field Area, mm² (GFA) _____ 0.00785 _____

### Calculation of Fiber density (E) in Fibers/square millimeter

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

$E =$ _____ 131.3 _____ fibers/mm2

### Calculation of Fiber Concentration (C) in Fibers/cubic centimeter

$$C = \frac{(E)*(AF)}{1000*V}$$

$C =$ _____ 5.056 _____ fibers/cubic centimeter

Notes: _____
_____
_____
_____

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: _____ W B. J____ _____          Date: _10/16/06_

Reviewed By: _____          Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____of _____

## Materials Analytical Services Airborne Fiber Analysis
### NIOSH 7400 Issue 2; Phase Contrast Microscopy

Project Name: _____     Sample # _N40 816-065_

Ana___s Date: _10/16/06_     Media Type: **25 mm MCE Filter**

| Sample ID: | | | | | | 5 |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | | | 1 | |
| 1 | | | $\frac{1}{2}$ | | 10 |
| | | | | | |
| | | | | | 20 |
| | | | | | |
| | | | | | 30 |
| 2 | | | | | |
| | | | | | 40 |
| | | | | | |
| | | | | | 50 |
| | | | | | |
| | | $\frac{1}{2}$ | | | 60 |
| | | | | | |
| | | | | | 70 |
| | | | | $\frac{1}{2}$ | |
| | $\frac{1}{2}$ | | | | 80 |
| | | | | | |
| 1 | | | | | 90 |
| | 1 | | | | |
| | | | | | 100 |

Sample ID: _____ 5 _____

Pump Flow Rate, Liters/minute (FR) _____

Sample Time, minutes (T) _____

Sample Volume, Liters (V) _____ 6 _____

Total Fibers Counted, Sample (FCS) _____ 8 _____

Total Fields Counted, Sample (FLS) _____ 100 _____

Total Fibers Counted, Blank (FCB) _____ 0 _____

Total Fields Counted, Blank (FLB) _____ 100 _____

Area of Filter, mm² (AF) _____ 385 _____

Graticule Field Area, mm² (GFA) _____ 0.00785 _____

### Calculation of Fiber density (E) in Fibers/square millimeter

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

E = _____ 10.2 _____ fibers/mm2

### Calculation of Fiber Concentration (C) in Fibers/cubic centimeter

$$C = \frac{(E)*(AF)}{1000 * V}$$

C = _____ 0.654 _____ fibers/cubic centimeter

Notes: _____
_____
_____
_____
_____

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: _w. B. JM_     Date: _10/16/06_

Reviewed By: _____     Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____of_____

## Materials Analytical Services Airborne Fiber Analysis
### NIOSH 7400 Issue 2; Phase Contrast Microscopy

Project Name: _____          Sample # _M740 818-006_

Ana___ _s Date: _10/16/06_          Media Type: **25 mm MCE Filter**

| | | | | | |
|---|---|---|---|---|---|
| Sample ID: | | | 6 | | |

| | |
|---|---|
| Pump Flow Rate, Liters/minute (FR) | |
| Sample Time, minutes (T) | |
| Sample Volume, Liters (V) | 10 |
| Total Fibers Counted, Sample (FCS) | 13 |
| Total Fields Counted, Sample (FLS) | 100 |
| Total Fibers Counted, Blank (FCB) | 0 |
| Total Fields Counted, Blank (FLB) | 100 |
| Area of Filter, mm$^2$ (AF) | 385 |
| Graticule Field Area, mm$^2$ (GFA) | 0.00785 |

**Calculation of Fiber density (E) in Fibers/square millimeter**

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

$E =$ _16.6_ **fibers/mm2**

**Calculation of Fiber Concentration (C) in Fibers/cubic centimeter**

$$C = \frac{(E)*(AF)}{1000 * V}$$

$C =$ _0.638_ **fibers/cubic centimeter**

Notes: _____
_____
_____
_____

Limit of Quantitation (LOQ) = 7 fibers/mm$^2$
Fiber counts outside the 100-1300 fibers/mm$^2$ range have greater than optimal variability and are probably biased.

Analyst: _W. B. J____          Date: _10/16/06_

Reviewed By: _____          Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____of _____

## Materials Analytical Services Airborne Fiber Analysis
### NIOSH 7400 Issue 2; Phase Contrast Microscopy

Project Name: _____    Sample # M40816 - 007

Ana___ s Date: 10/16/06    Media Type: **25 mm MCE Filter**

| | | | | |
|---|---|---|---|---|
| 1 | 1 | 1 | — | 2 |
| — | 3 | 1½ | 3 | 1 |
| 1 | 2 | 1 | 2 | — |
| — | 2 | 1 | 2½ | — |
| — | 1½ | — | — | — |
| — | — | — | 1¼ | — |
| — | 1 | — | — | — |
| — | 1½ | — | — | 2 |
| 3 | 2 | ½ | 1 | 2 |
| — | 2 | 1 | 2 | ½ |
| 2½ | — | ½ | 1 | 1 |
| 1 | 1 | — | 2 | 1 |
| 1 | — | ½ | — | 2 |
| 1 | 1 | 1½ | ½ | — |
| 1½ | — | 2 | 1 | 1½ |
| ½ | 2 | — | — | ½ |
| 1 | 1 | — | — | ½ |
| ½ | — | — | — | 1 |
| ½ | — | 2 | — | 2 |
| — | — | — | 2 | — |

Sample ID: _____7_____

Pump Flow Rate, Liters/minute (FR) _____

Sample Time, minutes (T) _____

Sample Volume, Liters (V) _____6_____

Total Fibers Counted, Sample (FCS) _____81_____

Total Fields Counted, Sample (FLS) _____100_____

Total Fibers Counted, Blank (FCB) _____0_____

Total Fields Counted, Blank (FLB) _____100_____

Area of Filter, mm² (AF) _____385_____

Graticule Field Area, mm² (GFA) _____0.00785_____

### Calculation of Fiber density (E) in Fibers/square millimeter

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

E = _____103.2_____ fibers/mm2

### Calculation of Fiber Concentration (C) in Fibers/cubic centimeter

$$C = \frac{(E)*(AF)}{1000 * V}$$

C = _____6.621_____ fibers/cubic centimeter

Notes: _____
_____
_____
_____

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: W B. ___    Date: 10/16/06

Reviewed By: _____    Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____ of _____

## Materials Analytical Services Airborne Fiber Analysis
### NIOSH 7400 Issue 2; Phase Contrast Microscopy

Project Name: _____    Sample # _M 40 8/6 ~ 008_

Anas Date: _10/16/06_    Media Type: **25 mm MCE Filter**

| | | | | | |
|---|---|---|---|---|---|
| — | — | ½ | — | — | |
| / | — | ½ | — | — | 10 |
| / | — | / | / | — | |
| — | 2½ | / | / | / | 20 |
| — | / | / | — | | |
| — | ½ | / | / | 2 | 30 |
| / | / | 2 | — | / | |
| — | / | / | / | / | 40 |
| ½ | — | — | — | / | |
| / | — | — | — | / | 50 |
| / | — | ½ | — | — | |
| ½ | / | — | — | / | 60 |
| — | / | — | ½ | — | |
| ? | — | — | / | — | 70 |
| — | — | — | / | | |
| / | / | / | — | / | 80 |
| — | — | / | / | / | |
| 2 | ½ | ½ | — | — | 90 |
| / | — | — | — | — | |
| / | — | — | — | / | 100 |

**Sample ID:** _8_

Pump Flow Rate, Liters/minute (FR) _____

Sample Time, minutes (T) _____

Sample Volume, Liters (V) _____10_____

Total Fibers Counted, Sample (FCS) _____52_____

Total Fields Counted, Sample (FLS) _____100_____

Total Fibers Counted, Blank (FCB) _____0_____

Total Fields Counted, Blank (FLB) _____100_____

Area of Filter, mm² (AF) _____385_____

Graticule Field Area, mm² (GFA) _____0.00785_____

### Calculation of Fiber density (E) in Fibers/square millimeter

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

$E =$ _____66.2_____ fibers/mm2

### Calculation of Fiber Concentration (C) in Fibers/cubic centimeter

$$C = \frac{(E)*(AF)}{1000 * V}$$

$C =$ _____2.550_____ fibers/cubic centimeter

Notes: _____
_____
_____
_____

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: _W. B. J___    Date: _10/16/06_

Reviewed By: _____    Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____of _____

## Materials Analytical Services Airborne Fiber Analysis
### NIOSH 7400 Issue 2; Phase Contrast Microscopy

Project Name: _____    Sample # _M 4 0 8/6 - 0 6 9_

Ana___s Date: _10/16/06_    Media Type: **25 mm MCE Filter**

| | | | | |
|---|---|---|---|---|
| $\frac{1}{2}$ | $2\frac{1}{2}$ | $1\frac{1}{2}$ | 1 | $\frac{1}{2}$ |
| — | 1 | — | 1 | 1 |
| 1 | — | — | $\frac{1}{2}$ | — |
| — | — | — | $\frac{1}{2}$ | 3 |
| — | $1\frac{1}{2}$ | — | $1\frac{1}{2}$ | 1 |
| 1 | $2\frac{1}{2}$ | — | 2 | $\frac{1}{2}$ |
| 1 | 1 | 3 | $\frac{1}{2}$ | 1 |
| — | — | $\frac{1}{2}$ | $2\frac{1}{2}$ | $1\frac{1}{2}$ |
| — | 2 | $\frac{1}{2}$ | — | — |
| — | — | 1 | 1 | 1 |
| $1\frac{1}{2}$ | $1\frac{1}{2}$ | — | 1 | 2 |
| — | 1 | 1 | 1 | $\frac{1}{2}$ |
| — | $1\frac{1}{2}$ | 1 | 1 | — |
| — | — | 1 | — | — |
| — | — | — | 1 | — |
| — | — | 1 | 1 | 1 |
| 1 | 2 | — | 2 | 1 |
| — | — | 1 | — | — |
| — | 2 | 1 | 1 | — |
| 2 | $1\frac{1}{2}$ | 1 | $1\frac{1}{2}$ | 2 |

(Row markers: 10, 20, 30, 40, 50, 60, 70, 80, 90, 100)

---

**Sample ID:** _9_

**Pump Flow Rate, Liters/minute (FR)** _____

**Sample Time, minutes (T)** _____

**Sample Volume, Liters (V)** _4.5_

**Total Fibers Counted, Sample (FCS)** _78 ½_

**Total Fields Counted, Sample (FLS)** _100_

**Total Fibers Counted, Blank (FCB)** _0_

**Total Fields Counted, Blank (FLB)** _100_

**Area of Filter, mm² (AF)** _385_

**Graticule Field Area, mm² (GFA)** _0.00785_

### Calculation of Fiber density (E) in Fibers/square millimeter

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

E = _100_ fibers/mm2

### Calculation of Fiber Concentration (C) in Fibers/cubic centimeter

$$C = \frac{(E)*(AF)}{1000 * V}$$

C = _8.556_ fibers/cubic centimeter

Notes: _____

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: _W. B. Sill_    Date: _10/16/06_

Reviewed By: _____    Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____of_____

## Materials Analytical Services Airborne Fiber Analysis
### NIOSH 7400 Issue 2; Phase Contrast Microscopy

Project Name: _____   Sample # M40 816-010

Ana__.s Date: 10/16/06   Media Type: **25 mm MCE Filter**

| | | | | | |
|---|---|---|---|---|---|
| 3 | 2 | — | 1 | ½ | |
| 1 | 1½ | 1 | — | — | 10 |
| 2 | — | 1½ | 1 | — | |
| — | — | 1 | 1 | — | 20 |
| 1 | 1 | — | — | — | |
| ½ | 2 | 1 | 1 | — | 30 |
| — | 3 | 1 | 1 | 1 | |
| — | 1½ | — | ½ | 1 | 40 |
| 1 | — | 1 | 2 | 4 | |
| — | 2 | 2 | ½ | 1 | 50 |
| 4 | — | 1 | 2 | — | |
| — | — | 2 | — | 3 | 60 |
| 1 | 1 | — | — | 1 | |
| 1 | 1½ | — | ½ | 1 | 70 |
| 1 | 1 | 1 | 1½ | — | |
| — | — | 1 | 2 | — | 80 |
| 2 | — | 1 | 1 | — | |
| — | — | 1 | 4 | 1 | 90 |
| 1 | — | 1 | 2 2 | — | |
| 1 | — | 1 | 1 | ½ | 100 |

| | |
|---|---|
| Sample ID: | 10 |
| Pump Flow Rate, Liters/minute (FR) | |
| Sample Time, minutes (T) | |
| Sample Volume, Liters (V) | 7.5 |
| Total Fibers Counted, Sample (FCS) | 89 |
| Total Fields Counted, Sample (FLS) | 100 |
| Total Fibers Counted, Blank (FCB) | 0 |
| Total Fields Counted, Blank (FLB) | 100 |
| Area of Filter, mm² (AF) | 385 |
| Graticule Field Area, mm² (GFA) | 0.00785 |

**Calculation of Fiber density (E) in Fibers/square millimeter**

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

E = ___113.4___ fibers/mm2

**Calculation of Fiber Concentration (C) in Fibers/cubic centimeter**

$$C = \frac{(E)*(AF)}{1000 * V}$$

C = ___5.820___ fibers/cubic centimeter

Notes: _____
_____
_____
_____

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: W.B.J___   Date: 10/16/06

Reviewed By: _____   Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____of _____

## Materials Analytical Services Airborne Fiber Analysis
### NIOSH 7400 Issue 2; Phase Contrast Microscopy

Project Name: _____     Sample # $M40\ 816-011$

An___ s Date: _10/10/06_     Media Type: **25 mm MCE Filter**

| | | | | | |
|---|---|---|---|---|---|
| — | 2 | — | — | $\frac{1}{2}$ | |
| — | — | 2 | $\frac{1}{2}$ | 2 | 10 |
| $\frac{1}{2}$ | $\frac{1}{2}$ | — | — | — | |
| 1 | — | — | 1 | — | 20 |
| $1\frac{1}{2}$ | 1 | 2 | — | $1\frac{1}{2}$ | |
| — | — | 2 | 1 | — | 30 |
| — | — | 2 | $\frac{1}{2}$ | — | |
| 2 | 1 | $\frac{1}{2}$ | — | — | 40 |
| 2 | — | — | $1\frac{1}{2}$ | — | |
| 1 | — | 1 | — | — | 50 |
| — | — | — | — | — | |
| 1 | 1 | — | — | — | 60 |
| 1 | 1 | $1\frac{1}{2}$ | — | — | |
| — | — | $\frac{1}{2}$ | 1 | 1 | 70 |
| 1 | 1 | 2 | — | $1\frac{1}{2}$ | |
| — | — | — | — | $2\frac{1}{2}$ | 80 |
| — | $\frac{1}{2}$ | — | 1 | $\frac{1}{2}$ | |
| — | 1 | 3 | $\frac{1}{2}$ | — | 90 |
| — | — | — | — | — | |
| — | 2 | — | — | — | 100 |

**Sample ID:** _11_

Pump Flow Rate, Liters/minute (FR) _____

Sample Time, minutes (T) _____

Sample Volume, Liters (V) ____4.5____

Total Fibers Counted, Sample (FCS) ____5 4____

Total Fields Counted, Sample (FLS) ____100____

Total Fibers Counted, Blank (FCB) ____0____

Total Fields Counted, Blank (FLB) ____100____

Area of Filter, mm² (AF) ____385____

Graticule Field Area, mm² (GFA) ____0.00785____

### Calculation of Fiber density (E) in Fibers/square millimeter

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

E = ____68.8____ fibers/mm2

### Calculation of Fiber Concentration (C) in Fibers/cubic centimeter

$$C = \frac{(E)*(AF)}{1000 * V}$$

C = ____5.885____ fibers/cubic centimeter

Notes: _____

_____

_____

_____

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: _____w. B. Jll_____     Date: _w. B. Jll_

Reviewed By: _____     Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____ of _____

**Materials Analytical Services Airborne Fiber Analysis**
**NIOSH 7400 Issue 2; Phase Contrast Microscopy**

Project Name: _____

Sample #: _17408/6 - 012_

Ana___ s Date: _10/16/06_   Media Type: **25 mm MCE Filter**

| | | | | | |
|---|---|---|---|---|---|
| 3 | — | — | — | 1/2 | |
| 1 | — | 1/2 | — | 1/2 | 10 |
| 2 | 3 | 3 | — | 2 | |
| 1 | 2 | — | 2 | — | 20 |
| 1 | — | 2 | 1/2 | 1 1/2 | |
| — | 4 | — | 4 1/2 | 2 | 30 |
| 1 | 1 | 1 | 2 | 1 | |
| 3 | 1/2 | 2 | 2 | 1 | 40 |
| — | 1/2 | 2 | — | 2 | |
| 2 | — | 1 1/2 | 2 | — | 50 |
| 1 1/2 | 3 1/2 | — | 1 1/2 | — | |
| — | 2 | 2 | 1/2 | — | 60 |
| — | 1 | 1 | 2 | 1 | |
| 1 | 1/2 | — | 1/2 | 2 | 70 |
| 1 | 1 1/2 | 2 1/2 | 2 | 1 1/2 | |
| 1 1/2 | 1 | 2 1/2 | — | — | 80 |
| 4 | — | 2 | 1 1/2 | — | |
| — | — | — | 1 | 2 | 90 |
| 1 | 2 | — | — | 2 1/2 | |
| 1 | 1 | 1/2 | 2 1/2 | — | 100 |

| | |
|---|---|
| Sample ID: | _12_ |
| Pump Flow Rate, Liters/minute (FR) | _____ |
| Sample Time, minutes (T) | _____ |
| Sample Volume, Liters (V) | _7.5_ |
| Total Fibers Counted, Sample (FCS) | _101_ |
| Total Fields Counted, Sample (FLS) | _83_ |
| Total Fibers Counted, Blank (FCB) | _0_ |
| Total Fields Counted, Blank (FLB) | _100_ |
| Area of Filter, mm² (AF) | _385_ |
| Graticule Field Area, mm² (GFA) | _0.00785_ |

**Calculation of Fiber density (E) in Fibers/square millimeter**

$$E = ((FCS/FLS) - (FCB/FLB))/GFA$$

E = _155.0_ fibers/mm2

**Calculation of Fiber Concentration (C) in Fibers/cubic centimeter**

$$C = \frac{(E)*(AF)}{1000 * V}$$

C = _7.957_ fibers/cubic centimeter

Notes: _____
_____
_____
_____

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: _W. B. Ghh_____   Date: _10/06/06_

Reviewed By: _____   Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____of_____

**Materials Analytical Services Airborne Fiber Analysis**
**NIOSH 7400 Issue 2; Phase Contrast Microscopy**

Project Name: _____     Sample # 17 40 8/6 - 0/3

An. __s Date: 10/16/06     Media Type: **25 mm MCE Filter**

| | | | | |
|---|---|---|---|---|
| 1 | | | | 10 |
| | 1 | | 1 | |
| 1 | | | | 20 |
| | 1 | ½ | | |
| | | | 1 | 30 |
| | | ½ | ½ | |
| ½ | | 1 | | 40 |
| 1 | | | | |
| 1 | 1½ | | | 50 |
| | | | 1 | 1 |
| | | | 1 | 60 |
| | ½ | 2 | | 70 |
| | 2 | | 1½ | |
| | | ½ | | 80 |
| | | | 1 | |
| | | | | 90 |
| | 1½ | | | |
| | | | — | 100 |

**Sample ID:** _____ 13 _____

Pump Flow Rate, Liters/minute (FR) _____

Sample Time, minutes (T) _____

Sample Volume, Liters (V) _____ 6 _____

Total Fibers Counted, Sample (FCS) ____ 23½ ____

Total Fields Counted, Sample (FLS) ____ 100 ____

Total Fibers Counted, Blank (FCB) ____ 0 ____

Total Fields Counted, Blank (FLB) ____ 100 ____

Area of Filter, mm² (AF) ____ 385 ____

Graticule Field Area, mm² (GFA) ____ 0.00785 ____

**Calculation of Fiber density (E) in Fibers/square millimeter**

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

E = ____ 29.9 ____ fibers/mm2

**Calculation of Fiber Concentration (C) in Fibers/cubic centimeter**

$$C = \frac{(E)*(AF)}{1000 * V}$$

C = ____ 1.921 ____ fibers/cubic centimeter

Notes: _____
_____
_____
_____

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: W. B. Suhl     Date: 10/16/06

Reviewed By: _____     Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page _____ of _____

## Materials Analytical Services Airborne Fiber Analysis
### NIOSH 7400 Issue 2; Phase Contrast Microscopy

Project Name: _____    Sample # __M Y 0 8 1 6 - 0 1 4__

An. is Date: __10/16/06__    Media Type:  **25 mm MCE Filter**

| | | | | | |
|---|---|---|---|---|---|
| — | $1\frac{1}{2}$ | $1$ | $\frac{1}{2}$ | — | |
| $1\frac{1}{2}$ | — | $\frac{1}{2}$ | $3$ | $1$ | 10 |
| $1\frac{1}{2}$ | $1$ | $1$ | $4$ | $1$ | |
| $1$ | $1$ | $1$ | $1$ | — | 20 |
| $2$ | — | $1$ | $\frac{1}{2}$ | — | |
| $1$ | — | $1$ | $1\frac{1}{2}$ | $1\frac{1}{2}$ | 30 |
| $3$ | — | $2$ | $1\frac{1}{2}$ | $1$ | |
| $2\frac{1}{2}$ | $1$ | — | $1$ | — | 40 |
| $4\frac{1}{2}$ | $\frac{1}{2}$ | $2\frac{1}{2}$ | $2$ | $2$ | |
| $1$ | $\frac{1}{2}$ | $2$ | $1$ | — | 50 |
| $3$ | $2$ | $1$ | $\frac{1}{2}$ | $2$ | |
| $2$ | $3$ | $1$ | — | $1$ | 60 |
| — | $1$ | $\frac{1}{2}$ | $3$ | $\frac{1}{2}$ | |
| $\frac{1}{2}$ | $\frac{1}{2}$ | — | $2$ | $1\frac{1}{2}$ | 70 |
| . | $3$ | $2$ | — | | |
| $\frac{1}{2}$ | $1$ | $1$ | $2$ | $1$ | 80 |
| $2$ | $1\frac{1}{2}$ | $1$ | $1$ | — | |
| — | $2$ | $2\frac{1}{2}$ | — | $2$ | 90 |
| — | $\frac{1}{2}$ | $\frac{1}{2}$ | $1\frac{1}{2}$ | — | |
| — | — | $1\frac{1}{2}$ | $2\frac{1}{2}$ | $1$ | 100 |

**Sample ID:** _____ 14 _____

| | |
|---|---|
| Pump Flow Rate, Liters/minute  (FR) | _____ |
| Sample Time, minutes  (T) | _____ |
| Sample Volume, Liters  (V) | _10_ |
| Total Fibers Counted, Sample (FCS) | _100_ |
| Total Fields Counted, Sample (FLS) | _84_ |
| Total Fibers Counted, Blank (FCB) | _0_ |
| Total Fields Counted, Blank (FLB) | _100_ |
| Area of Filter, mm² (AF) | _385_ |
| Graticule Field Area, mm² (GFA) | _0.00785_ |

**Calculation of Fiber density (E) in Fibers/square millimeter**

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

E = _____ 151.7 _____ fibers/mm2

**Calculation of Fiber Concentration (C) in Fibers/cubic centimeter**

$$C = \frac{(E)*(AF)}{1000 * V}$$

C = _____ 5.839 _____ fibers/cubic centimeter

Notes: _____

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: __W. B. Jll__    Date: __10/16/06__

Reviewed By: _____    Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____of_____

**Materials Analytical Services Airborne Fiber Analysis**
**NIOSH 7400 Issue 2; Phase Contrast Microscopy**

Project Name: _____     Sample # M40 816-015

An___ s Date: 10/16/06     Media Type: **25 mm MCE Filter**

| | | | | | |
|---|---|---|---|---|---|
| — | — | — | 1½ | 1½ | |
| 1 | 1½ | — | 5 | — | 10 |
| 1 | 1 | — | 2 | 2 | |
| 1 | 1 | 2 | 4 | 1 | 20 |
| 2 | 2 | 1 | 2 | 1 | |
| — | — | 1 | 1 | — | 30 |
| — | — | 1 | 2½ | 1½ | |
| ½ | 2 | — | 1 | 4 | 40 |
| ½ | — | — | 1 | ½ | |
| — | 1 | 1 | — | 2 | 50 |
| — | ½ | — | 3 | 1 | |
| 3 | — | — | 3 | 2 | 60 |
| 1 | — | 1 | 2½ | 2½ | |
| ½ | 3 | — | — | 1 | 70 |
| — | — | — | — | 1 | |
| ½ | — | 2 | — | 2 | 80 |
| 1 | 1 | 1 | 1 | 3 | |
| ½ | ½ | — | 3 | 1 | 90 |
| 2 | | — | 1 | — | |
| 1 | | 3 | 2 | 3½ | 100 |

Notes: _____

_____

_____

_____

**Sample ID:** 15

Pump Flow Rate, Liters/minute (FR) _____

Sample Time, minutes (T) _____

Sample Volume, Liters (V) _____6_____

Total Fibers Counted, Sample (FCS) _____102_____

Total Fields Counted, Sample (FLS) _____98_____

Total Fibers Counted, Blank (FCB) _____0_____

Total Fields Counted, Blank (FLB) _____100_____

Area of Filter, mm² (AF) _____385_____

Graticule Field Area, mm² (GFA) _____0.00785_____

**Calculation of Fiber density (E) in Fibers/square millimeter**

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

E = _____132.6_____ fibers/mm2

**Calculation of Fiber Concentration (C) in Fibers/cubic centimeter**

$$C = \frac{(E)*(AF)}{1000 * V}$$

C = _____8.508_____ fibers/cubic centimeter

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: _L. A. J_____     Date: 10/16/06

Reviewed By: _____     Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____ of _____

## Materials Analytical Services Airborne Fiber Analysis
### NIOSH 7400 Issue 2; Phase Contrast Microscopy

Project Name: _____

Sample # _1740 816 - 016_

An. _is_ Date: _10/16/06_    Media Type: **25 mm MCE Filter**

| | | | | | |
|---|---|---|---|---|---|
| 1 | 2 | 2 | — | 1 | |
| 1 | — | 1 | 2½ | 1 | 10 |
| 1 | ½ | — | 1 | 1 | |
| 1½ | 1 | ½ | 1 | 1 | 20 |
| 1 | 2½ | 1 | 3 | 2 | |
| 2 | — | 1 | — | 1½ | 30 |
| 3 | 4 | 1½ | — | 1 | |
| 1 | 1½ | 1 | 1 | 1 | 40 |
| 1 | ½ | ½ | ½ | 4 | |
| — | — | 3 | 2 | 2 | 50 |
| 1 | | 1 | 1 | ½ | |
| — | 1½ | 2 | 2 | 2½ | 60 |
| 2½ | ½ | 1 | — | | |
| ? | — | — | 1½ | ½ | 70 |
| — | 1 | 1½ | 1 | 2 | |
| 2 | 4 | — | 2 | 1½ | 80 |
| 1 | — | ½ | ½ | 2 | |
| 1 | — | 1 | 1 | — | 90 |
| 1 | — | 2 | 1 | 1 | |
| — | — | 3 | 1 | — | 100 |

Sample ID: _____ _16_

Pump Flow Rate, Liters/minute (FR) _____

Sample Time, minutes (T) _____

Sample Volume, Liters (V) _____ _10_

Total Fibers Counted, Sample (FCS) _____ _101_

Total Fields Counted, Sample (FLS) _____ _85_

Total Fibers Counted, Blank (FCB) _____ _0_

Total Fields Counted, Blank (FLB) _____ _100_

Area of Filter, mm² (AF) _____ _385_

Graticule Field Area, mm² (GFA) _____ _0.00785_

**Calculation of Fiber density (E) in Fibers/square millimeter**

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

E = _____ _151.4_ _____ fibers/mm2

**Calculation of Fiber Concentration (C) in Fibers/cubic centimeter**

$$C = \frac{(E)*(AF)}{1000*V}$$

C = _____ _5.828_ _____ fibers/cubic centimeter

Notes: _____
_____
_____
_____

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: _W. B. Jll_ (signature)    Date: _10/16/06_

Reviewed By: _____    Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____of_____