## Materials Analytical Services Airborne Fiber Analysis
### NIOSH 7400 Issue 2; Phase Contrast Microscopy

Project Name: _____     Sample # M 40 8/6 - 017

An.  s Date: _10/16/06_     Media Type: **25 mm MCE Filter**

Sample ID: _____ 1 7 _____

| Field | Value |
|---|---|
| Pump Flow Rate, Liters/minute (FR) | |
| Sample Time, minutes (T) | |
| Sample Volume, Liters (V) | 0 |
| Total Fibers Counted, Sample (FCS) | 0 |
| Total Fields Counted, Sample (FLS) | 100 |
| Total Fibers Counted, Blank (FCB) | |
| Total Fields Counted, Blank (FLB) | |
| Area of Filter, mm² (AF) | 385 |
| Graticule Field Area, mm² (GFA) | 0.00785 |

**Calculation of Fiber density (E) in Fibers/square millimeter**

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

E = _NA, <7_ fibers/mm2

**Calculation of Fiber Concentration (C) in Fibers/cubic centimeter**

$$C = \frac{(E)^*(AF)}{1000 * V}$$

C = _N/A_ fibers/cubic centimeter

Notes: _____
_____
_____
_____

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: _W. B. _____     Date: _10/16/06_

Reviewed By: _____     Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____ of _____

**Materials Analytical Services Airborne Fiber Analysis**
**NIOSH 7400 Issue 2; Phase Contrast Microscopy**

Project Name: _____     Sample # ᴍ40 816 -018

An. s Date: _10/16/06_     Media Type: **25 mm MCE Filter**

| | | | | | |
|---|---|---|---|---|---|
| — | — | — | — | — | |
| — | — | — | — | — | 10 |
| — | — | — | — | . | |
| — | — | — | — | — | 20 |
| — | — | — | — | — | |
| — | — | = | — | | 30 |
| — | — | — | — | — | |
| — | — | — | — | . | 40 |
| — | — | — | — | | |
| — | — | — | — | — | 50 |
| — | — | — | — | — | |
| — | . | — | — | — | 60 |
| — | — | — | — | . | |
| — | — | — | — | . | 70 |
| . | — | — | — | | |
| — | — | — | . | — | 80 |
| — | — | — | — | — | |
| — | — | — | — | | 90 |
| — | — | — | — | — | |
| — | — | — | — | — | 100 |

Sample ID: _____ / 8 _____

Pump Flow Rate, Liters/minute (FR) _____
Sample Time, minutes (T) _____
Sample Volume, Liters (V) _____ O _____

Total Fibers Counted, Sample (FCS) _____ O _____
Total Fields Counted, Sample (FLS) _____ 100 _____
Total Fibers Counted, Blank (FCB) _____
Total Fields Counted, Blank (FLB) _____
Area of Filter, mm² (AF) _____ 385 _____
Graticule Field Area, mm² (GFA) _____ 0.00785 _____

**Calculation of Fiber density (E) in Fibers/square millimeter**

$$E = ((FCS/FLS)-(FCB/FLB))/GFA$$

E = _____ NO.<7 _____ fibers/mm2

**Calculation of Fiber Concentration (C) in Fibers/cubic centimeter**

$$C = \frac{(E)*(AF)}{1000 * V}$$

C = _____ N/A _____ fibers/cubic centimeter

Notes: _____
_____
_____
_____

Limit of Quantitation (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

Analyst: _W. B.JW_     Date: _10/16/06_

Reviewed By: _____     Date: _____

Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024
Phone (770) 866-3200

Page_____of _____

# Transmission Electron Microscopy Analysis

# MAS TEM  ANALYSIS
## M40816  - 000

| Client Name: Dies and Hile, LLP | Client Sample ID: lab blank |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Sample Area/ Volume: | 0 | Liters | Date Analyzed: | 10/17/2006 | |
| Filter Type: | MCE 25mm | | Analyst: | Kevin Simpson | |
| Pore size: | 0.8 | | Scope Number: | 3 | |
| Effective Filter Area: | 385 | | Accelerating Voltage: | 100 | KV |
| Sample type: | Air | | Indicated Mag: | 25 | KX |
| Analysis type: | AHERA Style | | Screen Mag: | 20 | KX |
| Grid Acceptance | Yes | 1  % | Grid_box: | 7194, 7195, 7187 | |
| Grid Status | Analyzed | | | | |

| | | | | |
|---|---|---|---|---|
| Str 0.5 < 5: | 0 | Number of grids:  2 | #1: 101 | #3: 104 |
| Str  ≥ 5: | 0 | Number of openings:  10 | #2: 103 | #4: 102 |
| Total  str: | 0 | Average Grid Size:  0.010506 | Total Area Analyzed: | 0.105 |
| Str_cc>5: | N/A  /cc | | | |
| Str_mm>5: | 0.0  /mm2 | Detect mm: | 9.5 | Detect_cc:  N/A |
| Chrysotile: | N/A  /cc | | | |
| Amphibole: | N/A  /cc | Total mm2: | 0.0 | Total cc:  N/A |

| Str#: | SquareID: | Type: | Structure: | Length | <5 | Width | >=5 | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A5-E8 | | NSD | | | | | | | | | |
| | E7 | | NSD | | | | | | | | | |
| | E6 | | NSD | | | | | | | | | |
| | E5 | | NSD | | | | | | | | | |
| | E4 | | NSD | | | | | | | | | |
| | A4-D9 | | NSD | | | | | | | | | |
| | D8 | | NSD | | | | | | | | | |
| | D7 | | NSD | | | | | | | | | |
| | D6 | | NSD | | | | | | | | | |
| | D5 | | NSD | | | | | | | | | |

M40816  000    Sample Comments:

# MAS TEM ANALYSIS

## M40816 - 001

| Client Name: Dies and Hile, LLP | | Client Sample ID: 1 | |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | 6 | Liters | Date Analyzed: | 10/17/2006 |
| Filter Type: | MCE 25mm | | Analyst: | Kevin Simpson |
| Pore size: | 0.8 | | Scope Number: | 3 |
| Effective Filter Area: | 385 | | Accelerating Voltage: | 100 KV |
| Sample type: | Air | | Indicated Mag: | 25 KX |
| Analysis type: | AHERA Style | | Screen Mag: | 20 KX |
| Grid Acceptance | Yes | 4 % | Grid_box: | 7194 |
| Grid Status | Analyzed | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Str 0.5 < 5: | 6 | | Number of grids: 2 | #1: 103 | #3: 105 | |
| Str ≥ 5: | 1 | | Number of openings: 10 | #2: 104 | #4: 102 | |
| Total str: | 7 | | Average Grid Size: 0.010711 | Total Area Analyzed: | 0.107 | |
| Str_cc>5: | 0.5991 | /cc | | | | |
| Str_mm>5: | 9.3 | /mm2 | Detect mm: | **9.3** | Detect_cc: | **0.5991** |
| Chrysotile: | 4.1935 | /cc | | | | |
| Amphibole: | 0.0000 | /cc | Total mm2: | **65.4** | Total cc: | **4.1935** |

| Str#: | SquareID: | Type: | Structure: | Length | <5 | Width | >=5 | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E4-G9 | | NSD | | | | | | | | | |
| 1 | G7 | C | F | 4 | X | 0.1 | | Chrysotile | M36345 | ✔ | | |
| 2 | | C | B | 1 | X | 0.2 | | Chrysotile | Chrysotile | ✔ | | |
| | G5 | | NSD | | | | | | | | | |
| | G3 | | NSD | | | | | | | | | |
| | G1 | | NSD | | | | | | | | | |
| | E5-13 | | NSD | | | | | | | | | |
| | G3 | | NSD | | | | | | | | | |
| 3 | E3 | C | F | 1.8 | X | 0.05 | | Chrysotile | Chrysotile | ✔ | | |
| | C3 | | NSD | | | | | | | | | |
| 4 | A3 | C | F | 1 | X | 0.05 | | Chrysotile | Chrysotile | ✔ | | |
| 5 | | C | B | 4.2 | X | 0.2 | | Chrysotile | Chrysotile | ✔ | | |
| 6 | | C | F | 6.5 | | 0.1 | X | Chrysotile | Chrysotile | ✔ | | |
| 7 | | C | C-F | 2 | X | 1 | | Chrysotile | Chrysotile | ✔ | | |

M40816 001   Sample Comments:
Trial I personnel RH left shoulder















# MAS TEM ANALYSIS
## M40816 - 002

| Client Name: Dies and Hile, LLP | | Client Sample ID: 2 | |
|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Sample Area/ Volume: | 10 | Liters | Date Analyzed: | 10/17/2006 | | |
| Filter Type: | MCE 25mm | | Analyst: | Kevin Simpson | | |
| Pore size: | 0.8 | | Scope Number: | 3 | | |
| Effective Filter Area: | 385 | | Accelerating Voltage: | 100 | KV | |
| Sample type: | Air | | Indicated Mag: | 25 | KX | |
| Analysis type: | AHERA Style | | Screen Mag: | 20 | KX | |
| Grid Acceptance | Yes | 5 % | Grid_box: | 7194 | | |
| Grid Status | Analyzed | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Str 0.5 < 5: | 31 | | Number of grids: | 2 | #1: 105  #3: 103 |
| Str ≥ 5: | 3 | | Number of openings: | 10 | #2: 102  #4: 104 |
| Total str: | 34 | | | | |
| Str_cc>5: | 1.0783 | /cc | Average Grid Size: | 0.010711 | Total Area Analyzed: 0.107 |
| Str_mm>5: | 28.0 | /mm2 | | | |
| Chrysotile: | 12.5805 | /cc | **Detect mm:** 9.3 | | **Detect_cc:** 0.3594 |
| Amphibole: | 0.0000 | /cc | **Total mm2:** 317.4 | | **Total cc:** 12.2211 |

| Str#: | SquareID: | Type: | Structure: | Length | <5 | Width | >=5 | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D5-G1 | C | M-F | 0.8 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 2 | | C | M-F | 3.3 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 3 | | C | B | 6 | | 0.2 | X | Chrysotile | Chrysotile | ✔ | | |
| 4 | | C | B | 1.5 | X | 0.2 | | Chrysotile | Chrysotile | ✔ | | |
| 5 | G3 | C | F | 4 | X | 0.1 | | Chrysotile | M36346 | ✔ | | |
| 6 | | C | F | 0.6 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 7 | | C | B | 6.5 | | 0.2 | X | Chrysotile | Chrysotile | ✔ | | |
| 8 | | C | B | 2.2 | X | 0.2 | | Chrysotile | Chrysotile | ✔ | | |
| 9 | | C | B | 3.7 | X | 0.3 | | Chrysotile | Chrysotile | ✔ | | |
| 10 | G5 | C | F | 0.8 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 11 | | C | M-F | 1 | X | 0.1 | | Chrysotile | | | | |
| 12 | | C | F | 2 | X | 0.1 | | Chrysotile | | | | |
| | | C | F | 0.5 | X | 0.1 | | Chrysotile | | | | |
| 14 | G7 | C | M-F | 1.3 | X | 0.1 | | Chrysotile | | | | |
| 15 | | C | F | 2 | X | 0.1 | | Chrysotile | | | | |
| 16 | G9 | C | F | 1.2 | X | 0.1 | | Chrysotile | | | | |
| 17 | D4-C2 | C | M-F | 1 | X | 0.1 | | Chrysotile | | | | |
| 18 | C4 | C | M-B | 2.2 | X | 0.2 | | Chrysotile | | | | |
| 19 | | C | F | 1 | X | 0.1 | | Chrysotile | | | | |
| 20 | | C | F | 0.9 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 21 | | C | F | 1.2 | X | 0.05 | | Chrysotile | | | | |
| 22 | | C | F | 2 | X | 0.1 | | Chrysotile | | | | |
| 23 | | C | F | 0.8 | X | 0.1 | | Chrysotile | | | | |
| 24 | | C | F | 1 | X | 0.1 | | Chrysotile | | | | |

# MAS TEM  ANALYSIS
## M40816  - 002

| Client Name: Dies and Hile, LLP | | | | | | Client Sample ID: 2 | |
|---|---|---|---|---|---|---|---|

| 25 | C6 | C | B | 6 | | 0.2 | X | Chrysotile | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | C | F | 1 | X | 0.1 | | Chrysotile | | |
| 27 | C8 | C | F | 4.2 | X | 0.05 | | Chrysotile | | |
| 28 | | C | B | 2.2 | X | 0.2 | | Chrysotile | | |
| 29 | | C | F | 3 | X | 0.1 | | Chrysotile | | |
| 30 | | C | B | 3 | X | 0.2 | | Chrysotile | Chrysotile | ✔ |
| 31 | | C | F | 4 | X | 0.1 | | Chrysotile | | |
| 32 | | C | B | 2.2 | X | 0.2 | | Chrysotile | | |
| 33 | C10 | C | F | 0.8 | X | 0.1 | | Chrysotile | | |
| 34 | | C | B | 2 | X | 0.2 | | Chrysotile | | |
| 35 | | C | B | 3.5 | X | 0.2 | | Chrysotile | | |

M40816  002    Sample Comments:
**Trial I personnel RH right shoulder**

























# MAS TEM  ANALYSIS
## M40816  - 003

| Client Name: Dies and Hile, LLP | | Client Sample ID: 3 | |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | 6 | Liters | Date Analyzed: | 10/18/2006 |
| Filter Type: | MCE 25mm | | Analyst: | Kevin Simpson |
| Pore size: | 0.8 | | Scope Number: | 3 |
| Effective Filter Area: | 385 | | Accelerating Voltage: | 100  KV |
| Sample type: | Air | | Indicated Mag: | 25  KX |
| Analysis type: | AHERA Style | | Screen Mag: | 20  KX |
| Grid Acceptance | Yes | 8 % | Grid_box: | 7194 |
| Grid Status | Analyzed | | | |

| | | | | |
|---|---|---|---|---|
| Str 0.5 < 5: | 76 | | | |
| Str ≥ 5: | 13 | Number of grids: 2 | #1: 103 | #3: 104 |
| Total str: | 89 | Number of openings: 10 | #2: 102 | #4: 101 |
| Str_cc>5: | 7.9407 /cc | Average Grid Size: 0.010505 | Total Area Analyzed: | 0.105 |
| Str_mm>5: | 123.8 /mm2 | | | |
| Chrysotile: | 54.3630 /cc | **Detect mm:** 9.5 | **Detect_cc:** | 0.6108 |
| Amphibole: | 0.0000 /cc | **Total mm2:** 847.2 | **Total cc:** | 54.3630 |

| Str#: | SquareID: | Type: | Structure: | Length | <5 | Width | >=5 | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C4-12 | C | F | 4 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 2 | | C | F | 3.8 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 3 | | C | F | 2 | X | 0.1 | | Chrysotile | M36347 | ✔ | | |
| 4 | | C | F | 0.8 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 5 | | C | B | 2 | X | 0.2 | | Chrysotile | Chrysotile | ✔ | | |
| 6 | | C | B | 13 | | 0.2 | X | Chrysotile | Chrysotile | ✔ | | |
| 7 | | C | F | 0.6 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 8 | | C | F | 4 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 9 | | C | F | 10 | | 0.1 | X | Chrysotile | Chrysotile | ✔ | | |
| 10 | | C | F | 1.8 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 11 | | C | F | 1.3 | X | 0.1 | | Chrysotile | | | | |
| 12 | | C | B | 2 | X | 0.3 | | Chrysotile | | | | |
| 13 | | C | F | 2 | X | 0.1 | | Chrysotile | | | | |
| 14 | | C | F | 2.4 | X | 0.1 | | Chrysotile | | | | |
| 15 | G2 | C | F | 0.8 | X | 0.1 | | Chrysotile | | | | |
| 16 | | C | M-F | 1 | X | 0.1 | | Chrysotile | | | | |
| 17 | | C | B | 6 | | 0.13 | X | Chrysotile | | | | |
| 18 | | C | F | 0.6 | X | 0.1 | | Chrysotile | | | | |
| 19 | | C | F | 0.8 | X | 0.1 | | Chrysotile | | | | |
| 20 | E2 | C | F | 2.1 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 21 | | C | F | 0.5 | X | 0.1 | | Chrysotile | | | | |
| 22 | | C | M-F | 0.5 | X | 0.1 | | Chrysotile | | | | |
| 23 | | C | B | 1.8 | X | 0.2 | | Chrysotile | | | | |
| 24 | C2 | C | B | 0.5 | X | 0.13 | | Chrysotile | | | | |

# MAS TEM  ANALYSIS
## M40816  - 003

| Client Name: Dies and Hile, LLP | | | | | | Client Sample ID:  3 | | |
|---|---|---|---|---|---|---|---|---|
| 25 | | C | M-B | 5 | X | 0.25 | Chrysotile | | |
| 26 | | C | M-F | 2 | X | 0.05 | Chrysotile | | |
| 27 | | C | M-F | 3.8 | X | 0.1 | Chrysotile | | |
| 28 | | C | M-B | 2 | X | 0.2 | Chrysotile | | |
| 29 | | C | M-F | 1 | X | 0.1 | Chrysotile | | |
| 30 | | C | F | 1.1 | X | 0.1 | Chrysotile | Chrysotile | ✔ |
| 31 | | C | M-F | 2.4 | X | 0.1 | Chrysotile | | |
| 32 | | C | B | 10 | | 0.13 | X | Chrysotile | M36348 |
| 33 | | C | F | 2.6 | X | 0.1 | Chrysotile | | |
| 34 | | C | F | 4 | X | 0.1 | Chrysotile | | |
| 35 | | C | F | 2 | X | 0.1 | Chrysotile | | |
| 36 | | C | F | 3.8 | X | 0.1 | Chrysotile | | |
| 37 | | C | F | 0.8 | X | 0.1 | Chrysotile | | |
| 38 | | C | B | 16 | | 0.3 | X | Chrysotile | |
| 39 | | C | F | 2 | X | 0.1 | Chrysotile | | |
| 40 | | C | B | 1 | X | 0.15 | Chrysotile | Chrysotile | ✔ |
| 41 | | C | F | 2 | X | 0.1 | Chrysotile | | |
| 42 | | C | F | 1.7 | X | 0.1 | Chrysotile | | |
| 43 | A2 | C | F | 3 | X | 0.1 | Chrysotile | | |
| 44 | | C | F | 3.7 | X | 0.1 | Chrysotile | | |
| 45 | | C | B | 7 | | 0.3 | X | Chrysotile | |
| 46 | | C | B | 6 | | 0.3 | X | Chrysotile | |
| 47 | | C | B | 2 | X | 0.2 | Chrysotile | | |
| 48 | C5-A5 | C | F | 0.5 | X | 0.1 | Chrysotile | | |
| 49 | | C | B | 6 | | 0.3 | X | Chrysotile | |
| 50 | | C | F | 2 | X | 0.1 | Chrysotile | Chrysotile | ✔ |
| 51 | | C | F | 2.7 | X | 0.1 | M36349 | | |
| 52 | | C | M-F | 3 | X | 0.05 | Chrysotile | | |
| 53 | | C | M-B | 1 | X | 0.12 | Chrysotile | | |
| 54 | | C | F | 2 | X | 0.1 | Chrysotile | | |
| 55 | | C | C-F | 4 | X | 3 | Chrysotile | | |
| 56 | | C | C-F | 5 | X | 2 | Chrysotile | | |
| 57 | | C | F | 0.9 | X | 0.1 | Chrysotile | | |
| 58 | | C | F | 2 | X | 0.1 | Chrysotile | | |
| 59 | | C | F | 2.2 | X | 0.1 | Chrysotile | | |
| 60 | | C | B | 1.7 | X | 0.3 | Chrysotile | Chrysotile | ✔ |
| 61 | | C | B | 14 | X | 0.2 | Chrysotile | | |
| 62 | C5 | C | M-B | 1.8 | X | 0.2 | Chrysotile | | |
| 63 | | C | B | 4 | X | 0.2 | Chrysotile | | |
| 64 | | C | F | 0.9 | X | 0.1 | Chrysotile | | |
| 65 | | C | B | 1 | X | 0.2 | Chrysotile | | |

# MAS TEM  ANALYSIS
## M40816  - 003

| Client Name: Dies and Hile, LLP | | | | | | Client Sample ID:  3 | | |
|---|---|---|---|---|---|---|---|---|

| 66 | | C | M-B | 1.5 | X | 0.25 | | Chrysotile | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 67 | | C | F | 1.6 | X | 0.1 | | Chrysotile | | |
| 68 | | C | F | 2 | X | 0.1 | | Chrysotile | | |
| 69 | E5 | C | M-F | 2.5 | X | 0.1 | | Chrysotile | | |
| 70 | | C | B | 2 | X | 0.2 | | Chrysotile | Chrysotile | ✔ |
| 71 | | C | F | 1 | X | 0.1 | | Chrysotile | | |
| 72 | | C | F | 3 | X | 0.1 | | Chrysotile | | |
| 73 | | C | B | 4 | X | 0.2 | | Chrysotile | | |
| 74 | | C | B | 0.8 | X | 0.2 | | Chrysotile | | |
| 75 | G5 | C | F | 0.7 | X | 0.1 | | Chrysotile | | |
| 76 | | C | B | 2 | X | 0.4 | | Chrysotile | | |
| 77 | | C | F | 1.5 | X | 0.1 | | Chrysotile | | |
| 78 | I5 | C | F | 7 | | 0.1 | X | Chrysotile | | |
| 79 | | C | F | 3 | X | 0.1 | | Chrysotile | | |
| 80 | | C | B | 2.3 | X | 0.2 | | Chrysotile | Chrysotile | ✔ |
| 81 | | C | F | 2.3 | X | 0.1 | | Chrysotile | | |
| 82 | | C | B | 3 | X | 0.2 | | Chrysotile | | |
| 83 | | C | M-B | 2 | X | 0.2 | | Chrysotile | | |
| 84 | | C | M-B | 1.2 | X | 0.2 | | Chrysotile | | |
| 85 | | C | F | 3.5 | X | 0.1 | | Chrysotile | | |
| 86 | | C | B | 8 | | 0.2 | X | Chrysotile | | |
| 87 | | C | F | 1 | X | 0.1 | | Chrysotile | | |
| 88 | | C | B | 0.8 | X | 0.3 | | Chrysotile | | |
| 89 | | C | M-F | 1 | X | 0.1 | | Chrysotile | Chrysotile | ✔ |

M40816  003    Sample Comments:
**Trial I personnel MB left shoulder**





































# MAS TEM ANALYSIS
## M40816 - 004

| Client Name: Dies and Hile, LLP | | Client Sample ID: 4 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Sample Area/ Volume: | **10** | Liters | Date Analyzed: | 10/18/2006 | |
| Filter Type: | MCE 25mm | | Analyst: | Kevin Simpson | |
| Pore size: | 0.8 | | Scope Number: | 3 | |
| Effective Filter Area: | 385 | | Accelerating Voltage: | 100 | KV |
| Sample type: | Air | | Indicated Mag: | 25 | KX |
| Analysis type: | AHERA Style | | Screen Mag: | 20 | KX |
| Grid Acceptance | Yes | 8 % | Grid_box: | 7194, 7195 | |
| Grid Status | Analyzed | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Str 0.5 < 5: | 86 | | Number of grids: | 2 | #1: 103 | #3: 105 |
| Str ≥ 5: | 8 | | Number of openings: 10 | | #2: 104 | #4: 102 |
| Total str: | 94 | | | | | |
| Str_cc>5: | 2.8755 | /cc | Average Grid Size: | 0.010711 | Total Area Analyzed: | 0.107 |
| Str_mm>5: | 74.7 | /mm2 | | | | |
| Chrysotile: | 33.7877 | /cc | **Detect mm:** | **9.3** | **Detect_cc:** | **0.3594** |
| Amphibole: | 0.0000 | /cc | **Total mm2:** | **877.6** | **Total cc:** | **33.7877** |

| Str#: | SquareID: | Type: | Structure: | Length | <5 | Width | >=5 | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B5-B7 | C | F | 0.5 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 2 | | C | B | 3.8 | X | 0.15 | | Chrysotile | Chrysotile | ✔ | | |
| 3 | | C | F | 0.8 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 4 | | C | M-F | 1.5 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 5 | | C | F | 2.2 | X | 0.05 | | Chrysotile | Chrysotile | ✔ | | |
| 6 | | C | B | 1.2 | X | 0.15 | | Chrysotile | Chrysotile | ✔ | | |
| 7 | | C | F | 4 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 8 | | C | M-F | 1 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 9 | | C | M-F | 0.8 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 10 | D7 | C | B | 3.7 | X | 0.15 | | M36351 | M36350 | ✔ | | |
| 11 | | C | B | 8 | | 0.2 | X | Chrysotile | | | | |
| 12 | | C | F | 3.8 | X | 0.1 | | Chrysotile | | | | |
| 13 | | C | B | 9 | | 0.2 | X | Chrysotile | M36352 | | | |
| 14 | | C | B | 3.5 | X | 0.2 | | Chrysotile | | | | |
| 15 | | C | F | 3.5 | X | 0.05 | | Chrysotile | | | | |
| 16 | | C | B | 2.2 | X | 0.2 | | Chrysotile | | | | |
| 17 | | C | F | 1 | X | 0.1 | | Chrysotile | | | | |
| 18 | F7 | C | F | 4 | X | 0.1 | | Chrysotile | | | | |
| 19 | | C | F | 2.2 | X | 0.1 | | Chrysotile | | | | |
| 20 | | C | F | 0.8 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 21 | | C | M-F | 3 | X | 0.1 | | Chrysotile | | | | |
| 22 | | C | F | 5 | X | 0.1 | | Chrysotile | | | | |
| 23 | | C | B | 1 | X | 0.15 | | Chrysotile | | | | |
| 24 | | C | M-F | 1 | X | 0.1 | | Chrysotile | | | | |

# MAS TEM ANALYSIS
## M40816  - 004

| Client Name: Dies and Hile, LLP | | | | | | | Client Sample ID: 4 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 25 | | C | B | 0.8 | X | 0.18 | Chrysotile | |
| 26 | | C | F | 4 | X | 0.1 | Chrysotile | |
| 27 | | C | F | 0.6 | X | 0.1 | Chrysotile | |
| 28 | | C | B | 1.5 | X | 0.2 | Chrysotile | |
| 29 | | C | B | 2.3 | X | 0.2 | Chrysotile | |
| 30 | | C | F | 5 | X | 0.1 | Chrysotile | Chrysotile ✔ |
| 31 | | C | M-F | 1 | X | 0.1 | Chrysotile | |
| 32 | | C | F | 2 | X | 0.1 | Chrysotile | |
| 33 | H7 | C | B | 3.5 | X | 0.2 | Chrysotile | |
| 34 | | C | F | 0.8 | X | 0.1 | Chrysotile | |
| 35 | | C | F | 1 | X | 0.1 | Chrysotile | |
| 36 | | C | F | 1 | X | 0.1 | Chrysotile | |
| 37 | | C | F | 3.5 | X | 0.1 | Chrysotile | |
| 38 | | C | F | 1.7 | X | 0.1 | Chrysotile | |
| 39 | | C | F | 0.8 | X | 0.1 | Chrysotile | |
| 40 | | C | B | 2.3 | X | 0.15 | Chrysotile | Chrysotile ✔ |
| 41 | | C | M-F | 1.6 | X | 0.1 | Chrysotile | |
| 42 | J7 | C | F | 1 | X | 0.1 | Chrysotile | |
| 43 | | C | F | 2 | X | 0.1 | Chrysotile | |
| 44 | | C | F | 0.8 | X | 0.1 | Chrysotile | |
| 45 | | C | F | 1 | X | 0.1 | Chrysotile | |
| 46 | | C | F | 0.8 | X | 0.1 | Chrysotile | |
| 47 | B4-D2 | C | M-F | 0.5 | X | 0.1 | Chrysotile | |
| 48 | | C | M-F | 0.5 | X | 0.1 | Chrysotile | |
| 49 | | C | F | 1 | X | 0.1 | Chrysotile | |
| 50 | | C | M-F | 0.6 | X | 0.1 | Chrysotile | Chrysotile ✔ |
| 51 | | C | M-B | 0.6 | X | 0.17 | Chrysotile | |
| 52 | | C | C-F | 4 | X | 4 | Chrysotile | |
| 53 | | C | B | 2 | X | 0.2 | Chrysotile | |
| 54 | | C | M-F | 1.5 | X | 0.1 | Chrysotile | |
| 55 | | C | B | 3.5 | X | 0.2 | Chrysotile | |
| 56 | | C | B | 2.3 | X | 0.2 | Chrysotile | |
| 57 | | C | M-F | 1 | X | 0.1 | Chrysotile | |
| 58 | | C | F | 0.6 | X | 0.1 | Chrysotile | |
| 59 | | C | F | 4 | X | 0.1 | Chrysotile | |
| 60 | | C | F | 1.5 | X | 0.1 | Chrysotile | Chrysotile ✔ |
| 61 | | C | F | 6 | | 0.1 X | Chrysotile | |
| 62 | | C | F | 1.5 | X | 0.1 | Chrysotile | |
| 63 | D4 | C | F | 4 | X | 0.1 | Chrysotile | |
| 64 | | C | F | 1 | X | 0.1 | Chrysotile | |
| 65 | | C | B | 2 | X | 0.2 | Chrysotile | |

# MAS TEM  ANALYSIS
## M40816  - 004

| Client Name: Dies and Hile, LLP | | | | | | Client Sample ID: 4 | | | |
|---|---|---|---|---|---|---|---|---|---|

| 66 | | C | B | 1.8 | X | 0.15 | Chrysotile | | |
| 67 | | C | F | 2.4 | X | 0.1 | Chrysotile | | |
| 68 | | C | F | 1 | X | 0.1 | Chrysotile | | |
| 69 | | C | F | 1.3 | X | 0.1 | Chrysotile | | |
| 70 | | C | F | 1 | X | 0.1 | Chrysotile | Chrysotile | ✔ |
| 71 | D6 | C | B | 2 | X | 0.15 | Chrysotile | | |
| 72 | | C | B | 2 | X | 0.2 | Chrysotile | | |
| 73 | | C | F | 2 | X | 0.1 | Chrysotile | | |
| 74 | | C | B | 1.2 | X | 0.2 | Chrysotile | | |
| 75 | | C | B | 1 | X | 0.15 | Chrysotile | | |
| 76 | D8 | C | B | 20 | | 0.2 X | Chrysotile | | |
| 77 | | C | B | 3 | X | 0.4 | Chrysotile | | |
| 78 | | C | F | 1.5 | X | 0.1 | Chrysotile | | |
| 79 | | C | B | 1 | X | 0.2 | Chrysotile | | |
| 80 | | C | F | 0.7 | X | 0.1 | Chrysotile | Chrysotile | ✔ |
| 81 | | C | B | 2 | X | 0.2 | Chrysotile | | |
| 82 | | C | F | 0.6 | X | 0.1 | Chrysotile | | |
| 83 | | C | B | 3 | X | 0.3 | Chrysotile | | |
| 84 | | C | B | 2 | X | 0.2 | Chrysotile | | |
| 85 | D10 | C | M-F | 1 | X | 0.1 | Chrysotile | | |
| 86 | | C | F | 0.9 | X | 0.1 | Chrysotile | | |
| 87 | | C | F | 3 | X | 0.1 | Chrysotile | | |
| 88 | | C | F | 3.2 | X | 0.1 | Chrysotile | | |
| 89 | | C | B | 1 | X | 0.2 | Chrysotile | | |
| 90 | | C | B | 5 | X | 0.2 | Chrysotile | Chrysotile | ✔ |
| 91 | | C | B | 1 | X | 0.15 | Chrysotile | | |
| 92 | | C | B | 5.5 | | 0.2 X | Chrysotile | | |
| 93 | | C | B | 4.5 | X | 0.15 | Chrysotile | | |
| 94 | | C | F | 2.6 | X | 0.1 | Chrysotile | | |

M40816  004    Sample Comments:
Trial I personnel MB right shoulder