











Realtime: 30.9
Livetime: 20.4

M40816-004 Chrysotile Str # 6:t

























# MAS TEM ANALYSIS

## M40816 - 005

| Client Name: Dies and Hile, LLP | Client Sample ID: 5 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Sample Area/ Volume: | 6 | Liters | Date Analyzed: | 10/19/2006 | |
| Filter Type: | MCE 25mm | | Analyst: | Kevin Simpson | |
| Pore size: | 0.8 | | Scope Number: | 3 | |
| Effective Filter Area: | 385 | | Accelerating Voltage: | 100 | KV |
| Sample type: | Air | | Indicated Mag: | 25 | KX |
| Analysis type: | AHERA Style | | Screen Mag: | 20 | KX |
| Grid Acceptance | Yes | 3 % | Grid_box: | 7194, 7195 | |
| Grid Status | Analyzed | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Str 0.5 < 5: | 25 | | Number of grids: 2 | #1: 103 | #3: 104 |
| Str ≥ 5: | 2 | | Number of openings: 10 | #2: 102 | #4: 101 |
| Total str: | 27 | | | | |
| Str_cc>5: | 1.2216 | /cc | Average Grid Size: 0.010505 | Total Area Analyzed: | 0.105 |
| Str_mm>5: | 19.0 | /mm2 | | | |
| Chrysotile: | 16.4921 | /cc | Detect mm: | 9.5 | Detect_cc: 0.6108 |
| Amphibole: | 0.0000 | /cc | Total mm2: | 257.0 | Total cc: 16.4921 |

| Str#: | SquareID: | Type: | Structure: | Length | <5 | Width | >=5 | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A4-C3 | C | F | 0.6 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 2 | B3 | C | F | 0.6 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 3 | | C | F | 3 | X | 0.1 | | Chrysotile | M36353 | ✔ | | |
| 4 | | C | F | 6 | | 0.1 | X | Chrysotile | Chrysotile | ✔ | | |
| 5 | | C | F | 1 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 6 | | C | M-F | 1.5 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 7 | | C | F | 2.5 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 8 | A3 | C | F | 1 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 9 | | C | F | 1 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 10 | | C | F | 0.7 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 11 | C5 | C | F | 3 | X | 0.1 | | Chrysotile | | | | |
| 12 | | C | F | 2.4 | X | 0.1 | | Chrysotile | | | | |
| 13 | | C | B | 1 | X | 0.2 | | Chrysotile | | | | |
| 14 | | C | F | 0.8 | X | 0.1 | | Chrysotile | | | | |
| 15 | | C | F | 2 | X | 0.1 | | Chrysotile | | | | |
| 16 | | C | F | 2.2 | X | 0.1 | | Chrysotile | | | | |
| 17 | | C | M-F | 0.7 | X | 0.1 | | Chrysotile | | | | |
| 18 | | C | F | 1 | X | 0.1 | | Chrysotile | | | | |
| 19 | B5 | C | F | 2 | X | 0.1 | | Chrysotile | | | | |
| 20 | A5-F2 | C | F | 0.7 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 21 | | C | F | 1.2 | X | 0.1 | | Chrysotile | | | | |
| 22 | F3 | C | F | 2.4 | X | 0.1 | | Chrysotile | | | | |
| 23 | | C | M-F | 2 | X | 0.1 | | Chrysotile | | | | |
| 24 | F4 | C | F | 1.1 | X | 0.1 | | Chrysotile | | | | |

# MAS TEM ANALYSIS
## M40816 - 005

| Client Name: Dies and Hile, LLP | | Client Sample ID: 5 |

| 25 | F5 | C | F | | 4.6 | X | 0.1 | | Chrysotile |
|----|----|----|----|----|-----|---|-----|---|-----------|
| 26 | F6 | C | B | | 8 | | 0.3 | X | Chrysotile |
| 27 | | C | B | | 3.2 | X | 0.2 | | Chrysotile |

M40816 005    Sample Comments:
**Trial II personnel RH left shoulder**























# MAS TEM ANALYSIS
## M40816 - 006

| Client Name: Dies and Hile, LLP | Client Sample ID: 6 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Sample Area/ Volume: | 10 | Liters | Date Analyzed: | 10/19/2006 | |
| Filter Type: | MCE 25mm | | Analyst: | Kevin Simpson | |
| Pore size: | 0.8 | | Scope Number: | 3 | |
| Effective Filter Area: | 385 | | Accelerating Voltage: | 100 | KV |
| Sample type: | Air | | Indicated Mag: | 25 | KX |
| Analysis type: | AHERA Style | | Screen Mag: | 20 | KX |
| Grid Acceptance | Yes | 4 % | Grid_box: | 7194, 7195 | |
| Grid Status | Analyzed | | | | |

| | | | | |
|---|---|---|---|---|
| Str 0.5 < 5: | 29 | | Number of grids: 2 | #1: 103   #3: 104 |
| Str ≥ 5: | 5 | | Number of openings: 10 | #2: 102   #4: 105 |
| Total str: | 34 | | | |
| Str_cc>5: | 1.7969 | /cc | Average Grid Size: 0.010713 | Total Area Analyzed: 0.107 |
| Str_mm>5: | 46.7 | /mm2 | | |
| Chrysotile: | 12.2188 | /cc | Detect mm: 9.3 | Detect_cc: 0.3594 |
| Amphibole: | 0.0000 | /cc | Total mm2: 317.4 | Total cc: 12.2188 |

| Str# | SquareID | Type | Structure | Length | <5 | Width | >=5 | Morph | SAED | EDS | Photo | Sketch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E2-D10 | C | F | 1.5 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 2 | | C | M-F | 1 | X | 0.1 | | Chrysotile | M36354 | ✔ | | |
| 3 | D9 | C | F | 7.5 | | 0.1 | X | M36355 | Chrysotile | ✔ | | |
| 4 | | C | B | 1 | X | 0.2 | | Chrysotile | Chrysotile | ✔ | | |
| 5 | | C | F | 0.5 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 6 | | C | F | 6 | | 0.1 | X | Chrysotile | Chrysotile | ✔ | | |
| 7 | | C | B | 1 | X | 0.2 | | Chrysotile | Chrysotile | ✔ | | |
| | D8 | | NSD | | | | | | | | | |
| 8 | D7 | C | B | 3 | X | 0.2 | | Chrysotile | Chrysotile | ✔ | | |
| 9 | | C | F | 1 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 10 | | C | F | 0.8 | X | 0.1 | | Chrysotile | Chrysotile | ✔ | | |
| 11 | | C | F | 2 | X | 0.1 | | Chrysotile | | | | |
| 12 | | C | F | 1 | X | 0.1 | | Chrysotile | | | | |
| | F7 | | NSD | | | | | | | | | |
| 13 | D2-C9 | C | F | 1 | X | 0.1 | | M36356 | | | | |
| 14 | | C | B | 0.8 | X | 0.17 | | Chrysotile | | | | |
| 15 | | C | F | 2 | X | 0.1 | | Chrysotile | | | | |
| 16 | C7 | C | F | 0.5 | X | 0.1 | | Chrysotile | | | | |
| 17 | | C | F | 2 | X | 0.1 | | Chrysotile | | | | |
| 18 | C5 | C | F | 2 | X | 0.1 | | Chrysotile | | | | |
| 19 | | C | F | 2 | X | 0.1 | | Chrysotile | | | | |
| 20 | | C | F | 1.7 | X | 0.1 | | Chrysotile | | | | |
| 21 | | C | F | 3.7 | X | 0.1 | | Chrysotile | | | | |
| 22 | | C | F | 1.2 | X | 0.1 | | Chrysotile | | | | |

# MAS TEM  ANALYSIS
## M40816  - 006

| Client Name: Dies and Hile, LLP | | | | | | Client Sample ID:  6 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 23 | | C | B | 1 | X | 0.15 | Chrysotile | | |
| 24 | | C | F | 1 | X | 0.1 | Chrysotile | | |
| 25 | C3 | C | B | 7 | | 0.4 X | Chrysotile | | |
| 26 | | C | C-F | 8 | | 1 X | Chrysotile | | |
| 27 | | C | F | 2 | X | 0.1 | Chrysotile | | |
| 28 | | C | F | 1 | X | 0.1 | Chrysotile | | |
| 29 | | C | F | 1 | X | 0.1 | Chrysotile | | |
| 30 | | C | B | 13 | | 1 X | Chrysotile | Chrysotile | ✔ |
| 31 | | C | F | 0.9 | X | 0.1 | Chrysotile | | |
| 32 | | C | M-F | 0.5 | X | 0.1 | Chrysotile | | |
| 33 | C1 | C | M-B | 1 | X | 0.2 | Chrysotile | | |
| 34 | | C | B | 1 | X | 0.2 | Chrysotile | | |

M40816  006    Sample Comments:
**Trial II personnel RH right shoulder**



# Hospital Administration Building
## Arkansas State Hospital (ASH)

# TEM DUST ANALYSIS     M40543   002

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID:    ASHAdmin1

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/3/2006 |
| Filter Type: | MCE 47mm | Analyst: | MAM |
| Pore size: | 0.45 | Scope Number: | 4 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | Indicated Mag: | 25 KX |
| Analysis type: | Dust | Screen Mag: | 20 KX |
| Grid Acceptance | YES  10 % | Grid_box: | 7184, 7169, 7181,7185 |

| | | | | | |
|---|---|---|---|---|---|
| Str < Sum: | 39 | Number of grids: 2 | #1: 102  #3: 101 | Average Grid Size: | 0.010252 |
| Str ≥Sum: | 14 | Number of openings: 10 | #2: 102  #4: 100 | Total Area Analyzed: | 0.103 |
| Total Str: | 53 | | | | |

| | | |
|---|---|---|
| Volume Filtered  2  ml | Str / sqr ft  **3.115E+08** | Str / cm2  **3.353E+05** |
| Dilution Factor  50 | Str / sqr ft  >=5  **8.227E+07** | Str / cm2  >=5  **8.856E+04** |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D10-D5 | C | F | 1.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | M-F | 4.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | F | 6.00 | 0.01 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | B | 2.20 | 0.30 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 1.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | F | 1.20 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 7 | C3 | C | F | 2.20 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | F | 5.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 9 | B5 | C | F | 1.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | F | 8.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 12 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 13 | | C | F | 0.90 | 0.05 | X | | ☐ | ☐ | ☐ |

C - Chrysotile         NSD - No Structure Detected
TR - Tremolite         F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | H3 | C | F | 3.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 15 | | C | F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 16 | | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 17 | | C | M-F | 1.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 18 | D1 | C | F | 1.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 19 | | C | F | 2.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 20 | | C | M-F | 0.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 22 | | C | F | 7.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 23 | | C | B | 14.00 | 0.30 | X | | ☐ | ☐ | ☐ |
| 24 | D9-G9 | C | M-F | 3.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 25 | | C | M-F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 26 | | C | M-F | 0.70 | 0.30 | X | | ☐ | ☐ | ☐ |
| 27 | | C | M-F | 0.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 28 | | C | F | 10.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 29 | | C | M-F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 30 | F7 | C | M-F | 8.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | M-F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 32 | | C | F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 33 | | C | F | 3.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 34 | | C | F | 2.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 35 | | C | F | 1.00 | 0.05 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 |    | C | F | 1.70 | 0.10 | X |   |   |   |   |
| 37 |    | C | F | 6.00 | 0.05 | X |   |   |   |   |
| 38 |    | C | F | 14.00 | 0.10 | X |   |   |   |   |
| 39 | F4 | C | F | 1.80 | 0.10 | X |   |   |   |   |
| 40 |    | C | F | 3.40 | 0.10 | X | X | ☑ |   |   |
| 41 |    | C | F | 0.60 | 0.10 | X |   |   |   |   |
| 42 |    | C | F | 3.00 | 0.10 | X |   |   |   |   |
| 43 |    | C | F | 3.20 | 0.10 | X |   |   |   |   |
| 44 | G3 | C | F | 7.00 | 0.10 | X |   |   |   |   |
| 45 |    | C | F | 6.00 | 0.20 | X |   |   |   |   |
| 46 |    | C | F | 1.00 | 0.10 | X |   |   |   |   |
| 47 |    | C | F | 5.50 | 0.10 | X |   |   |   |   |
| 48 |    | C | C-B | 16.00 | 1.00 | X |   |   |   |   |
| 49 |    | C | F | 3.60 | 0.10 | X |   |   |   |   |
| 50 | H8 | C | F | 1.20 | 0.10 | X | X | ☑ |   |   |
| 51 |    | C | F | 1.70 | 0.10 | X |   |   |   |   |
| 52 |    | C | M-F | 2.00 | 0.10 | X |   |   |   |   |
| 53 |    | C | M-F | 19.00 | 0.20 | X |   |   |   |   |

M40543    002

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite       F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite   M - Matrix
AC - Actinolite       C - Cluster





























# TEM DUST ANALYSIS    M40543   003

**Dies and Hile, LLP**
**Settled Dust Samples**

| | |
|---|---|
| Client Sample ID: | ASHAdmin2 |

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/3/2006 | |
| Filter Type: | MCE 47mm | Analyst: | MAM | |
| Pore size: | 0.45 | Scope Number: | 4 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | YES    15% | Grid_box: | 7184, 7169, 7181,7185 | |

| | | | | |
|---|---|---|---|---|
| Str < Sum: | 27 | Number of grids: 2   #1: 100   #3: 102 | Average Grid Size: | 0.010352 |
| Str ≥Sum: | 7 | Number of openings: 10   #2: 103   #4: 102 | Total Area Analyzed: | 0.104 |
| Total Str: | 34 | | | |

| | | | | |
|---|---|---|---|---|
| Volume Filtered | 10  ml | Str / sqr ft | 3.958E+07 | Str / cm2  4.260E+04 |
| Dilution Factor | 10 | Str / sqr ft >=5 | 8.148E+06 | Str / cm2  >=5  8.770E+03 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C10-E3 | C | M-F | 4.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | M-F | 3.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | F | 5.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | F | 3.70 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | H4 | C | F | 1.40 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | M-F | 2.30 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | F | 4.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 0.70 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 10 | D4 | C | M-F | 2.90 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 12 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 13 | | C | F | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|-----------|--------|-------|--------|-------|------|--------|---------|
| 14 | D7 | C | M-F | 1.50 | 0.05 | X | | | | |
| 15 | | C | F | 1.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 16 | | C | F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 17 | C8 | C | M-F | 2.00 | 0.01 | X | | ☐ | ☐ | ☐ |
| 18 | | C | M-F | 10.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 19 | | C | M-F | 9.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 20 | | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | F | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 22 | C9-14 | C | F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 23 | | C | F | 2.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 24 | H6 | C | M-F | 1.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 25 | | C | M-F | 1.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 26 | | C | F | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 27 | | C | F | 9.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 28 | F9 | C | F | 4.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 29 | C3 | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 30 | | C | M-F | 1.80 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | F | 4.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 32 | B6 | C | M-F | 2.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 33 | | C | M-F | 6.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 34 | | C | F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite         B - Bundle
AN - Anthophyllite       M - Matrix
AC - Actinolite          C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
|       |           |       |            |        |       |        |       |      | M40543 | 003     |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite          C - Cluster









