













# TEM DUST ANALYSIS       M40543    004

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID:     ASHAdmin 3

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/4/2006 | |
| Filter Type: | MCE 47mm | Analyst: | MAM | |
| Pore size: | 0.45 | Scope Number: | 4 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | YES      10 % | Grid_box: | 7184, 7169, 7181,7185 | |

| | | | | | |
|---|---|---|---|---|---|
| Str < 5um: | 116 | Number of grids: 2 | #1: 101 | #3: 103 | Average Grid Size: 0.010200 |
| Str ≥5um: | 13 | Number of openings: 4 | #2: 100 | #4: 100 | Total Area Analyzed: 0.041 |
| Total Str: | 129 | | | | |

| | | | | |
|---|---|---|---|---|
| Volume Filtered | 2 ml | Str / sqr ft | 1.905E+09 | Str / cm2 **2.050E+06** |
| Dilution Factor | 50 | Str / sqr ft >=5 | 1.920E+08 | Str / cm2 >=5 **2.066E+05** |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B10-C8 | C | F | 2.30 | 0.20 | X | X | ✔ | ☐ | ☐ |
| 2 | | C | M-B | 3.30 | 0.20 | X | X | ✔ | ☐ | ☐ |
| 3 | | C | M-F | 0.70 | 0.10 | X | X | ✔ | ☐ | ☐ |
| 4 | | C | M-F | 0.70 | 0.10 | X | X | ✔ | ☐ | ☐ |
| 5 | | C | F | 0.80 | 0.10 | X | X | ✔ | ☐ | ☐ |
| 6 | | C | F | 0.80 | 0.10 | X | X | ✔ | ☐ | ☐ |
| 7 | | C | M-F | 0.90 | 0.05 | X | X | ✔ | ☐ | ☐ |
| 8 | | C | M-F | 3.50 | 0.10 | X | X | ✔ | ☐ | ☐ |
| 9 | | C | M-F | 1.20 | 0.10 | X | X | ✔ | ☐ | ☐ |
| 10 | | C | M-F | 1.60 | 0.10 | X | X | ✔ | ☐ | ☐ |
| 11 | | C | F | 0.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 12 | | C | F | 1.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 13 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile         NSD - No Structure Detected
TR - Tremolite         F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|-----------|--------|-------|--------|-------|------|--------|---------|
| 14 | | C | F | 1.30 | 0.50 | X | | ☐ | ☐ | ☐ |
| 15 | | C | F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 16 | | C | F | 1.80 | 0.20 | X | | ☐ | ☐ | ☐ |
| 17 | | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 18 | | C | M-F | 7.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 19 | | C | M-F | 2.50 | 0.05 | X | | ☐ | ☐ | ☐ |
| 20 | | C | F | 0.80 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 22 | | C | F | 1.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 23 | | C | F | 1.80 | 0.20 | X | | ☐ | ☐ | ☐ |
| 24 | | C | F | 2.10 | 0.10 | X | | ☐ | ☐ | ☐ |
| 25 | | C | M-F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 26 | | C | M-F | 3.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 27 | | C | M-F | 2.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 28 | | C | F | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 29 | H6 | C | M-F | 8.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 30 | | C | F | 3.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 32 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 33 | | C | F | 1.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 34 | | C | F | 3.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 35 | | C | B | 7.00 | 0.80 | X | | ☐ | ☐ | ☐ |

C - Chrysotile    NSD - No Structure Detected
TR - Tremolite    F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite    C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 | | C | M-F | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 37 | | C | M-F | 1.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 38 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 39 | | C | F | 5.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 40 | | C | M-F | 9.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 41 | | C | F | 5.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 42 | | C | M-F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 43 | | C | F | 3.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 44 | | C | M-F | 2.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 45 | | C | F | 3.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 46 | | C | M-F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 47 | | C | F | 0.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 48 | | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 49 | | C | M-F | 0.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 50 | | C | F | 0.90 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 51 | | C | F | 0.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 52 | | C | F | 1.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 53 | | C | F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 54 | | C | M-F | 1.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 55 | | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 56 | | C | F | 3.50 | 0.20 | X | | ☐ | ☐ | ☐ |
| 57 | | C | F | 1.60 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 58 | | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 59 | | C | M-B | 4.00 | 0.40 | X | | ☐ | ☐ | ☐ |
| 60 | | C | M-F | 1.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 61 | | C | M-F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 62 | | C | M-F | 1.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 63 | | C | M-F | 7.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 64 | | C | M-F | 6.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 65 | | C | F | 1.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 66 | | C | F | 1.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 67 | | C | F | 1.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 68 | | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 69 | | C | F | 3.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 70 | | C | F | 2.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 71 | B9-H6 | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 72 | | C | M-F | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 73 | | C | M-F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 74 | | C | M-F | 3.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 75 | | C | M-F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 76 | | C | M-F | 1.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 77 | | C | F | 1.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 78 | | C | M-F | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 79 | | C | F | 1.40 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile      NSD - No Structure Detected
TR - Tremolite      F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite  M - Matrix
AC - Actinolite     C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 | C | F | 4.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 81 | C | B | 2.00 | 0.30 | X | | ☐ | ☐ | ☐ |
| 82 | C | M-F | 5.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 83 | C | M-F | 1.40 | 0.50 | X | | ☐ | ☐ | ☐ |
| 84 | C | F | 1.60 | 0.20 | X | | ☐ | ☐ | ☐ |
| 85 | C | F | 3.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 86 | C | F | 3.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 87 | C | F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 88 | C | F | 1.80 | 0.20 | X | | ☐ | ☐ | ☐ |
| 89 | C | M-F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 90 | C | M-F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 91 | C | M-F | 1.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 92 | C | F | 1.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 93 | C | M-F | 1.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 94 | C | M-F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 95 | C | F | 1.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 96 | C | M-B | 1.80 | 0.20 | X | | ☐ | ☐ | ☐ |
| 97 | C | F | 7.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 98 | C | F | 1.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 99 | C | F | 4.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 100 | C | F | 0.90 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 101 | C | F | 1.80 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 102 |  | C | M-F | 4.50 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 103 |  | C | F | 1.00 | 0.50 | X |  | ☐ | ☐ | ☐ |
| 104 | E3 | C | F | 2.80 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 105 |  | C | M-F | 0.70 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 106 |  | C | M-F | 2.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 107 |  | C | M-F | 1.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 108 |  | C | F | 6.20 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 109 |  | C | M-F | 0.70 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 110 |  | C | C-F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 111 |  | C | C-F | 1.50 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 112 |  | C | M-F | 1.60 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 113 |  | C | F | 0.60 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 114 |  | C | F | 2.80 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 115 |  | C | M-F | 0.70 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 116 |  | C | M-F | 3.50 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 117 |  | C | M-F | 1.40 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 118 |  | C | M-F | 1.40 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 119 |  | C | M-F | 1.30 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 120 |  | C | F | 1.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 121 |  | C | F | 1.30 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 122 |  | C | B | 8.00 | 0.20 | X |  | ☐ | ☐ | ☐ |
| 123 |  | C | M-F | 1.00 | 0.10 | X |  | ☐ | ☐ | ☐ |

C - Chrysotile      NSD - No Structure Detected
TR - Tremolite      F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite  M - Matrix
AC - Actinolite     C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|-----------|--------|-------|--------|-------|------|--------|---------|
| 124 | | C | F | 1.70 | 0.10 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 125 | | C | F | 1.30 | 0.10 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 126 | | C | F | 3.20 | 0.05 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 127 | | C | F | 0.70 | 0.10 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 128 | | C | F | 1.20 | 0.05 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 129 | | C | M-F | 1.00 | 0.05 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| | | | | | | | | ☐ | ☐ | ☐ |
| | | | | | | | | ☐ | ☐ | ☐ |
| | | | | | | | | ☐ | ☐ | ☐ |

M40543    004

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F – Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster











































# Canteen

## Arkansas State Hospital (ASH)

# TEM DUST ANALYSIS        M40543    005

**Dies and Hile, LLP**
**Settled Dust Samples**

| | | | |
|---|---|---|---|
| | | Client Sample ID: | ASHCanteen 1 |

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | | Date Analyzed: | 10/10/2006 |
| Filter Type: | MCE 47mm | | Analyst: | MAM |
| Pore size: | 0.45 | | Scope Number: | 4 |
| Effective Filter Area: | 1297 | | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | | Indicated Mag: | 25 KX |
| Analysis type: | Dust | | Screen Mag: | 20 KX |
| Grid Acceptance | YES | 20 % | Grid_box: | 7184, 7169, 7181,7185 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Str < 5um: | 2 | Number of grids: | 2 | #1: 102 | #3: 102 | Average Grid Size: | 0.010404 |
| Str ≥5um: | 1 | Number of openings: | 10 | #2: 102 | #4: 102 | Total Area Analyzed: | 0.104 |
| Total Str: | 3 | | | | | | |
| Volume Filtered | 8 ml | Str / sqr ft | 4.343E+06 | | | Str / cm2 | 4.675E+03 |
| Dilution Factor | 12.5 | Str / sqr ft >=5 | 1.448E+06 | | | Str / cm2 >=5 | 1.558E+03 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| | B10-B5 | | NSD | | | | | ☐ | ☐ | ☐ |
| | C8 | | NSD | | | | | ☐ | ☐ | ☐ |
| | G7 | | NSD | | | | | ☐ | ☐ | ☐ |
| | H3 | | NSD | | | | | ☐ | ☐ | ☐ |
| | E2 | | NSD | | | | | ☐ | ☐ | ☐ |
| | B9-A8 | | NSD | | | | | ☐ | ☐ | ☐ |
| | B5 | | NSD | | | | | ☐ | ☐ | ☐ |
| | D1 | | NSD | | | | | ☐ | ☐ | ☐ |
| | A1 | | NSD | | | | | ☐ | ☐ | ☐ |
| 1 | I5 | C | F | 6.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | F | 0.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | F | 0.90 | 0.05 | X | X | ☑ | ☐ | ☐ |

| | |
|---|---|
| C - Chrysotile | NSD - No Structure Detected |
| TR - Tremolite | F - Fiber |
| CR - Crocidolite | B - Bundle |
| AN - Anthophyllite | M - Matrix |
| AC - Actinolite | C - Cluster |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
|       |           |       |            |        |       |        |       |      | M40543 | 005     |

C - Chrysotile     NSD - No Structure Detected
TR - Tremolite     F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite     C - Cluster







# Admissions Building
Arkansas State Hospital (ASH)

# TEM DUST ANALYSIS    M40543   006

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID: ASHAdmissions 1

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | | Date Analyzed: | 10/17/2006 |
| Filter Type: | MCE 47mm | | Analyst: | MDMOUNT |
| Pore size: | 0.45 | | Scope Number: | 2 |
| Effective Filter Area: | 1297 | | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | | Indicated Mag: | 25 KX |
| Analysis type: | Dust | | Screen Mag: | 20 KX |
| Grid Acceptance | YES      5 % | | Grid_box: | 7192 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Str < Sum: | 41 | Number of grids: | 2 | #1: 105 | #3: 104 | Average Grid Size: 0.010920 |
| Str ≥Sum: | 7 | Number of openings: | 10 | #2: 103 | #4: 106 | Total Area Analyzed: 0.109 |
| Total Str: | 48 | | | | | |

| | | | | |
|---|---|---|---|---|
| Volume Filtered | 0.2 ml | Str / sqr ft | 2.648E+09 | Str / cm2  2.851E+06 |
| Dilution Factor | 500 | Str / sqr ft  >=5 | 3.862E+08 | Str / cm2  >=5  4.157E+05 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A10-D9 | C | M-F | 2.20 | 0.10 | X | M25800 | ☑ | ☐ | ☐ |
| 2 | | C | B | 1.20 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | M-B | 1.80 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 4 | H8 | C | M-F | 5.50 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | B | 1.20 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | M-B | 6.00 | 0.40 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | F | 5.50 | 0.08 | X | X | ☑ | ☐ | ☐ |
| 8 | H5 | C | F | 0.60 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 0.80 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | M-F | 1.80 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | M-F | 1.70 | 0.03 | X | | ☐ | ☐ | ☐ |
| 12 | | C | M-F | 1.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 13 | E2 | C | F | 1.80 | 0.05 | X | | ☐ | ☐ | ☐ |

C - Chrysotile         NSD - No Structure Detected
TR - Tremolite         F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 | | C | F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 15 | | C | F | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 16 | | C | M-F | 1.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 17 | A9-D4 | C | F | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 18 | | C | F | 1.70 | 0.03 | X | | ☐ | ☐ | ☐ |
| 19 | | C | F | 1.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 20 | | C | C-F | 1.40 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | B | 1.50 | 0.03 | X | | ☐ | ☐ | ☐ |
| 22 | D7 | C | B | 8.20 | 0.20 | X | | ☐ | ☐ | ☐ |
| 23 | | C | C-F | 14.00 | 0.15 | X | | ☐ | ☐ | ☐ |
| 24 | | C | M-B | 3.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 25 | | C | B | 1.20 | 0.15 | X | | ☐ | ☐ | ☐ |
| 26 | | C | M-F | 0.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 27 | | C | B | 0.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 28 | | C | F | 2.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 29 | G7 | C | F | 2.40 | 0.03 | X | | ☐ | ☐ | ☐ |
| 30 | | C | F | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 31 | | C | F | 2.40 | 0.03 | X | | ☑ | ☐ | ☐ |
| 32 | | C | F | 15.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 33 | | C | B | 2.40 | 0.20 | X | | ☐ | ☐ | ☐ |
| 34 | | C | M-F | 2.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 35 | | C | F | 7.00 | 0.03 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 | G4 | C | F | 1.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 37 | | C | M-B | 3.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 38 | | C | F | 1.70 | 0.03 | X | | ☐ | ☐ | ☐ |
| 39 | | C | M-F | 2.40 | 0.02 | X | | ☐ | ☐ | ☐ |
| 40 | | C | C-B | 3.80 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 41 | | C | M-F | 3.60 | 0.03 | X | | ☐ | ☐ | ☐ |
| 42 | | C | M-F | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 43 | E2 | C | F | 0.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 44 | | C | M-F | 0.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 45 | | C | M-F | 3.60 | 0.03 | X | | ☐ | ☐ | ☐ |
| 46 | | C | F | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 47 | | C | M-F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 48 | | C | B | 4.00 | 0.05 | X | | ☐ | ☐ | ☐ |

M40543    006

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster



























# TEM DUST ANALYSIS    M40543    007

**Dies and Hile, LLP**
**Settled Dust Samples**

| | | | Client Sample ID: | ASHAdmissions 2 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/7/2006 | |
| Filter Type: | MCE 47mm | Analyst: | MDMOUNT | |
| Pore size: | 0.45 | Scope Number: | 3 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | YES    20 % | Grid_box: | 7181 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Str < 5um: | 95 | Number of grids: | 2 | #1: 104 | #3: 104 | Average Grid Size: | 0.010400 |
| Str ≥5um: | 9 | Number of openings: | 7 | #2: 100 | #4: 100 | Total Area Analyzed: | 0.073 |
| Total Str: | 104 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Volume Filtered | 2 ml | **Str / sqr ft** | **8.607E+08** | **Str / cm2** | **9.264E+05** |
| Dilution Factor | 50 | **Str / sqr ft >=5** | **7.448E+07** | **Str / cm2 >=5** | **8.017E+04** |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C1-D4 | C | F | 1.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | F | 1.20 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | F | 1.40 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | M-F | 0.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | M-F | 2.80 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | B | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | C-F | 1.30 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | B | 0.80 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | B | 1.80 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | F | 0.80 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 1.60 | 0.05 | X | X | ☐ | ☐ | ☐ |
| 12 | | C | M-F | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 13 | | C | F | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |

| | |
|---|---|
| C - Chrysotile | NSD - No Structure Detected |
| TR - Tremolite | F - Fiber |
| CR - Crocidolite | B - Bundle |
| AN - Anthophyllite | M - Matrix |
| AC - Actinolite | C - Cluster |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 | | C | M-F | 1.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 15 | | C | M-F | 1.10 | 0.05 | X | | ☐ | ☐ | ☐ |
| 16 | | C | B | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 17 | D7 | C | F | 0.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 18 | | C | B | 2.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 19 | | C | M-F | 1.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 20 | | C | F | 4.10 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | B | 2.60 | 0.30 | X | | ☐ | ☐ | ☐ |
| 22 | | C | B | 1.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 23 | | C | F | 3.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 24 | | C | F | 0.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 25 | | C | M-B | 3.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 26 | | C | M-B | 2.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 27 | | C | M-B | 0.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 28 | | C | F | 2.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 30 | | C | F | 3.80 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | B | 2.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 32 | C2-C6 | C | C-F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 33 | | C | M-F | 1.50 | 0.05 | X | | ☐ | ☐ | ☐ |
| 34 | | C | F | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 35 | | C | C-F | 2.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 36 | | C | F | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |

C - Chrysotile       NSD - No Structure Detected
TR - Tremolite       F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite   M - Matrix
AC - Actinolite      C - Cluster