# TEM DUST ANALYSIS    M40543    012

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID:    ASH 2 1

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/13/2006 |
| Filter Type: | MCE 47mm | Analyst: | MAM |
| Pore size: | 0.45 | Scope Number: | 4 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | Indicated Mag: | 25 KX |
| Analysis type: | Dust | Screen Mag: | 20 KX |
| Grid Acceptance | YES    25 % | Grid_box: | 7192 |

| | | | | | |
|---|---|---|---|---|---|
| Str <5um: | 0 | Number of grids: 2 | #1: 102 | #3: 103 | Average Grid Size: 0.010455 |
| Str ≥5um: | 0 | Number of openings: 10 | #2: 103 | #4: 101 | Total Area Analyzed: 0.105 |
| Total Str: | 0 | | | | |

| | | | | |
|---|---|---|---|---|
| Volume Filtered | 50 ml | Str / sqr ft | 0.000E+00 | Str / cm2 | 0.000E+00 |
| Dilution Factor | 2 | Str / sqr ft >=5 | 0.000E+00 | Str / cm2 >=5 | 0.000E+00 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| | C10-C8 | | NSD | | | | | ☐ | ☐ | ☐ |
| | E7 | | NSD | | | | | ☐ | ☐ | ☐ |
| | F4 | | NSD | | | | | ☐ | ☐ | ☐ |
| | H4 | | NSD | | | | | ☐ | ☐ | ☐ |
| | F5 | | NSD | | | | | ☐ | ☐ | ☐ |
| | C9-E9 | | NSD | | | | | ☐ | ☐ | ☐ |
| | H4 | | NSD | | | | | ☐ | ☐ | ☐ |
| | D10 | | NSD | | | | | ☐ | ☐ | ☐ |
| | D9 | | NSD | | | | | ☐ | ☐ | ☐ |
| | D2 | | NSD | | | | | ☐ | ☐ | ☐ |

M40543    012

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite         B - Bundle
AN - Anthophyllite       M - Matrix
AC - Actinolite          C - Cluster

# Unit 3 Building
Arkansas State Hospital (ASH)

# TEM DUST ANALYSIS     M40543   013

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID:     ASH 3 1

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/13/2006 |
| Filter Type: | MCE 47mm | Analyst: | Kevin Simpson |
| Pore size: | 0.45 | Scope Number: | 3 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | Indicated Mag: | 25 KX |
| Analysis type: | Dust | Screen Mag: | 20 KX |
| Grid Acceptance | YES    25 % | Grid_box: | 7192 |

| | | | | | |
|---|---|---|---|---|---|
| Str < 5um: | 1 | Number of grids: 2 | #1: 103 | #3: 101 | Average Grid Size: 0.010302 |
| Str ≥5um: | 0 | Number of openings: 10 | #2: 101 | #4: 101 | Total Area Analyzed: 0.103 |
| Total Str: | 1 | | | | |
| Volume Filtered | 50 ml | Str / sqr ft | 2.339E+05 | Str / cm2 | 2.518E+02 |
| Dilution Factor | 2 | Str / sqr ft  >=5 | 0.000E+00 | Str / cm2  >=5 | 0.000E+00 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| | B10-E9 | | NSD | | | | | ☐ | ☐ | ☐ |
| | F7 | | NSD | | | | | ☐ | ☐ | ☐ |
| | D3 | | NSD | | | | | ☐ | ☐ | ☐ |
| | H5 | | NSD | | | | | ☐ | ☐ | ☐ |
| 1 | E6 | C | F | 1.00 | 0.10 | X | M36344 | ☑ | ☑ | ☐ |
| | B9-B4 | | NSD | | | | | ☐ | ☐ | ☐ |
| | H5 | | NSD | | | | | ☐ | ☐ | ☐ |
| | C2 | | NSD | | | | | ☐ | ☐ | ☐ |
| | F1 | | NSD | | | | | ☐ | ☐ | ☐ |
| | E10 | | NSD | | | | | ☐ | ☐ | ☐ |

M40543   013

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster



# Vocational/Maintenance Shop Building
### Arkansas State Hospital (ASH)

# TEM DUST ANALYSIS    M40543  001

**Dies and Hile, LLP**
**Settled Dust Samples**

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | | Date Analyzed: | 10/3/2006 |
| Filter Type: | MCE 47mm | | Analyst: | MAM |
| Pore size: | 0.45 | | Scope Number: | 4 |
| Effective Filter Area: | 1297 | | Accelerating Voltage: | 100  KV |
| Sample type: | Dust | | Indicated Mag: | 25  KX |
| Analysis type: | Dust | | Screen Mag: | 20  KX |
| Grid Acceptance | YES | 2 % | Grid_box: | 7184, 7169, 7181,7185 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Str < 5um: | 77 | Number of grids: | 2 | #1: 100 | #3: 100 | Average Grid Size: | 0.010000 | |
| Str ≥5um: | 23 | Number of openings: | 6 | #2: 100 | #4: 100 | Total Area Analyzed: | 0.060 | |
| Total Str: | 100 | | | | | | | |
| Volume Filtered | 0.1 ml | **Str / sqr ft** | **2.008E+10** | | | **Str / cm2** | **2.162E+07** | |
| Dilution Factor | 1000 | **Str / sqr ft  >=5** | **4.619E+09** | | | **Str / cm2  >=5** | **4.972E+06** | |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EJ0-A2 | C | F | 1.70 | 0.10 | X | X | ✓ | | |
| 2 | | C | F | 1.80 | 0.20 | X | X | ✓ | | |
| 3 | | C | F | 4.00 | 0.10 | X | X | ✓ | | |
| 4 | | C | F | 8.00 | 0.10 | X | X | ✓ | | |
| 5 | | C | F | 8.00 | 0.05 | X | X | ✓ | | |
| 6 | | C | F | 7.00 | 0.10 | X | X | ✓ | | |
| 7 | | C | C-F | 3.00 | 0.20 | X | X | ✓ | | |
| 8 | | C | F | 9.00 | 0.10 | X | X | ✓ | | |
| 9 | | C | F | 4.00 | 0.10 | X | X | | | |
| 10 | | C | F | 2.30 | 0.10 | X | X | ✓ | | |
| 11 | | C | C-F | 1.00 | 0.10 | X | | | | |
| 12 | | C | M-F | 2.50 | 0.10 | X | | | | |
| 13 | F1 | C | F | 3.00 | 0.20 | X | | | | |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
  AN - Anthophyllite  M - Matrix
  AC - Actinolite      C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 | | C | M-F | 4.00 | 0.05 | X | | | | |
| 15 | | C | F | 1.30 | 0.10 | X | | | | |
| 16 | | C | C-F | 3.50 | 0.05 | X | | | | |
| 17 | | C | M-F | 2.00 | 0.10 | X | | | | |
| 18 | | C | F | 3.70 | 0.10 | X | | | | |
| 19 | | C | F | 4.00 | 0.10 | X | | | | |
| 20 | | C | F | 2.80 | 0.10 | X | X | ✓ | | |
| 21 | | C | F | 24.00 | 0.10 | X | | | | |
| 22 | | C | M-F | 0.90 | 0.10 | X | | | | |
| 23 | | C | M-F | 3.80 | 0.10 | X | | | | |
| 24 | | C | M-F | 2.50 | 0.10 | X | | | | |
| 25 | | C | M-F | 2.50 | 0.10 | X | | | | |
| 26 | G5 | C | M-F | 1.00 | 0.10 | X | | | | |
| 27 | | C | F | 0.80 | 0.05 | X | | | | |
| 28 | | C | F | 2.20 | 0.05 | X | | | | |
| 29 | | C | F | 4.00 | 0.10 | X | | | | |
| 30 | | C | F | 1.70 | 0.10 | X | X | ✓ | | |
| 31 | | C | F | 2.00 | 0.20 | X | | | | |
| 32 | | C | F | 1.50 | 0.10 | X | | | | |
| 33 | | C | F | 9.00 | 0.10 | X | | | | |
| 34 | | C | F | 2.00 | 0.05 | X | | | | |
| 35 | | C | F | 7.60 | 0.05 | X | | | | |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | C | F | 1.60 | 0.10 | X | | | | |
| 37 | | C | F | 1.40 | 0.05 | X | | | | |
| 38 | | C | M-B | 2.00 | 0.20 | X | | | | |
| 39 | | C | F | 7.00 | 0.20 | X | | | | |
| 40 | | C | F | 0.90 | 0.10 | X | X | ✓ | | |
| 41 | | C | F | 3.00 | 0.10 | X | | | | |
| 42 | E4 | C | C-B | 8.00 | 0.70 | X | | | | |
| 43 | | C | F | 3.80 | 0.10 | X | | | | |
| 44 | | C | F | 0.70 | 0.10 | X | | | | |
| 45 | | C | F | 7.00 | 0.10 | X | | | | |
| 46 | | C | F | 2.30 | 0.05 | X | | | | |
| 47 | | C | F | 2.00 | 0.10 | X | | | | |
| 48 | | C | M-F | 2.00 | 0.10 | X | | | | |
| 49 | | C | F | 6.60 | 0.10 | X | | | | |
| 50 | | C | B | 6.00 | 0.50 | X | X | ✓ | | |
| 51 | | C | M-F | 1.00 | 0.05 | X | | | | |
| 52 | | C | F | 1.00 | 0.05 | X | | | | |
| 53 | | C | F | 2.00 | 0.10 | X | | | | |
| 54 | | C | F | 0.60 | 0.10 | X | | | | |
| 55 | | C | F | 1.70 | 0.10 | X | | | | |
| 56 | | C | F | 2.40 | 0.05 | X | | | | |
| 57 | E9-H3 | C | F | 10.00 | 0.05 | X | | | | |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
  AN - Anthophyllite   M - Matrix
  AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 58 | | C | F | 12.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 59 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 60 | | C | F | 8.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 61 | | C | F | 8.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 62 | | C | M-F | 19.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 63 | | C | F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 64 | | C | F | 6.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 65 | | C | M-F | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 66 | | C | F | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 67 | | C | M-F | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 68 | | C | F | 3.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 69 | | C | F | 3.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 70 | | C | M-F | 1.30 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 71 | | C | F | 27.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 72 | | C | B | 1.30 | 0.20 | X | | ☐ | ☐ | ☐ |
| 73 | FJ | C | B | 2.40 | 0.40 | X | | ☐ | ☐ | ☐ |
| 74 | | C | F | 3.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 75 | | C | F | 4.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 76 | | C | F | 5.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 77 | | C | F | 1.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 78 | | C | M-F | 1.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 79 | | C | F | 1.30 | 0.05 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 80 | | C | M-F | 1.80 | 0.05 | X | X | ✔ | ☐ | ☐ |
| 81 | | C | F | 3.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 82 | | C | F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 83 | | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 84 | | C | F | 1.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 85 | | C | F | 3.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 86 | | C | M-F | 1.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 87 | | C | F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 88 | | C | F | 1.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 89 | | C | F | 0.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 90 | | C | F | 13.00 | 0.10 | X | X | ✔ | ☐ | ☐ |
| 91 | | C | F | 1.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 92 | | C | F | 3.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 93 | | C | F | 4.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 94 | | C | M-F | 1.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 95 | | C | F | 1.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 96 | | C | F | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 97 | | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 98 | | C | F | 1.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 99 | | C | F | 0.90 | 0.05 | X | | ☐ | ☐ | ☐ |
| 100 | | C | F | 1.60 | 0.10 | X | X | ✔ | ☐ | ☐ |
| | | | | | | | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
|       |           |       |            |        |       |        |       |      | M40543 | 001     |

C - Chrysotile     NSD - No Structure Detected
TR - Tremolite     F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite     C - Cluster





























































# MAS TEM ANALYSIS

## M40816 - 010

| Client Name: Dies and Hile, LLP | | Client Sample ID: | 10 |
|---|---|---|---|

| Sample Area/ Volume: | 7.5 | Liters | Date Analyzed: | 10/18/2006 | |
|---|---|---|---|---|---|
| Filter Type: | MCE 25mm | | Analyst: | MAM | |
| Pore size: | 0.8 | | Scope Number: | 4 | |
| Effective Filter Area: | 385 | | Accelerating Voltage: | 100 | KV |
| Sample type: | Air | | Indicated Mag: | 25 | KX |
| Analysis type: | AHERA Style | | Screen Mag: | 20 | KX |
| Grid Acceptance | YES | 20 % | Grid_box: | 7194, 7195, 7187 | |
| Grid Status | Analyzed | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Str 0.5 < 5: | 14 | Number of grids: | 2 | #1: 101 | #3: 102 |
| Str ≥ 5: | 2 | Number of openings: | 10 | #2: 102 | #4: 101 |
| Total str: | 16 | Average Grid Size: 0.010302 | Total Area Analyzed: 0.103 | | |
| Str_cc>5: | 0.9966 /cc | | | | |
| Str_mm>5: | 19.4 /mm2 | Detect mm: | 9.7 | Detect_cc: | 0.4983 |
| Chrysotile: | 7.9726 /cc | | | | |
| Amphibole: | 0.0000 /cc | Total mm2: | 155.3 | Total cc: | 7.9726 |

| Str# | SquareID: | Type: | Structure: | Length | <5 | Width | >=5 | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B6-F9 | C | M-F | 2 | X | 0.05 | | Chrysotile | Chrysotile | ☑ | | |
| 2 | B7 | C | M-F | 2.3 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 3 | E4 | C | M-F | 2.9 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 4 | G5 | C | M-F | 3.5 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 5 | | C | M-F | 3.4 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 6 | | C | M-F | 0.7 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 7 | I9 | C | F | 4 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 8 | | C | M-F | 2.5 | X | 0.05 | | Chrysotile | Chrysotile | ☑ | | |
| 9 | B7-A4 | C | M-B | 4.6 | X | 0.2 | | Chrysotile | Chrysotile | ☑ | | |
| 10 | | C | M-B | 11 | | 0.6 | X | Chrysotile | Chrysotile | ☑ | | |
| 11 | | C | M-F | 2.4 | X | 0.1 | | Chrysotile | | ☐ | | |
| 12 | B2 | C | M-F | 2.2 | X | 0.1 | | Chrysotile | | ☐ | | |
| 13 | G5 | C | F | 2 | X | 0.1 | | Chrysotile | | ☐ | | |
| 14 | J4 | C | F | 3 | X | 0.1 | | Chrysotile | | ☐ | | |
| 15 | | C | M-F | 1.3 | X | 0.1 | | Chrysotile | | ☐ | | |
| 16 | D8 | C | M-B | 5.4 | | 0.6 | X | Chrysotile | | ☐ | | |

M40816_010    Sample Comments:

Trial III personnel RH right shoulder



















Realtime: 30.6
Livetime: 29.7
M40816-010 Chrysotile Str = 9::.



# MAS TEM  ANALYSIS
## M40816  - 011

| | | | | |
|---|---|---|---|---|
| **Client Name:** Dies and Hile, LLP | | | **Client Sample ID:** 11 | |

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | 4.5 | **Liters** | Date Analyzed: | 10/18/2006 |
| Filter Type: | MCE 25mm | | Analyst: | MAM |
| Pore size: | 0.8 | | Scope Number: | 4 |
| Effective Filter Area: | 385 | | Accelerating Voltage: | 100   KV |
| Sample type: | Air | | Inducted Mag: | 25   KX |
| Analysis type: | AHERA Style | | Screen Mag: | 20   KX |
| Grid Acceptance | YES | 20 % | Grid_box: | 7194, 7195, 7187 |
| Grid Status | Analyzed | | | |

| | | | | | |
|---|---|---|---|---|---|
| Str 0.5 < 5: | 11 | | Number of grids: | 2 | #1: 100  #3: 100 |
| Str  ≥ 5: | 7 | | Number of openings: | 10 | #2: 103  #4: 102 |
| Total str: | 18 | | | | |
| Str_cc>5: | 5.8428 | /cc | Average Grid Size: | 0.010250 | Total Area Analyzed: 0.103 |
| Str_mm>5: | 68.3 | /mm2 | | | |
| Chrysotile: | 15.0244 | /cc | **Detect mm:** 9.8 | | **Detect_cc:** 0.8347 |
| Amphibole: | 0.0000 | /cc | **Total mm2:** 175.6 | | **Total cc:** 15.0244 |

| Str# | SquareID | Type | Structure | Length | <5 | Width | >=5 | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C6-H9 | C | F | 1.5 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 2 | | C | M-F | 1.6 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 3 | | C | M-B | 3.7 | X | 0.2 | | Chrysotile | Chrysotile | ☑ | | |
| 4 | E8 | C | M-B | 14 | | 0.2 | X | Chrysotile | Chrysotile | ☑ | | |
| 5 | D6 | C | M-F | 1 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 6 | G3 | C | B | 6 | | 0.8 | X | Chrysotile | Chrysotile | ☑ | | |
| 7 | | C | M-F | 1.7 | X | 0.05 | | Chrysotile | Chrysotile | ☑ | | |
| 8 | I6 | C | B | 9 | | 1.3 | X | Chrysotile | Chrysotile | ☑ | | |
| 9 | | C | M-F | 2 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 10 | C7-I8 | C | M-F | 2.5 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 11 | | C | M-F | 3.5 | X | 0.05 | | Chrysotile | | ☐ | | |
| 12 | E9 | C | M-B | 13.7 | | 0.3 | X | Chrysotile | | ☐ | | |
| 13 | | C | M-F | 1.6 | X | 0.1 | | Chrysotile | | ☐ | | |
| 14 | | C | M-F | 6 | | 0.05 | X | Chrysotile | | ☐ | | |
| 15 | C6 | C | M-F | 2.2 | X | 0.1 | | Chrysotile | | ☐ | | |
| 16 | | C | M-B | 10 | | 0.2 | X | Chrysotile | | ☐ | | |
| | E3 | | NSD | | | | | | | ☐ | | |
| 17 | G3 | C | M-B | 20 | | 0.6 | X | Chrysotile | | ☐ | | |
| 18 | | C | F | 4 | X | 0.1 | | Chrysotile | | ☐ | | |

M40816  011   Sample Comments:

Trial III personnel MB left shoulder













