



























# MAS TEM  ANALYSIS
## M40816  - 016

| Client Name: Dies and Hile, LLP | Client Sample ID: 16 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Sample Area/ Volume: | **10** | Liters | Date Analyzed: | 10/20/2006 | |
| Filter Type: | MCE 25mm | | Analyst: | MAM | |
| Pore size: | 0.8 | | Scope Number: | 4 | |
| Effective Filter Area: | 385 | | Accelerating Voltage: | 100 | KV |
| Sample type: | Air | | Indicated Mag: | 25 | KX |
| Analysis type: | AHERA Style | | Screen Mag: | 20 | KX |
| Grid Acceptance | YES | 20 % | Grid_box: | 7194, 7195, 7187 | |
| Grid Status | Analyzed | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Str 0.5 < 5: | 46 | | Number of grids: | 2 | #1: 103  #3: 101 |
| Str ≥ 5: | 11 | | Number of openings: | 10 | #2: 101  #4: 101 |
| Total str: | 57 | | | | |
| Str_cc>5: | 4.1109 | /cc | Average Grid Size: | 0.010302 | Total Area Analyzed: 0.103 |
| Str_mm>5: | 106.8 | /mm2 | | | |
| Chrysotile: | 21.3017 | /cc | Detect mm: | 9.7 | Detect_cc: 0.3737 |
| Amphibole: | 0.0000 | /cc | Total mm2: | 553.3 | Total cc: 21.3017 |

| Str# | SquareID | Type | Structure | Length | <5 | Width | >=5 | Morph | SAED | EDS | Photo | Sketch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D9-B3 | C | F | 0.6 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 2 | | C | M-F | 3 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 3 | | C | M-F | 1 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 4 | | C | M-F | 4 | X | 0.2 | | Chrysotile | Chrysotile | ☑ | | |
| 5 | | C | M-F | 4.3 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 6 | | C | M-F | 2.4 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 7 | | C | M-F | 1.2 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 8 | | C | B | 8.7 | | 0.2 | X | Chrysotile | Chrysotile | ☑ | | |
| 9 | | C | F | 0.6 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 10 | | C | M-F | 0.7 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 11 | A6 | C | M-F | 4 | X | 0.1 | | Chrysotile | | ☐ | | |
| 12 | | C | F | 1 | X | 0.1 | | Chrysotile | | ☐ | | |
| 13 | D7 | C | M-F | 2.3 | X | 0.1 | | Chrysotile | | ☐ | | |
| 14 | | C | B | 3 | X | 0.2 | | Chrysotile | | ☐ | | |
| 15 | | C | M-F | 2.3 | X | 0.1 | | Chrysotile | | ☐ | | |
| 16 | | C | M-F | 8 | | 0.1 | X | Chrysotile | | ☐ | | |
| 17 | | C | M-B | 5.7 | | 0.3 | X | Chrysotile | | ☐ | | |
| 18 | | C | M-B | 4 | X | 0.2 | | Chrysotile | | ☐ | | |
| 19 | | C | M-B | 4 | X | 0.5 | | Chrysotile | | ☐ | | |
| 20 | | C | M-F | 1 | X | 0.1 | | Chrysotile | Chrysotile | ☑ | | |
| 21 | | C | M-F | 2.3 | X | 0.1 | | Chrysotile | | ☐ | | |
| 22 | E9 | C | M-B | 4 | X | 0.2 | | Chrysotile | | ☐ | | |
| 23 | | C | M-F | 1.4 | X | 0.1 | | Chrysotile | | ☐ | | |
| 24 | | C | M-F | 3.5 | X | 0.1 | | Chrysotile | | ☐ | | |

# MAS TEM  ANALYSIS
## M40816  - 016

| Client Name: Dies and Hile, LLP | | | | | | | Client Sample ID:  16 | | |
|---|---|---|---|---|---|---|---|---|---|
| 25 | | C | M-B | 7 | | 0.2 | X | Chrysotile | | ☐ |
| 26 | | C | M-F | 1.7 | X | 0.1 | | Chrysotile | | ☐ |
| 27 | | C | M-B | 16 | | 0.2 | X | Chrysotile | | ☐ |
| 28 | | C | F | 1 | X | 0.1 | | Chrysotile | | ☐ |
| 29 | H8 | C | M-B | 2 | X | 0.3 | | Chrysotile | | ☐ |
| 30 | | C | M-B | 1.3 | X | 0.2 | | Chrysotile | Chrysotile | ☑ |
| 31 | | C | M-F | 4.3 | X | 0.1 | | Chrysotile | | ☐ |
| 32 | D10-C3 | C | M-F | 1.3 | X | 0.1 | | Chrysotile | | ☐ |
| 33 | | C | B | 8 | | 2 | X | Chrysotile | | ☐ |
| 34 | | C | M-F | 1.3 | X | 0.1 | | Chrysotile | | ☐ |
| 35 | | C | M-B | 6 | | 0.2 | X | Chrysotile | | ☐ |
| 36 | | C | F | 10 | | 0.2 | X | Chrysotile | | ☐ |
| 37 | | C | F | 0.8 | X | 0.1 | | Chrysotile | | ☐ |
| 38 | B6 | C | M-F | 2 | X | 0.1 | | Chrysotile | | ☐ |
| 39 | | C | M-F | 2.6 | X | 0.1 | | Chrysotile | | ☐ |
| 40 | | C | B | 4 | X | 0.2 | | Chrysotile | Chrysotile | ☑ |
| 41 | | C | M-F | 1 | X | 0.05 | | Chrysotile | | ☐ |
| 42 | | C | M-F | 3 | X | 0.1 | | Chrysotile | | ☐ |
| 43 | | C | M-B | 1.4 | X | 0.2 | | Chrysotile | | ☐ |
| 44 | G5 | C | M-F | 1.3 | X | 0.1 | | Chrysotile | | ☐ |
| 45 | I7 | C | B | 2 | X | 0.2 | | Chrysotile | | ☐ |
| 46 | | C | F | 1.8 | X | 0.05 | | Chrysotile | | ☐ |
| 47 | | C | M-F | 2.5 | X | 0.1 | | Chrysotile | | ☐ |
| 48 | | C | M-F | 3.4 | X | 0.1 | | Chrysotile | | ☐ |
| 49 | | C | M-B | 4 | X | 0.4 | | Chrysotile | | ☐ |
| 50 | | C | M-F | 2.5 | X | 0.1 | | Chrysotile | Chrysotile | ☑ |
| 51 | | C | M-F | 1 | X | 0.1 | | Chrysotile | | ☐ |
| 52 | | C | M-F | 2.2 | X | 0.1 | | Chrysotile | | ☐ |
| 53 | | C | B | 18 | | 2 | X | Chrysotile | | ☐ |
| 54 | | C | M-B | 2 | X | 0.2 | | Chrysotile | | ☐ |
| 55 | G9 | C | M-F | 7 | | 0.2 | X | Chrysotile | | ☐ |
| 56 | | C | M-F | 7.5 | | 0.2 | X | Chrysotile | | ☐ |
| 57 | | C | F | 1.5 | X | 0.1 | | Chrysotile | | ☐ |
| | | | | | | | | | | ☐ |
| | | | | | | | | | | ☐ |
| | | | | | | | | | | ☐ |
| | | | | | | | | | | ☐ |

M40816  016    Sample Comments:
Trial IV personnel MB right shoulder





























# MAS TEM ANALYSIS
## M40816 - 017

| Client Name: Dies and Hile, LLP | | Client Sample ID: 17 | |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Sample Area/ Volume: | 0 | Liters | Date Analyzed: | 10/18/2006 | |
| Filter Type: | MCE 25mm | | Analyst: | Kevin Simpson | |
| Pore size: | 0.8 | | Scope Number: | 3 | |
| Effective Filter Area: | 385 | | Accelerating Voltage: | 100 | KV |
| Sample type: | Air | | Indicated Mag: | 25 | KX |
| Analysis type: | AHERA Style | | Screen Mag: | 20 | KX |
| Grid Acceptance | Yes | 1 % | Grid_box: | 7194, 7195, 7187 | |
| Grid Status | Analyzed | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Str 0.5 < 5: | 0 | | Number of grids: | 2 | #1: 102 | #3: 103 |
| Str ≥ 5: | 0 | | Number of openings: | 10 | #2: 101 | #4: 104 |
| Total str: | 0 | | Average Grid Size: | 0.010507 | Total Area Analyzed: | 0.105 |
| Str_cc>5: | N/A | /cc | | | | |
| Str_mm>5: | 0.0 | /mm2 | Detect mm: | 9.5 | Detect_cc: | N/A |
| Chrysotile: | N/A | /cc | | | | |
| Amphibole: | N/A | /cc | Total mm2: | 0.0 | Total cc: | N/A |

| Str#: | SquareID: | Type: | Structure: | Length | <5 | Width | >=5 | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E1-E3 | | NSD | | | | | | | ☐ | | |
| | E4 | | NSD | | | | | | | ☐ | | |
| | E5 | | NSD | | | | | | | ☐ | | |
| | E6 | | NSD | | | | | | | ☐ | | |
| | E7 | | NSD | | | | | | | ☐ | | |
| | E2-C2 | | NSD | | | | | | | ☐ | | |
| | C3 | | NSD | | | | | | | ☐ | | |
| | C4 | | NSD | | | | | | | ☐ | | |
| | C5 | | NSD | | | | | | | ☐ | | |
| | C6 | | NSD | | | | | | | ☐ | | |

M40816 017    Sample Comments:

field blank

# MAS TEM ANALYSIS
## M40816 - 018

| Client Name: Dies and Hile, LLP | | Client Sample ID: 18 | |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Sample Area/ Volume: | **0** | Liters | Date Analyzed: | 10/18/2006 | |
| Filter Type: | MCE 25mm | | Analyst: | Kevin Simpson | |
| Pore size: | 0.8 | | Scope Number: | 3 | |
| Effective Filter Area: | 385 | | Accelerating Voltage: | 100 | KV |
| Sample type: | Air | | Indicated Mag: | 25 | KX |
| Analysis type: | AHERA Style | | Screen Mag: | 20 | KX |
| Grid Acceptance | Yes | 1 % | Grid_box: | 7194, 7195, 7187 | |
| Grid Status | Analyzed | | | | |

| | | | | |
|---|---|---|---|---|
| Str 0.5 < 5: | **0** | Number of grids: **2** | #1: 103 | #3: 104 |
| Str ≥ 5: | **0** | Number of openings: **10** | #2: 101 | #4: 102 |
| Total str: | **0** | Average Grid Size: 0.010506 | Total Area Analyzed: | 0.105 |
| Str_cc>5: | N/A /cc | | | |
| Str_mm>5: | 0.0 /mm2 | | | |
| Chrysotile: | N/A /cc | **Detect mm:** 9.5 | **Detect_cc:** | N/A |
| Amphibole: | N/A /cc | **Total mm2:** 0.0 | **Total cc:** | N/A |

| Str#: | SquareID: | Type: | Structure: | Length | <5 | Width | >=5 | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | D2-G1 | | NSD | | | | | | | ☐ | | |
| | G2 | | NSD | | | | | | | ☐ | | |
| | G3 | | NSD | | | | | | | ☐ | | |
| | G4 | | NSD | | | | | | | ☐ | | |
| | G5 | | NSD | | | | | | | ☐ | | |
| | D1-D8 | | NSD | | | | | | | ☐ | | |
| | E8 | | NSD | | | | | | | ☐ | | |
| | F8 | | NSD | | | | | | | ☐ | | |
| | G8 | | NSD | | | | | | | ☐ | | |
| | H8 | | NSD | | | | | | | ☐ | | |

M40816 018   Sample Comments:

field blank