# SECTION 5



Tucson Convention Center (TCC) Music Hall
General views of Attic Space





## Tucson Convention Center (TCC) Music Hall
### Rag Cleaning Area After





# Tucson Convention Center (TCC) Music Hall
## Rag Cleaning Area Before





## Tucson Convention Center (TCC) Music Hall
### Brush and Dust Pan Cleaning Before



