## Tucson Convention Center (TCC) Music Hall
Brush and Dust Pan Cleaning Area After





# Tucson Convention Center (TCC) Music Hall
View of Fireproofing Above Rag Cleaning and Brush and Dust Pan Cleaning Areas



## Tucson Convention Center (TCC) Music Hall
Compressed Air Blowing Area Before





## Tucson Convention Center (TCC) Music Hall
Compressed Air Blowing Area After



## Tucson Convention Center (TCC) Music Hall
### Fiberglass Batting



