# EXHIBIT B

Expert Report of William E. Longo, Ph.D.,
Prepared on Behalf of the Property Damage
Asbestos Claimants Represented by the
Law Firm of Dies & Hile, LLP

# Appendix B

Dust Sampling Results for Tucson
Music Hall Attic

MVA Scientific Consultants

September, 2006



Case 01-01139-AMC   Doc 13482   Filed 10/25/06   Page 2 of 11



October 18, 2006

William E. Longo, Ph.D.
Materials Analytical Services, Inc.
3945 Lakefield Court
Suwanee, GA 30024

RE: **Dust Sampling Results for Tucson Music Hall Attic**

Dear Dr. Longo:

Attached are the results of 5 surface dust samples (and one blank) I collected from metal air ducts in the Tucson Music Hall attic on August 17, 2005. Also attached are the count sheets from MVA Scientific Consultants for these samples. Please do not hesitate to telephone me should you have any questions.

Sincerely,

*William M. Ewing*

William M. Ewing, CIH
Technical Director


Attachments


Xc: Mr. Martin W. Dies

## Tucson Civic Center Complex – Music Hall Dust Samples

| Sample Number | Sample Location/Description | Photograph Number | Results (s/cm$^2$) |
|---|---|---|---|
| DUST-45 | Attic, northeast area, top of metal air duct, metal 100 cm$^2$ | 24 | 2,400,000 |
| DUST-46 | Attic, southeast area, top of metal air duct, metal 100 cm$^2$ | 23 | 2,000,000 |
| DUST-47 | Attic, north central, top of metal air duct, metal 100 cm$^2$ | 19 | 17,000,000 |
| DUST-48 | Attic, northwest area, top of metal air duct, metal 100 cm$^2$ | 17 | 3,100,000 |
| DUST-49 | Attic, southwest area, top of metal air duct, metal 100 cm$^2$ | 15 | 710,000 |
| DUST-50 | Blank | NA | None Detected |

| Sample ID | MVA ID # | Asbestos Loading (s/cm$^2$) | Single Fiber Analytical Sensitivity (s/cm$^2$) | Reported Result (s/cm$^2$) |
|---|---|---|---|---|
| Dust 45 | Q1453 | 2,355,000 | 157,000 | 2,400,000 |
| Dust 46 | Q1454 | 2,041,000 | 157,000 | 2,000,000 |
| Dust 47 | Q1455 | 17,270,000 | 1,570,000 | 17,000,000 |
| Dust 48 | Q1456 | 3,140,000 | 157,000 | 3,100,000 |
| Dust 49 | Q1457 | 706,500 | 15,700 | 710,000 |
| Dust 50 | Q1458 | 0 | 314* | NAD |

*The equivalent analytical sensitivity for a blank sample is determined by assuming a 100 square centimeter collection area.
NAD = No Asbestos Detected in blank

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | | |
|---|---|---|---|---|
| MVA Project# | 6423 | Amt Collected(cm$^2$): 100 | Analyst: | AH |
| MVA Sample# | Q1453 | Amt Prepped(cm$^2$): 0.1 | Date: | 9/21/05 |
| Client I.D.: | Dust 45 | Filter Area (mm$^2$): 1256 | Page: | 1 of 1 |
| Instrument: | Philips 420 | Filter Type: PC 0.2 | Comments: | |
| Magnification: | 20,600 | Openings Analyzed: 10 | ASTM Method: | D6480 |
| Acc. Voltage: | 100 KV | Grid Opening (mm$^2$): 0.008 | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D9 | 1 | C | 9.0 | 3.00 | C | C | EDS printout | 4.4 | 1.46 |
| | E7 | 2 | M | 5.0 | 2.50 | C | | | 2.4 | 1.21 |
| | | 3 | F | 5.0 | 0.10 | C | | | 2.4 | 0.05 |
| | B4 | 4 | M | 10.0 | 7.00 | C | | | 4.9 | 3.40 |
| | D2 | 5 | F | 5.0 | 0.10 | C | | | 2.4 | 0.05 |
| | | 6 | C | 4.5 | 3.00 | C | | | 2.2 | 1.46 |
| | F3 | NSD | | | | | | | | |
| 2 | I5 | 7 | M | 9.0 | 5.00 | C | | | 4.4 | 2.43 |
| | | 8 | F | 4.0 | 0.10 | C | | | 1.9 | 0.05 |
| | J2 | 9 | C | 8.0 | 6.00 | C | | | 3.9 | 2.91 |
| | | 10 | B | 16.0 | 0.60 | C | C | EDS printout | 7.8 | 0.29 |
| | F4 | NSD | | | | | | | | |
| | E5 | 11 | B | 15.0 | 0.30 | C | | | 7.3 | 0.15 |
| | | 12 | F | 13.0 | 0.10 | C | | | 6.3 | 0.05 |
| | F7 | 13 | F | 6.0 | 0.10 | C | | | 2.9 | 0.05 |
| | | 14 | M | 22.0 | 8.00 | C | | | 10.7 | 3.88 |
| | | 15 | M | 10.0 | 3.00 | C | | | 4.9 | 1.46 |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED:  C = Chrysotile, A = Amphibole
EDS:  C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| MVA Project# | 6423 | Amt Collected(cm²): | 100 | Analyst: | WH |
|---|---|---|---|---|---|
| MVA Sample# | Q1454 | Amt Prepped(cm²): | 0.1 | Date: | 9/21/05 |
| Client I.D.: | Dust 46 | Filter Area (mm²): | 1256 | Page: | 1 of 1 |
| Instrument: | Philips 120 | Filter Type: | PC | Comments: | 0.1 |
| Magnification: | 24,400 | Openings Analyzed: | 10 | ASTM Method: | D6480 |
| Acc. Voltage: | 100 KV | Grid Opening (mm²): | 0.008 | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I8 | 1 | F | 1.3 | 0.10 | C | C | | 0.5 | 0.04 |
| | | 2 | F | 6.0 | 0.10 | C | C | | 2.5 | 0.04 |
| | H4 | 3 | F | 5.0 | 0.10 | C | C | | 2.0 | 0.04 |
| | | 4 | F | 1.5 | 0.10 | C | C | | 0.6 | 0.04 |
| | | 5 | B | 13.0 | 0.50 | C | C | | 5.3 | 0.20 |
| | F2 | 6 | C | 31.2 | 5.00 | C | C | | 12.8 | 2.05 |
| | D1 | 7 | B | 4.5 | 0.30 | C | C | | 1.8 | 0.12 |
| | B3 | 8 | F | 3.0 | 0.10 | C | C | | 1.2 | 0.04 |
| | | 9 | F | 3.5 | 0.10 | C | C | | 1.4 | 0.04 |
| | | 10 | C | 7.5 | 3.00 | C | C | | 3.1 | 1.23 |
| 2 | B1 | NSD | | | | | | | | |
| | D3 | 11 | M | 2.0 | 0.10 | C | C | | 0.8 | 0.04 |
| | | 12 | F | 3.0 | 0.10 | C | C | | 1.2 | 0.04 |
| | F7 | 13 | B | 2.0 | 0.20 | C | C | | 0.8 | 0.08 |
| | H8 | NSD | | | | | | | | |
| | G4 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

**Surface Dust Sample Analysis Sheet**

| | | | | |
|---|---|---|---|---|
| MVA Project# | 6423 | Amt Collected(cm$^2$): 100 | Analyst: | AH |
| MVA Sample# | Q1455 | Amt Prepped(cm$^2$): 0.01 | Date: | 9/21/05  9/22/05 |
| Client I.D.: | Dust 47 | Filter Area (mm$^2$): 1256 | Page: | 1 of 1 |
| Instrument: | Philips 420 | Filter Type: PC 0.2 | Comments: | |
| Magnification: | 20,600 | Openings Analyzed: 10 | ASTM Method: | D6480 |
| Acc. Voltage: | 100 KV | Grid Opening (mm$^2$): 0.008 | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C4 | 1 | F | 2.0 | 0.10 | C | C | EDS | 1.0 | 0.05 |
| | B3 | 2 | F | 1.5 | 0.10 | C | | | 0.7 | 0.05 |
| | | 3 | F | 2.0 | 0.10 | C | | | 1.0 | 0.05 |
| | F1 | 4 | B | 25.0 | 1.50 | C | | | 12.1 | 0.73 |
| | G4 | 5 | F | 48.0 | 0.10 | C | | | 23.3 | 0.05 |
| | F9 | 6 | C | 6.0 | 1.50 | C | | | 2.9 | 0.73 |
| 2 | D5 | 7 | F | 2.0 | 0.10 | C | | | 1.0 | 0.05 |
| | F3 | 8 | M | 12.0 | 10.00 | C | | | 5.8 | 4.85 |
| | | 9 | M | 6.0 | 3.00 | C | | | 2.9 | 1.46 |
| | H4 | NSD | | | | | | | | |
| | J6 | 10 | F | 3.0 | 0.10 | C | C | EDS | 1.5 | 0.05 |
| | H8 | 11 | F | 13.0 | 0.10 | C | | | 6.3 | 0.05 |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED:  C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | | | | |
|---|---|---|---|---|---|---|
| MVA Project#: 6423 | Amt Collected(cm$^2$): 100 | Analyst: AH |
| MVA Sample#: Q1456 | Amt Prepped(cm$^2$): 0.1 | Date: 9/19/05 |
| Client I.D.: Dust 48 | Filter Area (mm$^2$): 1256 | Page: 1 of 1 |
| Instrument: Philips 420 | Filter Type: PC 0.2 | Comments: |
| Magnification: 20,600 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 KV | Grid Opening (mm$^2$): 0.008 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I3 | 1 | M | 28.0 | 7.00 | C | C | EDS | 13.6 | 3.40 |
| | | 2 | C | 16.0 | 1.00 | C | | | 7.8 | 0.49 |
| | J4 | 3 | F | 10.5 | 0.10 | C | | | 5.1 | 0.05 |
| | H6 | 4 | C | 7.0 | 4.00 | C | | | 3.4 | 1.94 |
| | | 5 | B | 6.0 | 0.30 | C | | | 2.9 | 0.15 |
| | | 6 | F | 5.0 | 0.10 | C | | | 2.4 | 0.05 |
| | | 7 | C | 5.0 | 1.50 | C | | | 2.4 | 0.73 |
| | | 8 | M | 15.0 | 9.00 | C | | | 7.3 | 4.37 |
| | G8 | 9 | F | 21.0 | 0.10 | C | | | 10.2 | 0.05 |
| | | 10 | F | 4.0 | 0.10 | C | C | EDS | 1.9 | 0.05 |
| | D9 | 11 | C | 9.0 | 1.00 | C | | | 4.4 | 0.49 |
| | | 12 | F | 13.0 | 0.10 | C | | | 6.3 | 0.05 |
| | | 13 | M | 22.0 | 12.00 | C | | | 10.7 | 5.83 |
| 2 | F8 | 14 | F | 7.0 | 0.10 | C | | | 3.4 | 0.05 |
| | | 15 | M | 7.0 | 6.00 | C | | | 3.4 | 2.91 |
| | C7 | 16 | F | 3.5 | 0.10 | C | | | 1.7 | 0.05 |
| | | 17 | F | 8.0 | 0.10 | C | | | 3.9 | 0.05 |
| | A6 | 18 | B | 11.0 | 0.80 | C | | | 5.3 | 0.39 |
| | | 19 | F | 15.0 | 0.10 | C | | | 7.3 | 0.05 |
| | C4 | NSD | | | | | | | | |
| | E2 | 20 | F | 6.0 | 0.10 | C | C | EDS | 2.9 | 0.05 |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED:  C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | | |
|---|---|---|---|---|
| MVA Project# | 6423 | Amt Collected(cm$^2$): 100 | Analyst: | AH |
| MVA Sample# | Q1457 | Amt Prepped(cm$^2$): 1 | Date: | 9/20/05 |
| Client I.D.: | Dust 49 | Filter Area (mm$^2$): 1256 | Page: | 1 of 2 |
| Instrument: | Philips 420 | Filter Type: PC 0.2 | Comments: | |
| Magnification: | 20,600 | Openings Analyzed: 10 | ASTM Method: | D6480 |
| Acc. Voltage: | 100 KV | Grid Opening (mm$^2$): 0.008 | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B6 | 1 | F | 3.0 | 0.10 | C | C | EDS | 1.5 | 0.05 |
| | | 2 | F | 2.0 | 0.10 | C | | | 1.0 | 0.05 |
| | | 3 | F | 1.5 | 0.10 | C | | | 0.7 | 0.05 |
| | | 4 | F | 9.0 | 0.10 | C | | | 4.4 | 0.05 |
| | | 5 | C | 5.0 | 4.00 | C | | | 2.4 | 1.94 |
| | C4 | 6 | F | 3.5 | 0.10 | C | | | 1.7 | 0.05 |
| | | 7 | F | 7.0 | 0.10 | C | | | 3.4 | 0.05 |
| | | 8 | M | 13.0 | 6.00 | C | | | 6.3 | 2.91 |
| | | 9 | F | 2.0 | 0.10 | C | C | EDS | 1.0 | 0.05 |
| | | 10 | F | 11.0 | 0.10 | C | | | 5.3 | 0.05 |
| | | 11 | C | 12.0 | 3.00 | C | | | 5.8 | 1.46 |
| | | 12 | B | 15.0 | 0.30 | C | | | 7.3 | 0.15 |
| | D3 | 13 | F | 5.0 | 0.10 | C | | | 2.4 | 0.05 |
| | | 14 | M | 9.0 | 2.00 | C | | | 4.4 | 0.97 |
| | F5 | 15 | B | 8.0 | 0.30 | C | | | 3.9 | 0.15 |
| | | 16 | F | 6.0 | 0.10 | C | | | 2.9 | 0.05 |
| | | 17 | F | 4.5 | 0.10 | C | | | 2.2 | 0.05 |
| | | 18 | F | 6.0 | 0.10 | C | | | 2.9 | 0.05 |
| | H7 | 19 | C | 5.0 | 3.00 | C | | | 2.4 | 1.46 |
| | | 20 | F | 5.0 | 0.10 | C | C | EDS | 2.4 | 0.05 |
| | | 21 | B | 6.0 | 0.30 | C | | | 2.9 | 0.15 |
| 2 | H8 | 22 | F | 3.0 | 0.10 | C | | | 1.5 | 0.05 |
| | | 23 | C | 49.0 | 3.00 | C | | | 23.8 | 1.46 |
| | | 24 | C | 2.0 | 0.10 | C | | | 1.0 | 0.05 |
| | | 25 | B | 16.0 | 0.30 | C | | | 7.8 | 0.15 |
| | | 26 | F | 11.0 | 0.10 | C | | | 5.3 | 0.05 |
| | | 27 | F | 22.0 | 0.10 | C | | | 10.7 | 0.05 |
| | G6 | 28 | F | 3.0 | 0.10 | C | | | 1.5 | 0.05 |
| | | 29 | F | 3.0 | 0.10 | C | | | 1.5 | 0.05 |
| | | 30 | M | 12.0 | 8.00 | C | C | EDS | 5.8 | 3.88 |
| | | 31 | M | 15.0 | 12.00 | C | | | 7.3 | 5.83 |
| | E2 | 32 | C | 12.0 | 6.00 | C | | | 5.8 | 2.91 |
| | | 33 | M | 13.0 | 10.00 | C | | | 6.3 | 4.85 |
| | | 34 | F | 4.0 | 0.10 | C | | | 1.9 | 0.05 |
| | | 35 | F | 10.0 | 0.10 | C | | | 4.9 | 0.05 |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

# MVA SCIENTIFIC CONSULTANTS
## Surface Dust Sample Analysis Sheet

| | | | | | |
|---|---|---|---|---|---|
| MVA Project#: | 6423 | Amt Collected(cm$^2$): | 100 | Analyst: | AH |
| MVA Sample#: | Q1457 | Amt Prepped(cm$^2$): | 1 | Date: | 9/20/05 |
| Client I.D.: | Dust 49 | Filter Area (mm$^2$): | 1256 | Page: | 2 of 2 |
| Instrument: | Philips 420 | Filter Type: | PC 0.2 | Comments: | |
| Magnification: | 20,600 | Openings Analyzed: | 10 | ASTM Method: | D6480 |
| Acc. Voltage: | 100 KV | Grid Opening (mm$^2$): | 0.008 | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| | E2 CONT | 36 | F | 2.0 | 0.10 | C | | | 1.0 | 0.05 |
| | B3 | 37 | F | 45.0 | 0.10 | C | | | 21.8 | 0.05 |
| | | 38 | F | 6.0 | 0.10 | C | | | 2.9 | 0.05 |
| | | 39 | B | 10.0 | 0.40 | C | | | 4.9 | 0.19 |
| | | 40 | B | 9.0 | 1.50 | C | C | EDS | 4.4 | 0.73 |
| | | 41 | F | 2.0 | 0.10 | C | | | 1.0 | 0.05 |
| | | 42 | F | 16.0 | 0.10 | C | | | 7.8 | 0.05 |
| | E7 | 43 | F | 8.0 | 0.10 | C | | | 3.9 | 0.05 |
| | | 44 | M | 15.0 | 2.00 | C | | | 7.3 | 0.97 |
| | | 45 | M | 11.0 | 8.00 | C | | | 5.3 | 3.88 |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project#: 6423 | Amt Collected(cm$^2$): 0 | Analyst: WH |
| MVA Sample#: Q1458 | Amt Prepped(cm$^2$): N/A | Date: 9/20/05 |
| Client I.D.: Dust 50 | Filter Area (mm$^2$): 1256 | Page: 1 of 1 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 50 |
| Magnification: 24,400 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 KV | Grid Opening (mm$^2$): 0.008 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I5 | NSD | | | | | | | | |
| | G2 | NSD | | | | | | | | |
| | E4 | NSD | | | | | | | | |
| | C3 | NSD | | | | | | | | |
| | B1 | NSD | | | | | | | | |
| 2 | C1 | NSD | | | | | | | | |
| | B6 | NSD | | | | | | | | |
| | E8 | NSD | | | | | | | | |
| | G10 | NSD | | | | | | | | |
| | I7 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos