# EXHIBIT C

Expert Report of William E. Longo, Ph.D.,
Prepared on Behalf of the Property Damage
Asbestos Claimants Represented by the
Law Firm of Dies & Hile, LLP

# Appendix C

Lancaster Keist Branch Library
Dallas, Texas Study

Mr. William M. Ewing, CIH

December 31, 1991



# REPLACEMENT OF CEILING TILE
# AND ASSOCIATED CLEANING ACTIVITIES IN THE
# VICINITY OF ASBESTOS-CONTAINING FIREPROOFING
## DEI PROJECT NO. PA1010A03

Prepared for:

Mr. Martin W. Dies
Dies, Dies and Henderson
1009 West Green
Orange, Texas 77630

Prepared by:

William M. Ewing, CIH
Diagnostic Engineering Inc.
350 Franklin Road, Suite 300
Marietta, Georgia 30067

December 31, 1991

# REPLACEMENT OF CEILING TILE
## AND ASSOCIATED CLEANING ACTIVITIES IN THE
## VICINITY OF ASBESTOS-CONTAINING FIREPROOFING
### DEI PROJECT NO. PA1010A03

## INTRODUCTION

A study was designed to determine if a significant increase of airborne asbestos structures occurs during replacement of suspended ceiling tile located below spray-applied asbestos-containing fireproofing. The study was also designed to provide information regarding airborne asbestos structures during cleaning activities associated with the ceiling tile replacement.

The study was conducted at the Lancaster Keist Branch Library on October 9-10, 1991. The field work was performed by William M. Ewing, CIH, Eva M. Ewing, CIH, Michael P. Thompson, and Eric Markert of Diagnostic Engineering Inc. (DEI); Steve M. Hays, PE, CIH, of Gobbell Hays Partners, Inc. (GHP); and Richard L. Hatfield of Law Associates, Inc. (LAW). Laboratory analyses were performed by or under the direction of William E. Longo, Ph.D., of Materials Analytical Services, Inc. (MAS); James R. Millette, Ph.D., of Millette, Vander Wood & Associates, Inc. (MVA); and Kenneth Rhodes and Julian Gray of Hygeia Environmental Laboratories Inc. (HELI). Dale L. Keyes, Ph.D., of Environmental Sciences, Inc. (ESI) participated in the study design and data analysis. The contracting firm, Thermotech, Inc., a subsidiary of the Brand Company, erected containment barriers, the personnel decontamination station and provided certain equipment for the study.

The study was sponsored by the law firm of Dies, Dies and Henderson. The study participants appreciate the efforts of Mr. Martin Dies and Mr. John Krog in gaining access to the study site. The participants are grateful for the cooperation of Ms. Glenise Roberson and Mr. Joseph Beardon of

the Dallas Public Library system for allowing the study to be performed at their facility. The study participants maintained full control over the design and execution of the study. Further, the participants retain the right to present and publish the findings without restraint from the sponsor.

TEST SITE

The test site was the meeting room located adjacent to the circulation desk in the Lancaster Keist Branch Library in Dallas, Texas. The meeting room is rectangular with dimensions of 24' x 45' . The ceiling height is 10.5'. The floor is covered with a low nap carpet, walls are painted gypsum board and windows are present along one wall. The ceiling system is 12" x 12" ceiling tile with metal splines. Recessed light fixtures are mounted in the ceiling system.

The carpeted floor was covered with two layers of 6-mil polyethylene joined at the seams with duct tape. The heating, ventilation and air conditioning (HVAC) system was shut off for the entire building and locked out. Supply and return air ducts were sealed with polyethylene plastic. A two-chamber decontamination unit was constructed at the doorway of the meeting room equipped with a high efficiency particulate air (HEPA) vacuum and a water sprayer.

Four 8' x 12' sections of new low nap carpet were purchased and taped securely onto the floor (over the polyethylene) below the area where ceiling tiles were to be replaced. Four tables and eight chairs were arranged on the carpet in a U shape facing the lectern.

Fireproofing was spray applied onto structured beams, the metal corrugated deck and oversprayed onto electrical conduit. From the vantage point of a single missing ceiling tile near the east end of the room, pieces of fireproofing debris was observed on the tops of ceiling tiles and a fine layer of dust was also present on the tops of the ceiling tiles. The fireproofing contained approximately 15 percent chrysotile asbestos in a matrix of vermiculite and gypsum. A constituent

2

analysis of the fireproofing reported it to be equivalent to a product of W. R. Grace called Monokote. *Figure 1* is a sketch of the test site.

STUDY DESIGN

A study design was drafted and reviewed by the study participants.   The study was designed to detect if a significant difference was observed between the airborne asbestos concentration measured before and during the ceiling tile replacement activity; and the difference between measurements before and during the custodial activity.   The maintenance activity consisted of replacing 20 ceiling tiles with new ones. The custodial activity consisted of cleaning the carpet with a standard vacuum and cleaning surfaces within the test site after the maintenance activity was completed. The study was divided into four distinct phases as described below.

*PHASE 1 – Background I*

Phase 1 consisted of collecting six area air samples at stationary locations within the test site. All equipment for the study had been moved into the site and barriers constructed prior to sampling.

*PHASE 2 – Maintenance Activity*

Phase 2 consisted of collecting six area air samples and two personal samples during the replacement of 20 ceiling tiles.

*PHASE 3 – Settling Period/Background II*

Phase 3 consisted of collecting six area air samples during a 112-minute period beginning 40 minutes after the maintenance activity was completed.   No maintenance or custodial activities occurred during this sampling period.   Sample results from Phase 3 were to used as background samples for Phase 4.

3

## FIGURE 1 - LIBRARY TEST SITE





N

SCALE   1/8" = 6"

4

### PHASE 4 – Custodial Activity

Phase 4 consisted of collecting six area air samples and two personal samples during cleaning of the test site.

After completion of the study a HEPA-filtered exhaust unit was started and allowed to operate for approximately 20 hours. A thorough wet cleaning of the test site was performed and a final set of six area air samples were collected.

Dust samples were collected from six locations on the carpeted floor of the test site immediately before the maintenance activity began. Three dust samples were collected from the tops of tables in the test area. This sampling was repeated at the same nine locations immediately before the cleaning activity began. These samples were designed to provide information regarding the availability of surface dust for reentrainment during the cleaning activity.

Passive dust sampling tins were placed at six locations on the floor. They were opened immediately before the maintenance activity began and closed immediately before the cleaning activity began. These samples were designed to serve as a measure of asbestos fiber deposition on surfaces over a specific period of time.

The initial set of dust samples and the passive dust sampling tins were archived for possible future analyses. The results from these samples were not necessary to address the stated purpose of the study but only to provide additional information.

Following receipt of the sample results, the range, median, arithmetic mean and geometric mean of five area samples from each phase were calculated. The sixth sample was collected as a replacement sample for each set in the event of sample loss. The geometric mean values for each phase were used for comparisons. The Scheffé test was used to compare the geometric

5

mean values for each phase. The result of each comparison is expressed as a "p value." Any value less than 0.05 is considered statistically significant.

## METHODS AND PROCEDURES

The twenty ceiling tiles to be replaced were randomly selected in five groups of four tiles each above the carpeted floor. Each tile to be replaced was marked with red tape. Tile replacement was performed by two study participants. One individual was assigned to removing the tiles and putting the new tiles in place. A second individual took the old tile from the first individual and placed them on the table(s). The second individual also trimmed the new tiles to fit properly (as needed).

The tiles were removed in groups of four. The first tile was pried loose and removed. This tile often was broken in the process. The remaining three tiles would either slide out or require the edge to be broken to remove them from the metal support. The flat metal splines were saved for installation of the new tile. After the four tiles were removed, the new tiles were replaced. Usually one lip of each replacement tile was trimmed using a retractable blade knife. The metal splines and straight pins were used to secure the new tiles flush with the ceiling tile system.

After replacing all twenty ceiling tiles, the two individuals placed the old tiles into plastic garbage bags, along with pieces of ceiling tiles and other debris found on the floor or table tops.

Cleaning was accomplished by two individuals. The tops of four formica tables, seven plastic chairs, two window sills, the podium and coat rack were wiped clean with a dry cotton cloth. A new feather duster was used to clean two sets of miniblinds. Any pieces of debris larger than approximately one-half inch in diameter still on the floor was picked up by hand and placed in a plastic garbage bag. The carpet was vacuumed using a new Hoover brand upright vacuum

(model=convertible) with a new " Type A" vacuum bag installed. The vacuum height was set on low to correspond with the type of carpet cleaned. The vacuum was operated in a normal back-and-forth motion until visible dust was removed from the carpet.

All area air samples were collected using high-volume electric air sampling pumps at a measured flow rate of approximately 10 liters per minute (l/min). Personal air samples were collected using battery-operated personnel sampling pumps at a measured flow rate of approximately 2 l/min. All sampling pumps were calibrated before and after each sampling period using a mini-Buck™ automated soap bubble calibrator.

The sampling media for all air samples was 0.45 micrometer ($\mu$m) pore size mixed cellulose ester (MCE) filters. The filters were housed in 25 millimeter (mm) sampling cassettes with two-inch extension cowls. All air samples were collected open face. Area samples were supported by a tripod at breathing zone height above the floor (4-6 feet). Personal samples were collected within the breathing zone by attaching the cassette to the lapel. Care was taken not to place the personal sample in the exhaust of the person's powered air purifying respirator. The sampling technique is more fully described in method 7402 published by the National Institute for Occupational Safety and Health (NIOSH).

Upon completion of sampling, each cassette was capped and stored in a sealed plastic bag until analysis. Blank samples were collected at a rate of 10 percent and handled in an identical manner as the study samples except no air was drawn through them.

During each phase of the study, a set of six area air samples were collected within the test site. Five of these were randomly selected for analysis and the sixth sample archived for future analysis if necessary. Eight of the nine dust samples collected prior to the cleaning activity were randomly selected and submitted for analysis.

7

Dust samples were collected using the microvacuum technique. This method uses a personal sampling pump operating at 2 l/min and a closed-face sampling cassette with a short section of Tygon™ tubing as a nozzle. Surface dust from a measured surface area is drawn into the cassette by passing the serrated end of the nozzle across the surface. A 25 mm diameter cassette with a two-inch extension cowl was used. The filter was a 0.45 µm (pore size) MCE. The surface area for each sample was 100 cm$^2$.

The passive dust sampling tins were 8 cm diameter seamless metal containers with a 2.5 cm high wall and a tight-fitting lid. Sometimes referred to as settling jars, sampling begins when the lid is removed and continues until the lid is replaced. The duration of sampling and the location of the tin is recorded. All samples and blanks were sealed with vinyl tape and archived for possible future analysis. It should be noted that in all dust samples collected, if any visible debris was evident on the surface (or in the tin) this debris was removed prior to sampling (or closing the tin).

Bulk samples analyzed as a part of this study were performed using polarized light microscopy (PLM) with dispersion staining as described in the EPA method 600/M4-82-020. Results are reported as percent asbestos by fiber type. Other materials such as fibrous glass are also reported and the percent estimated.

All samples submitted for analysis were accompanied by chain-of-custody forms. The air samples were submitted to Millette, Vander Wood & Associates, Inc. The surface dust samples were submitted to Materials Analytical Services, Inc. These samples were analyzed by transmission electron microscopy (TEM) using the Yamate indirect sample preparation technique. All asbestos structures that could be resolved having fibers with an aspect ratio of at least 3:1 were counted and sized. Identification of the asbestos structures by type was performed using selected area

8

electron diffraction (SAED) and energy dispersive X-ray (EDX). At least 10 grid openings or 100 asbestos structures were examined in each sample.

Results of air samples were reported as asbestos structures per cubic centimeter of air sampled ($s/cm^3$). A structure may be fiber, bundle, cluster, or matrix. A bundle consists of two or more fibers parallel to each other. A cluster is two or more fibers not parallel to one another. A matrix consists of one or more fibers embedded in a nonasbestos matrix such as gypsum. Results of dust samples are expressed as asbestos structures per square centimeter of surface area ($s/cm^2$).

Laboratory and field blanks were analyzed along with the samples in an identical manner as a check for systematic contamination. Approximately 10 percent of the air samples were analyzed by a second laboratory using the split sample technique. This was performed as a check on interlaboratory variability.

Personnel protection in the field was accomplished through the use of respirators, protective clothing, and decontamination procedures. The respirators used were powered air purifying equipped with high efficiency filters. Two layers of full-body protective clothing was worn by all participants. Decontamination was performed using a HEPA-filtered vacuum for clothing and wet methods on respirators. All field personnel wore eye protection.

RESULTS

The results of air sampling for each phase of the study have been tabulated in _Tables 1 - 4_. The range, median, arithmetic mean and geometric mean values for area air samples collected during each phase are presented in _Table 5_. The results of surface dust sampling conducted after ceiling tile replacement but before cleaning activities are included in _Table 6_. A summary of the statistical

9

analysis performed on the area air sampling data is included in _Table 7_. _Table 8_ is a summary of bulk samples collected and analyzed as a part of this study.

The results of area air sampling conducted after the room was prepared for the study but before the ceiling tile replacement activity began was found to range from nondetectable to 0.08 s/cm$^3$, and a geometric mean value of 0.03 s/cm$^3$.

The airborne asbestos structure concentration during ceiling tile replacement activities ranged from 10 s/cm$^3$ to 20 s/cm$^3$ for the five area samples. The results of two personal samples collected for two individuals replacing the tiles were 22 s/cm$^3$ and 24 s/cm$^3$. The geometric mean value for the five area samples was 14.7 s/cm$^3$. A total of 20 ceiling tiles were replaced in the ceiling, representing slightly less than two percent of the ceiling tiles in the room. The results of the Scheffé test of the significance between the geometric mean concentration of airborne asbestos structures before replacement versus during replacement demonstrated a significant increase during the replacement activities ($p=<0.00005$). It was noted that the personal samples were approximately 50 percent higher than the air samples collected during the same time frame, although this increase is not considered statistically significant.

Area air sampling was conducted during a settling period beginning 40 minutes after the ceiling tile replacement activities ended. The sampling time during the settling period was 112 minutes. The range of concentrations measured by the five samples was 9 - 12 s/cm$^3$. The geometric mean was 11.2 s/cm$^3$.

The results of five area air samples collected during the cleaning phase of the study ranged from 20 s/cm$^3$ to 24 s/cm$^3$, with a geometric mean value of 22.4 s/cm$^3$. Personal samples collected on the two individuals performing the cleaning indicated 32 s/cm$^3$ and 49 s/cm$^3$. The total cleaning time was 28 minutes.

Eight of the nine settled dust samples collected immediately prior to the cleaning activities were analyzed. The results ranged from 1500 $s/cm^2$ to 46,400,000 $s/cm^2$. The arithmetic mean was 9,060,000 $s/cm^2$ and the geometric mean was 520,000 $s/cm^2$. The arithmetic and geometric mean surface concentrations for three samples collected from table tops was 6,140,000 $s/cm^2$ and 550,000 $s/cm^2$, respectively. The individual results for all surface dust sample analyses are included in _Appendix C_.

Four blank sampling cassettes were submitted to the laboratory with the samples for analysis. No asbestos structures were detected in any of the four blank samples. The individual results for all air samples, including blanks, are included in _Appendix B_.

The results of all bulk samples collected in conjunction with this study are reported in _Table 8_. No asbestos was detected in bulk samples of the existing or replacement ceiling tiles. The ceiling tiles were predominantly mineral wool (92 percent), reported as glass fibers. Pieces of fireproofing picked up from the floor after ceiling tile replacement was reported to contain ten percent chrysotile asbestos. Pieces of ceiling tile picked up from the floor were not analyzed, but assumed to be consistent with the ceiling tile constituents previously sampled. The contents of the vacuum cleaning bag was analyzed and reported to contain six percent chrysotile asbestos.

DISCUSSION AND CONCLUSIONS

The results of this study clearly demonstrated a significant increase in the airborne asbestos concentration during replacement of 20 ceiling tiles (p=<0.00005). The results further demonstrated the airborne asbestos concentration remains significantly elevated for at least 2.5 hours after the maintenance activity ceased (p=<0.00005). Continuous observation of the individuals conducting the ceiling tile replacement indicated no direct contact with the fireproofing

11

on the structural members or the ceiling deck. Accordingly, it must be concluded that the source of the airborne asbestos was fireproofing dust and debris laying on top of the ceiling tiles.

Based on the data alone it is not possible to state definitively if there exists a direct relationship between the number of ceiling tiles replaced and the corresponding airborne asbestos concentration. However, observations indicated that the amount of visual dust and debris was highly variable on top of the ceiling tiles. Since the tiles selected for replacement were chosen without knowledge of the amount of dust or debris on top of each, no bias should have resulted.

Large pieces of fireproofing debris probably did not have a significant impact on the airborne asbestos concentrations during ceiling tile replacement. Most large pieces remained on top of the ceiling tiles as they were removed and lowered in a horizontal orientation. Furthermore, large pieces of fireproofing debris which did fall during ceiling tile replacement would not remain in the air but rather settle onto surfaces rapidly. The most likely source of the airborne asbestos concentration during ceiling tile removal was the layer of fine dust layering atop the ceiling tiles. This is supported by the fact that there was no significant difference in the airborne asbestos concentration during the settling period as compared to the airborne asbestos concentrations during the ceiling tile replacement activity (p=0.9554). This is an indication that small particles (asbestos structures) capable of remaining airborne for extended time periods were present in the air.

The data demonstrated that the airborne asbestos concentration remained significantly elevated during the cleaning activities. It is not possible to state definitively the airborne concentration attributable to the cleaning activity as compared to the portion of the residual airborne asbestos concentration from the ceiling tile replacement activity. The data certainly suggest an increase in the airborne concentration attributable to the cleaning activity. In this instance, the source would have been dust and debris on the carpet and other horizontal surfaces.

12

Since most of the horizontal surfaces cleaned was the carpet, it appears that vacuuming the carpet with a normal upright vacuum cleaner was the primary mode of dust resuspension during the cleaning phase of the study.  The fact that the arithmetic mean and the geometric mean airborne area asbestos concentrations were the same, and the small range observed for the five samples, supports the conclusion that the airborne asbestos concentration was rather homogeneous.  This was most likely due to the aerosol generating effect of the vacuum.

The results from this study may be used to further improve control measures for this type of activity. The best method of control would be to remove the contaminant at the source.  In this instance the dust and debris laying atop the ceiling tiles should be removed before ceiling tile removal.  This may be accomplished through the use of a high efficiency particulate air (HEPA) filtered vacuum once ceiling access is gained.  Ceiling access could be accomplished by using an impermeable bag to seal around the perimeter of the first ceiling tile removed.  This is preferable over a mini-enclosure since it separates the worker from the exposure source.  Once the first ceiling tile is removed, the tops of nearby ceiling tiles could be vacuumed and moistened to supress the release of asbestos-containing dust.  This procedure would need to be repeated for the duration of the time the asbestos-containing fireproofing remains in the building.

**TABLE 1**
**AREA AIR SAMPLE RESULTS COLLECTED**
**PRIOR TO CEILING TILE REMOVAL**

| Sample Number | Sample Description | Air Volume (Liters) | Concentration $(s/cm^3)$ |
|---|---|---|---|
| 10/9/91-01 | Sampling Station 1 | 2285 | 0.07 |
| 10/9/91-02 | Sampling Station 2 | 2375 | NA[A] |
| 10/9/91-03 | Sampling Station 3 | 2203 | 0.05 |
| 10/9/91-04 | Sampling Station 4 | 2163 | ND[B] |
| 10/9/91-05 | Sampling Station 5 | 2183 | 0.05 |
| 10/9/91-06 | Sampling Dtation 6 | 2163 | 0.08 |

[A]NA = Not analyzed.  Sample randomly selected from set and archived.

[B]ND = Not detected.  No asbestos structures were detected in the 10 grid openings examined.

14

**TABLE 2**
**AREA AND PERSONAL AIR SAMPLE**
**RESULTS COLLECTED DURING CEILING TILE**
**REMOVAL AND REPLACEMENT**

| Sample Number | Sample Description | Air Volume (Liters) | Concentration (s/cm$^3$) |
|---|---|---|---|
| 10/10/91-01 | Sampling Station 1 | 792 | 20 |
| 10/10/91-02 | Sampling Station 2 | 848 | NA[A] |
| 10/10/91-03 | Sampling Station 3 | 824 | 10 |
| 10/10/91-04 | Sampling Station 4 | 832 | 18 |
| 10/10/91-05 | Sampling Station 5 | 824 | 11 |
| 10/10/91-06 | Sampling Station 6 | 832 | 17 |
| 10/10/91-13 | Personal Sample, M. Thompson | 168 | 24 |
| 10/10/91-14 | Personal Sample, S. Hays | 160 | 22 |

[A]NA = Not analyzed. Sample randomly selected from set and archived.

15

**TABLE 3**
**AREA AIR SAMPLE RESULTS**
**COLLECTED DURING SETTLING PERIOD**
**AFTER CEILING TILE REPLACEMENT**

| Sample Number | Sample Description | Air Volume (Liters) | Concentration (s/cm$^3$) |
|---|---|---|---|
| 10/10/91-18 | Sampling Station 1 | 1109 | 11 |
| 10/10/91-19 | Sampling Station 2 | 1176 | 11 |
| 10/10/91-20 | Sampling Station 3 | 1175 | 14 |
| 10/10/91-21 | Sampling Station 4 | 1187 | 13 |
| 10/10/91-22 | Sampling Station 5 | 1198 | 9 |
| 10/10/91-23 | Sampling Station 6 | 1187 | NA[A] |

[A]NA = Not analyzed.  Sample randomly selected from set and archived.

16

## TABLE 4
## AREA AND PERSONAL AIR SAMPLE
## RESULTS COLLECTED DURING CLEANING ACTIVITIES

| Sample Number | Sample Description | Air Volume (Liters) | Concentration $(s/cm^3)$ |
|---|---|---|---|
| 10/10/91-24 | Sampling Station 1 | 278 | 22 |
| 10/10/91-25 | Sampling Station 2 | 289 | 20 |
| 10/10/91-26 | Sampling Station 3 | 275 | 24 |
| 10/10/91-27 | Sampling Station 4 | 281 | 24 |
| 10/10/91-28 | Sampling Station 5 | 286 | 23 |
| 10/10/91-29 | Sampling Station 6 | 281 | NA[A] |
| 10/10/91-15 | Personal Sample, R. Hatfield | 58.8 | 49 |
| 10/10/91-16 | Personal Sample, S. Hays | 56.0 | 32 |

[A]NA = Not analyzed. Sample randomly selected from set and archived.

**TABLE 5**
**RANGE, MEDIAN, ARITHMETIC MEAN AND
GEOMETRIC MEAN VALUES FOR AREA
SAMPLES COLLECTED DURING EACH
PHASE OF THE STUDY**

| Experiment Phase | N | Asbestos Structures Per $cm^3$ | | | |
| --- | --- | --- | --- | --- | --- |
| | | Range | Median | Arithmetic Mean | Geometric Mean[B] |
| 1 Background, before maintenance activity | 5 | ND[A]-0.08 | 0.05 | 0.05 | 0.03 |
| 2 During ceiling tile removal | 5 | 10-20 | 17 | 15.3 | 14.7 |
| 3. Settling period | 5 | 9-14 | 11 | 11.4 | 11.2 |
| 4. During cleaning activity | 5 | 20-24 | 23 | 22.4 | 22.4 |

[A]ND = Not detected.  No asbestos fibers were detected upon examination of 10 grid openings.

[B]The value of 0.0025 s/$cm^3$ was added to all reported laboratory concentrations before log transformation.  The same value (0.0025 s/$cm^3$) was then subtracted after the means of the log transformed data were computed and before expressing the geometric means as anti-logarithms. This was done because one of the reported laboratory values was zero, and the log of zero is mathematically undefined.

**TABLE 6**
**RESULTS OF SURFACE DUST SAMPLES COLLECTED**
**PRIOR TO CLEANING ACTIVITIES**

| Sample Number | Sample Location and Description | Asbestos Concentration $(s/cm^2)$ |
|---|---|---|
| DUST-40 | Sampling Station 1, Carpet Surface | 170,000 |
| DUST-41 | Sampling Station 2, Carpet Surface | 7,100,000 |
| DUST-42 | Sampling Station 3, Carpet Surface | 380,000 |
| DUST-43 | Sampling Station 4, Carpet Surface | 46,400,000 |
| DUST-44 | Sampling Station 5, Carpet Surface | NA[A] |
| DUST-45 | Sampling Station 6, Carpet Surface | 1,500 |
| DUST-46 | Sampling Station 7, Formica Table Top | 400,000 |
| DUST-47 | Sampling Station 8, Formica Table Top | 18,000,000 |
| DUST-48 | Sampling Station 9, Formica Table Top | 23,000 |
| DUST-49 | Blank | ND[B] |

[A]NA = Not analyzed. Sample selected at random and archived for possible future analysis.

[B]ND = Not detected. No asbestos structures were detected in ten grid openings analyzed.

**TABLE 7**
**STATISTICAL ANALYSIS OF RESULTS**
**DALLAS LIBRARY STUDY**

| SHEFFÉ TEST FOR DIFFERENCES BETWEEN GEOMETRIC MEANS | | |
|---|---|---|
| Test | Concentration Ratio | Statistical Significance (p) |
| Before vs. During | 490.0 | <0.00005 |
| Before vs. Settling | 373.3 | <0.00005 |
| Settling vs. During | 1.3 | 0.9554 |
| Before vs. Cleaning | 746.7 | <0.00005 |
| Settling vs. Cleaning | 2.0 | 0.5619 |
| During vs. Cleaning | 1.5 | 0.8494 |

20

## TABLE 8
## RESULTS OF BULK SAMPLES ANALYZED
## BY POLARIZED LIGHT MICROSCOPY

| Sample Number | Sample Description | Analytical Results |
|---|---|---|
| 40575-A | Spray-applied fireproofing debris from top of ceiling tile in meeting room, tan with gold flakes | 15% chrysotile asbestos<br>25% vermiculite<br>60% binder |
| 40576-A | White 12" x 12" ceiling tile with perforations on surface, installed in meeting room | 92% glass fibers<br>8% binder |
| 40676-A | White 12" x 12" ceiling tile, replacement CT-01 | 92% glass fibers<br>8% binder<br><1% cellulose |
| 40677-A | White 12" x 12" ceiling tile, replacement CT-02 | 92% glass fibers<br>8% binder<br><1% cellulose |
| 40993-A | Chunks of debris on floor after ceiling tile replacement, predominantly fireproofing | 10% chrysotile asbestos<br>67% binder<br>20% vermiculite<br>3% glass fibers |
| 40994-A | Contents of vacuum bag after cleaning of carpet | 6% chrysotile asbestos<br>39% binder<br>35% cellulose<br>15% glass fibers<br>5% vermiculite |

21

# APPENDIX A

## LIBRARY CEILING TILE REPLACEMENT AND CLEANING ACTIVITY LOG

# LIBRARY CEILING TILE REPLACEMENT
# AND CLEANING ACTIVITY LOG

<u>October 9, 1991</u>

1205      Michael Thompson, Richard Hatfield and Eva Ewing met to review work plan for the day and assign tasks.

1250      Inspected work by contractor including polyethylene on floor, seal of HVAC ducts and decontamination unit at the Lancaster Kiest Library.

Six high-volume air sampling pumps were calibrated for background samples.

Four sections of new carpet were taped to floor and eight chairs and four tables arranged in a U shape on the carpeted area.

Six equidistant sampling locations were identified and labeled on the carpet. Six 10 cm by 10 cm dust sampling locations were designated on the carpet with duct tape. Three 10 cm by 10 cm dust sampling locations were marked on the table tops with a pencil.

A to-scale drawing of the meeting room was made showing the location of the carpet, tables and chairs, and sampling stations.

A fire escape floor plan was photocopied depicting other areas of the library.

Two samples of the replacement ceiling tile were collected and sent for PLM analysis by Hygeia labs.

The new vacuum cleaner was assembled.

1544      Sampling pumps started for six background samples in meeting room. All samples supported by a tripod at breathing zone height with filter cassettes at a 45 degree angle.

1914      Background samples turned off, inspected, capped and taped. All sampling pumps were recalibrated. Photographs of test site taken.

1944      Room secured, departed.

<u>October 10, 1991</u>

1118      Passive dust samples open, surface dust collected previously.

1121      Began area air sampling pumps (6) and personal pumps (2) for ceiling tile replacement phase. (Note: perimeter samples started at 1115).

1122      Began removal of first set of four ceiling tiles. S. Hays removing and replacing tiles. M. Thompson is assisting.

1131      First set of new tiles are installed.

1134      Began removal of second set of four ceiling tiles.

| | |
|---|---|
| 1144 | Second set of new tiles are installed. |
| 1145 | Began removal of third set of four ceiling tiles. |
| 1201 | Third set of new tiles are installed. |
| 1204 | Began removal of fourth set of four ceiling tiles. |
| 1217 | Fourth set of new tiles are installed. |
| 1219 | Began removal of fifth set of four ceiling tiles. |
| 1233 | Fifth set of new tiles are installed. |
| 1234 | Began placing removed ceiling tiles into plastic garbage bag and picking up pieces of debris. |
| 1240 | Finished bagging ceiling tile and debris. |
| 1242 | Shut off area air sampling pumps.  (Note: personal pumps turned off at 1240 and 1241).  Calibrated pumps. |
| 1322 | Began settling period area air samples; all study participants left room. |
| 1515 | Shut off settling period area air samples.  Calibrated pumps. |
| 1520 | Passive dust samples closed. |
| 1601 | Began personal samples for cleaning phase (2). |
| 1602 | Began area air samples for cleaning phase (6).  S. Hayes and R. Hatfield use dry cotton cloths to dust top of four formica tables, seven plastic chairs, two window sills, metal coat rack, and podium.  A new feather duster was used to clean two sets of miniblinds at the windows.  Picked up any remaining pieces of debris (greater than approximately one-half inch in diameter) and placed in a plastic garbage bag. |
| 1612 | Dusting completed, began vacuuming carpet using normal back and forth motion.  R. Hatfield vacuumed until 1615.  S. Hayes vacuumed from 1615 to 1629. |
| 1629 | Area and personal samples shut off.  Pumps calibrated. |
| 1720 | All perimeter area samples turned off and calibrated. |

# APPENDIX B

## RESULTS OF AIR SAMPLE ANALYSES

**Report of Results: MVA0203**

**Texas Library Study**

**Prepared for:**

**Diagnostic Engineering, Inc.
Cobb Corporate Center
350 Franklin Road, Suite 300
Marietta, Georgia 30067**

**Prepared by:**

**Millette, Vander Wood & Associates, Inc.
5500 Oakbrook Parkway, Suite 200
Norcross, Georgia 30093**

**9 December 1991**

 Millette, Vander Wood & Associates, Inc.

5500 Oakbrook Parkway #200
Norcross, Georgia 30093
404-662-8509

# MVA0203 -- Texas Library Study

## Summary

| Sample No. | MVA # | Description | Air Volume (L) | Concentration (str/cc) |
|---|---|---|---|---|
| 10/09/91-01 | B3486 | Background | 2285 | 0.07 |
| 10/09/91-03 | B3487 | Background | 2203 | 0.05 |
| 10/09/91-04 | B3488 | Background | 2163 | < 0.03 |
| 10/09/91-05 | B3489 | Background | 2183 | 0.05 |
| 10/09/91-06 | B3490 | Background | 2163 | 0.08 |
| 10/09/91-07 | B3491 | Blank | 0 | NSD |
| 10/10/91-01 | B3492 | Tile Removal | 792 | 20.0 |
| 10/10/91-03 | B3493 | Tile Removal | 824 | 10.0 |
| 10/10/91-04 | B3494 | Tile Removal | 832 | 18.0 |
| 10/10/91-05 | B3495 | Tile Removal | 824 | 11.0 |
| 10/10/91-06 | B3496 | Tile Removal | 832 | 17.0 |
| 10/10/91-13 | B3497 | Personal, Tile Removal | 168 | 24.0 |
| 10/10/91-14 | B3498 | Personal, Tile Removal | 160 | 22.0 |
| 10/10/91-18 | B3499 | Die Down | 1109 | 11.0 |
| 10/10/91-19 | B3500 | Die Down | 1176 | 11.0 |
| 10/10/91-20 | B3501 | Die Down | 1175 | 14.0 |
| 10/10/91-21 | B3502 | Die Down | 1187 | 13.0 |
| 10/10/91-22 | B3503 | Die Down | 1198 | 9.0 |
| 10/10/91-15 | B3504 | Personal, Cleaning | 59 | 49.0 |
| 10/10/91-16 | B3505 | Personal, Cleaning | 56 | 32.0 |
| 10/10/91-24 | B3506 | Cleaning | 278 | 22.0 |
| 10/10/91-25 | B3507 | Cleaning | 289 | 20.0 |
| 10/10/91-26 | B3508 | Cleaning | 275 | 24.0 |
| 10/10/91-27 | B3509 | Cleaning | 281 | 24.0 |
| 10/10/91-28 | B3510 | Cleaning | 286 | 23.0 |
| 10/10/91-30 | B3511 | Blank | 0 | NSD |
| 10/10/91-17 | B3512 | Blank | 0 | NSD |

# APPENDIX A

## TEM Count Sheets



Millette, Vander Wood
& Associates, Inc.

### Notes on TEM Air Analysis Sheets

#### Explanation of Headings:

| | | |
|---|---|---|
| MVA PROJECT # | - | Number assigned by MVA to the project |
| LAB SAMPLE ID | - | Code assigned to each sample logged into the laboratory |
| CLNT SAMPLE ID | - | Client identification, usually a field number |
| INSTRUMENT ID | - | Electron microscope used. CM12 is a TEM model produced by Philips. |
| MAGNIFICATION | - | Actual magnification at the microscope screen. 19.4 K is 19,400 times. |
| ACC. VOLTAGE | - | Accelerating voltage of the TEM |
| GRID NUMBER | - | Box grid was placed in for analysis |
| GRID OPENING (MM2) | - | Average area of a grid opening in square millimeters |
| OPENINGS ANALYZED | - | Number of grid openings examined |
| AMT COLLECT (L) | - | Volume of air for the air sample collected in liters |
| AMT PREPPED (L) | - | For direct preps, the volume prepared is the same as collected. For indirect preps the equivalent volume prepared from a portion of the air sample. A dilution factor can be calculated by dividing amount prepped by amount collected. |
| FILTER AREA (MM2) | - | Area of the final filter used in the preparation process in square millimeters |
| GRID | - | Number of grids analyzed, usually two grids are analyzed per sample |
| INDEX | - | Grid opening location |
| STR# | - | Number of structures counted |
| STRU TYPE | - | F = fiber, B = bundle, Cl = cluster, M = matrix |
| LENGTH (um) | - | Length of structure in micrometers |
| WIDTH (um) | - | Width of structure in micrometers |
| SAED | - | Selected Area Electron Diffraction Pattern C = chrysotile, A = amphibole |
| EDS | - | Energy Dispersive X-ray Spectroscopy Y = yes, spectrum consistent with C or A |

Calculation of Asbestos Structures per Cubic Centimeter:

$$\text{Str/cc} = \frac{(\#STR \times FILTER\ AREA)}{OPENINGS\ ANALYZED \times GRID\ OPENING \times AMT\ PREPPED}$$

```
MVA PROJECT # :0203          GRID NUMBER        :046G91      ANALYST:RKW
LAB SAMPLE ID :B3486         GRID OPENING (MM2):0.0084       DATE   :11/03/91
CLNT SAMPLE ID:10/9/91-01    OPENINGS ANALYZED :    10       COMMENT:
INSTRUMENT ID :CM12          AMT COLLECT (CM2) :  2285
MAGNIFICATION :19.5 K        AMT PREPPED (CM2) :571.25
ACC. VOLTAGE  : 100 KV       FILTER AREA (MM2) :  1133
```

| GRID | INDEX | STR# | STRU TYPE | LENGTH (um) | WIDTH (um) | SAED | EDS |
|------|-------|------|-----------|-------------|------------|------|-----|
| 1 | B2 | NSD* | | | | | |
| | H3 | NSD | | | | | |
| | G7 | NSD | | | | | |
| | C9 | NSD | | | | | |
| | D6 | 1 | M | 0.72 | 0.31 | C | Y |
| | | 2 | B | 14.10 | 2.31 | C | |
| 2 | F2 | NSD | | | | | |
| | H5 | NSD | | | | | |
| | E10 | NSD | | | | | |
| | G8 | 3 | F | 0.82 | 0.05 | C | |
| | E4 | NSD | | | | | |

\* No Asbestos Structures Detected

```
MVA PROJECT # :0203          GRID NUMBER        :046G91      ANALYST:RKW
LAB SAMPLE ID :B3487         GRID OPENING (MM2):0.0084       DATE    :11/09/91
CLNT SAMPLE ID:10/09/91-03   OPENINGS ANALYZED :     20      COMMENT:
INSTRUMENT ID :CM12          AMT COLLECT (L)   :   2203
MAGNIFICATION :19.5 K        AMT PREPPED (L)   :  275.4
ACC. VOLTAGE  : 100 KV       FILTER AREA (MM2) :  1133
```

| GRID | INDEX | STR# | STRU TYPE | LENGTH (um) | WIDTH (um) | SAED | EDS |
|------|-------|------|-----------|-------------|------------|------|-----|
| 1    | H5    | NSD* |           |             |            |      |     |
|      | D1    | NSD  |           |             |            |      |     |
|      | B3    | NSD  |           |             |            |      |     |
|      | G6    | 1    | F         | 0.62        | 0.03       | C    | Y   |
|      | F4    | NSD  |           |             |            |      |     |
|      | C5    | NSD  |           |             |            |      |     |
|      | J8    | NSD  |           |             |            |      |     |
|      | D6    | NSD  |           |             |            |      |     |
|      | I1    | NSD  |           |             |            |      |     |
|      | E3    | NSD  |           |             |            |      |     |
|      | F10   | NSD  |           |             |            |      |     |
|      | J9    | NSD  |           |             |            |      |     |
|      | D3    | 2    | F         | 0.36        | 0.03       | C    |     |
|      | I5    | NSD  |           |             |            |      |     |
|      | A4    | NSD  |           |             |            |      |     |
|      | C7    | NSD  |           |             |            |      |     |
|      | H2    | NSD  |           |             |            |      |     |
|      | F2    | NSD  |           |             |            |      |     |
|      | J7    | NSD  |           |             |            |      |     |
|      | G6    | NSD  |           |             |            |      |     |

* No Asbestos Structures Detected

```
MVA PROJECT # :0203         GRID NUMBER       :046G91     ANALYST:RKW
LAB SAMPLE ID :B3488        GRID OPENING (MM2):0.0084     DATE   :11/12/91
CLNT SAMPLE ID:10/09/91-04  OPENINGS ANALYZED :    20     COMMENT:
INSTRUMENT ID :CM12         AMT COLLECT (L)   :  2163
MAGNIFICATION :19.5 K       AMT PREPPED (L)   : 270.4
ACC. VOLTAGE  : 120 KV      FILTER AREA (MM2) :  1133
```

| GRID | INDEX | STR# | STRU TYPE | LENGTH (um) | WIDTH (um) | SAED | EDS |
|------|-------|------|-----------|-------------|------------|------|-----|
| 1 | A1 | NSD* | | | | | |
| | B3 | NSD | | | | | |
| | C5 | NSD | | | | | |
| | D7 | NSD | | | | | |
| | F9 | NSD | | | | | |
| | G8 | NSD | | | | | |
| | H6 | NSD | | | | | |
| | I4 | NSD | | | | | |
| | J2 | NSD | | | | | |
| | B10 | NSD | | | | | |
| 2 | A9 | NSD | | | | | |
| | E7 | NSD | | | | | |
| | J8 | NSD | | | | | |
| | H9 | NSD | | | | | |
| | F10 | NSD | | | | | |
| | C8 | NSD | | | | | |
| | E9 | NSD | | | | | |
| | F8 | NSD | | | | | |
| | G10 | NSD | | | | | |
| | J7 | NSD | | | | | |

* No Asbestos Structures Detected

```
MVA PROJECT # :0203              GRID NUMBER      :046G91      ANALYST:RKW
LAB SAMPLE ID :B3489            GRID OPENING (MM2):0.0084      DATE   :11/03/91
CLNT SAMPLE ID:10/09/91-05      OPENINGS ANALYZED :      10    COMMENT:
INSTRUMENT ID :CM12             AMT COLLECT (CM2) :   2183
MAGNIFICATION :19.5 K           AMT PREPPED (CM2) :545.75
ACC. VOLTAGE  : 100 KV          FILTER AREA (MM2) :  1133
```

| GRID | INDEX | STR# | STRU TYPE | LENGTH (um) | WIDTH (um) | SAED | EDS |
|------|-------|------|-----------|-------------|------------|------|-----|
| 1    | D2    | 1    | F         | 0.56        | 0.05       | C    | Y   |
|      | B6    | NSD* |           |             |            |      |     |
|      | E9    | NSD  |           |             |            |      |     |
|      | H7    | NSD  |           |             |            |      |     |
|      | J1    | NSD  |           |             |            |      |     |
| 2    | A7    | NSD  |           |             |            |      |     |
|      | I6    | NSD  |           |             |            |      |     |
|      | G1    | 2    | F         | 0.56        | 0.05       | C    |     |
|      | E4    | NSD  |           |             |            |      |     |
|      | B1    | NSD  |           |             |            |      |     |

\* No Asbestos Structures Detected

```
MVA PROJECT # :0203              GRID NUMBER       :046G91      ANALYST:RKW
LAB SAMPLE ID :B3490             GRID OPENING (MM2):0.0084      DATE    :11/04/91
CLNT SAMPLE ID:10/09/91-06       OPENINGS ANALYZED :    10      COMMENT:
INSTRUMENT ID :CM12              AMT COLLECT (CM2) :  2163
MAGNIFICATION :19.5 K            AMT PREPPED (CM2) :540.75
ACC. VOLTAGE  : 100 KV           FILTER AREA (MM2) :  1133
```

| GRID | INDEX | STR# | STRU TYPE | LENGTH (um) | WIDTH (um) | SAED | EDS |
|------|-------|------|-----------|-------------|------------|------|-----|
| 1 | C3 | 1 | F | 0.41 | 0.03 | C | |
| | B7 | NSD* | | | | | |
| | E9 | NSD | | | | | |
| | H6 | NSD | | | | | |
| | J2 | NSD | | | | | |
| 2 | G2 | NSD | | | | | |
| | I8 | NSD | | | | | |
| | C7 | NSD | | | | | |
| | B4 | NSD | | | | | |
| | E1 | 2 | F | 0.62 | 0.03 | C | Y |
| | | 3 | F | 0.41 | 0.03 | C | |

* No Asbestos Structures Detected

```
MVA PROJECT # :0203          GRID NUMBER      :046G91     ANALYST:JRM
LAB SAMPLE ID :B3491         GRID OPENING (MM2):0.0084     DATE   :11/19/91
CLNT SAMPLE ID:10/09/91-07   OPENINGS ANALYZED :    10     COMMENT:
INSTRUMENT ID :CM12          AMT COLLECT (CM2) :     0
MAGNIFICATION :19.5 K        AMT PREPPED (CM2) :     0
ACC. VOLTAGE  : 100 KV       FILTER AREA (MM2) : 1339
```

|  |  | | STRU | LENGTH | WIDTH |  |  |
|---|---|---|---|---|---|---|---|
| GRID | INDEX | STR# | TYPE | (um) | (um) | SAED | EDS |
| 1 | H5 | NSD* | | | | | |
|  | I8 | NSD | | | | | |
|  | G6 | NSD | | | | | |
|  | C8 | NSD | | | | | |
|  | A3 | NSD | | | | | |
| 2 | A6 | NSD | | | | | |
|  | C8 | NSD | | | | | |
|  | E3 | NSD | | | | | |
|  | G9 | NSD | | | | | |
|  | I7 | NSD | | | | | |

* No Asbestos Structures Detected

```
MVA PROJECT # :0203            GRID NUMBER        :046G91      ANALYST:RKW
LAB SAMPLE ID :B3492           GRID OPENING (MM2):0.0084       DATE   :11/04/91
CLNT SAMPLE ID:10/10/91-01     OPENINGS ANALYZED :     7       COMMENT:
INSTRUMENT ID :CM12            AMT COLLECT (CM2) :    792
MAGNIFICATION :19.5 K          AMT PREPPED (CM2) :     99
ACC. VOLTAGE  : 120 KV         FILTER AREA (MM2) :   1133
```

| GRID | INDEX | STR# | STRU TYPE | LENGTH (um) | WIDTH (um) | SAED | EDS |
|------|-------|------|-----------|-------------|------------|------|-----|
| 1 | E1 | 1 | F | 0.36 | 0.05 | C | |
| | | 2 | F | 1.03 | 0.05 | C | Y |
| | | 3 | F | 0.36 | 0.03 | C | |
| | | 4 | F | 0.51 | 0.05 | C | |
| | | 5 | F | 0.31 | 0.05 | C | |
| | | 6 | C | 2.05 | 1.03 | C | |
| | | 7 | F | 0.87 | 0.05 | C | |
| | | 8 | B | 1.03 | 0.10 | C | |
| | | 9 | F | 0.82 | 0.05 | C | |
| | | 10 | F | 0.97 | 0.05 | C | |
| | C4 | 11 | F | 0.87 | 0.05 | C | |
| | | 12 | F | 0.51 | 0.05 | C | |
| | | 13 | F | 1.54 | 0.05 | C | |
| | | 14 | F | 1.54 | 0.05 | C | |
| | | 15 | B | 1.03 | 0.13 | C | |
| | | 16 | F | 0.31 | 0.05 | C | |
| | | 17 | F | 0.56 | 0.05 | C | |
| | | 18 | F | 0.92 | 0.05 | C | |
| | | 19 | F | 0.97 | 0.26 | A | Y |
| | | 20 | M | 1.95 | 0.56 | C | |
| | | 21 | F | 0.77 | 0.10 | C | |
| | | 22 | F | 0.28 | 0.03 | C | |
| | | 23 | C | 3.28 | 1.69 | C | |
| | | 24 | F | 0.51 | 0.05 | C | |
| | | 25 | F | 0.51 | 0.08 | C | |
| | | 26 | F | 1.18 | 0.10 | C | |
| | | 27 | F | 0.51 | 0.08 | C | |
| | F8 | 28 | B | 1.44 | 0.13 | C | |
| | | 29 | F | 0.36 | 0.05 | C | |
| | | 30 | B | 1.13 | 0.26 | C | |
| | | 31 | B | 1.18 | 0.13 | C | |
| | | 32 | F | 0.28 | 0.05 | C | |
| | | 33 | F | 0.97 | 0.03 | C | |
| | | 34 | M | 1.95 | 0.92 | C | |
| | | 35 | F | 1.03 | 0.05 | C | |
| | | 36 | F | 0.51 | 0.05 | C | |
| | | 37 | F | 1.64 | 0.05 | C | |
| | | 38 | F | 0.82 | 0.08 | C | |
| | | 39 | F | 0.97 | 0.08 | C | |
| | | 40 | F | 1.28 | 0.08 | C | |

```
MVA PROJECT # :0203              GRID NUMBER      :046G91      ANALYST:RKW
LAB SAMPLE ID :B3492             GRID OPENING (MM2):0.0084     DATE   :11/04/91
CLNT SAMPLE ID:10/10/91-01       OPENINGS ANALYZED :      7    COMMENT:
INSTRUMENT ID :CM12              AMT COLLECT (CM2) :    792
MAGNIFICATION :19.5 K            AMT PREPPED (CM2) :     99
ACC. VOLTAGE  : 120 KV           FILTER AREA (MM2) :   1133
```

| GRID | INDEX | STR# | STRU TYPE | LENGTH (um) | WIDTH (um) | SAED | EDS |
|------|-------|------|-----------|-------------|------------|------|-----|
| 1 | F8 | 41 | M | 1.13 | 0.36 | C | |
| | | 42 | F | 0.87 | 0.05 | C | |
| | I6 | 43 | B | 0.87 | 0.15 | C | |
| | | 44 | B | 1.23 | 0.13 | C | |
| | | 45 | F | 0.56 | 0.05 | C | |
| | | 46 | B | 1.03 | 0.15 | C | |
| | | 47 | B | 1.03 | 0.15 | C | |
| | | 48 | F | 1.03 | 0.10 | C | |
| | | 49 | M | 4.21 | 2.67 | C | |
| | | 50 | F | 1.03 | 0.08 | C | |
| | | 51 | F | 0.82 | 0.05 | C | |
| | | 52 | F | 3.08 | 0.10 | C | |
| | | 53 | F | 6.67 | 0.08 | C | |
| | | 54 | F | 0.67 | 0.05 | C | |
| 2 | F3 | 55 | B | 0.97 | 0.10 | C | |
| | | 56 | F | 0.62 | 0.10 | C | |
| | | 57 | F | 0.82 | 0.08 | C | |
| | | 58 | F | 1.74 | 0.05 | C | |
| | | 59 | B | 1.03 | 0.13 | C | |
| | | 60 | B | 1.38 | 0.26 | C | |
| | | 61 | F | 0.51 | 0.05 | C | |
| | | 62 | F | 0.87 | 0.08 | C | |
| | | 63 | B | 1.13 | 0.31 | C | |
| | | 64 | F | 1.44 | 0.05 | C | |
| | | 65 | F | 0.62 | 0.05 | C | |
| | | 66 | F | 0.62 | 0.05 | C | |
| | | 67 | F | 0.77 | 0.05 | C | |
| | | 68 | F | 0.87 | 0.05 | C | |
| | | 69 | F | 2.36 | 0.08 | C | |
| | | 70 | B | 0.77 | 0.08 | C | |
| | | 71 | F | 1.03 | 0.05 | C | |
| | I4 | 72 | B | 2.00 | 0.10 | C | |
| | | 73 | F | 0.51 | 0.05 | C | |
| | | 74 | F | 1.95 | 0.10 | C | |
| | | 75 | F | 7.44 | 0.05 | C | |
| | | 76 | M | 1.28 | 0.46 | C | |
| | | 77 | F | 2.97 | 0.05 | C | |
| | | 78 | F | 0.41 | 0.13 | C | |
| | | 79 | F | 0.51 | 0.10 | C | |
| | | 80 | B | 3.95 | 0.67 | C | |

```
MVA PROJECT # :0203          GRID NUMBER        :046G91      ANALYST:RKW
LAB SAMPLE ID :B3492         GRID OPENING (MM2):0.0084       DATE   :11/04/91
CLNT SAMPLE ID:10/10/91-01   OPENINGS ANALYZED :      7      COMMENT:
INSTRUMENT ID :CM12          AMT COLLECT (CM2) :    792
MAGNIFICATION :19.5 K        AMT PREPPED (CM2) :     99
ACC. VOLTAGE  : 120 KV       FILTER AREA (MM2) :   1133
```

| GRID | INDEX | STR# | STRU TYPE | LENGTH (um) | WIDTH (um) | SAED | EDS |
|------|-------|------|-----------|-------------|------------|------|-----|
| 2 | I4 | 81 | F | 0.56 | 0.08 | C | |
| | | 82 | F | 0.51 | 0.05 | C | |
| | | 83 | F | 0.72 | 0.05 | C | |
| | | 84 | B | 2.67 | 0.26 | C | |
| | | 85 | F | 0.77 | 0.05 | C | |
| | | 86 | B | 0.72 | 0.13 | C | |
| | | 87 | B | 0.97 | 0.15 | C | |
| | | 88 | B | 1.41 0.7 | 0.56 | C | |
| | | 89 | F | 0.72 | 0.05 | C | |
| | | 90 | B | 0.87 | 0.10 | C | |
| | | 91 | F | 0.82 | 0.05 | C | |
| | | 92 | F | 0.36 | 0.05 | C | |
| | | 93 | F | 0.36 | 0.05 | C | |
| | C8 | 94 | F | 0.51 | 0.05 | C | |
| | | 95 | F | 1.13 | 0.05 | C | |
| | | 96 | M | 0.62 | 0.51 | C | |
| | | 97 | F | 0.26 | 0.05 | C | |
| | | 98 | F | 0.41 | 0.05 | C | |
| | | 99 | F | 0.51 | 0.05 | C | |
| | | 100 | F | 0.41 | 0.05 | C | |
| | | 101 | F | 0.41 | 0.05 | C | |
| | | 102 | B | 0.56 | 0.10 | C | |

```
MVA PROJECT # :0203          GRID NUMBER      :046G91     ANALYST:RKW
LAB SAMPLE ID :B3493         GRID OPENING (MM2):0.0084    DATE   :11/05/91
CLNT SAMPLE ID:10/10/91-03   OPENINGS ANALYZED :     10   COMMENT:
INSTRUMENT ID :CM12          AMT COLLECT (CM2) :    824
MAGNIFICATION :19.5 K        AMT PREPPED (CM2) :    103
ACC. VOLTAGE  : 100 KV       FILTER AREA (MM2) :   1133
```

| GRID | INDEX | STR# | STRU TYPE | LENGTH (um) | WIDTH (um) | SAED | EDS |
|------|-------|------|-----------|-------------|------------|------|-----|
| 1 | J10 | 1 | C | 5.13 | 5.13 | C | Y |
|   |   | 2 | F | 0.51 | 0.05 | C |   |
|   |   | 3 | F | 1.28 | 0.05 | C |   |
|   |   | 4 | B | 0.77 | 0.15 | C |   |
|   |   | 5 | B | 1.79 | 0.26 | C |   |
|   |   | 6 | F | 1.03 | 0.05 | C |   |
|   |   | 7 | F | 0.77 | 0.05 | C |   |
|   |   | 8 | F | 0.51 | 0.10 | C |   |
|   |   | 9 | F | 1.28 | 0.05 | C |   |
|   |   | 10 | F | 2.05 | 0.10 | C | Y |
|   |   | 11 | F | 4.10 | 0.10 | C |   |
|   |   | 12 | F | 0.77 | 0.05 | C |   |
|   |   | 13 | F | 0.77 | 0.05 | C |   |
|   |   | 14 | B | 2.05 | 0.15 | C |   |
|   |   | 15 | F | 1.03 | 0.05 | C |   |
|   |   | 16 | M | 1.13 | 0.51 | C |   |
|   |   | 17 | M | 2.05 | 0.26 | C |   |
|   |   | 18 | F | 1.28 | 0.05 | C |   |
|   |   | 19 | F | 0.62 | 0.05 | C |   |
|   | H8 | 20 | F | 4.10 | 0.10 | C | Y |
|   |   | 21 | M | 3.08 | 1.54 | C |   |
|   |   | 22 | F | 0.77 | 0.05 | C |   |
|   |   | 23 | F | 1.54 | 0.05 | C |   |
|   |   | 24 | F | 0.62 | 0.05 | C |   |
|   |   | 25 | F | 2.56 | 0.10 | C |   |
|   |   | 26 | F | 0.77 | 0.51 | C |   |
|   |   | 27 | C | 2.56 | 2.05 | C |   |
|   |   | 28 | F | 0.77 | 0.05 | C |   |
|   | D7 | 29 | F | 0.51 | 0.05 | C |   |
|   |   | 30 | F | 0.51 | 0.05 | C | Y |
|   |   | 31 | F | 0.67 | 0.05 | C |   |
|   |   | 32 | C | 5.64 | 1.03 | C |   |
|   |   | 33 | F | 0.77 | 0.05 | C |   |
|   | C3 | 34 | F | 1.28 | 0.05 | C |   |
|   |   | 35 | F | 2.31 | 0.10 | C |   |
|   |   | 36 | F | 0.77 | 0.05 | C |   |
|   |   | 37 | C | 12.82 | 7.69 | C |   |
|   |   | 38 | F | 1.54 | 0.05 | C |   |
|   | B2 | 39 | F | 0.51 | 0.05 | C |   |
|   |   | 40 | F | 0.51 | 0.05 | C | Y |

```
MVA PROJECT # :0203          GRID NUMBER        :046G91     ANALYST:RKW
LAB SAMPLE ID :B3493         GRID OPENING (MM2):0.0084      DATE   :11/05/91
CLNT SAMPLE ID:10/10/91-03   OPENINGS ANALYZED :    10      COMMENT:
INSTRUMENT ID :CM12          AMT COLLECT (CM2) :   824
MAGNIFICATION :19.5 K        AMT PREPPED (CM2) :   103
ACC. VOLTAGE  : 100 KV       FILTER AREA (MM2) :  1133
```

| GRID | INDEX | STR# | STRU TYPE | LENGTH (um) | WIDTH (um) | SAED | EDS |
|------|-------|------|-----------|-------------|------------|------|-----|
| 1 | B2 | 41 | C | 1.54 | 1.54 | C | |
| | | 42 | M | 2.05 | 1.54 | C | |
| | | 43 | F | 0.51 | 0.05 | C | |
| 2 | B9 | 44 | C | 7.69 | 2.56 | C | |
| | | 45 | F | 0.51 | 0.05 | C | |
| | | 46 | F | 0.51 | 0.05 | C | |
| | | 47 | F | 2.05 | 0.10 | C | |
| | | 48 | B | 1.03 | 0.15 | C | |
| | | 49 | B | 1.03 | 0.15 | C | |
| | | 50 | M | 23.08 | 4.62 | C | Y |
| | | 51 | F | 1.54 | 0.10 | C | |
| | C5 | 52 | F | 2.56 | 0.10 | C | |
| | | 53 | F | 0.51 | 0.05 | C | |
| | | 54 | F | 0.51 | 0.05 | C | |
| | | 55 | F | 1.54 | 0.05 | C | |
| | | 56 | F | 1.79 | 0.10 | C | |
| | | 57 | F | 0.77 | 0.05 | C | |
| | | 58 | F | 1.03 | 0.05 | C | |
| | | 59 | F | 0.51 | 0.05 | C | |
| | | 60 | F | 0.77 | 0.05 | C | |
| | | 61 | F | 1.03 | 0.05 | C | |
| | | 62 | F | 1.03 | 0.05 | C | |
| | | 63 | F | 2.56 | 0.10 | C | |
| | E4 | 64 | M | 5.13 | 5.13 | C | |
| | | 65 | F | 0.51 | 0.05 | C | |
| | | 66 | F | 1.28 | 0.05 | C | |
| | | 67 | F | 1.03 | 0.05 | C | |
| | | 68 | B | 1.28 | 0.15 | C | |
| | I2 | 69 | M | 1.54 | 0.51 | C | |
| | | 70 | F | 0.77 | 0.05 | C | |
| | | 71 | M | 4.10 | 4.10 | C | |
| | | 72 | C | 2.56 | 2.05 | C | |
| | | 73 | B | 1.03 | 0.15 | C | |
| | H8 | 74 | F | 0.51 | 0.05 | C | |
| | | 75 | F | 2.56 | 0.05 | C | |
| | | 76 | F | 1.28 | 0.05 | C | |

```
MVA PROJECT # :0203          GRID NUMBER        :046G91      ANALYST:JRM
LAB SAMPLE ID :B3494         GRID OPENING (MM2):0.0084       DATE   :11/05/91
CLNT SAMPLE ID:10/10/91-04   OPENINGS ANALYZED  :      7     COMMENT:
INSTRUMENT ID :CM12          AMT COLLECT (CM2)  :    832
MAGNIFICATION :19.5 K        AMT PREPPED (CM2)  :    103
ACC. VOLTAGE  : 100 KV       FILTER AREA (MM2)  :   1133
```

| GRID | INDEX | STR# | STRU TYPE | LENGTH (um) | WIDTH (um) | SAED | EDS |
|------|-------|------|-----------|-------------|------------|------|-----|
| 1 | H3 | 1 | F | 0.62 | 0.05 | C | Y |
|  |  | 2 | M | 5.64 | 2.56 | C |  |
|  |  | 3 | F | 0.77 | 0.05 | C |  |
|  |  | 4 | F | 1.03 | 0.05 | C |  |
|  |  | 5 | F | 0.87 | 0.10 | C |  |
|  |  | 6 | F | 1.54 | 0.10 | C |  |
|  |  | 7 | F | 1.54 | 0.05 | C |  |
|  |  | 8 | F | 0.62 | 0.05 | C |  |
|  |  | 9 | F | 2.31 | 0.05 | C |  |
|  |  | 10 | F | 0.77 | 0.05 | C |  |
|  |  | 11 | F | 0.77 | 0.05 | C |  |
|  |  | 12 | F | 1.54 | 0.05 | C |  |
|  |  | 13 | B | 1.79 | 0.26 | C |  |
|  |  | 14 | F | 0.36 | 0.05 | C |  |
|  |  | 15 | F | 0.62 | 0.05 | C |  |
|  |  | 16 | F | 0.51 | 0.05 | C |  |
|  |  | 17 | B | 0.51 | 0.15 | C |  |
|  |  | 18 | F | 1.28 | 0.05 | C |  |
|  |  | 19 | M | 1.79 | 0.51 | C |  |
|  |  | 20 | F | 2.05 | 0.05 | C |  |
|  |  | 21 | C | 1.03 | 0.77 | C |  |
|  |  | 22 | F | 1.03 | 0.05 | C |  |
|  | F1 | 23 | C | 1.54 | 0.26 | C |  |
|  |  | 24 | F | 1.79 | 0.15 | C |  |
|  |  | 25 | F | 0.41 | 0.15 | C |  |
|  |  | 26 | C | 1.54 | 1.28 | C |  |
|  |  | 27 | F | 2.05 | 0.10 | C |  |
|  |  | 28 | C | 1.13 | 0.10 | C |  |
|  |  | 29 | F | 2.56 | 0.05 | C | Y |
|  |  | 30 | C | 3.85 | 0.15 | C |  |
|  |  | 31 | C | 1.28 | 0.15 | C |  |
|  |  | 32 | F | 1.79 | 0.15 | C |  |
|  |  | 33 | B | 0.87 | 0.21 | C |  |
|  |  | 34 | F | 0.77 | 0.05 | C |  |
|  |  | 35 | M | 0.51 | 0.05 | C |  |
|  |  | 36 | F | 1.03 | 0.10 | C |  |
|  | D7 | 37 | B | 5.64 | 0.21 | C |  |
|  |  | 38 | B | 4.36 | 0.21 | C |  |
|  |  | 39 | F | 0.56 | 0.08 | C |  |
|  |  | 40 | B | 1.38 | 0.18 | C |  |

```
MVA PROJECT # :0203              GRID NUMBER        :046G91      ANALYST:JRM
LAB SAMPLE ID :B3494            GRID OPENING (MM2):0.0084        DATE   :11/05/91
CLNT SAMPLE ID:10/10/91-04      OPENINGS ANALYZED :      7      COMMENT:
INSTRUMENT ID :CM12             AMT COLLECT (CM2) :    832
MAGNIFICATION :19.5 K           AMT PREPPED (CM2) :    103
ACC. VOLTAGE  : 100 KV          FILTER AREA (MM2) :   1133
```

| GRID | INDEX | STR# | STRU TYPE | LENGTH (um) | WIDTH (um) | SAED | EDS |
|------|-------|------|-----------|-------------|------------|------|-----|
| 1 | D7 | 41 | B | 1.69 | 0.13 | C | |
| | | 42 | B | 6.41 | 0.26 | C | |
| | | 43 | F | 0.51 | 0.05 | C | |
| | | 44 | F | 0.46 | 0.03 | C | |
| | | 45 | F | 0.77 | 0.05 | C | |
| | | 46 | B | 0.87 | 0.13 | C | |
| | | 47 | F | 0.46 | 0.05 | C | |
| | | 48 | F | 0.41 | 0.03 | C | |
| | | 49 | F | 0.97 | 0.05 | C | |
| 2 | B6 | 50 | B | 0.56 | 0.10 | C | |
| | | 51 | F | 0.41 | 0.05 | C | |
| | | 52 | B | 1.33 | 0.10 | C | |
| | | 53 | F | 0.51 | 0.10 | C | |
| | | 54 | M | 3.54 | 2.56 | C | |
| | | 55 | F | 0.26 | 0.05 | C | |
| | | 56 | M | 5.13 | 4.36 | C | |
| | | 57 | M | 1.23 | 1.03 | C | |
| | | 58 | B | 0.77 | 0.10 | C | |
| | | 59 | F | 0.31 | 0.08 | C | |
| | | 60 | F | 0.51 | 0.05 | C | |
| | | 61 | B | 2.00 | 0.15 | C | |
| | | 62 | B | 1.90 | 0.21 | C | |
| | | 63 | F | 0.51 | 0.05 | C | |
| | E1 | 64 | M | 1.49 | 0.62 | C | |
| | | 65 | F | 0.56 | 0.05 | C | |
| | | 66 | B | 0.72 | 0.15 | C | |
| | | 67 | F | 0.82 | 0.10 | C | |
| | | 68 | M | 2.41 | 3.44 | C | |
| | | 69 | F | 0.31 | 0.05 | C | |
| | | 70 | F | 0.92 | 0.05 | C | |
| | | 71 | B | 1.18 | 0.15 | C | |
| | | 72 | F | 0.56 | 0.05 | C | |
| | | 73 | F | 0.62 | 0.08 | C | |
| | | 74 | B | 0.41 | 0.13 | C | |
| | | 75 | F | 0.62 | 0.08 | C | |
| | I3 | 76 | F | 2.62 | 0.10 | C | |
| | | 77 | B | 1.03 | 0.15 | C | |
| | | 78 | F | 0.56 | 0.05 | C | |
| | | 79 | F | 1.23 | 0.05 | C | |
| | | 80 | F | 1.08 | 0.05 | C | |

```
MVA PROJECT # :0203            GRID NUMBER        :046G91       ANALYST:JRM
LAB SAMPLE ID :B3494           GRID OPENING (MM2):0.0084        DATE    :11/05/91
CLNT SAMPLE ID:10/10/91-04     OPENINGS ANALYZED :        7     COMMENT:
INSTRUMENT ID :CM12            AMT COLLECT (CM2) :      832
MAGNIFICATION :19.5 K          AMT PREPPED (CM2) :      103
ACC. VOLTAGE  : 100 KV         FILTER AREA (MM2) :     1133
```

| GRID | INDEX | STR# | STRU TYPE | LENGTH (um) | WIDTH (um) | SAED | EDS |
|------|-------|------|-----------|-------------|------------|------|-----|
| 2 | I3 | 81 | F | 0.51 | 0.05 | C | |
| | | 82 | F | 0.31 | 0.05 | C | |
| | | 83 | F | 0.62 | 0.05 | C | |
| | | 84 | F | 0.51 | 0.05 | C | |
| | | 85 | B | 3.33 | 0.13 | C | |
| | G7 | 86 | B | 0.51 | 0.26 | C | |
| | | 87 | F | 0.77 | 0.03 | C | |
| | | 88 | B | 1.18 | 0.21 | C | |
| | | 89 | M | 5.13 | 5.13 | C | |
| | | 90 | F | 1.03 | 0.05 | C | |
| | | 91 | B | 5.03 | 0.21 | C | |
| | | 92 | F | 0.51 | 0.05 | C | |
| | | 93 | B | 0.97 | 0.15 | C | |
| | | 94 | F | 1.79 | 0.05 | C | |
| | | 95 | F | 0.36 | 0.08 | C | |
| | | 96 | M | 3.28 | 2.31 | C | |
| | | 97 | F | 0.51 | 0.05 | C | |
| | | 98 | F | 0.51 | 0.03 | C | |