PAGE # 2 15

MAS JOB NUMBER: M 7322-4

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | >.5 < 5 MICRONS | ≥5 MICRONS | CONFIRMATION ||| 
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 1 | 1-1 | C | M-F | ✓ | | ✓ | ✓ | P.d. |
| 2 | | C | C-F | ✓ | | ✓ | ✓ | |
| 3 | | C | F | | ✓ | ✓ | ✓ | |
| 4 | | C | F | ✓ | | ✓ | ✓ | |
| 5 | | C | B | ✓ | | ✓ | ✓ | |
| 6 | | C | F | | ✓ | ✓ | ✓ | |
| 7 | | C | F | ✓ | | ✓ | ✓ | |
| 8 | | C | B | ✓ | | ✓ | ✓ | |
| 9 | | C | F | ✓ | | ✓ | ✓ | |
| 10 | 2 | C | F | ✓ | | ✓ | ✓ | P.O. |
| 11 | | C | F | | ✓ | ✓ | ✓ | |
| 12 | | C | F | ✓ | | ✓ | ✓ | |
| 13 | | C | B | ✓ | | ✓ | ✓ | |
| 14 | | C | B | | ✓ | ✓ | ✓ | |
| 15 | | C | F | ✓ | | ✓ | ✓ | |
| 16 | | C | F | ✓ | | ✓ | ✓ | |
| 17 | | C | F | ✓ | | ✓ | ✓ | |
| 18 | | C | F | ✓ | | ✓ | ✓ | |
| 19 | | C | F | ✓ | | ✓ | ✓ | |
| 20 | | C | F | ✓ | | ✓ | ✓ | P.d. |
| 21 | | C | F | ✓ | | ✓ | ✓ | |
| 22 | | C | F | | ✓ | ✓ | ✓ | |
| 23 | | C | F | ✓ | | ✓ | ✓ | |
| 24 | | C | F | ✓ | | ✓ | ✓ | |
| 25 | 3 | C | F | | ✓ | ✓ | ✓ | |

**KEYS TO ABBREVIATIONS USED ABOVE:**

**ASBESTOS TYPES:**
C = CHRYSOTILE
AM = AMOSITE
CR = CROCIDOLITE
AC = ACTINOLITE
TR = TREMOLITE
AN = ANTHOPHYLLITE

**STRUCTURE TYPES:**
F = FIBER
B = BUNDLE
C = CLUSTER
M = MATRIX
N = NON ASBESTOS

**OTHERS:**
NSD = NO STRUCTURES DETECTED
MORPH = MORPHOLOGY
SAED = SELECTED AREA ELECTRON DIFFRACTION
EDS = ENERGY DISPERSIVE X-RAY SPECTROSCOPY

PAGE # 415

MAS JOB NUMBER: M7322-4

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | >.5 <5 MICRONS | ≥5 MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 55 | | C | F | ✓ | | ✓ | ✓ | |
| 56 | | C | C-B | ✓ | | ✓ | ✓ | |
| 57 | | C | C-B | | ✓ | ✓ | ✓ | |
| 58 | | C | F | ✓ | | ✓ | ✓ | |
| 59 | | C | C-B | | ✓ | ✓ | ✓ | |
| 60 | | C | B | | ✓ | ✓ | ✓ | P.O. |
| 61 | | C | F | ✓ | | ✓ | ✓ | |
| 62 | | C | B | ✓ | | ✓ | ✓ | |
| 63 | | C | F | ✓ | | ✓ | ✓ | |
| 64 | | C | F | ✓ | | ✓ | ✓ | |
| 65 | 2 | C | C-B | | ✓ | ✓ | ✓ | |
| 66 | | C | F | ✓ | | ✓ | ✓ | |
| 67 | | C | M-B | | ✓ | ✓ | ✓ | |
| 68 | | C | B | ✓ | | ✓ | ✓ | |
| 69 | | C | F | ✓ | | ✓ | ✓ | |
| 70 | | C | B | | ✓ | ✓ | ✓ | P.O. |
| 71 | | C | B | | ✓ | ✓ | ✓ | |
| 72 | | C | B | ✓ | | ✓ | ✓ | |
| 73 | | C | M-F | ✓ | | ✓ | ✓ | |
| 74 | | C | F | ✓ | | ✓ | ✓ | |
| 75 | | C | B | ✓ | | ✓ | ✓ | |
| 76 | | C | F | ✓ | | ✓ | ✓ | |
| 77 | | C | M-B | ✓ | | ✓ | ✓ | |
| 78 | | C | F | ✓ | | ✓ | ✓ | |
| 79 | | C | M-B | ✓ | | ✓ | ✓ | |
| 80 | | C | B | | ✓ | ✓ | ✓ | P.O. |
| 81 | | C | M-F | ✓ | | ✓ | ✓ | |
| 82 | 3 | C | M-B | | ✓ | ✓ | ✓ | |
| 83 | | C | F | ✓ | | ✓ | ✓ | |

MAS Job Number: M 7322-4
Location of Grid Openings, (GO) Counted in the Analysis

Grid 1:



Grid 2:



MAS JOB NUMBER: M 7322-5

PAGE # 2/2

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | >.5 <5 MICRONS | ≥5 MICRONS | CONFIRMATION ||| 
|||||||  MORPH. | SAED. | EDS. |
|   | 1-1 |   | NSD |   |   |   |   |   |
|   | 1-2 |   | NSD |   |   |   |   |   |
| 1 | 1-3 | C | F | ✓ |   | ✓ | ✓ | PRINT |
| 2 |   | C | F | ✓ |   | ✓ | ✓ |   |
|   | 1-4 |   | NSD |   |   |   |   |   |
| 3 | 1-5 | C | F | ✓ |   | ✓ | ✓ |   |
|   | 2-1 |   | NSD |   |   |   |   |   |
|   | 2-2 |   | NSD |   |   |   |   |   |
|   | 2-3 |   | NSD |   |   |   |   |   |
|   | 2-4 |   | NSD |   |   |   |   |   |
|   | 2-5 |   | NSD |   |   |   |   |   |

**KEYS TO ABBREVIATIONS USED ABOVE:**

ASBESTOS TYPES:
C = CHRYSOTILE
AM = AMOSITE
CR = CROCIDOLITE
AC = ACTINOLITE
TR = TREMOLITE
AN = ANTHOPHYLLITE

STRUCTURE TYPES:
F = FIBER
B = BUNDLE
C = CLUSTER
M = MATRIX
N = NON ASBESTOS

OTHERS:
NSD = NO STRUCTURES DETECTED
MORPH = MORPHOLOGY
SAED = SELECTED AREA ELECTRON DIFFRACTION
EDS = ENERGY DISPERSIVE X-RAY SPECTROSCOPY

# MATERIALS ANALYTICAL SERVICES, INC.
## DUST SAMPLE ANALYSIS

PAGE # _1 1a_

Client: _Law Assoc / Kennesaw_
Sample ID: _Dust 46_
MAS Job Number: _M 7322-6_
Date Sample Analyzed: _10-24-91_
Number of Openings/Grids Counted: _10, 2_
Grid Accepted, 600X: (Yes)   No
Percent Loading: _1_ %
Grid Box #: _3900_
Analyst: _William Stark_
Reviewer: _Review OR audit_

Accelerating Voltage: _100 KV_
Indicated Mag: _25_ KX
Screen Mag: _20_ KX
Microscope Number: 1  (2)  3  4  5
Filter Type: (MCE)  PC
Filter Size: 25mm,  37mm,  (47mm)
Filter Pore Size (um): _.45_
Grid Opening: 1) _89_ um x _90_ u
              2) _90_ um x _91_ u

## Calculation Data:

Counting Rules: (AHERA)    LEVEL II

Effective Filter Area in $mm^2$: (A) _1339_
Number of Grid Openings Examined: (B) _10_
Average Grid Opening Area in $mm^2$: (C) _0.008100_
Volume of Liquid Filtered in ml: (D) _1_
Area Sampled in sq. ft./$cm^2$: (E) _0.108_ sq. ft.  _100_ $cm^2$
Number of Asbestos Structures Counted: (F) _24_
Number of Asbestos Structures between 0.5 and 5 microns: _16_   Structures $\geq$ 5 microns: _8_

## FORMULA FOR CALCULATION OF ASBESTOS STRUCTURES PER SQ. FT. AND PER $CM^2$:

$$\frac{A}{B * C} * \frac{100}{D} * \frac{1}{E} * F = \text{(asbestos structures per sq.ft. or } cm^2\text{)}$$

CONVERSIONS:

$\frac{\text{Area in } cm^2}{929.03} = \text{sq. ft.}$

Area in sq. ft. X 929.03 = $cm^2$

Results for Total Asbestos Structures:
Structures per sq. ft. _3.674 X $10^6$_
Structures per $cm^2$ _3.967 X $10^5$_

Results for Structures $\geq$ 5 microns:
Structures per sq.ft. _1,225 X $10^6$_
Structures per $cm^2$ _1,322 X $10^5$_

MAS Job Number: **M 7322-6**
Location of Grid Openings, (GO) Counted in the Analysis

Grid 1:



Grid 2:



PAGE # 212

MAS JOB NUMBER: M 7322-7

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | >.5 < 5 MICRONS | ≥5 MICRONS | CONFIRMATION MORPH. | SAED. | EDS. |
|---|---|---|---|---|---|---|---|---|
| 1 | 1-1 | C | F | ✓ | | ✓ | ✓ | Po |
| 2 | 1-2 | C | B | ✓ | | ✓ | ✓ | |
| | 1-3 | | NSD | | | | | |
| 3 | 1-4 | C | F | ✓ | | ✓ | ✓ | |
| 4 | | C | C-F | | ✓ | ✓ | ✓ | |
| 5 | 1-5 | C | F | ✓ | | ✓ | ✓ | |
| | 2-1 | | NSD | | | | | |
| 6 | 2-2 | C | C-F | ✓ | | ✓ | ✓ | |
| 7 | | C | F | ✓ | | ✓ | ✓ | |
| 8 | | C | F | ✓ | | ✓ | ✓ | |
| 9 | 2-3 | C | F | | ✓ | ✓ | ✓ | |
| 10 | | C | F | ✓ | | ✓ | ✓ | Po |
| 11 | | C | F | ✓ | | ✓ | ✓ | |
| | 2-4 | | NSD | | | | | |
| | 2-5 | | NSD | | | | | |

**KEYS TO ABBREVIATIONS USED ABOVE:**

**ASBESTOS TYPES:**
C = CHRYSOTILE
AM = AMOSITE
CR = CROCIDOLITE
AC = ACTINOLITE
TR = TREMOLITE
AN = ANTHOPHYLLITE

**STRUCTURE TYPES:**
F = FIBER
B = BUNDLE
C = CLUSTER
M = MATRIX
N = NON ASBESTOS

**OTHERS:**
NSD = NO STRUCTURES DETECTED
MORPH = MORPHOLOGY
SAED = SELECTED AREA ELECTRON DIFFRACTION
EDS = ENERGY DISPERSIVE X-RAY SPECTROSCOPY

## MATERIALS ANALYTICAL SERVICES, INC.
### DUST SAMPLE ANALYSIS

PAGE # __1 / 3__

Client: __Law / Kennesaw__
Sample ID: __Dust 48__
MAS Job Number: __M7322-8__
Date Sample Analyzed: __10-23-91__
Number of Openings/Grids Counted: __10 / 2__
Grid Accepted, 600X: (Yes)   No
Percent Loading: __1__ %
Grid Box #: __3901__
Analyst: __Richard R White__
Reviewer: __M. Platonelli__

Accelerating Voltage: __100 KV__
Indicated Mag: __25__ KX
Screen Mag: __20__ KX
Microscope Number: 1   2   (3)   4   5
Filter Type: [MCE]   PC
Filter Size: 25mm,   37mm,   [47mm]
Filter Pore Size (um): __0.45__
Grid Opening: 1) __92__ um × __91__ um
              2) __90__ um × __86__ um

### Calculation Data:

Counting Rules: [AHERA]   LEVEL II

Effective Filter Area in $mm^2$:                                   (A) __1339__
Number of Grid Openings Examined:                                   (B) __10__
Average Grid Opening Area in $mm^2$:                                (C) __.008056__
Volume of Liquid Filtered in ml:                                    (D) __30 ml__
Area Sampled in sq. ft./$cm^2$:                                     (E) __.108__ sq. ft.   __100__ $cm^2$
Number of Asbestos Structures Counted:                              (F) __41__
Number of Asbestos Structures between 0.5 and 5 microns: __36__    Structures $\geq$ 5 microns: __5__

### FORMULA FOR CALCULATION OF ASBESTOS STRUCTURES PER SQ. FT. AND PER $CM^2$:

$$\frac{A}{B * C} * \frac{100}{D} * \frac{1}{E} * F = \text{(asbestos structures per sq.ft. or } cm^2\text{)}$$

CONVERSIONS:

$\frac{\text{Area in } cm^2}{929.03}$ = sq. ft.

Area in sq. ft. × 929.03 = $cm^2$

Results for Total Asbestos Structures:
Structures per sq. ft.: __2.103 × 10^7__
Structures per $cm^2$: __2.272 × 10^4__

Results for Structures $\geq$ 5 microns:
Structures per sq.ft.: __2.565 × 10^6__
Structures per $cm^2$: __2.770 × 10^3__

MAS JOB NUMBER: M 7322-8

PAGE # 313

| STR. # | GRID # SQUARE # | TYPE C, A | STRUCTURE F, B, C, M, N | >.5 < 5 MICRONS | ≥5 MICRONS | CONFIRMATION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | MORPH. | SAED. | EDS. |
| 26 | 2-1 | C | F | | ✓ | ✓ | ✓ | |
| 27 | | C | F | ✓ | | ✓ | ✓ | |
| 28 | | C | F | | ✓ | ✓ | ✓ | |
| 29 | 2 | C | M-B | ✓ | | ✓ | ✓ | |
| 30 | | C | M-F | ✓ | | ✓ | ✓ | P.O. |
| 31 | 3 | C | B | | ✓ | ✓ | ✓ | |
| 32 | | C | F | ✓ | | ✓ | ✓ | |
| 33 | | C | F | ✓ | | ✓ | ✓ | |
| 34 | | C | F | ✓ | | ✓ | ✓ | |
| 35 | | C | B | | ✓ | ✓ | ✓ | |
| 36 | 4 | C | F | ✓ | | ✓ | ✓ | |
| 37 | | C | B | ✓ | | ✓ | ✓ | |
| 38 | | C | B | ✓ | | ✓ | ✓ | |
| 39 | 5 | C | F | ✓ | | ✓ | ✓ | |
| 40 | | C | M-B | ✓ | | ✓ | ✓ | B.O. |
| 41 | | C | F | ✓ | | ✓ | ✓ | |

**MATERIALS ANALYTICAL SERVICES, INC.**
**DUST SAMPLE ANALYSIS**

PAGE # _1 / 2_

Client: _LAW / Kennesaw_
Sample ID: _Dust 49_
MAS Job Number: _M 7322-9_
Date Sample Analyzed: _10-24-91_
Number of Openings/Grids Counted: _10 / 2_
Grid Accepted, 600X: (Yes)   No
Percent Loading: _<1_ %
Grid Box #: _3901_
Analyst: _Richard K white_
Reviewer: _William Hart_

Accelerating Voltage: _100 KV_
Indicated Mag: _25_ KX
Screen Mag: _20_ KX
Microscope Number: 1  2  ③  4  5
Filter Type: [MCE]  PC
Filter Size: 25mm,  37mm,  [47mm]
Filter Pore Size (um): _0.45_
Grid Opening: 1) _94_ um  x  _92_ um
             2) _92_ um  x  _90_ um

**Calculation Data:**

Counting Rules: [AHERA]   LEVEL II

Effective Filter Area in mm$^2$: (A) _1339_
Number of Grid Openings Examined: (B) _10_
Average Grid Opening Area in mm$^2$: (C) _.008464_
Volume of Liquid Filtered in ml: (D) _30 ml_
Area Sampled in sq. ft./cm$^2$: (E) _.108_ sq. ft.   _100_ cm$^2$
Number of Asbestos Structures Counted: (F) _0_
Number of Asbestos Structures between 0.5 and 5 microns: _0_   Structures ≥ 5 microns: _0_

**FORMULA FOR CALCULATION OF ASBESTOS STRUCTURES PER SQ. FT. AND PER CM$^2$:**

$$\frac{A}{B * C} * \frac{100}{D} * \frac{1}{E} * F = \text{(asbestos structures per sq.ft. or cm}^2\text{)}$$

CONVERSIONS:

$\frac{\text{Area in cm}^2}{929.03} = \text{sq. ft.}$

Area in sq. ft. X 929.03 = cm$^2$

Results for Total Asbestos Structures:
Structures per sq. ft.: _NA_
Structures per cm$^2$: _NA_

Results for Structures ≥ 5 microns:
Structures per sq. ft.: _NA_
Structures per cm$^2$: _NA_

MAS Job Number: M 7322-9
Location of Grid Openings, (GO) Counted in the Analysis

Grid 1:



Grid 2:



# APPENDIX D
# PHOTOGRAPHS













 

















