# EXHIBIT D

Expert Report of William E. Longo, Ph.D.,
Prepared on Behalf of the Property Damage
Asbestos Claimants Represented by the
Law Firm of Dies & Hile, LLP

# Appendix D

Lancaster Keist Branch Library

- PCM & Direct TEM Analysis of
  Air Sample 10/10/91-29
- Re-analysis of MAS Dust Sample
  M-7322-7

October 25, 2006



# ARCHIVED SAMPLES
## LANCASTER KEIST LIBRARY
## DALLAS, TX
## CEILING TILE REPLACEMENT STUDY

| Sample No. | Sample Location | Air Vol. (L) |
|---|---|---|
| 10/9/91-02 | Station 2, Before ceiling tile replacement activities began | 2375 |
| 10/10/91-02 | Station 2, Inside room during ceiling tile replacement | 848 |
| 10/10/91-23 | Station 6, inside room during die-down period | 1187 |
| 10/10/91-29 | Station 6, inside room during cleaning activities | 281 |
| 10/10/91-08 | Station 8, library staff work area, south of toilet [outside work area] | 3477 |

rec'd 10/19/06 saw

# MATERIALS ANALYTICAL SERVICES
# PROJECT COC

| | | | |
|---|---|---|---|
| **MAS ID:** | M40922 | **Client Job No:** | |
| **Client Name:** | Dies & Hile, LLP | **Client PO:** | |
| **Project Name:** | Compass Environmental-Dallas Library | **Date In:** | 10/19/2006 |
| **Logged By:** | Nancy Sears | **Client Code:** | 0058 |

**TRANSPORT INFORMATION:**

| | | | |
|---|---|---|---|
| **Submitted By:** | William Ewing | **Documents:** | COC, Cover letter & study |
| **Delivery By:** | FedEx | | |
| **Received By:** | Nancy Sears | **Comments for COC:** | |
| **Condition:** | OK | | |

**CONTACT INFORMATION:**

| | | | |
|---|---|---|---|
| **Contact:** | Martin Dies | **Work Phone:** (409) 883-4394 | **Ext:** |
| **Title: First Name  Last Name:  Suffix** | | **Other Phone** | **Ext:** |
| Mr.  Martin  Dies | | **Fax:** (409) 883-4814 | |

## SAMPLE INFORMATION:

| # | Client ID | Volume | # | Client ID | Volume |
|---|---|---|---|---|---|
| 001 | 10/9/91-02 | 2375 | | | |
| 002 | 10/10/91-02 | 848 | | | |
| 003 | 10/10/91-23 | 1187 | | | |
| 004 | 10/10/91-29 | 281 | | | |
| 005 | 10/10/91-08 | 3477 | | | |

## SIGNATURES

| | | | |
|---|---|---|---|
| **RECEIVED BY:** | | **ANALYZED BY:** | |
| **REVIEWED BY:** | | **REPORTED BY:** | |
| **PREPARED BY:** | *[signature]* | **DEPOSED BY:** | |

Page 1 of 1

# Materials Analytical Services

## Airborne Fiber Analysis-NIOSH 7400 Issue 2, PCM

MAS Project: **M40922**          MAS Sample #: **001**

Client Sample ID: **10/9/91-02**          Analysis Date: **10/24/06**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4.5 | 2 | 0 | 2 | 0 | 0.5 | |
| 2 | 0 | 1.5 | 0 | 0.5 | 0 | 10 |
| 2.5 | 0 | 0 | 1.5 | 1 | 0 | |
| 5.5 | 2 | 2 | 0 | 0.5 | 1 | 20 |
| 4 | 1.5 | 1 | 1 | 0.5 | 0 | |
| 7 | 2 | 0 | 3.5 | 0.5 | 1 | 30 |
| 2.5 | 1.5 | 0 | 0.5 | 0.5 | 0 | |
| 3.5 | 1 | 1.5 | 1 | 0 | 0 | 40 |
| 1 | 0 | 0 | 0 | 0 | 1 | |
| 2 | 0 | 0.5 | 0 | 1 | 0.5 | 50 |
| 0 | 0 | 0 | 0 | 0 | 0 | |
| 3 | 1 | 1 | 1 | 0 | 0 | 60 |
| 3.5 | 0 | 0 | 1 | 2.5 | 0 | |
| 1 | 1 | 0 | 0 | 0 | 0 | 70 |
| 2 | 0 | 1 | 1 | 0 | 0 | |
| 0.5 | 0 | 0 | 0 | 0 | 0.5 | 80 |
| 3.5 | 1 | 1 | 1 | 0.5 | 0 | |
| 1.5 | 0 | 0 | 0 | 1 | 0.5 | 90 |
| 4 | 1.5 | 0 | 1 | 1 | 0.5 | |
| 4.5 | 1 | 0.5 | 1 | 1 | 1 | 100 |
| **58.0** | 15.5 | 10 | 15.5 | 10.5 | 6.5 | **58.0** |

Pump Flow Rate, Liters/Minute (FR) **Not Given**

Sample Time, Minutes (T) **Not Given**

Total Sample Volume, Liters (V) **2375**

Total Fibers Counted, Sample (FCS) **58**

Total Fields Counted, Samples (FLS) **100**

Total Fibers Counted, Blank (FCB) **0**

Total Fields Counted, Blank(FLB) **100**

Area of Filter, mm$^2$ (AF) **385**

Graticule Field Area, MM$^2$ (GFA) **0.00785**

Cal of Fiber Density (E) in Fibers/ mm$^2$ (Limit 7)

$E =$ **73.9** fibers/mm$^2$

Cal of Fiber Conc.(C) in Fibers/cm

$C =$ **0.012** fibers/cm$^3$

Notes: _____

Media Type: 25 mm MCE Filter
Limit of Quantition (LOQ) = 7 fibers/mm$^2$
Fiber counts outside the 100-1300 fibers/mm$^2$ range have greater than optimal variability and are probably biased.

Analyst: *h. B. Sell*          Date: 10/24/06

Reviewed By: *Randy Brown*          Date: 10/24/06

# Materials Analytical Services

## Airborne Fiber Analysis-NIOSH 7400 Issue 2, PCM

| MAS Project: | M40922 | MAS Sample #: | 002 |
|---|---|---|---|
| Client Sample ID: | 10/10/91-02 | Analysis Date: | 10/24/06 |

| 9.5 | 1 | 1 | 2 | 3.5 | 2 | |
|---|---|---|---|---|---|---|
| 4 | 2 | 0 | 0 | 2 | 0 | 10 |
| 14 | 2.5 | 3 | 2.5 | 4.5 | 1.5 | |
| 8.5 | 2.5 | 0 | 0.5 | 3 | 2.5 | 20 |
| 16.5 | 3.5 | 3.5 | 3 | 2 | 4.5 | |
| 13 | 4.5 | 2 | 3.5 | 0 | 3 | 30 |
| 8 | 2 | 1.5 | 0.5 | 3 | 1 | |
| 12 | 4.5 | 3.5 | 2.5 | 0.5 | 1 | 40 |
| 10.5 | 0 | 1 | 5 | 2.5 | 2 | |
| 6.5 | 6.5 | | | | | 50 |
| 0 | | | | | | 60 |
| 0 | | | | | | 70 |
| 0 | | | | | | 80 |
| 0 | | | | | | 90 |
| 0 | | | | | | 100 |
| 102.5 | 29 | 15.5 | 19.5 | 21 | 17.5 | 102.5 |

Pump Flow Rate, Liters/Minute (FR)    **Not Given**

Sample Time, Minutes (T)    **Not Given**

Total Sample Volume, Liters (V)    848

Total Fibers Counted, Sample (FCS)    102.5

Total Fields Counted, Samples (FLS)    46

Total Fibers Counted, Blank (FCB)    0

Total Fields Counted, Blank (FLB)    100

Area of Filter, $mm^2$ (AF)    385

Graticule Field Area, $MM^2$ (GFA)    0.00785

Cal of Fiber Density (E) in Fibers/ $mm^2$ (Limit 7)

$E=$ 283.9 fibers/$mm^2$

Cal of Fiber Conc.(C) in Fibers/cm

$C=$ 0.129 fibers/$cm^3$

Notes:

Media Type: 25 mm MCE Filter
Limit of Quantition (LOQ) = 7 fibers/$mm^2$
Fiber counts outside the 100-1300 fibers/$mm^2$ range have greater than optimal variability and are probably biased.

Analyst: *L. A. Sell*    Date: 10/24/06

Reviewed By: *Randy Brown*    Date: 10/24/06

# Materials Analytical Services

## Airborne Fiber Analysis-NIOSH 7400 Issue 2, PCM

MAS Project: **M40922**          MAS Sample #: **003**

Client Sample ID: **10/10/91-23**          Analysis Date: **10/24/06**

| 14.5 | 2.5 | 5 | 3 | 1 | 3 | |
|---|---|---|---|---|---|---|
| 16 | 4 | 4 | 2 | 4 | 2 | 10 |
| 13 | 2 | 1.5 | 2.5 | 3.5 | 3.5 | |
| 21 | 5 | 2 | 6 | 4.5 | 3.5 | 20 |
| 14 | 6.5 | 1.5 | 3 | 2 | 1 | |
| 15 | 3 | 2.5 | 5.5 | 2.5 | 1.5 | 30 |
| 9.5 | 6 | 3.5 | | | | |
| 0 | | | | | | 40 |
| 0 | | | | | | |
| 0 | | | | | | 50 |
| 0 | | | | | | |
| 0 | | | | | | 60 |
| 0 | | | | | | |
| 0 | | | | | | 70 |
| 0 | | | | | | |
| 0 | | | | | | 80 |
| 0 | | | | | | |
| 0 | | | | | | 90 |
| 0 | | | | | | |
| 0 | | | | | | 100 |
| **103.0** | 29 | 20 | 22 | 17.5 | 14.5 | **103.0** |

Pump Flow Rate, Liters/Minute (FR)     **Not Given**

Sample Time, Minutes (T)     **Not Given**

Total Sample Volume, Liters (V)     **1187**

Total Fibers Counted, Sample (FCS)     **103**

Total Fields Counted, Samples (FLS)     **32**

Total Fibers Counted, Blank (FCB)     **0**

Total Fields Counted, Blank(FLB)     **100**

Area of Filter, mm$^2$ (AF)     **385**

Graticule Field Area, MM$^2$ (GFA)     **0.00785**

Cal of Fiber Density (E) in Fibers/ mm$^2$ (Limit 7)

$E=$     **410.0** fibers/mm$^2$

Cal of Fiber Conc.(C) in Fibers/cm

$C=$     **0.133** fibers/cm$^3$

Notes:

Media Type:  25 mm MCE Filter

Limit of Quantition (LOQ) = 7 fibers/mm$^2$

Fiber counts outside the 100-1300 fibers/mm$^2$ range have greater than optimal variability and are probably biased.

Analyst: _w-B Ʃ ll_          Date: _10/24/06_

Reviewed By: _Randy Brown_          Date: _10/24/06_

# Materials Analytical Services

## Airborne Fiber Analysis-NIOSH 7400 Issue 2, PCM

**MAS Project:** M40922          **MAS Sample #:** 004

**Client Sample ID:** 10/10/91-29          **Analysis Date:** 10/24/06

| 13 | 2.5 | 2 | 3 | 2 | 3.5 | |
|---|---|---|---|---|---|---|
| 16 | 1.5 | 0 | 2.5 | 6 | 6 | 10 |
| 13 | 5 | 2 | 1.5 | 2.5 | 2 | |
| 8.5 | 1 | 2 | 3.5 | 0 | 2 | 20 |
| 10 | 3 | 1 | 3.5 | 1.5 | 1 | |
| 10 | 3.5 | 2 | 1.5 | 2 | 1 | 30 |
| 12 | 0.5 | 2.5 | 3 | 2.5 | 3.5 | |
| 11.5 | 1.5 | 3 | 1.5 | 3.5 | 2 | 40 |
| 8.5 | 1 | 2 | 5.5 | | | |
| 0 | | | | | | 50 |
| 0 | | | | | | |
| 0 | | | | | | 60 |
| 0 | | | | | | |
| 0 | | | | | | 70 |
| 0 | | | | | | |
| 0 | | | | | | 80 |
| 0 | | | | | | |
| 0 | | | | | | 90 |
| 0 | | | | | | |
| 0 | | | | | | 100 |
| 102.5 | 19.5 | 16.5 | 25.5 | 20 | 21 | 102.5 |

**Pump Flow Rate, Liters/Minute (FR)** — Not Given

**Sample Time, Minutes (T)** — Not Given

**Total Sample Volume, Liters (V)** — 281

**Total Fibers Counted, Sample (FCS)** — 102.5

**Total Fields Counted, Samples (FLS)** — 43

**Total Fibers Counted, Blank (FCB)** — 0

**Total Fields Counted, Blank(FLB)** — 100

**Area of Filter, mm$^2$ (AF)** — 385

**Graticule Field Area, MM$^2$ (GFA)** — 0.00785

**Cal of Fiber Density (E) in Fibers/ mm$^2$ (Limit 7)**

$$E = 303.7 \text{ fibers/mm}^2$$

**Cal of Fiber Conc.(C) in Fibers/cm**

$$C = 0.416 \text{ fibers/cm}^3$$

Notes:

Media Type: 25 mm MCE Filter
Limit of Quantition (LOQ) = 7 fibers/mm$^2$
Fiber counts outside the 100-1300 fibers/mm$^2$ range have greater than optimal variability and are probably biased.

Analyst: _W. B. J. Ll_          Date: 10/24/06

Reviewed By: _Randy Brown_          Date: 10/24/06

# Materials Analytical Services

## Airborne Fiber Analysis-NIOSH 7400 Issue 2, PCM

| MAS Project: | M40922 | MAS Sample #: | 005 |
|---|---|---|---|
| Client Sample ID: | 10/10/91-08 | Analysis Date: | 10/24/06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 0 | 0 | 0 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| 1 | 0 | 1 | 0 | 0 | 0 | |
| 1 | 0 | 0 | 1 | 0 | 0 | 20 |
| 0 | 0 | 0 | 0 | 0 | 0 | |
| 2 | 0 | 0 | 1 | 0 | 1 | 30 |
| 4 | 2 | 1 | 0 | 0 | 1 | |
| 3 | 1.5 | 0.5 | 0 | 0 | 1 | 40 |
| 1 | 1 | 0 | 0 | 0 | 0 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| 2 | 1.5 | 0 | 0 | 0.5 | 0 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 60 |
| 0 | 0 | 0 | 0 | 0 | 0 | |
| 2.5 | 0 | 0 | 1 | 0 | 1.5 | 70 |
| 0 | 0 | 0 | 0 | 0 | 0 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 80 |
| 0 | 0 | 0 | 0 | 0 | 0 | |
| 0.5 | 0.5 | 0 | 0 | 0 | 0 | 90 |
| 1 | 0 | 0 | 1 | 0 | 0 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 100 |
| **19.0** | 7.5 | 2.5 | 4 | 0.5 | 4.5 | **19.0** |

| Parameter | Value |
|---|---|
| Pump Flow Rate, Liters/Minute (FR) | Not Given |
| Sample Time, Minutes (T) | Not Given |
| Total Sample Volume, Liters (V) | 3477 |
| Total Fibers Counted, Sample (FCS) | 19 |
| Total Fields Counted, Samples (FLS) | 100 |
| Total Fibers Counted, Blank (FCB) | 0 |
| Total Fields Counted, Blank (FLB) | 100 |
| Area of Filter, mm² (AF) | 385 |
| Graticule Field Area, MM² (GFA) | 0.00785 |

Cal of Fiber Density (E) in Fibers/ mm² (Limit 7)

$$E = 24.2 \text{ fibers/mm}^2$$

Cal of Fiber Conc.(C) in Fibers/cm

$$C = 0.0027 \text{ fibers/cm}^3$$

Notes: _____

Media Type: 25 mm MCE Filter
Limit of Quantition (LOQ) = 7 fibers/mm²
Fiber counts outside the 100-1300 fibers/mm² range have greater than optimal variability and are probably biased.

| | | |
|---|---|---|
| Analyst: _L. B._ | Date: | 10/24/06 |
| Reviewed By: _Randy Brown_ | Date: | 10/24/06 |

# MAS TEM  ANALYSIS

## M40922  - 004

| Client Name: Dies & Hile, LLP | | Client Sample ID: 10/10/91-29 | |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Sample Area/ Volume: | **281** | Liters | Date Analyzed: | 10/20/2006 | |
| Filter Type: | MCE 25mm | | Analyst: | MAM | |
| Pore size: | | | Scope Number: | 4 | |
| Effective Filter Area: | 385 | | Accelerating Voltage: | 100 | KV |
| Sample type: | Air | | Indicated Mag: | 25 | KX |
| Analysis type: | ahera tyle | | Screen Mag: | 20 | KX |
| Grid Acceptance | YES | 0 % | Grid_box: | 7187 | |
| Grid Status | Analyzed | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Str 0.5 < 5: | **152** | | Number of grids: 2 | #1: 101 | #3: 103 |
| Str ≥ 5: | **8** | | Number of openings: 2 | #2: 102 | #4: 103 |
| Total str: | **160** | | | | |
| Str_cc>5: | 0.5242 | /cc | Average Grid Size: 0.010456 | Total Area Analyzed: | 0.021 |
| Str_mm>5: | 382.6 | /mm2 | | | |
| Chrysotile: | 10.4833 | /cc | **Detect mm:** 47.8 | **Detect_cc:** | 0.0655 |
| Amphibole: | 0.0000 | /cc | **Total mm2:** 7651.5 | **Total cc:** | 10.4833 |

| Str#: | SquareID: | Type: | Structure: | Length | <5 | Width | >=5 | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C4-A5 | C | M-F | 4.5 | X | 0.03 | | Chrysotile | Chrysotile | ✔ | | |
| 2 | | C | F | 1.4 | X | 0.02 | | Chrysotile | Chrysotile | ✔ | | |
| 3 | | C | F | 0.9 | X | 0.02 | | Chrysotile | Chrysotile | ✔ | | |
| 4 | | C | M-F | 2 | X | 0.04 | | Chrysotile | Chrysotile | ✔ | | |
| 5 | | C | F | 1 | X | 0.05 | | Chrysotile | Chrysotile | ✔ | | |
| 6 | | C | F | 1.5 | X | 0.03 | | Chrysotile | Chrysotile | ✔ | | |
| 7 | | C | F | 1.7 | X | 0.03 | | Chrysotile | Chrysotile | ✔ | | |
| 8 | | C | F | 1.5 | X | 0.02 | | Chrysotile | Chrysotile | ✔ | | |
| 9 | | C | F | 1.8 | X | 0.02 | | Chrysotile | Chrysotile | ✔ | | |
| 10 | | C | B | 1 | X | 0.2 | | Chrysotile | Chrysotile | ✔ | | |
| 11 | | C | M-F | 2 | X | 0.02 | | Chrysotile | | | | |
| 12 | | C | F | 5.5 | | 0.03 | X | Chrysotile | | | | |
| 13 | | C | C-F | 5.4 | | 0.03 | X | Chrysotile | M25834 | | | |
| 14 | | C | F | 2 | X | 0.05 | | Chrysotile | | | | |
| 15 | | C | F | 2.5 | X | 0.05 | | Chrysotile | | | | |
| 16 | | C | B | 0.9 | X | 0.2 | | Chrysotile | | | | |
| 17 | | C | F | 0.8 | X | 0.05 | | Chrysotile | | | | |
| 18 | | C | M-F | 1.8 | X | 0.03 | | Chrysotile | | | | |
| 19 | | C | F | 0.8 | X | 0.03 | | Chrysotile | | | | |
| 20 | | C | M-F | 1.7 | X | 0.03 | | Chrysotile | Chrysotile | ✔ | | |
| 21 | | C | B | 2 | X | 0.2 | | Chrysotile | | | | |
| 22 | | C | B | 1 | X | 0.2 | | Chrysotile | | | | |
| 23 | | C | F | 4 | X | 0.03 | | Chrysotile | | | | |
| 24 | | C | B | 1.8 | X | 0.2 | | Chrysotile | | | | |

# MAS TEM  ANALYSIS
## M40922  - 004

| Client Name: Dies & Hile, LLP | | | | | | Client Sample ID:  10/10/91-29 | | |
|---|---|---|---|---|---|---|---|---|
| 25 | C | F | 1.2 | X | 0.05 | Chrysotile | | |
| 26 | C | F | 0.9 | X | 0.05 | Chrysotile | | |
| 27 | C | F | 2 | X | 0.04 | Chrysotile | | |
| 28 | C | F | 0.8 | X | 0.03 | Chrysotile | | |
| 29 | C | F | 1.3 | X | 0.05 | Chrysotile | | |
| 30 | C | F | 0.7 | X | 0.05 | Chrysotile | Chrysotile | ✔ |
| 31 | C | F | 2 | X | 0.03 | Chrysotile | | |
| 32 | C | F | 2 | X | 0.02 | Chrysotile | | |
| 33 | C | F | 1.8 | X | 0.03 | Chrysotile | | |
| 34 | C | F | 2.2 | X | 0.05 | Chrysotile | | |
| 35 | C | B | 1.4 | X | 0.1 | Chrysotile | | |
| 36 | C | B | 1.2 | X | 0.4 | Chrysotile | | |
| 37 | C | F | 1 | X | 0.05 | Chrysotile | | |
| C | C | B | 1.7 | X | 0.3 | Chrysotile | | |
| 39 | C | B | 3 | X | 0.4 | Chrysotile | | |
| 40 | C | F | 0.9 | X | 0.03 | Chrysotile | Chrysotile | ✔ |
| 41 | C | F | 0.8 | X | 0.03 | Chrysotile | | |
| 42 | C | B | 14 | | 3.5 | X | Chrysotile | | |
| 43 | C | F | 1.2 | X | 0.03 | Chrysotile | | |
| 44 | C | B | 3 | X | 0.2 | Chrysotile | | |
| 45 | C | F | 0.7 | X | 0.03 | Chrysotile | | |
| 46 | C | F | 2 | X | 0.05 | Chrysotile | | |
| 47 | C | B | 2 | X | 0.2 | Chrysotile | | |
| 48 | C | F | 1 | X | 0.03 | Chrysotile | | |
| 49 | C | F | 2 | X | 0.03 | Chrysotile | | |
| 50 | C | B | 2 | X | 0.2 | Chrysotile | Chrysotile | ✔ |
| 51 | C | B | 4 | X | 0.2 | Chrysotile | | |
| 52 | C | M-B | 2.4 | X | 0.2 | Chrysotile | | |
| 53 | C | M-F | 1 | X | 0.05 | Chrysotile | | |
| 54 | C | B | 1.7 | X | 0.2 | Chrysotile | | |
| 55 | C | F | 3.7 | X | 0.05 | Chrysotile | | |
| 56 | C | B | 2.5 | X | 0.2 | Chrysotile | | |
| 57 | C | F | 2 | X | 0.04 | Chrysotile | | |
| 58 | C | B | 2.4 | X | 0.2 | Chrysotile | | |
| 59 | C | B | 3 | X | 0.2 | Chrysotile | | |
| 60 | C | F | 1.7 | X | 0.02 | Chrysotile | Chrysotile | ✔ |
| 61 | C | B | 2 | X | 0.2 | Chrysotile | | |
| 62 | C | F | 1.7 | X | 0.03 | Chrysotile | | |
| 63 | C | B | 2 | X | 0.2 | Chrysotile | | |
| 64 | C | M-B | 2 | X | 0.2 | Chrysotile | | |
| 65 | C | F | 3.7 | X | 0.03 | Chrysotile | | |

# MAS TEM  ANALYSIS
## M40922  - 004

| Client Name: Dies & Hile, LLP | | | | | | Client Sample ID: 10/10/91-29 | | |
|---|---|---|---|---|---|---|---|---|
| 66 | C | F | 2 | X | 0.03 | Chrysotile | | |
| 67 | C | F | 0.9 | X | 0.03 | Chrysotile | | |
| 68 | C | C-F | 14 | | 0.2 | X | Chrysotile | |
| 69 | C | F | 3.5 | X | 0.05 | Chrysotile | M25835 | |
| 70 | C | F | 1.4 | X | 0.05 | Chrysotile | Chrysotile | ✔ |
| 71 | C | F | 2.3 | X | 0.05 | Chrysotile | | |
| 72 | C | F | 2 | X | 0.05 | Chrysotile | | |
| .I | C | F | 1.8 | X | 0.03 | Chrysotile | | |
| 74 | C | F | 1 | X | 0.03 | Chrysotile | | |
| 75 | C | C-F | 6 | | 0.05 | X | Chrysotile | |
| 76 | C | F | 2 | X | 0.03 | Chrysotile | | |
| 77 | C | F | 0.6 | X | 0.03 | Chrysotile | | |
| 78 | C | B | 2.3 | X | 0.2 | Chrysotile | | |
| 79 | C | B | 2 | X | 0.2 | Chrysotile | | |
| 80 | C | F | 3 | X | 0.03 | Chrysotile | Chrysotile | ✔ |
| 81 | C | F | 1.4 | X | 0.03 | Chrysotile | | |
| 82 | C | B | 2.6 | X | 0.2 | Chrysotile | | |
| 83 | D4-G7 | C | B | 3 | X | 0.2 | Chrysotile | |
| 84 | C | F | 2 | X | 0.03 | Chrysotile | | |
| 85 | C | F | 1.3 | X | 0.03 | Chrysotile | | |
| 86 | C | F | 1.8 | X | 0.02 | Chrysotile | | |
| 87 | C | F | 1.3 | X | 0.02 | Chrysotile | | |
| 88 | C | F | 1.4 | X | 0.02 | Chrysotile | | |
| 89 | C | B | 8 | | 0.8 | X | Chrysotile | M25832 |
| 90 | C | M-F | 0.6 | X | 0.05 | Chrysotile | Chrysotile | ✔ |
| 91 | C | F | 1.4 | X | 0.05 | Chrysotile | | |
| 92 | C | F | 1.1 | X | 0.03 | Chrysotile | | |
| 93 | C | F | 1.9 | X | 0.05 | Chrysotile | | |
| 94 | C | F | 1.5 | X | 0.05 | Chrysotile | | |
| 95 | C | M-F | 1.8 | X | 0.03 | Chrysotile | | |
| 96 | C | B | 2.3 | X | 0.2 | Chrysotile | | |
| 97 | C | F | 2.4 | X | 0.02 | Chrysotile | | |
| 98 | C | F | 1.5 | X | 0.02 | Chrysotile | | |
| 99 | C | F | 1.7 | X | 0.03 | Chrysotile | | |
| 100 | C | F | 1.7 | X | 0.05 | Chrysotile | Chrysotile | ✔ |
| 101 | C | F | 2 | X | 0.05 | Chrysotile | | |
| 102 | C | B | 2.4 | X | 0.2 | Chrysotile | | |
| 103 | C | M-F | 1.3 | X | 0.03 | Chrysotile | | |
| 104 | C | M-F | 1.1 | X | 0.03 | Chrysotile | | |
| 105 | C | C-F | 1.6 | X | 0.03 | Chrysotile | | |
| 106 | C | M-F | 2.4 | X | 0.03 | Chrysotile | | |

# MAS TEM  ANALYSIS

## M40922  - 004

| | Client Name: Dies & Hile, LLP | | | | | Client Sample ID:  10/10/91-29 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 107 | C | F | 1 | X | 0.05 | Chrysotile | | | |
| 108 | C | B | 1.5 | X | 0.2 | Chrysotile | | | |
| 109 | C | F | 0.9 | X | 0.03 | Chrysotile | | | |
| 110 | C | F | 1.3 | X | 0.03 | Chrysotile | Chrysotile | ✔ | |
| 111 | C | F | 1.6 | X | 0.05 | Chrysotile | | | |
| 112 | C | F | 2.5 | X | 0.05 | Chrysotile | | | |
| 113 | C | B | 2.2 | X | 0.2 | Chrysotile | | | |
| 114 | C | M-F | 2.4 | X | 0.03 | Chrysotile | | | |
| 115 | C | M-F | 1.3 | X | 0.03 | Chrysotile | | | |
| 116 | C | B | 6 | | 0.3 | X | Chrysotile | | |
| 117 | C | F | 1 | X | 0.03 | Chrysotile | | | |
| 118 | C | F | 1.5 | X | 0.05 | Chrysotile | | | |
| 119 | C | F | 1 | X | 0.05 | Chrysotile | | | |
| 120 | C | M-F | 2 | X | 0.2 | Chrysotile | Chrysotile | ✔ | |
| 121 | C | F | 1 | X | 0.05 | Chrysotile | | | |
| 122 | C | F | 1.2 | X | 0.03 | Chrysotile | | | |
| 123 | C | F | 0.9 | X | 0.05 | Chrysotile | | | |
| 124 | C | F | 1 | X | 0.05 | Chrysotile | | | |
| 125 | C | F | 1 | X | 0.05 | Chrysotile | | | |
| 126 | C | F | 1.6 | X | 0.05 | Chrysotile | | | |
| 127 | C | M-F | 2 | X | 0.1 | Chrysotile | | | |
| 128 | C | F | 3.2 | X | 0.05 | Chrysotile | | | |
| 129 | C | F | 1 | X | 0.02 | Chrysotile | | | |
| 130 | C | B | 2.6 | X | 0.2 | Chrysotile | Chrysotile | ✔ | |
| 131 | C | C-B | 4 | X | 0.2 | Chrysotile | | | |
| 132 | C | B | 4.3 | X | 0.3 | Chrysotile | | | |
| 133 | C | F | 2 | X | 0.03 | Chrysotile | | | |
| 134 | C | F | 3.6 | X | 0.03 | Chrysotile | | | |
| 135 | C | F | 1.8 | X | 0.03 | Chrysotile | | | |
| 136 | C | M-B | 3 | X | 0.2 | Chrysotile | | | |
| 137 | C | F | 0.9 | X | 0.03 | Chrysotile | | | |
| 138 | C | F | 1 | X | 0.05 | Chrysotile | | | |
| 139 | C | F | 1 | X | 0.03 | Chrysotile | | | |
| 140 | C | F | 1.9 | X | 0.03 | Chrysotile | Chrysotile | ✔ | |
| 141 | C | F | 4 | X | 0.03 | Chrysotile | | | |
| 42 | C | F | 2 | X | 0.03 | Chrysotile | M25833 | | |
| 143 | C | F | 4 | X | 0.05 | Chrysotile | | | |
| 144 | C | B | 2.3 | X | 0.3 | Chrysotile | | | |
| 145 | C | F | 2 | X | 0.03 | Chrysotile | | | |
| 146 | C | M-F | 1.2 | X | 0.05 | Chrysotile | | | |
| 147 | C | M-F | 0.6 | X | 0.03 | Chrysotile | | | |

# MAS TEM  ANALYSIS
## M40922  - 004

| Client Name: Dies & Hile, LLP | | | | | | Client Sample ID:  10/10/91-29 | | |
|---|---|---|---|---|---|---|---|---|
| 148 | C | M-F | 1.3 | X | 0.05 | Chrysotile | | ☐ |
| 149 | C | F | 1.3 | X | 0.05 | Chrysotile | | ☐ |
| 150 | C | F | 1.5 | X | 0.03 | Chrysotile | Chrysotile | ☑ |
| 151 | C | F | 3 | X | 0.02 | Chrysotile | | ☐ |
| 152 | C | F | 1.6 | X | 0.03 | Chrysotile | | ☐ |
| 153 | C | F | 1.7 | X | 0.03 | Chrysotile | | ☐ |
| 154 | C | F | 1.5 | X | 0.05 | Chrysotile | | ☐ |
| 155 | C | F | 2.5 | X | 0.05 | Chrysotile | | ☐ |
| 156 | C | B | 2 | X | 0.4 | Chrysotile | | ☐ |
| 157 | C | F | 3 | X | 0.05 | Chrysotile | | ☐ |
| 158 | C | F | 1 | X | 0.05 | Chrysotile | | ☐ |
| 159 | C | C-F | 2.7 | X | 0.05 | Chrysotile | | ☐ |
| 160 | C | B | 6 | | 0.4 | X | Chrysotile | Chrysotile | ☑ |
| | | | | | | | | ☐ |

M40922  004    Sample Comments:
station 6 inside room during cleaning activities



















































## TEM Fiber Size Determinations

| Project No. | M7322 | | Analyst: MDMOUNT | | Grid Box # | 3900 |
|---|---|---|---|---|---|---|
| Sample No. | 001 | | | | | |
| Sample Description | 10 ML PREP | Date | 10/21/2006 | | | |
| COMMENTS: | | | | | | |

| Str. # | Grid Opening | Str./Asb. Type | Length Microns | Width Microns | Volume um3 | Weight Picograms | Ratio L/W |
|---|---|---|---|---|---|---|---|
| 1 | C9-1 | F - Chrys | 6 | 0.05 | 0.011781 | 0.029806 | 120.0 |
| 2 | | F - Chrys | 1.5 | 0.05 | 0.002945 | 0.007451 | 30.0 |
| 3 | | F - Chrys | 1.5 | 0.03 | 0.001060 | 0.002683 | 50.0 |
| 4 | | B - Chrys | 3.4 | 0.1 | 0.026704 | 0.067560 | 34.0 |
| 5 | | B - Chrys | 1.3 | 0.1 | 0.010210 | 0.025832 | 13.0 |
| 6 | | F - Chrys | 8 | 0.03 | 0.005655 | 0.014307 | 266.7 |
| 7 | | F - Chrys | 6 | 0.03 | 0.004241 | 0.010730 | 200.0 |
| 8 | | B - Chrys | 2 | 0.15 | 0.035343 | 0.089418 | 13.3 |
| 9 | | F - Chrys | 1.2 | 0.03 | 0.000848 | 0.002146 | 40.0 |
| 10 | | F - Chrys | 1.8 | 0.03 | 0.001272 | 0.003219 | 60.0 |
| 11 | | F - Chrys | 1 | 0.03 | 0.000707 | 0.001788 | 33.3 |
| 12 | | C - Chrys | 0.8 | 0.05 | 0.001571 | 0.003974 | 16.0 |
| 13 | | M - Chrys | 7.5 | 0.1 | 0.058905 | 0.149029 | 75.0 |
| 14 | | F - Chrys | 5 | 0.03 | 0.003534 | 0.008942 | 166.7 |
| 15 | | F - Chrys | 0.8 | 0.03 | 0.000565 | 0.001431 | 26.7 |
| 16 | | B - Chrys | 1.8 | 0.03 | 0.001272 | 0.003219 | 60.0 |
| 17 | | B - Chrys | 4 | 0.4 | 0.502655 | 1.271717 | 10.0 |
| 18 | | F - Chrys | 3 | 0.05 | 0.005890 | 0.014903 | 60.0 |
| 19 | | F - Chrys | 1.7 | 0.03 | 0.001202 | 0.003040 | 56.7 |
| 20 | | F - Chrys | 0.6 | 0.03 | 0.000424 | 0.001073 | 20.0 |
| 21 | | F - Chrys | 1.2 | 0.03 | 0.000848 | 0.002146 | 40.0 |
| 22 | | F - Chrys | 1.5 | 0.03 | 0.001060 | 0.002683 | 50.0 |
| 23 | | F - Chrys | 3.4 | 0.03 | 0.002403 | 0.006080 | 113.3 |
| 24 | | B - Chrys | 1.5 | 0.2 | 0.047124 | 0.119223 | 7.5 |
| 25 | | M - Chrys | 3.6 | 0.03 | 0.002545 | 0.006438 | 120.0 |
| 26 | | F - Chrys | 11 | 0.08 | 0.055292 | 0.139889 | 137.5 |
| 27 | | F - Chrys | 10.2 | 0.05 | 0.020028 | 0.050670 | 204.0 |
| 28 | | F - Chrys | 2 | 0.03 | 0.001414 | 0.003577 | 66.7 |
| 29 | | M - Chrys | 1.2 | 0.03 | 0.000848 | 0.002146 | 40.0 |
| 30 | | B - Chrys | 6.2 | 0.1 | 0.048695 | 0.123198 | 62.0 |
| 31 | | B - Chrys | 1 | 0.08 | 0.005027 | 0.012717 | 12.5 |
| 32 | | F - Chrys | 1.6 | 0.05 | 0.003142 | 0.007948 | 32.0 |
| 33 | | F - Chrys | 1.2 | 0.03 | 0.000848 | 0.002146 | 40.0 |
| 34 | | F - Chrys | 8.2 | 0.08 | 0.041218 | 0.104281 | 102.5 |
| 35 | | F - Chrys | 4.4 | 0.01 | 0.000346 | 0.000874 | 440.0 |
| 36 | | B - Chrys | 1.5 | 0.2 | 0.047124 | 0.119223 | 7.5 |
| 37 | | B - Chrys | 2 | 0.05 | 0.003927 | 0.009935 | 40.0 |
| 38 | | M - Chrys | 1.1 | 0.01 | 0.000086 | 0.000219 | 110.0 |
| 39 | | M - Chrys | 6 | 0.02 | 0.001885 | 0.004769 | 300.0 |
| 40 | 2 | B - Chrys | 6 | 0.1 | 0.047124 | 0.119223 | 60.0 |
| 41 | | B - Chrys | 1.8 | 0.03 | 0.001272 | 0.003219 | 60.0 |
| 42 | | B - Chrys | 3.2 | 0.2 | 0.100531 | 0.254343 | 16.0 |
| 43 | | F - Chrys | 15.8 | 0.08 | 0.079419 | 0.200931 | 197.5 |
| 44 | | C - Chrys | 2.6 | 0.03 | 0.001838 | 0.004650 | 86.7 |
| 45 | | F - Chrys | 0.7 | 0.03 | 0.000495 | 0.001252 | 23.3 |
| 46 | | F - Chrys | 1.2 | 0.03 | 0.000848 | 0.002146 | 40.0 |
| 47 | | C - Chrys | 3.9 | 0.03 | 0.002757 | 0.006975 | 130.0 |
| 48 | | F - Chrys | 2.6 | 0.03 | 0.001838 | 0.004650 | 86.7 |

## TEM Fiber Size Determinations

| Project No. | M7322 | | Analyst: MDMOUNT | | Grid Box # | 3900 |
|---|---|---|---|---|---|---|
| Sample No. | 001 | | | | | |
| Sample Description | 10 ML PREP | Date | 10/21/2006 | | | |
| COMMENTS: | | | | | | |

| No. | | Type | Length | Width | | | |
|---|---|---|---|---|---|---|---|
| 49 | | F - Chrys | 3.8 | 0.02 | 0.001194 | 0.003020 | 190.0 |
| 50 | | B - Chrys | 1 | 0.03 | 0.000707 | 0.001788 | 33.3 |
| 51 | | B - Chrys | 1 | 0.02 | 0.000314 | 0.000795 | 50.0 |
| 52 | | F - Chrys | 1 | 0.02 | 0.000314 | 0.000795 | 50.0 |
| 53 | | B - Chrys | 3.6 | 0.02 | 0.001131 | 0.002861 | 180.0 |
| 54 | | B - Chrys | 1.9 | 0.08 | 0.009550 | 0.024163 | 23.8 |
| 55 | | F - Chrys | 0.7 | 0.02 | 0.000220 | 0.000556 | 35.0 |
| 56 | | F - Chrys | 1.5 | 0.02 | 0.000471 | 0.001192 | 75.0 |
| 57 | | F - Chrys | 0.8 | 0.02 | 0.000251 | 0.000636 | 40.0 |
| 58 | | F - Chrys | 0.8 | 0.02 | 0.000251 | 0.000636 | 40.0 |
| 59 | | F - Chrys | 0.6 | 0.01 | 0.000047 | 0.000119 | 60.0 |
| 60 | | B - Chrys | 2.6 | 0.25 | 0.127627 | 0.322897 | 10.4 |
| 61 | | F - Chrys | 16 | 0.03 | 0.011310 | 0.028614 | 533.3 |
| 62 | | F - Chrys | 1 | 0.02 | 0.000314 | 0.000795 | 50.0 |
| 63 | | C - Chrys | 5.5 | 0.1 | 0.043197 | 0.109288 | 55.0 |
| 64 | | F - Chrys | 11 | 0.03 | 0.007775 | 0.019672 | 366.7 |
| 65 | | B - Chrys | 3.2 | 0.1 | 0.025133 | 0.063586 | 32.0 |
| 66 | 3 | F - Chrys | 4.4 | 0.02 | 0.001382 | 0.003497 | 220.0 |
| 67 | | M - Chrys | 5 | 0.05 | 0.009817 | 0.024838 | 100.0 |
| 68 | | F - Chrys | 1.6 | 0.03 | 0.001131 | 0.002861 | 53.3 |
| 69 | | F - Chrys | 0.7 | 0.03 | 0.000495 | 0.001252 | 23.3 |
| 70 | | F - Chrys | 1.5 | 0.02 | 0.000471 | 0.001192 | 75.0 |
| 71 | | C - Chrys | 1.2 | 0.03 | 0.000848 | 0.002146 | 40.0 |
| 72 | | B - Chrys | 4 | 0.1 | 0.031416 | 0.079482 | 40.0 |
| 73 | | F - Chrys | 2 | 0.05 | 0.003927 | 0.009935 | 40.0 |
| 74 | | F - Chrys | 1.4 | 0.03 | 0.000990 | 0.002504 | 46.7 |
| 75 | | F - Chrys | 1 | 0.02 | 0.000314 | 0.000795 | 50.0 |
| 76 | | F - Chrys | 16 | 0.03 | 0.011310 | 0.028614 | 533.3 |
| 77 | | B - Chrys | 3 | 0.15 | 0.053014 | 0.134126 | 20.0 |
| 78 | | F - Chrys | 1 | 0.03 | 0.000707 | 0.001788 | 33.3 |
| 79 | | F - Chrys | 1.6 | 0.03 | 0.001131 | 0.002861 | 53.3 |
| 80 | | F - Chrys | 1.2 | 0.03 | 0.000848 | 0.002146 | 40.0 |
| 81 | | F - Chrys | 10 | 0.05 | 0.030000 | 0.075900 | 200.0 |
| 82 | | F - Chrys | 5.5 | 0.03 | 0.003888 | 0.009836 | 183.3 |
| 83 | | F - Chrys | 3.5 | 0.03 | 0.002474 | 0.006259 | 116.7 |
| 84 | | F - Chrys | 1.2 | 0.03 | 0.000848 | 0.002146 | 40.0 |
| 85 | | B - Chrys | 2.4 | 0.03 | 0.001696 | 0.004292 | 80.0 |
| 86 | | B - Chrys | 1.6 | 0.1 | 0.012566 | 0.031793 | 16.0 |
| 87 | | F - Chrys | 1.6 | 0.02 | 0.000503 | 0.001272 | 80.0 |
| 88 | | F - Chrys | 2.4 | 0.05 | 0.004712 | 0.011922 | 48.0 |
| 89 | | B - Chrys | 2.6 | 0.1 | 0.020420 | 0.051663 | 26.0 |
| 90 | | F - Chrys | 1 | 0.03 | 0.000707 | 0.001788 | 33.3 |
| 91 | | F - Chrys | 1 | 0.03 | 0.000707 | 0.001788 | 33.3 |
| 92 | | F - Chrys | 1.5 | 0.03 | 0.001060 | 0.002683 | 50.0 |
| 93 | | F - Chrys | 1.7 | 0.03 | 0.001202 | 0.003040 | 56.7 |
| 94 | | F - Chrys | 2.2 | 0.08 | 0.011058 | 0.027978 | 27.5 |
| 95 | | F - Chrys | 6.5 | 0.03 | 0.004595 | 0.011624 | 216.7 |
| 96 | | F - Chrys | 3.8 | 0.02 | 0.001194 | 0.003020 | 190.0 |
| 97 | | F - Chrys | 3 | 0.03 | 0.002121 | 0.005365 | 100.0 |
| 98 | | F - Chrys | 2.6 | 0.03 | 0.001838 | 0.004650 | 86.7 |
| 99 | | M - Chrys | 0.8 | 0.02 | 0.000251 | 0.000636 | 40.0 |

## TEM Fiber Size Determinations

| Project No. | M7322 | | Analyst: MDMOUNT | | Grid Box # | 3900 |
|---|---|---|---|---|---|---|
| Sample No. | 001 | | | | | |
| Sample Description | 10 ML PREP | Date | 10/21/2006 | | | |
| COMMENTS: | | | | | | |

| 100 | | F - Chrys | 1.8 | 0.02 | 0.000565 | 0.001431 | 90.0 |
|---|---|---|---|---|---|---|---|

Total Wt. =   4.166357 pg

Average Ratio =   88.8

## TEM Fiber Size Determinations

| Project No. | M7322 | | Analyst: MDMOUNT | | Grid Box # | 3900 |
|---|---|---|---|---|---|---|
| Sample No. | 007 | | | | | |
| Sample Description | 1 ml prep | Date | 10/22/2006 | | | |
| COMMENTS: | | | | | | |

| Str. # | Grid Opening | Str./Asb. Type | Length Microns | Width Microns | Volume um3 | Weight Picograms | Ratio L/W |
|---|---|---|---|---|---|---|---|
| 1 | C4-1 | F - Chrys | 2.6 | 0.03 | 0.001838 | 0.004650 | 86.7 |
| 2 | | F - Chrys | 1 | 0.02 | 0.000314 | 0.000795 | 50.0 |
| 3 | | F - Chrys | 2.6 | 0.05 | 0.005105 | 0.012916 | 52.0 |
| 4 | | F - Chrys | 2.2 | 0.02 | 0.000691 | 0.001749 | 110.0 |
| 5 | | F - Chrys | 3.8 | 0.05 | 0.007461 | 0.018877 | 76.0 |
| 6 | | F - Chrys | 2.8 | 0.05 | 0.005498 | 0.013909 | 56.0 |
| 7 | | F - Chrys | 11 | 0.02 | 0.003456 | 0.008743 | 550.0 |
| 8 | | F - Chrys | 4.2 | 0.03 | 0.002969 | 0.007511 | 140.0 |
| 9 | | F - Chrys | 1.5 | 0.02 | 0.000471 | 0.001192 | 75.0 |
| 10 | | B - Chrys | 1.4 | 0.15 | 0.024740 | 0.062592 | 9.3 |
| 11 | | F - Chrys | 2.5 | 0.02 | 0.000785 | 0.001987 | 125.0 |
| 12 | | B - Chrys | 1 | 0.02 | 0.000314 | 0.000795 | 50.0 |
| 13 | | C - Chrys | 1.2 | 0.1 | 0.009425 | 0.023845 | 12.0 |
| 14 | | F - Chrys | 6.5 | 0.05 | 0.012763 | 0.032290 | 130.0 |
| 15 | | B - Chrys | 8 | 0.15 | 0.141372 | 0.357670 | 53.3 |
| 16 | | B - Chrys | 2.5 | 0.2 | 0.078540 | 0.198706 | 12.5 |
| 17 | | B - Chrys | 2.2 | 0.1 | 0.017279 | 0.043715 | 22.0 |
| 18 | | F - Chrys | 1.8 | 0.01 | 0.000141 | 0.000358 | 180.0 |
| 19 | | F - Chrys | 10 | 0.02 | 0.003142 | 0.007948 | 500.0 |
| 20 | | F - Chrys | 1 | 0.01 | 0.000079 | 0.000199 | 100.0 |
| 21 | | B - Chrys | 1.2 | 0.1 | 0.009425 | 0.023845 | 12.0 |
| 22 | | B - Chrys | 2.6 | 0.1 | 0.020420 | 0.051663 | 26.0 |
| 23 | | F - Chrys | 3.4 | 0.02 | 0.001068 | 0.002702 | 170.0 |
| 24 | | B - Chrys | 1.6 | 0.2 | 0.050265 | 0.127172 | 8.0 |
| 25 | | C - Chrys | 7 | 0.1 | 0.054978 | 0.139094 | 70.0 |
| 26 | | B - Chrys | 5.2 | 0.02 | 0.001634 | 0.004133 | 260.0 |
| 27 | | C - Chrys | 1.2 | 0.1 | 0.009425 | 0.023845 | 12.0 |
| 28 | | B - Chrys | 4 | 0.05 | 0.007854 | 0.019871 | 80.0 |
| 29 | | B - Chrys | 2.6 | 0.02 | 0.000817 | 0.002067 | 130.0 |
| 30 | | F - Chrys | 20 | 0.08 | 0.100531 | 0.254343 | 250.0 |
| 31 | | B - Chrys | 1.4 | 0.2 | 0.043982 | 0.111275 | 7.0 |
| 32 | | B - Chrys | 7 | 0.1 | 0.054978 | 0.139094 | 70.0 |
| 33 | | B - Chrys | 1.7 | 0.1 | 0.013352 | 0.033780 | 17.0 |
| 34 | | F - Chrys | 3 | 0.05 | 0.005890 | 0.014903 | 60.0 |
| 35 | | B - Chrys | 3 | 0.03 | 0.002121 | 0.005365 | 100.0 |
| 36 | | B - Chrys | 1 | 0.08 | 0.005027 | 0.012717 | 12.5 |
| 37 | | B - Chrys | 1.5 | 0.15 | 0.026507 | 0.067063 | 10.0 |
| 38 | | F - Chrys | 3 | 0.05 | 0.005890 | 0.014903 | 60.0 |
| 39 | | F - Chrys | 25 | 0.05 | 0.049087 | 0.124191 | 500.0 |
| 40 | | F - Chrys | 10 | 0.05 | 0.019635 | 0.049676 | 200.0 |
| 41 | | B - Chrys | 1.5 | 0.1 | 0.011781 | 0.029806 | 15.0 |
| 42 | | B - Chrys | 2 | 0.1 | 0.015708 | 0.039741 | 20.0 |
| 43 | | F - Chrys | 22 | 0.1 | 0.172788 | 0.437153 | 220.0 |
| 44 | | B - Chrys | 4 | 0.25 | 0.196350 | 0.496764 | 16.0 |
| 45 | | F - Chrys | 2 | 0.08 | 0.010053 | 0.025434 | 25.0 |
| 46 | | F - Chrys | 2.2 | 0.02 | 0.000691 | 0.001749 | 110.0 |
| 47 | | F - Chrys | 2 | 0.05 | 0.003927 | 0.009935 | 40.0 |
| 48 | | B - Chrys | 2.2 | 0.1 | 0.017279 | 0.043715 | 22.0 |

## TEM Fiber Size Determinations

| Project No. | M7322 | | Analyst: MDMOUNT | | Grid Box # | 3900 |
|---|---|---|---|---|---|---|
| Sample No. | 007 | | | | | |
| Sample Description | 1 ml prep | Date | 10/22/2006 | | | |
| COMMENTS: | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 49 | B - Chrys | 2 | 0.4 | 0.251327 | 0.635858 | 5.0 |
| 50 | B - Chrys | 2 | 0.1 | 0.015708 | 0.039741 | 20.0 |
| 51 | F - Chrys | 1 | 0.05 | 0.001963 | 0.004968 | 20.0 |
| 52 | B - Chrys | 1.4 | 0.03 | 0.000990 | 0.002504 | 46.7 |
| 53 | F - Chrys | 2.8 | 0.03 | 0.001979 | 0.005007 | 93.3 |
| 54 | F - Chrys | 2.8 | 0.02 | 0.000880 | 0.002226 | 140.0 |
| 55 | C - Chrys | 1.8 | 0.03 | 0.001272 | 0.003219 | 60.0 |
| 56 | F - Chrys | 2 | 0.03 | 0.001414 | 0.003577 | 66.7 |
| 57 | F - Chrys | 2.9 | 0.03 | 0.002050 | 0.005186 | 96.7 |
| 58 | F - Chrys | 11 | 0.05 | 0.021598 | 0.054644 | 220.0 |
| 59 | M - Chrys | 3 | 0.02 | 0.000942 | 0.002384 | 150.0 |
| 60 | F - Chrys | 5.5 | 0.01 | 0.000432 | 0.001093 | 550.0 |
| 61 | F - Chrys | 2.5 | 0.03 | 0.001767 | 0.004471 | 83.3 |
| 62 | F - Chrys | 6 | 0.02 | 0.001885 | 0.004769 | 300.0 |
| 63 | F - Chrys | 23 | 0.1 | 0.180642 | 0.457023 | 230.0 |
| 64 | F - Chrys | 4.1 | 0.02 | 0.001288 | 0.003259 | 205.0 |
| 65 | M - Chrys | 4 | 0.02 | 0.001257 | 0.003179 | 200.0 |
| 66 | F - Chrys | 33 | 0.05 | 0.064795 | 0.163932 | 660.0 |
| 67 | F - Chrys | 7 | 0.08 | 0.035186 | 0.089020 | 87.5 |
| 68 | B - Chrys | 2.2 | 0.05 | 0.004320 | 0.010929 | 44.0 |
| 69 | F - Chrys | 2 | 0.02 | 0.000628 | 0.001590 | 100.0 |
| 70 | B - Chrys | 1.8 | 0.03 | 0.001272 | 0.003219 | 60.0 |
| 71 | F - Chrys | 2.8 | 0.02 | 0.000880 | 0.002226 | 140.0 |
| 72 | F - Chrys | 8 | 0.03 | 0.005655 | 0.014307 | 266.7 |
| 73 | F - Chrys | 22 | 0.03 | 0.015551 | 0.039344 | 733.3 |
| 74 | F - Chrys | 4.2 | 0.02 | 0.001319 | 0.003338 | 210.0 |
| 75 | F - Chrys | 2.8 | 0.02 | 0.000880 | 0.002226 | 140.0 |
| 76 | F - Chrys | 10 | 0.03 | 0.007069 | 0.017884 | 333.3 |
| 77 | F - Chrys | 1.8 | 0.02 | 0.000565 | 0.001431 | 90.0 |
| 78 | F - Chrys | 3.8 | 0.02 | 0.001194 | 0.003020 | 190.0 |
| 79 | B - Chrys | 2 | 0.03 | 0.001414 | 0.003577 | 66.7 |
| 80 | B - Chrys | 2.4 | 0.03 | 0.001696 | 0.004292 | 80.0 |
| 81 | B - Chrys | 2.5 | 0.2 | 0.030000 | 0.075900 | 12.5 |
| 82 | F - Chrys | 4 | 0.03 | 0.002827 | 0.007153 | 133.3 |
| 83 | F - Chrys | 1.4 | 0.05 | 0.002749 | 0.006955 | 28.0 |
| 84 | B - Chrys | 5.8 | 0.1 | 0.045553 | 0.115249 | 58.0 |
| 85 | F - Chrys | 14 | 0.03 | 0.009896 | 0.025037 | 466.7 |
| 86 | F - Chrys | 4.5 | 0.03 | 0.003181 | 0.008048 | 150.0 |
| 87 | F - Chrys | 3.8 | 0.03 | 0.002686 | 0.006796 | 126.7 |
| 88 | F - Chrys | 15 | 0.05 | 0.029452 | 0.074515 | 300.0 |
| 89 | B - Chrys | 2.4 | 0.1 | 0.018850 | 0.047689 | 24.0 |
| 90 | B - Chrys | 10.4 | 0.08 | 0.052276 | 0.132259 | 130.0 |
| 91 | F - Chrys | 6.5 | 0.1 | 0.051051 | 0.129159 | 65.0 |
| 92 | B - Chrys | 2 | 0.03 | 0.001414 | 0.003577 | 66.7 |
| 93 | B - Chrys | 9 | 0.05 | 0.017671 | 0.044709 | 180.0 |
| 94 | F - Chrys | 1.6 | 0.02 | 0.000503 | 0.001272 | 80.0 |
| 95 | B - Chrys | 6.5 | 0.1 | 0.051051 | 0.129159 | 65.0 |
| 96 | B - Chrys | 2 | 0.08 | 0.010053 | 0.025434 | 25.0 |
| 97 | F - Chrys | 1.8 | 0.02 | 0.000565 | 0.001431 | 90.0 |
| 98 | B - Chrys | 60 | 0.2 | 1.884956 | 4.768938 | 300.0 |
| 99 | B - Chrys | 14 | 0.1 | 0.109956 | 0.278188 | 140.0 |

## TEM Fiber Size Determinations

| Project No. | M7322 | | Analyst: MDMOUNT | | Grid Box # | 3900 |
|---|---|---|---|---|---|---|
| Sample No. | 007 | | | | | |
| Sample Description | 1 ml prep | Date | 10/22/2006 | | | |
| COMMENTS: | | | | | | |

| 100 | | B - Chrys | 10 | 0.5 | 1.963495 | 4.967643 | 20.0 |
|---|---|---|---|---|---|---|---|

Total Wt. =   15.548996 pg

Average Ratio =   130.6