IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | Expert Designation Deadline: October 25, 2006 |
| | ) | Hearing Date: January 29-31, 2007 |
| _____ | ) | |

**AMENDED DESIGNATION ADOPTING THE DESIGNATION OF
EXPERTS BY ASBESTOS PROPERTY DAMAGE CLAIMANTS
REPRESENTED BY THE LAW FIRM OF DIES & HILE, L.L.P., AND
SUBMISSION OF EXPERT REPORTS ADDRESSING THE METHODOLOGY ISSUE**

Motley Rice LLC represents nine Claimants, with claims for a total of eighteen buildings of varying types, in this bankruptcy proceeding:

| **Claimant** | **Claim Numbers** | **Building Type** |
|---|---|---|
| State of Washington | 6937 | Capitol general administration building |
| | 6938 | Community college |
| | 6939 | University central building |
| | 6940 | University annex building |
| | 6941 | University theater building |
| | 6942 | University materials research building |
| | 6943 | University performing arts center |
| | 6944 | University laboratory spaces |
| Port of Seattle | 9645 | Airport terminal – main |
| | 9646 | Airport terminal – satellite |
| | 9647 | Airport terminal – satellite |
| Church of St. Helena | 3512 | Church |
| City of Barnesville | 6936 | Municipal building |
| Church of the Most Holy Redeemer | 6933 | Church |
| Fargo Housing Authority | 3405 | High rise apartment building |
| Catholic Diocese of Little Rock | 3515 | Diocese building |

| | | |
|---|---|---|
| CHP Associates | 2977 | Office building |
| American Legion | 3406 | American Legion building |

      The Motley Rice LLC Claimants ("Claimants") hereby amend their Designation and join in, adopt, and incorporate by reference the Designation of Experts by Asbestos Property Damage Claimants Represented by the Law Firm of Dies & Hile, L.L.P., and Submission of Expert Reports Addressing the Methodology Issue. The adoption includes the expert report of William Longo, Ph.D., prepared on behalf of the Property Damage Asbestos Claimants Represented by the law firm of Dies & Hile, L.L.P., dated October 25, 2006.

Mount Pleasant, SC  
October 25, 2006

Respectfully submitted,

JASPAN SCHLESINGER HOFFMAN LLP

By:    /s/ Laurie S. Polleck  
       Laurie S. Polleck, Esq. (No. 4300)  
       913 N. Market Street, 12th Floor  
       Wilmington, DE 19801  
       Telephone: (302) 351-8000  
       Facsimile: (302) 351-8010

and

MOTLEY RICE LLC  
James M. Hughes, Esq.  
28 Bridgeside Blvd.  
P.O. Box 1792  
Mount Pleasant, SC 29465  
Telephone: (843) 216-9133  
Facsimile: (843) 216-9440  
E-mail: jhughes@motleyrice.com  
and

John J. Preefer, Esq.  
60 East 42nd Street, Suite 1201  
New York, New York 10165  
Telephone: (212) 490-9524  
Facsimile: (212) 682-3053

Co-Counsel for Motley Rice LLC Claimants