# EXHIBIT E

Expert Report of William E. Longo, Ph.D.,
Prepared on Behalf of the Property Damage
Asbestos Claimants Represented by the
Law Firm of Dies & Hile, LLP

# Appendix E

State of Texas – Building Inspections

October 25, 2006

**M40633 & M40632**



# M40633 & M40632

# STATE OF TEXAS

## Table of Contents

**1**     Inspection Notes

**2**     Sample COCs

**3**     Summary of Results

**4**     Laboratory Data

**5**     Photographic Log

**6**     Bldg. Floor Plans

**7**

**8**

AVERY    READY INDEX INDEXING SYSTEM

# SECTION 1

# State of Texas
# WR Grace Asbestos Inspections

**1001 Louisiana Street - Houston, Texas  (aka: El Paso Bldg)**
Field Notes 9/19/06 – 9/20/06

Bldg. 32-story
Fireproofing on each floor applied to structural steel members, I beams and corrugated metal pan decking

Fireproofing overspray present on perimeter and core walls at the roof deck interface. Evidence of obvious fireproofing delamination observed in each of the penetrations made to the suspended ceiling during the plenum inspection.

The fireproofing present is a vermiculite based material with a taupe colored appearance (identified as a WR Grace product).  Inspection of horizontal surfaces below the decking (in the plenum space), revealed that most surfaces are covered with a fine layer of dust and debris from disturbance and/or delamination of the fireproofing.  In many areas, pea sizes to fist size chunks of fireproofing debris are also present.

The ceilings in the leasable/occupied areas of building are generally constructed of 5'x5' metal grid panels each containing 4 fiberglass ceiling tiles and a fluorescent light fixture. Access to the plenum is accomplished by removing the plastic light diffuser lense from the light and the rotating two levers in the lighting fixture which allow the light box to swing open in the frame (opposite its hinged side) towards the floor.  This swinging action allows the fireproofing dust and debris (which have accumulated on top of the light) to fall into the occupied space below.

The acoustical plaster present was as a WR Grace product.  The acoustical plaster present appears to be a spray applied material generally utilized on the ceilings in the central core area of the building and in the subterranean hallways connecting the subject building to other buildings.

According to the building engineers, renovation work has taken place thru-out the building (primarily consisting of modifications below the ceiling) but there have been spot abatements of the fireproofing (FP) as necessary.  No widespread or full floor abatements have been conducted.

## LOCATION OF CEILING PENETRATIONS AND INSPECTIONS AREAS

24th floor – adjacent to Data Room W2412B
Photos 209-211

## LOCATION OF CEILING PENETRATIONS AND INSPECTIONS AREAS (cont)

21st floor – adjacent to Office N2132A
Photos 212-218

17th floor – adjacent to Office S1704A
Photos 219-221

17th floor – elevator lounge area
Photos 222-225

12th floor – adjacent to Office E1244A
Photos 226-231

6th floor – adjacent to Office S601
Photos 232-237

25th floor – north side of elevator lobby
Photos 238-239

B floor – in tunnel at El Paso display case
Photos 240-241

10th floor – in W10111B small conference Rm.
Photos 57-58

6th floor – in S603B ethics file room
Photos 59-60

1st floor – in the pipe shaft outside stairwell D
Photos 61-63

# State of Texas
# WR Grace Asbestos Inspections

**611 Walker Street - Houston, Texas (aka: Public Works Building and Annex)**
Field Notes 9/20/06

Bldg. 27-story plus 6-story annex
The original fireproofing was applied to structural steel members, I beams and corrugated metal pan decking in the main tower and in the adjoining annex. The fireproofing has since been abated from most of the tower building but is known to remain in the bathrooms on each floor (above hard plaster ceilings), on the exterior columns surrounding the building (encased in concrete) and certain pipe chases of that building. Abatement of the fireproofing has reportedly been completed in most areas of the annex as well with the exception of fireproofing in the bridge connecting the two buildings (located above a light weight concrete deck) and a few other sporadic inaccessible areas.

The fireproofing present is a vermiculite based material with a taupe colored appearance (identified as a WR Grace product). Inspection of horizontal surfaces below the decking (in the plenum space), revealed that most surfaces are covered with a fine layer of dust and debris from disturbance and/or delamination of the fireproofing. In many areas, pea sizes to fist size chunks of fireproofing debris are also present.

*Note: a limited number of dust samples were collected from this building due to the location of the remaining original fireproofing located in limited access area*

## LOCATION OF CEILING PENETRATIONS AND INSPECTIONS AREAS

20th floor – in NE Fresh Air Shaft
Photos 64-66

10th floor – in Room 1003
Photo 67

5th floor – in NE Fresh Air Shaft
Photos 68-69

Annex 6th Floor – inside wall chase adjacent to Women's restroom
Photos 70-72

# State of Texas
# WR Grace Asbestos Inspections

**Amarillo Air Terminal - Amarillo, Texas**
Field Notes 9/21/06

Terminal Bldg. 3-story
Originally fireproofing was applied to structural steel members, I beams and metal pan decking generally throughout the building.  Over the course of many years the fireproofing has been abated from most of the building, but is known to remain in at least 3 major areas:

- a second floor airport storage area in Terminal 30
- the basement mechanical room and adjacent areas in the main terminal, and
- the third floor office area and mechanical rooms in the main terminal

In the mechanical rooms the fireproofing is directly accessible to occupants since no suspended or rigid ceiling is present.

The fireproofing present is a vermiculite based material with a taupe colored appearance (identified as a WR Grace product).  Inspection of horizontal surfaces below the decking (in the plenum space), revealed that most surfaces are covered with a fine layer of dust and debris from disturbance and/or delamination of the fireproofing.   In many areas, pea sizes to fist size chunks of fireproofing debris are also present.

## LOCATION OF CEILING PENETRATIONS AND INSPECTIONS AREAS

Concourse 30 - Second Level airport Storage (behind Air Host)
Photos 73-78

Main Terminal - Basement Level Mechanical Room – storage room area
Photos 79-88

Main Terminal - Basement Level Mechanical Room – hallway outside Women's Rest room
Photos 89-91

Main Terminal - 3rd Floor Air Handler Room
Photos 92-94

Main Terminal - 3rd Floor Men's Rest Room
Photos 95-100

# State of Texas
# WR Grace Asbestos Inspections

**1000 South Polk Street – Amarillo, Texas (aka: Bivins Building –Chamber of Commerce)**
Field Notes 9/21/06

Located in downtown Amarillo, originally this building was constructed as a residential home (3-story plus basement)

An acoustical treatment has been applied to certain section of the plaster ceilings on the basement, first and second floors (on or about 1971).

The plaster present is vermiculite based textured finish with a taupe colored appearance. Inspection of many of the horizontal surfaces observed below the ceiling are covered with a fine layer of dust and fine debris from delamination and/or disturbance of the acoustical plaster.

## LOCATION OF CEILING PENETRATIONS AND INSPECTIONS AREAS

Basement Floor in back hallway at janitors storage area
Photos 101-104

1st Floor City Counsel Chambers (above suspended ceiling)
Photos 105-110

2nd Floor Hallway and copy area outside Conference Room
Photos 111-114

# SECTION 2



Materials Analytical Services
Micro-Vac Dust Sampling
Chain-of-Custody

Project No.: 16090601   Date: 9/25/06

Location: Various Texas Bldgs   City/State: Houston and Ammarillo

Page ___ of ___

| Sample # | Sample Date | General Sample Location | Sample Surface | Sample Area | Comments |
|---|---|---|---|---|---|
| 1 | 9/19/2006 | El Paso 24th Floor, adjacent to W2412B | Top of HVAC Duct | 100 | Fp |
| 2 | 9/19/2006 | El Paso 21st Floor, adjacent to N2132A | Top of FLF supply duct | 100 | Fp |
| 3 | 9/19/2006 | El Paso 17th Floor, adjacent to S1704A | Top of HVAC Duct | 100 | Fp |
| 4 | 9/19/2006 | El Paso 17th Floor, elevator lounge area | Top of partion wall nxt to sofa | 100 | Ap |
| 5 | 9/19/2006 | El Paso 12th Floor, adjacent to E1244A | Top of FLF supply duct | 100 | Fp |
| 6 | 9/19/2006 | El Paso 6th Floor, adjacent to S601 | Top of HVAC Duct | 100 | Fp |
| 7 | 9/19/2006 | El Paso 25th Floor, elevator lobby - northside | Top of wall sconce | 100 | Ap |
| 8 | 9/19/2006 | El Paso B Floor, tunnel at El Paso display case | Top of display case | 100 | Fp |
| 9 | 9/20/2006 | El Paso 10th Floor, in W1011B | Top of foil wrapped HVAC duct | 37 mm | Fp - contact sample |
| 10 | 9/20/2006 | El Paso 6th Floor, in S603B | Top of FLF supply duct | 37 mm | Fp - contact sample |
| 11 | 9/20/2006 | El Paso 1st Floor, in pipeshaft adj to stairwell D | Top of metal HVAC duct | 37 mm | Fp - contact sample |
| 1 | 9/20/2006 | PWB 20th Floor Fresh Air Shaft NE Corner | Top of metal pipe | 100 | Fp |
| 2 | 9/20/2006 | PWB 6th Floor Annex Inside wall Chase | Top of metal pipe | 100 | Fp |
| 1 | 9/21/2006 | AAT Concourse 30 2nd floor, Airport Storage | Top of FLF | 100 | Fp |
| 2 | 9/21/2006 | AAT Concourse 30 2nd floor, Airport Storage | Top of FLF | 37 mm | Fp - contact sample |
| 3 | 9/21/2006 | AAT B floor, Mechanical Rm (supply area) | Top of Storage Shelf | 100 | Fp |
| 4 | 9/21/2006 | AAT B floor, Mechanical Rm (supply area) | Top of Storage Shelf | 37 mm | Fp - contact sample |
| 5 | 9/21/2006 | AAT B floor, Hallway outside Womens's RR | Top of FLF | 100 | Fp |
| 6 | 9/21/2006 | AAT 3rd floor, Mens Restroom | Top of HVAC duct | 100 | Fp |
| 1 | 9/21/2006 | Bivins B floor, in janitors storage area off hallway | Top of metal HVAC duct | 100 | Ap |
| 2 | 9/21/2006 | Bivins B floor, in janitors storage area off hallway | Top of metal HVAC duct | 37mm | Ap - contact sample |
| 3 | 9/21/2006 | Bivins 1st Floor, City Counsel Chambers | Top of 2X4 lay-in ceiling tile | 100 | Ap |
| 4 | 9/21/2006 | Bivins 2nd floor, copy area outside conference rm | Top of FLF | 100 | Ap |
| 5 | 9/21/2006 | Bivins 2nd floor, copy area outside conference rm | Top of FLF | 37mm | Ap - contact sample |

Sampled by:Martin Bennett

Turnaround Time: _X_ standard or ___ rush

Received: _____   Date: _____

*preferred sample collection area should be 100cm² or greater

# Dust Samples

MAS

Materials Analytical Services
Micro-Vac Dust Sampling
Chain-of-Custody

m 40633

Page 1 of 7

Project No.: 16090601    Date: 9/25/06

Location: Various Texas Bldgs    City/State: Houston and Amarillo

| Sample # | Sample Date | General Sample Location | Sample Surface | Sample Area | Comments |
|---|---|---|---|---|---|
| 1 | 9/19/2006 | El Paso 24th Floor, adjacent to W2412B | Top of HVAC Duct | 100 | Fp |
| 3 | 9/19/2006 | El Paso 21st Floor, adjacent to N2132A | Top of FLF supply duct | 100 | Fp |
| 4 | 9/19/2006 | El Paso 17th Floor, adjacent to S1704A | Top of HVAC Duct | 100 | Fp |
| 5 | 9/19/2006 | El Paso 17th Floor, elevator lounge area | Top of partion wall nxt to sofa | 100 | Ap |
| 6 | 9/19/2006 | El Paso 12th Floor, adjacent to E1244A | Top of FLF supply duct | 100 | Fp |
| 7 | 9/19/2006 | El Paso 6th Floor, adjacent to S601 | Top of HVAC Duct | 100 | Fp |
| 8 | 9/19/2006 | El Paso 25th Floor, elevator lobby - northside | Top of wall sconce | 100 | Ap |
| 9 | 9/19/2006 | El Paso B Floor, tunnel at El Paso display case | Top of display case | 100 | Fp |
| 10 | 9/20/2006 | El Paso 10th Floor, in W1011B | Top of foil wrapped HVAC duct | 37 mm | Fp - contact sample |
| 11 | 9/20/2006 | El Paso 6th Floor, in S603B | Top of FLF supply duct | 37 mm | Fp - contact sample |
| | 9/20/2006 | El Paso 1st Floor, in pipeshaft adj to stairwell D | Top of metal HVAC duct | 37 mm | Fp - contact sample |
| 1 | 9/20/2006 | PWB 20th Floor Fresh Air Shaft NE Corner | Top of metal pipe | 100 | Fp |
| 2 | 9/20/2006 | PWB 6th Floor Annex Inside wall Chase | Top of metal pipe | 100 | Fp |
| 1 | 9/21/2006 | AAT Concourse 30 2nd floor, Airport Storage | Top of FLF | 100 | Fp |
| 2 | 9/21/2006 | AAT Concourse 30 2nd floor, Airport Storage | Top of FLF | 37 mm | Fp - contact sample |
| 3 | 9/21/2006 | AAT B floor, Mechanical Rm (supply area) | Top of Storage Shelf | 100 | Fp |
| 4 | 9/21/2006 | AAT B floor, Mechanical Rm (supply area) | Top of Storage Shelf | 37 mm | Fp - contact sample |
| 5 | 9/21/2006 | AAT B floor, Hallway outside Womens's RR | Top of FLF | 100 | Fp |
| 6 | 9/21/2006 | AAT 3rd floor, Mens Restroom | Top of HVAC duct | 100 | Fp |
| 1 | 9/21/2006 | Bivins B floor, in janitors storage area off hallway | Top of metal HVAC duct | 100 | Ap |
| 2 | 9/21/2006 | Bivins B floor, in janitors storage area off hallway | Top of metal HVAC duct | 37mm | Ap - contact sample |
| 3 | 9/21/2006 | Bivins 1st Floor, City Counsel Chambers | Top of 2X4 lay-in ceiling tile | 100 | Ap |
| 4 | 9/21/2006 | Bivins 2nd floor, copy area outside conference rm | Top of FLF | 100 | Ap |
| 5 | 9/21/2006 | Bivins 2nd floor, copy area outside conference rm | Top of FLF | 37mm | Ap - contact sample |

Sampled by: Martin Bennett



'preferred sample collection area should be outer portion of wafer

Turnaround Time: _X_ standard or ___ rush

Received: [signature]    Date: 9/28/06

# MATERIALS ANALYTICAL SERVICES
## PROJECT COC

| | | | |
|---|---|---|---|
| **MAS ID:** | M40633 | **Client Job No:** | 16090601 |
| **Client Name:** | Dies and Hile, LLP | **Client PO:** | |
| **Project Name:** | Houston and Amarillo | **Date In:** | 9/25/2006 |
| **Logged By:** | dmazzaferro | **Client Code:** | 0380 |

**TRANSPORT INFORMATION:**

| | | | |
|---|---|---|---|
| **Submitted By:** | Martin Bennett | **Documents:** | COC |
| **Delivery By:** | Hand Delivery | | |
| **Received By:** | Nancy Sears | **Comments for COC:** | |
| **Condition:** | goodc | | |

**CONTACT INFORMATION:**

| Contact: | | Martin Dies | | **Work Phone:** (409) 883-4394 | **Ext:** |
|---|---|---|---|---|---|
| **Title:** | **First Name** | **Last Name:** | **Suffix** | **Other Phone** | **Ext:** |
| Mr. | Martin | Dies | | **Fax:** (409) 883-4814 | |

## SAMPLE INFORMATION:

| # | Client ID | Volume | | # | Client ID | Volume |
|---|---|---|---|---|---|---|
| 000 | lab blank | 0 | | 016 | Bivins 3 | 100 |
| 001 | El Paso 1 | 100 | | 017 | Bivins 4 | 100 |
| 002 | El Paso 2 | 100 | | | | |
| 003 | El Paso 3 | 100 | | | | |
| 004 | El Paso 4 | 100 | | | | |
| 005 | El Paso 5 | 100 | | | | |
| 006 | El Paso 6 | 100 | | | | |
| 007 | EL Paso 7 | 100 | | | | |
| 008 | El Paso 8 | 100 | | | | |
| 009 | PWB 1 | 100 | | | | |
| 010 | PWB 2 | 100 | | | | |
| 011 | AAT 1 | 100 | | | | |
| 012 | AAT 3 | 100 | | | | |
| 013 | AAT 5 | 100 | | | | |
| 014 | AAT 6 | 100 | | | | |
| 015 | Bivins 1 | 100 | | | | |

## SIGNATURES

| | | | |
|---|---|---|---|
| **RECEIVED BY:** | | **ANALYZED BY:** | |
| **REVIEWED BY:** | | **REPORTED BY:** | |
| **PREPARED BY:** | | **DEPOSED BY:** | |

Page 1 of 1

# Contact Samples

Page ___

M40632

## MAS

Materials Analytical Services

Micro-Vac Dust Sampling
Chain-of-Custody

Project No.: 16090601    Date: 9/25/06

Location: Various Texas Bldgs  City/State: Houston and Ammarillo

| Sample # | Sample Date | General Sample Location | Sample Surface | Sample Area | Comments |
|---|---|---|---|---|---|
| 1 | 9/19/2006 | El Paso 24th Floor, adjacent to W2412B | Top of HVAC Duct | 100 | Fp |
| 2 | 9/19/2006 | El Paso 21st Floor, adjacent to N2132A | Top of FLF supply duct | 100 | Fp |
| 3 | 9/19/2006 | El Paso 17th Floor, adjacent to S1704A | Top of HVAC Duct | 100 | Fp |
| 4 | 9/19/2006 | El Paso 17th Floor, elevator lounge area | Top of partion wall nxt to sofa | 100 | Ap |
| 5 | 9/19/2006 | El Paso 12th Floor, adjacent to E1244A | Top of FLF supply duct | 100 | Fp |
| 6 | 9/19/2006 | El Paso 6th Floor, adjacent to S601 | Top of HVAC Duct | 100 | Fp |
| 7 | 9/19/2006 | El Paso 25th Floor, elevator lobby - northside | Top of wall sconce | 100 | Ap |
| 8 | 9/19/2006 | El Paso B Floor, tunnel at El Paso display case | Top of display case | 100 | Fp |
| 9 | 9/20/2006 | El Paso 10th Floor, in W1011B | Top of foil wrapped HVAC duct | 37 mm | Fp - contact sample |
| 10 | 9/20/2006 | El Paso 6th Floor, in S603B | Top of FLF supply duct | 37 mm | Fp - contact sample |
| 11 | 9/20/2006 | El Paso 1st Floor, in pipeshaft adj to stairwell D | Top of metal HVAC duct | 37 mm | Fp - contact sample |
| 1 | 9/20/2006 | PWB 20th Floor Fresh Air Shaft NE Corner | Top of metal pipe | 100 | Fp |
| 2 | 9/20/2006 | PWB 6th Floor Annex Inside wall Chase | Top of metal pipe | 100 | Fp |
| 1 | 9/21/2006 | AAT Concourse 30 2nd floor, Airport Storage | Top of FLF | 100 | Fp |
| 2 | 9/21/2006 | AAT Concourse 30 2nd floor, Airport Storage | Top of FLF | 37 mm | Fp - contact sample |
| 3 | 9/21/2006 | AAT B floor, Mechanical.Rm (supply area) | Top of Storage Shelf | 100 | Fp |
| 4 | 9/21/2006 | AAT B floor, Mechanical.Rm (supply area) | Top of Storage Shelf | 37 mm | Fp - contact sample |
| 5 | 9/21/2006 | AAT B floor, Hallway outside Womens's RR | Top of FLF | 100 | Fp |
| 6 | 9/21/2006 | AAT 3rd floor, Mens Restroom | Top of HVAC duct | 100 | Fp |
| 1 | 9/21/2006 | Blvins B floor, in janitors storage area off hallway | Top of metal HVAC duct | 100 | Ap |
| 2 | 9/21/2006 | Blvins B floor, in janitors storage area off hallway | Top of metal HVAC duct | 37mm | Ap - contact sample |
| 3 | 9/21/2006 | Blvins 1st Floor, City Counsel Chambers | Top of 2X4 lay-in ceiling tile | 100 | Ap |
| 4 | 9/21/2006 | Blvins 2nd floor, copy area outside conference rm | Top of FLF | 100 | Ap |
| 5 | 9/21/2006 | Blvins 2nd floor, copy area outside conference rm | Top of FLF | 37mm | Ap - contact sample |

Sampled by:Martin Bennett

Turnaround Time: _X_ standard or _____ rush

Received: _Amanda Johnson_  Date: _9/25/06_

*preferred sample collection area should be 100cm² or greater

# MATERIALS ANALYTICAL SERVICES
## PROJECT COC

| | | | |
|---|---|---|---|
| **MAS ID:** | m40632 | **Client Job No:** | 16090601 |
| **Client Name:** | Law Offices of Martin Dies | **Client PO:** | |
| **Project Name:** | Houston and Amarillo | **Date In:** | 9/25/2006 |
| **Logged By:** | dmazzaferro | **Client Code:** | 0380 |

**TRANSPORT INFORMATION:**

| | | | |
|---|---|---|---|
| **Submitted By:** | Martin Bennett | **Documents:** | COC |
| **Delivery By:** | Hand Delivery | | |
| **Received By:** | Nancy Sears | **Comments for COC:** | |
| **Condition:** | good | | |

**CONTACT INFORMATION:**

| Contact: | | Martin Dies | | **Work Phone:** (409) 883-4394 | **Ext:** |
|---|---|---|---|---|---|
| **Title:** | **First Name** | **Last Name:** | **Suffix** | **Other Phone** | **Ext:** |
| Mr. | Martin | Dies | | **Fax:** (409) 883-4814 | |

## SAMPLE INFORMATION:

| # | Client ID | Volume | # | Client ID | Volume |
|---|---|---|---|---|---|
| 001 | 9 EIP | | | | |
| 002 | 10 EIP | | | | |
| 003 | 11EIP | | | | |
| 004 | 2 AAT | | | | |
| 005 | 4 AAT | | | | |
| 006 | 2 Biv | | | | |
| 007 | 5 Biv | | | | |

## SIGNATURES

| | | | |
|---|---|---|---|
| RECEIVED BY: | | ANALYZED BY: | |
| REVIEWED BY: | | REPORTED BY: | |
| PREPARED BY: | | DEPOSED BY: | |

Page 1 of 1

# SECTION 3



Materials Analytical Services
Micro-Vac Dust Sampling
Summary of Results

Project No.: 16090601   Date: 9/25/06

Location: Various Texas Bldgs  City/State: Houston and Ammarillo

| Sample # | Sample Date | General Sample Location | Sample Surface | Asbestos Structures Counted | Asbestos (Conc.) Str/ft² | Asbestos (Conc.) Str/cm² | Relative Contamination Level |
|---|---|---|---|---|---|---|---|
| 1 | 9/19/2006 | El Paso 24th Floor, adjacent to W2412B | Top of HVAC Duct | 101 | $8.99x10^9$ | $9.67x10^5$ | FP - Extreme |
| 2 | 9/19/2006 | El Paso 21st Floor, adjacent to N2132A | Top of FLF supply duct | 108 | $8.54x10^9$ | $9.19x10^5$ | FP - Extreme |
| 3 | 9/19/2006 | El Paso 17th Floor, adjacent to S1704A | Top of HVAC Duct | 45 | $2.94x10^9$ | $3.17x10^5$ | FP - Extreme |
| 4 | 9/19/2006 | El Paso 17th Floor, elevator lounge area | Top of partion wall nxt to sofa | 13 | $1.85x10^7$ | $1.99x10^4$ | AP - Moderate |
| 5 | 9/19/2006 | El Paso 12th Floor, adjacent to E1244A | Top of FLF supply duct | 66 | $9.00x10^9$ | $9.69x10^5$ | FP - Extreme |
| 6 | 9/19/2006 | El Paso 6th Floor, adjacent to S601 | Top of HVAC Duct | 100 | $2.18x10^{10}$ | $2.35x10^7$ | FP - Extreme |
| 7 | 9/19/2006 | El Paso 25th Floor, elevator lobby - northside | Top of wall sconce | 16 | $8.87x10^7$ | $9.55x10^4$ | AP - Moderate |
| 8 | 9/19/2006 | El Paso B Floor, tunnel at El Paso display case | Top of display case | 137 | $5.60x10^{10}$ | $6.03x10^7$ | FP - Extreme |
| 9 | 9/20/2006 | El Paso 10th Floor, in W1011B | Top of foil wrapped HVAC duct | | | | |
| 10 | 9/20/2006 | El Paso 6th Floor, in S603B | Top of FLF supply duct | | | | |
| 11 | 9/20/2006 | El Paso 1st Floor, in pipeshaft adj to stairwell D | Top of metal HVAC duct | | | | |
| 1 | 9/20/2006 | PWB 20th Floor Fresh Air Shaft NE Corner | Top of metal pipe | 10 | $5.52x10^7$ | $5.94x10^4$ | FP - Moderate |
| 2 | 9/20/2006 | PWB 6th Floor Annex Inside wall Chase | Top of metal pipe | 76 | $1.15x10^{10}$ | $1.23x10^7$ | FP - Extreme |
| 1 | 9/21/2006 | AAT Concourse 30 2nd floor, Airport Storage | Top of FLF | 116 | $1.28x10^{10}$ | $1.38x10^7$ | FP - Extreme |
| 2 | 9/21/2006 | AAT Concourse 30 2nd floor, Airport Storage | Top of FLF | | | | |
| 3 | 9/21/2006 | AAT B floor, Mechanical.Rm (supply area) | Top of Storage Shelf | 98 | $1.16x10^{11}$ | $1.25x10^8$ | FP - Extreme |
| 4 | 9/21/2006 | AAT B floor, Mechanical.Rm (supply area) | Top of Storage Shelf | | | | |
| 5 | 9/21/2006 | AAT B floor, Hallway outside Womens's RR | Top of FLF | 101 | $1.12x10^{10}$ | $1.20x10^7$ | FP - Extreme |
| 6 | 9/21/2006 | AAT 3rd floor, Mens Restroom | Top of HVAC duct | 64 | $7.38x10^9$ | $7.94x10^6$ | FP - Extreme |
| 1 | 9/21/2006 | Bivins B floor, in janitors storage area off hallway | Top of metal HVAC duct | 51 | $2.81x10^9$ | $3.03x10^6$ | AP - Extreme |
| 2 | 9/21/2006 | Bivins B floor, in janitors storage area off hallway | Top of metal HVAC duct | | | | |
| 3 | 9/21/2006 | Bivins 1st Floor, City Counsel Chambers | Top of 2X4 lay-in ceiling tile | 30 | $3.51x10^9$ | $3.78x10^6$ | AP - Extreme |
| 4 | 9/21/2006 | Bivins 2nd floor, copy area outside conference rm | Top of FLF | 73 | $9.96x10^{10}$ | $1.07x10^8$ | AP - Extreme |
| 5 | 9/21/2006 | Bivins 2nd floor, copy area outside conference rm | Top of FLF | | | | |

# SECTION 4

# Dust Samples

# TEM DUST ANALYSIS    M40633    000

**Dies and Hile, LLP**
**Houston and Amarillo**

Client Sample ID:  0

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | 0 Liter | | Date Analyzed: | 10/11/2006 |
| Filter Type: | MCE 47mm | | Analyst: | Kevin Simpson |
| Pore size: | 0.45 | | Scope Number: | 3 |
| Effective Filter Area: | 1297 | | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | | Indicated Mag: | 25 KX |
| Analysis type: | Dust | | Screen Mag: | 20 KX |
| Grid Acceptance | Yes    1 % | | Grid_box: | 7186 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Str < 5um: | 0 | Number of grids: | 2 | #1: 105 | #3: 106 | Average Grid Size: 0.010920 |
| Str ≥5um: | 0 | Number of openings: | 10 | #2: 103 | #4: 104 | Total Area Analyzed: 0.109 |
| Total Str: | 0 | | | | | |

| Volume Filtered | 50 ml | Str / sqr ft | 0.000E+00 | Str / cm2 | 0.000E+00 |
|---|---|---|---|---|---|
| Dilution Factor | 0 | Str / sqr ft >=5 | 0.000E+00 | Str / cm2 >=5 | 0.000E+00 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| | A6-F10 | | NSD | | | | | ☐ | ☐ | ☐ |
| | F9 | | NSD | | | | | ☐ | ☐ | ☐ |
| | F8 | | NSD | | | | | ☐ | ☐ | ☐ |
| | F7 | | NSD | | | | | ☐ | ☐ | ☐ |
| | F6 | | NSD | | | | | ☐ | ☐ | ☐ |
| | E5-C9 | | NSD | | | | | ☐ | ☐ | ☐ |
| | C8 | | NSD | | | | | ☐ | ☐ | ☐ |
| | C7 | | NSD | | | | | ☐ | ☐ | ☐ |
| | C6 | | NSD | | | | | ☐ | ☐ | ☐ |
| | C5 | | NSD | | | | | ☐ | ☐ | ☐ |

M40633    000

| | |
|---|---|
| C - Chrysotile | NSD - No Structure Detected |
| TR - Tremolite | F - Fiber |
| CR - Crocidolite | B - Bundle |
| AN - Anthophyllite | M - Matrix |
| AC - Actinolite | C - Cluster |

# El Paso Building
1001 Louisiana Street

# TEM DUST ANALYSIS    M40633    001

**Dies and Hile, LLP**
**Houston and Amarillo**

Client Sample ID:    El Paso 1

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/17/2006 |
| Filter Type: | MCE 47mm | Analyst: | MDMOUNT |
| Pore size: | 0.45 | Scope Number: | 2 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | Indicated Mag: | 25 KX |
| Analysis type: | Dust | Screen Mag: | 20 KX |
| Grid Acceptance | YES | 5 % | Grid_box: | 7195 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Str < Sum: | 79 | Number of grids: | 2 | #1: 92 | #3: 92 | Average Grid Size: | 0.008464 |
| Str ≥ Sum: | 22 | Number of openings: | 8 | #2: 92 | #4: 92 | Total Area Analyzed: | 0.068 |
| Total Str: | 101 | | | | | | |

| Volume Filtered | 0.2 ml | Str / sqr ft | 8.987E+09 | Str / cm2 | 9.673E+06 |
|---|---|---|---|---|---|
| Dilution Factor | 500 | Str / sqr ft >=5 | 1.957E+09 | Str / cm2 >=5 | 2.107E+06 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E10-D5 | C | C-B | 20.00 | 0.20 | X | M25803 | ✓ | ✓ | |
| 2 | | C | M-F | 4.00 | 0.05 | X | X | ✓ | | |
| 3 | | C | B | 1.40 | 0.03 | X | X | ✓ | | |
| 4 | | C | B | 1.20 | 0.10 | X | X | ✓ | | |
| 5 | | C | M-F | 2.30 | 0.03 | X | X | ✓ | | |
| 6 | | C | C-F | 10.50 | 0.03 | X | X | ✓ | | |
| 7 | | C | B | 4.10 | 0.05 | X | X | ✓ | | |
| 8 | | C | C-F | 5.50 | 0.05 | X | | | | |
| 9 | | C | C-B | 6.00 | 0.03 | X | X | ✓ | | |
| 10 | | C | M-F | 1.60 | 0.05 | X | X | ✓ | | |
| 11 | | C | M-F | 15.00 | 0.05 | X | | | | |
| 12 | | C | M-B | 2.00 | 0.40 | X | | | | |
| 13 | F3 | C | B | 4.00 | 0.38 | X | | | | |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | C | M-F | 6.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 15 | | C | F | 6.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 16 | | C | M-F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 17 | | C | C-F | 10.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 18 | | C | F | 0.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 19 | | C | B | 3.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 20 | | C | C-B | 3.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | M-F | 2.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 22 | | C | F | 2.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 23 | H2 | C | M-F | 1.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 24 | | C | M-B | 1.50 | 0.20 | X | | ☐ | ☐ | ☐ |
| 25 | | C | M-F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 26 | | C | M-B | 3.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 27 | | C | C-F | 1.40 | 0.03 | X | | ☐ | ☐ | ☐ |
| 28 | | C | B | 5.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 29 | | C | M-B | 2.30 | 0.03 | X | | ☐ | ☐ | ☐ |
| 30 | | C | M-F | 2.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | B | 2.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 32 | | C | M-F | 6.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 33 | H5 | C | M-F | 12.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 34 | | C | F | 16.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 35 | | C | C-F | 3.00 | 0.03 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 | | C | F | 5.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 37 | | C | F | 9.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 38 | | C | M-F | 3.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 39 | | C | C-F | 2.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 40 | | C | C-B | 4.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 41 | 19 | C | C-B | 1.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 42 | | C | C-B | 16.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 43 | | C | C-B | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 44 | | C | B | 2.60 | 0.20 | X | | ☐ | ☐ | ☐ |
| 45 | | C | C-F | 3.60 | 0.03 | X | | ☐ | ☐ | ☐ |
| 46 | | C | C-B | 1.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 47 | | C | B | 3.20 | 0.20 | X | | ☐ | ☐ | ☐ |
| 48 | | C | C-F | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 49 | | C | C-F | 1.40 | 0.20 | X | | ☐ | ☐ | ☐ |
| 50 | | C | F | 1.20 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 51 | | AM | B | 40.00 | 6.00 | X | X | ☑ | ☑ | ☐ |
| 52 | E9-E3 | C | C-B | 2.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 53 | | C | C-B | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 54 | | C | F | 2.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 55 | | C | F | 3.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 56 | | C | | 1.50 | 0.05 | X | | ☐ | ☐ | ☐ |
| 57 | | C | B | 6.00 | 0.08 | X | | ☐ | ☐ | ☐ |

C - Chrysotile    NSD - No Structure Detected
TR - Tremolite    F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite    C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 58 | | C | M-F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 59 | | C | M-B | 2.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 60 | | C | F | 0.80 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 61 | | C | M-F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 62 | | C | B | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 63 | | C | F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 64 | | C | M-F | 2.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 65 | H3 | C | F | 1.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 66 | | C | F | 1.20 | 0.02 | X | | ☐ | ☐ | ☐ |
| 67 | | C | M-F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 68 | | C | M-F | 3.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 69 | | C | B | 2.40 | 0.20 | X | | ☐ | ☐ | ☐ |
| 70 | | C | M-F | 12.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 71 | | C | C-F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 72 | | C | C-F | 1.40 | 0.01 | X | | ☐ | ☐ | ☐ |
| 73 | | C | F | 11.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 74 | | C | C-F | 1.70 | 0.03 | X | | ☐ | ☐ | ☐ |
| 75 | | C | F | 1.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 76 | | C | F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 77 | | C | F | 2.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 78 | | C | B | 3.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 79 | | C | C-B | 3.00 | 0.03 | X | | ☐ | ☐ | ☐ |

C - Chrysotile       NSD - No Structure Detected
TR - Tremolite       F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 80 | | C | M-F | 1.40 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 81 | | C | C-F | 0.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 82 | | C | C-F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 83 | 15 | C | F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 84 | | C | M-F | 2.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 85 | | C | C-F | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 86 | | C | B | 1.60 | 0.20 | X | | ☐ | ☐ | ☐ |
| 87 | | C | F | 5.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 88 | | C | M-F | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 89 | | C | M-F | 0.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 90 | | C | M-F | 7.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 91 | | C | C-B | 1.40 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 92 | | C | M-B | 3.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 93 | | C | M-F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 94 | | C | M-F | 13.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 95 | | C | M-F | 1.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 96 | | C | M-F | 3.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 97 | | C | F | 2.30 | 0.03 | X | | ☐ | ☐ | ☐ |
| 98 | | C | F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 99 | | C | F | 1.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 100 | | C | C-F | 2.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 101 | | C | C-F | 1.50 | 0.05 | X | X | ☑ | ☐ | ☐ |

C - Chrysotile     NSD - No Structure Detected
TR - Tremolite     F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite     C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
|       |           |       |            |        |       |        |       |      | M40633 | 001     |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite          C - Cluster







































# TEM DUST ANALYSIS    M40633  002

**Dies and Hile, LLP**
**Houston and Amarillo**

Client Sample ID:    El Paso 2

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/18/2006 |
| Filter Type: | MCE 47mm | Analyst: | MDMOUNT |
| Pore size: | 0.45 | Scope Number: | 2 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | Indicated Mag: | 25 KX |
| Analysis type: | Dust | Screen Mag: | 20 KX |
| Grid Acceptance | YES    5 % | Grid_box: | 7195 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Str < Sum: | 59 | Number of grids: | 2 | #1: 92 | #3: 92 | Average Grid Size: | 0.008464 |
| Str ≥5um: | 49 | Number of openings: | 9 | #2: 92 | #4: 92 | Total Area Analyzed: | 0.076 |
| Total Str: | 108 | | | | | | |
| Volume Filtered | 0.2 ml | **Str / sqr ft** | **8.542E+09** | | | **Str / cm2** | **9.194E+06** |
| Dilution Factor | 500 | **Str / sqr ft >=5** | **3.875E+09** | | | **Str / cm2  >=5** | **4.171E+06** |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D10-D4 | C | M-F | 3.00 | 0.03 | X | M25807 | ☑ | ☐ | ☐ |
| 2 | | C | C-F | 8.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | C-B | 15.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | M-F | 4.00 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | C-F | 3.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | M-F | 6.00 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | M-F | 1.80 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | C-B | 7.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | C-B | 3.40 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | M-F | 20.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 11 | | C | M-B | 11.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 12 | | C | F | 3.60 | 0.03 | X | | ☐ | ☐ | ☐ |
| 13 | D7 | C | B | 2.20 | 0.20 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | C | F | 8.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 15 | | C | F | 2.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 16 | | C | M-B | 2.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 17 | | C | M-F | 15.00 | 0.08 | X | | ☐ | ☐ | ☐ |
| 18 | | C | B | 3.50 | 0.12 | X | | ☐ | ☐ | ☐ |
| 19 | | C | M-F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 20 | G7 | C | F | 2.00 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | B | 22.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 22 | | C | B | 1.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 23 | | C | M-F | 2.50 | 0.05 | X | | ☐ | ☐ | ☐ |
| 24 | | C | B | 10.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 25 | | C | F | 12.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 26 | | C | B | 7.80 | 0.15 | X | | ☐ | ☐ | ☐ |
| 27 | | C | F | 4.20 | 0.02 | X | | ☐ | ☐ | ☐ |
| 28 | H3 | C | F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 29 | | C | F | 14.00 | 0.12 | X | | ☐ | ☐ | ☐ |
| 30 | | C | C-B | 32.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | C-F | 14.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 32 | | C | F | 5.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 33 | | C | M-B | 12.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 34 | | C | C-B | 1.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 35 | | C | B | 4.00 | 0.20 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 |  | C | C-B | 3.00 | 0.20 | X |  | ☐ | ☐ | ☐ |
| 37 | F3 | C | F | 1.20 | 0.02 | X |  | ☐ | ☐ | ☐ |
| 38 |  | C | M-F | 4.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 39 |  | C | M-B | 1.20 | 0.20 | X |  | ☐ | ☐ | ☐ |
| 40 |  | C | M-F | 2.00 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 41 |  | C | B | 1.50 | 0.30 | X |  | ☐ | ☐ | ☐ |
| 42 |  | C | M-F | 6.00 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 43 |  | C | F | 10.00 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 44 |  | C | F | 3.00 | 0.01 | X |  | ☐ | ☐ | ☐ |
| 45 |  | C | C-F | 9.00 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 46 |  | C | F | 7.80 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 47 |  | C | F | 3.60 | 0.03 | X |  | ☐ | ☐ | ☐ |
| 48 |  | C | M-B | 10.00 | 0.20 | X |  | ☐ | ☐ | ☐ |
| 49 |  | C | M-B | 10.50 | 0.30 | X |  | ☐ | ☐ | ☐ |
| 50 |  | C | C-B | 2.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 51 |  | C | B | 1.80 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 52 |  | C | M-F | 13.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 53 |  | C | C-B | 21.00 | 0.20 | X |  | ☐ | ☐ | ☐ |
| 54 | E9-D4 | C | C-B | 4.00 | 0.03 | X |  | ☐ | ☐ | ☐ |
| 55 |  | C | C-F | 2.40 | 0.03 | X |  | ☐ | ☐ | ☐ |
| 56 |  | C | F | 2.60 | 0.02 | X |  | ☐ | ☐ | ☐ |
| 57 |  | C | F | 1.70 | 0.03 | X |  | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 58 | | C | C-F | 1.40 | 0.02 | X | | ☐ | ☐ | ☐ |
| 59 | | C | C-B | 8.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 60 | | C | C-B | 30.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 61 | | C | M-B | 7.20 | 0.20 | X | | ☐ | ☐ | ☐ |
| 62 | | C | M-B | 10.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 63 | | C | C-F | 5.50 | 0.03 | X | | ☐ | ☐ | ☐ |
| 64 | | C | F | 0.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 65 | D7 | C | F | 10.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 66 | | C | F | 3.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 67 | | C | F | 1.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 68 | | C | B | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 69 | | C | C-B | 3.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 70 | | C | M-F | 1.80 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 71 | | C | C-B | 14.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 72 | | C | M-F | 11.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 73 | | C | M-F | 30.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 74 | | C | B | 2.40 | 0.20 | X | | ☐ | ☐ | ☐ |
| 75 | | C | M-F | 1.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 76 | G7 | C | B | 18.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 77 | | C | M-F | 10.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 78 | | C | F | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 79 | | C | C-F | 16.00 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile    NSD - No Structure Detected
TR - Tremolite    F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite    C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 |  | C | C-B | 8.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 81 |  | C | F | 5.60 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 82 |  | C | B | 1.40 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 83 |  | C | C-F | 16.00 | 0.03 | X |  | ☐ | ☐ | ☐ |
| 84 |  | C | M-B | 2.80 | 0.20 | X |  | ☐ | ☐ | ☐ |
| 85 |  | C | M-F | 2.20 | 0.03 | X |  | ☐ | ☐ | ☐ |
| 86 |  | C | M-B | 4.40 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 87 |  | C | C-F | 12.00 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 88 |  | C | M-F | 16.00 | 0.03 | X |  | ☐ | ☐ | ☐ |
| 89 | G4 | C | B | 1.00 | 0.20 | X |  | ☐ | ☐ | ☐ |
| 90 |  | C | M-F | 8.00 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 91 |  | C | B | 2.50 | 0.25 | X |  | ☐ | ☐ | ☐ |
| 92 |  | C | B | 32.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 93 |  | C | B | 6.00 | 0.30 | X |  | ☐ | ☐ | ☐ |
| 94 |  | C | F | 1.40 | 0.03 | X |  | ☐ | ☐ | ☐ |
| 95 |  | C | B | 2.20 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 96 |  | C | C-F | 4.50 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 97 |  | C | B | 1.50 | 0.03 | X |  | ☐ | ☐ | ☐ |
| 98 |  | C | C-B | 40.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 99 |  | C | B | 2.20 | 0.08 | X |  | ☐ | ☐ | ☐ |
| 100 |  | C | B | 13.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 101 |  | C | M-B | 2.50 | 0.10 | X |  | ☐ | ☐ | ☐ |

C - Chrysotile     NSD - No Structure Detected
TR - Tremolite     F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite     C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 102 | | C | F | 3.80 | 0.03 | X | | | | |
| 103 | | C | B | 2.20 | 0.10 | X | | | | |
| 104 | | C | M-F | 2.00 | 0.05 | X | | | | |
| 105 | | C | F | 1.20 | 0.05 | X | | | | |
| 106 | | C | M-F | 10.50 | 0.10 | X | | | | |
| 107 | | C | F | 1.00 | 0.03 | X | | | | |
| 108 | | C | M-F | 1.80 | 0.03 | X | | | | |

M40633    002

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster











