























# TEM DUST ANALYSIS     M40633     003

**Dies and Hile, LLP**
**Houston and Amarillo**

Client Sample ID: El Paso 3

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/18/2006 |
| Filter Type: | MCE 47mm | Analyst: | MDMOUNT |
| Pore size: | 0.45 | Scope Number: | 4 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | Indicated Mag: | 25 KX |
| Analysis type: | Dust | Screen Mag: | 20 KX |
| Grid Acceptance | YES      5 % | Grid_box: | 7195 |

| | | | | | |
|---|---|---|---|---|---|
| Str < 5um: | 33 | Number of grids: 2 | #1: 96 | #3: 96 | Average Grid Size: 0.009216 |
| Str ≥5um: | 12 | Number of openings: 10 | #2: 96 | #4: 96 | Total Area Analyzed: 0.092 |
| Total Str: | 45 | | | | |

| | | | | |
|---|---|---|---|---|
| Volume Filtered | 0.2 ml | Str / sqr ft | 2.942E+09 | Str / cm2   3.167E+06 |
| Dilution Factor | 500 | Str / sqr ft >=5 | 7.845E+08 | Str / cm2  >=5   8.444E+05 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C10-C9 | C | F | 3.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | F | 1.80 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | F | 0.80 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | B | 5.00 | 0.15 | X | X | ☑ | ☐ | ☐ |
| 5 | D7 | C | M-F | 4.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | B | 1.80 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | F | 11.50 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | F | 2.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 0.70 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | F | 0.90 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | B | 1.60 | 0.03 | X | | ☐ | ☐ | ☐ |
| 12 | G7 | C | B | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 13 | | C | M-B | 3.00 | 0.05 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | C | F | 3.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 15 | | C | NSD | 0.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 16 | | C | B | 1.80 | 0.30 | X | | ☐ | ☐ | ☐ |
| 17 | | C | M-B | 5.50 | 0.30 | X | | ☐ | ☐ | ☐ |
| 18 | | C | F | 7.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 19 | | C | B | 4.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 20 | | C | C-F | 1.80 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 21 | G4 | C | F | 6.50 | 0.03 | X | | ☐ | ☐ | ☐ |
| 22 | | C | F | 5.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 23 | | C | B | 1.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 24 | E3 | C | F | 4.50 | 0.03 | X | | ☐ | ☐ | ☐ |
| 25 | | C | F | 4.60 | 0.03 | X | | ☐ | ☐ | ☐ |
| 26 | | C | C-F | 2.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 27 | | C | F | 6.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 28 | C9-D5 | C | C-B | 6.00 | 0.40 | X | | ☐ | ☐ | ☐ |
| 29 | | C | F | 1.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 30 | | C | C-B | 1.50 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | C-F | 2.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 32 | | C | C-B | 3.80 | 0.20 | X | | ☐ | ☐ | ☐ |
| 33 | | C | F | 6.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 34 | | C | C-B | 20.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 35 | | C | B | 1.40 | 0.20 | X | | ☐ | ☐ | ☐ |

C - Chrysotile    NSD - No Structure Detected
TR - Tremolite    F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite    C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | D7 | C | F | 8.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 37 | | C | M-B | 12.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 38 | | C | F | 3.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 39 | G7 | C | M-F | 1.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 40 | G4 | C | C-B | 2.40 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 41 | | C | M-F | 2.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 42 | | C | F | 1.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 43 | | C | C-B | 1.80 | 0.30 | X | | ☐ | ☐ | ☐ |
| 44 | | C | F | 3.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 45 | | C | B | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| | | | | | | | | ☐ | ☐ | ☐ |

M40633    003

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster



























# TEM DUST ANALYSIS     M40633    004

**Dies and Hile, LLP**
**Houston and Amarillo**

Client Sample ID: El Paso 4

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/21/2006 |
| Filter Type: | MCE 47mm | Analyst: | MDMOUNT |
| Pore size: | 0.45 | Scope Number: | 2 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | Indicated Mag: | 25 KX |
| Analysis type: | Dust | Screen Mag: | 20 KX |
| Grid Acceptance | YES    30 % | Grid_box: | 7186 |

| Str < 5um: | 6 | Number of grids: | 2 | #1: 92 | #3: 92 | Average Grid Size: | 0.008464 |
|---|---|---|---|---|---|---|---|
| Str ≥5um: | 7 | Number of openings: | 10 | #2: 92 | #4: 92 | Total Area Analyzed: | 0.085 |
| Total Str: | 13 | | | | | | |

| Volume Filtered | 10 ml | Str / sqr ft | 1.851E+07 | Str / cm2 | 1.992E+04 |
|---|---|---|---|---|---|
| Dilution Factor | 10 | Str / sqr ft >=5 | 9.965E+06 | Str / cm2 >=5 | 1.073E+04 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| | BJ0-D4 | | NSD | | | | | ☐ | ☐ | ☐ |
| 1 | D8 | TR | M-B | 11.00 | 0.40 | X | M25821 | ☑ | ☐ | ☐ |
| 2 | | TR | M-B | 9.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 3 | G8 | C | F | 10.30 | 0.10 | X | M25821 | ☑ | ☐ | ☐ |
| 4 | G4 | TR | B | 2.00 | 0.30 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | B | 4.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| | F3 | | NSD | | | | | ☐ | ☐ | ☐ |
| 6 | B9-D4 | TR | M-F | 10.00 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 7 | | TR | M-B | 10.00 | 0.41 | X | X | ☐ | ☐ | ☐ |
| | C8 | | NSD | | | | | ☐ | ☐ | ☐ |
| 8 | G8 | C | B | 4.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 9 | G3 | C | M-B | 1.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | M-F | 4.50 | 0.10 | X | X | ☑ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 11 | | TR | M-B | 14.00 | 0.20 | X | X | ☐ | ☐ | ☐ |
| 12 | 15 | TR | B | 3.20 | 0.40 | X | X | ☑ | ☐ | ☐ |
| 13 | | TR | M-F | 7.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| | | | | | | | | ☐ | ☐ | ☐ |
| | | | | | | | | | M40633 | 004 |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster























# TEM DUST ANALYSIS    M40633   005

**Dies and Hile, LLP**
**Houston and Amarillo**

Client Sample ID:    El Paso 5

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/19/2006 | |
| Filter Type: | MCE 47mm | Analyst: | MDMOUNT | |
| Pore size: | 0.45 | Scope Number: | 2 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | YES    3 % | Grid_box: | 7195 | |

| | | |
|---|---|---|
| Str < 5um: 48 | Number of grids: **2**  #1: 94  #3: 94 | Average Grid Size: 0.008836 |
| Str ≥5um: 18 | Number of openings: **10**  #2: 94  #4: 94 | Total Area Analyzed: 0.088 |
| Total Str: 66 | | |

| | | | |
|---|---|---|---|
| Volume Filtered | 0.1 ml | Str / sqr ft  **9.000E+09** | Str / cm2  **9.688E+06** |
| Dilution Factor | 1000 | Str / sqr ft  >=5  **2.455E+09** | Str / cm2  >=5  **2.642E+06** |

| Str# | SquareID | Type | Structure | Length | Width | Morph | SAED | EDS | Photo | Sketch |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A9-D4 | C | C-B | 13.00 | 0.10 | X | M25815 | ✔ | ✔ | ☐ |
| 2 | | C | B | 2.80 | 0.03 | X | X | ✔ | ☐ | ☐ |
| 3 | | C | M-F | 6.00 | 0.03 | X | X | ✔ | ☐ | ☐ |
| 4 | | C | F | 1.20 | 0.03 | X | X | ✔ | ☐ | ☐ |
| 5 | | C | M-F | 12.00 | 0.03 | X | X | ✔ | ☐ | ☐ |
| 6 | | C | C-F | 1.00 | 0.02 | X | X | ✔ | ☐ | ☐ |
| 7 | D7 | C | M-B | 1.20 | 0.02 | X | X | ✔ | ☐ | ☐ |
| 8 | G7 | C | C-B | 13.50 | 0.20 | X | X | ✔ | ☐ | ☐ |
| 9 | | C | B | 4.10 | 0.10 | X | X | ✔ | ☐ | ☐ |
| 10 | | C | M-B | 3.00 | 0.10 | X | X | ✔ | ☐ | ☐ |
| 11 | | C | B | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 12 | | C | C-B | 8.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 13 | G4 | C | B | 1.40 | 0.02 | X | | ☐ | ☐ | ☐ |

| | |
|---|---|
| C - Chrysotile | NSD - No Structure Detected |
| TR - Tremolite | F - Fiber |
| CR - Crocidolite | B - Bundle |
| AN - Anthophyllite | M - Matrix |
| AC - Actinolite | C - Cluster |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | C | C-F | 2.40 | 0.02 | X | | ☐ | ☐ | ☐ |
| 15 | | C | F | 8.50 | 0.03 | X | | ☐ | ☐ | ☐ |
| 16 | | C | M-B | 20.00 | 0.50 | X | | ☐ | ☐ | ☐ |
| 17 | | C | C-F | 2.40 | 0.03 | X | | ☐ | ☐ | ☐ |
| 18 | E2 | C | C-F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 19 | | C | F | 12.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 20 | | C | M-F | 6.00 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | C-F | 2.30 | 0.03 | X | | ☐ | ☐ | ☐ |
| 22 | | C | M-F | 1.60 | 0.03 | X | | ☐ | ☐ | ☐ |
| 23 | | C | F | 7.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 24 | | C | B | 1.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 25 | A10-D4 | C | M-F | 1.20 | 0.02 | X | | ☐ | ☐ | ☐ |
| 26 | | C | M-F | 2.40 | 0.02 | X | | ☐ | ☐ | ☐ |
| 27 | | C | M-F | 1.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 28 | | C | B | 22.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 29 | | C | B | 3.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 30 | | C | F | 2.20 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | F | 2.10 | 0.05 | X | | ☐ | ☐ | ☐ |
| 32 | | C | | 1.40 | 0.02 | X | | ☐ | ☐ | ☐ |
| 33 | | C | F | 1.20 | 0.02 | X | | ☐ | ☐ | ☐ |
| 34 | | C | F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 35 | | C | B | 1.10 | 0.20 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 | D7 | C | C-F | 4.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 37 | | C | B | 1.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 38 | | C | B | 8.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 39 | | C | F | 1.00 | 0.01 | X | | ☐ | ☐ | ☐ |
| 40 | | C | F | 0.80 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 41 | | C | M-F | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 42 | | C | B | 1.20 | 2.00 | X | | ☐ | ☐ | ☐ |
| 43 | | C | M-F | 1.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 44 | | C | F | 1.60 | 0.03 | X | | ☐ | ☐ | ☐ |
| 45 | | C | M-F | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 46 | | C | B | 3.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 47 | | C | B | 1.30 | 0.08 | X | | ☐ | ☐ | ☐ |
| 48 | | C | B | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 49 | | C | F | 1.00 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 50 | | C | F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 51 | G7 | C | M-F | 4.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 52 | | C | M-F | 16.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 53 | | C | M-F | 5.50 | 0.02 | X | | ☐ | ☐ | ☐ |
| 54 | | C | B | 2.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 55 | | C | M-B | 2.60 | 0.20 | X | | ☐ | ☐ | ☐ |
| 56 | | C | C-F | 13.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 57 | G4 | C | M-F | 1.60 | 0.02 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|-----------|--------|-------|--------|-------|------|--------|---------|
| 58 |    | C | F | 0.70 | 0.05 | X |   |   |   |   |
|    |    |   |   |      |      |   |   | ☐ | ☐ | ☐ |
| 59 |    | C | C-F | 1.50 | 0.03 | X | X |   |   |   |
|    |    |   |   |      |      |   |   | ☑ | ☐ | ☐ |
| 60 | E2 | C |   | 14.20 | 0.02 | X |   |   |   |   |
|    |    |   |   |      |      |   |   | ☐ | ☐ | ☐ |
| 61 |    | C | M-B | 1.20 | 0.02 | X |   |   |   |   |
|    |    |   |   |      |      |   |   | ☐ | ☐ | ☐ |
| 62 |    | C | B | 15.00 | 0.10 | X |   |   |   |   |
|    |    |   |   |      |      |   |   | ☐ | ☐ | ☐ |
| 63 |    | C | F | 1.20 | 0.03 | X |   |   |   |   |
|    |    |   |   |      |      |   |   | ☐ | ☐ | ☐ |
| 64 |    | C | F | 4.00 | 0.03 | X |   |   |   |   |
|    |    |   |   |      |      |   |   | ☐ | ☐ | ☐ |
| 65 |    | C | F | 0.60 | 0.01 | X |   |   |   |   |
|    |    |   |   |      |      |   |   | ☐ | ☐ | ☐ |
| 66 |    | C | B | 14.80 | 0.15 | X |   |   |   |   |
|    |    |   |   |      |      |   |   | ☐ | ☐ | ☐ |
|    |    |   |   |      |      |   |   |   | M40633 | 005 |

C - Chrysotile    NSD - No Structure Detected
TR - Tremolite    F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite    C - Cluster





























