











# Public Works Building and Annex
### 611 Walker Street

# TEM DUST ANALYSIS    M40633   009

**Dies and Hile, LLP**
**Houston and Amarillo**

Client Sample ID: 9

| Sample Area/ Volume: | 100 cm2 | | Date Analyzed: | 10/11/2006 | |
|---|---|---|---|---|---|
| Filter Type: | MCE 47mm | | Analyst: | Kevin Simpson | |
| Pore size: | 0.45 | | Scope Number: | 3 | |
| Effective Filter Area: | 1297 | | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | | Screen Mag: | 20 | KX |
| Grid Acceptance | Yes | 5 % | Grid_box: | 7186 | |

| Str < 5um: | 10 | Number of grids: | 2 | #1: 106 | #3: 105 | Average Grid Size: | 0.010920 |
|---|---|---|---|---|---|---|---|
| Str ≥5um: | 0 | Number of openings: | 10 | #2: 104 | #4: 103 | Total Area Analyzed: | 0.109 |
| Total Str: | 10 | | | | | | |

| Volume Filtered | 2 | ml | Str / sqr ft | 5.517E+07 | Str / cm2 | 5.939E+04 |
|---|---|---|---|---|---|---|
| Dilution Factor | 50 | | Str / sqr ft >=5 | 0.000E+00 | Str / cm2 >=5 | 0.000E+00 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A1-B3 | C | F | 2.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| | B4 | | NSD | | | | | ☐ | ☐ | ☐ |
| | B5 | | NSD | | | | | ☐ | ☐ | ☐ |
| 2 | B6 | C | M-F | 0.50 | 0.05 | X | M36327 | ☑ | ☐ | ☐ |
| 3 | | C | F | 0.60 | 5.00 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | F | 2.20 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 0.80 | 0.10 | X | X | ☑ | ☐ | ☐ |
| | B7 | | NSD | | | | | ☐ | ☐ | ☐ |
| | A2-13 | | NSD | | | | | ☐ | ☐ | ☐ |
| 6 | H3 | C | F | 0.90 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | F | 3.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 8 | G3 | C | F | 3.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 9 | F3 | C | F | 0.90 | 0.10 | X | X | ☑ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 10 | E3 | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| | | | | | | | | | M40633 | 009 |

C - Chrysotile       NSD - No Structure Detected
TR - Tremolite      F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite   M - Matrix
AC - Actinolite     C - Cluster





















# TEM DUST ANALYSIS    M40633   010

**Dies and Hile, LLP**
**Houston and Amarillo**

Client Sample ID:    PWB 2

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/20/2006 |
| Filter Type: | MCE 47mm | Analyst: | MDMOUNT |
| Pore size: | 0.45 | Scope Number: | 2 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | Indicated Mag: | 25 KX |
| Analysis type: | Dust | Screen Mag: | 20 KX |
| Grid Acceptance | YES   3 % | Grid_box: | 7195 |

| | | | |
|---|---|---|---|
| Str < 5um: 65 | Number of grids: 2   #1: 100   #3: 100 | Average Grid Size: 0.010000 | |
| Str ≥ 5um: 11 | Number of openings: 10   #2: 100   #4: 100 | Total Area Analyzed: 0.100 | |
| Total Str: 76 | | | |
| Volume Filtered   0.08 ml | Str / sqr ft   1.145E+10 | Str / cm2   1.232E+07 | |
| Dilution Factor   1250 | Str / sqr ft  >=5   1.657E+09 | Str / cm2  >=5   1.783E+06 | |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B7-E2 | C | M-B | 2.80 | 0.02 | X | M25820 | ☑ | ☐ | ☐ |
| 2 | | C | F | 2.10 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | M-F | 2.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | C-B | 9.00 | 0.08 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | B | 4.60 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | B | 1.20 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 7 | D6 | C | F | 3.60 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | M-F | 1.60 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | M-B | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | M-F | 5.60 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 12 | | C | B | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 13 | | C | F | 2.80 | 0.03 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 | | C | F | 1.00 | 0.03 | X | | | | |
| 15 | G7 | C | F | 0.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 16 | | C | B | 2.10 | 0.15 | X | | ☐ | ☐ | ☐ |
| 17 | | C | F | 1.00 | 0.01 | X | | ☐ | ☐ | ☐ |
| 18 | | C | B | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 19 | | C | F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 20 | | C | F | 0.80 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 21 | G4 | C | M-B | 1.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 22 | | C | M-B | 5.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 23 | | C | C-B | 4.60 | 0.20 | X | | ☐ | ☐ | ☐ |
| 24 | | C | F | 0.80 | 0.01 | X | | ☐ | ☐ | ☐ |
| 25 | | C | M-B | 2.50 | 0.40 | X | | ☐ | ☐ | ☐ |
| 26 | F3 | C | M-F | 1.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 27 | | C | B | 1.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 28 | | C | F | 7.50 | 0.03 | X | | ☐ | ☐ | ☐ |
| 29 | | C | F | 1.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 30 | | C | C-B | 4.10 | 0.40 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | M-F | 1.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 32 | | C | M-B | 2.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 33 | B6-C5 | C | B | 6.40 | 0.15 | X | | ☐ | ☐ | ☐ |
| 34 | | C | M-F | 1.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 35 | | C | F | 3.20 | 0.02 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 | | C | M-F | 4.10 | 0.03 | X | | ☐ | ☐ | ☐ |
| 37 | | C | M-F | 1.20 | 0.02 | X | | ☐ | ☐ | ☐ |
| 38 | D7 | C | B | 2.30 | 0.08 | X | | ☐ | ☐ | ☐ |
| 39 | | C | M-F | 2.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 40 | | C | F | 10.00 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 41 | | C | M-B | 1.80 | 0.15 | X | | ☐ | ☐ | ☐ |
| 42 | | C | C-F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 43 | | C | NSD | 1.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 44 | | C | M-F | 7.20 | 0.01 | X | | ☐ | ☐ | ☐ |
| 45 | | C | B | 2.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 46 | | C | M-B | 7.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 47 | | C | M-B | 2.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 48 | | C | M-B | 1.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 49 | G7 | C | B | 1.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 50 | | C | F | 1.00 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 51 | | C | M-F | 1.00 | 0.01 | X | | ☐ | ☐ | ☐ |
| 52 | | C | M-B | 4.40 | 0.20 | X | | ☐ | ☐ | ☐ |
| 53 | | C | F | 6.00 | 0.01 | X | | ☐ | ☐ | ☐ |
| 54 | | C | F | 2.60 | 0.03 | X | | ☐ | ☐ | ☐ |
| 55 | | C | M-F | 4.10 | 0.03 | X | | ☐ | ☐ | ☐ |
| 56 | | C | F | 1.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 57 | G4 | C | M-F | 1.00 | 0.02 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 58 | | C | B | 1.40 | 0.15 | X | | ☐ | ☐ | ☐ |
| 59 | | C | M-F | 2.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 60 | | C | B | 2.20 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 61 | | C | F | 1.50 | 0.03 | X | | ☐ | ☐ | ☐ |
| 62 | | C | F | 0.80 | 0.01 | X | | ☐ | ☐ | ☐ |
| 63 | | C | B | 1.20 | 5.00 | X | | ☐ | ☐ | ☐ |
| 64 | | C | B | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 65 | | C | F | 1.20 | 0.02 | X | | ☐ | ☐ | ☐ |
| 66 | | C | M-B | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 67 | F9 | C | M-B | 2.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 68 | | C | M-F | 3.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 69 | | C | M-F | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 70 | | C | M-F | 7.00 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 71 | | C | B | 6.00 | 1.00 | X | | ☐ | ☐ | ☐ |
| 72 | | C | M-B | 4.50 | 0.20 | X | | ☐ | ☐ | ☐ |
| 73 | | C | C-B | 4.40 | 0.30 | X | | ☐ | ☐ | ☐ |
| 74 | | C | F | 2.20 | 0.01 | X | | ☐ | ☐ | ☐ |
| 75 | | C | M-B | 2.00 | 0.25 | X | | ☐ | ☐ | ☐ |
| 76 | | C | M-B | 1.80 | 0.20 | X | | ☐ | ☐ | ☐ |

M40633    010

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

































# Amarillo Air Terminal

### Amarillo International Airport

# TEM DUST ANALYSIS    M40633   011

**Dies and Hile, LLP**
**Houston and Amarillo**

Client Sample ID:    AAT 1

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/12/2006 |
| Filter Type: | MCE 47mm | Analyst: | Kevin Simpson |
| Pore size: | 0.45 | Scope Number: | 3 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100   KV |
| Sample type: | Dust | Indicated Mag: | 25   KX |
| Analysis type: | Dust | Screen Mag: | 20   KX |
| Grid Acceptance | Yes    7 % | Grid_box: | 7186 |

| | | | |
|---|---|---|---|
| Str < Sum: 99 | Number of grids: 2 | #1: 105   #3: 104 | Average Grid Size: 0.010920 |
| Str ≥ Sum: 17 | Number of openings: 5 | #2: 103   #4: 106 | Total Area Analyzed: 0.055 |
| Total Str: 116 | | | |
| Volume Filtered 0.2 ml | Str / sqr ft | **1.280E+10** | Str / cm2 **1.378E+07** |
| Dilution Factor 500 | Str / sqr ft >=5 | **1.876E+09** | Str / cm2 >=5 **2.019E+06** |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C2-14 | C | F | 3.70 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | F | 1.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | F | 6.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | F | 4.00 | 0.10 | X | M36328 | ☑ | ☑ | ☐ |
| 5 | | C | B | 1.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | F | 7.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | B | 6.20 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | C-F | 3.00 | 1.00 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | B | 4.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | B | 4.30 | 0.20 | X | | ☐ | ☐ | ☐ |
| 12 | | C | M-F | 0.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 13 | | C | F | 1.50 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | C | F | 4.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 15 | | C | | 1.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 16 | | C | B | 4.50 | 0.20 | X | | ☐ | ☐ | ☐ |
| 17 | | C | F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 18 | | C | F | 2.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 19 | | C | F | 6.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 20 | | C | F | 2.30 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | F | 2.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 22 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 23 | | C | F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 24 | G4 | C | M-F | 1.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 25 | | C | B | 3.00 | 0.12 | X | | ☐ | ☐ | ☐ |
| 26 | | C | F | 0.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 27 | | C | F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 28 | | C | F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 29 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 30 | | C | F | 8.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | F | 2.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 32 | | C | F | 3.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 33 | | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 34 | | C | B | 2.20 | 0.30 | X | | ☐ | ☐ | ☐ |
| 35 | | C | F | 1.60 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite         B - Bundle
AN - Anthophyllite       M - Matrix
AC - Actinolite          C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | C | F | 0.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 37 | | C | B | 2.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 38 | | C | B | 2.00 | 0.13 | X | | ☐ | ☐ | ☐ |
| 39 | | C | B | 10.50 | 0.12 | X | | ☐ | ☐ | ☐ |
| 40 | | C | F | 3.30 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 41 | | C | F | 2.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 42 | | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 43 | | C | M-B | 0.80 | 0.20 | X | | ☐ | ☐ | ☐ |
| 44 | | C | F | 4.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 45 | | C | B | 6.70 | 0.40 | X | | ☐ | ☐ | ☐ |
| 46 | | C | F | 0.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 47 | | C | F | 4.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 48 | | C | B | 1.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 49 | | C | B | 0.80 | 0.20 | X | | ☐ | ☐ | ☐ |
| 50 | | C | F | 0.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 51 | | C | F | 2.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 52 | | C | F | 0.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 53 | | C | B | 2.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 54 | C1-D5 | C | B | 2.30 | 0.25 | X | | ☐ | ☐ | ☐ |
| 55 | | C | B | 1.70 | 0.15 | X | | ☐ | ☐ | ☐ |
| 56 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 57 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite          C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 58 | | C | B | 2.30 | 0.12 | X | | ☐ | ☐ | ☐ |
| 59 | | C | B | 2.00 | 0.30 | X | | ☐ | ☐ | ☐ |
| 60 | | C | B | 0.80 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 61 | | C | F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 62 | | C | F | 0.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 63 | | C | F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 64 | | C | B | 2.50 | 0.20 | X | | ☐ | ☐ | ☐ |
| 65 | | C | F | 1.10 | 0.10 | X | | ☐ | ☐ | ☐ |
| 66 | | C | B | 4.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 67 | | C | F | 2.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 68 | | C | F | 2.10 | 0.10 | X | | ☐ | ☐ | ☐ |
| 69 | | C | F | 2.10 | 0.10 | X | | ☐ | ☐ | ☐ |
| 70 | | C | F | 4.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 71 | | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 72 | D7 | C | C-F | 4.00 | 1.50 | X | | ☐ | ☐ | ☐ |
| 73 | | C | F | 1.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 74 | | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 75 | | C | F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 76 | | C | B | 1.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 77 | | C | B | 5.50 | 0.20 | X | | ☐ | ☐ | ☐ |
| 78 | | C | F | 6.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 79 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile     NSD - No Structure Detected
TR - Tremolite     F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite     C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 | | C | F | 1.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 81 | | C | F | 1.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 82 | | C | F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 83 | | C | F | 4.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 84 | | C | F | 9.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 85 | | C | F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 86 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 87 | | C | F | 2.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 88 | | C | F | 25.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 89 | | C | F | 3.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 90 | | C | F | 6.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 91 | | C | B | 3.00 | 0.12 | X | | ☐ | ☐ | ☐ |
| 92 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 93 | | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 94 | | C | B | 7.20 | 0.25 | X | | ☐ | ☐ | ☐ |
| 95 | | C | F | 1.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 96 | D9 | C | F | 15.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 97 | | C | B | 4.30 | 0.30 | X | | ☐ | ☐ | ☐ |
| 98 | | C | F | 2.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 99 | | C | | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 100 | | C | F | 3.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 101 | | C | F | 7.00 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 102 | C | F | 2.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 103 | C | F | 5.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 104 | C | F | 3.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 105 | C | F | 1.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 106 | C | F | 5.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 107 | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 108 | C | F | 2.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 109 | C | F | 3.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 110 | C | F | 3.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 111 | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 112 | C | F | 3.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 113 | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 114 | C | B | 2.50 | 0.20 | X | | ☐ | ☐ | ☐ |
| 115 | C | B | 1.60 | 0.20 | X | | ☐ | ☐ | ☐ |
| 116 | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |

M40633   011

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster



























