











# TEM DUST ANALYSIS    M40633  012

**Dies and Hile, LLP**
**Houston and Amarillo**

| | | | |
|---|---|---|---|
| | | Client Sample ID: | AAT 3 |

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/21/2006 | |
| Filter Type: | MCE 47mm | Analyst: | MDMOUNT | |
| Pore size: | 0.45 | Scope Number: | 2 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | YES | 3 % | Grid_box: | 7185 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Str < 5um: | 86 | Number of grids: | 2 | #1: 92 | #3: 92 | Average Grid Size: | 0.008464 | |
| Str ≥ 5um: | 11 | Number of openings: | 6 | #2: 92 | #4: 92 | Total Area Analyzed: | 0.051 | |
| Total Str: | 97 | | | | | | | |
| Volume Filtered | 0.02 ml | **Str / sqr ft** | **1.151E+11** | | | **Str / cm2** | **1.239E+08** | |
| Dilution Factor | 5000 | **Str / sqr ft  >=5** | **1.305E+10** | | | **Str / cm2   >=5** | **1.405E+07** | |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A4-D4 | C | M-B | 2.00 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | M-B | 1.20 | 0.20 | X | M25823 | ☑ | ☐ | ☐ |
| 3 | | C | B | 2.40 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | C-F | 2.50 | 0.40 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | B | 1.50 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | C-B | 0.80 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | F | 1.70 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | C-B | 2.20 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | C-F | 4.00 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | M-F | 1.20 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 3.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 12 | | C | F | 3.20 | 0.02 | X | | ☐ | ☐ | ☐ |
| 13 | | C | B | 3.60 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 | D7 | C | F | 1.40 | 0.02 | X | | ☐ | ☐ | ☐ |
| 15 | | C | B | 1.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 16 | | C | C-F | 6.40 | 0.03 | X | | ☐ | ☐ | ☐ |
| 17 | | C | F | 2.30 | 0.02 | X | | ☐ | ☐ | ☐ |
| 18 | | C | F | 1.00 | 0.01 | X | | ☐ | ☐ | ☐ |
| 19 | | C | B | 2.60 | 0.35 | X | | ☐ | ☐ | ☐ |
| 20 | | C | M-B | 8.80 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | F | 2.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 22 | | C | M-B | 2.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 23 | | C | M-F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 24 | | C | F | 2.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 25 | | C | M-F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 26 | | C | M-B | 5.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 27 | | C | M-F | 1.40 | 0.02 | X | | ☐ | ☐ | ☐ |
| 28 | | C | M-B | 1.20 | 0.02 | X | | ☐ | ☐ | ☐ |
| 29 | G7 | C | F | 2.10 | 0.02 | X | | ☐ | ☐ | ☐ |
| 30 | | C | F | 3.40 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | C-F | 2.10 | 0.10 | X | | ☐ | ☐ | ☐ |
| 32 | | C | F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 33 | | C | F | 0.80 | 0.01 | X | | ☐ | ☐ | ☐ |
| 34 | | C | B | 3.50 | 0.05 | X | | ☐ | ☐ | ☐ |
| 35 | | C | B | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |

C - Chrysotile     NSD - No Structure Detected
TR - Tremolite     F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite   M - Matrix
AC - Actinolite     C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 | | C | B | 1.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 37 | | C | B | 5.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 38 | | C | M-F | 1.20 | 0.02 | X | | ☐ | ☐ | ☐ |
| 39 | | C | M-F | 0.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 40 | | C | M-F | 1.00 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 41 | | C | M-B | 14.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 42 | | C | M-F | 3.00 | 0.01 | X | | ☐ | ☐ | ☐ |
| 43 | | C | F | 1.20 | 0.02 | X | | ☐ | ☐ | ☐ |
| 44 | | C | M-F | 1.40 | 0.02 | X | | ☐ | ☐ | ☐ |
| 45 | | C | M-F | 2.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 46 | | C | M-F | 2.60 | 0.03 | X | | ☐ | ☐ | ☐ |
| 47 | | C | M-F | 1.20 | 0.02 | X | | ☐ | ☐ | ☐ |
| 48 | | C | B | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 49 | | C | F | 0.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 50 | | C | F | 2.30 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 51 | | C | B | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 52 | | C | F | 1.00 | 0.01 | X | | ☐ | ☐ | ☐ |
| 53 | | C | M-F | 1.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 54 | | C | F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 55 | | C | B | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 56 | | C | M-F | 1.20 | 0.02 | X | | ☐ | ☐ | ☐ |
| 57 | AS-D4 | C | B | 2.40 | 0.05 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 58 | | C | B | 1.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 59 | | C | M-B | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 60 | | C | C-B | 6.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 61 | | C | M-F | 0.70 | 0.02 | X | | ☐ | ☐ | ☐ |
| 62 | | C | F | 2.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 63 | | C | B | 6.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 64 | | C | F | 2.40 | 0.02 | X | | ☐ | ☐ | ☐ |
| 65 | | C | B | 1.60 | 0.03 | X | | ☐ | ☐ | ☐ |
| 66 | | C | B | 0.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 67 | | C | M-F | 1.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 68 | | C | M-F | 1.20 | 0.02 | X | | ☐ | ☐ | ☐ |
| 69 | | C | B | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 70 | | C | C-F | 3.00 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 71 | | C | M-B | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 72 | | C | M-F | 4.40 | 0.02 | X | | ☐ | ☐ | ☐ |
| 73 | | C | B | 0.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 74 | | C | B | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 75 | | C | F | 0.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 76 | | C | B | 1.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 77 | | C | M-B | 16.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 78 | | C | M-B | 3.80 | 0.20 | X | | ☐ | ☐ | ☐ |
| 79 | | C | B | 1.50 | 0.02 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite         B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite          C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 80 | | C | | 0.80 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 81 | | C | F | 1.20 | 0.01 | X | | ☐ | ☐ | ☐ |
| 82 | D7 | C | B | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 83 | | C | F | 2.20 | 0.02 | X | | ☐ | ☐ | ☐ |
| 84 | | C | F | 1.00 | 0.01 | X | | ☐ | ☐ | ☐ |
| 85 | | C | B | 2.60 | 0.01 | X | | ☐ | ☐ | ☐ |
| 86 | | C | C-F | 1.20 | 0.01 | X | | ☐ | ☐ | ☐ |
| 87 | | C | B | 1.30 | 0.15 | X | | ☐ | ☐ | ☐ |
| 88 | | C | C-F | 2.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 89 | | C | M-B | 3.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 90 | | C | B | 1.20 | 0.15 | X | X | ☑ | ☐ | ☐ |
| 91 | | C | C-F | 1.50 | 0.02 | X | | ☐ | ☐ | ☐ |
| 92 | | C | C-B | 4.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 93 | | C | M-F | 6.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 94 | | C | B | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 95 | | C | B | 1.20 | 0.15 | X | | ☐ | ☐ | ☐ |
| 96 | | C | M-B | 4.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 97 | | C | F | 28.00 | 0.03 | X | | ☐ | ☐ | ☐ |

M40633    012

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite        C - Cluster





































# TEM DUST ANALYSIS    M40633   013

| Dies and Hile, LLP | | Client Sample ID: | 13 |
| --- | --- | --- | --- |
| Houston and Amarillo | | | |

| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/12/2006 |
| --- | --- | --- | --- |
| Filter Type: | MCE 47mm | Analyst: | Kevin Simpson |
| Pore size: | 0.45 | Scope Number: | 3 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100   KV |
| Sample type: | Dust | Indicated Mag: | 25   KX |
| Analysis type: | Dust | Screen Mag: | 20   KX |
| Grid Acceptance | Yes     5 % | Grid_box: | 7186 |

| Str < 5um: | 90 | Number of grids: | 2 | #1: 105 | #3: 103 | Average Grid Size: | 0.010919 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Str ≥5um: | 11 | Number of openings: | 5 | #2: 104 | #4: 106 | Total Area Analyzed: | 0.055 |
| Total Str: | 101 | | | | | | |

| Volume Filtered | 0.2 ml | Str / sqr ft | 1.115E+10 | Str / cm2 | 1.200E+07 |
| --- | --- | --- | --- | --- | --- |
| Dilution Factor | 500 | Str / sqr ft  >=5 | 1.214E+09 | Str / cm2  >=5 | 1.307E+06 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | E1-G2 | C | B | 2.00 | 0.20 | X | M36329 | ☑ | ☑ | ☐ |
| 2 | | C | F | 3.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | B | 1.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | B | 2.20 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | C-F | 2.00 | 1.00 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | F | 3.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 2.40 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | B | 3.20 | 0.25 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | B | 2.00 | 0.12 | | | ☐ | ☐ | ☐ |
| 12 | | C | M-B | 2.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 13 | | C | C-F | 1.80 | 1.00 | | | ☐ | ☐ | ☐ |

C – Chrysotile        NSD – No Structure Detected
TR – Tremolite        F – Fiber
CR – Crocidolite       B – Bundle
AN – Anthophyllite     M – Matrix
AC – Actinolite        C – Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | C | F | 2.30 | 0.10 | | | ☐ | ☐ | ☐ |
| 15 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 16 | | C | F | 1.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 17 | | C | B | 1.20 | 0.30 | | | ☐ | ☐ | ☐ |
| 18 | | C | B | 1.00 | 0.15 | | | ☐ | ☐ | ☐ |
| 19 | | C | B | 2.00 | 0.30 | | | ☐ | ☐ | ☐ |
| 20 | | C | F | 0.80 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | B | 1.00 | 0.18 | | | ☐ | ☐ | ☐ |
| 22 | | C | F | 0.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 23 | | C | M-F | 0.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 24 | G4 | C | F | 0.90 | 0.10 | | | ☐ | ☐ | ☐ |
| 25 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 26 | | C | B | 10.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 27 | | C | F | 0.90 | 0.10 | | | ☐ | ☐ | ☐ |
| 28 | | C | F | 3.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 29 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 30 | | C | B | 20.00 | 0.20 | M36331 | M36330 | ☑ | ☑ | ☐ |
| 31 | | C | B | 2.30 | 0.25 | | | ☐ | ☐ | ☐ |
| 32 | | C | M-B | 2.00 | 0.30 | | | ☐ | ☐ | ☐ |
| 33 | | C | C-F | 1.50 | 1.00 | | | ☐ | ☐ | ☐ |
| 34 | | C | F | 1.70 | 0.10 | | | ☐ | ☐ | ☐ |
| 35 | | C | F | 0.90 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 | | C | F | 0.90 | 0.10 | | | ☐ | ☐ | ☐ |
| 37 | | C | B | 4.00 | 0.40 | | | ☐ | ☐ | ☐ |
| 38 | | C | F | 3.70 | 0.10 | | | ☐ | ☐ | ☐ |
| 39 | | C | B | 1.20 | 0.20 | | | ☐ | ☐ | ☐ |
| 40 | | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 41 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 42 | | C | B | 1.10 | 0.13 | | | ☐ | ☐ | ☐ |
| 43 | | C | F | 1.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 44 | | C | F | 0.60 | 0.05 | | | ☐ | ☐ | ☐ |
| 45 | | C | M-F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 46 | | C | B | 14.50 | 0.13 | | | ☐ | ☐ | ☐ |
| 47 | | C | B | 1.00 | 0.30 | | | ☐ | ☐ | ☐ |
| 48 | | C | F | 0.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 49 | EI-C4 | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 50 | | C | F | 1.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 51 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 52 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 53 | | C | B | 2.80 | 0.22 | | | ☐ | ☐ | ☐ |
| 54 | | C | B | 5.00 | 0.40 | | | ☐ | ☐ | ☐ |
| 55 | | C | B | 4.60 | 0.60 | | | ☐ | ☐ | ☐ |
| 56 | | C | F | 10.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 57 | | C | F | 1.70 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite         B - Bundle
AN - Anthophyllite       M - Matrix
AC - Actinolite          C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 58 | | C | F | 3.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 59 | | C | C-F | 8.00 | 4.00 | | | ☐ | ☐ | ☐ |
| 60 | | C | C-F | 16.00 | 3.00 | X | X | ☑ | ☐ | ☐ |
| 61 | | C | B | 2.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 62 | | C | B | 2.50 | 0.40 | | | ☐ | ☐ | ☐ |
| 63 | | C | F | 1.90 | 0.10 | | | ☐ | ☐ | ☐ |
| 64 | | C | F | 0.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 65 | | C | F | 0.90 | 0.10 | | | ☐ | ☐ | ☐ |
| 66 | | C | B | 0.90 | 0.13 | | | ☐ | ☐ | ☐ |
| 67 | | C | F | 0.90 | 0.10 | | | ☐ | ☐ | ☐ |
| 68 | | C | F | 6.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 69 | | C | F | 3.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 70 | | C | F | 4.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 71 | | C | F | 2.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 72 | | C | F | 1.30 | 0.10 | | | ☐ | ☐ | ☐ |
| 73 | C6 | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 74 | | C | M-B | 2.20 | 0.30 | | | ☐ | ☐ | ☐ |
| 75 | | C | F | 3.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 76 | | C | F | 0.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 77 | | C | F | 4.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 78 | | C | F | 0.70 | 0.10 | | | ☐ | ☐ | ☐ |
| 79 | | C | F | 1.30 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 80 | | C | B | 4.20 | 0.20 | X | X | ☐ | ☐ | ☐ |
| 81 | | C | F | 2.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 82 | | C | B | 1.50 | 0.40 | | | ☐ | ☐ | ☐ |
| 83 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 84 | | C | F | 0.90 | 0.10 | | | ☐ | ☐ | ☐ |
| 85 | | C | F | 4.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 86 | | C | F | 0.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 87 | | C | C-F | 4.00 | 4.00 | | | ☐ | ☐ | ☐ |
| 88 | | C | B | 6.00 | 0.40 | | | ☐ | ☐ | ☐ |
| 89 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 90 | | C | F | 3.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 91 | | C | F | 8.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 92 | | C | F | 4.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 93 | C8 | C | F | 3.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 94 | | C | B | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 95 | | C | F | 0.90 | 0.10 | | | ☐ | ☐ | ☐ |
| 96 | | C | M-F | 3.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 97 | | C | B | 1.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 98 | | C | B | 5.00 | 0.50 | | | ☐ | ☐ | ☐ |
| 99 | | C | F | 0.70 | 0.10 | | | ☐ | ☐ | ☐ |
| 100 | | C | F | 0.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 101 | | C | B | 1.00 | 0.22 | | | ☐ | ☐ | ☐ |

C - Chrysotile     NSD - No Structure Detected
TR - Tremolite     F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite     C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
|       |           |       |            |        |       |        |       |      | M40633 | 013     |

C - Chrysotile      NSD - No Structure Detected
TR - Tremolite      F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite  M - Matrix
AC - Actinolite     C - Cluster







































# TEM DUST ANALYSIS    M40633   014

**Dies and Hile, LLP**

**Houston and Amarillo**

Client Sample ID:     AAT 6

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/20/2006 |
| Filter Type: | MCE 47mm | Analyst: | Kevin Simpson |
| Pore size: | 0.45 | Scope Number: | 3 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | Indicated Mag: | 25 KX |
| Analysis type: | Dust | Screen Mag: | 20 KX |
| Grid Acceptance | Yes    5 % | Grid_box: | 7186 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Str <5um: | 55 | Number of grids: | 2 | #1: 101 | #3: 104 | Average Grid Size: | 0.010454 |
| Str ≥5um: | 9 | Number of openings: | 10 | #2: 103 | #4: 101 | Total Area Analyzed: | 0.105 |
| Total Str: | 64 | | | | | | |

| | | | |
|---|---|---|---|
| Volume Filtered | 0.1 ml | Str / sqr ft **7.377E+09** | Str / cm2 **7.941E+06** |
| Dilution Factor | 1000 | Str / sqr ft >=5 **1.037E+09** | Str / cm2 >=5 **1.117E+06** |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B3-C2 | C | B | 2.00 | 0.20 | X | M36359 | ☑ | ☑ | ☐ |
| 2 | | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | F | 0.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | F | 3.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | B | 0.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | C4 | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | F | 0.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | F | 3.50 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 9 | C6 | C | F | 1.30 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | F | 0.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 12 | | C | F | 0.70 | 0.10 | | | ☐ | ☐ | ☐ |
| 13 | | C | C-F | 24.00 | 16.00 | | | ☐ | ☐ | ☐ |

C - Chrysotile      NSD - No Structure Detected
TR - Tremolite      F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite  M - Matrix
AC - Actinolite     C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 | | C | F | 3.40 | 0.10 | | | ☐ | ☐ | ☐ |
| 15 | | C | F | 16.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 16 | | C | F | 0.90 | 0.10 | | | ☐ | ☐ | ☐ |
| 17 | C8 | C | B | 3.50 | 0.20 | | | ☐ | ☐ | ☐ |
| 18 | | C | C-F | 12.00 | 3.00 | | | ☐ | ☐ | ☐ |
| 19 | | C | F | 1.00 | 0.10 | X | M36360 | ☑ | ☑ | ☐ |
| 20 | | C | F | 4.30 | 0.10 | | | ☐ | ☐ | ☐ |
| 21 | | C | F | 3.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 22 | | C | F | 0.60 | 0.05 | | | ☐ | ☐ | ☐ |
| 23 | C10 | C | F | 20.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 24 | | C | F | 2.70 | 0.10 | | | ☐ | ☐ | ☐ |
| 25 | | C | F | 3.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 26 | | C | F | 0.70 | 0.10 | | | ☐ | ☐ | ☐ |
| 27 | | C | C-F | 2.00 | 0.80 | | | ☐ | ☐ | ☐ |
| 28 | B2-H2 | C | F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 29 | | C | M-F | 4.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 30 | | C | M-F | 6.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 32 | | C | F | 0.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 33 | | C | F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 34 | H4 | C | B | 2.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 35 | | C | F | 1.20 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile       NSD - No Structure Detected
TR - Tremolite       F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | C | F | 12.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 37 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 38 | | C | F | 3.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 39 | | C | F | 3.50 | 0.05 | | | ☐ | ☐ | ☐ |
| 40 | | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 41 | | C | B | 20.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 42 | | C | F | 0.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 43 | | C | F | 0.90 | 0.05 | | | ☐ | ☐ | ☐ |
| 44 | | C | F | 1.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 45 | H6 | C | F | 4.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 46 | | C | F | 0.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 47 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 48 | | C | F | 1.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 49 | | C | F | 1.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 50 | | C | F | 6.00 | 0.10 | M36361 | X | ☑ | ☑ | ☐ |
| 51 | H8 | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 52 | | C | F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 53 | | C | F | 1.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 54 | | C | B | 4.00 | 0.30 | | | ☐ | ☐ | ☐ |
| 55 | | C | B | 3.50 | 0.50 | | | ☐ | ☐ | ☐ |
| 56 | | C | F | 4.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 57 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite         B - Bundle
AN - Anthophyllite       M - Matrix
AC - Actinolite          C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 58 | E8 | C | F | 1.00 | 0.10 | | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 59 | | C | F | 0.80 | 0.05 | | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 60 | | C | F | 6.80 | 0.10 | X | X | | | |
| | | | | | | | | ☑ | ☐ | ☐ |
| 61 | | C | F | 1.00 | 0.10 | | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 62 | | C | F | 0.80 | 0.10 | | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 63 | | C | F | 0.50 | 0.10 | | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 64 | | C | F | 3.00 | 0.05 | | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| | | | | | | | | | M40633 | 014 |

C - Chrysotile     NSD - No Structure Detected
TR - Tremolite     F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite     C - Cluster



