

























# Amarillo Chamber of Commerce – aka Bivins Bldg.

1000 South Polk Street

# TEM DUST ANALYSIS    M40633  015

**Dies and Hile, LLP**
**Houston and Amarillo**

Client Sample ID: 15

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | | Date Analyzed: | 10/12/2006 |
| Filter Type: | MCE 47mm | | Analyst: | Kevin Simpson |
| Pore size: | 0.45 | | Scope Number: | 3 |
| Effective Filter Area: | 1297 | | Accelerating Voltage: | 100  KV |
| Sample type: | Dust | | Indicated Mag: | 25  KX |
| Analysis type: | Dust | | Screen Mag: | 20  KX |
| Grid Acceptance | Yes | 4 % | Grid_box: | 7186 |

| Str < Sum: | 47 |
|---|---|
| Str ≥Sum: | 4 |
| Total Str: | 51 |

Number of grids: 2    #1: 103    #3: 105    Average Grid Size: 0.010919
Number of openings: 10    #2: 106    #4: 104    Total Area Analyzed: 0.109

| Volume Filtered | 0.2 ml |
|---|---|
| Dilution Factor | 500 |

Str / sqr ft    **2.814E+09**        Str  / cm2  **3.029E+06**
Str / sqr ft  >=5    **2.207E+08**        Str / cm2  >=5  **2.376E+05**

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C5-F5 | C | B | 2.00 | 0.30 | X | M36332 | ☑ | ☑ | ☐ |
| 2 | | C | F | 1.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | F | 1.30 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 1.30 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | F | 3.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | B | 3.50 | 0.30 | X | X | ☑ | ☐ | ☐ |
| 8 | F7 | C | F | 1.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | F | 1.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | B | 1.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 12 | F9 | C | M-F | 0.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 13 | | C | M-F | 3.00 | 0.05 | | | ☐ | ☐ | ☐ |

C - Chrysotile      NSD - No Structure Detected
TR - Tremolite      F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite   M - Matrix
AC - Actinolite      C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|-----------|--------|-------|--------|-------|------|--------|---------|
| 14 |  | C | F | 2.20 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 15 |  | C | B | 2.00 | 0.15 |  |  | ☐ | ☐ | ☐ |
| 16 |  | C | F | 2.00 | 0.05 |  |  | ☐ | ☐ | ☐ |
| 17 |  | C | M-B | 0.70 | 0.20 |  |  | ☐ | ☐ | ☐ |
| 18 | D6 |  | F | 0.80 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 19 |  | C | F | 5.50 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 20 |  | C | B | 2.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 21 |  | C | B | 7.00 | 0.20 |  |  | ☐ | ☐ | ☐ |
| 22 | D8 | C | F | 2.00 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 23 |  | C | F | 2.20 | 0.05 |  |  | ☐ | ☐ | ☐ |
| 24 |  | C | F | 0.80 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 25 |  | C | F | 4.20 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 26 |  | C | F | 1.00 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 27 |  | C | B | 3.50 | 0.20 |  |  | ☐ | ☐ | ☐ |
| 28 | C1-J5 | C | F | 0.80 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 29 |  | C | F | 1.80 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 30 |  | C | F | 0.80 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 31 |  | C | B | 2.00 | 0.20 |  |  | ☐ | ☐ | ☐ |
| 32 |  | C | B | 1.00 | 0.20 |  |  | ☐ | ☐ | ☐ |
| 33 |  | C | F | 0.60 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 34 |  | C | B | 4.00 | 0.20 |  |  | ☐ | ☐ | ☐ |
| 35 |  | C | F | 4.00 | 0.10 |  |  | ☐ | ☐ | ☐ |

C - Chrysotile       NSD - No Structure Detected
TR - Tremolite       F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite   M - Matrix
AC - Actinolite      C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 | H5 | C | B | 6.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 37 | | C | F | 1.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 38 | | C | F | 0.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 39 | | C | M-F | 3.80 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 40 | F5 | C | F | 0.90 | 0.10 | | | ☐ | ☐ | ☐ |
| 41 | | C | M-F | 3.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 42 | D5 | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 43 | | C | B | 3.50 | 0.30 | | | ☐ | ☐ | ☐ |
| 44 | | C | F | 2.60 | 0.05 | | | ☐ | ☐ | ☐ |
| 45 | | C | F | 3.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 46 | | C | F | 5.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 47 | | C | F | 4.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 48 | | C | F | 0.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 49 | G3 | C | F | 3.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 50 | | C | F | 2.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 51 | | C | B | 3.00 | 0.13 | | | ☐ | ☐ | ☐ |

M40633   015

C - Chrysotile     NSD - No Structure Detected
TR - Tremolite     F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite     C - Cluster































# TEM DUST ANALYSIS    M40633   016

**Dies and Hile, LLP**

**Houston and Amarillo**

| | | | | |
|---|---|---|---|---|
| | | Client Sample ID: | Bivins 3 | |

| | | | | | |
|---|---|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | | Date Analyzed: | 10/19/2006 | |
| Filter Type: | MCE 47mm | | Analyst: | Kevin Simpson | |
| Pore size: | 0.45 | | Scope Number: | 3 | |
| Effective Filter Area: | 1297 | | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | | Screen Mag: | 20 | KX |
| Grid Acceptance | Yes | 2 % | Grid_box: | 7195 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Str < 5um: | 27 | Number of grids: | 2 | #1: 102 | #3: 103 | Average Grid Size: | 0.010301 | |
| Str ≥ 5um: | 3 | Number of openings: | 10 | #2: 101 | #4: 100 | Total Area Analyzed: | 0.103 | |
| Total Str: | 30 | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Volume Filtered | 0.1 ml | Str / sqr ft | 3.509E+09 | Str / cm2  3.777E+06 |
| Dilution Factor | 1000 | Str / sqr ft  >=5 | 3.509E+08 | Str / cm2  >=5  3.777E+05 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C2-D7 | C | F | 2.20 | 0.10 | X | M36357 | ☑ | ☑ | ☐ |
| 2 | | C | F | 0.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 3 | D5 | C | F | 0.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 1.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | C-F | 16.00 | 8.00 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | F | 1.40 | 0.10 | X | X | ☑ | ☐ | ☐ |
| | D3 | | NSD | | | | | ☐ | ☐ | ☐ |
| 8 | D1 | C | F | 9.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 0.90 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | B | 1.00 | 0.30 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 3.50 | 0.05 | | | ☐ | ☐ | ☐ |
| | B3 | | NSD | | | | | ☐ | ☐ | ☐ |

| | | |
|---|---|---|
| C - Chrysotile | NSD - No Structure Detected | |
| TR - Tremolite | F - Fiber | |
| CR - Crocidolite | B - Bundle | |
| AN - Anthophyllite | M - Matrix | |
| AC - Actinolite | C - Cluster | |

| Str# | SquareID | Type | Structure | Length | Width | Morph | SAED | EDS | Photo | Sketch |
|---|---|---|---|---|---|---|---|---|---|---|
| | C3-C4 | | | | | | | ☐ | ☐ | ☐ |
| 12 | D4 | C | M-F | 3.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 13 | | C | C-F | 1.50 | 0.70 | | | ☐ | ☐ | ☐ |
| 14 | | C | F | 0.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 15 | | C | F | 2.20 | 1.00 | | | ☐ | ☐ | ☐ |
| 16 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 17 | | C | F | 0.90 | 0.10 | | | ☐ | ☐ | ☐ |
| 18 | | C | C-F | 10.00 | 2.00 | | | ☐ | ☐ | ☐ |
| 19 | E4 | C | B | 2.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 20 | | C | F | 4.50 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | F | 2.40 | 0.10 | | | ☐ | ☐ | ☐ |
| 22 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 23 | | C | F | 4.10 | 0.10 | | | ☐ | ☐ | ☐ |
| 24 | | C | F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 25 | F4 | C | F | 0.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 26 | G4 | C | F | 4.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 27 | | C | F | 3.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 28 | | C | F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 29 | | C | F | 0.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 30 | | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| | | | | | | | | | M40633 | 016 |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

























# TEM DUST ANALYSIS    M40633   017

**Dies and Hile, LLP**
**Houston and Amarillo**

Client Sample ID:    Bivins 4

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/23/2006 | |
| Filter Type: | MCE 47mm | Analyst: | MDMOUNT | |
| Pore size: | 0.45 | Scope Number: | 2 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | YES    20 % | Grid_box: | 7181 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Str <5um: | 57 | Number of grids: | 2 | #1: 94 | #3: 94 | Average Grid Size: | 0.008836 |
| Str ≥5um: | 16 | Number of openings: | 10 | #2: 94 | #4: 94 | Total Area Analyzed: | 0.088 |
| Total Str: | 73 | | | | | | |

| Volume Filtered | 0.01 ml | Str / sqr ft | 9.955E+10 | Str / cm2 | 1.072E+08 |
|---|---|---|---|---|---|
| Dilution Factor | 10000 | Str / sqr ft >=5 | 2.182E+10 | Str / cm2 >=5 | 2.349E+07 |

| Str# | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A4-C3 | C | B | 0.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | B | 4.20 | 0.08 | X | M25825 | ☑ | ☐ | ☐ |
| 3 | | C | B | 8.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | F | 2.10 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 1.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | M-F | 11.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | F | 1.20 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | B | 1.00 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | B | 1.20 | 0.18 | X | X | ☑ | ☐ | ☐ |
| 10 | B6 | C | F | 3.80 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 0.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 12 | | C | F | 0.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 13 | | C | F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 |  | C | F | 4.00 | 0.02 | X |  | ☐ | ☐ | ☐ |
| 15 | G7 | C | B | 0.60 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 16 |  | C | M-F | 1.60 | 0.02 | X |  | ☐ | ☐ | ☐ |
| 17 |  | C | F | 1.50 | 0.02 | X |  | ☐ | ☐ | ☐ |
| 18 |  | C | M-F | 0.60 | 0.02 | X |  | ☐ | ☐ | ☐ |
| 19 |  | C | B | 1.30 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 20 |  | C | M-F | 1.00 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 21 |  | C | F | 2.20 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 22 |  | C | M-B | 2.20 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 23 | G4 | C | F | 11.00 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 24 |  | C | F | 10.50 | 0.08 | X |  | ☐ | ☐ | ☐ |
| 24 |  | C | F | 2.40 | 0.08 | X |  | ☐ | ☐ | ☐ |
| 25 |  | C | F | 1.30 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 26 |  | C | F | 1.00 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 27 |  | C | F | 1.90 | 0.08 | X |  | ☐ | ☐ | ☐ |
| 28 |  | C | M-F | 4.00 | 0.02 | X |  | ☐ | ☐ | ☐ |
| 29 |  | C | C-F | 0.80 | 0.02 | X |  | ☐ | ☐ | ☐ |
| 30 | E2 | C | F | 10.50 | 0.02 | X | X | ☑ | ☐ | ☐ |
| 31 |  | C | F | 11.00 | 0.03 | X |  | ☐ | ☐ | ☐ |
| 32 |  | C | M-F | 1.20 | 0.03 | X |  | ☐ | ☐ | ☐ |
| 33 |  | C | B | 13.00 | 0.40 | X |  | ☐ | ☐ | ☐ |
| 34 |  | C | M-F | 4.20 | 0.03 | X |  | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 35 | | C | F | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 36 | | C | F | 5.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 37 | | C | F | 0.90 | 0.03 | X | | ☐ | ☐ | ☐ |
| 38 | | C | F | 2.20 | 0.08 | X | | ☐ | ☐ | ☐ |
| 39 | B4-D3 | C | F | 10.00 | 0.08 | X | | ☐ | ☐ | ☐ |
| 40 | | C | M-F | 1.60 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 41 | | C | M-F | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 42 | | C | F | 24.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 43 | | C | F | 2.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 44 | | C | B | 1.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 45 | | C | F | 1.30 | 0.03 | X | | ☐ | ☐ | ☐ |
| 46 | D7 | C | F | 2.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 47 | | C | F | 13.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 48 | | C | NSD | 8.00 | 0.08 | X | | ☐ | ☐ | ☐ |
| 49 | | C | | 4.00 | 0.15 | X | | ☐ | ☐ | ☐ |
| 50 | | C | M-F | 4.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 51 | | C | F | 2.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 52 | | C | M-F | 1.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 53 | | C | C-F | 20.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 54 | | C | M-F | 17.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 55 | | C | M-F | 1.60 | 0.03 | X | | ☐ | ☐ | ☐ |
| 56 | | C | F | 6.80 | 0.05 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 57 | | C | F | 2.00 | 0.03 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 58 | G7 | C | F | 4.40 | 0.03 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 59 | | C | C-F | 3.40 | 0.03 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 60 | | C | M-B | 4.80 | 0.15 | X | X | | | |
| | | | | | | | | ☑ | ☐ | ☐ |
| 61 | F4 | C | M-F | 1.30 | 0.03 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 62 | | C | B | 1.00 | 0.10 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 63 | | C | F | 2.00 | 0.10 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 64 | | C | M-B | 2.60 | 0.10 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 65 | | C | F | 2.40 | 0.02 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 66 | E2 | C | F | 2.60 | 0.08 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 67 | | C | M-F | 20.00 | 0.02 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 68 | | C | F | 3.00 | 0.03 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 69 | | C | F | 1.20 | 0.05 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 70 | | C | B | 1.00 | 0.15 | X | X | | | |
| | | | | | | | | ☑ | ☐ | ☐ |
| 71 | | C | F | 1.00 | 0.03 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 72 | | C | F | 0.60 | 0.03 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |

M40633    017

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster



















