











# Contact Samples











