









# SECTION 5

# El Paso Building
1001 Louisiana Street