

1. 10th floor, room W1011B - General view of fluorescent light fixture/ceiling grid system

<->



2. 10th floor, room W1011B - General view of plastic light lense from fluorescent light fixture



3. 10th floor, room W1011B - General view of fluorescent light fixture swung open revealing plenum



4. 10th floor, room W1011B - View of fireproofed sprayed decking above suspended ceiling



5. 10th floor, room W1011B - General view of open light fixture