

6. 10th floor, room W1011B - Typical view of light fixture/ceiling grid system



7. 19th floor, room SE1952B - View of fine dust layer on back of fluorescent light fixture



8. 19th floor, room SE1952B - View of plenum above suspended ceiling



9. 19th floor, SE corner of bldg - General view of light fixture/ceiling grid system in hallway



10. 19th floor, SE corner of bldg - General view of light fixture/ceiling grid system in hallway