

11. 19th floor, room E1951A - View of fireproofing above suspended ceiling



12. 19th floor, room S1951 - View of dislodged fire proofing debris on top of light fixture



13. 19th floor, room S1951 - View of dislodged fire proofing debris on top of light fixture



14. 19th floor, room S1951 - View of dislodged fire proofing debris on top of light fixture



15. 19th floor, elevator lobby - center - View of impact damage to accoustical spray finish