

16. 19th floor, elevator lobby - center - View of fastener placed into accoustical spray finish



17. 3rd floor, elevator lobby - south hallway - View of waterdamaged acoustical spray finish



18. Basement, subteranean corridoors - View of ornamental fixture attached to acoustical sprayed ceiling



19. 1st floor, SW mechanical room - View of exposed fireproofed sprayed decking



20. 1st floor, SW mechanical room - View of dislodged fireproofing debris on pipe