

21. 1st floor, SW mechanical room - View of exposed fireproofed sprayed beam



22. 1st floor, NW mechanical room - View of exposed fireproofed structural members



23. 1st floor, NW mechanical room - View of exposed fireproofed structural members



24. 24th floor, adjacent to room W2412B - View of fireproofed sprayed decking above suspended ceiling



25. 24th floor, adjacent to room W2412B - Location of dust sample #1