

26. 24th floor, adjacent to room W2412B - View of dislodged fireproofing debris on top of metal HVAC duct



27. 21st floor, adjacent to room N2132A - View of fireproofed sprayed beam above suspended ceiling



28. 21st floor, adjacent to room N2132A - Supply duct housing attached to fluorecent light fixture



29. 21st floor, adjacent to room N2132A - Location of dust sample #2



30. 21st floor, adjacent to room N2132A - View of delaminated fireproofing debris on top of fluorescent light fixture