

31. 21st floor, adjacent to room N2132A - View of delaminated fireproofing debris on top of suspended ceiling



32. 21st floor, adjacent to room N2132A - Close-up of delaminated fireproofing debris on top of suspended ceiling



33. 21st floor, adjacent to room N2132A - General view of fireproofed sprayed beam and decking above suspended ceiling



34. 17th floor, adjacent to room S1704A - General location of dust sample #3



35. 17th floor, adjacent to room S1704A - View of delaminated fireproofing debris on top of suspended ceiling