

36. 17th floor, adjacent to room S1704A - Close-up of delaminated fireproofing debris on top of suspended ceiling



37. 17th floor, elevator lounge area - General view of partion wall located beneath acoutical spray ceiling



38. 17th floor, elevator lounge area - General view of accoustical spray ceiling above elevators



39. 17th floor, elevator lounge area - Close-up of hole in acoustical sprayed ceiling



40. 17th floor, elevator lounge area - Location of dust sample #4