

41. 12th floor, adjacent to room E1244A - View of delaminated fireproofing debris on top of suspended ceiling



42. 12th floor, adjacent to room E1244A - General location of dust sample #5



43. 12th floor, adjacent to room E1244A - Close-up of delaminated fireproofing debris on top of suspended ceiling



44. 12th floor, adjacent to room E1244A - View of fireproofing overspray on perimeter steel



45. 12th floor, adjacent to room E1244A - Close-up of delaminated fireproofing debris on top of suspended ceiling