

46. 12th floor, adjacent to room E1244A - General view of fireproofed sprayed decking above suspended ceiling



47. 6th floor, adjacent to room S601 - View of delaminated fireproofing debris on top of suspended ceiling



48. 6th floor, adjacent to room S601 - Close-up of delaminated fireproofing debris on top of suspended ceiling



49. 6th floor, adjacent to room S601 - View of delaminated fireproofing debris on top of suspended ceiling



50. 6th floor, adjacent to room S601 - View of delaminated fireproofing debris on top of suspended ceiling