

51. 6th floor, adjacent to room S601 - Close-up of delaminated fireproofing debris on top of metal HVAC duct



52. 6th floor, adjacent to room S601 - General location of dust sample #6 beneath fireproofed sprayed decking



53. 25th floor, northside of elevator lobby - General view of accoustical spray ceiling above elevators



54. 25th floor, northside of elevator lobby - Location of dust sample #7 (top of wall sconce)



55. Basement, in subterranean tunnel - General view of accoustical spray ceiling above display case in hallway