

56. Basement, in subterranean tunnel - Location of dust sample #8



57. 10th floor, in W10111B - Location of dust sample #9



58. 10th floor, in W10111B - General view of fireproofed sprayed beam above insulated HVAC duct



59. 6th floor, in room S603B - Location of dust sample #10



60. 6th floor, in room S603B - General view of fireproofed sprayed decking above HVAC ductwork