

61. 1st floor, in SW pipe shaft - Location of dust sample #10



62. 1st floor, in SW pipe shaft - View of delaminated fireproofing debris on top of HVAC ductwork



63. 1st floor, in SW pipe shaft - View of fireproofed beam and overspray on adjacent piping

## Public Works Building and Annex
611 Walker Street