

1. 20th floor, NE Fresh Air Shaft - View of fireproofing overspray above fire dampners



2. 20th floor, NE Fresh Air Shaft - View of fireproofing on concrete structure



3. 20th floor, NE Fresh Air Shaft - View of damaged fireproofing on concrete structure (above dust sample location #1)



4. 10th floor, room 1003 - General view of fireproofed decking above plaster ceiling (thru access hatch)



5. 5th floor, NE Fresh Air Shaft - View of fireproofing on concrete structure and black iron



6. 5th floor, NE Fresh Air Shaft - Close-up view of fireproofing on concrete structure and black iron