

7. Annex 6th floor, adjacent to Womens RR - View of delaminated fireproofing dust and debris on iron pipe in wall (dust sample #2)



8. Annex 6th floor, adjacent to Womens RR - Close-up view of fireproofed beam above suspended ceiling and wall chase



9. Annex 6th floor, adjacent to Womens RR - View of fireproofed beam above suspended ceiling and wall chase

# Amarillo Air Terminal
Amarillo International Airport



1. Concourse 30, 2nd floor, Airport Storage - General view of fireproofed beams and open web joists above suspended ceiling