

2. Concourse 30, 2nd floor, Airport Storage - View of delaminated fireproofing dust and debris on top of ceiling tile



3. Concourse 30, 2nd floor, Airport Storage - General view of fireproofed beams and cross bracing along perimeter wall



4. Concourse 30, 2nd floor, Airport Storage - Close-up of dust sample # 1 (top of fluorescent light fixture)



5. Concourse 30, 2nd floor, Airport Storage - Close-up of dust samples # 2 (adjacent to sample #1)



6. Concourse 30, 2nd floor, Airport Storage - View of impacted fireproofing above suspended ceiling