

7. Main Terminal, Basement, Mechanical Rm - General view of impacted fireproofing applied to upper concrete wall (in storage area)



8. Main Terminal, Basement, Mechanical Rm - View of delaminated/dislodged fireproofing dust and debris on floor (in storage area)



9. Main Terminal, Basement, Mechanical Rm - Close-up of delaminated/dislodged fireproofing dust and debris on floor (in storage area)



10. Main Terminal, Basement, Mechanical Rm - View of delaminated/dislodged fireproofing dust and debris on top of storage shelf



11. Main Terminal, Basement, Mechanical Rm - General view of fireproofed concrete decking above main mechanical room