

12. Main Terminal, Basement, Mechanical Rm - General view of fireproofed concrete beam adjacent to air handler



13. Main Terminal, Basement, Mechanical Rm - Dislodged fireproofing at hanger support



14. Main Terminal, Basement, Mechanical Rm - View of elevated fireproofed deck above main mechanical room



15. Main Terminal, Basement, Mechanical Rm - Location of dust samples #3 and #4 (top of wood storage shelf)



16. Main Terminal, Basement, Mechanical Rm - Close-up of dust sample #4 location (in storage area)