

17. Main Terminal, Basement, South Hallway - General view of fireproofed concrete decking and structure above Ladies Rm



18. Main Terminal, Basement, South Hallway - View of delaminated fireproofing dust on top of fluorescent light fixture (location of dust sample #5



19. Main Terminal, Basement, South Hallway - Close-up of delaminated fireproofing dust on top of fluorescent light fixture



20. Main Terminal, 3rd floor, Air Handler Room - General view of exposed fireproofed metal decking and beams



21. Main Terminal, 3rd floor, Air Handler Room - View of exposed fireproofed decking and beams above HVAC fan unit