

22. Main Terminal, 3rd floor, Air Handler Room - Exposed fireproofed decking above HVAC fan unit



23. Main Terminal, 3rd floor, Mens Rest Room - General view of fireproofed metal decking and beams above suspended ceiling (note: water damage)



24. Main Terminal, 3rd floor, Mens Rest Room - View of delaminated fireproofing debris on top of metal HVAC duct



25. Main Terminal, 3rd floor, Mens Rest Room - Close-up of delaminated fireproofing dust and debris on top of metal HVAC duct



 26. Main Terminal, 3rd floor, Mens Rest Room - View of delaminated fireproofing dust and debris on top of metal HVAC duct