

27. Main Terminal, 3rd floor, Mens Rest Room - View of delaminated fireproofing dust and debris on top of metal HVAC duct



28. Main Terminal, 3rd floor, Mens Rest Room - Close-up of dust sample #6 location (top of HVAC duct)

# Amarillo Chamber of Commerce – aka Bivins Bldg.
1000 South Polk Street



1. Basement, back hallway at janitors storage area - General view of damaged acoustical plaster