

2. Basement, back hallway at janitors storage area - View of acoustical plaster above HVAC duct (location of dust samples #1 and #2)



3. Basement, back hallway at janitors storage area - Duct support strap attached to acoustical plaster ceiling



4. Basement, back hallway at janitors storage area - Close-up of delaminated acoustical plaster dust and debris on top of duct work



5. 1st floor, City Counsel Chambers - View of acoustical plaster ceiling located above suspended ceiling



6. 1st floor, City Counsel Chambers - Close-up of damaged acoustical plaster at suspended ceiling hanger tie-in