

7. 1st floor, City Counsel Chambers - Close-up of damaged acoustical plaster (note: fiberous nature of material)



8. 1st floor, City Counsel Chambers - General view of hanger wires and electrical conduit attached to acoustical sprayed ceiling



9. 1st floor, City Counsel Chambers - Close-up of dislodged accoustical plaster debris on top of ceiling tile (location of dust sample #3)



10. 1st floor, City Counsel Chambers - View of demising wall impacting acoustical plaster above suspended ceiling



`1. 2nd floor, copy area outside large Conference Rm - View of acoustical plaster above suspended ceiling (general location of dust samples #4 and #5)