

12. 2nd floor, hallway outside offices - View of water damaged acoustical plaster



13. 2nd floor, hallway and copy area - Close-up of damaged acoustical plaster (note: fiberous nature of material)



14. 2nd floor, hallway and copy area - Close-up of damaged acoustical plaster (note: fiberous nature of material)

# SECTION 6

# El Paso Building
1001 Louisiana Street