



2nd Floor lobby



| | | |
|---|---|---|
| FACILITY SERVICES<br>1001 LOUISIANA, SUITE E-1040B<br>HOUSTON, TEXAS 77002<br><br>713.420.5601 PHONE<br>713.420.5600 FAX | 1001 LOUISIANA<br>LEVEL 2 | DRAWING DATE:<br>30APR05<br>SCALE:<br>NOT TO SCALE |



MCKINNEY

LOUISIANA

MILAM

LAMAR

**elpaso**

FACILITY SERVICES
1001 LOUISIANA, SUITE E-1040B
HOUSTON, TEXAS 77002

713.420.5601  PHONE
713.420.5600  FAX

1001 LOUISIANA
LEVEL 2M

DRAWING DATE:
26OCT05

SCALE:
NOT TO SCALE



Data Security-R. Cummings

Help Desk-T. McLemore

Computer Svcs & Infrastructure-O. Gonzalez

Financial & Business Systems-R. Aranda

Vacant

ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.6242 FAX

1001 LOUISIANA
LEVEL 3

DRAWING DATE:
15JUL06

SCALE:
NOT TO SCALE

elpaso



**MCKINNEY**

**LAMAR**

☐ Computer Svcs & Infrastructure

☐ Vacant

☐ Global Networks

☐ Legal-Training Room

☐ Engineering

**elpaso**

| ADMINISTRATIVE SERVICES | 1001 LOUISIANA | DRAWING DATE: |
|---|---|---|
| 1001 LOUISIANA | LEVEL 4 | 15JUL06 |
| HOUSTON, TEXAS 77002 | | SCALE: |
| 713.420.5601  PHONE | | NOT TO SCALE |
| 713.420.6242  FAX | | |







Engineering

TBD

elpaso

ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.6242 FAX

1001 LOUISIANA
LEVEL 07

DRAWING DATE:
15JULY06

SCALE:
NOT TO SCALE



1001 LOUISIANA
LEVEL 08

ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.6242 FAX

DRAWING DATE:
15 JULY 06

SCALE:
NOT TO SCALE



ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.5600 FAX

1001 LOUISIANA

LEVEL 9

DRAWING DATE:
15JULY06

SCALE:
NOT TO SCALE

N



### Legend

- Real Estate-J. Anderson
- Administrative Services-J. Anderson
- Health Services-L. Camarillo
- Corporate Records-J. Anderson
- Law - Pipeline (FERC office)
- Cost Control-J. Anderson
- Tax Auditor
- Corporate Security-J. Anderson
- Vacant

**elpaso**

ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.6242 FAX

**1001 LOUISIANA
LEVEL 10**

DRAWING DATE:
15JULY06

SCALE:
NOT TO SCALE



**MCKINNEY**

**LOUISIANA**

**MILAM**

**LAMAR**

Materials & Contr Mgmt

Environmental, Health & Safety

TBD

Conference Room

elpaso

ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.6242 FAX

**1001 LOUISIANA
LEVEL 11**

DRAWING DATE:
15JULY06

SCALE:
NOT TO SCALE



ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.8242 FAX

1001 LOUISIANA
LEVEL 12

DRAWING DATE:
15JULY06

SCALE:
NOT TO SCALE



1001 LOUISIANA
LEVEL 13

MCKINNEY

LOUISIANA

MILAM

LAMAR

**Legend:**
- Pipeline Accounting
- Property Rights
- Finance (TGPL)
- Planning & Capital
- Common Area
- Conference Room
- Vacant


elpaso

| ADMINISTRATIVE SERVICES | 1001 LOUISIANA | DRAWING DATE: |
|---|---|---|
| 1001 LOUISIANA<br>HOUSTON, TEXAS 77002 | LEVEL 14 | 15JULY06 |
| 713.420.5601  PHONE<br>713.420.6242  FAX | | SCALE:<br>NOT TO SCALE |



DOT Compliance Services

Plant Services

Pipeline Services

TBD

elpaso

ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.6242 FAX

1001 LOUISIANA
LEVEL 15

DRAWING DATE:
15JULY06

SCALE:
NOT TO SCALE



MCKINNEY

LOUISIANA

MILAM

LAMAR

**Legend:**

- Treasury (Insurance & Risk Management)-J. Hopper
- Corporate Development & Strategy-M. Leland
- Administrative Services
- Kelly Services
- Tax-K. Murray
- Government Affairs
- Vacant



ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601  PHONE
713.420.6242  FAX

**1001 LOUISIANA
LEVEL 17**

DRAWING DATE:
15JULY06

SCALE:
NOT TO SCALE



ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601  PHONE
713.420.6242  FAX

1001 LOUISIANA
LEVEL 18

DRAWING DATE:
15JULY06

SCALE:
NOT TO SCALE



ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5501 PHONE
713.420.6242 FAX

1001 LOUISIANA
LEVEL 19

DRAWING DATE:
15JULY06

SCALE:
NOT TO SCALE



Accounts Payable-R. Coulter

Corporate Accounting-F. Olmsted/P. Byers

Vacant

ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.6242 FAX

1001 LOUISIANA
LEVEL 20

DRAWING DATE:
15JULY06

SCALE:
NOT TO SCALE

elpaso



Processing

Central G&G

Acctg & Business Dev

CBM Eng & Ops

Central Engr & Ops

Onshore Land

Onshore Reservoir Engr

ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.6242 FAX

1001 LOUISIANA
LEVEL 21

DRAWING DATE:
15JULY06

SCALE:
NOT TO SCALE



Administrative Services
1001 Louisiana
Houston, Texas 77002
713.420.5601 Phone
713.420.6242 Fax

1001 LOUISIANA
LEVEL 22

Drawing Date: 15JULY06
Scale: NOT TO SCALE



GOM

Technical Services

Supply Chain Development

Contract Services

Onshore Land

Business Development & Land Admin

Existing Conference Room

| | | |
|---|---|---|
| **ADMINISTRATIVE SERVICES**<br>1001 LOUISIANA<br>HOUSTON, TEXAS 77002<br><br>713.420.5601  PHONE<br>713.420.6242  FAX | **1001 LOUISIANA**<br>**LEVEL 23** | DRAWING DATE:<br>15JULY06<br><br>SCALE:<br>NOT TO SCALE |

elpaso



Legend:

- Texas Gulf Coast
- International E&P & New Ventures
- Vacant
- Existing Conference Room

ADMINISTRATIVE SERVICES

1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.6242 FAX

**1001 LOUISIANA**
**LEVEL 24**

DRAWING DATE:
15JULY06

SCALE:
NOT TO SCALE



LEGEND:
- E&P Technology
- Central Records-D. Eskandari
- Discontinued Operations
- TBD

**el paso**

ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601  PHONE
713.420.6242  FAX

1001 LOUISIANA
LEVEL 25

DRAWING DATE:
15JULY06

SCALE:
NOT TO SCALE



1001 LOUISIANA
LEVEL 26

ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002
713.420.5601 PHONE
713.420.6242 FAX

DRAWING DATE:
15 JULY 06

SCALE:
NOT TO SCALE

Business Development & Land Admin

Reservoir Engineering

US Production EH&S

Accounting & Financial Reporting

Vacant

Conference Room



Administrative Services
1001 Louisiana
Houston, Texas 77002

713.420.5601 Phone
713.420.6242 Fax

1001 LOUISIANA
LEVEL 27

DRAWING DATE: 15JULY06

SCALE: NOT TO SCALE



ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.6242 FAX

1001 LOUISIANA
LEVEL 28

DRAWING DATE:
15JULY06

SCALE:
NOT TO SCALE



Corporate Legal/Secretary-
D. Siddall

Executives (Production)

Human Resources-Non Regulated

Power

Planning & Analysis

Vacant

Existing Conference Room

ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.6242 FAX

1001 LOUISIANA
LEVEL 29

DRAWING DATE:
15JULY05

SCALE:
NOT TO SCALE

elpaso

MCKINNEY

FOSHEE D
PRESIDENT & CEO

ROGERS A
EXECUTIVE ASSISTANT

DIAZ R
VICE PRESIDENT & CHIEF INFORMATION OFFICER

ORTENSTONE S
SENIOR VICE PRESIDENT HUMAN RESOURCES & ADMIN.

WHITEHEAD D
SVP & CFO (E&P)

KUEHN R
CHAIRMAN

KETCHAM P
EXECUTIVE ASSISTANT

STEWART L
PRESIDENT PRODUCTION & NON-REGULATED OPERATIONS

RODRIGUEZ J

CONFERENCE

FILE ROOM

STAIR A

CONFERENCE

SEATING AREA

WILLIAMSON

BOARDROOM

DF CONFERENCE

SMALL CONFERENCE

GUEST OFFICE

COFFEE BAR

STAIR B

STAIR D

COFFEE BAR

STAIR D

STAIR C

CONFERENCE

CONFERENCE

FAX

FILES

MEANS F

CONFERENCE

EXECUTIVE VICE PRESIDENT & GENERAL COUNSEL

SORRELLS V
EXECUTIVE ASSISTANT

SOUTH CONFERENCE ROOM

SENIOR VICE PRESIDENT & CHIEF ACCTS OFFICER
SULT J

CORPORATE DEVELOPMENT VP
WRIGHT B

BRADFORD A

EXECUTIVE VICE-PRESIDENT & CEO PRODUCTION & NON REGULATED OPERATIONS

LELAND M

BAKER B

LAMAR

LOUISIANA

MILAM


elpaso

ADMINISTRATIVE SERVICES
1001 LOUISIANA
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.6242 FAX

1001 LOUISIANA
LEVEL 30

DRAWING DATE:
15JULY06

SCALE:
NOT TO SCALE



FACILITY SERVICES
1001 LOUISIANA, SUITE E-1040B
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.5600 FAX

1001 LOUISIANA
LEVEL 31

DRAWING DATE:
15JAN06

SCALE:
NOT TO SCALE



MCKINNEY

LOUISIANA

MILAM

LAMAR

FACILITY SERVICES
1001 LOUISIANA, SUITE E-1040B
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.5600 FAX

1001 LOUISIANA
LEVEL 32

DRAWING DATE:
15JAN08

SCALE:
NOT TO SCALE





MCKINNEY

LOUISIANA

MILAM

LAMAR

FACILITY SERVICES
1001 LOUISIANA, SUITE E-1040B
HOUSTON, TEXAS 77002

713.420.5601 PHONE
713.420.5600 FAX

1001 LOUISIANA
ROOF

DRAWING DATE:
15JAN06

SCALE:
NOT TO SCALE