

# Public Works Building and Annex
611 Walker Street



01 ARCHITECTURAL PLAN - TOWER BASEMENT LEVEL B2

Public Works Bldg

Highlighted Areas - represent minimal known coverage.sheet/all walker fireproofing remains in the Bldg.

original FP
19th
23rd
20th
5th
6th



01 ARCHITECTURAL PLAN - TOWER BASEMENT LEVEL B1



**01** TENANT PLAN – TOWER LEVEL 1
SCALE 1/8" = 1'-0"



**01** TENANT PLAN – TOWER LEVEL 2
SCALE 1/8" = 1'-0"



**01  ARCHITECTURAL PLAN – TOWER LEVEL 3**
SCALE  1/8" = 1'-0"

**01** TENANT PLAN – TOWER LEVEL 4
SCALE 1/8" = 1'-0"



**01** TENANT PLAN — TOWER LEVEL 5
SCALE 1/8" = 1'-0"



**01** ARCHITECTURAL PLAN – TOWER LEVEL 6
SCALE 1/8" = 1'- 0"



**01** TENANT PLAN – TOWER LEVEL 7
SCALE  1/8" - 1'-0"



**01** TENANT PLAN – TOWER LEVEL 8
SCALE 1/8" = 1'-0"



**01** TENANT PLAN - TOWER LEVEL 9
SCALE 1/8" = 1' - 0"



**01** TENANT PLAN – TOWER LEVEL 10
SCALE 1/8" = 1'-0"



**01** TENANT PLAN — TOWER LEVEL 11
SCALE 1/8" = 1'-0"



**ARCHITECTURAL PLAN – TOWER LEVEL 12**
SCALE 1/8" = 1'- 0"

01



**01** TENANT PLAN – TOWER LEVEL 13 – TENANT
SCALE 1/8" = 1'-0"

**01** TENANT PLAN — TOWER LEVEL 14
SCALE 1/8" = 1'- 0"

**01 TENANT PLAN — TOWER LEVEL 15 — TENANT**
SCALE 1/8" = 1'-0"



**01** TENANT PLAN – TOWER LEVEL 16
SCALE 1/8" = 1'-0"



01 ARCHITECTURAL PLAN – TOWER LEVEL 17
SCALE 1/8" = 1'-0"

**01** TENANT PLAN – TOWER LEVEL 18
SCALE 1/8" = 1'-0"



**01** TENANT PLAN — TOWER LEVEL 19
SCALE 1/8" = 1'-0"



**01** TENANT PLAN — TOWER LEVEL 20
SCALE 1/8" = 1'-0"



**01** TENANT PLAN — TOWER LEVEL 21
SCALE 1/8" = 1'-0"



**01** TENANT PLAN – TOWER LEVEL 22
SCALE 1/8" = 1'- 0"

**01** TENANT PLAN — TOWER LEVEL 23
SCALE 1/8" = 1'-0"



**01** TENANT PLAN — TOWER LEVEL 24
SCALE 1/8" = 1'-0"

**01** ARCHITECTURAL PLAN — TOWER LEVEL 25
SCALE 1/8" = 1'-0"



**01** ARCHITECTURAL PLAN – TOWER LEVEL 26
SCALE 1/8" = 1'-0"



**01** ARCHITECTURAL PLAN – TOWER LEVEL 27
SCALE 1/8" = 1'-0"



**02** ARCH. PLAN – LV. 27  +  9'-0"
SCALE 1/8" – 1'-0"



**01** ROOF PLAN
SCALE 1/8" = 1'-0"

611 Walker
Annex





COH/RUSK ANNEX
LEVEL 2A





HUMAN RESOURCES

HUMAN RESOURCES

COH/RUSK ANNEX
LEVEL 4A

HUMAN RESOURCES    (20,775 SF—81 STAFF)





# Amarillo Air Terminal

## Amarillo International Airport



AMARILLO  AIR  TERMINAL
CONCOURSE 30 - SECOND LEVEL

Figure 8.4



Amarillo Air Terminal
Basement Plan

Existing ACSTM

AMARILLO AIR TERMINAL
THIRD LEVEL FLOOR PLAN



AMARILLO AIR TERMINAL
THIRD LEVEL FLOOR PLAN

STORAGE

STORAGE

MEN

WOMEN

ELEC.

ELEC.

CONTROL ROOM

AIR HANDLER

EXISTING AHU

EXISTING BOILER

EXISTING BOILER

AREA WAY



AMARILLO AIR TERMINAL
CONCOURSE 30 - SECOND LEVEL

Figure 8.4

# Amarillo International Airport
## Terminal 3rd Level
### 7/25/02

| Beams | | | | |
|-------|-------|-------|-------|-------|
| | 75' | | | |
| | 75' | | | |
| | 131' 6" | | | |
| | <u>131' 6"</u> | | | |
| | 413' X 40" | = | 1376.66 SF | |

| | | | | | |
|-------|-------|-------|-------|-------|-------|
| 25 Beams - | 75' X 30" = | 1875 X 25 = | 4687.5 | SF |
| Ceilings - | 25'6" X 25' | = | 637.5 | SF |
| | 25' X 25' | = | 625 | SF |
| | 25' X 27' | = | 675 | SF |
| | 25' X 27' | = | 675 | SF |
| | 25' X 27' | = | 675 | SF |
| | 25'6" X 26' | = | 367.5 | SF |
| | 25' X 25' | = | 625 | SF |
| | 25' X 27' | = | 675 | SF |
| | 25' X 27' | = | 675 | SF |
| | 25' X 27' | = | 675 | SF |
| | 25'6" X 25' | = | 637.5 | SF |
| | 25' X 25' | = | 625 | SF |
| | 25' X 27' | = | 675 | SF |
| | 25' X 27' | = | 675 | SF |
| | 25' X 27' | = | <u>675</u> | <u>SF</u> |

| | | |
|-------|-------|-------|
| 3rd Level Total | 15,926.66 SF | |
| Abated ACSTM (see pg. 2) | <u>2,019.76 SF</u> | |
| Existing Terminal 3rd Level ACSTM | 13,906.9 SF | |

## Abated Areas

| | | | | | |
|---|---|---|---|---|---|
| Area A | Ceiling | 14'8" X 8' | = | 117.33 | SF |
| | 2 Beams | 14'8" X 30" = 36.66 X 2 | = | 73 | SF |
| Area B | Ceiling | 7'6" X 6' | = | 45 | SF |
| | 2 Beams | 7'6" X 30" = 18.75X 2 | = | 37.5 | SF |
| Area C | Ceiling | 27' X 7' | = | 189 | SF |
| | 2 Beams | 27' X 30" = 67.5 X 2 | = | 135 | SF |
| Area D | Ceiling | 10'2" X 3'7" | = | 36.43 | SF |
| Area E | Ceiling | 32' X 27' | = | 864 | SF |
| | Beam | 33' X 40" | = | 110 | SF |
| | 5 Beams | 33' X 30" = 82.5 X 5 | = | 4125 | SF |

Abated ACSTM    =    2,019.76 SF

# Amarillo International Airport

## Basement

| Section 1 | | | |
|---|---|---|---|
| | West Wall | 5'6" X 37' | = 203.5 SF |
| | North Wall | 5'6 X 12' | =  66  SF |
| | Ceiling | 12' X 37' | = 444  SF |
| | 5 Beam Sides | 12' X 14" = 14 SF X 5 | =  70  SF |
| | 9 Beam Sides | 37' X 14" = 43 SF X 9 | = 387  SF |
| | Wall | 5'6" X 25' | = 137.5 SF |
| | Ceiling | 22' X 25' | = 550  SF |
| | 17 Beam Sides | 22' X 14" = 25.66 SF X 17 | = 436  SF |
| | Beam Side | 22' X 7" | =  13  SF |
| | 2 Beam Sides | 25' X 14" = 29 SF X 2 | =  58  SF |
| | Ceiling | 15' X 11' | = 165  SF |
| | 8 Beam Sides | 15' X 14" = 17.5 SF X 8 | = 140  SF |
| | Beam Side | 10' X 28" | =  23  SF |
| | Beam Side | 11' X 56" | =  51  SF |
| | Ceiling | 12' X 15' | = 180  SF |
| | 10 Beam Sides | 15' X 14" = 17.5 SF X 10 | = 175  SF |
| | 2 Beam Sides | 12' X 14" = 14 SF X 2 | =  28  SF |
| | | Subtotal: | 3,127 SF |

| Section 2 | | | |
|---|---|---|---|
| | Wall | 3' X 3" | =   9  SF |
| | Beam | 10" X 12' | =  10  SF |
| | Beam | 14" X 12' | =  14  SF |
| | | Subtotal: | 33  SF |

| Section 3 | | | |
|---|---|---|---|
| | Ceiling | 12' X 8' | =  96 SF |
| | 6 Beam Sides | 12' X 14" = 14 SF X 6 | =  84 SF |
| | Ceiling | 36' X 25' | = 900 SF |
| | 17 Beam Sides | 36' X 14" = 42 SF X 17 | = 714 SF |
| | Ceiling | 4' X 8' | =  32 SF |

|  | 11 Beam Sides | 14" X 25' = 29 SF X 11 | = 321 SF |
|  | Ceiling | 6' X 12' | =  72 SF |
|  | 3 Beam Sides | 12' X 14" = 14 SF X 3 | =  42 SF |
|  | Subtotal: |  | 2308 SF |

| Section 4 | Wall | 10' X 8' = 80/2 | =  40 SF |
|  | Ceiling | 5' X 9' | =  45 SF |
|  | Ceiling | 33' X 23' | = 759 SF |
|  | 25 Beam Sides | 23' X 14" = 26.83 SF X 25 | = 671 SF |
|  | 4 Beam Sides | 33' X 14" = 38.5 SF X 4 | = 154 SF |
|  | Wall | 30' X 8' | = 240 SF |
|  | Wall | 4' X 5' | =  20 SF |
|  | 4 Beam Sides | 10' X 14" = 11.66 SF X 4 | =  47 SF |
|  | Ceiling | 13' X 3' | =  39 SF |
|  | 2 Beam Sides | 13' X 14" = 15 SF X 2 | =  30 SF |
|  | Ceiling | 6' X 9' | =  54 SF |
|  | 4 Beam Sides | 9 X 14" = 10.5 SF X 4 | =  42 SF |
|  | Subtotal: |  | 2,141 SF |

| Section 5 | Ceiling | 32' X 6' | = 192 SF |
|  | 26 Beam Sides | 6' X 14" = 7 SF X 26 | = 182 SF |
|  | 3 Beam Sides | 23' X 14" = 37.3 SF X 3 | = 112 SF |
|  | Wall | 52' X 24" | = 104 SF |
|  | Wall | 7' X 8' | =  56 SF |
|  | Ceiling | 5' X 12' | =  60 SF |
|  | 2 Beam Sides | 12' X 14" = 14 SF X 2 | =  28 SF |
|  | Subtotal: |  | 734 SF |

Terminal Basement Total ACSTM- 8,343 SF

## Amarillo Air Terminal
## Concourse 30-Second Level

| | | |
|---|---|---|
| 2 walls | 11'2.75" X 52 = 584 SF X 2 | = 1168 SF |

2 Truss

| | | |
|---|---|---|
| 4 T's | 45'10" X 36" = 137.5 SF X 4 | = 550 SF |
| 20 Vertical T's | 10'6" X 20" = 17.5 SF X 20 | = 350 SF |
| 18 Angled T's | 11' X 20" = 18.33 SF X 18 | = 330 SF |
| 12 Gusset Plates | 6' x 1' = 6 sf x 12 | = 72 SF |
| 20 Gusset Plates | 1' X 2' = 2 SF X 20 | = 40 SF |
| 12 Gusset Plates | 1' X 4' = 4 SF X 12 | = 48 SF |
| 10 Gusset Plates | 2' X 6' = 12 SF X 10 | = 120 SF |
| 11 Beams | 18' X 30" = 45 SF X 11 | = 495 SF |
| | Existing ACSTM | 3, 173 SF |

Terminal 3rd Level
Existing ACSTM                     13,906.9 SF

Terminal Basement
Existing ACSTM                     8,343    SF

Terminal Concourse 30-Second Level
Existing ACSTM                     3,173    SF

Total Existing Amarillo
Air Terminal ACSTM:                25,422.9  SF

# Amarillo Chamber of Commerce – aka Bivins Bldg.
1000 South Polk Street