# EXHIBIT F

Expert Report of William E. Longo, Ph.D.,
Prepared on Behalf of the Property Damage
Asbestos Claimants Represented by the
Law Firm of Dies & Hile, LLP

# Appendix F

State of Arkansas – Building Inspections

October 25, 2006

M40543



M40543

# STATE OF ARKANSAS

## Table of Contents

**1**  Inspection Notes

**2**  Sample COCs

**3**  Summary of Results

**4**  Laboratory Data

**5**  Photographic Log

**6**  Bldg. Floor Plans

**7**

**8**

# SECTION 1

# State of Arkansas
# WR Grace Asbestos Inspections

### Benton Service Center - Maintenance Bldg 18
Field Notes 9/06/06

Bldg. 1-story
Fireproofing in rear workshops only
No drop ceiling in workshops with the exception of a few small built-out offices
Spray applied fireproofing applied to corrugated steel deck and structural steel members
in the rear "shop area" of the building.  Overspray present on walls at roof deck interface.
Some alligator cracking observed and evidence of delamination in sporadic areas of most
rooms.

Fireproofing present is a vermiculite based material with a taupe colored appearance.
Inspection of horizontal surfaces below the decking reveal widespread dust and debris
from disturbance and/or delamination of the fireproofing.

Based on walk-thru, several renovations have taken place including construction of
partion walls.


### SBS Building fka National Old Line Insurance Building
Field Notes 9/06/06

Bldg. 6-story w/ mezzanine, basement, subbasement and penthouse apartment
124,000 square feet – typical south floor = 4,714 sq feet
Fireproofing in Phase II construction only
Phase II – south tower and basements and third thru sixth floors of the center wing
Spray applied fireproofing applied to corrugated steel deck and structural steel members


### Office of Child Support Services (OCSE)
400 East Capitol Street
4-story Office Bldg. w/ basement, penthouse & auditorium
Field Notes 9/07/06

Acoustical Spray applied to plaster ceilings in perimeter office area and around square
recessed lights
Blue Flame Auditorium is a round room w/ a concave ceiling that is sprayed

Damage is primarily from erosion, impact and delamination due to water infiltration and vibration. Numerous areas on ceilings indicate scaring where partion wall have been moved.

**Arkansas State Hospital Administration Building**
3-story w/ basement
Acoustical Spray applied to plaster ceilings on each floor, center lobby is atrium style open to ceiling deck on 3rd floor
Field Notes 9/07/06

It is believed that the stairwells in the admin building were abated and then re-sprayed

**Arkansas State Hospital Canteen**
No floor plans or drawings
Photos 108 – 111
One dust sample from top of refrigerator unit 10 x10
Application is approx 670 sq ft covering main dinning area
Field Notes 9/07/06

**Arkansas State Hospital Nursing Administration**
Only secretaries' area offices to west, Joy's office, the conference room and associated offices to the west are coated with a white and taupe latex paint
Field Notes 9/07/06
Photos 112 secretaries' area-113 joys office

**Arkansas State Hospital Admissions Building**
Field notes 9/7/06
One-story bldg combines admissions and medical records
Acoustical Spray applied to angular and flat plaster ceilings in most areas
Photos 114-117
Approx 6,000 sq ft

**Arkansas State Hospital Unit 4 Building (non-patient)**
Field notes 9/7/06
Split level two-story bldg combines offices, recreation area, pharmacy, clinic....
Acoustical Spray applied to flat plaster ceilings in most areas of the Kitchen Recreational Side of the building – the two story section is connected to the later by a bridge  The two story section has ASC in the central sections and the center common room of  each quadrant area –  outlying offices have smooth hard plaster ceilings
AS well painted throughout and patched in several areas

Two samples collected one from a exit sign below the ASC in the south lower day room and another from the janitors room above storage shelving

It is believed that the AS located in the main stairwell and the bridge have been abated and then re-sprayed

Photos 118- 128

### Arkansas State Hospital Unit 1 Building
Field notes 9/8/06
Split level two-story bldg combines offices, recreation area, offices, sleeping areas….
Acoustical Spray applied to flat plaster ceilings in most areas of the Kitchen Recreational Side of the building – the two story section is connected to the later by a bridge  The two story section has ASC in the central sections and the center common room of each quadrant area – outlying offices have smooth hard plaster ceilings
AS well painted throughout and patched in several areas

Two samples collected one from the B quad and another from the lower west day area

It is believed that the AS located in the main stairwell and the bridge have been abated and then re-sprayed

Photos 129 – 142 fluorescent

### Arkansas State Hospital Unit 2 Building
Field notes 9/8/06
Split level two-story bldg combines offices, recreation area, offices, sleeping areas….
Acoustical Spray applied to flat plaster ceilings in most areas of the Kitchen Recreational Side of the building – the two story section is connected to the later by a bridge  The two story section has ASC in the central sections and the center common room of each quadrant area – outlying offices have smooth hard plaster ceilings
AS well painted throughout and patched in several areas

Sample collected from the lower patient area next to the west day area

It is believed that the AS located in the main stairwell and the bridge have been abated and then re-sprayed

Photos 143 – 150 (last 2 in dinning rm/office area)

**Arkansas State Hospital Unit 3 Building**
Field notes 9/8/06
Split level two-story bldg combines offices, recreation area, offices, sleeping areas....
Acoustical Spray applied to flat plaster ceilings in most areas of the Kitchen Recreational
Side of the building – the two story section is connected to the later by a bridge  The two
story section has ASC in the central sections and the center common room of  each
quadrant area –  outlying offices have smooth hard plaster ceilings
AS well painted throughout and patched in several areas

Sample collected from the inside window ledge above storage rm in sleeping area c

It is believed that the AS located in the main stairwell and the bridge have been abated
and then re-sprayed

Photos 150 – 154 (location of sample 1)


**Arkansas State Hospital Maintenance Shop**
Field notes 9/8/06
One-story bldg combines offices, recreation ....
Acoustical Spray applied to flat plaster ceilings in most areas of the building –
Samples collected from the

Photos 150 – 151

# SECTION 2

Materials Analytical Services
Micro-Vac Dust Sampling
Chain-of-Custody

Project No.: 16090601    Date: 9/18/06

Location: Various Arkansas Bldgs  City/State: Little Rock and Benton

| Sample # | Sample Date | General Sample Location | Sample Surface | Sample Area* | Comments |
|---|---|---|---|---|---|
| 1 | 9/6/2006 | MB-18 Rear Hallway | top of sign | 100 | |
| 2 | 9/6/2006 | MB-18 Plumbing Shop | top of deck | 100 | |
| 3 | 9/6/2006 | MB-18 Painting Shop | top of shelf | 100 | |
| 4 | 9/6/2006 | MB-18 Parts/Supply Room | top of box | 100 | |
| 5 | 9/6/2006 | MB-18 Electricians Office | top of fluorescent light fixture | 100 | |
| | | | | | |
| 1 | 9/6/2006 | SSB Gr floor - rear storage area in Meeting Rm | top of fluorescent light fixture | 100 | south wing |
| 2 | 9/6/2006 | SSB B floor - mechanical room east end | top of breaker box | 100 | south wing |
| 3 | 9/6/2006 | SSB 2nd floor - Suite 261 | top of fluorescent light fixture | 100 | south wing |
| 4 | 9/6/2006 | SSB 4th floor - Suite 410 center of floor | top of fluorescent light fixture | 100 | center wing - unoccupied |
| 5 | 9/6/2006 | SSB 6th floor - suite 600 @ conference table | top of fluorescent light fixture | 100 | center wing |
| 6 | 9/6/2006 | SSB 6th floor - suite 602 corner office | top of fluorescent light fixture | 100 | south wing |
| | | | | | |
| 1 | 9/7/2006 | OCSE 1st floor - on auditorium stage | top of breaker box | 100 | Blue Flame Auditorium |
| 2 | 9/7/2006 | OCSE 3rd floor - break room NE corner | top of kitchen cabinets | 100 | |
| 3 | 9/7/2006 | OCSE 4th floor - west office at elevator lobby | top of emergency light | 100 | |
| 4 | 9/7/2006 | OCSE B floor - B36 Purchasing closet | top of storage shelf | 100 | |
| | | | | | |
| 1 | 9/7/2006 | ASH Admin 1st floor Credit Union | top of window ledge | 100 | |
| 2 | 9/7/2006 | ASH Admin 1st floor | top of window ledge | 100 | |
| 3 | 9/7/2006 | ASH Admin 3rd floor - A/c & Drug Office | top of storage shelf | 100 | |
| | | | | | |
| 1 | 9/7/2006 | ASH Canteen G floor - main dining area | top of refrigerator unit | 100 | |
| | | | | | |
| 1 | 9/7/2006 | ASH Admissions G floor -Admissions Counter | top of back cabinets | 100 | |
| 2 | 9/7/2006 | ASH Admissions G floor - Medical Records | top of medical files | 100 | |
| | | | | | |
| 1 | 9/7/2006 | ASH Unit 4 - South Lower day room | top of exit sign a exterior door | 100 | |
| 2 | 9/7/2006 | ASH Unit 4 - NE Janitors Room | top of storage shelving | 100 | |
| | | | | | |
| 1 | 9/8/2006 | ASH Unit 1 - Upper Level B Quad (school area) | top of window ledge above store rm | 100 | |
| 2 | 9/8/2006 | ASH Unit 1 - Lower Level West Day Area | top of window lggde above exit door | 100 | |

Sampled by: Martin Bennett

Turnaround Time: _X___ standard or _____ rush

Received: _____  Date: _____

Page __ of __



Materials Analytical Services
Micro-Vac Dust Sampling
Chain-of-Custody

Project No.: 16090601    Date: 9/18/06

Location: Various Arkansas Bldgs  City: Little Rock and Benton

| Sample # | Sample Date | General Sample Location | Sample Surface | Sample Area* | Comments |
|---|---|---|---|---|---|
| 1 | 9/7/2006 | ASH Unit 2 - Lower Level Patient Area | top of wall soffit | 100 | |
| 1 | 9/7/2006 | ASH Unit 3 - Upper level Quad C (sleeping aera) | top of television stand | 100 | |
| 1 | 9/7/2006 | ASH Vocational/Maintenance Shop - Boiler Room | top of metal support bracing for tank | 100 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Sampled by: Martin Bennett

Turnaround Time: __X__ standard or _____ rush

Page _

$\mathit{N40543}$

# MAS
**Materials Analytical Services**
Micro-Vac Dust Sampling
Chain-of-Custody

Project No.: 16090601   Date: 9/18/06

Location: Various Arkansas Bldgs   City/State: Little Rock and Benton

| Sample # | Sample Date | General Sample Location | Sample Surface | Sample Area | Comments |
|---|---|---|---|---|---|
| 1 | 9/6/2006 | MB-18 Rear Hallway | top of sign | 100 | |
| 2 | 9/6/2006 | MB-18 Plumbing Shop | top of deck | 100 | |
| 3 | 9/6/2006 | MB-18 Painting Shop | top of shelf | 100 | |
| 4 | 9/6/2006 | MB-18 Parts/Supply Room | top of box | 100 | |
| 5 | 9/6/2006 | MB-18 Electricians Office | top of fluorescent light fixture | 100 | |
| 1 | 9/6/2006 | SSB Gr floor - rear storage area in Meeting Rm | top of fluorescent light fixture | 100 | south wing |
| 2 | 9/6/2006 | SSB B floor - mechanical room east end | top of breaker box | 100 | south wing |
| 3 | 9/6/2006 | SSB 2nd floor - Suite 261 | top of fluorescent light fixture | 100 | south wing |
| 4 | 9/6/2006 | SSB 4th floor - Suite 410 center of floor | top of fluorescent light fixture | 100 | center wing - unoccupied |
| 5 | 9/6/2006 | SSB 6th floor - suite 600 @ conference table | top of fluorescent light fixture | 100 | center wing |
| 6 | 9/6/2006 | SSB 6th floor - suite 602 corner office | top of fluorescent light fixture | 100 | south wing |
| 1 | 9/7/2006 | OCSE 1st floor - on auditorium stage | top of breaker box | 100 | Blue Flame Auditorium |
| 2 | 9/7/2006 | OCSE 3rd floor - break room NE corner | top of kitchen cabinets | 100 | |
| 3 | 9/7/2006 | OCSE 4th floor - west office at elevator lobby | top of emergency light | 100 | |
| 4 | 9/7/2006 | OCSE B floor - B36 Purchasing closet | top of storage shelf | 100 | |
| 1 | 9/7/2006 | ASH Admin 1st floor Credit Union | top of window ledge | 100 | |
| 2 | 9/7/2006 | ASH Admin 1st floor | top of window ledge | 100 | |
| 3 | 9/7/2006 | ASH Admin 3rd floor - Alc & Drug Office | top of stoarge shelf | 100 | |

Sampled by: Martin Bennett

Turnaround Time: __X__ standard or ____ rush

Received: Doug Sawyer   Date: 9/18/06

Page _

M40542

## MAS
### Materials Analytical Services
Micro-Vac Dust Sampling
Chain-of-Custody

Project No.: 16090601    Date: 9/18/06

Location: Various Arkansas Bldgs  City: Little Rock and Benton

| Sample # | Sample Date | General Sample Location | Sample Surface | Sample Area | Comments |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 1 | 9/7/2006 | ASH Vocational/Maintenance Shop - Boiler Room | top of metal support bracing for tank | 100 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Sampled by: Martin Bennett

Turnaround Time: __X__ standard or _____ rush

Nancy Sears  9/18/06

# MATERIALS ANALYTICAL SERVICES
## PROJECT COC

| | | | | |
|---|---|---|---|---|
| **MAS ID:** | M40543 | **Client Job No:** | #16090601 | |
| **Client Name:** | Law Offices of Martin Dies | **Client PO:** | | |
| **Project Name:** | Settled Dust Samples | **Date In:** | 9/18/2006 | |
| **Logged By:** | Nancy Sears | **Client Code:** | 0380 | |

**TRANSPORT INFORMATION:**

| | | | |
|---|---|---|---|
| **Submitted By:** | Martin Bennett | **Documents:** | |
| **Delivery By:** | Hand Delivery | | |
| **Received By:** | Nancy Sears | | |
| **Condition:** | OK | **Comments for COC:** | |

**CONTACT INFORMATION:**

| | | | | | |
|---|---|---|---|---|---|
| **Contact:** | Martin Bennett | | **Work Phone:** (404) 817-0160 | **Ext:** | |
| **Title: First Name** | **Last Name:** | **Suffix** | **Other Phone** (703) 932-1493 | **Ext:** | |
| Mr.   Martin | Bennett | | **Fax:** (404) 817-0183 | | |

## SAMPLE INFORMATION:

| # | Client ID | Volume | # | Client ID | Volume |
|---|---|---|---|---|---|
| 000A | lab blank 1 9/26/06 | 0 | 016 | MB-18 3 | 100 |
| 001 | ASHVocMaint | 100 | 017 | MB-18 4 | 100 |
| 002 | ASHAdmin1 | 100 | 018 | MB-18 5 | 100 |
| 003 | ASHAdmin2 | 100 | 019 | SSB 1 | 100 |
| 004 | ASHAdmin 3 | 100 | 020 | SSB 2 | 100 |
| 005 | ASHCanteen 1 | 100 | 021 | SSB 3 | 100 |
| 006 | ASHAdmissions 1 | 100 | 022 | SSB 4 | 100 |
| 007 | ASHAdmissions 2 | 100 | 023 | SSB 5 | 100 |
| 008 | ASH 4 1 | 100 | 024 | SSB 6 | 100 |
| 009 | ASH 4 2 | 100 | 025 | OCSE 1 | 100 |
| 010 | ASH 1 1 | 100 | 026 | OCSE 2 | 100 |
| 011 | ASH 1 2 | 100 | 027 | OCSE 3 | 100 |
| 012 | ASH 2 1 | 100 | 028 | OCSE 4 | 100 |
| 013 | ASH 3 1 | 100 | | | |
| 014 | MB-18 1 | 100 | | | |
| 015 | MB-18 2 | 100 | | | |

## SIGNATURES

| | | | |
|---|---|---|---|
| **RECEIVED BY:** | | **ANALYZED BY:** | |
| **REVIEWED BY:** | | **REPORTED BY:** | |
| **PREPARED BY:** | | **DEPOSED BY:** | |

Page 1 of 1

# SECTION 3

**Materials Analytical Services**

Micro-Vac Dust Sampling
Summary Of Results

Project No.: 16090601

Location: Various Arkansas Bldgs  City/State: Little Rock and Benton

| Sample # | Sample Date | General Sample Location | Sample Surface | Asbestos Structures Counted | Asbestos (Conc.) Str/ft² | Asbestos (Conc.) Str/cm² | Relative Contamination Level |
|---|---|---|---|---|---|---|---|
| 1 | 9/6/2006 | MB-18 Rear Hallway | top of sign | 100 | $1.91 \times 10^9$ | $2.06 \times 10^8$ | Extreme |
| 2 | 9/6/2006 | MB-18 Plumbing Shop | top of deck | 26 | $3.01 \times 10^9$ | $3.24 \times 10^8$ | Extreme |
| 3 | 9/6/2006 | MB-18 Painting Shop | top of shelf | 109 | $2.55 \times 10^{10}$ | $2.75 \times 10^7$ | Extreme |
| 4 | 9/6/2006 | MB-18 Parts/Supply Room | top of box | 27 | $3.16 \times 10^9$ | $3.40 \times 10^8$ | Extreme |
| 5 | 9/6/2006 | MB-18 Electricians Office | top of fluorescent light fixture | 23 | $1.34 \times 10^9$ | $1.44 \times 10^8$ | Extreme |
| | | | | | | | |
| 1 | 9/6/2006 | SSB Gr floor - rear storage area in Meeting Rm | top of fluorescent light fixture | 106 | $2.46 \times 10^{10}$ | $2.64 \times 10^7$ | Extreme |
| 2 | 9/6/2006 | SSB B Floor - mechanical room east end | top of breaker box | 105 | $4.05 \times 10^{10}$ | $4.36 \times 10^7$ | Extreme |
| 3 | 9/6/2006 | SSB 2nd floor - Suite 261 | top of fluorescent light fixture | 84 | $1.65 \times 10^9$ | $1.56 \times 10^7$ | Extreme |
| 4 | 9/6/2006 | SSB 4th floor - Suite 410 center of floor | top of fluorescent light fixture | 105 | $1.45 \times 10^{10}$ | $1.56 \times 10^7$ | Extreme |
| 5 | 9/6/2006 | SSB 6th floor - suite 600 @ conference table | top of fluorescent light fixture | 140 | $3.86 \times 10^{10}$ | $4.16 \times 10^7$ | Extreme |
| 6 | 9/6/2006 | SSB 6th floor - suite 602 corner office | top of fluorescent light fixture | 70 | $3.88 \times 10^9$ | $4.18 \times 10^8$ | Extreme |
| | | | | | | | |
| 1 | 9/7/2006 | OCSE 1st floor - on auditorium stage | top of breaker box | 30 | $1.68 \times 10^{10}$ | $1.81 \times 10^7$ | Extreme |
| 2 | 9/7/2006 | OCSE 3rd floor - break room NE corner | top of kitchen cabinets | 101 | $1.47 \times 10^{10}$ | $1.58 \times 10^7$ | Extreme |
| 3 | 9/7/2006 | OCSE 4th floor - west office at elevator lobby | top of emergency light | 40 | $1.47 \times 10^9$ | $1.58 \times 10^6$ | Heavy |
| 4 | 9/7/2006 | OCSE B floor - B36 Purchasing closet | top of storage shelf | 21 | $2.43 \times 10^9$ | $2.62 \times 10^8$ | Heavy |
| | | | | | | | |
| 1 | 9/7/2006 | ASH Admin 1st floor Credit Union | top of window ledge | 53 | $3.12 \times 10^8$ | $3.53 \times 10^5$ | Heavy |
| 2 | 9/7/2006 | ASH Admin 1st floor | top of window ledge | 34 | $3.96 \times 10^7$ | $4.26 \times 10^4$ | Moderate |
| 3 | 9/7/2006 | ASH Admin 3rd floor - Alc & Drug Office | top of stoarge shelf | 103 | $2.03 \times 10^9$ | $2.18 \times 10^6$ | Extreme |
| | | | | | | | |
| 1 | 9/7/2006 | ASH Canteen G floor - main dining area | top of refrigerator unit | 3 | $4.34 \times 10^6$ | $4.68 \times 10^3$ | Slight |
| | | | | | | | |
| 1 | 9/7/2006 | ASH Admissions G floor -Admissions Counter | top of back cabinets | 48 | $2.65 \times 10^9$ | $2.85 \times 10^6$ | Extreme |
| 2 | 9/7/2006 | ASH Admissions G floor - Medical Records | top of medical files | 58 | $8.40 \times 10^8$ | $9.04 \times 10^5$ | Heavy |
| | | | | | | | |
| 1 | 9/7/2006 | ASH Unit 4 - South Lower day room | top of exit sign a exterior door | 9 | $1.17 \times 10^7$ | $1.26 \times 10^4$ | Moderate |
| 2 | 9/7/2006 | ASH Unit 4 - NE Janitors Room | top of storage shelving | 1 | $1.42 \times 10^8$ | $1.54 \times 10^3$ | Slight |
| | | | | | | | |
| 1 | 9/8/2006 | ASH Unit 1 - Upper Level B Quad (school area) | top of window ledge above store rm | 25 | $1.38 \times 10^7$ | $1.49 \times 10^4$ | Moderate |
| 2 | 9/8/2006 | ASH Unit 1 - Lower Level West Day Area | top of window ledge above exit door | 7 | $9.66 \times 10^{10}$ | $1.54 \times 10^3$ | Slight |



Materials Analytical Services
Micro-Vac Dust Sampling
Chain-of-Custody

Project No.: 16090601    Date: 9/18/06

Location: Various Arkansas Bldgs  City: Little Rock and Benton

| Sample # | Sample Date | General Sample Location | Sample Surface | Asbestos Structures Counted | Asbestos (Conc.) Str/Ft² | Asbestos (Conc.) Str/Cm² | Relative Contamination Level |
|---|---|---|---|---|---|---|---|
| 1 | 9/7/2006 | ASH Unit 2 - Lower Level Patient Area | top of wall soffit | 0 | NAD* | NAD | NAD |
| 1 | 9/7/2006 | ASH Unit 3 - Upper level Quad C (sleeping aera) | top of television stand | 1 | $2.34 \times 10^5$ | $2.52 \times 10^2$ | Slight |
| 1 | 9/7/2006 | ASH Vocational/Maintenance Shop - Boiler Room | top of metal support bracing for tank | 100 | $2.01 \times 10^{10}$ | $2.16 \times 10^7$ | Extreme |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

* - No Asbestos Detected

# SECTION 4

# Maintenance Building 18
## Benton Service Center

# TEM DUST ANALYSIS     M40543   014

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID: MB-18 1

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/4/2006 |
| Filter Type: | MCE 47mm | Analyst: | MAM |
| Pore size: | 0.45 | Scope Number: | 4 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | Indicated Mag: | 25 KX |
| Analysis type: | Dust | Screen Mag: | 20 KX |
| Grid Acceptance | YES  15 % | Grid_box: | 7184, 7169, 7181,7185 |

| | | | |
|---|---|---|---|
| Str < 5um: 90 | Number of grids: 2 | #1: 103  #3: 102 | Average Grid Size: 0.010506 |
| Str ≥5um: 10 | Number of openings: 6 | #2: 102  #4: 103 | Total Area Analyzed: 0.063 |
| Total Str: 100 | | | |
| Volume Filtered 1 ml | | Str / sqr ft  1.912E+09 | Str / cm2  2.058E+06 |
| Dilution Factor 100 | | Str / sqr ft  >=5  1.912E+08 | Str / cm2  >=5  2.058E+05 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A10-I4 | C | F | 0.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | B | 2.20 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | M-F | 1.40 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | M-F | 0.90 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | F | 1.20 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | M-F | 5.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | M-F | 6.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | M-F | 4.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | M-B | 10.00 | 0.50 | X | | ☐ | ☐ | ☐ |
| 12 | | C | M-F | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 13 | | C | M-F | 4.00 | 0.10 | X | | ☐ | ☐ | ☐ |

| | |
|---|---|
| C - Chrysotile | NSD - No Structure Detected |
| TR - Tremolite | F - Fiber |
| CR - Crocidolite | B - Bundle |
| AN - Anthophyllite | M - Matrix |
| AC - Actinolite | C - Cluster |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 15 | | C | M-F | 2.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 16 | | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 17 | | C | F | 2.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 18 | | C | M-F | 1.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 19 | | C | F | 4.60 | 0.20 | X | | ☐ | ☐ | ☐ |
| 20 | | C | M-F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 21 | J11 | C | F | 1.40 | 0.20 | X | | ☐ | ☐ | ☐ |
| 22 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 23 | | C | F | 2.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 24 | | C | F | 0.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 25 | | C | F | 1.90 | 0.05 | X | | ☐ | ☐ | ☐ |
| 26 | | C | F | 2.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 27 | | C | F | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 28 | | C | F | 0.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 29 | | C | F | 2.20 | 0.20 | X | | ☐ | ☐ | ☐ |
| 30 | | C | F | 1.40 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | M-F | 3.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 32 | | C | M-F | 3.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 33 | | C | F | 1.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 34 | | C | F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 35 | | C | M-F | 2.00 | 0.20 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite          C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 | | C | M-F | 1.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 37 | B1 | C | F | 2.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 38 | | C | B | 8.50 | 0.80 | X | | ☐ | ☐ | ☐ |
| 39 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 40 | | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 41 | | C | M-F | 3.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 42 | | C | M-B | 10.00 | 2.00 | X | | ☐ | ☐ | ☐ |
| 43 | | C | F | 4.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 44 | | C | M-F | 1.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 45 | | C | B | 2.30 | 0.20 | X | | ☐ | ☐ | ☐ |
| 46 | | C | F | 2.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 47 | | C | F | 1.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 48 | | C | F | 4.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 49 | | C | M-F | 3.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 50 | | C | M-F | 1.20 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 51 | | C | B | 6.00 | 0.60 | X | | ☐ | ☐ | ☐ |
| 52 | | C | M-F | 2.30 | 0.20 | X | | ☐ | ☐ | ☐ |
| 53 | A9-H7 | C | F | 0.90 | 0.05 | X | | ☐ | ☐ | ☐ |
| 54 | | C | M-F | 1.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 55 | | C | M-F | 1.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 56 | | C | F | 3.50 | 0.20 | X | | ☐ | ☐ | ☐ |
| 57 | | C | M-F | 2.40 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 58 | | C | F | 1.60 | 0.20 | X | | ☐ | ☐ | ☐ |
| 59 | | C | M-B | 1.40 | 0.20 | X | | ☐ | ☐ | ☐ |
| 60 | | C | M-F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 61 | | C | M-F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 62 | | C | M-B | 3.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 63 | | C | M-F | 0.90 | 0.05 | X | | ☐ | ☐ | ☐ |
| 64 | | C | M-F | 8.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 65 | | C | M-B | 1.40 | 0.20 | X | | ☐ | ☐ | ☐ |
| 66 | | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 67 | | C | M-F | 2.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 68 | | C | F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 69 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 70 | | C | F | 1.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 71 | | C | M-F | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 72 | F8 | C | M-F | 3.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 73 | | C | F | 0.90 | 0.05 | X | | ☐ | ☐ | ☐ |
| 74 | | C | F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 75 | | C | M-F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 76 | | C | F | 7.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 77 | | C | F | 4.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 78 | | C | M-F | 2.10 | 0.10 | X | | ☐ | ☐ | ☐ |
| 79 | | C | F | 1.80 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|-----------|--------|-------|--------|-------|------|--------|---------|
| 80 |  | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 81 |  | C | F | 3.40 | 0.20 | X |  | ☐ | ☐ | ☐ |
| 82 |  | C | M-F | 1.20 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 83 | C8 | C | M-F | 1.40 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 84 |  | C | M-F | 0.90 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 85 |  | C | M-F | 1.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 86 |  | C | M-F | 2.00 | 0.20 | X |  | ☐ | ☐ | ☐ |
| 87 |  | C | F | 1.80 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 88 |  |  | M-F | 1.30 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 89 |  | C | F | 0.90 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 90 |  | C | M-F | 2.40 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 91 |  | C | M-F | 0.70 |  | X |  | ☐ | ☐ | ☐ |
| 92 |  | C | M-F | 0.90 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 93 |  | C | F | 1.70 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 94 |  | C | M-F | 0.70 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 95 |  | C | M-B | 3.50 | 0.40 | X |  | ☐ | ☐ | ☐ |
| 96 |  | C | B | 7.00 | 0.60 | X |  | ☐ | ☐ | ☐ |
| 97 |  | C | M-B | 1.40 | 0.40 | X |  | ☐ | ☐ | ☐ |
| 98 |  | C | F | 1.00 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 99 |  | C | M-F | 2.10 | 0.05 | X | X | ☐ | ☐ | ☐ |
| 100 |  | C | F | 1.30 | 0.10 | X |  | ☑ | ☐ | ☐ |

C - Chrysotile    NSD - No Structure Detected
TR - Tremolite    F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite    C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
|       |           |       |            |        |       |        |       |      | M40543 | 014     |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster







































# TEM DUST ANALYSIS      M40543   015

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID:    MB-18 2

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | | Date Analyzed: | 10/5/2006 |
| Filter Type: | MCE 47mm | | Analyst: | MAM |
| Pore size: | 0.45 | | Scope Number: | 4 |
| Effective Filter Area: | 1297 | | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | | Indicated Mag: | 25 KX |
| Analysis type: | Dust | | Screen Mag: | 20 KX |
| Grid Acceptance | YES    2% | | Grid_box: | 7184, 7169, 7181,7185 |

| | | | |
|---|---|---|---|
| Str < 5um: | 21 | Number of grids: 2    #1: 103    #3: 103 | Average Grid Size: 0.010403 |
| Str ≥5um: | 5 | Number of openings: 10    #2: 102    #4: 100 | Total Area Analyzed: 0.104 |
| Total Str: | 26 | | |

| | | | |
|---|---|---|---|
| Volume Filtered | 0.1 ml | Str / sqr ft    3.012E+09 | Str / cm2    3.242E+06 |
| Dilution Factor | 1000 | Str / sqr ft  >=5    5.791E+08 | Str / cm2   >=5    6.234E+05 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D10-C5 | C | M-F | 1.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | M-F | 1.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 3 | F3 | C | M-F | 1.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | M-F | 1.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 0.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | F | 1.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 7 | I4 | C | M-F | 1.40 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | F | 2.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 7.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | G7 | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 1.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 12 | D7 | C | F | 2.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 13 | | C | M-F | 2.50 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | C | M-F | 6.50 | 0.05 | X | | ☐ | ☐ | ☐ |
| 15 | | C | F | 2.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 16 | | C | M-F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 17 | D9-H7 | C | M-B | 1.30 | 0.30 | X | | ☐ | ☐ | ☐ |
| 18 | E9 | C | M-F | 2.30 | 0.20 | X | | ☐ | ☐ | ☐ |
| 19 | | C | F | 9.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 20 | B5 | C | M-F | 2.40 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | M-F | 5.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 22 | D2 | C | M-F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 23 | | C | B | 9.00 | 0.70 | X | | ☐ | ☐ | ☐ |
| 24 | | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 25 | H3 | C | M-B | 2.00 | 0.30 | X | | ☐ | ☐ | ☐ |
| 26 | | C | M-F | 1.50 | 0.10 | X | | ☐ | ☐ | ☐ |

M40543    015

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster























# TEM DUST ANALYSIS    M40543  016

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID:    MB-18 3

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/5/2006 | |
| Filter Type: | MCE 47mm | Analyst: | MAM | |
| Pore size: | 0.45 | Scope Number: | 4 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | YES    2 % | Grid_box: | 7184, 7169, 7181,7185 | |

| | | | |
|---|---|---|---|
| Str < 5um: 82 | Number of grids: 2 | #1: 101  #3: 101 | Average Grid Size: 0.010302 |
| Str ≥5um: 27 | Number of openings: 5 | #2: 101  #4: 103 | Total Area Analyzed: 0.052 |
| Total Str: 109 | | | |

| | | | |
|---|---|---|---|
| Volume Filtered | 0.1 ml | Str / sqr ft | 2.550E+10 | Str / cm2 | 2.745E+07 |
| Dilution Factor | 1000 | Str / sqr ft >=5 | 6.316E+09 | Str / cm2  >=5 | 6.798E+06 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C10-C7 | C | F | 1.80 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | F | 2.50 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | M-F | 1.20 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | F | 2.20 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 3.80 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | F | 3.40 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | M-F | 7.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | M-F | 0.90 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | M-F | 2.80 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | F | 1.70 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 0.90 | 0.05 | X | | ☐ | ☐ | ☐ |
| 12 | | C | F | 4.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 13 | | C | M-F | 2.00 | 0.20 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|-----------|--------|-------|--------|-------|------|--------|---------|
| 14 | | C | M-F | 2.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 15 | | C | F | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 16 | | C | F | 2.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 17 | | C | M-F | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 18 | | C | F | 8.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 19 | | C | F | 4.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 20 | | C | F | 3.10 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | F | 5.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 22 | F7 | C | M-F | 11.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 23 | | C | M-F | 7.50 | 0.05 | X | | ☐ | ☐ | ☐ |
| 24 | | C | M-F | 6.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 25 | | C | F | 9.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 26 | | C | F | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 27 | | C | F | 4.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 28 | | C | B | 2.20 | 0.20 | X | | ☐ | ☐ | ☐ |
| 29 | | C | F | 0.90 | 0.05 | X | | ☐ | ☐ | ☐ |
| 30 | | C | M-F | 9.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | F | 0.90 | 0.05 | X | | ☐ | ☐ | ☐ |
| 32 | | C | F | 9.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 33 | | C | F | 6.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 34 | | C | M-F | 4.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 35 | | C | M-F | 4.50 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | | C | F | 3.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 37 | | C | F | 1.40 | 0.20 | X | | ☐ | ☐ | ☐ |
| 38 | E2 | C | F | 3.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 39 | | C | F | 7.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 40 | | C | F | 1.30 | 0.50 | X | X | ☑ | ☐ | ☐ |
| 41 | | C | F | 6.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 42 | | C | F | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 43 | | C | F | 3.00 | 0.40 | X | | ☐ | ☐ | ☐ |
| 44 | | C | F | 8.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 45 | | C | F | 16.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 46 | | C | M-F | 1.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 47 | | C | F | 0.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 48 | | C | F | 1.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 49 | | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 50 | | C | M-F | 4.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 51 | | C | F | 0.90 | 0.05 | X | | ☐ | ☐ | ☐ |
| 52 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 53 | | C | M-F | 1.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 54 | | C | F | 25.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 55 | | C | F | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 56 | | C | F | 4.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 57 | | C | M-F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite          C - Cluster