| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 58 | | C | M-F | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 59 | C9-A10 | C | F | 1.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 60 | | C | M-F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 61 | | C | F | 15.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 62 | | C | F | 2.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 63 | | C | F | 2.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 64 | | C | F | 0.70 | 0.50 | X | | ☐ | ☐ | ☐ |
| 65 | | C | M-F | 0.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 66 | | C | F | 0.90 | 0.05 | X | | ☐ | ☐ | ☐ |
| 67 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 68 | | C | M-F | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 69 | | C | F | 2.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 70 | | C | F | 5.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 71 | | C | M-F | 4.90 | 0.05 | X | | ☐ | ☐ | ☐ |
| 72 | | C | F | 1.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 73 | | C | F | 2.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 74 | | C | F | 2.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 75 | | C | F | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 76 | | C | F | 9.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 77 | | C | F | 0.90 | 0.05 | X | | ☐ | ☐ | ☐ |
| 78 | | C | F | 3.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 79 | | C | F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 | | C | F | 1.30 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 81 | | C | F | 2.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 82 | | C | F | 5.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 83 | | C | M-F | 1.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 84 | | C | F | 1.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 85 | | C | F | 2.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 86 | A7 | C | M-F | 2.90 | 0.20 | X | | ☐ | ☐ | ☐ |
| 87 | | C | F | 1.30 | 0.20 | X | | ☐ | ☐ | ☐ |
| 88 | | C | M-F | 2.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 89 | | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 90 | | C | M-F | 1.90 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 91 | | C | M-F | 0.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 92 | | C | F | 2.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 93 | | C | F | 2.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 94 | | C | F | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 95 | | C | F | 0.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 96 | | C | F | 3.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 97 | | C | F | 3.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 98 | | C | F | 3.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 99 | | C | F | 7.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 100 | | C | F | 3.50 | 0.50 | X | X | ☑ | ☐ | ☐ |
| 101 | | C | F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |

| | |
|---|---|
| C - Chrysotile | NSD - No Structure Detected |
| TR - Tremolite | F - Fiber |
| CR - Crocidolite | B - Bundle |
| AN - Anthophyllite | M - Matrix |
| AC - Actinolite | C - Cluster |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 102 | | C | F | 4.00 | 0.10 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 103 | | C | M-F | 18.00 | 0.20 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 104 | | C | M-F | 1.20 | 0.10 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 105 | | C | F | 6.60 | 0.50 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 106 | | C | F | 8.50 | 0.10 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 107 | | C | F | 2.90 | 0.05 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 108 | | C | F | 3.00 | 0.05 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 109 | | C | F | 0.90 | 0.05 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| | | | | | | | | | M40543 | 016 |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
  AN - Anthophyllite    M - Matrix
  AC - Actinolite        C - Cluster







































# TEM DUST ANALYSIS    M40543  017

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID: MB-18 4

| Sample Area/ Volume: | 100 cm2 | | Date Analyzed: | 10/5/2006 | |
|---|---|---|---|---|---|
| Filter Type: | MCE 47mm | | Analyst: | MAM | |
| Pore size: | 0.45 | | Scope Number: | 4 | |
| Effective Filter Area: | 1297 | | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | | Screen Mag: | 20 | KX |
| Grid Acceptance | YES | 2 % | Grid_box: | 7184, 7169, 7181,7185 | |

| Str <5um: | 24 | Number of grids: | 2 | #1: 100 | #3: 101 | Average Grid Size: | 0.010301 |
|---|---|---|---|---|---|---|---|
| Str ≥5um: | 3 | Number of openings: | 10 | #2: 103 | #4: 102 | Total Area Analyzed: | 0.103 |
| Total Str: | 27 | | | | | | |

| Volume Filtered | 0.1 ml | Str / sqr ft | 3.158E+09 | Str / cm2 | 3.400E+06 |
|---|---|---|---|---|---|
| Dilution Factor | 1000 | Str / sqr ft >=5 | 3.509E+08 | Str / cm2 >=5 | 3.777E+05 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B10-D3 | C | F | 0.90 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 2 | G4 | C | M-F | 1.60 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | M-F | 3.80 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | M-F | 1.30 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 1.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 6 | 16 | C | F | 1.30 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | M-F | 1.80 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 8 | F8 | C | F | 2.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 6.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | D9 | C | M-F | 1.60 | 0.50 | X | X | ☑ | ☐ | ☐ |
| 11 | B9-F2 | C | F | 3.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 12 | | C | M-F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 13 | | C | B | 4.50 | 1.70 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite         B - Bundle
AN - Anthophyllite       M - Matrix
AC - Actinolite          C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 | H5 | C | F | 1.70 | 0.10 | X | | | | |
| 15 | | C | B | 1.90 | 0.20 | X | | ☐ | ☐ | ☐ |
| 16 | | C | F | 2.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 17 | | C | M-F | 3.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 18 | F8 | C | M-F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 19 | C7 | C | M-F | 10.30 | 0.20 | X | | ☐ | ☐ | ☐ |
| 20 | | C | F | 2.70 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | F | 2.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 22 | | C | M-F | 6.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 23 | E3 | C | M-B | 2.60 | 0.50 | X | | ☐ | ☐ | ☐ |
| 24 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 25 | | C | B | 4.20 | 0.40 | X | | ☐ | ☐ | ☐ |
| 26 | | C | F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 27 | | C | M-F | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |

M40543    017

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster























# TEM DUST ANALYSIS    M40543  018

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID:    MB-18 5

| Sample Area/ Volume: | 100 cm2 | | Date Analyzed: | 10/6/2006 | |
|---|---|---|---|---|---|
| Filter Type: | MCE 47mm | | Analyst: | MAM | |
| Pore size: | 0.45 | | Scope Number: | 4 | |
| Effective Filter Area: | 1297 | | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | | Screen Mag: | 20 | KX |
| Grid Acceptance | YES | 2 % | Grid_box: | 7184, 7169, 7181,7185 |

| Str < 5um: | 21 | Number of grids: | 2 | #1: 101 | #3: 103 | Average Grid Size: | 0.010354 |
|---|---|---|---|---|---|---|---|
| Str ≥5um: | 2 | Number of openings: | 10 | #2: 101 | #4: 102 | Total Area Analyzed: | 0.104 |
| Total Str: | 23 | | | | | | |

| Volume Filtered | 0.02 ml | Str / sqr ft | 1.338E+10 | Str / cm2 | 1.441E+07 |
|---|---|---|---|---|---|
| Dilution Factor | 5000 | Str / sqr ft >=5 | 1.164E+09 | Str / cm2 >=5 | 1.253E+06 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A10-D8 | C | F | 2.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | F | 1.20 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 3 | J8 | C | F | 1.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | M-F | 2.40 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 5 | J5 | C | F | 0.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | F | 1.70 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 7 | C7 | C | M-F | 0.90 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | M-F | 2.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 9 | D1 | C | M-B | 1.80 | 0.30 | X | X | ☑ | ☐ | ☐ |
| 10 | A9-C8 | C | F | 1.70 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 12 | | C | F | 1.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 13 | | C | F | 1.00 | 0.05 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 | | C | F | 3.40 | 0.10 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 15 | | C | F | 0.70 | 0.10 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 16 | D6 | C | F | 3.50 | 0.10 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 17 | | C | F | 2.10 | 0.05 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 18 | F8 | C | F | 7.00 | 0.05 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 19 | G6 | C | F | 2.30 | 0.10 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 20 | | C | M-F | 6.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | M-F | 4.30 | 0.05 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 22 | I4 | C | F | 1.30 | 0.50 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 23 | | C | F | 1.40 | 0.05 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| | | | | | | | | | M40543 | 018 |

C - Chrysotile      NSD - No Structure Detected
TR - Tremolite      F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite   M - Matrix
AC - Actinolite     C - Cluster























# SBS Building
fka National Old Line Insurance Building

# TEM DUST ANALYSIS    M40543   019

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID:    SSB 1

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/6/2006 |
| Filter Type: | MCE 47mm | Analyst: | MAM |
| Pore size: | 0.45 | Scope Number: | 4 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100  KV |
| Sample type: | Dust | Indicated Mag: | 25  KX |
| Analysis type: | Dust | Screen Mag: | 20  KX |
| Grid Acceptance | YES    2 % | Grid_box: | 7184, 7169, 7181,7185 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Str < 5um: | 86 | Number of grids: | 2 | #1: 102 | #3: 102 | Average Grid Size: | 0.010404 |
| Str ≥5um: | 20 | Number of openings: | 5 | #2: 102 | #4: 102 | Total Area Analyzed: | 0.052 |
| Total Str: | 106 | | | | | |

| | | |
|---|---|---|
| Volume Filtered | 0.1 ml | |
| Dilution Factor | 1000 | |

**Str / sqr ft** 2.455E+10      **Str / cm2** 2.643E+07
**Str / sqr ft >=5** 4.633E+09      **Str / cm2 >=5** 4.987E+06

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E7-F3 | C | C-F | 22.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | F | 5.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | F | 0.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | C-F | 14.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 4.80 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | F | 0.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | F | 3.40 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | M-F | 1.90 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | M-F | 2.30 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | F | 0.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 1.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 12 | | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 13 | | C | F | 3.00 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile    NSD - No Structure Detected
TR - Tremolite    F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite    C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 | | C | F | 2.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 15 | | C | F | 1.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 16 | | C | M-F | 2.40 | 0.20 | X | | ☐ | ☐ | ☐ |
| 17 | | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 18 | | C | F | 8.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 19 | | C | F | 0.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 20 | | C | F | 0.70 | 0.05 | X | X | ☐ | ☐ | ☐ |
| 21 | | C | F | 1.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 22 | | C | F | 0.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 23 | | C | F | 3.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 24 | | C | F | 2.30 | 0.20 | X | | ☐ | ☐ | ☐ |
| 25 | | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 26 | | C | F | 3.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 27 | | C | M-F | 1.90 | 0.05 | X | | ☐ | ☐ | ☐ |
| 28 | D6 | C | M-F | 3.50 | 0.05 | X | | ☐ | ☐ | ☐ |
| 29 | | C | F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 30 | | C | M-F | 1.30 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | B | 1.70 | 0.20 | X | | ☐ | ☐ | ☐ |
| 32 | | C | M-F | 10.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 33 | | C | F | 5.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 34 | | C | F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 35 | | C | F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile      NSD - No Structure Detected
TR - Tremolite      F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite   M - Matrix
AC - Actinolite      C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 | | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 37 | | C | F | 14.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 38 | | C | F | 2.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 39 | | C | F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 40 | | C | C-F | 6.40 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 41 | | C | F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 42 | | C | M-B | 1.80 | 0.20 | X | | ☐ | ☐ | ☐ |
| 43 | | C | F | 3.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 44 | | C | F | 1.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 45 | | C | F | 3.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 46 | | C | M-F | 2.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 47 | | C | F | 2.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 48 | | C | F | 2.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 49 | | C | F | 3.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 50 | | C | F | 0.80 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 51 | D7-E8 | C | F | 0.90 | 0.05 | X | | ☐ | ☐ | ☐ |
| 52 | | C | M-B | 2.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 53 | | C | F | 7.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 54 | | C | M-F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 55 | | C | F | 17.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 56 | | C | F | 2.50 | 0.50 | X | | ☐ | ☐ | ☐ |
| 57 | | C | F | 0.80 | 0.05 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite          C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|-----------|--------|-------|--------|-------|------|--------|---------|
| 58 | | C | F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 59 | | C | F | 1.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 60 | | C | F | 6.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 61 | | C | F | 7.60 | 0.50 | X | | ☐ | ☐ | ☐ |
| 62 | | C | F | 5.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 63 | | C | F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 64 | | C | C-F | 5.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 65 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 66 | | C | F | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 67 | | C | M-F | 4.63 | 0.05 | X | | ☐ | ☐ | ☐ |
| 68 | | C | M-F | 8.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 69 | D5 | C | F | 4.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 70 | | C | F | 2.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 71 | | C | F | 3.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 72 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 73 | | C | F | 2.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 74 | | C | F | 2.00 | 0.50 | X | | ☐ | ☐ | ☐ |
| 75 | | C | M-F | 3.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 76 | | C | F | 10.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 77 | | C | M-F | 2.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 78 | | C | F | 4.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 79 | | C | M-F | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 | | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 81 | | C | C-F | 10.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 82 | | C | F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 83 | | C | F | 3.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 84 | | C | F | 1.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 85 | | C | F | 0.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 86 | G4 | C | F | 0.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 87 | | C | M-B | 2.70 | 0.20 | X | | ☐ | ☐ | ☐ |
| 88 | | C | F | 2.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 89 | | C | F | 2.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 90 | | C | C-F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 91 | | C | F | 4.00 | 0.50 | X | | ☐ | ☐ | ☐ |
| 92 | | C | F | 2.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 93 | | C | F | 4.00 | 5.00 | X | | ☐ | ☐ | ☐ |
| 94 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 95 | | C | F | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 96 | | C | F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 97 | | C | F | 8.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 98 | | C | F | 3.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 99 | | C | F | 1.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 100 | | C | B | 10.50 | 0.40 | X | X | ☑ | ☐ | ☐ |
| 101 | | C | F | 3.50 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 102 | | C | F | 3.00 | 0.05 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 103 | | C | B | 2.50 | 0.20 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 104 | | C | F | 1.40 | 0.05 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 105 | | C | M-F | 0.90 | 0.10 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 106 | | C | M-F | 2.60 | 0.05 | X | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| | | | | | | | | | M40543 | 019 |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite       F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite   M - Matrix
AC - Actinolite      C - Cluster









