











# TEM DUST ANALYSIS    M40543   022

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID:    SSB 4

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/8/2006 |
| Filter Type: | MCE 47mm | Analyst: | Kevin Simpson |
| Pore size: | 0.45 | Scope Number: | 3 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | Indicated Mag: | 25 KX |
| Analysis type: | Dust | Screen Mag: | 20 . KX |
| Grid Acceptance | Yes    3 % | Grid_box: | 7184, 7169, 7181,7185 |

| | | | |
|---|---|---|---|
| Str < 5um: | 83 | Number of grids: 2   #1: 105   #3: 106 | Average Grid Size: 0.010919 |
| Str ≥5um: | 22 | Number of openings: 8   #2: 104   #4: 103 | Total Area Analyzed: 0.087 |
| Total Str: | 105 | | |

| | | | |
|---|---|---|---|
| Volume Filtered | 0.1 ml | Str / sqr ft    **1.448E+10** | Str / cm2    **1.559E+07** |
| Dilution Factor | 1000 | Str / sqr ft >=5    **3.035E+09** | Str / cm2 >=5    **3.267E+06** |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A2-G2 | C | B | 2.20 | 0.13 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | F | 0.50 | 0.10 | X | M36305 | ☑ | ☑ | ☐ |
| 3 | | C | F | 1.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | M-F | 1.20 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | B | 1.50 | 0.12 | X | X | ☑ | ☐ | ☐ |
| 6 | G4 | C | M-F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | F | 2.30 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 0.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | F | 2.50 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 12.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 12 | | C | F | 1.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 13 | | C | B | 1.00 | 0.15 | | | ☐ | ☐ | ☐ |

C - Chrysotile       NSD - No Structure Detected
TR - Tremolite       F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 | | C | F | 0.80 | 0.05 | | | ☐ | ☐ | ☐ |
| 15 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 16 | | C | B | 2.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 17 | | C | F | 6.30 | 0.10 | | | ☐ | ☐ | ☐ |
| 18 | | C | F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 19 | | C | C-F | 5.00 | 1.00 | | | ☐ | ☐ | ☐ |
| 20 | | C | C-F | 2.50 | 0.50 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | F | 4.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 22 | | C | F | 0.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 23 | | C | F | 1.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 24 | | C | F | 7.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 25 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 26 | | C | F | 1.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 27 | | C | F | 8.30 | 0.10 | | | ☐ | ☐ | ☐ |
| 28 | | C | F | 1.40 | 0.10 | | | ☐ | ☐ | ☐ |
| 29 | | C | F | 0.90 | 0.10 | | | ☐ | ☐ | ☐ |
| 30 | | C | B | 4.00 | 0.12 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 32 | G6 | C | B | 0.50 | 0.12 | | | ☐ | ☐ | ☐ |
| 33 | | C | F | 3.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 34 | | C | C-F | 10.00 | 2.00 | | | ☐ | ☐ | ☐ |
| 35 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile       NSD - No Structure Detected
TR - Tremolite       F - Fiber
CR - Crocidolite     B - Bundle
 AN - Anthophyllite   M - Matrix
 AC - Actinolite      C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 | | C | F | 0.70 | 0.10 | | | ☐ | ☐ | ☐ |
| 37 | | C | B | 4.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 38 | | C | F | 3.50 | 0.05 | | | ☐ | ☐ | ☐ |
| 39 | G8 | C | F | 8.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 40 | | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 41 | | C | B | 1.70 | 0.20 | | | ☐ | ☐ | ☐ |
| 42 | | C | F | 3.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 43 | | C | C-F | 3.00 | 0.80 | | | ☐ | ☐ | ☐ |
| 44 | | T/A | F | 1.00 | 0.20 | X | M36306 | ☑ | ☑ | ☐ |
| 45 | | C | F | 1.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 46 | | C | M-F | 2.70 | 0.10 | | | ☐ | ☐ | ☐ |
| 47 | | C | B | 1.50 | 0.22 | | | ☐ | ☐ | ☐ |
| 48 | | C | B | 1.10 | 0.20 | | | ☐ | ☐ | ☐ |
| 49 | | C | F | 1.10 | 0.05 | | | ☐ | ☐ | ☐ |
| 50 | | C | C-F | 4.00 | 0.60 | X | X | ☑ | ☐ | ☐ |
| 51 | | C | F | 7.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 52 | | C | F | 15.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 53 | | C | F | 5.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 54 | | C | B | 2.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 55 | 14 | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 56 | | C | F | 0.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 57 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile         NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite   M - Matrix
AC - Actinolite        C - Cluster

| Str# | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|------|-----------|-------|-----------|--------|-------|--------|-------|------|--------|---------|
| 58 | | C | F | 1.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 59 | | C | C-F | 8.00 | 1.50 | | | ☐ | ☐ | ☐ |
| 60 | | C | C-F | 19.00 | 1.00 | X | X | ☑ | ☐ | ☐ |
| 61 | A3-G6 | C | C-F | 24.00 | 1.00 | | | ☐ | ☐ | ☐ |
| 62 | | C | C-F | 16.00 | 3.00 | | | ☐ | ☐ | ☐ |
| 63 | | C | F | 1.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 64 | | C | F | 0.70 | 0.10 | | | ☐ | ☐ | ☐ |
| 65 | | C | B | 2.50 | 0.22 | | | ☐ | ☐ | ☐ |
| 66 | | C | F | 4.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 67 | | C | F | 6.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 68 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 69 | | C | B | 22.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 70 | | C | F | 0.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 71 | | C | F | 1.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 72 | | C | F | 3.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 73 | | C | F | 0.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 74 | | C | F | 0.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 75 | | C | C-F | 7.00 | 1.00 | | | ☐ | ☐ | ☐ |
| 76 | | C | B | 2.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 77 | | C | F | 3.70 | 0.10 | | | ☐ | ☐ | ☐ |
| 78 | G4 | T/A | B | 3.00 | 0.40 | M36308 | M36307 | ☑ | ☑ | ☐ |
| 79 | | C | M-F | 1.50 | 0.05 | | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 80 | | C | C-F | 11.00 | 0.80 | X | X | ☑ | ☐ | ☐ |
| 81 | | C | F | 3.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 82 | | C | B | 3.50 | 0.40 | | | ☐ | ☐ | ☐ |
| 83 | | C | F | 1.10 | 0.10 | | | ☐ | ☐ | ☐ |
| 84 | | C | F | 0.90 | 0.10 | | | ☐ | ☐ | ☐ |
| 85 | | C | C-F | 6.00 | 0.80 | | | ☐ | ☐ | ☐ |
| 86 | | C | C-B | 32.00 | 4.00 | | | ☐ | ☐ | ☐ |
| 87 | G2 | C | C-F | 16.00 | 2.00 | | | ☐ | ☐ | ☐ |
| 88 | | C | C-F | 4.00 | 1.00 | | | ☐ | ☐ | ☐ |
| 89 | | C | F | 7.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 90 | | C | B | 4.50 | 0.22 | X | X | ☑ | ☐ | ☐ |
| 91 | | C | B | 1.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 92 | | C | C-F | 1.00 | 0.30 | | | ☐ | ☐ | ☐ |
| 93 | | C | B | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 94 | | C | F | 1.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 95 | | C | F | 0.60 | 0.05 | | | ☐ | ☐ | ☐ |
| 96 | | C | B | 1.00 | 0.25 | | | ☐ | ☐ | ☐ |
| 97 | | C | F | 0.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 98 | | C | B | 0.80 | 0.15 | | | ☐ | ☐ | ☐ |
| 99 | | C | F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 100 | | C | B | 2.20 | 0.15 | X | X | ☑ | ☐ | ☐ |
| 101 | | C | F | 0.50 | 0.05 | | | ☐ | ☐ | ☐ |

C - Chrysotile    NSD - No Structure Detected
TR - Tremolite    F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite    C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 102 | | C | B | 4.50 | 0.20 | | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 103 | | C | B | 1.00 | 0.20 | | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 104 | | C | F | 0.60 | 0.10 | | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| 105 | | C | F | 1.00 | 0.10 | | | | | |
| | | | | | | | | ☐ | ☐ | ☐ |
| | | | | | | | | | M40543 | 022 |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster











































# TEM DUST ANALYSIS    M40543   023

**Dies and Hile, LLP**

**Settled Dust Samples**

| | | Client Sample ID: | SSB 5 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/6/2006 |
| Filter Type: | MCE 47mm | Analyst: | Kevin Simpson |
| Pore size: | 0.45 | Scope Number: | 3 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100    KV |
| Sample type: | Dust | Indicated Mag: | 25    KX |
| Analysis type: | Dust | Screen Mag: | 20    KX |
| Grid Acceptance | Yes        3% | Grid_box: | 7184, 7169, 7185 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Str < 5um: | 100 | Number of grids: | 2 | #1: 105 | #3: 106 | Average Grid Size: | 0.010920 |
| Str ≥5um: | 40 | Number of openings: | 4 | #2: 103 | #4: 104 | Total Area Analyzed: | 0.044 |
| Total Str: | 140 | | | | | | |

| | | | | |
|---|---|---|---|---|
| Volume Filtered | 0.1  ml | Str / sqr ft | **3.862E+10** | Str  / cm2 **4.157E+07** |
| Dilution Factor | 1000 | Str / sqr ft  >=5 | **1.103E+10** | Str  / cm2  >=5 **1.188E+07** |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B1-G2 | C | C-F | 2.00 | 1.00 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | C-F | 6.00 | 2.00 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | B | 0.80 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | B | 0.60 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | B | 0.70 | 0.12 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | F | 6.00 | 0.10 | X | M36301 | ☑ | ☑ | ☐ |
| 8 | | C | B | 14.00 | 0.15 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 4.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | F | 0.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 12 | | C | B | 0.80 | 0.15 | | | ☐ | ☐ | ☐ |
| 13 | | C | F | 0.50 | 0.05 | | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 15 | | C | F | 5.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 16 | | C | F | 15.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 17 | | C | F | 6.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 18 | | C | F | 0.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 19 | | C | F | 11.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 20 | | C | C-F | 15.00 | 2.00 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | C-F | 3.50 | 0.60 | | | ☐ | ☐ | ☐ |
| 22 | | C | B | 0.80 | 0.15 | | | ☐ | ☐ | ☐ |
| 23 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 24 | | C | F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 25 | | C | B | 6.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 26 | | C | C-F | 8.00 | 2.00 | | | ☐ | ☐ | ☐ |
| 27 | | C | B | 5.50 | 0.20 | | | ☐ | ☐ | ☐ |
| 28 | | C | B | 2.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 29 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 30 | | C | F | 9.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 32 | | C | F | 3.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 33 | | C | F | 12.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 34 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 35 | | C | F | 2.80 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 | G3 | C | F | 2.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 37 | | C | B | 1.20 | 0.20 | | | ☐ | ☐ | ☐ |
| 38 | | C | F | 12.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 39 | | C | F | 1.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 40 | | C | C-F | 3.00 | 1.00 | X | X | ☑ | ☐ | ☐ |
| 41 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 42 | | C | B | 4.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 43 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 44 | | C | F | 8.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 45 | | C | C-F | 0.80 | 0.40 | | | ☐ | ☐ | ☐ |
| 46 | | C | F | 0.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 47 | | C | F | 2.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 48 | | C | C-F | 6.50 | 2.00 | | | ☐ | ☐ | ☐ |
| 49 | | C | F | 1.10 | 0.10 | | | ☐ | ☐ | ☐ |
| 50 | | C | B | 6.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 51 | | C | F | 1.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 52 | | C | F | 14.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 53 | | C | F | 6.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 54 | | C | C-F | 2.00 | 0.60 | | | ☐ | ☐ | ☐ |
| 55 | | C | F | 0.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 56 | | C | C-F | 7.50 | 0.80 | | | ☐ | ☐ | ☐ |
| 57 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 58 | | C | C-F | 3.00 | 0.70 | | | ☐ | ☐ | ☐ |
| 59 | | C | F | 4.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 60 | | C | F | 4.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 61 | | C | F | 4.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 62 | | C | F | 5.30 | 0.10 | | | ☐ | ☐ | ☐ |
| 63 | | C | B | 6.00 | 0.30 | | | ☐ | ☐ | ☐ |
| 64 | | C | F | 4.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 65 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 66 | | C | F | 6.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 67 | | C | F | 2.30 | 0.10 | | | ☐ | ☐ | ☐ |
| 68 | | C | F | 1.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 69 | | C | B | 12.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 70 | | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 71 | | C | F | 8.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 72 | | C | C-F | 7.00 | 1.00 | | | ☐ | ☐ | ☐ |
| 73 | B3-D4 | C | F | 8.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 74 | | C | F | 6.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 75 | | C | B | 1.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 76 | | C | B | 1.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 77 | | C | F | 4.30 | 0.10 | | | ☐ | ☐ | ☐ |
| 78 | | C | B | 1.50 | 0.20 | | | ☐ | ☐ | ☐ |
| 79 | | C | F | 4.40 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|-----------|--------|-------|--------|-------|------|--------|---------|
| 80 | | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 81 | | C | C-F | 4.00 | 2.00 | | | ☐ | ☐ | ☐ |
| 82 | | C | F | 0.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 83 | | C | B | 3.60 | 0.20 | | | ☐ | ☐ | ☐ |
| 84 | | C | F | 3.50 | 0.05 | | | ☐ | ☐ | ☐ |
| 85 | | C | B | 0.90 | 0.12 | | | ☐ | ☐ | ☐ |
| 86 | | C | B | 1.30 | 0.30 | | | ☐ | ☐ | ☐ |
| 87 | | C | C-F | 1.50 | 1.50 | | | ☐ | ☐ | ☐ |
| 88 | | C | F | 3.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 89 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 90 | | C | B | 8.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 91 | | C | F | 2.10 | 0.10 | | | ☐ | ☐ | ☐ |
| 92 | | C | F | 1.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 93 | | C | F | 1.80 | 0.05 | | | ☐ | ☐ | ☐ |
| 94 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 95 | C4 | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 96 | | C | B | 20.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 97 | | C | F | 4.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 98 | | C | B | 3.20 | 0.15 | | | ☐ | ☐ | ☐ |
| 99 | | C | C-F | 8.00 | 1.50 | | | ☐ | ☐ | ☐ |
| 100 | | C | F | 3.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 101 | | C | F | 2.40 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile      NSD - No Structure Detected
TR - Tremolite      F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite  M - Matrix
AC - Actinolite     C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 102 | | C | F | 3.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 103 | | C | F | 2.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 104 | | C | F | 2.30 | 0.10 | | | ☐ | ☐ | ☐ |
| 105 | | C | F | 3.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 106 | | C | F | 3.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 107 | | C | F | 2.30 | 0.10 | | | ☐ | ☐ | ☐ |
| 108 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 109 | | C | F | 5.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 110 | | C | F | 0.80 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 111 | | C | F | 8.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 112 | | C | F | 1.70 | 0.05 | | | ☐ | ☐ | ☐ |
| 113 | | C | B | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 114 | | C | C-F | 3.70 | 0.60 | | | ☐ | ☐ | ☐ |
| 115 | | C | F | 3.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 116 | | C | F | 14.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 117 | | C | F | 0.50 | 0.05 | | | ☐ | ☐ | ☐ |
| 118 | | C | B | 10.00 | 1.20 | | | ☐ | ☐ | ☐ |
| 119 | | C | F | 1.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 120 | | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 121 | | C | F | 0.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 122 | | C | F | 0.50 | 0.05 | | | ☐ | ☐ | ☐ |
| 123 | | C | C-F | 3.40 | 0.60 | | | ☐ | ☐ | ☐ |

| | |
|---|---|
| C - Chrysotile | NSD - No Structure Detected |
| TR - Tremolite | F - Fiber |
| CR - Crocidolite | B - Bundle |
| AN - Anthophyllite | M - Matrix |
| AC - Actinolite | C - Cluster |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|-----------|--------|-------|--------|-------|------|--------|---------|
| 124 | | C | B | 2.20 | 0.12 | | | ☐ | ☐ | ☐ |
| 125 | | C | F | 7.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 126 | | C | F | 2.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 127 | | C | F | 1.60 | 0.05 | | | ☐ | ☐ | ☐ |
| 128 | | C | F | 9.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 129 | | C | F | 0.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 130 | | C | F | 6.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 131 | | C | B | 2.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 132 | | C | F | 1.50 | 0.05 | | | ☐ | ☐ | ☐ |
| 133 | | C | B | 2.00 | 0.30 | | | ☐ | ☐ | ☐ |
| 134 | | C | F | 12.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 135 | | C | F | 5.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 136 | | C | F | 3.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 137 | | C | F | 1.70 | 0.10 | | | ☐ | ☐ | ☐ |
| 138 | | C | F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 139 | | C | F | 3.30 | 0.10 | | | ☐ | ☐ | ☐ |
| 140 | | C | F | 0.60 | 0.10 | X | X | ☑ | ☐ | ☐ |

M40543    023

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster







































