





# TEM DUST ANALYSIS    M40543  024

**Dies and Hile, LLP**
**Settled Dust Samples**

| | |
|---|---|
| Client Sample ID: | SSB 6 |

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/6/2006 | |
| Filter Type: | MCE 47mm | Analyst: | Kevin Simpson | |
| Pore size: | 0.45 | Scope Number: | 3 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | Yes    3 % | Grid_box: | 7184, 7169, 7185 | |

| Str < 5um: | 56 | Number of grids: | 2 | #1: 103 | #3: 105 | Average Grid Size: | 0.010867 |
|---|---|---|---|---|---|---|---|
| Str ≥5um: | 14 | Number of openings: | 10 | #2: 106 | #4: 103 | Total Area Analyzed: | 0.109 |
| Total Str: | 70 | | | | | | |

| | | | | |
|---|---|---|---|---|
| Volume Filtered | 0.2  ml | Str / sqr ft | 3.881E+09 | Str / cm2  4.178E+06 |
| Dilution Factor | 500 | Str / sqr ft  >=5 | 7.762E+08 | Str / cm2  >=5  8.355E+05 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C1-B4 | C | C-F | 3.00 | 2.00 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | C-F | 4.00 | 2.00 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | B | 4.20 | 0.15 | X | M36298 | ☑ | ☑ | ☐ |
| 4 | | C | F | 0.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 0.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | M-B | 3.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 7 | G4 | C | B | 4.20 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | F | 0.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 5.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | B | 0.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 12 | | C | F | 0.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 13 | | C | C-F | 1.50 | 0.20 | | | ☐ | ☐ | ☐ |

| | |
|---|---|
| C - Chrysotile | NSD - No Structure Detected |
| TR - Tremolite | F - Fiber |
| CR - Crocidolite | B - Bundle |
| AN - Anthophyllite | M - Matrix |
| AC - Actinolite | C - Cluster |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | F4 | C | F | 0.60 | 0.10 | | | ☐ | ☐ | ☐ |
| 15 | | C | M-F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 16 | | C | F | 1.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 17 | | C | B | 2.50 | 0.25 | | | ☐ | ☐ | ☐ |
| 18 | | C | B | 3.50 | 0.12 | | | ☐ | ☐ | ☐ |
| 19 | | C | F | 2.40 | 0.10 | | | ☐ | ☐ | ☐ |
| 20 | | C | | 0.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 21 | E4 | C | B | 46.00 | 4.00 | M36300 | M36299 | ☑ | ☑ | ☐ |
| 22 | | C | F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 23 | D4 | C | F | 4.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 24 | | C | F | 3.40 | 0.05 | | | ☐ | ☐ | ☐ |
| 25 | | C | F | 2.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 26 | | C | F | 24.00 | 0.05 | | | ☐ | ☐ | ☐ |
| 27 | | C | F | 0.70 | 0.10 | | | ☐ | ☐ | ☐ |
| 28 | | C | B | 0.80 | 0.12 | | | ☐ | ☐ | ☐ |
| 29 | | C | F | 20.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 30 | | C | B | 1.20 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | F | 5.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 32 | | C | C-F | 2.00 | 1.00 | | | ☐ | ☐ | ☐ |
| 33 | | C | B | 2.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 34 | C1-B3 | C | F | 2.30 | 0.10 | | | ☐ | ☐ | ☐ |
| 35 | | C | F | 15.00 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile    NSD - No Structure Detected
TR - Tremolite    F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite    C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 |  | C | F | 1.20 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 37 | C3 | C | F | 0.50 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 38 |  | C | F | 1.60 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 39 |  | C | F | 1.00 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 40 |  | C | F | 0.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 41 |  | C | B | 0.60 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 42 |  | C | F | 1.20 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 43 |  | C | F | 2.20 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 44 |  | C | F | 1.00 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 45 |  | C | B | 10.00 | 0.20 |  |  | ☐ | ☐ | ☐ |
| 46 |  | C | F | 3.00 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 47 |  | C | F | 0.60 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 48 |  | C | F | 12.00 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 49 | D3 | C | F | 3.60 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 50 |  | C | F | 4.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 51 |  | C | F | 2.50 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 52 |  | C | F | 6.00 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 53 |  | C | M-B | 2.70 | 0.15 |  |  | ☐ | ☐ | ☐ |
| 54 |  | C | B | 1.20 | 0.20 |  |  | ☐ | ☐ | ☐ |
| 55 |  | C | F | 17.00 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 56 | E3 | C | F | 5.00 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 57 |  | C | F | 25.00 | 0.10 |  |  | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite         B - Bundle
AN - Anthophyllite       M - Matrix
AC - Actinolite          C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|-----------|--------|-------|--------|-------|------|--------|---------|
| 58 |    | C | B | 1.50 | 0.12 |   |   | ☐ | ☐ | ☐ |
| 59 |    | C | F | 0.80 | 0.10 |   |   | ☐ | ☐ | ☐ |
| 60 |    | C | B | 1.50 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 61 |    | C | C-F | 6.00 | 2.00 |   |   | ☐ | ☐ | ☐ |
| 62 | F3 | C | F | 2.00 | 0.10 |   |   | ☐ | ☐ | ☐ |
| 63 |    | C | F | 0.50 | 0.10 |   |   | ☐ | ☐ | ☐ |
| 64 |    | C | F | 6.00 | 0.10 |   |   | ☐ | ☐ | ☐ |
| 65 |    | C | B | 2.50 | 0.20 |   |   | ☐ | ☐ | ☐ |
| 66 |    | C | F | 3.00 | 0.10 |   |   | ☐ | ☐ | ☐ |
| 67 |    | C | F | 3.00 | 0.10 |   |   | ☐ | ☐ | ☐ |
| 68 |    | C | C-F | 4.00 | 1.00 |   |   | ☐ | ☐ | ☐ |
| 69 |    | C | F | 3.00 | 0.10 |   |   | ☐ | ☐ | ☐ |
| 70 |    | C | F | 2.50 | 0.10 | X | X | ☑ | ☐ | ☐ |

M40543    024

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster



































# Office of Child Support Services (OCSE)
### 400 East Capitol Street

# TEM DUST ANALYSIS    M40543  025

**Law Offices of Martin Dies**
**Settled Dust Samples**

| | |
|---|---|
| Client Sample ID: | OCSE 1 |

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/5/2006 | |
| Filter Type: | MCE 47mm | Analyst: | Kevin Simpson | |
| Pore size: | 0.45 | Scope Number: | 3 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | Yes  3 % | Grid_box: | 7184, 7169, 7185 | |

| | | | | | |
|---|---|---|---|---|---|
| Str < 5um: | 28 | Number of grids: 2 | #1: 103 | #3: 105 | Average Grid Size: 0.010764 |
| Str ≥5um: | 2 | Number of openings: 10 | #2: 104 | #4: 103 | Total Area Analyzed: 0.108 |
| Total Str: | 30 | | | | |

| | | | | |
|---|---|---|---|---|
| Volume Filtered | 0.02 ml | Str / sqr ft | 1.679E+10 | Str / cm2  1.807E+07 |
| Dilution Factor | 5000 | Str / sqr ft >=5 | 1.119E+09 | Str / cm2  >=5  1.205E+06 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D1-F3 | C | B | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | B | 2.50 | 0.20 | X | M36297 | ☑ | ☑ | ☐ |
| 3 | | C | F | 2.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | B | 1.10 | 0.12 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 4.80 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | C-F | 1.00 | 0.40 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | B | 1.60 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 8 | F4 | C | F | 0.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 1.20 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | F5 | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 1.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 12 | F6 | C | F | 1.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 13 | | C | F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile      NSD - No Structure Detected
TR - Tremolite      F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite   M - Matrix
AC - Actinolite      C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | C | F | 0.50 | 0.10 | | | | | |
| 15 | | C | F | 0.50 | 0.05 | | | | | |
| 16 | F7 | C | F | 5.00 | 0.10 | | | | | |
| 17 | | C | F | 2.00 | 0.10 | | | | | |
| 18 | | C | F | 2.20 | 0.10 | | | | | |
| 19 | | C | F | 1.00 | 0.10 | | | | | |
| 20 | | C | F | 2.30 | 0.05 | X | X | ☑ | | |
| 21 | | C | F | 0.50 | 0.10 | | | | | |
| 22 | D2-C4 | C | B | 4.20 | 0.12 | | | | | |
| 23 | | C | F | 6.20 | 0.10 | | | | | |
| 24 | | C | B | 4.00 | 0.20 | | | | | |
| 25 | C5 | C | F | 4.20 | 0.10 | | | | | |
| 26 | C6 | C | M-F | 2.30 | 0.10 | | | | | |
| 27 | | C | F | 3.40 | 0.10 | | | | | |
| 28 | | C | F | 2.20 | 0.10 | | | | | |
| 29 | | C | F | 4.40 | 0.05 | | | | | |
| 30 | C7 | C | F | 0.60 | 0.10 | X | X | ☑ | | |
| | C8 | | NSD | | | | | | | |

M40543    025

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

























# TEM DUST ANALYSIS    M40543  026

**Dies and Hile, LLP**
**Settled Dust Samples**

| | |
|---|---|
| Client Sample ID: | OCSE 2 |

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/9/2006 | |
| Filter Type: | MCE 47mm | Analyst: | MAM | |
| Pore size: | 0.45 | Scope Number: | 4 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | YES     2 % | Grid_box: | 7184, 7169, 7181,7185 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Str < 5um: | 56 | Number of grids: | 2 | #1: 101 | #3: 101 | Average Grid Size: 0.010353 |
| Str ≥5um: | 45 | Number of openings: | 8 | #2: 102 | #4: 103 | Total Area Analyzed: 0.083 |
| Total Str: | 101 | | | | | |

| | | | | |
|---|---|---|---|---|
| Volume Filtered | 0.1  ml | Str / sqr ft | 1.469E+10 | Str / cm2   1.582E+07 |
| Dilution Factor | 1000 | Str / sqr ft  >=5 | 6.547E+09 | Str / cm2   >=5  7.047E+06 |

| Str# | SquareID | Type | Structure | Length | Width | Morph | SAED | EDS | Photo | Sketch |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E10-H6 | C | B | 14.00 | 0.30 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | B | 2.20 | 0.30 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | B | 1.70 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | F | 1.20 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | C-F | 9.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | B | 7.80 | 0.30 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | M-F | 1.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 8 | G8 | C | M-F | 37.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 2.30 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | F | 2.90 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | C-F | 10.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 12 | | C | M-F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 13 | | C | M-F | 1.80 | 0.10 | X | | ☐ | ☐ | ☐ |

| | |
|---|---|
| C - Chrysotile | NSD - No Structure Detected |
| TR - Tremolite | F - Fiber |
| CR - Crocidolite | B - Bundle |
| AN - Anthophyllite | M - Matrix |
| AC - Actinolite | C - Cluster |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 | | C | M-B | 10.00 | 0.50 | X | | ☐ | ☐ | ☐ |
| 15 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 16 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 17 | | C | F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 18 | D9 | C | F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 19 | | C | F | 5.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 20 | | C | F | 4.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | M-F | 2.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 22 | | C | F | 4.00 | 0.10 | X | | ☐ | ☐ | |
| 23 | | C | F | 10.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 24 | | C | F | 1.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 25 | | C | F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 26 | | C | M-F | 5.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 27 | | C | M-F | 2.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 28 | | C | F | 17.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 29 | CS | C | M-F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 30 | | C | F | 1.40 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | F | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 32 | | C | F | 1.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 33 | | C | F | 4.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 34 | | C | M-B | 5.30 | 0.20 | X | | ☐ | ☐ | ☐ |
| 35 | | C | M-F | 6.20 | 0.20 | X | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite      B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite       C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 |  | C | M-F | 1.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 37 |  | C | F | 8.00 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 38 |  | C | F | 3.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 39 |  | C | M-F | 1.60 | 0.50 | X |  | ☐ | ☐ | ☐ |
| 40 |  | C | B | 12.00 | 0.40 | X | X | ☑ | ☐ | ☐ |
| 41 |  | C | M-F | 1.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 42 |  | C | M-F | 1.20 | 0.20 | X |  | ☐ | ☐ | ☐ |
| 43 |  | C | F | 1.70 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 44 | E4 | C | M-F | 22.00 | 0.20 | X |  | ☐ | ☐ | ☐ |
| 45 |  | C | F | 2.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 46 |  | C | F | 3.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 47 |  | C | F | 0.90 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 48 |  | C | F | 3.70 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 49 |  | C | F | 3.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 50 |  | C | F | 13.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 51 |  | C | F | 3.60 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 52 |  | C | F | 1.60 | 0.05 | X |  | ☐ | ☐ | ☐ |
| 53 |  | C | C-F | 12.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 54 |  | C | F | 5.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 55 |  | C | F | 1.80 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 56 |  | C | C-F | 8.00 | 0.10 | X |  | ☐ | ☐ | ☐ |
| 57 |  | C | F | 1.50 | 0.10 | X |  | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite         B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite          C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 58 | | C | C-F | 2.50 | 0.20 | X | | ☐ | ☐ | ☐ |
| 59 | | C | C-F | 4.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 60 | | C | M-F | 6.30 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 61 | | C | F | 4.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 62 | | C | M-B | 7.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 63 | | C | F | 12.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 64 | | C | M-F | 12.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 65 | | C | F | 7.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 66 | | C | M-F | 12.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 67 | E9-C5 | C | C-F | 8.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 68 | | C | F | 4.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 69 | | C | B | 16.00 | 0.30 | | | ☐ | ☐ | ☐ |
| 70 | | C | M-F | 2.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 71 | | C | M-F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 72 | | C | F | 1.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 73 | | C | M-F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 74 | | C | F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 75 | | C | F | 8.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 76 | | C | M-F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 77 | E7 | C | B | 8.00 | 0.30 | X | | ☐ | ☐ | ☐ |
| 78 | | C | M-F | 7.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 79 | | C | M-F | 8.00 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile     NSD - No Structure Detected
TR - Tremolite     F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite     C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 80 | | C | F | 0.90 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 81 | | C | M-F | 10.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 82 | | C | M-F | 4.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 83 | | C | F | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 84 | | C | F | 7.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 85 | | C | M-F | 5.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 86 | | C | M-F | 14.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 87 | | C | C-F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 88 | | C | M-B | 6.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 89 | H6 | C | M-F | 13.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 90 | | C | F | 3.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 91 | | C | M-F | 19.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 92 | | C | F | 10.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 93 | | C | C-F | 9.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 94 | | C | F | 2.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 95 | | C | M-F | 11.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 96 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 97 | | C | C-F | 9.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 98 | | C | F | 3.20 | 0.10 | X | | ☐ | ☐ | ☐ |
| 99 | | C | F | 5.10 | 0.10 | X | | ☐ | ☐ | ☐ |
| 100 | | C | M-F | 3.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 101 | | | C-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD – No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
|       |           |       |            |        |       |        |       |      | M40543 | 026     |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster





























