







# TEM DUST ANALYSIS    M40543    027

**Dies and Hile, LLP**
**Settled Dust Samples**

| | |
|---|---|
| Client Sample ID: | OCSE 3 |

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/10/2006 | |
| Filter Type: | MCE 47mm | Analyst: | Kevin Simpson | |
| Pore size: | 0.45 | Scope Number: | 3 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | Yes    5 % | Grid_box: | 7184, 7169, 7181,7185 | |

| Str < 5um: | 33 | Number of grids: | 2 | #1: 105 | #3: 104 | Average Grid Size: | 0.010920 |
|---|---|---|---|---|---|---|---|
| Str ≥5um: | 7 | Number of openings: | 10 | #2: 103 | #4: 106 | Total Area Analyzed: | 0.109 |
| Total Str: | 40 | | | | | | |

| Volume Filtered | 0.3 ml | Str / sqr ft | 1.471E+09 | Str / cm2 | 1.584E+06 |
|---|---|---|---|---|---|
| Dilution Factor | 333.3333 | Str / sqr ft >=5 | 2.575E+08 | Str / cm2 >=5 | 2.771E+05 |

| Str# | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E4-C2 | C | F | 4.00 | 0.10 | X | M36325 | | | |
| 2 | | C | F | 16.00 | 0.10 | X | | ☑ | ☑ | ☐ |
| 3 | | C | F | 2.20 | 0.10 | X | | ☑ | ☐ | ☐ |
| 4 | | C | C-F | 2.20 | 0.50 | X | | ☑ | ☐ | ☐ |
| 5 | | C | F | 1.50 | 0.10 | X | | ☑ | ☐ | ☐ |
| 6 | | C | B | 0.60 | 0.12 | X | | ☑ | ☐ | ☐ |
| 7 | C3 | C | C-F | 8.00 | 3.00 | X | | ☑ | ☐ | ☐ |
| 8 | | C | F | 2.20 | 0.10 | X | | ☑ | ☐ | ☐ |
| 9 | | C | F | 0.70 | 0.10 | X | | ☑ | ☐ | ☐ |
| 10 | | C | F | 0.80 | 0.10 | X | | ☑ | ☐ | ☐ |
| 11 | C4 | C | M-B | 2.30 | 0.10 | | | ☐ | ☐ | ☐ |
| 12 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 13 | | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 | | C | M-F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 15 | | C | F | 2.10 | 0.10 | | | ☐ | ☐ | ☐ |
| 16 | C5 | C | F | 2.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 17 | | C | M-F | 0.70 | 0.05 | | | ☐ | ☐ | ☐ |
| 18 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 19 | | C | F | 4.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 20 | | C | F | 0.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | F | 0.70 | 0.10 | | | ☐ | ☐ | ☐ |
| 22 | | C | F | 7.50 | 0.10 | | | ☐ | ☐ | ☐ |
| 23 | | C | F | 1.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 24 | | C | F | 1.30 | 0.10 | | | ☐ | ☐ | ☐ |
| 25 | | C | F | 6.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 26 | | C | F | 1.30 | 0.10 | | | ☐ | ☐ | ☐ |
| 27 | | C | B | 2.50 | 0.15 | | | ☐ | ☐ | ☐ |
| | C6 | | NSD | | | | | ☐ | ☐ | ☐ |
| 28 | E3-C4 | C | C-F | 1.50 | 0.90 | | | ☐ | ☐ | ☐ |
| 29 | | C | F | 2.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 30 | | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | F | 0.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 32 | D4 | C | F | 3.80 | 0.10 | | | ☐ | ☐ | ☐ |
| 33 | E4 | C | C-F | 2.00 | 1.00 | | | ☐ | ☐ | ☐ |
| 34 | | C | F | 0.50 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 35 | F4 | C | B | 1.00 | 0.20 | | | ☐ | ☐ | ☐ |
| 36 | | C | C-F | 6.00 | 1.00 | | | ☐ | ☐ | ☐ |
| 37 | G4 | C | C-F | 8.00 | 4.00 | | | ☐ | ☐ | ☐ |
| 38 | | C | F | 4.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 39 | | C | C-F | 1.50 | 0.80 | | | ☐ | ☐ | ☐ |
| 40 | | C | C-F | 11.00 | 3.00 | X | X | ☑ | ☐ | ☐ |
| | | | | | | | | | M40543 | 027 |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster



























# TEM DUST ANALYSIS    M40543  028

**Dies and Hile, LLP**
**Settled Dust Samples**

| | | | | |
|---|---|---|---|---|
| | | Client Sample ID: | | OCSE 4 |

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/9/2006 | |
| Filter Type: | MCE 47mm | Analyst: | MAM | |
| Pore size: | 0.45 | Scope Number: | 4 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | YES  1 % | Grid_box: | 7184, 7169, 7181,7185 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Str < 5um: | 19 | Number of grids: | 2 | #1: 102  #3: 102 | Average Grid Size: | 0.010404 |
| Str ≥5um: | 2 | Number of openings: | 10 | #2: 101  #4: 103 | Total Area Analyzed: | 0.104 |
| Total Str: | 21 | | | | | |

| | | | | |
|---|---|---|---|---|
| Volume Filtered | 0.1 ml | Str / sqr ft | 2.432E+09 | Str / cm2  2.618E+06 |
| Dilution Factor | 1000 | Str / sqr ft >=5 | 2.316E+08 | Str / cm2  >=5  2.493E+05 |

| Str# | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C10-H6 | C | M-B | 2.00 | 0.40 | X | X | ☑ | ☐ | ☐ |
| 2 | G3 | C | B | 3.00 | 0.30 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | F | 1.70 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 4 | E4 | C | F | 0.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 0.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | C6 | C | F | 1.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | F | 0.90 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 4.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | F | 1.50 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 11 | E9 | C | F | 2.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 12 | C9-B5 | C | F | 0.80 | 0.01 | X | | ☐ | ☐ | ☐ |
| 13 | | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile      NSD - No Structure Detected
TR - Tremolite      F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite  M - Matrix
AC - Actinolite     C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | F8 | C | F | 5.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 15 | | C | F | 9.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 16 | H5 | C | F | 4.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 17 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 18 | | C | F | 2.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 19 | H2 | C | F | 1.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 20 | | C | F | 1.10 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 21 | C4 | C | M-B | 2.00 | 0.30 | X | | ☐ | ☐ | ☐ |

M40543    028

C - Chrysotile     NSD - No Structure Detected
TR - Tremolite     F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite     C - Cluster























# Hospital Administration Building
Arkansas State Hospital (ASH)

# TEM DUST ANALYSIS    M40543  002

**Dies and Hile, LLP**
**Settled Dust Samples**

**Client Sample ID:**  ASHAdmin1

| | | |
|---|---|---|
| Sample Area/ Volume: | **100 cm2** | |
| Filter Type: | MCE 47mm | |
| Pore size: | 0.45 | |
| Effective Filter Area: | 1297 | |
| Sample type: | Dust | |
| Analysis type: | Dust | |
| Grid Acceptance | YES | 10 % |

| | | |
|---|---|---|
| Date Analyzed: | 10/3/2006 | |
| Analyst: | MAM | |
| Scope Number: | 4 | |
| Accelerating Voltage: | 100 | KV |
| Indicated Mag: | 25 | KX |
| Screen Mag: | 20 | KX |
| Grid_box: | 7184, 7169, 7181,7185 | |

| | | | |
|---|---|---|---|
| Str < 5um: | 39 | Number of grids: 2 | #1: 102  #3: 101 |
| Str ≥5um: | 14 | Number of openings: 10 | #2: 102  #4: 100 |
| Total Str: | 53 | | |

| Average Grid Size: | 0.010252 |
|---|---|
| Total Area Analyzed: | 0.103 |

| | | | |
|---|---|---|---|
| Volume Filtered | 2 ml | Str / sqr ft | **3.115E+08** |
| Dilution Factor | 50 | Str / sqr ft  >=5 | **8.227E+07** |

| Str / cm2 | **3.353E+05** |
|---|---|
| Str / cm2  >=5 | **8.856E+04** |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D10-D5 | C | F | 1.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | M-F | 4.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | F | 6.00 | 0.01 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | B | 2.20 | 0.30 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 1.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | F | 1.20 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 7 | C3 | C | F | 2.20 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | F | 5.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 9 | B5 | C | F | 1.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | F | 8.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 12 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 13 | | C | F | 0.90 | 0.05 | X | | ☐ | ☐ | ☐ |

| | |
|---|---|
| C - Chrysotile | NSD - No Structure Detected |
| TR - Tremolite | F - Fiber |
| CR - Crocidolite | B - Bundle |
| AN - Anthophyllite | M - Matrix |
| AC - Actinolite | C - Cluster |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 | H3 | C | F | 3.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 15 | | C | F | 1.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 16 | | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 17 | | C | M-F | 1.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 18 | D1 | C | F | 1.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 19 | | C | F | 2.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 20 | | C | M-F | 0.60 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 22 | | C | F | 7.30 | 0.10 | X | | ☐ | ☐ | ☐ |
| 23 | | C | B | 14.00 | 0.30 | X | | ☐ | ☐ | ☐ |
| 24 | D9-G9 | C | M-F | 3.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 25 | | C | M-F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 26 | | C | M-F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 27 | | C | M-F | 0.80 | 0.10 | X | | ☐ | ☐ | ☐ |
| 28 | | C | F | 10.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 29 | | C | M-F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 30 | F7 | C | M-F | 8.00 | 0.20 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | M-F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 32 | | C | F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 33 | | C | F | 3.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 34 | | C | F | 2.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 35 | | C | F | 1.00 | 0.05 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 |    | C | F | 1.70 | 0.10 | X |   |   |   |   |
| 37 |    | C | F | 6.00 | 0.05 | X |   |   |   |   |
| 38 |    | C | F | 14.00 | 0.10 | X |   |   |   |   |
| 39 | F4 | C | F | 1.80 | 0.10 | X |   |   |   |   |
| 40 |    | C | F | 3.40 | 0.10 | X | X | ☑ |   |   |
| 41 |    | C | F | 0.60 | 0.10 | X |   |   |   |   |
| 42 |    | C | F | 3.00 | 0.10 | X |   |   |   |   |
| 43 |    | C | F | 3.20 | 0.10 | X |   |   |   |   |
| 44 | G3 | C | F | 7.00 | 0.10 | X |   |   |   |   |
| 45 |    | C | F | 6.00 | 0.20 | X |   |   |   |   |
| 46 |    | C | F | 1.00 | 0.10 | X |   |   |   |   |
| 47 |    | C | F | 5.50 | 0.10 | X |   |   |   |   |
| 48 |    | C | C-B | 16.00 | 1.00 | X |   |   |   |   |
| 49 |    | C | F | 3.60 | 0.10 | X |   |   |   |   |
| 50 | H8 | C | F | 1.20 | 0.10 | X | X | ☑ |   |   |
| 51 |    | C | F | 1.70 | 0.10 | X |   |   |   |   |
| 52 |    | C | M-F | 2.00 | 0.10 | X |   |   |   |   |
| 53 |    | C | M-F | 19.00 | 0.20 | X |   |   | M40543 | 002 |

C - Chrysotile     NSD - No Structure Detected
TR - Tremolite     F - Fiber
CR - Crocidolite     B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite     C - Cluster





























# TEM DUST ANALYSIS    M40543   003

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID:  ASHAdmin2

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/3/2006 |
| Filter Type: | MCE 47mm | Analyst: | MAM |
| Pore size: | 0.45 | Scope Number: | 4 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100  KV |
| Sample type: | Dust | Indicated Mag: | 25  KX |
| Analysis type: | Dust | Screen Mag: | 20  KX |
| Grid Acceptance | YES   15 % | Grid_box: | 7184, 7169, 7181,7185 |

| | | | | | |
|---|---|---|---|---|---|
| Str < 5um: | 27 | Number of grids: | 2 | #1: 100   #3: 102 | Average Grid Size: 0.010352 |
| Str ≥5um: | 7 | Number of openings: | 10 | #2: 103   #4: 102 | Total Area Analyzed: 0.104 |
| Total Str: | 34 | | | | |

| | | | | |
|---|---|---|---|---|
| Volume Filtered | 10 ml | Str / sqr ft | 3.958E+07 | Str / cm2  4.260E+04 |
| Dilution Factor | 10 | Str / sqr ft  >=5 | 8.148E+06 | Str / cm2  >=5  8.770E+03 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C10-E3 | C | M-F | 4.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | M-F | 3.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | F | 5.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | F | 3.70 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | H4 | C | F | 1.40 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | M-F | 2.30 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 8 | | C | F | 4.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 0.70 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 10 | D4 | C | M-F | 2.90 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 0.90 | 0.10 | X | | | ☐ | ☐ | ☐ |
| 12 | | C | F | 2.00 | 0.10 | X | | | ☐ | ☐ | ☐ |
| 13 | | C | F | 6.00 | 0.10 | X | | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | D7 | C | M-F | 1.50 | 0.05 | X | | ☐ | ☐ | ☐ |
| 15 | | C | F | 1.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 16 | | C | F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 17 | C8 | C | M-F | 2.00 | 0.01 | X | | ☐ | ☐ | ☐ |
| 18 | | C | M-F | 10.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 19 | | C | M-F | 9.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 20 | | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 21 | | C | F | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 22 | C9-14 | C | F | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 23 | | C | F | 2.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 24 | H6 | C | M-F | 1.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 25 | | C | M-F | 1.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 26 | | C | F | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 27 | | C | F | 9.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 28 | F9 | C | F | 4.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 29 | C3 | C | F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 30 | | C | M-F | 1.80 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 31 | | C | F | 4.50 | 0.10 | X | | ☐ | ☐ | ☐ |
| 32 | B6 | C | M-F | 2.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 33 | | C | M-F | 6.40 | 0.10 | X | | ☐ | ☐ | ☐ |
| 34 | | C | F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
|       |           |       |            |        |       |        |       |      | M40543 | 003     |

C - Chrysotile      NSD - No Structure Detected
TR - Tremolite     F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite   M - Matrix
AC - Actinolite    C - Cluster











