| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 59 | | C | F | 0.80 | 0.03 | X | | ☐ | ☐ | ☐ |
| 60 | C9 | C | F | 1.00 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 61 | | C | C-B | 6.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 62 | | C | F | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 63 | | C | B | 0.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 64 | | C | B | 1.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 65 | | C | F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 66 | | C | C-F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 67 | | C | F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 68 | | C | M-F | 1.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 69 | | C | F | 0.80 | 0.02 | X | | ☐ | ☐ | ☐ |
| 70 | | C | F | 1.40 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 71 | H7 | C | F | 2.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 72 | | C | M-F | 0.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 73 | | C | B | 1.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 74 | | C | F | 0.90 | 0.03 | X | | ☐ | ☐ | ☐ |
| 75 | | C | F | 0.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 76 | | C | B | 7.00 | 0.25 | X | | ☐ | ☐ | ☐ |
| 77 | | C | B | 2.20 | 0.20 | X | | ☐ | ☐ | ☐ |
| 78 | | C | B | 7.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 79 | | C | M-F | 2.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 80 | | C | B | 10.00 | 0.20 | X | X | ☑ | ☐ | ☐ |

C - Chrysotile          NSD – No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 81 | | C | F | 0.90 | 0.02 | X | | ☐ | ☐ | ☐ |
| 82 | | C | F | 1.20 | 0.02 | X | | ☐ | ☐ | ☐ |
| 83 | | C | F | 3.00 | 0.02 | X | | ☐ | ☐ | ☐ |
| 84 | C3-C3 | C | B | 3.00 | 0.20 | X | | ☐ | ☐ | ☐ |
| 85 | | C | F | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 86 | | C | F | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 87 | | C | B | 2.50 | 0.20 | X | | ☐ | ☐ | ☐ |
| 88 | | C | M-F | 1.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 89 | | C | M-F | 1.20 | 0.05 | X | | ☐ | ☐ | ☐ |
| 90 | | C | M-F | 1.80 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 91 | | C | M-B | 2.20 | 0.20 | X | | ☐ | ☐ | ☐ |
| 92 | | C | F | 0.60 | 0.02 | X | | ☐ | ☐ | ☐ |
| 93 | | C | F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 94 | | C | M-B | 1.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 95 | | C | M-F | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 96 | | C | F | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 97 | | C | M-F | 1.20 | 0.03 | X | | ☐ | ☐ | ☐ |
| 98 | | C | B | 1.00 | 0.03 | X | | ☐ | ☐ | ☐ |
| 99 | | C | M-B | 8.00 | 0.40 | X | | ☐ | ☐ | ☐ |
| 100 | | C | F | 1.00 | 0.03 | X | X | ☑ | ☐ | ☐ |
| 101 | | C | M-F | 2.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 102 | | C | B | 7.00 | 0.10 | X | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 103 | | C | F | 6.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 104 | | C | M-B | 1.20 | 0.08 | X | | ☐ | ☐ | ☐ |
| 105 | | C | M-F | 5.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| | | | | | | | | | M40543 | 007 |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite         B - Bundle
AN - Anthophyllite       M - Matrix
AC - Actinolite          C - Cluster







































# Unit 4 Building
Arkansas State Hospital (ASH)

# TEM DUST ANALYSIS    M40543    008

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID:    ASH 4 1

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/10/2006 |
| Filter Type: | MCE 47mm | Analyst: | MAM |
| Pore size: | 0.45 | Scope Number: | 4 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100   KV |
| Sample type: | Dust | Indicated Mag: | 25   KX |
| Analysis type: | Dust | Screen Mag: | 20   KX |
| Grid Acceptance | YES     20 % | Grid_box: | 7184, 7169, 7181,7185 |

| | | | | | |
|---|---|---|---|---|---|
| Str < 5um: | 7 | Number of grids: | 2 | #1: 100  #3: 103 | Average Grid Size: 0.010303 |
| Str ≥5um: | 2 | Number of openings: | 10 | #2: 101  #4: 102 | Total Area Analyzed: 0.103 |
| Total Str: | 9 | | | | |

| | | | |
|---|---|---|---|
| Volume Filtered | 9   ml | Str / sqr ft    1.170E+07 | Str / cm2    1.259E+04 |
| Dilution Factor | 11.11111 | Str / sqr ft  >=5    2.599E+06 | Str / cm2  >=5    2.797E+03 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| | A10-E9 | | NSD | | | | | ☐ | ☐ | ☐ |
| 1 | G7 | C | M-F | 2.30 | 0.10 | X | X | ☑ | ☐ | ☐ |
| | J5 | | NSD | | | | | ☐ | ☐ | ☐ |
| | G4 | | NSD | | | | | ☐ | ☐ | ☐ |
| 2 | F2 | C | M-F | 2.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 3 | | C | M-F | 3.70 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | M-F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | M-F | 2.30 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | M-F | 1.80 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 7 | A9-I8 | C | M-F | 2.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| | G6 | | NSD | | | | | ☐ | ☐ | ☐ |
| 8 | C9 | C | M-F | 11.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 9 | D3 | C | M-F | 9.50 | 0.10 | X | X | ☑ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
|       | G3        |       | NSD        |        |       |        |       | ☐    | ☐      | ☐       |
|       |           |       |            |        |       |        |       |      | M40543 | 008     |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster



















# TEM DUST ANALYSIS    M40543   009

| | |
|---|---|
| **Dies and Hile, LLP** | Client Sample ID:    ASH 4 2 |
| **Settled Dust Samples** | |

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 10/10/2006 | |
| Filter Type: | MCE 47mm | Analyst: | MAM | |
| Pore size: | 0.45 | Scope Number: | 4 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | YES    20 % | Grid_box: | 7184, 7169, 7181,7185 | |

| | | | |
|---|---|---|---|
| Str < 5um: **1** | Number of grids: **2**   #1: **103**   #3: **103** | Average Grid Size: | **0.010558** |
| Str ≥5um: **0** | Number of openings: **10**   #2: **103**   #4: **102** | Total Area Analyzed: | **0.106** |
| Total Str: **1** | | | |
| Volume Filtered  **8**  ml | Str / sqr ft   **1.427E+06** | Str / cm2 | **1.536E+03** |
| Dilution Factor  **12.5** | Str / sqr ft  >=5   **0.000E+00** | Str / cm2  >=5 | **0.000E+00** |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E7-G1 | C | F | 2.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| | E2 | | NSD | | | | | ☐ | ☐ | ☐ |
| | B3 | | NSD | | | | | ☐ | ☐ | ☐ |
| | J4 | | NSD | | | | | ☐ | ☐ | ☐ |
| | F9 | | NSD | | | | | ☐ | ☐ | ☐ |
| | D7-B2 | | NSD | | | | | ☐ | ☐ | ☐ |
| | C6 | | NSD | | | | | ☐ | ☐ | ☐ |
| | E3 | | NSD | | | | | ☐ | ☐ | ☐ |
| | H5 | | NSD | | | | | ☐ | ☐ | ☐ |
| | J6 | | NSD | | | | | ☐ | ☐ | ☐ |

M40543   009

| | |
|---|---|
| C - Chrysotile | NSD - No Structure Detected |
| TR - Tremolite | F - Fiber |
| CR - Crocidolite | B - Bundle |
| AN - Anthophyllite | M - Matrix |
| AC - Actinolite | C - Cluster |



# Unit 1 Building
Arkansas State Hospital (ASH)

# TEM DUST ANALYSIS    M40543    010

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID:    ASH 1 1

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | | Date Analyzed: | 10/13/2006 |
| Filter Type: | MCE 47mm | | Analyst: | Kevin Simpson |
| Pore size: | 0.45 | | Scope Number: | 3 |
| Effective Filter Area: | 1297 | | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | | Indicated Mag: | 25 KX |
| Analysis type: | Dust | | Screen Mag: | 20 KX |
| Grid Acceptance | Yes    25 % | | Grid_box: | 7192 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Str < 5um: | 22 | Number of grids: | 2 | #1: 106    #3: 103 | Average Grid Size: | 0.010920 |
| Str ≥ 5um: | 3 | Number of openings: | 4 | #2: 104    #4: 105 | Total Area Analyzed: | 0.044 |
| Total Str: | 25 | | | | | |

| | | | |
|---|---|---|---|
| Volume Filtered | 50 ml | Str / sqr ft    **1.379E+07** | Str / cm2    **1.485E+04** |
| Dilution Factor | 2 | Str / sqr ft  >=5    **1.655E+06** | Str / cm2  >=5    **1.782E+03** |

| Str# | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E8-I4 | C | F | 5.20 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 2 | | C | F | 0.70 | 0.05 | X | M36334 | ☑ | ☑ | ☐ |
| 3 | | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 4 | | C | F | 3.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 5 | | C | F | 1.20 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 6 | | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 7 | | C | F | 1.50 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 8 | G7 | C | F | 0.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 9 | | C | F | 4.30 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 10 | | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 11 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |
| 12 | | C | F | 1.20 | 0.10 | | | ☐ | ☐ | ☐ |
| 13 | | C | F | 1.00 | 0.10 | | | ☐ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 14 |  | C | F | 0.90 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 15 | E9-18 | C | F | 20.00 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 16 |  | C | F | 0.50 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 17 |  | C | F | 2.20 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 18 |  | C | F | 0.70 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 19 |  | C | F | 1.80 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 20 |  | C | F | 5.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 21 | E8 | C | F | 0.80 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 22 |  | C | F | 0.90 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 23 |  | C | F | 1.00 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 24 |  | C | F | 0.90 | 0.10 |  |  | ☐ | ☐ | ☐ |
| 25 |  | C | F | 0.60 | 0.10 |  |  | ☐ | ☐ | ☐ |
|  |  |  |  |  |  |  |  | ☐ | ☐ | ☐ |

M40543    010

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
  AN - Anthophyllite    M - Matrix
  AC - Actinolite       C - Cluster























# TEM DUST ANALYSIS    M40543    011

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID:    ASH 1 2

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/13/2006 |
| Filter Type: | MCE 47mm | Analyst: | Kevin Simpson |
| Pore size: | 0.45 | Scope Number: | 3 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100    KV |
| Sample type: | Dust | Indicated Mag: | 25    KX |
| Analysis type: | Dust | Screen Mag: | 20    KX |
| Grid Acceptance | Yes    15% | Grid_box: | 7184, 7169, 7181,7185 |

| | | | |
|---|---|---|---|
| Str < 5um: | 7 | Number of grids: 2   #1: 106   #3: 105 | Average Grid Size: 0.010919 |
| Str ≥5um: | 0 | Number of openings: 10   #2: 103   #4: 104 | Total Area Analyzed: 0.109 |
| Total Str: | 7 | | |

| | | | | |
|---|---|---|---|---|
| Volume Filtered | 8   ml | Str / sqr ft | **9.656E+06** | Str / cm2 **1.039E+04** |
| Dilution Factor | 12.5 | Str / sqr ft  >=5 | **0.000E+00** | Str / cm2  >=5 **0.000E+00** |

| Str# | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D9-J4 | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 2 | H4 | C | M-F | 2.00 | 0.10 | X | M36335 | ☑ | ☑ | ☐ |
| 3 | F4 | C | F | 0.80 | 0.10 | X | X | ☑ | ☐ | ☐ |
| | D4 | | NSD | | | | | ☐ | ☐ | ☐ |
| 4 | B4 | C | F | 1.00 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 5 | D8-C1 | C | F | 2.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| | C2 | | NSD | | | | | ☐ | ☐ | ☐ |
| | C3 | | NSD | | | | | ☐ | ☐ | ☐ |
| 6 | C4 | C | F | 0.90 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 7 | H3 | C | F | 1.00 | 0.10 | X | X | ☑ | ☐ | ☐ |

M40543    011

| | |
|---|---|
| C - Chrysotile | NSD - No Structure Detected |
| TR - Tremolite | F - Fiber |
| CR - Crocidolite | B - Bundle |
| AN - Anthophyllite | M - Matrix |
| AC - Actinolite | C - Cluster |















# Unit 2 Building
Arkansas State Hospital (ASH)

# TEM DUST ANALYSIS    M40543  012

| Dies and Hile, LLP | | Client Sample ID: | ASH 2 1 |
| Settled Dust Samples | | | |

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/13/2006 | |
| Filter Type: | MCE 47mm | Analyst: | MAM | |
| Pore size: | 0.45 | Scope Number: | 4 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | YES    25 % | Grid_box: | 7192 | |

| Str < 5um: | 0 | Number of grids: | 2 | #1: 102 | #3: 103 | Average Grid Size: | 0.010455 |
| Str ≥5um: | 0 | Number of openings: | 10 | #2: 103 | #4: 101 | Total Area Analyzed: | 0.105 |
| Total Str: | 0 | | | | | | |

| Volume Filtered | 50 ml | Str / sqr ft | 0.000E+00 | Str / cm2 | 0.000E+00 |
| Dilution Factor | 2 | Str / sqr ft >=5 | 0.000E+00 | Str / cm2 >=5 | 0.000E+00 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| | C10-C8 | | NSD | | | | | | | |
| | E7 | | NSD | | | | | ☐ | ☐ | ☐ |
| | F4 | | NSD | | | | | ☐ | ☐ | ☐ |
| | H4 | | NSD | | | | | ☐ | ☐ | ☐ |
| | F5 | | NSD | | | | | ☐ | ☐ | ☐ |
| | C9-E9 | | NSD | | | | | ☐ | ☐ | ☐ |
| | H4 | | NSD | | | | | ☐ | ☐ | ☐ |
| | D10 | | NSD | | | | | ☐ | ☐ | ☐ |
| | D9 | | NSD | | | | | ☐ | ☐ | ☐ |
| | D2 | | NSD | | | | | ☐ | ☐ | ☐ |
| | | | | | | | | ☐ | ☐ | ☐ |

M40543  012

| | |
|---|---|
| C - Chrysotile | NSD - No Structure Detected |
| TR - Tremolite | F - Fiber |
| CR - Crocidolite | B - Bundle |
| AN - Anthophyllite | M - Matrix |
| AC - Actinolite | C - Cluster |