# Unit 3 Building
Arkansas State Hospital (ASH)

# TEM DUST ANALYSIS     M40543   013

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID:      ASH 3 1

| | | | |
|---|---|---|---|
| Sample Area/ Volume: | **100 cm2** | Date Analyzed: | 10/13/2006 |
| Filter Type: | MCE 47mm | Analyst: | Kevin Simpson |
| Pore size: | 0.45 | Scope Number: | 3 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100   KV |
| Sample type: | Dust | Indicated Mag: | 25   KX |
| Analysis type: | Dust | Screen Mag: | 20   KX |
| Grid Acceptance | YES    25 % | Grid_box: | 7192 |

| | | | | | |
|---|---|---|---|---|---|
| Str < Sum: | 1 | Number of grids: | 2 | #1: 103   #3: 101 | Average Grid Size: 0.010302 |
| Str ≥Sum: | 0 | Number of openings: | 10 | #2: 101   #4: 101 | Total Area Analyzed: 0.103 |
| Total Str: | 1 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Volume Filtered | 50 ml | Str / sqr ft | 2.339E+05 | Str / cm2 | 2.518E+02 |
| Dilution Factor | 2 | Str / sqr ft >=5 | 0.000E+00 | Str / cm2 >=5 | 0.000E+00 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| | B10-E9 | | NSD | | | | | ☐ | ☐ | ☐ |
| | F7 | | NSD | | | | | ☐ | ☐ | ☐ |
| | D3 | | NSD | | | | | ☐ | ☐ | ☐ |
| | H5 | | NSD | | | | | ☐ | ☐ | ☐ |
| 1 | E6 | C | F | 1.00 | 0.10 | X | M36344 | ☑ | ☑ | ☐ |
| | B9-B4 | | NSD | | | | | ☐ | ☐ | ☐ |
| | H5 | | NSD | | | | | ☐ | ☐ | ☐ |
| | C2 | | NSD | | | | | ☐ | ☐ | ☐ |
| | F1 | | NSD | | | | | ☐ | ☐ | ☐ |
| | E10 | | NSD | | | | | ☐ | ☐ | ☐ |

M40543   013

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster



# Vocational/Maintenance Shop Building

Arkansas State Hospital (ASH)

# TEM DUST ANALYSIS    M40543   001

**Dies and Hile, LLP**
**Settled Dust Samples**

Client Sample ID:   ASHVocMaint

| | | | |
|---|---|---|---|
| Sample Area/Volume: | 100 cm2 | Date Analyzed: | 10/3/2006 |
| Filter Type: | MCE 47mm | Analyst: | MAM |
| Pore size: | 0.45 | Scope Number: | 4 |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100   KV |
| Sample type: | Dust | Indicated Mag: | 25   KX |
| Analysis type: | Dust | Screen Mag: | 20   KX |
| Grid Acceptance | YES   2 % | Grid_box: | 7184, 7169, 7181,7185 |

| Str < Sum: | 77 | Number of grids: | 2 | #1: 100 | #3: 100 | Average Grid Size: | 0.010000 |
|---|---|---|---|---|---|---|---|
| Str ≥Sum: | 23 | Number of openings: | 6 | #2: 100 | #4: 100 | Total Area Analyzed: | 0.060 |
| Total Str: | 100 | | | | | | |

| Volume Filtered | 0.1 ml | Str / sqr ft | 2.008E+10 | Str / cm2 | 2.162E+07 |
|---|---|---|---|---|---|
| Dilution Factor | 1000 | Str / sqr ft >=5 | 4.619E+09 | Str / cm2 >=5 | 4.972E+06 |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E10-A2 | C | F | 1.70 | 0.10 | X | X | ✔ | | |
| 2 | | C | F | 1.80 | 0.20 | X | X | ✔ | | |
| 3 | | C | F | 4.00 | 0.10 | X | X | ✔ | | |
| 4 | | C | F | 8.00 | 0.10 | X | X | ✔ | | |
| 5 | | C | F | 8.00 | 0.05 | X | X | ✔ | | |
| 6 | | C | F | 7.00 | 0.10 | X | X | ✔ | | |
| 7 | | C | C-F | 3.00 | 0.20 | X | X | ✔ | | |
| 8 | | C | F | 9.00 | 0.10 | X | X | ✔ | | |
| 9 | | C | F | 4.00 | 0.10 | X | X | | | |
| 10 | | C | F | 2.30 | 0.10 | X | X | ✔ | | |
| 11 | | C | C-F | 1.00 | 0.10 | X | | | | |
| 12 | | C | M-F | 2.50 | 0.10 | X | | | | |
| 13 | F1 | C | F | 3.00 | 0.20 | X | | | | |

| | |
|---|---|
| C - Chrysotile | NSD - No Structure Detected |
| TR - Tremolite | F - Fiber |
| CR - Crocidolite | B - Bundle |
| AN - Anthophyllite | M - Matrix |
| AC - Actinolite | C - Cluster |

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | C | M-F | 4.00 | 0.05 | X | | | | |
| 15 | | C | F | 1.30 | 0.10 | X | | | | |
| 16 | | C | C-F | 3.50 | 0.05 | X | | | | |
| 17 | | C | M-F | 2.00 | 0.10 | X | | | | |
| 18 | | C | F | 3.70 | 0.10 | X | | | | |
| 19 | | C | F | 4.00 | 0.10 | X | | | | |
| 20 | | C | F | 2.80 | 0.10 | X | X | ✔ | | |
| 21 | | C | F | 24.00 | 0.10 | X | | | | |
| 22 | | C | M-F | 0.90 | 0.10 | X | | | | |
| 23 | | C | M-F | 3.80 | 0.10 | X | | | | |
| 24 | | C | M-F | 2.50 | 0.10 | X | | | | |
| 25 | | C | M-F | 2.50 | 0.10 | X | | | | |
| 26 | GS | C | M-F | 1.00 | 0.10 | X | | | | |
| 27 | | C | F | 0.80 | 0.05 | X | | | | |
| 28 | | C | F | 2.20 | 0.05 | X | | | | |
| 29 | | C | F | 4.00 | 0.10 | X | | | | |
| 30 | | C | F | 1.70 | 0.10 | X | X | ✔ | | |
| 31 | | C | F | 2.00 | 0.20 | X | | | | |
| 32 | | C | F | 1.50 | 0.10 | X | | | | |
| 33 | | C | F | 9.00 | 0.10 | X | | | | |
| 34 | | C | F | 2.00 | 0.05 | X | | | | |
| 35 | | C | F | 7.60 | 0.05 | X | | | | |

C - Chrysotile    NSD - No Structure Detected
TR - Tremolite    F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite    C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 36 |  | C | F | 1.60 | 0.10 | X |  |  |  |  |
| 37 |  | C | F | 1.40 | 0.05 | X |  |  |  |  |
| 38 |  | C | M-B | 2.00 | 0.20 | X |  |  |  |  |
| 39 |  | C | F | 7.00 | 0.20 | X |  |  |  |  |
| 40 |  | C | F | 0.90 | 0.10 | X | X | ✓ |  |  |
| 41 |  | C | F | 3.00 | 0.10 | X |  |  |  |  |
| 42 | E4 | C | C-B | 8.00 | 0.70 | X |  |  |  |  |
| 43 |  | C | F | 3.80 | 0.10 | X |  |  |  |  |
| 44 |  | C | F | 0.70 | 0.10 | X |  |  |  |  |
| 45 |  | C | F | 7.00 | 0.10 | X |  |  |  |  |
| 46 |  | C | F | 2.30 | 0.05 | X |  |  |  |  |
| 47 |  | C | F | 2.00 | 0.10 | X |  |  |  |  |
| 48 |  | C | M-F | 2.00 | 0.10 | X |  |  |  |  |
| 49 |  | C | F | 6.60 | 0.10 | X |  |  |  |  |
| 50 |  | C | B | 6.00 | 0.50 | X | X | ✓ |  |  |
| 51 |  | C | M-F | 1.00 | 0.05 | X |  |  |  |  |
| 52 |  | C | F | 1.00 | 0.05 | X |  |  |  |  |
| 53 |  | C | F | 2.00 | 0.10 | X |  |  |  |  |
| 54 |  | C | F | 0.60 | 0.10 | X |  |  |  |  |
| 55 |  | C | F | 1.70 | 0.10 | X |  |  |  |  |
| 56 |  | C | F | 2.40 | 0.05 | X |  |  |  |  |
| 57 | E9-H13 | C | F | 10.00 | 0.05 | X |  |  |  |  |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
  AN - Anthophyllite    M - Matrix
  AC - Actinolite       C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 58 | | C | F | 12.50 | 0.10 | X | | | | |
| 59 | | C | F | 2.00 | 0.10 | X | | | | |
| 60 | | C | F | 8.00 | 0.10 | X | X | ☑ | | |
| 61 | | C | F | 8.00 | 0.05 | X | | | | |
| 62 | | C | M-F | 19.00 | 0.10 | X | | | | |
| 63 | | C | F | 1.00 | 0.10 | X | | | | |
| 64 | | C | F | 6.70 | 0.05 | X | | | | |
| 65 | | C | M-F | 1.70 | 0.10 | X | | | | |
| 66 | | C | F | 6.00 | 0.10 | X | | | | |
| 67 | | C | M-F | 6.00 | 0.10 | X | | | | |
| 68 | | C | F | 3.70 | 0.05 | X | | | | |
| 69 | | C | F | 3.00 | 0.10 | X | | | | |
| 70 | | C | M-F | 1.30 | 0.10 | X | X | ☑ | | |
| 71 | | C | F | 27.00 | 0.10 | X | | | | |
| 72 | | C | B | 1.30 | 0.20 | X | | | | |
| 73 | FJ | C | B | 2.40 | 0.40 | X | | | | |
| 74 | | C | F | 3.60 | 0.10 | X | | | | |
| 75 | | C | F | 4.20 | 0.10 | X | | | | |
| 76 | | C | F | 5.30 | 0.05 | X | | | | |
| 77 | | C | F | 1.00 | 0.05 | X | | | | |
| 78 | | C | M-F | 1.80 | 0.05 | X | | | | |
| 79 | | C | F | 1.30 | 0.05 | X | | | | |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 80 | | C | M-F | 1.80 | 0.05 | X | X | ☑ | ☐ | ☐ |
| 81 | | C | F | 3.00 | 0.05 | X | | ☐ | ☐ | ☐ |
| 82 | | C | F | 0.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 83 | | C | F | 0.60 | 0.10 | X | | ☐ | ☐ | ☐ |
| 84 | | C | F | 1.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 85 | | C | F | 3.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 86 | | C | M-F | 1.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 87 | | C | F | 0.90 | 0.10 | X | | ☐ | ☐ | ☐ |
| 88 | | C | F | 1.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 89 | | C | F | 0.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 90 | | C | F | 13.00 | 0.10 | X | X | ☑ | ☐ | ☐ |
| 91 | | C | F | 1.30 | 0.05 | X | | ☐ | ☐ | ☐ |
| 92 | | C | F | 3.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 93 | | C | F | 4.60 | 0.05 | X | | ☐ | ☐ | ☐ |
| 94 | | C | M-F | 1.40 | 0.05 | X | | ☐ | ☐ | ☐ |
| 95 | | C | F | 1.80 | 0.05 | X | | ☐ | ☐ | ☐ |
| 96 | | C | F | 1.70 | 0.10 | X | | ☐ | ☐ | ☐ |
| 97 | | C | M-F | 2.00 | 0.10 | X | | ☐ | ☐ | ☐ |
| 98 | | C | F | 1.70 | 0.05 | X | | ☐ | ☐ | ☐ |
| 99 | | C | F | 0.90 | 0.05 | X | | ☐ | ☐ | ☐ |
| 100 | | C | F | 1.60 | 0.10 | X | X | ☑ | ☐ | ☐ |
| | | | | | | | | ☐ | ☐ | ☐ |

C - Chrysotile        NSD - No Structure Detected
TR - Tremolite        F - Fiber
CR - Crocidolite       B - Bundle
AN - Anthophyllite     M - Matrix
AC - Actinolite        C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
|       |           |       |            |        |       |        |       |      | M40543 | 001     |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster





































# SECTION 5

# Maintenance Building 18
### Benton Service Center