

1. rear hall - top of exit sign



2. rear hall - top of announcement board



3. rear hall - attachments to fireproofed structural components



4. rear hall - air errosion around roof exhaust fan



5. plumbing shop - missing fireproofing on I-beam flange



6. plumbing shop - fireproofing debris on top of office plywood decking