

7. plumbing shop - fireproofing on fluorescent light fixture supports



8. paint shop - close-up of debris on top of deck hung HVAC equipment

9. paint shop - debris on top of deck hung HVAC equipment



10. paint shop - delamination on support structure



11. paint shop - water damaged fireproofing on corrugated decking



12. paint shop - fireproofing debris on top of shelf