

13. paint shop – delamination above window



14. paint shop - delamination at light fixture



15. carpenters shop - removed fireproofing adjacent to electrical conduit & junction boxes



16. garage - debris on top of deck hung HVAC equipment



17. garage - water damaged fireproofing on corrugated decking



18. rear hall - general view of overspray on concrete block hallway wall