

19. rear hall - close-up of overspray on concrete block hallway wall



20. offices - material lodged between top of wall and fireproofing deck



21. rear hall - surface after sampling - location of sample #1



22. plumbing shop - surface after sampling - location of sample #2



23. paint shop - surface after sampling - location of sample #3



24. parts/stock room - delaminated fireproofing dust and debris along backwall