

25. parts/stock room - delaminated fireproofing dust and debris along backwall



26. parts/stock room - delaminated fireproofing dust and debris along backwall



27. parts/stock room - delaminated fireproofing dust and debris along backwall



28. parts/stock room - delaminated fireproofing dust and debris along backwall



29. parts/stock room - delaminated fireproofing dust and debris along backwall



30. parts/stock room - cardboard box surface after sampling - location of sample #4