

31. electrical office - top of flourescent light fixture after sampling - location of sample #5

# SBS Building
fka National Old Line Insurance Building



32. G Floor Meeting Rm - Location of sample #1 - top of flluorescent light fixture



33. G Floor Meeting Rm - View of delaminated fireproofing above suspended ceiling



34. B Floor West Mech Rm - View of large chunks of delaminated fireproofing debris on top of suspended ceiling