

35. B Floor West Mech Rm - General view of fireproofing debris on top of HVAC duct above suspended ceiling

Case 01-01139-AMC    Doc 13491-5    Filed 10/25/06    Page 2 of 5



36. B Floor East Mech Rm - General view of delaminated fireproofing off beam in mechanical rooml



37. B Floor East Mech Rm - General view of fireproofing debris on top of large electrical panel



38. B Floor East Mech Rm - Close-up view of fireproofing debris on top of large electrical panel



39. B Floor East Mech Rm - View of fireproofing debris on top of breaker box