

40. B Floor East Mech Rm - Close-up view of fireproofing debris on top of breaker box




41. B Floor East Mech Rm - View of fireproofing debris on top of breaker box



42. B Floor East Mech Rm - Close-up view of fireproofing debris on top of breaker box



43. B Floor East Mech Rm - View of ladder above breaker box



44. B Floor East Mech Rm - Close-up view of ladder above breaker box




45. B Floor East Mech Rm - Location of sample #2 - top of breaker box



46. B Floor East Mech Rm - Damaged fireproofing on exposed I-beam