

47. 2nd Floor Suite 261 - View of delaminated fireproofing on top of plaster perimeter ceiling



48. 2nd Floor Suite 261 - Disturbed fireproofing next to hanger wire on corrugated decking above suspended ceiling



49. 2nd Floor Suite 261 - Close-up of fireproofing debris on top of flluorescent light fixture



50. 2nd Floor Suite 261 - Close-up of fireproofing debris on top of flluorescent light fixture



51. 4th Floor vacant center ste - Location of sample #3 - top of flluorescent light fixture



52. 4th Floor vacant center ste - Location of sample #4 - top of flluorescent light fixture