

53. 4th Floor vacant center ste - Disturbed fireproofing next to hanger wire on corrugated decking above suspended ceiling



54. 4th Floor vacant center ste - Close-up of fireproofing debris on top of HVAC duct above suspended ceiling!



55. 4th Floor vacant center ste - General view of fireproofing debris on top of HVAC duct above suspended ceiling!



56. 4th Floor vacant center ste - Close-up view of fireproofing debris on top of suspended ceiling



57. 6th floor center suite 600 - View of fireproofing debris on top of suspended ceiling



58. 6th floor center suite 600 - Close-up of fireproofing debris on top of suspended ceiling