

59. 6th floor center suite 600 - View of fireproofing debris on top of flluorescent light fixture with supply duct



60. 6th floor center suite 600 - Close-up of fireproofing debris on top of suspended ceiling



61. 6th floor center suite 600 - Close-up of fireproofing debris on top of flluorescent light fixture



62. 6th floor center suite 600 - Location of sample #5 - top of flluorescent light fixture



63. 6th floor center suite 602 - Close-up of fireproofing debris on top of flluorescent light fixture



64. 6th floor center suite 602 - General view of fireproofing debris on top of flluorescent light fixture