

65. 6th floor center suite 602 - Close-up of fireproofing debris on top of suspended ceiling

# Office of Child Support Services (OCSE)
400 East Capitol Street



66. 1st floor west office areas - Damaged acoustical plaster in lobby



67. 1st floor west office areas - Close-up of water damaged acoustical plaster in lobby