

68. 1st floor west office areas - General view of water damaged acoustical plaster next to light



69. 1st floor north office areas - General view of water damaged acoustical plaster next to light



70. 1st floor north office areas - Damaged acoustical plaster on outside of auditorium wall



71. 1st floor auditorium - Close-up of impact damaged acoustical plaster in hallway outside auditorium



72. 1st floor auditorium - General view of auditorium ceiling



73. 1st floor auditorium - Damaged acoustical plaster on inside of auditorium wall