

74. 1st floor auditorium - General view of stage curtains adjacent to breaker box (general location of dust sample #1)



75. 1st floor auditorium - View of stage curtains above breaker box



76. 1st floor auditorium - damaged acoustical plaster above stage



77. 4th floor west hallway - Eroded acoustical plaster next to square recessed light



78. 4th floor elevator lobby - General view of acoustical plaster in lobby



79. 4th floor, sw corner hallway - Close-up of damaged acoustical plaster on 4th floor south side