

80. 4th floor, south hall outside Rm 404 - General view of damaged acoustical plaster (location of former wall)



81. 4th floor, room 414 breakroom - General view of cabinets below acoustical plaster



82. 4th floor, room 414 breakroom - Delaminated acoustical plaster on top of wall cabinets



83. 4th floor, room 414 breakroom - Location of dust sample #2 -Top of wall mounted cabinets



84. 3rd floor, outside room 311 - Impact damage to as at recessed light fixture



85. 3rd floor, outside room 311 - General view of acoustical plaster in west office area