

86. 3rd floor, west hall adj to lobby - acoustical plaster above emergency light in west office



87. 3rd floor, west hall adj to lobby - Location of dust sample #3 -Top of emergency light in west office adj to lobby



88. B Floor - east hallway - General view of acoustical plaster in hallway



89. B Floor – east hallway – Close-up of damaged acoustical plaster in hallway



90. B Floor - east hallway - Damaged acoustical plaster at light fixture in hallway