

91. B Floor - west hallway - Impact damaged acoustical plaster in hallway



92. B Floor - west hallway - Water damaged acoustical plaster in hallway surrounding light fixture



93. B Floor - west hallway - Water damaged acoustical plaster in hallway surrounding light fixture



94. B Floor - Room B4 - Damaged acoustical plaster at access hatch to ceiling plenum



95. B Floor - Room B4 - Close-up of damaged acoustical plaster at access hatch to ceiling plenum