

96. B Floor - Purchasing B7/B5 - View of acoustical plaster in storage room



97. B Floor - Purchasing B7/B5 - Location of dust sample #4 - top of storage shelf next to boxes

# Hospital Administration Building
Arkansas State Hospital (ASH)