

98. 1st floor visitors lounge area - General view of acoustical plaster in attrium lobby/visitors lounge area



99. 1st floor visitors lounge area - General view of impact damage to acoustical plaster in lobby



100. 1st floor visitors lounge area - Close-up damage to acoustical plaster near flag pole



101. 1st floor visitors lounge area - View of water damaged acoustical plaster next to ceiling diffuser



104. 1st floor Sw hallway adj to staff dev - View of acoustical plaster above door to staff development office (general location of dust sample #1)