

105. 1st floor Sw hallway adj to staff dev - Location of dust sample #2 - top of interior window ledge above door



106. 3rd floor Alcohol & Drug Abuse Office - Delaminated acoustical plaster dust and debris on top of shelf



107. 3rd floor Alcohol & Drug Abuse Office - Location of dust sample #3 -Top of storage shelf next to boxes



108. 3rd floor NE meeting room - Damaged acoustical plaster above conference table