# Canteen
Arkansas State Hospital (ASH)



109. Dining Area - General view of acoustical plaster ceiling above dining tables



110. Dining Area - Air errosoin arround ceiling air supply diffuser