

111. Dining Area - Location of dust sample #1 (top of refrigerator unit)

# Nursing Administration Building
Arkansas State Hospital (ASH)



112. Secretaries Area - General view of acoustical plaster on vaulted ceiling