

113. Office off east hall - View of damaged acoustical plaster at fluorescent light fixture

Admissions Building
Arkansas State Hospital (ASH)



114. Medical Records Area - General view of acoustical plaster ceiling