

115. Medical Records Area - General location of dust sample #2 (top of file cabinets)



116. Medical Records Area - General view of acoustical plaster ceiling



117. Admissons Area - General location of dust sample #1 (top of back wall cabinets)