# Unit 4 Building
Arkansas State Hospital (ASH)



118. Recreational Area - General view of acoustical plaster ceiling



119. Back hallway at office area - General view of acoustical plaster ceiling