

120. Back hallway at office area - Impact damage to acoustical plaster ceiling



121. Back hallway at office area - Damage to acoustical plaster ceiling



122. Back hallway at office area - Damage to acoustical plaster ceiling at corner of light fixture



123. Back hallway at office area - Damage to acoustical plaster ceiling above reception area



124. Quad D open area - Damage to acoustical plaster ceiling at corner of light fixture



125. Upper patient area - Sprinklers attached to acoustical plaster ceiling