

126. South lower day room - View of acoustical plaster ceiling in south day area



127. South lower day room - Location of dust sample #1 (top of exist sign)



128. Quad A, Janitors storage area - Location of dust sample #2 (top of storage shelving)