# Unit 1 Building
Arkansas State Hospital (ASH)



129. Recreational Area - General view of acoustical plaster ceiling



130. Back hallway at office area - Dislodged acoustical plaster debris inside the plastic lens of the light fixture



131. Back hallway at office area - Close-up of dislodged accoustical plaster debris inside the plastic lense of the light fixture