

132. Dining Area - Patched area of plaster ceiling previously damaged



133. Upper Quad A open area - impact damage to acoustical plaster ceiling



134. Upper Quad A open area - General view of damaged acoustical plaster ceiling



135. West upper recreational area - View of acoustical plaster ceiling - general location of dust sample #2 (window ledge above door)



136. Upper patient area - Impact damage to acoustical plaster ceiling