

137. Upper patient area – Impact damage to acoustical plaster ceiling next to light fixture



138. Upper Quad B - Damaged acoustical plaster ceiling



139. Upper Quad B - Impact damage above location of dust sample #1 (top of interior window ledge above store room)



140. Hallway outside Upper Quad B - Damaged acoustical plaster ceiling



141. Lower Quad A - Damaged acoustical plaster ceiling