

142. Lower Recreational Area - Damaged acoustical plaster ceiling



143. Nurses Station - Damaged acoustical plaster ceiling



144. Lower Quad D - Damaged acoustical plaster ceiling

# Unit 2 Building
Arkansas State Hospital (ASH)