

145. Visiting Area - Impact damaged acoustical plaster ceiling



146. Lower Day Area, behind stairs - Close-up of acoustical plaster ceiling



147. Lower Day Area, behind stairs - Location of dust sample #1 (top of wood railing)



148. Hallway outside Office Area - Water damaged acoustical plaster ceiling



149. Hallway outside Office Area - Close-up of water damaged acoustical plaster ceiling