# Unit 3 Building
Arkansas State Hospital (ASH)



150. Visiting Area - General view of acoustical plaster ceiling



151. Visiting Area - General view of acoustical plaster ceiling