

152. Dining Area - General view of acoustical plaster ceiling



153. Upper Quad B - Damaged acoustical plaster next to storage room



154. Upper Quad C - Location of dust sample #1 (top of interior window ledge above restroom)