# Vocational/Maintenance Shop Building
Arkansas State Hospital (ASH)



155. Boiler Room - General view of acoustical plaster ceiling in boiler room



156. Boiler Room - Close-up of damaged acoustical plaster ceiling