

157. Boiler Room - Water damaged acoustical plaster



158. Boiler Room - Delaminated acoustical plaster debris on top of electrical panel



159. Boiler Room - Delaminated acoustical plaster debris on floor



160. Boiler Room - Water damaged acoustical plaster