

161. Boiler Room - Damaged acoustical plaster above fan motor



162. Boiler Room - Delaminated acoustical plaster dust and debris on mechanical equipment



163. Boiler Room - Location of dust sample #1 (top of metal support brace)

# SECTION 6