

General location of spray applied fire protection

PARTIAL FLOOR PLAN - BLDG. 18    1/8" = 1'-0"

# SBS Building

fka National Old Line Insurance Building



SBS Building



Sixth Basement



area of delamination

electrical panel

COMPACT SHELVING

BASEMENT

WORKSHOP

Sample 2

AREAWAY

EQUIPMENT ROOM

TENANT
CONTROL
PANEL

CORRIDOR

ELEV.
MACH.
ROOM

A.H. EQUIP.

beam



N



**MEZZANINE**
**NTS**



Ground Floor

Sample



offices renovated in past year including new ceiling tile

2nd Floor

N



3rd Floor





5TH FLOOR
NTS



**6TH FLOOR**
**NTS**

N

# Office of Child Support Enforcement Bldg. (OCSE)
400 East Capitol Street

# STATE OF ARKANSAS

## OFFICE OF CHILD SUPPORT ENFORCEMENT

## ASBESTOS SURVEY DRAWING

## JANUARY 30, 2006

FIREPROOFING

ACOUSTICAL PLASTER

Office of Child Support Enforcement

Basement Floor

First Floor

Office of Child Support Enforcement

# Office of Child Support Enforcement



## South Wing – First Floor
## Blue Flame Auditorium

# Office of Child Support Enforcement



# Second Floor

# Office of Child Support Enforcement



# Third Floor

# Office of Child Support Enforcement



# Fourth Floor

Office of Child Support Enforcement

Basement Floor



# Office of Child Support Enforcement



## South Wing – First Floor
## Blue Flame Auditorium

# Office of Child Support Enforcement



# Second Floor

# Office of Child Support Enforcement



# Third Floor

# Office of Child Support Enforcement



# Fourth Floor