## *Construction Inspectors, Inc.*
### *2002 Bishop St.*
### *Orange, Texas*

*Ph. # 409-882-1729*

## ASBESTOS SURVEY

| | |
|---|---|
| **Building Owner:** | State of Arkansas |
| **Building Name:** | Office of Child Support Enforcement ("OCSE") |
| **Building Address:** | 400 East Capitol Street <br> Little Rock, Arkansas |
| **Date of Inspections:** | January 3, 2002 <br> January 18, 2006 |
| **Building Inspectors:** | 1/3/2002 – Tommy Manning and John Mertian <br> 1/18/2006 – John Mertian |

Gross Building Area: 78,800 sq. ft.

Building Description:

The OCSE Building consists of a basement and four structural floors plus a penthouse mechanical room on the roof. The first floor is supported by concrete joists, concrete beams and concrete columns. The second, third and fourth floors and the roof are supported by concrete beams and steel columns, which support a concrete deck. The building was constructed in 1966-1967.

Summary of Asbestos Surveys:

The building was initially inspected in January 2002. Spray-applied surface treatment materials that were suspected to contain asbestos were identified, and bulk samples of these materials were obtained. The bulk samples were then sent to Material Analytical Services ("MAS") to confirm the presence of asbestos and identify the manufacturer of the asbestos-containing surface treatment material ("ACSTM"). The report submitted by MAS indicates that the acoustical plaster is W.R. Grace Zonolite Acoustical Plaster and that the fireproofing is United States Gypsum Firecode. The purpose of the second inspection was to identify and quantify the ACSTM.

## Location and Types of ACSTM:

Asbestos-containing fireproofing is applied to steel and concrete beams, the vertical columns and part of the concrete deck located above plaster and lath ceilings on the first through fourth floors. The concrete columns and beams located in the basement and rooftop mechanical rooms are exposed and do not have fireproofing applied to them.

Asbestos-containing acoustical plaster is applied to plaster and lath ceilings throughout the building. A small area of the West first floor extension, bathrooms and stairwells does not contain acoustical plaster. Acoustical plaster, originally applied to the ceilings in the basement mechanical room, has been removed.

## Quantity of ACSTM:

Total Acoustical Plaster: 61,917 sq. ft.

|  | Basement | Level 1 | Level 2 | Level 3 | Level 4 |
|---|---|---|---|---|---|
| Ceilings | 2,041 | 23,813 | 9,137 | 9,137 | 9,137 |
| Overspray | 408 | 4,763 | 1,827 | 1,827 | 1,827 |
| Total ACM / Fl. | 2,449 | 28,576 | 10,964 | 10,964 | 10,964 |

Total Fireproofing: 87,897

|  | Basement | First Fl. | Second Fl. | Third Fl. | Fourth Fl. |
|---|---|---|---|---|---|
| Beams | 0 | 2,034 | 1,194 | 1,194 | 1,194 |
| Deck | 0 | 14,474 | 7,452 | 7,452 | 7,452 |
| Joists | 0 | 19,051 | 8,800 | 8,800 | 8,800 |
| Total ACM / Fl. | 0 | 35,559 | 17,446 | 17,446 | 17,446 |

Date:   January 31, 2006

John Mertian
Texas Department of Health
Asbestos Inspectors License
No.  600989

# Hospital Administration Building
## Arkansas State Hospital (ASH)



ADMINISTRATION – FIRST FLOOR

N

Alarm

Extinguisher

PBX Operator

Elevator

Business Office

Office

Office

STAIRS

Office

STAIRS

VISITORS LOUNGE AREA

Office

Office

Staff Development

EXIT

EXIT

EXIT

EXIT



ADMINISTRATION – SECOND FLOOR

C-LINE #6100%
CLEAR TOPPER

**ADMINISTRATION – THIRD  FLOOR**



# Canteen
## Arkansas State Hospital (ASH)

# Nursing Administration Building
## Arkansas State Hospital (ASH)



C-LINE #61003
CLEAR TOPPER

NURSING SERVICE ADMINISTRATION

EXIT

Infection
Control Office

JOY'S
OFFICE

UR Nurses Office

B/R

SECRETARIES   AREAS

EXIT

EXIT

NORMA'S
OFFICE

ADM. ASSIST

B/R

CONFERENCE  ROOM

EXIT

Florence
office

No samples collected – heavily painted AS ceilings

# Admissions Building
Arkansas State Hospital (ASH)



# Unit 4 Building
Arkansas State Hospital (ASH)



UNIT 4  Kitchen/Recreation Area

Bridge

Office Area

Office Area

Reception Area

Kitchen

RECREATION AREA

Extinguisher

Alarm

Emergency Door-Release

Exit Route

You are here





# UNIT 4 Upper

Legend:
- Extinguisher
- Alarm
- Fire Door
- Exit Route
- X You are here

**Office Area** (C)

**Medicine Clinic**

**Clothing Room** (D)

**PATIO**

**Day Area**

STAIRS

**Patient Area**

STAIRS

**Day Area**

**PATIO**

**Office Area** (B)

STAIRS

STAIRS

**Pharmacy** (A)

X

**Bridge**

# Unit 1 Building
Arkansas State Hospital (ASH)





# UNIT 1   Lower

**Legend:**
- ◄ Extinguisher
- Alarm
- Fire Door
- ↑ Exit Route
- X You are here

**Rooms:**
- School (B)
- Sleeping Area (C)
- Nursing Station — SECLUSION, SECLUSION
- Sleeping Area (D)
- Day Area
- Rec Area
- STAIRS
- PATIO
- Office Area (A)
- Bridge



# Unit 2 Building
### Arkansas State Hospital (ASH)







# Unit 3 Building
### Arkansas State Hospital (ASH)



UNIT 3   Dining Room/Office Area

Extinguisher
Alarm
Emergency Door-Release
Exit Route
You are here

Office Area
Kitchen
Dining Area
Reception Area
Office Area
Visiting Area
Bridge



# Vocational/Maintenance Shop Building
Arkansas State Hospital (ASH)

Maintenance Dept. Complex

LOWER FLOOR - VOCATIONAL SHOPS BUILDING

FAP - Fire Alarm Panel
F - Fire Alarm Box
X - Fire Extinguisher
OFF - Office
⟵ Exit Route

BOILER ROOM

EXIT

FAP

OFF. X

EXIT

EMP. BK. R.

FXIT

EXIT

PLANNING

EXIT

XF

LOADING DOCK

REFRIGERATION

EXIT

XF

ELECTRIC

EXIT

XF

UP

EXIT

X

AUTO GARAGE

X

EXIT

F

CORRIDOR

PREVENTATIVE MAINTENANCE

EXIT

X

OFF.

PLUMBING

WELDING

EXIT

DRIVEWAY



LEGEND
F – Fire Alarm Box
S – Stairs
X – Fire Extinguisher
⟶ Exit Route

EVACUATIO ○ ROUTES

Vocational Shops – Upper Floor