# EXHIBIT G

Expert Report of William E. Longo, Ph.D.,
Prepared on Behalf of the Property Damage
Asbestos Claimants Represented by the
Law Firm of Dies & Hile, LLP

# Appendix G

Photomicrographs

Projects

- TCC Music Hall Attic
- Texas Buildings Dust Project
- Arkansas Buildings Dust Project
- Lancaster Keist Library Air Sample

October 25, 2006

















M40632-001 (E5-H4) - Light

MAS, INC.
M36366 100.0KV X6000    1μm



