# EXHIBIT A

In re: W.R. GRACE & CO., et al
OMNIBUS 17 - EXHIBIT A - SUSTAINED - EXPUNGE

Hearing Date: Monday, October 23, 2006

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ADVANTA BUSINESS SERVICES CORPORATION ATTN: MARGUERITE K HALL 1020 LAUREL OAK ROAD VOORHEES NJ 08043 | 01-01140 W.R. GRACE & CO.-CONN. | 178 | $4,888.11 | (S) | NO LIABILITY EXPUNGE | SUSTAINED |
| 2 | BELLSOUTH CONSOLIDATED BNKRPTCY CENTER 301 W BAY ST, RM 12EE1 BST JACKSONVILLE FL 32202 | 01-01139 W.R. GRACE & CO. | 438 | $2,283.32 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 3 | BELLSOUTH CONSOLIDATED BNKRPTCY CENTER 301 W BAY ST, RM 12EE1 BST JACKSONVILLE FL 32202 | 01-01139 W.R. GRACE & CO. | 439 | $2,283.32 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 4 | DANKA FINANCIAL SYSTEMS C/O THOMAS V ASKOUNIS ESQ ASKOUNIS & BORST P.C. 303 E WACKER DR STE 1000 CHICAGO IL 60601 | 01-01139 W.R. GRACE & CO. | 670 | $1,743.45 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 5 | DE LAGE LANDEN FINANCIAL TOKAI FINANCIAL C/O DAVID J COOK ESQ SBC 0608259 COOK PERKISS AND LEW PLC 333 PINE ST 3RD FL SAN FRANCISCO CA 94104 | 01-01139 W.R. GRACE & CO. | 11 | $29,100.00 | (S) | NO LIABILITY EXPUNGE | SUSTAINED |
| 6 | ERVIN LEASING COMPANY PO BOX 1689 ANN ARBOR MI 48106-1689 | 01-01139 W.R. GRACE & CO. | 417 | $2,997.74 | (S) | NO LIABILITY EXPUNGE | SUSTAINED |
| 7 | FIDELITY LEASING INC 1255 WRIGHTS LANE WEST CHESTER PA 19380 | 01-01140 W.R. GRACE & CO.-CONN. | 77 | $979.16 | (S) | NO LIABILITY EXPUNGE | SUSTAINED |
| 8 | FLA DEPT OF ENVIRONMENTAL PROT JONATHAN H ALDEN ESQUIRE 3900 COMMONWEALTH BLVD MS 35 TALLAHASSEE FL 32399-3000 | 01-01139 W.R. GRACE & CO. | 8596 | $9,314,032.00 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 9 | FREEPORT CENTER ASSOCIATES PO BOX 160466 CLEARFIELD UT 84016 | 01-01139 W.R. GRACE & CO. | 1004 | $1,760.00 | (S) | NO LIABILITY EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

Page 1 of 3

**(A) - Administrative
(P) - Priority
(S) - Secured
(U) - Unsecured

10/16/2006 2:45:01 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 17 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Claim Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 10 | HIGHWOODS REALTY LIMITED PARTNERSHIP<br>ATTN CHRIS ANN BROTHERTON<br>4944 PKWY PLAZA BLVD #250<br>CHARLOTTE NC 28217 | 01-01139<br>W.R. GRACE & CO. | 1612 | $1,411.87 (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 11 | NTFC CAPITAL CORPORATION<br>THOMAS V ASKOUNIS ESQ<br>C/O ASKOUNIS & BORST P.C.<br>303 E WACKER DR STE 1000<br>CHICAGO IL 60601 | 01-01139<br>W.R. GRACE & CO. | 749 | $74,736.35 (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 12 | ORANGE GROVE ISD<br>C/O LORI ROBERTSON<br>LINEBARGER GOGGAN BLAIR PENA AND SAMPSON LLP<br>1949 S IH 35 PO BOX 17428<br>AUSTIN TX 78760-7428 | 01-01139<br>W.R. GRACE & CO. | 1995 | $513.59 (S) | NO LIABILITY EXPUNGE | SUSTAINED |
| 13 | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL P.O. BOX 20207<br>NASHVILLE TN 37202-0207<br>USA | 01-01139<br>W.R. GRACE & CO. | 17020 | $1,817.60 (P) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 14 | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL P.O. BOX 20207<br>NASHVILLE TN 37202-0207<br>USA | 01-01139<br>W.R. GRACE & CO. | 17020 | $1,817.60 (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 15 | THE TRAVELERS INDEMNITY CO & AFFILIATES<br>ATTN: ELIZABETH K FLYNN<br>ONE TOWER SQUARE 5MN<br>HARTFORD CT 06183 | 01-01140<br>W.R. GRACE & CO.-CONN. | 846 | $3,455.00 (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 16 | TOYOTA MOTOR CREDIT CORP<br>19001 S WESTERN AVE<br>PO BOX 2958 MS FN 21<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 2011 | $353.73 (S) | NO LIABILITY EXPUNGE | SUSTAINED |
| 17 | TOYOTA MOTOR CREDIT CORP<br>19001 S WESTERN AVE<br>PO BOX 2958 MS FN 21<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 2012 | $16,202.52 (S) | NO LIABILITY EXPUNGE | SUSTAINED |
| 18 | TOYOTA MOTOR CREDIT CORP<br>19001 SOUTH WESTERN AVE<br>PO BOX 2958<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 445 | $13,079.29 (S) | NO LIABILITY EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 17 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 19 | TOYOTA MOTOR CREDIT CORP<br>19001 SOUTH WESTERN AVE<br>PO BOX 2958<br>TORRANCE, CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 446 | $18,140.14 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 20 | TOYOTA MOTOR CREDIT CORP<br>19001 SOUTH WESTERN AVE<br>PO BOX 2958<br>TORRANCE, CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 447 | $10,421.10 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 21 | TOYOTA MOTOR CREDIT CORP<br>19001 SOUTH WESTERN AVE<br>PO BOX 2958<br>TORRANCE, CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 450 | $46,731.50 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 22 | TOYOTA MOTOR CREDIT CORP<br>19001 SOUTH WESTERN AVE<br>PO BOX 2958<br>TORRANCE, CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 452 | $7,127.55 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 23 | UNIFIRST CORPORATION<br>MICHAEL J PAPPONE PC<br>GOODWIN PROCTER LLP<br>EXCHANGE PLACE<br>BOSTON, MA 02109 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9562 | $86,697.33 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 24 | WELLS FARGO FINANCIAL LEASING<br>604 LOCUST ST 14TH FL<br>DES MOINES, IA 50309 | 01-01139<br>W.R. GRACE & CO. | 88 | $15,266.90 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority             (U) - Unsecured