# EXHIBIT B

In re: W.R. GRACE & CO., et al
OMNIBUS 17 - EXHIBIT B - SUSTAINED - REDUCE/RECLASSIFY

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* Class** | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | BANKERS TRUST COMPANY<br>MOSES & SINGER LLP<br>1301 AVE OF THE AMERICAS<br>40TH FL<br>NEW YORK NY 10019 | 01-01140<br>W.R. GRACE & CO.-CONN. | 736 | $7,770.15 (U) | REDUCE AND ALLOW | $5,000.00 (U) | SUSTAINED |
| 2 | BURROUGHS, HEPLER, BROOM,<br>103 W VANDALIA STE 300<br>PO BOX 510<br>EDWARDSVILLE IL 62025 | 01-01139<br>W.R. GRACE & CO. | 687 | $60,311.28 (P) | RECLASSIFY AND ALLOW | $60,311.28 (U) | SUSTAINED |
| 3 | CHESAPEAKE INDUSTRIAL LEASING<br>ATTN: LEROY HERMAN<br>9512 HARFORD RD<br>BALTIMORE MD 21234 | 01-01139<br>W.R. GRACE & CO. | 1195 | $128.55 (S)<br>$642.75 (U) | RECLASSIFY, REDUCE & ALLOW | $0.00 (S)<br>$128.55 (U) | SUSTAINED |
| 4 | COWLES & THOMPSON PC<br>C/O GLENDA ROBINSON<br>901 MAIN ST SUITE 4000<br>DALLAS TX 75202 | 01-01140<br>W.R. GRACE & CO.-CONN. | 67 | $1,047.07 (P)<br>$13,767.58 (U) | RECLASSIFY AND ALLOW | $14,814.65 (U) | SUSTAINED |
| 5 | LONGACRE MASTER FUND LTD<br>RE: GORDON & REES LLP<br>ATTN VLADIMIR JELISAVCIC<br>810 7TH AVE FL 22<br>NEW YORK NY 10019 | 01-01139<br>W.R. GRACE & CO. | 615 | $249,279.92 (U) | REDUCE AND ALLOW | $149,279.92 (U) | SUSTAINED |
| 6 | PUBLIC SERVICE COMPANY OF<br>1225 17TH ST<br>DENVER CO 80202-4204 | 01-01139<br>W.R. GRACE & CO. | 884 | $13,501.02 (U) | REDUCE AND ALLOW | $13,093.84 (U) | SUSTAINED |
| 7 | SIERRA CAPITAL<br>RE STAR HOLDINGS DBA DER-KEL<br>CHEMICALS<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 763 | $2,738.00 (U) | REDUCE AND ALLOW | $2,657.00 (U) | SUSTAINED |
| 8 | SIERRA NEVADA LIQUIDITY FUND<br>RE: XEROX CORPORATION<br>2699 WHITE RD<br>STE 255<br>IRVINE CA 92614 | 01-01140<br>W.R. GRACE & CO.-CONN. | 391 | $110,698.20 (S)<br>$207,925.08 (U) | RECLASSIFY, REDUCE & ALLOW | $199,434.66 (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority           (U) - Unsecured

Hearing Date: Monday, October 23, 2006

In re: W.R. GRACE & CO., et al
## OMNIBUS 17 - EXHIBIT B - SUSTAINED - REDUCE/RECLASSIFY

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 9 | TXU ELECTRIC COMPANY<br>C/O LOIS J DURAN<br>PO BOX 650393<br>DALLAS TX 75265 | 01-01139<br>W.R. GRACE & CO. | 323 | $1,903.89 (U) | REDUCE AND ALLOW | $189.47 | (U) | SUSTAINED |
| 10 | WILLIAMS COMMUNICATIONS<br>ATTN: VICKI PLETCHER<br>ONE TECHNOLOGY CENTER<br>TX9-218 B/K<br>TULSA OK 74103 | 01-01139<br>W.R. GRACE & CO. | 875 | $9,273.56 (U) | REDUCE AND ALLOW | $3,624.91 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority           (U) - Unsecured