# EXHIBIT C

In re: W.R. GRACE & CO., et al
OMNIBUS 17 - EXHIBIT C - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | CSX TRANSPORTATION ATTN: RUTH C SALTER BELLSOUTH TOWER J-220 301 W BAY ST 21ST FL JACKSONVILLE FL 32202 | 01-01139 W.R. GRACE & CO. | 673 | $24,648.04 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |
| 2 | CSX TRANSPORTATION ATTN: RUTH C SALTER BELLSOUTH TOWER J-220 301 W BAY ST 21ST FL JACKSONVILLE FL 32202 | 01-01139 W.R. GRACE & CO. | 673 | $24,648.04 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |
| 3 | CUMMINGS PROPERTIES LLC C/O SUSAN F BRAND ESQ 200 W CUMMINGS PARK WOBURN MA 01801 | 01-01140 W.R. GRACE & CO.-CONN. | 4242 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |
| 4 | CUMMINGS PROPERTIES LLC C/O SUSAN F BRAND ESQ 200 W CUMMINGS PARK WOBURN MA 01801 | 01-01140 W.R. GRACE & CO.-CONN. | 4242 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |
| 5 | D L PETERSON TRUST 307 INTERNATIONAL CIR HUNT VALLEY MD 21030 | 01-01139 W.R. GRACE & CO. | 9221 | $228.14 | (S) | NO LIABILITY EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |
| 6 | GORDON ALTMAN WEITZEN SHALOV & WEIN LLP C/O HELLER EHRMAN WHITE LLP TIMES SQUARE TOWER 7 TIMES SQ NEW YORK NY 10036-6524 | 01-01139 W.R. GRACE & CO. | 14054 | $15,532.20 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |
| 7 | KENT HOLDING LLC C/O JOHN D DEMMY ESQ STEVENS & LEE PC 1105 N MARKET ST WILMINGTON DE 19801-1216 | 01-01139 W.R. GRACE & CO. | 13948 | $412,173.60 | (U) | REDUCE AND ALLOW EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |
| 8 | SCHULKE, EARL 404 E 6TH ST LIBBY MT 59923-2255 | 01-01140 W.R. GRACE & CO.-CONN. | 955 | $0.00 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**\*\*(A) - Administrative**
**(P) - Priority**

**(S) - Secured**
**(U) - Unsecured**

10/18/2006 11:54:07 PM