# SIGN-IN-SHEET

**CASE NAME** W.R. Grace  **COURTROOM LOCATION:** Courtroom #5

**CASE NO.:** 01-1139(JKF)  **DATE:** October 23, 2006 @ 2:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klauder | U.S. Trustee | U.S. Trustee |
| Debra Felder | Orrick | FCR |
| P. Friedman | Weil Gotshal & Manges | Ad Hoc Comittee of Equity Holders |
| Jacob Wright | " | " |
| Kent T. Hurford | Campbell + Levine | Asbestos PI Committee |
| Joshua M. Finch | Caplin + Drysdale | " |
| Ray Mullady | Orrick | FCR |
| Gregory Horowitz | Kramer Levin Naftalis & Frankel | Official BI Injury Committee |
| Jessica Glass | " | " |
| Theodore Tacconelli | Ferry Joseph & Pearce | PD Committee |
| Jamie O'Neill | Bilzin | Debtors |
| Jan Baer | Kirkland & Ellis LLP | " |
| David Bernick | " | " |
| Barbara Harding | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME** W.R. Grace  **COURTROOM LOCATION:** Courtroom #5

**CASE NO.:** 01-1139(JKF)  **DATE:** October 23, 2006 @2:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tom Whalen | Stevens & Lee | Fireman's Fund Insurance Co. |
| Ken Pasquale | Stroock | VCC |
| Daniel K. Hogan | Mr. Hogan firm | Cameron ZAT |
| David Primack | Drinker Biddle & Reath | One Beacon / Seaton |
| Dan Speights | Speights & Runyan | Anderson Memorial Hospital |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Judith Fitzgerald (Visiting) Courtroom

Calendar Date: 10/23/2006
Calendar Time: 02:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1513947 | Andrew Chan | 212-526-4503 | Lehman Brothers | Lehman Brothers / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1496461 | Simon Porter | 212-756-3332 | First Manhattan | Investor / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1498056 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Scotts Company / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1499362 | Peter Shawn | 212-698-0822 | Tocqueville Asset Management | Share Holder for W. R Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1509441 | Steven Eisman | 917-934-1770 | Front Point Management, Inc. | Front Point Management, Inc. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1509517 | Barbara Seniawski | 212-455-3835 | Simpson Thacher & Bartlett LLP | Travelers Casualty Insurance Company / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1509714 | Elizabeth DeCristofaro | 212-269-4900 | Ford Marrin Esposito Witmeyer & | Continental Casualty Company / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1363032 | Robert Guttman (ext. 637) | 212-223-0400 | Zeichner Ellman & Krause, LLP | AIG / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1363044 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | AIG / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1512427 | David J. Liebman | 215-665-2147 | Cozen O'Connor | Federal Insurance Company / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1512428 | Jacob C. Cohn | 215-665-2147 | Cozen O'Connor | Federal Insurance Company / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1512439 | Sander Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & | Baron & Budd P.C., et al / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1512440 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & | Various Claimant Firms / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1512443 | Sarah Edwards | 212-490-3000 ext. 2133 | Wilson, Elser, Moskowitz, Edelman & | Royal Insurance / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1512457 | Beau Harbour | 646-403-8236 | Citadel Investment Group | Citadel Investment Group / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1512465 | William M. Wagner | 212-918-0416 | William M. Wagner (Not an Attorney) | Private Investor, William M. Wagner / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1512485 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick, Herrington & Sutcliffe | David T. Austern, Future Claimants Rep. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1512523 | Ritwik D. Chatterjee | 212-284-9576 | Piper Jaffray & Co. | Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1512614 | Paul J. Norris | 410-531-4404 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1512624 | David Siegel | 802-253-9264 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1512781 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1512788 | Mark Plevin | 202-624-2689 | Crowell & Moring, LLP | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1512791 | Leslie A. Epley | 202-624-2500 | Crowell & Moring, LLP | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1512839 | Guy Baron | 212-301-8312 | Dune Capital Management | Investor / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1513141 | Haley Pendergrass | 212-812-3100 | King Street Capital Management, LLC | King Street Capital Management, LLC / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1513200 | Christina J. Kang | 212-478-7200 | Hahn & Hessen | State of California / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1513464 | Stephanie Kwong | 212-808-7465 | Korn Capital, LLC | Investor / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1513823 | Lisa Esayian | 312-861-2226 | Kirkland & Ellis, LLP | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1513938 | Robert Phillips | 618-259-2222 | Simmons Cooper, LLC | Tort Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1512425 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1510744 | Craig Gilbert | 646-840-3506 | Linden Advisors, LP | Linden Advisors, LP / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1510894 | Sara Gooch | 212-933-3180 | Bank of America Securities | Bank of America Securities / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1510906 | Joseph Krigsfeld | 212-790-0190 | Ochziff Capital Management | Ochziff Capital Management / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1510914 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Property Damage Committee / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1510915 | Terence D. Edwards | 415-869-1800 | The Brandi Law Firm | Asbestos Property Damage Committee / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1510916 | Matthew Kramer | 305-350-7246 | Bilzin, Sumberg, Baena, Price & | Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1510918 | Sean Walsh | 202-973-9381 | LECG | Asbestos Property Damage Claimants / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1510936 | Andrew Craig | 973-734-3200 | Cuyler Burk, LLP | Allstate Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1510953 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan, LLP (New | Official Committee of Unsecured Creditors / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1510956 | Joseph Frank | 312-276-1402 | Frank/Gecker LLP | Campbell, Cherry, Harrison, Davis & Dove, P.C. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1510991 | Daniel Chandra | 212-313-9764 | Brencourt Advisors | Brencourt Advisors / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1511105 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Co-Counsel to the Libby Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1511224 | Walter Slocombe | 202-862-5000 | Caplin & Drysdale, Chartered | Official Committee of Asbestos Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1511261 | Alex Mueller | 212-261-8296 | Mendes & Mount | London Market Companies / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1511738 | Sal Bianca | 312-861-2248 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1511742 | Lori Sinanyan | 213-680-8209 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1511745 | Barbara Harding | 202-879-5081 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1511749 | Theodore Freedman | 212-446-4800 | Kirkland & Ellis, LLP | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1511753 | Sam Blatnick | 312-861-2359 | Kirkland & Ellis, LLP | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1511781 | Darrell Scott | 509-455-3966 | Scott Law Group | Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1510542 | John O'Connell | 212-583-5677 | The Blackstone Group | Financial Advisor to the Debtor / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1509967 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick | Official Committee of Asbestos Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1510330 | Daniel Glosband | 617-570-1930 | Goodwin Procter LLP | CNA / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1510392 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Murray Capital Management, Inc. / LISTEN ONLY |