IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., *et al.* | ) ) | Case No. 01-01139 (JKF) Jointly Administered |
| Debtors. | ) ) ) |  |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to §1109(b) of Title 11, United States Bankruptcy Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b) (the "Bankruptcy Rules"), that all notices given or required to be given, and all papers served or required to be served, be given and served upon:

Joseph L. Schwartz, Esq.
Curtis M. Plaza, Esq.
Craig T. Moran, Esq.
**Riker Danzig Scherer Hyland & Perretti LLP**
Headquarters Plaza, 1 Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone  (973) 538-0800
Facsimile  (973) 538-1984
Counsel for The Prudential Insurance Company of America

**PLEASE TAKE NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, plans and disclosure statements, request, complaint or demand,

whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, e-mail, internet, or otherwise filed or made with regard to the above captioned cases.

Dated: October 26, 2006
      Wilmington, Delaware

**JASPAN SCHLESINGER HOFFMAN LLP**

By: /s/ Laurie Schenker Polleck
Laurie Schenker Polleck (No. 4300)
913 Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8000

Co-counsel for The Prudential Insurance Company of America