# Exhibit A

## Omnibus Hearing Dates and Filing and Objection Deadlines

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates | Filing Deadlines | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| January 22, 2007 at 2:00 p.m. [2] | 12/18/06 | 01/05/07 | 01/08/07 | 01/12/07 |
| February 26, 2007 at 2:00 p.m. | 01/22/07 | 02/09/07 | 02/12/07 | 02/16/07 |
| April 2, 2007 at 2:00 p.m. (22nd Quarterly Fee Hearing) | 02/26/07 | 03/16/07 | 03/19/07 | 03/26/07 |
| April 30, 2007 at 2:00 p.m. | 03/26/07 | 04/13/07 | 04/16/07 | 04/23/07 |
| May 21, 2007 at 2:00 p.m. | 04/16/07 | 05/04/07 | 05/07/07 | 05/14/07 |
| June 25, 2007 at 2:00 p.m. (in Pittsburgh, PA) (23rd Quarterly Fee Hearing) | 05/21/07 | 06/08/07 | 06/11/07 | 06/18/07 |
| July 23, 2007 at 2:00 p.m. | 06/18/07 | 07/06/07 | 07/09/07 | 07/16/07 |
| August 29, 2007 at 2:00 p.m. (in Pittsburgh, PA) | 07/25/07 | 08/10/07 | 08/15/07 | 08/22/07 |
| September 24, 2007 at 2:00 p.m. (24th Quarterly Fee Hearing) | 08/20/07 | 09/07/07 | 09/10/07 | 09/17/07 |
| October 22, 2007 at 2:00 p.m. | 09/17/07 | 10/05/07 | 10/05/07 | 10/15/07 |
| November 26, 2007 at 2:00 p.m. | 10/22/07 | 11/09/07 | 11/09/07 | 11/19/07 |
| December 17, 2007 at 2:00 p.m. (in Pittsburgh, PA) (25th Quarterly Fee Hearing) | 11/12/07 | 11/30/07 | 12/03/07 | 12/10/07 |

---

[2] The time for all 2007 omnibus hearing dates has been changed by the Court from 1:30 p.m. to 2:00 p.m.