# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# SEPTEMBER 1-30, 2006



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

October 15, 2006
Client No. 17367
Invoice No. 1036448

Orrick Contact: Roger Frankel

For Legal Services Rendered Through September 30, 2006 in Connection With:

**Matter:  2 - Case Administration**

| | | | |
|---|---|---|---|
| 09/01/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 09/01/06 | D. Fullem | Review docket updates (.3); prepare updates to calendar (1.5). | 1.80 |
| 09/05/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 09/06/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/07/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/07/06 | D. Fullem | Review docket entries (.2); prepare case calendar update (.8); circulate to D. Felder for review and comment (.1). | 1.10 |
| 09/08/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 09/08/06 | D. Fullem | Prepare updates to case calendar and circulate to D. Felder for review. | 0.50 |
| 09/09/06 | D. Fullem | Review and respond to e-mail from D. Felder regarding status of case calendar updates. | 0.10 |
| 09/10/06 | D. Fullem | Prepare updates to case calendar and circulate to parties. | 0.70 |
| 09/11/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/11/06 | D. Fullem | Review docket update. | 0.20 |
| 09/12/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 09/12/06 | D. Fullem | Review recent docket entries and prepare update to case calendar; circulate to D. Felder for review. | 0.80 |
| 09/12/06 | D. Fullem | Confer with T. Grosko regarding question on case calendar update. | 0.20 |
| 09/13/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/14/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/15/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 09/18/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/19/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 09/20/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 09/21/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/22/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/23/06 | D. Fullem | Review and respond to e-mail from D. Felder regarding status of case calendar updates. | 0.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

October 15, 2006
Invoice No. 1036448

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/24/06 | D. Fullem | Prepare final updated case calendar and circulate to R. Wyron and others for review. | 0.60 |
| 09/25/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/26/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/26/06 | R. Frankel | Review and organize pleadings. | 0.60 |
| 09/27/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/28/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 09/29/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |

Total Hours                          11.40
Total For Services                                     $2,374.00

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| Rachael Barainca | 4.70 | 140.00 | 658.00 |
| Roger Frankel | 0.60 | 725.00 | 435.00 |
| Debra O. Fullem | 6.10 | 210.00 | 1,281.00 |
| Total All Timekeepers | 11.40 | $208.25 | $2,374.00 |

Disbursements

| | |
|---|---|
| Duplicating Expense | 1.05 |
| Express Delivery | 81.07 |
| Facsimile | 2.00 |
| Telephone | 1.09 |

Total Disbursements                                    $85.21

**Total For This Matter**                              **$2,459.21**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

October 15, 2006
Invoice No. 1036448

For Legal Services Rendered Through September 30, 2006 in Connection With:

**Matter:  5 - Due Diligence**

| 09/06/06 | R. Frankel | Telephone conference with Messrs. Radecki and Brownstein re pension issues, project spaghetti, EPA; notes re same. | 0.40 |
|---|---|---|---|

|  | Total Hours | 0.40 |  |
|---|---|---|---|
|  | Total For Services |  | $290.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 0.40 | 725.00 | 290.00 |
| Total All Timekeepers | 0.40 | $725.00 | $290.00 |

**Total For This Matter**                    **$290.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

October 15, 2006
Invoice No. 1036448

For Legal Services Rendered Through September 30, 2006 in Connection With:

**Matter:  7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/01/06 | R. Wyron | Review e-mails regarding Equitas agreement and scheduling, and follow-up. | 0.60 |
| 09/04/06 | R. Wyron | Organize materials on Equitas settlement and begin review. | 0.80 |
| 09/05/06 | R. Wyron | Review comments on Equitas agreement and e-mails regarding same (.6); call with R. Horkovich and M. Hurford and follow-up (.7). | 1.30 |
| 09/06/06 | R. Wyron | Continue review of modified Equitas agreement. | 0.60 |
| 09/08/06 | R. Wyron | Review Equitas proposal from R. Horkovich and follow-up (.8); prepare for call with PI (.8); call with R. Horkovich and M. Hurford on settlement agreement issues, and follow-up e-mails (.8); review other settlements with asbestos and non-asbestos claims (1.3). | 3.70 |
| 09/14/06 | R. Wyron | Call with PI counsel on Equitas deal (.2 ); review e-mails regarding same (.2); review draft (.9). | 1.30 |
| 09/15/06 | R. Wyron | Review Equitas draft from R. Horkovich and provide comments. | 1.20 |
| 09/21/06 | R. Wyron | Review and respond to e-mails regarding issues in Equitas agreement (.6); finalize language on indemnity (.5). | 1.10 |
| 09/22/06 | R. Wyron | Review e-mails on Equitas settlement status and respond. | 0.20 |

Total Hours          10.80
Total For Services                        $6,966.00

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| Richard H. Wyron | 10.80 | 645.00 | 6,966.00 |
| Total All Timekeepers | 10.80 | $645.00 | $6,966.00 |

**Total For This Matter**                        $6,966.00



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

October 15, 2006
Invoice No. 1036448

For Legal Services Rendered Through September 30, 2006 in Connection With:

**Matter: 8 - Litigation**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 08/29/06 | J. Guy | Conference with D. Felder and K. Thomas (separate occasions) re status of pending matters (.3); review e-mails re discovery on claims (.3). | 0.60 |
| 08/30/06 | J. Guy | Conference with D. Felder re discovery on estimation issues and status of case, and next steps (.2); review correspondence re discovery (.3). | 0.50 |
| 08/31/06 | J. Guy | E-mails re meet and confer on pending discovery. | 0.20 |
| 09/01/06 | R. Barainca | Research information on the FCR's Expert Witnesses. | 2.50 |
| 09/01/06 | S. Venegas | Review monthly omnibus hearing transcript. | 1.30 |
| 09/01/06 | D. Felder | Review scheduling issues and e-mail to D. Fullem regarding same (.9); telephone conference with estimation expert regarding questionnaire (.1); review Sealed Air deposition transcript of R. Beber and begin preparing summary regarding same (2.1); review materials regarding Rust database and questionnaires (1.5). | 4.60 |
| 09/01/06 | R. Wyron | Review e-mails to respond to Debtors' Rule 2004 request (.7); confer with D. Felder and follow-up (.2). | 0.90 |
| 09/01/06 | R. Frankel | Review and send series of e-mails re September 11 hearing, motion re production of documents. | 0.60 |
| 09/01/06 | R. Frankel | Review pleadings by Esserman, et al. re objections to PI Questionnaire. | 1.20 |
| 09/02/06 | S. Venegas | Research expert estimation issues. | 4.00 |
| 09/02/06 | R. Frankel | Review memo re traditional exclusivity arguments in preparation for hearing (.9); review, revise argument (.4). | 1.30 |
| 09/03/06 | S. Venegas | Research expert estimation issues. | 0.50 |
| 09/03/06 | R. Wyron | Review e-mails for production in response to Debtors' Rule 2004 motion (scope and privilege). | 1.60 |
| 09/04/06 | G. Rasmussen | Review of proposals from expert witness ▓▓▓▓ regarding areas of inquiry. | 1.00 |
| 09/05/06 | R. Barainca | Research information on the FCR's Expert Witnesses. | 3.40 |
| 09/05/06 | D. Fullem | Confer with R. Barainca regarding status of research on FCR's experts. | 0.20 |
| 09/05/06 | D. Fullem | Conduct research on FCR experts, Jennifer Biggs, ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓. | 5.00 |
| 09/05/06 | S. Venegas | Review estimation procedure in cases (6.0); review Judge Jack's silicosis opinion (1.0). | 7.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

October 15, 2006
Invoice No. 1036448

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 09/05/06 | D. Felder | Review e-mail correspondence in connection with Debtors' 2004 motion (1.2); telephone conference with G. Rasmussen regarding various estimation issues (.1); telephone conferences with J. Biggs regarding estimation issues (.2); telephone conference with R. Frankel and counsel for PI and PD Committees regarding strategy (.9); follow-up conference with R. Frankel regarding same (.1); review expert stipulation and correspondence in preparation for meet and confer with Debtors and PI Committee's counsel (1.0); review joint objection to Debtors' 2004 motion (.4). | 3.90 |
| 09/05/06 | G. Rasmussen | Update R. Mullady on status of expert reports; conference with N. Finch on expert reports; exchange of e-mails with ▓▓▓▓▓▓▓ regarding his expert work. | 0.80 |
| 09/05/06 | R. Wyron | Review experts' deadlines and e-mails regarding same (.8); review issues for Piper Jaffray report (.3); review documents in response to Rule 2004 request (.7). | 1.80 |
| 09/05/06 | R. Mullady, Jr. | Review status of expert reports and scheduling, including discussions with G. Rasmussen and D. Felder (.5); e-mails to/from R. Wyron regarding expert issues (.2). | 0.70 |
| 09/05/06 | R. Frankel | Review with R. Wyron issues re experts. | 0.30 |
| 09/05/06 | R. Frankel | Telephone conference with D. Austern re September 11 hearing (.3); review Equity Committee statement re PI Questionnaire (.5); notes re same (.3). | 1.10 |
| 09/05/06 | R. Frankel | Review agenda for 9/11 hearing; notes, e-mails re same. | 0.50 |
| 09/05/06 | R. Frankel | Review outline for oral argument, slides in preparation for conference call. | 1.20 |
| 09/05/06 | R. Frankel | Review pleadings in preparation for exclusivity hearing. | 1.10 |
| 09/05/06 | R. Frankel | Telephone conference with Messrs. Inselbuch and Baena and Ms. Felder in preparation for exclusivity hearing. | 1.00 |
| 09/06/06 | R. Barainca | Research information on FCR's Expert Witnesses. | 2.00 |
| 09/06/06 | R. Barainca | Edit exhibits for upcoming hearing. | 0.90 |
| 09/06/06 | S. Venegas | Review Silicosis case. | 0.80 |
| 09/06/06 | D. Felder | Review correspondence regarding Sealed Air documents and outstanding discovery requests from ACC (1.0); review exhibits for hearing on September 11 (.2); attend meeting and confer with Debtors and ACC (3.2); review joint objection to Debtors' 2004 motion (.3); telephone conferences with R. Barainca regarding exhibits for September 11 hearing (.2); telephone conference with N. Finch and J. Liesemer regarding estimation issues and discovery (.6); conference with G. Rasmussen regarding same (.1). | 5.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

October 15, 2006
Invoice No. 1036448

| | | | |
|---|---|---|---|
| 09/06/06 | J. Guy | Meet and confer with debtors' counsel and ACC counsel re pending discovery requests, review requests. | 3.00 |
| 09/06/06 | G. Rasmussen | Make decision regarding which expert reports need to be filed this month. | 0.20 |
| 09/06/06 | G. Rasmussen | Participate in conference call regarding discovery. | 0.60 |
| 09/06/06 | R. Wyron | Call with Piper Jaffray on open issues and follow-up (.6); review exclusivity slides and provide comments (.8). | 1.40 |
| 09/06/06 | R. Mullady, Jr. | Attention to discovery and expert issues. | 0.60 |
| 09/06/06 | R. Frankel | Begin review of various exclusivity pleadings filed in case. | 0.80 |
| 09/06/06 | R. Frankel | Review, modify oral argument outline, slides in light of 9/5 telephone conference. | 2.20 |
| 09/06/06 | R. Frankel | Review draft joint objection to debtors motion for production of documents. | 1.20 |
| 09/06/06 | R. Frankel | Review draft debtors motion for authority to settle certain tax claims. | 0.80 |
| 09/07/06 | R. Barainca | Research information on FCR's Expert Witnesses. | 2.80 |
| 09/07/06 | A. Hamilton | Meet with D. Fullem regarding text and images that did not transfer to share drive for loading (.5); review corrupt files to resolve load issues (2.0). | 2.50 |
| 09/07/06 | D. Fullem | Discuss research on FCR experts with R. Barainca. | 0.20 |
| 09/07/06 | D. Fullem | Prepare numerous CDs by Casner Edwards and Caplin Drysdale for Concordance database. | 3.00 |
| 09/07/06 | D. Felder | Review joint objection to Debtors' 2004 motion (1.4); telephone conference with R. Wyron and J. Sakalo regarding same (.6). | 2.00 |
| 09/07/06 | R. Mullady, Jr. | Review and reply to e-mails from D. Felder and N. Finch regarding discovery strategy. | 0.40 |
| 09/07/06 | R. Frankel | Revise outline of argument and review corresponding slides (1.6); e-mails re same (.3). | 1.90 |
| 09/07/06 | R. Frankel | Review notebook with prior pleadings related to exclusivity. | 2.30 |
| 09/07/06 | R. Frankel | Series of e-mails re tax conference call; review with R. Wyron re document production. | 0.30 |
| 09/08/06 | R. Barainca | Confer with R. Frankel and D. Felder regarding exhibits for September 11, 2006 hearing. | 0.40 |
| 09/08/06 | R. Barainca | Edit exhibits for September 11, 2006 hearing. | 1.50 |
| 09/08/06 | R. Barainca | Prepare binder of newly filed documents regarding the PI Questionnaire for R. Frankel and D. Felder. | 2.40 |
| 09/08/06 | R. Barainca | Confer several times with D. Felder regarding the exhibits for the September 11, 2006 hearing. | 0.50 |
| 09/08/06 | D. Fullem | Continue to prepare CDs from Caplin Drysdale for Concordance project. | 2.00 |
| 09/08/06 | K. Thomas | Assemble exhibits for D. Felder. | 0.30 |
| 09/08/06 | S. Venegas | Review Silicosis opinion. | 0.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

October 15, 2006
Invoice No. 1036448

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/08/06 | D. Felder | Telephone conference with G. Rasmussen and expert regarding various issues (.2); review joint objection to Debtors' 2004 motion and telephone conference with J. Sakalo regarding same (.3); review e-mail correspondence regarding Debtors' 2004 motion (.5); revise and finalize exhibits for September 11 hearing (1.0); various conferences with R. Frankel and R. Barainca regarding same (1.0); review e-mail correspondence from B. Harding regarding expert stipulation and estimation experts (.3). | 3.30 |
| 09/08/06 | G. Rasmussen | Read ▓▓▓▓▓ book; conference with ▓▓▓▓▓ | 2.80 |
| 09/08/06 | G. Rasmussen | Outline product ID issues for discovery. | 1.00 |
| 09/08/06 | R. Wyron | Review information from Libby Claimants and respond by e-mail regarding experts (.3); review and provide comments on joint objection to Debtors' Rule 2004 request (.8). | 1.10 |
| 09/08/06 | R. Mullady, Jr. | Attention to expert and discovery issues. | 0.50 |
| 09/08/06 | R. Frankel | Review amended agenda for hearing; new filings re questionnaire. | 0.30 |
| 09/08/06 | R. Frankel | Review and revise slides for argument (.9); confer with D. Felder re same (.4). | 1.30 |
| 09/08/06 | R. Frankel | Review and prepare oral argument for exclusivity hearing. | 1.90 |
| 09/09/06 | S. Venegas | Review silicosis opinion. | 1.00 |
| 09/09/06 | D. Felder | Begin review of pleadings regarding motion to compel responses to PI Questionnaire. | 0.50 |
| 09/09/06 | D. Felder | Review amended agenda regarding September 11 hearing (.1); begin reviewing recent pleadings regarding motion to compel questionnaire responses (.4). | 0.50 |
| 09/09/06 | G. Rasmussen | Draft a list of points for expert analysis. | 2.00 |
| 09/09/06 | R. Frankel | Review recent pleadings re PI Questionnaire from Debtor and various law firms. | 1.80 |
| 09/10/06 | R. Frankel | Prepare for hearing during travel to Pittsburgh. | 2.50 |
| 09/11/06 | R. Barainca | Research information from FCR's Expert Witnesses. | 0.20 |
| 09/11/06 | S. Venegas | Attend Omnibus Hearing on exclusivity. | 4.80 |
| 09/11/06 | D. Felder | Attend hearing on exclusivity and Debtors' motion to compel questionnaire responses (7.5); review Debtors' draft motion regarding tax settlement ( .2). | 7.70 |
| 09/11/06 | G. Rasmussen | Work on expert reports. | 6.00 |
| 09/11/06 | R. Wyron | Review CCHP tax issue and e-mails re same in preparation for 9/12 call. | 0.60 |
| 09/11/06 | R. Wyron | Attend exclusivity hearing telephonically, and follow-up e-mails re same. | 5.30 |
| 09/11/06 | R. Mullady, Jr. | Conference with G. Rasmussen regarding ▓▓▓▓▓ report (.2); review and comment on D. Felder report on 9/11 hearing (.3). | 0.50 |
| 09/11/06 | R. Frankel | Prepare for hearing, review slides, outline of argument. | 2.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

October 15, 2006
Invoice No. 1036448

| 09/11/06 | R. Frankel | Confer with J. Radecki, D. Austern prior to hearing. | 1.10 |
| 09/11/06 | R. Frankel | Hearing on exclusivity at USBC/Pittsburgh; travel to airport and confer with D. Austern and J. Radecki post-hearing. | 4.60 |
| 09/11/06 | R. Frankel | Series of e-mails re ruling on exclusivity; prepare notes re next step, estimation strategy. | 0.90 |
| 09/12/06 | D. Fullem | Confer with A. Hamilton regarding status of Concordance project. | 0.20 |
| 09/12/06 | D. Fullem | Confer with R. Wyron and D. Felder regarding exclusivity hearing and results of same. | 0.20 |
| 09/12/06 | S. Venegas | Review Rand study. | 1.40 |
| 09/12/06 | D. Felder | Review Debtors' motion regarding tax settlement (.1); telephone call with Debtors and various financial advisors and committee counsel regarding same (.8); follow-up telephone conference with J. Radecki and J. Brownstein (.1). | 1.00 |
| 09/12/06 | G. Rasmussen | Review of D. Felder's notes of hearing. | 0.30 |
| 09/12/06 | G. Rasmussen | Outline issues to be addressed in expert reports. | 2.50 |
| 09/12/06 | R. Wyron | Call on CCHP tax settlement and follow-up information (.9); call to Piper Jaffray re same (.2). | 1.10 |
| 09/12/06 | R. Frankel | Series of e-mails re hearing on 9/11, slides, meeting re strategy. | 0.60 |
| 09/13/06 | A. Hamilton | Continue to upload data into databases (1.0); confer with New York Litigation Support Group regarding construction (.5). | 1.50 |
| 09/13/06 | D. Fullem | Review and respond to e-mails from D. Felder regarding status of CDs loaded and Concordance project; review e-mail from A. Hamilton regarding current status. | 0.30 |
| 09/13/06 | J. Mora | Assist A. Hamilton with Concordance databases and need to convert to version 7; coordinate conversion with D. Iofe. | 0.30 |
| 09/13/06 | K. Thomas | Review transcript from J. Fitzgerald re Section 327 retention of experts as professionals; send e-mail to R. Wyron summarizing same. | 0.30 |
| 09/13/06 | S. Venegas | Review Rand report. | 0.60 |

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

October 15, 2006
Invoice No. 1036448

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/13/06 | D. Felder | Review expert stipulation and e-mail communication to Debtors and FCR's litigation team regarding same (.4); review correspondence and outline from G. Rasmussen regarding estimation issues (.5); review CDs from Casner & Edwards regarding products (1.4); telephone conference with G. Rasmussen, R. Mullady and counsel for PI Committee regarding estimation issues and strategy (1.0); review confidentiality agreements and notices of acknowledgement to experts and correspondence with experts regarding same (1.2); telephone conference with N. Finch regarding expert stipulation and e-mails to and from R. Mullady regarding same (.3). | 4.80 |
| 09/13/06 | G. Rasmussen | Provide information to expert ▮▮▮▮▮ relating to Grace products. | 0.50 |
| 09/13/06 | G. Rasmussen | Conference with N. Finch et al. regarding discovery of debtor. | 1.00 |
| 09/13/06 | R. Mullady, Jr. | Conference call with N. Finch regarding discovery (1.3); review and discuss expert stipulation (.2). | 1.50 |
| 09/14/06 | R. Barainca | Confer with D. Felder and D. Fullem regarding the FCR's Expert Witnesses. | 0.30 |
| 09/14/06 | D. Iofe | Convert various Concordance databases to version 7 to allow firm wide access to data (2.0); convert PDF to tiff files (1.0); link images to various databases (1.5). | 4.50 |
| 09/14/06 | K. Thomas | Various discussions with D. Felder and R. Wyron re PD Claims (5); review docket for PD CMO Objections thereto and begin review of same (.5). | 1.00 |
| 09/14/06 | D. Felder | Review estimation materials in preparation for strategy meeting (.3); e-mail correspondence to J. Biggs and P. Brooks regarding expert stipulation (.1); review expert stipulation (.1); research regarding exclusivity and review pleadings regarding same (.5); strategy meeting with R. Frankel, R. Wyron and litigation team regarding estimation issues (1.7); telephone conference with P. Brooks regarding expert stipulation (.1); finalize expert stipulation and e-mail communication regarding same (.2); review proposed exclusivity order and telephone conference and e-mail correspondence with R. Wyron regarding same (.3); telephone conference with A. VanGrack regarding CDs from Casner & Edwards (.1); review CDs regarding same (.5). | 3.90 |
| 09/14/06 | J. Guy | Meeting re estimation trial and use of experts (.7); review Armstrong opinion with Orrick team and strategize re next steps (.8). | 1.50 |



ORRICK



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

October 15, 2006
Invoice No. 1036448

| | | | |
|---|---|---|---|
| 09/14/06 | G. Rasmussen | Exchange of e-mails with expert concerning expert witness report. | 0.50 |
| 09/14/06 | G. Rasmussen | Meet with R. Frankel and R. Wyron concerning experts and status of expert reports. | 1.50 |
| 09/14/06 | R. Wyron | Review e-mails on appeal of exclusivity order and respond (.4); attend part of strategy session on experts and follow-up (2.3); review draft exclusivity order, and follow-up comments and e-mails (.8.) | 3.50 |
| 09/14/06 | R. Mullady, Jr. | E-mails to/from G. Rasmussen regarding expert issues and discovery strategy (.4); attend strategy meeting with R. Frankel and litigation team (1.0); review and reply to e-mails regarding expert stipulation and other matters (.4). | 1.80 |
| 09/14/06 | R. Frankel | Review estimation decision (AWI) in preparation for strategy meeting. | 1.60 |
| 09/14/06 | R. Frankel | Prepare notes re litigation strategy, estimation. | 0.70 |
| 09/14/06 | R. Frankel | Confer with R. Mullady, G. Rasmussen, R. Wyron and D. Felder re strategy, status in preparation for estimation trial. | 1.50 |
| 09/15/06 | R. Barainca | Prepare a binder of documents related to the Motion to Compel for D. Felder. | 1.00 |
| 09/15/06 | D. Iofe | Continue to link images to Concordance databases to improve performance of database supplied by former counsel. | 1.50 |
| 09/15/06 | A. Hamilton | Assist with database construction. | 1.50 |
| 09/15/06 | K. Thomas | Review pleadings related to PD Claims (.3); review August 31, 2006 Transcript (2.0). | 2.30 |
| 09/15/06 | D. Felder | Review docket and recently filed pleadings and e-mails to D. Fullem regarding same (.8); telephone conference with B. Harding, N. Finch and G. Rasmussen regarding estimation experts (.1); telephone conference with G. Rasmussen and ▬▬▬▬ regarding expert issues (.2); telephone conference with G. Rasmussen and ▬▬▬▬ regarding expert issues (.1); review materials regarding questionnaire for experts (1.0). | 2.20 |
| 09/15/06 | J. Guy | Attention to prospective appeal of exclusivity order; analyze applicable standard and timing of appeal; e-mails re same. | 0.70 |
| 09/15/06 | G. Rasmussen | Conference with expert witness regarding his report. | 0.50 |
| 09/15/06 | G. Rasmussen | Conference with another expert witness regarding his report. | 0.30 |
| 09/15/06 | G. Rasmussen | Conference call with Grace attorneys regarding ground rules for expert reports. | 0.30 |
| 09/15/06 | R. Wyron | Review e-mails regarding meeting with experts and follow-up (.3 ;) review e-mails regarding exclusivity order and impact on case and respond (.8). | 1.10 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

October 15, 2006
Invoice No. 1036448

| 09/15/06 | R. Mullady, Jr. | Discussions with G. Rasmussen regarding expert issues (.4); review e-mails regarding expert stipulation (.2). | 0.60 |
|---|---|---|---|
| 09/15/06 | R. Frankel | Review issues re exclusivity, proposed order (.4); telephone conference with E. Inselbuch re appeal of order (.3); notes re same (.2). | 0.90 |
| 09/15/06 | R. Frankel | Consider litigation strategy; series of e-mails re exclusivity, appeal, valuation. | 0.80 |
| 09/15/06 | R. Frankel | Read draft expert report of ▓▓▓▓▓▓ (1.0); read draft expert report of ▓▓▓▓▓ (.9). | 1.90 |
| 09/15/06 | R. Frankel | Review draft order extending exclusivity (.3); e-mails re same (.3). | 0.60 |
| 09/18/06 | R. Barainca | Continue preparing a binder of documents related to the Motion to Compel for D. Felder. | 3.40 |
| 09/18/06 | K. Thomas | Review transcript from July 24 hearing re claims objection/estimation of PD claims (1.5); review additional pleadings filed in response to PD CMO (.4). | 1.90 |
| 09/18/06 | S. Venegas | Review caselaw and draft memo. | 1.60 |
| 09/18/06 | D. Felder | Review Debtors' notice of proposed sale of Grace performance chemicals tank trailers (.1); review proposed order on exclusivity (.1); conference with R. Wyron regarding same (.1). | 0.30 |
| 09/18/06 | W. Berry | Review R. Wyron e-mail, telephone conference with Altman, prepare e-mail to Altman, review AON pension alternatives materials. | 0.50 |
| 09/18/06 | R. Frankel | Telephone conference with J. Radecki re valuation issues (.3); review issues re timing of valuation (.3). | 0.60 |
| 09/19/06 | K. Thomas | Review transcript from July 24 and Aug. 31 (2.0); review debtors response to objections to PD CMO (.5); discuss same with D. Felder (.2); conference with D. Felder and R. Wyron re exclusivity appeal (.3). | 3.00 |
| 09/19/06 | S. Venegas | Review caselaw and draft summary (2.0) review transcripts of Omnibus hearings (6.3). | 8.30 |

**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

October 15, 2006
Invoice No. 1036448

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/19/06 | D. Felder | Review Debtors' tax settlement motion (.3); review agenda for September 25 hearing (.1); review interim order regarding exclusivity and research regarding same (1.0); telephone conference with E. Inselbuch, S. Baena, J. Sakalo, R. Frankel and R. Wyron regarding strategy (1.0); conference with K. Thomas regarding exclusivity issues (.5); telephone conference with J. Biggs regarding September 20 meeting (.3); conference with R. Wyron regarding same (.2); review materials regarding exclusivity (2.1); draft notice of appeal regarding exclusivity (.4); review materials regarding estimation and prepare for meeting with experts (2.4); conference with K. Thomas regarding property damage issues (.2). | 8.50 |
| 09/19/06 | R. Wyron | Review e-mails on exclusivity issue (.8); call with PI and PD on strategy on exclusivity and follow-up (1.2); review legal research (.6); review issues on pension plan and e-mails re same (.7). | 3.30 |
| 09/19/06 | R. Frankel | Telephone conference with E. Inselbuch, S. Baena, others re litigation issues, exclusivity, appeal. | 0.80 |
| 09/19/06 | R. Frankel | Confer with R. Wyron, D. Felder re appeal (.3); e-mails re same, bridge order (.5). | 0.80 |
| 09/19/06 | R. Frankel | Review strategy issues re litigation, exclusivity, appeal of order (.8); consider outline of appellants' brief re exclusivity (.8). | 1.60 |
| 09/19/06 | R. Frankel | Review agenda for omnibus hearing; review with R. Wyron. | 0.30 |
| 09/20/06 | K. Thomas | Discussion with R. Wyron re status of research on PD Claims issues (.3); legal research re standard of review for exclusivity (2.5); research re SGL case (.4); begin drafting summary of results of research (.5); discuss same with D. Felder and R. Wyron (.3). | 4.00 |
| 09/20/06 | S. Venegas | Review Omnibus transcripts. | |
| 09/20/06 | D. Felder | Meeting with Tillinghast experts, ██████████ R. Wyron and G. Rasmussen regarding estimation issues (6.5); follow-up conference with R. Wyron, G. Rasmussen and ████████ (2.0). | 0.90 8.50 |
| 09/20/06 | G. Rasmussen | Conference with J. Biggs regarding her expert analysis. | |
| 09/20/06 | G. Rasmussen | Meet with ███████████ regarding his expert analysis. | 6.50 2.50 |
| 09/20/06 | R. Wyron | Review e-mails on Tillinghast information (.2); confer with K. Thomas on PD and follow-up (.6); prepare for Tillinghast meeting (1.3); meet with Tillinghast, et al. and follow-up (7.9); call on Equitas settlement and follow-up e-mail (1.3). | 11.30 |
| 09/20/06 | R. Frankel | Review draft notice of appeal; e-mail re same. | 0.30 |

# O

**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

October 15, 2006
Invoice No. 1036448

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/21/06 | K. Thomas | Research re exclusivity (1.1); continue drafting summary of research for R. Wyron and D. Felder and send summary to R. Wyron and D. Felder (.7). | 1.80 |
| 09/21/06 | S. Venegas | Review Omnibus transcripts (5.4); Westlaw search re Daubert (.4). | 5.80 |
| 09/21/06 | D. Felder | Review pleadings regarding exclusivity and begin outline regarding same. | 2.50 |
| 09/21/06 | R. Wyron | Follow-up on open items from Tillinghast and review e-mails re same. | 0.60 |
| 09/21/06 | R. Frankel | Read transcript of September 11 hearing. | 2.20 |
| 09/22/06 | K. Thomas | Research re 1121(d) and exclusivity (2.1); discuss exclusivity outline with D. Felder (.1); discuss legal research with D. Felder (.1). | 2.30 |
| 09/22/06 | S. Venegas | Research Daubert guidelines and relevant caselaw (1.9); review omnibus transcripts (4.0). | 5.90 |
| 09/22/06 | D. Felder | Review notes from meeting with experts and prepare e-mails to G. Rasmussen and Debtors regarding same (1.5); review case law regarding exclusivity and continue drafting outline for exclusivity appeal (4.0); conference with D. Austern, R. Frankel, R. Wyron and G. Rasmussen regarding strategy and upcoming estimation process (2.2). | 7.70 |
| 09/22/06 | G. Rasmussen | Meeting with D. Austern concerning status of experts' analysis. | 2.50 |
| 09/22/06 | R. Wyron | Meet with D. Austern on strategy issues and follow-up (2.0); work on notice of appeal and respond to e-mails re same (.2). | 2.20 |
| 09/22/06 | R. Frankel | Review and sort files in preparation for meeting with D. Austern, G. Rasmussen. | 2.40 |
| 09/22/06 | R. Frankel | Confer with D. Austern, G. Rasmussen, R. Wyron, D. Felder re estimation, case issues (2.3); notes re same (.3). | 2.60 |
| 09/23/06 | D. Felder | Research and review case law regarding exclusivity (4.3); prepare outline of argument regarding same (4.0). | 8.30 |
| 09/24/06 | S. Venegas | Research Daubert guidelines. | 4.50 |
| 09/24/06 | D. Felder | Review September 25 hearing agenda, proposed orders regarding motion to compel, Debtors' motion to settle tax claims, and seventeenth omnibus objection to claims. | 1.00 |
| 09/25/06 | R. Barainca | Confer with D. Fullem regarding updating chart of professionals compensation. | 0.20 |
| 09/25/06 | R. Barainca | Update the Professionals Compensation chart for D. Felder. | 3.10 |
| 09/25/06 | K. Thomas | Telephonic participation (listen only) in omnibus hearing (4.0); discussions with D. Felder and R. Wyron re same (.5). | 4.50 |
| 09/25/06 | S. Venegas | Research and draft memo on Daubert. | 3.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

October 15, 2006
Invoice No. 1036448

| 09/25/06 | D. Felder | Conference with R. Frankel regarding exclusivity appeal (.1); review and revise outline regarding same (1.2); telephonic participation in omnibus hearing (2.6); telephone conference with ▓▓▓▓▓ J. Biggs and ▓▓▓▓ regarding estimation issues and follow-up with G. Rasmussen (1.5). | 5.40 |
| 09/25/06 | G. Rasmussen | Meeting with ▓▓▓▓▓ expert witness. | 0.30 |
| 09/25/06 | R. Wyron | Review material for omnibus hearing (1.2); attend omnibus hearing (4.0); consult with counsel for PD and PI regarding exclusivity issues (.4); consult with counsel for PD and PI regarding strategy issues (.3). | 5.90 |
| 09/25/06 | R. Frankel | Review with R. Wyron issues re exclusivity order, hearing (.1); review agenda for hearing (.3). | 0.40 |
| 09/25/06 | R. Frankel | Review, revise outline of appeal arguments re exclusivity (2.1); confer with D. Felder re same (.3). | 2.40 |
| 09/25/06 | R. Frankel | Attend omnibus hearing telephonically and take notes re same. | 4.80 |
| 09/26/06 | R. Barainca | Update the Professionals Compensation chart for D. Felder. | 5.50 |
| 09/26/06 | R. Barainca | Confer with D. Fullem regarding professionals compensation chart. | 0.50 |
| 09/26/06 | K. Thomas | Review e-mail from R. Wyron re omnibus hearing and respond to same (.1); review transcripts from January - July 2006 for PD issues (3.0); send e-mail re same to R. Wyron and D. Felder (.2). | 3.30 |
| 09/26/06 | S. Venegas | Prepare memo covering previous asbestos cases and Daubert fundamentals (5.0); confer with R. Mullady re same (.5). | 5.50 |
| 09/26/06 | D. Felder | Research case law regarding exclusivity (2.5); conferences with A. Venegas regarding estimation (.2); telephone conference with J. Biggs regarding estimation issues (.3); review materials from ▓▓▓▓▓ regarding estimation (1.5); review estimation pleadings regarding litigation strategy (3.5). | 8.00 |
| 09/26/06 | G. Rasmussen | Conference with R. Mallady on status of expert reports. | 0.30 |
| 09/26/06 | R. Wyron | Work on finalizing exclusivity order, and e-mails to and from other counsel re same. | 0.90 |
| 09/26/06 | R. Mullady, Jr. | Review transcript from 9/11 hearing and debtor's powerpoint exhibits (1.0); meet with A. Venegas regarding estimation briefing (.6); conference with R. Wyron and G. Rasmussen regarding same (.2); conference with G. Rasmussen regarding experts (.2); review and reply to e-mail from R. Wyron and D. Felder regarding 10/12 meeting with J. Biggs (.2). | 2.20 |
| 09/26/06 | R. Frankel | Review Grace motion to settle various tax claims. | 0.60 |

O
ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

October 15, 2006
Invoice No. 1036448

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/26/06 | R. Frankel | Telephone conference with D. Austern re Libby data request; notes re same. | 0.30 |
| 09/26/06 | R. Frankel | Telephone conferences with Messrs. Inselbuch, Baena, Wyron re order on exclusivity (.6); review draft order (.2). | 0.80 |
| 09/26/06 | R. Frankel | Review, revise amended outline of appeal brief re exclusivity. | 2.20 |
| 09/27/06 | K. Thomas | Discuss additional research re exclusivity with D. Felder (.2); discuss scope of review of docket re PD Claims with R. Wyron (.2); review cases on exclusivity (4.0); series of discussions of same with D. Felder and R. Wyron re same; telephone conference with D. Felder and R. Wyron re standard of review (.4); other legal research re exclusivity (.3). | 5.70 |
| 09/27/06 | D. Felder | Research case law regarding standard of review and case law regarding exclusivity. | 6.10 |
| 09/27/06 | R. Wyron | Review pension issues and e-mails regarding same (.6); review e-mails on estimation issues and respond (.5). | 1.10 |
| 09/27/06 | R. Mullady, Jr. | Continue review of transcript from 9/11/06 hearing (1.2); attention to developing expert testimony on tort reform issue and discussions with G. Rasmussen and D. Felder regarding same (.8); review estimation and Daubert opinions (1.0). | 3.00 |
| 09/27/06 | R. Frankel | Review ▇▇▇▇▇ article (1.0); confer with D. Felder re appeal issues (.6). | 1.60 |
| 09/27/06 | R. Frankel | Series of e-mails re appeal issues, order on exclusivity (.9); review, consider appeal strategy (.6). | 1.50 |
| 09/27/06 | R. Frankel | Review order clarifying bar date. | 0.30 |
| 09/28/06 | S. Venegas | Team meeting. | 1.70 |
| 09/28/06 | D. Felder | Review claim estimation materials from ▇▇▇▇▇and J. Biggs (1.0); review case law and outline regarding exclusivity appeal (4.3); preparation for meeting with litigation team (1.5); prepare 30(b)(6) requests and review materials from Debtors regarding same (2.4). | 9.20 |
| 09/28/06 | G. Rasmussen | Prepare for and conference with R. Mullady on status of discovery. | 1.30 |
| 09/28/06 | G. Rasmussen | Prepare outline of additional discovery we need. | 1.00 |
| 09/28/06 | R. Wyron | Review e-mail traffic on open litigation issues and strategy, and follow-up. | 0.70 |
| 09/28/06 | R. Mullady, Jr. | Attention to discovery matters, including meeting with estimation team and discussions with counsel for ACC (2.6); review and revise draft motion to compel discovery of settlement information (.4); e-mails to/from N. Finch (.4). | 3.40 |
| 09/28/06 | R. Frankel | Review preliminary information re future claims. | 0.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

October 15, 2006
Invoice No. 1036448

| 09/29/06 | R. Barainca | Prepare Siegel's exhibits from past depositions for D. Felder. | 1.20 |
|---|---|---|---|
| 09/29/06 | K. Thomas | Legal research re exclusivity. | 2.00 |
| 09/29/06 | S. Venegas | Call with N. Finch and Grace team. | 1.10 |
| 09/29/06 | D. Felder | Conference with A. Hamilton, D. Fullem and R. Barainca regarding concordance and Sealed Air materials (.2); review notice of appeal and e-mail to R. Frankel and R. Wyron (.2); review 30(b)(6) notice and review interrogatory responses from Debtors (1.5); review e-mail correspondence from N. Finch and notes from R. Mullady (.1); review motion to compel and comments from R. Mullady (.3); review September 22 letter from B. Harding (.2); prepare for call with N. Finch and R. Mullady (.3); telephone conference with R. Mullady, A. Venegas and N. Finch regarding estimation strategy (1.0); conference call with J. Biggs and G. Rasmussen (1.0); finalize notice of appeal and e-mail correspondence to ACC and PD regarding same (1.0); review correspondence and documents from N. Finch and J. Biggs (1.0); review correspondence regarding exclusivity order (.3). | 7.10 |
| 09/29/06 | G. Rasmussen | Conference with N. Finch and R. Mullady regarding open discovery issues. | 1.00 |
| 09/29/06 | G. Rasmussen | Conference with J. Biggs concerning status of her work and meeting with RUST people to better understand the database. | 0.50 |
| 09/29/06 | R. Wyron | Review e-mails on exclusivity order and follow-up (.3); follow-up on appeal issues (.2.) | 0.50 |
| 09/29/06 | R. Frankel | Review series of e-mails re exclusivity order, notice of appeal. | 0.40 |
| 09/29/06 | R. Frankel | Review ▬▬▬▬▬▬ case; notes re same. | 0.90 |

Total Hours    437.10
Total For Services              $204,476.50

**Timekeeper Summary**

| | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 31.80 | 140.00 | 4,452.00 |
| William D. Berry | 0.50 | 620.00 | 310.00 |
| Debra Felder | 112.60 | 405.00 | 45,603.00 |
| Roger Frankel | 71.80 | 725.00 | 52,055.00 |
| Debra O. Fullem | 11.10 | 210.00 | 2,331.00 |
| Jonathan P. Guy | 6.50 | 605.00 | 3,932.50 |
| Aurora M. Hamilton | 5.50 | 190.00 | 1,045.00 |
| Dmitry Iofe | 6.00 | 180.00 | 1,080.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

October 15, 2006
Invoice No. 1036448

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| John M. Mora | 0.30 | 230.00 | 69.00 |
| Raymond G. Mullady, Jr. | 15.20 | 660.00 | 10,032.00 |
| Garret G. Rasmussen | 37.70 | 645.00 | 24,316.50 |
| Katherine S. Thomas | 32.40 | 325.00 | 10,530.00 |
| Shannon Dawn Venegas | 60.80 | 325.00 | 19,760.00 |
| Richard H. Wyron | 44.90 | 645.00 | 28,960.50 |
| Total All Timekeepers | 437.10 | $467.80 | $204,476.50 |

Disbursements

| | |
|---|---|
| Duplicating Expense | 754.20 |
| Express Delivery | 19.28 |
| Local Taxi Expense | 288.47 |
| Other Business Meals | 177.65 |
| Out of Town Business Meals | 52.17 |
| Outside Reproduction Services | 1,111.48 |
| Purchases (Experts' Publications) | 1,010.12 |
| Telephone | 134.40 |
| Travel Expense, Air Fare | 377.80 |
| Travel Expense, Local | 74.00 |
| Travel Expense, Out of Town | 226.86 |
| Westlaw Research | 2,835.45 |

Total Disbursements          $7,061.88

**Total For This Matter**          **$211,538.38**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

October 15, 2006
Invoice No. 1036448

For Legal Services Rendered Through September 30, 2006 in Connection With:

**Matter: 10 - Retention of Professionals - Other**

| 09/08/06 | D. Felder | Review engagement letter with Piper Jaffray & Co. | 0.10 |
| 09/13/06 | R. Wyron | Review transcript on experts, and review analysis on Section 327 regarding experts. | 0.70 |
| 09/14/06 | D. Felder | Review engagement letter with Piper Jaffray. | 0.10 |
| 09/14/06 | R. Wyron | Review revised PJC draft engagement. | 0.50 |
| 09/20/06 | D. Felder | Review Tillinghast engagement agreement. | 0.10 |

Total Hours    1.50

Total For Services    $895.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.30 | 405.00 | 121.50 |
| Richard H. Wyron | 1.20 | 645.00 | 774.00 |
| Total All Timekeepers | 1.50 | $597.00 | $895.50 |

**Total For This Matter**    **$895.50**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

October 15, 2006
Invoice No. 1036448

For Legal Services Rendered Through September 30, 2006 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 08/29/06 | D. Fullem | Confer with R. Wyron regarding call from S. Bossay relating to CIBC's eighth quarterly fee application; prepare e-mail to R. Gray at CIBC regarding same; review e-mail from R. Chatterjee regarding fee application; telephone call to S. Bossay regarding status of same; prepare e-mail to R. Wyron to update him on status. | 0.80 |
| 09/01/06 | D. Fullem | Finalize notice and coordinate filing of CIBC's eighth quarterly fee application. | 0.80 |
| 09/05/06 | D. Fullem | Confer with R. Wyron regarding UST concern with Swidler's final fee application; review spreadsheets of D. Felder's time entries for the period; prepare e-mail to R. Wyron regarding same. | 0.80 |
| 09/05/06 | R. Wyron | Review US Trustee's objection with Swidler and follow-up on resolution. | 0.40 |
| 09/06/06 | R. Barainca | Research information regarding Swidler's final fee application for R. Wyron. | 2.10 |
| 09/06/06 | R. Wyron | Work on proposal to resolve UST's informal objection to Swidler fee application, and follow-up e-mails (.7); review e-mails and respond to US Trustee (.5). | 1.20 |
| 09/11/06 | R. Barainca | Prepare Certificate of No Objection for Piper Jaffray's First Quarterly fee application. | 0.50 |
| 09/11/06 | R. Barainca | Prepare a Certificate of No Objection for Tillinghast's Fifth Quarterly fee application. | 0.60 |
| 09/11/06 | R. Barainca | Confer with D. Fullem regarding Austern's fee applications. | 0.30 |
| 09/11/06 | D. Fullem | Confer with R. Wyron regarding agreed fee reduction between Swidler and UST office (.2); review docket of filings relating to final fee application (.3); research contact at Pachulski to forward information (.2); provide R. Wyron with S. Bossay (fee auditor) contact information (.1); prepare draft of Certification of Counsel relating to the agreed fee reduction between Swidler and the UST office (1.1); revise CoC (.2); prepare e-mail to R. Wyron regarding final draft CoC for review (.1); review and respond to e-mail from R. Wyron regarding information to fee auditor (.2). | 2.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 21

October 15, 2006
Invoice No. 1036448

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/11/06 | D. Fullem | Confer with R. Barainca regarding CNOs to be filed on fee applications; discuss D. Austern's June fee application; review file; prepare updated information in June fee application and forward same to D. Austern with e-mail. | 0.80 |
| 09/11/06 | R. Wyron | Review issues on Swidler final fee application and confer with D. Fullem to finalize (.6); e-mails to and from Fee Auditor re same (.3). | 0.90 |
| 09/12/06 | R. Barainca | Prepare Tillinghast's and Piper Jaffray's Certificates of No Objection for filing. | 0.70 |
| 09/12/06 | R. Wyron | Review Swidler draft final order (.3); review CNOs (.2); review final fee auditor's report on FCR's professionals for hearing (.4). | 0.90 |
| 09/14/06 | R. Wyron | Continue work on Swidler final to correct Fee Auditor's report with calls to and from Fee Auditor and D. Fullem, and follow-up e-mails re same. | 0.60 |
| 09/18/06 | R. Wyron | Review CNO. | 0.30 |

Total Hours     14.10
Total For Services     $4,537.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 4.20 | 140.00 | 588.00 |
| Debra O. Fullem | 5.60 | 210.00 | 1,176.00 |
| Richard H. Wyron | 4.30 | 645.00 | 2,773.50 |
| Total All Timekeepers | 14.10 | $321.81 | $4,537.50 |

Disbursements
    Duplicating Expense     129.15
    Express Delivery     232.70
    Postage     3.63

Total Disbursements     $365.48

**Total For This Matter**     **$4,902.98**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

October 15, 2006
Invoice No. 1036448

For Legal Services Rendered Through September 30, 2006 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 09/01/06 | R. Barainca | Prepare Orrick's July 2006 monthly fee application for filing. | 0.50 |
| 09/01/06 | D. Fullem | Review and respond to e-mail from R. Wyron regarding payment; confer with L. Blackhurst regarding status of same. | 0.30 |
| 09/01/06 | D. Fullem | Prepare e-mail to J. Port at Grace regarding payment due on June invoices. | 0.20 |
| 09/01/06 | D. Fullem | Prepare update to Orrick's spreadsheet of fees and expenses; forward to R. Wyron for review. | 0.20 |
| 09/05/06 | D. Fullem | Confer with P. Reyes regarding status of July billing to Mr. Austern. | 0.10 |
| 09/11/06 | R. Barainca | Prepare Certificate of No Objection for Orrick's First Quarterly fee application. | 0.60 |
| 09/11/06 | D. Fullem | Review and edit August invoices. | 1.00 |
| 09/12/06 | R. Barainca | Prepare Orrick's Certificate of No Objection for filing. | 0.30 |
| 09/12/06 | D. Fullem | Review additional information from G. Rasmussen regarding August time entries. | 0.20 |
| 09/22/06 | R. Barainca | Prepare Orrick's August monthly fee application. | 1.00 |
| 09/25/06 | R. Barainca | Continue preparing Orrick's August monthly fee application. | 1.10 |
| 09/25/06 | R. Wyron | Review certificate of no objection for OHS fees and review supporting documents. | 0.40 |

Total Hours 5.90

Total For Services $1,168.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 3.50 | 140.00 | 490.00 |
| Debra O. Fullem | 2.00 | 210.00 | 420.00 |
| Richard H. Wyron | 0.40 | 645.00 | 258.00 |
| Total All Timekeepers | 5.90 | $197.97 | $1,168.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

October 15, 2006
Invoice No. 1036448

Disbursements
 Duplicating Expense        228.45
 Express Delivery         92.92
 Postage            172.11
         Total Disbursements     $493.48

        **Total For This Matter**     **$1,661.48**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

October 15, 2006
Invoice No. 1036448

For Legal Services Rendered Through September 30, 2006 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/10/06 | D. Felder | Travel to Pittsburgh for September 11 hearing. | 2.00 |
| 09/10/06 | R. Frankel | Travel to Pittsburgh (non-working). | 1.50 |
| 09/11/06 | D. Felder | Travel from Pittsburgh to Washington, D.C. | 2.50 |
| 09/11/06 | R. Frankel | Travel to DC (non-working). | 1.50 |
| 09/25/06 | R. Wyron | Travel to and from hearing. | 4.00 |

Total Hours    11.50
Total For Services    $3,288.75

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 4.50 | 202.50 | 911.25 |
| Roger Frankel | 3.00 | 362.50 | 1,087.50 |
| Richard  H. Wyron | 4.00 | 322.50 | 1,290.00 |
| Total All Timekeepers | 11.50 | $285.98 | $3,288.75 |

**Total For This Matter**    **$3,288.75**

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours    492.70
Total Fees, all Matters    $223,996.25
Total Disbursements, all Matters    $8,006.05
Total Amount Due    $232,002.30