# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et. al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered<br><br>Objection deadline: 11/13/06 at 4:00 p.m. |

### THIRTIETH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JULY THROUGH SEPTEMBER 2006

| | |
|---|---|
| Name of Applicant: | Protiviti Inc. |
| Authorized to Provide Services to: | Debtors |
| Date of Retention: | Order dated November 17, 2003, *nunc pro tunc* to June 30, 2003 |
| Period for which compensation and reimbursement is sought: | July 1, 2006 through September 30, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary | $77,290.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $13,304.36 |
| This is a(n):     X interim | __ Final application |

Prior applications:   None.

Local Form 102
(Page 1 of 3 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Marie Hendrixson | Managing Director<br>20 years | $300 | 0.5 | $150 |
| Matthew Petito | Manager<br>7 years | $240 | 25.0 | $6,000 |
| Kevin Strickler | Manager<br>7 years | $240 | 13.5 | $3,240 |
| Casey Michalski | Senior Consultant<br>3 years | $175 | 197.0 | $34,475 |
| Vincent Oluboyo | Senior Consultant<br>4 years | $175 | 119.0 | $20,825 |
| Ryan Schwabenbauer | Consultant<br>1 year | $150 | 40.0 | $6,000 |
| Mike Lawler | Consultant<br>1 year | $150 | 44.0 | 6,600 |
| | | Totals | 439.0 | $77,290 |

1

Fee Application Narrative

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis and Recovery | 0 | 0 |
| Asset Disposition | 0 | 0 |
| Business Operations | 0 | 0 |
| Case Administration | 0 | 0 |
| Claims Administration and Objections | 0 | 0 |
| Employee Benefits/Pension | 0 | 0 |
| Retention of Professionals | 0 | 0 |
| Fee Applications | 0 | 0 |
| Fee Application Objections | 0 | 0 |
| Financing | 0 | 0 |
| Security Issues | 0 | 0 |
| Litigation | 0 | 0 |
| Plan and Disclosure Statement | 0 | 0 |
| Relief from Stay Proceedings | 0 | 0 |
| Other (Explain)<br>• Sarbanes Oxley Compliance Services | 439.0 | $77,290 |
| Other (Explain) | 0 | 0 |
| Accounting/Auditing | 0 | 0 |
| Business Analysis | 0 | 0 |
| Corporate Finance | 0 | 0 |
| Data Analysis | 0 | 0 |
| **Total** | **439.0** | **$77,290** |

2

Fee Application Narrative

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,174.96 |
| Lodging | N/A | $1,679.91 |
| Sundry | N/A | $10,000.00 |
| Business Meals / Entertainment | N/A | $449.49 |
| **Total Expenses** | | **$13,304.36** |

3

Fee Application Narrative