EXHIBIT "A"

Protiviti Inc.
W. R. Grace & Co. Time Tracking Summary
Period Covered: July through September 2006

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Matthew Petito | Manager | 7 | $ 240.00 | 25.0 | $ 6,000.00 |
| Kevin Strickler | Manager | 7 | $ 240.00 | 13.5 | $ 3,240.00 |
| Casey Michalaski | Senior Consultant | 4 | $ 175.00 | 197.0 | $ 34,475.00 |
| Vincent Oluboyo | Senior Consultant | 4 | $ 175.00 | 119.0 | $ 20,825.00 |
| Ryan Schwabenbauer | Consultant | 1 | $ 150.00 | 40.0 | $ 6,000.00 |
| Mike Lawler | Consultant | 1 | $ 150.00 | 44.0 | $ 6,600.00 |
|  |  |  | Totals | 438.5 | $ 77,140.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: July through September 2006**

**Name:** Marie Hendrixson
**Level:** Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 11-Sep-06 | Meeting with Ed Bull and Barb Saxton regarding Grace's approach to SAP controls and various other projects and related scheduling. | $ 300.00 | 0.5 | $ 150.00 |
| | **Totals** | | **0.5** | **$ 150.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: July through September 2006**

**Name:** Kevin Strickler
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Sep-06 | Planning for Grace IT SOA assistance | $ 240 | 1 | $ 240.00 |
| 5-Sep-06 | Coordination with Protiviti IT SOA assistance team regarding scheduling and other items | $ 240 | 2 | $ 480.00 |
| 6-Sep-06 | Coordination with Protiviti IT SOA assistance team regarding scheduling and other items | $ 240 | 0.5 | $ 120.00 |
| 11-Sep-06 | Meeting with Ed Bull and Barb Saxton regarding Grace's approach to SAP controls and various other projects and related scheduling. | $ 240 | 2 | $ 480.00 |
| 13-Sep-06 | Communication with Ed Bull regarding scheduling | $ 240 | 0.5 | $ 120.00 |
| 18-Sep-06 | Planning for Grace Self Insurance consulting project and SOA loan staff project | $ 240 | 2 | $ 480.00 |
| 19-Sep-06 | Communication with Ed Bull regarding Self Insurance consulting project | $ 240 | 1 | $ 240.00 |
| 20-Sep-06 | Communication with Ed Bull regarding Self Insurance consulting project | $ 240 | 0.5 | $ 120.00 |
| 21-Sep-06 | Planning for Grace Self Insurance Self Insurance consulting project | $ 240 | 0.5 | $ 120.00 |
| 25-Sep-06 | Coordination with Protiviti SOA loan staff regarding scheduling and other items | $ 240 | 1 | $ 240.00 |
| 26-Sep-06 | Coordination with Protiviti SOA loan staff regarding scheduling and other items | $ 240 | 2.5 | $ 600.00 |
| | **Totals** | | **13.5** | **$ 3,240.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: July through September 2006**

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 10-Jul-06 | Status and project meeting with Ed Bull, Greg Demory and Barb Summerson | $ 240.00 | 2.0 | $ 480.00 |
| 31-Jul-06 | Discuss scope of workers compensation SOX documentation project with Ed Henry, Mike Lawler and Ed Bull | $ 240.00 | 4.0 | $ 960.00 |
| 1-Aug-06 | Introduce Casey Michalski to Ed Bull and Barb Summerson and discuss project scope for IT SOX testing. | $ 240.00 | 3.0 | $ 720.00 |
| 1-Aug-06 | Discuss status of workers compensation SOX project with Mike Lawler | $ 240.00 | 2.0 | $ 480.00 |
| 2-Aug-06 | Discuss project status of IT, workers compensation SOX project with Casey Michalski and Mike Lawler | $ 240.00 | 4.0 | $ 960.00 |
| 3-Aug-06 | Introduce Ryan Schwabenbauer to Ed Bull and Barb Summerson and discuss project scope for agents commissions SOX testing | $ 240.00 | 2.0 | $ 480.00 |
| 5-Sep-06 | Review workers compensation and agents commission SOX documentation and discuss with Mike Lawler and Ryan Schwabenbauer | $ 240.00 | 8.0 | $ 1,920.00 |
| | **Totals** | | **25.0** | **$ 6,000.00** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Period Covered: July through September 2006

**Name:** Casey Michalski
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Aug-06 | Discussed and reviewed prior SOX testing, test plans and background info. | $ 175.00 | 6.0 | $ 1,050.00 |
| 1-Aug-06 | Met with Marty Krist to discuss SOAR Security Administration and Change Management testing | $ 175.00 | 1.0 | $ 175.00 |
| 1-Aug-06 | Developed PBC list for SOAR Security Administration | $ 175.00 | 1.0 | $ 175.00 |
| 2-Aug-06 | Developed PBC list for SOAR Change Management | $ 175.00 | 1.0 | $ 175.00 |
| 2-Aug-06 | Developed Test Plan for SOAR Change Management | $ 175.00 | 2.0 | $ 350.00 |
| 2-Aug-06 | Reviewed prior year work papers for SOAR Testing | $ 175.00 | 2.0 | $ 350.00 |
| 2-Aug-06 | Reviewed prior year work papers for SAP Testing | $ 175.00 | 3.0 | $ 525.00 |
| 3-Aug-06 | Performed Sarbanes-Oxley testing of SOAR Security Administration | $ 175.00 | 8.0 | $ 1,400.00 |
| 7-Aug-06 | Performed Sarbanes-Oxley testing of SOAR Security Administration | $ 175.00 | 4.0 | $ 700.00 |
| 7-Aug-06 | Performed Sarbanes-Oxley testing of SOAR Change Management | $ 175.00 | 2.5 | $ 437.50 |
| 7-Aug-06 | Met with Greg Covington to discuss SAP Security Administration and Change Management testing | $ 175.00 | 1.5 | $ 262.50 |
| 8-Aug-06 | Performed Sarbanes-Oxley testing of SOAR Security Administration | $ 175.00 | 3.0 | $ 525.00 |
| 8-Aug-06 | Performed Sarbanes-Oxley testing of SOAR Change Management | $ 175.00 | 3.5 | $ 612.50 |
| 8-Aug-06 | Developed PBC list for SAP Change Management and Security Administration | $ 175.00 | 1.5 | $ 262.50 |
| 9-Aug-06 | Performed Sarbanes-Oxley testing of SOAR Security Administration | $ 175.00 | 3.0 | $ 525.00 |
| 9-Aug-06 | Performed Sarbanes-Oxley testing of SOAR Change Management | $ 175.00 | 4.0 | $ 700.00 |
| 9-Aug-06 | Selected sample for Sarbanes-Oxley SAP testing | $ 175.00 | 1.0 | $ 175.00 |
| 10-Aug-06 | Performed Sarbanes-Oxley testing of SOAR Security Administration | $ 175.00 | 2.0 | $ 350.00 |
| 10-Aug-06 | Performed Sarbanes-Oxley testing of SOAR Change Management | $ 175.00 | 2.0 | $ 350.00 |
| 10-Aug-06 | Performed Sarbanes-Oxley testing of SAP Change Management | $ 175.00 | 2.0 | $ 350.00 |
| 10-Aug-06 | Performed Sarbanes-Oxley testing of SAP Security Administration | $ 175.00 | 2.0 | $ 350.00 |
| 14-Aug-06 | Performed Sarbanes-Oxley testing of SAP Security Administration | $ 175.00 | 1.0 | $ 175.00 |
| 14-Aug-06 | Performed Sarbanes-Oxley testing of SAP Change Management | $ 175.00 | 3.0 | $ 525.00 |
| 14-Aug-06 | Documenting SOAR Sarbanes-Oxley testing | $ 175.00 | 4.0 | $ 700.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 15-Aug-06 | Documenting SOAR Sarbanes-Oxley testing | $ 175.00 | 2.0 | $ 350.00 |
| 15-Aug-06 | Performed Sarbanes-Oxley testing of SAP Security Administration | $ 175.00 | 3.0 | $ 525.00 |
| 15-Aug-06 | Performed Sarbanes-Oxley testing of SAP Change Management | $ 175.00 | 3.0 | $ 525.00 |
| 16-Aug-06 | Performed Sarbanes-Oxley testing of SAP Security Administration | $ 175.00 | 4.0 | $ 700.00 |
| 16-Aug-06 | Performed Sarbanes-Oxley testing of SAP Change Management | $ 175.00 | 4.0 | $ 700.00 |
| 17-Aug-06 | Performed Sarbanes-Oxley testing of SAP Security Administration | $ 175.00 | 2.0 | $ 350.00 |
| 17-Aug-06 | Performed Sarbanes-Oxley testing of SAP Change Management | $ 175.00 | 6.0 | $ 1,050.00 |
| 18-Aug-06 | SAP Change Management Testing | $ 175.00 | 3.0 | $ 525.00 |
| 18-Aug-06 | Developed PBC list for WAN, Infrastructure Change Management and Operating System | $ 175.00 | 2.0 | $ 350.00 |
| 21-Aug-06 | Performed Sarbanes-Oxley testing of SAP Security Administration | $ 175.00 | 4.0 | $ 700.00 |
| 21-Aug-06 | Performed Sarbanes-Oxley testing of SAP Change Management | $ 175.00 | 3.0 | $ 525.00 |
| 21-Aug-06 | Updated PBC list for WAN, ICM and Operating System | $ 175.00 | 1.0 | $ 175.00 |
| 22-Aug-06 | Met with Pete Wood to discuss ICM and Operating System Testing | $ 175.00 | 2.0 | $ 350.00 |
| 22-Aug-06 | Met with Srini Vanga to discuss SAP testing | $ 175.00 | 1.0 | $ 175.00 |
| 22-Aug-06 | Testing SAP Security Administration | $ 175.00 | 3.0 | $ 525.00 |
| 22-Aug-06 | Testing SAP Change Management | $ 175.00 | 2.0 | $ 350.00 |
| 23-Aug-06 | Met with Renee Schoff to discuss WAN testing | $ 175.00 | 1.0 | $ 175.00 |
| 23-Aug-06 | Performed Sarbanes-Oxley testing of WAN | $ 175.00 | 1.0 | $ 175.00 |
| 23-Aug-06 | Performed Sarbanes-Oxley testing of ICM | $ 175.00 | 2.0 | $ 350.00 |
| 23-Aug-06 | Performed Sarbanes-Oxley testing of Operating System | $ 175.00 | 2.0 | $ 350.00 |
| 23-Aug-06 | Performed Sarbanes-Oxley testing of SAP | $ 175.00 | 2.0 | $ 350.00 |
| 24-Aug-06 | Performed Sarbanes-Oxley testing of WAN | $ 175.00 | 3.0 | $ 525.00 |
| 24-Aug-06 | Performed Sarbanes-Oxley testing of ICM | $ 175.00 | 3.0 | $ 525.00 |
| 24-Aug-06 | Performed Sarbanes-Oxley testing of Operating System | $ 175.00 | 2.0 | $ 350.00 |
| 25-Aug-06 | Performed Sarbanes-Oxley testing of WAN | $ 175.00 | 1.0 | $ 175.00 |
| 25-Aug-06 | Performed Sarbanes-Oxley testing of ICM | $ 175.00 | 2.0 | $ 350.00 |
| 25-Aug-06 | Performed Sarbanes-Oxley testing of Operating System | $ 175.00 | 2.0 | $ 350.00 |
| 25-Aug-06 | Documented Sarbanes-Oxley testing | $ 175.00 | 3.0 | $ 525.00 |
| 28-Aug-06 | Performed Sarbanes-Oxley testing of WAN | $ 175.00 | 1.0 | $ 175.00 |
| 28-Aug-06 | Performed Sarbanes-Oxley testing of ICM | $ 175.00 | 2.0 | $ 350.00 |
| 28-Aug-06 | Performed Sarbanes-Oxley testing of Operating System | $ 175.00 | 2.0 | $ 350.00 |
| 28-Aug-06 | Documented Sarbanes-Oxley testing | $ 175.00 | 3.0 | $ 525.00 |
| 29-Aug-06 | Documented Sarbanes-Oxley testing | $ 175.00 | 6.0 | $ 1,050.00 |
| 29-Aug-06 | Uploading documents to the Portal | $ 175.00 | 1.0 | $ 175.00 |
| 29-Aug-06 | Updating Portal information | $ 175.00 | 1.0 | $ 175.00 |
| 30-Aug-06 | Documented Sarbanes-Oxley testing | $ 175.00 | 2.0 | $ 350.00 |
| 30-Aug-06 | Uploading documents to the Portal | $ 175.00 | 4.0 | $ 700.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 30-Aug-06 | Updating Portal information | $ 175.00 | 2.0 | $ 350.00 |
| 31-Aug-06 | Documented Sarbanes-Oxley testing | $ 175.00 | 4.0 | $ 700.00 |
| 31-Aug-06 | Uploading documents to the Portal | $ 175.00 | 2.0 | $ 350.00 |
| 31-Aug-06 | Updating Portal information | $ 175.00 | 2.0 | $ 350.00 |
| 1-Sep-06 | Completed testing for SAP process areas | $ 175.00 | 4.0 | $ 700.00 |
| 1-Sep-06 | Uploaded documents for all process areas | $ 175.00 | 2.0 | $ 350.00 |
| 1-Sep-06 | Updated the Portal with testing results | $ 175.00 | 2.0 | $ 350.00 |
| 5-Sep-06 | Completed testing for ICM process area | $ 175.00 | 3.0 | $ 525.00 |
| 5-Sep-06 | Completed testing for WAN process area | $ 175.00 | 1.0 | $ 175.00 |
| 5-Sep-06 | Uploaded documents | $ 175.00 | 2.0 | $ 350.00 |
| 5-Sep-06 | Updated the Portal with testing results | $ 175.00 | 2.0 | $ 350.00 |
| 6-Sep-06 | Completed testing for SOAR process areas | $ 175.00 | 2.0 | $ 350.00 |
| 6-Sep-06 | Completed testing for ICM process area | $ 175.00 | 1.0 | $ 175.00 |
| 6-Sep-06 | Uploaded documents for SOAR and ICM process areas | $ 175.00 | 3.0 | $ 525.00 |
| 6-Sep-06 | Updated the Portal with testing results | $ 175.00 | 2.0 | $ 350.00 |
| 8-Sep-06 | Completed testing for SOAR process areas | $ 175.00 | 1.0 | $ 175.00 |
| 8-Sep-06 | Completed testing for SAP process areas | $ 175.00 | 3.0 | $ 525.00 |
| 8-Sep-06 | Uploaded documents for all process areas | $ 175.00 | 1.0 | $ 175.00 |
| 8-Sep-06 | Updated the Portal with testing results | $ 175.00 | 3.0 | $ 525.00 |
| | **Totals** | | **197.0** | **$ 34,475.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: July through September 2006**

**Name:** Vincent Oluboyo
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 5-Sep-06 | Meet with Chuck Tremblay and Jim Broderick to discuss testing procedures and documents required for testing Backup Scheduling & Recovery process. Download testing sheets from the portal and organize testing documents received from Jim Broderick | $ 175.00 | 6.0 | $ 1,050.00 |
| 6-Sep-06 | Begin testing the Backup Scheduling & Recovery controls and upload testing sheets and results into the portal | $ 175.00 | 10.0 | $ 1,750.00 |
| 7-Sep-06 | Continue with the testing of Backup Scheduling & Recovery controls and upload testing sheets and results into the portal | $ 175.00 | 10.0 | $ 1,750.00 |
| 8-Sep-06 | Submit audit documentation request for the Data Center Operations, upload audit working papers, testing sheets for Backup Scheduling and Recovering process into the portal. | $ 175.00 | 7.0 | $ 1,225.00 |
| 11-Sep-06 | Download testing sheets for Data Center Operations from the portal, discuss with Jim Broderick, obtain audit evidence requested and organize documents received. | $ 175.00 | 8.0 | $ 1,400.00 |
| 12-Sep-06 | Begin testing the Data Center Operations controls and upload testing sheets and results into the portal | $ 175.00 | 9.0 | $ 1,575.00 |
| 13-Sep-06 | Discuss with Mark Hank about Wide Area Network, obtain audit documents required for testing controls that are applicable for Cambridge. Download testing sheets from the portal and upload the completed testing sheets and audit evidence into the portal. | $ 175.00 | 9.0 | $ 1,575.00 |
| 14-Sep-06 | Discuss with Chuck Tremblay about Operating System controls that are applicable to Cambridge, obtain audit documents required for testing the controls. Download testing sheets from the portal, update the portal with the current testing results, upload the completed testing sheets and audit evidence into the portal. | $ 175.00 | 9.0 | $ 1,575.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 15-Sep-06 | Discuss with Mark Hank and Chuck Tremblay about Infrastructure Change Management process, obtain audit documents required for testing the controls from Chuck Tremblay. Download testing sheets from the portal, update the portal with the testing results, upload the completed testing sheets and audit evidence into the portal. Send audit request for Database, SAP and SOAR to Chuck Tremblay and Donna Wilson. | $ 175.00 | 7.0 | $ 1,225.00 |
| 18-Sep-06 | Obtain audit documents from Chuck Tremblay for testing SAP and SOAR. Organize documents received and download testing sheets from the portal. | $ 175.00 | 7.0 | $ 1,225.00 |
| 19-Sep-06 | Begin testing of SAP and SOAR process, follow up on the outstanding documents. Update the portal with the current testing results and testing status, upload the completed testing sheets and audit evidence into the portal. | $ 175.00 | 9.0 | $ 1,575.00 |
| 20-Sep-06 | Obtain audit documents from Donna Wilson for testing Database. Organize documents received, download testing sheets from the portal, update the portal with the completed testing results, upload the completed testing sheets and audit evidence into the portal. | $ 175.00 | 9.0 | $ 1,575.00 |
| 21-Sep-06 | Test outstanding controls in WAN, Infrastructure Change Management, upload testing results, update the portal with the testing results. | $ 175.00 | 8.0 | $ 1,400.00 |
| 22-Sep-06 | Test outstanding controls in Database, SAP and SOAR processes, update the portal with the testing results, testing status and upload testing results and supporting evidence into the portal. | $ 175.00 | 7.0 | $ 1,225.00 |
| 29-Sep-06 | Updated some controls in WAN process with additional audit evidence provided by Mark Hank for some terminated users whose VPN accounts are still active. Upload testing sheets and audit evidence into the portal. | $ 175.00 | 4.0 | $ 700.00 |
| | **Totals** | | 119.0 | $ 20,825.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: July through September 2006**

**Name:** Ryan Schwabenbauer
**Level:** Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 3-Aug-06 | Prepared and researched Agent commissions process at other firms | $ 150.00 | 2.0 | $ 300.00 |
| 3-Aug-06 | Met with Femi Esoimeme and discussed process; collected existing documentation and related documents; follow-up questions | $ 150.00 | 1.5 | $ 225.00 |
| 3-Aug-06 | Reviewed existing documents; determined Sarbanes relevance | $ 150.00 | 3.5 | $ 525.00 |
| 3-Aug-06 | Met with Process owners to discuss the approval process of Agent Commissions; ongoing concerns | $ 150.00 | 1.0 | $ 150.00 |
| 4-Aug-06 | Created preliminary RCM and Flow | $ 150.00 | 3.5 | $ 525.00 |
| 4-Aug-06 | Met with Debbie Collins; adjusted RCM/flow based upon conversation | $ 150.00 | 2.5 | $ 375.00 |
| 4-Aug-06 | Researched relevance of Worm's process / SAP accounting structure supporting the transaction | $ 150.00 | 2.0 | $ 300.00 |
| 7-Aug-06 | Prepared for and met w/ Ed Bull | $ 150.00 | 1.5 | $ 225.00 |
| 7-Aug-06 | Attempted to set-up meeting with Linda Anton - to discuss CSR involvement | $ 150.00 | 0.5 | $ 75.00 |
| 7-Aug-06 | Researched relevance of Sales order process / controls to the Agent Commission process | $ 150.00 | 4.0 | $ 600.00 |
| 7-Aug-06 | Updated flow based on Sales Order process understanding | $ 150.00 | 2.0 | $ 300.00 |
| 8-Aug-06 | Met with Dena Nolte to discuss progress, approval concerns | $ 150.00 | 1.0 | $ 150.00 |
| 8-Aug-06 | met with Greg Demory, provided me with Worm's Documentation (I provided a summary comparison) | $ 150.00 | 2.0 | $ 300.00 |
| 8-Aug-06 | Researched relevance of Acctg, AP process / controls to the Agent Commission process | $ 150.00 | 3.0 | $ 450.00 |
| 8-Aug-06 | Updated flow based on Acctg/AP process understanding | $ 150.00 | 2.0 | $ 300.00 |
| 9-Aug-06 | Met with Ed Bull | $ 150.00 | 1.0 | $ 150.00 |
| 9-Aug-06 | Finalized Flow/notes/included and consolidated relevant controls | $ 150.00 | 4.0 | $ 600.00 |
| 9-Aug-06 | Discussion with and review with Matt Petito | $ 150.00 | 1.5 | $ 225.00 |
| 9-Aug-06 | Exit discussions and updates from relevant process owners | $ 150.00 | 1.5 | $ 225.00 |
| | **Totals** | | **40.0** | **$ 6,000.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: July through September 2006**

**Name:** Mike Lawler
**Level:** Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 31-Jul-06 | Meeting's with Ed Henry/Ed Bull to discuss worker's compensation documentation | $ 150.00 | 4.0 | $ 600.00 |
| 31-Jul-06 | Documentation of worker's compensation-flow | $ 150.00 | 4.0 | $ 600.00 |
| 1-Aug-06 | Meeting with Jeff Posner to discuss worker's compensation process | $ 150.00 | 2.0 | $ 300.00 |
| 1-Aug-06 | Documentation of worker's compensation-flow | $ 150.00 | 6.0 | $ 900.00 |
| 2-Aug-06 | Meeting with various HR employees | $ 150.00 | 2.0 | $ 300.00 |
| 2-Aug-06 | Documentation of worker's compensation-RCM | $ 150.00 | 6.0 | $ 900.00 |
| 3-Aug-06 | Documentation of worker's compensation-RCM | $ 150.00 | 8.0 | $ 1,200.00 |
| 4-Aug-06 | Documentation of worker's compensation- flow | $ 150.00 | 8.0 | $ 1,200.00 |
| 5-Sep-06 | Finalize documentation of worker's compensation-flow/RCM | $ 150.00 | 3.0 | $ 450.00 |
| 5-Sep-06 | Closing meeting with Ed Bull | $ 150.00 | 1.0 | $ 150.00 |
|  | **Totals** |  | **44.0** | **$ 6,600.00** |

**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: July through September 2006**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 1,174.96 |
| Lodging | N/A | $ 1,679.91 |
| Sundry | N/A | $ 10,000.00 |
| Business Meals | N/A | $ 449.49 |
| **Total** | | **$ 13,304.36** |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: July through September 2006

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 31-Aug-06 | Annual software maintenance costs on the Protiviti Governance Portal | $ 10,000.00 | | | $ 10,000.00 | | $ 10,000.00 |
| | Totals | $ 10,000.00 | $ - | $ - | $ 10,000.00 | $ - | $ 10,000.00 |

Name: Vincent Oluboyo
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 5-Sep-06 | Taxi from my home in Chantilly to Dulles Airport, Virginia | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 5-Sep-06 | Dinner at Arlington Restaurant, 134 Mass Avenue, Arlington | $ 31.15 | | | | $ 31.15 | $ 31.15 |
| 5-Sep-06 | Tolls - Massachusetts Turnpike Receipt Toll PLZ No 29153 | $ 3.00 | $ 3.00 | | | | $ 3.00 |
| 6-Sep-06 | Dinner at S & S Restaurant at 1334 Cambridge Street, Cambridge | $ 40.28 | | | | $ 40.28 | $ 40.28 |
| 7-Sep-06 | Dinner at S & S Restaurant at 1334 Cambridge Street, Cambridge | $ 24.39 | | | | $ 24.39 | $ 24.39 |
| 8-Sep-06 | Lodging at Hawthorn Suite Ltd, Massachusetts Avenue, Arlington (3 nights) | $ 460.07 | | $ 460.07 | | | $ 460.07 |
| 8-Sep-06 | Taxi from Dulles Airport, Virginia to my home in Chantilly | $ 28.00 | $ 28.00 | | | | $ 28.00 |
| 8-Sep-06 | Hertz Car Rental from 9/5/06 - 9/8/06 | $ 292.50 | $ 292.50 | | | | $ 292.50 |
| 8-Sep-06 | Rental Car- cost of gasoline at Alewife Mobil, Massachusetts Avenue, Cambridge | $ 8.42 | $ 8.42 | | | | $ 8.42 |
| 11-Sep-06 | Taxi from my home in Chantilly to Dulles Airport, Virginia | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 11-Sep-06 | Dinner at UNO Chicago Grill, Somerville Avenue, Cambridge | $ 38.76 | | | | $ 38.76 | $ 38.76 |
| 11-Sep-06 | Tolls - Massachusetts Turnpike Receipt Toll PLZ No 54370 | $ 3.00 | $ 3.00 | | | | $ 3.00 |
| 12-Sep-06 | Dinner at UNO Chicago Grill, Somerville Avenue, Cambridge | $ 38.37 | | | | $ 38.37 | $ 38.37 |
| 13-Sep-06 | Dinner at 4 F O Sullivan and Sons, 282 Beacon Street, Somerville, Cambridge | $ 40.13 | | | | $ 40.13 | $ 40.13 |
| 14-Sep-06 | Dinner at UNO Chicago Grill, Somerville Avenue, Cambridge | $ 30.84 | | | | $ 30.84 | $ 30.84 |
| 15-Sep-06 | Lodging at Hawthorn Suite Ltd, Massachusetts Avenue, Arlington (4 nights) | $ 609.92 | | $ 609.92 | | | $ 609.92 |
| 15-Sep-06 | Taxi from Dulles Airport, Virginia to my home in Chantilly | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 15-Sep-06 | Hertz Car Rental from 9/11/06 - 9/15/06 | $ 331.43 | $ 331.43 | | | | $ 331.43 |
| 15-Sep-06 | Rental Car- cost of gasoline at Alewife Mobil, Massachusetts Avenue, Cambridge | $ 14.08 | $ 14.08 | | | | $ 14.08 |
| 15-Sep-06 | Lunch at Legal Sea Foods at Logan International Airport, Terminal C, East Boston | $ 20.81 | | | | $ 20.81 | $ 20.81 |
| 18-Sep-06 | Lunch at Burger King #4436, 383 Mystic Avenue, Medford | $ 9.63 | | | | $ 9.63 | $ 9.63 |

| Date | Description | | Amount | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| 18-Sep-06 | Dinner at UNO Chicago Grill, Somerville Avenue, Cambridge | $ | 33.24 | | | | $ | 33.24 |
| 18-Sep-06 | Taxi from my home in Chantilly to Dulles Airport, Virginia | $ | 30.00 | $ | 30.00 | | $ | 30.00 |
| 18-Sep-06 | Tolls - Massachusetts Turnpike Receipt Toll PLZ No 49499 | $ | 3.00 | $ | 3.00 | | $ | 3.00 |
| 19-Sep-06 | Dinner at 4 F O Sullivan and Sons, 282 Beacon Street, Somerville, Cambridge | $ | 31.93 | | | $ | 31.93 | $ | 31.93 |
| 19-Sep-06 | 2 ICELND Spring Water at Star Market, Beacon Street, Somerville, Cambridge | $ | 4.81 | | | $ | 4.81 | $ | 4.81 |
| 20-Sep-06 | Dinner at Ristorante Marino, 2465 Massachusetts Avenue, Cambridge | $ | 38.55 | | | $ | 38.55 | $ | 38.55 |
| 21-Sep-06 | Dinner at Ristorante Marino, 2465 Massachusetts Avenue, Cambridge | $ | 30.10 | | | $ | 30.10 | $ | 30.10 |
| 21-Sep-06 | Lunch at TIN Alley Grill, 555 Concord Avenue, Cambridge | $ | 8.87 | | | $ | 8.87 | $ | 8.87 |
| 22-Sep-06 | Lunch at Legal Sea Foods at Logan International Airport, Terminal C, East Boston | $ | 27.63 | | | $ | 27.63 | $ | 27.63 |
| 22-Sep-06 | Taxi from Dulles Airport, Virginia to my home in Chantilly | $ | 27.20 | $ | 27.20 | | | $ | 27.20 |
| 22-Sep-06 | Hertz Car Rental from 9/18/06 - 9/22/06 | $ | 331.43 | $ | 331.43 | | | $ | 331.43 |
| 22-Sep-06 | Rental Car- cost of gasoline at Alewife Mobil, Massachusetts Avenue, Cambridge | $ | 12.90 | $ | 12.90 | | | $ | 12.90 |
| 22-Sep-06 | Lodging at Hawthorn Suite Ltd, Massachusetts Avenue, Arlinton (4 nights) | $ | 609.92 | | | $ | 609.92 | $ | 609.92 |
| | Totals | $ | 3,304.36 | $ | 1,174.96 | $ | 1,679.91 | $ | - | $ | 449.49 | $ | 3,304.36 |