# EXHIBIT A

**Libby, Montana Assbetos Litigation - 00300**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
| --- | --- | --- | --- | --- | --- | --- |
| | | | April | May | June | |
| Joan Sherman | Paralegal | $ 165.00 | 1.2 | 0 | 33.7 | $ 5,758.50 |
| Latuda, Carla | Paralegal | $ 135.00 | 4.8 | 0 | 0 | $ 648.00 |
| Bjorkquist-Rich, Shari | Practice Support | $ 200.00 | 0 | 0 | 0.2 | $ 40.00 |
| | | | | | | |
| TOTAL | | | 6 | 0 | 33.9 | $ 6,446.50 |

## Libby, Montana Asbestos Litigation - 00300

| Description | April | May | June | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ 0.50 | $ 0.50 |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 415.86 | $ - | $ 212.54 | $ 628.40 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ 64.16 | $ 64.16 |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
|  |  |  |  | $ - |
| **TOTAL** | $ 415.86 | $ - | $ 277.20 | $ 693.06 |

Holme Roberts & Owen LLP

June 23, 2006

W.R. Grace

Page 5
Invoice No.: 737315
Client No.: 04339
Matter No.: 00300

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/25/06 | MCL | Research re expanding plant documents. | 1.50 | $ 202.50 |
| 05/25/06 | JLS | Research re expanding plant documents. | 0.90 | 148.50 |
| 05/26/06 | MCL | Research re expanding plant documents. | 3.30 | 445.50 |
| 05/26/06 | JLS | Research re expanding plant documents. | 0.30 | 49.50 |
| | | **Total Fees Through May 31, 2006:** | **6.00** | **$ 846.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| JLS | Joan L. Sherman | Paralegal | $165.00 | 1.20 | $ 198.00 |
| MCL | Carla M. Latuda | Paralegal | 135.00 | 4.80 | 648.00 |
| | | **Total Fees:** | | **6.00** | **$ 846.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/31/06 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: DL09278; DATE: 1/31/2006 - Storage - January 2006 | $ 206.64 |
| 05/08/06 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: DY19327; Storage Fee CW616 | 209.22 |
| | | **Total Disbursements:** | **$ 415.86** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 415.86 |
| **Total Disbursements:** | **$** | **415.86** |

August 15, 2006

W.R. Grace

Page 5
Invoice No.: 742454
Client No.: 04339
Matter No.: 00300

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/06 | JLS | Research re expanding plant documents. | 2.30 | $ 379.50 |
| 06/07/06 | JLS | Research re expanding plant documents. | 0.60 | 99.00 |
| 06/08/06 | JLS | Research re expanding plant documents. | 1.10 | 181.50 |
| 06/12/06 | JLS | Research re expanding plant documents. | 2.10 | 346.50 |
| 06/16/06 | JLS | Research re expanding plant documents. | 1.20 | 198.00 |
| 06/20/06 | JLS | Research re expanding plant documents. | 1.80 | 297.00 |
| 06/21/06 | JLS | Research re expanding plant documents. | 3.20 | 528.00 |
| 06/22/06 | JLS | Research re expanding plant documents. | 2.10 | 346.50 |
| 06/23/06 | JLS | Research re expanding plant documents. | 2.10 | 346.50 |
| 06/25/06 | JLS | Research re expanding plant documents. | 0.80 | 132.00 |
| 06/26/06 | JLS | Research re expanding plant documents. | 4.50 | 742.50 |
| 06/27/06 | JLS | Research re expanding plant documents. | 3.10 | 511.50 |
| 06/28/06 | JLS | Research re expanding plant documents. | 4.10 | 676.50 |
| 06/28/06 | SR | Telephone conference with JLSherman re document issues. | 0.20 | 40.00 |
| 06/29/06 | JLS | Research re expanding plant documents. | 3.70 | 610.50 |
| 06/30/06 | JLS | Research re expanding plant documents. | 1.00 | 165.00 |
| | | **Total Fees Through June 30, 2006:** | **33.90** | **$ 5,600.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| JLS | Joan L. Sherman | Paralegal | $165.00 | 33.70 | $ 5,560.50 |
| SR | Shari Bjorkquist-Rich | Practice Support | 200.00 | 0.20 | 40.00 |
| | | **Total Fees:** | | **33.90** | **$ 5,600.50** |

August 15, 2006

| W.R. Grace | |
|---|---|
| | Page 6 |
| | Invoice No.: 742454 |
| | Client No.: 04339 |
| | Matter No.: 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/19/06 | | Federal Express: VENDOR: Federal Express; INVOICE: 101701706; From Katheryn Coggon to Robert Marriam on May 12 2006 | $ 21.00 |
| 05/22/06 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE #: EC60739; Document Storage April 2006 | 212.54 |
| 05/26/06 | | Federal Express: VENDOR: Federal Express; INVOICE: 103014095; From Megan Kinsman to Tyler Mace on May 22 2006 | 43.16 |
| 06/21/06 | | Long Distance Telephone: 9018202023, 1 Mins., TranTime:11:43 | 0.10 |
| 06/26/06 | | Long Distance Telephone: 6174265900, 4 Mins., TranTime:10:12 | 0.40 |
| | | **Total Disbursements:** | **$ 277.20** |

### Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 0.50 |
| Federal Express | | 64.16 |
| Other Expense | | 212.54 |
| **Total Disbursements:** | **$** | **277.20** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | *$ 219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|---|---|---|---|---|---|---|
| | | | April | May | June | |
| Flaagan, Elizabeth | Partner | $ 340.00 | 3.8 | 0 | 3.4 | $ 2,448.00 |
| Decker, Lisa | Partner | $ 350.00 | 1 | 0 | 0 | $ 350.00 |
| Haag, Susan | Paralegal | $ 140.00 | 0.6 | 0 | 0.7 | $ 182.00 |
| | | | | | | |
| TOTAL | | | 5.4 | 0 | 4.1 | $ 2,980.00 |

## Bankruptcy Matters - 00390

| Description | April | May | June | Total |
|---|---|---|---|---|
| Photocopies | $ 7.80 | $ - | $ 6.15 | $ 13.95 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ 30.87 | $ - | $ - | $ 30.87 |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ 2,884.38 | $ - | $ - | $ 2,884.38 |
| Postage | $ - | $ - | $ - | $ - |
| **TOTAL** | $ 2,923.05 | $ - | $ 6.15 | $ 2,929.20 |

Holme Roberts & Owen LLP

June 23, 2006

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 737315 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/03/06 | EKF | Review Fee Auditor's Initial Report on HRO's Fee Application for the Nineteenth Interim Period (.30). | 0.30 | $ 102.00 |
| 04/10/06 | EKF | Conference with LSDecker re response to Fee Auditor report (.40). | 0.40 | 136.00 |
| 04/13/06 | EKF | Review and revise March 2006 pre-bills/invoices for compliance with US Trustee Guidelines (.80). | 0.80 | 272.00 |
| 04/25/06 | LSD | Draft response to Fee Auditor's Initial Report. | 1.00 | 350.00 |
| 04/25/06 | SH | Draft February 2006 monthly fee application. | 0.60 | 84.00 |
| 04/26/06 | EKF | Draft response to Fee Auditor's Report on Nineteenth Interim Fee Application (.8); review and revise February 2006 Monthly Fee Application (.5). | 1.30 | 442.00 |
| 05/18/06 | EKF | Review and revise April 2006 prebills/invoices for compliance with US Trustee Guidelines. | 1.00 | 340.00 |

| | | | | |
|---|---|---|---|---|
| | | Total Fees Through May 31, 2006: | 5.40 | $ 1,726.00 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| LSD | Lisa A. Decker | Partner | $350.00 | 1.00 | $ 350.00 |
| EKF | Elizabeth Flaagan | Partner | 340.00 | 3.80 | 1,292.00 |
| SH | Susan Haag | Paralegal | 140.00 | 0.60 | 84.00 |
| | | Total Fees: | | 5.40 | $ 1,726.00 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 03/24/06 | | Federal Express: VENDOR NAME: Federal Express; INVOICE #: 341061924; From Mary Ann Pierce to William Weller on March 21 2006 | $ 10.74 |

Holme Roberts & Owen LLP

June 23, 2006

W.R. Grace

Page 12
Invoice No.: 737315
Client No.: 04339
Matter No.: 00390

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 03/30/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 289931; DATE: 3/30/2006 - Services and expenses for February 2006 relating to HRO legal fees & costs - WRGrace | 343.46 |
| 03/31/06 | | Federal Express: VENDOR: Federal Express; INVOICE #: 342342670; From Mary Pierce to William Weller on March 24 2006 | 9.43 |
| 04/10/06 | 20 | Document Reproduction | 3.00 |
| 04/20/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 290532; DATE: 4/20/2006 - Professional services through March 31, 2006 | 2,428.29 |
| 04/26/06 | 32 | Document Reproduction | 4.80 |
| 05/05/06 | | Federal Express: VENDOR: Federal Express; INVOICE#: 348964210; From Mary Pierce to William Weller on April 26 2006 | 10.70 |
| 05/22/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 291679; DATE: 5/22/2006 - HRO Fees and Costs in WRGrace Case | 112.63 |
| | | **Total Disbursements:** $ | **2,923.05** |

## Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 2,884.38 |
| Document Reproduction | | 7.80 |
| Federal Express | | 30.87 |
| **Total Disbursements:** | $ | **2,923.05** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |

August 15, 2006

W.R. Grace

Page 11
Invoice No.: 742454
Client No.: 04339
Matter No.: 00390

**Regarding: Bankruptcy Matters**

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/06/06 | EKF | Draft Rule 2014 Affidavit in connection with Cooper Industries (.8); review and respond to fee auditor email re Nineteenth Interim Fee Application (.2). | 1.00 | $ 340.00 |
| 06/08/06 | EKF | Email exchange with local counsel re filing issues (.2). | 0.20 | 68.00 |
| 06/09/06 | EKF | Review and revise May 2006 prebills/invoices for compliance with U.S. Trustee Guidelines. | 0.80 | 272.00 |
| 06/15/06 | EKF | Review Debtors' schedules re Vulcan Materials (.5); draft supplemental 2014(a) affidavit (.5). | 1.00 | 340.00 |
| 06/23/06 | EKF | Review and revise March 2006 Monthly Fee Application (.4). | 0.40 | 136.00 |
| 06/23/06 | SH | Draft March 2006 monthly fee application. | 0.70 | 98.00 |
| | | **Total Fees Through June 30, 2006:** | **4.10** | **$ 1,254.00** |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $340.00 | 3.40 | $ 1,156.00 |
| SH | Susan Haag | Paralegal | 140.00 | 0.70 | 98.00 |
| | | | **Total Fees:** | **4.10** | **$ 1,254.00** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 06/06/06 | 6 | Document Reproduction | $ | 0.90 |
| 06/15/06 | 5 | Document Reproduction | | 0.75 |
| 06/23/06 | 30 | Document Reproduction | | 4.50 |
| | | **Total Disbursements:** | **$** | **6.15** |

## Disbursement Summary

| Document Reproduction | $ | 6.15 |
|---|---|---|
| **Total Disbursements:** | **$** | **6.15** |

## Boston Document Production - 00400

| Description | April | May | June | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ 634.05 | $ - | $ - | $ 634.05 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Service of Process | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Travel Expense | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ - | $ - | $ - |
| Consulting Fee | $ - | $ - | $ - | $ - |
| | | | | |
| TOTAL | $ 634.05 | $ - | $ - | $ 634.05 |

Holme Roberts & Owen LLP
August 15, 2006

W.R. Grace

Page 14
Invoice No.: 742454
Client No.: 04339
Matter No.: 00400

**Regarding: Boston Document Production**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/07/06 | | Outside Reproduction: VENDOR: DTI CORPORATION; INVOICE #: 253535; Outside Reproduction | $ 634.05 |
| | | **Total Disbursements:** | **$ 634.05** |

### Disbursement Summary

| | | |
|---|---|---|
| Outside Reproduction | $ | 634.05 |
| **Total Disbursements:** | **$** | **634.05** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | 0.00 |
| **Current Fees and Disbursements** | $ | 634.05 |
| **Total Balance Due This Matter** | $ | 634.05 |

**Ninth Circuit Appeal - 00420**

| Name | Position | Hourly Rate | \multicolumn{3}{TOTAL HOURS BILLED} | Total Comp. |
|------|----------|-------------|-------|-----|------|-------------|
|      |          |             | April | May | June |             |
| Coggon, Katheryn | Special Counsel | $ 310.00 | 5.7 | 0 | 0 | $ 1,767.00 |
|      |          |             |       |     |      |             |
| TOTAL |         |             | 5.7   | -   | -    | $ 1,767.00  |

## Ninth Circuit Appeal - 00420

| Description | April | May | June | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ 0.40 | $ - | $ - | $ 0.40 |
| Outside Courier | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Service of Process | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Travel Expense | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ - | $ - | $ - |
| Consulting Fee | $ - | $ - | $ - | $ - |
| **TOTAL** | **$ 0.40** | **$ -** | **$ -** | **$ 0.40** |

Holme Roberts & Owen LLP

June 23, 2006

W.R. Grace

Page: 15
Invoice No.: 737315
Client No.: 04339
Matter No.: 00420

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/07/06 | KJC | Telephone conference with C. Landau re appeal. | 0.20 | $ 62.00 |
| 04/12/06 | KJC | Telephone conference and follow-up with C. Landau re petition. | 0.60 | 186.00 |
| 04/19/06 | KJC | Review petition. | 0.50 | 155.00 |
| 04/21/06 | KJC | Review petition. | 2.00 | 620.00 |
| 04/24/06 | KJC | Review certiorari petition. | 2.00 | 620.00 |
| 04/25/06 | KJC | Review certiorari petition. | 0.40 | 124.00 |
| | | **Total Fees Through May 31, 2006:** | **5.70** | **$ 1,767.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $310.00 | 5.70 | $ 1,767.00 |
| | | **Total Fees:** | | **5.70** | **$ 1,767.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/24/06 | | Long Distance Telephone: 2028795087, 4 Mins., TranTime:16:09 | $ | 0.40 |
| | | **Total Disbursements:** | **$** | **0.40** |

### Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 0.40 |
| **Total Disbursements:** | **$** | **0.40** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 43,437.00 |