# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Lisa Decker | Partner | Environmental | $350.00 | 1.0 | $350.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $340.00 | 7.2 | $2,448.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $310.00 | 5.7 | $1,767.00 |
| Joan Sherman | Paralegal | Environmental | $165.00 | 34.9 | $5,758.50 |
| Carla Latuda | Paralegal | Environmental | $135.00 | 4.8 | $648.00 |
| Susan Haag | Paralegal | Bankruptcy | $140.00 | 1.3 | $182.00 |
| Shari Bjorkquist-Rich | Pract. Supp. | Litigation | $200.00 | 0.2 | $40.00 |
| **TOTAL** | | | | **55.1** | **$11,193.50** |