# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $648.00 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $0.90 |
| Outside Courier | $0.00 |
| Lexis | $0.00 |
| Tab Stock | $0.00 |
| Other Expenses | $628.40 |
| Meal Expenses | $0.00 |
| Westlaw | $0.00 |
| Federal Express | $95.03 |
| Color Copies | $0.00 |
| Professional Billable Services | $2,884.38 |
| Velo Binding | $0.00 |
| **TOTALS** | **$4,256.71** |