# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    OCTOBER 19, 2006
MATTER  :   0066609-000002
INVOICE :  9948090

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/14/06 | TC | REVIEWED NOTICE OF SALE OF GRACE PERFORMANCE TANK TRAILERS | .50 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T. Currier | 475.00 | .50 | 237.50 |
| TOTALS |  | .50 | 237.50 |

TOTAL FEES :                   237.50

TOTAL DUE  :                   237.50

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    OCTOBER 19, 2006
MATTER :   0066609-000003
INVOICE :  9948091

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 09/05/06 | TC | REVIEWED DIP MONTHLY OPERATING REPORT | .60 |

### TIME SUMMARY

|  | RATE | HOURS | TOTALS |
| --- | ---- | ----- | ------ |
| T. Currier | 475.00 | .60 | 285.00 |
| TOTALS | | .60 | 285.00 |

TOTAL FEES :          285.00

TOTAL DUE  :          285.00

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 19, 2006
MATTER :  0066609-000004
INVOICE : 9948092

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06   6548

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/01/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/05/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/06/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/07/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/08/06 | MNF | MAINTAINED AND ORGANIZED CASEFILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/11/06 | MNF | MAINTAINED AND ORGANIZED CASEFILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚔ Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 19, 2006
MATTER :  0066609-000004
INVOICE : 9948092

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 09/12/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/13/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/14/06 | TC | REVIEWED OBJECTION OF PROPERTY DAMAGE CLAIMANTS REPRESENTED BY DIES AND HILE TO CASE MANAGEMENT ORDER | .60 |
| 09/14/06 | TC | REVIEWED ANDERSON MEMORIAL'S OBJECTION TO CASE MANAGEMENT ORDER | .50 |
| 09/14/06 | TC | REVIEWED CALIFORNIA STATE'S OBJECTION TO CASE MANAGEMENT ORDER | .50 |
| 09/14/06 | TC | REVIEWED PACIFIC FREEHOLD'S OBJECTION TO CASE MANAGEMENT ORDER | .50 |
| 09/14/06 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/15/06 | TC | REVIEWED OBJECTION OF BOARD OF REGENTS OF UNIVERSITY OF CALIFORNIA TO CASE MANAGEMENT ORDER AND PROCEDURES | .60 |

# Buchanan Ingersoll ⚓ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     OCTOBER 19, 2006
MATTER :   0066609-000004
INVOICE : 9948092

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

RE:   CASE ADMINISTRATION

| | | |
|---|---|---:|
| 09/15/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/18/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/19/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/20/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/21/06 TC | REVIEWED UPDATED DOCKET | .50 |
| 09/21/06 TC | REVIEWED UPDATED DOCKET | .40 |
| 09/25/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/26/06 TC | REVIEWED UPDATED DOCKET | .50 |

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚘ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     OCTOBER 19, 2006
MATTER :   0066609-000004
INVOICE : 9948092

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06   6548

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 09/26/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | | 1.00 |
| 09/27/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | | 1.00 |
| 09/28/06 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | | 1.00 |

## T I M E   S U M M A R Y
-----------------------

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
|              | ----   | ----- | ------  |
| T. Currier   | 475.00 | 4.10  | 1947.50 |
| M N FLORES   | 140.00 | 17.00 | 2380.00 |
| TOTALS       |        | 21.10 | 4327.50 |

TOTAL FEES :                          4,327.50

TOTAL DUE  :                          4,327.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll ⚭ Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     OCTOBER 19, 2006
MATTER :   0066609-000005
INVOICE :  9948763

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06     6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/04/06 | TC | REVIEWED RESPONSES TO QUESTIONAIRE FILED BY ODOM AND ELLIOT | .60 |
| 08/04/06 | TC | REVIEWED RESPONSES TO QUESTIONAIRE FILED BY PERSONAL INJURY CLAIMANTS REPRESENTED BY THE SHANNON LAW FIRM | .60 |
| 08/04/06 | TC | REVIEWED MOTLEY RICE GENERAL OBJECTIONS TO DISCOVERY QUESTIONAIRE | .50 |
| 08/04/06 | TC | REVIEWED OBJECTION OF THORNTON AND NAUMES TO MOTION OF DEBTORS' TO COMPEL QUESTIONAIRE | .60 |
| 08/04/06 | TC | REVIEWED OBJECTION BY CLAIMANTS REPRESENTED BY GOLBERG ET AL TO DEBTORS' MOTION TO COMPEL CLAIMANTS TO RESPOND TO QUESTIONAIRE | .60 |
| 08/04/06 | TC | REVIEWED OBJECTION BY CLAIMANTS REPRESENT BY GRELL TO DEBTORS MOTION TO COMPEL RESPONSE TO QUESTIONAIRE | .50 |
| 08/04/06 | TC | REVIEWED AFFIDAVIT ACCOMPANYING OBJECTION OF GRELL CLAIMANTS | .90 |
| 08/07/06 | TC | REVIEWED GENERAL OBJECTIONS TO DISCOVERY QUESTIONAIRE FILED BY GEORGE SIPES CLAIMANTS | .70 |
| 08/07/06 | TC | REVIEWED OBJECTIONS TO DISCOVERY QUESTIONAIRE FILED BY OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | .80 |
| 08/07/06 | TC | REVIEWED GENERAL OBJECTIONS TO DISCOVERY QUESTIONAIRE FILED BY HARTLEY AND OBRIEN | .50 |

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚮ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 19, 2006
MATTER : 0066609-000005
INVOICE : 9948763

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | |
|---|---|---|
| 08/23/06 TC | REVIEWED OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS DISCLOSURE OF POTENTIAL EXPERT WITNESSES | .40 |
| 08/25/06 TC | REVIEWED DEBTORS' SUPPLEMENTAL EXPERT WITNESS DISCLOSURE FOR ASBESTOS LITIGATION ON ESTIMATION | .70 |
| 09/01/06 TC | REVIEWED RESPONSE OF EQUITY COMMITTEE TO MOTION TO COMPEL QUESTIONAIRES | .50 |
| 09/01/06 TC | FINALIZED SAME FOR FILING | .40 |
| 09/01/06 FAP | EMAIL EXCHANGES WITH G. BECKER RE: FILING OF STATEMENT IN SUPPORT OF DEBTOR'S MOTION TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS TO RESPOND TO W.R. GRACE QUESTIONNAIRE (.1); FILE AND SERVE SAME (.8); CORRESPONDENCE TO G. BECKER RE: NOTIFICATION OF FILING (.1) | 1.00 |
| 09/10/06 TC | REVIEWED SUR-REPLY OF THORNTON AND NAUMES TO DEBTORS' MOTION TO COMPEL ASBESTOS CLAIMANTS TO COMPLETE QUESTIONAIRE | .50 |
| 09/10/06 TC | REVIEWED JOINDER OF MOTLEY RICE IN RESPONSES OF VARIOUS CLAIMANTS TO DEBTORS' MOTION TO COMPEL COMPLETION OF QUESTIONAIRE | .40 |
| 09/10/06 TC | REVIEWED POST MEDIATION MEMORANDUM FROM VARIOUS LAW FIRMS REGARDING MOTION TO COMPEL COMPLETION OF QUESTIONAIRE | .50 |
| 09/10/06 TC | REVIEWED BRIEF OF CERTAIN CANCER PATIENTS | .50 |
| 09/11/06 TC | REVIEWED SUR-REPLY OF OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS TO MOTION TO COMPEL COMPLETION OF QUESTIONAIRE | .60 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ▲ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 19, 2006
MATTER :  0066609-000005
INVOICE : 9948763

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | |
|---|---|---|
| 09/11/06 TC | REVIEWED SUPPLEMENTAL RESPONSE BY JACOBS AND CRUMPLAR RE QUESTIONAIRE | .40 |
| 09/11/06 TC | REVIEWED BRIEF OF WRGRACE OF ISSUES NOT RESOLVED IN MEDIATION | .80 |
| 09/11/06 TC | REVIEWED ORDER GRANTING WRGRACE'S MOTION FOR LEAVE TO FILE REPLY ON QUESTIONAIRE MOTION | .30 |
| 09/11/06 TC | REVIEWED STATUS REPORT WITH REQUEST TO EXPUNGE CLAIMS LACKING SIGNATURES | .60 |
| 09/12/06 TC | REVIEWED JOINT OBJECTION OF DAVID AUSTERN AND LIBBY CLAIMANTS TO MOTION OF DEBTORS FOR A 2004 EXAMINATION | .80 |
| 09/14/06 TC | REVIEWED GEORGE SIPES SUPPLEMENT TO THE OPPOSITION OF ASBESTOS CLAIMANTS TO DEBTORS' MOTION TO COMPEL COMPLETION OF QUESTIONAIRE | .60 |
| 09/19/06 TC | REVIEWED MOTLEY RICE JOINDER | .50 |
| 09/19/06 TC | REVIEWED LIBBY CLAIMANTS WITHDRAWAL OF EXPERT WITNESSES | .30 |
| 09/21/06 TC | REVIEWED CLAIMS ORDERS | .50 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 475.00 | 15.60 | 7410.00 |
| F. A. Panchak | 150.00 | 1.00 | 150.00 |
| TOTALS | | 16.60 | 7560.00 |

# Buchanan Ingersoll ⚓ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     OCTOBER 19, 2006
MATTER :   0066609-000005
INVOICE :  9948763

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


TOTAL FEES :                    7,560.00

TOTAL DUE  :                    7,560.00

# Buchanan Ingersoll ⚖ Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    OCTOBER 19, 2006
MATTER  :    0066609-000006
INVOICE :    9948094

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 09/05/06 | TC | REVIEWED BRIEF OF THE PRUDENTIAL LIFE INSURANCE COMPANY RE CLAIMS RESOLUTION ISSUES | 1.70 |
| 09/14/06 | TC | REVIEWED OBJECTION OF LOUISIANA PROPERTY DAMAGE CLAIMANTS TO THE CASE MANAGEMENT ORDER | .70 |
| 09/15/06 | TC | REVIEWED STATUS REPORT AND REQUEST TO EXPUNGE PROPERTY DAMAGE CLAIMS LACKING SIGNATURES | .80 |
| 09/19/06 | TC | REVIEWED RESPONSE TO PROPERTY DAMAGE CLAIMANTS OBJECTIONS TO CASE MANAGEMENT ORDER | .80 |
| 09/20/06 | TC | REVIEWED DEBTORS' MOTION AUTHORIZING A SETTLEMENT OF TAX CLAIMS | .80 |
| 09/20/06 | TC | REVIEWED 17TH SUBSTANTIVE OBJECTION TO CLAIMS | 1.10 |
| 09/25/06 | TC | REVIEWED 25TH CLAIMS CONTINUATION ORDER AND ATTACHMENTS | .60 |
| 09/25/06 | TC | REVIEWED STIPULATED ORDER CLARIFYING ALL ASBESTOS CLAIMS PROCESS | .60 |
| 09/29/06 | TC | REVIEWED MOTION FOR PAYMENT OF AN ADMINISTRATIVE CLAIM FILED BY THE NEW YORK DEPARTMENT OF TAXATION | .50 |

# Buchanan Ingersoll **&** Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     OCTOBER 19, 2006
MATTER :   0066609-000006
INVOICE :  9948094

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


### T I M E   S U M M A R Y
-----------------------

|            |        | RATE   | HOURS | TOTALS  |
|------------|--------|--------|-------|---------|
| T. Currier |        | 475.00 | 7.60  | 3610.00 |
|            | TOTALS |        | 7.60  | 3610.00 |

TOTAL FEES :                          3,610.00

TOTAL DUE   :                         3,610.00


Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      OCTOBER 19, 2006
MATTER :   0066609-000009
INVOICE :  9948095

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

RE:  EMPLOYMENT APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/20/06 | TC | REVIEWED ORDER SIGNED BY COURT AUTHORIZING AMENDMENT TO RETENTION ORDER CHANGING EQUITY COMMITTEE DELAWARE COUNSEL FROM KLETT ROONEY TO BUCHANAN INGERSOLL ROONEY. | .30 |
| 09/20/06 | MNF | REVIEW DOCKET AND DOWNLOAD SIGNED ORDER RE: AMENDING THE RETENTION ORDER TO REFLECT NAME CHANGE (.2); SERVE ORDER AND DRAFT AND -FILE AOS RE: SAME (.8) | 1.00 |
| 09/22/06 | TC | REVIEWED ORDER SIGNED BY COURT ON BIR RETENTION ORDER AMENDMENT | .40 |

## T I M E   S U M M A R Y

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| T. Currier |        | 475.00 | .70   | 332.50 |
| M N FLORES |        | 140.00 | 1.00  | 140.00 |
|            | TOTALS |        | 1.70  | 472.50 |

TOTAL FEES :                          472.50

TOTAL DUE  :                          472.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚓ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :    OCTOBER 19, 2006
MATTER :    0066609-000011
INVOICE :  9948096

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06   6548

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/18/06 | MNF | REVIEW/MAKE EDITS TO PRE-BILLS RE: 8/1/06-8/31/06 TIME | 1.00 |
| 09/19/06 | TC | REVIEWED AND PREPARED CNO FOR FILING TODAY | .40 |
| 09/19/06 | TC | REVIEWED CNOS FILED FOR EQUITY COMMITTEE | .40 |
| 09/19/06 | MNF | E-FILE AND SERVE CNO RE: 21ST QUARTERLY FEE REQUEST OF BIR FOR 4/1/06-6/30/06 TIME | 1.00 |
| 09/20/06 | MNF | REVIEW FINAL BILLS FOR AUGUST TIME | .50 |
| 09/21/06 | FAP | REVIEW EXPENSES FOR AUGUST 2006 AND DISCUSSIONS WITH MNF REGARDING SAME | .20 |
| 09/21/06 | MNF | DRAFT 58TH MONTHLY FEE APP OF BIR FOR AUGUST 2006 | 1.00 |
| 09/21/06 | MNF | REVIEW FINAL BILLS RE: EXPENSES FOR AUGUST TIME AND DISCUSS SAME WITH ACCTING | .50 |
| 09/21/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 57TH MONTHLY FEE APP OF BIR AND DRAFT CNO RE: SAME | .60 |
| 09/22/06 | TC | REVIEWED KRAMER LEVIN FEE APPLICATION | .50 |
| 09/22/06 | TC | REVIEWED ORDER APPROVING QUARTERLY FEE APPLICATIONS | .50 |
| 09/22/06 | TC | REVIEWED OUR QUARTERLY FEE APPLICATION | .70 |
| 09/22/06 | FAP | FILE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO BIR'S 57TH MONTHLY FEE APPLICATION FOR JULY 2006 | .30 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll ⚓ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   OCTOBER 19, 2006
MATTER :   0066609-000011
INVOICE :  9948096

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

RE:   FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 09/25/06 TC | REVIEWED FEE APPLICATION OF BIR | | .80 |
| 09/25/06 MNF | EMAILS TO AND FROM ACCTING RE: EXPENSES DETAILS FOR AUGUST TIME | | .30 |
| 09/25/06 MNF | DRAFT AOS AND PREPARE SERVICE RE:  CNO'S FOR 57TH MONTHLY FEE APP OF BIR AND 60TH MONTHLY FEE APP OF KRAMER | | .50 |
| 09/26/06 MNF | SERVE CNO RE: 57TH MONTHLY FEE APP OF BIR (.3); E-FILE AOS RE: SAME (.2) | | .50 |
| 09/26/06 MNF | PREPARE 58TH MONTHLY FEE APP OF BIR FOR AUGUST 2006 AND EXHIBITS RE: SAME | | 1.00 |
| 09/29/06 TC | REVIEWED MONTHLY FEE APP OF BIR FOR FILING | | .50 |
| 09/29/06 MNF | E-FILE AND SERVE 58TH MONTHLY FEE APP OF BIR (1.0); SCAN AND SEND SAME TO FEE AUDITOR AND CALENDAR DATES (.5) | | 1.50 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 475.00 | 3.80 | 1805.00 |
| F. A. Panchak | 150.00 | .50 | 75.00 |
| M N FLORES | 140.00 | 8.40 | 1176.00 |
| TOTALS | | 12.70 | 3056.00 |

TOTAL FEES :               3,056.00

TOTAL DUE  :               3,056.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚮ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE  :   OCTOBER 19, 2006
                                            MATTER :  0066609-000012
                                            INVOICE : 9948097


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06   6548

     RE:  FEE APPLICATIONS, OTHERS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/07/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 17TH QUARTERLY FEE REQUEST OF KRAMER LEVIN AND DRAFT CNO RE: SAME | .50 |
| 09/11/06 | TC | REVIEWED AND EXECUTED CNO FOR KRAMER LEVIN FEE APPLICATIONS, AS EQUITY COMMITTEE COUNSEL | .40 |
| 09/11/06 | MNF | E-FILE AND SERVE CNO RE: 17TH QAURTERLY FEE REQUEST OF KRAMER LEVIN FOR 4/1/06-6/30/06 | 1.00 |
| 09/21/06 | TC | REVIEWED AND APPROVED CNOS FOR KRAMER LEVIN AND BUCHANAN INGERSOLL ROONEY | .50 |
| 09/21/06 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 60TH MONTHLY FEE APP OF KRAMER LEVIN AND DRAFT CNO RE: SAME | .60 |
| 09/22/06 | FAP | FILE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S 60TH MONTHLY FEE APPLICATION FOR JULY 2006 | .30 |

```
               T I M E   S U M M A R Y
               -----------------------

                        RATE     HOURS         TOTALS
                        ----     -----         ------

     T. Currier        475.00     .90          427.50
     F. A. Panchak     150.00     .30           45.00
     M N FLORES        140.00    2.10          294.00
                TOTALS           3.30          766.50


               TOTAL FEES :                    766.50
```

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 19, 2006
MATTER : 0066609-000012
INVOICE : 9948097

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06   6548

RE:   FEE APPLICATIONS, OTHERS

TOTAL DUE   :                    766.50

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      OCTOBER 19, 2006
MATTER :   0066609-000014
INVOICE : 9948098

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06   6548

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 09/01/06 | TC | REVIEWED NOTICE OF AGENDA OF ITEMS SCHEDULED FOR HEARING | .50 |
| 09/11/06 | TC | REVIEWED AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING | .50 |
| 09/19/06 | TC | REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING 9/25 | .40 |
| 09/19/06 | TC | CONF WITH PARALEGAL ABOUT ATTENDING HEARING AND HEARING FOLDER | .40 |
| 09/19/06 | MNF | PULL AGENDA FOR 9/25/06 HEARING AND PULL PLEADINGS AND PREPARE HEARING FOLDER FOR SAME (.8); PREPARE ORDERS FOR JUDGE RE: SAME (.2) | 1.00 |
| 09/22/06 | TC | REVIEWED AMENDED AGENDA NOTICE FOR HEARING MONDAY | .60 |
| 09/22/06 | TC | MET WITH PARALEGAL RE MATERIALS FOR HEARING MONDAY | .50 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| --- | ---- | ----- | ------ |
| T. Currier | 475.00 | 2.90 | 1377.50 |
| M N FLORES | 140.00 | 1.00 | 140.00 |
| TOTALS | | 3.90 | 1517.50 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 19, 2006
MATTER : 0066609-000014
INVOICE : 9948098

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06   6548

RE:  HEARINGS

TOTAL FEES :                    1,517.50

TOTAL DUE  :                    1,517.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 19, 2006
MATTER :  0066609-000015
INVOICE : 9948764

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/04/06 | TC | REVIEWED JOINDER OF THORNTON AND KNOMES IN MOTION OF SIMMONS TO AMEND CASE MANAGEMENT ORDER | .40 |
| 08/07/06 | TC | REVIEWED WELLBOURN'S RESPONSE TO WRGRACE'S MOTION TO COMPEL | .50 |
| 08/07/06 | TC | REVIEWED JACOBS AND CRUMPLAR'S RESPONSE TO MOTIONS TO COMPEL | .60 |
| 08/07/06 | TC | REVIEWED RESPONSE OF LUCKEY AND MILLINS TO MOTIONS TO COMPEL DISCOVERY | .60 |
| 08/07/06 | TC | REVIEWED JOINT MEMORANDUM OF KELLEY AND FERRARO IN RESPONSE TO WRGRACE MOTIONS TO COMPEL | .60 |
| 08/22/06 | MFC | REVIEW RE-DESIGNATION OF EXPERT; CONFERENCE WITH MELISSA FLORES RE FILING AND SERVICE OF SAME. | .20 |
| 08/23/06 | TC | REVIEWED MEMORANDUM AND ORDER FROM DISTRICT COURT AFFIRMING FINAL ORDER IN PACIFICORP BAGLEY APPEAL | .90 |
| 08/23/06 | TC | REVIEWED NOTICE OF MEDIATION AND HEARING | .40 |
| 08/24/06 | TC | FUTURE REPRESENTATIVES' DESIGNATION OF POTENTIAL EXPERT WITNESSES FOR ESTIMATION PROCEEDINGS | .30 |
| 08/25/06 | TC | REVIEWED NOTICE OF MOTION OF THE DEBTORS' PURSUANT TO BR 2004 FOR THE PRODUCTION OF DOCUMENTS | .70 |

# Buchanan Ingersoll ∧ Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   OCTOBER 19, 2006
MATTER :  0066609-000015
INVOICE : 9948764

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06   6548

RE:  LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|---|---|---|---|
| 08/25/06 | TC | REVIEWED EXPERT WITNESS DISCLOSURES FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS | .40 |
| 08/25/06 | TC | REVIEWED LIBBY CLAIMANTS' DISCLOSURE OF POTENTIAL EXPERT WITNESSES | .70 |
| 08/28/06 | TC | REVIEWED AD HOC EQUITY COMMITTEE'S DESIGNATION OF EXPERT WITNESSES | .50 |
| 09/14/06 | TC | REVIEWED APPENDIX OF DEBTORS OBJECTING TO ANDERSON MEMORIAL CERTIFICATION OF CLASS | .80 |
| 09/14/06 | TC | REVIEWED NOTICE OF APPEAL OF PACIFICORP AND VAN COO BAGLEY FROM ORDER OF DISTRICT COURT | .70 |
| 09/15/06 | TC | REVIEWED EXHIBITS TO DAVID BERNICK AFFIDAVIT RE DISCOVERY | .70 |
| 09/18/06 | TC | REVIEWED SUPPLEMENTAL OBJECTION TO ANDERSON MEMORIAL RELIEF FROM STAY MOTION | .70 |
| 09/19/06 | TC | REVIEWED SUPPLEMENTAL BRIEF OF WRGRACE IN SUPPORT OF GEORGIA'S STATUTE OF LIMITATIONS BEING APPLIED TO PRUDENTIAL CLAIMS | 1.80 |

## T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M. F. Caloway | 380.00 | .20 | 76.00 |
| T. Currier | 475.00 | 11.30 | 5367.50 |
| TOTALS | | 11.50 | 5443.50 |

TOTAL FEES :                                    5,443.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

## Buchanan Ingersoll ⚖ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE   :   OCTOBER 19, 2006
                                            MATTER :   0066609-000015
                                            INVOICE :  9948764


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

    RE:   LITIGATION AND LITIGATION CONSULTING


                        TOTAL DUE   :                    5,443.50

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚹ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    OCTOBER 19, 2006
MATTER  :    0066609-000016
INVOICE :    9948099

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06   6548

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/20/06 | TC | REVIEWED CERTIFICATION OF COUNSEL RE EXCLUSIVITY | .50 |
| 09/20/06 | TC | REVIEWED EXCLUSIVITY ORDER EXTENDING EXCLUSIVITY | .40 |

### T I M E   S U M M A R Y

|             | RATE   | HOURS | TOTALS |
|-------------|--------|-------|--------|
| T. Currier  | 475.00 | .90   | 427.50 |
| TOTALS      |        | .90   | 427.50 |

TOTAL FEES :                                   427.50

TOTAL DUE  :                                   427.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚘ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    OCTOBER 19, 2006
MATTER  :    0066609-001000
INVOICE :    9948100

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 08/23/06 Messenger/Delivery Service PARCELS | 7.50 |
| 08/30/06 Messenger/Delivery Service PARCELS | 163.38 |
| 09/01/06 Messenger/Delivery Service PARCELS | 432.84 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 18.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 18.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |
| 09/01/06 Messenger/Delivery Service PARCELS | 5.00 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney pc
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 19, 2006
MATTER : 0066609-001000
INVOICE : 9948100

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

RE:  EXPENSES

| | | |
|---|---|---|
| 09/01/06 | Messenger/Delivery Service PARCELS | 18.00 |
| 09/01/06 | Messenger/Delivery Service PARCELS | 5.00 |
| 09/05/06 | Photocopies M. Flores | 0.15 |
| 09/08/06 | Photocopies M. Flores | 3.15 |
| 09/11/06 | Photocopies M. Flores | 0.90 |
| 09/11/06 | Photocopies M. Flores | 0.60 |
| 09/12/06 | Messenger/Delivery Service FEDEX | 15.81 |
| 09/14/06 | Photocopies M. Flores | 0.90 |
| 09/15/06 | Photocopies M. Flores | 0.60 |
| 09/15/06 | Photocopies M. Flores | 0.30 |
| 09/19/06 | Photocopies M. Flores | 4.50 |
| 09/19/06 | Photocopies M. Flores | 3.90 |
| 09/19/06 | Messenger/Delivery Service FEDEX | 15.81 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 280.61 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 18.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 18.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll ⚓ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 19, 2006
MATTER : 0066609-001000
INVOICE : 9948100

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/06    6548

RE:  EXPENSES

| | | |
|---|---|---|
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/20/06 | Messenger/Delivery Service PARCELS, INC. | 5.00 |
| 09/21/06 | Photocopies M. Flores | 0.15 |
| 09/21/06 | Photocopies M. Flores | 3.30 |
| 09/22/06 | Photocopies T. Buck | 0.45 |
| 09/28/06 | Photocopies M. Flores | 0.90 |
| 09/29/06 | Photocopies M. Flores | 1.20 |
| 09/29/06 | Photocopies M. Flores | 5.70 |
| 09/29/06 | Photocopies M. Flores | 9.60 |
| 09/29/06 | Messenger/Delivery Service FEDEX | 15.81 |

TOTAL EXPENSE ADVANCES :        1,343.06

TOTAL DUE   :                   1,343.06