alp_132ct Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/16/06 15:17:23
Worked 12/31/99 thru 10/15/06

Client:056772 W.R. GRACE & CO: EQUITY COMMITTEE

PAGE 1

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|--------|-------------|-------|------|---------------|---------------|---------------|-------|------|------|
| 00001 | CASE ADMINISTRATION | 23.20 | 5,364.00 | 347.90 | 5,711.90 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 10.90 | 5,974.50 | 0.00 | 5,974.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00005 | BANKR MOTIONS | 0.30 | 163.50 | 0.00 | 163.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 6.50 | 1,560.00 | 0.00 | 1,560.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 19.50 | 11,422.00 | 44.03 | 11,466.03 | BENTLEY PHILIP - 02495 | | M | B |
| 00015 | PLAN AND DISCLOSURE STAT | 0.50 | 272.50 | 0.00 | 272.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 35.60 | 20,030.00 | 1,459.00 | 21,489.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00026 | OTHER | 3.80 | 2,071.00 | 0.00 | 2,071.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00028 | TRAVEL/NON-WORKING | 13.10 | 3,834.00 | 199.30 | 4,033.30 | BENTLEY PHILIP - 02495 | | M | B |
| | Client Total: | 113.40 | 50,691.50 | 2,050.23 | 52,741.73 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

alp_132c: Client Summary

Run Date & Time: 10/16/2006 15:46:41

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE 1

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele 1.00/photo 0.15/w/o manu services

**PRE-BILLING SUMMARY REPORT**

UNBILLED TIME FROM: 09/01/2006    TO: 09/29/2006
UNBILLED DISB FROM: 09/05/2006    TO: 09/29/2006

|                              | FEES       | COSTS    |
|------------------------------|------------|----------|
| GROSS BILLABLE AMOUNT:       | 50,691.50  | 2,050.23 |
| AMOUNT WRITTEN DOWN:         |            |          |
| PREMIUM:                     |            |          |
| ON ACCOUNT BILLED:           |            |          |
| DEDUCTED FROM PAID RETAINER: |            |          |
| AMOUNT BILLED:               |            |          |

THRU DATE:

CLOSE MATTER/FINAL BILLING?    YES    OR    NO

EXPECTED DATE OF COLLECTION: 09/29/2006

BILLING PARTNER APPROVAL: 09/29/2006

BILLING COMMENTS:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

**ACCOUNTS RECEIVABLE TOTALS**                          **UNAPPLIED CASH**

| FEES:              | 50,691.50  | UNIDENTIFIED RECEIPTS:  | 0.00 |
| DISBURSEMENTS:     | 2,050.23   | PAID FEE RETAINER:      | 0.00 |
| FEE RETAINER:      | 0.00       | PAID DISB RETAINER:     | 0.00 |
| DISB RETAINER:     | 0.00       | TOTAL AVAILABLE FUNDS:  | 0.00 |
| TOTAL OUTSTANDING: | 52,741.73  | TRUST BALANCE:          |      |

**BILLING HISTORY**

| DATE OF LAST BILL:   | 09/29/06 | LAST PAYMENT DATE:           | 10/03/06     |
| LAST BILL NUMBER:    | 446081   | ACTUAL FEES BILLED TO DATE:  | 1,857,330.00 |
|                      |          | ON ACCOUNT FEES BILLED TO DATE: | 0.00      |
|                      |          | TOTAL FEES BILLED TO DATE:   | 1,857,330.00 |
| LAST BILL THRU DATE: | 08/31/06 | FEES WRITTEN OFF TO DATE:    | 164,568.18   |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee      (4) Excessive Legal Time      (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development     (8) Premium
(3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding    (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 10/16/2006 15:47:20

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**UNBILLED TIME SUMMARY**

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Total Unbilled Hours | Amount |
|--------|---------------|-------|--------------|--------------|----------------------|--------|
| 02495 | BENTLEY, PHILIP | PARTNER | 09/10/06 | 09/11/06 | 6.60 | 2,079.00 |
| 02499 | BENTLEY, PHILIP | PARTNER | 09/05/06 | 09/26/06 | 16.40 | 10,332.00 |
| 07850 | HOROWITZ, GREGORY A. | PARTNER | 09/05/06 | 09/15/06 | 4.50 | 2,677.50 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 09/10/06 | 09/11/06 | 6.50 | 1,755.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 09/01/06 | 09/29/06 | 50.40 | 27,468.00 |
| | PARA/PROFESSIONALS | | | | | |
| 06451 | GAVIGAN, JAMES C | PARALEGAL | 09/07/06 | 09/29/06 | 13.20 | 2,904.00 |
| 06705 | PANESAR, VIRUM | PARALEGAL | 09/05/06 | 09/29/06 | 15.80 | 3,476.00 |
| | Total: | | | | 113.40 | 50,691.50 |

**UNBILLED COSTS SUMMARY**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 09/08/06 | 09/22/06 | 246.90 |
| 0840 | MANUSCRIPT SERVICES | 09/12/06 | 09/12/06 | 0.00 |
| 0841 | RESEARCH SERVICES | 09/12/06 | 09/12/06 | 14.00 |
| 0921 | LEXIS/NEXIS ON-LINE RESEARCH | 09/05/06 | 09/12/06 | 97.76 |
| 0930 | MESSENGER/COURIER | 09/12/06 | 09/29/06 | 19.27 |
| 0940 | CAB FARES | 09/11/06 | 09/25/06 | 323.18 |
| 0950 | OUT-OF-TOWN TRAVEL | 09/10/06 | 09/29/06 | 1,349.12 |
| | Total | | | 2,050.23 |
| | Grand Total | | | 52,741.73 |

alp_132r: Matter Detail

Run Date & Time: 10/16/2006 15:46:36

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   1

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   2190437
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

Special Billing Instructions: reduce tele.  1.00/photo.  0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:      09/05/2006          TO:   09/22/2006
UNBILLED DISB FROM:      09/12/2006          TO:   09/29/2006

FEES                                               COSTS

GROSS BILLABLE AMOUNT:          5,364.00                              347.90
AMOUNT WRITTEN DOWN:
PREMIUM:

ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                 09/22/2006                              09/29/2006

CLOSE MATTER/FINAL BILLING?        YES     OR     NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                                          UNAPPLIED CASH

FEES:                            5,364.00       UNIDENTIFIED RECEIPTS:              0.00
DISBURSEMENTS:                     347.90       PAID FEE RETAINER:                  0.00
FEE RETAINER:                        0.00       PAID DISB RETAINER:                 0.00
DISB RETAINER:                       0.00       TOTAL AVAILABLE FUNDS:              0.00
TOTAL OUTSTANDING:               5,711.90                          TRUST BALANCE:
                                                BILLING HISTORY

DATE OF LAST BILL:           09/29/06           LAST PAYMENT DATE:          08/17/06
LAST BILL NUMBER:            446051  ACTUAL FEES BILLED TO DATE:        256,856.50
                                    ON ACCOUNT FEES BILLED TO DATE:            0.00
                                    TOTAL FEES BILLED TO DATE:         256,856.50
LAST BILL THRU DATE:         08/31/06  FEES WRITTEN OFF TO DATE:         79,053.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee              (4) Excessive Legal Time         (7) Fixed Fee
    (2) Late Time & Costs Posted        (5) Business Development         (8) Premium
    (3) Pre-Arranged Discount           (6) Summer Associate             (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____

slp_132r: Matter Detail

Run Date & Time: 10/16/2006 15.46:36

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 2

Matter No: 056972-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2190437
Bill Frequency: M

Status : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | -------- Oldest -------- | | -------- Latest -------- | | Total Unbilled ---------- | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Hours | Amount |
| 05292 | BECKER, GARY M. | CRED | 09/12/06 | | 09/18/06 | | 0.80 | 436.00 |
| | PARAPROFESSIONALS | | | | | | | |
| 06451 | GAVIGAN, JAMES C | CRED | 09/07/06 | | 09/22/06 | | 9.40 | 2,068.00 |
| 06705 | PANESAR, VIKRUM | CRED | 09/05/06 | | 09/20/06 | | 13.00 | 1,860.00 |

Total: 23.20 5,364.00

Sub-Total Hours :   0.00 Partners    0.80 Counsels    0.00 Associates   22.40 Legal Assts   0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | -------- Oldest -------- | -------- Latest -------- | Total Unbilled ---------- |
|---|---|---|---|---|
| | | Entry | Entry | Total Amount |
| 0820 | PHOTOCOPYING | 09/12/06 | 09/22/06 | 243.75 |
| 0841 | RESEARCH SERVICES | 09/12/06 | 09/12/06 | 14.00 |
| 0921 | LEXIS/NEXIS ON-LINE RESEARCH | 09/12/06 | 09/12/06 | 67.49 |
| 0930 | MESSENGER/COURIER | 09/29/06 | 09/29/06 | 8.66 |
| 0940 | CAB FARES | 09/25/06 | 09/25/06 | 14.00 |

Total: 347.90

Grand Total 5,711.90

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date Task Act |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/12/06 | review pleadings (0.3), conf Bentley (0.2) | 0.50 | 272.50 | 6194187 | 09/20/2006 |
| BECKER, GARY M. | 09/18/06 | review docket and new pleadings | 0.30 | 163.50 | 6494188 | 09/20/2006 |

Total For BECKER G - 05292   0.80   436.00

| GAVIGAN, JAMES C | 09/07/06 | creating hearing binder for 9/11/06 hearing | 3.50 | 770.00 | 6501777 | 09/20/2006 |
| GAVIGAN, JAMES C | 09/13/06 | overseeing Vikrum producing docs in UBS case for research | 0.80 | 176.00 | 6501778 | 09/20/2006 |
| GAVIGAN, JAMES C | 09/20/06 | emailing 9/13/06 hearing transcript to Becker | 0.30 | 66.00 | 6532035 | 10/04/2006 |
| GAVIGAN, JAMES C | 09/21/06 | creating hearing binder for Monday hearing | 1.80 | 396.00 | 6532036 | 10/04/2006 |
| GAVIGAN, JAMES C | 09/22/06 | creating hearing binder for Becker | 3.00 | 660.00 | 6532037 | 10/04/2006 |

Total For GAVIGAN J - 06451   9.40   2,068.00

alp.1312r: Matter Detail

Run Date & Time: 10/16/2006 15:46:36

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056574-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS. - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2190437
Bill Frequency: M

**U N B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Acct |
|---|---|---|---|---|---|---|---|
| PANESAR, VIKRUM | 09/05/06 | Hearing Binder Organization, document docket labeling and duplicating | 4.00 | 880.00 | 6499964 09/20/2006 | | |
| PANESAR, VIKRUM | 09/07/06 | Labeling hearing binder and reviewing docket numbers in connection with hearing binder | 1.20 | 264.00 | 6499962 09/20/2006 | | |
| PANESAR, VIKRUM | 09/13/06 | Researching docket for Gary Becker and printing out documents along with exhibits, removing slip sheets, and labeling documents with appropriate document number | 4.80 | 1,056.00 | 6499963 09/20/2006 | | |
| PANESAR, VIKRUM | 09/22/06 | Researching docket for documents, printing documents, labeling docket numbers, removing slip sheets, and revision of index in preparation of hearing binder | 3.00 | 660.00 | 6519731 09/29/2006 | | |

Total For PANESAR V - 06705    13.00    2,860.00

**U N B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING | GAVIGAN, J C | 09/22/06 | 243.75 | 7609374 | 385185 | 09/26/06 |
| GAVIGAN  JAMES C | 0820 | | | | | |

0820 PHOTOCOPYING Total :    243.75

**RESEARCH SERVICES**

| RESEARCH SERVICES | AUTREY, A M | 09/12/06 | 14.00 | 7616652 | 385474 | 10/02/06 |
| 09/12/2006  0841 | | | | | | |

0841 RESEARCH SERVICES Total :    14.00

**LEXIS/NEXIS ON-LINE**

| LEXIS/NEXIS ON-LINE | AUTREY, A M | 09/12/06 | 67.49 | 7621513 | 385995 | 10/06/06 |
| 0921 | | | | | | |

0921 LEXIS/NEXIS ON-LINE Total :    67.49

**MESSENGER/COURIER**

| FEDERAL EXPRESS/CORPORAT | PANESAR, V P | 09/29/06 | 8.66 | 7629207 | 386146 | 10/11/06 |
| Klett Rooney Lieber & Schorlin  0930 | | | | | | |

0930 MESSENGER/COURIER Total :    8.66

**CAB FARES**

| CAB FARES | BECKER, G M | 09/25/06 | 14.00 | 7623333 | 386010 | 10/06/06 |
| JULIET RAMDIN, CASHIER  0940 | | | | | | |
| CAB FARES - VENDOR- JULIET RAMDIN, CASHIER | | | | | | |

Status    ACTIVE

aip_132r: Matter Detail

Run Date & Time: 10/16/2006 15:46:36

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2190437
Bill Frequency: M

**U N B I L L E D    C O S T S    D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| | | | | Status | : ACTIVE | |

Costs Total :    347.90

0940 CAB FARES Total :    14.00

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

Run Date & Time : 10/16/2006 15:46:36

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:      2190417
Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

                                                   Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.80 | 436.00 | | | | | |
| GAVIGAN, JAMES C | 9.40 | 2,068.00 | | | | | |
| PANESAR, VIKRUM | 13.00 | 2,860.00 | | | | | |
| Total: | 23.20 | 5,364.00 | | | | | |

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 243.75 | | | | | |
| 0841 | RESEARCH SERVICES | 14.00 | | | | | |
| 0921 | LEXIS/NEXIS ON-LINE RESEA | 67.49 | | | | | |
| 0930 | MESSENGER/COURIER | 8.66 | | | | | |
| 0940 | CAB FARES | 14.00 | | | | | |
| | Costs Total : | 347.90 | | | | | |

Alp_112r: Matter Detail

Run Date & Time: 10/16/2006 15:46:36

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 2190437
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    09/01/2006                    TO:    09/29/2006
UNBILLED DISB. FROM:                                TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 5,974.50 | 0.00 |

AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:

DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:              09/29/2006

CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                          UNAPPLIED CASH

| | | |
|---|---|---|
| FEES: | 5,974.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 5,974.50 | TRUST BALANCE: | |

BILLING HISTORY

DATE OF LAST BILL:      09/29/06          LAST PAYMENT DATE:       08/29/06
LAST BILL NUMBER:      446051  ACTUAL FEES BILLED TO DATE:      250,684.50
                       ON ACCOUNT FEES BILLED TO DATE:          0.00
                       TOTAL FEES BILLED TO DATE:          250,684.50
LAST BILL THRU DATE:   08/31/06          FEES WRITTEN OFF TO DATE:     21,567.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (4) Excessive Legal Time          (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development           (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate              (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____          DATE OF BILL: _____          Processed by: _____          FRC: _____          CRC: _____

alp_132r: Matter Detail

Run Date & Time: 10/16/2006 15:46:36

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2190437
Bill Frequency: M

Status : ACTIVE

**UNBILLED TIME SUMMARY**

| Emp. id | Employee Name | Group | Oldest | Latest |
|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 09/13/06 | 09/13/06 |
| 05292 | BECKER, GARY M. | CRED | 09/01/06 | 08/29/06 |

Total Unbilled ----------

| | Total Hours | Amount |
|---|---|---|
| | 0.40 | 252.00 |
| | 10.50 | 5,722.50 |

Total: 10.90  5,974.50

**Sub-Total Hours :**

| | 0.40 Partners | 10.50 Counsel: | 0.00 Associates | 0.00 Legal Assts | 0.00 Others |
|---|---|---|---|---|---|

**UNBILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date Task Acc |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 09/13/06 | Review and edit memo to committee re Monday's hearing | 0.40 | 252.00 | 6520378 | 09/29/2006 |

Total For BENTLEY P - 02495    0.40    252.00

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/01/06 | conf Weschler re case issues | 0.50 | 272.50 | 6494194 | 09/20/2006 |
| BECKER, GARY M. | 09/05/06 | conf shareholder re case issues | 0.30 | 163.50 | 6494193 | 09/20/2006 |
| BECKER, GARY M. | 09/12/06 | revise memo re exclusivity hearing (0.5); conf shareholder re Hearing (0.5); cont second shareholder re hearing (0.5); cont third shareholder re hearing (0.4); cont fourth shareholder re hearing (0.6); conf 5th shareholder re hearing (0.3); cont sixth shareholder (0.5) | 3.30 | 1,798.50 | 6494190 | 09/20/2006 |
| BECKER, GARY M. | 09/13/06 | revise status memo and send to Cmtee (0.5); conf Bentley re same (0.3); conf shareholder re case issues (0.4); conf second shareholder (0.3) | 1.50 | 817.50 | 6494191 | 09/20/2006 |
| BECKER, GARY M. | 09/15/06 | conf shareholder re case issues | 0.30 | 163.50 | 6494192 | 09/20/2006 |
| BECKER, GARY M. | 09/18/06 | conf shareholder case issues (0.6); send info to shareholder re exclusivity pleading (0.3) | 0.90 | 490.50 | 6494189 | 09/20/2006 |
| BECKER, GARY M. | 09/19/06 | conf shareholder re case issues | 0.20 | 109.00 | 6502135 | 09/20/2006 |
| BECKER, GARY M. | 09/20/06 | Emails and conf. shareholders re ZAI | 0.50 | 272.50 | 6508928 | 09/25/2006 |
| BECKER, GARY M. | 09/20/06 | conf shareholder re case issues | 0.30 | 163.50 | 6508929 | 09/25/2006 |
| BECKER, GARY M. | 09/26/06 | conf Bentley re omnibus hrg (0.4); prepare and send voicemail for Weschler summarizing omnibus hearing (0.6); conf shareholder re omnibus hrg (0.3); conf second shareholder re omnibus hrg (0.3) | 1.60 | 872.00 | 6518522 | 09/27/2006 |
| BECKER, GARY M. | 09/27/06 | email Baer re cmtee membership | 0.10 | 54.50 | 6517452 | 09/29/2006 |
| BECKER, GARY M. | 09/28/06 | Conf. Shareholder re case issues | 0.50 | 272.50 | 6518871 | 09/29/2006 |

alp_132r: Matter Detail

Run Date & Time: 10/16/2006 15:46:36

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:       2190437
Bill Frequency: M

**U N B I L L E D    T I M E    D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act | Status |
|---|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/29/06 | conf. shareholder re case issues (0.3); conf. second shareholder re case issues (0.2) | 0.50 | 272.50 | 6522465 | 10/03/2006 | | | ACTIVE |

Fee Total    10.50    5,974.50

Total For BECKER G - 05232    10.50    5,722.50

alp_132r: Matter Detail

Run Date & Time: 10/16/2006 15:46:36

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 9

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  2190437
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.40 | 252.00 | | | | | |
| BECKER, GARY M. | 10.50 | 5,722.50 | | | | | |
| Total: | 10.90 | 5,974.50 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 10/16/2006 15:46:37

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 10

| | | |
|---|---|---|
| Matter No: 056772-00005 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 2190437 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : BANKR. MOTIONS | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 09/29/2006   TO: 09/29/2006
UNBILLED DISB FROM:   TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 163.50 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 163.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 163.50 | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 09/29/06 | LAST PAYMENT DATE: | 08/29/06 |
| LAST BILL NUMBER: | 466051 | ACTUAL FEES BILLED TO DATE: | 133,464.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| LAST BILL THRU DATE: | 08/31/06 | TOTAL FEES BILLED TO DATE: | 133,464.00 |
| | | FEES WRITTEN OFF TO DATE: | 444.00 |

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

| (1) Exceeded Fixed Fee | (4) Excessive Legal Time | (7) Fixed Fee |
|---|---|---|
| (2) Late Time & Costs Posted | (5) Business Development | (8) Premium |
| (3) Pre-arranged Discount | (6) Summer Associate | (9) Rounding     (10) Client Arrangement |

BILL NUMBER: _____     DATE OF BILL: _____     Processed by: _____     FRC: _____     CRC: _____

alp_1312r: Matter Detail

Run Date & Time: 10/16/2006 15:46:37

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Matter No.: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS. - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2190437
Bill Frequency:   M

Status    : ACTIVE

**U N B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest<br>Entry | Latest<br>Entry | Total<br>Hours | Amount |
|--------|---------------|-------|-----------------|-----------------|----------------|--------|
| 05292  | BECKER, GARY M. | CRED | 09/29/06 | 09/29/06 | 0.30 | 163.50 |

|  |  | Total |  |  | 0.30 | 163.50 |

Sub-Total Hours :    0.00 Partners    0.30 Counsels    0.00 Associates    0.00 Legal Asst    0.00 Others

**U N B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---------------|-----------|-------------|-------|--------|--------|------------|------|-----|
| BECKER, GARY M. | 09/29/06 | Review exclusivity order and emails re same. | 0.30 | 163.50 | 6522466 | 10/03/2006 |  |  |

Total For BECKER G - 05292    0.30    163.50

Fee Total    0.30    163.50

alp_132r: Matter Detail

Run Date & Time: 10/18/2006 15:46:37

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR.   MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975                          Proforma Number:   2190437
Bill Prtnr : BENTLEY PHILIP - 02495                      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MORRS - 03976

Status    : ACTIVE

B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    T I M E    S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/O / W/U | Transfer To | CLDC/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.30 | 163.50 | | | | | |
| Total: | 0.30 | 163.50 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 10/16/2006 15:46:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 04995
Supv Prtnr : MAYER, THOMAS MOERS - 03976

Proforma Number:    2190437
Bill Frequency: M

Status   : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | | | | |
|---|---|---|---|---|
| UNBILLED TIME FROM: | 09/29/2006 | | TO: | 09/29/2006 |
| UNBILLED DISB FROM: | | | TO: | |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 1,560.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 09/29/2006 | |
| CLOSE MATTER/FINAL BILLING?    YES    OR    NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 04995            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                                    UNAPPLIED CASH

| | | |
|---|---|---|
| FEES: | 1,560.00 | |
| DISBURSEMENTS: | 0.00 | |
| FEE RETAINER: | 0.00 | UNIDENTIFIED RECEIPTS: 0.00 |
| DISB RETAINER: | 0.00 | PAID FEE RETAINER: 0.00 |
| TOTAL OUTSTANDING: | 1,560.00 | PAID DISB RETAINER: 0.00 |
| | | TOTAL AVAILABLE FUNDS: 0.00 |
| | | TRUST BALANCE: |

BILLING HISTORY

| | | |
|---|---|---|
| DATE OF LAST BILL: | 09/29/06 | LAST PAYMENT DATE: 10/03/06 |
| LAST BILL NUMBER: | 446051 | ACTUAL FEES BILLED TO DATE: 118,177.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: 0.00 |
| | | TOTAL FEES BILLED TO DATE: 118,177.00 |
| LAST BILL THRU DATE: | 08/31/06 | FEES WRITTEN OFF TO DATE: 4,424.50 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
(2) Late Time & Costs Posted   (5) Business Development    (8) Premium
(3) Pre-arranged Discount      (6) Summer Associate        (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____        DATE OF BILL: _____        Processed by: _____        FRC: _____        CRC: _____

alp_132r: Matter Detail

Run Date & Time: 10/16/2006 15:46:37

**KRAMER LEVIN NAFTALIS & FRANKEL, LLP**
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2190437
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

**U N B I L L E D   T I M E   S U M M A R Y**                                      Status    : ACTIVE

| Emp Id Employee Name | Group | ------ Total Unbilled ------ | |
|---|---|---|---|
| | | Oldest | Latest | Hours | Amount |
| 05292  BECKER, GARY M. | CRED | 09/29/06 | 09/29/06 | 0.40 | 218.00 |
| 06451  GAVIGAN, JAMES C | CRED | 09/29/06 | 09/29/06 | 3.30 | 726.00 |
| 06705  PANESAR, VIKRUM | CRED | 09/29/06 | 09/29/06 | 2.80 | 616.00 |
| Total: | | | | 6.50 | 1,560.00 |

| Sub-Total Hours : | 0.00 Partners | 0.40 Counsels | 0.00 Associates | 6.10 Legal Assts | 0.00 Others |
|---|---|---|---|---|---|

**U N B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Act |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/29/06 | Review and execute monthly fee application; conf Gavigan re same | 0.40 | 218.00 | 6524467 | 10/03/2006 | |
| Total For BECKER G - 05292 | | | 0.40 | 218.00 | | | |
| GAVIGAN, JAMES C | 09/29/06 | creating monthly fee app | 3.30 | 726.00 | 6532038 | 10/04/2006 | |
| Total For GAVIGAN J - 06451 | | | 3.30 | 726.00 | | | |
| PANESAR, VIKRUM | 09/29/06 | Preparing fee app, drafting cover letter, pdf files of fee app, emailing and fed ex documents to Melissa Flores | 2.80 | 616.00 | 6526739 | 10/03/2006 | |
| Total For PANESAR V - 06705 | | | 2.80 | 616.00 | | | |
| Fee Total | | | 6.50 | 1,560.00 | | | |

alp_132r: Matter Detail

Run Date & Time, 10/16/2006 15:45:37

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 15

Matter No.: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 2190437
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY

| Employee Name | Hours | Amount | Bill | W/O / W/u | Transfer To | CLnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.40 | 218.00 | | | | | |
| GAVIGAN, JAMES C | 3.30 | 726.00 | | | | | |
| PANESAR, VIKRUM | 2.80 | 616.00 | | | | | |
| Total: | 6.50 | 1,560.00 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 10/16/2006 15:46:37

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   16

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:      2190437
Bill Prtnr : BENTLEY PHILIP - 04195       Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:      09/01/2006                          TO:      09/26/2006
UNBILLED DISB. FROM:     09/05/2006                          TO:      09/12/2006

GROSS BILLABLE AMOUNT:                    FEES          COSTS
AMOUNT WRITTEN DOWN:               11,422.00              44.03
PREMIUM:

ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                    09/26/2006      09/12/2006

CLOSE MATTER/FINAL BILLING?      YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                                          UNAPPLIED CASH

FEES:                         11,422.00
DISBURSEMENTS:                     44.03        UNIDENTIFIED RECEIPTS:         0.00
FEE RETAINER:                       0.00        PAID FEE RETAINER:            0.00
DISB RETAINER:                      0.00        PAID DISB RETAINER:           0.00
TOTAL OUTSTANDING:            11,466.03         TOTAL AVAILABLE FUNDS:         0.00
                                                TRUST BALANCE:
                                                BILLING HISTORY:

DATE OF LAST BILL:            09/29/06          LAST PAYMENT DATE:         10/03/06
LAST BILL NUMBER:               446051          ACTUAL FEES BILLED TO DATE:   599,063.50
                                                ON ACCOUNT FEES BILLED TO DATE:  0.00
                                                TOTAL FEES BILLED TO DATE:    599,063.50
LAST BILL THRU DATE:          08/31/06          FEES WRITTEN OFF TO DATE:    4,417.50

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
    (1)  Exceeded Fixed Fee               (4)  Excessive Legal Time        (7)  Fixed Fee
    (2)  Late Time & Costs Posted         (5)  Business Development         (8)  Premium
    (3)  Pre-arranged Discount            (6)  Summer Associate             (9)  Rounding        (10) Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____     Processed by: _____     FRC: _____     CRC: _____

alp_ll2r: Matter Detail

Run Date & Time: 10/16/2006 15:46:38

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    17

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2190437
Bill Frequency: M

Status    : ACTIVE

UNBILLED TIME SUMMARY

| Emp Id Employee Name | Group | Oldest | Latest | Total Unbilled | |
| --- | --- | --- | --- | --- | --- |
| | | | | Hours | Amount |
| 02495 BENTLEY, PHILIP | CRED | 09/05/06 | 09/26/06 | 6.70 | 4,221.00 |
| 07150 HOROWITZ, GREGORY A. | LITI | 09/05/06 | 09/15/06 | 4.50 | 2,677.50 |
| 05292 BECKER, GARY M. | CRED | 09/01/06 | 09/20/06 | 8.30 | 4,523.50 |

Total:                                                          19.50    11,422.00

| Sub-Total Hours : | 11.20 Partners | 8.30 Counsels | 0.00 Associates | 0.00 Legal Assts | 0.00 Others |
| --- | --- | --- | --- | --- | --- |

UNBILLED COSTS SUMMARY

| Code Description | Oldest Entry | Latest Entry | Total Unbilled | |
| --- | --- | --- | --- | --- |
| | | | Total | Amount |
| 0820 PHOTOCOPYING | 09/08/06 | 09/08/06 | 3.15 | |
| 0840 MANUSCRIPT SERVICE | 09/12/06 | 09/12/06 | 0.00 | |
| 0921 LEXIS/NEXIS ON-LINE RESEARCH | 09/05/06 | 09/05/06 | 30.27 | |
| 0930 MESSENGER/COURIER | 09/12/06 | 09/12/06 | 10.61 | |

Total:                                          44.03

Grand Total                                      11,466.03

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BENTLEY, PHILIP | 09/05/06 | Review emails re: estimation. | 0.20 | 126.00 | 6520185 | 09/29/2006 | | |
| BENTLEY, PHILIP | 09/10/06 | Prepare for tomorrow's hearing, review pleadings for same, and confs GB re. estimation | 3.10 | 1,953.00 | 6520180 | 09/29/2006 | | |
| BENTLEY, PHILIP | 09/12/06 | Discs GB, voicemail and email re: estimation. | 0.20 | 126.00 | 6520181 | 09/29/2006 | | |
| BENTLEY, PHILIP | 09/13/06 | Confs GAM and GB, and notes, re estimation | 2.00 | 1,260.00 | 6520179 | 09/29/2006 | | |
| BENTLEY, PHILIP | 09/14/06 | Review emails re estimation. | 0.10 | 63.00 | 6520182 | 09/29/2006 | | |
| BENTLEY, PHILIP | 09/15/06 | Conf GB; trade emails re estimation | 0.50 | 315.00 | 6520183 | 09/29/2006 | | |
| BENTLEY, PHILIP | 09/18/06 | Review emails re estimation | 0.10 | 63.00 | 6520184 | 09/29/2006 | | |
| BENTLEY, PHILIP | 09/19/06 | Review emails re estimation. | 0.20 | 126.00 | 6520186 | 09/29/2006 | | |
| BENTLEY, PHILIP | 09/26/06 | Discs GB and review emails re estimation. | 0.30 | 189.00 | 6524814 | 10/03/2006 | | |

Total For BENTLEY P - 02495                      6.70    4,221.00

| HOROWITZ, GREGORY A. | 09/05/06 | e-mails re estimation | 0.50 | 297.50 | 6507119 | 09/22/2006 | | |

alp_112r: Matter Detail

Run Date & Time: 10/16/2006 15:46:38

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    18

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS. - 06975
Bill Prtnr : BENTLEY PHILIP - 03495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2190437
Bill Frequency: M

Status : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date Task Act |
|---|---|---|---|---|---|---|
| HOROWITZ, GREGORY A. | 09/12/06 | Review Lexecon analyses (.5) | 0.50 | 297.50 | 6519992 | 09/29/2006 |
| HOROWITZ, GREGORY A. | 09/13/06 | team meeting w/PB, GB (1.0); review expert, stip comment on same (1.0); rr GB memos (.5) | 2.50 | 1,487.50 | 6519993 | 09/29/2006 |
| HOROWITZ, GREGORY A. | 09/15/06 | Call w/ Barbara Harding; Ken Pasquale; write e-mail re same (1.0) | 1.00 | 595.00 | 6519994 | 09/29/2006 |

Total For HOROWITZ G - 07850    4.50    2,677.50

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date Task Act |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/01/06 | final revision and attn to filing pleading in support of motion to compel | 0.50 | 272.50 | 6494195 | 09/20/2006 |
| BECKER, GARY M. | 09/05/06 | attn email from ttl re debtor mtg (0.2); attn email Bear re discovery mtg (0.1) | 0.30 | 163.50 | 6494196 | 09/20/2006 |
| BECKER, GARY M. | 09/06/06 | prepare for and conf w/Pl committee, debtor and other parties re discovery issues (2.9); conf Pasquale re estimation issues (0.4) | 3.30 | 1,798.50 | 6494201 | 09/20/2006 |
| BECKER, GARY H. | 09/12/06 | review asbestos estimation material from debtor (0.4); review mail from Lexecon (0.3); send docs to Lexecon (0.2); research re xray issues (0.5); direction Gavigan re further research (0.2) | 1.60 | 872.00 | 6494200 | 09/20/2006 |
| BECKER, GARY M. | 09/13/06 | review expert stip and email Horowitz re same | 0.30 | 163.50 | 6494199 | 09/20/2006 |
| BECKER, GARY M. | 09/14/06 | conf shareholder re case issues (0.5); conf 2nd shareholder re case issues (0.5) | 1.00 | 545.00 | 6494198 | 09/20/2006 |
| BECKER, GARY M. | 09/15/06 | conf Horowitz and bentley re Pl discovery and emails Harding re same | 1.00 | 545.00 | 6494197 | 09/20/2006 |
| BECKER, GARY M. | 09/20/06 | Check docket re IRI decisions | 0.30 | 163.50 | 6508930 | 09/25/2006 |

Total For BECKER G - 05291    8.30    4,523.50

Fee Total    19.50    11,422.00

| Description/Code | Employee | Date | Amount | Index# | Batch No Batch Date |
|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | |
| PHOTOCOPYING BENTLEY PHILIP | BENTLEY, P | 09/08/06 | 3.15 | 7589345 | 384416 09/11/06 |
| 0820 PHOTOCOPYING Total : | | | 3.15 | | |
| MANUSCRIPT SERVICE 0840 | | | | | |
| MANUSCRIPT SERVICE | TRIVENTO, N | 09/12/06 | 0.00 | 7601568 | 384891 09/20/06 |
| 0840 MANUSCRIPT SERVICE Total : | | | 0.00 | | |

alp_132ri Matter Detail

Run Date & Time: 10/26/2006 15:46:38

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    19

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:              2190437
Bill Frequency: M

Status    : ACTIVE

**U N B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

LEXIS/NEXIS ON-LINE            0921
  LEXIS/NEXIS ON-LINE                      BECKER, G M            09/05/06    30.27    7621514    385995    10/06/06
                                    0921 LEXIS/NEXIS ON-LINE Total :        30.27

MESSENGER/COURIER             0930
  FEDERAL EXPRESS CORPORAT                 BECKER, G M            09/12/06    10.61    7604915    384930    09/21/06
  Lexecon inc
                                    0930 MESSENGER/COURIER Total :          10.61

Costs Total :                                                   44.03

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 20

alp.132r: Matter Detail

Run Date & Time. 10/16/2006 15:46:38

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 2190497
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill W/o / W/u | Transfer To | Clnt/Mtr Carry Forward |
|---|---|---|---|---|---|
| BENTLEY, PHILIP | 6.70 | 4,221.00 | | | |
| HOROWITZ, GREGORY A. | 4.50 | 2,677.50 | | | |
| BECKER, GARY M. | 8.30 | 4,523.50 | | | |
| Total: | 19.50 | 11,422.00 | | | |

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 3.15 | | | | | |
| 0840 MANUSCRIPT SERVICE | 0.00 | | | | | |
| 0921 LEXIS/NEXIE ON-LINE RESEA | 30.27 | | | | | |
| 0930 MESSENGER/COURIER | 10.61 | | | | | |
| Costs Total : | 44.03 | | | | | |