alp_132r: Matter Detail

Run Date & Time: 10/16/2006 15:16:38

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 21

Matter No: 056772-00035
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : PLAN AND DISCLOSURE STATEMENT
Matter Opened : 07/28/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 2190437
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:  09/13/2006           TO:  09/13/2006
UNBILLED DISB FROM:                       TO:

                              FEES                    COSTS
                           --------                  --------
GROSS BILLABLE AMOUNT:       272.50                    0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                          09/13/2006
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
BILLING COMMENTS:

                              BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

       FEES:                  272.50
DISBURSEMENTS:                  0.00    UNIDENTIFIED RECEIPTS:     0.00
 FEE RETAINER:                  0.00    PAID FEE RETAINER:         0.00
DISB RETAINER:                  0.00    PAID DISB RETAINER:        0.00
TOTAL OUTSTANDING:            272.50    TOTAL AVAILABLE FUNDS:     0.00
                                        TRUST BALANCE:
                                        BILLING HISTORY

DATE OF LAST BILL:        01/31/06      LAST PAYMENT DATE:       03/28/06
LAST BILL NUMBER:         429349        ACTUAL FEES BILLED TO DATE:   8,881.00
                                        ON ACCOUNT FEES BILLED TO DATE:  0.00
                                        TOTAL FEES BILLED TO DATE:   8,881.00
LAST BILL THRU DATE:      12/31/05      FEES WRITTEN OFF TO DATE:        0.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee          (4) Excessive Legal Time         (7) Fixed Fee
  (2) Late Time & Costs Posted    (5) Business Development         (8) Premium
  (3) Pre-arranged Discount       (6) Summer Associate             (9) Rounding              (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____

```
alp_132r: Matter Detail                                                                              PAGE   22
Run Date & Time: 10/16/2006 15:46:38
                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                                    Orig Prtnr : CRED. RGTS - 06975    Proforma Number: 2190437
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                         Status   : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------------- Total Unbilled -------------------
Emp Id Employee Name         Group              Oldest      Latest          Hours           Amount
                                                ------      ------          ------          ------
05292  BECKER, GARY M.       CRED             09/13/06    09/13/06           0.50          272.50

                              Total:                                         0.50          272.50

Sub-Total Hours :     0.00 Partners    0.50 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D   T I M E   D E T A I L
Employee Name         Work Date    Description                                          Hours    Amount    Index#   Batch Date  Task Act
-------------         ---------    -----------                                          -----    ------    ------   ----------  --- ---
BECKER, GARY M.       09/13/06     attn to plan issues and research                      0.50    272.50    6494202  09/20/2006

                                                                    Fee Total            0.50    272.50

Total For BECKER G - 05292                                                               0.50    272.50
```

```
alp_132r: Matter Detail                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE   23
                                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/16/2006 15:46:38

Matter No: 056772-00035                                          Orig Prtnr : CRED. RGTS. - 06975          Proforma Number:    2190437
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/28/2001                                                                                 Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours         Amount           Bill         W/o / W/u         Transfer To        Clnt/Mtr       Carry Forward
BECKER, GARY M.             0.50         272.50

 Total:                     0.50         272.50
```

```
alp_132r: Matter Detail                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE     24
                                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/16/2006 15:46:38

Matter No: 056772-00019                                        Orig Prtnr : CRED. RGTS - 06975                         Proforma Number:    2190437
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495                     Bill Frequency: M
Matter Name : HEARINGS                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                             Status    : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:     09/05/2006              TO:        09/25/2006
    UNBILLED DISB FROM:     09/10/2006              TO:        09/29/2006

                                                 FEES                    COSTS

GROSS BILLABLE AMOUNT:                       20,030.00                 1,459.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:                                09/25/2006              09/29/2006
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:          BENTLEY PHILIP - 02495                   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                            ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

        FEES:                    20,030.00
DISBURSEMENTS:                    1,459.00
    FEE RETAINER:                     0.00
    DISB RETAINER:                    0.00
TOTAL OUTSTANDING:               21,489.00          TOTAL AVAILABLE FUNDS:            0.00
                                                    TRUST BALANCE:
                                                    BILLING HISTORY
DATE OF LAST BILL:             09/29/06             LAST PAYMENT DATE:              10/03/06
LAST BILL NUMBER:              446051               ACTUAL FEES BILLED TO DATE:   149,022.50
                                                    ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                    PAID DISB RETAINER:                 0.00
                                                    TOTAL FEES BILLED TO DATE:    149,022.50
LAST BILL THRU DATE:           08/31/06             FEES WRITTEN OFF TO DATE:       5,087.68

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee           (4) Excessive Legal Time          (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development          (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate              (9) Rounding    (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  25

Run Date & Time: 10/16/2006 15:46:38

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                   Orig Prtnr : CRED. RGTS - 06975                    Proforma Number: 2190437
Matter Name : W.R. HEARINGS                                                       Bill Prtnr : BENTLEY PHILIP - 02495                Bill Frequency: M
Matter Opened : 07/08/2002                                                        Supv Prtnr : MAYER THOMAS MOERS - 03976

U N B I L L E D   T I M E   S U M M A R Y ----------------- Total Unbilled -----------------
Emp Id Employee Name                Group           Oldest       Latest          Hours        Amount           Status
                                                    Entry        Entry

02495  BENTLEY, PHILIP              CRED            09/11/06     09/11/06         9.30        5,859.00          ACTIVE
05292  BECKER, GARY M.              CRED            09/05/06     09/25/06        25.80       14,061.00
06451  GAVIGAN, JAMES C.            CRED            09/15/06     09/15/06         0.50          110.00

                                     Total:                                      35.60       20,030.00

Sub-Total Hours :    9.30 Partners    25.80 Counsels    0.00 Associates    0.50 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y ----------------- Total Unbilled -----------------
Code  Description                                   Oldest       Latest          Total
                                                    Entry        Entry           Amount

0940  CAB FARES                                     09/11/06     09/11/06         1,453.00
0950  OUT-OF-TOWN TRAVEL                            09/10/06     09/29/06        21,409.00... 1,149.82

                                     Total:
                                     Grand Total:                                21,483.00

U N B I L L E D   T I M E   D E T A I L
Employee Name         Work Date    Description                                     Hours       Amount         Index#     Batch Date

BENTLEY, PHILIP       09/11/06     Attend bankruptcy court hearing, final prep for   9.30      5,859.00       6520187    09/29/2006
                                   same, and conf's GB re prep and followup

                      Total For BENTLEY P - 02495                                    9.30      5,859.00

BECKER, GARY M.       09/05/06     prepare for omnibus hearing                       0.50        272.50       6494207    09/20/2006
BECKER, GARY M.       09/07/06     prepare for omnibus hearing                       0.50        272.50       6494206    09/20/2006
BECKER, GARY M.       09/10/06     preparations for and travel to omnibus hearing    5.00      2,725.00       6494203    09/20/2006
                                   in Pittsburgh, including conf Bentley
BECKER, GARY M.       09/11/06     prepare for and attend hearing re exclusivity    11.00      5,995.00       6494205    09/20/2006
                                   and motion to compel responses to PI
                                   questionnaire and prepare status report during
                                   return
BECKER, GARY M.       09/19/06     review agenda for omnibus hearing                 0.40        218.00       6502136    09/20/2006
BECKER, GARY M.       09/22/06     Prepare for omnibus hearing                       0.40        218.00       6508931    09/25/2006
BECKER, GARY M.       09/25/06     prepare for and appear at hearing (omnibus)       8.00      4,360.00       6512227    09/26/2006

                      Total For BECKER G - 05292                                    25.80     14,061.00

```
alp_132r: Matter Detail                                                                                                      PAGE   26
Run Date & Time: 10/16/2006 15:46:38

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  2190437
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date   Description                                          Hours        Amount       Index#   Batch Date  Task Act
GAVIGAN, JAMES C        09/15/06    ordering hearing transcript from September 11th       0.50       110.00       6501779  09/20/2006
                                    hearing

Total For GAVIGAN J - 06452                                                                0.50       110.00

U N B I L L E D   C O S T S   D E T A I L
Description/Code                  Employee        Date        Amount      Index#  Batch No  Batch Date
CAB FARES                  0940
   GARY M. BECKER                  BECKER, G.M.   09/11/06     40.00     7595326  384628    09/21/06
   CAB FARES                       BECKER, G.M.   09/12/06    269.18     7612957  385340    09/28/06
   CAB FARES - ODYSSEY

                                                  0940 CAB FARES Total :  309.18

OUT-OF-TOWN TRAVEL         0950
   GARY M. BECKER                  BECKER, G M    09/10/06    195.27     7595325  384628    09/21/06
   DINERS CLUB CITICORP DIN        BENTLEY, P     09/29/06    336.60     7616344  385467    09/29/06
   OUT-OF-TOWN TRAVEL - VENDOR-DINERS CLUB
   CITICORP DINERS CLUB 09/11/06 - PIT TO LGA
   DINERS CLUB CITICORP DIN        BECKER, G M    09/29/06    270.00     7616355  385467    09/29/06
   OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
   CITICORP DINERS CLUB 09/25/06 - NYP TO WIL
   DINERS CLUB CITICORP DIN        BECKER, G M    09/29/06    294.00     7616356  385467    09/29/06
   OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
   CITICORP DINERS CLUB 09/28/06 - NYP TO WIL
   DINERS CLUB CITICORP DIN        BECKER, G M    09/29/06    -76.05     7616360  385467    09/29/06
   OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
   CITICORP DINERS CLUB 09/11/06 - PIT TO EWR
   DINERS CLUB CITICORP DIN        BECKER, G M    09/29/06    130.00     7616359  385467    09/29/06
   OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
   CITICORP DINERS CLUB

                                                  0950 OUT-OF-TOWN TRAVEL Total : 1,149.82

Costs Total :                                                                        1,459.00
```

```
alp_132r: Matter Detail                                                                              PAGE   27

Run Date & Time: 10/16/2006 15:46:38
                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                 Orig Prtnr : CRED. RGTS - 06975           Proforma Number: 2190437
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 03/06/2002                                                                                        Status : ACTIVE

               B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                    Hours          Amount          Bill        W/o / W/u     Transfer To     Clnt/Mtr     Carry Forward

BENTLEY, PHILIP                   9.30         5,859.00
BECKER, GARY M.                  25.80        14,061.00
GAVIGAN, JAMES C                  0.50           110.00
                                -----         ---------
      Total                      35.60        20,030.00

               B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                         Amount                     Bill           W/o / W/u       Transfer To   Clnt/Mtr    Carry Forward

0940 CAB FARES                            309.18
0950 OUT-OF-TOWN TRAVEL                 1,149.82
                                        --------
      Costs Total :                     1,459.00
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 28

Run Date & Time: 10/16/2006 15:46:39

Matter No: 056772-00026                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number: 2190437
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : OTHER                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                              Status : ACTIVE

Special Billing Instructions: reduce tels. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    09/25/2006          TO:    09/25/2006
UNBILLED DISB FROM:                        TO:

                                 FEES              COSTS

GROSS BILLABLE AMOUNT:          2,071.00            0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                      09/25/2006

CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

ACCOUNTS RECEIVABLE TOTALS                                 UNAPPLIED CASH

    FEES:                       2,071.00
    DISBURSEMENTS:                  0.00          UNIDENTIFIED RECEIPTS:      0.00
    FEE RETAINER:                   0.00          PAID FEE RETAINER:          0.00
    DISB RETAINER:                  0.00          PAID DISB RETAINER:         0.00
    TOTAL OUTSTANDING:          2,071.00          TOTAL AVAILABLE FUNDS:      0.00
                                                  TRUST BALANCE:
                                                  BILLING HISTORY

DATE OF LAST BILL:              08/30/05          LAST PAYMENT DATE:      08/19/03
LAST BILL NUMBER:                                 ACTUAL FEES BILLED TO DATE:       890.00
                                                  ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                  TOTAL FEES BILLED TO DATE:        890.00
LAST BILL THRU DATE:            07/31/05          FEES WRITTEN OFF TO DATE:           0.00

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee          (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development        (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

```
alp_132r: Matter Detail                                                                                                  PAGE   29
Run Date & Time: 10/16/2006 15:46:39

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  2190437
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : OTHER                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                              Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y              --------- Total Unbilled ---------
Emp Id  Employee Name                    Group          Oldest      Latest           Hours         Amount
05292   BECKER, GARY M.                   CRED          09/25/06    09/25/06          3.80        2,071.00

                                          Total:                                      3.80        2,071.00

Sub-Total Hours :   0.00 Partners     3.80 Counsels     0.00 Associates    0.00 Legal Assts    0.00 Others


U N B I L L E D   T I M E   D E T A I L
Employee Name                       Work Date    Description                                                     Hours     Amount    Index#  Batch Date  Task Act

BECKER, GARY M.                     09/25/06     Non-Working Travel in connection with Omnibus                    3.80    2,071.00  6512228  09/26/2006
                                                 hearing

                                                                                          Fee Total               3.80    2,071.00

 Total For BECKER G - 05292                                                                                       3.80    2,071.00
```

```
alp_132r: Matter Detail                                                                                                                PAGE  30
Run Date & Time: 10/16/2006 15:46:39

                                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00025                                    Orig Prtnr : CRED. RGTS - 06975               Proforma Number:    2190437
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : OTHER                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/06/2002                                                                                         Status : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                  Hours         Amount           Bill        W/O / W/u       Transfer To    Clnt/Mtr    Carry Forward
BECKER, GARY M.
        Total:                  3.80       2,071.00
```

```
alp_132r: Matter Detail                                                                                                                    PAGE    31
Run Date & Time: 10/16/2006 15:46:39

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS - 06975             Proforma Number:    2190437
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                       Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

                                              PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    09/10/2006           TO:    09/11/2006
UNBILLED DISB FROM:    09/29/2006           TO:    09/29/2006

                                      FEES            COSTS
GROSS BILLABLE AMOUNT:              3,834.00         199.30
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                          09/11/2006       09/29/2006
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
    BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                  ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

        FEES:                          3,834.00
DISBURSEMENTS:                           199.30          UNIDENTIFIED RECEIPTS:     0.00
FEE RETAINER:                              0.00          PAID FEE RETAINER:         0.00
DISB RETAINER:                             0.00          PAID DISB RETAINER:        0.00
TOTAL OUTSTANDING:                     4,033.30          TOTAL AVAILABLE FUNDS:     0.00
                                                         TRUST BALANCE:
                                                         BILLING HISTORY

DATE OF LAST BILL:              09/29/06                 LAST PAYMENT DATE:        10/03/06
LAST BILL NUMBER:               446051                   ACTUAL FEES BILLED TO DATE:   63,700.00
                                                         ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                         PAID DISB RETAINER:               0.00
                                                         TOTAL FEES BILLED TO DATE:   63,700.00
LAST BILL THRU DATE:            08/31/06                 FEES WRITTEN OFF TO DATE:    25,258.50

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee        (4) Excessive Legal Time     (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    32
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/16/2006 15:46:39

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    2190437
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                              Status    : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y ------------- Total Unbilled -----------------
Emp Id  Employee Name          Group         Oldest       Latest       Hours          Amount
                                              Entry        Entry
02495   BENTLEY, PHILIP        CRED         09/10/06     09/11/06        6.60        2,079.00
05292   BECKER, GARY M.        CRED         09/10/06     09/11/06        6.50        1,755.00
                                                Total:                  13.10        3,834.00

Sub-Total Hours :    6.60 Partners    6.50 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled -----------------
Code  Description                 Oldest       Latest      Total
                                  Entry        Entry       Amount
0950  OUT-OF-TOWN TRAVEL          09/29/06    09/29/06     199.30
                         Total:                            199.30

                         Grand Total                     4,033.30


U N B I L L E D   T I M E   D E T A I L
Employee Name            Work Date    Description                                                Hours     Amount   Index#     Batch Date  Task Act
BENTLEY, PHILIP          09/10/06     Travel to Pittsburgh for bankruptcy court                    4.10   1,291.50  6520188   09/29/2006
BENTLEY, PHILIP          09/11/06     Travel from Pittsburgh bankruptcy court to NYC               2.50     787.50  6520189   09/29/2006
                         Total For BENTLEY P - 02495                                               6.60   2,079.00

BECKER, GARY M.          09/10/06     Non-working travel time associated with travel              4.00   1,080.00   6494204   09/20/2006
                                      to omnibus
BECKER, GARY M.          09/11/06     Non-working travel associated with hearing                  2.50     675.00   6494208   09/20/2006
                                      attendance in Pittsburgh
                         Total For BECKER G - 05292                                               6.50   1,755.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                       Employee           Date           Amount            Index#   Batch No  Batch Date
```

```
alp_132r: Matter Detail                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   33
                                                            *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/16/2006 15:46:39

Matter No: 056772-00028                                   Orig Prtnr : CRED. RGTS - 06975             Proforma Number:    2190437
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                          Supv Prtnr : MAYER THOMAS MOSES - 03976
Matter Opened : 10/04/2002                                                                            Status     : ACTIVE

U N B I L L E D      C O S T S    D E T A I L
------------------------------------------------------------------------------------------------------------------------------------
Description/Code                          Employee             Date           Amount       Index#   Batch No    Batch Date
------------------------------------------------------------------------------------------------------------------------------------
OUT-OF-TOWN TRAVEL             0950
  DINERS CLUB CITICORP DIN                BENTLEY, P        09/29/06          199.30      7616350    385467     09/29/06
    OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
    CITICORP DINERS CLUB 09/14/06 - PIT TO EWR

                                           0950 OUT-OF-TOWN TRAVEL Total :    199.30

                                                  Costs Total :               199.30
```

```
alp_132r: Matter Detail                                                                                             PAGE   34

Run Date & Time: 10/16/2006 15:46:39
                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                     Orig Prtnr : CRED. RGTS - 06975       Proforma Number:    2190437
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                        Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours         Amount             Bill          W/O / W/u       Transfer To    Clnt/Mtr    Carry Forward

BENTLEY, PHILIP             6.60        2,079.00
BECKER, GARY M.             6.50        1,755.00
      Total:               13.10        3,834.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                       Amount              Bill          W/O / W/u       Transfer To    Clnt/Mtr    Carry Forward

0950 OUT-OF-TOWN TRAVEL                199.30

      Costs Total :                    199.30
```