# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# SEPTEMBER 1, 2006 THROUGH
# SEPTEMBER 30, 2006

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

October 20, 2006

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number   64589

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
           Subtotal for FEES only: 09/30/06      $11,649.00
          Subtotal for COSTS only: 09/30/06       $1,264.75
                                                ------------
   CURRENT PERIOD FEES AND COSTS: 09/30/06       $12,913.75
                                                ------------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page   2

October 20, 2006

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   64589

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 30.3 | 9,858.00 |
| FEE/EMPLOYMENT APPLICATIONS | 8.2 | 1,665.00 |
| CASE ADMINISTRATION | 0.9 | 126.00 |
| Subtotal for FEES only: 09/30/06 | 39.4 | $11,649.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 18.40 | 18.40 | 6,900.00 | 0.00 | 0.00 |
| 275.00 | JJF | 5.60 | 5.60 | 1,540.00 | 0.00 | 0.00 |
| 275.00 | MLJ | 7.80 | 7.80 | 2,145.00 | 0.00 | 0.00 |
| 140.00 | CAH | 7.60 | 7.60 | 1,064.00 | 0.00 | 0.00 |
| Totals | | 39.40 | 39.40 | 11,649.00 | 0.00 | 0.00 |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                              10/20/06    Page 2
                                                          -Fees-

| C1 Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---------|---------------------------|---------|------------|--------------------------|----------------|------------------|--------|
| WRG | LITIGATION | CAH | 09/15/06 | Download and print Stipulation and forward to John C. Phillips, Jr. for signature. | 0.20 | 28.00 | Li |
| WRG | LITIGATION | CAH | 09/29/06 | Download and file Notice of Appeal; respond to e-mail from D. Felder re: designation deadline. | 0.50 | 70.00 | |
| | | | | | 0.70 | 98.00 | |
| WRG | LITIGATION | JCP | 09/01/06 | Review of 8/31/06 Order Setting Deadlines for Objections to Property Damage Claims with Exhibits; review of Debtors' Notice of Deadlines re: Property Damage Claims. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 09/05/06 | Review of Equity Committee's Statement in Support of Debtor's Motion to Compel Responses to Personal Injury Questionnaire; review of Agenda for 9/11/06 Hearing; review of Prudential's Supplemental Brief re: Debtors' Objections to its Proof of Claim. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 09/06/06 | Conference with paralegal re: signing John C. Phillips, Jr. to Participate in 9/11/06 Hearing by phone. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 09/07/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 09/08/06 | Review of Amended Agenda for 9/11/06 Hearing (.1); review of 8/25/06 Hearing Transcript (.2); review of Personal Injury Claimants' Sur Reply to Debtors' Motion to Compel Response to Personal Injury Questionnaire (.2); review of Joint Objection to Official Asbestos Constituencies to Debtors' Rule 2004 Request for Production (.2); phone conference with local counsel for Property Damage Committee (.1); e-mail from and e-mail to local counsel for Property Damage Committee re: signature page for Joint Objection (2x)(.1); e-mail to Roger Frankel and Rick Wyron re: signing Joint Objection (.1); e-mail from Rick Wyron re: same (2x)(.2); e-mail from counsel for Property Damage Committee with enclosure (.1); review of red lined revision to Joint Objection (.1); phone conference with Debra Felder re: same (2x)(.1); e-mail from Debra Felder re: signature page for Joint Objection (.1); e-mail to local counsel for Property Damage Committee forwarding signature page (.1); letter to local counsel for Property Damage Committee re: same; review of Personal Injury law Firm's Post-Mediation Summary Memo (.3); review of CCC's Brief re: Issues in Dispute Following Mediation (.3); review of Personal Injury Committee's Report re: Unresolved Mediation Issues (.2); review of Debtors' Response to Mediation Issues (.2); review of JSC's Summary of Issues not Resolved by Mediation (.2); review of Motley Rice Joinder (.1); review of miscellaneous pleadings (.3). | 3.40 | 1,275.00 | |
| WRG | LITIGATION | JCP | 09/11/06 | Phone conference with Judge Fitzgerald and all counsel (4.9); review of Debtors' Certification of Counsel re: | 7.40 | 2,775.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 09/12/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 09/14/06 | Review of miscellaneous pleadings; e-mail from Debbie Felder with enclosure; review of and execute Stipulation re: Expert Testimony; conference with Celeste A. Hartman; e-mail to Debbie Felder forwarding executed Stipulation. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 09/15/06 | Review of 4 Objections to Court's 8/31/06 Order Setting Deadlines re: Objections to Property Damage Claims (Anderson Memorial, California State University System, Pacific Freeholders and The Board of Regents)(.6); review of Louisiana Property Damage Claimant' and Dies & Hile Claimants' Objections to 8/31/06 CMO re: Property Damage Claims (.3). | 0.90 | 337.50 | |
| WRG | LITIGATION | JCP | 09/18/06 | Review of miscellaneous pleadings; review of Debtors' Supplement to Objection to Anderson Memorials' Motion for Relief from Automatic Stay; review of Debtors' Response to Property Damage Claimants' Objection to CMO; review of Debtors' Supplemental Brief re: Prudential's Property Damage Claims for Georgia Buildings. | 0.50 | 187.50 | |
| WRG | LITIGATION | JCP | 09/19/06 | Review of Agenda for 9/25/06 Hearing; review of Certification of Counsel re: Order Extending Exclusivity and proposed Order; review of Debtors' 17th Omnibus Objection to Claims; review of Debtors' Motion re: Payment of Tax Claims. | 0.50 | 187.50 | |
| WRG | LITIGATION | JCP | 09/20/06 | Review of Order Extending Exclusivity; review of miscellaneous pleadings. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 09/21/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 09/22/06 | Review of 9/11/06 Hearing Transcript (voluminous). | 0.60 | 225.00 | |
| WRG | LITIGATION | JCP | 09/23/06 | Review of Debtors' Certification of Counsel re: Order Granting Debtors' Motion to Compel Responses to Personal Injury Questionnaire with proposed Order and Exhibit. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 09/25/06 | Conference with Joseph J. Farnan, III re: covering 9/25/06 Hearing; e-mail to and e-mail from Rick Wyron re: same; review of miscellaneous pleadings; review of Certain Respondents' Certification of Counsel re: Order Compelling Personal Injury Claimants to Respond to pre-trial conference Questionnaire; review of proposed Order. | 0.40 | 150.00 | |

Filing a Reply Brief in Support of Motion to Compel Response to Personal Injury Questionnaire (.6); review of Order Granting Foregoing (.3); review of Status Report re: Property Damage Claims (.3); review of Libby Claimants' Withdrawal of Dr. Case as an expert witness (.3); review of Joint Objection of Official Asbestos Constituencies as filed (.4); review of miscellaneous pleadings (.3).

WRG-AUS                         LEGALMASTER MIRC For Transactions                    10/20/06  Page 4
                                              -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 09/27/06 | Review of miscellaneous pleadings; review of Stipulated Order re: Bar Date for Pre-Petition Personal Injury Claims; review of Order Extending Injunction Against New Jersey. | 0.30 | 112.50 | Li |
| WRG LITIGATION | JCP | 09/28/06 | E-mail from Debbie Felder re: 9/29/06 filing. | 0.10 | 37.50 | |
| WRG LITIGATION | JCP | 09/29/06 | E-mail from Debbie Felder re: filing; review of FCR's Notice of Appeal of 9/18/06 Order extending exclusivity; conference with Celeste A. Hartman re: same. | 0.20 | 75.00 | |
| WRG LITIGATION | JCP | 09/30/06 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| | | | | 16.20 | 6,075.00 | |
| WRG LITIGATION | JJF | 09/25/06 | Attend 9/25/06 hearing. | 5.60 | 1,540.00 | |
| | | | | 5.60 | 1,540.00 | |
| WRG LITIGATION | MLJ | 08/21/06 | Attendance at Omnibus Hearing. | 7.80 | 2,145.00 | |
| | | | | 7.80 | 2,145.00 | |
| | | | | 30.30 | 9,858.00 | |

HRG-AUS                                              LEGALMASTER MIRC For Transactions                                      10/20/06   Page 5
                                                                  -Fees-

| | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/01/06 | Download and file July 2006 Fee Application for Orrick Herrington. | 0.30 | 42.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/01/06 | Phone conference with D. Fullem to verify period and file 8th Quarterly Fee Application. | 0.40 | 56.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/11/06 | Update docket to system; draft Certificate of No Objection for Phillips, Goldman & Spence 8th Quarterly Fee Application. | 0.40 | 56.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/11/06 | Respond to e-mail from S. Bossly on numbers for 8th Quarterly Fee Applications. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/11/06 | Scan, file and serve Certificate of No Objection for Phillips, Goldman & Spence 8th Quarterly Fee Application. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/12/06 | Download and file Certificates of No Objection for Quarterly Fee Application for Orrick, Herrington and Piper Jaffray and Towers Perrin. | 0.50 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/12/06 | Download and format Certification of Counsel re: Swidler's final Fee Application and forward to John C. Phillips, Jr. for execution. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/13/06 | Scan file and serve Certificate of Counsel re: Swidler's final Fee Application. | 0.40 | 56.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/18/06 | Download and file Austern's June Fee Application. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/18/06 | Download and file Certificates of No Objection for Piper Jaffrey and Towers Perrin (total of 3). | 0.40 | 56.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/20/06 | Draft Certificate of No Objection for Phillips, Goldman & Spence April, May, June and July Fee Application (.7); scan, file and serve them after execution by John C. Phillips, Jr. (.5). | 1.10 | 154.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/22/06 | Review of pre-bill for Rule Compliance. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/25/06 | Download and file Certificate of No Objection for Orrick Herrington's July Fee Application. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/28/06 | Begin August Fee Application. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/29/06 | Update docket to system. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/29/06 | Complete draft of 27th Monthly Fee Application for Phillips, Goldman & Spence. | 0.70 | 98.00 | |
| | | | | | 6.00 | 840.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/11/06 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 8th Quarterly Fee Application; | 0.20 | 75.00 | |

WRG-AUS
LEGALMASTER MIRC For Transactions
-Fees-
10/20/06  Page 6

| Cl Code | C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/12/06 | E-mail from Rick Wyron re: Swidler Berlin's Final Fee Application with enclosure (.1); review of and revise draft Certification of Counsel (.1); e-mail from U.S.Trustee approving Certification of Counsel (.1); e-mail from Debi Fullem with enclosure (.1); review of revised Certification of Counsel (.1); e-mail from and e-mail to counsel for Bingham (Swidler's successor)(.1); e-mail to paralegal re: same (.1); review of and execute Certification of Counsel (.1); conference with paralegal re: service and filing (.1). | 0.90 | 337.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/17/06 | Review of and revise downward August 2006 prebill. | 0.20 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/18/06 | Review of Debtors' Certification of Counsel re: Order Approving Quarterly Fee Applications. | 0.10 | 37.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/20/06 | Review of, revise and execute Certificates of no Objection re: Phillips, Goldman & Spence 23rd, 24th, 25th and 26th Monthly Fee Applications; conference with Celeste A. Hartman. | 0.50 | 187.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/27/06 | Review of Order Approving Quarterly Fee Applications. | 0.10 | 37.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/29/06 | Review of, revise and execute Phillips, Goldman & Spence 27th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.20 | 75.00 | |
| | | | | | 2.20 | 825.00 | |
| | | | | | 8.20 | 1,665.00 | |
| | | | | | 39.40 | 11,649.00 | |

41 records printed.

WRG-AUS                                                                                                                                         10/20/06  Page 1

LEGALMASTER MIRC For Transactions
-Fees-

Sort Fields:
    Grouping code              (Paginate)
    Client code
    Actual employee code
    Transaction date           (Subtotals)

Range Fields:
    Client code                I   WRG - WRG
    Invoice Number             I   64589 -  64589

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | CAH | 09/01/06 | Update docket to system | 0.20 | 28.00 | Ca |
| CASE ADMINISTRATION | CAH | 09/01/06 | Obtain receipt number and file Pro Hac Vice Motion for D. Felder; send copy to Court. | 0.30 | 42.00 | |
| CASE ADMINISTRATION | CAH | 09/05/06 | Merge original signatures into filed documents. | 0.20 | 28.00 | |
| CASE ADMINISTRATION | CAH | 09/19/06 | Merge signatures into filed documents. | 0.20 | 28.00 | |
| | | | | 0.90 | 126.00 | |
| | | | | 0.90 | 126.00 | |