# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

### FOR THE TIME PERIOD
### SEPTEMBER 1, 2006 THROUGH
### SEPTEMBER 30, 2006

Phillips, Goldman & Spence, P.A.

Page   2

October 20, 2006

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number   64589

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 09/01/06 | Check No.: B7342 - U.S. District Court - Pro Hac Vice. | |
| 09/01/06 | Federal Express | 25.00 |
| 09/01/06 | Photocopies | 109.88 |
| 09/08/06 | Postage | 17.80 |
| 09/15/06 | Check No.: 31981 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 1.65 |
| 09/15/06 | Check No.: 31981 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 5.00 |
| 09/15/06 | Check No.: 31981 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 15.00 |
| 09/27/06 | Check No.: 32081 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 558.06 |
| 09/29/06 | Check No.: 32102 - John C. Phillips, Jr. - expense reimbursement (Court Call). | 332.36 |
| | | 200.00 |

Re:  W. R. Grace & Co.
     David T. Austern

Subtotal for COSTS only: 09/30/06      $1,264.75