REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

|  |  |
|---|---|
| Invoice Number | 1461998 |
| Invoice Date | 10/23/06 |
| Client Number | 172573 |

===========================================================================
Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 46,825.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT          $46,825.00
                                        =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R Grace & Co.                      Invoice Number      1461998
One Town Center Road                 Invoice Date       10/23/06
Boca Raton, FL    33486              Client Number       172573
                                     Matter Number        60026
```

========================================================================
Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2006

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 09/07/06 | Klapper | Review materials for use in expert report (5.3); conference with potential expert (1.2); discuss same with B. Harding and B. Stansbury at Kirkland (.7). | 7.20 |
| 09/08/06 | Cameron | Telephone call with B. Harding, R. Finke, S. McMillan and consultant regarding PI estimation work (0.8); review prior expert reports (0.9). | 1.70 |
| 09/08/06 | Klapper | Continue review of materials (1.0); and prepare outline of issues to discuss with expert regarding expert report (2.2). | 3.20 |
| 09/11/06 | Klapper | Participate in conference call with expert to discuss contours of potential testimony and go over key documents (1.4); continue review of additional key materials based on discussions with Kirkland counsel (3.4). | 4.80 |
| 09/13/06 | Cameron | Attention to expert report issues for PI Estimation. | 1.10 |
| 09/13/06 | Klapper | Draft final outline of topics and issues for proposed expert report. | 8.30 |

172573 W. R. Grace & Co.                          Invoice Number  1461998
60026  Litigation and Litigation Consulting       Page    2
October 23, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 09/14/06 | Cameron | Review of prior expert reports regarding air sample issues (0.9); review of other expert reports (0.6). | 1.50 |
| 09/15/06 | Cameron | Review materials relating to expert reports for PI estimation. | 1.10 |
| 09/15/06 | Klapper | Modify proposed expert report outline based on discussion with expert. | 3.20 |
| 09/17/06 | Cameron | Review materials for expert reports in PI estimation. | 1.50 |
| 09/18/06 | Cameron | Attention to PI Estimation expert report issues. | 1.90 |
| 09/18/06 | Klapper | Review existing work product regarding Barry Castleman, creating cross-exam template. | 6.90 |
| 09/19/06 | Cameron | Attention to expert report issues (0.5); review historical materials and materials from consultant regarding same (1.3); e-mails with co-counsel (0.4). | 2.20 |
| 09/19/06 | Klapper | Discuss expert report with consultant (1.7); follow up with B. Harding regarding same (.3); review recent asbestos publications from B. Castleman for cross project (5.8). | 7.80 |
| 09/20/06 | Ament | Review e-mail from A. Muha re: service list and e-mail to J. Lord re: same. | .10 |
| 09/20/06 | Cameron | Telephone call with potential expert regarding PI estimation report (0.4); review materials relating to same (1.4); e-mail with co-counsel regarding same (0.3); review historical tests and reports for same (1.6). | 3.70 |

172573 W. R. Grace & Co.                    Invoice Number  1461998
60026  Litigation and Litigation Consulting  Page    3
October 23, 2006

| Date | Name | | Hours |
|------|------|------|------|
| 09/21/06 | Cameron | Prepare for (0.9) and participate in call with several defense counsel and potential experts regarding expert report issues (1.2); review historical materials for expert report (1.3). | 3.40 |
| 09/21/06 | Lord | E-mail to S. McFarland re: revisions to 2002 service list. | .20 |
| 09/22/06 | Cameron | Attention to expert report issues. | 1.80 |
| 09/22/06 | Klapper | Complete review of new Castleman publications and add to cross outline. | 8.20 |
| 09/23/06 | Cameron | Additional review of materials relating to PI Estimation expert reports. | 1.60 |
| 09/25/06 | Cameron | Prepare for (0.6) and participate in conference call with consultant regarding potential expert reports (1.4); telephone call with R. Finke regarding same (0.3); review materials relating to expert reports for PI Estimation (1.8); e-mails with defense counsel regarding same (0.3); review prior case reports (0.8). | 5.20 |
| 09/25/06 | Klapper | Participate in additional discussions with consultant regarding expert report and follow-up with B. Harding regarding same. | 2.00 |
| 09/26/06 | Cameron | E-mails regarding expert report issues (0.5); review analyses supporting prior expert reports (1.8). | 2.30 |
| 09/27/06 | Ament | Review e-mail from D. Cameron re: dust methodology expert reliance materials received from K&E, obtain files and meet with S. Vogel re: same. | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1461998
60026  Litigation and Litigation Consulting        Page    4
October 23, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 09/27/06 | Cameron | Extensive work on expert report issues (1.9); prepare for (0.4) and participate in conference call with defense counsel regarding same (0.7); conference call with consultants regarding same (0.4); further review of expert materials (1.2); telephone call with R. Finke regarding same (0.3). | 4.90 |
| 09/28/06 | Cameron | Attention to issues for expert report in asbestos PI claims estimation (1.2); review materials from expert (0.6); multiple e-mails with counsel regarding same (0.6). | 2.40 |
| 09/29/06 | Cameron | Review expert report issues from R. Finke (0.9); telephone call with R. Finke regarding same (0.3); review draft materials (0.6). | 1.80 |
| 09/30/06 | Cameron | Review expert report issues. | 1.40 |

                                                           ------
                                          TOTAL HOURS      91.70

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 39.50 | at $ | 530.00 | = | 20,935.00 |
| Antony B. Klapper | 51.60 | at $ | 500.00 | = | 25,800.00 |
| John B. Lord | 0.20 | at $ | 190.00 | = | 38.00 |
| Sharon A. Ament | 0.40 | at $ | 130.00 | = | 52.00 |

                    CURRENT FEES                      46,825.00


                                                   ------------
          TOTAL BALANCE DUE UPON RECEIPT            $46,825.00
                                                   ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1461999
5400 Broken Sound Blvd., N.W.         Invoice Date      10/23/06
Boca Raton, FL 33487                 Client Number       172573


================================================================
Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

         Fees                          644.00
         Expenses                        0.00

              TOTAL BALANCE DUE UPON RECEIPT      $644.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W. R. Grace | Invoice Number    1461999 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    10/23/06 |
| Boca Raton, FL 33487 | Client Number    172573 |
| | Matter Number    60028 |

========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 09/15/06 | Ament | Review e-mail from J. Restivo re: request for documents. | .10 |
| 09/18/06 | Ament | Meet with J. Restivo re: request for ZAI pleadings and e-mail to M. Atkinson re: same. | .10 |
| 09/19/06 | Ament | Review e-mail from J. Restivo re: pleadings and e-mails with M. Atkinson re: same. | .10 |
| 09/19/06 | Atkinson | Review pleadings files in ZAI Science Trial to provide copy to counsel per his request. | .70 |
| 09/20/06 | Atkinson | Letter enclosing copy of pleadings files, after review and conversation with J. Restivo. | .60 |
| 09/28/06 | Cameron | Review issues relating to ZAI claims. | .70 |

                                        TOTAL HOURS    2.30

172573 W. R. Grace & Co.
60028  ZAI Science Trial
October 23, 2006

Invoice Number  1461999
Page    2

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 0.70 | at $ | 530.00 | = | 371.00 |
| Maureen L. Atkinson | 1.30 | at $ | 180.00 | = | 234.00 |
| Sharon A. Ament | 0.30 | at $ | 130.00 | = | 39.00 |

CURRENT FEES                                          644.00

                                                 ------------
TOTAL BALANCE DUE UPON RECEIPT                       $644.00
                                                 ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1462000
5400 Broken Sound Blvd., N.W.          Invoice Date      10/23/06
Boca Raton, FL 33487                  Client Number       172573

================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

       Fees                          4,667.00
       Expenses                          0.00

                 TOTAL BALANCE DUE UPON RECEIPT       $4,667.00
                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1462000 |
| Invoice Date | 10/23/06 |
| Client Number | 172573 |
| Matter Number | 60029 |


========================================================================
Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 09/01/06 | Ament | Finalize 61st monthly fee application (.20); meet with A. Muha re: same (.10); e-mail 61st monthly fee application, fee and expense details to J. Lord for DE filing (.10). | .40 |
| 09/01/06 | Lord | Review, revise, e-file and perfect service of Reed Smith July fee application. | 1.20 |
| 09/01/06 | Muha | Make final changes to monthly fee application for July 2006 and arrange for filing. | .60 |
| 09/04/06 | Cameron | Review fee application materials. | .60 |
| 09/08/06 | Ament | Review e-mails from A. Muha re: quarterly fee application. | .10 |
| 09/14/06 | Cameron | Continued review and revisions to fee application materials. | .80 |
| 09/20/06 | Muha | Begin review/revisions to August monthly fee application, including multiple e-mails from and to D. Cameron and T. Klapper and research to obtain additional detail for time entry descriptions. | 2.00 |

172573 W. R. Grace & Co.                    Invoice Number  1462000
60029  Fee Applications-Applicant           Page    2
October 23, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 09/21/06 | Muha | Continue review/extensive revisions to August 2006 fees and expenses, including preparation of additional detail for time and expense entries. | 1.90 |
| 09/22/06 | Ament | Meet with A. Muha re: invoices for August monthly fee application. | .10 |
| 09/22/06 | Muha | Make final review/revisions to August 2006 monthly fee application. | 1.20 |
| 09/25/06 | Ament | E-mails re: invoices for August monthly fee application. | .10 |
| 09/26/06 | Ament | Review and respond to e-mail from J. Lord re: monthly fee application (.10); e-mails with D. Cameron re: same (.10). | .20 |
| 09/26/06 | Lord | E-mails with S. Ament, A. Muha and D. Cameron re: August monthly fee application (.3); research docket and draft CNO and service for July fee application (.4). | .70 |
| 09/27/06 | Ament | E-mail to D. Cameron re: monthly fee application (.10); e-mails with A. Muha and C. Gadsden re: invoices for same (.10); review invoices received from C. Gadsden and meet with D. Cameron re: same (.30); review invoices and calculate fees and expenses for August monthly fee application (1.0); prepare spreadsheet re: same (.50); draft 62nd monthly fee application (.50); begin formatting invoices for same (.50); meet with D. Cameron and review draft fee application (.30); revisions to same (.20); scan and e-mail draft of 62nd monthly fee application and spreadsheet of calculations to A. Muha for review (.20). | 3.70 |
| 09/27/06 | Cameron | Finalize fee application. | .80 |

172573 W. R. Grace & Co.                    Invoice Number   1462000
60029  Fee Applications-Applicant           Page    3
October 23, 2006

| Date | Name | | Hours |
|------|------|---|-------|

09/27/06 Lord          E-file and perfect service of CNO        .50
                       to Reed Smith July fee application
                       (.4); prepare correspondence to R.
                       Finke re: same (.1).

09/27/06 Muha          Brief review of final version of         .50
                       August fee application and send
                       comments re: same to S. Ament
                       (0.3); respond to e-mails re: same
                       from D. Cameron (0.2).

09/28/06 Ament         Revisions to invoices re: Aug.          3.00
                       monthly fee application (.50);
                       continue formatting fee and
                       expense detail into Word documents
                       (1.50); finalize 62nd monthly fee
                       application (.70); scan and e-mail
                       same to J. Lord for DE filing
                       (.10); e-mail to D. Cameron and A.
                       Muha re: same (.10); e-mails with
                       J. Lord re: filing of same (.10).

09/28/06 Lord          Revise and prepare Reed Smith           1.20
                       August monthly fee application for
                       e-filing and service (.8); perfect
                       electronic service of application
                       (.2); e-mails with S. Ament re:
                       same (.2).

                                                              ------
                                        TOTAL HOURS           19.60

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 2.20 | at | $ 530.00 | = | 1,166.00 |
| Andrew J. Muha | 6.20 | at | $ 295.00 | = | 1,829.00 |
| John B. Lord | 3.60 | at | $ 190.00 | = | 684.00 |
| Sharon A. Ament | 7.60 | at | $ 130.00 | = | 988.00 |

                       CURRENT FEES                      4,667.00

                                                       ------------
                       TOTAL BALANCE DUE UPON RECEIPT    $4,667.00
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1462002
One Town Center Road                     Invoice Date        10/23/06
Boca Raton, FL    33486                  Client Number        172573


==========================================================================
Re: W. R. Grace & Co.


(60030)  Hearings

         Fees                          6,270.50
         Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $6,270.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                        Invoice Number      1462002
One Town Center Road                   Invoice Date        10/23/06
Boca Raton, FL    33486                Client Number        172573
                                       Matter Number         60030


========================================================================
Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2006

        Date    Name                                               Hours
        ------- -----------                                        -----

     09/05/06 Ament           Review e-mails from D. Cameron re:      .40
                              Grace hearing on 9/11/06 (.10);
                              e-mail to D. Mendelson re:
                              logistics of same (.10); telephone
                              call to Judge Fitzgerald's
                              chambers re: techical preparation
                              for hearing (.10); e-mails with B.
                              Harding re: same (.10).

     09/06/06 Ament           Telephone call from R. Baker re:      1.50
                              K&E use of ELMO in Judge
                              Fitzgerald's Courtroom on 9/11
                              (.10); follow-up telephone call
                              with R. Baker re: logistics of
                              hearing and setup required by K&E
                              (.10); e-mail to B. Harding and
                              K&E team re: same (.10); review
                              and respond to e-mails from D.
                              Cameron re: same (.10); e-mails
                              and calls with D. Mendelson re:
                              K&E requirements (.20); e-mail to
                              System Administrator re: computer
                              setup (.10); follow-up telephone
                              calls with Systems re: same (.20);
                              e-mails and telephone calls to
                              Business Center to arrange for
                              secretarial assistance for K&E
                              (.10); telephone call with C.
                              Miller re: technical assistance
                              (.10); e-mails with D. Steinmeyer
                              re: logistics of 9/10 and 9/11
                              assistance and hearing (.10); meet
                              with S. Vogel re: same (.10);
                              arrange for messenger service to

172573 W. R. Grace & Co.
60030 Hearings
October 23, 2006

Invoice Number  1462002
Page   2

| Date | Name | | Hours |
|------|------|---|-------|

| | | transfer K&E hearing documents to Courtroom on 9/11 (.10); e-mail to team re: logistics of same (.10). | |
| 09/07/06 | Ament | Review and respond to multiple e-mails re: logistics of 9/11 hearing. | .60 |
| 09/08/06 | Ament | Telephone call from D. Mendelson re: 9/11 hearing (.10); e-mails to D. Cameron and D. Steinmeyer re: logistics of same (.10). | .20 |
| 09/09/06 | Ament | E-mails and calls re: confirmation of logisitics of courtroom setup for 9/11 hearing. | .20 |
| 09/10/06 | Ament | Assist with setup in preparation for 9/11 hearing (2.0); e-mails and telephone calls from D. Steinmeyer re: same (.20). | 2.20 |
| 09/11/06 | Ament | E-mails with D. Steinmeyer re: K&E needs for hearing (.10); meet with S. Rein re: logistics of hearing (.10); meet with S. Bianca and assist K&E with Courtroom setup (1.80); arrange for return of hearing materials (.10). | 2.10 |
| 09/11/06 | Cameron | Attend to hearing issues for B. Harding. | .70 |
| 09/11/06 | Muha | Research caselaw on standards for extending Debtor's exclusivity period for hearing and e-mails to B. Harding re: same. | 2.50 |
| 09/11/06 | Restivo | Attend hearing in Pittsburgh. | 1.50 |
| 09/12/06 | Ament | Coordinate pick-up of hearing items from Judge Fitzgerald's Courtroom and return same to K&E via overnight delivery. | .20 |
| 09/13/06 | Cameron | Review materials from hearing. | .80 |

172573 W. R. Grace & Co.
60030  Hearings
October 23, 2006

Invoice Number   1462002
Page    3

| Date | Name | | Hours |
|------|------|---|-------|
| 09/19/06 | Ament | Telephone call to CourtCall to arrange for J. Restivo telephone participation in 9/25/06 omnibus hearing. | .10 |
| 09/20/06 | Cameron | Review materials/agenda for 9/25 hearing. | .80 |
| 09/22/06 | Restivo | Prepare for 9/25 Omnibus Hearing. | .50 |
| 09/25/06 | Ament | Meet with J. Restivo and assist with CourtCall conference with Judge Fitzgerald. | .30 |
| 09/25/06 | Restivo | Telephone conference with J. Baer, et al. (.5); attend omnibus hearing (3.0). | 3.50 |

TOTAL HOURS    18.10

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 5.50 | at $ | 600.00 | = | 3,300.00 |
| Douglas E. Cameron | 2.30 | at $ | 530.00 | = | 1,219.00 |
| Andrew J. Muha | 2.50 | at $ | 295.00 | = | 737.50 |
| Sharon A. Ament | 7.80 | at $ | 130.00 | = | 1,014.00 |

CURRENT FEES                          6,270.50

TOTAL BALANCE DUE UPON RECEIPT        $6,270.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1462003
One Town Center Road                     Invoice Date       10/23/06
Boca Raton, FL    33486                  Client Number       172573


========================================================================
Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                            126,636.00
         Expenses                              0.00

                   TOTAL BALANCE DUE UPON RECEIPT      $126,636.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                           Invoice Number    1462003
One Town Center Road                      Invoice Date      10/23/06
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number       60033


===========================================================================
Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2006


      Date    Name                                              Hours
   -------- -----------                                         -----

   09/01/06 Cameron          Attention to expert materials.       .80

   09/01/06 Engel            Draft motion for summary judgment    5.10
                             regarding the Louisiana schools.

   09/04/06 Cameron          Review summary and related           3.10
                             materials from J. Restivo (0.9);
                             attend to open items and task list
                             for K&E (0.8); review claims
                             summary forms and begin to prepare
                             outline (1.4).

   09/05/06 Cameron          Attention to Canadian claims for     5.30
                             call with Canadian counsel (2.1);
                             review materials from K&E
                             regarding claims files
                             organization and database creation
                             (1.4); attention to statute of
                             limitations materials (1.1);
                             review J. Restivo summary
                             memorandum (0.7).

   09/05/06 Engel            Continue work on motion for          6.80
                             summary judgment regarding
                             Louisiana schools.

   09/05/06 Restivo          Telephone call with H. Engel (.3);   1.00
                             review of new filings related to
                             property damage claims (.7).

172573 W. R. Grace & Co.                          Invoice Number  1462003
60033  Claim Analysis Objection Resolution        Page    2
       & Estimation (Asbestos)
October 23, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 09/06/06 | Cameron | Attention to Canadian claims and related work (1.8); multiple e-mails regarding open issues, tasks and scheduling (0.8); review omnibus objections (0.8); review draft letters to counsel (0.4); attention to statute of limitations issues (0.9). | 4.70 |
| 09/06/06 | Engel | Draft summary judgment motion. | 4.40 |
| 09/06/06 | Flatley | E-mails to/from D. Cameron and others regarding various issues, including scheduling. | .40 |
| 09/06/06 | Restivo | Review email and correspondence. | .80 |
| 09/07/06 | Cameron | Prepare for and participate in call with counsel relating to Canadian claims (1.4); attend to issues on action items list (0.9); review draft letters and proposed Orders and e-mails regarding same (0.6); multiple e-mails regarding scheduling (0.3); review Canadian claims materials (1.1). | 4.30 |
| 09/07/06 | Engel | Continue work on summary judgment motion. | 5.90 |
| 09/07/06 | Restivo | Meeting with D. Cameron (0.3); receipt of work plan and emails (0.9). | 1.20 |
| 09/08/06 | Cameron | Prepare for and meet with J. Restivo and L. Flatley regarding PD Team meetings and responsibilities for open tasks (1.7); attention to materials for Canadian claims (1.0); e-mails regarding scheduling (0.3); telephone call with D. Biderman (0.3); review California claims materials (1.4). | 4.70 |
| 09/08/06 | Engel | Discussion with J. Restivo regarding strategy for summary judgment motion (0.7); review documents regarding same (1.8); continue to draft same (5.8). | 8.30 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
October 23, 2006

Invoice Number  1462003
Page    3

| Date | Name | | Hours |
|------|------|---|-------|
| 09/08/06 | Flatley | Reviewing action lists and court schedule for hearings (1.2); meet with J. Restivo and D. Cameron regarding planning for hearings and preparation (1.7). | 2.90 |
| 09/08/06 | Restivo | Prepare for and attend planning meeting. | 3.00 |
| 09/09/06 | Engel | Continue to review documents and work on summary judgment motion. | 3.50 |
| 09/10/06 | Cameron | Review J. Restivo summary and comment (0.8); review materials relating to Canadian claims (0.9). | 1.70 |
| 09/10/06 | Engel | Draft summary judgment brief and review documents regarding same. | 2.70 |
| 09/10/06 | Restivo | Revise action list. | 1.50 |
| 09/11/06 | Ament | Provide D. Cameron with list of asbestos property damage claims. | .10 |
| 09/11/06 | Aten | Read property damage claims materials, including case management orders, 15th Omnibus Objection,  witness disclosure statements, and expert reports of Drs. Hughson, Anderson and Welch. | 3.10 |
| 09/11/06 | Cameron | Prepare for (0.4) and participate in portions of conference call with PD claims team (0.8); meet with J. Restivo and L. Flatley regarding same (0.3); e-mails regarding same (0.5); review and revise draft task list for conference call (0.6); review materials from dust methodology reports (0.8); review statute of limitations materials (0.8); review materials regarding Canadian claims (0.6). | 4.80 |

172573 W. R. Grace & Co.                          Invoice Number  1462003
60033  Claim Analysis Objection Resolution        Page    4
       & Estimation (Asbestos)
October 23, 2006


| Date | Name | | Hours |
|------|------|---|-------|
| 09/11/06 | Engel | Review documents for summary judgment motion (1.6);  review additional cases and documents (2.1);  review correspondence regarding same (0.2);  revise motion regarding same (0.7). | 4.60 |
| 09/11/06 | Flatley | E-mails and correspondence on various issues (0.6); call with B. Harding and follow-up regarding copies of various documents (0.4); preparation for group conference call (0.8); group conference call and follow-up on it (2.2). | 4.00 |
| 09/11/06 | Restivo | Update action items list (1.0); conference call re:  same (1.0). | 2.00 |
| 09/12/06 | Aten | Conference with L. Flatley re Daubert hearing and deposition of medical experts (.5); compile list of records and materials in preparation for depositions of medical experts and send to L. Flatley and C. Gatewood (1.1); finish reading Dr. Welch's expert report (.7). | 2.30 |
| 09/12/06 | Cameron | Review materials from K&E regarding claims files (0.9); review e-mails from K&E and respond (0.3); review statute of limitations materials (0.8); attention to methodology issue reports (0.6). | 2.60 |
| 09/12/06 | Engel | Review questionnaires prepared by plaintiffs (7.9); discuss strategy regarding summary judgment motion with J. Restivo (0.9). | 8.80 |
| 09/12/06 | Flatley | Organizing and meet with R. Aten regarding projects to be undertaken (0.8); e-mails and replies regarding various issues (0.2). | 1.00 |
| 09/12/06 | Restivo | Telephone call with H. Engel and analysis of Louisiana claims. | 2.60 |

172573 W. R. Grace & Co.                     Invoice Number  1462003
60033  Claim Analysis Objection Resolution   Page   5
       & Estimation (Asbestos)
October 23, 2006


| Date | Name | | Hours |
|------|------|---|-------|
| 09/13/06 | Aten | Conference with C. Gatewood re Daubert hearing. | .20 |
| 09/13/06 | Cameron | Review materials from K&E regarding statute of limitations and other briefing issues (1.4); prepare for 9/14 call (0.9); review Canadian claims information (0.8). | 3.10 |
| 09/13/06 | Engel | Review questionnaire responses. | 6.70 |
| 09/13/06 | Flatley | Review and respond to e-mails. | .20 |
| 09/13/06 | Restivo | Louisiana claims review. | 1.00 |
| 09/14/06 | Cameron | Prepare for and participate in PD team call (0.9); review draft brief regarding Prudential issues (0.8); review draft Summary Judgment briefs (1.2); attention to materials for meeting in Canada (0.8). | 3.70 |
| 09/14/06 | Engel | Review questionnaire responses. | 3.90 |
| 09/14/06 | Flatley | Beginning preparation of a comprehensive "to do" list (1.1); conference call and follow-up on it (1.0). | 2.10 |
| 09/14/06 | Restivo | Begin review of Louisiana claims (1.0); telephone call with H. Engel (.5); prepare for and strategic planning call (1.0). | 2.50 |
| 09/15/06 | Ament | Meet with J. Restivo re: PD claims received from H. Engel. | .30 |
| 09/15/06 | Cameron | Review draft motions and provide comments (1.0); multiple e-mails regarding same (0.5); review materials for Canadian claims (1.1); attention to Statute of Limitations issues (0.8). | 3.40 |
| 09/15/06 | Engel | Review questionnaire responses, analyze data, and draft memorandum re same. | 6.30 |

172573 W. R. Grace & Co.                    Invoice Number  1462003
60033  Claim Analysis Objection Resolution  Page    6
       & Estimation (Asbestos)
October 23, 2006


      Date    Name                                              Hours
   --------  -----------                                        -----

   09/15/06 Flatley         Drafting, revising and circulating   5.60
                            outline of tasks to be done to
                            prepare portions of the property
                            damage estimation hearings (4.8);
                            review Anderson Memorial response
                            and e-mails re: same (0.5); review
                            CMO objections (0.3).

   09/15/06 Restivo         Review correspondence re:  NY PD     1.00
                            claims, Louisiana PD claims and
                            CMO objections.

   09/16/06 Cameron         Attention to Statute of             1.00
                            Limitations materials.

   09/17/06 Cameron         Review materials from K&E for       1.50
                            meeting in Canada.

   09/18/06 Cameron         Review materials for meetings in    4.60
                            Canada (1.9); review materials
                            from California counsel (0.7);
                            attention to scheduling issues
                            (0.4); review product ID materials
                            (1.6).

   09/18/06 Flatley         Reviewing California opinions and   4.70
                            legal research.

   09/18/06 Restivo         Louisiana claims review and memo    2.00
                            to H. Engel.

   09/19/06 Atkinson        Review additional materials re:      .50
                            product ID and medical witnesses
                            per L. Flatley request.

   09/19/06 Cameron         Prepare for (0.7) and participate   5.10
                            in conference call with K&E,
                            Canadian counsel and potential
                            consultant (2.9); review materials
                            from L. Flatley regarding Product
                            ID and Statute of Limitations
                            (0.6); review claims file
                            materials (0.9).

   09/19/06 Flatley         Call with W. Sparks and follow-up   5.80
                            e-mails and calls (0.5); reviewing
                            research on California issues,
                            analysis and e-mail to D.
                            Biderman, et al. (4.7); call with
                            J. Restivo and follow-up (0.4);

172573 W. R. Grace & Co.                          Invoice Number  1462003
60033  Claim Analysis Objection Resolution        Page    7
       & Estimation (Asbestos)
October 23, 2006


| Date | Name | | Hours |
|------|------|---|-------|
| | | call with D. Cameron (0.2). | |
| 09/19/06 | Restivo | Continue review of Louisiana claims. | 3.00 |
| 09/20/06 | Ament | Meet with J. Restivo re: Louisiana claims provided by H. Engel (.20); create Excel spreadsheet re: same per J. Restivo request (.20). | .40 |
| 09/20/06 | Cameron | Review draft Order relating to Canadian claims (0.2); review materials from J. Restivo regarding summaries (0.7); e-mails regarding scheduling (.2); attention to materials from M. Dierkes regarding Canadian claims (1.4); attention to Statute of Limitations issues in Canada (0.9). | 3.40 |
| 09/20/06 | Flatley | E-mails and replies (0.2); meet with D. Cameron (0.3); meet with R. Aten (0.1); additional e-mails and replies (0.4). | 1.00 |
| 09/20/06 | Restivo | Review claims - LaFouche Parish, St. Martin Parish, Jefferson Davis Parish, LaSalle Parish, and Acadia Parish. | 4.50 |
| 09/21/06 | Cameron | Meet with J. Restivo and L. Flatley regarding PD claims issues (0.5); telephone call with R. Finke regarding same (0.3); attention to product ID issues (0.9); attention to materials from M. Dierkes regarding Canadian claims and summary to J. Restivo regarding same (0.9); begin summary of expert issues for trials (1.2); review Statute of Limitations materials (0.6). | 4.40 |
| 09/21/06 | Engel | Continue review of documents (1.1);  draft correspondence re same (0.6);  draft memorandum re same (0.7);  draft summary judgment motion (4.0) | 6.40 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
October 23, 2006

Invoice Number  1462003
Page    8

| Date | Name | | Hours |
|------|------|------|------|
| 09/21/06 | Flatley | E-mails and replies, including to schedule meeting (0.2); meet with R. Aten and call to schedule (0.1); preparation for meeting on 9/25 hearing strategy (0.3); meeting with J. Restivo and D. Cameron about strategy for 9/25 hearing and call with R. Finke, et al. (1.1); call with W. Sparks regarding his message (0.2); follow-up on W. Sparks call (0.3); reviewing issues for 1/07 hearing (2.4); call with R. Senftleben and follow-up (0.4); organizing (0.2). | 5.20 |
| 09/21/06 | Restivo | Review claims from Caddo, Lafayette and Natchitoches Parishes (2.5); planning meeting, calls and emails (1.0). | 3.50 |
| 09/22/06 | Aten | Conference with L. Flatley re background of case, things to do, materials to collect and e-mail to M. Atkinson re files needed to be pulled. | 1.40 |
| 09/22/06 | Cameron | Attention to materials from K&E regarding Louisiana claims (0.6); review materials relating to schedule (0.4); attention to issues raised by J. Restivo summary (0.9). | 1.90 |
| 09/22/06 | Flatley | E-mails and replies regarding various organizational issues (0.5); preparation for meeting (0.2); meeting with R. Aten to plan work assignments and strategy (1.4). | 2.10 |
| 09/22/06 | Restivo | Review information on Caddo Parish and one hospital. | 1.00 |
| 09/24/06 | Aten | Reviewed case files for information re Dr. Hughson and Dr. Anderson. | .70 |

172573 W. R. Grace & Co.                          Invoice Number  1462003
60033  Claim Analysis Objection Resolution        Page    9
       & Estimation (Asbestos)
October 23, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 09/24/06 | Cameron | Attention to Canadian claims materials (0.7); review materials for 9/25 hearing (0.8); review statute of limitations materials (0.6). | 2.10 |
| 09/25/06 | Aten | Reviewed files for materials re: Drs. Anderson and Hughson. | .50 |
| 09/25/06 | Cameron | Meet with J. Restivo regarding PD schedule and hearing update (0.6); review materials relating to dust methodology reports (0.8); attention to request for expert materials (0.4). | 1.80 |
| 09/25/06 | Engel | Continue drafting summary judgment motion and reviewing recent decisions. | 3.20 |
| 09/25/06 | Flatley | E-mails and replies regarding expert information (0.4); review reply to motion and comment on it (0.4). | .80 |
| 09/26/06 | Atkinson | Review Grace files re:  meeting with witnesses per L. Flatley, R. Aten request. | .80 |
| 09/26/06 | Cameron | Attention to expert reliance materials regarding dust methodology reports (0.7); review dust methodology reports (1.2); review materials for 9/28 team meeting and conference call (0.8); attention to claims file issues (0.4). | 3.10 |
| 09/26/06 | Engel | Review recent court decisions. | .90 |
| 09/26/06 | Flatley | E-mails and replies regarding motions (0.4); call with D. Cameron regarding status (0.2); meet with M. Atkinson regarding documents for upcoming meetings (0.1). | .70 |
| 09/26/06 | Restivo | Receipt and review of new materials. | 1.00 |

172573 W. R. Grace & Co.                    Invoice Number  1462003
60033  Claim Analysis Objection Resolution  Page  10
       & Estimation (Asbestos)
October 23, 2006

| Date | Name | | Hours |
|------|------|------|------|
| 09/27/06 | Atkinson | Review witness materials requested by L. Flatley. | .40 |
| 09/27/06 | Cameron | E-mails regarding conference call (0.3); review materials in preparation for call (1.5); review scheduling issues (0.4). | 2.20 |
| 09/27/06 | Flatley | Message for W. Sparks and call with W. Sparks (0.2); preliminary review of materials for witness meetings (1.6); call with D. Cameron regarding status and conference call on scheduling (0.2). | 2.00 |
| 09/28/06 | Cameron | Prepare for (0.5); and participate in conference call with Asbestos PD Claims Team (0.9); review materials from K&E regarding Canadian claims issues (1.4); review materials relating to summary judgment issues (0.4); e-mails with defense team regarding dust methodology issues (0.5). | 3.70 |
| 09/28/06 | Engel | Draft brief. | 3.00 |
| 09/28/06 | Flatley | E-mails to/from D. Biderman (0.2); preparation for conference call, including reviewing K&E memos and draft motion and e-mails regarding draft motion (2.8); R. Senftleben e-mails (0.1); team conference call and follow-up (1.4). | 4.50 |
| 09/29/06 | Engel | Discuss strategy re brief with L. Flatley and J. Restivo. | .30 |
| 09/30/06 | Aten | Began to read transcript of Armstrong - Daubert hearing. | 3.10 |

                                                        ------
                                          TOTAL HOURS   246.20

| TIME SUMMARY | Hours | Rate | Value |
|------|------|------|------|
| James J. Restivo Jr. | 31.60 at $ 600.00 = | | 18,960.00 |

172573 W. R. Grace & Co.                          Invoice Number   1462003
60033  Claim Analysis Objection Resolution        Page   11
       & Estimation (Asbestos)
October 23, 2006


```
    Lawrence E. Flatley      43.00  at  $  535.00  =   23,005.00
    Douglas E. Cameron       77.00  at  $  530.00  =   40,810.00
    Harold J. Engel          80.80  at  $  500.00  =   40,400.00
    Rebecca E. Aten          11.30  at  $  270.00  =    3,051.00
    Maureen L. Atkinson       1.70  at  $  180.00  =      306.00
    Sharon A. Ament           0.80  at  $  130.00  =      104.00

                   CURRENT FEES                       126,636.00


                                                    ------------
                   TOTAL BALANCE DUE UPON RECEIPT    $126,636.00
                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1462004
One Town Center Road                     Invoice Date      10/23/06
Boca Raton, FL    33486                  Client Number      172573

========================================================================
Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                            29,028.50
        Expenses                             0.00

            TOTAL BALANCE DUE UPON RECEIPT        $29,028.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1462004 |
| Invoice Date | 10/23/06 |
| Client Number | 172573 |
| Matter Number | 60035 |


========================================================================
Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 09/01/06 | Ash | Continuing drafting Dr. Rose cross-examination outline. | 2.50 |
| 09/01/06 | Cameron | Attention to Court rulings. | .50 |
| 09/01/06 | Roberts | Review and analyze sections of Frank cross-exam outline. | 1.20 |
| 09/01/06 | Taylor-Payne | Review of Dr. Millette transcripts (0.3); updated spreadsheet for Dr. Millette (0.3); prepared index for Dr. Millette transcripts (0.4); compiled Dr. Millette materials (0.9) | 1.90 |
| 09/04/06 | Cameron | Attention to Court rulings (0.6); attention to testing data from consultants (0.7); review EPA sample materials (0.5). | 1.80 |
| 09/04/06 | Keppel | Review deposition transcripts of Dr. Rose for cross examination outline. | 2.30 |
| 09/05/06 | Atkinson | Review file content reports re: Grace witness files. | .20 |
| 09/05/06 | Cameron | Attention to testing data materials from consultant (0.9); review cross-examination materials (0.9); telephone call with consultant regarding project issues (0.2); e-mails with Grace regarding same (0.3). | 2.30 |

172573 W. R. Grace & Co.                          Invoice Number  1462004
60035  Grand Jury Investigation                   Page    2
October 23, 2006

|    Date   | Name        | | Hours |
|-----------|-------------|---|-------|

| 09/05/06 | Keppel | Review deposition transcripts of Dr. Rose for cross examination outline. | .40 |
| 09/05/06 | Ransom | Conference with M. Sanner re Spear cross-exam outline. | .20 |
| 09/05/06 | Sanner | Telephone discussion with E. Ransom re Spear cross examination issues. | .20 |
| 09/06/06 | Atkinson | Letter to S. Spivack (Bradley Arant Rose) enclosing materials requested re:  Grace witness. | .50 |
| 09/06/06 | Cameron | E-mails regarding testing data (0.4); telephone call with consultant and R. Finke regarding same (0.4); attention to trial preparation materials (0.9). | 1.70 |
| 09/06/06 | Jeziorowski | Receipt and review of additional deposition transcripts (3.0); create additional index for deposition transcripts received from counsel (.50); update spreadsheet for additional transcripts (1.0). | 4.50 |
| 09/06/06 | Keppel | Review and revise outline of deposition testimony of Dr. Vernon Rose. | .40 |
| 09/06/06 | Taylor-Payne | Organization of Dr. Lemen binders (1.5); e-mails to and from Ms. Sanner, Ms. Rutkowski, Ms. Jeziorowski, and Ms. Flippen regarding contacts made to obtain expert materials (0.5). | 2.00 |
| 09/07/06 | Cameron | Prepare for and participate in call with R. Finke and consultant regarding open issues and tasks (1.2); prepare for and participate in call with R. Finke , B. Jacobsen, R. Senftleben and consultant regarding Libby work projects (1.1); attention to cross-examination materials (0.9); telephone call with B. Stansberg | 3.50 |

172573 W. R. Grace & Co.    Invoice Number  1462004
60035  Grand Jury Investigation  Page   3
October 23, 2006

| Date | Name | | Hours |
|------|------|------|------|
| | | and e-mails regarding consultant meeting (0.3). | |
| 09/07/06 | Ransom | Begin work on cross-examination outline re Dr. Spear. | 2.70 |
| 09/07/06 | Taylor-Payne | Organization of expert witness binders | 1.40 |
| 09/08/06 | Cameron | Telephone call with consultant regarding status of work (0.3); review recent court rulings (0.8); review materials for EPA testing data (0.8). | 1.90 |
| 09/10/06 | Cameron | Review materials from consultant regarding EPA data. | .80 |
| 09/11/06 | Roberts | Review, analyze and create outline for A. Frank cross-examination. | 1.50 |
| 09/12/06 | Cameron | Review materials from consultant regarding EPA samples. | .80 |
| 09/12/06 | Jeziorowski | Receipt and review of additional transcripts for Dr. Millette (.50); update binders with new transcripts received on Dr. Millette (1.60); update spreadsheet (.40). | 2.50 |
| 09/12/06 | Klapper | Edit direct examination slide presentation for witness. | 2.30 |
| 09/12/06 | Ransom | Continue work on Spear cross-exam outline. | 2.70 |
| 09/13/06 | Cameron | Continue review and attention to materials relating to EPA samples. | .90 |
| 09/13/06 | Roberts | Review, analyze and create outline for A. Frank cross-examination. | 4.50 |
| 09/14/06 | Cameron | Review materials regarding expert witness tasks. | .90 |
| 09/14/06 | Ransom | Continue work on exam outline re Dr. Spear. | 2.20 |

172573  W. R. Grace & Co.                       Invoice Number  1462004
60035  Grand Jury Investigation                 Page   4
October 23, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 09/14/06 | Roberts | Review, analyze and create outline for A. Frank cross-examination. | 1.70 |
| 09/15/06 | Ransom | Continue work on cross exam outline re Dr. Spear. | 4.90 |
| 09/15/06 | Roberts | Draft Frank cross exam outline. | 2.00 |
| 09/16/06 | Cameron | Attention to materials from experts. | 1.00 |
| 09/17/06 | Roberts | Draft Frank Cross exam and send to M. Sanner & M. Rutkowski. | 2.50 |
| 09/17/06 | Rutkowski | Work on cross-exam outline for Frank. | 1.60 |
| 09/18/06 | Cameron | Attention to testing data and EPA work. | 1.30 |
| 09/18/06 | Ransom | Continue work on cross exam outline re Dr. Spear. | 1.60 |
| 09/18/06 | Rutkowski | Finish cross-exam for Frank. | 3.70 |
| 09/19/06 | Jeziorowski | Update spreadsheet for Dr. Millette (2.10); Update spreadsheet for Dr. Lemen (2.20). | 4.30 |
| 09/20/06 | Jeziorowski | Complete review of Millette spreadsheet with deposition transcripts. | 1.30 |
| 09/21/06 | Atkinson | Review databases for Libby articles requested by consultant. | .40 |
| 09/21/06 | Rutkowski | Review final cross exam outline for Frank. | .50 |
| 09/22/06 | Sanner | Work on finalizing Frank cross outline. | 1.50 |
| 09/23/06 | Cameron | E-mails regarding court rulings on motions in limine (0.4); review materials regarding same (0.9). | 1.30 |
| 09/25/06 | Cameron | Attention to rulings on Motions in Limine. | .70 |

172573 W. R. Grace & Co.                    Invoice Number  1462004
60035  Grand Jury Investigation             Page   5
October 23, 2006

```
    Date   Name                                                       Hours
    -------- -----------                                              -----

    09/25/06 Keppel          Review deposition transcripts of          2.60
                             Dr. Rose for cross examination
                             outline.

    09/25/06 Rutkowski       Review final Frank draft.                  .60

    09/25/06 Sanner          Work on finalizing Frank cross           2.30
                             outline.

    09/26/06 Radcliffe       Review files for witness materials        .70
                             per L. Flatley and R. Aten's
                             request in preparation for
                             meetings.

                                                           ------
                                            TOTAL HOURS    87.70
```

```
    TIME SUMMARY              Hours          Rate        Value
    ---------------------    --------    -------------   -------
    Douglas E. Cameron        19.40  at  $  530.00  =   10,282.00
    Antony B. Klapper          2.30  at  $  500.00  =    1,150.00
    Margaret L. Sanner         4.00  at  $  415.00  =    1,660.00
    Jesse J. Ash               2.50  at  $  330.00  =      825.00
    Margaret Rutkowski         6.40  at  $  315.00  =    2,016.00
    Melissa J. Keppel          5.70  at  $  310.00  =    1,767.00
    Elizabeth A. Ransom       14.30  at  $  260.00  =    3,718.00
    Richard W. Roberts        13.40  at  $  330.00  =    4,422.00
    Maureen L. Atkinson        1.10  at  $  180.00  =      198.00
    Robert H Radcliffe         0.70  at  $  105.00  =       73.50
    Michelle Jeziorowski      12.60  at  $  160.00  =    2,016.00
    Jennifer L. Taylor-Payne   5.30  at  $  170.00  =      901.00

            CURRENT FEES                          29,028.50


                                               ------------
            TOTAL BALANCE DUE UPON RECEIPT       $29,028.50
                                               =============
```