REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1462005 |
| One Town Center Road | Invoice Date | 10/23/06 |
| Boca Raton, FL   33486 | Client Number | 172573 |

===========================================================================
Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                                          0.00
        Expenses                                  1,670.58

                    TOTAL BALANCE DUE UPON RECEIPT      $1,670.58
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1462005
One Town Center Road                     Invoice Date      10/23/06
Boca Raton, FL    33486                  Client Number      172573
                                         Matter Number       60026


==========================================================================
Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

         Telephone Expense                          9.10
         IKON Copy Services                         56.20
         PACER                                      18.72
         Duplicating/Printing/Scanning            500.10
         Westlaw                                   533.81
         Courier Service - Outside                  31.21
         Secretarial Overtime                      217.50
         Meal Expense                              303.94

            CURRENT EXPENSES                      1,670.58
                                              -------------

            TOTAL BALANCE DUE UPON RECEIPT       $1,670.58
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1462005
One Town Center Road                     Invoice Date        10/23/06
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60026


========================================================================
Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 08/08/06 | PACER--Electronic docket retrieval service charges. | 16.32 |
| 08/24/06 | PACER--Electronic docket retrieval service charges. | 2.40 |
| 09/01/06 | Duplicating/Printing/Scanning ATTY # 0718; 336 COPIES | 50.40 |
| 09/01/06 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 09/01/06 | Meal Expense Bagel Factory Catering--lunch charges (meal for 12) on 8/10/2006. | 226.45 |
| 09/05/06 | Meal Expense - - Refreshments for K & E meeting to prepare for 9/11 hearing. | 7.89 |
| 09/05/06 | Telephone Expense 504-581-3200/NEW ORLEANS, LA/3 | .15 |
| 09/05/06 | Duplicating/Printing/Scanning ATTY # 0559: 12 COPIES | 1.80 |
| 09/05/06 | Duplicating/Printing/Scanning ATTY # 0559: 8 COPIES | 1.20 |
| 09/05/06 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 09/06/06 | IKON Copy Services - - Copying for service of CNO for monthly fee application. | 56.20 |
| 09/06/06 | Telephone Expense 410-531-4355/COLUMBIA, MD/11 | .55 |

172573 W. R. Grace & Co.                          Invoice Number  1462005
60026  Litigation and Litigation Consulting       Page    2
October 23, 2006

| Date | Description | Amount |
|---|---|---|
| 09/06/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/8 | .40 |
| 09/06/06 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/3 | .15 |
| 09/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .30 |
| 09/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/07/06 | Westlaw --Retrieve cases re: summary judgment<br>brief. | 47.19 |
| 09/08/06 | Telephone Expense<br>312-616-2918/CHICAGO, IL/2 | .10 |
| 09/08/06 | Telephone Expense<br>202-262-3035/WASHINGTON, DC/17 | .80 |
| 09/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 175 COPIES | 26.25 |
| 09/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 18 COPIES | 2.70 |
| 09/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 33 COPIES | 4.95 |
| 09/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 755 COPIES | 113.25 |
| 09/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 31 COPIES | 4.65 |
| 09/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 62 COPIES | 9.30 |
| 09/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 14 COPIES | 2.10 |
| 09/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 13 COPIES | 1.95 |
| 09/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 137 COPIES | 20.55 |
| 09/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 139 COPIES | 20.85 |

```
172573 W. R. Grace & Co.                    Invoice Number  1462005
60026  Litigation and Litigation Consulting  Page    3
October 23, 2006
```

| Date | Description | Amount |
|---|---|---|
| 09/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 20 COPIES | 3.00 |
| 09/10/06 | Secretarial Overtime: W.R. Grace & CO -<br>Preparation for Hearing on 9-11-06 | 217.50 |
| 09/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 16 COPIES | 2.40 |
| 09/11/06 | Duplicating/Printing/Scanning<br>ATTY # 7190: 2 COPIES | .30 |
| 09/11/06 | Duplicating/Printing/Scanning<br>ATTY # 7190: 1 COPIES | .15 |
| 09/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 09/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .75 |
| 09/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .75 |
| 09/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .75 |
| 09/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .75 |
| 09/11/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Jason Miller Reed<br>Smith LLP - Pittsburgh to SANDRA MICHAELS<br>(COOPER CITY FL 33328). | 31.21 |
| 09/11/06 | Westlaw--Research in all federal bankruptcy<br>jurisdictions re: standards for extending<br>Debtor's exclusivity period for filing plan of<br>reorganization. | 419.99 |
| 09/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0396; 20 COPIES | 3.00 |
| 09/12/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .30 |
| 09/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 10 COPIES | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1462005
60026  Litigation and Litigation Consulting       Page    4
October 23, 2006

| | | |
|---|---|---:|
| 09/14/06 | Telephone Expense<br>202-262-3035/WASHINGTON, DC/11 | .55 |
| 09/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .75 |
| 09/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 3 COPIES | .45 |
| 09/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 7 COPIES | 1.05 |
| 09/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 7 COPIES | 1.05 |
| 09/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .30 |
| 09/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .30 |
| 09/15/06 | Telephone Expense<br>212-313-9764/NEW YORK, NY/15 | .75 |
| 09/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .90 |
| 09/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 29 COPIES | 4.35 |
| 09/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .15 |
| 09/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 2 COPIES | .30 |
| 09/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.80 |
| 09/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 11 COPIES | 1.65 |
| 09/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 16 COPIES | 2.40 |
| 09/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 16 COPIES | 2.40 |
| 09/20/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1462005
60026  Litigation and Litigation Consulting       Page   5
October 23, 2006

| | | |
|---|---|---|
| 09/21/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/23 | 1.15 |
| 09/21/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/26 | 1.30 |
| 09/21/06 | Telephone Expense<br>302-652-5340/WILMINGTON, DE/8 | .40 |
| 09/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 16 COPIES | 2.40 |
| 09/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 16 COPIES | 2.40 |
| 09/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 16 COPIES | 2.40 |
| 09/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 16 COPIES | 2.40 |
| 09/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.80 |
| 09/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 09/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 09/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | 1.20 |
| 09/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 42 COPIES | 6.30 |

172573 W. R. Grace & Co.                              Invoice Number  1462005
60026  Litigation and Litigation Consulting           Page   6
October 23, 2006

| 09/22/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 174 COPIES | 26.10 |
| 09/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 17 COPIES | 2.55 |
| 09/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 17 COPIES | 2.55 |
| 09/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .15 |
| 09/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .15 |
| 09/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .30 |
| 09/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 10 COPIES | 1.50 |
| 09/25/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/17 | .80 |
| 09/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .60 |
| 09/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 117 COPIES | 17.55 |
| 09/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 18 COPIES | 2.70 |
| 09/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 09/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.80 |
| 09/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 100 COPIES | 15.00 |
| 09/25/06 | Westlaw --Retrieve cases re: summary judgment<br>brief. | 66.63 |
| 09/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 16 COPIES | 2.40 |
| 09/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1462005
60026  Litigation and Litigation Consulting       Page   7
October 23, 2006

| 09/26/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .15 |
| 09/26/06 | Duplicating/Printing/Scanning ATTY # 0559: 8 COPIES | 1.20 |
| 09/26/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .15 |
| 09/26/06 | Duplicating/Printing/Scanning ATTY # 0559: 12 COPIES | 1.80 |
| 09/26/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .15 |
| 09/26/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .15 |
| 09/26/06 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .45 |
| 09/26/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .30 |
| 09/27/06 | Telephone Expense 561-362-1533/BOCA RATON, FL/20 | 1.00 |
| 09/27/06 | Telephone Expense 561-362-1533/BOCA RATON, FL/16 | .80 |
| 09/27/06 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPIES | .15 |
| 09/27/06 | Duplicating/Printing/Scanning ATTY # 4810; 13 COPIES | 1.95 |
| 09/27/06 | Duplicating/Printing/Scanning ATTY # 0718; 26 COPIES | 3.90 |
| 09/28/06 | Duplicating/Printing/Scanning ATTY # 0559: 9 COPIES | 1.35 |
| 09/28/06 | Duplicating/Printing/Scanning ATTY # 0559: 10 COPIES | 1.50 |
| 09/28/06 | Telephone Expense 561-362-1533/BOCA RATON, FL/4 | .20 |
| 09/28/06 | Duplicating/Printing/Scanning ATTY # 0559; 41 COPIES | 6.15 |

```
172573 W. R. Grace & Co.                    Invoice Number  1462005
60026 Litigation and Litigation Consulting  Page   8
October 23, 2006
```

| Date | Description | Amount |
|---|---|---|
| 09/28/06 | Duplicating/Printing/Scanning ATTY # 0559; 22 COPIES | 3.30 |
| 09/28/06 | Duplicating/Printing/Scanning ATTY # 3984; 565 COPIES | 84.75 |
| 09/29/06 | Duplicating/Printing/Scanning ATTY # 0559: 20 COPIES | 3.00 |
| 09/30/06 | Meal Expense - - VENDOR: REED SMITH TRANSFERS PANTRY ALLOCATION OF LUNCH ON 09/10/06. | 40.80 |
| 09/30/06 | Meal Expense - - VENDOR: REED SMITH TRANSFERS PANTRY ALLOCATION OF BREAKFAST ON 09/11/06. | 28.80 |

```
                CURRENT EXPENSES              1,670.58
                                            ------------
          TOTAL BALANCE DUE UPON RECEIPT     $1,670.58
                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1462006
One Town Center Road                     Invoice Date       10/23/06
Boca Raton, FL    33486                  Client Number        172573




================================================================================
Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                                    0.00
        Expenses                            7,048.33

                    TOTAL BALANCE DUE UPON RECEIPT      $7,048.33
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1462006 |
| Invoice Date | 10/23/06 |
| Client Number | 172573 |
| Matter Number | 60035 |

===========================================================================
Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 0.10 |
| PACER | 4.72 |
| Documentation Charge | 3,656.06 |
| Duplicating/Printing/Scanning | 1,904.85 |
| Postage Expense | 0.78 |
| Transcript Expense | 67.20 |
| Courier Service - Outside | 90.44 |
| Outside Duplicating | 1,238.18 |
| General Expense | 16.00 |
| Secretarial Overtime | 70.00 |

CURRENT EXPENSES                     7,048.33
                                   -------------

TOTAL BALANCE DUE UPON RECEIPT       $7,048.33
                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1462006
One Town Center Road                     Invoice Date       10/23/06
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60035

========================================================================
Re: (60035)  Grand Jury Investigation


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

    08/03/06   Documentation Charge: Retrieval of articles for      165.57
               cross-exam preparation.

    08/03/06   Documentation Charge: Retrieval of articles for       30.00
               cross-exam preparation.

    08/04/06   Documentation Charge: Retrieval of articles for       25.00
               cross-exam preparation.

    08/08/06   PACER-ELECTRONIC DOCKET RETRIEVAL CHARGES.              4.72

    08/18/06   Documentation Charge: Retrieval of articles for       40.71
               cross-exam preparation.

    08/18/06   Documentation Charge: Retrieval of articles for       90.00
               cross-exam preparation.

    08/22/06   Documentation Charge: Retrieval of articles for      139.95
               cross-exam preparation.

    08/23/06   Documentation Charge: Retrieval of articles for      103.00
               cross-exam preparation.

    08/28/06   Secretarial Overtime-Create master file.              70.00

    09/01/06   Duplicating/Printing/Scanning                           .30
               ATTY # 7015: 2 COPIES

    09/01/06   Duplicating/Printing/Scanning                          6.75
               ATTY # 4995: 45 COPIES

    09/01/06   Postage Expense                                         .39
               Postage Expense: ATTY # 7015 User: COPELAND, BIL

```
172573 W. R. Grace & Co.                    Invoice Number  1462006
60035  Grand Jury Investigation             Page    2
October 23, 2006
```

| | | |
|---|---|---|
| 09/06/06 | Telephone Expense<br>404-614-7565/ATLANTA, GA/2 | .10 |
| 09/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 626 COPIES | 93.90 |
| 09/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 3 COPIES | .45 |
| 09/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 69 COPIES | 10.35 |
| 09/06/06 | Duplicating/Printing/Scanning<br>ATTY # 4717; 881 COPIES | 132.15 |
| 09/06/06 | Duplicating/Printing/Scanning<br>ATTY # 4717; 694 COPIES | 104.10 |
| 09/06/06 | Duplicating/Printing/Scanning<br>ATTY # 4717; 1612 COPIES | 241.80 |
| 09/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 09/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 09/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 09/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 09/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3279: 11 COPIES | 1.65 |
| 09/06/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Maureen Atkinson, Reed<br>Smith LLP - Pittsburgh to Stephen R. Spivack,<br>Bradley Arant Rose & White (WASHINGTON DC<br>20036). | 3.98 |
| 09/06/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Michelle M.<br>Jeziorowski Reed Smith LLP - Richmond to Morgan<br>Lewis & Bockius (PHILADELPHIA PA 19103). | 15.99 |
| 09/06/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Michelle M.<br>Jeziorowski Reed Smith LLP - Richmond to Mariam<br>Lewis, Morgan Lewis & Bockius (PHILADELPHIA PA<br>19103). | 15.99 |

172573 W. R. Grace & Co.                        Invoice Number  1462006
60035  Grand Jury Investigation                 Page    3
October 23, 2006


09/07/06    Transcript Expense - - VENDOR: MCKENNA LONG &        67.20
            ALDRIDGE, LLP - COPIES OF TRANSCRIPTS.

09/07/06    Duplicating/Printing/Scanning                         1.50
            ATTY # 6896; 10 COPIES

09/07/06    Duplicating/Printing/Scanning                          .30
            ATTY # 7015: 2 COPIES

09/07/06    Postage Expense                                        .39
            Postage Expense: ATTY # 7015 User: TAYLOR, ANDRE

09/08/06    Documentation Charge - -INSTANT INFORMATION          42.50
            SYSTEMS-CHARGE FOR RETRIEVING ARTICLES FOR WORK
            ON EXPERT RELATED ISSUES.

09/11/06    Duplicating/Printing/Scanning                         2.25
            ATTY # 4717: 15 COPIES

09/11/06    Duplicating/Printing/Scanning                         1.80
            ATTY # 4995: 12 COPIES

09/11/06    Duplicating/Printing/Scanning                          .15
            ATTY # 4717: 1 COPIES

09/11/06    Courier Service - Outside Courier Service -          26.40
            00843 UPS - Shipped  to REED SMITH LLP
            (PITTSBURGH PA 15219).

09/11/06    Courier Service - Outside Courier Service -          28.08
            00843 UPS - Shipped to REED SMITH LLP
            (PITTSBURGH PA 15219).

09/12/06    Duplicating/Printing/Scanning                         9.60
            ATTY # 7015; 64 COPIES

09/15/06    Documentation Charge: Retrieval of articles for      22.60
            cross-exam preparation.

09/15/06    Documentation Charge - - VENDOR: UNIVERSITY OF     1039.57
            MINNESOTA - UNIVERSITY OF MINNESOTA SERVICE
            DURING 7/11-7/17/06--retrieval of articles for
            expert witness examination.

09/15/06    Documentation Charge - - VENDOR: INSTANT           192.75
            INFORMATION SYSTEMS - INSTANT INFORMATION
            SYSTEMS., SERVICE ON 8/9/06-retrieval of
            articles for expert witness examination.

172573 W. R. Grace & Co.                          Invoice Number  1462006
60035  Grand Jury Investigation                   Page    4
October 23, 2006

| | | |
|---|---|---:|
| 09/15/06 | Documentation Charge - - VENDOR: INSTANT INFORMATION SYSTEMS - INSTANT INFORMATION SYSTEMS SERVICE ON 8/9/06-retrieval of articles for expert witness examination. | 13.75 |
| 09/15/06 | Documentation Charge - - VENDOR: INSTANT INFORMATION SYSTEMS - SERVICE ON 8/23/06-retrieval of articles for expert witness examination. | 182.25 |
| 09/15/06 | Duplicating/Printing/Scanning ATTY # 3279: 5 COPIES | .75 |
| 09/18/06 | Duplicating/Printing/Scanning ATTY # 0887: 141 COPIES | 21.15 |
| 09/18/06 | Duplicating/Printing/Scanning ATTY # 3279: 5 COPIES | .75 |
| 09/19/06 | Outside Duplicating - - IKON OFFICE SOLUTIONS--DUPLICATION OF VHS TAPES OF PREPARATION MATERIALS. | 149.80 |
| 09/19/06 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC. COPIES OF BINDERS OF CROSS-EXAM MATERIALS(INCLUDING TABS AND BINDERS). | 1088.38 |
| 09/19/06 | Duplicating/Printing/Scanning ATTY # 0856; 297 COPIES | 44.55 |
| 09/19/06 | Duplicating/Printing/Scanning ATTY # 0856; 1204 COPIES | 180.60 |
| 09/19/06 | Duplicating/Printing/Scanning ATTY # 0856; 1633 COPIES | 244.95 |
| 09/19/06 | Duplicating/Printing/Scanning ATTY # 0856; 735 COPIES | 110.25 |
| 09/19/06 | Duplicating/Printing/Scanning ATTY # 0856; 218 COPIES | 32.70 |
| 09/19/06 | Duplicating/Printing/Scanning ATTY # 3279: 10 COPIES | 1.50 |
| 09/19/06 | Duplicating/Printing/Scanning ATTY # 3279: 10 COPIES | 1.50 |
| 09/19/06 | Duplicating/Printing/Scanning ATTY # 3279: 15 COPIES | 2.25 |

172573 W. R. Grace & Co.                          Invoice Number  1462006
60035  Grand Jury Investigation                   Page    5
October 23, 2006


| 09/19/06 | Duplicating/Printing/Scanning<br>ATTY # 3279: 5 COPIES | .75 |
| 09/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 219 COPIES | 32.85 |
| 09/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 977 COPIES | 146.55 |
| 09/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 1118 COPIES | 167.70 |
| 09/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 799 COPIES | 119.85 |
| 09/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 09/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 09/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 09/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .30 |
| 09/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 1 COPIES | .15 |
| 09/22/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 26 COPIES | 3.90 |
| 09/25/06 | Documentation Charge - - VENDOR: LINDA HALL<br>LIBRARY - LINDA HALL LIBRARY SERVICE ON<br>8/30/06-retrieval of articles for expert<br>witness examination. | 1218.00 |
| 09/25/06 | Documentation Charge - - VENDOR: UNIVERSITY OF<br>MINNESOTA - UNIVERSITY OF MINNESOTA SERVICE<br>DURING 8/2-18/2006-retrieval of articles for<br>expert witness examination. | 350.41 |
| 09/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 4 COPIES | .60 |
| 09/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 44 COPIES | 6.60 |
| 09/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 11 COPIES | 1.65 |

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
October 23, 2006

Invoice Number  1462006
Page   6

| | | |
|---|---|---|
| 09/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 69 COPIES | 10.35 |
| 09/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 65 COPIES | 9.75 |
| 09/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 60 COPIES | 9.00 |
| 09/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 432 COPIES | 64.80 |
| 09/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 284 COPIES | 42.60 |
| 09/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 222 COPIES | 33.30 |
| 09/27/06 | General Expense - - VENDOR: LINDA HALL LIBRARY<br>- DELIVERY OF RESEARCH ARTICLES FOR EXPERT<br>WITNESSES EXAMINATIONS. | 16.00 |
| 09/29/06 | Duplicating/Printing/Scanning<br>ATTY # 4717: 34 COPIES | 5.10 |

CURRENT EXPENSES                    7,048.33
                                ------------
TOTAL BALANCE DUE UPON RECEIPT       $7,048.33
                                =============