## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## JULY 2006

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Plan* | | | | |
| July 23 | Review of supplemental objection to Debtors' Ninth Motion to extend exclusivity | .40 | $500 | $ 200.00 |
| *Litigation* | | | | |
| July 24 | Travel to Wilmington, DE for hearing (2 hrs. billed as one); meeting with Asbestos Claimants' Committee, Frankel, Property Damage Committee (1.5); attendance at hearing (2.5); travel to Washington, DC (2 hrs. billed as one). | 6.0 | $500 | $ 3,000.00 |
| **TOTAL** | | **6.40** | | **$3,200.00** |