# EXHIBIT B

## DAVID T. AUSTERN/W.R. GRACE & CO.

## JULY 2006

## EXPENSE SUMMARY

| Date | Expense | Description of Expense |
|------|---------|------------------------|
| No expenses | | |

**TOTAL**     $0.00