## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## AUGUST 2006

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| August 6 | Telephone conference with counsel G. Rasmussen, and D. Felder re expert witnesses | .60 | $500 | $ 300.00 |
| | **TOTAL** | .60 | | $ 300.00 |