<u>**EXHIBIT B**</u>

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**AUGUST 2006**

**EXPENSE SUMMARY**

| <u>Date</u> | <u>Expense</u> | <u>Description of Expense</u> |
|---|---|---|
| No expenses | | |
| | | |
| TOTAL | $0.00 | |