## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> W.R. GRACE & CO., et al. ) <br> ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 01-1139 (JKF) <br> Jointly Administered <br><br> Objection Date: November 20, 2006 at 4:00 p.m. <br> Hearing: Scheduled if Necessary (Negative Notice) |

### COVER SHEET TO TWENTY-FIFTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | September 1, 2006 through September 30, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $3,550.00 |
| 80% of fees to be paid: | $2,840.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   222.48 |
| Total Fees @ 80% and 100% Expenses: | $3,062.48 |

This is an: ___ interim   _X_ monthly   ___ final application.

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

This is the FCR's twenty-fifth interim fee application for the period September 1-30, 2006; the FCR previously filed the following fee applications in this case during this year: twenty-fourth interim fee application for the period August 1-31, 2006 in the amount of $240.00 (80% of $300.00) in fees and no expenses; twenty-third interim fee application for the period July 1-31, 2006 in the amount of $2,560.00 (80% of $3,200.00) in fees and no expenses; twenty-second interim fee application for the period June 1-30, 2006 in the amount of $1,640.00 (80% of $2,050.00) in fees and no expenses; twenty-first interim fee application for the period May 1-31, 2006 in the amount of $3,360.00 (80% of $4,200.00) in fees and expenses in the amount of $693.60; twentieth interim fee application for the period April 1-30, 2006 in the amount of $3,440.00 (80% of $4,300.00) in fees and expenses in the amount of $709.60; nineteenth interim fee application for the period March 1-31, 2006 in the amount of $6,960.00 (80% of $8,700.00) in fees and expenses in the amount of $1,077.44; eighteenth interim fee application for the period February 1-28, 2006 in the amount of $2,720.00 (80% of $3,400.00) in fees and expenses in the amount of $300.01; seventeenth interim fee application for the period December 1-31, 2005 in the amount of $1,200.00 (80% of $1,500.00) in fees and no expenses; sixteenth interim fee application for the period November 1-30, 2005 in the amount of $1,480.00 (80% of $1,850.00) in fees and no expenses; fifteenth interim fee application for the period October 1-31, 2005 in the amount of $440.00 (80% if $550.00) in fees and no expenses; fourteenth interim fee application for the period September 1-30, 2005 in the amount of $120.00 (80% of $150.00) in fees and no expenses; and thirteenth interim fee application for the period August 1-31, 2005 in the amount of $200 (80% of $250.00).

## COMPENSATION SUMMARY
### SEPTEMBER 2006

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 7.10 | $3,550.00 |
| Grand Total: | | | 7.10 | $3,550.00 |
| Blended Rate: $500.00 | | | | |

                Total Fees:        $3,550.00
                Total Hours:           7.10
                Blended Rate:    $ 500.00

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 2.20 | $1,100.00 |
| Plan | 4.90 | $2,450.00 |
| TOTAL | 7.10 | $3,550.00 |

## EXPENSE SUMMARY
## SEPTEMBER 2006

| Expense Category | Total |
|---|---|
| Cab fare to and from airport in Pittsburgh | $222.48 |
| TOTAL | $222.48 |

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: October 26, 2006