<u>EXHIBIT A</u>

DAVID T. AUSTERN/W.R. GRACE & CO.

SEPTEMBER 2006

FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Plan* | | | | |
| September 5 | Review of charts and exhibits for exclusivity hearing (.2); telephone conference with counsel R. Frankel re hearing (.2) | .40 | $500 | $ 200.00 |
| September 11 | Travel to Pittsburgh for hearing (2 hrs. billed as one); attendance at hearing (2.5); travel to Washington, DC (2 hrs. billed as one) | 4.50 | $500 | $2,200.00 |
| | SUBTOTAL | 4.90 | | $2,450.00 |
| *Litigation* | | | | |
| September 22 | Meeting with Orrick litigation team | 2.20 | $500 | $1,100.00 |
| | **TOTAL** | 7.10 | | $3,550.00 |