## EXHIBIT B

## DAVID T. AUSTERN/W.R. GRACE & CO.

## SEPTEMBER 2006

## EXPENSE SUMMARY

| Date | Expense | Description of Expense |
|---|---|---|
| September 11 | $222.48 | Transportation to and from airport in Pittsburgh (Note: all other transportation in this period was paid by Orrick Herrington) |
| **TOTAL** | **$222.48** | |