IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | Objection Deadline: December 1, 2006 at 4:00 p.m. |
| ) | Hearing: December 18, 2006 at 12:00 p.m. |

NINTH QUARTERLY INTERIM FEE APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF APRIL 1, 2006 THROUGH JUNE 30, 2006

Pursuant to 11 U.S.C. §§ 330 and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Code"), and this Court's Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001 (collectively, the "Administrative Order"), David T. Austern, the Future Claimants Representative ("FCR") hereby submits this ninth quarterly interim application (the "Ninth Quarterly Interim Application") for an allowance of (i) compensation for professional services rendered to W.R. Grace & Co. and its affiliates (collectively, the "Debtors") for the period of April 1, 2006 through June 30, 2006 (the "Interim Period"), and (ii) the reimbursement of expenses incurred during the same period.

By this Ninth Quarterly Fee Application the FCR seeks the interim allowance of compensation in the amount of $10,550.00 and reimbursement of actual and necessary expenses in the amount of $1,403.20 for a total of $11,953.20, or 100% of all compensation and expense reimbursement requested, for the period April 1, 2006 through June 30, 2006 (the "Interim Period"). In support of this Ninth Quarterly Interim Application, the FCR respectfully represents as follows:

### Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1334.

### Background

2. On April 2, 2001 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. By an Order dated May 24, 2004, the Court appointed the FCR for the above captioned cases.

### Monthly Fee Applications Covered Herein

4. This Ninth Quarterly Fee Application has been filed with the Court simultaneous with the October, November and December monthly fee applications of the FCR pursuant to the Administrative Order.

5.  The FCR filed his Twentieth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1-30, 2006 (the "Twentieth Monthly") on May 26, 2006 requesting $3,440.00 in fees (80% of $4,300.00) and expenses of $709.60 [Docket No. 12538]. The deadline to file objections expired June 15, 2006; no objections were filed and the FCR filed a Certificate of No Objection on June 16, 2006 [Docket No. 12662]. The Twentieth Monthly is attached hereto as Exhibit A and incorporated herein by reference.

6.  The FCR filed his Twenty-First Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Period May 1-31, 2006 (the "Twenty-First Monthly") on July 11, 2006 requesting $3,360.00 in fees (80% of $4,200.00) and expenses of $693.60 [Docket No. 12775]. The deadline to file objections expired July 31, 2006; no objections were filed and the FCR filed a Certificate of No Objection on August 16, 2006 [Docket No. 12999]. The Twenty-First Monthly is attached hereto as Exhibit B and incorporated herein by reference.

7.  The FCR filed his Twenty-Second Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Period May 1-31, 2006 (the "Twenty-Second Monthly") on September 18, 2006 requesting $1,640.00 in fees (80% of $2,050.00) and no expenses [Docket No. 13241]. The deadline to file objections expired October 5, 2006; no objections were filed and the FCR filed a Certificate of No Objection on October 16, 2006 [Docket No. 13413]. The Twenty-Second Monthly is attached hereto as Exhibit C and incorporated herein by reference.

8. The Twentieth, Twenty-First and Twenty-Second Monthly Fee Applications covered by this Ninth Quarterly Fee Application contains detailed daily time logs describing the actual and necessary services provided by the FCR during the Interim Period as well as other detailed information to be included in fee applications.

## Requested Relief

9. By this Ninth Quarterly Application, the FCR requests that the Court approve the interim allowance of compensation for professionals services rendered and the reimbursement of actual and necessary expenses incurred by the FCR from April 1, 2006 through June 30, 2006. As stated above, the full scope of the services provided and the related expenses incurred are fully described in the Twentieth, Twenty-First, and Twenty-Second Monthly fee applications attached hereto as Exhibit A (April), B (May) and C (June).

10. At all relevant times, the FCR has been an disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of future asbestos claimants.

11. All services for which compensation is requested by the FCR were performed in his capacity as FCR and not on behalf of any Debtor, committee, creditor, or other person.

12. Other than the Debtors' obligation to pay fees and expenses allowed by this Court, the FCR has received no payment and no promise for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the Debtors' cases. There is no agreement or understanding between the FCR and any other person for the sharing of compensation to be received for services rendered in these cases.

WHEREFORE, the FCR respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that, for the period April 1, 2006 through June 30, 2006, an allowance be made to the FCR in the sum of $10,550.00 as compensation for reasonable and necessary professional services rendered and expenses of $1,403.20 for a total of $11,953.20, that the Debtors be authorized and directed to pay to FCR the outstanding amount of such sums, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

_____
David T. Austern, Future Claimants Representative
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
(703) 205-0835

Dated: October 26, 2006