## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| | ) |
| W.R. GRACE & CO., et al. | ) |
| | ) |
| Debtors. | ) |
| | ) |

**Chapter 11**
**Case No. 01-01139 (JKF)**
**(Jointly Administered)**
Objection Deadline: December 1, 2006 at 4:00 p.m.
Hearing: December 18, 2006 at 12:00 p.m.

### NOTICE OF FILING OF
### NINTH QUARTERLY INTERIM FEE APPLICATION OF
### DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE, FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE PERIOD APRIL 1, 2006 THROUGH JUNE 30, 2006

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served his Ninth Quarterly Interim Fee Application for Compensation and Reimbursement of Expenses Incurred for the Period April 1, 2006 through June 30, 2006 seeking payment in the amount of $10,550.00 for fees and $1,403.20 in expenses for a total of $11,953.20 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002  (the "Administrative Order").

Any questions regarding this Notice or attachments may be directed to the undersigned counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: October 30, 2006          By: _____
                                      Roger Frankel, admitted *pro hac vice*
                                      Richard H. Wyron, admitted *pro hac vice*
                                      The Washington Harbour
                                      3050 K Street, NW
                                      Washington, DC  20007
                                      (202) 339-8400
                                      Co-Counsel to David T. Austern, Future
                                      Claimants Representative

                                 —and—

                                      PHILLIPS, GOLDMAN & SPENCE, P.A.
                                      John C. Phillips, Jr. (#110)
                                      1200 North Broom Street
                                      Wilmington, DE 19806
                                      (302) 655-4200
                                      (302) 655-4210 (fax)
                                      Co-Counsel to David T. Austern, Future
                                      Claimants Representative