IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>)<br>W.R. GRACE & CO., et al. )<br>)<br>Debtors. )<br>) | **Chapter 11**<br>**Case No. 01-01139 (JKF)**<br>**(Jointly Administered)**<br>Objection Deadline: December 1, 2006 at 4:00 p.m.<br>Hearing: December 18, 2006 at 12:00 p.m. |

**COVER SHEET TO NINTH QUARTERLY INTERIM FEE APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD APRIL 1, 2006 THROUGH JUNE 30, 2006**

## SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | Not Applicable |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | April 1, 2006-June 30, 2006 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $10,550.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $ 1,403.20 |

This is a   ___ monthly        x  interim          ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed the following fee applications during this Ninth Quarterly time period: Twentieth Monthly Fee Application for the period April 1-30, 2006 in the amount of $3,440.00 (80% of $4,300.00) in fees and expenses in the amount of $709.60; Twenty-First Monthly Fee Application for the period May 1-31, 2006 in the amount of $3,360.00 (80% of $4,200.00) in fees and expenses in the amount of $693.60; and Twenty-Second Monthly Fee Application for the period June 1-30, 2006 in the amount of $1,640.00 (80% of $2,050.00) in fees and no expenses.

## COMPENSATION DURING THE TIME PERIOD
## APRIL 1, 2006-JUNE 30, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 21.10 | $10,550.00 |
| Total | | | | $10,550.00 |

Total Fees:    $10,550.00
Total Hours:      21.10
Blended Rate:    $500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 18.60 | $9,300.00 |
| Non-Working Travel | 2.00 | $1,000.00 |
| Plan | .50 | $250.00 |
| TOTAL | 21.10 | $10,550.00 |

## EXPENSE SUMMARY FOR THE TIME PERIOD
## APRIL 1, 2006-JUNE 30, 2006

| Expense Category | Total |
|---|---|
| Airfare | $1,255.20 |
| Parking | $44.00 |
| Taxi | $104.00 |
| **TOTAL** | **$1,403.20** |

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: October 26, 2006

-3-