# EXHIBIT A TO THE FCR'S
# NINTH QUARTERLY:
# MONTHLY FEE APPLICATION
# FOR THE PERIOD
# <u>APRIL 1, 2006 THROUGH APRIL 30, 2006</u>

.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | Objection Date: June 15, 2006 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## COVER SHEET TO TWENTIETH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2006 THROUGH APRIL 30, 2006

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 (appeal pending in the United States District Court for the District of Delaware) |
| Period for which compensation is sought: | April 1, 2006 through April 30, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $4,300.00 |
| 80% of fees to be paid: | $3,440.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  709.60 |
| Total Fees @ 80% and 100% Expenses: | $4,149.60 |

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:    ___    interim    __X__    monthly    ___    final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

This is the FCR's twentieth interim fee application for the period April 1-30, 2006; the FCR previously filed the following fee applications in this case: nineteenth interim fee application for the period March 1-31, 2006 in the amount of $6,960.00 (80% of $8,700.00) in fees and expenses in the amount of $1,077.44; eighteenth interim fee application for the period February 1-28, 2006 in the amount of $2,720.00 (80% of $3,400.00) in fees and expenses in the amount of $300.01; seventeenth interim fee application for the period December 1-31, 2005 in the amount of $1,200.00 (80% of $1,500.00) in fees and no expenses; sixteenth interim fee application for the period November 1-30, 2005 in the amount of $1,480.00 (80% of $1,850.00) in fees and no expenses; fifteenth interim fee application for the period October 1-31, 2005 in the amount of $440.00 (80% if $550.00) in fees and no expenses; fourteenth interim fee application for the period September 1-30, 2005 in the amount of $120.00 (80% of $150.00) in fees and no expenses; thirteenth interim fee application for the period August 1-31, 2005 in the amount of $200 (80% of $250.00) in fees and no expenses; twelfth interim fee application for the period June 1-30, 2005 in the amount of $1,680.00 (80% of $2,100.00) in fees and no expenses; eleventh interim fee application for the period March 1-31, 2005 in the amount of $1,160.00 (80% of $1,450.00) in fees and no expenses; tenth interim fee application for the period February 1-28, 2005 in the amount of $520.00 (80% of $650.00) in fees and no expenses; ninth interim fee application for the period January 1-31, 2005, in the amount of $240.00 (80% of $300.00) and no expenses; eighth interim fee application for the period December 1-31, 2004 in the amount of $3,080.00 (80% of $3,850.00) in fees and $14.00 in expenses; seventh interim fee application for the period November 1-30, 2004, in the amount of $6,520.00 (80% of $8,150.00) in fees and no expenses; sixth interim fee application for the period October 1-31, 2004, in the amount of $7,440.00 (80% of $9,300.00) in fees and $39.00 in expenses; fifth interim fee application for the period September 1-30, 2004, in the amount of $4,280.00 (80% of $5,350.00) and $256.00 in expenses was filed on November 15, 2004; fourth interim fee application for the period August 1-31, 2004, in the amount of $7,640.00 (80% of $9,550.00) and $7.00 in expenses was filed on November 15, 2004; third interim fee application for the period July 1-31, 2004, in the amount of $1,000.00 (80% of $1,250.00) and $10.00 in expenses; second interim fee application for the period June 1-30, 2004 was filed on September 1, 2004, in the amount of $1,600.00 (80% of $2,000.00) and $14.00 in expenses; and the first interim fee application for the period May 25-31, 2004 was filed on September 1, 2004, in the amount of $5,560.00 (80% of $6,950.00) and $14.00 in expenses.

## COMPENSATION SUMMARY
### APRIL 2006

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 8.60 | $4,300.00 |
| Grand Total: | | | 8.60 | $4,300.00 |
| Blended Rate: $500.00 | | | | |

| | |
|---|---|
| **Total Fees:** | **$4,300.00** |
| **Total Hours:** | **8.60** |
| **Blended Rate:** | **$ 500.00** |

## COMPENSATION BY PROJECT CATEGORY
### APRIL 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Due Diligence | .50 | $250.00 |
| Litigation | 8.10 | $4,050.00 |
| TOTAL | 8.60 | $4,300.00 |

## EXPENSE SUMMARY
### APRIL 2006

| Expense Category | Total |
|---|---|
| Parking | $29.00 |
| Taxi | $62.00 |
| Airfare | $618.60 |
| TOTAL | $709.60 |

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: May 3̶4̶, 2006

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | |
| | ) | |

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

     David T. Austern, after being duly sworn according to law, deposes and says:

    1.    I am the Future Claimants' Representative appointed by the Court in this case.

    2.    I personally performed the work as set forth in the attached Exhibit A.

    3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_(signature)_
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 24th DAY OF May, 2006

_(signature)_
Notary Public

My commission expires: 7-31-06

## EXHIBIT A

### DAVID T. AUSTERN/W.R. GRACE & CO.

### APRIL 2006

### FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|------|----------|-------|------|-------|
| **Litigation** | | | | |
| April 11 | Review of Radecki Grace acquisition material and pension funding (.3); telephone conference with Frankel re same (.2) | .5 | $500 | $ 250.00 |
| April 14 | Conference at Orrick with Frankel, Wyron re mediation strategy. | 1.2 | $500 | $ 600.00 |
| April 17 | Telephone conference/Court hearing | 1.9 | $500 | $ 950.00 |
| April 19 | Meeting with Asbestos Claimants Committee, Frankel and others re meeting with secured creditors (1); meeting with secured creditors (1.3); meeting with Frankel, Wyron re meeting (.2); travel to and from Washington, DC to New York for above referenced meeting (travel time billed at half) (1.6) | 4.1 | $500 | $ 2,050.00 |
| April 27 | Telephone conference with Wyron, Frankel re mediation | .4 | $500 | $ 200.00 |
| SUBTOTAL | | 8.1 | $500 | $ 4,050.00 |
| **Due Diligence** | | | | |
| April 28 | Telephone conference with Radecki Re Grace purchase of silica business | .5 | $500 | $ 250.00 |
| **TOTAL** | | **8.6** | | **$ 4,300.00** |

## EXHIBIT B

### DAVID T. AUSTERN/W.R. GRACE & CO.

### APRIL 2006

### EXPENSE SUMMARY

| Date | Expense | Description of Expense |
|------|---------|------------------------|
| April 14 | $ 14.00 | Parking at Orrick |
| April 19 | $ 618.60 | Airfare |
| April 19 | $ 15.00 | Airport Parking |
| April 19 | $ 62.00 | Taxi's in New York |

| | | |
|------|---------|--|
| **TOTAL** | **$709.60** | |