# EXHIBIT C TO THE FCR'S NINTH QUARTERLY: MONTHLY FEE APPLICATION FOR THE PERIOD JUNE 1, 2006 THROUGH JUNE 30, 2006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | Objection Date: October 5, 2006 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO TWENTY-SECOND MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2006 THROUGH JUNE 30, 2006**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | June 1, 2006 through June 30, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $2,050.00 |
| 80% of fees to be paid: | $1,640.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |
| Total Fees @ 80% and 100% Expenses: | $1,640.00 |

This is an:   ___ interim   _X_ monthly   ___ final application.

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

This is the FCR's twenty-second interim fee application for the period June 1-30, 2006; the FCR previously filed the following fee applications in this case during this year: twenty-first interim fee application for the period May 1-31, 2006 in the amount of $3,360.00 (80% of $4,200.00) in fees and expenses in the amount of $693.60; twentieth interim fee application for the period April 1-30, 2006 in the amount of $3,440.00 (80% of $4,300.00) in fees and expenses in the amount of $709.60; nineteenth interim fee application for the period March 1-31, 2006 in the amount of $6,960.00 (80% of $8,700.00) in fees and expenses in the amount of $1,077.44; eighteenth interim fee application for the period February 1-28, 2006 in the amount of $2,720.00 (80% of $3,400.00) in fees and expenses in the amount of $300.01; seventeenth interim fee application for the period December 1-31, 2005 in the amount of $1,200.00 (80% of $1,500.00) in fees and no expenses; sixteenth interim fee application for the period November 1-30, 2005 in the amount of $1,480.00 (80% of $1,850.00) in fees and no expenses; fifteenth interim fee application for the period October 1-31, 2005 in the amount of $440.00 (80% if $550.00) in fees and no expenses; fourteenth interim fee application for the period September 1-30, 2005 in the amount of $120.00 (80% of $150.00) in fees and no expenses; and thirteenth interim fee application for the period August 1-31, 2005 in the amount of $200 (80% of $250.00).

## COMPENSATION SUMMARY
## JUNE 2006

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 4.10 | $2,050.00 |
| Grand Total: | | | 4.10 | $2,050.00 |
| Blended Rate: $500.00 | | | | |

Total Fees:        $2,050.00
Total Hours:          4.10
Blended Rate:     $ 500.00

## COMPENSATION BY PROJECT CATEGORY
## JUNE 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 4.10 | $2,050.00 |
| TOTAL | 4.10 | $2,050.00 |

## EXPENSE SUMMARY
## JUNE 2006

| Expense Category | Total |
|---|---|
| No expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

*[signature]*

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
(703) 205-0835

Dated: September 14, 2006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Future Claimants' Representative appointed by the Court in this case.

2. I personally performed the work as set forth in the attached Exhibit A.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 14th DAY OF SEPTEMBER, 2006

_____
Notary Public

My commission expires: 3/31/2010

## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## JUNE 2006

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| **_Litigation_** | | | | |
| June 8 | Review of term sheet | .80 | $500 | $ 400.00 |
| June 19 | Meeting with R. Wyron and other Orrick lawyers concerning asbestos medicine as it impacts estimation | 2.00 | $500 | $1,000.00 |
| June 20 | Telephone conference R. Frankel re June 19th hearing | .20 | $500 | $ 100.00 |
| June 23 | Meeting with R. Frankel and R. Wyron re litigation | 1.10 | $500 | $ 550.00 |
| **TOTAL** | | **4.10** | | **$2,050.00** |

## **EXHIBIT B**

## DAVID T. AUSTERN/W.R. GRACE & CO.

## JUNE 2006

## EXPENSE SUMMARY

| Date | Expense | Description of Expense |
|---|---|---|

No expenses


**TOTAL**     $0.00