IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

ORDER GRANTING NINTH QUARTERLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE TIME PERIOD APRIL 1, 2006 THROUGH JUNE 30, 2006

David T. Austern, the Future Claimants Representative (the "FCR"), in the above captioned debtors and debtors-in-possession (the "Debtors"), filed his Ninth Quarterly Interim Application for allowance of compensation and reimbursement of expenses for the time period April 1, 2006 through June 30, 2006 (the "Ninth Quarterly Application"). The Court has reviewed the Ninth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the Ninth Quarterly Application, and any hearing on the Ninth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Ninth Quarterly Application. Accordingly, it is hereby

ORDERED that the Ninth Quarterly Application of the FCR is GRANTED on an interim basis. The Debtors shall pay to the FCR the sum of $10,550.00 as compensation and expenses in the amount of $1,403.20 for a total of $11,953.20 for services rendered and disbursements incurred by the FCR for the period April 1, 2006 through June 30, 2006, less any amounts which may have been previously paid in connection with the FCR's monthly fee applications for this period.

Dated: _____, 2006

_____
United States Bankruptcy Judge