IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Deadline: November 20, 2006 at 4:00 p.m.** |

**FEE DETAIL FOR NELSON MULLINS RILEY &
SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE
<u>PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006</u>**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

October 5, 2006  
Invoice 765967  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 09/30/06 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

09/12/06    Review message from Mr. Bucens, review permit condition referenced for ability to assume approval of sampling plan.
N.J. SMITH                    0.20 hrs.    310.00/hr                    $62.00

09/20/06    Message from Mr. Bucens with draft correspondence and DHEC comments (0.1); review and reply with comments (0.3).
N.J. SMITH                    0.40 hrs.    310.00/hr                    $124.00

**Fees for Legal Services** ................................................................ **$186.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.60 | 310.00 | 186.00 |
| TOTAL | 0.60 | $310.00 | $186.00 |

**Net current billing for this invoice** ................................................................ **$186.00**

**GRAND TOTAL** ................................................................ **$186.00**

W. R. Grace & Co.

October 5, 2006
Invoice 765967  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 09/30/06

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $186.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$186.00** |
| **GRAND TOTAL** | **$186.00** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

October 5, 2006  
Invoice 765968  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06091 | For Services Through 09/30/06 |
| Name of Matter: | Fee Applications | |

09/10/06   Review email from auditor regarding spreadsheets; follow up with paralegal on same for review and comparison.
B.J. BURN                               0.10 hrs.    230.00/hr                  $23.00

09/14/06   Analyze invoices and draft August 2006 fee application for attorney review.
A.R. PRICE                              2.10 hrs.    115.00/hr                 $241.50

09/28/06   Research issue of un-filed fee application and follow up with co-counsel on same.
B.J. BURN                               0.30 hrs.    230.00/hr                  $69.00

**Fees for Legal Services** ................................................................................... **$333.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---:|---:|---:|
| B.J. BURN | 0.40 | 230.00 | 92.00 |
| A.R. PRICE | 2.10 | 115.00 | 241.50 |
| TOTAL | 2.50 | 133.40 | 333.50 |

**Net current billing for this invoice** ................................................................ **$333.50**

**GRAND TOTAL**........................................................................................... **$333.50**

W. R. Grace & Co.

October 5, 2006
Invoice 765968  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 09/30/06

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $333.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$333.50** |
| **GRAND TOTAL** | **$333.50** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701