# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: November 24, 2006 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR PITNEY HARDIN LLP'S
## SIXTY-FIFTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1465098A01 103006

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006[2]

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| Date | Description | | |
|---|---|---|---|
| 09/11/06 | Reviewed final report and related spreadsheets from fee auditor regarding 20th interim application. | | |
| 18 | K. Piper | 0.4 | 108.00 |
| 09/18/06 | Drafted fee application for August 2006. | | |
| 18 | K. Piper | 1.7 | 459.00 |
| 09/19/06 | Review and revise PH's draft August, 2006 fee application. | | |
| 18 | S. Zuber | 0.3 | 130.50 |
| 09/28/06 | Revised fee application for August 2006 and send same to be filed. | | |
| 18 | K. Piper | 0.6 | 162.00 |
| 09/29/06 | Receipt and review of CNO for July 2006 and attention to forwarding same to A. Marchetta and S. Zuber. | | |
| 18 | K. Piper | 0.2 | 54.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.3 | 435.00 | 130.50 |
| K. Piper | 18 | 2.9 | 270.00 | 783.00 |
| TOTAL | | 3.2 | | 913.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| | | | |
|---|---|---|---|
| 09/01/06 | Follow up regarding articles on clean up. | | |
| 14 | A. Marchetta | 0.2 | 110.00 |
| 09/01/06 | Phone conference with L. Lustberg re: exit memo concerning Grand Jury | | |

---

[2] Legend for Pitney Hardin LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

1465098A01101606

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3 | testimony and information relayed to A. Marchetta.<br>J. O'Reilly | 0.2 | 96.00 |
| 09/01/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant articles and forwarded same to A. J. Marchetta and B. Moffitt.<br>S. Parker | 0.3 | 40.50 |
| 09/01/06<br>14 | Searched re: compilation of information on current status of investigation re: preparation for response to settlement offer; Made copies of ATSDR report and related documents for A. J. Marchetta and B. Moffitt.<br>S. Parker | 0.4 | 54.00 |
| 09/05/06<br>14 | Work on information for DAG on Chapter 11 and follow up re: information to client.<br>A. Marchetta | 0.6 | 330.00 |
| 09/05/06<br>3 | Work with A. Marchetta re: D.A.G.'s request for additional information concerning settlement demand; follow up re same; e-mail J. Baer re same.<br>B. Moffitt | 0.6 | 216.00 |
| 09/05/06<br>3 | Work with S. Parker re: obtaining additional information re: alleged cancer cluster; review materials re: same.<br>B. Moffitt | 0.5 | 180.00 |
| 09/05/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant articles and forwarded same to A. J. Marchetta and B. Moffitt.<br>S. Parker | 0.5 | 67.50 |
| 09/05/06<br>14 | Worked with B. Moffitt re: ATSDR documents compiled re: preparation of response to settlement offer.<br>S. Parker | 0.2 | 27.00 |
| 09/06/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt.<br>S. Parker | 0.4 | 54.00 |
| 09/07/06<br>14 | Follow up re articles on DEP, public meetings and obtain information re same.<br>A. Marchetta | 0.5 | 275.00 |
| 09/07/06 | Searched re: compilation of information on current status of investigation and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt. | | |

3

1465098A01101606

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | | S. Parker | 0.3 | 40.50 |
| 09/07/06 | Worked with B. Moffitt re: assembling of documents needed in preparation for upcoming conference. | S. Parker | 0.3 | 40.50 |
| 09/08/06 | E-mails and follow up re September 25, 2006 hearing; review information re DEP investigations and cleanup and problems re plant. | A. Marchetta | 0.7 | 385.00 |
| 09/08/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt. | S. Parker | 0.4 | 54.00 |
| 09/09/06 | Review information from L. Lustberg re Grand Jury hearing and follow up re same. | A. Marchetta | 0.3 | 165.00 |
| 09/11/06 | Follow up regarding Grand Jury testimony and forward to clients. | A. Marchetta | 0.7 | 385.00 |
| 09/11/06 | Review and revise information for Deputy Attorney General. | A. Marchetta | 0.7 | 385.00 |
| 09/11/06 | Forward information to Deputy Attorney General on Chapter 11. | A. Marchetta | 0.4 | 220.00 |
| 09/11/06 | Review of L. Lustberg memo re: Grand Jury appearance. Phone conference with L. Lustberg re: memo. | J. O'Reilly | 0.6 | 288.00 |
| 09/11/06 | Review summary of testimony; confer with A. Marchetta re same. | B. Moffitt | 0.4 | 144.00 |
| 09/11/06 | Review e-mails and documents from J. Baer re: Bankruptcy issues; revise summary for D.A.G. Dickinson re: settlement demand. | B. Moffitt | 1.6 | 576.00 |
| 09/11/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant articles and forwarded same to A. J. Marchetta and B. Moffitt. | S. Parker | 0.5 | 67.50 |
| 09/12/06 | Follow up regarding L. Lustberg memo. | A. Marchetta | 0.4 | 220.00 |

(Task code "14" applies to rows except the J. O'Reilly and B. Moffitt 09/11/06 entries which are task code "3".)

4

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 09/12/06<br>3 | Continued preparation of e-mail to DAG Dickinson re: bankruptcy issues; work with A. Marchetta re same; review e-mail exchange with D.A.G. Dickinson re same.<br>B. Moffitt | | 0.9 | 324.00 |
| 09/12/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant articles and forwarded same to A. J. Marchetta and B. Moffitt.<br>S. Parker | | 0.4 | 54.00 |
| 09/13/06<br>14 | Follow up re: clean-up information and emails with DAG.<br>A. Marchetta | | 0.6 | 330.00 |
| 09/13/06<br>3 | Review articles re: Trenton plant soil removal and re nearby site.<br>B. Moffitt | | 0.3 | 108.00 |
| 09/13/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt.<br>S. Parker | | 0.5 | 67.50 |
| 09/14/06<br>14 | E-mails re telephone conference with court and information for same.<br>A. Marchetta | | 0.4 | 220.00 |
| 09/14/06<br>3 | Telephone call with counsel for Mr. Bettachi; follow up re same; preparation of e-mail re same.<br>B. Moffitt | | 0.6 | 216.00 |
| 09/14/06<br>3 | Review article re: alleged cancer cluster near Trenton plant.<br>B. Moffitt | | 0.2 | 72.00 |
| 09/14/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt.<br>S. Parker | | 0.4 | 54.00 |
| 09/15/06<br>14 | Prepare for and conference call with court, adversary and co-defendant regarding motions and settlement demand from N.J.D.E.P.<br>A. Marchetta | | 1.0 | 550.00 |
| 09/15/06<br>3 | Preparation for conference call with Magistrate Bongiovanni.<br>B. Moffitt | | 0.2 | 72.00 |
| 09/18/06 | Work with A. Marchetta re follow up re conference call with Magistrate Bongiovanni; e-mail exchange with J. Baer re: Bankruptcy hearing | | | |

5

1465098A01101606

| | | | |
|---|---|---|---|
| 3 | adjournment; review letter from D.A.G. Dickinson re scheduling next conference call with Magistrate Bongiovanni.<br>B. Moffitt | 0.7 | 252.00 |
| 09/18/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt.<br>S. Parker | 0.3 | 40.50 |
| 09/19/06<br>14 | Follow up re: information on site and scheduling re: omnibus hearing.<br>A. Marchetta | 0.5 | 275.00 |
| 09/19/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt.<br>S. Parker | 0.3 | 40.50 |
| 09/20/06<br>3 | Review articles re: alleged cancer cluster in vicinity of Trenton plant and review Libby orders.<br>B. Moffitt | 0.3 | 108.00 |
| 09/20/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.3 | 40.50 |
| 09/21/06<br>3 | Review scheduling order re: conference call with Magistrate Judge Bongiovanni.<br>B. Moffitt | 0.1 | 36.00 |
| 09/21/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt.<br>S. Parker | 0.3 | 40.50 |
| 09/22/06<br>14 | Follow up regarding information on EPA clean up.<br>A. Marchetta | 0.5 | 275.00 |
| 09/22/06<br>3 | E-mail exchange and telephone call with D.A.G. Dickinson re: bankruptcy Court motions and settlement demand; follow up re same.<br>B. Moffitt | 0.6 | 216.00 |
| 09/22/06<br>3 | Review article re investigation of another site near Trenton plant.<br>B. Moffitt | 0.2 | 72.00 |
| 09/22/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related versions of relevant | | |

6

| | | | |
|---|---|---|---|
| | documents and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 09/25/06 | Review URS memo on site remedial status and strategy; reply to same. | | |
| 14 | W. Hatfield | 0.4 | 146.00 |
| 09/25/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 09/27/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 09/28/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 54.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 7.5 | 550.00 | 4,125.00 |
| J. O'Reilly | 3 | 0.8 | 480.00 | 384.00 |
| W. Hatfield | 14 | 0.4 | 365.00 | 146.00 |
| B. Moffitt | 3 | 7.2 | 360.00 | 2,592.00 |
| S. Parker | 14 | 7.1 | 135.00 | 958.50 |
| TOTAL | | 23.0 | | 8,205.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 09/05/06 | Review/analysis Kronish Lieb Motion to Enlarge Time to Appeal. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 09/05/06 | Telephone conference with D. Rozenholc re appeal, order to show cause, and Boubol deposition. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 09/06/06 | Telephone conference with T. Soloway re motion to enlarge time to appeal, discovery issues and document production. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 09/06/06 | Review/analysis Tahari Brief on Appeal. | | |
| 3 | B. Benjamin | 0.4 | 166.00 |

7

1465098A01101606

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/07/06 3 | Review/analysis Tahari Opposition to Motion to Enlarge Time to Appeal. B. Benjamin | 0.2 | 83.00 |
| 09/07/06 3 | Review/analysis Tahari Order to Show Cause to Extend Discovery deadline and Order Kronish Lieb's production of documents. B. Benjamin | 0.3 | 124.50 |
| 09/07/06 3 | Telephone conference with C. Boubol re motion practice, enlargement of time to appeal, and extension of discovery deadline. B. Benjamin | 0.2 | 83.00 |
| 09/08/06 3 | Draft correspondence to V. Finkelstein re Motion to extend discovery deadline, Kronish motion to enlarge time to appeal, expected production of documents and depositions. B. Benjamin | 0.2 | 83.00 |
| 09/08/06 3 | Telephone conference with D. Rozenholc re opposition to motion for enlargement of time to appeal, motion for extension of discovery deadline, production of documents and depositions. B. Benjamin | 0.2 | 83.00 |
| 09/12/06 14 | Follow up with B. Benjamin re discovery and memo to client re same. A. Marchetta | 0.2 | 110.00 |
| 09/14/06 3 | Review/analysis Kronish Opposition to Tahari motion for extension of time of discovery deadline. B. Benjamin | 0.2 | 83.00 |
| 09/15/06 3 | Attendance before Judge re Tahari motion to compel against Kronish Lieb, request for extension of discovery deadline. B. Benjamin | 3.3 | 1,369.50 |
| 09/18/06 3 | Telephone conferences (2) with D. Rozenholc re adjournment of oral argument on motion for extension of discovery deadline. B. Benjamin | 0.2 | 83.00 |
| 09/18/06 3 | Review/analysis of outstanding discovery issues. M. Levison | 0.2 | 65.00 |
| 09/19/06 3 | Review/analysis Tahari Reply papers in further support of motion to extend discovery deadline. B. Benjamin | 0.2 | 83.00 |
| 09/19/06 | Telephone conference with D. Rozenholc re motion to extend discovery deadline. | | |

8

| | | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |
| 09/20/06 | Appearance in Court on Tahari motion for extension of discovery deadline.. | | |
| 3 | B. Benjamin | 3.4 | 1,411.00 |
| 09/22/06 | Follow up regarding court hearing. | | |
| 14 | A. Marchetta | 0.2 | 110.00 |
| 09/22/06 | Draft correspondences to V. Finkelstein re update on Tahari's motion, court appearance, Kronish motion to enlarge time, status of discovery, and timing of trial. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 09/22/06 | Investigate/analysis re S. Riker conducting negotiations with Tahari. | | |
| 3 | B. Benjamin | 0.4 | 166.00 |
| 09/22/06 | Telephone conference to S. Riker re negotiations with Tahari. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 09/25/06 | Telephone conference with S. Riker re Tahari claims and allegations about original negotiation. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |
| 09/25/06 | Draft Memorandum to file re confirmation and setting forth testimony and conversation with S. Riker. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |
| 09/26/06 | Review/analysis Tahari Notice of Entry of Order denying extension of time to submit appeal brief. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 09/28/06 | Review/analysis Judge's Decision denying Tahari's motion for relief regarding discovery, extending discovery deadline for 30 days. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 09/28/06 | Review D. Rozenholc correspondence to Judge requesting conference, extension of discovery deadline. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 09/28/06 | Draft correspondences to T. Soloway re Rozenholc correspondence and request for conference call re discovery deadline, and questions concerning outstanding discovery and document production. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 09/29/06 | Participation on Conference Call with Judge re request for extension of new discovery deadline, and pre-conference calls with counsel to set up same. | | |

9

| | | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.6 | 249.00 |
| 09/29/06 | Telephone conferences with Judge's Chambers re request for conference on October 16 re discovery deadline and Note of Issue date. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.4 | 550.00 | 220.00 |
| B. Benjamin | 3 | 12.2 | 415.00 | 5,063.00 |
| M. Levison | 3 | 0.2 | 325.00 | 65.00 |
| TOTAL | | 12.8 | | 5,348.00 |

10

1465098A01101606