# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

Engagement Costs – Chapter 11 Administration

| | |
|---|---|
| Computer Assisted Research | 5.75 |
| Matter Total Engagement Cost | 5.75 |

Engagement Costs - NJDEP v. W.R. Grace et al.

| | |
|---|---|
| Travel and Miscellaneous Expense[3] | 17.00 |
| Vendor: Paid Document Management Technology[4] | 447.90 |
| Matter Total Engagement Cost | 464.90 |

---

[3] American Express Expenses for A.J. Marchetta dated August 2006 attached hereto as Exhibit 1.

[4] Document Management Technology LLC Invoice #N8955 dated 8/14/2006 attached hereto as Exhibit 2.

11

# EXHIBIT 1

AMERICAN EXPRESS EXPENSES

A.J. MARCHETTA

AUGUST 2006

082910.114715 WRG/NJDEP/Trenton $ 17.00 ✝

# EXHIBIT 2

**Skyline Duplication**

# Document Management Technology LLC

550 Broad Street
Basement
Newark, NJ 07102

| | |
|---|---|
| 8/14/2006 | N8955 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, NJ 07932
Attn: Sue Parker

**Ship To**

| | | | |
|---|---|---|---|
| 082910-114715 | | 8/11/2006 | Parker, Sue |
| Quantity | Description | Unit Price | Extension |
| 4,186 | 8.5 x 11 Copy | 0.10 | 418.60T |

9/14/06
082910.
114715

PAID
APPROVED
VENDOR NO.
CHECK NO.
CHARGE 1050

| | |
|---|---|
| **Subtotal** | $418.60 |
| **Sales Tax** | $29.30 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $447.90 |

| | |
|---|---|
| Phone # | 973-648-0090 |
| Fax # | 973-648-0004 |
| E-mail | newark@skylinelegal.com |

Please make checks payable to: Document Management
Technology LLC

**Tax ID**
**03-0385240**

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: November 24, 2006 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1.   I am a partner with the applicant firm, Pitney Hardin LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2.  I have personally performed certain of, and overseen, the legal services rendered by Pitney Hardin LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated:  October 30, 2006

Respectfully submitted,
PITNEY HARDIN LLP


Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

1465095A01103006

2