# EXHIBIT A

DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

October 4, 2006

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001 Invoice# 1206160 IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED THROUGH 09/30/2006 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 32.80 | hrs. at | $550.00 | /hr. = | $18,040.00 | |
| RW RILEY | PARTNER | 5.50 | hrs. at | $440.00 | /hr. = | $2,420.00 | |
| WS KATCHEN | PARTNER | 11.10 | hrs. at | $615.00 | /hr. = | $6,826.50 | |
| MF HAHN | ASSOCIATE | 4.70 | hrs. at | $355.00 | /hr. = | $1,668.50 | |
| BA GRUPPO | PARALEGAL | 1.60 | hrs. at | $215.00 | /hr. = | $344.00 | |
| S LENKIEWICZ | LEGAL ASSISTAN | 1.70 | hrs. at | $125.00 | /hr. = | $212.50 | |
| | | | | | | | $29,511.50 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| DINNER - LOCAL | 8.28 | |
| MESSENGER SERVICE | 1495.57 | |
| PRINTING & DUPLICATING | 4.35 | |
| RESEARCH | 29.25 | |
| TOTAL DISBURSEMENTS | | $1,537.45 |
| BALANCE DUE THIS INVOICE | | $31,048.95 |
| PREVIOUS BALANCE | | $79,429.04 |
| TOTAL BALANCE DUE | | $110,477.99 |

File # K0248-00001 INVOICE # 1206160
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/6/2006 | 003 | MR LASTOWSKI | REVIEW MONTHLY OPERATING REPORTS | 0.50 | $275.00 |
| | | | Code Total | 0.50 | $275.00 |

File # K0248-00001 INVOICE # 1206160
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/1/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/6/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/8/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/12/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/12/2006 | 004 | MF HAHN | REVIEW DOCKET AND NEW FILINGS; DETERMINE STATUS OF EXCLUSIVITY MOTION | 0.40 | $142.00 |
| 9/12/2006 | 004 | S LENKIEWICZ | REVIEW DOCKET RE: OBJECTIONS TO QUARTERLY FEE APPLICATIONS OF STROOCK, DUANE MORRIS, AND CAPSTONE | 0.20 | $25.00 |
| 9/12/2006 | 004 | WS KATCHEN | UPDATE COMMITTEE MEMO/ORDER SECTION 1121(D). | 0.20 | $123.00 |
| 9/13/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |

File # K0248-00001 INVOICE # 1206160
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/14/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/14/2006 | 004 | WS KATCHEN | COMMITTEE CONFERENCE CALL CONFIDENTIAL VALUATION QUESTIONNAIRE; ZONOLITE MOTION EXPERT REPORTS; ESTABLISH ELECTION LIBBY PROSECUTION / STAY OF TRIAL MONTANA; ACQUISITION TRANSACTION STATUS. | 0.50 | $307.50 |
| 9/15/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/18/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/19/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/20/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |

File # K0248-00001                                    INVOICE #  1206160
  W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/22/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/22/2006 | 004 | MF HAHN | CONFERENCE WITH S. KAYSER REGARDING BLACKSTONE ENGAGEMENT; PREPARE SUPPLEMENTAL DISCLOSURE AFFIDAVIT FOR FILING | 1.40 | $497.00 |
| 9/22/2006 | 004 | S LENKIEWICZ | REVIEW DOCKET RE: OBJECTIONS TO FEE APPLICATIONS | 0.10 | $12.50 |
| 9/25/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/25/2006 | 004 | MF HAHN | REVISE AND UPDATE 2019 AFFIDAVIT | 0.30 | $106.50 |
| 9/26/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/27/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/28/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1206160

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/29/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| | | | Code Total | 4.70 | $1,557.50 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1206160

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/5/2006 | 005 | MR LASTOWSKI | REVIEW MOTION TO COMPEL ANSWERS TO ASBESTOS PERSONAL INJURY QUESTIONNAIRES | 1.40 | $770.00 |
| 9/5/2006 | 005 | MR LASTOWSKI | REVIEW SCHEDULING ORDER RE: ASBESTOS CLAIMS | 0.30 | $165.00 |
| 9/11/2006 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO EXPUNGE CERTAIN CLAIMS DUE TO THE LACK OF A CLAIMANT SIGNATURE AND THE RELATED STATUS REPORT | 1.30 | $715.00 |
| 9/11/2006 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND THE ASBESTOS PROPERTY DAMAGE COMMITTEE'S OPPOSITION THERETO | 2.00 | $1,100.00 |
| 9/12/2006 | 005 | MR LASTOWSKI | REVIEW THE DEBTOR'S OPPOSITION TO ANDERSON MEMORIAL HOSPITAL'S MOTION FOR CLASS CERTIFICATION, TOGETHER WITH THE RELATED SUPPLEMENTAL APPENDIX | 1.70 | $935.00 |
| 9/15/2006 | 005 | MR LASTOWSKI | REVIEW STATUS LITIGATION OVER QUESTIONNAIRES | 1.20 | $660.00 |
| 9/15/2006 | 005 | MR LASTOWSKI | REVIEW POST MEDIATION MEMORANDA | 1.80 | $990.00 |
| 9/18/2006 | 005 | MR LASTOWSKI | REVIEW PROPOSED CASE MANAGEMENT ORDER AND OBJECTIONS THERETO | 1.40 | $770.00 |
| 9/25/2006 | 005 | MR LASTOWSKI | REVIEW ISSUES RE: ASBESTOS PERSONAL INJURY QUESTIONNAIRE AND REVIEW PROPOSED ORDER | 1.20 | $660.00 |
| 9/28/2006 | 005 | MR LASTOWSKI | REVIEW STIPULATED ORDER RE: CLAIMS BAR DATES | 0.80 | $440.00 |
| | | | Code Total | 13.10 | $7,205.00 |

File # K0248-00001 INVOICE # 1206160
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/6/2006 | 006 | MR LASTOWSKI | REVIEW SUPPLEMENTAL BRIEF OF PRUDENTIAL INSURANCE COMPANY RE: DEBTOR'S CLAIM OBJECTIONS AND CHOICE OF LAW ISSUES. | 0.60 | $330.00 |
| 9/18/2006 | 006 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO SETTLE CERTAIN TAX CLAIMS | 0.30 | $165.00 |
| | | | Code Total | 0.90 | $495.00 |

File # K0248-00001 INVOICE # 1206160
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/19/2006 | 007 | MR LASTOWSKI | REVIEW CAPSTONE REPORT RE: GRACE SALE OF TRAILERS | 0.20 | $110.00 |
| | | | Code Total | 0.20 | $110.00 |

File # K0248-00001 INVOICE # 1206160
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/11/2006 | 012 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 20TH INTERIM FEE APPLICATION OF DUANE MORRIS LLP | 0.10 | $12.50 |
| 9/12/2006 | 012 | S LENKIEWICZ | FINALIZE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING 20TH INTERIM FEE APPLICATION OF DUANE MORRIS LLP | 0.20 | $25.00 |
| 9/14/2006 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR REPORTS | 0.20 | $110.00 |
| 9/22/2006 | 012 | MR LASTOWSKI | SIGN NOTICE OF DUANE MORRIS FIFTY FIFTH INTERIM APPLICATION | 0.10 | $55.00 |
| 9/22/2006 | 012 | MR LASTOWSKI | SIGN NOTICE OF STROOCK SIXTY FOURTH INTERIM APPLICATION | 0.10 | $55.00 |
| 9/22/2006 | 012 | S LENKIEWICZ | PREPARE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS LLP'S JULY, 2006 MONTHLY FEE APPLICATION | 0.20 | $25.00 |
| | | | Code Total | 0.90 | $282.50 |

File # K0248-00001 INVOICE # 1206160
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/6/2006 | 013 | MR LASTOWSKI | REVIEW AND SIGN NOTICE OF CAPSTONE MONTHLY FEE APPLICATION | 0.20 | $110.00 |
| 9/11/2006 | 013 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 9TH INTERIM APPLICATION OF CAPSTONE | 0.10 | $12.50 |
| 9/11/2006 | 013 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 20TH INTERIM FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP | 0.10 | $12.50 |
| 9/12/2006 | 013 | S LENKIEWICZ | FINALIZE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING 20TH INTERIM FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP | 0.20 | $25.00 |
| 9/12/2006 | 013 | S LENKIEWICZ | FINALIZE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING 9TH INTERIM FEE APPLICATION OF CAPSTONE | 0.20 | $25.00 |
| 9/22/2006 | 013 | S LENKIEWICZ | PREPARE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING STROOCK & STROOCK & LAVAN LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD JULY, 2006 | 0.20 | $25.00 |
| 9/28/2006 | 013 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE'S THIRTIETH INTERIM FEE APPLICATION FOR THE PERIOD JULY, 2006 | 0.10 | $12.50 |
| 9/29/2006 | 013 | MR LASTOWSKI | REVIEW AND SIGN NOTICE OF FILING OF CAPSTONE FEE APPLICATION | 0.10 | $55.00 |
| | | | Code Total | 1.20 | $277.50 |

File # K0248-00001 INVOICE # 1206160
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/7/2006 | 015 | MR LASTOWSKI | REVIEW TRANSCRIPT OF 8/25/06 HEARING | 0.60 | $330.00 |
| 9/7/2006 | 015 | MR LASTOWSKI | REVIEW 9/11/06 AMENDED AGENDA NOTICE | 0.40 | $220.00 |
| 9/8/2006 | 015 | MR LASTOWSKI | REVIEW SEPTEMBER 11, 2006 AGENDA AND ITEMS TO BE HEARD AT THE HERAING | 2.20 | $1,210.00 |
| 9/8/2006 | 015 | MR LASTOWSKI | REVIEW OBJECTIONS TO MOTION TO COMPEL RESPONSES TO ASBESTOS PERSONAL INJURY QUESTIONNAIRES | 2.00 | $1,100.00 |
| 9/11/2006 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND (TELEPHONICALLY) 9/11/06 HEARING (EXCLUSIVITY AND ASBESTOS PERSONAL INJURY QUESTIONNAIRES) | 8.20 | $4,510.00 |
| 9/23/2006 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 9/25/06 HEARING | 2.40 | $1,320.00 |
| 9/25/2006 | 015 | RW RILEY | PREPARATION FOR AND ATTENDING OMNIBUS HEARING | 5.50 | $2,420.00 |
| 9/27/2006 | 015 | MR LASTOWSKI | REVIEW TRANSCRIPT OF 9/25/06 HEARING | 0.80 | $440.00 |
| | | | Code Total | 22.10 | $11,550.00 |

File # K0248-00001 INVOICE # 1206160
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/8/2006 | 016 | WS KATCHEN | EMAIL COMMITTEE AND REPLY TO STROOCK. | 0.20 | $123.00 |
| | | | Code Total | 0.20 | $123.00 |

File # K0248-00001 INVOICE # 1206160
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/5/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S CERTIFICATION. | 0.10 | $61.50 |
| 9/5/2006 | 025 | WS KATCHEN | REVIEW COURT PROCEDURE FOR CLAIM ADMINISTRATION @ 1/2. | 0.30 | $184.50 |
| 9/5/2006 | 025 | WS KATCHEN | REVIEW NOTICE OF DEADLINE OBJECTIONS ON PD ASBESTOS CLAIMS (SUPERCEDING ORDER). | 0.20 | $123.00 |
| 9/5/2006 | 025 | WS KATCHEN | REVIEW STATUS EPA CLAIM - HAMILTON. | 0.20 | $123.00 |
| 9/5/2006 | 025 | WS KATCHEN | REVIEW ORDER RE: OBJECTIONS TO ASBESTOS P.D. CLAIMS. | 0.20 | $123.00 |
| 9/6/2006 | 025 | WS KATCHEN | REVIEW CAPLIN RESPONSE TO USJ. | 0.10 | $61.50 |
| 9/6/2006 | 025 | WS KATCHEN | REVIEW AGENDA 9/11/06. | 0.20 | $123.00 |
| 9/18/2006 | 025 | WS KATCHEN | REVIEW PROPERTY DAMAGE CLAIMANTS OBJECTIONS - DIES, HILL AND LOUISIANA. | 0.30 | $184.50 |
| 9/18/2006 | 025 | WS KATCHEN | REVIEW ISSUE LOSS CAUSATION FOR P.D. CLAIMS OBJECTION FOR MEMO TO STROOCK. | 1.80 | $1,107.00 |
| 9/19/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S SUPPLEMENTAL BRIEF - REGARDING PRUDENTIAL'S PD CLAIMS (STATUTE OF LIMITATIONS ISSUE); REVIEW DEBTORS RESPONSE TO OBJECTIONS REGARDING CMO; REVIEW DEBTOR'S SUPPLEMENT TO OBJECTION TO ANDERSEN MEMORIAL'S MOTION §362(D) WITH EXHIBITS. | 1.70 | $1,045.50 |
| 9/19/2006 | 025 | WS KATCHEN | REVIEW CLAIMS ISSUE. | 0.80 | $492.00 |
| 9/21/2006 | 025 | WS KATCHEN | REVIEW CERTIFICATION REGARDING EXCLUSATORY EXTENSION PROPOSED BRIDGE ORDER; REVIEW DEBTOR'S MOTION REGARDING SETTLEMENT AND PAYMENT TAX CLAIMS - IRS CLAIMS. | 0.40 | $246.00 |
| 9/21/2006 | 025 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS - TRAILER FLEET DISPOSITION. | 0.20 | $123.00 |
| 9/22/2006 | 025 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS JUNE 30, 2006 - 0 - 6 MOS.; TELEPHONE CONVERSATION WITH T. MAHER REGARDING SAME. | 0.60 | $369.00 |
| 9/22/2006 | 025 | WS KATCHEN | REVIEW/REVISE DM SUPPLEMENTAL AFFIDAVIT RULE 2014(A). | 0.30 | $184.50 |
| 9/25/2006 | 025 | WS KATCHEN | SCHEDULING CONFERENCE WITH CAPSTONE REGARDING COMMITTEE ISSUE. | 0.50 | $307.50 |

File # K0248-00001 INVOICE # 1206160
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/25/2006 | 025 | WS KATCHEN | REVIEW CERTIFICATION OF COUNSEL FOR ACC OBJECTION; REVIEW PROPOSED ORDER DENYING MOTION; REVIEW DEBTOR'S COUNSEL CERTIFICATION; REVIEW PROPOSED ORDER. | 0.40 | $246.00 |
| 9/26/2006 | 025 | WS KATCHEN | TELEPHONE CONVERSATION WITH K. PASQUALE. | 0.10 | $61.50 |
| 9/27/2006 | 025 | MF HAHN | PREPARE THIRD SUPPLEMENTAL AFFIDAVIT; REVIEW AND OBTAIN PREVIOUS AFFIDAVITS; FORWARD SAME TO W. KATCHEN | 1.30 | $461.50 |
| 9/27/2006 | 025 | MF HAHN | MULTIPLE CALLS WITH W. KATCHEN REGARDING 2014 AFFIDAVIT; CIRCULATE 2014 AFFIDAVIT TO VARIOUS PARTIES FOR REVIEW AND COMMENT | 0.70 | $248.50 |
| 9/27/2006 | 025 | WS KATCHEN | TELEPHONE CONVERSATION WITH K. PASQUALE REGARDING COMMITTEE PLANS ISSUE; CONFERENCE CALL WITH COMMITTEE MEMBER REGARDING SAME; COMMITTEE CONFERENCE CALL REGARDING ZONOLITE DECISION, PD ISSUE AND LLOYDS INSURANCE SETTLEMENT $90mm; BITE ADDUTUIBAK $500mm. EQUITAS; TELEPHONE CONVERSATION WITH L. KRUGER REGARDING SAME; TELEPHONE CONVERSATION WITH T. MAHER REGARDING SAME. | 1.80 | $1,107.00 |
| 9/29/2006 | 025 | MF HAHN | REVIEW MEMO REGARDING IRS TAX SETTLEMENT; REVIEW MEMO REGARDING APPEAL OF ORDER EXCLUSIVITY EXTENSION | 0.60 | $213.00 |
| | | | Code Total | 12.80 | $7,196.00 |

File # K0248-00001 INVOICE # 1206160
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/18/2006 | 027 | MR LASTOWSKI | REVIEW CAPSTONE QUARTERLY REPORT | 0.80 | $440.00 |
| | | | Code Total | 0.80 | $440.00 |

File # K0248-00001 INVOICE # 1206160
W.R. GRACE & CO.

| | | |
|---|---|---|
| TOTAL SERVICES | 57.40 | $29,511.50 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1206160

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 9/30/2006 | DINNER - LOCAL | | 8.28 |
| | | Total: | $8.28 |
| 9/30/2006 | MESSENGER SERVICE | | 1,495.57 |
| | | Total: | $1,495.57 |
| 9/30/2006 | RESEARCH | | 29.25 |
| | | Total: | $29.25 |
| 9/30/2006 | PRINTING & DUPLICATING | | 4.35 |
| | | Total: | $4.35 |
| | | TOTAL DISBURSEMENTS | $1,537.45 |