```
Date: 10/18/06              Legal Analysis Systems, Inc.
Time: 10:am                                                                    Page 1


                        W. R. Grace, Inc. % Elihu Inselbuch
                        Caplin & Drysdale
                        399 Park Avenue, 27th Floor
                        New York, New York 10022


Date/Slip#  Description                                         HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------------
 09/18/06   Peterson   / (05) Claims Anal Objectn/Resolutn (Asbest)  1.5     1050.00
 #5830      Review Tillinghast summaries of Grace claims data      700.00

 09/21/06   Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3      127.50
 #6061      Email communication with Tillinghast re: sending       425.00
            Rust database

 09/21/06   Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4      170.00
 #6062      Telephone Leonard at Tillinghast (several calls) re:   425.00
            sending Rust database

 09/22/06   Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  2.8     1190.00
 #6065      Develop analysis files using party entry year,         425.00
            reproduce Tillinghast tables

 09/26/06   Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  0.8      340.00
 #6071      Work on resolving discrepancies with Tillinghast       425.00

 09/29/06   Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4      170.00
 #6092      Telephone Tillinghast re: filing count discrepancies   425.00
```

{D0072702.1 }

```
Date: 10/18/06            Legal Analysis Systems, Inc.
Time: 10:am                                                        Page 2

                   W. R. Grace


Date/Slip#  Description                                  HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 09/13/06   Peterson  / (07) Committee, Creditors'           1.0       700.00
 #5824      Telephone Finch re: September 11 hearing and    700.00
            planning

 09/14/06   Peterson  / (07) Committee, Creditors'           0.4       280.00
 #5828      Telephone Inselbuch re: October meeting         700.00

 09/18/06   Peterson  / (07) Committee, Creditors'           0.6       420.00
 #5831      emails with Ebener, Finch re: jury verdicts     700.00

 09/21/06   Peterson  / (07) Committee, Creditors'           0.6       420.00
 #5840      Review Finch and Relles emails re: Rust files   700.00

 09/27/06   Peterson  / (07) Committee, Creditors'           1.0       700.00
 #5853      Telephone conference Relles, Finch, Lockwood,   700.00
            Slocombe re: poc and piq processes; and preparation

 09/27/06   Peterson  / (07) Committee, Creditors'           1.0       700.00
 #5856      emails with Finch and Relles re: PIQ claims     700.00

 09/27/06   Relles    / (07) Committee, Creditors'           1.0       425.00
 #6074      Conference call with Finch, Slocombe, Peterson re: 425.00
            data collection and interpretation

 09/28/06   Peterson  / (07) Committee, Creditors'           1.3       910.00
 #5857      emails with Finch and Relles re: PIQ claims     700.00

 09/28/06   Relles    / (07) Committee, Creditors'           0.9       382.50
 #6081      Review emails from Finch on law firms' claimant 425.00
            lists

 09/28/06   Relles    / (07) Committee, Creditors'           0.6       255.00
 #6085      Summarize status of responses from law firms; email 425.00
            Finch re: same

 09/29/06   Relles    / (07) Committee, Creditors'           5.8      2465.00
 #6090      Run projection variations for Inselbuch meeting in 425.00
            NY, assemble tables and graphics

 09/30/06   Relles    / (07) Committee, Creditors'           2.0       850.00
 #6100      Develop tables for Finch                        425.00

 09/30/06   Relles    / (07) Committee, Creditors'           0.8       340.00
 #6101      Work on tables for Inselbuch meeting            425.00
```

{D0072702.1 }

```
Date: 10/18/06           Legal Analysis Systems, Inc.
Time: 10:am                                                           Page 3

                   W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 09/01/06  Ebener    / (28) Data Analysis                     0.4    120.00
 #6301     Further revise coding specs and email Eveland with 300.00
           updates

 09/01/06  Peterson  / (28) Data Analysis                     0.6    420.00
 #5801     Telephone Relles re: SEER                          700.00

 09/01/06  Relles    / (28) Data Analysis                     0.6    255.00
 #6001     Telephone Peterson re: SEER                        425.00

 09/01/06  Relles    / (28) Data Analysis                     1.2    510.00
 #6002     Develop graphics to summarize Seer projections     425.00

 09/01/06  Relles    / (28) Data Analysis                     1.5    637.50
 #6003     Access population data to project to national level 425.00

 09/01/06  Relles    / (28) Data Analysis                     1.0    425.00
 #6004     Access person-level Seer data, examine utility for 425.00
           estimating rates

 09/02/06  Peterson  / (28) Data Analysis                     3.4   2380.00
 #5802     Review Sealed Aire documents                       700.00

 09/02/06  Relles    / (28) Data Analysis                     2.1    892.50
 #6005     Archive datasets and programs                      425.00

 09/03/06  Peterson  / (28) Data Analysis                     4.5   3150.00
 #5803     Review PIQ data and coding                         700.00

 09/04/06  Peterson  / (28) Data Analysis                     5.2   3640.00
 #5804     Work on analyses of asbestos liability             700.00

 09/05/06  Peterson  / (28) Data Analysis                     0.5    350.00
 #5805     Telephone Relles re: analysis issues               700.00

 09/05/06  Peterson  / (28) Data Analysis                     4.8   3360.00
 #5806     Review Bates's reports for Sealed Air litigation   700.00

 09/05/06  Relles    / (28) Data Analysis                     0.5    212.50
 #6006     Telephone Peterson re: analysis issues             425.00

 09/05/06  Relles    / (28) Data Analysis                     2.4   1020.00
 #6007     Update analytical databases for years 1995-1998 to 425.00
           estimate transition matrices for open claims
```

{D0072702.1 }

```
Date: 10/18/06              Legal Analysis Systems, Inc.
Time: 10:am                                                           Page 4

                       W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 09/05/06  Relles    / (28) Data Analysis                  0.7    297.50
 #6008     Estimate transition matrices for open claims  425.00

 09/05/06  Relles    / (28) Data Analysis                  0.8    340.00
 #6009     Develop links to most recent Manville data    425.00

 09/05/06  Relles    / (28) Data Analysis                  1.6    680.00
 #6010     Update analytical databases based on Manville links  425.00
           and new transition matrices

 09/05/06  Relles    / (28) Data Analysis                  2.4   1020.00
 #6011     Work on algorithms for automatically identifying and  425.00
           estimating duplicates

 09/06/06  Peterson  / (28) Data Analysis                  1.0    700.00
 #5807     telephone Relles: discuss Seer results        700.00

 09/06/06  Peterson  / (28) Data Analysis                  0.8    560.00
 #5808     Review Seer documents                         700.00

 09/06/06  Peterson  / (28) Data Analysis                  1.4    980.00
 #5809     Review Libby resolutions                      700.00

 09/06/06  Peterson  / (28) Data Analysis                  2.9   2030.00
 #5810     Work on analysis of liabilities               700.00

 09/06/06  Relles    / (28) Data Analysis                  2.2    935.00
 #6012     Fit logistic models to identify duplicates using  425.00
           frequency of names and auxiliary information

 09/06/06  Relles    / (28) Data Analysis                  0.8    340.00
 #6013     Obtain listings and frequencies to examine output  425.00
           databases; identify problem cases

 09/06/06  Relles    / (28) Data Analysis                  2.6   1105.00
 #6014     Revise algorithms; update databases; examine results  425.00

 09/06/06  Relles    / (28) Data Analysis                  0.7    297.50
 #6015     Summarize Seer results for Peterson discussion  425.00

 09/06/06  Relles    / (28) Data Analysis                  1.0    425.00
 #6016     Telephone Peterson re: discuss Seer results   425.00

 09/07/06  Ebener    / (28) Data Analysis                  0.5    150.00
 #6302     Update Grace product code list                300.00
```

{D0072702.1 }

```
Date: 10/18/06            Legal Analysis Systems, Inc.
Time: 10:am                                                              Page 5

                     W. R. Grace


Date/Slip#  Description                                  HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 09/07/06   Peterson  / (28) Data Analysis                     0.6     420.00
 #5811      telephone Relles re: results of projections      700.00

 09/07/06   Peterson  / (28) Data Analysis                     2.8    1960.00
 #5812      Review projections and alternatives              700.00

 09/07/06   Peterson  / (28) Data Analysis                     0.6     420.00
 #5813      Telephone Relles re: effects of counts of Seer sites 700.00

 09/07/06   Peterson  / (28) Data Analysis                     2.1    1470.00
 #5814      Review Seer documents                            700.00

 09/07/06   Peterson  / (28) Data Analysis                     1.8    1260.00
 #5815      Review Grace data on claims parameters           700.00

 09/07/06   Relles    / (28) Data Analysis                     0.6     255.00
 #6017      Telephone Peterson re: effects of counts of Seer 425.00
            sites

 09/07/06   Relles    / (28) Data Analysis                     2.0     850.00
 #6018      Eliminate duplicates from analytical files       425.00

 09/07/06   Relles    / (28) Data Analysis                     1.7     722.50
 #6019      Set up and run projections, summarize results    425.00

 09/07/06   Relles    / (28) Data Analysis                     0.8     340.00
 #6020      Compare new results with old, check output       425.00

 09/07/06   Relles    / (28) Data Analysis                     0.6     255.00
 #6021      Telephone Peterson re: results of projections    425.00

 09/07/06   Relles    / (28) Data Analysis                     1.5     637.50
 #6022      Access Seer for 13-site and 17-site mesothelioma 425.00
            rates

 09/07/06   Relles    / (28) Data Analysis                     1.3     552.50
 #6023      Summarize Seer results, compare with Nicholson and 425.00
            KPMG

 09/07/06   Relles    / (28) Data Analysis                     1.0     425.00
 #6024      Read debtor's July 24 brief on analysis methods  425.00

 09/08/06   Ebener    / (28) Data Analysis                     0.5     150.00
 #6303      Telephone Peterson re: PIQ process               300.00
```

{D0072702.1 }

```
Date: 10/18/06            Legal Analysis Systems, Inc.
Time: 10:am                                                              Page 6

                      W. R. Grace


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 09/08/06  Peterson  / (28) Data Analysis                      3.7      2590.00
 #5816     Review Grace's filings re: extension of exclusivity 700.00

 09/08/06  Peterson  / (28) Data Analysis                      1.8      1260.00
 #5817     Review list of Grace products and other matters re: 700.00
           PIQ process (1.3); telephone Ebener (.5)

 09/08/06  Relles    / (28) Data Analysis                      0.3       127.50
 #6025     Email Cord Thomas re: more DVDs from Kirkland-Ellis 425.00

 09/08/06  Relles    / (28) Data Analysis                      0.3       127.50
 #6026     Email David Smith re: more DVDs from Kirkland-Ellis 425.00

 09/08/06  Relles    / (28) Data Analysis                      2.9      1232.50
 #6027     Automate entire analysis (dataset generation,       425.00
           duplicates elimination, projections) to facilitate
           running sensitivity analysis variations

 09/08/06  Relles    / (28) Data Analysis                      1.5       637.50
 #6028     Compare outputs from sensitivity analysis variations 425.00

 09/10/06  Peterson  / (28) Data Analysis                      2.4      1680.00
 #5818     Review Relles analyses of alternative forecasts     700.00

 09/10/06  Peterson  / (28) Data Analysis                      3.6      2520.00
 #5819     Organize analyses of asbestos liabilities.          700.00

 09/11/06  Peterson  / (28) Data Analysis                      0.2       140.00
 #5820     telephone Relles re: next steps                     700.00

 09/11/06  Peterson  / (28) Data Analysis                      3.4      2380.00
 #5821     Review Grace's filings re: estimation               700.00

 09/11/06  Relles    / (28) Data Analysis                      0.2        85.00
 #6029     Telephone Peterson re: next steps                   425.00

 09/12/06  Ebener    / (28) Data Analysis                      0.3        90.00
 #6304     Telephone Peterson re: Verus                        300.00

 09/12/06  Peterson  / (28) Data Analysis                      5.2      3640.00
 #5822     Review settlement data across defendants            700.00

 09/12/06  Peterson  / (28) Data Analysis                      0.3       210.00
 #5823     Telephone Ebener re: Verus                          700.00
```

{D0072702.1 }

```
Date: 10/18/06              Legal Analysis Systems, Inc.
Time: 10:am                                                              Page 7

                        W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 09/12/06  Relles    / (28) Data Analysis                     0.3     127.50
 #6030     Communication with David Smith re: dvd shipment  425.00

 09/13/06  Ebener    / (28) Data Analysis                     0.3      90.00
 #6305     Exchange email with Eveland on status of database 300.00
           and coding

 09/13/06  Peterson  / (28) Data Analysis                     6.3    4410.00
 #5825     Review and develop response to Debtor's description 700.00
           of LAS forecasting methods

 09/13/06  Peterson  / (28) Data Analysis                     1.2     840.00
 #5826     Review issues re: Verus coding and related emails 700.00

 09/13/06  Relles    / (28) Data Analysis                     1.8     765.00
 #6031     Work with Cord Thomas to translate 20060814 database 425.00
           to flat files

 09/13/06  Relles    / (28) Data Analysis                     3.2    1360.00
 #6032     Review and summarize contents of dvds, examine    425.00
           20060905 database thereby discovered

 09/14/06  Peterson  / (28) Data Analysis                     0.4     280.00
 #5827     telephone Relles re: plans for proceeding         700.00

 09/14/06  Relles    / (28) Data Analysis                     2.7    1147.50
 #6033     Process 20060814 flat files to produce analysis   425.00
           files, examine listings and frequencies

 09/14/06  Relles    / (28) Data Analysis                     0.4     170.00
 #6034     Telephone Peterson re: plans for proceeding       425.00

 09/14/06  Relles    / (28) Data Analysis                     0.7     297.50
 #6035     Work with Cord Thomas to translate 20060905 database 425.00
           to flat files

 09/14/06  Relles    / (28) Data Analysis                     2.3     977.50
 #6036     Translate 20060905 database to flat files, examine 425.00
           listings and frequencies

 09/14/06  Relles    / (28) Data Analysis                     2.3     977.50
 #6037     Translate Verus Access database to flat files,    425.00
           examine listings and frequencies, compare new data
           with old
```

{D0072702.1 }

```
Date: 10/18/06              Legal Analysis Systems, Inc.
Time: 10:am                                                             Page 8

                      W. R. Grace


Date/Slip# Description                                       HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 09/15/06  Relles    / (28) Data Analysis                       1.7       722.50
 #6038     Summarize and distribute data from Verus           425.00

 09/16/06  Ebener    / (28) Data Analysis                       3.0       900.00
 #6306     Install Access and review Verus case coding        300.00

 09/16/06  Peterson  / (28) Data Analysis                       3.7      2590.00
 #5829     Review coded PIQ data                              700.00

 09/17/06  Relles    / (28) Data Analysis                       2.3       977.50
 #6039     Compare new Rust data to old, look for differences 425.00
           and anomalies, review programs to produce analytical
           databases and random samples

 09/18/06  Peterson  / (28) Data Analysis                       2.8      1960.00
 #5832     Review Sealed Air report tables                    700.00

 09/18/06  Relles    / (28) Data Analysis                       2.7      1147.50
 #6040     Review Biggs' computations, work on replicating her 425.00
           results

 09/19/06  Ebener    / (28) Data Analysis                       0.5       150.00
 #6307     Review coding forms and other documentation from   300.00
           prior coding operations

 09/19/06  Peterson  / (28) Data Analysis                       0.4       280.00
 #5833     telephone Relles re: Biggs discussion, Verus data, 700.00
           Verus sample selection

 09/19/06  Peterson  / (28) Data Analysis                       2.1      1470.00
 #5834     Review recent claims tables                        700.00

 09/19/06  Peterson  / (28) Data Analysis                       2.5      1750.00
 #5835     Review Verus protocols, sampling issues            700.00

 09/19/06  Relles    / (28) Data Analysis                       2.3       977.50
 #6041     Resolve discrepancies between Biggs' tables and LAS' 425.00

 09/19/06  Relles    / (28) Data Analysis                       0.9       382.50
 #6042     Examine "liquidated claims" values, compare with   425.00
           regular closed claim values

 09/19/06  Relles    / (28) Data Analysis                       0.6       255.00
 #6043     Go over Biggs' questions, prepare for telephone call 425.00
```

{D0072702.1 }

```
Date: 10/18/06              Legal Analysis Systems, Inc.
Time: 10:am                                                              Page 9

                       W. R. Grace


Date/Slip#  Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 09/19/06   Relles     / (28) Data Analysis                       0.9      382.50
 #6044      Telephone Biggs re: discuss data                    425.00

 09/19/06   Relles     / (28) Data Analysis                       0.4      170.00
 #6045      Telephone Peterson re: Biggs discussion, Verus data, 425.00
            Verus sample selection

 09/19/06   Relles     / (28) Data Analysis                       2.3      977.50
 #6046      Develop summary files for Rust data                 425.00

 09/19/06   Relles     / (28) Data Analysis                       1.5      637.50
 #6047      Select sample of Rust data for Verus coding         425.00

 09/19/06   Relles     / (28) Data Analysis                       0.4      170.00
 #6048      Respond to Biggs' question about Rust data          425.00

 09/20/06   Ebener     / (28) Data Analysis                       0.1       30.00
 #6308      Email Relles and Peterson and distribute            300.00
            documentation

 09/20/06   Ebener     / (28) Data Analysis                       0.5      150.00
 #6309      Telephone Relles re: status of Mealey data          300.00
            collection efforts

 09/20/06   Ebener     / (28) Data Analysis                       0.2       60.00
 #6310      Telephone Relles about source materials and raw data 300.00

 09/20/06   Ebener     / (28) Data Analysis                       0.5      150.00
 #6311      Recruit coders                                      300.00

 09/20/06   Peterson   / (28) Data Analysis                       3.6     2520.00
 #5836      Review PIQ statements about exposures to Grace      700.00
            products

 09/20/06   Peterson   / (28) Data Analysis                       1.6     1120.00
 #5837      Collect and organize materials on verdicts          700.00

 09/20/06   Peterson   / (28) Data Analysis                       0.5      350.00
 #5838      Telephone Relles re: sensitivity analyses           700.00

 09/20/06   Relles     / (28) Data Analysis                       0.2       85.00
 #6049      Telephone Ebener about source materials and raw data 425.00

 09/20/06   Relles     / (28) Data Analysis                       0.5      212.50
 #6050      Telephone Peterson re: sensitivity analyses         425.00
```

{D0072702.1 }

```
Date: 10/18/06            Legal Analysis Systems, Inc.
Time: 10:am                                                         Page 10

                   W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 09/20/06  Relles    / (28) Data Analysis                    1.2       510.00
 #6051     Utilize party entry date as filing year; run    425.00
           projections; compare with old projections

 09/20/06  Relles    / (28) Data Analysis                    1.1       467.50
 #6052     Review jury verdicts information                425.00

 09/20/06  Relles    / (28) Data Analysis                    0.5       212.50
 #6053     Telephone Ebener re: status of Mealey data      425.00
           collection efforts

 09/20/06  Relles    / (28) Data Analysis                    1.3       552.50
 #6054     Produce supplementary sample of claims for Verus 425.00

 09/20/06  Relles    / (28) Data Analysis                    1.8       765.00
 #6055     Run sensitivity analysis using different definitions 425.00
           of filing year and disease

 09/20/06  Relles    / (28) Data Analysis                    0.9       382.50
 #6056     Identify known exposures in Rust exposures table 425.00

 09/21/06  Ebener    / (28) Data Analysis                    1.5       450.00
 #6312     Meeting with Peterson to review coding forms and 300.00
           specifications

 09/21/06  Ebener    / (28) Data Analysis                    1.5       450.00
 #6313     Revise specifications and forms and code lists  300.00

 09/21/06  Ebener    / (28) Data Analysis                    0.3        90.00
 #6314     Meeting with Relles on previously coded verdicts 300.00

 09/21/06  Peterson  / (28) Data Analysis                    0.3       210.00
 #5839     telephone Relles re: Rust database, sensitivity 700.00
           analysis projections

 09/21/06  Peterson  / (28) Data Analysis                    3.1      2170.00
 #5841     Review PIQ data (1.6); meet with Ebener (1.5) re: 700.00
           same

 09/21/06  Relles    / (28) Data Analysis                    0.3       127.50
 #6057     Meeting with Ebener on previously coded verdicts 425.00

 09/21/06  Relles    / (28) Data Analysis                    1.6       680.00
 #6058     Check Rust database for problems and inconsistencies 425.00
```

{D0072702.1 }

```
Date: 10/18/06             Legal Analysis Systems, Inc.
Time: 10:am                                                               Page 11

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 09/21/06  Relles    / (28) Data Analysis                       1.5     637.50
 #6059     Revise sample selection algorithms to correspond to 425.00
           new data

 09/21/06  Relles    / (28) Data Analysis                       2.8    1190.00
 #6060     Produce pdfs of supplementary sample pdfs for Verus 425.00

 09/21/06  Relles    / (28) Data Analysis                       0.3     127.50
 #6063     Telephone Peterson re: Rust database, sensitivity   425.00
           analysis projections

 09/22/06  Peterson  / (28) Data Analysis                       2.1    1470.00
 #5842     Review jury verdict information                     700.00

 09/22/06  Relles    / (28) Data Analysis                       1.8     765.00
 #6064     Run sensitivity analysis using different definitions 425.00
           of filing year and disease

 09/23/06  Ebener    / (28) Data Analysis                       0.5     150.00
 #6315     Follow-up with coders on availability                300.00

 09/24/06  Peterson  / (28) Data Analysis                       0.8     560.00
 #5843     telephone Relles re: summaries of Grace liabilities 700.00

 09/24/06  Relles    / (28) Data Analysis                       2.9    1232.50
 #6066     Examine data from latest Verus entry; reformat for  425.00
           analysis; distribute summary to Peterson and Ebener

 09/24/06  Relles    / (28) Data Analysis                       1.7     722.50
 #6067     Prepare summaries of Grace liabilities              425.00

 09/24/06  Relles    / (28) Data Analysis                       0.8     340.00
 #6068     Telephone Peterson re: summaries of Grace           425.00
           liabilities

 09/25/06  Peterson  / (28) Data Analysis                       1.2     840.00
 #5844     Review sample of PIQ forms and data                 700.00

 09/25/06  Peterson  / (28) Data Analysis                       4.2    2940.00
 #5845     Review sample of PIQ forms and data                 700.00

 09/26/06  Peterson  / (28) Data Analysis                       0.3     210.00
 #5846     telephone Relles re: review projections output      700.00

 09/26/06  Peterson  / (28) Data Analysis                       1.4     980.00
 #5847     Review email and tables from Biggs                  700.00
```

{D0072702.1 }

```
Date: 10/18/06            Legal Analysis Systems, Inc.
Time: 10:am                                                           Page 12

                   W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 09/26/06  Peterson  / (28) Data Analysis                      2.6   1820.00
 #5848     Review parameters related to annual claim filings 700.00
           and resolutions

 09/26/06  Peterson  / (28) Data Analysis                      1.5   1050.00
 #5849     Review sensitivities in forecasts                 700.00

 09/26/06  Peterson  / (28) Data Analysis                      0.8    560.00
 #5850     Review Libby claim data                           700.00

 09/26/06  Relles    / (28) Data Analysis                      0.3    127.50
 #6069     Telephone Peterson re: review projections output  425.00

 09/26/06  Relles    / (28) Data Analysis                      3.0   1275.00
 #6070     Run various sensitivity analyses for projections  425.00

 09/26/06  Relles    / (28) Data Analysis                      1.3    552.50
 #6072     Identify gaps in filings by law firm              425.00

 09/27/06  Ebener    / (28) Data Analysis                      1.3    390.00
 #6316     Telephone Peterson about inventory of volumes (.3);300.00
           train coder on inventorying (1.0)

 09/27/06  Ebener    / (28) Data Analysis                      1.5    450.00
 #6317     Review Relles output file                         300.00

 09/27/06  Peterson  / (28) Data Analysis                      0.3    210.00
 #5851     Telephone Ebener about inventory of volumes       700.00

 09/27/06  Peterson  / (28) Data Analysis                      1.5   1050.00
 #5852     Preparation for telephone conference call         700.00

 09/27/06  Peterson  / (28) Data Analysis                      0.6    420.00
 #5854     Telephone Relles re: sensitivities                700.00

 09/27/06  Peterson  / (28) Data Analysis                      1.2    840.00
 #5855     Review sensitivity results                        700.00

 09/27/06  Relles    / (28) Data Analysis                      1.3    552.50
 #6073     Prepare for conference call                       425.00

 09/27/06  Relles    / (28) Data Analysis                      2.1    892.50
 #6075     Explore reasons for discrepancies between law firm425.00
           reports and Rust coding
```

{D0072702.1 }

```
Date: 10/18/06             Legal Analysis Systems, Inc.
Time: 10:am                                                          Page 13

                         W. R. Grace


Date/Slip# Description                                     HOURS/RATE  AMOUNT
-----------------------------------------------------------------------------
 09/27/06  Relles    / (28) Data Analysis                      2.7    1147.50
 #6076     Integrate Rust, Verus, and historical data        425.00

 09/27/06  Relles    / (28) Data Analysis                      1.8     765.00
 #6077     Create transition matrices based on survey data, run 425.00
           projections

 09/27/06  Relles    / (28) Data Analysis                      1.2     510.00
 #6078     Analyze degree to which law firms responded to    425.00
           questionnaire

 09/27/06  Relles    / (28) Data Analysis                      0.9     382.50
 #6079     Work on projection sensitivity variations        425.00

 09/27/06  Relles    / (28) Data Analysis                      0.6     255.00
 #6080     Telephone Peterson re: sensitivities             425.00

 09/28/06  Peterson  / (28) Data Analysis                      1.0     700.00
 #5858     Review issues of claims counts, Libby claims     700.00

 09/28/06  Peterson  / (28) Data Analysis                      0.4     280.00
 #5859     Telephone Relles re: Rust coding                 700.00

 09/28/06  Peterson  / (28) Data Analysis                      1.8    1260.00
 #5860     Review examples of Rust coding                   700.00

 09/28/06  Peterson  / (28) Data Analysis                      1.6    1120.00
 #5861     Review disease coding of PIQ forms               700.00

 09/28/06  Relles    / (28) Data Analysis                      0.5     212.50
 #6082     Correspondence with Biggs re: Libby claimants,   425.00
           discrepancies in claim counts

 09/28/06  Relles    / (28) Data Analysis                      0.5     212.50
 #6083     Correspondence with Verus re: data tables        425.00

 09/28/06  Relles    / (28) Data Analysis                      1.2     510.00
 #6084     Review questionnaire images to explain differences 425.00
           between Rust and Verus coding

 09/28/06  Relles    / (28) Data Analysis                      1.8     765.00
 #6086     Build models where asbestos-related diseases are 425.00
           treated as nonmalignants; compare with models that
           treat them separately
```

{D0072702.1 }

```
Date: 10/18/06          Legal Analysis Systems, Inc.
Time: 10:am                                                          Page 14

                        W. R. Grace


Date/Slip# Description                                 HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 09/28/06  Relles    / (28) Data Analysis                     1.2    510.00
 #6087     Run additional variations of projections         425.00

 09/28/06  Relles    / (28) Data Analysis                     0.4    170.00
 #6088     Telephone Peterson re: Rust coding               425.00

 09/29/06  Peterson  / (28) Data Analysis                     0.5    350.00
 #5862     Telephone Relles re: coding of PIQ forms        700.00

 09/29/06  Peterson  / (28) Data Analysis                     2.0   1400.00
 #5863     Review PIQ examples                             700.00

 09/29/06  Peterson  / (28) Data Analysis                     2.3   1610.00
 #5864     Review alternative forecasts                    700.00

 09/29/06  Peterson  / (28) Data Analysis                     0.5    350.00
 #5865     Telephone Relles re: alternative forecasts     700.00

 09/29/06  Peterson  / (28) Data Analysis                     0.7    490.00
 #5866     Review Relles emails re: forecasts             700.00

 09/29/06  Relles    / (28) Data Analysis                     2.0    850.00
 #6089     Scan for and review anomalous cases             425.00

 09/29/06  Relles    / (28) Data Analysis                     1.2    510.00
 #6091     Review information sent by law firms            425.00

 09/29/06  Relles    / (28) Data Analysis                     0.3    127.50
 #6093     Email Verus re: anomalous cases                 425.00

 09/29/06  Relles    / (28) Data Analysis                     2.5   1062.50
 #6094     Scan for and review anomalous cases             425.00

 09/29/06  Relles    / (28) Data Analysis                     0.5    212.50
 #6095     Telephone Peterson re: coding of PIQ forms     425.00

 09/29/06  Relles    / (28) Data Analysis                     0.5    212.50
 #6096     Telephone Peterson re: alternative forecasts   425.00

 09/30/06  Ebener    / (28) Data Analysis                     0.6    180.00
 #6318     Review inventory; order missing volumes         300.00

 09/30/06  Ebener    / (28) Data Analysis                     1.5    450.00
 #6319     Review Relles output file                       300.00
```

{D0072702.1 }

```
Date: 10/18/06            Legal Analysis Systems, Inc.
Time: 10:am                                                          Page 15

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 09/30/06  Peterson  / (28) Data Analysis                       0.3   210.00
 #5867     Telephone Relles re: alternative values of claims  700.00

 09/30/06  Peterson  / (28) Data Analysis                       1.3   910.00
 #5868     Review tables from Relles                          700.00

 09/30/06  Relles    / (28) Data Analysis                       0.3   127.50
 #6097     Telephone Peterson re: alternative values of claims 425.00

 09/30/06  Relles    / (28) Data Analysis                       1.5   637.50
 #6098     Compare diseases in Rust data with diseases alleged 425.00
           by law firms

 09/30/06  Relles    / (28) Data Analysis                       0.7   297.50
 #6099     Update Verus disease information                   425.00

 09/30/06  Relles    / (28) Data Analysis                       2.3   977.50
 #6102     Compare diseases in Rust data with diseases alleged 425.00
           by law firms
-----------------------------------------------------------------------------
```

{D0072702.1 }

```
Date: 10/18/06              Legal Analysis Systems, Inc.
Time: 10:am                                                          Page 16

                   W. R. Grace

              Summary Of Time Charges, By Month and Activity
                     September 2006 - September 2006

  MONTH        ACTIVITY                                    HOURS    AMOUNT
  ----------------------------------------------------------------------------
  September - (05) Claims Anal Objectn/Resolutn (Asbest)     6.2    3047.50
  September - (07) Committee, Creditors'                    17.0    8847.50
  September - (28) Data Analysis                           248.8  134877.50
  September - (99) Total                                   272.0  146772.50

  Total     - (05) Claims Anal Objectn/Resolutn (Asbest)     6.2    3047.50
  Total     - (07) Committee, Creditors'                    17.0    8847.50
  Total     - (28) Data Analysis                           248.8  134877.50
  Total     - (99) Total                                   272.0  146772.50

  ----------------------------------------------------------------------------
```

{D0072702.1 }

```
Date: 10/18/06           Legal Analysis Systems, Inc.
Time: 10:am                                                            Page 17

                     W. R. Grace

                Summary Of Time Charges, By Month and Person
                      September 2006 - September 2006

   MONTH        PERSON                                      HOURS      AMOUNT
   ---------------------------------------------------------------------------
   September - Relles                                       136.1   57842.50
   September - Peterson                                     120.4   84280.00
   September - Ebener                                        15.5    4650.00
   September - Total                                        272.0  146772.50

   Total     - Relles                                       136.1   57842.50
   Total     - Peterson                                     120.4   84280.00
   Total     - Ebener                                        15.5    4650.00
   Total     - Total                                        272.0  146772.50

   ---------------------------------------------------------------------------
```

{D0072702.1 }

```
Date: 10/18/06            Legal Analysis Systems, Inc.
Time: 10:am                                                              Page 18

                              W. R. Grace

            Summary Of Time Charges, By Activity, Month, and Person
                         September 2006 - September 2006

   MONTH        PERSON                              HOURS    RATE    AMOUNT
  ----------------------------------------------------------------------------
  (05) Claims Anal Objectn/Resolutn (Asbest)

  September - Relles                                  4.7    425.    1997.50
  September - Peterson                                1.5    700.    1050.00

  (07) Committee, Creditors'

  September - Relles                                 11.1    425.    4717.50
  September - Peterson                                5.9    700.    4130.00

  (28) Data Analysis

  September - Relles                                120.3    425.   51127.50
  September - Peterson                              113.0    700.   79100.00
  September - Ebener                                 15.5    300.    4650.00

  ----------------------------------------------------------------------------
```

{D0072702.1 }