## EXHIBIT A

### Asset Analysis and Recovery (1.80 Hours; $ 1,368.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.80 | $760 | 1,368.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/06 | PVL | 760.00 | 0.80 | Review draft Equitas escrow agreement (.3); review draft Equitas settlement agreement and e-mail Horkovich (.5). |
| 09/06/06 | PVL | 760.00 | 0.20 | Review Horkovich et al e-mail re Equitas agreement. |
| 09/07/06 | PVL | 760.00 | 0.10 | Review Equitas agreement. |
| 09/08/06 | PVL | 760.00 | 0.40 | Review Equitas agreement and e-mail Baer et al (.3); review schedule of ins receipts (.1). |
| 09/20/06 | PVL | 760.00 | 0.20 | Teleconference Horkovich and Hurford re Equitas settlement. |
| 09/21/06 | PVL | 760.00 | 0.10 | Review e-mail re Equitas. |

**Total Task Code .01**　　　**1.80**

### Business Operations (.10 Hours; $ 76.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $760 | 76.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/06/06 | PVL | 760.00 | 0.10 | Review 7/06 MORs. |

**Total Task Code .03**　　　**.10**

**Case Administration (48.40 Hours; $ 12,399.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.10 | $760 | 3,116.00 |
| Rita C. Tobin | 1.30 | $435 | 565.50 |
| David B. Smith | 26.50 | $220 | 5,830.00 |
| Carrie D. Kelly | 16.50 | $175 | 2,887.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/06 | PVL | 760.00 | 0.10 | Review 4 miscellaneous filings. |
| 09/02/06 | PVL | 760.00 | 0.10 | Review 15 miscellaneous filings. |
| 09/05/06 | RCT | 435.00 | 0.20 | Rev. local counsel rec. and docket re EI update |
| 09/06/06 | RCT | 435.00 | 0.70 | Rev. JAL/ALV emails (.2); draft reply to V.S. T. (.5) |
| 09/11/06 | DBS | 220.00 | 4.70 | Compile and organize documents for attorney review and case files. |
| 09/12/06 | PVL | 760.00 | 0.20 | Review Hurford memo re hearing (.1); confer NDF re same (.1). |
| 09/12/06 | DBS | 220.00 | 4.50 | Compile and organize documents for attorney review and case files. |
| 09/13/06 | DBS | 220.00 | 5.40 | Compile and organize documents for attorney review, expert review, and case files. |
| 09/14/06 | PVL | 760.00 | 0.20 | Review Horkovich mark-up of Equitas agreement and e-mail Horkovich. |
| 09/14/06 | DBS | 220.00 | 4.70 | Compile and organize documents for attorney review and case files. |
| 09/15/06 | PVL | 760.00 | 0.30 | Review 5 miscellaneous filings (.1); teleconference EI (.2). |
| 09/15/06 | DBS | 220.00 | 4.50 | Compile and organize documents for attorney review and case files. |
| 09/18/06 | DBS | 220.00 | 2.70 | Compile and organize documents for attorney review and case files. |

| 09/19/06 | PVL | 760.00 | 0.20 | Review agenda (.1); e-mail EI and NDF (.1). |
| 09/21/06 | RCT | 435.00 | 0.20 | Rev. local counsel recommendations and docket re EI update. |
| 09/22/06 | PVL | 760.00 | 0.20 | Review 6 miscellaneous filings (.1); review LTC memo re IRS settlement (.1) |
| 09/24/06 | PVL | 760.00 | 2.50 | Review 9/11/06 hearing transcript (2.4); review proposed orders (.1). |
| 09/26/06 | PVL | 760.00 | 0.10 | Review 5 miscellaneous filings. |
| 09/27/06 | PVL | 760.00 | 0.10 | Review Hurford memo and reply. |
| 09/27/06 | CDK | 175.00 | 6.00 | Index pleadings and documents. |
| 09/28/06 | CDK | 175.00 | 5.50 | Index pleadings and documents. |
| 09/29/06 | PVL | 760.00 | 0.10 | Review e-mail and reply. |
| 09/29/06 | RCT | 435.00 | 0.20 | Rev. local counsel rec. and docket re EI update. |
| 09/29/06 | CDK | 175.00 | 5.00 | Index pleadings and documents. |

**Total Task Code .04**          **48.40**

**Claim Analysis Objection & Resolution (Asbestos) (6.40 Hours; $ 4,830.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 6.30 | $760 | 4,788.00 |
| Jeffrey A. Liesemer | .10 | $425 | 42.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/06 | PVL | 760.00 | 0.30 | E-mail review (.2); review draft notice and order re PD claims (.1). |
| 09/07/06 | PVL | 760.00 | 0.80 | Confer NDF, WBS, JAL (.3); review 2 firm resps to motion to compel (.2); review NDF e-mail and reply |

| | | | | (.1); review 3 firm briefs re mediation (.1); review Grace brief re mediation (.1). |
|---|---|---|---|---|
| 09/08/06 | PVL | 760.00 | 2.10 | Review draft Snyder report (1.3); confer WBS and NDF re same (.3); confer NDF re same (.4); review Jacobs and Crumplar mediation response (.1). |
| 09/11/06 | PVL | 760.00 | 0.10 | Teleconference EI and review e-mail re hearing. |
| 09/13/06 | PVL | 760.00 | 0.30 | Review revised Snyder draft. |
| 09/14/06 | PVL | 760.00 | 0.90 | Review 6 PD CMO objections (.2); review draft order and e-mail Hurford et al (.1); review Kraus slides (.3); confer NDF (.3). |
| 09/19/06 | PVL | 760.00 | 0.70 | Review Grace resp re PD CMO (.1); review Grace suppl. resp re Prudential claims (.3); teleconference EI (.1); review Grace suppl obj re Anderson Memorial (.2). |
| 09/22/06 | PVL | 760.00 | 0.30 | Review NDF et al e-mail (.1); review Harding letter to NDF (.2). |
| 09/25/06 | JAL | 425.00 | 0.10 | Meeting w/JPW re: estimation-related discovery issues. |
| 09/27/06 | PVL | 760.00 | 0.70 | Teleconference Peterson, Relles, WBS, NDF re est. |
| 09/28/06 | PVL | 760.00 | 0.10 | Review e-mail. |

**Total Task Code .05**          **6.40**


## Claim Analysis Objection & Resolution (Non-Asbestos) (.20 Hours; $ 152.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $760 | 152.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/06/06 | PVL | 760.00 | 0.20 | Review draft motion re IRS settlement |

**Total Task Code .06**          **.20**

## Committee, Creditors', Noteholders' or Equity Holders' (.30 Hours; $ 250.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $835 | 250.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/20/06 | EI | 835.00 | 0.30 | Memo re: strategy. |

**Total Task Code .07**     **.30**

## Fee Applications, Applicant (4.20 Hours; $ 1,327.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.20 | $435 | 957.00 |
| Andrew D. Katznelson | 2.00 | $185 | 370.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/05/06 | RCT | 435.00 | 1.00 | Rev. request from UST (.2); emails JR, PVNL, JAL, NDF re same (.8) |
| 09/05/06 | ADK | 185.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 09/13/06 | RCT | 435.00 | 0.50 | Review pre-bills. |
| 09/18/06 | RCT | 435.00 | 0.50 | Review exhibits |
| 09/22/06 | ADK | 185.00 | 1.00 | Worked on fee application. |
| 09/25/06 | RCT | 435.00 | 0.20 | Review Fee app sched. for October |
| 09/25/06 | ADK | 185.00 | 0.50 | Worked on fee application. |

**Total Task Code .12**          **4.20**

**Hearings (12.70 Hours; $ 10,109.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 6.10 | $835 | 5,093.50 |
| Peter Van N. Lockwood | 6.60 | $760 | 5,016.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/05/06 | EI | 835.00 | 1.00 | Conf. call R. Frankel, S. Baena, J. Sokalo and NDF re: prep for hearing. |
| 09/10/06 | EI | 835.00 | 1.00 | Dinner conf. NDF, Milch, Campbell, Hurford to review and prepare for hearing tomorrow. |
| 09/11/06 | EI | 835.00 | 4.10 | Hearing re: exclusivity (4.0); t/c Weitz re: status (.1). |
| 09/25/06 | PVL | 760.00 | 6.60 | Prep for omni hearing (.4); confer NDF re same (1.2); confer Esserman, Hurford, NDF re same (.3); attend omni hearing (4.7). |

**Total Task Code .15**          **12.70**

**Litigation and Litigation Consulting (366.50 Hours; $ 151,789.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 7.50 | $835 | 6,262.50 |
| Walter B. Slocombe | 39.30 | $650 | 25,545.00 |
| Nathan D. Finch | 119.10 | $525 | 62,527.50 |
| Jeffrey A. Liesemer | 31.50 | $425 | 13,387.50 |
| James P. Wehner | 10.00 | $405 | 4,050.00 |
| Adam L. VanGrack | 70.80 | $250 | 17,700.00 |
| Danielle K. Graham | 41.30 | $290 | 11,977.00 |
| David B. Smith | 47.00 | $220 | 10,340.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| 09/01/06 | NDF | 525.00 | 1.30 | Memo to certain cancer claimants re discovery motion to compel (0.5); review correspondence re bar date issues (0.2); draft additional discovery to Grace (0.6). |
|---|---|---|---|---|
| 09/01/06 | JAL | 425.00 | 4.30 | Further drafting and revisions to post-mediation submission opposing the motion to compel (2.10); drafted and revised e-mail to Grace's counsel regarding bar-date materials and timing issues (1.3); review and analysis of materials relating to claims estimation (.90). |
| 09/02/06 | WBS | 650.00 | 0.50 | Rev draft post-mediation submission on remaining issues re Questionnaire. |
| 09/05/06 | WBS | 650.00 | 0.60 | Rev revised draft on Questionnaire issues and e-mail re points to be made on oral argument and plans for ACC analysis of Rust work. |
| 09/05/06 | DBS | 220.00 | 5.50 | Compile and organize documents for attorney review and case files (4.0); cite check brief for attorney review (1.5). |
| 09/05/06 | DKG | 290.00 | 3.20 | Read and analyze expert reports. |
| 09/05/06 | JAL | 425.00 | 2.80 | Further edits and revisions to post-mediation brief re: unresolved issues relating to Grace's motion to compel (1.2); reviewed exchange of e-mail correspondence relating to expert reports and other estimation-related discovery issues (.20); drafted memo to DBS re: post-mediation brief on unresolved discovery issues (.10); drafted e-mail to Campbell & Levine re: matter relating to hearing on Sept. 11 (.10); review and analysis of materials relating to estimation and Sept 11 hearing (.40); prep. for meeting w/TWS and ALV re: document discovery and deposition prep. (.40); reviewed e-mail exchanges between NDF and WBS re: post-mediation brief and prep. for hearing on Sept. 11 (.20); email correspondence w/RCT re: document discovery issues and inquiries from the fee auditor (.20). |
| 09/05/06 | ALV | 250.00 | 3.80 | Review documents related to W.R. Grace's Boston and Boca document repository (3.8). |
| 09/05/06 | JPW | 405.00 | 0.80 | Review expert reports (.5); review Equity Committee Statement (.3) |

| 09/06/06 | WBS | 650.00 | 0.50 | Conference NDF re status of preparations for Grace Questionnaire hearing and expert reports and related work to be done. |
|---|---|---|---|---|
| 09/06/06 | NDF | 525.00 | 8.90 | Prepare for discovery conference (1.0); review and edit rule 2004 response document (0.5); meet and confer with Grace lawyers re ACC discovery (2.8); confer with JAL, et al. re discovery issues (0.5); telephone conference with Hammar re report (0.5); telephone conference with Kraus, et al. re cancer claimants issue (1.0); confer with WBS re Grace case issues (0.5); draft key points for cancer cases (0.5); review Grace court presentations for discovery follow-up (0.5); review new medical literature re asbestos (0.6); review Felder/Frankel slides for 9/11 hearing (0.5). |
| 09/06/06 | NDF | 525.00 | 8.60 | Review medical literature and expert reports from Hammar, Welch and Brody and make edits to same (6.5); review materials gathered in response to grace 2004 notice - privilege or responsive (2.1). |
| 09/06/06 | JAL | 425.00 | 5.40 | Meet-and-confer session with Grace's counsel re: unresolved discovery issues (3.6); telephone call w/NDF, ALV and D. Felder re: estimation-related discovery issues and strategy (.60); office conf. w/NDF re: estimation-related discovery issues and strategy (.70); revised and finalized post-mediation brief in opposition to Grace motion to compel (.50). |
| 09/06/06 | ALV | 250.00 | 8.50 | Meet and Confer at Kirkland and Ellis with JAL, NDF, counsel to Debtor (B. Harding, A. Basta), and counsel for the Futures Representative (3.5); meeting with JAL, NDF, and D. Felder to discuss discovery strategy (0.6); follow-up assignments stemming from meet and confer with debtor (2.9); teleconference with W. Longo regarding his expert report (0.4); review expert reports and materials (1.1). |
| 09/07/06 | WBS | 650.00 | 4.10 | Conference PVNL, NDF re tactics/planning for est case, including analysis of Questionnaire responses (.4); conference call with counsel for claimants re prep for hearing on motion to compel and conference NDF re followup (1.0); read and notes on 21 Aug. hearing re next steps in discovery/bar date issues (1.5); rev Agway dec on defn of "claim" as relevant to bar date order and other issues in Grace (.4); review other parties' submissions (.8). |

| 09/07/06 | EI | 835.00 | 1.00 | Conf. Weitz re: status. |
| 09/07/06 | NDF | 525.00 | 7.10 | Review medical articles re asbestos issues to edit reports (2.5); telephone conference with Welch (0.6); prepare for discovery motion on 9/11 (2.5); telephone conference with clients re same (0.7); read additional pleadings filed on motion to compel issue (0.8). |
| 09/07/06 | DBS | 220.00 | 3.90 | Compile and organize documents for attorney review and case files. |
| 09/07/06 | DKG | 290.00 | 5.20 | Research and draft 30(b)(6) subpoena duces tecum for CAN Insurance. |
| 09/07/06 | JAL | 425.00 | 0.60 | Telephone call w/T. Wilson re: bar-date and proof-of-claim issues (.30); finalized post-mediation brief of the Committee re: the Grace motion to compel, and sent it to local counsel under cover letter for filing with the Court (.30). |
| 09/07/06 | ALV | 250.00 | 3.70 | Teleconferences with B. Castleman regarding his expert report (0.5); review of the expert report of B. Castleman (2.2); review documents related to the estimation (including insurance information, potential expert-related documents, potential exhibits, and settlement agreements) (1.0). |
| 09/08/06 | WBS | 650.00 | 4.00 | Rev Snyder draft exp report, prior testimony in other cases (2.7), conference PVNL and NDF re Snyder draft (.5), notes re comments (.8). |
| 09/08/06 | EI | 835.00 | 1.20 | Memo to Weitz re: status (.2); prep for hearing (1.0). |
| 09/08/06 | NDF | 525.00 | 5.60 | Confer with PVNL and WBS re Snyder report (1.0); review and edit Snyder report (1.4); prepare for 9/11 hearing on motion to compel (1.5); review Grace documents cited in Snyder report (1.1); draft email to Grace re bar date clarification (0.5); review bar date order (0.1). |
| 09/08/06 | DBS | 220.00 | 1.30 | Compile and organize documents for expert review. |
| 09/08/06 | JAL | 425.00 | 0.80 | Review and analysis of post-mediation submissions relating to Grace's motion to compel (.30); telephone call w/M. Hurford re: estimation-related issues (.20); office conf. w/NDF re: estimation-related issues (.30). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 09/08/06 | ALV | 250.00 | 4.30 | Review pleadings (0.4); review of the draft 30(b)(6) request to Grace's insurance coverage companies, as well as information regarding Grace's insurance coverage (0.4); meetings with NDF regarding discovery (0.3); review documents related to the estimation (including insurance information, potential expert-related documents, potential exhibits, and settlement agreements) (2.2); review of the expert report of B. Castleman (0.7); teleconferences with B. Longo regarding his expert report (0.3). |
| 09/09/06 | NDF | 525.00 | 0.70 | Telephone conference with Snyder re report. |
| 09/10/06 | NDF | 525.00 | 0.20 | Confer with EI re case issues. |
| 09/11/06 | NDF | 525.00 | 8.60 | Prepare for hearing with Kraus and Busby (0.5); confer with EI re exclusivity (0.3); attend hearing and argue motion to compel (7.5); confer with ACC counsel re motion to compel hearing (0.3). |
| 09/11/06 | JAL | 425.00 | 0.20 | Telephone call w/J. Loveless re: bar date notice and proof of claim. |
| 09/11/06 | ALV | 250.00 | 5.60 | Review of insurance related documents review of expert reports; review debtor produced documents for relevance. |
| 09/11/06 | JPW | 405.00 | 1.30 | Review expert report |
| 09/12/06 | WBS | 650.00 | 1.10 | Review memos and e-mails related to yesterday's hearing and necessary followup work (.3); review draft Longo report (.8). |
| 09/12/06 | EI | 835.00 | 1.50 | T/c Weitz re: status (.1); memo re: status (.1); redrafted memo on hearing (.3); reviewed proposed report and t/c NDF (1.0). |
| 09/12/06 | NDF | 525.00 | 7.80 | Review and revise expert reports (5.6); review stipulation re bar date (0.2); email to Harding re same (0.1); telephone conference with EI re expert report (0.2); telephone conference with WBS re case issue (0.3); draft email to Snyder (0.1); draft email to Relles (0.1); draft email to staff re record procedures (0.2); review and edit memo to ACC re motion to compel hearing (1.0). |

| 09/12/06 | DKG | 290.00 | 4.10 | Attention to issues re expert witnesses (1.5); draft stipulated order re bar date motion (2.6). |
| 09/12/06 | JAL | 425.00 | 0.50 | Reviewed memo from M. Hurford re: yesterday's hearing (.20); reviewed and edited draft of proposed bar-date stipulation (.30). |
| 09/12/06 | ALV | 250.00 | 5.30 | Strategy Meeting and Hearing Discussion (0.4); review of expert reports; review debtor produced documents for relevance (4.9). |
| 09/12/06 | JPW | 405.00 | 1.60 | Review expert report (1.0); read memo on hearing (.6) |
| 09/13/06 | WBS | 650.00 | 2.40 | Conference call with counsel for FR re discovery plans (1.3), conference JAL, NDF re "put in issue" motion to compel (.2), res and rev cases on PII (.6), telephone conference Longo re report (.3). |
| 09/13/06 | EI | 835.00 | 0.50 | T/c NDF re: expert report. |
| 09/13/06 | NDF | 525.00 | 7.30 | Telephone conference with Longo re report (0.5); telephone conference with FCR counsel re discovery issues (1.5); telephone conference with Snyder re report (0.5); telephone conference with Andrae re Lemen (0.5); telephone conference with U.S. Attorney re Lemen and other issues (0.7); draft insert for expert report (0.3); review and edit Longo and Snyder reports (1.0); consideration and attention to discovery, RFAs, case preparation (1.3); review Kraus power point (1.0). |
| 09/13/06 | DKG | 290.00 | 3.00 | Compile list of expert testimony for Rule 26 disclosure (2.5); attention to issue re expert report (0.5). |
| 09/13/06 | JAL | 425.00 | 3.40 | Review and analysis of materials relating to estimation of claims (.90); reviewed, edited, and finalized letter to B. Harding re: document production issues (.30); telephone conf. w//NDF, WBS, R. Mullady, and D. Felder re: strategy and discovery issues in the estimation proceeding (1.10); meeting w/NDF and WBS re: strategy and discovery issues in the estimation proceeding (.50); drafted and revised memo to FCR's counsel re: issues related to estimation discovery (.40); reviewed memo from WBS re: issues relating to estimation discovery (.20). |

| | | | | |
|---|---|---|---|---|
| 09/13/06 | ALV | 250.00 | 3.80 | Review of expert reports; review debtor produced documents for relevance. |
| 09/13/06 | JPW | 405.00 | 0.90 | Review Kraus PowerPoint |
| 09/14/06 | EI | 835.00 | 1.30 | T/c NDF re: his talk with D of J (.3); t/c M. Peterson re: status and planning (.5); t/c L. Tersigni re: same (.1); t/c NDF re: meeting (.2); draft memo re: meeting (.2). |
| 09/14/06 | NDF | 525.00 | 6.30 | Review and revise expert witness reports for Grace ACC experts (5.5); review outstanding discovery requests in Sealed Air and TTP claims numbers (0.8). |
| 09/14/06 | DKG | 290.00 | 5.20 | Attention to issues re expert reports. |
| 09/14/06 | JAL | 425.00 | 0.30 | Office conf. w/ALV re: estimation discovery issues (.10); review and analysis of materials relating to estimation (.20). |
| 09/14/06 | ALV | 250.00 | 5.20 | Review of insurance related documents (1.0); review of expert reports; review debtor produced documents for relevance (4.2). |
| 09/15/06 | EI | 835.00 | 0.30 | T/c Frankel re: status (.2); memo re: order (.1). |
| 09/15/06 | NDF | 525.00 | 0.60 | Review email correspondence re case issues (0.5); telephone conference with Harding, et al., re expert reports due date (0.1). |
| 09/15/06 | DKG | 290.00 | 3.00 | Prepare charts re previous testimony of expert witnesses. |
| 09/15/06 | ALV | 250.00 | 2.30 | Review of expert reports (2.1); teleconference with B.Longo to discuss his report (0.2). |
| 09/18/06 | DKG | 290.00 | 4.50 | Attention to issues re expert reports and previous testimony (3.5); attention to trial status (1.0). |
| 09/18/06 | JAL | 425.00 | 5.60 | Review and analysis of materials relating to estimation and related discovery (2.6); telephone call w/G. Bradley re: estimation discovery (.20); review and analysis of legal research pertaining to estimation discovery issues (2.8). |
| 09/18/06 | ALV | 250.00 | 3.00 | Review recent pleadings; review documents from Grace's Boca Raton document repository |

| | | | | |
|---|---|---|---|---|
| | | | | (2.8);teleconference with B.Longo to discuss his expert report (0.2). |
| 09/19/06 | WBS | 650.00 | 1.20 | Review prior Grace filings on their theory of the case. |
| 09/19/06 | EI | 835.00 | 0.60 | Conf. call Frankel, Baena re: exclusivity (.5); t/c NDF re: same  (.1). |
| 09/19/06 | NDF | 525.00 | 5.60 | Telephone conference with Harding re questionnaire order (0.7); telephone conference with Esserman re same (0.5); meet with DKG, DBS, et al. re report logistics for service (0.6); work on estimation case (review questionnaire responses, LAS claims information) (3.3); review recent case law re bar order (0.5). |
| 09/19/06 | DBS | 220.00 | 5.40 | Compile and organize documents for attorney review and case files (2.4); compile expert back-up materials (2.5); attend meeting re expert reports (.5). |
| 09/19/06 | DKG | 290.00 | 3.70 | Meeting re expert witnesses with NDF, DBS, ALV and M. Hurford (0.6); attention to issues re expert witnesses (3.1). |
| 09/19/06 | JAL | 425.00 | 1.00 | Telephone call w/NDF re: potential appeal of exclusivity extension (.10); drafted and revised memo to NDF re: amending CMO to incorporate agreed extensions of deadlines (.10); review and analysis of legal research relating to estimation discovery issues (.80). |
| 09/19/06 | ALV | 250.00 | 5.90 | Review of expert reports; preparation of expert reports; meeting with NDF, DKG, DBS, and M. Hurfurd regarding preparation of expert reports (5.7); teleconference call with B.Longo to discuss prior testimony (0.2). |
| 09/20/06 | NDF | 525.00 | 6.30 | Estimation - work on draft discovery plan/trial brief/order of proof to guide discovery efforts (3.3); telephone conference with potential expert witness re status issues (0.7); work on expert reports (Hammar and Welch) - final review (0.7); draft order re questionnaire issues (0.5); review transcript of 9/11 hearing for use in crafting questionnaire order (1.10). |
| 09/20/06 | DBS | 220.00 | 5.70 | Compile and organize documents for attorney review and case files. |

| 09/20/06 | DKG | 290.00 | 0.50 | Attention to issues re expert witnesses. |
| 09/20/06 | JAL | 425.00 | 2.70 | Review and analysis of legal research relating to estimation and discovery (1.60); office conf. w/NDF re: estimation strategy and potential appeal of exclusivity decision (.30); drafted response e-mail to J. Waight re: PI proof-of-claim forms (.20); reviewed letter from T. Wilson to B. Harding re: supplementation of questionnaire responses (.10); review and analysis of transcript of Court's Sept. 11 hearing on exclusivity and motion to compel (.50). |
| 09/20/06 | ALV | 250.00 | 1.50 | Review documents from Grace's Boca Raton document repository. |
| 09/21/06 | WBS | 650.00 | 2.20 | Review Debtors proposed Q-R order; review transcript of 11 September hearing on same issue; review our counter-proposal. |
| 09/21/06 | NDF | 525.00 | 5.60 | Review Lemen report and medical literature cited (4.6); telephone conference with Lemen re report issues (0.3); review Hurford draft order (0.2); review depositions re insurance claim audits (0.5). |
| 09/21/06 | DBS | 220.00 | 0.90 | Compile and organize documents for attorney review and case files. |
| 09/22/06 | WBS | 650.00 | 3.80 | Draft revisions of counter-proposal and check against Judge's rulings at hearing (1.1); review revised draft and draft objection statement (0.3); conference call with counsel for claimants re joint response and proposed order (1.0: review revised drafts (0.4); conference call with Debtors' counsel re each others' submissions/proposals (0.3); discussion with NDF and Claimants' counsel re hearing on 25 September (0.3); scheduling strategy conference and agenda (0.2); read Debtors' counsel's letter re pending discovery requests by ACC (0.2). |
| 09/22/06 | EI | 835.00 | 0.30 | Memo NDF re: status (.1); memo re: meeting (.1); memo re: tax settlement (.1). |
| 09/22/06 | NDF | 525.00 | 5.00 | Draft opposition/talking points to oppose Grace order (2.0); telephone conference with Esserman and Ramsay re Grace order (1.0); telephone conference with Harding re Grace order (0.5); revise and edit ACC/Esserman order (1.0); consideration of RFAs to Grace re various issues (0.5). |

{D0073034.1 }

| 09/22/06 | JAL | 425.00 | 0.50 | Review and analysis of materials relating to estimation and related discovery (.40); reviewed memo from EI and NDF re: competing proposed orders on Grace motion to compel (.10). |
| 09/22/06 | ALV | 250.00 | 1.00 | Review documents from Grace's Boca Raton document repository. |
| 09/22/06 | JPW | 405.00 | 3.40 | Read transcript of bankruptcy hearing (2.7); read Grace handouts (.4); review correspondence from Debtor re open discovery issues (.3) |
| 09/23/06 | NDF | 525.00 | 1.00 | Review Lemen final report (0.8); email to Hurford, et al. re 9/25 hearing (0.2). |
| 09/25/06 | WBS | 650.00 | 1.90 | Hearing on Questionnaire issues (by phone). |
| 09/25/06 | NDF | 525.00 | 7.90 | Telephone conference with M. Meyer re bar date (0.3); prepare for 9/25 status conference (1.0); confer with Esserman and PVNL re hearing (0.5); attend omnibus hearing and argue questionnaire issues (4.6); review and revise expert report (Castleman) (1.5). |
| 09/25/06 | DBS | 220.00 | 3.30 | Compile and organize documents for attorney review and case files. |
| 09/25/06 | DKG | 290.00 | 0.30 | Attention to issues re expert reports. |
| 09/25/06 | JAL | 425.00 | 0.90 | Review and analysis of letter from B. Harding, plus attachments, re: outstanding discovery issues in the estimation proceeding (.60); drafted and revised response memo to R. Rescho re: Grace's motion to compel (.30). |
| 09/25/06 | ALV | 250.00 | 0.90 | Review documents from Grace's Boca Raton document repository. |
| 09/26/06 | WBS | 650.00 | 1.30 | Review and revise re-drafted Q-R order (0.5); work on RFAs to Grace re state of preparation of cases (0.8). |
| 09/26/06 | EI | 835.00 | 0.20 | T/c NDF re: status (.2). |
| 09/26/06 | NDF | 525.00 | 8.00 | Work on order re MTC questionnaire issue (2.0); work on estimation case - outline of trial brief and key discovery plan (5.5); make revisions to Castleman report (0.5). |

| 09/26/06 | DBS | 220.00 | 3.70 | Compile and organize documents for attorney review and case files. |
|---|---|---|---|---|
| 09/26/06 | DKG | 290.00 | 0.80 | Read expert reports and related medical article. |
| 09/26/06 | JAL | 425.00 | 0.30 | Office conf. w/NDF re: estimation-related discovery issues and next steps. |
| 09/26/06 | ALV | 250.00 | 3.70 | Review of expert reports (3.2); teleconferences with B. Castleman regarding his report (0.5). |
| 09/26/06 | JPW | 405.00 | 1.80 | Review claims PowerPoint |
| 09/27/06 | WBS | 650.00 | 8.60 | Conference call Mark Peterson and Dan R. re strategy and issues to be considered in estimation and issues re questionnaire analysis (2.0); work on memo laying out tasks for analysis by experts on questionnaire responses and checking Rust coding (3.4); review preliminary transcript of 25 September hearing and revisions to draft proposed order reflecting rulings by Court in that hearing (1.5); conference with NDF re revisions and strategy for estimation and responses to like Debtor contentions re what claims are valid (0.4); review and revise draft report to ACC on hearing and changes in proposed order to reflect issues raised in report (1.3). |
| 09/27/06 | NDF | 525.00 | 5.00 | Review transcript of 9/25 hearing (1.0); revise and edit order re same (1.10); telephone conference with Peterson and WBS re questionnaire issues and expert analysis (1.5); email correspondence to law firm re disease shown in Rust database issue (0.5); emails to Esserman re various issues on the orders (0.3); emails to Grace lawyers re various issues (0.2); edit memo to Grace ACC re 9/25 hearing (0.2); telephone conference with M. Hurford re various issues (0.2). |
| 09/27/06 | DBS | 220.00 | 6.20 | Compile and organize documents for attorney review (3.0); compile cases and authorities re exclusivity appeal for attorney review (2.2); compile expert reports and supporting materials (1.0). |
| 09/27/06 | DKG | 290.00 | 3.50 | Attention to issues re expert reports. |
| 09/27/06 | ALV | 250.00 | 4.50 | Review of expert reports (2.4); review documents from Grace's Boca Raton document repository (1.1); meeting with DKG and DB to review expert report production (1.0). |

| | | | | |
|---|---|---|---|---|
| 09/28/06 | WBS | 650.00 | 2.70 | Review comments on draft order from other counsel (0.3); telephone conference NDF re changes in order, steps to cross-checking coding of Q-Rs (0.3); conference call SE re order (0.3); review W&K e-mails re how Rust has coded their responses and review attachments to W&K e-mails showing Questionnaire as filled in (1.3); notes re steps needed to check and count meso cases accurately (0.5). |
| 09/28/06 | EI | 835.00 | 0.60 | Reviewed Orrick outline (.5); memo re: meeting (.1). |
| 09/28/06 | NDF | 525.00 | 6.70 | Review materials sent by meso claimants (4.5); send materials to Peterson via emails and memos (0.5); review Relles memos (0.3); work on order re motion to compel (0.3); work on asbestos estimation case (fact discovery needed and review of discovery already obtained) (1.1). |
| 09/28/06 | DBS | 220.00 | 5.70 | Compile and organize documents for attorney review and case files (2.5); compile expert reports and supporting materials (3.2). |
| 09/28/06 | DKG | 290.00 | 2.00 | Attention to issues re expert reports. |
| 09/28/06 | JAL | 425.00 | 0.10 | E-mail exchanges w/NDF re: prep. of motion to compel discovery responses in estimation proceeding. |
| 09/28/06 | ALV | 250.00 | 4.40 | Prepare expe   from Grace's Boca Raton document repository (2.3). |
| 09/28/06 | JPW | 405.00 | 0.20 | Read letter from M. Meyers |
| 09/29/06 | WBS | 650.00 | 4.40 | Review e-mails with information about initial analysis of Questionnaire responses and discrepancies between Rust counts and databases and other sources (1.5); conference call with Debtors' counsel re proposed order (1.1); conference call with Orrick attorneys re next steps, to include motion to compel, analysis of data, RFAs (0.8); review draft memo in support of motion to compel and related research (1.0). |
| 09/29/06 | NDF | 525.00 | 4.20 | Telephone conference with FCR lawyers re case issues and strategic options for discovery (1.1); work on RFAs to Grace (0.5); telephone conference with Harding and Esserman re MTC order and negotiate same (0.5); review revisions to MTC order (0.5); email correspondence to claimant attorneys re |

|  |  |  |  | various issues (0.7); email correspondence to PVNL and WBS re various issues (0.3); email correspondence to Peterson re various analyses (0.6). |
| --- | --- | --- | --- | --- |
| 09/29/06 | DBS | 220.00 | 5.40 | Compile and organize documents for attorney review and case files (1.9); compile expert reports and supporting materials (3.5). |
| 09/29/06 | DKG | 290.00 | 2.30 | Attention to issues re expert witnesses and preparing reports for filing. |
| 09/29/06 | JAL | 425.00 | 2.10 | Review and analysis of materials relating to estimation and discovery (1.0); telephone conf. w/NDF, R. Mullady, D. Felder and G. Rasmussen re: estimation-related discovery issues (1.10). |
| 09/29/06 | ALV | 250.00 | 3.40 | Prepare expert reports for production. |
| 09/30/06 | NDF | 525.00 | 0.80 | Review and reply to correspondence from plaintiffs re questionnaire issues (0.5); review RFAs from Sealed Air case (0.3). |

**Total Task Code.16        366.50**

## Plan & Disclosure Statement (10.60 Hours; $ 4,907.00)

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter Van N. Lockwood | 1.20 | $760 | 912.00 |
| Jeffrey A. Liesemer | 9.40 | $425 | 3,995.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 09/05/06 | PVL | 760.00 | 0.20 | Confer NDF re exclusivity issues. |
| 09/06/06 | PVL | 760.00 | 0.30 | Review draft 2004 joint opposition (.2); confer NDF re excl (.1). |
| 09/07/06 | PVL | 760.00 | 0.10 | Review revised Frankel slides and e-mail Frankel. |
| 09/19/06 | JAL | 425.00 | 0.10 | Drafted e-mail to EI re: potential appeal of exclusivity extension. |

| 09/21/06 | JAL | 425.00 | 3.80 | Reviewed draft notice of appeal from exclusivity extension (.10); review and analysis of materials and legal research relating to appeal of exclusivity extension (3.7). |
| 09/26/06 | PVL | 760.00 | 0.40 | Review FCR excl proposed outline and e-mail Felder et al. |
| 09/26/06 | JAL | 425.00 | 3.30 | Review and analysis of draft outline of appellate brief re: extension of exclusivity and related legal research. |
| 09/27/06 | PVL | 760.00 | 0.20 | Review e-mail re excl (.1); review e-mail and reply (.1). |
| 09/27/06 | JAL | 425.00 | 2.20 | Correspondence w/DBS re: prep. for exclusivity (.20); reviewed e-mail from S. Baena re: potential appeal of exclusivity extension (.20); review and analysis of legal research in connection with potential appeal of exclusivity extension (1.8). |

**Total Task Code .17        10.60**

**Tax Issues (.80 Hours; $ 460.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Scott D. Michael | .80 | $575 | 460.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/21/06 | SDM | 575.00 | 0.80 | Conference NDF re collateral impact of Montana criminal case. |

**Total Task Code .19        .80**

**Travel – Non Working (24.50 Hours; $ 8,141.25)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Elihu Inselbuch | 8.00 | $417.50 | 3,340.00 |
| Peter Van N. Lockwood | 4.00 | $380.00 | 1,520.00 |
| Nathan D. Finch | 12.50 | $262.50 | 3,281.25 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/10/06 | EI | 417.50 | 4.00 | Travel to Pittsburgh for hearing. |
| 09/10/06 | NDF | 262.50 | 4.20 | Travel to Pittsburgh for Grace hearing. |
| 09/11/06 | EI | 417.50 | 4.00 | Trip to NY. |
| 09/11/06 | NDF | 262.50 | 3.80 | Return to D.C. |
| 09/25/06 | PVL | 380.00 | 4.00 | Travel to/from Wilmington for hearing. |
| 09/25/06 | NDF | 262.50 | 4.50 | Travel to Wilmington, DE (2.0); return to D.C. (2.5). |

**Total Task Code .21**     **24.50**

Other Charges:

| | |
|---|---|
| Air & Train Transportation | 1,662.60 |
| Air Freight & Express Mail | 154.94 |
| Charge of Cell and/or Home Phone Useage | 11.54 |
| Conference Meals | 107.37 |
| Database Research | 1,166.60 |
| Local Transportation - DC | 87.00 |
| Long Distance-Equitrac In-House | 14.27 |
| Meals Related to Travel | 112.85 |
| Outside Local Deliveries | 8.07 |
| Outside Photocopying/Duplication Service | 2,771.18 |
| Postage | 1.80 |
| Professional Fees & Expert Witness Fees | 53,992.27 |
| Telecopier/Equitrac | 23.70 |
| Travel Expenses - Ground Transportation | 493.59 |
| Travel Expenses - Hotel Charges | 453.72 |
| Xeroxing | 778.30 |

Total:    $61,839.80