**EXHIBIT B**

**Asset Analysis and Recovery (1.8 Hours; $ 1,368.00)**

   Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the state.

**Total Task Code .01**    1.8

**Business Operations (.1 Hours; $ 76.00)**

   Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**    .1

**Case Administration (48.4 Hours; $ 12,399.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**    48.4

**Claim Analysis Objection & Resolution (Asbestos) (6.4 Hours; $ 4,830.50)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**    6.4

**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 152.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**    .2

**Committee, Creditors', Noteholders' or Equity Holders' (.3 Hours; $ 250.50)**

{D0073035.1 }
DOC#151898

Services rendered in this category include Committee meetings and conference calls, general memoranda to committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07          .3**

**Fee Applications, Applicant (4.2 Hours; $ 1,327.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          4.2**

**Hearings (12.7 Hours; $ 10,109.50)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15          12.7**

**Litigation and Litigation Consulting (366.5 Hours; $ 151,789.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          366.5**

**Plan & Disclosure Statement (10.6 Hours; $ 4,907.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          10.6**

**Tax Issues (.8 Hours; $ 460.00)**

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

{D0073035.1 }

**Total Task Code .19            .8**

**Travel Non-Working (24.5 Hours; $ 8,141.25)**

        Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21            24.5**