## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,662.60 |
| Air Freight & Express Mail | 154.94 |
| Charge of Cell and/or Home Phone Useage | 11.54 |
| Conference Meals | 107.37 |
| Database Research | 1,166.60 |
| Local Transportation - DC | 87.00 |
| Long Distance-Equitrac In-House | 14.27 |
| Meals Related to Travel | 112.85 |
| Outside Local Deliveries | 8.07 |
| Outside Photocopying/Duplication Service | 2,771.18 |
| Postage | 1.80 |
| Professional Fees & Expert Witness Fees | 53,992.27 |
| Telecopier/Equitrac | 23.70 |
| Travel Expenses - Ground Transportation | 493.59 |
| Travel Expenses - Hotel Charges | 453.72 |
| Xeroxing | 778.30 |
| Total: | $61,839.80 |

{D0073036.1 }