```
Client Number:   4642                   Grace Asbestos Personal Injury Claimants                                                           Page:   1
Matter      000                         Disbursements                                                                                 10/23/2006
                                                                                                                                   Print Date/Time:
                                                                                                                                      10/23/2006
                                                                                                                                       2:43:22PM
Attn:                                                                                                                                  Invoice #

                                                        PREBILL  / CONTROL  REPORT
                                                                    Trans Date Range:  1/1/1950  to: 9/30/2006

Matter      000
Disbursements
Bill Cycle:       Monthly           Style:         i1         Start:      4/16/2001
                                                                  Last Billed : 9/29/2006                                    13,655
```

Trust Amount Available

```
                         Total Expenses Billed To Date         $570,785.57

                                                              Billing Empl:        0120     Elihu   Inselbuch
                                                              Responsible Empl:    0120     Elihu   Inselbuch
                                                              Alternate Empl:      0120     Elihu   Inselbuch
                                                              Originating Empl:    0120     Elihu   Inselbuch
```

**Summary   by Employee**

```
                                              ---------- A C T U A L ----------      ---------- B I L L I N G----------
Empl      Initials    Name                        Hours            Amount                Hours            Amount

0020      PVL         Peter Van N Lockwood         0.00             322.00                0.00             223.00
0054      WBS         Walter B Slocombe            0.00              29.86                0.00              29.86
0120      EI          Elihu  Inselbuch             0.00           1,458.12                0.00           1,458.12
0187      NDF         Nathan D Finch               0.00          55,226.62                0.00          55,116.62
0199      ADK         Andrew D Katznelson          0.00               4.20                0.00               4.20
0213      DAR         Deborah A Russell            0.00               3.00                0.00               3.00
0220      SKL         Suzanne K Lurie              0.00             122.35                0.00             122.35
0232      LK          Lauren  Karastergiou         0.00               4.60                0.00               4.60
0300      DMH         Diara M Holmes               0.00               7.53                0.00               7.53
0308      DBS         David B Smith                0.00           1,270.72                0.00           1,270.72
0327      ALV         Adam L Vangrack              0.00              29.30                0.00              29.30
0337      EGB         Erroll G Butts               0.00           1,763.91                0.00           1,763.91
0999      C&D         Caplin &. Drysdale           0.00           1,806.59                0.00           1,806.59
                                                   0.00          62,048.80                0.00          61,839.80
Total Fees
```

**Summary   by Employee**

```
                                              ---------- A C T U A L ----------      ---------- B I L L I N G----------
Empl      Initials    Name                     Rate       Hours       Amount         Rate       Hours       Amount
Total Fees
```

**Detail Time / Expense  by  Date**

```
                                                                                   ---------- A C T U A L ----------    ---------- B I L L I N G----------
TransNo.       Description                   TransType  Trans Date   Work Empl     Rate    Hours      Amount            Rate    Hours      Amount      Cumulative

1995013    Photocopy                            E    09/01/2006    0999    C&D            0.00         $0.90                    0.00       $0.90           0.90
```

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | Disbursements | | | | | | | | | 10/23/2006 |

Print Date/Time: 10/23/2006 2:43:22PM

Attn:                                                                                                                           Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Total | Running |
|---|---|---|---|---|---|---|---|---|---|---|
| 1995044 | Photocopy | E | 09/01/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 1.00 |
| 1995223 | Photocopy | E | 09/05/2006 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 1.10 |
| 1994783 | Equitrac - Long Distance to 2123197125 | E | 09/05/2006 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 1.22 |
| 1994822 | Equitrac - Long Distance to 2123197125 | E | 09/05/2006 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 1.29 |
| 1994823 | Equitrac - Long Distance to 4068621532 | E | 09/05/2006 | 0999 | C&D | 0.00 | $0.89 | 0.00 | $0.89 | 2.18 |
| 1996089 | Equitrac - Long Distance to 4122817100 | E | 09/06/2006 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 2.30 |
| 1996095 | Equitrac - Long Distance to 3604797707 | E | 09/06/2006 | 0999 | C&D | 0.00 | $0.49 | 0.00 | $0.49 | 2.79 |
| 1996137 | Photocopy | E | 09/06/2006 | 0220 | SKL | 0.00 | $0.90 | 0.00 | $0.90 | 3.69 |
| 1996162 | Photocopy | E | 09/06/2006 | 0308 | DBS | 0.00 | $0.60 | 0.00 | $0.60 | 4.29 |
| 1996163 | Photocopy | E | 09/06/2006 | 0308 | DBS | 0.00 | $19.50 | 0.00 | $19.50 | 23.79 |
| 1996166 | Photocopy | E | 09/06/2006 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 24.09 |
| 1996194 | Photocopy | E | 09/06/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 24.19 |
| 1996286 | Equitrac - Long Distance to 3036289535 | E | 09/07/2006 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 25.24 |
| 1996290 | Equitrac - Long Distance to 2123197125 | E | 09/07/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 25.30 |
| 1996449 | EI; Charge for change in US Airways flight from Philadelphia to Islip, NY on 7/24-25 | E | 09/08/2006 | 0120 | EI | 0.00 | $100.00 | 0.00 | $100.00 | 125.30 |
| 1996496 | Equitrac - Long Distance to 3024261900 | E | 09/08/2006 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 125.70 |
| 1996517 | Equitrac - Long Distance to 4159624400 | E | 09/08/2006 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 125.78 |
| 1996520 | Equitrac - Long Distance to 7708663200 | E | 09/08/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 125.83 |
| 1996521 | Equitrac - Long Distance to 3024261900 | E | 09/08/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 125.98 |
| 1996531 | Equitrac - Long Distance to 4159624400 | E | 09/08/2006 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 126.12 |
| 1996588 | Photocopy | E | 09/08/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 126.22 |
| 1996589 | Photocopy | E | 09/08/2006 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 126.42 |
| 1996770 | Photocopy | E | 09/11/2006 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 126.82 |
| 1996819 | Photocopy | E | 09/11/2006 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 128.02 |
| 1996893 | Federal Express to Sander Esserman for ALV on 8/29 | E | 09/12/2006 | 0327 | ALV | 0.00 | $26.80 | 0.00 | $26.80 | 154.82 |
| 1996911 | Verus Claims Services; Services rendered 6/19-06 thru 8/31/06 | E | 09/12/2006 | 0187 | NDF | 0.00 | $9,571.00 | 0.00 | $9,571.00 | 9,725.82 |
| 1996914 | Document Tech; DVD Duplication | E | 09/12/2006 | 0308 | DBS | 0.00 | $359.55 | 0.00 | $359.55 | 10,085.37 |
| 1997231 | Petty Cash Late night cab home for NDF on 8/30 | E | 09/12/2006 | 0187 | NDF | 0.00 | $25.00 | 0.00 | $25.00 | 10,110.37 |
| 1997238 | Petty Cash Late night dinner for NDF on 8/22 | E | 09/12/2006 | 0187 | NDF | 0.00 | $5.00 | 0.00 | $5.00 | 10,115.37 |
| 1997239 | Petty Cash Late night cab home for NDF on 8/28 | E | 09/12/2006 | 0187 | NDF | 0.00 | $22.00 | 0.00 | $22.00 | 10,137.37 |
| 1997240 | Petty Cash late night dinner for NDF on 8/30 | E | 09/12/2006 | 0187 | NDF | 0.00 | $22.47 | 0.00 | $22.47 | 10,159.84 |
| 1997241 | Petty Cash NDF dinner with claimants' counsel to debrief trhem about events at mediation held during afternoon on 8/29 | E | 09/12/2006 | 0187 | NDF | 0.00 | $79.90 | 0.00 | $79.90 | 10,239.74 |
| 1997260 | Equitrac - Long Distance to 7708663200 | E | 09/12/2006 | 0999 | C&D | 0.00 | $0.33 | 0.00 | $0.33 | 10,240.07 |
| 1997271 | Equitrac - Long Distance to 5044424500 | E | 09/12/2006 | 0999 | C&D | 0.00 | $0.31 | 0.00 | $0.31 | 10,240.38 |
| 1997287 | Equitrac - Long Distance to 2123199240 | E | 09/12/2006 | 0999 | C&D | 0.00 | $0.42 | 0.00 | $0.42 | 10,240.80 |
| 1997329 | Photocopy | E | 09/12/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 10,240.90 |
| 1997330 | Photocopy | E | 09/12/2006 | 0220 | SKL | 0.00 | $3.30 | 0.00 | $3.30 | 10,244.20 |
| 1997332 | Photocopy | E | 09/12/2006 | 0999 | C&D | 0.00 | $1.70 | 0.00 | $1.70 | 10,245.90 |
| 1997336 | Photocopy | E | 09/12/2006 | 0999 | C&D | 0.00 | $1.60 | 0.00 | $1.60 | 10,247.50 |
| 1997352 | Photocopy | E | 09/12/2006 | 0308 | DBS | 0.00 | $7.30 | 0.00 | $7.30 | 10,254.80 |
| 1997391 | Photocopy | E | 09/12/2006 | 0308 | DBS | 0.00 | $6.30 | 0.00 | $6.30 | 10,261.10 |
| 1997399 | Photocopy | E | 09/12/2006 | 0308 | DBS | 0.00 | $0.30 | 0.00 | $0.30 | 10,261.40 |
| 1997494 | Snyder Miller & Orton; Consulting Agreement | E | 09/13/2006 | 0187 | NDF | 0.00 | $6,161.28 | 0.00 | $6,161.28 | 16,422.68 |
| 1997501 | Federal Express to DBS from Donnay Albert on 8/30 | E | 09/13/2006 | 0308 | DBS | 0.00 | $50.55 | 0.00 | $50.55 | 16,473.23 |
| 1997502 | Access Litigation; WR Grace hosting | E | 09/13/2006 | 0337 | EGB | 0.00 | $1,763.91 | 0.00 | $1,763.91 | 18,237.14 |
| 1997518 | EI; Travel expenses to Pittsburgh for WR Grace hearing on 9/10 for r/t air fare (coach fare sasme as this is a Y-Up ticket) | E | 09/13/2006 | 0120 | EI | 0.00 | $1,071.60 | 0.00 | $1,071.60 | 19,308.74 |
| 1997519 | EI; Travel expenses to Pittsburgh for WR Grace hearing on 9/10 for agency fee on air fare | E | 09/13/2006 | 0120 | EI | 0.00 | $45.00 | 0.00 | $45.00 | 19,353.74 |
| 1997520 | EI; Travel expenses to Pittsburgh for WR Grace hearing on 9/10 for hotel room (209.00) County Occupancy Tax (14.63) (State RAD tax 1% and State Sales Tax 6% - total 14.63) | E | 09/13/2006 | 0120 | EI | 0.00 | $238.26 | 0.00 | $238.26 | 19,592.00 |
| 1997539 | Federal lExpress to Katie Hemming from EI on 8/28 | E | 09/13/2006 | 0120 | EI | 0.00 | $3.26 | 0.00 | $3.26 | 19,595.26 |
| 1997868 | Equitrac - Long Distance to 3103930411 | E | 09/13/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 19,595.32 |
| 1997883 | Equitrac - Long Distance to 6784931736 | E | 09/13/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 19,595.37 |
| 1997906 | Equitrac - Long Distance to 7708663200 | E | 09/13/2006 | 0999 | C&D | 0.00 | $0.78 | 0.00 | $0.78 | 19,596.15 |
| 1997908 | Equitrac - Long Distance to 4159624402 | E | 09/13/2006 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 19,596.56 |
| 1997947 | Photocopy | E | 09/13/2006 | 0308 | DBS | 0.00 | $17.10 | 0.00 | $17.10 | 19,613.66 |
| 1998001 | Photocopy | E | 09/13/2006 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 19,613.76 |
| 1998035 | Postage | E | 09/13/2006 | 0300 | DMH | 0.00 | $0.63 | 0.00 | $0.63 | 19,614.39 |
| 1998385 | Equitrac - Long Distance to 2123199240 | E | 09/14/2006 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 19,614.67 |
| 1998398 | Equitrac - Long Distance to 8054993572 | E | 09/14/2006 | 0999 | C&D | 0.00 | $0.92 | 0.00 | $0.92 | 19,615.59 |
| 1998492 | Photocopy | E | 09/14/2006 | 0199 | ADK | 0.00 | $4.20 | 0.00 | $4.20 | 19,619.79 |
| 1998510 | Photocopy | E | 09/14/2006 | 0308 | DBS | 0.00 | $7.30 | 0.00 | $7.30 | 19,627.09 |
| 1998512 | Photocopy | E | 09/14/2006 | 0327 | ALV | 0.00 | $2.50 | 0.00 | $2.50 | 19,629.59 |

```
Client Number:  4642            Grace Asbestos Personal Injury Claimants                                                                Page:  1
Matter    000                   Disbursements                                                                                           10/23/2006
                                                                                                                                        Print Date/Time:
                                                                                                                                        10/23/2006
                                                                                                                                        2:43:22PM
Attn:                                                                                                                                   Invoice #
1998529   Photocopy                                       E  09/14/2006   0999  C&D     0.00        $0.70      0.00        $0.70    19,630.29
1998625   Equitrac - Long Distance to 7703301754          E  09/15/2006   0999  C&D     0.00        $0.14      0.00        $0.14    19,630.43
1998824   Postage                                         E  09/15/2006   0187  NDF     0.00        $0.39      0.00        $0.39    19,630.82
1998828   Postage                                         E  09/15/2006   0187  NDF     0.00        $0.39      0.00        $0.39    19,631.21
1998917   Pathology Assoc of Kitsap County;  Expert review E 09/18/2006   0187  NDF     0.00    $10,000.00     0.00    $10,000.00    29,631.21
          in Trust cases
1999482   Photocopy                                       E  09/18/2006   0220  SKL     0.00        $0.10      0.00        $0.10    29,631.31
1999484   Photocopy                                       E  09/18/2006   0220  SKL     0.00        $0.20      0.00        $0.20    29,631.51
1999534   Photocopy                                       E  09/18/2006   0999  C&D     0.00        $1.70      0.00        $1.70    29,633.21
1999642   Photocopy                                       E  09/19/2006   0220  SKL     0.00        $0.10      0.00        $0.10    29,633.31
1999673   Photocopy                                       E  09/19/2006   0999  C&D     0.00       $98.70      0.00       $98.70    29,732.01
1999682   Photocopy                                       E  09/19/2006   0999  C&D     0.00      $152.30      0.00      $152.30    29,884.31
1999710   Photocopy                                       E  09/19/2006   0308  DBS     0.00       $51.90      0.00       $51.90    29,936.21
1999757   Photocopy                                       E  09/19/2006   0308  DBS     0.00        $0.20      0.00        $0.20    29,936.41
1998945   Travel Expenses - Ground Transportation - EI    E  09/19/2006   0999  C&D     0.00      $136.00      0.00      $136.00    30,072.41
          trip to Pittsburgh on 9/10-11 for hearing.
1998952   Federal Express to WBS in Spruce Head, ME on 8/9 E 09/19/2006   0054  WBS     0.00       $29.86      0.00       $29.86    30,102.27
1998974   Federal Express  to Phillip Milch from NDF and  E  09/19/2006   0999  C&D     0.00       $30.64      0.00       $30.64    30,132.91
          Albert Donnay from DBS on 9/7
1999398   Equitrac - Long Distance to 3024261900          E  09/19/2006   0999  C&D     0.00        $1.14      0.00        $1.14    30,134.05
1999408   Equitrac - Long Distance to 8438344701          E  09/19/2006   0999  C&D     0.00        $0.09      0.00        $0.09    30,134.14
1999437   Equitrac - Long Distance to 2123197125          E  09/19/2006   0999  C&D     0.00        $0.15      0.00        $0.15    30,134.29
1999860   Document Tech;  IMG Endorsing, OCR, Blowbacks   E  09/20/2006   0308  DBS     0.00      $267.02      0.00      $267.02    30,401.31
1999861   Document Tech;   DVD copies                     E  09/20/2006   0308  DBS     0.00      $380.70      0.00      $380.70    30,782.01
1999864   Gobbell Hays Partners;  Professional services   E  09/20/2006   0187  NDF     0.00      $907.50      0.00      $907.50    31,689.51
          8/1 to 8/31
1999874   Premiere Global Services;  Ready conference call E 09/20/2006   0187  NDF     0.00       $11.54      0.00       $11.54    31,701.05
          for August
1999898   Lashership to Orrick on 9/12                    E  09/20/2006   0187  NDF     0.00        $8.07      0.00        $8.07    31,709.12
1999905   NDF;  Travel expenses to Pittsburgh to          E  09/20/2006   0187  NDF     0.00      $112.85      0.00      $112.85    31,821.97
          attend/argue hearing re motion to compel on 9/11
          for meals
1999906   NDF;  Travel expenses to Pittsburgh to          E  09/20/2006   0187  NDF     0.00      $215.46      0.00      $215.46    32,037.43
          attend/argue hearing re motion to compel on 9/11
          for omni William Penn hotel
1999907   NDF;  Travel expenses to Pittsburgh to          E  09/20/2006   0187  NDF     0.00      $247.09      0.00      $247.09    32,284.52
          attend/argue hearing re motion to compel on 9/11
          for car rental to return to DC
1999908   NDF;  Travel expenses to Pittsburgh to          E  09/20/2006   0187  NDF     0.00       $11.50      0.00       $11.50    32,296.02
          attend/argue hearing re motion to compel on 9/11
          for tolls and gas for rental car
2000240   Equitrac - Long Distance to 3024261900          E  09/20/2006   0999  C&D     0.00        $0.33      0.00        $0.33    32,296.35
2000245   Equitrac - Long Distance to 3024261900          E  09/20/2006   0999  C&D     0.00        $0.47      0.00        $0.47    32,296.82
2000349   Photocopy                                       E  09/20/2006   0999  C&D     0.00        $0.40      0.00        $0.40    32,297.22
2000372   Photocopy                                       E  09/20/2006   0220  SKL     0.00        $0.30      0.00        $0.30    32,297.52
2000426   Fax Transmission to 512145201181                E  09/20/2006   0999  C&D     0.00        $0.45      0.00        $0.45    32,297.97
2000427   Fax Transmission to 512148248100                E  09/20/2006   0999  C&D     0.00        $0.45      0.00        $0.45    32,298.42
2000428   Fax Transmission to 517136501400                E  09/20/2006   0999  C&D     0.00        $0.45      0.00        $0.45    32,298.87
2000429   Fax Transmission to 513125516759                E  09/20/2006   0999  C&D     0.00        $0.45      0.00        $0.45    32,299.32
2000430   Fax Transmission to 518432169290                E  09/20/2006   0999  C&D     0.00        $0.45      0.00        $0.45    32,299.77
2000431   Fax Transmission to 514067527124                E  09/20/2006   0999  C&D     0.00        $0.45      0.00        $0.45    32,300.22
2000432   Fax Transmission to 515108354913                E  09/20/2006   0999  C&D     0.00        $0.45      0.00        $0.45    32,300.67
2000433   Fax Transmission to 512165750799                E  09/20/2006   0999  C&D     0.00        $0.45      0.00        $0.45    32,301.12
2000434   Fax Transmission to 513053796222                E  09/20/2006   0999  C&D     0.00        $0.45      0.00        $0.45    32,301.57
2000435   Fax Transmission to 514124718308                E  09/20/2006   0999  C&D     0.00        $0.45      0.00        $0.45    32,302.02
2000436   Fax Transmission to 512123440994                E  09/20/2006   0999  C&D     0.00        $0.45      0.00        $0.45    32,302.47
2000437   Fax Transmission to 513024269947                E  09/20/2006   0999  C&D     0.00        $0.15      0.00        $0.15    32,302.62
2000438   Fax Transmission to 514122615066                E  09/20/2006   0999  C&D     0.00        $0.45      0.00        $0.45    32,303.07
2000439   Fax Transmission to 518432169450                E  09/20/2006   0999  C&D     0.00        $0.45      0.00        $0.45    32,303.52
2000440   Fax Transmission to 513026565875                E  09/20/2006   0999  C&D     0.00        $0.45      0.00        $0.45    32,303.97
2000441   Fax Transmission to 513024269947                E  09/20/2006   0999  C&D     0.00        $0.30      0.00        $0.30    32,304.27
2000552   Equitrac - Long Distance to 8438344701          E  09/21/2006   0999  C&D     0.00        $0.05      0.00        $0.05    32,304.32
2000576   Equitrac - Long Distance to 2143549945          E  09/21/2006   0999  C&D     0.00        $0.06      0.00        $0.06    32,304.38
2000595   Photocopy                                       E  09/21/2006   0999  C&D     0.00       $27.60      0.00       $27.60    32,331.98
2000601   Photocopy                                       E  09/21/2006   0999  C&D     0.00        $0.70      0.00        $0.70    32,332.68
2000614   Photocopy                                       E  09/21/2006   0308  DBS     0.00       $30.10      0.00       $30.10    32,362.78
2000637   Photocopy                                       E  09/21/2006   0220  SKL     0.00        $2.80      0.00        $2.80    32,365.58
2000638   Photocopy                                       E  09/21/2006   0220  SKL     0.00        $0.90      0.00        $0.90    32,366.48
2000688   Photocopy                                       E  09/21/2006   0220  SKL     0.00        $5.30      0.00        $5.30    32,371.78
2000707   Photocopy                                       E  09/21/2006   0187  NDF     0.00        $0.30      0.00        $0.30    32,372.08
2000730   Postage                                         E  09/21/2006   0187  NDF     0.00        $0.39      0.00        $0.39    32,372.47
2001173   Equitrac - Long Distance to 2149694999          E  09/22/2006   0999  C&D     0.00        $0.08      0.00        $0.08    32,372.55
```

```
Client Number:  4642                     Grace Asbestos Personal Injury Claimants                                                              Page:   1

Matter      000                          Disbursements                                                                                         10/23/2006
                                                                                                                                               Print Date/Time:
                                                                                                                                               10/23/2006
                                                                                                                                               2:43:22PM
Attn:                                                                                                                                          Invoice #
2001179    Equitrac - Long Distance to 6784931736         E   09/22/2006   0999   C&D    0.00    $0.13    0.00    $0.13    32,372.68
2001207    Equitrac - Long Distance to 3024269910         E   09/22/2006   0999   C&D    0.00    $0.35    0.00    $0.35    32,373.03
2001208    Equitrac - Long Distance to 2149694910         E   09/22/2006   0999   C&D    0.00    $0.35    0.00    $0.35    32,373.38
2001223    Equitrac - Long Distance to 3024261900         E   09/22/2006   0999   C&D    0.00    $0.81    0.00    $0.81    32,374.19
2001225    Equitrac - Long Distance to 2123199240         E   09/22/2006   0999   C&D    0.00    $0.09    0.00    $0.09    32,374.28
2001227    Equitrac - Long Distance to 8054993572         E   09/22/2006   0999   C&D    0.00    $0.07    0.00    $0.07    32,374.35
2001231    Equitrac - Long Distance to 3024261900         E   09/22/2006   0999   C&D    0.00    $0.18    0.00    $0.18    32,374.53
2001269    Photocopy                                      E   09/22/2006   0999   C&D    0.00    $28.00   0.00    $28.00   32,402.53
2001271    Photocopy                                      E   09/22/2006   0999   C&D    0.00    $0.30    0.00    $0.30    32,402.83
2001282    Photocopy                                      E   09/22/2006   0220   SKL    0.00    $1.60    0.00    $1.60    32,404.43
2001312    Photocopy                                      E   09/22/2006   0999   C&D    0.00    $40.00   0.00    $40.00   32,444.43
2001319    Photocopy                                      E   09/22/2006   0232   LK     0.00    $3.00    0.00    $3.00    32,447.43
2001321    Photocopy                                      E   09/22/2006   0213   DAR    0.00    $3.00    0.00    $3.00    32,450.43
2001334    Photocopy                                      E   09/22/2006   0220   SKL    0.00    $2.70    0.00    $2.70    32,453.13
2001359    Photocopy                                      E   09/22/2006   0232   LK     0.00    $1.60    0.00    $1.60    32,454.73
2001365    Fax Transmission to 12149694999                E   09/22/2006   0220   SKL    0.00    $1.05    0.00    $1.05    32,455.78
2001366    Fax Transmission to 512032522562               E   09/22/2006   0999   C&D    0.00    $0.90    0.00    $0.90    32,456.68
2001367    Fax Transmission to 512145201181               E   09/22/2006   0999   C&D    0.00    $0.90    0.00    $0.90    32,457.58
2001368    Fax Transmission to 512148248100               E   09/22/2006   0999   C&D    0.00    $0.90    0.00    $0.90    32,458.48
2001369    Fax Transmission to 517136501400               E   09/22/2006   0999   C&D    0.00    $0.60    0.00    $0.60    32,459.08
2001370    Fax Transmission to 513125516759               E   09/22/2006   0999   C&D    0.00    $0.90    0.00    $0.90    32,459.98
2001371    Fax Transmission to 518432169290               E   09/22/2006   0999   C&D    0.00    $0.90    0.00    $0.90    32,460.88
2001372    Fax Transmission to 514067527124               E   09/22/2006   0999   C&D    0.00    $0.90    0.00    $0.90    32,461.78
2001373    Fax Transmission to 513026565875               E   09/22/2006   0999   C&D    0.00    $0.90    0.00    $0.90    32,462.68
2001374    Fax Transmission to 515108354913               E   09/22/2006   0999   C&D    0.00    $0.90    0.00    $0.90    32,463.58
2001375    Fax Transmission to 512165750799               E   09/22/2006   0999   C&D    0.00    $0.90    0.00    $0.90    32,464.48
2001376    Fax Transmission to 513053796222               E   09/22/2006   0999   C&D    0.00    $0.90    0.00    $0.90    32,465.38
2001377    Fax Transmission to 514124718308               E   09/22/2006   0999   C&D    0.00    $0.90    0.00    $0.90    32,466.28
2001378    Fax Transmission to 512123440994               E   09/22/2006   0999   C&D    0.00    $0.90    0.00    $0.90    32,467.18
2001379    Fax Transmission to 513024269947               E   09/22/2006   0999   C&D    0.00    $0.90    0.00    $0.90    32,468.08
2001380    Fax Transmission to 514122615066               E   09/22/2006   0999   C&D    0.00    $0.90    0.00    $0.90    32,468.98
2001381    Fax Transmission to 518432169450               E   09/22/2006   0999   C&D    0.00    $0.75    0.00    $0.75    32,469.73
2001382    Fax Transmission to 517136501400               E   09/22/2006   0999   C&D    0.00    $0.30    0.00    $0.30    32,470.03
2001383    Fax Transmission to 518432169450               E   09/22/2006   0999   C&D    0.00    $0.15    0.00    $0.15    32,470.18
2001464    Petty Cash   Late night cab home for NDF on 9/13   E   09/25/2006   0187   NDF    0.00    $20.00   0.00    $20.00   32,490.18
2001482    Petty Cash   Late night cab home for NDF on 9/12   E   09/25/2006   0187   NDF    0.00    $20.00   0.00    $20.00   32,510.18
2001494    Equitrac - Long Distance to 4123389452         E   09/25/2006   0999   C&D    0.00    $0.25    0.00    $0.25    32,510.43
2001579    Photocopy                                      E   09/25/2006   0220   SKL    0.00    $16.80   0.00    $16.80   32,527.23
2001581    Photocopy                                      E   09/25/2006   0220   SKL    0.00    $22.40   0.00    $22.40   32,549.63
2001583    Photocopy                                      E   09/25/2006   0220   SKL    0.00    $0.60    0.00    $0.60    32,550.23
2001584    Photocopy                                      E   09/25/2006   0220   SKL    0.00    $1.70    0.00    $1.70    32,551.93
2001585    Photocopy                                      E   09/25/2006   0220   SKL    0.00    $1.80    0.00    $1.80    32,553.73
2001595    Photocopy                                      E   09/25/2006   0300   DMH    0.00    $6.90    0.00    $6.90    32,560.63
2001631    Photocopy                                      E   09/25/2006   0999   C&D    0.00    $7.80    0.00    $7.80    32,568.43
2001663    Photocopy                                      E   09/25/2006   0999   C&D    0.00    $5.70    0.00    $5.70    32,574.13
2001728    Federal Express to NDF from Becky Hupp on 9/14 E   09/26/2006   0999   C&D    0.00    $13.83   0.00    $13.83   32,587.96
2002193    Equitrac - Long Distance to 3024261900         E   09/26/2006   0999   C&D    0.00    $0.29    0.00    $0.29    32,588.25
2002227    Equitrac - Long Distance to 2123197125         E   09/26/2006   0999   C&D    0.00    $0.30    0.00    $0.30    32,588.55
2002413    ADA Travel    First class train fare for NDF to   E   09/27/2006   0187   NDF    0.00    $293.00  0.00    $183.00  32,771.55
           Wilmington on 9/25   (business class 183.00)
2002414    ADA Travel   Agency fee on  First class train  E   09/27/2006   0187   NDF    0.00    $40.00   0.00    $40.00   32,811.55
           fare for NDF to Wilmington on 9/25  (business
           class 183.00)
2002415    ADA Travel    First class train fare to        E   09/27/2006   0020   PVL    0.00    $282.00  0.00    $183.00  32,994.55
           Wilmington for PVNL on 9/25  (business class
           183.00)
2002416    ADA Travel   Agency fee on  First class train  E   09/27/2006   0020   PVL    0.00    $40.00   0.00    $40.00   33,034.55
           fare to Wilmington for PVNL on 9/25  (business
           class 183.00)
2002479    Equitrac - Long Distance to 7708663200         E   09/27/2006   0999   C&D    0.00    $0.07    0.00    $0.07    33,034.62
2002535    Photocopy                                      E   09/27/2006   0308   DBS    0.00    $69.30   0.00    $69.30   33,103.92
2002566    Photocopy                                      E   09/27/2006   0220   SKL    0.00    $8.30    0.00    $8.30    33,112.22
2002580    Photocopy                                      E   09/27/2006   0308   DBS    0.00    $2.60    0.00    $2.60    33,114.82
2002642    Database Research/Lexis Charges for            E   09/28/2006   0999   C&D    0.00    $30.83   0.00    $30.83   33,145.65
           9/1/06-9/26/06 By: DBS on 9/5
2003053    Equitrac - Long Distance to 8054993572         E   09/28/2006   0999   C&D    0.00    $1.07    0.00    $1.07    33,146.72
2003062    Equitrac - Long Distance to 2149694910         E   09/28/2006   0999   C&D    0.00    $0.55    0.00    $0.55    33,147.27
2003096    Equitrac - Long Distance to 8054993572         E   09/28/2006   0999   C&D    0.00    $0.07    0.00    $0.07    33,147.34
2003127    Photocopy                                      E   09/28/2006   0220   SKL    0.00    $0.20    0.00    $0.20    33,147.54
2003134    Photocopy                                      E   09/28/2006   0220   SKL    0.00    $0.80    0.00    $0.80    33,148.34
2003142    Photocopy                                      E   09/28/2006   0308   DBS    0.00    $0.10    0.00    $0.10    33,148.44
2003145    Photocopy                                      E   09/28/2006   0220   SKL    0.00    $15.40   0.00    $15.40   33,163.84
```

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                                Page:    1
Matter      000                   Disbursements                                                                                        10/23/2006
                                                                                                                                    Print Date/Time:
                                                                                                                                      10/23/2006
                                                                                                                                       2:43:22PM
Attn:                                                                                                                                  Invoice #
2003150     Photocopy                                         E  09/28/2006    0220   SKL        0.00       $21.70      0.00      $21.70     33,185.54
2003153     Photocopy                                         E  09/28/2006    0220   SKL        0.00        $5.40      0.00       $5.40     33,190.94
2003168     Photocopy                                         E  09/28/2006    0999   C&D        0.00       $49.10      0.00      $49.10     33,240.04
2003191     Photocopy                                         E  09/28/2006    0220   SKL        0.00        $5.20      0.00       $5.20     33,245.24
2003496     BostonCoach car service for NDF from LAX airport  E  09/29/2006    0187   NDF        0.00       $99.00      0.00      $99.00     33,344.24
            to DCA onb 9/10
2003509     Barry Castleman;  Environmental consultant        E  09/29/2006    0187   NDF        0.00    $2,100.00      0.00   $2,100.00     35,444.24
2003510     Snyder Miller & Orton;  Professional services     E  09/29/2006    0187   NDF        0.00   $25,252.49      0.00  $25,252.49     60,696.73
            for September
2004304     Xeroxing from color copier in NY office           E  09/29/2006    0999   C&D        0.00        $5.70      0.00       $5.70     60,702.43
2006627     Photocopy                                         E  09/29/2006    0308   DBS        0.00        $0.10      0.00       $0.10     60,702.53
2006656     Fax Transmission to 12023398500                   E  09/29/2006    0220   SKL        0.00        $1.50      0.00       $1.50     60,704.03
2006263     Database Research - Westlaw by NDF   on 9/5       E  09/30/2006    0999   C&D        0.00       $55.60      0.00      $55.60     60,759.63
2006264     Database Research - Westlaw by DBS   on 9/5-27    E  09/30/2006    0999   C&D        0.00      $240.02      0.00     $240.02     60,999.65
2006265     Database Research - Westlaw by JAL   on 9/7-27    E  09/30/2006    0999   C&D        0.00      $840.15      0.00     $840.15     61,839.80
Total Expenses                                                                                   0.00   $62,048.80      0.00  $61,839.80


                 Matter Total Fees                                                                          0.00                    0.00


                 Matter Total Expenses                                                                 62,048.80               61,839.80


                 Matter Total                                                                    0.00  62,048.80       0.00    61,839.80



                 Prebill Total Fees


                 Prebill Total Expenses                                                                $62,048.80              $61,839.80


                 Prebill Total                                                                   0.00   $62,048.80      0.00   $61,839.80



Previous Billings

InvoiceNo      InvoiceDate          InvoiceTotal          OpenTotal

36,593         07/26/2002             121,163.25           1,414.09
37,961         11/30/2002              36,076.50             542.50
46,677         08/27/2004                 240.00              48.00
47,114         09/30/2004               6,171.50           1,234.30
48,027         12/27/2004               1,419.00             283.80
49,444         04/21/2005              38,706.00             232.00
50,276         06/27/2005               8,030.50           1,606.10
50,598         07/15/2005             141,843.50             250.00
51,687         10/31/2005              74,385.75           3,337.50
52,667         01/30/2006             160,926.00             342.00
53,663         04/27/2006             167,844.00             395.00
54,090         05/26/2006              94,451.50          18,890.30
54,510         06/29/2006              76,073.00          15,214.60
54,760         07/26/2006             167,407.25          33,481.45
55,191         08/30/2006             139,645.00          27,929.00
55,509         09/29/2006             182,175.98         182,175.98
                                    1,416,558.73         287,376.62
```

| | | |
|---|---|---|
| **Client Number: 4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter     000** | **Disbursements** | 10/23/2006 |
| | | Print Date/Time: |
| | | 10/23/2006 |
| | | 2:43:22PM |
| Attn: | | Invoice # |