# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:    (302) 575-1714

WR Grace PD Committee                     September 1, 2006 to September 30, 2006

Invoice No. 21757

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------|------|
| B14 | Case Administration - | 19.00 | 3,945.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.20 | 800.00 |
| B18 | Fee Applications, Others - | 20.40 | 2,490.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 5.70 | 1,425.00 |
| B25 | Fee Applications, Applicant - | 2.70 | 392.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.30 | 75.00 |
| B32 | Litigation and Litigation Consulting - | 9.40 | 2,207.00 |
| B33 | ZAI Science Trial - | 2.50 | 625.00 |
| B36 | Plan and Disclosure Statement - | 15.80 | 3,785.00 |
| B37 | Hearings - | 19.40 | 4,850.00 |
| B40 | Employment Applications, Others - | 0.10 | 25.00 |
| | **Total** | **98.50** | **$20,620.00** |
| | **Grand Total** | **98.50** | **$20,620.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------|------|------|------|
| Lisa L. Coggins | 185.00 | 4.20 | 777.00 |
| Rick S. Miller | 240.00 | 4.50 | 1,080.00 |
| Steven G. Weiler | 160.00 | 1.80 | 288.00 |
| Theodore J. Tacconelli | 250.00 | 64.50 | 16,125.00 |
| Legal Assistant - MH | 100.00 | 23.50 | 2,350.00 |
| **Total** | | **98.50** | **$20,620.00** |

## DISBURSEMENT SUMMARY

| | |
|------|------|
| Cost Advance - | 2,607.79 |
| **Total Disbursements** | **$2,607.79** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-01-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Prudential Insurance's supplemental brief with voluminous attachments re objection to GA PD claims | 1.20 | TJT |
| | *Case Administration* - Review Holme Roberts 20th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PGS July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PGS 9th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 2nd amended 2019 statement by Jacobs and Crumplar | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - detailed review of PD CMO and attachments | 1.80 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re PD CMO order | 0.10 | TJT |
| Sep-02-06 | *Case Administration* - Review PWC 20th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Stroock July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Holme Roberts April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Orrick July Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI bar date order with attachments | 0.30 | TJT |
| | *Hearings* - Review agenda for 9/11/06 hearing | 0.10 | TJT |
| Sep-03-06 | *Case Administration* - Review K&E July Fee Application | 0.50 | TJT |
| | *Case Administration* - Review Reed Smith July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PGS April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PGS May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PGS June Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review documents re preparation for methodology hearing and related issues | 0.50 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re preparation for 9/11/06 hearing | 0.10 | TJT |
| Sep-04-06 | *Case Administration* - Review Caplin Drysdale July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review E&Y July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for July 06 | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review Equity Committee's statement in support of debtors' motion to compel responses to PI questionnaire | 0.10 | TJT |
| Sep-05-06 | *Claims Analysis Obj. & Res. (Asbestos)* - calendar deadlines and hearing dates re objections to PD claims | 0.40 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re Hilsoft and HRA monthly Fee Applications | 0.20 | TJT |
| | *Fee Applications, Others* - Review Bilzin Sumberg July Fee Application prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - Review HRA July Fee Application prior to filing | 0.10 | TJT |
| | *Hearings* - Review e-mail from committee members re 9/11/06 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 9/11/06 hearing preparation | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Hearings* - Retrieve voice mail message from committee member re 9/11/06 hearing | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Telephone call from L. Flores re problems with sending emails re Hilsoft and Hamilton fee applications | 0.10 | MH |
| | *Fee Applications, Others* - trade several e-mails with L. Flores re difficulty emailing large documents re various fee applications, review report from Bilzin IT department, e-mail to L. Flores re try lower resolution | 0.60 | MH |
| | *Fee Applications, Others* - download, review and revise Hamilton's July Fee Application, draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Hamilton's July 06 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's July 06 Fee Application and draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's July 06 Fee Application | 0.50 | MH |
| Sep-06-06 | *Fee Applications, Others* - Call from legal assistant re: Hilsoft Fee Applications | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Create service subfile re: PD Comm.'s response to debtors' 2004 exam motion | 0.10 | SGW |
| | *Case Administration* - Review fee auditor's final report re Blackstone 20th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Caplin Drysdale 20th interim period | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or Equity* - correspond with committee member re September hearing preparation | 0.20 | TJT |
| | *Fee Applications, Others* - Review HRA 16th quarterly Fee Application prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re Hilsoft quarterly Fee Application | 0.20 | TJT |
| | *Hearings* - Review amended agenda for 9/11/06 hearing | 0.10 | TJT |
| | *Hearings* - Prepare for 9/11/06 hearing | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review memo from S. Baena re exclusivity issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from E. Westbrook re exclusivity issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena responding to committee member's question | 0.10 | TJT |
| | *Plan and Disclosure Statement* - work on response to debtors' motion for examination | 0.40 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - trade e-mails with L. Flores re Hilsoft 2004 Fee Applications and quarterly re same, review files re same | 0.40 | MH |
| | *Fee Applications, Others* - Confer with T. Tacconelli re Hilsoft Fee Applications | 0.10 | MH |
| | *Fee Applications, Others* - Telephone call to L. Coggins re Hilsoft Fee Applications | 0.10 | MH |
| | *Fee Applications, Others* - Confer with T. Tacconelli re teleconference with L. Coggins regarding Hilsoft Fee Applications | 0.10 | MH |

**Invoice No. 21757**                    **Page 4 of 16**                    **October 30, 2006**

|  |  | | |
|---|---|---|---|
| | *Fee Applications, Others* - download, review and revise HRA's 16th quarterly Fee Application, draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's 16th quarterly Fee Application | 0.70 | MH |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 21st quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's 21st quarterly Fee Application | 0.50 | MH |
| Sep-07-06 | *Fee Applications, Others* - Call from legal assistant re: HR&A Fee Applications | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review letter from R. Palazzoto to clerk of court | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re scheduling order on motion for summary judgment in National Union adversary proceeding | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by Bayard Firm | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by WGM | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or Equity* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or Equity* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re HRA amended quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re CDG April Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re CDG May Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re CDG June Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re CDG 21st quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Thorten and Naumes sur reply re debtors' motion to compel PI questionnaire | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review joinder by Motley Rice in joint response by various law firms in opposition to debtors' motion to compel re PI questionnaire | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review sur reply by Barron and Budd re debtors' motion to compel PI questionnaire | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J.Sakalo re objection to debtors' 2004 exam motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review draft of objection to debtors' 2004 motion | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Confer with S. Weiler re objection to debtors' 2004 exam motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with S. Weiler re objection to debtors' 2004 exam motion | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Case Administration* - Review docket, prepare weekly case status memo for | 0.50 | MH |

week ending 9/1/06

| Description | Hrs | Init |
|---|---|---|
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's April Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's April Fee Application | 0.50 | MH |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's May Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's May Fee Application | 0.50 | MH |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's June Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's June Fee Application | 0.50 | MH |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's 21st quarterly Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's 21st quarterly Fee Application | 0.50 | MH |
| *Fee Applications, Others* - trade e-mails with L. Flores re HRA omitted invoices for fee applications and question about quarterly fee applications regarding the omitted monthly fee applications, review files for status of past monthly HRA invoices | 0.50 | MH |
| *Fee Applications, Others* - Confer with T. Tacconelli re HRA amended April-June 06 quarterly Fee Application | 0.10 | MH |
| *Fee Applications, Others* - Telephone call to L. Coggins re past HRA Fee Applications and respective quarterly fee applications | 0.10 | MH |
| Sep-08-06 *Case Administration* - e-mail from S. Bossay re: 20th interim charts and forward same to legal assistant | 0.10 | LLC |
| *Fee Applications, Others* - Review fee auditor report re: CDG and forward same to legal assistant | 0.10 | LLC |
| *Plan and Disclosure Statement* - Review materials re exclusivity issues | 3.00 | RSM |
| *Litigation and Litigation Consulting* - Revise Certificate of Service and fax sheet re: PD Comm.'s response to defendant's 2004 motion (.1); prepare exhibit tabs A-E re: same (.1); prepare, scan exhibits with tabs in preparation for filing of same (.2); obtain most current general CMO (.4); briefly discuss filing of same with T. Tacconelli (.2); forward filed version of same to co-counsel (.2) | 1.20 | SGW |
| *Case Administration* - Review 6 miscellaneous Certificates of No Objection | 0.10 | TJT |
| *Case Administration* - Review weekly case status memo for week ending 9/1/06 | 0.10 | TJT |
| *Case Administration* - Confer with S. Weiler re main case CMO | 0.10 | TJT |
| *Case Administration* - Review amended CMO for main case | 0.10 | TJT |
| *Fee Applications, Others* - Review fee auditor's final report re Hilsoft's 20th interim quarterly Fee Application and confer with paralegal re same | 0.20 | TJT |
| *Fee Applications, Others* - Review fee auditor's final report re S&R 20th interim period | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review PI Committee's submission of unresolved issues re PI questionnaire | 0.20 | TJT |
| *Hearings* - Review 2nd amended agenda for 9/11/06 hearing | 0.10 | TJT |
| *Plan and Disclosure Statement* - Prepare e-mail to J. Sakalo re exhibits to | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | joint objection to 2004 motion | | |
| | *Plan and Disclosure Statement* - Review debtors' notice of filing exhibits to Bernick's affidavit and proposed order re 2004 motion | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to S. Baena re debtors' notice of filing exhibits to Bernick's affidavit and proposed order re 2004 motion | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with S. Weiler re exhibits to joint objection to debtors' 2004 motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re exhibits to joint objection to debtors' 2004 exam | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with J. Sakalo re joint objection to debtors' 2004 motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with B. Sullivan re joint objection to debtors' 2004 motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with J. Phillips re joint objection to debtors' 2004 motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with J. Phillips re joint objection to debtors' 2004 motion | 0.20 | TJT |
| | *Plan and Disclosure Statement* - work on joint objection to debtors' 2004 exam motion | 2.20 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with A. Landis re joint objection to debtors' 2004 exam motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with counsel for Libby Claimants re joint objection to debtors' 2004 motion | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review revised draft of joint objection to debtors' 2004 exam motion | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with B. Sullivan re ZAI party name in WR Grace party list | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare joint objection to debtors' 2004 exam motion for filing, e-file and oversee service | 0.60 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re joint objection to debtors' 2004 exam motion | 0.30 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with J. Phillips re joint objection to debtors' 2004 exam motion | 0.20 | TJT |
| | *Plan and Disclosure Statement* - multiple conferences with S. Weiler re joint objection to debtors' 2004 exam motion | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Felder re joint objection to debtors' 2004 exam motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with S. Weiler re joint objection to debtors' 2004 exam motion | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Coordinate service of objection to 2004 exam motion | 0.70 | MH |
| Sep-09-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review status report for PD claims re proof of claim no. 18 with attachments | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - re debtors' appendix to debtors' opposition to Anderson Memorial's motion for class certification with attachments | 0.80 | TJT |
| | *Case Administration* - Review e-mail from S. Bossay re 20th interim period quarterly fee chart and review same | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review Pitney Hardin July Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Capstone July Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Libby Claimants' withdrawal of Dr. Case as expert | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' summary of issues not resolved re PI questionnaire and motion to compel | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review Certificate of Counsel re debtors' motion for leave to file reply to responses to PI questionnaire and motion to compel | 0.10 | TJT |
| Sep-10-06 | *Litigation and Litigation Consulting* - Review sur-reply by PI Committee to debtors' motion to compel re PI questionnaire | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review order granting debtors' leave to file reply re debtors' motion to compel PI questionnaire | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review supplemental reply by Jacobs and Crumplar re debtors' motion to compel PI questionnaire | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review exclusivity papers re preparation for 9/11/06 hearing | 1.50 | TJT |
| Sep-11-06 | *Fee Applications, Others* - Confer with T. Tacconelli and legal assistant re: fee auditor's reports re: Dies & Hile and Speights and Runyan | 0.20 | LLC |
|  | *Fee Applications, Others* - Confer with T. Tacconelli and legal assistant re: fee auditor's report re: Hilsoft 20th Fee Application | 0.10 | LLC |
|  | *Case Administration* - Review 2019 statement by E. Moody, P.A. | 0.10 | TJT |
|  | *Case Administration* - Review e-mail from committee member re previous hearing transcripts | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review George Sipes' supplement to joinder in joint response by various law firms re debtors' motion to compel re PI questionnaire | 0.10 | TJT |
|  | *Hearings* - Attend Bankruptcy Court | 8.20 | TJT |
|  | *Case Administration* - download and review fee auditor's 20th quarter final report re Hilsoft along with recommendation re 10/04-11/04 period, confer with L. Coggins and T. Tacconelli re same | 0.10 | MH |
|  | *Case Administration* - download and review fee auditor's 20th quarter final report re CDG | 0.10 | MH |
|  | *Fee Applications, Others* - e-mail to L. Flores re fee auditor's 20th quarter final report re Hilsoft along with recommendation re 10/04-11/04 period, review reply e-mail from L. Flores re same | 0.10 | MH |
| Sep-12-06 | *Case Administration* - Review case management memo for week ending 9/1/06 | 0.10 | LLC |
|  | *Case Administration* - Request copy of 9/11/06 hearing transcript from C. Younker in Pittsburgh, PA and follow-up with J&J re: same | 0.10 | SGW |
|  | *Case Administration* - Review debtors' notice of proposed sale of 110 tank trailers with attachments | 0.20 | TJT |
|  | *Case Administration* - Review affidavit of B. Zuleta | 0.10 | TJT |
|  | *Case Administration* - Review 2019 statement by Baldwin Firm | 0.10 | TJT |
|  | *Fee Applications, Others* - Review fee auditor's final report Dies & Hile 19th interim period quarterly fees | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review letter from J. Phillips enclosing original signature page for joint objection to 2004 exam motion | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review post-mediation paper by | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | various PI law firms re PI questionnaire litigation | | |
| | *Hearings* - Review e-mail from committee member re 9/25/06 hearing | 0.10 | TJT |
| | *Hearings* - 9/11/06 follow-up work | 0.10 | TJT |
| | *Fee Applications, Applicant* - Confer with paralegal re 20th interim period fee charts | 0.10 | TJT |
| | *Case Administration* - Confer with L. Coggins re different fees in 20th interim chart and final audit report re Bilzin, trade e-mails with L. Flores re whether Bilzin received same | 0.10 | MH |
| | *Case Administration* - Review docket, prepare weekly case status memo for week ending 9/8/06 | 0.60 | MH |
| Sep-13-06 | *Case Administration* - Review case management memo for week ending 9/8 | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with legal assistant re: HR&A April 2006 Fee Application and related quarterly | 0.20 | LLC |
| | *Fee Applications, Others* - Confer with legal assistant re: recently filed Fee Applications for PD professionals | 0.20 | LLC |
| | *Case Administration* - Confer with TJT re: pending ZAI decision and related issues | 0.50 | RSM |
| | *Case Administration* - Prepare case management memos for D. Del. court proceeding numbers 05-764 and 06-26 | 0.20 | SGW |
| | *Case Administration* - Review weekly case status memo for week ending 9/8/06 | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of fee auditor's final report re Dies & Hile 19th interim quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of fee auditor's final report re Speights and Runyan 19th interim quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re Swidler Berlin's final Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson May Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review memo from S. Weiler re pending District Court matters | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re PD CMO issues | 0.10 | TJT |
| | *ZAI Science Trial* - Review ZAI related documents re preparation for committee meeting re ZAI issues | 2.20 | TJT |
| | *Fee Applications, Others* - Confer with L. Coggins re HRA April 2006 Fee Application and related quarterly | 0.20 | MH |
| | *Fee Applications, Others* - Confer with L. Coggins re recently filed Fee Applications for PD professionals | 0.20 | MH |
| | *Fee Applications, Others* - trade e-mails with L. Flores re supplemental/amended quarterly fee applications re past HRA invoices | 0.20 | MH |
| Sep-14-06 | *Case Administration* - Download and review objection to CMO filed by Dies' PD Claimants | 0.10 | LLC |
| | *Fee Applications, Others* - Review memo from legal assistant re: HR&A Fee Applications; review HR&A April 2006 Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - Review HR&A June 2005 Fee Application for e-filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review HR&A July 2005 Fee Application for filing | 0.10 | LLC |

| | | |
|---|---|---|
| *Fee Applications, Others* - Review HR&A Feb 2006 Fee Application for e-filing | 0.10 | LLC |
| *Fee Applications, Others* - Confer with legal assistant re: expected revisions to HR&A Fee Applications | 0.10 | LLC |
| *Fee Applications, Others* - Review revised HRA Fee Applications for e-filing | 0.20 | LLC |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from Loizides re six objections to 8/31/06 PD CMO | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by Dies & Hile PD claimants to 8/31/06 PD CMO | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by Louisiana PD claimants to 8/31/06 PD CMO | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* Review objection by Board of Regents to 8/31/06 PD CMO | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by Pacific Freeholder to 8/31/06 PD CMO | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by Anderson Memorial Hospital to 8/31/06 PD CMO | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by California State University System to 8/31/06 PD CMO | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by University of California to 8/31/06 PD CMO | 0.20 | TJT |
| *Committee, Creditors', Noteholders' or Equity* - Review prior hearing transcript re preparation for committee meeting | 0.50 | TJT |
| *Committee, Creditors', Noteholders' or Equity* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| *Committee, Creditors', Noteholders' or Equity* - Teleconference with committee | 1.00 | TJT |
| *Hearings* - trade e-mails with J. Sakalo re preparation for 9/25/06 hearing | 0.20 | TJT |
| *Hearings* - trade e-mails with committee member re 9/25/06 hearing | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review memo by S. Baena to committee re exclusivity and related issues | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from E. Cabrazer re exclusivity and related issues | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from S. Baena re exclusivity and related issues | 0.10 | TJT |
| *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| *Fee Applications, Others* - download, review and revise HRA April 06 Fee Application and draft Certificate of Service re same | 0.40 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA April 06 Fee Application | 0.40 | MH |
| *Fee Applications, Others* - download, review and revise HRA June 05 Fee Application and draft Certificate of Service re same | 0.40 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA June 05 Fee Application | 0.40 | MH |
| *Fee Applications, Others* - download, review and revise HRA July 05 Fee Application and draft Certificate of Service re same | 0.40 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA July 05 Fee Application | 0.40 | MH |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Fee Applications, Others* - download, review and revise HRA Feb. 06 Fee Application and draft Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - trade e-mails with L. Flores re current numbering of fee applications for past HRA invoices and possible footnote, memo to L. Coggins re same, e-mail footnote request to L. Flores | 0.20 | MH |
| | *Fee Applications, Others* - edit and re-scan four HRA fee applications re footnote | 0.20 | MH |
| | *Fee Applications, Others* - memo to L. Coggins re footnote in Fee Applications for prior HRA invoices | 0.10 | MH |
| | *Fee Applications, Others* - Teleconference with L. Flores re possible footnote for prior HRA invoices | 0.10 | MH |
| | *Fee Applications, Others* - e-mail from L. Flores re footnote; insert same in four HRA Fee Applications | 0.20 | MH |
| Sep-15-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review responses by debtors' to objections to 8/31/06 PD CMO with attachments | 0.30 | TJT |
| | *Case Administration* - Review fee auditor's final report re Capstone 20th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Hilsoft's 20th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Blackstone Group 20th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Scott Law Group 20th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re L. Tersigni 20th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Stroock 20th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re CDG 20th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Piper Jaffery 20th interim period | 0.10 | TJT |
| | *Case Administration* - Review debtors' objection to Anderson Memorial Hospital's motion for limited relief from stay with attachments | 0.70 | TJT |
| | *Case Administration* - Review 2019 statement by Motley Rice | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re exclusivity and related issues with attachment | 0.20 | TJT |
| Sep-16-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' brief re Prudential Ins. Co.'s claims re statute of limitations with attachments | 0.70 | TJT |
| | *Case Administration* - Review fee auditor's final report re no objections for 20th interim period | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with M. Dies re PD CMO related issues | 0.20 | TJT |
| Sep-17-06 | *Case Administration* - Review docket re issues concerning main CMO | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with M. Dies re PD CMO related issues | 0.30 | TJT |
| Sep-18-06 | *Case Administration* - Review 8th amended 2019 statement by Silber Perlman | 0.10 | TJT |
| | *Case Administration* - review 8th amended 2019 statement by LeBlanc Waddell | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
| | *Case Administration* - Review fee auditor's final report re Baker Donaldson 20th interim period | 0.10 | TJT |
| | *Case Administration* - Review 1st amended 2019 statement by Williams Bailey law firm | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by Barron & Budd | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re K&E 20th interim period with attachments | 0.30 | TJT |
| | *Hearings* - Review e-mail from committee member re agenda for 9/25/06 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re agenda for 9/25/06 hearing | 0.10 | TJT |
| | *Hearings* - Review docket re agenda for 9/25/06 hearing | 0.10 | TJT |
| | *Case Administration* - Review docket, prepare weekly case status memo for week ending 9/15/06 | 0.50 | MH |
| Sep-19-06 | *Case Administration* - Review weekly case status memo for week ending 9/15/06 | 0.10 | LLC |
| | *Case Administration* - Review notice of withdrawal from service list and forward same to paralegal | 0.10 | LLC |
| | *Case Administration* - download and review agenda for 9/25/06 hearing | 0.10 | LLC |
| | *Case Administration* - Review order re change of Klett Rooney name and forward same to paralegal | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA 16th quarterly Fee Application for e-filing and confer with paralegal re same | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re Ferry, Joseph & Pearce's July Fee Application | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' 17th omnibus objection to claims with attachments | 0.30 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 9/15/06 | 0.10 | TJT |
| | *Case Administration* - Review e-mail from J. Sakalo re preparation for 9/25/06 hearing | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Swidler Berlin Jan.-Feb. | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re 20th quarter project summary and review same | 0.20 | TJT |
| | *Case Administration* - Review Certificate of Counsel re proposed order for 20th interim period quarterly fee applications and review same | 0.10 | TJT |
| | *Case Administration* - Prepare memo to paralegal re proposed order for 20th interim period quarter fee applications | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re consultant fees and review same | 0.10 | TJT |
| | *Hearings* - Review agenda for 9/25/06 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel re interim order re exclusivity | 0.10 | TJT |
| | *Case Administration* - research online re T. Currier's (at Buchanan Ingersoll) updated email address, incorporate same into service lists and email contacts and distribution list | 0.20 | MH |
| | *Case Administration* - Review notice of withdrawal from service list from L. Coggins, update service lists and labels | 0.10 | MH |
| | *Case Administration* - Review order re change of Klett Rooney name | 0.10 | MH |

| | | | |
|---|---|---:|:---|
| | forwarded by L. Coggins, update service lists and labels | | |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise HRA amended 16th quarterly Fee Application and Notice, draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA Amended 16th quarterly Fee Application and Notice | 0.70 | MH |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's July Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's July Fee Application | 0.50 | MH |
| Sep-20-06 | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin's 21st quarterly Fee Application for e-filing | 0.10 | LLC |
| | *Case Administration* - Review notice of withdrawal of Jenkins and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to settle and pay certain tax claims with attachments | 0.50 | TJT |
| | *Case Administration* - Review amended and restated 2019 by Zamler Mellen | 0.10 | TJT |
| | *Case Administration* - Review notice of disposition of equity transfers by Citadel | 0.10 | TJT |
| | *Case Administration* - Review order authorizing retention of Buchanan Ingersoll and Rooney and forward to paralegal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from S. Baena re PI estimation stipulation re experts and review proposed stipulation | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from E. Westbrook re PI estimation stipulation re experts | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re interim order re exclusivity | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review interim order re exclusivity | 0.10 | TJT |
| | *Plan and Disclosure Statement* - research re appeal issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Scott re exclusivity interim order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from E. Cabrazer re exclusivity interim order | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re order approving fee apps for 20th quarterly, memo to T. Tacconelli re same | 0.10 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's 21st quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's 21st quarterly Fee Application | 0.50 | MH |
| Sep-21-06 | *Case Administration* - Review notice of substitution of attorney and forward same to paralegal | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re upcoming appeal of exclusivity order | 0.20 | LLC |
| | *Case Administration* - Forward 9/11/06 hearing transcript to co-counsel via e-mail | 0.10 | SGW |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review letter from counsel for WR Grace to Judge Fitzgerald re current financial information | 0.10 | TJT |
| | *Case Administration* - Review seven miscellaneous Certificates of No Objection | 0.10 | TJT |
| | *Case Administration* - Review notice of substitution of counsel for C. Parks by Foster and Sear | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or Equity* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or Equity* - Teleconference with committee | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Scott re PI stipulation re PI expert discovery | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from E. Cabrazer re PI stipulation re PI expert discovery | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review, execute and send stipulation to debtors' counsel re PI expert report discovery | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re stipulation regarding PI estimation expert discovery | 0.20 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 9/11/06 hearing transcript | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re 9/11 hearing results | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review transcript of 9/11/06 hearing re exclusivity issues and possible appeal | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Telephone call to J. Sakalo and teleconference with J. Sakalo re appeal of exclusivity order | 0.20 | TJT |
| | *Case Administration* - Review notice of substitution of attorney forwarded by L. Coggins and update service lists and labels | 0.10 | MH |
| | *Case Administration* - update service lists and labels documents | 0.20 | MH |
| Sep-22-06 | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re appeal of exclusivity order | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re appellate issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with committee member re exclusivity appeal and related issues | 0.40 | TJT |
| | *ZAI Science Trial* - Review e-mail from committee member re possible ZAI opinion and related issues | 0.10 | TJT |
| | *ZAI Science Trial* - Review e-mail from J. Sakalo re possible ZAI opinion and related issues | 0.10 | TJT |
| Sep-23-06 | *Case Administration* - Review Blackstone Group April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Blackstone Group May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Blackstone Group June Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review fee statement by discovery mediator re PI estimation | 0.10 | TJT |
| Sep-24-06 | *Case Administration* - Review Foley Hoag July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Bove Fernicona Feb.-Mar. Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Review order amending retention of Klett Rooney | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Hearings* - Review matters on agenda for 9/25/06 hearing | 1.40 | TJT |
| Sep-25-06 | *Case Administration* - Request 9/25/06 hearing transcript from Bankruptcy Court | 0.10 | SGW |
| | *Litigation and Litigation Consulting* - Review debtors' Certificate of Counsel re motion to compel PI questionnaire with attached proposed order and instructions | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review PI committee's Certificate of Counsel re PI questionnaire, proposed order and review same | 0.20 | TJT |
| | *Hearings* - trade e-mails with J. Sakalo re preparation for 9/25/06 hearing | 0.20 | TJT |
| | *Hearings* - Prepare for hearing | 0.60 | TJT |
| | *Hearings* - Meet with co-counsel and committee members re preparation for 9/25/06 hearing | 1.20 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 5.00 | TJT |
| | *Hearings* - trade e-mails with J. Sakalo re results of 9/25/06 hearing | 0.20 | TJT |
| | *Hearings* - Confer with committee members after hearing | 0.30 | TJT |
| | *Case Administration* - Review docket and prepare weekly case status memo for week ending 9/22/06 | 0.50 | MH |
| Sep-26-06 | *Case Administration* - Review case status memo for week ending 9/22/06 | 0.10 | LLC |
| | *Case Administration* - download and review order approving quarterly Fee Applications for 16th period | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re HRA July 06 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin July 06 Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - confer with T. Tacconelli re: results of 9/25/06 hearing | 0.40 | RSM |
| | *Case Administration* - Review weekly case status memo for week ending 9/22/06 | 0.10 | TJT |
| | *Case Administration* - Review memo from paralegal re status of all Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review Blackstone Group 17th quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - 9/25/06 hearing follow-up | 0.20 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA July 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA July 06 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's July 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's July 06 Fee Application | 0.50 | MH |
| Sep-27-06 | *Case Administration* - Review notice of appearance and forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review notice of withdrawal and forward same to M. Hedden | 0.10 | LLC |
| | *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re exclusivity appeal | 0.20 | TJT |
| | *ZAI Science Trial* - Review e-mail from committee member re ZAI opinion | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | status | | |
| | *Case Administration* - Scan hearing transcripts (8/21/06 and 9/11/06) in several parts and combine and file in computer folder | 0.50 | MH |
| | *Plan and Disclosure Statement* - Telephone call from W. Roman re Designation of Record on Appeal, confer with T. Tacconelli and e-mail same to W. Roman | 0.20 | MH |
| Sep-28-06 | *Case Administration* -  Attend Committee teleconference | 0.60 | RSM |
| | *Committee, Creditors', Noteholders' or Equity* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or Equity* - Teleconference with committee | 0.60 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re exclusivity appeal | 0.20 | TJT |
| Sep-29-06 | *Litigation and Litigation Consulting* - download and review notice of appeal of exclusivity order | 0.10 | LLC |
| | *Case Administration* - Review request for payment of admin claim by New York Dept. of Taxation | 0.10 | TJT |
| | *Hearings* - Teleconference with committee member re 9/25/06 hearing transcript | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of appeal | 0.20 | TJT |
| Sep-30-06 | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Aug. prebill | 0.60 | TJT |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Aug. 06 prebill | 0.20 | MH |
| | Totals | 98.50 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Sep-05-06 | Cost Advance - Copying cost | 18.60 |
| | Cost Advance - Postage | 1.83 |
| Sep-06-06 | Cost Advance - TriState Courier & Carriage - delivery charge | 6.50 |
| | Cost Advance - Copying cost | 12.00 |
| | Cost Advance - Postage | 4.95 |
| Sep-07-06 | Cost Advance - Copying cost | 18.00 |
| | Cost Advance - Postage | 6.96 |
| Sep-08-06 | Cost Advance - Copying cost  408 @ 0.10 | 40.80 |
| | Cost Advance - Postage  7 @ 1.35 | 9.45 |
| | Cost Advance - Fax | 34.00 |
| Sep-12-06 | Cost Advance - Parcel's, Inc. | 237.90 |
| Sep-14-06 | Cost Advance - Parcel's, Inc. | 201.00 |
| | Cost Advance - Copying cost | 11.40 |
| | Cost Advance - Postage | 1.83 |
| Sep-15-06 | Cost Advance - Blue Marble Logistics | 190.72 |
| | Cost Advance - Blue Marble Logistics | 9.99 |
| | Cost Advance - Blue Marble Logistics | 221.16 |
| Sep-19-06 | Cost Advance - Copying cost  237 @ 0.10 | 23.70 |
| | Cost Advance - Postage | 6.63 |
| Sep-20-06 | Cost Advance - Copying cost  30 @ 0.10 | 3.00 |
| | Cost Advance - Postage  8 @ 0.39 | 3.12 |
| Sep-21-06 | Cost Advance - TriState Courier & Carriage - delivery charge | 26.00 |

**Invoice No. 21757**                     **Page 16 of 16**                     **October 30, 2006**

| | | |
|---|---|---:|
| Sep-22-06 | Cost Advance - Blue Marble Logistics | 223.74 |
| Sep-26-06 | Cost Advance - Blue Marble Logistics | 195.75 |
| | Cost Advance - Copying cost  60 @ 0.10 | 6.00 |
| | Cost Advance - Postage  8 @ 0.63 | 5.04 |
| Sep-27-06 | Cost Advance - Blue Marble Logistics | 55.17 |
| Sep-28-06 | Cost Advance - J&J Court Transcribers | 399.56 |
| | Cost Advance - Cavanaugh's Restaurant- catered lunch for 5 | 66.25 |
| Sep-29-06 | Cost Advance - Blue Marble Logistics | 233.74 |
| | Cost Advance - TriState Courier & Carriage - delivery charge | 13.00 |
| | Cost Advance - Platinum Plus for Business - Courtcall charge 9/11 Hearing | 240.00 |
| | Cost Advance - Platinum Plus for Business - Courtcall charge 8/25 hearing | 80.00 |
| | Totals | $2,607.79 |

**Total Fees & Disbursements**                     $23,227.79

**Balance Due Now**                     $23,227.79