# EXHIBIT B

**EXHIBIT B**

**FEES FOR THE FEE PERIOD JULY 1, 2006 THROUGH SEPTEMBER 30, 2006[2]**

**FEES FOR THE FEE PERIOD JULY 1, 2006 THROUGH JULY 31, 2006**

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 06/01/06 | Review e-mails and telephone call with J. Posner re: information needed re: CNA Complaint filed in Southern District of New York, including review of file for materials re: same. | | |
| 3 | B. Moffitt | 0.5 | 180.00 |
| 06/19/06 | Reviewed CNO for 19th Interim Period and forward to A. Marchetta and S. Zuber. | | |
| 18 | K. Jasket | 0.2 | 54.00 |
| 07/19/06 | Follow up regarding fee applications. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| 07/31/06 | Drafted fee application for May 2006. | | |
| 18 | K. Jasket | 2.5 | 675.00 |
| 07/31/06 | Drafted fee application for June 2006. | | |
| 18 | K. Jasket | 2.5 | 675.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.4 | 550.00 | 220.00 |
| K. Jasket | 18 | 5.2 | 270.00 | 1,404.00 |
| B. Moffitt | 3 | 0.5 | 360.00 | 180.00 |
| TOTAL | | 6.1 | | 1,804.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

07/05/06        Work with B. Moffitt re issues and meeting with Lustberg, including follow

[2] Legend for Pitney Hardin LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

|  |  |  |  |
|---|---|---|---|
|  | up re conference call with Judge Bongiovanni and settlement. |  |  |
| 14 | A. Marchetta | 1.0 | 550.00 |
| 07/05/06 | Work with A. Marchetta re strategy with regard to pending settlement offer from NJDEP. |  |  |
| 3 | B. Moffitt | 0.2 | 72.00 |
| 07/06/06 | Preparation of e-mail to J. O'Reilly re setting up meeting with L. Lustberg, including follow up re same. |  |  |
| 3 | B. Moffitt | 0.2 | 72.00 |
| 07/07/06 | Follow up regarding meeting, FOIA documents, and settlement demand letter. |  |  |
| 14 | A. Marchetta | 0.8 | 440.00 |
| 07/07/06 | Phone conference with L. Lustberg regarding meeting. |  |  |
| 3 | J. O'Reilly | 0.1 | 48.00 |
| 07/10/06 | Review EPA release and fact sheets on sampling. |  |  |
| 14 | W. Hatfield | 0.3 | 109.50 |
| 07/10/06 | Telephone calls to and with private investigator N. Susalis re strategy regarding continued interviews in light of case developments. |  |  |
| 3 | B. Moffitt | 0.3 | 108.00 |
| 07/10/06 | Review letter from D.A.G. Dickinson confirming next conference call with Magistrate Bongiovanni. |  |  |
| 3 | B. Moffitt | 0.1 | 36.00 |
| 07/10/06 | Review EPA publications re soil sampling results; confer with A. Marchetta re same and re pending NJDEP settlement offer; follow up re same. |  |  |
| 3 | B. Moffitt | 0.5 | 180.00 |
| 07/10/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. |  |  |
| 14 | S. Parker | 0.5 | 67.50 |
| 07/11/06 | Email and follow up regarding settlement demand, including calls with client regarding meeting and settlement. |  |  |
| 14 | A. Marchetta | 0.9 | 495.00 |
| 07/11/06 | Preparation of e-mail to D.A.G. Dickinson re settlement demand; work with A. Marchetta re same; review response from D.A.G. |  |  |
| 3 | B. Moffitt | 0.3 | 108.00 |

3

| | | | |
|---|---|---|---|
| 07/11/06 | Prepare for meeting with L. Lustberg; review file and assemble relevant documents re same; work with A. Marchetta re same. | | |
| 3 | B. Moffitt | 2.8 | 1,008.00 |
| 07/11/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 07/11/06 | Worked with B. Moffitt re case status, including preparation for upcoming interview. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 07/12/06 14 | Follow up regarding information on FOIA requests and settlement. A. Marchetta | 0.4 | 220.00 |
| 07/12/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 07/13/06 | Emails and follow up regarding FOIA information and lab information as regarding EPA testing and Libby. | | |
| 14 | A. Marchetta | 0.8 | 440.00 |
| 07/13/06 | Review R. Finke e-mail re obtaining soil sampling report and backup; telephone call to EPA counsel re same; review prior EPA reports re information requested by client and prepare e-mail to client re same. | | |
| 3 | B. Moffitt | 1.3 | 468.00 |
| 07/13/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 07/13/06 | Prepared copy sets of April 2006 Site Quality Assurance Plan, and worked with B. Moffitt re transmittal of same to client as requested. | | |
| 14 | S. Parker | 0.4 | 54.00 |
| 07/14/06 14 | Emails and follow up regarding request for information in Chapter 11. A. Marchetta | 0.6 | 330.00 |
| 07/14/06 | Continued preparation for meeting with L. Lustberg including review of prior summaries re same. | | |
| 3 | B. Moffitt | 1.6 | 576.00 |
| 07/14/06 | Review e-mail from J. Baer requesting comprehensive case summary for D. Bernick; preparation of summary. | | |
| 3 | B. Moffitt | 2.2 | 792.00 |

4

| | | | |
|---|---|---|---|
| 07/14/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 07/15/06 | Follow up re information for client and review issues re same. | | |
| 14 | A. Marchetta | 0.2 | 110.00 |
| 07/17/06 | Forward information to client re: civil litigation and follow up re: same. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 07/17/06 | Follow up regarding soil results and meeting; review of same. | | |
| 14 | A. Marchetta | 0.8 | 440.00 |
| 07/17/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 54.00 |
| 07/17/06 | Reviewed CD sent by EPA in response to request for results of off site sampling and related reports; Prepared copies of same re transmittal to client. | | |
| 14 | S. Parker | 0.4 | 54.00 |
| 07/18/06 | Conference with J. O'Reilly regarding motion; emails and follow up regarding FOIA information. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 07/18/06 | Forward EPA information and follow up regarding additional documents. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| 07/18/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 07/19/06 | Forward letter to court; conference with J. O'Reilly regarding meeting; follow up regarding FOIA information. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |
| 07/19/06 | Review Court notice re August 17 conference call with Magistrate Bongiovanni. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |
| 07/19/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues. | | |

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 27.00 |
| 07/19/06 | Accessed court's website and retrieved recent filing, downloaded same; Forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 07/20/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 07/21/06 | Emails with Deputy Attorney General regarding Chapter 11 hearings. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| 07/21/06 | Review e-mail from DAG. Dickinson re Bankruptcy Court motions; e-mail exchange with J. Baer re same and prepare responding e-mail to DAG. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |
| 07/24/06 | Work with B. Moffitt regarding court hearing and issues in case. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 07/24/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 54.00 |
| 07/25/06 | Follow up regarding FOIA information and hearing dates/adjournment. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 07/25/06 | Review notice from Court rescheduling conference call with Magistrate Bongiovanni; preparation of e-mail to client re same. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |
| 07/25/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 07/25/06 | Accessed Court's website re retrieval of recent filing; Created electronic version of same and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 07/26/06 | Telephone calls re: information on DEP action in Trenton re; EPA findings; follow up regarding testimony and request for meeting. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |

1465342A01101606

| 07/26/06 | Review off-site soil sample results forwarded by USEPA. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |

| 07/26/06 | Review e-mail from J. Baer re: adjourning Bankruptcy Court motions; confer with A. Marchetta re same and draft e-mail to DAG Dickinson re same. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |

| 07/26/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| 07/27/06 | Work with B. Moffitt regarding potential response on settlement demand and information for same; email to client regarding FOIA information. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |

| 07/27/06 | Work with A. Marchetta re strategy concerning response to NJDEP's anticipated settlement offer and draft e-mail to DAG Dickinson re same; follow up re same. | | |
| 3 | B. Moffitt | 0.5 | 180.00 |

| 07/27/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| 07/28/06 | Confer with A. Marchetta re proposed meeting. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |

| 07/28/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues. Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.5 | 67.50 |

| 07/31/06 | Work with B. Moffitt regarding various issues on court hearing. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |

| 07/31/06 | Searched re compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.5 | 67.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 10.7 | 550.00 | 5,885.00 |
| J. O'Reilly | 3 | 0.1 | 480.00 | 48.00 |

7

1465342A01 101606

| W. Hatfield | 14 | 0.3 | 365.00 | 109.50 |
|---|---|---|---|---|
| B. Moffitt | 3 | 11.4 | 360.00 | 4,104.00 |
| S. Parker | 14 | 6.0 | 135.00 | 810.00 |
| | TOTAL | 28.5 | | 10,956.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 07/05/06 | Conference with attorneys re Greenberg subpoena. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 165.00 |

| 07/05/06 | Review/analysis Tahari document production re third party subpoenas to be served. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.3 | 124.50 |

| 07/05/06 | Telephone conference with D. Rozenholc re document production demands and subpoena upon Greenberg Traurig for additional Tahari documents. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.3 | 124.50 |

| 07/05/06 | Review/analysis Tenber v. Bloomberg re case law on oral promises of holdover tenancy. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.3 | 124.50 |

| 07/05/06 | Review/analysis and response to correspondences from T. Soloway, counsel for Kronish Lieb, re Tahari document production, Tenber case on oral promises for holdover tenancy. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 41.50 |

| 07/05/06 | Review/analysis and response to correspondences from C. Boubol re Tenber case on oral promises for holdover tenancy, producing documents to Kronish Lieb. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 41.50 |

| 07/05/06 | Follow up re depositions; review re issues. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 165.00 |

| 07/05/06 | Preparation of Subpoena to N. Bobrow re: documents referenced in H. Jafferjie's affidavit. | | |
|---|---|---|---|
| 3 | M. Levison | 0.4 | 130.00 |

| 07/05/06 | Review/analysis of documents produced by Tahari and Trizec re: request by T. Solloway. | | |
|---|---|---|---|
| 3 | M. Levison | 0.6 | 195.00 |

| 07/06/06 | Work on and revise Subpoenas with Document Demands to Tahari's attorneys Greenberg Traurig and Tahari's real estate agent N. Bobrow. | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.4 | 166.00 |
| 07/07/06 | Telephone conference with R. Laudor, counsel for Tahari, re oral argument on motion to confirm Referee's Report. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 07/10/06 | Work on and revise Subpoena to Bobrow and Subpoena to Greenberg Traurig, and cover letter re same. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 07/10/06 | Preparation of correspondence to Greenberg Traurig re: subpoena. | | |
| 3 | M. Levison | 0.2 | 65.00 |
| 07/10/06 | Modify Subpoena to N. Bobrow. | | |
| 3 | M. Levison | 0.3 | 97.50 |
| 07/10/06 | Modify subpoena to Greenberg Traurig. | | |
| 3 | M. Levison | 0.3 | 97.50 |
| 07/12/06 | Work on and revise Notice of Subpoena. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 07/12/06 | Telephone conference with H. Kushnick, counsel at Greenberg Traurig re Subpoena, document request. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 07/12/06 | Drafted two affidavits of service reflecting service of subpoenas and forward affidavits to attorney. | | |
| 3 | H. Gonzalez | 0.3 | 45.00 |
| 07/20/06 | Telephone conference with D. Ansell, counsel for Greenberg Traurig re subpoena, production of documents by Rozenholc. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 07/26/06 | Telephone conference with D. Rozenholc, counsel for Tahari, re attempt to resolve motion to compel production. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 07/27/06 | Draft correspondence to D. Ansell and H. Kushnick, counsel for Greenberg Traurig re withdrawal of subpoena and production of Tahari documents by Rozenholc. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 07/27/06 | Draft correspondence to V. Finkelstein, Esq. re withdrawal of motion to compel, Tahari's production of documents. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

| 07/27/06 | Telephone conferences (numerous) with D. Rozenholc re production of documents originally withheld due to privilege, withdrawal of motion to compel production. | | |
| 3 | B. Benjamin | 0.5 | 207.50 |

| 07/27/06 | Telephone conference with Judge Tolub's Law Secretary re withdrawal of motion to compel production, cross-motion and request for discovery cut off date. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

| 07/27/06 | Draft correspondence to Judge Tolub re withdrawal of motion to compel and cross motion, request for order setting discovery cut off date. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |

| 07/28/06 | Emails and telephone calls with B. Benjamin and client re: discovery. | | |
| 14 | A. Marchetta | 0.2 | 110.00 |

| 07/28/06 | Telephone conference with C. Boubol re withdrawal of motion to compel, Tahari documents produced. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

| 07/28/06 | Draft correspondence to C. Boubol, counsel for Trizec, re Tahari documents produced. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| 07/31/06 | Draft correspondence to N. Bobrow re responding to Subpoena. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| 07/31/06 | Preparation of correspondence to N. Bobrow re: failure to respond to Subpoena. | | |
| 3 | M. Levison | 0.2 | 65.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.8 | 550.00 | 440.00 |
| B. Benjamin | 3 | 4.5 | 415.00 | 1,867.50 |
| M. Levison | 3 | 2.0 | 325.00 | 650.00 |
| H. Gonzalez | 3 | 0.3 | 150.00 | 45.00 |
| TOTAL | | 7.6 | | 3,002.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

1465342A01101606

| 04/27/06 14 | Address appeal status.<br>W. Hatfield | 0.3 | 109.50 |
|---|---|---|---|
| 04/27/06 14 | Call to Appellate Division clerk's office on status of oral argument; draft e-mail.<br>F. Stella | 0.2 | 57.00 |
| 07/28/06 14 | Memo to client on appeal status.<br>W. Hatfield | 0.1 | 36.50 |
| 07/28/06 14 | Follow up regarding appeal.<br>A. Marchetta | 0.3 | 165.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.3 | 550.00 | 165.00 |
| W. Hatfield | 14 | 0.4 | 365.00 | 146.00 |
| F. Stella | 14 | 0.2 | 285.00 | 57.00 |
| TOTAL | | 0.9 | | 368.00 |

## FEES FOR THE FEE PERIOD AUGUST 1, 2006 THROUGH AUGUST 31, 2006

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 08/01/06 18 | Review, revise and discuss with K. Jasket PH's May, 2006 fee application.<br>S. Zuber | 0.3 | 130.50 |
|---|---|---|---|
| 08/01/06 18 | Review, revise and discuss with K. Jasket PH's June, 2006 fee application.<br>S. Zuber | 0.3 | 130.50 |
| 08/01/06 18 | Drafted Quarterly fee application for 21st interim period.<br>K. Piper | 1.5 | 405.00 |
| 08/02/06 18 | Follow up on PH's May and June, 2006 fee applications.<br>S. Zuber | 0.2 | 87.00 |
| 08/02/06 18 | Revised May 2006 fee application and sent same to J. O'Neill for filing and service.<br>K. Piper | 0.7 | 189.00 |
| 08/02/06 18 | Revised June 2006 fee application and send to J. O'Neill for filing and service.<br>K. Piper | 0.7 | 189.00 |

1465342A01101606

| | | | |
|---|---|---|---|
| 08/02/06 | Continue drafting quarterly fee application for the 21st interim period. | | |
| 18 | K. Piper | 1.5 | 405.00 |
| 08/03/06 | Review and revise PH's Quarterly Fee Application, for 2nd Quarter, 2006. | | |
| 18 | S. Zuber | 0.3 | 130.50 |
| 08/04/06 | Revised Quarterly fee application and forward same to J. O'Neill for service and filing. | | |
| 18 | K. Piper | 0.3 | 81.00 |
| 08/09/06 | Call with S. Whittier regarding Intercat past due on 2Q payment, and W.R. Grace's rights under confirmed Plan, including review of confirmed Plan. | | |
| 14 | S. Zuber | 0.3 | 130.50 |
| 08/15/06 | Follow up, per client's request, on scheduled Plan payments and related matters, including review of Plan and payment schedule, review of information received by Grace from Intercat, and correspondence to and from client. | | |
| 14 | S. Zuber | 0.7 | 304.50 |
| 08/15/06 | Drafted July 2006 fee application. | | |
| 18 | K. Piper | 1.7 | 459.00 |
| 08/16/06 | Drafted fee application for July 2006 and forward to S. Zuber for review. | | |
| 18 | K. Piper | 1.5 | 405.00 |
| 08/17/06 | Review and revise draft of PH's July, 2006 fee application. | | |
| 18 | S. Zuber | 0.3 | 130.50 |
| 08/28/06 | Revised July 2006 fee application and sent to J. O'Neill for filing and service. | | |
| 18 | K. Piper | 0.5 | 135.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 14 | 1.0 | 435.00 | 435.00 |
| | 18 | 1.4 | 435.00 | 609.00 |
| K. Piper | 18 | 8.4 | 270.00 | 2,268.00 |
| TOTAL | | 10.8 | | 3,312.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

12

| 06/07/06 | Conferences with M. Waller, DAG Dickenson, DAG Fahy and DAG E. Bonnano regarding civil case. | | |
| 3 | J. O'Reilly | 0.8 | 384.00 |
| | | | |
| 08/01/06 | Follow up with client re status and information regarding omnibus hearing. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| | | | |
| 08/01/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| | | | |
| 08/02/06 | Work with B. Moffitt re issues in case, including settlement issues. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| | | | |
| 08/02/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| | | | |
| 08/03/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| | | | |
| 08/04/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| | | | |
| 08/07/06 | Call with J. O'Reilly and follow up regarding meeting; follow up re: further rescheduling and work with B. Moffitt re: information for meeting. | | |
| 14 | A. Marchetta | 1.7 | 935.00 |
| | | | |
| 08/07/06 | Phone conference with L. Lustberg re: meeting; conference with A. Marchetta; phone conference with L. Lustberg to finalize date and advise A. Marchetta of same. | | |
| 3 | J. O'Reilly | 0.3 | 144.00 |
| | | | |
| 08/07/06 | Phone conference with Larry Lustberg regarding changes in the meeting. | | |
| 3 | J. O'Reilly | 0.2 | 96.00 |
| | | | |
| 08/07/06 | Review e-mails and conference with B. Moffitt regarding L. Lustberg meeting and agenda for same. | | |
| 3 | J. O'Reilly | 0.2 | 96.00 |
| | | | |
| 08/07/06 | Phone conference with Larry Lustberg finalizing the meeting. | | |
| 3 | J. O'Reilly | 0.1 | 48.00 |

13

| | | | |
|---|---|---|---|
| 08/07/06 | Work with A. Marchetta re preparation for meeting in anticipation of State Grand Jury testimony; work with S. Parker re preparation for same; various e-mails and telephone calls with W. Jacobson re scheduling meeting | | |
| 3 | B. Moffitt | 1.3 | 468.00 |
| 08/07/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 08/07/06 | Conducted searches compilation and organization of documents in preparation for upcoming meeting and worked with B. Moffitt re: same. | | |
| 14 | S. Parker | 6.1 | 823.50 |
| 08/08/06 | Telephone calls and work on issues re: meeting; research re Libby opinion as it relates to New Jersey actions. | | |
| 14 | A. Marchetta | 1.2 | 660.00 |
| 08/08/06 | Address decision on asbestos sampling and implications for New Jersey case. | | |
| 14 | W. Hatfield | 1.9 | 693.50 |
| 08/08/06 | Telephone call with W. Jacobson re meeting in anticipation of State Grand Jury testimony; work with S. Parker re preparation for same. | | |
| 3 | B. Moffitt | 0.4 | 144.00 |
| 08/08/06 | Review client e-mail and ruling re Winchite and Richterite content in Libby amphibole; review relevant file material; work with W. Hatfield and A. Marchetta re: responding to client inquiry concerning potential applicability to Trenton issues; draft e-mail to client re same; work with J. Spielberg re same. | | |
| 3 | B. Moffitt | 5.2 | 1,872.00 |
| 08/08/06 | Discussed asbestos/hazardous substances issue with B. Moffitt. | | |
| 3 | J. Spielberg | 0.5 | 125.00 |
| 08/08/06 | Work with S. Parker re: assembling relevant documents for review by B. Moffitt in preparation for meeting. | | |
| 14 | D. Florence | 7.2 | 900.00 |
| 08/08/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, including U. S. District Court, District of Montana's website; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 08/08/06 | Worked with D. Florence re: assembling relevant documents re: preparation | | |

|  |  |  |  |
|---|---|---|---|
|  | for upcoming meeting. |  |  |
| 14 | S. Parker | 7.7 | 1,039.50 |
| 08/09/06 | Review and follow up re Judge Molloy opinion and research re same with W. Hatfield and B. Moffitt. |  |  |
| 14 | A. Marchetta | 1.0 | 550.00 |
| 08/09/06 | Review Montana opinion and revise draft memo on Montana decision implications in New Jersey matter. |  |  |
| 1 | W. Hatfield | 2.9 | 1,058.50 |
| 08/09/06 | Continued preparation for meeting in anticipation of State Grand Jury testimony; work with S. Parker re same. |  |  |
| 3 | B. Moffitt | 0.7 | 252.00 |
| 08/09/06 | Follow up with A. Marchetta and W. Hatfield re issues concerning Winchite and Richterite content in Libby amphibole and re responding to client inquiry concerning potential applicability to Trenton issues. |  |  |
| 3 | B. Moffitt | 0.4 | 144.00 |
| 08/09/06 | Worked with B. Moffitt re: documents compiled in preparation for upcoming meeting; Compilation and organization of additional documents needed in preparation for same. |  |  |
| 14 | S. Parker | 1.5 | 202.50 |
| 08/10/06 | Follow up with B. Moffitt re research related to Judge Molloy opinion and preparation re summary judgment hearing. |  |  |
| 14 | A. Marchetta | 1.5 | 825.00 |
| 08/10/06 | Address issues on site work and memo to clients and consultant on same. |  |  |
| 14 | W. Hatfield | 0.2 | 73.00 |
| 08/10/06 | Review Libby Opinion and e-mail regarding use in New Jersey and preparation for meeting. |  |  |
| 3 | J. O'Reilly | 0.8 | 384.00 |
| 08/10/06 | Conference with B. Moffitt and A. Marchetta re: strategy re: meeting. |  |  |
| 3 | J. O'Reilly | 0.3 | 144.00 |
| 08/10/06 | Continued preparation for meeting in anticipation of State Grand Jury testimony; work with A. Marchetta, J. O'Reilly and S. Parker re same. |  |  |
| 3 | B. Moffitt | 0.8 | 288.00 |
| 08/10/06 | Worked with A. J. Marchetta, J. O' Reily and B. Moffitt in preparation for upcoming meeting; Worked with B. Moffitt re: documents compiled in preparation for same; Compilation and organization of additional |  |  |

| | | | |
|---|---|---|---|
| | documents needed in preparation for same. | | |
| 14 | S. Parker | 2.6 | 351.00 |
| 08/10/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, including U. S. District Court, District of Montana's website; Created electronic versions of same and forwarded same to A.J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 08/10/06 | Work with S. Parker re: assembling additional documents in preparation for meeting. | | |
| 14 | D. Florence | 1.5 | 187.50 |
| 08/11/06 | Continued preparation for meeting in anticipation of State Grand Jury testimony including review documents; work with S. Parker re same. | | |
| 3 | B. Moffitt | 3.8 | 1,368.00 |
| 08/11/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, including U. S. District Court, District of Montana's website. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 08/11/06 | Worked with B. Moffitt re: review of documents compiled in preparation for upcoming meeting; Compilation and organization of additional documents needed in preparation for same. | | |
| 14 | S. Parker | 3.4 | 459.00 |
| 08/13/06 | Prep re meeting. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 08/14/06 | Preparation for and meeting with attorney, Pitney Hardin attorneys, and W. Jacobson regarding Grand Jury Testimony. | | |
| 14 | A. Marchetta | 3.7 | 2,035.00 |
| 08/14/06 | Conference with A. Marchetta, B. Moffitt, E. McTiernne and L. Lustberg regarding case. | | |
| 3 | J. O'Reilly | 3.3 | 1,584.00 |
| 08/14/06 | Continued preparation for meeting in anticipation of State Grand Jury testimony including review of documents; work with S. Parker re same; meeting with counsel and follow up re: same. | | |
| 3 | B. Moffitt | 9.8 | 3,528.00 |
| 08/14/06 | Compilation and organization of additional documents re: preparation for meeting. | | |
| 14 | D. Florence | 2.8 | 350.00 |

1465342A01101606

| 08/14/06 | Respond to B. Moffitt request for disks produced to co-counsel and aerial photos of Hamilton site. | | |
|---|---|---|---|
| 14 | Y. Day | 0.5 | 60.00 |
| 08/14/06 | Worked with B. Moffitt re: review of documents compiled in preparation for upcoming meeting; Conducted searches re: confirmation of information needed in preparation for same; Compilation and organization of additional documents needed in preparation for same. | | |
| 14 | S. Parker | 5.5 | 742.50 |
| 08/15/06 | Telephone call from DAG Dickinson re: settlement proposal and follow up with B. Moffitt re issues. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 08/15/06 | Follow up with B. Moffitt regarding summary to client re: Grand Jury Testimony. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| 08/15/06 | Telephone call with DAG. Dickinson and A. Marchetta re settlement and bankruptcy issues and follow up re same. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |
| 08/15/06 | Preparation of e-mail to client re preparation session; assemble additional documents and forward to counsel for use in preparing for Grand Jury Appearance; work with S. Parker re same; telephone call with counsel re same. | | |
| 3 | B. Moffitt | 1.3 | 468.00 |
| 08/15/06 | Worked with B. Moffitt re: identification and retrieval of documents requested; Created electronic versions of same re: transmittal of same. | | |
| 14 | S. Parker | 0.8 | 108.00 |
| 08/15/06 | Organization of additional documents used in meeting. | | |
| 14 | D. Florence | 2.6 | 325.00 |
| 08/16/06 | Follow up regarding testimony; conference with attorneys re same. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |
| 08/16/06 | Meeting with A. Marchetta and phone conference with L. Lustberg. | | |
| 3 | J. O'Reilly | 0.5 | 240.00 |
| 08/16/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, including U. S. District Court, District of Montana's website; Worked with B. Moffitt re: status of same. | | |
| 14 | S. Parker | 0.3 | 40.50 |

17

| 08/17/06 14 | Review information on site; follow up regarding testimony.<br>A. Marchetta | 0.6 | 330.00 |

| 08/17/06 3 | Follow up with A. Marchetta and J. O'Reilly re Grand Jury Appearance.<br>B. Moffitt | 0.4 | 144.00 |

| 08/17/06<br><br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, including U. S. District Court, District of Montana's website.<br>S. Parker | 0.2 | 27.00 |

| 08/18/06 14 | Follow up on testimony and civil settlement demand; follow up to client.<br>A. Marchetta | 0.6 | 330.00 |

| 08/18/06<br>3 | Conference with L. Lustberg, A. Marchetta and Brian Moffitt re: Grand Jury appearance.<br>J. O'Reilly | 0.3 | 144.00 |

| 08/18/06 3 | Follow up with A. Marchetta and J. O'Reilly re Grand Jury Appearance.<br>B. Moffitt | 0.2 | 72.00 |

| 08/18/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.2 | 27.00 |

| 08/21/06 14 | Follow up re: information on testimony and call from DAG on settlement.<br>A. Marchetta | 0.6 | 330.00 |

| 08/21/06 14 | Follow up re: information requested by DAG on Chapter 11.<br>A. Marchetta | 0.5 | 275.00 |

| 08/21/06<br>3 | Work with A. Marchetta re: DAG's request for bankruptcy information for purpose of settlement demand; preparation of follow up e-mail to J. Baer.<br>B. Moffitt | 0.3 | 108.00 |

| 08/21/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.4 | 54.00 |

| 08/22/06 14 | Follow up regarding information for court conference.<br>A. Marchetta | 0.7 | 385.00 |

| 08/22/06 3 | Work with A. Marchetta re: settlement; follow up re same.<br>B. Moffitt | 0.3 | 108.00 |

18

| | | | |
|---|---|---|---|
| 08/22/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 08/23/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 08/24/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 08/25/06 | Review articles on Grace trial and New Jersey sampling and forward to counsel. | | |
| 14 | W. Hatfield | 0.4 | 146.00 |
| 08/25/06 | Email information to client regarding site; follow up re same and issue of contributing sites and asbestos testing; work with B. Moffitt re same. | | |
| 14 | A. Marchetta | 1.3 | 715.00 |
| 08/25/06 | Confer with A. Marchetta re Attorney General Nominee Rabner; research re background of same; confer with A. Marchetta re same and draft e-mail to client and co-counsel re same. | | |
| 3 | B. Moffitt | 1.4 | 504.00 |
| 08/25/06 | Work with A. Marchetta re Mercer Rubber Company contamination issues in Hamilton Township; confer with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.5 | 180.00 |
| 08/25/06 | Review articles re Trenton plant and Libby rulings; confer with A. Marchetta re summary of testimony and follow up with J. O'Reilly re same. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| 08/25/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, created electronic versions of relevant articles and pleadings and forwarded same to A. Marchetta and B. Moffitt; Worked with B. Moffitt re: article referencing alleged cancer cluster near former Grace plant site re: use in potential response to NJDEP settlement demand. | | |
| 14 | S. Parker | 0.6 | 81.00 |
| 08/28/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, created electronic versions of relevant orders and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.5 | 67.50 |

1465342A01101606

| 08/29/06 | Telephone call with client re status of New Jersey proceedings as regards Chapter 11; follow up with B. Moffitt; review ATSDR information. | | |
| 14 | A. Marchetta | 1.2 | 660.00 |

| 08/29/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, created electronic versions of relevant articles, press releases and orders and forwarded same to A. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.7 | 94.50 |

| 08/29/06 | Worked with B. Moffitt re: recent articles, press releases and orders; Conducted additional searches re: compilation of additional information concerning medical monitoring program and EPA's soil excavation; Worked with B. Moffitt re: same. | | |
| 14 | S. Parker | 0.6 | 81.00 |

| 08/30/06 | Review articles re alleged cancer cluster and Libby rulings; confer with A. Marchetta re status of receipt of summary of testimony and follow up with J. O'Reilly re same. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |

| 08/30/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, created electronic versions of relevant articles and orders and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.5 | 67.50 |

| 08/31/06 | Review article re additional soil removal at Trenton Plant. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |

| 08/31/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues, created electronic versions of relevant articles and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 54.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 18.0 | 550.00 | 9,900.00 |
| J. O'Reilly | 3 | 6.8 | 480.00 | 3,264.00 |
| W. Hatfield | 14 | 5.4 | 365.00 | 1,971.00 |
| B. Moffitt | 3 | 27.7 | 360.00 | 9,972.00 |
| J. Spielberg | 3 | 0.5 | 250.00 | 125.00 |
| Y. Day | 14 | 0.5 | 120.00 | 60.00 |
| D. Florence | 14 | 14.1 | 125.00 | 1,762.50 |
| S. Parker | 14 | 34.7 | 135.00 | 4,684.50 |

I465342A01101606

|  | TOTAL | 107.7 | 31,739.00 |
|---|---|---|---|

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 08/01/06 | Obtained recent order and forward. | | |
|---|---|---|---|
| 3 | H. Gonzalez | 0.1 | 15.00 |

| 08/02/06 | Telephone conference with D. Rozenholc re subpoena served on N. Bobrow and production of documents. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 41.50 |

| 08/03/06 | Telephone conference with D. Rozenholc re subpoena served on N. Bobrow and production of documents. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 41.50 |

| 08/08/06 | Review/analysis of D. Rozenholc correspondence to T. Soloway re document production issues. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 41.50 |

| 08/09/06 | Telephone conference with D. Rozenholc re responding to subpoena on N. Bobrow and producing documents from Greenberg Traurig subpoena. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 08/10/06 | Review/analysis Kronish Lieb Document Demand served upon Tahari | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 41.50 |

| 08/14/06 | Telephone conference with D. Rozenholc re production of Bobrow documents and deposition scheduling. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 08/14/06 | Review/analysis Notices to Take Deposition of E. Tahari served by Kronish Lieb and Subpoena Duces Tecum of N. Bobrow, with exhibits. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 08/15/06 | Review/analysis E. Sherman correspondence re scheduling depositions. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 41.50 |

| 08/16/06 | Review/analysis R. Laudor correspondence to T. Soloway re document production and depositions. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 41.50 |

| 08/16/06 | Telephone conference with D. Rozenholc re Tahari and Kronish Lieb depositions and document production. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

1465342A01101606

| 08/18/06 | Review/analysis client documents and litigation files (Responses to Bill of Particulars, Bobrow Affidavits re motion practice) re preparation for deposition of N. Bobrow, broker for Tahari. | | |
| 3 | B. Benjamin | 0.9 | 373.50 |

| 08/21/06 | Research/investigation re S. Riker, Colliers, broker re Tahari sublease. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

| 08/21/06 | Draft correspondence to D. Rozenholc re production of Bobrow documents, Greenberg Traurig documents, witnesses for depositions, timing and scheduling. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |

| 08/21/06 | Telephone conference to and correspondences (2) to V. Finkelstein re S. Riker of Colliers ABR. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |

| 08/22/06 | Follow up re discovery requests and summary judgment. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |

| 08/22/06 | Telephone conference with V. Finkelstein re litigation strategy, depositions, and position of Kronish Lieb. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

| 08/23/06 | Follow re document production in depositions. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |

| 08/24/06 | Review/analysis T. Soloway correspondence to D. Rozenholc, re document production, production of witnesses for depositions, and upcoming close of discovery. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.6 | 550.00 | 330.00 |
| B. Benjamin | 3 | 3.4 | 415.00 | 1,411.00 |
| H. Gonzalez | 3 | 0.1 | 150.00 | 15.00 |
| TOTAL | | 4.1 | | 1,756.00 |

# FEES FOR THE FEE PERIOD SEPTEMBER 1, 2006 THROUGH SEPTEMBER 31, 2006

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

1465342A01101606

| 09/11/06 | Reviewed final report and related spreadsheets from fee auditor regarding 20th interim application. | | |
| 18 | K. Piper | 0.4 | 108.00 |

| 09/18/06 | Drafted fee application for August 2006. | | |
| 18 | K. Piper | 1.7 | 459.00 |

| 09/19/06 | Review and revise PH's draft August, 2006 fee application. | | |
| 18 | S. Zuber | 0.3 | 130.50 |

| 09/28/06 | Revised fee application for August 2006 and send same to be filed. | | |
| 18 | K. Piper | 0.6 | 162.00 |

| 09/29/06 | Receipt and review of CNO for July 2006 and attention to forwarding same to A. Marchetta and S. Zuber. | | |
| 18 | K. Piper | 0.2 | 54.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.3 | 435.00 | 130.50 |
| K. Piper | 18 | 2.9 | 270.00 | 783.00 |
| | TOTAL | 3.2 | | 913.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| 09/01/06 | Follow up regarding articles on clean up. | | |
| 14 | A. Marchetta | 0.2 | 110.00 |

| 09/01/06 | Phone conference with L. Lustberg re: exit memo concerning Grand Jury testimony and information relayed to A. Marchetta. | | |
| 3 | J. O'Reilly | 0.2 | 96.00 |

| 09/01/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant articles and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |

| 09/01/06 | Searched re: compilation of information on current status of investigation re: preparation for response to settlement offer; Made copies of ATSDR report and related documents for A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 54.00 |

| 09/05/06 | Work on information for DAG on Chapter 11 and follow up re: information | | |

23

|  |  |  |  |
|---|---|---|---|
| 14 | to client.<br>A. Marchetta | 0.6 | 330.00 |
| 09/05/06<br>3 | Work with A. Marchetta re: D.A.G.'s request for additional information concerning settlement demand; follow up re same; e-mail J. Baer re same.<br>B. Moffitt | 0.6 | 216.00 |
| 09/05/06<br>3 | Work with S. Parker re: obtaining additional information re: alleged cancer cluster; review materials re: same.<br>B. Moffitt | 0.5 | 180.00 |
| 09/05/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant articles and forwarded same to A. J. Marchetta and B. Moffitt.<br>S. Parker | 0.5 | 67.50 |
| 09/05/06<br>14 | Worked with B. Moffitt re: ATSDR documents compiled re: preparation of response to settlement offer.<br>S. Parker | 0.2 | 27.00 |
| 09/06/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt.<br>S. Parker | 0.4 | 54.00 |
| 09/07/06<br>14 | Follow up re articles on DEP, public meetings and obtain information re same.<br>A. Marchetta | 0.5 | 275.00 |
| 09/07/06<br>14 | Searched re: compilation of information on current status of investigation and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt.<br>S. Parker | 0.3 | 40.50 |
| 09/07/06<br>14 | Worked with B. Moffitt re: assembling of documents needed in preparation for upcoming conference.<br>S. Parker | 0.3 | 40.50 |
| 09/08/06<br>14 | E-mails and follow up re September 25, 2006 hearing; review information re DEP investigations and cleanup and problems re plant.<br>A. Marchetta | 0.7 | 385.00 |
| 09/08/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt.<br>S. Parker | 0.4 | 54.00 |

1465342A01101606

| 09/09/06 | Review information from L. Lustberg re Grand Jury hearing and follow up re same. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| | | | |
| 09/11/06 | Follow up regarding Grand Jury testimony and forward to clients. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| | | | |
| 09/11/06 | Review and revise information for Deputy Attorney General. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| | | | |
| 09/11/06 | Forward information to Deputy Attorney General on Chapter 11. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| | | | |
| 09/11/06 | Review of L. Lustberg memo re: Grand Jury appearance. Phone conference with L. Lustberg re: memo. | | |
| 3 | J. O'Reilly | 0.6 | 288.00 |
| | | | |
| 09/11/06 | Review summary of testimony; confer with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.4 | 144.00 |
| | | | |
| 09/11/06 | Review e-mails and documents from J. Baer re: Bankruptcy issues; revise summary for D.A.G. Dickinson re: settlement demand. | | |
| 3 | B. Moffitt | 1.6 | 576.00 |
| | | | |
| 09/11/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant articles and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.5 | 67.50 |
| | | | |
| 09/12/06 | Follow up regarding L. Lustberg memo. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| | | | |
| 09/12/06 | Continued preparation of e-mail to DAG Dickinson re: bankruptcy issues; work with A. Marchetta re same; review e-mail exchange with D.A.G. Dickinson re same. | | |
| 3 | B. Moffitt | 0.9 | 324.00 |
| | | | |
| 09/12/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant articles and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 54.00 |
| | | | |
| 09/13/06 | Follow up re: clean-up information and emails with DAG. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |

25

| 09/13/06 3 | Review articles re: Trenton plant soil removal and re nearby site. B. Moffitt | 0.3 | 108.00 |
|---|---|---|---|

| 09/13/06 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt. S. Parker | 0.5 | 67.50 |
|---|---|---|---|

| 09/14/06 14 | E-mails re telephone conference with court and information for same. A. Marchetta | 0.4 | 220.00 |
|---|---|---|---|

| 09/14/06 3 | Telephone call with counsel for Mr. Bettachi; follow up re same; preparation of e-mail re same. B. Moffitt | 0.6 | 216.00 |
|---|---|---|---|

| 09/14/06 3 | Review article re: alleged cancer cluster near Trenton plant. B. Moffitt | 0.2 | 72.00 |
|---|---|---|---|

| 09/14/06 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt. S. Parker | 0.4 | 54.00 |
|---|---|---|---|

| 09/15/06 14 | Prepare for and conference call with court, adversary and co-defendant regarding motions and settlement demand from N.J.D.E.P. A. Marchetta | 1.0 | 550.00 |
|---|---|---|---|

| 09/15/06 3 | Preparation for conference call with Magistrate Bongiovanni. B. Moffitt | 0.2 | 72.00 |
|---|---|---|---|

| 09/18/06 3 | Work with A. Marchetta re follow up re conference call with Magistrate Bongiovanni; e-mail exchange with J. Baer re: Bankruptcy hearing adjournment; review letter from D.A.G. Dickinson re scheduling next conference call with Magistrate Bongiovanni. B. Moffitt | 0.7 | 252.00 |
|---|---|---|---|

| 09/18/06 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt. S. Parker | 0.3 | 40.50 |
|---|---|---|---|

| 09/19/06 14 | Follow up re: information on site and scheduling re: omnibus hearing. A. Marchetta | 0.5 | 275.00 |
|---|---|---|---|

| 09/19/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant |
|---|---|

1465342A01101606

| | | | |
|---|---|---|---|
| | documents and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| | | | |
| 09/20/06 | Review articles re: alleged cancer cluster in vicinity of Trenton plant and review Libby orders. | | |
| 3 | B. Moffitt | 0.3 | 108.00 |
| | | | |
| 09/20/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| | | | |
| 09/21/06 | Review scheduling order re: conference call with Magistrate Judge Bongiovanni. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |
| | | | |
| 09/21/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| | | | |
| 09/22/06 | Follow up regarding information on EPA clean up. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| | | | |
| 09/22/06 | E-mail exchange and telephone call with D.A.G. Dickinson re: bankruptcy Court motions and settlement demand; follow up re same. | | |
| 3 | B. Moffitt | 0.6 | 216.00 |
| | | | |
| 09/22/06 | Review article re investigation of another site near Trenton plant. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| | | | |
| 09/22/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| | | | |
| 09/25/06 | Review URS memo on site remedial status and strategy; reply to same. | | |
| 14 | W. Hatfield | 0.4 | 146.00 |
| | | | |
| 09/25/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| | | | |
| 09/27/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |

1465342A01101606

| 09/28/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt. | | |
|---|---|---|---|
| 14 | S. Parker | 0.4 | 54.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 7.5 | 550.00 | 4,125.00 |
| J. O'Reilly | 3 | 0.8 | 480.00 | 384.00 |
| W. Hatfield | 14 | 0.4 | 365.00 | 146.00 |
| B. Moffitt | 3 | 7.2 | 360.00 | 2,592.00 |
| S. Parker | 14 | 7.1 | 135.00 | 958.50 |
| TOTAL | | 23.0 | | 8,205.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 09/05/06 | Review/analysis Kronish Lieb Motion to Enlarge Time to Appeal. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 09/05/06 | Telephone conference with D. Rozenholc re appeal, order to show cause, and Boubol deposition. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 41.50 |

| 09/06/06 | Telephone conference with T. Soloway re motion to enlarge time to appeal, discovery issues and document production. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 09/06/06 | Review/analysis Tahari Brief on Appeal. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.4 | 166.00 |

| 09/07/06 | Review/analysis Tahari Opposition to Motion to Enlarge Time to Appeal. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 09/07/06 | Review/analysis Tahari Order to Show Cause to Extend Discovery deadline and Order Kronish Lieb's production of documents. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.3 | 124.50 |

| 09/07/06 | Telephone conference with C. Boubol re motion practice, enlargement of time to appeal, and extension of discovery deadline. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 09/08/06 | Draft correspondence to V. Finkelstein re Motion to extend discovery deadline, Kronish motion to enlarge time to appeal, expected production of | | |
|---|---|---|---|

1465342A01101606

|  |  |  |  |
|---|---|---|---|
|  | documents and depositions. |  |  |
| 3 | B. Benjamin | 0.2 | 83.00 |

| 09/08/06 | Telephone conference with D. Rozenholc re opposition to motion for enlargement of time to appeal, motion for extension of discovery deadline, production of documents and depositions. |  |  |
| 3 | B. Benjamin | 0.2 | 83.00 |

| 09/12/06 | Follow up with B. Benjamin re discovery and memo to client re same. |  |  |
| 14 | A. Marchetta | 0.2 | 110.00 |

| 09/14/06 | Review/analysis Kronish Opposition to Tahari motion for extension of time of discovery deadline. |  |  |
| 3 | B. Benjamin | 0.2 | 83.00 |

| 09/15/06 | Attendance before Judge re Tahari motion to compel against Kronish Lieb, request for extension of discovery deadline. |  |  |
| 3 | B. Benjamin | 3.3 | 1,369.50 |

| 09/18/06 | Telephone conferences (2) with D. Rozenholc re adjournment of oral argument on motion for extension of discovery deadline. |  |  |
| 3 | B. Benjamin | 0.2 | 83.00 |

| 09/18/06 | Review/analysis of outstanding discovery issues. |  |  |
| 3 | M. Levison | 0.2 | 65.00 |

| 09/19/06 | Review/analysis Tahari Reply papers in further support of motion to extend discovery deadline. |  |  |
| 3 | B. Benjamin | 0.2 | 83.00 |

| 09/19/06 | Telephone conference with D. Rozenholc re motion to extend discovery deadline. |  |  |
| 3 | B. Benjamin | 0.2 | 83.00 |

| 09/20/06 | Appearance in Court on Tahari motion for extension of discovery deadline.. |  |  |
| 3 | B. Benjamin | 3.4 | 1,411.00 |

| 09/22/06 | Follow up regarding court hearing. |  |  |
| 14 | A. Marchetta | 0.2 | 110.00 |

| 09/22/06 | Draft correspondences to V. Finkelstein re update on Tahari's motion, court appearance, Kronish motion to enlarge time, status of discovery, and timing of trial. |  |  |
| 3 | B. Benjamin | 0.2 | 83.00 |

| 09/22/06 | Investigate/analysis re S. Riker conducting negotiations with Tahari. |  |  |

1465342A01101606

| 3 | B. Benjamin | 0.4 | 166.00 |

09/22/06
3

Telephone conference to S. Riker re negotiations with Tahari.
B. Benjamin    0.1    41.50

09/25/06

Telephone conference with S. Riker re Tahari claims and allegations about original negotiation.

3    B. Benjamin    0.3    124.50

09/25/06

Draft Memorandum to file re confirmation and setting forth testimony and conversation with S. Riker.

3    B. Benjamin    0.3    124.50

09/26/06

Review/analysis Tahari Notice of Entry of Order denying extension of time to submit appeal brief.

3    B. Benjamin    0.1    41.50

09/28/06

Review/analysis Judge's Decision denying Tahari's motion for relief regarding discovery, extending discovery deadline for 30 days.

3    B. Benjamin    0.2    83.00

09/28/06

Review D. Rozenholc correspondence to Judge requesting conference, extension of discovery deadline.

3    B. Benjamin    0.1    41.50

09/28/06

Draft correspondences to T. Soloway re Rozenholc correspondence and request for conference call re discovery deadline, and questions concerning outstanding discovery and document production.

3    B. Benjamin    0.2    83.00

09/29/06

Participation on Conference Call with Judge re request for extension of new discovery deadline, and pre-conference calls with counsel to set up same.

3    B. Benjamin    0.6    249.00

09/29/06

Telephone conferences with Judge's Chambers re request for conference on October 16 re discovery deadline and Note of Issue date.

3    B. Benjamin    0.2    83.00

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.4 | 550.00 | 220.00 |
| B. Benjamin | 3 | 12.2 | 415.00 | 5,063.00 |
| M. Levison | 3 | 0.2 | 325.00 | 65.00 |
| TOTAL | | 12.8 | | 5,348.00 |

1465342A01101606