# EXHIBIT A

## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2006, THROUGH JUNE 30, 2006 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 9/12/06 | 04/01/06-04/30/06 | $   67,143 | $751.36 | $53,714.40 | $751.36 | $13,428.60 |
| 9/12/06 | 05/01/06-05/31/06 | $79,523.50 | $366.70 | $ 8,919.60 | $366.70 | $15,904.70 |
| 9/12/06 | 06/01/06-06/30/06 | $11,149.50 | $ 24.17 | $63,618.80 | $ 24.17 | $ 2,229.90 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 11.20 | $   5,544 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 277.10 | $152,272 |
| 42 | Travel (1/2 total hours billed) | | $ 0 |
| | **Total** | **288.30** | **$157,816** |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $      54.21 |
| Copies – Matter 32 (Fee Applications) | $      45.15 |
| Copies – Matter 46 (Tax Litigation) | $    270.60 |
| Computer Database Research | $    714.65 |
| Local Messenger | $        0 |
| Federal Express/Overnight Messenger | $      57.72 |
| Facsimile | $        0 |
| Postage | $        0 |
| Meals | $        0 |
| Hotel | $        0 |
| Local Transportation | $        0 |
| Consultant Fee | $        0 |
| **Total** | **$ 1,142.23** |