IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: November 20, 2006 |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
## FOR THE PERIOD AUGUST 1, 2006 THROUGH AUGUST 31, 2006

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f//k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED
## TO CEMENT COMPOSITION PLASTICIZER

| 08/01/2006 | GHL | Begin review of further report from European associate on status of opposition against corresponding patents in Europe and consideration of relevance of arguments in Europe to validity issues in U.S. | | 1.00 |
|---|---|---|---|---|

|  | SERVICES | $ | 505.00 |

| | GHL | GARY H. LEVIN | 1.00 | hours @ | $505.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                                    $    **505.00**

## WRG-0076
## VALVED COVER SYSTEM

| 08/16/2006 | NG | Receipt and verification of updated Official Filing Certificate and Publication date, and preparation of correspondence to client forwarding copy of same; formalization of application to reflect particulars and updating intellectual property portfolio; | 0.60 |
| --- | --- | --- | --- |
| 08/17/2006 | FTC | Reviewed correspondence from Mr. Cross concerning references to cite in information disclosure statement (IDS); directed preparation of IDS; | 0.30 |
| 08/18/2006 | DMD | Analysis of specification and application file to identify references to be cited in an Information Disclosure Statement with the U.S. Patent Office in connection with the duty of disclosure; | 0.80 |
| 08/21/2006 | DMD | Continue preparation of Information Disclosure Statement; | 1.50 |
| 08/23/2006 | DMD | Attendance to filing of Information Disclosure Statement with the United States Patent and Trademark Office and preparation of correspondence to client explaining same and forwarding copies of documents as filed; | 0.60 |
| 08/23/2006 | FTC | Reviewed and executed Information Disclosure Statement (IDS), including review of related applications and communication from Mr. Cross concerning preparation of IDS to ensure that all material references have been listed in the IDS. | 0.30 |

                                            SERVICES        $    662.50

| | FTC | FRANK T. CARROLL | 0.60 | hours @ | $325.00 |
| --- | --- | --- | --- | --- | --- |
| | NG | NOREEN GARONSKI | 0.60 | hours @ | $175.00 |
| | DMD | DAVID M. DESANTO | 2.90 | hours @ | $125.00 |

**DISBURSEMENTS:**

| PATENT COPIES | 12.00 |
| --- | --- |
| TELEPHONE | 0.10 |
| PHOTOCOPYING | 6.90 |

DISBURSEMENT TOTAL                              $    19.00

SERVICE TOTAL                                   $    662.60

                **INVOICE TOTAL**               $    **681.50**

## WRG-0079
## DUE DILIGENCE ANALYSIS RELATED TO PROPOSED PURCHASE OF ASSETS RELATING TO PRECIPITATED INORGANICS

| | | | |
|---|---|---|---|
| 08/04/2006 | GHL | Review of seller's response and counter-proposal to Grace's proposal on indemnification and allocation of liability for any claims of infringement based on pre-closing activity, review of Grace internal communications regarding the response and telephone conference with Mr. Maggio regarding same, and preparation of correspondence to Mr. Maggio commenting on the response with suggestions for further discussion with seller; | 1.20 |
| 08/07/2006 | GHL | Work on risk analysis of two particular third-party patents versus seller's products, telephone conference with Mr. Maggio regarding same, and review of further sales/risk spreadsheet and memorandum to Grace regarding the risk; | 1.20 |
| 08/07/2006 | HDP | Detailed review and analysis of string of emails involving various client personnel and Mr. Levin concerning certain questions and strategy decisions; discussions with Mr. Levin as to further work to be done relating to Huber patent analysis; telephone conference with Bob Maggio thereon in conjunction with Mr. Levin; drafting and sending lengthy memo and accompanying spreadsheet concerning potential exposure issues under the Huber patents. | 4.10 |

SERVICES     $     3,159.50

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 2.40 | hours @ | $505.00 |
| | HDP | HENRIK D. PARKER | 4.10 | hours @ | $475.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| TELEPHONE | 1.60 |
| COMPUTER SEARCH | 66.40 |

DISBURSEMENT TOTAL     $     68.00

SERVICE TOTAL     $     3,159.50

**INVOICE TOTAL**     $     **3,227.50**