# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 13254** |
| | ) | **10/23/06 Agenda Item No. 3** |

## ORDER GRANTING RELIEF SOUGHT IN DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon the Seventeenth Omnibus Objection to Claims (Substantive) (the "Seventeenth Omnibus Objection") filed by the above captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order expunging and disallowing certain claims (collectively, the "Claims," and, each, a "Claim"); and no previous application having been made; and upon consideration of the matters set forth herein; and due and proper notice of the Seventeenth Omnibus Objection having been given, it is hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

ORDERED that, except as hereinafter stated, the relief sought in the Seventeenth Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto; and it is further

ORDERED that that the Objection to each of the Claims listed on Exhibit A to this Order is sustained, and each of the claims listed on Exhibit A under the heading "No Liability" or "Insufficient Documentation" is expunged and disallowed for all purposes; and it is further

ORDERED that the Objection to each of the Claims listed on Exhibit B under the heading "Reduce and Allow," "Reclassify and Allow" or "Reclassify, Reduce and Allow" to this Order is sustained, and each of the claims listed on Exhibit B is allowed in the priority and amount stated on Exhibit B; and it is further

ORDERED that, since, in response to the Seventeenth Omnibus Objection, the State of Louisiana Department of Revenue filed a letter [Docket No. 13373] withdrawing Claim No. 17023, stating that the Debtors had satisfied all liability with respect to such Claim, Claim No. 17023 is hereby deemed withdrawn and expunged for all purposes; and it is further

ORDERED that the Objection to each Claim listed on Exhibit C to this Order is continued to the November 20, 2006 omnibus hearing; and it is further

ORDERED that the rights of the Debtors to object to any Claim listed on Exhibit C for any reason are expressly preserved, except as provided for herein; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the Claims objected to in the Seventeenth Omnibus Objection as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

- 3 -

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: October 23, 2006

                                             *(signature)*
                                        Honorable Judith K. Fitzgerald
                                        United States Bankruptcy Judge

Hearing Date: Monday, October 23, 2006

## In re: W.R. GRACE & CO., et al
## OMNIBUS 17 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ADVANTA BUSINESS SERVICES<br>ADVANTA BUSINESS SERVICES CORPORATION<br>ATTN: MARGUERITE K HALL<br>1020 LAUREL OAK ROAD<br>VOORHEES NJ 08043 | 01-01140<br>W.R. GRACE & CO.-CONN. | 178 | $4,888.11 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 2 | BELLSOUTH CONSOLIDATED<br>BNKRPTCY CENTER<br>301 W BAY ST, RM 12EE1 BST<br>JACKSONVILLE FL 32202 | 01-01139<br>W.R. GRACE & CO. | 438 | $2,283.32 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 3 | BELLSOUTH CONSOLIDATED<br>BNKRPTCY CENTER<br>301 W BAY ST, RM 12EE1 BST<br>JACKSONVILLE FL 32202 | 01-01139<br>W.R. GRACE & CO. | 438 | $2,283.32 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 4 | DANKA FINANCIAL SYSTEMS<br>C/O THOMAS V ASKOUNIS ESQ<br>ASKOUNIS & BORST P.C.<br>303 E WACKER DR STE 1000<br>CHICAGO IL 60601 | 01-01139<br>W.R. GRACE & CO. | 670 | $1,743.45 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 5 | DE LAGE LANDEN FINANCIAL TOKAI FINANCIAL<br>C/O DAVID J COOK ESQ SBC 060859<br>COOK PERKISS AND LEHE PLC<br>333 PINE ST 3RD FL<br>SAN FRANCISCO CA 94104 | 01-01139<br>W.R. GRACE & CO. | 11 | $29,100.00 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 6 | ERVIN LEASING COMPANY<br>PO BOX 1689<br>ANN ARBOR MI 48106-1689 | 01-01139<br>W.R. GRACE & CO. | 417 | $2,997.74 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 7 | FIDELITY LEASING INC<br>1255 WRIGHTS LANE<br>WEST CHESTER PA 19380 | 01-01140<br>W.R. GRACE & CO.-CONN. | 77 | $979.16 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 8 | FLA DEPT OF ENVIRONMENTAL PROT<br>JONATHAN H ALDEN ESQUIRE<br>3900 COMMONWEALTH BLVD MS 35<br>TALLAHASSEE FL 32399-3000 | 01-01139<br>W.R. GRACE & CO. | 8596 | $9,314,032.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 9 | FREEPORT CENTER ASSOCIATES<br>PO BOX 160466<br>CLEARFIELD UT 84016 | 01-01139<br>W.R. GRACE & CO. | 1004 | $1,760.00 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 17 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 10 | HIGHWOODS REALTY LIMITED PARTNERSHIP<br>ATTN CHRIS ANN BROTHERTON<br>4944 PKWY PLAZA BLVD #250<br>CHARLOTTE NC 28217 | 01-01139<br>W.R. GRACE & CO. | 1612 | $1,411.67 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 11 | NTFC CAPITAL CORPORATION<br>THOMAS V ASKOUNIS ESQ<br>C/O ASKOUNIS & BORST P.C.<br>303 E WACKER DR STE 1000<br>CHICAGO IL 60601 | 01-01139<br>W.R. GRACE & CO. | 749 | $74,736.35 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 12 | ORANGE GROVE ISD<br>C/O LORI ROBERTSON<br>LINEBARGER GOGGAN BLAIR PENA AND SAMPSON LLP<br>1949 S IH 35 PO BOX 17428<br>AUSTIN TX 78760-7428 | 01-01139<br>W.R. GRACE & CO. | 1995 | $513.59 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 13 | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL P.O. BOX 20207<br>NASHVILLE TN 37202-0207<br>USA | 01-01139<br>W.R. GRACE & CO. | 17020 | $1,817.60 | (P) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 14 | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL P.O. BOX 20207<br>NASHVILLE TN 37202-0207<br>USA | 01-01139<br>W.R. GRACE & CO. | 17020 | $1,817.60 | (P) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 15 | THE TRAVELERS INDEMNITY CO & AFFILIATES<br>ATTN: ELIZABETH K FLYNN<br>ONE TOWER SQUARE 5MN<br>HARTFORD CT 06183 | 01-01140<br>W.R. GRACE & CO.-CONN. | 846 | $3,455.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 16 | TOYOTA MOTOR CREDIT CORP<br>19001 S WESTERN AVE<br>PO BOX 2958 M/S FN 21<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 2011 | $953.73 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 17 | TOYOTA MOTOR CREDIT CORP<br>19001 S WESTERN AVE<br>PO BOX 2958 M/S FN 21<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 2012 | $16,202.52 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 18 | TOYOTA MOTOR CREDIT CORP<br>19001 SOUTH WESTERN AVE<br>PO BOX 2958<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 445 | $13,079.29 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: **W.R. GRACE & CO., et al**

**OMNIBUS 17 - EXHIBIT A - SUSTAINED - EXPUNGE**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 19 | TOYOTA MOTOR CREDIT CORP<br>19001 SOUTH WESTERN AVE<br>PO BOX 2958<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 446 | $18,140.14 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 20 | TOYOTA MOTOR CREDIT CORP<br>19001 SOUTH WESTERN AVE<br>PO BOX 2958<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 447 | $10,421.10 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 21 | TOYOTA MOTOR CREDIT CORP<br>19001 SOUTH WESTERN AVE<br>PO BOX 2958<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 450 | $46,731.50 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 22 | TOYOTA MOTOR CREDIT CORP<br>19001 SOUTH WESTERN AVE<br>PO BOX 2958<br>TORRANCE CA 90509-2958 | 01-01139<br>W.R. GRACE & CO. | 452 | $7,127.55 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 23 | UNIFIRST CORPORATION<br>MICHAEL J PAPPONE PC<br>GOODWIN PROCTER LLP<br>EXCHANGE PLACE<br>BOSTON MA 02109 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9562 | $86,697.33 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 24 | WELLS FARGO FINANCIAL LEASING<br>604 LOCUST ST 14TH FL<br>DES MOINES IA 50309 | 01-01139<br>W.R. GRACE & CO. | 88 | $15,266.90 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

Hearing Date: Monday, October 23, 2006

## In re: W.R. GRACE & CO., et al
## OMNIBUS 17 - EXHIBIT B - SUSTAINED - REDUCE/RECLASSIFY

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANKERS TRUST COMPANY<br>MOSES & SINGER LLP<br>1301 AVE OF THE AMERICAS<br>40TH FL<br>NEW YORK NY 10019 | 01-01140<br>W.R. GRACE & CO.-CONN. | 736 | $7,770.15 | (U) | REDUCE AND ALLOW | $5,000.00 | (U) | SUSTAINED |
| 2 | BURROUGHS, HEPLER, BROOM,<br>103 W VANDALIA STE 300<br>PO BOX 510<br>EDWARDSVILLE IL 62025 | 01-01139<br>W.R. GRACE & CO. | 687 | $60,311.28 | (P) | RECLASSIFY AND ALLOW | $60,311.28 | (U) | SUSTAINED |
| 3 | CHESAPEAKE INDUSTRIAL LEASING<br>ATTN: LEROY HERMAN<br>9512 HARFORD RD<br>BALTIMORE MD 21234 | 01-01139<br>W.R. GRACE & CO. | 1195 | $128.55<br>$642.75 | (S)<br>(U) | RECLASSIFY, REDUCE & ALLOW | $0.00<br>$128.55 | (S)<br>(U) | SUSTAINED |
| 4 | COWLES & THOMPSON PC<br>C/O GLENDA ROBINSON<br>901 MAIN ST SUITE 4000<br>DALLAS TX 75202 | 01-01140<br>W.R. GRACE & CO.-CONN. | 67 | $1,047.07<br>$13,767.58 | (P)<br>(U) | RECLASSIFY AND ALLOW | $14,814.65 | (U) | SUSTAINED |
| 5 | LONGACRE MASTER FUND LTD<br>RE: GORDON & REES LLP<br>ATTN VLADIMIR JELISAVCIC<br>810 7TH AVE FL 22<br>NEW YORK NY 10019 | 01-01139<br>W.R. GRACE & CO. | 615 | $249,279.92 | (U) | REDUCE AND ALLOW | $149,279.92 | (U) | SUSTAINED |
| 6 | PUBLIC SERVICE COMPANY OF<br>1225 17TH ST<br>DENVER CO 80202-4204 | 01-01139<br>W.R. GRACE & CO. | 884 | $13,501.02 | (U) | REDUCE AND ALLOW | $13,093.84 | (U) | SUSTAINED |
| 7 | SIERRA CAPITAL<br>RE STAR HOLDINGS DBA DER-KEL<br>CHEMICALS<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 763 | $2,738.00 | (U) | REDUCE AND ALLOW | $2,657.00 | (U) | SUSTAINED |
| 8 | SIERRA NEVADA LIQUIDITY FUND<br>RE: XEROX CORPORATION<br>2699 WHITE RD<br>STE 255<br>IRVINE CA 92614 | 01-01140<br>W.R. GRACE & CO.-CONN. | 391 | $10,698.20<br>$207,925.08 | (S)<br>(U) | RECLASSIFY, REDUCE & ALLOW | $199,434.66 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

Page 1 of 2

10/17/2006 8:06:22 AM

In re: **W.R. GRACE & CO., et al**

## OMNIBUS 17 - EXHIBIT B - SUSTAINED - REDUCE/RECLASSIFY

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | TXU ELECTRIC COMPANY<br>C/O LOIS J DURAN<br>PO BOX 650393<br>DALLAS TX 75265 | 01-01139<br>W.R. GRACE & CO. | 323 | $1,903.89 | (U) | REDUCE AND ALLOW | $189.47 | (U) | | SUSTAINED |
| 10 | WILLIAMS COMMUNICATIONS<br>ATTN: VICKI PLETCHER<br>ONE TECHNOLOGY CENTER<br>TX9-218 B/K<br>TULSA OK 74103 | 01-01139<br>W.R. GRACE & CO. | 875 | $9,273.56 | (U) | REDUCE AND ALLOW | $3,624.91 | (U) | | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

Page 2 of 2

10/17/2006 8:06:23 AM

Hearing Date: Monday, October 23, 2006

## In re: W.R. GRACE & CO., et al
### OMNIBUS 17 - EXHIBIT C - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | CSX TRANSPORTATION<br>ATTN: RUTH C SALTER<br>BELLSOUTH TOWER J-220<br>301 W BAY ST 21ST FL<br>JACKSONVILLE FL 32202 | 01-01139<br>W.R. GRACE & CO. | 673 | $24,648.04 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |
| 2 | CSX TRANSPORTATION<br>ATTN: RUTH C SALTER<br>BELLSOUTH TOWER J-220<br>301 W BAY ST 21ST FL<br>JACKSONVILLE FL 32202 | 01-01139<br>W.R. GRACE & CO. | 673 | $24,648.04 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |
| 3 | CUMMINGS PROPERTIES LLC<br>C/O SUSAN F BRAND ESQ<br>200 W CUMMINGS PARK<br>WOBURN MA 01801 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4242 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |
| 4 | CUMMINGS PROPERTIES LLC<br>C/O SUSAN F BRAND ESQ<br>200 W CUMMINGS PARK<br>WOBURN MA 01801 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4242 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |
| 5 | D L PETERSON TRUST<br>307 INTERNATIONAL CIR<br>HUNT VALLEY MD 21030 | 01-01139<br>W.R. GRACE & CO. | 9221 | $228.14 | (S) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |
| 6 | GORDON ALTMAN WEITZEN SHAVLOV &<br>WEIN LLP<br>C/O HELLER EHRMAN WHITE LLP<br>TIMES SQUARE TOWER<br>7 TIMES SQ<br>NEW YORK NY 10036-6524 | 01-01139<br>W.R. GRACE & CO. | 14054 | $15,532.20 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |
| 7 | KENT HOLDING LLC<br>C/O JOHN D DEMMY ESQ<br>STEVENS & LEE PC<br>1105 N MARKET ST<br>WILMINGTON DE 19801-1216 | 01-01139<br>W.R. GRACE & CO. | 13948 | $412,173.60 | (U) | REDUCE AND ALLOW<br>EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |
| 8 | SCHULKE, EARL<br>404 E 6TH ST<br>LIBBY MT 59923-2255 | 01-01140<br>W.R. GRACE & CO.-CONN. | 955 | $0.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 11/20/2006 2:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

Page 1 of 1

10/18/2006 1:54:07 PM