# EXHIBIT 2

## for WR Grace

Total number of parties: 36

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21900 | ADVANTA BUSINESS SERVICES, ADVANTA BUSINESS SERVICES CORPORATION, ATTN: MARGUERITE K HALL, 1020 LAUREL OAK ROAD, VOORHEES, NJ, 08043 | US Mail (1st Class) |
| 21900 | BANKERS TRUST COMPANY, MOSES & SINGER LLP, 1301 AVE OF THE AMERICAS, 40TH FL, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 21900 | BELLSOUTH CONSOLIDATED, BNKRPTCY CENTER, 301 W BAY ST, RM 12EE1 BST, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 21900 | BURROUGHS, HEPLER, BROOM, MACDONALD, HEB, 103 W VANDALIA STE 300, PO BOX 510, EDWARDSVILLE, IL, 62025 | US Mail (1st Class) |
| 21900 | CHESAPEAKE INDUSTRIAL LEASING CO INC, ATTN: LEROY HERMAN, 9512 HARFORD RD, BALTIMORE, MD, 21234 | US Mail (1st Class) |
| 21900 | COWLES & THOMPSON PC, C/O GLENDA ROBINSON, 901 MAIN ST SUITE 4000, DALLAS, TX, 75202 | US Mail (1st Class) |
| 21900 | CSX TRANSPORTATION, ATTN: RUTH C SALTER, BELLSOUTH TOWER J-220, 301 W BAY ST 21ST FL, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 21900 | CUMMINGS PROPERTIES LLC, C/O SUSAN F BRAND ESQ, 200 W CUMMINGS PARK, WOBURN, MA, 01801 | US Mail (1st Class) |
| 21900 | D L PETERSON TRUST, 5924 COLLECTIONS CENTER DR, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 21900 | DANKA FINANCIAL SYSTEMS, C/O THOMAS V ASKOUNIS ESQ, ASKOUNIS & BORST P.C., 303 E WACKER DR STE 1000, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 21900 | DE LAGE LANDEN FINANCIAL TOKAI FINANCIAL, C/O DAVID J COOK ESQ SBC 060859, COOK PERKISS AND LEW PLC, 333 PINE ST 3RD FL, SAN FRANCISCO, CA, 94104 | US Mail (1st Class) |
| 21900 | ERVIN LEASING COMPANY, PO BOX 1689, ANN ARBOR, MI, 48106-1689 | US Mail (1st Class) |
| 21900 | FIDELITY LEASING INC, 1255 WRIGHTS LANE, WEST CHESTER, PA, 19380 | US Mail (1st Class) |
| 21900 | FLA DEPT OF ENVIRONMENTAL PROT, JONATHAN H ALDEN ESQUIRE, 3900 COMMONWEALTH BLVD MS 35, TALLAHASSEE, FL, 32399-3000 | US Mail (1st Class) |
| 21900 | FREEPORT CENTER ASSOCIATES, PO BOX 160466, CLEARFIELD, UT, 84016 | US Mail (1st Class) |
| 21900 | GORDON ALTMAN WEITZEN SHAVLOV & WEIN LLP, 114 WEST 47TH ST, NEW YORK, NY, 10036-1510 | US Mail (1st Class) |
| 21900 | HELLER EHRMAN WHITE LLP, (TRANSFEROR: GORDON ALTMAN WEITZEN SHAVLOV & WEIN LLP), TIMES SQUARE TOWER, 7 TIMES SQUARE, NEW YORK, NY, 10036-6524 | US Mail (1st Class) |
| 21900 | HIGHWOODS REALTY LIMITED PARTNERSHIP, ATTN CHRIS ANN BROTHERTON, 4944 PKWY PLAZA BLVD #250, CHARLOTTE, NC, 28217 | US Mail (1st Class) |
| 21900 | KENT HOLDING LLC, C/O JOHN D DEMMY ESQ, STEVENS & LEE PC, 1105 N MARKET ST, WILMINGTON, DE, 19801-1216 | US Mail (1st Class) |
| 21900 | LONGACRE MASTER FUND LTD, (TRANSFEROR: GORDON & REES LLP), ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 21900 | NTFC CAPITAL CORPORATION, THOMAS V ASKOUNIS ESQ, C/O ASKOUNIS & BORST P.C., 303 E WACKER DR STE 1000, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 21900 | ORANGE GROVE ISD, C/O LORI ROBERTSON, LINEBARGER GOGGAN BLAIR PENA AND SAMPSON LLP, 1949 S IH 35 PO BOX 17428, AUSTIN, TX, 78760-7428 | US Mail (1st Class) |
| 21900 | PUBLIC SERVICE COMPANY OF COLORADO, 1225 17TH ST, DENVER, CO, 80202-4204 | US Mail (1st Class) |
| 21900 | SCHULKE, EARL, 404 E 6TH ST, LIBBY, MT, 59923-2255 | US Mail (1st Class) |
| 21900 | SIERRA CAPITAL, RE STAR HOLDINGS DBA DER-KEL CHEMICALS, 2699 WHITE RD STE 255, IRVINE, CA, 92614 | US Mail (1st Class) |
| 21900 | SIERRA NEVADA LIQUIDITY FUND, (TRANSFEROR: XEROX CORPORATION), 2699 WHITE RD, STE 255, IRVINE, CA, 92614 | US Mail (1st Class) |
| 21900 | STATE OF LOUISIANA DEPARTMENT OF REVENUE, P.O. BOX 66658, BATON ROUGE, LA, 70896-6658USA | US Mail (1st Class) |
| 21900 | TENNESSEE DEPT OF REVENUE, C/O ATTORNEY GENERAL P.O. BOX 20207, NASHVILLE, TN, 37202-0207USA | US Mail (1st Class) |
| 21900 | THE LANGFAN COMPANY, (TRANSFEROR: KENT HOLDING LLC), MR MARK LANGFAN, 135 E 55TH ST, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 21900 | THE TRAVELERS INDEMNITY CO & AFFILIATES, ATTN: ELIZABETH K FLYNN, ONE TOWER SQUARE 5MN, HARTFORD, CT, 06183 | US Mail (1st Class) |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21900 | TOYOTA MOTOR CREDIT CORP, 19001 S WESTERN AVE, PO BOX 2958 M/S FN 21, TORRANCE, CA, 90509-2958 | US Mail (1st Class) |
| 21900 | TOYOTA MOTOR CREDIT CORP, 19001 SOUTH WESTERN AVE, PO BOX 2958, TORRANCE, CA, 90509-2958 | US Mail (1st Class) |
| 21900 | TXU ELECTRIC COMPANY, C/O LOIS J DURAN, PO BOX 650393, DALLAS, TX, 75265 | US Mail (1st Class) |
| 21900 | UNIFIRST CORPORATION, MICHAEL J PAPPONE PC, GOODWIN PROCTER LLP, EXCHANGE PLACE, BOSTON, MA, 02109 | US Mail (1st Class) |
| 21900 | WELLS FARGO FINANCIAL LEASING, 604 LOCUST ST 14TH FL, DES MOINES, IA, 50309 | US Mail (1st Class) |
| 21900 | WILLIAMS COMMUNICATIONS SOLUTIONS, ATTN: VICKI PLETCHER, ONE TECHNOLOGY CENTER, TX9-218 B/K, TULSA, OK, 74103 | US Mail (1st Class) |

Subtotal for this group: 36