# for WR Grace

**Total number of parties: 2**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 21858 | ANDREWS & KURTH LLP, (TRANSFEROR: WEATHERFORD INTERNATIONAL INC), 450 LEXINGTON AVE 15TH FL, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 21858 | WEATHERFORD INTERNATIONAL INC, ATTN: BURT MARTIN, 515 POST OAK BLVD STE 600, HOUSTON, TX, 77027 | US Mail (1st Class) |

**Subtotal for this group: 2**