IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Daniel J. Mulholland, a partner at Forman Perry Watkins Krutz & Tardy, LLP, 200 South Lamar Street, Suite 100, Jackson, Mississippi 39201-4099, to represent the above-captioned debtor and debtors in possession in this action.

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the United States District Court for the Northern District of Mississippi, the United States District Court for the Southern District of Mississippi, and the Mississippi Bar (License No. 3643, admitted 9/17/85). I am also admitted to practice in the United States Court of Appeals for the Fifth Circuit. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

*/s/ Daniel J. Mulholland*
Daniel J. Mulholland, Esquire
FORMAN PERRY WATKINS KRUTZ & TARDY, LLP
200 South Lamar Street
Suite 100
Jackson, MS 39201-4099
Telephone: (601) 960-8600
Facsimile: (601) 960-8613

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____          _____
                              United States Bankruptcy Judge



THE MISSISSIPPI BAR

Post Office Box 2168
Jackson, Mississippi 39225-2168
Telephone (601) 948-4471
Fax (601) 355-8635
E-Mail info@msbar.org
Website www.msbar.org

# Certificate of Good Standing

TO WHOM IT MAY CONCERN:

This is to certify that the attorney named is a member in good standing of The Mississippi Bar on *Active* status.

**Daniel J Mulholland**
*Forman Perry Watkins Krutz & Tardy*
*P O Box 22608*
*Jackson, MS 39225-2608*

**Bar Number: 3643**
*Admit Date: 09/17/1985*

Theresa Smith Robinson
*Membership Records Administrator*

*10/26/2006*