# HR&A                                          INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

October 13, 2006
Invoice No. HRA20061310

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida   33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of September, 2006.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>7.5 hours @ $ 600 per hour | $ 4,500.00 |
| Robert H. Sims<br>7.9 hours @ $ 500 per hour | 3,950.00 |
| Paul K. Honig<br>2.0 hours @ $ 300 per hour | 600.00 |
| Joshua S. Katz<br>4.0 hours @ $ 250 per hour | 1,000.00 |
| **TOTAL DUE:** | **$ 10,050.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA      LOS ANGELES              NEW YORK

SEPTEMBER, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>     <u>TIME</u>   <u>TASK</u>

09/18/06   3.0   Review processing with full data set.

09/19/06   0.5   Talk with Joshua S. Katz re PD Committee phone call.

09/21/06   2.0   Read hearing transcript re motion to end exclusivity (1.5); Talk with Joshua S. Katz re committee phone call (0.5).

09/25/06   2.0   Read in detail hearing transcript re motion to compel answers to questionnaires.

TOTAL:     7.5

SEPTEMBER, 2006 TIME LOG OF ROBERT H. SIMS (RHS)

| DATE | TIME | TASK |
|---|---|---|
| 09/06/06 | 1.2 | Review PIQ survey instrument, compare to Access data, note missing pages. |
| 09/07/06 | 1.4 | Continue review of PIQ and Access data. |
| 09/08/06 | 1.8 | Continue review of PIQ and Access data. |
| 09/12/06 | 1.5 | Review missing questionnaire pages. |
| 09/13/06 | 1.0 | Compare missing questions to Access data. |
| 09/19/06 | 1.0 | Review latest PIQ cds. |
| TOTAL: | 7.9 | |

SEPTEMBER, 2006 TIME LOG OF PAUL K. HONIG (PKH)

<u>DATE</u>     <u>TIME</u>   <u>TASK</u>

09/26/06  2.0  Continue to develop potential deduping logic using "ssn4" with Manville data & solve "missing" date values issue in Robert H. Sims' data.
TOTAL:    2.0

SEPTEMBER, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>     <u>TIME</u>  <u>TASK</u>

09/08/06   0.5  Review of recent news regarding W.R. Grace.

09/13/06   0.5  Correspondence with Wanda Roman at Bilzin re: final questionnaire and the PI claims database.

09/14/06   1.5  Review of recent SEC filings (0.7); weekly conference call (0.8)

09/19/06   0.5  Call with Francine F. Rabinovitz discussing conference call.

09/21/06   1.0  Committee conference call (0.5); Call with Francine F. Rabinovitz discussing conference call (0.5).

TOTAL:     4.0