# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of Court

824 Market Street
Wilmington, DE  19801
(302) 252-2900

Date:   November 1, 2006

To:   Clerk of Court
      U.S. District Court
      District of Delaware
      Wilmington De 19801

**Re    W.R. Grace**
       **Bankruptcy Case #01-1139**
       **Appeal #06-63**

Enclosed you will find **Notice of Appeal 06-63 docket #13327, Order docket #13257, Amended Notice of Appeal docket #13351.**
Related Docket Entries: **Appellant's Designation docket #13386.**
**Appellee Designation docket #13451.**

Kindly acknowledge receipt of this document. Betsy_Magnuson@DEB.uscourts.gov

                                        Sincerely,
                                        /s/ Betsy Magnuson
                                        Deputy Clerk

I hereby acknowledge receipt of the above transferred record this ___day of _____2003.

By:_____
       Deputy Clerk

                                        _____ Supervisor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

WR GRACE
Bankruptcy Case No. 01-1139                                    November 1, 2006
Appeal No.: 06-63

Name of Appellant:       Davis T Austern, Future Claimant's Representive
Counsel for Appellant:   Orrick Herrington & Sutcliffee LLP
                         Roger Frankel
                         3050 K Street NW
                         Washington DC 20007

                         John C Phillips Jr., Phillips Goldman & Spence PA
                         1200 North Broom Street
                         Wilmington DE 19806

                         Campbell Levine LLC,
                         Official Committee of Asbestos Personal Injury Claimants
                         Marla R. Eskin
                         800 King Street
                         Wilmington De 19801

                         Elihu Inselbunch, Caplin & Drysdale, Chartered
                         375 Park Avenue 35th Floor
                         New York NY 10152

                         Bilzin Sumberg Baena Price Axelrod LLP
                         Official Committee of Asbestos Property Damage Claimants
                         Scott Baena
                         200 South Biscayne Boulevard
                         Suite 2500
                         Miami FL 33131

                         Theodore J Tacconelli   Ferry Joseph & Pearce PA
                         824 Market Street   Suite 904
                         Wilmington DE 19899

Name of Appellee: W.R. Grace

Counsel for Appellee:
James E. O'Neill
Pachulski Stang Ziehl Young Jones & Wein
919 North Market Street
16th Floor
PO Box 8705
Wilmington, DE 19899

1.

Enclosed Items:
Notice of Appeal: docket # 13327, Order docket #13257
Amended Notice of Appeal docket # 13351

Appellant: Designation: docket #13386
Appellee/Cross-Appellant: Designation: docket # 13451