IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

NOTICE OF APPEAL
FROM THE OCTOBER 24, 2006 ORDER (DOCKET NO. 13457) OF
UNITED STATES BANKRUPTCY COURT JUDGE JUDITH K. FITZGERALD

Prudential Insurance Company of America ("Prudential"), as a creditor of W.R. Grace & Co., et al., the debtors and debtors in possession in the above-captioned chapter 11 case ("Grace"),[1] hereby appeals under 28 U.S.C. § 158(a) to the United States District Court for the District of Delaware from the following Order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"): Order Disallowing and Expunging as Time-Barred Two Asbestos PD Claims Filed by Prudential Insurance Company on Account of Buildings Located in Georgia, dated and entered on the Bankruptcy Court's docket on October

---

[1] Grace consists of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc. W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc,. Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc. Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

17824

24, 2006, a copy of which is attached as Exhibit "A" (Docket No. 13457) ( the "Appealed Order"), issued by United States Bankruptcy Judge Judith K. Fitzgerald.

The parties to the Appealed Order and the names, addresses and telephone numbers of their respective attorneys of record are:

| Party | Counsel |
|---|---|
| Grace | KIRKLAND & ELLIS LLP<br>Attn:  David M. Bernick, P.C.<br>        Janet S. Baer, Esq.<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Tel: (312) 861-2000<br><br>- and -<br><br>PACHULSKI STANG ZIEHL YOUNG JONES<br>  & WEINTRAUB LLP<br>Attn:  Laura Davis Jones, Esq.<br>        David E. O'Neill, Esq.<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19889-8705<br>Tel: (302) 652-4100 |
| Prudential | JASPAN SCHLESINGER HOFFMAN LLP<br>Attn:  Laurie S. Polleck, Esq.<br>913 North Market Street, 12th Floor<br>Wilmington, Delaware  19801<br>Tel: (302) 351-8000<br><br>- and -<br><br>RIKER DANZIG SCHERER HYLAND<br>  & PERRETTI LLP<br>Attn:  Joseph L. Schwartz, Esq.<br>        Curtis M. Plaza, Esq.<br>        Craig T. Moran, Esq.<br>Headquarters Plaza<br>One Speedwell Avenue<br>P.O. Box 1981<br>Morristown, New Jersey 07962-1981<br>Tel: (973) 538-0800 |

17824

Wilmington, Delaware
Dated: November 1, 2006

                By:  /s/ Laurie S. Polleck
                    Laurie S. Polleck, Esq. (#4300)
                    JASPAN SCHLESINGER HOFFMAN LLP
                    913 North Market Street, 12th Floor
                    Wilmington, DE 19801
                    Tel: (302) 351-8000
                    Fax: (302) 351-8010
                    Email: lpolleck@jshllp-de.com

                    - and -

                    RIKER DANZIG SCHERER HYLAND
                      & PERRETTI LLP
                    Joseph L. Schwartz, Esq.
                    Curtis M. Plaza, Esq.
                    Craig T. Moran, Esq.
                    Headquarters Plaza
                    One Speedwell Avenue
                    P.O. Box 1981
                    Morristown, New Jersey 07962-1981
                    (973) 538-0800
                    Email: jschwartz@riker.com
                    Email: cplaza@riker.com
                    Email: cmoran@riker.com

                    Co-counsel for Appellant, The Prudential Insurance
                    Company of America