# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Hearing Date: September 25, 2006 |
| | Related Docket Nos.: 9315, 11727, and 13129, 13489 |

**ORDER DISALLOWING AND EXPUNGING AS TIME-BARRED TWO ASBESTOS PD CLAIMS FILED BY PRUDENTIAL INSURANCE COMPANY ON ACCOUNT OF BUILDINGS LOCATED IN GEORGIA**

Upon consideration of the Debtors' Fifteenth Omnibus Objection to 4003 Asbestos Property Damage Claims [Substantive] (the "Objection") (Dkt. No. 9315); and the Court having considered Claim Nos. 6945 and 6948 (the "Georgia Claims," which were both filed by Prudential Insurance Company of America in this Chapter 11), and the Objection as well as all subsequent briefing and argument; the Court finding that the relief requested therein is in the best interest of the Debtors and their estates; and due and proper notice have been given with no other notice being required; and in light of the nature of the relief requested in the Motion, no further notice on the Objection being required; after due deliberation and for the reasons stated on the record during hearing on September 25, 2006,

IT IS HEREBY ORDERED THAT:

1. The Debtors objections to the Georgia Claims are sustained; and

2. The Georgia Claims are both subject to 10 Del. C. § 8121 (2005) (the "Delaware Borrowing Statute"), which directs the Court to apply the shorter of Delaware's or Georgia's applicable statute of limitations to the Georgia Claims; and

3. The Georgia Claims are both disallowed and expunged, with prejudice; and

4. This Court shall retain sole jurisdiction over any disputes or other matters arising from or related to this Order, which is a final order as to the Georgia Claims.

Wilmington, Delaware

Dated: Oct 24, 2006

_Judith K. Fitzgerald_
UNITED STATES BANKRUPTCY JUDGE