# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (JKF) |
| | (Jointly Administered) |
| Debtors. | |

## **CERTIFICATE OF SERVICE**

I, Laurie S. Polleck, hereby certify that on this 1st day of November, 2006, I served one copy of the ***Notice of Appeal from the October 24, 2006 Order (Docket No. 13457) of United States Bankruptcy Court Judge Judith K. Fitzgerald*** upon the parties listed below by U.S. Postal Service, postage prepaid:

| | |
|---|---|
| Kirkland & Ellis LLP<br>David M. Bernick, P.C.<br>Janet S. Baer, Esquire<br>200 East Randolph Drive<br>Chicago, IL 60601 | Pachulski Stang Ziehl Young Jones &<br>Weintraub LLP<br>Laura Davis Jones, Esquire<br>David E. O'Neill, Esquire<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 |
| Frank J. Perch, III, Esquire<br>Office of the United States Trustee<br>844 King Street<br>Wilmington, DE 19801 | Michael R. Lastowski, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 |
| Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 | |

                                            **JASPAN SCHLESINGER HOFFMAN LLP**

                                            /s/ Laurie S. Polleck
                                            Laurie S. Polleck (#4300)
                                            913 Market Street, 12th Floor
                                            Wilmington, DE 19801
                                            (302) 351-8005

17825