JPMorgan Chase Bank, N.A.

Statement of Account

In US Dollars

Account No:  304-616494
Statement Start Date:  01 AUG 2006
Statement End Date:  31 AUG 2006
Statement Code:  000-USA-22
Statement No:  008
Page 26 of 55

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

TS

## CREDITS CONTINUED

| Post Date | Value Date | Credit Amount | Reference | Debit | Credit Amount | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|

**15AUG**   *    USM OUR: 2006522712LB    125,398.98

```
TEMPE AZ 85281-
ORG: 3999999999
REF: INV#93060757893060755
LOCK BOX CREDIT
LOCKBOX # 088282 /PM DEP/0012 ITEMS
 (CAVL $               0)
*VALUE DATE: 08/16          122,329
                 08/17        3,069
```

**15AUG**    USD OUR: 2272157574TC    125,580.00

```
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:CHEVRON PHILLIPS
ORIG ID:7132894773 DESC DATE:060815
CO ENTRY DESCR:PAYMENTS  SEC:CTX
TRACE#:021000022157574 EED:060815
IND ID:2200022594
IND NAME:0007WR GRACE & COMPA
```

**15AUG**    USD OUR: 2272157562TC    130,256.13

```
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:CITGO
ORIG ID:3601867773 DESC DATE:060815
CO ENTRY DESCR:PAYMENTS  SEC:CTX
TRACE#:021000022157562 EED:060815
IND ID:08142006I130
IND NAME:0010W R GRACE & CO
```

**15AUG**    USD OUR: 2272157559TC    138,264.80

```
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:UC CORPORATION
ORIG ID:9930457124 DESC DATE:060814
CO ENTRY DESCR:VENDOR  SEC:CCD
TRACE#:021000022157559 EED:060815
IND ID:10554510255Q
IND NAME:W R GRACE & CO INC DEB
0085969710/55/45102550/93043129
         06081500000030457124
```

**15AUG**    *    USM OUR: 2008122703LB    299,539.55

```
LOCK BOX CREDIT
LOCKBOX # 088282 /AM DEP/0011 ITEMS
 (CAVL $        19,217)
*VALUE DATE: 08/15         19,217
                 08/16        271,931
                 08/17          8,391
```

**16AUG**    USD OUR: 2283956667TC    1,890.00

```
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:BOSTIK FINDLEY
ORIG ID:9390279330 DESC DATE:
CO ENTRY DESCR:EPPSPYMNTSEC:CTX
TRACE#:021000023956667 EED:060816
IND ID:750000190000043
IND NAME:0006W R GRACE & CO
```

JPMorgan Chase Bank, N.A.

JPMorganChase

Statement of Account

TS

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

| | | | In US Dollars |
|---|---|---|---|
| Account No: | | | 304-616494 |
| Statement Start Date: | | | 01 AUG 2006 |
| Statement End Date: | | | 31 AUG 2006 |
| Statement Code: | | | 000-USA-22 |
| Statement No: | | | 008 |
| | | | Page 27 of 55 |

## CREDITS CONTINUED

| Post Date | Value Date | Reference | Credit Debit | Description |
|---|---|---|---|---|
| 16AUG | | USD OUR: 2283956616TC | 2,308.50 | 90338<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COLGATE 9365<br>ORIG ID.1131815595 DESC DATE:AUG 16<br>CO ENTRY DESCR:EDI PAYMNTSEC:CTX<br>TRACE#:021000023956616 EED:060816<br>IND ID:<br>IND NAME:0008N R GRACE & COMP |
| 16AUG | | USD YOUR: SHF OF 06/08/16<br>OUR: 1526000228FS | 3,454.00 | BOOK TRANSFER CREDIT<br>B/O: BANK OF CHINA HEAD OFFICE<br>BEIJING CHINA 100818<br>ORG:/35008655908091014<br>JOHNSON MATTHEY (SHANGHAI) CHEMICAL<br>OGB: BANK OF CHINA<br>SHANGHAI BRANCH<br>REF:/CHGS/USD20,00/ |
| 16AUG | | USD YOUR: O/B CITIBANK NYC<br>OUR: 0649102228FF | 13,847.45 | FEDWIRE CREDIT<br>VIA: CITIBANK<br>/021000089<br>B/O: CITIBANK N.A<br>REF: CHASE NYC/CTR/BNF=W R GRACE &<br>CO - CONN. COLUMBIA MD 21044-4098/<br>AC-000000003046 RFB=O/B CITIBANK NY<br>C OBI=B/O COMPANIA PINTUCO BBI=/BNF<br>/- PAYMENT INV 9296212 P75312 V354<br>IMAD: 0816B1Q8021C00592I |
| 16AUG | | USD OUR: 2283956626TC | 17,341.73 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:DUPONT SAP<br>ORIG ID.1510014090 DESC DATE:AUG 16<br>CO ENTRY DESCR:PO/REMIT SEC:CTX<br>TRACE#:021000023956626 EED:060816<br>IND ID:<br>IND NAME:0008N R GRACE & CO |
| 16AUG | . | USM OUR: 2005822812LB | 23,641.37 | LOCKBOX CREDIT<br>LOCKBOX # 088282 /PM DEP/0009 ITEMS<br>(AVL $                    0)<br>*VALUE DATE: 08/17          22,979<br>                    08/18             661 |
| 16AUG | | USD OUR: 2283956657TC | 41,772.24 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:TOTAL PETROCHEM<br>ORIG ID.9352157001 DESC DATE:060816<br>CO ENTRY DESCR:PAYMENTS SEC:CTX<br>TRACE#:021000023956657 EED:060816<br>IND ID:3389531 |

JPMorgan Chase Bank, N.A.

JPMorganChase

Statement of Account

In US Dollars

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

TS

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008

Page 28 of 55

| Ledger Date | Value Date | F/F | Reference | Credits Debits | Debits Credits | Description |
|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 16AUG | | * | USM OUR: 200702803LB | | 61,318.66 | IND NAME:0008WR GRACE   CO CO<br>LOCK BOX CREDIT<br>LOCKBOX # 088282 /AM DEP/0005 ITEMS<br>(AVL $                0)<br>*VALUE DATE: 08/17         59,997<br>                 08/18          1,321 |
| 16AUG | | | USD OUR: 228395663TC | | 103,440.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EXXONMOBIL0102<br>ORIG ID:7135409005 DESC DATE:AUG 15<br>CO ENTRY DESCR:EDI PAYMTSEC:CTX<br>TRACE#:021000023956636 EED:060816<br>IND ID:2600057131<br>IND NAME:0009GRACE & CO |
| 16AUG | | | USD YOUR: OIR05120607 0586<br>OUR: 0189305228FF | | 107,762.75 | FEDWIRE CREDIT<br>VIA: HANA BANK, NEW YORK<br>/026002095<br>B/O: HEESUNG ENGELHARD CORP.<br>REF: CHASE NYC/CTR/BNF=W R GRACE &<br>CO. - CONN. COLUMBIA MD 21044-4098/<br>AC-000000003046 RFB=OIR05120607058 6<br>OBI=OUR COMM. USD18.00 BBI=/BNF/TR<br>N. FOT196206001482/TIME/11:23<br>IMAD: 0816QMGFT005000562 |
| 16AUG | | | USD YOUR: O/B CITIBANK NYC<br>OUR: 484040228FC | | 123,441.42 | CHIPS CREDIT<br>VIA: CITIBANK<br>/0008<br>B/O: PETROLEUM CO OF T&T LTD (PETRO<br>POINTE A PIERRE<br>REF: NBNF=W R GRACE & CO. - CONN. C<br>OLUMBIA MD 21044-4098/AC-000000003 0<br>46 ORG=/1097 6488 POINTE A PIERRE OG<br>B=/1097 6488 PDB 601 OBI=INV # 92982<br>SSN: 0265983 |
| 16AUG | | | USD YOUR: GT0100002051761<br>OUR: 0509707228FF | | 149,610.74 | FEDWIRE CREDIT<br>VIA: ABN AMRO BANK N V<br>/026009580<br>B/O: ENAP REFINERIAS S.A<br>CL 832-0174<br>REF: CHASE NYC/CTR/BNF=W R GRACE &<br>CO. - CONN. COLUMBIA MD 21044-4098/<br>AC-000000003046 RFB=GT010000205176<br>1 OBI=IN PAYMENT OF INV. NR. 929971<br>IMAD: 0816BIQFII1A002019 |

JPMorganChase

Statement of Account

TS

In US Dollars

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008
Page 29 of 55

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

| Post Date | Value Date | Reference | Debit | Credit/Debit | Description | Date | Closing Balance/Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 16AUG | 16AUG | USD YOUR: GT010000205175 5 OUR: 0512508228FF | | 154,039.12 | FEDWIRE CREDIT VIA: ABN AMRO BANK N V /026009580 B/O: ENAP REFINERIAS S.A CL 832-0174 REF: CHASE NYC/CTR/BNF=W R GRACE & CO.-CONN. COLUMBIA MD 21044-4098/ AC-000000003046 RFB=GT01000020517 5 OBI=IN PAYMENT OF INV. NR. 929994 IMAD: 0816B1QFII1A002020 | | |
| 16AUG | 16AUG | USD YOUR: O/B CITIBANK NYC OUR: 1228900228FC | | 325,443.37 | CHIPS CREDIT VIA: CITIBANK /0008 B/O: CHEVRONTEXACO PRODUCTS COMPANY REF: NBNF=W R GRACE & CO. - CONN. C OLUMBIA MD 21044-4098/AC-0000000030 46 ORG=/UNKNWN CHEVRONTEXACO PRODUC TS COMPANY OGB=/30580966 2003 DIAMO ND BLVD CONC3 OBI=IV:82495849 (A085 SSN: 0070569 | | |
| 16AUG | 16AUG | USD YOUR: O/B CITIBANK NYC OUR: 4331500228FC | | 561,155.00 | CHIPS CREDIT VIA: CITIBANK /0008 B/O: BASELL USA INC. - GENERAL ATTN: REF: NBNF=W R GRACE & CO. - CONN. C OLUMBIA MD 21044-4098/AC-0000000030 46 ORG=/30535719 ATTN: OGB=/3055357 1 9 912 APPLETON ROAD OBI=1810038783 SSN: 0259977 | | |
| 16AUG | | USD OUR: 2283956647TC | | 866,661.05 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:TESORO COMPANIES ORIG ID.174238513 DESC DATE: CO ENTRY DESCR:ACH CREDITSEC:CTX TRACE#:021000023956647 EED:060816 IND ID: IND NAME:0008W. R. GRACE & CO DIRECT DEPOSIT | | |
| 17AUG | | USD OUR: 2285666503TC | | 7,560.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:QUESTINT ORIG ID.9736916491 DESC DATE:060817 CO ENTRY DESCR:PAYMENTS SEC:CCD TRACE#:021000025666503 EED:060817 IND ID:00GRA452081619 7 | | |

JPMorganChase

TS

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
000-USA-22
Statement Code: 008
Page 30 of 55

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE BUILDING 25
COLUMBIA MD 21044-4098

## CREDITS CONTINUED

| Effective Date | Value Date | Reference | Credit Detail | Description |
|---|---|---|---|---|
| 17AUG | 17AUG | USD YOUR: TFR<br>OUR: 0455109229FF | 51,457.39 | IND NAME:W R GRACE & CO<br>FEDWIRE CREDIT<br>VIA: ISRAEL DISCOUNT BANK OF NEW YO<br>/026009768<br>B/O: ALON USA, LP -CONCENTRATION<br>TX 75251<br>REF: CHASE NYC/CTR/BNF=W R GRACE &<br>CO. - CONN COLUMBIA MD 21044-4098/<br>AC-000000003046 RFB=TFR OBI=INVOICE<br>NO. 93045556 BBI=/TIME/14.54<br>IMAD: 0817B1Q8452C000098 |
| 17AUG | | USD OUR: 2298030947TC | 60,318.72 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:NOVA CHEMICALS C<br>ORIG ID:9TORONTODB DESC DATE:<br>CO ENTRY DESCR:EDI PMT SEC:CTX<br>TRACE#:021000028030947 EED:060817<br>IND ID:2001000101119702<br>IND NAME:0009GRACE DAVISON<br>NORWEST EDI |
| 17AUG | | USD YOUR: CA0608170203591<br>OUR: 3796200229FC | 100,532.07 | CHIPS CREDIT<br>VIA: THE BANK OF NOVA SCOTIA<br>/0253<br>B/O: BRENNTAG CANADA INC.<br>M8Z 2G6<br>REF: NBNF=W R GRACE & CO. - CONN.C<br>OLUMBIA MD 21044-4098/AC-0000000030<br>46 ORG=BRENNTAG CANADA INC. M8Z 2G6<br>OGB=THE BANK OF NOVA SCOTIA TORONT<br>SSN: 0211637 |
| 17AUG | | USD YOUR: O/B BCO BILBAO N<br>OUR: 0435414229FF | 117,876.38 | FEDWIRE CREDIT<br>VIA: BANCO BILBAO VIZCAYA ARGENTARI<br>/026001847<br>B/O: PETROLEOS DEL PERU PETROPERU<br>LIMA 27 PERU<br>REF: CHASE NYC/CTR/BNF=W R GRACE &<br>CO. - CONN. COLUMBIA MD 21044-4098/<br>AC-000000003046 RFB=O/B BCO BILBAO<br>N OBI=/ROC/FACTURA 92979128 ( A CUE<br>IMAD: 0817B1Q8312C000500 |
| 17AUG | · | USM OUR: 2006922912LB | 129,034.31 | LOCK BOX CREDIT<br>LOCKBOX # 088282 /PM DEP/0007 ITEMS<br>(AVL $      0)       125,163<br>*VALUE DATE: 08/18        3,871<br>08/21 |

JPMorganChase &

Statement of Account

In US Dollars

TS

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA  MD  21044-4098

| | | | | | | |
|---|---|---|---|---|---|---|
| Account No: | 304-616494 |
| Statement Start Date: | 01 AUG 2006 |
| Statement End Date: | 31 AUG 2006 |
| Statement Code: | 000-USA-22 |
| Statement No: | 008 |

Page 31 of 55

## CREDITS CONTINUED

| Ledger Date | Adjusted Date | Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|---|---|
| 17AUG | | 17AUG | USD YOUR: GT010000002073620<br>OUR: 050550922FF | 156,600.28 | FEDWIRE CREDIT<br>VIA: ABN AMRO BANK N V<br>/026009580<br>B/O: ENAP REFINERIAS S.A<br>CL 832-0174<br>REF: CHASE NYC/CTR/BNF=W R GRACE &<br>CO - CONN COLUMBIA MD 21044-4098/<br>AC-000000003046 RFB=GT010000207362<br>0 OBI=IN PAYMENT OF INV. NR. 929608<br>IMAD: 0817B1QFIIA001910 |
| 17AUG | | 17AUG | USD YOUR: CAP OF 06/08/17<br>OUR: 2863200229JO | 239,016.99 | BOOK TRANSFER CREDIT<br>B/O: DUPONT AIR PRODUCTS NANOMATERI<br>WILMINGTON, D-8047 DE 19898- |
| 17AUG | | 17AUG | USD OUR: 2298030958TC | 269,184.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:CHEVRON PHILLIPS<br>ORIG ID.7132894773 DESC DATE:060817<br>CO ENTRY DESCR:PAYMENTS SEC:CTX<br>TRACE#:021000028030958 EED:060817<br>IND ID:2200022863<br>IND NAME:0007WR GRACE & COMPA |
| 17AUG | . | | USM OUR: 200662290SLB | 340,933.39 | LOCK BOX CREDIT<br>LOCKBOX # 088282 /AM DEP/0008 ITEMS<br>(AVL $       1,010)<br>*VALUE DATE: 08/17      1,011<br>08/18      330,382<br>08/21      9,540 |
| 17AUG | | 17AUG | USD OUR: 2298030933TC | 487,410.09 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EXXONMOBIL5701<br>ORIG ID.1752717190 DESC DATE:AUG 16<br>CO ENTRY DESCR:EDI PAYMTSSEC:CTX<br>TRACE#:021000028030933 EED:060817<br>IND ID:2600000212<br>IND NAME:0012GRACE & CO |
| 18AUG | | 18AUG | USD OUR: 2309978267TC | 5,056.56 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:PPG  E062290258<br>ORIG ID.9991000205 DESC DATE:<br>CO ENTRY DESCR:EFT PAYMT SEC:CTX<br>TRACE#:021000029978267 EED:060818<br>IND ID:E062290258<br>IND NAME:0008WR GRACE & CO |
| 18AUG | | 18AUG | USD YOUR: NONE<br>OUR: 4982800230FC | 9,142.50 | CHIPS CREDIT<br>VIA: HSBC BANK USA<br>/0108<br>B/O: GLAXOSMITHKLINE BRASIL LTDA |

TS

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008

Page 32 of 55

## CREDITS CONTINUED

| Ledger Date | Value Date | F | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 18AUG | | | USD YOUR: 0/B CITIBANK NYC<br>OUR: 4391700230FC | 13,649.97 | RIO DE JANEIRO,RJ,22783110<br>REF. NBNF=W R GRACE & CO. - CONN. C<br>OLUMBIA MD 21044-4098/AC-000000000030<br>46 ORG=GLAXOSMITHKLINE BRASIL LTDA<br>RIO DE JANEIRO,RJ,22783110 OGB=/000<br>SSN. 027786B<br>CHIPS CREDIT<br>VIA: CITIBANK<br>/0008<br>B/O. BASELL USA INC. - GENERAL |
| 18AUG | | | USD OUR: 229697672lTC | 30,440.43 | ATTN. NBNF=W R GRACE & CO. - CONN. C<br>OLUMBIA MD 21044-4098/AC-000000000030<br>46 ORG=/3053571 ATTN. OGB=/3055571<br>9 912 APPLETON ROAD OBI=181003B800<br>SSN. 0244870<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:DOW CORNING CORP<br>ORIG ID.9900128839 DESC DATE:060817<br>CO ENTRY DESCR:VENDOR    SEC:CCD<br>TRACE#:021000029676721 EED:060818<br>IND ID:150035057A<br>IND NAME:GRACE DAVISON (ERS)<br>150035057A<br>PLEASE REFER TO OUR FAXED REMITTANC<br>06081800000000282839 |
| 18AUG | | | USD YOUR: 92983018<br>OUR: 169030230FC | 41,820.00 | CHIPS CREDIT<br>VIA: CITIBANK<br>/0008<br>B/O: CITIBANK N.A., DELHI<br>REF: NBNF=W R GRACE & CO. - CONN. C<br>OLUMBIA MD 21044-4098/AC-000000000030<br>46 ORG=CITIBANK N.A. DELHI OGB=CIT<br>IBANK N.A. NEW DELHI INDIA OBI=BEIN<br>G BILL PROCEEDS DRAWEE JOHNSON MATT<br>SSN. 009990B |
| 18AUG | • | | USM OUR: 2007923012LB | 57,542.64 | LOCK BOX CREDIT<br>LOCKADX # 08B282 /PM DEP/0010 ITEMS<br>(AVL $       0)<br>*VALUE DATE: 08/21  57,279<br>08/22    263 |
| 18AUG | | | USD OUR: 230997822TTC | 76,798.34 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:MOTIVA ENTE 3038<br>ORIG ID:1760262490 DESC DATE:AUG 18 |

JPMorgan Chase Bank, N.A.

JPMorganChase

**Statement of Account**

TS

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA  MD  21044-4098

| | | In US Dollars: |
|---|---|---|
| Account No: | | 304-616494 |
| Statement Start Date: | | 01 AUG 2006 |
| Statement End Date: | | 31 AUG 2006 |
| Statement Code: | | 000-USA-22 |
| Statement No: | | 008 |
| | | Page 33 of 55 |

## CREDITS CONTINUED

| Ledger Date | Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|---|
| | | | | CO ENTRY DESCR:EDI PAYMNTSEC:CTX<br>TRACE#:021000002997827 EED:060818<br>IND ID:<br>IND NAME:0009WR GRACE & CO CO<br>5636927 |
| 18AUG | | USD OUR: 2309978284TC | 84,233.06 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:TOTAL PETROCHEM<br>ORIG ID:9323157001 DESC DATE:060818<br>CO ENTRY DESCR:PAYMENTS  SEC:CTX<br>TRACE#:021000002997284 EED:060818<br>IND ID:3431765<br>IND NAME:0008WR GRACE   CO CO |
| 18AUG | | USD OUR: 2309978254TC | 131,820.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EXXONMOBILO102<br>ORIG ID:7135409905 DESC DATE:AUG 17<br>CO ENTRY DESCR:EDI PAYMTSSEC:CTX<br>TRACE#:021000002997254 EED:060818<br>IND ID:2600057589<br>IND NAME:0011GRACE & CO |
| 18AUG | | USD YOUR: O/B CITIBANK NYC<br>OUR: 2852400230FC | 147,433.98 | CHIPS CREDIT<br>VIA: CITIBANK<br>/0008<br>B/O: CHEVRONTEXACO PRODUCTS COMPANY<br>REF: NBNF=W R GRACE & CO. - CONN. C<br>OLUMBIA MD 21044-4098/AC-0000000030<br>46 ORG=/UNKNWN CHEVRONTEXACO PRODUC<br>TS COMPANY OGB=/3058966 2003 DIAMO<br>ND BLVD CONC3 OBI=IV:8261I755 /A085<br>SSN: 0160744 |
| 18AUG | | USD OUR: 2309978277TC | 251,781.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:TESORO COMPANIES<br>ORIG ID:1742385513 DESC DATE:<br>CO ENTRY DESCR:ACH CREDITSEC:CTX<br>TRACE#:021000002997277 EED:060818<br>IND ID:<br>IND NAME:0005W. R. GRACE & CO<br>DIRECT DEPOSIT |
| 18AUG | | USD OUR: 2309978238TC | 354,647.61 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EQUILON ENT 2692<br>ORIG ID:1522074528 DESC DATE:AUG 18<br>CO ENTRY DESCR:EDI PAYMNTSEC:CTX<br>TRACE#:021000002997238 EED:060818<br>IND ID:<br>IND NAME:0014WR GRACE & CO CO |

JPMorgan Chase Bank, N.A.

JPMORGANCHASE

TS

Statement of Account

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008
Page 34 of 55

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA  MD  21044-4098

| Ledger Date | Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | |
| 18AUG | * | USM OUR: 20073233003LB | 459,828.38 | 5635120 LOCK BOX CREDIT<br>LOCKBOX # 088282 /AM DEP/0013 ITEMS<br>(AVL $    79,441)<br>*VALUE DATE: 08/18        79,442<br>              08/21       380,287<br>              08/22           99 |
| 18AUG | | USD YOUR: CAP OF 06/08/18<br>OUR: 2964800230J0 | 461,010.16 | BOOK TRANSFER CREDIT<br>B/O: BARIVEN SA MATERIAL FUNDING PR<br>MARACAIBO,EDO. ZULIA VENEZUELA |
| 21AUG | | USD OUR: 2334005172TC | 740.96 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:PENN COLOR INC<br>ORIG ID:1221661347 DESC DATE:060820<br>CO ENTRY DESCR:ACCTS PAY SEC:CTX<br>TRACE#:021000024005172 EED:060821<br>IND ID:17299<br>IND NAME:0006W.R.GRACE & CO. |
| 21AUG | | USD YOUR: O/B AM BSN BK LA<br>OUR: 0555205233FF | 963.00 | BACS<br>FEDWIRE CREDIT<br>VIA: AMERICAN BUSINESS BANK<br>/122042807<br>B/O: MARK DAW<br>REF: CHASE NYC/CTR/BNF=W R GRACE &<br>CO. - CONN. COLUMBIA MD 21044-4098/<br>AC-000000003046 RFB=O/B AM BSN BK L<br>A OBI=REF PO# 18264 BBI=/TIME/15:54<br>IMAD: 0821L2QFFD4D000011 |
| 21AUG | | USD OUR: 2334005130TC | 2,736.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:DUPONT SAP<br>ORIG ID:1510014090 DESC DATE:AUG 20<br>CO ENTRY DESCR:PO/REMIT SEC:CTX<br>TRACE#:021000024005130 EED:060821<br>IND ID:<br>IND NAME:0008W R GRACE & CO |
| 21AUG | | USD YOUR: CFE OF 06/08/21<br>OUR: 012030023SEU | 3,245.76 | BOOK TRANSFER CREDIT<br>B/O: EMERSON CLIMATE TECHNOLOGIES M<br>ST. LOUIS MO 63141-1400<br>REF: SWIFT CODE CHASUS33 |
| 21AUG | | USD OUR: 2334005194TC | 12,597.95 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EXXONMOBIL0052<br>ORIG ID:6135401570 DESC DATE:AUG 18<br>CO ENTRY DESCR:EDI PAYMTSEC:CTX<br>TRACE#:021000024005194 EED:060821<br>IND ID:2600008234 |

JPMorgan Chase Bank, N.A.

JPMorganChase

Statement of Account

TS

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

In US Dollars:

| | |
|---|---|
| Account No: | 304-616494 |
| Statement Start Date: | 01 AUG 2006 |
| Statement End Date: | 31 AUG 2006 |
| Statement Code: | 000-USA-22 |
| Statement No: | 008 |

Page 35 of 55

## CREDITS CONTINUED

| Ledger Date | Value Date | Reference | Debits Amount | Credits/Debits | Description |
|---|---|---|---|---|---|
| 21AUG | | USD OUR: 2334005180TC | | 16,200.00 | IND NAME:0009GRACE & CO<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:ARCHIMICA INCORP<br>ORIG ID:4510390470 DESC DATE:<br>CO ENTRY DESCR:EFT PYMT SEC:CTX<br>TRACE#:021000024005180 EED:060821<br>IND ID:0000616666 |
| 21AUG | | USD OUR: 2334005159TC | | 16,798.26 | IND NAME:0010W R GRACE AND CO<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:VALSPAR<br>ORIG ID:1362443580 DESC DATE:<br>CO ENTRY DESCR:18-AUG-20SEC:CCD<br>TRACE#:021000024005159 EED:060821<br>IND ID:5500003792<br>IND NAME:GRACE DAVISON |
| 21AUG | | USD OUR: 2334005161TC | | 20,589.77 | 31108<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EASTMAN KODAK CO<br>ORIG ID:1000002763 DESC DATE:<br>CO ENTRY DESCR:EDI PAYMTSEC:CTX<br>TRACE#:021000024005161 EED:060821<br>IND ID:150062957S<br>IND NAME:0009GRACE DAVISON |
| 21AUG | | USD OUR: 2334005192TC | | 25,040.40 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:TILLEY CHEMICAL<br>ORIG ID:1520846086 DESC DATE:<br>CO ENTRY DESCR:GRACE  SEC:PPD<br>TRACE#:021000024005192 EED:060821<br>IND ID:9226,1422,1008<br>IND NAME:W.R. GRACE & CO.<br>HUB |
| 21AUG | | USD OUR: 2334005113TC | | 36,275.52 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:DUPONT SAP<br>ORIG ID:1510014090 DESC DATE:AUG 19<br>CO ENTRY DESCR:PO/REMIT  SEC:CTX<br>TRACE#:021000024005113 EED:060821<br>IND ID:<br>IND NAME:0015W R GRACE & CO |
| 21AUG | | USD OUR: 2334005140TC | | 51,561.33 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:DUPONT SAP<br>ORIG ID:1510014090 DESC DATE:AUG 21<br>CO ENTRY DESCR:PO/REMIT  SEC:CTX<br>TRACE#:021000024005140 EED:060821<br>IND ID: |

JPMorgan Chase Bank, N.A.

Statement of Account

TS

In US Dollars

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008
Page 36 of 55

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

| Ledger Date | Value Date | Reference | Credit/Debit | Description | Continues Next Date | Amount |
|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | Reference | Amount | Description |
|---|---|---|---|---|
| 21AUG | 21AUG | USD YOUR: O/B DBTCO AMERIC<br>OUR: 1943300233FC | 64,978.00 | IND NAME:0008W R GRACE & CO<br>CHIPS CREDIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>B/O: SHANGHAI DELPHI EMISSION<br>QIAO FREE TRADE ZONE<br>REF: NBNF=W R GRACE & CO. - CONN. C<br>OLUMBIA MD 21044-4098/AC-000000030<br>46 ORG=SHANGHAI DELPHI EMISSION QIA<br>O FREE TRADE ZONE OGB=/04411034 101<br>SSN: 0110542 |
| 21AUG | | USD OUR: 2334005150TC | 176,869.90 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:CONOCOPHILLIPS<br>ORIG ID:9000438010 DESC DATE:<br>CO ENTRY DESCR:DB-CONOCO SEC:CTX<br>TRACE#:021000024005150 EED:060821<br>IND ID:220019342920006<br>IND NAME:0007GRACE DAVISON<br>118819478 |
| 21AUG | | USD YOUR: CAP OF 06/08/21<br>OUR: 0195000233J0 | 237,944.71 | BOOK TRANSFER CREDIT<br>B/O: SUNDCO INC R&M-MASTER CONCENTR<br>PHILADELPHIA PA 19103- |
| 21AUG | | USM OUR: 2010023309LB | 541,098.40 | LOCK BOX CREDIT<br>LOCKBOX # 088282 /AM DEP/0028 ITEMS<br>(AVL $       527,564)       527,564<br>*VALUE DATE: 08/21              13,534<br>08/22 |
| 21AUG | | USM OUR: 2010023312LB | 1,424,832.23 | LOCK BOX CREDIT<br>LOCKBOX # 088282 /PM DEP/0035 ITEMS<br>(AVL $              0)       1,318,456<br>*VALUE DATE: 08/22           106,375<br>08/23 |
| 22AUG | | USD OUR: 2334584237TC | 7,344.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:GRFC<br>ORIG ID:9000096001 DESC DATE:060822<br>CO ENTRY DESCR:XXXXXXXXSEC:CCD<br>TRACE#:021000024584237 EED:060822<br>IND ID:1000516<br>IND NAME:W.R. GRACE CO.<br>777804 |
| 22AUG | | USD YOUR: SNF OF 06/08/22<br>OUR: 8994000234JS | 9,370.80 | BOOK TRANSFER CREDIT<br>B/O: KOOKMIN BANK-SEOUL<br>SEOUL KOREA REP. SOUTH 100-7-03<br>ORG: ORDEG CO LTD |

JPMorganChase

TS

Statement of Account

In US Dollars

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008

Page 37 of 55

JPMorgan Chase Bank, N.A.

| Ledger Date | Value Date | P | Reference | Credit/Debit Detail | Description | Date | Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 22AUG | 22AUG | USD | YOUR: O/B CITIBANK NYC OUR: 2519700234FC | 27,801.60 | REF: INVOICE NO:92999052/CHGS/USD0, /CHGS/USD18,00/OCMT/USD9388,80/ CHIPS CREDIT VIA: CITIBANK /0008 B/O: MITSUI & CO. (USA), INC. REF: NBNF=W R GRACE & CO. - CONN. C OLUMBIA MD 21044-4098/AC-000000030 46 ORG=/30831745 MITSUI & CO. (USA) , INC. OGB=/30831745 NY NY 10166 OB I=93011813 (A085653533) SSN: 0143782 | | |
| 22AUG | 22AUG | USD | YOUR: 11217818 OUR: 0259303234FF | 35,949.27 | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: HERMES WYOMING REFINING REF: CHASE NYC/CTR/BNF=W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098/ AC-000000003046 RFB=11217818 OBI=GR ACE DAVIDSON BBI=/TIME/12:34 IMAD: 0822B6B7HU7R001765 | | |
| 22AUG | | USD | OUR: 2346982214TC | 83,473.61 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:TOTAL PETROCHEM ORIG ID:9523157001 DESC DATE:060822 CO ENTRY DESCR:PAYMENTS SEC:CTX TRACE#:021000026982214 EED:060822 IND ID:3452580 IND NAME:0008WR GRACE    CO CO | | |
| 22AUG | * | USM | OUR: 2008023403LB | 196,330.65 | LOCK BOX CREDIT LOCKBOX # 088282 /AM DEP/0010 ITEMS (AVL $    8,924) *VALUE DATE: 08/22         8,924 08/23       183,510 08/24         3,896 | | |
| 22AUG | * | USM | OUR: 2007023412LB | 281,502.80 | LOCK BOX CREDIT LOCKBOX # 088282 /PM DEP/0006 ITEMS (AVL $         0) *VALUE DATE: 08/23       273,057 08/24         8,445 | | |
| 23AUG | | USD | OUR: 2345988251TC | 392.09 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:BANKCARD ORIG ID:1210001925 DESC DATE:060822 CO ENTRY DESCR:MERCH SETLSEC:CCD TRACE#:021000025988251 EED:060823 | | |

JPMorgan Chase Bank, N.A.

JPMorganChase 🦒

Statement of Account

In US Dollars

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008

Page 38 of 55

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

TS

| Ledger Date | Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | |
|---|---|---|---|---|
| 23AUG | 23AUG USD YOUR: DEV06<br>OUR: 4335000235FC | | 1,027.71 | IND ID:430135232510222<br>IND NAME:GRACE, GRACE DAVISON<br>CHIPS CREDIT<br>VIA: BANK OF NEW YORK<br>/0001<br>B/O: VALSPAR MEXICANA S.A DE C.V.<br>MEXICO<br>REF: NBNF=W R GRACE & CO. - CONN. C<br>OLUMBIA MD 21044-4098/AC-0000000030<br>46 ORG=VALSPAR MEXICANA S.A DE C.V.<br>MEXICO OGB=BASE INTERNACIONAL CASA |
| 23AUG | * | USM OUR: 2006423503LB | 11,080.85 | SSN: 024692<br>LOCK BOX CREDIT<br>LOCKBOX # 088282 /AM DEP/0003 ITEMS<br>(AVL $          0)     10,981<br>*VALUE DATE: 08/24           99<br>08/25 |
| 23AUG | | USD OUR: 2357849096TC | 34,768.56 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:DUPONT SAP<br>ORIG ID:1510014090 DESC DATE:AUG 23<br>CO ENTRY DESCR:PO/REMIT   SEC:CTX<br>TRACE#:021000002784909 6 EED:060823<br>IND ID: |
| 23AUG | | USD OUR: 2357849116TC | 41,618.62 | IND NAME:0008H R GRACE & CO<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:TOTAL PETROCHEM<br>ORIG ID:9323157001 DESC DATE:060823<br>CO ENTRY DESCR:PAYMENTS   SEC:CTX<br>TRACE#:021000002784911 6 EED:060823<br>IND ID:3470115 |
| 23AUG | | USD OUR: 2357849126TC | 47,692.80 | IND NAME:0008HR GRACE      CO CO<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:BOSTIK FINDLEY<br>ORIG ID:9390279330 DESC DATE:<br>CO ENTRY DESCR:EPOSPYMNTSSEC:CTX<br>TRACE#:021000002784912 6 EED:060823<br>IND ID:750000019000038<br>IND NAME:10006H R GRACE & CO |
| 23AUG | | USD OUR: 2357849076TC | 57,900.00 | 90338<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EXXONMOBIL0102<br>ORIG ID:7135409005 DESC DATE:AUG 22<br>CO ENTRY DESCR:EDI PAYMTSSEC:CTX<br>TRACE#:021000002784907 6 EED:060823 |

TS

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

Account No:          304-616494
Statement Start Date: 01 AUG 2006
Statement End Date:   31 AUG 2006
Statement Code:       000-USA-22
Statement No:         008

Page 39 of 55

| Ledger Date | AC/Ledger Date | Value Date | References | Credit/Debit | Description | Date | Joint Balances | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 23AUG | | | USD OUR: 257849088TC | 76,800.00 | IND ID:2600057702<br>IND NAME:0010GRACE & CO<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:CONOCOPHILLIPS<br>ORIG ID:9000438010 DESC DATE:<br>CO ENTRY DESCR:DB-CONOCO SEC:CTX<br>TRACE#:021000027849088 EED:060823<br>IND ID:220019459912006<br>IND NAME:0006GRACE DAVISON<br>11881947B | | |
| 23AUG | | | USD OUR: 257849106TC | 82,430.40 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:CHEVRON PHILLIPS<br>ORIG ID:7132894773 DESC DATE:060823<br>CO ENTRY DESCR:PAYMENTS SEC:CTX<br>TRACE#:021000027849106 EED:060823<br>IND ID:2200023417<br>IND NAME:0008WR GRACE & COMPA | | |
| 23AUG | • | | USM OUR: 2007923512LB | 99,424.40 | LOCK BOX CREDIT<br>LOCKBOX # 088282 /PM DEP/0008 ITEMS<br>(AVL $         0)<br>*VALUE DATE: 08/24          96,565<br>08/25           2,859 | | |
| 24AUG | | | USD YOUR: NONE<br>OUR: 0567009256FF | 911.46 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NATIONAL ASSOCIA<br>/026005092<br>B/O: VALSPAR MEXICANA, S.A.<br>67190<br>REF: CHASE NYC/CTR/BNF=W R GRACE &<br>CO. - CONN. COLUMBIA MD 21044-4098/<br>AC-000000003046 RFB=NONE OBI=B00:VA<br>LSPAR MEXICANA, S.A. INV 95045389 B<br>IMAD: 0824B6700IC009843 | | |
| 24AUG | | | USD OUR: 235852801TC | 2,312.31 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:BANKCARD<br>ORIG ID:1210001923 DESC DATE:060823<br>CO ENTRY DESCR:MERCH SETLSEC:CCD<br>TRACE#:021000028552801 EED:060824<br>IND ID:4301352510222<br>IND NAME:GRACE GRACE DAVISON | | |
| 24AUG | | | USD OUR: 236058925STC | 32,081.13 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:FLINT HILLS RESO<br>ORIG ID:1410743457 DESC DATE:060824<br>CO ENTRY DESCR:PAYMENTS SEC:CTX<br>TRACE#:021000020589253 EED:060824 | | |

JPMorganChase 🅞

Statement of Account

TS

JPMorgan Chase Bank, N.A.

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA  MD  21044-4098

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008
Page 40 of 55

in US Dollars

| Posting Date | Value Date | Reference | Credits/Debit | Date |
|---|---|---|---|---|

## CREDITS (CONTINUED)

| Posting Date | Value Date | Reference | Credits/Debit | Description |
|---|---|---|---|---|
| 24AUG | 24AUG | USD YOUR: O/B ISRAEL DISC OUR: 0520201236FF | 52,041.28 | IND ID:4593723722I IND NAME:0009GRACE DAVISON FEDWIRE CREDIT VIA: ISRAEL DISCOUNT BANK OF NEW YO /026009768 B/O: ALON USA, LP -CONCENTRATION TX 75251 REF: CHASE NYC/CTR/BNF=W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098/ AC-000000003046 RFB=O/B ISRAEL DISC OBI=INV. 93056010 BBI=/TIME/15:50 IMAD: 0824B1Q8452C000132 |
| 24AUG | | USD OUR: 2360589235TC | 69,625.24 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:CITGO ORIG ID:3601867773 DESC DATE:060824 CO ENTRY DESCR:PAYMENTS  SEC:CTX TRACE#:021000020589235 EED:060824 IND ID:082320061130 IND NAME:0007GRACE DAVISON |
| 24AUG | | USD OUR: 2360589201TC | 73,469.66 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EXXONMOBIL0160 ORIG ID:1115401570 DESC DATE:AUG 23 CO ENTRY DESCR:EDI PAYMTSSEC:CTX TRACE#:021000020589201 EED:060824 IND ID:260012034I IND NAME:0010GRACE & CO |
| 24AUG | | USD OUR: 2360589243TC | 86,369.28 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:CITGO ORIG ID:3601867773 DESC DATE:060824 CO ENTRY DESCR:PAYMENTS  SEC:CTX TRACE#:021000020589243 EED:060824 IND ID:082320061130 IND NAME:0008W R GRACE & CO |
| 24AUG | | USM OUR: 2006423603LB | 88,347.67 | LOCK BOX CREDIT LOCKBOX # 088282 /AM DEP/0005 ITEMS (AVL $                    0) *VALUE DATE: 08/25      85,697 08/28       2,650 |
| 24AUG | | USD OUR: 2360589156TC | 103,788.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:INVISTA S.A.R.L ORIG ID:1113648528 DESC DATE:AUG 24 CO ENTRY DESCR:PD/REMIT  SEC:CTX TRACE#:021000020589156 EED:060824 IND ID: |

JPMorganChase

TS

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA  MD  21044-4098

Statement of Account

In US Dollars

304-616494
01 AUG 2006
31 AUG 2006
000-USA-22
008
Page 41 of 55

| Account No: | 304-616494 |
| Statement Start Date: | 01 AUG 2006 |
| Statement End Date: | 31 AUG 2006 |
| Statement Code: | 000-USA-22 |
| Statement No: | 008 |

## CREDITS CONTINUED

| Posting Date | Value Date | Reference | Credits/Debit Detail | Credit/Balance Date | Amount |
|---|---|---|---|---|---|
| 24AUG | | USD OUR: 2360589224TC | 108,033.60 IND NAME:0008N R GRACE & CO<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EXXONMOBIL0102<br>ORIG ID:715540905 DESC DATE:AUG 23<br>CO ENTRY DESCR:EDI PAYMTSSEC:CTX<br>TRACE#:021000020589224 EED:060824<br>IND ID:2600057817 | | |
| 24AUG | | USD OUR: 2360589213TC | 169,382.64 IND NAME:0009GRACE & CO<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EXXONMOBIL5701<br>ORIG ID:175271719O DESC DATE:AUG 23<br>CO ENTRY DESCR:EDI PAYMTSSEC:CTX<br>TRACE#:021000020589213 EED:060824<br>IND ID:2600008319 | | |
| 24AUG | | USD OUR: 2360589166TC | 265,841.75 IND NAME:0009GRACE & CO<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:MOTIVA ENTE 3038<br>ORIG ID:1760262490 DESC DATE:AUG 24<br>CO ENTRY DESCR:EDI PAYMNTSEC:CTX<br>TRACE#:021000020589166 EED:060824<br>IND ID:<br>IND NAME:0013WR GRACE & CO CO<br>5657528 | | |
| 24AUG | · | USM OUR: 2007923612LB | 384,984.27 LOCK BOX CREDIT<br>LOCKBOX # 088282 /PM DEP/0013 ITEMS<br>(AVL $                    0)<br>*VALUE DATE: 08/25           373,472<br>08/28            11,512 | | |
| 24AUG | | USD OUR: 2360589181TC | 441,616.38 ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:MOTIVA ENTE 3038<br>ORIG ID:1760262490 DESC DATE:AUG 24<br>CO ENTRY DESCR:EDI PAYMNTSEC:CTX<br>TRACE#:021000020589181 EED:060824<br>IND ID:<br>IND NAME:0018WR GRACE & CO CO<br>5657730 | | |
| 25AUG | | USD OUR: 2368631613TC | 2,750.00 ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:BAKER HUGHES OIL<br>ORIG ID:8941302886 DESC DATE:<br>CO ENTRY DESCR:BHES   SEC:CCD<br>TRACE#:021000028631613 EED:060825<br>IND ID:304616494<br>IND NAME:W R GRACE & CO - CONN | | |

JPMorgan Chase Bank, N.A.

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

In US Dollars

TS

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008
Page 42 of 55

| Ledger Date | Adj Ledger Date | Value Date | F | Reference | Credit Amount | Debit Amount | Description | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| Ledger Date | | | | Reference | Credit Amount | | Description | |
|---|---|---|---|---|---|---|---|---|
| 25AUG | | | | USD OUR: 237147010STC | 3,056.21 | | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:TOTAL PETROCHEM ORIG ID:9321157001 DESC DATE:060825 CO ENTRY DESCR:PAYMENTS SEC:CTX TRACE#:021000021470105 EED:060825 IND ID:3491211 IND NAME:000BWR GRACE    CO CO | |
| 25AUG | | | | USD YOUR: O/B CITIBANK NYC OUR: 529250023TFC | 7,395.22 | | CHIPS CREDIT VIA: CITIBANK /0008 B/O: PROENFAR S.A. REF: NBNF=W R GRACE & CO. - CONN. C OLUMBIA MD 21044-4098/AC-000000030 46 ORG=/3679141A PROENFAR S.A. OGB= /3679141A BOGOTA COLOMBIA OBI=INVOI CE 9301431V, 93037455 SSN:0292766 | |
| 25AUG | | | | USD OUR: 237147006TC | 35,890.61 | | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EXXONMOBIL0160 ORIG ID:1154015T0 DESC DATE:AUG 24 CO ENTRY DESCR:EDI PAYMTSEC:CTX TRACE#:021000021470066 EED:060825 IND ID:2600120638 IND NAME:0009GRACE & CO | |
| 25AUG | | | | USD OUR: 23714707TTC | 48,653.85 | | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:CONOCOPHILLIPS ORIG ID:9004380I0 DESC DATE: CO ENTRY DESCR:DB-CONOCO SEC:CTX TRACE#:021000021470077 EED:060825 IND ID:22001944282006 IND NAME:0007GRACE DAVISON | |
| 25AUG | | • | | USM OUR: 20073237031LB | 92,545.71 | | LOCK BOX CREDIT LOCKBOX # 088282 /AM DEP/0007 ITEMS (AVL $    8,540) *VALUE DATE:    08/25    8,539 08/28    83,452 08/29    554 | |
| 25AUG | | | | USD OUR: 237147008TC | 113,599.94 | | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:CHEVRON PHILLIPS ORIG ID:7132894773 DESC DATE:060825 CO ENTRY DESCR:PAYMENTS SEC:CTX TRACE#:021000021470086 EED:060825 IND ID:2200023702 | |

JPMorgan Chase Bank, N.A.

JPMorganChase

Statement of Account

In US Dollars

TS

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008
Page 43 of 55

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

| Ledger Date | Value Date | IF | Reference | Credits/Debit | Description | Original Currency Amount |
|---|---|---|---|---|---|---|

**CREDITS (CONTINUED)**

| Ledger Date | Value Date | Reference | Credits/Debit | Description |
|---|---|---|---|---|
| 25AUG | 25AUG | USD YOUR: O/B CITIBANK NYC OUR: 5503100237FC | 121,693.08 | IND NAME:0008WR GRACE & COMPA CHIPS CREDIT VIA: CITIBANK /0008 B/O: PETROLEUM CO OF T&T LTD (PETRO POINTE A PIERRE REF: NBNF=W R GRACE & CO. - CONN. C OLUMBIA MD 21044-4098/AC-000000030 46 ORG=/1097648B POINTE A PIERRE OG B=/1097648B POB 601 OBI=INV # 93048 SSN: 0304446 |
| 25AUG | | USD OUR: 2371470096TC | 157,256.21 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:TOYOTA ORIG ID:5555541149 DESC DATE: CO ENTRY DESCR:PAYABLES SEC:CTX TRACE#:021000021470096 EED:060825 IND ID:160631 IND NAME:0007WR GRACE DAVISON |
| 25AUG | . | USM OUR: 2007223712LB | 181,693.71 | LOCK BOX CREDIT LOCKBOX # 088282 /PM DEP/0011 ITEMS (AVL $            0)          181,575 *VALUE DATE: 08/28              117 08/29 |
| 25AUG | | USD OUR: 2371470052TC | 225,971.10 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:MOTIVA ENTE 3038 ORIG ID:1760262490 DESC DATE:AUG 25 CO ENTRY DESCR:EDI PAYMNTSEC:CTX TRACE#:021000021470052 EED:060825 IND ID: IND NAME:0012WR GRACE & CO CO |
| 25AUG | | USD OUR: 2371470021TC | 1,515,077.26 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EQUILON ENT 2692 ORIG ID:1520074528 DESC DATE:AUG 25 CO ENTRY DESCR:EDI PAYMNTSEC:CTX TRACE#:021000021470021 EED:060825 IND ID: IND NAME:0029WR GRACE & CO CO 5664728 |
| 28AUG | | USD OUR: 2404522156TC | 619.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:DOW CORNING CORP ORIG ID:9900028839 DESC DATE:060825 CO ENTRY DESCR:VENDOR SEC:CCD TRACE#:021000024522156 EED:060828 |

JPMorgan Chase Bank, N.A.

JPMorganChase

# Statement of Account

In US Dollars

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

TS

Account No:        304-616494
Statement Start Date: 01 AUG 2006
Statement End Date:  31 AUG 2006
Statement Code:      000-USA-22
Statement No:        008
Page 44 of 55

| Effective Date | Value Date | Reference | E | Credit/Debit | Description | Closing Balance Amount |
|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 28AUG | | USD OUR: 2378736095TC | | 673.50 | IND ID:1500351707<br>IND NAME:GRACE DAVISON<br>1500351707<br>PLEASE REFER TO OUR FAXED REMITTANC<br>06082800000000028839<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:SUED-CHEMIE INC.<br>ORIG ID:1610536101 DESC DATE:<br>CO ENTRY DESCR:PAYMENT SEC:CCD<br>TRACE#:021000028736095 EED:060828<br>IND ID:<br>IND NAME:W. R. GRACE | |
| 28AUG | | USD OUR: 2404522104TC | | 740.96 | DIRECT DEPOSIT<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:PENN COLOR INC<br>ORIG ID:122161347 DESC DATE:060828<br>CO ENTRY DESCR:ACCTS PAY SEC:CTX<br>TRACE#:021000024522104 EED:060828<br>IND ID:17299<br>IND NAME:0006W.R.GRACE & CO.<br>BACS | |
| 28AUG | | USD OUR: 2404522086TC | | 1,482.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:DUPONT SAP<br>ORIG ID:1510014090 DESC DATE:AUG 27<br>CO ENTRY DESCR:PO/REMIT SEC:CTX<br>TRACE#:021000024522086 EED:060828<br>IND ID: | |
| 28AUG | | USD OUR: 2404522078TC | | 2,159.78 | IND NAME:0008H R GRACE & CO<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:PENN COLOR INC<br>ORIG ID:122161347 DESC DATE:060716<br>CO ENTRY DESCR:ACCTS PAY SEC:CTX<br>TRACE#:021000024522078 EED:060828<br>IND ID:17299<br>IND NAME:0006W.R.GRACE & CO.<br>BACS | |
| 28AUG | | USD OUR: 2404522096TC | | 6,642.26 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:PENN COLOR INC<br>ORIG ID:122161347 DESC DATE:060826<br>CO ENTRY DESCR:ACCTS PAY SEC:CTX<br>TRACE#:021000024522096 EED:060828<br>IND ID:17299<br>IND NAME:0006W.R.GRACE & CO.<br>BACS | |

Statement of Account

TS

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE BUILDING 25
COLUMBIA MD 21044-4098

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008
Page 45 of 55

## CREDITS CONTINUED

| Posting Date | Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|---|
| 28AUG | | USD OUR: 2404522121TC | 11,088.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:DUPONT SAP   DATE:AUG 28<br>ORIG ID:1510014090 DESC<br>CO ENTRY DESCR:PO/REMIT  SEC:CTX<br>TRACE#:021000024522121 EED:060828<br>IND ID:<br>IND NAME:0008W R GRACE & CO |
| 28AUG | | USD OUR: 2404522142TC | 16,213.50 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:ARCHIMICA.INCORP<br>ORIG ID:4510390470 DESC DATE:<br>CO ENTRY DESCR:EFT PYMT SEC:CTX<br>TRACE#:021000024522142 EED:060828<br>IND ID:0000016666<br>IND NAME:0001W R GRACE AND CO |
| 28AUG | | USD OUR: 2404522154TC | 21,962.22 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:VALSPAR<br>ORIG ID:362443580 DESC DATE:<br>CO ENTRY DESCR:25-AUG-200SEC:CCD<br>TRACE#:021000024522154 EED:060828<br>IND ID:2500000003946<br>IND NAME:GRACE DAVISON |
| 28AUG | | USD OUR: 2404522068TC | 25,975.68 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:DUPONT SAP   DATE:AUG 26<br>ORIG ID:1510014090 DESC<br>CO ENTRY DESCR:PO/REMIT  SEC:CTX<br>TRACE#:021000024522068 EED:060828<br>IND ID:<br>IND NAME:0008W R GRACE & CO |
| 28AUG | | USD YOUR: O/B CITIBANK NYC<br>OUR: 2843800240FC | 84,960.00 | CHIPS CREDIT<br>VIA: CITIBANK<br>/0008<br>B/O: MITSUI & CO.(USA), INC.<br>REF: NBNF=W R GRACE & CO.CONN. C<br>OLUMBIA MD 21044-4098/AC-000000030<br>46 ORG=/30831745 MITSUI & CO (USA)<br>,INC. OGB=/30831745 NY NY 10166 OB<br>I=/930173711 (A085877815)<br>SSN: 0161479 |
| 28AUG | | USD OUR: 2404522112TC | 90,282.65 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:CITGO<br>ORIG ID:3601867773 DESC DATE:060828<br>CO ENTRY DESCR:PAYMENTS SEC:CTX<br>TRACE#:021000024522112 EED:060828 |

Statement of Account

in US Dollars

**Account No:** 304-616494
**Statement Start Date:** 01 AUG 2006
**Statement End Date:** 31 AUG 2006
**Statement Code:** 000-USA-22
**Statement No:** 008
Page 46 of 55

TS

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

| Post Date | Value Date | Reference | Credit/Debit | Description | Closing Balance Date/Amount |
|---|---|---|---|---|---|

## CREDITS CONTINUED

| 28AUG | | USD YOUR: GT01000002184617<br>OUR: 0559714240FF | 187,429.30 | IND ID:08252006113O<br>IND NAME:0007GRACE DAVISON<br>FEDWIRE CREDIT<br>VIA: ABN AMRO BANK N V<br>/026009580<br>B/O:ENAP REFINERIAS S.A<br>CL 832-0174<br>REF: CHASE NYC/CTR/BNF=W R GRACE &<br>CO. CONN. COLUMBIA MD 21044-4098/<br>AC-000000003046 RFB=GT01000002184617<br>7 OBI=IN PAYMENT OF INV. NR. 9301 85<br>IMAD: 0828B1QFT11A001761 | |
| 28AUG | . | USM OUR: 2009524009LB | 263,632.34 | LOCK BOX CREDIT<br>LOCKBOX # 088282 /AM DEP/0015 ITEMS<br>(AVL $ 258,110) 258,111<br>*VALUE DATE: 08/28 5,521<br>08/28 | |
| 28AUG | | USD OUR: 2404522131TC | 332,546.39 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:HESS<br>ORIG ID:9225050455 DESC DATE:060828<br>CO ENTRY DESCR:PAYMENTS SEC:CTX<br>TRACE#:021000024522131 EED:060828<br>IND ID:260016857<br>IND NAME:0009W.R.GRACE & CO | |
| 28AUG | . | USM OUR: 2009824012LB | 938,389.06 | LOCK BOX CREDIT<br>LOCKBOX # 088282 /PM DEP/0025 ITEMS<br>(AVL $ 0) 842,812<br>*VALUE DATE: 08/29 95,576<br>08/30 | |
| 29AUG | | USD YOUR: SWF OF 06/08/25<br>OUR: 0354200237JS | 1,831.80 | BOOK TRANSFER CREDIT<br>B/O. SKANDINAVISKA ENSKILDA BANKEN<br>STOCKHOLM SWEDEN<br>ORG: OMG AUTOMOTIVE CATALYSTS<br>SCANDINAVIA AB<br>REF: 92972959 1831,80/0CMT/USD1831,<br>80/ | |
| 29AUG | | USD OUR: 2404530286TC | 2,759.43 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:BANKCARD<br>ORIG ID:1210001925 DESC DATE:060826<br>CO ENTRY DESCR:MERCH SETLSEC:CCD<br>TRACE#:021000024530286 EED:060829<br>IND ID:430135225102 22<br>IND NAME:GRACE, GRACE DAVISON | |

JPMorganChase

Statement of Account

In US Dollars

TS

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE BUILDING 25
COLUMBIA MD 21044-4098

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008

Page 47 of 55

| Posted Date | Value Date | Reference | Credit/Debit | Description | Date | Closing Balance |
|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 29AUG | | USD YOUR: PEG OF 06/08/29<br>OUR: 12950002411I | 4,695.68 | BOOK TRANSFER CREDIT<br>B/O: STANDARD BANK OF SOUTH AFRICA<br>JOHANNESBURG 2000SOUTH AFRICA<br>ORG: JOHNSON MATTHEY PTY LTD<br>CNR HENDERSON PREMIER STRS<br>OGB: STANDARD BANK OF SOUTH AFRICA<br>JOHANNESBURG 2000SOUTH AFRICA<br>REF: 93079468/CHGS/USD25,00/BNF/OUR<br>REF.JPM6398-25A0G06 | | |
| 29AUG | | USD OUR: 2416709805TC | 5,184.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:UC CORPORATION<br>ORIG ID.9930457124 DESC DATE:060828<br>CO ENTRY DESCR:VENDOR    SEC:CCD<br>TRACE#:021000026709805 EED:060829<br>IND ID:1055451035O0<br>IND NAME:W R GRACE & CO INC DEB<br>0085969710755745103600/10000550<br>0608290000003045 7124 | | |
| 29AUG | | USD YOUR: I0006009936V<br>OUR: 4418402 41FC | 5,592.97 | CHIPS CREDIT<br>VIA: AMERICAN EXPRESS BANK LTD<br>/0159<br>B/O: VETEC QUIMICA FINA LTDA<br>RIO DE JANEIRO - RJ, BRAZIL<br>REF: NBNF=W R GRACE & CO. CONN. C<br>OLUMBIA MD 21044-4098/AC-000000030<br>46 ORG=VETEC QUIMICA FINA LTDA RID<br>DE JANEIRO - RJ, BRAZIL OGB=BANCO R<br>SSN: 0247361 | | |
| 29AUG | | USD OUR: 2416709803TC | 5,692.44 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:UC CORPORATION<br>ORIG ID.9930457124 DESC DATE:060828<br>CO ENTRY DESCR:VENDOR    SEC:CCD<br>TRACE#:021000026709803 EED:060829<br>IND ID:1055451035 99<br>IND NAME:W R GRACE & CO INC DEB<br>0085969710755 45103599/10000553<br>0608290000003045 7124 | | |
| 29AUG | | USD OUR: 2416709787TC | 9,272.87 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:DUPONT SAP<br>ORIG ID.1510014090 DESC DATE:AUG 29<br>CO ENTRY DESCR:PO/REMIT SEC:CTX<br>TRACE#:021000026709787 EED:060829<br>IND ID:<br>IND NAME:0008W R GRACE & CO | | |

JPMorganChase

Statement of Account

JPMorgan Chase Bank, N.A.

In US Dollars

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008

Page 48 of 55

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

TS

| Ledger Date | Value Date | Reference | Credit/Debit | Credit/Debit Amount | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

**29AUG** — 34,062.96 — USD OUR: 2416709801TC
```
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:UC CORPORATION
ORIG ID:9930457124 DESC DATE:060828
CO ENTRY DESCR:VENDOR    SEC:CCD
TRACE#:021000026709801 EED:060829
IND ID:10554510359B
IND NAME:W R GRACE & CO INC DEB
00859697/10/55/45103598/1000552
06082900003045712A
```

**29AUG** — 41,076.70 — USD OUR: 2416709808TC
```
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:TOTAL PETROCHEM
ORIG ID:9323157001 DESC DATE:060829
CO ENTRY DESCR:PAYMENTS  SEC:CTX
TRACE#:021000026709808 EED:060829
IND ID:3523797
IND NAME:0008WR GRACE    CO CO
```

**29AUG** — 73,350.00 — USD OUR: 2416709797TC
```
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:UC CORPORATION
ORIG ID:9930457124 DESC DATE:060828
CO ENTRY DESCR:VENDOR    SEC:CCD
TRACE#:021000026709797 EED:060829
IND ID:10554510359G
IND NAME:W R GRACE & CO INC DEB
00859697/10/55/45103596/93061778
06082900003045712A
```

**29AUG** — 80,400.00 — USD OUR: 2416709818TC
```
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:CONOCOPHILLIPS
ORIG ID:9000438010 DESC DATE:
CO ENTRY DESCR:DB-CONOCO SEC:CTX
TRACE#:021000026709818 EED:060829
IND ID:22002012242006
IND NAME:0006GRACE DAVISON
11881947B
```

**29AUG** — 127,403.60 — USD OUR: 2416709799TC
```
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:UC CORPORATION
ORIG ID:9930457124 DESC DATE:060828
CO ENTRY DESCR:VENDOR    SEC:CCD
TRACE#:021000026709799 EED:060829
IND ID:10554510359T
IND NAME:W R GRACE & CO INC DEB
00859697/10/55/45103597/93061069
06082900003045712A
```

**29AUG** — 593,013.78 — USM OUR: 2005924112LB
```
LOCK BOX CREDIT
LOCKBOX # 088232 /PM DEP/0014 ITEMS
```

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

In US Dollars

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008
Page 49 of 55

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

TS

| Ledger Date | Value Date | IF Reference | Credit/Debit | Description | Closing Balance / Amount |
|---|---|---|---|---|---|

## CREDITS (CONTINUED)

| Ledger Date | | Reference | Credit/Debit | Description | Amount |
|---|---|---|---|---|---|
| 29AUG | * | USM OUR: 2007724103LB | 761,247.97 | (AVL $ 0) *VALUE DATE: 08/30 / 08/31 | 488,132 / 104,880 |
| | | | | LOCK BOX CREDIT LOCKBOX # 088282 /AM DEP/0024 ITEMS (AVL $ 69,812) *VALUE DATE: 08/29 / 08/30 / 08/31 | 69,813 / 673,054 / 18,380 |
| 30AUG | | USD OUR: 2417861227TC | 2,749.72 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:BAKER HUGHES OIL ORIG ID:8941302886 DESC DATE: CO ENTRY DESCR:BHES SEC:CCD TRACE#:021000027861227 EED:060830 IND ID:304616494 IND NAME:W R GRACE & CO - CONN | |
| 30AUG | | USD YOUR: O/B CITIBANK NYC OUR: 0920500242FC | 5,055.00 | CHIPS CREDIT VIA: CITIBANK /0008 B/O: PROQUINAL COSTA RICA S.A., REF: NBNF=W R GRACE & CO.-CONN.C OLUMBIA MD 21044-4098/AC-000000030 46 ORG=PROQUINAL COSTA RICA S.A. OG B=GCNSJOAA OBI=BO PROQUINAL COSTA R ICA SA BOF AVE IERA CL29Y23 SJ CR I SSN: 0059650 | |
| 30AUG | | USD YOUR: SWF OF 06/08/30 OUR: 3248800242FS | 11,939.07 | BOOK TRANSFER CREDIT B/O: BANCO ITAU S.A.NEW NOSTRO ACCO S-O PAULO BRAZIL 03105-000 ORG: ENGELHARD DO BRASIL IND E COM ROD SP-73 5756 B CALDEIRA REF: INV. NR. 9301068/CHGS/USD0.00 /CHGS/USD30.00/OCMT/USD11969.07/ SSN: 0059650 | |
| 30AUG | * | USM OUR: 2006524203LB | 21,861.35 | LOCK BOX CREDIT LOCKBOX # 088282 /AM DEP/0002 ITEMS (AVL $ 0) *VALUE DATE: 08/31 / 09/01 | 21,205 / 655 |
| 30AUG | | USD YOUR: O/B CITIBANK NYC OUR: 0729009242FF | 41,850.00 | FEDWIRE CREDIT VIA: CITIBANK /021000089 B/O: JOHNSON MATTHEY ARGENTINA SA ARGENTINA REF: CHASE NYC/CTR/BNF=W R GRACE & | |

PNC Bank, N.A.

TS

Statement of Account

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE BUILDING 25
COLUMBIA MD 21044-4098

In US Dollars

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008

Page 50 of 55

| Posting Date | Value Date | Reference | Credit Debit | Description | Amount |
|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | CO. - CONN. COLUMBIA MD 21044-4098/ AC-000000003046 RFB=0/B CITIBANK NY C OBI=93011833 34 BBI=/OCMT/USD4185 IMAD: 0830IBIQ8024C006645 | |
| 30AUG | | USD OUR: 2420047206TC | 47,692.80 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:BOSTIK FINDLEY ORIG ID:9390279330 DESC DATE: CO ENTRY DESCR:EPOSPYMNTSSEC:CTX TRACE#:021000002004720 6 EED:060830 IND ID:750000190000040 IND NAME:0006W R GRACE & CO 90538 | |
| 30AUG | | USD YOUR: 0/B PNCBANK PHIL OUR: 0679113242FF | 54,309.75 | FEDWIRE CREDIT VIA: PNC BANK, NA PHILADELPHIA /031000053 B/0: ACCUPAC INC MAINLAND PA 19451 REF: CHASE NYC/CTR/BNF=W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098/ AC-000000003046 RFB=0/B PNCBANK PHI L OBI=IN#9302241,9300 5186,9304538 IMAD: 0830D3B74V3C001903 | |
| 30AUG | | USD OUR: 2420047185TC | 82,453.27 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:TOTAL PETROCHEM ORIG ID:9323157001 DESC DATE:060830 CO ENTRY DESCR:PAYMENTS SEC:CTX TRACE#:021000002004718 5 EED:060830 IND ID:3556609 IND NAME:0008WR GRACE CO CO | |
| 30AUG | | USD OUR: 2420047172TC | 110,100.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EXXONMOBIL0102 ORIG ID:7135409005 DESC DATE:AUG 29 CO ENTRY DESCR:EDI PAYMTSSEC:CTX TRACE#:021000002004717 2 EED:060830 IND ID:260005832 4 IND NAME:0011GRACE & CO | |
| 30AUG | | USD YOUR: 0/B BK OF NYC OUR: 0230801242FF | 148,730.76 | FEDWIRE CREDIT VIA: BANK OF NEW YORK /021000018 B/0: WR GRACE HOLDINGS SA DE CV EM MEX REF: CHASE NYC/CTR/BNF=W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098/ AC-000000003046 RFB=0/B BK OF NYC O | |

JPMorgan Chase Bank, N.A.

**JPMorganChase**

Statement of Account

In US Dollars

TS

W R GRACE & CO. - CONN.
ATTN. CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008

Page 51 of 55

| Posted Date | Value Date | Reference | Credit/Debit | Description | Closing Balance Amount |
|---|---|---|---|---|---|

**CREDITS (CONTINUED)**

| 30AUG | USD YOUR: GT010000221132 OUR: 060881424242FF | 155,412.72 | BI=SWIFT CODE CHASUS33 BBI=/OCMT/US IMAD: 0830B1Q8153C004591 FEDWIRE CREDIT VIA: ABN AMRO BANK N V /026009580 B/O: ENAP REFINERIAS S.A CL 832-0174 REF: CHASE NYC/CTR/BNF=W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098/ AC-000000003046 RFB=GT010000221113 2 OBI=IN PAYMENT OF INV. NR. 930224 |
|---|---|---|---|
| 30AUG | USD OUR: 2420047139TC | 382,537.05 | IMAD: 0830B1QFIIIA002204 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COLGATE PALMOLIV ORIG ID:1131815595 DESC DATE:AUG 30 CO ENTRY DESCR:PO/REMIT SEC:CTX TRACE#:021000002004 7139 EED:060830 IND ID: |
| 30AUG | USD OUR: 2420047195TC | 504,189.48 | IND NAME:0031GRACE DAVISON ELECTRONIC FUNDS TRANSFER ORIG CO NAME:CHEVRON PHILLIPS ORIG ID:7132894773 DESC DATE:060830 CO ENTRY DESCR:PAYMENTS SEC:CTX TRACE#:021000002004 7195 EED:060830 IND ID:2200024142 |
| 30AUG | USD YOUR: CA06083002528 4 OUR: 045900324242FF | 569,944.12 | IND NAME:0009WR GRACE & COMPA FEDWIRE CREDIT VIA: WACHOVIA BANK NATIONAL ASSOCIA /026005092 B/O: IRVING OIL LIMITED REF: CHASE NYC/CTR/BNF=W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098/ AC-000000003046 RFB=CA0608300252 84 OBI=VARIOUS INVOICES BBI=/TIME/1412 5 |
| 30AUG · | USM OUR: 2007124212LB | 14,184,622.26 | IMAD: 0830B6B7001C007954 LOCK BOX CREDIT LOCKBOX # 088282 /PM DEP/0007 ITEMS (AVL $       0)         14,180,546 *VALUE DATE: 08/31     4,075 |
| 31AUG | USD OUR: 2424105423TC | 664.46 | ELECTRONIC FUNDS TRANSFER ORIG CD NAME:BANKCARD ORIG ID:1210001923 DESC DATE:060830 |

JPMorganChase

Statement of Account

JPMorgan Chase Bank, N.A.

In US Dollars

TS

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

Account No:          304-616494
Statement Start Date: 01 AUG 2006
Statement End Date:   31 AUG 2006
Statement Code:       000-USA-22
Statement No:         008

Page 52 of 55

| Ledger End Date | Value Date | Reference | Credit/Debit | Description | Ledger Balance Date | Amount |
|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 31AUG | | USD OUR: 2437739303TC | 10,772.76 | CO ENTRY DESCR:MERCH SETLSEC:CCD<br>TRACE#:021000024105423 EED:060831<br>IND ID:4301352510222<br>IND NAME:GRACE, GRACE DAVISON<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:KENNAMETAL<br>ORIG ID:1250900168 DESC DATE:<br>CO ENTRY DESCR:VNDR PYMT SEC:CTX<br>TRACE#:021000027739303 EED:060831<br>IND ID:1951469<br>IND NAME:0007H R GRACE & CO - |
| 31AUG | USD YOUR: CAP OF 06/08/31<br>OUR: 2991000243JO | 63,801.50 | | BOOK TRANSFER CREDIT<br>B/O: DELPHI CORPORATION -<br>TEMPE AZ 85281-<br>ORG: 399999999<br>REF: INV#93072316,93070230,93068507<br>5686126 |
| 31AUG | | USD OUR: 2437739312TC | 67,245.28 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:MOTIVA ENTE 3038<br>ORIG ID:1760262490 DESC DATE:AUG 31<br>CO ENTRY DESCR:EDI PAYMTSEC:CTX<br>TRACE#:021000027739312 EED:060831<br>IND ID:<br>IND NAME:0009HR GRACE & CO CO |
| 31AUG | | USD OUR: 2437739326TC | 72,406.78 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EXXONMOBIL0160<br>ORIG ID:1135401570 DESC DATE:AUG 30<br>CO ENTRY DESCR:EDI PAYMTSEC:CTX<br>TRACE#:021000027739326 EED:060831<br>IND ID:2600121354<br>IND NAME:0010GRACE & CO |
| 31AUG | | USD OUR: 2437739387TC | 78,516.48 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:FLINT HILLS RESO<br>ORIG ID:1410743457 DESC DATE:060831<br>CO ENTRY DESCR:PAYMENTS SEC:CTX<br>TRACE#:021000027739387 EED:060831<br>IND ID:4593725807B<br>IND NAME:0007GRACE DAVISON |
| 31AUG | | USD OUR: 2437739338TC | 90,282.65 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:CITGO<br>ORIG ID:3601867775 DESC DATE:060831<br>CO ENTRY DESCR:PAYMENTS SEC:CTX<br>TRACE#:021000027739338 EED:060831<br>IND ID:0830200611130 |

TS

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA MD 21044-4098

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008

Page 53 of 55

## CREDITS CONTINUED

**31AUG** · USM OUR: 2007224303LB

98,902.86

IND NAME:00007GRACE DAVISON
LOCK BOX CREDIT
LOCKBOX # 088282 /AM DEP/0003 ITEMS
(AVL $            0)
96,050
*VALUE DATE: 09/01      2,852
09/05

**31AUG** USD OUR: 243773932TC

108,900.00

ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:UNIVATION
ORIG ID.9930419216 DESC DATE:060830
CO ENTRY DESCR:VENDOR     SEC:CCD
TRACE#:021000022739323 EED:060831
IND ID:10524503828
IND NAME:W R GRACE & CO INC DEB
0085697/10/52/45003828/92989047 93
056059

**31AUG** USD YOUR: O/B CITIBANK NYC
OUR: 5721400243FC

116,133.00

06083100000030419216
CHIPS CREDIT
VIA: CITIBANK
/0008
B/O: BASELL USA INC. - GENERAL
ATTN.
REF: NBNF=W R GRACE & CO. - CONN. C
OLUMBIA MD 21044-4098/AC-000000030
46 ORG=/30535719 ATTN: OGB=/3055571
9 912 APPLETON ROAD OBI=1810039413

**31AUG** USD OUR: 243773937TC

129,954.53

SSN. 0321418
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:CITCO
ORIG ID.3601867773 DESC DATE:060831
CO ENTRY DESCR:PAYMENTS   SEC:CTX
TRACE#:021000022739377 EED:060831
IND NM:0830020611377
IND NAME:W R GRACE & CO
BOOK TRANSFER CREDIT

**31AUG** USD YOUR: IMPORTS
OUR: 9447000242JS

205,645.00

B/O: NEDBANK LIMITED
JOHANNESBURG SOUTH AFRICA 2000   -
ORG:JNB70701011
ENGELHARD SOUTH AFRICA PTY LTD
REF: /CHGS/USD30.00/

**31AUG** · USM OUR: 2007824312LB

241,865.10

LOCK BOX CREDIT
LOCKBOX # 088282 /PM DEP/0012 ITEMS
(AVL $            0)
237,766
*VALUE DATE: 09/01      4,098
09/05

JPMORGAN CHASE

Statement of Account

In US Dollars

TS

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008

Page 54 of 55

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE BUILDING 25
COLUMBIA MD 21044-4098

| Ledger/Post Date | Value Date | Reference | Credit/Debit | Description | Running Balances Date | Amount |
|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Date | Reference | Credit/Debit | Description |
|---|---|---|---|
| 31AUG | USD OUR: 2437759346TC | 697,269.44 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:CITGO<br>ORIG ID:3601867773 DESC DATE:060831<br>CO ENTRY DESCR:PAYMENTS SEC:CTX<br>TRACE#:021000027739346 EED:060831<br>IND ID:083020061130<br>IND NAME:0030W R GRACE & CO |

## DEBITS

| Date | Reference | Credit/Debit | Description |
|---|---|---|---|
| 01AUG | USD OUR: 001607018XF | 4,065,632.06 | AUTOMATIC DOLLAR TRANSFER<br>TO ACCOUNT 00001600125 |
| 02AUG | USD OUR: 2189238653TC | 94.52 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:BANKCARD<br>ORIG ID:3210001923 DESC DATE:060731<br>CO ENTRY DESCR:MERCH FEESSEC:CCD<br>TRACE#:021000028923863 EED:060802<br>IND ID:4301355251022<br>IND NAME:GRACE GRACE DAVISON |
| 02AUG | USD OUR: 0014930114XF | 6,056,654.55 | AUTOMATIC DOLLAR TRANSFER<br>TO ACCOUNT 00001600125 |
| 03AUG | USD OUR: 0015350114XF | 898,150.66 | AUTOMATIC DOLLAR TRANSFER<br>TO ACCOUNT 00001600125 |
| 04AUG | USD OUR: 0014930114XF | 1,851,486.89 | AUTOMATIC DOLLAR TRANSFER<br>TO ACCOUNT 00001600125 |
| 07AUG | USD OUR: 0015270114XF | 1,406,927.84 | AUTOMATIC DOLLAR TRANSFER<br>TO ACCOUNT 00001600125 |
| 08AUG | USD OUR: 0014710114XF | 945,175.99 | AUTOMATIC DOLLAR TRANSFER<br>TO ACCOUNT 00001600125 |
| 09AUG | USD OUR: 0015010114XF | 601,914.26 | AUTOMATIC DOLLAR TRANSFER<br>TO ACCOUNT 00001600125 |
| 10AUG | USD OUR: 0015390114XF | 2,050,733.14 | AUTOMATIC DOLLAR TRANSFER<br>TO ACCOUNT 00001600125 |
| 11AUG | USD OUR: 0015710114XF | 1,848,426.44 | AUTOMATIC DOLLAR TRANSFER<br>TO ACCOUNT 00001600125 |
| 14AUG | USD OUR: 0015150114XF | 2,400,401.87 | AUTOMATIC DOLLAR TRANSFER<br>TO ACCOUNT 00001600125 |
| 15AUG | USD OUR: 0015470114XF | 1,636,233.32 | AUTOMATIC DOLLAR TRANSFER<br>TO ACCOUNT 00001600125 |
| 16AUG | USD OUR: 0015130114XF | 2,878,131.40 | AUTOMATIC DOLLAR TRANSFER<br>TO ACCOUNT 00001600125 |
| 17AUG | USD OUR: 0015730114XF | 1,585,403.62 | AUTOMATIC DOLLAR TRANSFER<br>TO ACCOUNT 00001600125 |
| 18AUG | USD OUR: 0015510114XF | 2,144,803.63 | AUTOMATIC DOLLAR TRANSFER<br>TO ACCOUNT 00001600125 |

Account No: 304-616494
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-22
Statement No: 008

Page 55 of 55

TS

W R GRACE & CO. - CONN.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BUILDING 25
COLUMBIA  MD  21044-4098

| Posting Date | Value Date | Effective Date | Reference | Credit / Bank | Description |
|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | |
| 21AUG | | | USD OUR: 0015250114XF | 1,645,084.19 | AUTOMATIC DOLLAR TRANSFER TO ACCOUNT 00001600125 |
| 22AUG | | | USD OUR: 0014690114XF | 1,505,216.73 | AUTOMATIC DOLLAR TRANSFER TO ACCOUNT 00001600125 |
| 23AUG | | | USD OUR: 0015210114XF | 905,573.43 | AUTOMATIC DOLLAR TRANSFER TO ACCOUNT 00001600125 |
| 24AUG | | | USD OUR: 0014990114XF | 1,525,360.67 | AUTOMATIC DOLLAR TRANSFER TO ACCOUNT 00001600125 |
| 25AUG | | | USD OUR: 0015770114XF | 2,702,011.90 | AUTOMATIC DOLLAR TRANSFER TO ACCOUNT 00001600125 |
| 28AUG | | | USD OUR: 0017010114XF | 1,320,076.64 | AUTOMATIC DOLLAR TRANSFER TO ACCOUNT 00001600125 |
| 29AUG | | | USD OUR: 0015050114XF | 1,310,142.20 | AUTOMATIC DOLLAR TRANSFER TO ACCOUNT 00001600125 |
| 30AUG | | | USD OUR: 0015010114XF | 3,373,728.35 | AUTOMATIC DOLLAR TRANSFER TO ACCOUNT 00001600125 |
| 31AUG | | | USD OUR: 0015570114XF | 15,966,604.84 | AUTOMATIC DOLLAR TRANSFER TO ACCOUNT 00001600125 |

**CHECKS**

*No Activity*

*Banco de Crédito* ≫ **BCP** ≫

## ESTADO DE CUENTA CORRIENTE

DEL 01/08/2006 AL 31/08/2006
W.R. GRACE & CO. SUCURSAL DE LIMA
BCP SAN ISIDRO CASILLA 118
SUC.SAN ISIDRO-R-80
SUC.SAN ISIDRO-R-80
            193
            7575            (QQF*K3)

| | | |
|---|---|---|
| MONEDA | CODIGO DE CUENTA INTERBANCARIO (CCI) | CODIGO DE CUENTA |
| SOLES | 002-193-001115122058-16 | 193-1115122-0-58 |

PAGINA    1 DE   2

EJECUTIVO DE NEGOCIOS: RONCAGLIOLO F. RENO
OFICINA: SUC. MIRAFLORES
TELEFONO: 4441717 CELULAR
E-MAIL:

### AVISOS
IMPORTANTE: SI DENTRO DE 30 DIAS NO SE FORMULAN OBSERVACIONES AL PRESENTE ESTADO, DAREMOS POR CONFORME LA CUENTA Y APROBADO EL SALDO.
EN CASO CONTRARIO SIRVANSE DIRIGIRSE A NUESTRAS OFICINAS PARA ATENDER SUS OBSERVACIONES.
PEOR QUE EL CANCER ES TU INDIFERENCIA
AYUDA A LA LIGA CONTRA EL CANCER A SALVAR VIDAS
TU DONACION ES VITAL PARA MANTENER LOS CENTROS DETECTORES.
DEPOSITA TU DONACION CTA.CTE.SOLES NO.193-1101868-0-80 - DOLARES 195-0243918-1-26

(*) MED.AT:MEDIO DE ATENCION = VEN:VENTANILLA  CAJ:CAJEROS AUTOMATICOS  POS:PUNTO DE VENTA  TLC:TELECREDITO  INT:INTERNO
                    BPT:BANCA POR TELEFONO  BPI:BANCA POR INTERNET

### RESUMEN DEL MES

| SALDO CONTABLE AL 1/08/2006 | ABONOS (DEPOSITOS) | | CARGOS (RETIROS) | | INTERESES | | SALDO CONTABLE AL 31/08/2006 | SALDO PROMEDIO MES ANTERIOR |
|---|---|---|---|---|---|---|---|---|
| | EFECTIVO | OTROS | CHEQUES | OTROS | ACREEDORES | DEUDORES | | |
| 198,555.69 | 0.00 | 102,614.31 | 0.00 | 286,751.43 | 0.00 | 0.00 | 14,218.57 | 106,712.09 |
| A | + | B | + | C | - | D | = | E | + | F | - | G | = | H |

### ACTIVIDADES

| FECHA PROC. | FECHA VALOR | DESCRIPCION | MED. AT. | LUGAR | SUC:AGE. | NUM. OP. | HORA | ORIGEN | TIPO | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-08 | | ADU11818189640100 | BPI | | 111-031 | 849331 | 09:36 | CICSPR | 4706 | 134,974.00- | 63,581.69 |
| 01-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 107.97- | 63,473.72 |
| 02-08 | | ADU11818185890100 | BPI | | 111-031 | 308286 | 16:13 | CICSPR | 4706 | 54,067.00- | 9,406.72 |
| 02-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 43.25- | 9,363.47 |
| 07-08 | | 2000851117 NESTLE PERU | TLC | | 111-008 | 311529 | 15:43 | TLC089 | 2401 | 27,885.85 | 36,469.32 |
| 07-08 | | COMIS PAGO DETRACCION | INT | | 111-036 | 808129 | | | 4923 | 3.50- | 36,465.82 |
| 07-08 | | COMIS PAGO DETRACCION | INT | | 111-036 | 808129 | | | 4925 | 3.50- | 36,462.32 |
| 07-08 | | PAGO DETRAC 8011717527 | BPI | | 111-036 | 717527 | 16:55 | SNTPEA | 4709 | 10.00- | 36,452.32 |
| 07-08 | | PAGO DETRAC 8011717554 | BPI | | 111-036 | 717554 | 16:56 | SNTPEA | 4709 | 10.00- | 36,422.32 |
| 07-08 | | A 191 12003105 0 | TLC | | 111-008 | 369726 | 16:43 | TLC035 | 4401 | 330.00- | 36,092.32 |
| 07-08 | | PAGO VISA | INT | | 111-007 | 836805 | | | 4929 | 489.06- | 35,603.26 |
| | | IMP.OP.5     149:56 | | | | | | | | | |
| 07-08 | | PAGO VISA | INT | | 111-007 | 836806 | | | 4929 | 2,214.12- | 33,389.14 |
| 07-08 | | PAGO VISA | INT | | 111-007 | 836806 | | | 4929 | 2,893.24- | 30,495.90 |
| 07-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 26.39- | 30,469.51 |
| 14-08 | | 2000851589 NESTLE PERU | TLC | | 111-008 | 260747 | 15:14 | TLC052 | 2401 | 26,878.46 | 57,347.97 |
| 14-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 21.58- | 57,326.47 |
| 16-08 | | ADU11818140616010.. | BPI | | 111-031 | 204506 | 14:22 | CICSPR | 4706 | 3,496.08- | 53,830.47 |
| 16-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 2.75- | 53,827.68 |
| 17-08 | | COMIS PAGO DETRACCION | INT | | 111-036 | 808067 | | | 4923 | 3.50- | 53,824.18 |
| 17-08 | | COMIS PAGO DETRACCION | INT | | 111-036 | 808067 | | | 4923 | 3.50- | 53,820.68 |
| 08 | | COMIS PAGO DETRACCION | INT | | 111-036 | 808067 | | | 4925 | 3.50- | 53,817.18 |
| 08 | | PAGO DETRAC 8011993948 | BPI | | 111-036 | 993948 | 10:40 | SNTPEA | 4709 | 287.00- | 53,530.18 |
| 17-08 | | PAGO DETRAC 8011993987 | BPI | | 111-036 | 993987 | 10:38 | SNTPEA | 4709 | 330.00- | 53,200.18 |
| 17-08 | | PAGO DETRAC 8011993863 | BPI | | 111-036 | 993863 | 10:37 | SNTPEA | 4709 | 975.00- | 52,227.18 |
| 17-08 | | A 193 1451216 0 | TLC | | 111-008 | 869638 | 10:34 | TLC010 | 4401 | 2,101.33- | 50,125.85 |
| 17-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 2.93- | 50,122.92 |
| 21-08 | | COMIS PAGO DETRACCION | INT | | 111-036 | 808040 | | | 4923 | 3.50- | 50,119.42 |
| 21-08 | | COMIS PAGO DETRACCION | INT | | 111-036 | 808040 | | | 4923 | 3.50- | 50,115.92 |
| 21-08 | | PAGO DETRAC 8012052286 | BPI | | 111-036 | 852286 | 09:07 | SNTPEA | 4709 | 339.00- | 49,776.92 |
| 21-08 | | PAGO DETRAC 8012052274 | BPI | | 111-036 | 852276 | 09:06 | SNTPEA | 4709 | 592.00- | 49,184.92 |
| 21-08 | | PORTES COMPR:PAGO    9 | INT | | 193-000 | 842661 | | | 4937 | 3.50- | 49,181.42 |
| 21-08 | | IMPUESTO ITF | INT | | | | | | 0909 | .74- | 49,180.68 |
| 25-08 | | VENTA  ME 5,250000  * | INT | | 111-005 | 724488 | 09:45 | SCHE01 | 2585 | 48,450.00 | 97,630.68 |
| 25-08 | | COMIS PAGO DETRACCION | INT | | 111-036 | 808057 | | | 4923 | 3.50- | 97,627.18 |
| 25-08 | | COMIS PAGO DETRACCION | INT | | 111-036 | 808057 | | | 4923 | 3.50- | 97,623.68 |
| 25-08 | | COMIS PAGO DETRACCION | INT | | 111-036 | 808057 | | | 4923 | 3.50- | 97,620.18 |
| 25-08 | | COMIS PAGO DETRACCION | INT | | 111-036 | 808057 | | | 4923 | 3.50- | 97,616.68 |
| 25-08 | | PAGO DETRAC 8012118643 | BPI | | 111-036 | 118643 | 15:48 | SNTPEA | 4709 | 86.00- | 97,530.68 |
| 25-08 | | PAGO DETRAC 8012118653 | BPI | | 111-036 | 118653 | 15:49 | SNTPEA | 4709 | 261.00- | 97,269.68 |
| 25-08 | | PAGO DETRAC 8012118628 | BPI | | 111-036 | 118628 | 15:47 | SNTPEA | 4709 | 1,240.00- | 96,049.68 |
| 25-08 | | TRANSF. INTERBANCARIA | VEN | | 111-029 | 808014 | 09:26 | EIG771 | 4002 | 1,467.80- | 94,581.88 |
| | | OP. VARIAS | | | | | | | | | |
| 25-08 | | PAGO DETRAC 8012118674 | BPI | | 111-036 | 118674 | 15:51 | SNTPEA | 4709 | 6,016.00- | 88,565.88 |
| 25-08 | | HABERTC 000106 | TLC | | 111-008 | 004669 | 05:04 | TLC051 | 4401 | 26,394.74- | 62,471.14 |
| 25-08 | | PROVTC 000104 | TLC | | 111-008 | 004637 | 05:04 | TLC089 | 4401 | 48,151.44- | 14,319.68 |
| 25-08 | | PORTE EN CARGO | INT | | | | | | 4991 | 3.50- | 14,316.18 |
| 25-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 64.61- | 14,269.57 |
| 31-08 | | PORTE ESTADO CUENTA  * | INT | | 193-000 | 844458 | | | 4991 | 3.50- | 14,266.07 |
| 31-08 | | PORTES CREDIBANK | INT | | 111-007 | 953250 | | | 4903 | 3.50- | 14,262.57 |
| 31-08 | | MANTENIMIENTO      * | INT | | | | | | 0101 | 24.00- | 14,218.57 |

Impreso por Evolva S.A.

*Banco de Crédito* **BCP**

## ESTADO DE CUENTA CORRIENTE

W.R. GRACE & CO. SUCURSAL DE LIMA
BCP.SAN ISIDRO CASILLA 118
SUC.SAN ISIDRO -R-80
SUC.SAN ISIDRO -R-80
193                    (QQF'K3)
7573

| | |
|---|---|
| MONEDA | PAGINA   2 DE  2 |
| SOLES | CODIGO DE CUENTA INTERBANCARIO (CCI) |
| | 002-193-0011151220558-16 |

CODIGO DE CUENTA
193-1115122-0-58

EJECUTIVO DE NEGOCIOS: RONCAGLIOLO F. RENO
OFICINA: SUC. MIRAFLORES
TELEFONO: 4441717  CELULAR:
E-MAIL:

### ACTIVIDADES

| FECHA PROC. | FECHA VALOR | DESCRIPCION | MED. AT. * | LUGAR | REFERENCIAS ADICIONALES | | | | | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SUC.AGE | NUM. OP | HORA | ORIGEN | TIPO | | |

DETALLE DE LA COMISION POR PROCESO DE OPERACIONES DEL PRESENTE MES

| | TIPO DE OPERACION | NUMERO DE OPERACIONES LIBRES | NUMERO DE OPERACIONES ADICIONALES | SUB-TOTAL COMISION |
|---|---|---|---|---|
| 1. TRANSACCIONES EN EFECTIVO, CHEQUES Y CARGOS MANUALES | 1001 1009 1010 1018 2903 3001 3002 3011 3901 3902 4001 4002 4005 4006 4007 4012 4014 4015 4016 4017 4018 4019 4024 4026 4029 | 12 | | |
| | TOTAL COMISION | | | |

Impreso por Enotria S.A.

N223A (88-92)

*Banco de Crédito* ≫ **BCP** ≫

## ESTADO DE CUENTA CORRIENTE

DEL 01/08/2006 AL 31/08/2006
**W.R. GRACE & CO. SUCURSAL DE LIMA**
**AV. REPUBLICA ARGENTINA. N.5799 Z. INDUST**
**CARMEN DE LA LEGUA RIAL**
**CALLAO-03**

PAGINA: 1 DE 2

| MONEDA | CODIGO DE CUENTA INTERBANCARIO (CCI) | CODIGO DE CUENTA |
|---|---|---|
| DOLARES | 002-193-001125963172-16 | 193-1125963-1-72 |

000    88888    (PQF'K3)
8164

EJECUTIVO DE NEGOCIOS: RONCAGLIOLO F. REMO
OFICINA: SUC MIRAFLORES
TELEFONO: 4441717 CELULAR
E-MAIL:

### AVISOS

IMPORTANTE: SI DENTRO DE 30 DIAS NO SE FORMULAN OBSERVACIONES AL PRESENTE ESTADO, DAREMOS POR CONFORME LA CUENTA Y APROBADO EL SALDO.
EN CASO CONTRARIO SIRVANSE DIRIGIRSE A NUESTRAS OFICINAS PARA ATENDER SUS OBSERVACIONES.
PEOR QUE EL CANCER ES TU INDIFERENCIA
AYUDA A LA LIGA CONTRA EL CANCER A SALVAR VIDAS
TU DONACION ES VITAL PARA MANTENER LOS CENTROS DETECTORES.
DEPOSITA TU DONACION CTA.CTE.SOLES NO.193-1101888-0-80 - DOLARES 193-0243918-1-26

(*) MED.AT:MEDIO DE ATENCION - VEN:VENTANILLA CAJ:CAJEROS AUTOMATICOS POS:PUNTO DE VENTA TLC:TELECREDITO INT:INTERNO
BPT:BANCA POR TELEFONO BPI:BANCA POR INTERNET

### RESUMEN DEL MES

| SALDO CONTABLE AL /08/2006 | ABONOS (DEPOSITOS) | | CARGOS (RETIROS) | | INTERESES | | SALDO CONTABLE AL 31/08/2006 | SALDO PROMEDIO MES ANTERIOR |
|---|---|---|---|---|---|---|---|---|
| | EFECTIVO | OTROS | CHEQUES | OTROS | ACREEDORES | DEUDORES | | |
| 445,530.23 | 551.88 | 261,928.59 | 161.00 | 395,790.09 | 0.00 | 0.00 | 311,859.61 | 549,147.21 |
| A | B | C | D | E | F | G | = H | |

### ACTIVIDADES

| FECHA PROC. | FECHA VALOR | DESCRIPCION | MED. AT. | LUGAR | SUC-AGE | NUM. OP | HORA | ORIGEN | TIPO | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01-08 | | ENTR.EFEC. 000189 | VEN | AG. ARRIOLA | 191-073 | 800189 | 18:48 | E13815 | 1018 | 299.88 | 445,830.11 |
| 01-08 | | IMPUESTO ITF | INT | | | | | | 0909 | .23- | 445,829.88 |
| 03-08 | | LETRAS COBRANZA | INT | | 193-000 | 816656 | | | 2912 | 1,773.49 | 447,603.37 |
| 03-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 1.41- | 447,601.96 |
| 04-08 | | LETRAS COBRANZA | INT | | 193-000 | 822664 | | | 2912 | 2,278.20 | 449,880.16 |
| 04-08 | | A 192 1148452 1 | TLC | | 111-008 | 278688 | 14:18 | TLC023 | 4401 | 600.00- | 449,280.16 |
| 04-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 2.30- | 449,277.86 |
| 07-08 | | ENTREGA C/CHEQUES FUE | INT | | 808-000 | 800244 | | | 2903 | 22,053.50 | 471,331.36 |
| 07-08 | 04-08 | O/B Local    22,053.58 | | | | | | | | | |
| 07-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 17.64- | 471,313.72 |
| 10-08 | | AB.TR.EXT-TTS13144 | VEN | SUC LIMA | 191-000 | 007543 | 16:30 | C41269 | 2004 | 1,712.00 | 473,025.72 |
| 10-08 | | LETRAS COBRANZA | INT | | 193-000 | 817968 | | | 2912 | 5,772.51 | 478,798.23 |
| 10-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 5.97- | 478,792.26 |
| 11-08 | | LETRAS COBRANZA | INT | | 193-000 | 820281 | | | 2912 | 6,488.67 | 485,280.93 |
| 11-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 5.19- | 485,275.64 |
| 14-08 | | LETRAS COBRANZA | INT | | 193-000 | 812992 | | | 2912 | 13,050.77 | 498,326.41 |
| 14-08 | | PORTES AUTOSOBRE  # | INT | | 193-000 | 815879 | | | 4981 | 1.00- | 498,325.41 |
| 14-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 10.44- | 498,314.97 |
| 16-08 | | TRANSF. DE. OTRA CTA | BPI | | 111-023 | 087669 | 16:39 | HBK122 | 2701 | 1.25 | 498,316.22 |
| | | IMP.OP.S/.    4.08 | | | | | | | | | |
| 17-08 | | LETRAS COBRANZA | INT | | 193-000 | 818156 | | | 2912 | 15,324.62 | 513,640.84 |
| 18 | | A 193 0117012 1 | TLC | | 111-008 | 067537 | 10:30 | TLC006 | 4401 | 204.82- | 513,436.02 |
| 18-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 12.41- | 513,423.61 |
| 18-08 | | LETRAS COBRANZA | INT | | 193-000 | 819846 | | | 2912 | 28,455.48 | 541,879.09 |
| 18-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 22.76- | 541,856.33 |
| 21-08 | | ENTR.EFEC. 000241 | VEN | AG. CHACARILLA | 194-019 | 000241 | 18:40 | E14845 | 1018 | 52.00 | 541,908.33 |
| 21-08 | | LETRAS COBRANZA | INT | | 193-000 | 817866 | | | 2912 | 16,312.21 | 558,220.54 |
| 23-08 | | CEX PAG COI 1625431001 | INT | | 191-000 | 815118 | | | 4905 | 263,245.82- | 294,974.72 |
| 23-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 223.67- | 294,751.05 |
| 23-08 | | LETRAS COBRANZA | INT | | 193-000 | 816382 | | | 2912 | 9,651.03 | 304,402.08 |
| 23-08 | | VENTA  NE 3.230000  # | INT | | 111-005 | 724408 | 09:45 | SCHE01 | 4510 | 15,000.00- | 289,402.08 |
| 23-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 7.72- | 289,395.16 |
| 24-08 | | LETRAS COBRANZA | INT | | 193-000 | 817718 | | | 2912 | 885.33 | 298,280.49 |
| 24-08 | | TRANSF AL EXTERIOR | VEN | SUC LIMA | 191-100 | 000338 | 12:09 | E14714 | 4001 | 25.00- | 298,255.49 |
| 24-08 | | TRANSF AL EXTERIOR | VEN | SUC LIMA | 191-100 | 000630 | 13:46 | E14714 | 4001 | 25.00- | 298,230.49 |
| 24-08 | | A 192 1148452 1 | TLC | | 111-008 | 153451 | 12:48 | TLC010 | 4401 | 300.00- | 289,930.49 |
| 24-08 | | TRANSF AL EXTERIOR | VEN | SUC LIMA | 191-800 | 000629 | 13:46 | E14714 | 4002 | 4,422.04- | 285,508.45 |
| 24-08 | | TRANSF AL EXTERIOR | VEN | SUC LIMA | 191-800 | 000337 | 12:09 | E14714 | 4002 | 81,297.67- | 204,210.78 |
| 24-08 | | PORTE N CARGO  # | INT | | | | | | 4991 | 1.00- | 204,209.78 |
| 24-08 | | PORTE N CARGO  # | INT | | | | | | 4991 | 1.00- | 204,208.78 |
| 24-08 | | CEX PAC COI 1625670001 | INT | | 191-000 | 816340 | | | 4905 | 23,528.93- | 180,679.85 |
| 25-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 88.20- | 180,791.65 |
| 25-08 | | ENTREGA C/CHEQUES FUE | INT | | 570-000 | 000391 | | | 2903 | 194.17 | 180,985.82 |
| 25-08 | 28-08 | O/B Local    194.17 | | | | | | | | | |
| 25-08 | | LETRAS COBRANZA | INT | | 193-000 | 819363 | | | 2912 | 17,160.58 | 198,146.40 |
| 25-08 | | TLC SHL KANT AGO | TLC | | 193-000 | 000TLC | | | 4405 | 90.00- | 198,056.40 |
| 25-08 | | PROVTC 080105 | TLC | | 111-008 | 804642 | 05:04 | TLC090 | 4401 | 6,724.83- | 191,331.57 |

N2Z18(08-02)

**Banco de Crédito ≫ BCP ≫**

# ESTADO DE CUENTA CORRIENTE

| | | | | | |
|---|---|---|---|---|---|
| | | | PAGINA | 2 DE 2 | |

W.R. GRACE & CO. SUCURSAL DE LIMA
AV. REPUBLICA ARGENTINA N.5799 Z. INDUST
CARMEN DE LA LEGUA RIAL
CALLAO-03

| MONEDA | CODIGO DE CUENTA INTERBANCARIO (CCI) | CODIGO DE CUENTA |
|---|---|---|
| DOLARES | 002-193-001125983172-18 | 193-1125963-1-72 |

000    88888    (PQF'K3)
4164

EJECUTIVO DE NEGOCIOS: RONCAGLIOLO F. REMO
OFICINA: SUC MIRAFLORES
TELEFONO: 4441717  CELULAR
E-MAIL:

## ACTIVIDADES

| FECHA PROC. | FECHA VALOR | DESCRIPCION | MED. AT. * | LUGAR | SUC-AGE. | NUM. OP. | HORA | ORIGEN | TIPO | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|
| 25-08 | | IMPUESTO ITF | INT | | 194-019 | 000090 | 10:27 | E13256 | 0909 | 19.31- | 191,312.26 |
| 26-08 | | CHEQUE 033594027 | VEN | AG. CHACARILLA | | | | | 3001 | 161.00- | 191,151.26 |
| 27-08 | | IMPUESTO ITF | INT | | | | | | 0909 | .12- | 191,151.14 |
| 28-08 | | ENTREGA C/CHEQUES FUE | INT | | 000-000 | 000233 | | | 2903 | 1,916.55 | 193,067.69 |
| 28-08 | 29-08 | O/B Local    1,916.55 | | | | | | | | | |
| 28-08 | | LETRAS COBRANZA | INT | | 193-000 | 817529 | | | 2912 | 22,749.52 | 215,817.21 |
| 28-08 | | ENTREGA C/CHEQUES FUE | INT | | 000-000 | 000234 | | | 2903 | 40,272.63 | 256,089.84 |
| 28-08 | 29-08 | O/B Local    40,272.63 | | | | | | | | | |
| 28-08 | | ENTREGA C/CHEQUES FUE | INT | | 000-000 | 000232 | | | 2903 | 46,556.87 | 302,646.71 |
| 28-08 | 29-08 | O/B Local.    46,556.87 | | | | | | | | | |
| | | IMPUESTO ITF | INT | | | | | | 0909 | 89.17- | 302,557.54 |
| | | LETRAS COBRANZA | INT | | 193-000 | 823109 | | | 2912 | 579.12 | 303,136.66 |
| 30-08 | | IMPUESTO ITF | INT | | | | | | 0909 | .46- | 303,136.20 |
| 31-08 | 30-08 | AB.TR.EXT-TT596119 | VEN | SUC LIMA | 191-000 | 089601 | 12:02 | | 2004 | 2,324.08 | 305,460.28 |
| 31-08 | | LETRAS COBRANZA | INT | | 193-000 | 946155 | | | 2912 | 6,415.39 | 311,875.59 |
| 31-08 | | PORTE ESTADO CUENTA | N INT | | 193-000 | 911529 | | | 4991 | 1.00- | 311,874.59 |
| 31-08 | | MANTENIMIENTO | N INT | | | | | | 0101 | 8.00- | 311,866.59 |
| 31-08 | | IMPUESTO ITF | INT | | | | | | 0909 | 6.98- | 311,859.61 |

DETALLE DE LA COMISION POR PROCESO DE OPERACIONES DEL PRESENTE MES

| | TIPO DE OPERACION | NUMERO DE OPERACIONES LIBRES | NUMERO DE OPERACIONES ADICIONALES | SUB-TOTAL COMISION |
|---|---|---|---|---|
| I. TRANSACCIONES EN EFECTIVO, CHEQUES Y CARGOS MANUALES | 1001 1009 1010 1018 2903 3801 3902 3011 3901 3902 4001 4002 4005 4006 4007 4012 4014 4015 4016 4017 4018 4019 4024 4028 4029 | 12 | | |
| | TOTAL COMISION | | | |

CHEQUES PARADOS

| NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO |
|---|---|---|---|---|---|---|---|
| 03594027 | 161.00 | | | | | | |

Impreso por Escala S.A.

N221A (08-02)



# BANCO INTERAMERICANO
## DE FINANZAS

WR GRACE & CO
SEDE CENTRAL
CASILLA 175
SAN ISIDRO          LIMA 27
193271              (1250)

**ESTADO DE CUENTA CONSOLIDADO**
Mes: AGOSTO 2006
Página    1

**CUENTA INTERAMERICANA SOLES No. 007000107847**          **CCI Nro. 038-100-107000107847-48**

| DIA | VALOR | CONCEPTO Y N° DE DOC | CARGO | ABONO | SALDO |
|---|---|---|---|---|---|
| 02 | | COMPRA DE M/E CON CTA CTE LADO | | 193,600.00 | 200,146.88 |
| 02 | | PROC.CAMARA CHEQ. 000000079 | 2,820.00 | | 197,326.88 |
| 02 | | ITF. %.080 CHEQ. 000000079 | 2.25 | | 197,324.63 |
| 03 | | CHEQUE : 000000084 | 300.00 | | 197,024.63 |
| 03 | | IMPUESTO ITF | .24 | | 197,024.39 |
| 04 | | CHEQUE : 000000082 | 7,225.10 | | 189,799.29 |
| 04 | | IMPUESTO ITF | 5.78 | | 189,793.51 |
| 04 | | CHEQUE : 000000083 | 1,559.15 | | 188,224.36 |
| 04 | | IMPUESTO ITF | 1.25 | | 188,223.11 |
| 07 | | PROC.CAMARA CHEQ. 000000080 | 555.60 | | 187,667.51 |
| 07 | | ITF. %.080 CHEQ. 000000080 | .44 | | 187,667.07 |
| 07 | | PROC.CAMARA CHEQ. 000000081 | 133.34 | | 187,533.73 |
| 07 | | ITF. %.080 CHEQ. 000000081 | .10 | | 187,533.63 |
| 07 | | CAR.SUNAT 1180610133835013 00 | 44,052.00 | | 143,481.63 |
| 07 | | ITF SUNAT:1180610133835013 00 | 35.24 | | 143,446.39 |
| 08 | | CAR.SUNAT 1180610134773011 00 | 42,622.00 | | 100,824.39 |
| 08 | | ITF SUNAT:1180610134773011 00 | 34.09 | | 100,790.30 |
| 08 | | CAR.SUNAT 1180610134852019 00 | 69,156.00 | | 31,634.30 |
| 08 | | ITF SUNAT:1180610134852019 00 | 55.32 | | 31,578.98 |
| 08 | | CHEQUE : 000000087 | 900.00 | | 30,678.98 |
| 08 | | IMPUESTO ITF | .72 | | 30,678.26 |
| 09 | | COMPRA DE M/E CON CTA CTE LADO | | 321,500.00 | 352,178.26 |
| 09 | | PROC.CAMARA CHEQ. 000000065 | 920.02 | | 351,258.24 |
| 09 | | ITF. %.080 CHEQ. 000000065 | .73 | | 351,257.51 |
| 09 | | PROC.CAMARA CHEQ. 000000066 | 988.82 | | 350,268.69 |
| 09 | | ITF. %.080 CHEQ. 000000066 | .79 | | 350,267.90 |
| 09 | | CAR.SUNAT 1180610134776018 00 | 50,130.00 | | 300,137.90 |
| 09 | | ITF SUNAT:1180610134776018 00 | 40.10 | | 300,097.80 |
| 09 | | CAR.SUNAT 1180610134776010 00 | 50,792.00 | | 249,305.80 |
| 09 | | ITF SUNAT:1180610134776010 00 | 40.63 | | 249,265.17 |
| 09 | | CAR.SUNAT 1180610134776013 00 | 50,130.00 | | 199,135.17 |
| 09 | | ITF SUNAT:1180610134776013 00 | 40.10 | | 199,095.07 |
| 09 | | CAR.SUNAT 1180610135514013 00 | 51,887.00 | | 147,208.07 |
| 09 | | ITF SUNAT:1180610135514013 00 | 41.50 | | 147,166.57 |
| 11 | | CAR.SUNAT 1180610137426010 00 | 45,384.00 | | 101,782.57 |
| 11 | | ITF SUNAT:1180610137426010 00 | 36.30 | | 101,746.27 |
| 14 | | COMPRA DE M/E CON CTA CTE LADO | | 289,800.00 | 391,546.27 |
| 15 | | CAR.SUNAT 1180610139073016 00 | 22,073.00 | | 369,473.27 |
| 15 | | ITF SUNAT:1180610139073016 00 | 17.65 | | 369,455.62 |
| 15 | | CAR.SUNAT 1180610139334015 00 | 17,931.00 | | 351,524.62 |
| 15 | | ITF SUNAT:1180610139334015 00 | 14.34 | | 351,510.28 |
| 16 | | PROC.CAMARA CHEQ. 000000088 | 13,650.00 | | 337,860.28 |
| 16 | | ITF. %.080 CHEQ. 000000088 | 10.92 | | 337,849.36 |
| 16 | | PROC.CAMARA CHEQ. 000000089 | 264,820.00 | | 73,029.36 |
| 16 | | ITF. %.080 CHEQ. 000000089 | 211.85 | | 72,817.51 |
| 16 | | PROC.CAMARA CHEQ. 000000090 | 2,555.00 | | 70,262.51 |
| 16 | | ITF. %.080 CHEQ. 000000090 | 2.04 | | 70,260.47 |
| 21 | | CHEQUE : 000000091 | 10,000.00 | | 60,260.47 |
| 21 | | IMPUESTO ITF | 8.00 | | 60,252.47 |
| 22 | | I/S-220806 I079607 | 628.00 | | 59,624.47 |
| 22 | | ITF I/S-220806 I079607 | .50 | | 59,623.97 |
| 22 | | I/S-220806 I079608 | 2,707.02 | | 56,916.95 |
| 22 | | ITF I/S-220806 I079608 | 2.16 | | 56,914.79 |



**BANCO INTERAMERICANO**
**DE FINANZAS**

WR GRACE & CO
SEDE CENTRAL
CASILLA 175
SAN ISIDRO          LIMA 27
193271                    (1256)

**ESTADO DE CUENTA CONSOLIDADO**
Mes:  AGOSTO 2006
Página      2

**CUENTA INTERAMERICANA SOLES No. 007000107847**          **CCI Nro. 038-100-107000107847-48**

| DIA | VALOR | CONCEPTO Y Nº DE DOC | CARGO | ABONO | SALDO |
|---|---|---|---|---|---|
| 23 | | COMPRA DE M/E CON CTA CTE LADO | | 322,600.00 | 379,714.79 |
| 23 | | CHEQUE :  000000095 | 1,200.00 | | 378,514.79 |
| 23 | | IMPUESTO ITF | .96 | | 378,513.83 |
| 24 | | PROC.CAMARA CHEQ. 000000093 | 2,692.99 | | 375,820.84 |
| 24 | | ITF. %.080  CHEQ. 000000093 | 2.15 | | 375,818.69 |
| 25 | | CHEQUE :  000000092 | 517.36 | | 375,301.33 |
| 25 | | IMPUESTO ITF | .41 | | 375,300.92 |
| 25 | | PAGO LUZ DEL SUR (D 584565 | 651.20 | | 374,649.72 |
| 25 | | ITF PAGO LUZ DEL SUB (D.584586 | .52 | | 374,649.20 |
| 29 | | CAR.SUNAT 1160610150662015 00 | 63,352.00 | | 311,297.20 |
| 29 | | ITF SUNAT:1160610150662015 00 | 50.68 | | 311,236.52 |
| 29 | | CAR.SUNAT 1160610150656010 00 | 70,602.00 | | 240,634.52 |
| 29 | | ITF SUNAT:1160610150656010 00 | 58.48 | | 240,576.04 |
| 31 | | INTERESES | | 98.02 | 240,676.06 |
| 31 | | CARGO POR MANTENIMIENTO CTA | 25.00 | | 240,651.06 |
| 31 | | CARGO EMISION EDO DE CUENTA | 9.00 | | 240,642.06 |
| | | SALDO A LA FECHA  SOL | | | 240,642.06 |

Saldo Inicial a la Fecha          6,346.88
Saldo Final a la Fecha          240,642.06

**CUENTA INTERAMERICANA DOLARES No. 007000107707**          **CCI Nro. 038-100-207000107707-43**

| DIA | VALOR | CONCEPTO Y Nº DE DOC | CARGO | ABONO | SALDO |
|---|---|---|---|---|---|
| 01 | | PROC.CAMARA CHEQ. 000000108 | 3,064.25 | | 191,225.34 |
| 01 | | ITF. %.080  CHEQ. 000000108 | 2.45 | | 191,222.89 |
| 01 | | PROC.CAMARA CHEQ. 000000109 | 35.00 | | 191,187.89 |
| 01 | | ITF. %.080  CHEQ. 000000109 | .02 | | 191,187.87 |
| 02 | | ABONO LETRAS PRIN 311110070410 | | 9,163.00 | 200,350.87 |
| 02 | | ABONO LETRAS INTE 311110070410 | | 15.68 | 200,366.55 |
| 02 | | ABONO LETRAS INTE 311110070410 | | 43.91 | 200,410.46 |
| 02 | | COMPRA M/E LADO M/E DEBITO A C | 60,000.00 | | 140,410.46 |
| 02 | | COMIS. AL CEDENTE 311110070410 | 3.00 | | 140,407.46 |
| 03 | | ABONO LETRAS PRIN 311110070403 | | 282.74 | 140,690.20 |
| 03 | | ABONO LETRAS INTE 311110070403 | | .48 | 140,690.68 |
| 03 | | ABONO LETRAS INTE 311110070403 | | 1.35 | 140,692.03 |
| 03 | | ABONO LETRAS PRIN 311110070403 | | 7,897.88 | 148,589.91 |
| 03 | | ABONO LETRAS INTE 311110070403 | | 13.52 | 148,603.43 |
| 03 | | ABONO LETRAS INTE 311110070403 | | 37.84 | 148,641.27 |
| 03 | | COMIS. AL CEDENTE 311110070403 | 3.00 | | 148,638.27 |
| 03 | | COMIS. AL CEDENTE 311110070403 | 3.00 | | 148,635.27 |
| 04 | | PROC.CAMARA CHEQ. 000000110 | 344.25 | | 148,291.02 |
| 04 | | ITF. %.080  CHEQ. 000000110 | .27 | | 148,290.75 |
| 08 | | CHEQUE :  000000112 | 1,000.00 | | 147,290.75 |
| 08 | | IMPUESTO ITF | .80 | | 147,289.95 |
| 09 | | PROC.CAMARA CHEQ. 000000111 | 988.25 | | 146,301.70 |
| 09 | | ITF. %.080  CHEQ. 000000111 | .79 | | 146,300.91 |
| 09 | | COMPRA M/E LADO M/E DEBITO A C | 100,000.00 | | 46,300.91 |
| 09 | | W/T-090806 COMISION S024416 | 40.00 | | 46,260.91 |
| 09 | | W/T-090806 I.T.F.  S024416 | .37 | | 46,260.54 |
| 09 | | W/T-090806 I.T.F.  S024416 | .03 | | 46,260.51 |
| 09 | | W/T-090806 S024416 | 464.00 | | 45,796.51 |
| 11 | | ABONO LETRAS PRIN 311110070969 | | 9,572.36 | 55,368.87 |



**BANCO INTERAMERICANO**
**DE FINANZAS**

WR GRACE & CO
SEDE CENTRAL
CASILLA 175
SAN ISIDRO                    LIMA 27
193271                       (1250)

**ESTADO DE CUENTA CONSOLIDADO**
Mes: AGOSTO 2006
Página      3

---

CUENTA INTERAMERICANA DOLARES No. 007000107707                    CCI Nro. 038-100-207000107707-43

| DIA | VALOR | CONCEPTO Y N° DE DOC | CARGO | ABONO | SALDO |
|-----|-------|----------------------|-------|-------|-------|
| 11 | | ABONO LETRAS INTE 311110070969 | | 10.24 | 55,379.11 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 28.64 | 55,407.75 |
| 11 | | ABONO LETRAS PRIN 311110070969 | | 17,416.78 | 72,824.53 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 18.64 | 72,843.17 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 52.11 | 72,895.28 |
| 11 | | ABONO LETRAS PRIN 311110070969 | | 6,863.92 | 79,759.20 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 7.35 | 79,766.55 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 20.54 | 79,787.09 |
| 11 | | ABONO LETRAS PRIN 311110070969 | | 5,804.82 | 85,591.91 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 6.20 | 85,598.11 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 17.37 | 85,615.48 |
| 11 | | ABONO LETRAS PRIN 311110070969 | | 11,050.61 | 96,666.09 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 11.81 | 96,677.90 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 33.06 | 96,710.96 |
| 11 | | ABONO LETRAS PRIN 311110070969 | | 866.32 | 97,577.28 |
| 11 | | ABONO LETRAS INTE 311110070969 | | .76 | 97,578.04 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 3.11 | 97,581.15 |
| 11 | | ABONO LETRAS PRIN 311110070969 | | 8,553.72 | 106,134.87 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 7.32 | 106,142.19 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 20.47 | 106,162.66 |
| 11 | | ABONO LETRAS PRIN 311110070969 | | 18,978.26 | 125,140.92 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 16.24 | 125,157.16 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 68.16 | 125,225.32 |
| 11 | | ABONO LETRAS PRIN 311110070969 | | 10,295.88 | 135,521.20 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 6.60 | 135,527.80 |
| 11 | | ABONO LETRAS INTE 311110070969 | | 30.81 | 135,558.61 |
| 11 | | DEPOSITO   001327611 | | 32,753.86 | 168,312.47 |
| 11 | | PROC.CAMARA CHEQ. 000000113 | 381.11 | | 167,931.36 |
| 11 | | ITF.%.080 CHEQ. 000000113 | .30 | | 167,931.06 |
| 11 | | COMIS. AL CEDENTE 311110070969 | 3.00 | | 167,928.06 |
| 11 | | COMIS. AL CEDENTE 311110070969 | 3.00 | | 167,925.06 |
| 11 | | COMIS. AL CEDENTE 311110070969 | 3.00 | | 167,922.06 |
| 11 | | COMIS. AL CEDENTE 311110070969 | 3.00 | | 167,919.06 |
| 11 | | COMIS. AL CEDENTE 311110070969 | 3.00 | | 167,916.06 |
| 11 | | IMPUESTO ITF | 26.20 | | 167,889.86 |
| 11 | | COMIS. AL CEDENTE 311110070969 | 3.00 | | 167,886.86 |
| 11 | | COMIS. AL CEDENTE 311110070969 | 3.00 | | 167,883.86 |
| 11 | | COMIS. AL CEDENTE 311110070969 | 3.00 | | 167,880.86 |
| 11 | | COMIS. AL CEDENTE 311110070969 | 3.00 | | 167,877.86 |
| 14 | | DEPOSITO   013277387 | | 87,341.65 | 255,219.51 |
| 14 | | CHEQUE :  000000114 | 500.00 | | 254,719.51 |
| 14 | | IMPUESTO ITF | .40 | | 254,719.11 |
| 14 | | COMPRA M/E LADO M/E DEBITO A C | 90,000.00 | | 164,719.11 |
| 14 | | IMPUESTO ITF | 69.87 | | 164,649.24 |
| 14 | | CHEQUE :  000000116 | 500.00 | | 164,149.24 |
| 14 | | IMPUESTO ITF | .40 | | 164,148.84 |
| 16 | | PROC.CAMARA CHEQ. 000000117 | 59.50 | | 164,089.34 |
| 16 | | ITF.%.080 CHEQ. 000000117 | .04 | | 164,089.30 |
| 16 | | PROC.CAMARA CHEQ. 000000118 | 526.85 | | 163,562.45 |
| 16 | | ITF.%.080 CHEQ. 000000118 | .42 | | 163,562.03 |
| 17 | | DEPOSITO   001321422 | | 449.82 | 164,011.85 |
| 17 | | PROC.CAMARA CHEQ. 000000119 | 38.00 | | 163,973.85 |
| 17 | | ITF.%.080 CHEQ. 000000119 | .03 | | 163,973.82 |



# BANCO INTERAMERICANO
## DE FINANZAS

WR GRACE & CO
SEDE CENTRAL
CASILLA 175
SAN ISIDRO          LIMA 27
193271              (1250)

**ESTADO DE CUENTA CONSOLIDADO**
Mes:  AGOSTO 2006
Página     4

---

**CUENTA INTERAMERICANA DOLARES No. 007000107707**        **CCI Nro. 038-100-207000107707-43**

| DIA | VALOR | CONCEPTO Y N° DE DOC | CARGO | ABONO | SALDO |
|-----|-------|---------------------|-------|-------|-------|
| 17 | | IMPUESTO ITF | .35 | | 163,973.47 |
| 21 | | DEPOSITO   001331183 | | 72,828.89 | 236,802.36 |
| 21 | | PROC.CAMARA CHEQ. 000000120 | 168.00 | | 236,634.36 |
| 21 | | ITF. %.080 CHEQ. 000000120 | .13 | | 236,634.23 |
| 21 | | PROC.CAMARA CHEQ. 000000122 | 154.90 | | 236,479.33 |
| 21 | | ITF. %.080 CHEQ. 000000122 | .12 | | 236,479.21 |
| 21 | | IMPUESTO ITF | 58.26 | | 236,420.95 |
| 23 | | COMPRA M/E LADO M/E DEBITO A C | 100,000.00 | | 136,420.95 |
| 23 | | CHEQUE :  000000127 | 3,000.00 | | 133,420.95 |
| 23 | | IMPUESTO ITF | 2.40 | | 133,418.55 |
| 23 | | COMISION CHEQUERA | 5.00 | | 133,413.55 |
| 23 | | COMISION CHEQUERA | 5.00 | | 133,408.55 |
| 23 | | COMISION CHEQUERA | 5.00 | | 133,403.55 |
| 24 | | PROC.CAMARA CHEQ. 000000125 | 671.16 | | 132,732.39 |
| 24 | | ITF. %.080 CHEQ. 000000125 | .53 | | 132,731.86 |
| 24 | | PROC.CAMARA CHEQ. 000000126 | 509.64 | | 132,222.22 |
| 24 | | ITF. %.080 CHEQ. 000000126 | .40 | | 132,221.82 |
| 24 | | CHEQUE :  000000129 | 2,000.00 | | 130,221.82 |
| 24 | | IMPUESTO ITF | 1.60 | | 130,220.22 |
| 25 | | PROC.CAMARA CHEQ. 000000128 | 804.50 | | 129,415.72 |
| 25 | | ITF. %.080 CHEQ. 000000128 | .64 | | 129,415.08 |
| 26 | | PROC.CAMARA CHEQ. 000000124 | 613.46 | | 128,801.62 |
| 26 | | ITF. %.080 CHEQ. 000000124 | .49 | | 128,801.13 |
| 29 | | PROC.CAMARA CHEQ. 000000131 | 948.86 | | 127,852.27 |
| 29 | | ITF. %.080 CHEQ. 000000131 | .75 | | 127,851.52 |
| 31 | | INTERESES | | 48.38 | 127,899.90 |
| 31 | | CHEQUE :  000000132 | 396.00 | | 127,503.90 |
| 31 | | IMPUESTO ITF | .31 | | 127,503.59 |
| | | SALDO A LA FECHA  USD | | | 127,503.59 |

Saldo Inicial a la Fecha     194,289.59
Saldo Final a la Fecha       127,503.59



**BANCO INTERAMERICANO**
**DE FINANZAS**

WR GRACE & CO
SEDE CENTRAL
CASILLA 176
SAN ISIDRO                    LIMA 27
193271                            (1250)

**ESTADO DE CUENTA CONSOLIDADO**
Mes:   AGOSTO 2006
Página         5

---

Estimado Cliente:

¿Sabías que tus Transferencias Interbancarias en el BIF  (personas naturales)  no tienen costo?. Consulta por las características de esta promoción en cualquiera de nuestras agencias.

Además tus operaciones en nuestra red de cajeros automáticos BIFnet con tu Tarjeta de Débito  del BIF no tienen costo, si aún no la tienes solicítala en cualquiera de nuestras agencias.

SU FUNCIONARIO DE NEGOCIOS ES : (1250)  MARTINEZ RAYGADA PAOLA  TELF : 2113000

AVISO : ESTE ESTADO SE PRESUMIRA CONFORME PASADOS 30 DIAS.



FIRST NATIONAL BANK OF MONTANA    002 00001 00        PAGE:        1
504 MINERAL AVENUE                ACCOUNT:      1049097  08/31/2006
LIBBY, MONTANA 59923              DOCUMENTS:            0

TELEPHONE:406-293-0280



KOOTENAI DEVELOPMENT COMPANY                      30
2489 MOSS LANE                                     0
OAK HARBOR WA  98277                               0

```
========================================================================
                        COMMERCIAL ACCOUNT 1049097
========================================================================
        DESCRIPTION          DEBITS      CREDITS   DATE        BALANCE

BALANCE LAST STATEMENT ............................. 07/31/06   46,468.00
SERVICE CHARGE              5.00                      08/31/06   46,463.00
BALANCE THIS STATEMENT ............................. 08/31/06   46,463.00

    TOTAL CREDITS    (0)           .00  MINIMUM BALANCE          46,468.00
    TOTAL DEBITS     (1)          5.00  AVG AVAILABLE BALANCE    46,468.00
                                        AVERAGE BALANCE          46,468.00

        - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

        TOTAL CHARGE FOR Maintenance Fee:                   5.00

========================================================================
                          CERTIFICATES OF DEPOSIT
========================================================================
    CERTIFICATE  INTEREST    NEXT INT        NEXT INT         CURRENT
      NUMBER      RATE        DATE            AMOUNT           BALANCE

      115386     3.4600     08/21/07B          249.81         7,219.86
               MATURITY: 11/22/07  INTEREST PAID 2006:         191.18

*TOTAL*          3.4600                                        7,219.86
                            TOTAL INTEREST PAID 2006:          191.18
(B) INTEREST WILL BE PAID BY COMPOUNDING
```

# JPMorganChase

**Statement of Account**

In US Dollars

TS

Account No: 601-831985
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Disclaimer Control Code: 000-USA-12
Statement No: 008    506    4
Page 1 of 4

REMEDIUM GROUP INC
W R GRACE & CO
GRACE INTERNATIONAL HOLDINGS, INC.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BLDG. 25
COLUMBIA MD 21104-4098

| | | Credits | Debits | Checks |
|---|---|---|---|---|
| Total Credits | 22 | 953,326.50 | | |
| Total Debits (incl. checks) | 81 | | 953,326.50 | |
| Total Checks Paid | 81 | | | 953,326.50 |

| Opening (01 AUG 2006) Ledger | .00 | Closing (31 AUG 2006) Ledger | .00 |
|---|---|---|---|

| Date | Reference | Balance | Closing Ledger | Description |
|---|---|---|---|---|
| 01 AUG | | | 0.00 | OPENING LEDGER BALANCE |
| 01 AUG | USD OUR: 0608011985WC | **** Balance **** | 106,433.34 | CDS FUNDING / MONEY TRANSFER CREDIT RECEIVED TO / FUND YOUR CONTROLLED DISBURSEMENT / ACCOUNT ACTIVITY AT JPMC |
| | | 106,433.34 **** Balance **** | | PACKAGE LISTING / CLOSING LEDGER BALANCE |
| 01 AUG | USD OUR: 0111000848PP | | 147,050.17 | CDS FUNDING / MONEY TRANSFER CREDIT RECEIVED TO / FUND YOUR CONTROLLED DISBURSEMENT |
| 01 AUG | USD OUR: 0608021985WC | | | ACCOUNT ACTIVITY AT JPMC / PACKAGE LISTING |
| 02 AUG | | 147,050.17 **** Balance **** | | CLOSING LEDGER BALANCE |
| 02 AUG | USD OUR: 0211000840PP | | 5,551.47 | CDS FUNDING / MONEY TRANSFER CREDIT RECEIVED TO / FUND YOUR CONTROLLED DISBURSEMENT |
| 03 AUG | USD OUR: 0608031985WC | | | ACCOUNT ACTIVITY AT JPMC / PACKAGE LISTING |
| | | 5,551.47 **** Balance **** | | CLOSING LEDGER BALANCE |
| 03 AUG | USD OUR: 0311000812PP | | 620.00 | CDS FUNDING / MONEY TRANSFER CREDIT RECEIVED TO / FUND YOUR CONTROLLED DISBURSEMENT |
| 03 AUG | USD OUR: 0608041985WC | | | ACCOUNT ACTIVITY AT JPMC / PACKAGE LISTING |
| 04 AUG | | 620.00 **** Balance **** | | CLOSING LEDGER BALANCE |
| 04 AUG | USD OUR: 0411000761PP | | 500.00 | CDS FUNDING / MONEY TRANSFER CREDIT RECEIVED TO / FUND YOUR CONTROLLED DISBURSEMENT |
| 04 AUG | USD OUR: 0608071985WC | | | ACCOUNT ACTIVITY AT JPMC / PACKAGE LISTING |
| 07 AUG | | 500.00 **** Balance **** | | CLOSING LEDGER BALANCE |
| 07 AUG | USD OUR: 0711000846PP | | .00 | |

FT CODE:

USD - SAME DAY FUNDS          US1 - ONE DAY FLOAT          US3 - THREE DAY FLOAT          US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS          US2 - TWO DAY FLOAT          US4 - FOUR DAY FLOAT          USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.

011822

# JPMorganChase

**Statement of Account**

In US Dollars

TS

Account No:           801-831985
Statement Start Date:  01 AUG 2006
Statement End Date:    31 AUG 2006
Statement Code:        000-USA-12
Statement No:          008    508
                       Page 2 of 4

REMEDIUM GROUP INC
W R GRACE & CO
GRACE INTERNATIONAL HOLDINGS, INC.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE BLDG. 25
COLUMBIA MD 21104-4098

| Date | | | | Amount | Balance | Description |
|---|---|---|---|---|---|---|
| 08AUG | USD | OUR: | 060808195WC | 40,275.01 | | CDS FUNDING<br>MONEY TRANSFER CREDIT RECEIVED TO<br>FUND YOUR CONTROLLED DISBURSEMENT<br>ACCOUNT ACTIVITY AT JPMC<br>PACKAGE LISTING |
| | | | | | 40,275.01 ****Balance**** | CLOSING LEDGER BALANCE |
| 08AUG<br>08AUG<br>09AUG | USD<br>USD | OUR:<br>OUR: | 0811000798PP<br>0608091985WC | 8,636.62<br>.00 | | CDS FUNDING<br>MONEY TRANSFER CREDIT RECEIVED TO<br>FUND YOUR CONTROLLED DISBURSEMENT<br>ACCOUNT ACTIVITY AT JPMC<br>PACKAGE LISTING |
| | | | | | 8,636.62 ****Balance**** | CLOSING LEDGER BALANCE |
| 09AUG<br>09AUG<br>10AUG | USD<br>USD | OUR:<br>OUR: | 0911000819PP<br>0608101985WC | 1,074.18<br>.00 | | CDS FUNDING<br>MONEY TRANSFER CREDIT RECEIVED TO<br>FUND YOUR CONTROLLED DISBURSEMENT<br>ACCOUNT ACTIVITY AT JPMC<br>PACKAGE LISTING |
| | | | | | 1,074.18 ****Balance**** | CLOSING LEDGER BALANCE |
| 10AUG<br>10AUG<br>11AUG | USD<br>USD | OUR:<br>OUR: | 1011000796PP<br>0608111985WC | 3,409.29<br>.00 | | CDS FUNDING<br>MONEY TRANSFER CREDIT RECEIVED TO<br>FUND YOUR CONTROLLED DISBURSEMENT<br>ACCOUNT ACTIVITY AT JPMC<br>PACKAGE LISTING |
| | | | | | 3,409.29 ****Balance**** | CLOSING LEDGER BALANCE |
| 11AUG<br>11AUG<br>15AUG | USD<br>USD | OUR:<br>OUR: | 1111000801PP<br>0608151985WC | 18,794.38<br>.00 | | CDS FUNDING<br>MONEY TRANSFER CREDIT RECEIVED TO<br>FUND YOUR CONTROLLED DISBURSEMENT<br>ACCOUNT ACTIVITY AT JPMC<br>PACKAGE LISTING |
| | | | | | 18,794.38 ****Balance**** | CLOSING LEDGER BALANCE |
| 15AUG<br>15AUG<br>16AUG | USD<br>USD | OUR:<br>OUR: | 1511000800PP<br>0608161985WC | 1,813.81<br>.00 | | CDS FUNDING<br>MONEY TRANSFER CREDIT RECEIVED TO<br>FUND YOUR CONTROLLED DISBURSEMENT<br>ACCOUNT ACTIVITY AT JPMC<br>PACKAGE LISTING |
| | | | | | 1,813.81 ****Balance**** | CLOSING LEDGER BALANCE |
| 16AUG<br>16AUG<br>17AUG | USD<br>USD | OUR:<br>OUR: | 1611000799PP<br>0608171985WC | 52,811.29<br>.00 | | CDS FUNDING<br>MONEY TRANSFER CREDIT RECEIVED TO<br>FUND YOUR CONTROLLED DISBURSEMENT<br>ACCOUNT ACTIVITY AT JPMC<br>PACKAGE LISTING |
| | | | | | 52,811.29 ****Balance**** | CLOSING LEDGER BALANCE |
| 17AUG<br>17AUG<br>18AUG | USD<br>USD | OUR:<br>OUR: | 1711000784PP<br>0608181985WC | 7,917.03<br>.00 | | CDS FUNDING<br>MONEY TRANSFER CREDIT RECEIVED TO<br>FUND YOUR CONTROLLED DISBURSEMENT<br>ACCOUNT ACTIVITY AT JPMC |

# JPMOrganChase

## Statement of Account

In US Dollars

Account No: 601-831985
Statement Start Date: 01 AUG 2006
Statement End Date: 31 AUG 2006
Statement Code: 000-USA-12
Statement No: 008    506
Page 3 of 4

TS

REMEDIUM GROUP INC
W R GRACE & CO
GRACE INTERNATIONAL HOLDINGS, INC.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE BLDG 25
COLUMBIA MD 21104-4098

| Date | Detail | Credit Amount |
|---|---|---|
| 18AUG 18AUG 18AUG | USD OUR: 1811000800PP    7,917.03 USD OUR: 060821198SWC    **** Balance **** | PACKAGE LISTING CLOSING LEDGER BALANCE    .00 MONEY TRANSFER CREDIT RECEIVED TO    1,600.00 FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVING AT JPMC |
| 21AUG 21AUG 22AUG | USD OUR: 2111000815PP    1,600.00 USD OUR: 060822198SWC    **** Balance **** | CLOSING LEDGER BALANCE PACKAGE LISTING CLOSING LEDGER BALANCE    .00 MONEY TRANSFER CREDIT RECEIVED TO    127,836.73 FUND YOUR CONTV IN AT JPMC ACCOUNT ACTIVING AT JPMC |
| 22AUG 22AUG 23AUG | USD OUR: 2211000819PP    127,836.73 USD OUR: 060823198SWC    **** Balance **** | PACKAGE LISTING CLOSING LEDGER BALANCE    .00 MONEY TRANSFER CREDIT RECEIVED TO    20,148.82 FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVING AT JPMC |
| 23AUG 23AUG 24AUG | USD OUR: 2311000822PP    20,148.82 USD OUR: 060824198SWC    **** Balance **** | PACKAGE LISTING CLOSING LEDGER BALANCE    .00 MONEY TRANSFER CREDIT RECEIVED TO    1,966.49 FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVING AT JPMC |
| 24AUG 24AUG 25AUG | USD OUR: 2411000780PP    1,966.49 USD OUR: 060825198SWC    **** Balance **** | PACKAGE LISTING CLOSING LEDGER BALANCE    .00 MONEY TRANSFER CREDIT RECEIVED TO    174.93 FUND YOUR CONTV IN AT JPMC ACCOUNT ACTIVING AT JPMC |
| 25AUG 25AUG 28AUG | USD OUR: 2511000791PP    174.93 USD OUR: 060828198SWC    **** Balance **** | CLOSING LEDGER BALANCE PACKAGE LISTING CLOSING LEDGER BALANCE    .00 MONEY TRANSFER CREDIT RECEIVED TO    250.00 FUND YOUR CONTV IN AT JPMC ACCOUNT ACTIVING AT JPMC |
| 28AUG 28AUG 29AUG | USD OUR: 2811000833PP    250.00 USD OUR: 060829198SWC    **** Balance **** | PACKAGE LISTING CLOSING LEDGER BALANCE    .00 MONEY TRANSFER CREDIT RECEIVED TO    6,479.10 FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVING AT JPMC |
| 29AUG 29AUG 30AUG | USD OUR: 2911000768PP    6,479.10 USD OUR: 060830198SWC    **** Balance **** | PACKAGE LISTING CLOSING LEDGER BALANCE    .00 MONEY TRANSFER CREDIT RECEIVED TO    399,584.30 |

01 18227 4/02

**JPMorganChase**

## Statement of Account

In US Dollars

TS

REMEDIUM GROUP INC
W R GRACE & CO
GRACE INTERNATIONAL HOLDINGS, INC.
ATTN: CORPORATE ACCOUNTING
7500 GRACE DRIVE, BLDG. 25
COLUMBIA   MD   21104-4098

Account No:          601-831985
Statement Start Date:   01 AUG 2006
Statement End Date:     31 AUG 2006
Statement Code:        000-USA-12
Statement No:          008      506
                       Page  4  of  4

| | | | | |
|---|---|---|---|---|
| 30AUG | | USD  OUR: 3011000777PP | 399,584.30 | FUND YOUR CONTROLLED DISBURSEMENT |
| 30AUG | | | | ACCOUNT ACTIVITY AT JPMC |
| 31AUG | | USD  OUR: 0608311985WC | \*\*\*\* Balance \*\*\*\* | PACKAGE LISTING |
| | | | | CLOSING LEDGER BALANCE            .00 |
| | | | | CDS FUNDING                     399.54 |
| | | | | MONEY TRANSFER CREDIT RECEIVED TO |
| 31AUG | | USD  OUR: 3111000789PP | 399.54 | FUND YOUR CONTROLLED DISBURSEMENT |
| 31AUG | | | \*\*\*\* Balance \*\*\*\* | ACCOUNT ACTIVITY AT JPMC |
| | | | | PACKAGE LISTING |
| | | | | CLOSING LEDGER BALANCE            .00 |

01 1822  4/02

JPMORGAN CHASE
STATEMENT PROOF
AS OF 08/31/06

.00

```
TEAM........... 506
ACCOUNT........ 601831985
ACCOUNT NAME... REMEDIUM GROUP, INC.

OPENING BALANCE.....................  +      953,326.50

    TOTAL DEPOSITS..................  +            .00

    CREDIT MEMOS ...................  +            .00

    RETURN ITEM CREDITS ............  +            .00

    ACH/EFT CREDITS.................  +            .00

    MISCELLANEOUS CREDITS...........  =                    953,326.50

TOTAL NEW CREDITS.....................

                                      -      953,326.50

    CHECKS AS PAID PER DDA..........  -            .00

    DEBIT MEMOS ....................  -            .00

    ACH/EFT DEBITS..................  -            .00

    MISCELLANEOUS DEBITS............  =                    953,326.50

TOTAL NEW DEBITS......................  =                          .00

    CLOSING BALANCE.................
```

PREP BY:

JPMORGANCHASE 5801 EAST TAFT ROAD, NORTH SYRACUSE, NY 13212
TELEPHONE: 800 235 6286 FACSIMILE: 315 452 4396



**Citibank, N.A. - Puerto Rico**
**Member FDIC**

Page    1 of 16

**DAREX PR**

DAREX PUERTO RICO INC
C/O W.R. GRACE & CO.
ATTN: PAUL MILLIKEN
62 WHITTEMORE AVE
CAMBRIDGE, MA, 02140

**Account Number: 0/300153/011**
**Statement Period**
Jul 28, 2006 - Aug 25, 2006

**CORPORATE ACCOUNT AS OF August 25, 2006**        **4704   REGULAR STATEMENT**

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| **OPENING BALANCE** | | **6,326,272.77** |
| 64 | DEBITS | 237,752.34 |
| | 61 CHECKS | 235,415.10 |
| | 3 NON-CHECKS | 2,337.24 |
| 11 | CREDITS | 546,616.52 |
| | 11 DEPOSITS | 546,616.52 |
| | 0 NON-DEPOSITS | 0.00 |
| **CLOSING LEDGER** | | **6,635,136.95** |

**NEW ENHANCEMENT - CDROM STATEMENTS**

Now you can just click the check number with your mouse to retrieve the check image. Please be advised that if you receive the statement in two or more CD ROMs, you may be required to access more than one CD. Citibank is committed to providing customers with the tools to satisfy your financial needs. Should you have any comments regarding this enhancement please contact your Relationship Officer or CitiService at 767-771-2800.

## DEPOSIT LIST

| Deposit No. | Date | Amount | Deposit No. | Date | Amount |
|---|---|---|---|---|---|
| | 07-28 | 54,453.65 | | 08-16 | 108,649.23 |
| | 07-31 | 56,439.96 | | 08-17 | 121,353.59 |
| | 08-04 | 43,336.01 | | 08-22 | 41,176.71 |
| | 08-09 | 22,729.18 | | 08-23 | 38,009.58 |
| | 08-14 | 17,130.12 | | 08-25 | 23,316.64 |
| | 08-15 | 20,022.85 | | | |

## CHECKS PAID

| Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|
| 18268 | 08-10 | 240.00 | 18349 | 08-22 | 360.00 |
| 18280 | 08-24 | 245.00 | 18350 | 08-11 | 2,312.00 |
| 18288 | 08-22 | 242.99 | 18351 | 08-11 | 11,483.99 |
| 18289 | 08-02 | 578.00 | 18352 | 08-15 | 19.55 |
| 18291 | 08-03 | 65.00 | 18353 | 08-14 | 55.20 |
| 18308 | 07-31 | 58.00 | 18354 | 08-21 | 65.00 |
| 18314 | 08-15 | 91.65 | 18355 | 08-10 | 68.00 |
| 18330 | 08-08 | 289.00 | 18356 | 08-15 | 91.65 |
| 18333 | 08-15 | 109.98 | 18357 | 08-14 | 150.00 |
| 18334 | 08-04 | 126.50 | 18358 | 08-14 | 173.76 |
| 18336 | 08-02 | 156.21 | 18359 | 08-08 | 185.97 |
| 18337 | 07-28 | 16,302.94 | 18360 | 08-10 | 213.00 |
| 18340 | 08-07 | 329.53 | 18361 | 08-17 | 248.18 |
| 18341 | 08-04 | 51.75 | 18362 | 08-15 | 465.58 |
| 18342 | 08-01 | 69.22 | 18363 | 08-10 | 1,020.00 |
| 18344 | 08-03 | 1,700.36 | 18364 | 08-08 | 1,328.74 |
| 18345 | 08-02 | 3,576.96 | 18365 | 08-11 | 2,785.00 |
| 18346 | 08-03 | 7,978.80 | 18366 | 08-10 | 3,375.00 |
| 18348 | 08-21 | 105.00 | 18367 | 08-08 | 7,910.36 |

ANY ERROR OR OMISSION ON THIS STATEMENT MUST BE NOTIFIED IN WRITING TO THE ATTENTION OF CITISERVICE UNIT, PO BOX 70301, SAN JUAN, PR 00936-8301; OR CONTACT CITISERVICE AT (787) 771-2800 WITHIN THIRTY (30) DAYS FROM MAILING DATE. YOU ALSO CAN SEND A MESSAGE USING OUR ELECTRONIC MAIL MESSENGER: citiservice.pr@citicorp.com. FAILURE TO DO SO WILL SIGNIFY THAT THE STATEMENT IS CORRECT.



**Citibank, N.A. - Puerto Rico**
**Member FDIC**

Page    2 of 16

DAREX PR
DAREX PUERTO RICO INC

**Account Number: 0/300153/011**
**Statement Period**
**Jul 28, 2006 - Aug 25, 2006**

## CHECKS PAID

| Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|
| 18368 | 08-08 | 14,514.00 | 18386 | 08-25 | 156.17 |
| 18369 | 08-09 | 14,609.11 | 18388 | 08-21 | 600.00 |
| 18371 | 08-11 | 63.56 | 18389 | 08-25 | 2,045.00 |
| 18373 | 08-22 | 91.00 | 16390 | 08-24 | 8,184.00 |
| 18374 | 08-16 | 250.00 | 18391 | 08-22 | 9,368.61 |
| 18375 | 08-23 | 1,276.00 | 101618 | 07-28 | 919.47 |
| 18376 | 08-16 | 19,172.64 | 101619 | 07-28 | 1,071.80 |
| 18377 | 08-16 | 27,361.22 | 101620 | 07-28 | 718.88 |
| 18379 | 08-16 | 66,865.00 | 101621 | 08-14 | 919.46 |
| 18382 | 08-25 | 40.00 | 101622 | 08-17 | 1,071.80 |
| 18383 | 08-25 | 51.75 | 101623 | 08-11 | 718.88 |
|  |  |  | 101626 | 08-25 | 718.88 |

## DESCRIPTIVE ITEMS

| Date | Description | Serial No | Debits | Credits | Balance |
|------|-------------|-----------|--------|---------|---------|
| 07-28 | OPENING BALANCE |  |  |  | 6,326,272.77 |
| 07-28 | TOTAL CHECKS PAID |  | 19,013.09 |  |  |
| 07-28 | TOTAL DEPOSITS |  |  | 54,453.65 | 6,361,713.33 |
| 07-31 | TOTAL CHECKS PAID |  | 58.00 |  |  |
| 07-31 | TOTAL DEPOSITS |  |  | 56,439.96 | 6,418,095.29 |
| 08-01 | TOTAL CHECKS PAID |  | 69.22 |  | 6,418,026.07 |
| 08-02 | NAME: BANKCARD |  | 34.95 |  |  |
|  | ENTRY DESC: MERCH FEES |  |  |  |  |
|  | INDIVIDUAL ID: 430135232538811 |  |  |  |  |
| 08-02 | TOTAL CHECKS PAID |  | 4,311.17 |  | 6,413,679.95 |
| 08-03 | TOTAL CHECKS PAID |  | 9,744.16 |  | 6,403,935.79 |
| 08-04 | TOTAL CHECKS PAID |  | 178.25 |  |  |
| 08-04 | TOTAL DEPOSITS |  |  | 43,336.01 | 6,447,093.55 |
| 08-07 | TOTAL CHECKS PAID |  | 329.53 |  | 6,446,764.02 |
| 08-08 | TOTAL CHECKS PAID |  | 24,228.07 |  | 6,422,535.95 |
| 08-09 | TOTAL CHECKS PAID |  | 14,609.11 |  |  |
| 08-09 | TOTAL DEPOSITS |  |  | 22,729.18 | 6,430,656.02 |
| 08-10 | NAME: TAX SERVICE 702 |  | 1,151.15 |  |  |
|  | ENTRY DESC: PMT IMPND |  |  |  |  |
|  | INDIVIDUAL ID: C3953-007089620 |  |  |  |  |
| 08-10 | TOTAL CHECKS PAID |  | 4,916.00 |  | 6,424,588.87 |
| 08-11 | TOTAL CHECKS PAID |  | 17,363.43 |  | 6,407,225.44 |
| 08-14 | TOTAL CHECKS PAID |  | 1,298.42 |  |  |
| 08-14 | TOTAL DEPOSITS |  |  | 17,130.12 | 6,423,057.14 |
| 08-15 | TOTAL CHECKS PAID |  | 778.41 |  |  |
| 08-15 | TOTAL DEPOSITS |  |  | 20,022.85 | 6,442,301.58 |
| 08-16 | TOTAL CHECKS PAID |  | 113,648.86 |  |  |
| 08-16 | TOTAL DEPOSITS |  |  | 108,649.23 | 6,437,301.95 |
| 08-17 | TOTAL CHECKS PAID |  | 1,319.98 |  |  |
| 08-17 | TOTAL DEPOSITS |  |  | 121,353.59 | 6,557,335.56 |
| 08-21 | TOTAL CHECKS PAID |  | 770.00 |  | 6,556,565.56 |
| 08-22 | TOTAL CHECKS PAID |  | 10,062.60 |  |  |
| 08-22 | TOTAL DEPOSITS |  |  | 41,176.71 | 6,587,679.67 |



Citibank, N.A. - Puerto Rico
Member FDIC

DAREX PR
DAREX PUERTO RICO INC

Page    3 of 16

Account Number: 0/300153/011
Statement Period
Jul 28, 2006 - Aug 25, 2006

## DESCRIPTIVE ITEMS

| Date | Description | Serial No | Debits | Credits | Balance |
|------|-------------|-----------|--------|---------|---------|
| 08-23 | TOTAL CHECKS PAID | | | | |
| 08-23 | TOTAL DEPOSITS | | 1,276.00 | | |
| 08-24 | NAME: TAX SERVICE 702 | | | 38,008.58 | 6,624,412.25 |
| | ENTRY DESC: PMT IMPND | | 1,151.14 | | |
| | INDIVIDUAL ID: C3953-007151908 | | | | |
| 08-24 | TOTAL CHECKS PAID | | | | |
| 08-25 | TOTAL CHECKS PAID | | 8,429.00 | | 6,614,832.11 |
| 08-25 | TOTAL DEPOSITS | | 3,011.80 | | |
| 08-25 | CLOSING BALANCE | | | 23,316.64 | 6,635,136.95 |
| | | | | | 6,635,136.95 |
| **Total Debits/Credits** | | | 237,752.34 | 546,616.52 | |

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**

DAREX PUERTO RICO INC

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

Page    4 of 16

Account Number: 0/300153/011
Statement Period
Jul 28, 2006 - Aug 25, 2006



#18268        8/10/06      $240.00

#18280        8/24/06      $245.00

#18288        8/22/06      $242.99

#18289        8/02/06      $578.00

#18291        8/03/06      $65.00

Citibank, N.A. - Puerto Rico
Member FDIC

Page    5 of 16

**DAREX PR**

DAREX PUERTO RICO INC

Account Number: 0/300153/011
Statement Period
Jul 25, 2006 - Aug 25, 2006

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



#18308          7/31/06          $58.00

#18314          8/15/06          $91.65

#18330          8/08/06          $289.00

#18333          8/15/06          $109.98

#18334          8/04/06          $126.50

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**

DAREX PUERTO RICO INC

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

Page    6 of 16

Account Number: 0/300153/011
Statement Period
Jul 28, 2006 - Aug 25, 2006



#18336        8/02/06        $156.21

 

#18337        7/28/06        $16,302.94

 

#18340        8/07/06        $329.53

 

#18341        8/04/06        $51.75

 

#18342        8/01/06        $69.22

Citibank, N.A. - Puerto Rico
Member FDIC

Page    7 of 16

**DAREX PR**
DAREX PUERTO RICO INC

Account Number: 0/300153/011
Statement Period
Jul 28, 2006 - Aug 25, 2006

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



#18344        8/03/06        $1,700.36



#18345        8/02/06        $3,576.96

 

#18346        8/03/06        $7,978.80

 

#18348        8/21/06        $105.00

#18349        8/22/06        $360.00

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**

DAREX PUERTO RICO INC.

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

Page    8 of 16

Account Number: 0/300153/011
Statement Period
Jul 28, 2006 - Aug 25, 2006

 

#18350      8/11/06      $2,312.00

 

#18351      8/11/06      $11,483.99

 

#18352      8/15/06      $19.55



#18353      8/14/06      $55.20



#18354      8/21/06      $65.00

Citibank, N.A. - Puerto Rico
Member FDIC

Page    9 of 16

**DAREX PR**
DAREX PUERTO RICO INC.

Account Number: 0/300153/011
Statement Period
Jul 28, 2006 - Aug. 25, 2006

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



#18355        8/10/06        $68.00

#18356        8/15/06        $91.65

#18357        8/14/06        $150.00

#18358        8/14/06        $173.76

#18359        8/08/06        $185.97

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC.

Page    10 of 16

Account Number: 0/300153/011
Statement Period
Jul 28, 2006 - Aug 25, 2006

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



#18360          8/10/06          $213.00

#18361          8/17/06          $248.18



#18362          8/15/06          $465.58

#18363          8/10/06          $1,020.00



#18364          8/08/06          $1,328.74

Citibank, N.A. - Puerto Rico
Member FDIC

Page    11 of 16

**DAREX PR**
DAREX PUERTO RICO INC

Account Number: 0/300153/011
Statement Period
Jul 28, 2006 - Aug 25, 2006

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

 

#18365        8/11/06      $2,785.00

 

#18366        8/10/06      $3,375.00

 

#18367        8/08/06      $7,910.36



#18368        8/08/06      $14,514.00



#18369        8/09/06      $14,609.11

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC

Page   12 of 16

Account Number: 0/300153/011
Statement Period
Jul 28, 2006 - Aug 25, 2006

Citibank, N.A. certifica que estas imagenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

 

#18371          8/11/06        $63.56

 

#18373          8/22/06        $91.00

 

#18374          8/16/06        $250.00

 

#18375          8/23/06        $1,276.00

 

#18376          8/16/06        $19,172.64

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC.

Account Number: 0/300153/011
Statement Period
Jul 28, 2006 - Aug 28, 2006

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

 

#18377        8/16/06        $27,361.22

 

#18379        8/16/06        $66,865.00

 

#18382        8/25/06        $40.00



#18383        8/25/06        $51.75

#18386        8/25/06        $156.17

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC.

Page    14 of 16

Account Number: 0/300153/011
Statement Period
Jul 28, 2006 - Aug 25, 2006

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



 

#18388        8/21/06        $600.00

#18389        8/25/06        $2,045.00

 

#18390        8/24/06        $8,184.00

 

#18391        8/22/06        $9,368.61

 

#101618        7/28/06        $919.47

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**

DAREX PUERTO RICO INC.

Account Number: 0/300153/011
Statement Period
Jul 28, 2006 - Aug 25, 2006

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



#101619       7/28/06       $1,071.80



#101620       7/28/06       $718.88



#101621       8/14/06       $919.46



#101622       8/17/06       $1,071.80



#101623       8/11/06       $718.88

Citibank, N.A. - Puerto Rico
Member FDIC

Page 16 of 16

DAREX PR
DAREX PUERTO RICO INC

Account Number: 0/300153/011
Statement Period
Jul 28, 2006 - Aug 25, 2006

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

#101626          8/25/06          $718.88