IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **NO ORDER REQUIRED** |
| | ) | |
| | ) | **Rel. D.I. 13381** |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 13381

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Thirty-First Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation and for Services Rendered and Reimbursement of Expenses Incurred for the Period August 1, 2006 through August 31, 2006** (the "Application") [Docket No. 13381] filed on October 10, 2006.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than October 30, 2006 at 4:00 p.m.

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures

Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of

Professionals and Members of the Official Committees and Consideration of Fee Applications

signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent

(80%) of requested compensation ($88,923.20) and one hundred percent (100%) of expenses

($505.01) without further order from the court.


Dated: November 2, 2006
     Wilmington, DE

                    Michael R. Lastowski (DE 3892)
                    Richard W. Riley (DE 4052)
                    DUANE MORRIS LLP
                    1100 N. Market Street, Suite 1200
                    Wilmington, DE 19801-1246
                    Telephone:   (302)-657-4900
                    Facsimile:   (302)-657-4901
                    Email:       mlastowski@duanemorris.com
                                      rwriley@duanemorris.com

                    *Co-Counsel for the Official*
                    *Committee of Unsecured Creditors*