# EXHIBIT A

## WR GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
### SEPTEMBER 1, 2006 - SEPTEMBER 30, 2006

| MATTER | PROJECT CATEGORY | HOURS | TOTAL FEES |
|--------|------------------|-------|------------|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 85.8 | $ 37,649.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases | 6.2 | 3,565.00 |
| 0013 | Business Operations | 3.7 | 2,277.50 |
| 0014 | Case Administration | 42.1 | 9,817.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.4 | 230.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 31.0 | 19,755.00 |
| 0018 | Fee Application, Applicant | 15.8 | 4,472.50 |
| 0019 | Creditor Inquiries | 10.7 | 6,842.50 |
| 0020 | Fee Application, Others | 6.9 | 3,412.50 |
| 0021 | Employee Benefits, Pension | 0.9 | 517.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.1 | 57.50 |
| 0028 | Insurance | 23.1 | 14,237.50 |
| 0035 | Travel - Non Working | 20.5 | 14,725.00 |
| 0036 | Plan and Disclosure Statement | 5.0 | 2,950.00 |
| 0037 | Hearings | 45.6 | 30,855.00 |
| 0047 | Tax Issues | 11.7 | 6,958.50 |
| | | | |
| | Sub Total | 309.5 | $158,322.50 |
| | 50% less Travel | (10.3) | (7,362.50) |
| | Total | 299.2 | $150,960.00 |

# STROOCK

## INVOICE

| DATE | October 27, 2006 |
|---|---|
| INVOICE NO. | 393894 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through September 30, 2006, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/17/2006 | Review response of Libby claimants, Conroy firm objections regarding motion to compel responses to questionnaire (.8). | Kruger, L. | 0.8 |
| 09/01/2006 | Review of documents produced by debtors to the ACC re- estimation issues. | Cutler, I. | 4.5 |
| 09/04/2006 | Attend to Equity Committee's pleading in support of Debtors' motion to compel. | Krieger, A. | 0.1 |
| 09/05/2006 | Attention to estimation discovery issues in prep for meet and confer. | Pasquale, K. | 1.2 |
| 09/06/2006 | Attend to estimation related materials (.3); attend to court order setting PD CMO and related filings (.6). | Krieger, A. | 0.9 |
| 09/06/2006 | Telephone call regarding meet and confer regarding estimation (.4). | Kruger, L. | 0.4 |
| 09/06/2006 | Participated (by phone) in meet and confer re: estimation discovery issues (2.6); telephone conference G. Becker re: same (.3); telephone conference Navigant re: estimation issues (.2); attention to Sealed Air discovery re: estimation | Pasquale, K. | 4.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | issues (1.3). | | |
| 09/07/2006 | Attend to post-mediation summary memorandum filed by pi claimants' counsel (.2); attend to transcript of 8/25/06 argument on National Union's obligation to pay pre-petition asbestos claims (1.3). | Krieger, A. | 1.5 |
| 09/07/2006 | Attention to supplemental pleadings re: questionnaire issues. | Pasquale, K. | 0.8 |
| 09/08/2006 | Attend to Debtors' status report and request to expunge certain PD claims (.7); attend to Bernick affidavit and exhibits to request for document production (.4); Cancer claimants' brief regarding Questionnaire issues in dispute (.1); Debtors' summary of Questionnaire issues not resolved (.1); attend to estimation issues (2.4); attend to joint objection of Futures Rep, ACC, PD Committee, Libby Claimants and ZAI Claimants to Debtors Rule 2004 pleading (.3). | Krieger, A. | 4.0 |
| 09/12/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 2.3 |
| 09/12/2006 | Review of ZAI material (.9); attend to estimation material (1.2); attend to memoranda re discovery material (.1). | Krieger, A. | 2.2 |
| 09/12/2006 | Office conference with A. Krieger regarding 9/11/06 hearing (.1); review filings and memos regarding estimation (.3). | Kruger, L. | 0.4 |
| 09/12/2006 | Create new document compositions in IPRO. | Lollie, T. | 2.0 |
| 09/12/2006 | Email to K&E re: discovery issues (.2); attention to mailing files provided by K&E (.2). | Pasquale, K. | 0.4 |
| 09/13/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 4.9 |
| 09/13/2006 | Attend to proposed final form of expert stipulation and e-mails thereon (.2); attend to estimation-related materials (2.4). | Krieger, A. | 2.6 |
| 09/13/2006 | Attention to revised proposed expert stipulation (.2); attention to Sealed Air depositions re: estimation (1.4). | Pasquale, K. | 1.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/14/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 0.7 |
| 09/14/2006 | Attend to objections to PD CMO (.6). | Krieger, A. | 0.6 |
| 09/14/2006 | Telephone conference Navigant re: Rust issues. | Pasquale, K. | 0.3 |
| 09/15/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 7.5 |
| 09/15/2006 | Attend to estimation material (expert reports) (1.7). | Krieger, A. | 1.7 |
| 09/15/2006 | Review debtors supplemental papers regarding Anderson Memorial and Prudential (.5). | Kruger, L. | 0.5 |
| 09/15/2006 | Conference call with debtors; equity committee's counsel re: discovery issues (.5); confer J. Strauss re: same (.3); attention to debtors' supplement to Anderson Memorial record and Prudential (.8); attention to debtors' response to PD CMO objections (.3). | Pasquale, K. | 1.9 |
| 09/15/2006 | Conference call with Debtor and Equity Committee re: discovery issues. | Strauss, J. | 0.8 |
| 09/18/2006 | Review of docs produced by debtors to ACC re- estimation issues. | Cutler, I. | 1.6 |
| 09/18/2006 | Attend to Debtors' response to PD Claimants objections to 8/31/06 case management order (.3); attend to Debtors' supplemental brief in support of application of Georgia's statute of limitation (2.8); attend to supplemental materials re Debtors' opposition to Anderson Memorial's class certification motion (2.1). | Krieger, A. | 5.2 |
| 09/19/2006 | Review of docs produced by debtors to ACC re- estimation issues. | Cutler, I. | 1.7 |
| 09/19/2006 | Attend to Debtors' supplemental objection to Anderson Memorial's lift stay motion (.1); attend to Prudential Insurance Company's supplemental brief on Statute of Limitations (1.1); attend to memoranda re expert stipulation (.2). | Krieger, A. | 1.4 |
| 09/19/2006 | Telephone conference E. Leibenstein re: Rust issues (.2); attention to procedural issue re: extension for expert reports (.2); attention to | Pasquale, K. | 3.2 |

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | estimation issues and Sealed Air factual record (2.8). | | |
| 09/21/2006 | Review of docs produced by debtors to ACC re- estimation issues. | Cutler, I. | 1.2 |
| 09/22/2006 | Review of docs produced by debtors to ACC re- estimation issues. | Cutler, I. | 2.9 |
| 09/22/2006 | Attention to debtors' proposed questionnaire orders and protocol including review of 9/11 transcript re same (.8); attention to B-Harding letter re discovery (.5). | Pasquale, K. | 1.3 |
| 09/25/2006 | Read discovery letter (.3); review of docs produced by debtors to ACC re- estimation issues (2.7). | Cutler, I. | 3.0 |
| 09/25/2006 | Attend to discovery correspondence from B. Harding (.8); attend to competing Debtors and asbestos claimants certifications re Questionnaire and 9/11/06 transcript (.6); memo to KP re COC (.1). | Krieger, A. | 1.5 |
| 09/26/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 4.0 |
| 09/26/2006 | Attention to questionnaire data from Rust (1.8). | Pasquale, K. | 1.8 |
| 09/27/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 5.0 |
| 09/27/2006 | Review of prior testimony re PI estimation issues (2.4). | Pasquale, K. | 2.4 |
| 09/29/2006 | Attend to estimation material (expert reports) (.6). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Cutler, Ilana | 39.3 | $ 250 | $ 9,825.00 |
| Krieger, Arlene G. | 22.3 | 575 | 12,822.50 |
| Kruger, Lewis | 2.1 | 825 | 1,732.50 |
| Lollie, Toya | 2.0 | 150 | 300.00 |
| Pasquale, Kenneth | 19.3 | 650 | 12,545.00 |
| Strauss, Joseph E. | 0.8 | 530 | 424.00 |

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 37,649.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 37,649.00 |

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) |
|---|---|
| | 699843 0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/05/2006 | Exchanged memoranda with J. Baer re: conference call on Tank Fleet/Admixture sale matter (.3); memo and telephone call L. Hamilton re: same (.2); attend to supplemental information request from Capstone (.2); attend to case law re: ordinary course transactions (2.9); telephone call L. Hamilton re: Tank Fleet transaction and outstanding questions (.4). | Krieger, A. | 4.0 |
| 09/06/2006 | Conference call with Grace representatives, L. Hamilton re: Tank Fleet  (Admixture) sale (.5); follow up telephone call L. Hamilton re: same (.3). | Krieger, A. | 0.8 |
| 09/08/2006 | Telephone call J. Baer re notice of Tank Fleet Sale. | Krieger, A. | 0.1 |
| 09/12/2006 | Memorandum to L. Hamilton re Debtors' notice of Tank Trailer Fleet sale (.1). | Krieger, A. | 0.1 |
| 09/13/2006 | Attend to filed notice of sale of tank trailers (.2). | Krieger, A. | 0.2 |
| 09/19/2006 | Exchanged memoranda with L. Hamilton re Tank Fleet Sale (.1); attended to Capstone memo re Tank Fleet Sale (.4); telephone call L. Hamilton re memorandum and related matters (.4). | Krieger, A. | 0.9 |
| 09/26/2006 | Telephone call L. Hamilton re 9/25/06 call with Blackstone to discuss divesting business (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 6.2 | $ 575 | $ 3,565.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,565.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 3,565.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations 699843 0013 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/14/2006 | Attend to Capstone's report on Grace's second quarter 2006 operating results (1.1); memo to J. Dolan re same (.1). | Krieger, A. | 1.2 |
| 09/14/2006 | Review Capstone report regarding Grace's second quarter 2006 performance (.6). | Kruger, L. | 0.6 |
| 09/26/2006 | Attend to June 2006 financial package (1.6). | Krieger, A. | 1.6 |
| 09/28/2006 | Attend to June 2006 financial material (.3). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.1 | $ 575 | $ 1,782.50 |
| Kruger, Lewis | 0.6 | 825 | 495.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,277.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,277.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/19/2006 | Arrange pleadings filed with Court for Attorney in WR Grace. | Mohamed, D. | 0.5 |
| 08/17/2006 | Review 8/14 issues raised by US Trustee (.6). | Kruger, L. | 0.6 |
| 09/01/2006 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7). | Mohamed, D. | 1.0 |
| 09/05/2006 | Telephone conference court call to arrange for A. Krieger to attend the hearing on the 11th telephonically. | Holzberg, E. | 0.2 |
| 09/05/2006 | Conference call with Grace representatives re: matters to be heard 9/11 and 9/25, and status of other pending matters, and follow-up office conference LK,KP re: pending matters (1.0); telephone call L. Hamilton re: pending matters (.2). | Krieger, A. | 1.2 |
| 09/05/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); attention to retrieval of pleadings for attorney review (.3). | Mohamed, D. | 1.2 |
| 09/06/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.5 |
| 09/07/2006 | Reviewed legal docket to update status. | Holzberg, E. | 1.0 |
| 09/07/2006 | Attend to newly filed certifications, applications. | Krieger, A. | 0.2 |
| 09/07/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9). | Mohamed, D. | 1.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/08/2006 | Attend to newly filed certifications, fee examiner's report (.3); attend to Fee Auditor's proposed orders re 20th Quarterly applications and office conference D. Mohamed re same(.4). | Krieger, A. | 0.7 |
| 09/08/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.1); review of project category charts re: Stroock's quarterly fee applications (.7); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); attention to retrieval of pleadings for attorney review (.4). | Mohamed, D. | 3.3 |
| 09/11/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); attention to retrieval of pleadings for attorney review (.6). | Mohamed, D. | 1.9 |
| 09/12/2006 | Attend to Capstone response to US Trustee and telephone call L. Hamilton re same (.9); office conferences D. Mohamed re fee order and schedule for fee auditor (.5); attend to newly filed applications, certificates (.4). | Krieger, A. | 1.8 |
| 09/12/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 1.0 |
| 09/13/2006 | Attend to Fee Auditor's final reports (.2). | Krieger, A. | 0.2 |
| 09/13/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); attention to retrieval of pleadings for attorney review (.3). | Mohamed, D. | 1.7 |
| 09/14/2006 | Attend to numerous objections to PD CMO filed (.2); exchanged memoranda with J. Dolan re service list (.2). | Krieger, A. | 0.4 |
| 09/14/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); review case file documents in preparation for central file supplementation (.6). | Mohamed, D. | 2.0 |
| 09/15/2006 | Reviewed legal docket to update status. | Holzberg, E. | 0.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/15/2006 | Attend to article re 9/11/06 hearing (.1); attend to order approving fees for 20th Quarterly applications and memorandum to S. Bossary, J. O'Neill re comment on order (.6). | Krieger, A. | 0.7 |
| 09/15/2006 | Review and update case docket no. 05-60006 (.4); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.6 |
| 09/18/2006 | Attend to meeting re estimation issues (.1). | Krieger, A. | 0.1 |
| 09/18/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.9 |
| 09/19/2006 | Telephone call to court call to arrange for attendance at hearing telephonically for AGK. | Holzberg, E. | 0.3 |
| 09/19/2006 | Exchanged memoranda with E. Holzberg re court call arrangements for 9/25/06 hearing (.1); attend to D. Siegel time detail (.1); attend to various e-mails re expert stipulation, agreement re extension of time for filing non-estimation expert reports (.2). | Krieger, A. | 0.4 |
| 09/19/2006 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 1.1 |
| 09/20/2006 | Attend to memoranda re Capstone's response to the US Trustee (.1); memorandum to L. Hamilton re Capstone's response (.1). | Krieger, A. | 0.2 |
| 09/20/2006 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.5), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.5 |
| 09/21/2006 | Exchanged memoranda with M. Lyman (Navigant) re billing inquiry (.1); attend to newly filed applications (.2). | Krieger, A. | 0.3 |
| 09/21/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed | Mohamed, D. | 0.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | pleadings in main case (.5). | | |
| 09/22/2006 | Office conferences E. Holzberg re inquiry from Navigant Consulting and attend to related billing information (.2). | Krieger, A. | 0.2 |
| 09/22/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); attention to retrieval of pleading for attorney review (.2). | Mohamed, D. | 1.9 |
| 09/25/2006 | Memorandum to W. Steier (Fee Examiner) re response to inquiry (.2). | Krieger, A. | 0.2 |
| 09/25/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-527824 (.5). | Mohamed, D. | 1.4 |
| 09/26/2006 | Memorandum to M. Steirer (WH Smith) re June 22, 2001 order (.1). | Krieger, A. | 0.1 |
| 09/26/2006 | Attend to recently filed pleadings (.2). | Krieger, A. | 0.2 |
| 09/26/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.6); retrieve and distribute recently filed pleading re: adversary proceeding case docket no. 05-52724 (.3); attention to retrieval of certain pleadings for attorney review (.8); attention to review of case file documents in preparation for central file supplementation (.6). | Mohamed, D. | 2.8 |
| 09/27/2006 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.6), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.6 |
| 09/28/2006 | Review and update case docket no. 01-1139 (.4), retrieve and distribute recently filed pleadings in main case (.5), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.4 |
| 09/29/2006 | Review and update case docket no. 01-1139 | Mohamed, D. | 0.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.4), retrieve and distribute recently filed pleadings in main case (.4). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 2.2 | $ 225 | $ 495.00 |
| Krieger, Arlene G. | 6.9 | 575 | 3,967.50 |
| Kruger, Lewis | 0.6 | 825 | 495.00 |
| Mohamed, David | 32.4 | 150 | 4,860.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,817.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 9,817.50 |
|-----------------------|-----------|

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|---|---|
| | 699843  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/18/2006 | Attend to PacificCorp and Vancott Bagley notice of appeal to third circuit of Judge Buckwalter's 8/16/06 memorandum and order (.1). | Krieger, A. | 0.1 |
| 09/19/2006 | Attend to Debtors' seventeenth omnibus objection to claim (.3). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 575 | $ 230.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 230.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 230.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/05/2006 | Conference call with debtors, professionals re: status items. | Pasquale, K. | 0.7 |
| 09/07/2006 | Attend to memorandum to the Committee re pi bar date and new PD CMO, other pending matters. | Krieger, A. | 1.6 |
| 09/07/2006 | Office conference with A. Krieger regarding comments on Lloyds agreement (.1); office conference with A. Krieger regarding inquiry from bank debt holder for information and issues (.3); review draft CCHP motion (.3); office conference with A. Krieger regarding her telephone call with T. Maher (.1); review memo to Committee regarding PI bar date and PD CMO and pending matters (.4); preparation for 9/11/06 hearing (.3). | Kruger, L. | 1.5 |
| 09/08/2006 | Attend to memorandum for the Committee asbestos-related bar date order, CMO, other pending matters and office conferences LK re same (.8); telephone call T. Maher re Committee conference call (.1); exchange of memorandum with LK, KP re Committee call (.1). | Krieger, A. | 1.0 |
| 09/08/2006 | Office conference with A. Krieger regarding bar date order regarding asbestos (.3); memo to Committee regarding same (.1); review objections to debtors rule 2004 motions (.2); review debtors objection to various PD claims (.3); preparation for 9/11 hearing and document review (.3). | Kruger, L. | 1.2 |
| 09/12/2006 | Memorandum to the Committee re 9/14/06 conference call and hearing on exclusivity (.5); office conference LK re Committee call (.1); attend to memoranda from Committee members re hearing on exclusivity, conference call (.3); telephone call S. Cunningham re | Krieger, A. | 1.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | exclusivity hearing (.2). | | |
| 09/12/2006 | Office conference with A. Krieger regarding proposed committee call (.1); review memo to committee regarding conference call and exclusivity hearing (.2). | Kruger, L. | 0.3 |
| 09/13/2006 | Attend to matters for 9/14/06 conference call (.3). | Krieger, A. | 0.3 |
| 09/13/2006 | Review items for 9/14/06 conference call to Committee ( .2); review estimation materials (.6). | Kruger, L. | 0.8 |
| 09/14/2006 | Attend to participant list and agenda for 9/14/06 conference call (.6); exchanged memoranda with KP re other agenda matters (.2); telephone call S. Cunningham re 9/11/2006 hearing comments (.1); review materials in advance of Committee conference call re: exclusivity, estimation (1.3). | Krieger, A. | 2.2 |
| 09/14/2006 | Preparation for and conference call with Committee (.6). | Kruger, L. | 0.6 |
| 09/14/2006 | Committee meeting re: exclusivity, estimation. | Pasquale, K. | 0.5 |
| 09/19/2006 | Conference call with debtors re: status items. | Pasquale, K. | 0.7 |
| 09/20/2006 | Exchanged memoranda with L. Hamilton re Committee memorandum on Tank Fleet sale (.2). | Krieger, A. | 0.2 |
| 09/22/2006 | Office conference LK re committee conference call (.1); telephone call Tom Maher re committee conference call (.1). | Krieger, A. | 0.2 |
| 09/25/2006 | Attend to memorandum to the Committee re 9/27/06 conference call (.5). | Krieger, A. | 0.5 |
| 09/26/2006 | Memorandum to the Committee re 9/27/06 conference call (.2); attend to memorandum to the Committee re Debtors' CCHP settlement (2.8). | Krieger, A. | 3.0 |
| 09/27/2006 | Preparation for Committee call (2.9); office conference  LK re 9/25/06 hearings (.3); attend to memorandum to the Committee re tax claim settlement (2.9); Committee conference call re Lloyds settlement, 9/25/06 hearings and | Krieger, A. | 7.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | follow-up office conference LK, KP re same (1.1); telephone call Jan Baer re Committee's position on settlement proposals (.2). | | |
| 09/27/2006 | Preparation for and telephone conference with Committee regarding Equitas settlement (1.3); office conference with K. Pasquale and A. Krieger and telephone call with J. Baer regarding Committee's position on proposed settlement (.4); office conference with A. Krieger regarding 9/25 hearing (.3). | Kruger, L. | 2.0 |
| 09/27/2006 | Preparation for and conference call with committee re Equitas settlement, September 25 hearing (1.5). | Pasquale, K. | 1.5 |
| 09/28/2006 | Attend to memorandum re Lloyd's settlement agreement (1.1); exchanged memoranda with J. Dolan re CCHP memorandum and outstanding information requests (.4); telephone call J. Dolan re claim information (.2); exchanged memoranda with MG re Committee memo (.2); exchanged memoranda with KP re Committee memorandum on Lloyd's (.3). | Krieger, A. | 2.2 |
| 09/28/2006 | Review and edit proposed memo to Committee regarding Equitas settlement (.3). | Kruger, L. | 0.3 |
| 09/29/2006 | Revised CCHP memorandum for the Committee (.4);  further revisions to CCHP memorandum (.6); memorandum to the Committee re appeal taken to exclusivity order (.2). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 20.9 | $ 575 | $ 12,017.50 |
| Kruger, Lewis | 6.7 | 825 | 5,527.50 |
| Pasquale, Kenneth | 3.4 | 650 | 2,210.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 19,755.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 19,755.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/08/2006 | Attend to revisions to fee application. | Holzberg, E. | 2.7 |
| 09/12/2006 | Completed revisions and gave to AGK for her review. | Holzberg, E. | 1.9 |
| 09/12/2006 | Attention to review of Stroock's quarterly fee applications regarding discrepancies in cumulative totals (.9); t/c with the fee auditor regarding same (.1); review fee auditor's report for Stroock regarding the twentieth interim period (.3). | Mohamed, D. | 1.3 |
| 09/13/2006 | Attend to August 2006 fee statement (2.3). | Krieger, A. | 2.3 |
| 09/20/2006 | Completed additional revisions. | Holzberg, E. | 1.7 |
| 09/25/2006 | Attend to August 2006 monthly fee application (.6). | Krieger, A. | 0.6 |
| 09/27/2006 | Worked on monthly bill; attend to additional revisions. | Holzberg, E. | 2.4 |
| 09/28/2006 | Worked on bill; discussion with AGK. | Holzberg, E. | 0.9 |
| 09/29/2006 | Discussion with AGK (.1); made revisions to charts (.6); completed monthly bill (1.3). | Holzberg, E. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 11.6 | $ 225 | $ 2,610.00 |
| Krieger, Arlene G. | 2.9 | 575 | 1,667.50 |
| Mohamed, David | 1.3 | 150 | 195.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,472.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,472.50 |
|---|---|

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843 0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/06/2006 | Telephone calls L. Hamilton and attend to bank debt holder request for information and review of confidentiality agreement (.9); memorandum to LK, KP re: same (.5). | Krieger, A. | 1.4 |
| 09/06/2006 | Review email from AK regarding bank debt holder request for information and confidentiality agreement (.2). | Kruger, L. | 0.2 |
| 09/07/2006 | Office conferences LK re bank debt holder inquiry on information (.3); telephone call Tom Maher re same (.3); telephone call Todd Carpunky re information (.3); memo to L. Hamilton re bank debt holder information inquiry (.1). | Krieger, A. | 1.0 |
| 09/07/2006 | Telephone conferences bank debt holders re: exclusivity hearing. | Pasquale, K. | 0.4 |
| 09/08/2006 | Telephone call L. Hamilton re response to inquiry by bank debt holder. | Krieger, A. | 0.1 |
| 09/08/2006 | Office conference with K. Pasquale; telephone call with bank debt holders regarding exclusivity, POR and timetable (.5). | Kruger, L. | 0.5 |
| 09/08/2006 | Telephone conferences with L. Kruger to bank debt holders re: exclusivity and plan issues. | Pasquale, K. | 0.5 |
| 09/11/2006 | Telephone calls bank debt holders (3 separate calls) re 9/11/06 court hearing (1.0). | Krieger, A. | 1.0 |
| 09/12/2006 | Telephone call bank debt holder re 9/11/06 hearings (.5); telephone call bank debt holder re 9/11/06 hearings (.3); telephone call bank debt holder re estimation, plan (.5). | Krieger, A. | 1.3 |
| 09/12/2006 | Telephone calls with bank debt creditor regarding results of 9/11/06 hearing (.4). | Kruger, L. | 0.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/12/2006 | Telephone conferences bank debt holders re: September 11 hearing. | Pasquale, K. | 0.8 |
| 09/13/2006 | Telephone call with creditors regarding POR issues (.2). | Kruger, L. | 0.2 |
| 09/13/2006 | Telephone conference bank debt holders re: POR and interest issues. | Pasquale, K. | 0.6 |
| 09/19/2006 | Telephone conference bank debt holder re: estimation issues. | Pasquale, K. | 0.3 |
| 09/21/2006 | Telephone conference bank debt holder re estimation issues (.3). | Pasquale, K. | 0.3 |
| 09/22/2006 | Telephone calls from bank debt holders regarding 9/25 hearing (.2). | Kruger, L. | 0.2 |
| 09/22/2006 | Telephone conferences with bank debt holders re exclusivity, 9/25 hearing (.5). | Pasquale, K. | 0.5 |
| 09/25/2006 | Telephone call bank debt holder re 9/25/06 hearing (.2). | Krieger, A. | 0.2 |
| 09/26/2006 | Telephone conference bank debt holders re 9/25 omnibus hearing results (.8). | Pasquale, K. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 5.0 | $ 575 | $ 2,875.00 |
| Kruger, Lewis | 1.5 | 825 | 1,237.50 |
| Pasquale, Kenneth | 4.2 | 650 | 2,730.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,842.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 6,842.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843  0020            |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/05/2006 | Office conference LK re: US Trustee's comments to Capstone's and Caplin & Drysdale's application (.2); attend to Caplin & Drysdale fee application, and office conference LK re: same (.8); attend to US Trustee's comments to Capstone's quarterly application (.2). | Krieger, A. | 1.2 |
| 09/05/2006 | Office conference with A. Krieger regarding UST objection to Capstone, Caplin and Drysdale fee applications (.2); office conference with A. Krieger regarding Caplin and Drysdale fee applications (.3). | Kruger, L. | 0.5 |
| 09/06/2006 | Telephone call L. Hamilton re US Trustee's comments to fee application and response. | Krieger, A. | 0.2 |
| 09/06/2006 | Review Capstone Advisory Group July 2006 monthly fee statement in preparation for filing (.5); prepare notice and affidavit of service regarding same and forward to local counsel for filing (.5); prepare and effectuate service re: monthly fee statement (.6). | Mohamed, D. | 1.6 |
| 09/07/2006 | Telephone call re response to the US Trustee's comments on quarterly application. | Krieger, A. | 0.2 |
| 09/14/2006 | Attend to fee examiner's final reports on certain professionals (.4). | Krieger, A. | 0.4 |
| 09/15/2006 | Attend to fee examiner's final reports on certain professionals fees (.5). | Krieger, A. | 0.5 |
| 09/19/2006 | Attend to newly filed fee applications (.5). | Krieger, A. | 0.5 |
| 09/27/2006 | Exchanged memoranda with M. Lyman (Navigant) re August 2006 invoice (.3). | Krieger, A. | 0.3 |
| 09/28/2006 | Attend to Navigant bill for August 2006 and memorandum to M. Lyman re same (.4); | Krieger, A. | 0.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | exchanged memoranda with A. McIntosh re Navigant's August 2006 invoice (.2); office conferences E. Holzberg re Navigant bill (.1). | | |
| 09/29/2006 | Attend to newly filed fee applications (.8). | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.8 | $ 575 | $ 2,760.00 |
| Kruger, Lewis | 0.5 | 825 | 412.50 |
| Mohamed, David | 1.6 | 150 | 240.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,412.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,412.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Employee Benefits, Pension |
|---|---|
| | 699843  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/19/2006 | Exchanged memorandum with S. Cunningham re pension analysis (.1); memorandum to J. Baer re same (.1); attend to Watson Wyatt report and memorandum to M. Wintner re same (.3); telephone call S. Cunningham re Watson Wyatt report (.2); memorandum to MW re Watson Wyatt report (.2). | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 575 | $ 517.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 517.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 517.50 |
|---|---|

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Environmental Matters/Regulations/Litigation 699843  0022 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/05/2006 | Attend to article re: Hamilton, NJ facility remediation. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 575 | $ 57.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 57.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 57.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses 699843 0024 | |
|---|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Messenger Service | $ 76.51 |
| Local Transportation | 304.32 |
| Long Distance Telephone | 42.86 |
| Duplicating Costs | 61.60 |
| Postage | 4.20 |
| Filing Fees | 240.00 |
| Travel Expenses - Transportation | 2700.20 |
| Travel Expenses - Lodging | 231.23 |
| Travel Expenses - Meals | 87.56 |
| Westlaw | 321.53 |

| TOTAL DISBURSEMENTS/CHARGES | $ 4,070.01 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,070.01 |
|---|---|

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Insurance |
|----|-----------|
|    | 699843 0028 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/04/2006 | Attend to revised Equitas Agreement and portion of transcript of August 21, 2006 hearing thereon. | Krieger, A. | 2.9 |
| 09/05/2006 | Office conference LK re: Lloyd's settlement matters (.3); telephone call P. McGrath re: proposed revised Settlement Agreement and 8/21/06 hearing thereon (.4); memorandum to P. McGrath re: revised agreement and transcript (.1); attend to memoranda from J. Baer re: further revisions to Settlement Agreement (.1). | Krieger, A. | 0.9 |
| 09/05/2006 | Office conference with A. Krieger regarding Equitas issues (.3). | Kruger, L. | 0.3 |
| 09/06/2006 | Memorandum to J. Baer re Lloyd's settlement agreement (.1); review comments to settlement agreement and telephone call Joy Monahan re comments to Lloyd's agreement (.6); attend to proposed revised language for settlement agreement and telephone calls P. McGrath re same (1.6); memorandum to LK, KP re same (.5). | Krieger, A. | 2.8 |
| 09/06/2006 | Review email from AK regarding proposed Lloyd settlement (.3). | Kruger, L. | 0.3 |
| 09/06/2006 | Attention to revised Equitas agreement. | Pasquale, K. | 0.3 |
| 09/07/2006 | Office conference LK re comments to revised Lloyd's settlement (.1); memorandum to J. Baer, J. Monahan re comments to revised agreement (.5); exchanged memoranda with P. McGrath re revised agreement (.2); attend to further revised settlement agreement (.2). | Krieger, A. | 1.0 |
| 09/08/2006 | Attend to comments to latest iteration of Lloyd's settlement agreement. | Krieger, A. | 0.1 |

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/18/2006 | Attend to PI/FR comments to Lloyds settlement agreement. | Krieger, A. | 0.5 |
| 09/19/2006 | Office conference KP re PI/FR revisions to Lloyd's Agreement (.2); review of transcript excerpts referred to in comments memo (.1). | Krieger, A. | 0.3 |
| 09/19/2006 | Attention to ACC/FCR revisions to Equitas settlement. | Pasquale, K. | 0.6 |
| 09/20/2006 | Attend to Lloyd's settlement agreement and conference call with all parties (1.5). | Krieger, A. | 1.5 |
| 09/20/2006 | Conference call with parties regarding Equitas settlement. | Kruger, L. | 0.7 |
| 09/20/2006 | Conference call with all parties re Equitas Settlement issues (1.1). | Pasquale, K. | 1.1 |
| 09/21/2006 | Telephone call Jan Baer re Lloyd's settlement and memo regarding same (.5); memo from and office conference KP re discussion with Jan Baer and analysis (.3); attend to Equitas articles (.2); conference call Grace representatives, KP, re Lloyd's settlement and follow-up office conference KP (.9); telephone call LK re settlement modification (.2); telephone call J. Baer re Committee position on settlement modification and memo re substance of discussion with J. Baer (.7); further telephone call J. Baer re continuance of hearing (.2); attend to further revised proposal on Lloyd's received from the Debtors and notices thereon (.6). | Krieger, A. | 3.6 |
| 09/21/2006 | Telephone call with A. Krieger and K. Pasquale regarding Equitas issues (.6); review J. Baer email regarding adjournment (.1); review J. Baer email regarding alternatives on Lloyds settlement (.2). | Kruger, L. | 0.9 |
| 09/21/2006 | Conference call with debtors, A. Krieger re Equitas issues (.3); attention to same, including conferring with L. Kruger, A. Krieger (.8). | Pasquale, K. | 1.1 |
| 09/22/2006 | Attend to Jan Baer memo re Lloyd's settlement alternatives (1.5); office conferences KP re alternatives and Committee discussion thereon (.4). | Krieger, A. | 1.9 |

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/22/2006 | Attention to debtors' proposed revisions to Equitas agreement and related issues (2.0). | Pasquale, K. | 2.0 |
| 09/27/2006 | Telephone conference J. Baer, L. Kruger, A. Krieger re Equitas settlement issues (.3). | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 15.5 | $ 575 | $ 8,912.50 |
| Kruger, Lewis | 2.2 | 825 | 1,815.00 |
| Pasquale, Kenneth | 5.4 | 650 | 3,510.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,237.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 14,237.50 |
|-----------------------|-------------|

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/10/2006 | Non-working travel time to Pittsburgh, PA. | Kruger, L. | 4.0 |
| 09/10/2006 | Travel to Pittsburgh for Court hearing. | Pasquale, K. | 4.5 |
| 09/11/2006 | Non-working travel time to NY. | Kruger, L. | 4.0 |
| 09/11/2006 | Return travel from Pittsburgh. | Pasquale, K. | 4.0 |
| 09/25/2006 | Travel attendant to omnibus hearing in Wilmington, DE (4.0). | Pasquale, K. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Kruger, Lewis | 8.0 | $ 825 | $ 6,600.00 |
| Pasquale, Kenneth | 12.5 | 650 | 8,125.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,725.00 |
|------------------------------------------|-------------|

| MATTER DISBURSEMENT SUMMARY | |
|-----------------------------|--|
| Travel Expenses - Transportation | $ 77.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 77.00 |
|----------------------------|---------|

| TOTAL FOR THIS MATTER | $ 14,802.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/08/2006 | Attention to asbestos constituencies' response to debtors' 2004 requests. | Pasquale, K. | 0.5 |
| 09/14/2006 | Attend to memoranda re proposed order extending exclusivity (.2); memoranda to S. Bianca re proposing changes to draft order (.2). | Krieger, A. | 0.4 |
| 09/15/2006 | Attend to e-mails re exclusivity order (.3); telephone call S. Bianca re proposed COC and order on exclusivity ruling (.2). | Krieger, A. | 0.5 |
| 09/15/2006 | Attention to draft exclusivity order and issue, emails re: same. | Pasquale, K. | 0.3 |
| 09/19/2006 | Attend to filed certificate of counsel re bridge order extending exclusivity and signed order (.1). | Krieger, A. | 0.1 |
| 09/24/2006 | Attend to 9/11/06 transcript  (exclusivity hearing) (2.4). | Krieger, A. | 2.4 |
| 09/29/2006 | Attend to proposed final exclusivity order and numerous memoranda thereon (.3); attend to notice of appeal filed by FR and asbestos claimants and office conference LK, KP re same (.2); memorandum to J. Baer re appeal (.1). | Krieger, A. | 0.6 |
| 09/29/2006 | Attention to exclusivity order issues; appeal (.2). | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.0 | $ 575 | $ 2,300.00 |
| Pasquale, Kenneth | 1.0 | 650 | 650.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,950.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,950.00 |
|---|---|

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
|---|---|
| | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/05/2006 | Office conference with A. Krieger, K. Pasquale and telephone conference with J. Baer, M. Shelnitz, et al. regarding agenda items for 9/11 and 9/25, exclusivity, Speights, et al. (1.1). | Kruger, L. | 1.1 |
| 09/06/2006 | Review agenda for 9/11/06 hearing (.2). | Kruger, L. | 0.2 |
| 09/07/2006 | Preparation for September 11 hearing re: exclusivity, questionnaires. | Pasquale, K. | 2.2 |
| 09/08/2006 | Attend to documents for 9/11/06 hearing (.8); attend to amended agenda notice for 9/11/06 hearing (.1). | Krieger, A. | 0.9 |
| 09/10/2006 | Preparation for hearing on exclusivity and questionnaire. | Kruger, L. | 1.2 |
| 09/11/2006 | Attend (telephonically) Court hearing. | Krieger, A. | 7.2 |
| 09/11/2006 | Preparation for and in Court before Judge Fitzgerald in Pittsburgh, PA. | Kruger, L. | 7.2 |
| 09/11/2006 | Participated in Court hearing re: exclusivity, questionnaire issues. | Pasquale, K. | 7.2 |
| 09/12/2006 | Office conference LK re 9/11/06 hearings (.1). | Krieger, A. | 0.1 |
| 09/14/2006 | Review agenda for 9/14 conference call (.2). | Kruger, L. | 0.2 |
| 09/19/2006 | Attend to agenda notice for 9/25/06 hearing (.1); conference call with Grace representatives re 9/25/05 hearings and follow up office conference KP (.8). | Krieger, A. | 0.9 |
| 09/19/2006 | Telephone conference with Debtors' officers and professionals, K. Pasquale and A. Krieger regarding agenda for court hearing 9/25, Zonolite and insurance settlement (.6). | Kruger, L. | 0.6 |
| 09/22/2006 | Attend to transcript from September 11, 2006 | Krieger, A. | 1.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | hearing (1.4). | | |
| 09/22/2006 | Review revisions to Equitas settlement agreement (1.2); preparation for 9/25 hearing (.4); review debtors proposed order regarding questionnaire and 9/11 transcript regarding Court's comments (.6). | Kruger, L. | 2.2 |
| 09/22/2006 | Preparation for September 25 omnibus hearing (2.0). | Pasquale, K. | 2.0 |
| 09/25/2006 | Attend (telephonically) September 25, 2006 hearing (4.8). | Krieger, A. | 4.8 |
| 09/25/2006 | Review 9/11/06 transcript (.6); office conference with A. Krieger regarding results of Court hearing (.2). | Kruger, L. | 0.8 |
| 09/25/2006 | Preparation for and participated in omnibus hearing (5.4). | Pasquale, K. | 5.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 15.3 | $ 575 | $ 8,797.50 |
| Kruger, Lewis | 13.5 | 825 | 11,137.50 |
| Pasquale, Kenneth | 16.8 | 650 | 10,920.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 30,855.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 30,855.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Tax Issues<br>699843 0047 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/06/2006 | Exchanged memoranda with Debtors' counsel re conference call to discuss CCHP motion (.1); memo to MG, ME re same (.1). | Krieger, A. | 0.2 |
| 09/07/2006 | Reviewing Settlement Motion re: employment taxes for temporary staffing. | Eichler, M. | 0.6 |
| 09/07/2006 | Attend to draft CCHP motion (.7); attend to memoranda re conference call to discuss settlement (.2). | Krieger, A. | 0.9 |
| 09/07/2006 | Attention to draft CCHP settlement motion from debtors. | Pasquale, K. | 0.4 |
| 09/08/2006 | Telephone call L. Hamilton re CCHP motion (.1); memorandum to M. Greenberg, M. Eichler re CCHP motion and information request (.1). | Krieger, A. | 0.2 |
| 09/12/2006 | Review materials and call with debtor's counsel re CCHP motion. | Greenberg, M. | 0.7 |
| 09/12/2006 | Attend to Debtors' draft motion for settlement with IRS re CCHP (.5); office conference M. Greenberg re CCHP settlement (.2); conference call with Grace representatives and representatives for all parties re CCHP settlement and follow-up office conference M. Greenberg re same (.9); telephone call L. Hamilton re CCHP analyses for the Committee (.2). | Krieger, A. | 1.8 |
| 09/13/2006 | Memo to T. Maynes re CCHP settlement (.1); attend to closing agreements and memo to J. O'Connell re applicable proofs of claim (.9). | Krieger, A. | 1.0 |
| 09/19/2006 | Exchanged memoranda with J. Dolan re CCHP motion (.1); memorandum to MG re motion and proofs of claim (.2). | Krieger, A. | 0.3 |
| 09/21/2006 | Attend to CCHP settlement motion and related documentation (2.6). | Krieger, A. | 2.6 |
| 09/22/2006 | Exchanged memoranda with J. Dolan | Krieger, A. | 0.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (Capstone) re analysis requested for CCHP evaluation (.5). | | |
| 09/27/2006 | Memorandum and telephone call J. Dolan re information requested from Blackstone on the CCHP Settlement (.2); attend to documentation (.2). | Krieger, A. | 0.4 |
| 09/28/2006 | Review CCHP write-up and e-mails with A Krieger re comments. | Greenberg, M. | 0.6 |
| 09/29/2006 | E-mails with A. Krieger re memo. | Greenberg, M. | 0.3 |
| 09/29/2006 | Exchanged memoranda with J. Dolan re outstanding information requests on CCHP (.2); exchanged memoranda with MG re committee memorandum on CCHP motion (.2); telephone call J. Dolan re outstanding information for analysis (.2); conference call J. O'Connell, C. Fink, T. Maynes re outstanding information (.4); memorandum to MG re substance of call with Grace representatives (.2). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Eichler, Mark | 0.6 | $ 550 | $ 330.00 |
| Greenberg, Mayer | 1.6 | 710 | 1,136.00 |
| Krieger, Arlene G. | 9.1 | 575 | 5,232.50 |
| Pasquale, Kenneth | 0.4 | 650 | 260.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,958.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 6,958.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 158,322.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 4,147.01 |
| TOTAL BILL | $ 162,469.51 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM