# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## SEPTEMBER 1, 2006 - SEPTEMBER 30, 2006

|  | Hours | Rate | Total |
|---|---:|---:|---:|
| **Partners** | | | |
| Greenberg, Mayer | 1.6 | $ 710 | $ 1,136.00 |
| Kruger, Lewis | 35.7 | 825 | 29,452.50 |
| Pasquale, Kenneth | 63.0 | 650 | 40,950.00 |
| | | | |
| **Associates** | | | |
| Cutler, Ilana | 39.3 | 250 | 9,825.00 |
| Eichler, Mark | 0.6 | 550 | 330.00 |
| Krieger, Arlene G. | 117.4 | 575 | 67,505.00 |
| Strauss, Joseph E. | 0.8 | 530 | 424.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 13.8 | 225 | 3,105.00 |
| Lollie, Toya | 2.0 | 150 | 300.00 |
| Mohamed, David | 35.3 | 150 | 5,295.00 |
| | | | |
| **Sub Total** | 309.5 | | $158,322.50 |
| **Less 50% Travel** | (10.3) | | (7,362.50) |
| **Total** | 299.2 | | $150,960.00 |

SSL-DOCS1 1743144v1