# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
### SEPTEMBER 1, 2006 - SEPTEMBER 30, 2006

| | |
|---|---:|
| Outside Messenger Service | $ 76.51 |
| Local Transportation | 304.32 |
| Long Distance Telephone | 42.86 |
| Duplicating Costs-in House | 61.60 |
| Postage | 4.20 |
| Filing Fees | 240.00 |
| Travel Expenses - Transportation | 2777.20 |
| Travel Expenses - Lodging | 231.23 |
| Travel Expenses - Meals | 87.56 |
| Westlaw | 321.53 |
| **Total** | **$4,147.01** |

SSL-DOCS1 1743144v1

# STROOCK

## DISBURSEMENT REGISTER

| DATE | October 27, 2006 |
|---|---|
| INVOICE NO. | 393894 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES RENDERED in the captioned matter for the period through September 30, 2006, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 09/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827356; DATE: 09/02/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191318266 on 08/30/2006 | 6.58 |
| 09/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827356; DATE: 09/02/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270191507105 on 08/30/2006 | 9.07 |
| 09/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827356; DATE: 09/02/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270191780275 on 08/30/2006 | 6.58 |
| 09/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827356; DATE: 09/02/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270194203080 on 08/30/2006 | 6.58 |
| 09/05/2006 | VENDOR: UPS; INVOICE#: 0000010X827356; DATE: 09/02/2006; FROM Laura Croston, 180 Maiden Lane, New York, NY TO Arlene G. Krieger, 10 East End Avenue, NEW YORK, NY 10021 Tracking #:1Z10X8270196423553 on 08/31/2006 | 8.40 |
| 09/11/2006 | VENDOR: UPS; INVOICE#: 0000010X827366; DATE: 09/09/2006; | 6.63 |

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270195057755 on 09/06/2006 | |
| 09/11/2006 | VENDOR: UPS; INVOICE#: 0000010X827366; DATE: 09/09/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270195079713 on 09/06/2006 | 6.63 |
| 09/11/2006 | VENDOR: UPS; INVOICE#: 0000010X827366; DATE: 09/09/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196476345 on 09/06/2006 | 9.15 |
| 09/11/2006 | VENDOR: UPS; INVOICE#: 0000010X827366; DATE: 09/09/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270196663535 on 09/06/2006 | 6.63 |
| 09/18/2006 | VENDOR: UPS; INVOICE#: 0000010X827376; DATE: 09/16/2006; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270196984519 on 09/12/2006 | 7.21 |
| 09/18/2006 | VENDOR: UPS; INVOICE#: 0000010X827376; DATE: 09/16/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO Kerim Ertug Navigant Consulting Inc., , WASHINGTON, DC 20006 Tracking #:1Z10X8270196984519 on 09/12/2006 | 3.05 |
| **Outside Messenger Service Total** | | **76.51** |
| **Local Transportation** | | |
| 09/08/2006 | VENDOR: NYC Two Ways Inc.; Invoice#: N/A; Date: N/A; KRIEGER 08/21/06 21:54 from 180   MAIDEN to 10    EAST EN | 40.29 |
| 09/08/2006 | VENDOR: NYC Two Ways Inc.; Invoice#: N/A; Date: N/A; CUTLER 08/29/06 20:00 from 180   MAIDEN to 116   RIVERSI | 52.06 |
| 09/08/2006 | VENDOR: Elite Limousine; Invoice#: 1192247; Invoice Date: N/A; KRUGER LEWIS 08/21/06 17:45:11 from PENN STATION to  W. 31 ST | 36.27 |
| 09/08/2006 | VENDOR: Petty Cash; INVOICE#: PC090606; DATE: 9/8/2006 - 08/29/06   NY PETTY CASH - A.Krieger | 35.00 |
| 09/14/2006 | VENDOR: Elite Limousine; Invoice#: 1193214; Invoice Date: N/A; | 40.19 |

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | CUTLER ILANA 08/21/06 20:00:54 from 180 MAIDEN LN to 160 RIVERSIDE BLVD | |
| 09/26/2006 | VENDOR: NYC Two Ways Inc.; Invoice#: N/A; Date: N/A; KRUGER 09/11/06 21:16 from JFK AIRPORT to 257 W 86 ST | 100.51 |
| **Local Transportation Total** | | **304.32** |
| **Long Distance Telephone** | | |
| 09/06/2006 | EXTN.5562, TEL.206-399-9847, S.T.13:02, DUR.00:02:24 | 1.30 |
| 09/07/2006 | EXTN.5475, TEL.201-587-7120, S.T.12:33, DUR.00:00:36 | 0.43 |
| 09/07/2006 | EXTN.5562, TEL.412-471-4000, S.T.12:40, DUR.00:00:24 | 0.43 |
| 09/08/2006 | EXTN.5430, TEL.973-912-2059, S.T.10:10, DUR.00:06:30 | 3.02 |
| 09/11/2006 | EXTN.5544, TEL.310-566-1015, S.T.18:55, DUR.00:16:24 | 6.61 |
| 09/12/2006 | EXTN.3544, TEL.201-587-7111, S.T.15:34, DUR.00:06:54 | 3.02 |
| 09/12/2006 | EXTN.5475, TEL.214-698-3868, S.T.14:25, DUR.00:02:00 | 0.86 |
| 09/12/2006 | EXTN.5544, TEL.201-587-7114, S.T.15:33, DUR.00:00:42 | 0.43 |
| 09/14/2006 | EXTN.5544, TEL.201-587-7111, S.T.11:29, DUR.00:01:48 | 0.86 |
| 09/19/2006 | EXTN.3544, TEL.201-587-7111, S.T.16:03, DUR.00:06:48 | 3.02 |
| 09/19/2006 | EXTN.5544, TEL.201-587-7120, S.T.14:24, DUR.00:25:36 | 11.23 |
| 09/19/2006 | EXTN.5544, TEL.201-587-7111, S.T.14:50, DUR.00:00:30 | 0.43 |
| 09/19/2006 | EXTN.5562, TEL.973-912-2059, S.T.11:27, DUR.00:00:12 | 0.43 |
| 09/20/2006 | EXTN.5562, TEL.215-665-2147, S.T.17:11, DUR.00:00:54 | 0.43 |
| 09/21/2006 | EXTN.5562, TEL.973-912-2059, S.T.15:39, DUR.00:18:12 | 8.21 |
| 09/22/2006 | EXTN.5562, TEL.610-205-1104, S.T.09:31, DUR.00:01:00 | 0.43 |
| 09/26/2006 | EXTN.5562, TEL.215-665-2147, S.T.10:33, DUR.00:00:36 | 0.43 |
| 09/27/2006 | EXTN.5562, TEL.215-665-2147, S.T.10:31, DUR.00:00:36 | 0.43 |
| 09/27/2006 | EXTN.5562, TEL.973-424-2031, S.T.10:34, DUR.00:00:30 | 0.43 |
| 09/29/2006 | EXTN.5008, TEL.973-912-2059, S.T.16:23, DUR.00:00:48 | 0.43 |
| **Long Distance Telephone Total** | | **42.86** |

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Duplicating Costs-in House** | | |
| 09/05/2006 | | 0.20 |
| 09/06/2006 | | 1.10 |
| 09/08/2006 | | 0.70 |
| 09/08/2006 | | 0.70 |
| 09/08/2006 | | 0.10 |
| 09/08/2006 | | 0.10 |
| 09/12/2006 | | 0.20 |
| 09/13/2006 | | 0.40 |
| 09/13/2006 | | 0.40 |
| 09/13/2006 | | 0.20 |
| 09/15/2006 | | 0.30 |
| 09/18/2006 | | 0.30 |
| 09/19/2006 | | 0.20 |
| 09/22/2006 | | 23.00 |
| 09/22/2006 | | 33.40 |
| 09/22/2006 | | 0.30 |
| **Duplicating Costs-in House Total** | | **61.60** |
| **Postage** | | |
| 09/12/2006 | Postage Charged on 09/12/2006 | 4.20 |
| **Postage Total** | | **4.20** |
| **Filing Fees** | | |
| 09/18/2006 | VENDOR: Chase Card Services; INVOICE#: 090206; DATE: 9/2/2006 - visa charge 08/24/06 Court Call LLC | 240.00 |
| **Filing Fees Total** | | **240.00** |
| **Travel Expenses - Transportation** | | |
| 09/06/2006 | VENDOR: Ken Pasquale; INVOICE#: KP082906; DATE: 9/6/2006 - 08/21/06 Travel to Wilmington, DE for hearing - parking, tolls and | 175.75 |

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | mileage | |
| 09/12/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE NYP.WAS NYP on 08/23/2006 | 283.00 |
| 09/12/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE on 08/23/2006 | 35.00 |
| 09/12/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR PIT EWR on 08/16/2006 | 438.60 |
| 09/12/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 08/16/2006 | 35.00 |
| 09/18/2006 | VENDOR: Chase Card Services; INVOICE#: 090206; DATE: 9/2/2006 - visa charge 09/10/06 L Kruger LGA to Pittsburgh | 1,281.60 |
| 09/18/2006 | VENDOR: Chase Card Services; INVOICE#: 090206; DATE: 9/2/2006 - visa charge 08/21/06 L Kruger Penn NY to Wilmington | 130.50 |
| 09/27/2006 | VENDOR: Lewis Kruger; INVOICE#: LK091906; DATE: 9/27/2006 - 09/10 - 09/11  Court Hearing in Pittsburgh, PA - cabfares | 77.00 |
| 09/27/2006 | VENDOR: Ken Pasquale; INVOICE#: KP092606; DATE: 9/27/2006 - 09/10 - 09/11  Travel to Pittsburgh, Pa for court hearing - cabfares | 190.00 |
| 09/27/2006 | VENDOR: Ken Pasquale; INVOICE#: KP092606; DATE: 9/27/2006 - 09/25/06  Travel to Wilmington, DE for omnibus hearing - parking, tolls and mileage | 130.75 |
| **Travel Expenses - Transportation Total** | | **2,777.20** |
| **Travel Expenses - Lodging** | | |
| 09/27/2006 | VENDOR: Ken Pasquale; INVOICE#: KP092606; DATE: 9/27/2006 - 09/10 - 09/11  Travel to Pittsburgh, Pa for court hearing - hotel | 231.23 |
| **Travel Expenses - Lodging Total** | | **231.23** |
| **Travel Expenses - Meals** | | |
| 09/27/2006 | VENDOR: Ken Pasquale; INVOICE#: KP092606; DATE: 9/27/2006 - 09/10 - 09/11  Travel to Pittsburgh, Pa for court hearing - meals | 41.25 |
| 09/27/2006 | VENDOR: Lewis Kruger; INVOICE#: LK091906; DATE: 9/27/2006 - 09/11/05  Court Hearing in pittsburgh, PA - dinner w/K.Pasquale | 46.31 |
| **Travel Expenses - Meals Total** | | **87.56** |
| **Westlaw** | | |
| 09/05/2006 | Duration 0:23:34; by Krieger, Arlene G. | 321.53 |

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Westlaw Total** | **321.53** |

| BILL DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 76.51 |
| Local Transportation | 304.32 |
| Long Distance Telephone | 42.86 |
| Duplicating Costs-in House | 61.60 |
| Postage | 4.20 |
| Filing Fees | 240.00 |
| Travel Expenses - Transportation | 2777.20 |
| Travel Expenses - Lodging | 231.23 |
| Travel Expenses - Meals | 87.56 |
| Westlaw | 321.53 |

| TOTAL DISBURSEMENTS/CHARGES | $ 4,147.01 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

SSL-DOCS1 1743144v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM