

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

October 30, 2006

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - September 2006*

**Professional Fees:**

| | | |
|---|---|---|
| LC | 24.50 hrs. @ $550 | $13,475.00 |
| PM | 10.75 hrs. @ $400 | 4,300.00 |
| ML | 59.25 hrs. @ $325 | 19,256.25 |
| JM | 11.25 hrs. @ $325 | 3,656.25 |
| JS | 0.50 hrs. @ $270 | 135.00 |
| JM | 26.75 hrs. @ $260 | 6,955.00 |
| KE | 26.75 hrs. @ $200 | 5,350.00 |
| AH | 2.00 hrs. @ $200 | 400.00 |
| KE | 67.00 hrs. @ $175 | 11,725.00 |
| AM | 160.00 hrs. @ $150 | 24,000.00 |

Total Professional Fees ................................................................. $89,252.50

**Expenses:**

| | | |
|---|---|---|
| Airfare | $ | 842.60 |
| Ground Transportation / Auto Expense | | 66.85 |
| Lodging | | 261.07 |
| Meals | | 52.00 |
| Research | | 704.09 |

Total Expenses ................................................................. $1,926.61

Total Amount Due for September Services and Expenses ................ $91,179.11

**Outstanding Invoices:**

| Inv No. | 181596 | September 29, 2006 | 98,317.50 |

Total Outstanding Invoices ................................................................. $98,317.50

Total Amount Due For September Services, Expenses and Outstanding Invoices . $189,496.61

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 184078



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 9/1/2006 | 2.00 | Work on estimation issues |
| CHAMBERS, LETITIA | 9/6/2006 | 2.00 | Work on estimation issues |
| CHAMBERS, LETITIA | 9/15/2006 | 2.50 | Read work on estimation issues and staff meeting re assumptions. |
| CHAMBERS, LETITIA | 9/22/2006 | 3.00 | Work on estimation issues |
| CHAMBERS, LETITIA | 9/25/2006 | 4.00 | Meeting with staff; work on estimation issues |
| CHAMBERS, LETITIA | 9/26/2006 | 4.00 | Meeting with staff; work on estimation issues |
| CHAMBERS, LETITIA | 9/27/2006 | 2.00 | Work on estimation issues |
| CHAMBERS, LETITIA | 9/28/2006 | 3.00 | Work on estimation issues |
| CHAMBERS, LETITIA | 9/29/2006 | 2.00 | Work on estimation issues |
| ERTUG, KERIM CAN | 9/1/2006 | 4.50 | Survey database review & analysis |
| ERTUG, KERIM CAN | 9/1/2006 | 0.50 | Meeting with staff. |
| ERTUG, KERIM CAN | 9/5/2006 | 4.75 | Review claims database and meeting with staff. |
| ERTUG, KERIM CAN | 9/6/2006 | 4.25 | Review of claims database, meeting with staff with and SAS programming. |
| ERTUG, KERIM CAN | 9/7/2006 | 6.50 | PIQ Claims database claims review. |
| ERTUG, KERIM CAN | 9/8/2006 | 7.25 | Claims data and PIQ database analysis. |
| ERTUG, KERIM CAN | 9/11/2006 | 2.25 | SAS and excel sheet programming. |
| ERTUG, KERIM CAN | 9/11/2006 | 1.00 | Meeting with staff to review the status of the claims data and PIQ database analysis. |
| ERTUG, KERIM CAN | 9/11/2006 | 4.00 | SAS and excel sheet programming. |
| ERTUG, KERIM CAN | 9/12/2006 | 6.50 | SAS and excel programming. |
| ERTUG, KERIM CAN | 9/13/2006 | 8.25 | SAS programming for claims data analysis. |
| ERTUG, KERIM CAN | 9/14/2006 | 6.50 | SAS programming for claims data analysis. |
| ERTUG, KERIM CAN | 9/14/2006 | 1.75 | Team meeting to discuss the status of the analysis. |

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 184078



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ERTUG, KERIM CAN | 9/15/2006 | 7.00 | SAS programming for claims data analysis. |
| ERTUG, KERIM CAN | 9/15/2006 | 2.00 | Team meeting to discuss the status of the analysis. |
| ERTUG, KERIM CAN | 9/18/2006 | 1.75 | Meeting with staff and reviewing claims data. |
| ERTUG, KERIM CAN | 9/19/2006 | 1.25 | Meeting with staff to review PIQ database. |
| ERTUG, KERIM CAN | 9/20/2006 | 2.50 | Review of PIQ database and historical claims database. |
| ERTUG, KERIM CAN | 9/21/2006 | 3.50 | SAS programming and analysis of claims data. |
| ERTUG, KERIM CAN | 9/25/2006 | 3.00 | Meeting with expert to review claims data. |
| ERTUG, KERIM CAN | 9/25/2006 | 5.75 | SAS programming and analysis of assumptions. |
| ERTUG, KERIM CAN | 9/26/2006 | 3.00 | Meeting with expert. |
| ERTUG, KERIM CAN | 9/27/2006 | 3.75 | SAS programming, meeting with staff and review of claims data. |
| ERTUG, KERIM CAN | 9/28/2006 | 2.25 | Excel and SAS programming and meeting with staff. |
| HLAVIN, ANDREW | 9/13/2006 | 0.25 | Upload database to server. |
| HLAVIN, ANDREW | 9/18/2006 | 1.75 | Update 10-K data. |
| LYMAN, MARY | 9/8/2006 | 1.50 | Research and other work related to expert report |
| LYMAN, MARY | 9/8/2006 | 0.50 | Reviewed and edited pro forma |
| LYMAN, MARY | 9/8/2006 | 0.50 | Call re status; staff discussion |
| LYMAN, MARY | 9/11/2006 | 1.25 | Staff meeting |
| LYMAN, MARY | 9/11/2006 | 2.00 | Research; assisted with preparation of expert report |
| LYMAN, MARY | 9/12/2006 | 3.00 | Research and other work for expert report |
| LYMAN, MARY | 9/13/2006 | 4.00 | Research and other work for expert report |
| LYMAN, MARY | 9/14/2006 | 1.50 | Assisted with preparation of expert report |
| LYMAN, MARY | 9/14/2006 | 1.50 | Staff call and discussions |
| LYMAN, MARY | 9/15/2006 | 2.50 | Assisted with preparation of expert report |

Navigant Consulting, Inc. Project No.: 113758                Invoice No.: 184078



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 9/15/2006 | 1.00 | Assisted with preparation of expert report |
| LYMAN, MARY | 9/15/2006 | 1.75 | Conference call with expert and staff |
| LYMAN, MARY | 9/18/2006 | 1.25 | Assisted with preparation of expert report |
| LYMAN, MARY | 9/19/2006 | 6.50 | Assisted with preparation of expert report. |
| LYMAN, MARY | 9/20/2006 | 3.50 | Research and assist with preparation of expert report |
| LYMAN, MARY | 9/21/2006 | 0.75 | Assisted in preparation of expert report |
| LYMAN, MARY | 9/21/2006 | 6.00 | Assisted in preparation of expert report |
| LYMAN, MARY | 9/22/2006 | 5.00 | Research and assist with preparation of expert report |
| LYMAN, MARY | 9/25/2006 | 0.50 | Assisted with preparation of expert report |
| LYMAN, MARY | 9/25/2006 | 0.25 | Staff discussion |
| LYMAN, MARY | 9/26/2006 | 0.50 | Research |
| LYMAN, MARY | 9/27/2006 | 3.50 | Assisted with preparation of expert report |
| LYMAN, MARY | 9/28/2006 | 5.75 | Research and assisted with preparation of expert report |
| LYMAN, MARY | 9/29/2006 | 0.25 | Resolved billing matter |
| LYMAN, MARY | 9/29/2006 | 3.00 | Assisted with preparation of expert report |
| LYMAN, MARY | 9/30/2006 | 1.50 | Assisted with preparation of expert report |
| MCGRATH, PATRICK J. | 9/5/2006 | 3.50 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 9/6/2006 | 4.25 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 9/7/2006 | 2.50 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCGRATH, PATRICK J. | 9/8/2006 | 0.50 | Analysis of proposed Equitas insurance recovery settlement agreement. |
| MCINTIRE, JAMES | 9/1/2006 | 2.50 | Review assumptions and assignments with staff |
| MCINTIRE, JAMES | 9/5/2006 | 2.50 | Work on data and estimation issues |
| MCINTIRE, JAMES | 9/6/2006 | 1.00 | Billing review |
| MCINTIRE, JAMES | 9/6/2006 | 0.25 | Client call |

Navigant Consulting, Inc. Project No.: 113758                                   Invoice No.: 184078



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 9/6/2006 | 1.50 | Manage scheduling and data issues |
| MCINTIRE, JAMES | 9/7/2006 | 2.50 | Review report outline, prepare background material |
| MCINTIRE, JAMES | 9/8/2006 | 2.75 | Discuss data issues and timing with staff, review additional materials |
| MCINTIRE, JAMES | 9/11/2006 | 3.50 | Review progress, assumptions and assignment in staff meeting |
| MCINTIRE, JAMES | 9/12/2006 | 2.00 | Report drafting, review case documents |
| MCINTIRE, JAMES | 9/12/2006 | 0.50 | Resolve billing issues |
| MCINTIRE, JAMES | 9/13/2006 | 2.50 | Report drafting |
| MCINTIRE, JAMES | 9/14/2006 | 2.25 | Review progress on assumptions with staff, discuss questionnaire issues with staff and client. |
| MCINTIRE, JAMES | 9/15/2006 | 2.50 | Staff meeting to review estimation assumptions, data and issues. Follow-up discussions. |
| MCINTIRE, JAMES | 9/15/2006 | 0.50 | Review analysis of tort reform impacts on pending claims |
| MCINTIRE, JAMES | 9/25/2006 | 1.25 | Preliminary report drafting and editing |
| MCINTIRE, JAMES | 9/26/2006 | 3.50 | Preliminary report drafting and editing |
| MCINTIRE, JAMES | 9/27/2006 | 2.75 | Preliminary report drafting and editing |
| MCINTIRE, JAMES | 9/28/2006 | 1.50 | Preliminary report drafting and editing |
| MCINTIRE, JAMES | 9/29/2006 | 2.25 | Preliminary report drafting and editing |
| MHATRE, ARCHANA | 9/1/2006 | 7.00 | Questionnaire Database - data analysis and query reporting |
| MHATRE, ARCHANA | 9/2/2006 | 1.00 | Questionnaire Database - Data Analysis & Query Reporting |
| MHATRE, ARCHANA | 9/5/2006 | 8.00 | Questionnaire Database - data analysis & query reporting |
| MHATRE, ARCHANA | 9/6/2006 | 8.00 | Questionnaire Database - data analysis & query reporting |
| MHATRE, ARCHANA | 9/7/2006 | 8.00 | Questionnaire Database - data analysis & query reporting |
| MHATRE, ARCHANA | 9/8/2006 | 8.00 | Questionnaire Database - data analysis and query reporting |

Navigant Consulting, Inc. Project No.: 113758          Invoice No.: 184078



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MHATRE, ARCHANA | 9/11/2006 | 8.00 | Questionnaire Database - Analysis & Reporting |
| MHATRE, ARCHANA | 9/12/2006 | 8.00 | Questionnaire Database - Analysis & Reporting |
| MHATRE, ARCHANA | 9/13/2006 | 8.00 | Questionnaire Database - Analysis & Reporting |
| MHATRE, ARCHANA | 9/14/2006 | 8.00 | Questionnaire Database - Analysis & Reporting |
| MHATRE, ARCHANA | 9/15/2006 | 8.00 | Questionnaire Database - Analysis & Reporting |
| MHATRE, ARCHANA | 9/18/2006 | 8.00 | Questionnaire & Mailing List Database - analysis and reporting |
| MHATRE, ARCHANA | 9/19/2006 | 8.00 | Questionnaire & Mailing List Database - analysis and reporting |
| MHATRE, ARCHANA | 9/20/2006 | 8.00 | Questionnaire & Mailing List Database - analysis and reporting |
| MHATRE, ARCHANA | 9/21/2006 | 8.00 | Questionnaire & Mailing List Database - analysis and reporting |
| MHATRE, ARCHANA | 9/22/2006 | 8.00 | Questionnaire & Mailing List Database - analysis and reporting |
| MHATRE, ARCHANA | 9/25/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 9/26/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 9/27/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 9/28/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 9/29/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| SIRGO, JORGE | 9/1/2006 | 0.50 | Assist with data analyses. |

Navigant Consulting, Inc. Project No.: 113758                                  Invoice No.: 184078