IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br> (Jointly Administered) |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please withdraw the appearance of James M. Hughes, Esquire of Motley Rice LLC as counsel for the Motley Rice LLC Claimants in the above-referenced bankruptcy proceeding, and

Enter the appearance of Anne McGinness Kearse, Esquire of Motley Rice LLC as counsel for the Motley Rice LLC Claimants.

MOTLEY RICE LLC

By: /s/ Anne McGinness Kearse
Anne McGinness Kearse, Esquire
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Substituting Attorney

MOTLEY RICE LLC

By: /s/ James M. Hughes
James M. Hughes, Esquire
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Withdrawing Attorney

Dated: November 4, 2006

17834