IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 23, 2006 |
| | ) | Hearing Date: TBD only if necessary |

### SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006

| | |
|---|---|
| Name of Applicant: | The Scott Law Group, P.S. |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | May 1, 2006 through May 31, 2006 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $   6,108.00 |
| Amount of Expenses Reimbursement: | $   0 |

This is a:  X monthly   _ interim   _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | Pending | Pending |

This is the forty-first Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | 2.1 | $357.00 |
| Samantha Simatos | Legal Asst. | 13 | Litigation | $105 | 1.8 | $189.00 |
| Gabriel Scott | Research Asst. | 1 | Litigation | $60 | 35.0 | $2,100.00 |
| Rachel Scott | Research Asst. | 1 | Litigation | $60 | 57.7 | $3,462.00 |
| TOTALS | | | | | 96.6 | $6,108.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 96.6 Hours | $6,108.00 |
| TOTALS | 96.6 Hours | $6,108.00 |

Dated:   November 3, 2006

_____
William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone: (302) 428-8191
Fax: (302) 428-8195

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906


ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re:   1.5   Grace - Special Counsel

FOR TIME PERIOD ENDED 5/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/3/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_21_96). | 2.0 | $60.00 | $120.00 |
| 5/4/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Import ZAI Exhibit summaries into Science Trial database. | .3 | $170.00 | $51.00 |
| 5/4/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare analysis of ZAI Science Trial Exhibit database. | 2.0 | $60.00 | $120.00 |
| 5/7/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_22_67). | 3.0 | $60.00 | $180.00 |
| 5/8/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of ZAI exhibits, compile key ZAI exhibits and prepare summaries of same. | 1.0 | $60.00 | $60.00 |

8/8/2006

PAGE 1

# THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re: 1.5   Grace - Special Counsel

FOR TIME PERIOD ENDED 5/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/9/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_23_82). | 2.5 | $60.00 | $150.00 |
| 5/10/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_24_20). | 4.0 | $60.00 | $240.00 |
| 5/13/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_24). | 6.0 | $60.00 | $360.00 |
| 5/15/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Import ZAI exhibits summaries into Science Trial Exhibit database. | .5 | $170.00 | $85.00 |
| 5/15/2006 | RS<br>Rachel Scott<br>Research Assistant | Assign and analyze ZAI exhibits into Science Trial database. | 1.6 | $60.00 | $96.00 |

## THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA  99201
PHONE: 509-455-3966

Re:   1.5   Grace - Special Counsel                    FOR TIME PERIOD ENDED 5/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/15/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare ZAI exhibits and analyze imaged cds folder 20.1-3. | 2.0 | $60.00 | $120.00 |
| 5/15/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits and compile key ZAI exhibits and prepare summaries of same (CD_02_25_35). | 1.5 | $60.00 | $90.00 |
| 5/16/2006 | SS<br>Samantha Simatos<br>Legal Assistant | Prepare March fee application. | 1.0 | $105.00 | $105.00 |
| 5/16/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare ZAI exhibits and analyze imaged cds folder 20.4-28. | 6.8 | $60.00 | $408.00 |
| 5/16/2006 | RS<br>Rachel Scott<br>Research Assistant | Assign ZAI Exhibit images into Science Trial database. | .3 | $60.00 | $18.00 |

# THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re:  1.5  Grace - Special Counsel

FOR TIME PERIOD ENDED 5/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/17/2006 | SS<br>Samantha Simatos<br>Legal Assistant | Revise and finalize March fee application (.7); send same to Sullivan for filing (.1). | .8 | $105.00 | $84.00 |
| 5/17/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same. | 1.5 | $60.00 | $90.00 |
| 5/19/2006 | RS<br>Rachel Scott<br>Research Assistant | Analyze and record ZAI exhibits in imaged cd 20. | 8.0 | $60.00 | $480.00 |
| 5/19/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_26_32). | 2.0 | $60.00 | $120.00 |
| 5/22/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Import additional ZAI Exhibit summaries into Science Trial Exhibit database. | .4 | $170.00 | $68.00 |

# THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re:   1.5   Grace - Special Counsel

FOR TIME PERIOD ENDED 5/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/22/2006 | RS<br>Rachel Scott<br>Research Assistant | Analyze and record entries re ZAI Exhibits in CD_20 docs 20.001 -20.0035; 20.238-20.266. | 8.0 | $60.00 | $480.00 |
| 5/22/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_27_01). | 3.0 | $60.00 | $180.00 |
| 5/23/2006 | RS<br>Rachel Scott<br>Research Assistant | Analyze and record ZAI Exhibits in CD_20 docs 20.0036-20.163 | 7.0 | $60.00 | $420.00 |
| 5/23/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI Exhibits in cd 20, folders 29-30. | 2.0 | $60.00 | $120.00 |
| 5/24/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Import additional ZAI exhibit summaries in Science Trial Exhibit Database. | .4 | $170.00 | $68.00 |

# THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re:   1.5   Grace - Special Counsel                                      FOR TIME PERIOD ENDED 5/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/24/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI Exhibits in cd 20, folders 30-46. | 5.0 | $60.00 | $300.00 |
| 5/24/2006 | RS<br>Rachel Scott<br>Research Assistant | Analyze and record ZAI Science Trial Exhibits in CD_20 docs 20.164 -20.199. | 2.0 | $60.00 | $120.00 |
| 5/24/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_27_35). | 2.0 | $60.00 | $120.00 |
| 5/25/2006 | RS<br>Rachel Scott<br>Research Assistant | Analyze and record ZAI iExhibits in CD_20 docs 20.200-20.2037; 20.276 -20.299. | 7.0 | $60.00 | $420.00 |
| 5/26/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_27_71). | 2.0 | $60.00 | $120.00 |

# THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re:  1.5  Grace - Special Counsel

FOR TIME PERIOD ENDED 5/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/27/2006 | GS — Gabriel Scott — Research Assistant | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same. | 2.5 | $60.00 | $150.00 |
| 5/30/2006 | KLB — Kristy L. Bergland — Paralegal | Import additional ZAI exhibit summaries in Science Trial Exhibit database. | .5 | $170.00 | $85.00 |
| 5/30/2006 | RS — Rachel Scott — Research Assistant | Analyze and record ZAI Exhibits in CD_20 docs 20.267-.275; 20.300-.399. | 6.0 | $60.00 | $360.00 |
| 5/30/2006 | GS — Gabriel Scott — Research Assistant | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_28_52). | 2.0 | $60.00 | $120.00 |

**TOTAL THIS STATEMENT:**    $6,108.00

## VERIFICATION

STATE OF WASHINGTON    )
                       )
COUNTY OF SPOKANE      )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a) I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 12th day of July, 2006.

Kristy L. Bergland
Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2006



## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Verified Application of the Scott law Group, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from May 1, 2006 through May 31, 2006* to be made this November 3, 2006 upon the parties identified on the attached service list, in the manner indicated:

<u>November 3, 2006</u>          <u>/s/ William D. Sullivan</u>
Date                              William D. Sullivan

## SERVICE LIST

*E-mail:* smcfarland@pszyj.com
(Counsel for Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail:* meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel for Official Committee of Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:*
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

## SERVICE LIST

*E-mail:* jsakalo@bilzin.com
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail:* pbentley@kramerlevin.com
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP