IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| Debtors. | ) | Objection Deadline: November 23, 2006 |
| | | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM JUNE 1, 2006 THROUGH
JUNE 30, 2006**

Name of Applicant:                                  Richardson Patrick Westbrook
                                                                  & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                              July 22, 2002

Period for which compensation and
Reimbursement is sought:                          June 1, 2006 through
                                                                  June 30, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                        $ 4,312.50

Amount of Expenses Reimbursement:                 $ 0

This is a: X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 1/1/2006-1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
| | 2/1/2006 -- 2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 3/1/2006 – 3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 4/1/2006-4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 5/1/2006-5/31/2006 | $5,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |

This is the Forty-fifth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 34.5 | $4,312.50 |
| TOTALS | | | | | 34.5 | $4,312.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Tvel–Non-working 22-ZAI Science Trial | 34.5 | $4,312.50 |
| TOTALS | 34.5 | $4,312.50 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated:   November 3, 2006

William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone:  (302) 428-8191
FAX:  (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

08/22/2006                                                                                          1

# Time report
### 06/01/2006 - 06/30/2006

| Date<br>Timekeeper | Client No. | Client Name<br>Matter No. | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |

**Day:** 06/12/2006

| 06/12/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Call and answer emails to ZAI homeowners (1.5); Research in ZAI database and Libby database on Diversified Insulation - ZAI homeowner in Minnesota found Diversified Vermiculite base in attic (3.5) | | | |

**Day:** 06/13/2006

| 06/13/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Call and answer emails to ZAI homeowners (2); review ZAI jobsites database tags to verify consistency in tagging (3) | | | |

**Day:** 06/15/2006

| 06/15/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Update ZAI homeowner database - input new ZAI jobsites (3); call and answer emails from ZAI homeowner (1); searching for Grace employee depositions requested by EPA (1) | | | |

**Day:** 06/20/2006

| 06/20/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Calls to ZAI homeowners (.5); Compile and organize Grace employee depositions requested by EPA (3.5) | | | |

**Day:** 06/22/2006

| 06/22/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Update ZAI homeowner database - input new ZAI jobsites (4); Call and answer emails from ZAI homeowners (1.5) | | | |

**Day:** 06/27/2006

| 06/27/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Update ZAI homeowner database - input new ZAI jobsites (5) | | | |

**Day:** 06/29/2006

| 06/29/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Update ZAI homeowner database - input new ZAI jobsites (5) | | | |

08/22/2006                                                                                              2

# Time report
### 06/01/2006 - 06/30/2006

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| | | | **Grand Total:** | | | **$4,312.50** |
| | | | **Expense Grand Total:** | | | **$0.00** |
| | | | **Time Grand Total:** | | | **$4,312.50** |
| | | | **Total Hours/Report:** | | | **34.50** |
| | | | **Count:** | | | **7** |

VERIFICATION

STATE OF SOUTH CAROLINA   )
                                   )
COUNTY OF CHARLESTON      )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)     I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)     I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 6th day of October, 2006.


_Kimberly a. garcia_
Notary Public for South Carolina

**My Commission Expires**
**February 4, 2014**

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from June 1, 2006 through June 30, 2006* to be made this November 3, 2006 upon the parties identified on the attached service list, in the manner indicated:

*November 3, 2006*                                         ___/s/ *William D. Sullivan*___
Date                                                              William D. Sullivan

## SERVICE LIST

*E-mail:* smcfarland@pszyj.com
(Counsel for Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail:* meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage
Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:*
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

# SERVICE LIST

*E-mail:* jsakalo@bilzin.com
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail:* pbentley@kramerlevin.com
(Counsel to Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP