IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 23, 2006 |
| | | Hearing Date: TBD only if necessary |

SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2006
THROUGH SEPTEMBER 30, 2006

Name of Applicant:                                    Richardson Patrick Westbrook
                                                                      & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002

Period for which compensation and
Reimbursement is sought:                              September 1, 2006 through
                                                                     September 30, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                            $ 5,937.50

Amount of Expenses Reimbursement:                $ 0

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 1/1/2006-1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
| | 2/1/2006 – 2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 3/1/2006 – 3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 4/1/2006-4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 5/1/2006-5/31/2006 | $5,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 6/1/2006-6/30/2006 | $4.312.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 7/1/2006-7/31/2006 | $2,250.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 8/1/2006-8/31/2006 | $4,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |

This is the Forty-eighth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 47.5 | $5,937.50 |
| TOTALS | | | | | 47.5 | $5,937.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Tvel–Non-working | | |
| 22-ZAI Science Trial | 47.5 | $5,937.50 |
| TOTALS | 47.5 | $5,937.50 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated:   November 3, 2006

_____
William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone:  (302) 428-8191
FAX:  (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

10/02/2006

1

# Time and Expense report
## 09/01/2006 - 09/30/2006

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:** L106

### Day: 09/05/2006

| 09/05/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Email ZAI homeowner inquiry (.5); update ZAI homeowner database - input new ZAI jobsites (3.5) | | | |

### Day: 09/07/2006

| 09/07/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Respond to ZAI homeowners by email and phone (1.5); update ZAI homeowner database - input new ZAI jobsites (3); Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (.5) | | | |

### Day: 09/11/2006

| 09/11/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (5) | | | |

### Day: 09/12/2006

| 09/12/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (4) | | | |

### Day: 09/14/2006

| 09/14/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (4.5) | | | |

### Day: 09/18/2006

| 09/18/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (3) | | | |

### Day: 09/19/2006

| 09/19/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.50 | $437.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (3.5) | | | |

10/02/2006

2

# Time and Expense report
## 09/01/2006 - 09/30/2006

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| **Day:** | | **09/21/2006** | | | | |
| 09/21/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (5) | | | |
| **Day:** | | **09/25/2006** | | | | |
| 09/25/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (4.5) | | | |
| **Day:** | | **09/26/2006** | | | | |
| 09/26/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (4) | | | |
| **Day:** | | **09/28/2006** | | | | |
| 09/28/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (5) | | | |

|  |  |
|---|---|
| **Grand Total:** | **$5,937.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$5,937.50** |
| **Total Hours/Report:** | **47.50** |
| **Count:** | **11** |

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 6th day of October, 2006.

Kimberly A. Gurcic
Notary Public for South Carolina

My Commission Expires
February 4, 2014

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from September 1, 2006 through September 30, 2006* to be made this November 3, 2006 upon the parties identified on the attached service list, in the manner indicated:

*November 3, 2006*                                  */s/ William D. Sullivan*
Date                                                     William D. Sullivan

**SERVICE LIST**

*E-mail:* smcfarland@pszyj.com
(Counsel for Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail:* meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel for Official Committee of Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:* james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

## SERVICE LIST

*E-mail:* jsakalo@bilzin.com
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail:* pbentley@kramerlevin.com
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP