IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al.,[1] ) | Case No. 01-1139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | **Claim Number: 12758** |
| ) | **Claimant: Macerich Fresno Limited** |
| ) | **Partnership** |
| ) | **Building Location: 645 East Shaw Avenue,** |
| ) | **Fresno, CA 93710** |
| ) | **Related Docket Item No. 9315** |

## NOTICE OF SERVICE

Please take notice that on November 6, 2006, a copy of the following document was served upon the parties listed below via first class U.S. mail, post prepaid:

- **Preliminary Identification of Fact Witnesses of Macerich Fresno Limited Partnership**

| | |
|---|---|
| David M. Bernick | Laura Davis Jones |
| Janet S. Baer | James E. O'Neill |
| KIRKLAND & ELLIS LLP | PACHULSKI, STANG, ZIEHL, YOUNG & JONES |
| 200 East Randolph Drive | 919 North Market Street, 16th Floor |
| Chicago, IL 60601 | Wilmington, DE 19899-8705 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Jay Sakalo<br>Scott Baena<br>BILZIN SUMBERG BAENA PRICE & AXELROD<br>200 South Biscayne Blvd.<br>Suite 2500<br>Miami, FL 33131-5340 | Kenneth Pascquale<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 |
|---|---|
| Jarrad Wright<br>WEIL GOTSHAL & MANGES, LLP<br>Eye Street, N.W.<br>Suite 900<br>Washington, DC 20005 | Mark Hurford<br>CAMPBELL & LEVINE<br>1201 Market Street<br>15th Floor<br>Wilmington, DE 19801 |
| Richard Wyron<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Washington Harbour<br>3050 K Street N.W.<br>Washington, DC 20007 | Peter Lockwood<br>Nathan Finch<br>CAPLAN & DRYSDALE<br>One Thomas Circle, N.W.<br>Washington DC 20005 |
| Joseph Farnan, III<br>PHILLIPS GOLDMAN & SPENCE, PA<br>1200 North Broom Street<br>Wilmington, DE 19806 | Marc Phillips<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1220 Market Street<br>10th Floor<br>P.O. Box 2207<br>Wilmington, DE 19899 |

Dated: November 6, 2006

ASHBY & GEDDES, P.A

*/s/ AMWinfree*

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Counsel to Macerich Fresno Limited Partnership*

174877.1