# EXHIBIT F

## EXHIBIT "F"

The individual set forth below may testify based on experience, qualification and inspection of the ACM in the building, or bulk samples of same, regarding the condition of the material and the presence or absence of asbestos contamination in the building at this time, or historically and/or the likelihood of same, due to such Grace ACM material. Such witnesses may refer to any document including asbestos inspection reports or surveys which were produced or filed in connection with the proof of claim forms.

1.  **William M. Ewing.** Mr. Ewing is the Technical Director of Compass Environmental, Inc., 1751 McCollum Parkway, Kennesaw, Georgia 30144 and a Certified Industrial Hygienist (CIH). Mr. Ewing received a Bachelor of Science in Biology from Washington and Lee University and in 1978, began work at Clayton Environmental Consultants, Inc. in the field of industrial hygiene. In 1981, he joined the Georgia Tech Research Institute starting its industrial hygiene laboratory and instituting the hazardous waste program for small business in Georgia. He was director of the EPA-sponsored Asbestos Information Center and served as an industrial hygienist under the 7(c) (1) Program, sponsored by the Occupational Safety and Health Administration (OSHA). In 1983, Mr. Ewing became board certified in the comprehensive practice of industrial hygiene. In 1987, he left the Georgia Tech Research Institute to take the position of Executive Vice President at the Environmental Management Group, Inc. In 1990, Diagnostic Engineering, Inc. acquired Environmental Management Group, Inc. and employed Mr. Ewing as Regional Technical Director until 1993 when he joined the consulting firm of Compass Environmental Inc.

During his career Mr. Ewing has conducted numerous industrial hygiene, asbestos management and environmental studies. He has authored several publications and served on

many committees, including governmental and industrial committees, to study subjects, including methods for the identification of asbestos in buildings, disposal of ACM, evaluation of ACM, procedures for the abatement or containment of ACM in buildings, and measurement of asbestos fiber levels. Mr. Ewing has also conducted asbestos surveys for asbestos management and control in commercial and governmental facilities, including commercial office buildings, schools, hospitals, ships, industrial plants and government buildings. He has frequently directed or lectured in training courses sponsored by universities, government agencies and private interests on topics, including respiratory protection, asbestos identification, evaluation, management and control, and industrial hygiene. Mr. Ewing has provided asbestos-related consulting services to property managers and building owners throughout the nation.

Mr. Ewing has over 24 years experience evaluating asbestos in buildings in 42 states. He has conducted over 2,500 building inspections and designed asbestos abatement projects for over 100 buildings. He is accredited as an Asbestos Inspector, Asbestos Management Planner, Asbestos Abatement Project Supervisor, and an Asbestos Abatement Project Designer pursuant to the EPA regulations. Mr. Ewing was formerly Director of the EPA-sponsored Asbestos Information Center at the Georgia Tech Research Institute. The primary mission of the center was to conduct training, research and provide technical assistance regarding asbestos in buildings. In 1984 and 1985, he served as Chair of the Governor's Conference on asbestos.

Mr. Ewing was invited to testify before OSHA regarding proposed changes to its asbestos regulations in 1984. He was invited by the EPA's Asbestos Action Program to serve as a technical advisor to the Regulatory Negotiation Committee for writing the Asbestos Hazard Emergency Response Act regulations in 1986-87. He was invited to participate in the Congressionally-mandated evaluation of asbestos in schools in the early 1990s. He has served on

numerous advisory panels and peer review committees addressing asbestos-related topics. These panels were sponsored by the EPA, the National Institute for Occupational Safety and Health (NIOSH), the US Navy (Shore Facilities Command), Army Corps of Engineers, General Services Administration, City of New York, Health Effects Institute, and the National Institute of Building Sciences. He served as the invited external reviewer for the EPA asbestos NESHAP revisions.

Mr. Ewing has published 19 articles on topics related to asbestos evaluation and control in buildings and given over 50 presentations or papers on the subject at conferences or symposia. In recognition of his professional contributions, he was designated a Fellow by the American Industrial Hygiene Association in 1995. In 2002, he was invited to a presentation at an ASTM conference on the subject of vermiculite mining in Libby, Montana.

As a result of his education, training and experience, Mr. Ewing is qualified to offer expert opinions related to asbestos-in-building issues including, but not limited to the following: evaluation and assessment of ACM in buildings and including their friability, including the primary assessment tools to determine fiber release and/or the need for corrective action; air, dust and bulk sampling techniques, their scientific acceptance, and their reliability and use to measure asbestos contamination; the contamination resulting from ACM in buildings; guidelines and regulations issued by EPA, OSHA, the Consumer Product Safety Commission (CPSC) and other agencies relating to asbestos. He may testify regarding contamination as measured by air or dust sampling resulting from similations of routine and/or foreseeable activities in buildings with in-place ACM. He may testify regarding disturbance and/or re-entrainment of asbestos from settled surface dust, and the attendant air levels as determined by various methods of testing. He may testify regarding the background levels of asbestos as determined in settled

surface dust sampling. Further, Mr. Ewing may also testify as an expert consistent with or similar in substance to that testimony given in previous property damage asbestos cases prosecuted by Martin Dies, Edward Westbrook and Dan Speights on behalf of PD claimants.

2.  **William Longo, Ph.D**.  See Exhibit "A", pg. 8 for witness' statement of qualifications and experience.

3.  **Kenneth L. Pigg**.  See Exhibit "C", pg. 22 for witness' statement of qualifications and experience.

4.  **John C. Mertian**.  See Exhibit "C", page 22 for witness' statement of qualifications and experience.

5.  **Thomas F. Manning.**  See Exhibit "C", page 23 for witness' statement of qualifications and experience.

6.  **Wade Anderson**.  See Exhibit "C", page 23 for witness' statement of qualifications and experience.