**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:  W.R. GRACE & CO., <br><br>          Debtor. | Chapter 11 <br><br> Case No. 01-01139 (JFK) <br> Jointly Administered |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

   Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Mark S. Bostick, of Wendel, Rosen, Black & Dean LLP, 1111 Broadway, 24th Floor, Oakland, California 94607, to represent The Wartnick Law Firm, which represents Claimants in this action.

               */s/ Robert Jacobs, Esquire*
               Robert Jacobs, Esquire (Attorney ID No. 0244)
               Jacobs & Crumplar, P.A., P.O. Box 1271
               Wilmington, DE 19899
               Telephone: (302) 656-5445

Date: <u>November 6, 2006</u>

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

   Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the United Stated Ninth District Court, Northern California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court, and I was given Receipt No. 145298.

               */s/ Mark S. Bostick*
               Mark S. Bostick (CA State Bar No. 111241)
               Wendel, Rosen, Black & Dean LLP
               1111 Broadway, 24th Floor, Oakland, CA 94607
               Telephone:  (510) 834-6600
               Facsimile:  (510) 588-4933
               E-mail:  mbostick@wendel.com

Date: <u>November 6, 2006</u>

**ORDER GRANTING MOTION**

   IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____      _____
                               United States Bankruptcy Judge