## **CERTIFICATE OF SERVICE**

I, Robert Jacobs, hereby certify that on this 6th day of November 2006 I caused one copy of the above **MOTION AND ORDER PRO HAC VICE** to be served upon the following counsel in the manner indicated:

**VIA REGULAR U.S. MAIL**
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*Counsel to Debtors and Debtors in Possession*

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100
*Counsel to Debtors and Debtors in Possession*

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801
*Copy Service*

Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*Counsel to Official Committee of Unsecured Creditors*

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Local Counsel to DIP Lender*

Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801
*Local Counsel to Asbestos Claimants*

**VIA REGULAR U.S. MAIL**
James H.M. Sprayregen, Esquire
David B. Bernick, P.C.
Janet Baer, Esquire
Lori Sinanyan, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*Counsel to Debtor*

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Counsel for The Chase Manhattan Bank*

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
*Counsel for Property Damage Claimants*

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801
*United States Trustee*

Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
*Equity Committee Counsel*

Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
*W.R. Grace & Co.*

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982
*Official Committee of Unsecured Creditors*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152
*Official Committee of Personal Injury Claimants*

Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131
*Official Committee of Property Damage Claimants*

Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
*Equity Committee Counsel*

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005
*Official Committee of Personal Injury Claimants*

William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889
*Counsel to Official Committee of Unsecured Creditors*

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606
*Counsel to DIP Lender*

Roger Frankel
Richard H. Wyron
Matthew W. Cheney
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC  20007
*Counsel to David T. Austern, Future Claimant's Representative*

Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE  19806
*Counsel to David T. Austern, Future Claimant's Representative*


**JACOBS & CRUMPLAR, P.A.**

By: */s/ Robert Jacobs, Esquire*
    Robert Jacobs, Esquire (Bar ID# 0244)
    2 East 7th Street, P.O. Box 1271
    Wilmington, DE 19899
    Telephone: (302) 656-5445

Dated: November 6, 2006

S:\wp70\Bankruptcies\Bankruptcies\WARTNICK LAW FIRM v. W.R. Grace & Co\110606_Motion & Order for Pro Hac Vice, COS.skm.doc