IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

CLAIMANTS CHP ASSOCIATES (CLAIMANT #2977) PRELIMINARY
DESIGNATION OF FACT AND EXPERT WITNESSES REGARDING PRODUCT
IDENTIFICATION, LIMITATIONS PERIODS AND THE LIBBY  ISSUE AS
DESCRIBED IN THE FIFTEENTH OMNIBUS OBJECTION

CHP Associates (Claimant #2977, 1415 Route 70, East Suite, 500 Cherry Hill, NJ

08024) submits this preliminary designation of fact and expert witnesses regarding

Product Identification, Limitations Periods and the Libby Issue as described in the

Fifteenth Omnibus Objections:


Fred Berlinsky (owner)
1415 Route 70 East
Cherry Hill, NJ 08034

     Mr. Berlinsky may testify to the presence, abatement and location of asbestos
containing materials and facts surrounding claimants responsibility overseeing
these issues.

_____

Frank Ehrenfeld III
International Asbestos Testing Laboratories
16000 Horizon Way
Unit 100
Mt. Laurel, NJ 08054

     Mr. Ehrenfeld is the laboratory director.  He may testify about air sampling done
at CHP in November 1997.

_____

R. Timothy Popp
Senior Environmental Project Manager
TTI Environmental

1253 North Church Street
Moorestown, NJ 08057
(856) 840-8800

Mr. Popp may testify about the Phase I Environmental Site Assessment done at CHP in November, 1997,

_____

Elizabath R. Campbell
Project Manager
EMG
11011 McCormick Road
Baltimore, ND 21031

Ms. Campbell may testify about EMG's review of the Phase I Environmental Site Assessment prepared by TTI.

_____

John Latwinas
President KLEMCO Asbestos Abatement
442 Buttonwood Avenue
Maple Shade, NJ 08052
(856) 779-0472

Mr. Latwinas may testify about asbestos abatement estimates KLEMCO did for CHP in December, 1997.

_____

Claimants hereby incorporate by reference as if fully contained herein any experts or lay witnesses filed by any other property damage claimants regarding Grace's constructive or active notice objections.  Claimants may call the following experts to testify regarding issues involving construction or inquiry notice.  The following experts may also testify that air monitoring or dust sampling is not always necessary to make rational judgments about appropriate actions to be taken when friable asbestos containing

materials are identified in a building.  They may also testify that some abatement

decisions can responsibly be made on the basis of visual inspections.

Henry A. Anderson, MD
Laura S. Welch, MD
William M. Ewing
Dr. William Longo, PhD.


_____

Dr. William Longo, Ph.D.
Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024

Dr. William Longo is the President of Materials Analytical Services, Inc. in

Suwanee, Georgia.  Dr. Longo will specifically testify to the identification of W.R.

Grace's products.  Dr. Longo has conducted extensive research with asbestos-containing

materials and various methods for analysis of asbestos fibers.  As a microscopist, his

research included analysis of asbestos fibers in settled dust and the potential for asbestos

fibers to be released from various asbestos-containing materials.  He may also testify to

the use or lack of air samples in assessing building owners' decisions to maintain or abate

asbestos containing materials.  He will also testify to various bulk samples collected from

buildings at issue and identify those products or W.R. Grace/Zonolite products.  Dr.

Longo has also conducted research on the mineral fiber content of lung tissue with

environmental exposures of asbestos, including household contracts and building

occupants.

Dr. Longo is expected to testify regarding his work with asbestos and his

analytical methods of analyzing asbestos fibers in lung tissue and various building or

industrial products.  He may testify and offer opinions concerning whether specific types

of Grace asbestos-containing products have a potential to release respirable asbestos fibers.  He may also testify and show video tapes concerning fiber release simulations and experiments.

Claimants reserve the right to name or incorporate herein all W.R. Grace witnesses to authenticate any documents attached to Claimants filings for identification of W.R. Grace products or documents relative to W.R. Grace objections based on actual or constructive knowledge.

Claimants incorporate herein any and all chain of custody witnesses as they relate to bulk, dust and air sample collections, surveys and analysis.

Claimants incorporate herein any and all persons who were involved in collection of bulk of air or dust samples, the analysis of such and persons if not specifically identified above involved in conducting, supervising or analyzing asbestos surveys.

Claimants hereby incorporate witnesses listed above may testify to issues surrounding actual notice in regards to the statute of limitations.  Claimants may identify additional witnesses with particular facts that contradict Grace's objections on statute of imitations grounds.

Claimants reserve the right to identify additional fact witnesses involved in the

installation of W.R. Grace products.


Dated:  November 6, 2006                    /s/ Laurie Schenker Polleck
                                            Laurie Schenker-Polleck (DE No. 4300)
                                            JASPAN SCHLESINGER HOFFMAN, LLP
                                            913 N. Market Street, 12th Floor
                                            Wilmington, Delaware 19801
                                            Telephone:  (302) 351-8000
                                            Facsimile:   (302) 351-8010
                                            Email: lpolleck@jshllp-de.com

                                            -and-

                                            Anne McGinness Kearse
                                            **MOTLEY RICE LLC**
                                            28 Bridgeside Blvd.
                                            P.O. Box 1792
                                            Mount Pleasant, SC 29465
                                            Telephone: (843) 216-9140
                                            Facsimile: (843) 216-9440
                                            E-mail: akearse@motleyrice.com

                                            Co-Counsel for Motley Rice LLC Claimants