IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

CLAIMANTS PORT OF SEATTLE (CLAIMANT #s 9645, #9646 and #9647)
PRELIMINARY DESIGNATION OF FACT AND EXPERT WITNESSES
REGARDING PRODUCT IDENTIFICATION, LIMITATIONS PERIODS AND THE
LIBBY ISSUE AS DESCRIBED IN THE FIFTEENTH OMNIBUS OBJECTION

Port of Seattle Claimants (claimant #9645, Airport Terminal- Main, 17600 Packfic Highway Seatac, WA 98188; claimant #9646, Airport Terminal-Satellite, 17600 Pacific Highway, Seatac, WA 98188, claimants #9647, Airport Terminal-Satellite, 17600 Pacific Highway, Seatac, WA 98188) submits this preliminary designation of fact and expert witnesses regarding Product Identification, Limitations Periods and the Libby Issue as described in the Fifteenth Omnibus Objections:


Thom Ervin
Construction Manager
Port of Seattle
17900 International Blvd.
Suite 420
Seatac, WA 98188

    May testify to testing and abatement of the property, the asbestos analysis project at the port, fire-proofing samples and asbestos containing materials found at the port.

_____

Rick Welsch
Penta Engineering Group

>May testify to the collection, analysis and chair of custody of various asbestos samples and asbestos survey.

_____

Manuel Escobar
Chief Engineer
P.O. Box 1209
Seattle, WA 98111

>Engineering project manager. May testify to the identity, placement and abatement of asbestos containing materials and asbestos surveys received at port facilities.

_____

Walter D. Ritchie
Chief Engineer

>May testify to Seatac Airport Asbestos Analysis Reports.

_____

Daryl Thaut

>Utility worker foreman. Puget Sound Contractors & Consultants. Inspected buildings for friable asbestos containing materials 1/30/85

Claimants hereby incorporate by reference as if fully contained herein any experts or lay witnesses filed by any other property damage claimants regarding Grace's constructive or active notice objections. Claimants may call the following experts to testify regarding issues involving construction or inquiry notice. The following experts may also testify that air monitoring or dust sampling is not always necessary to make rational judgments about appropriate actions to be taken when friable asbestos containing materials are identified in a building. They may also testify that some abatement decisions can responsibly be made on the basis of visual inspections.

Henry A. Anderson, MD
Laura S. Welch, MD
William M. Ewing
Dr. William Longo, PhD.

_____

Dr. William Longo, Ph.D.
Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024

      Dr. William Longo is the President of Materials Analytical Services, Inc. in Suwanee, Georgia. Dr. Longo will specifically testify to the identification of W.R. Grace's products. Dr. Longo has conducted extensive research with asbestos-containing materials and various methods for analysis of asbestos fibers. As a microscopist, his research included analysis of asbestos fibers in settled dust and the potential for asbestos fibers to be released from various asbestos-containing materials. He may also testify to the use or lack of air samples in assessing building owners' decisions to maintain or abate asbestos containing materials. He will also testify to various bulk samples collected from buildings at issue and identify those products or W.R. Grace/Zonolite products. Dr. Longo has also conducted research on the mineral fiber content of lung tissue with environmental exposures of asbestos, including household contracts and building occupants.

      Dr. Longo is expected to testify regarding his work with asbestos and his analytical methods of analyzing asbestos fibers in lung tissue and various building or industrial products. He may testify and offer opinions concerning whether specific types of Grace asbestos-containing products have a potential to release respirable asbestos fibers. He may also testify and show video tapes concerning fiber release simulations

and experiments.  Claimants reserve the right to name or incorporate herein all W.R. Grace witnesses to authenticate any documents attached to Claimants filings for identification of W.R. Grace products or documents relative to W.R. Grace objections based on actual or constructive knowledge.

Claimants incorporate herein any and all chain of custody witnesses as they relate to bulk, dust and air sample collections, surveys and analysis.

Claimants incorporate herein any and all persons who were involved in collection of bulk of air or dust samples, the analysis of such and persons if not specifically identified above involved in conducting, supervising or analyzing asbestos surveys.

Claimants hereby incorporate witnesses listed above may testify to issues surrounding actual notice in regards to the statute of limitations.  Claimants may identify additional witnesses with particular facts that contradict Grace's objections on statute of imitations grounds.

Claimants reserve the right to identify additional fact witnesses involved in the installation of W.R. Grace products.

| | |
|---|---|
| Dated:  November 6, 2006 | /s/ Laurie Schenker Polleck<br>Laurie Schenker-Polleck (DE No. 4300)<br>JASPAN SCHLESINGER HOFFMAN, LLP<br>913 N. Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>Telephone:  (302) 351-8000<br>Facsimile:   (302) 351-8010<br>Email: lpolleck@jshllp-de.com<br><br>-and-<br><br>Anne McGinness Kearse<br>**MOTLEY RICE LLC**<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mount Pleasant, SC 29465<br>Telephone: (843) 216-9140<br>Facsimile: (843) 216-9440<br>E-mail: akearse@motleyrice.com<br><br>Co-Counsel for Motley Rice LLC Claimants |