IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

CLAIMANTS STATE OF WASHINGTON (CLAIMANT #s 6937, 6938, 6939, 6940, 6941, 6942, 6943 and 6944) PRELIMINARY DESIGNATION OF FACT AND EXPERT WITNESSES REGARDING PRODUCT IDENTIFICATION, LIMITATIONS PERIODS AND THE LIBBY ISSUE AS DESCRIBED IN THE FIFTEENTH OMNIBUS OBJECTION

State of Washington Claimants (claimant #6937, Capitol General Administration Building, Capitol Complex, Olympia, WA 98504; claimant #6938, Community College, 20212 68th Avenue West, Lynnwood, WA 98036; claimant #6939, University Central Building, WSU Kruegel McAllister Central, Stadium Way, Pullman, WA 99164; claimant #6940, University Annex Building, WSU Johnson Hall & Annex, Wilson Woad, Pullman, WA 99164; claimant #6941 University Theatre Building, WSU Daggy Hall, Blds. #0803, College Avenue, Pullman, WA 99164, claimant #6942, University Materials Research Building, WSU Dana Hall, Bldg. #0056, Spokane Street, Pullman, WA 99164; claimants #6943, University Performing Arts Center, WSU Beasley Performing Arts Coliseum, Pullman, WA 99164; claimant #6944, University Laboratory Spaces, WSU McCoy Hall, Bldg. #0044, Stadium Way, Pullman, WA 99164) submits this preliminary designation of fact and expert witnesses regarding Product Identification, Limitations Periods and the Libby Issue as described in the Fifteenth Omnibus Objections.

The following fact witnesses may testify to the presence and location of asbestos containing products including those manufactured by Grace. They may testify as to the states involvement in testing, surveying, abating, installing and monitoring asbestos containing products. These witnesses may testify to any or all of the State of Washington claimants filing claims against Debtor.

EV Davis, Director of Facilities
Operations
Washington State University

Chris Baylon, Industrial Hygienist
WSU

Dwight Hagihara, Director Env. Health
WSU

Russ Schaff, Facility Health & Safety
Coordinator
WSU

Jim Lukehart
Asbestos Coordinator UW Facilities

Dave Leonard
University of Washington

Tom Henderson
Re: Community Colleges
_____

Specifically, in addition to witnesses identified above specific witnesses may testify to specific buildings including, but not limited to:

**Claimant #6937- Capitol Complex**

Northwest Environmental Services, Inc.
Maritime Building
911 Western Avenue
Seattle, WA 98104

_____

Tim Odgen
Stephen E. Minassian
Project Managers
PBS Environmental

      Conducted asbestos surveys of buildings and may testify to the location, placement, condition, identify, sampling and abatement of asbestos containing products.

_____

David Olsen
CIH, CSP, MS
Olsen Consulting

      Conducted asbestos surveys of buildings and may testify to the location, placement, condition, identify, sampling and abatement of asbestos containing products.

_____

**Claimant #6938-COMMUNITY COLLEGE**

      The following additional fact witnesses may also testify to their participation and involvement in the asbestos surveys and testify to the location, placement, condition, sampling and abatement of asbestos containing products.

Sherry E. Paulus
Certified Environmental Specialists
Blue Ridge Associates, Inc.
P.O. Box 141386
Spokane, WA 99214

_____

Kenneth T. White

MS, MBA (MM), Gen. Man, CIH, CSP
Environmental Hazards Services, LLC
7469 White Pine Road
Richmond, VA 23237

_____

Howard Varner
Laboratory Director
Environmental Hazards Services, LLC
7469 White Pine Road
Richmond, VA 23237

_____

Irma Fuszweski
Quality Assurance
Environmental Hazards Services, LLC
7469 White Pine Road
Richmond, VA 23237

_____

David Ux
Ms. Senior Chemist
Environmental Hazards Services, LLC
7469 White Pine Road
Richmond, VA 23237

_____

Feng Jiang
MS Senior Geologist
Environmental Hazards Services, LLC
7469 White Pine Road
Richmond, VA 23237

_____

P.A. Snoboda
Environmental Health Sciences
NHS, Inc.
805 Goethals Drive

Richland, VA 99352

_____

M.K. Hamilton
CIH and Laboratory Director
Environmental Health Sciences
NHS, Inc.
805 Goethals Drive
Richland, VA 99352

_____

Glenn Johnson
Environmental Services Manager
State of Washington
Bureau Facility Management
OB-2 PA-11
Olympia, WA 98504

_____

Stanley Bibby
Vessel Construction Manager
Washington State Dept. of Transportation
Marine Division
Washington State Ferries
801 Alaskan Way
Seattle, WA 98104-1487

_____

Larry Schultz
Architect/Project Manager

_____

Central Associates Inc.
Consulting Engineers

____

Mitchell Nelson
Manager
Washington State Dept of Transportation
Asbestos Abatement Program

602- 93rd Street, SW
Everett, WA 98204

_____

Amtest, Inc.
14603 N.E. 87th
Redmond, WA 98053

_____

John E. Miller, Chair
Asbestos Abatement Committee
WSU
Safety Division
Pullman, WV 99164-7300

_____

David L. Smith
Senior Architect
WSU
Dept. of Facilities Planning
Pullman, WA 99164-1010

_____

Brian Riley
DCF
Environmental Services Group


_____

**Claimant #6940- WSU JOHNSON HALL & ANNEX**

The following additional fact witnesses may also testify to their participation and

involvement in the asbestos surveys and to the location, placement, condition, sampling

and abatement of asbestos containing products:

Environmental Hazards Services
391 Eastlick
Pullman, WA 99164

**Claimant # 6943- UNIVERISTY PERFORMING ARTS CENTER**

The following additional fact witnesses may also testify to their participation and involvement in the asbestos surveys and to the location, placement, condition, sampling and abatement of asbestos containing products:

Rex Swartz
Asst. Safety Officer
Beasley Performing Arts Center
Washington Department of Transportation
_____

J. Bruce Thoreen
EPA Accredited Building Inspector
Hazcon, Inc.
4636 E. Marginal Way
Seattle, WA 98134

_____

Michael L. Kato
Hazcon, Inc.
4636 E. Marginal Way
Seattle, WA 98134


_____

Michael W. Krauze
CIH, Vice President
Hazcon, Inc.
4636 E. Marginal Way
Seattle, WA 98134

_____

Mike Parrish
Analyst
 Hazcon, Inc.
4636 E. Marginal Way
Seattle, WA 98134

_____

Barbara Gloyd
Analyst
Hazcon, Inc.
4636 E. Marginal Way
Seattle, WA 98134

_____

George Li
Analyst
Environmental Health Services
391 Eastlick
Pullman, WA 99164

_____

Michael Smith
Analyst
ALPHA Engineering Group, Inc.
17th Avenue, SE #301
Bothell, WA 98021

_____

Victor Mshar
Superintendent
ALPHA Engineering Group, Inc.
17th Avenue, SE #301
Bothell, WA 98021

_____

Donald S. Peterson
John Graham and Company
1426 Fifth Avenue
Seattle, WA 98101

_____

Keith Robinson
Environmental Hazards Services, Inc.
7469 White Pine Road
Richmond, VA 23237

_____

L. Miller-Buie
Senior Geologist
Environmental Hazards Services, Inc.
7469 White Pine Road
Richmond, VA 23237

_____

Jim Crow
Washington State University
Director of the Coliseum

_____

Bruce Benson
Department of Physical Plant
Washington State University
Pullman, WA 99164


Don Hemovich, PE
Manager
Department of Hazardous Materials

_____

Larry L. Lockrem
Westinghouse Environmental Systems and Systems
1234 Columbia Drive
Richland, WA 99352

_____

**Claimant # 6944-WSU McCOY HALL BLDG. #0044**

The following additional fact witnesses may also testify to their participation and involvement in the asbestos surveys and to the location, placement, condition, sampling and abatement of asbestos containing products:

Howard Varner

Laboratory Director
Environmental Hazards Services LLC
7469 White Pine Road
Richmond, VA 23237

_____

**Claimant #6941- WSU DAGGY HALL BLDG. #0803**

The following additional fact witnesses may also testify to their participation and involvement in the asbestos surveys and to the location, placement, condition, sampling and abatement of asbestos containing products:

Larry Bailey
WSU Safety
Safety Officer

_____

**Claimant #6942-DANA HALL BLDG #0056**

The following additional fact witnesses may also testify to their participation and involvement in the asbestos surveys and to the location, placement, condition, sampling and abatement of asbestos containing products:

Environmental Hazards Services LLC
7469 White Pine Road
Richmond, VA 23237

_____

**Claimant #6939-WSU KRUEGEL McALLISTER CENTRAL**

The following additional fact witnesses may also testify to their participation and involvement in the asbestos surveys and to the location, placement, condition, sampling and abatement of asbestos containing products:

Environmental Hazards Services, Inc.
7469 White Pine Road
Richmond, VA 23237

_____

      Claimants hereby incorporate by reference as if fully contained herein any experts or lay witnesses filed by any other property damage claimants regarding Grace's constructive or active notice objections. Claimants may call the following experts to testify regarding issues involving construction or inquiry notice. The following experts may also testify that air monitoring or dust sampling is not always necessary to make rational judgments about appropriate actions to be taken when friable asbestos containing materials are identified in a building. They may also testify that some abatement decisions can responsibly be made on the basis of visual inspections.

Henry A. Anderson, MD
Laura S. Welch. MD
William M. Ewing
Dr. William Longo, PhD.

_____

Dr. William Longo, Ph.D.
Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024

      Dr. William Longo is the President of Materials Analytical Services, Inc. in Suwanee, Georgia. Dr. Longo will specifically testify to the identification of W.R. Grace's products. Dr. Longo has conducted extensive research with asbestos-containing materials and various methods for analysis of asbestos fibers. As a microscopist, his research included analysis of asbestos fibers in settled dust and the potential for asbestos

fibers to be released from various asbestos-containing materials.  He may also testify to the use or lack of air samples in assessing building owners' decisions to maintain or abate asbestos containing materials.  He will also testify to various bulk samples collected from buildings at issue and identify those products or W.R. Grace/Zonolite products.  Dr. Longo has also conducted research on the mineral fiber content of lung tissue with environmental exposures of asbestos, including household contracts and building occupants.

Dr. Longo is expected to testify regarding his work with asbestos and his analytical methods of analyzing asbestos fibers in lung tissue and various building or industrial products.  He may testify and offer opinions concerning whether specific types of Grace asbestos-containing products have a potential to release respirable asbestos fibers.  He may also testify and show video tapes concerning fiber release simulations and experiments.

Claimants reserve the right to name or incorporate herein all W.R. Grace witnesses to authenticate any documents attached to Claimants filings for identification of W.R. Grace products or documents relative to W.R. Grace objections based on actual or constructive knowledge.

Claimants incorporate herein any and all chain of custody witnesses as they relate to bulk, dust and air sample collections, surveys and analysis.

Claimants incorporate herein any and all persons who were involved in collection of bulk of air or dust samples, the analysis of such and persons if not specifically identified above involved in conducting, supervising or analyzing asbestos surveys.

Claimants hereby incorporate witnesses listed above may testify to issues surrounding actual notice in regards to the statute of limitations. Claimants may identify additional witnesses with particular facts that contradict Grace's objections on statute of imitations grounds.

Claimants reserve the right to identify additional fact witnesses involved in the installation of W.R. Grace products.

Dated: November 6, 2006

/s/ Laurie Schenker Polleck
Laurie Schenker-Polleck (DE No. 4300)
JASPAN SCHLESINGER HOFFMAN, LLP
913 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010
Email: lpolleck@jshllp-de.com

-and-

Anne McGinness Kearse
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9140
Facsimile: (843) 216-9440
E-mail: akearse@motleyrice.com

Co-Counsel for Motley Rice LLC Claimants