**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br> (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Laurie S. Polleck, hereby certify that on this 6th day of November, 2006, I served one copy of the Claimants State Of Washington (Claimant #S 6937, 6938, 6939, 6940, 6941, 6942, 6943 And 6944) Preliminary Designation Of Fact And Expert Witnesses Regarding Product Identification, Limitations Periods And The Libby Issue As Described In The Fifteenth Omnibus Objection upon all parties on the attached service list by U.S. Postal Service, postage prepaid:

                                          **JASPAN SCHLESINGER HOFFMAN LLP**

                                          By:  /s/ Laurie S. Polleck
                                                 Laurie S. Polleck (#4300)
                                                 913 Market Street, Suite 1200
                                                 Wilmington, DE 19801
                                                 (302) 351-8005

17839