# EXHIBIT C

## **EXHIBIT "C"**

The individuals set forth below performed asbestos related inspections and may testify regarding acquisition of ACM bulk samples including the bulk sample data sheet and chain of custody log for bulk samples for which MAS, and/or Dr. Charles Sclar, and/or Dr. Arthur Rohl performed micro-analytical product identification testing and issued reports which were filed with the applicable proofs of claim forms, or which were produced in the pre-existing lawsuit, *Jefferson Parish School Board, et. al. vs. W.R. Grace & Co., et al.*, supra. Additionally, these witnesses may be called to testify concerning product identification related issues such as those relating to the presence of the Grace in-place ACM and/or bulk samples and their characteristics and/or appearance.

1. **Michael T. Newman**. Mr. Newman is President and Partner of Newman Marchive Partnership, Inc. He is a registered architect in the States of Louisiana and Texas. He is also an EPA Certified Asbestos Trainer, Contractor/Supervisor, Inspector, Management Planner, and Designer. Additionally, Mr. Newman is a Registered Environmental Manager with the National Registry of Environmental Professionals. Mr. Newman has conducted numerous asbestos inspections and Phase I and Phase II environmental site assessments, asbestos surveys, indoor air quality studies, and other environmental investigations for general industry, educational facilities, and governmental entities.

2. **Wade Anderson**. Mr. Anderson is a Vice President, Operations, of Gobbell Hays Partners, Inc. Mr. Anderson is certified as an EPA Asbestos Inspector/Management Planner, an EPA Asbestos Contractor/Supervisor/Project Designer, as well as an Air Monitoring Specialist for the State of Colorado.

Mr. Anderson has conducted asbestos inspections and airborne/settled dust exposure assessments for general industry, educational facilities, state and federal governments, and health care facilities. He also develops pre-renovation/pre-demolition project designs for contractors to follow, mediates project progress meetings with owners and contractors, and manages environmental remediation projects.

Mr. Anderson's experience in industrial hygiene and environmental health and safety includes: conducting industrial hygiene and environmental health sampling and surveys; instruction in general employee safety orientations; development of healthcare facility safety policies and procedures; conducting work site safety audits; development and supervision of asbestos air sampling program; conducting surveys and sampling for asbestos, lead, mold, ventilation, radon, PCB's, airborne pathogens, and other work place hazards.

Mr. Anderson also has considerable training and lecture experience as a member of the faculty for environmental continuing education at the University of Kansas at Lawrence, Georgia Technical Institute in Atlanta, and locally at Red Rocks Community College. He has additionally provided training classes to the EPA, U.S. Air Force, U.S. Navy, state educational institutions, and health care facilities including environmental remediation, and OSHA health and safety compliance.