# EXHIBIT F

**EXHIBIT "F"**

1.  **Kenneth G. Schneider, Jr.** Mr. Schneider is an architect and the owner of Schneider and Associates, Architects, 3690 Bohlcet Road, Suite 1-D, Johns Island, South Carolina 29455. Mr. Scheider is a graduate of Princeton with an A.B. in Architecture and was registered with the National Counsel of Architectural Registration Boards (NCARB): Tennessee Resident Registration – 1961. Mr. Schneider is also licensed in Alabama, Arkansas, Colorado, Florida, Georgia, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Mississippi, Missouri, New Jersey, North Carolina, Ohio, Oklahoma, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas and Virginia. He obtained a certificate as Values-Management Engineer from the University of Michigan/ASCE (1976). He is accredited in Asbestos-Containing Roof Materials, ACRM Project Design & Work Supervision: South Carolina and Georgia. Mr. Schneider is also a Certified Diplomate by American College of Forensics Examiners (2000). He has graduated from numerous construction industry-related institutes including RIEI Seminar on Design and Specifications (1982); Exterior Insulation and Finish Systems Technical Training (1996); and others. His professional activities have included: American Institute of Architects (AIA); AIA Architects in Government; American Society for Testing Materials (ASTM); American Society for Testing Materials (ASTM) D08.03 Committee; American Society for Testing Materials (ASTM) Symposium on Mechanisms and Measurement of Water Vapor Transmission through Materials and Systems – December 1987; National Conference of States on Building Codes and Standards (NCS/BCS) – 1980; Society of American Military Engineers; Society of American Registered Architects; Southern Building Code Congress International (SBCCI); International Code Council (ICC); and Building Environmental Thermal Envelope Counsel (BETEC) – 1996.

Mr. Schneider's experience includes seven years as Chief Architect, State of Tennessee, responsible for architectural design and construction of Five Hundred Million Dollars worth of State construction. He was named Distinguished Military Student at Princeton University. His military service includes: Commissioned Officer 87th Engineer Battalion (Construction); Engineer Service Test Unit, Engineer Research and Development Laboratory (ERDL), Ft. Belvoir, Virginia. He was Project Engineer, Old Hickory Power House, Cumberland River, Civil Works Program, U.S. Army, Corps of Engineers.

Mr. Schneider, by reason of his education and work experience, is an expert in building design, construction and the use of various construction materials. He is also an expert in estimating the rebuild and remodel costs associated with all types of building materials and building construction. Mr. Schneider may testify with regard to the reasonable past abatement-related costs and other damages of the Dies & Hile Claimants, and as well the reasonable future estimated abatement-related costs and other damages related to the presence of Debtors' ACM materials in Claimants buildings.

2.    **Michael T. Newman.** See Exhibit "C", pg. 20 for witness' statement of qualifications and experience.

2.    **Albert S. Komatsu.** Deposition taken in connection with *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division.

3.    **Wylie Vale.** Deposition taken in connection with *National Gypsum Company v. Kirbyville Independent School District*, 770 S.W.2d 621 (Tex. App. - Beaumont 1989, writ dism'd w.o.j.)