IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket No. 13406** |

### W.R. GRACE & CO.'S NOTICE OF SERVICE OF DEBTORS' PRELIMINARY WITNESS DISCLOSURE FOR ADJUDICATION OF PRODUCT IDENTIFICATION, LIMITATIONS PERIODS AND THE LIBBY CLAIMS ISSUES

PLEASE TAKE NOTICE that on November 6, 2006, counsel for Debtor W.R. Grace & Co. caused a copy of the Debtors' Preliminary Witness Disclosure for Adjudication of Product Identification, Limitations Periods and the Libby Claims Issues to be served to the service list attached in the manner provided therein.

Dated: November 6, 2006

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705  (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400