IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on this 6th day of November, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**DEBTORS' PRELIMINARY WITNESS DISCLOSURE
FOR ADJUDICATION OF PRODUCT IDENTIFICATION,
LIMITATIONS PERIODS AND THE LIBBY CLAIMS ISSUES**

*James E O'Neill*
James E. O'Neill (DE Bar No. 4042)

91100-001\DOCS_DE:111474.83