# EXHIBIT D

```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF DELAWARE


IN RE:                          . Case No. 01-1139(JKF)
                                .
                                .
W.R. GRACE & CO.,               . 5414 USX Tower Building
                                . Pittsburgh, PA  15222
                                .
                 Debtor.        .
                                . January 25, 2006
 . . . . . . . . . . . . . . . .. 2:12 p.m.


                       TRANSCRIPT OF HEARING
              BEFORE HONORABLE JUDITH K. FITZGERALD
              UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Property Damage         Bilzin Sumberg Baena Price
Committee:                       & Axelrod LLP
                                By:  SCOTT L. BAENA, ESQ.
                                     MATTHEW KRAMER, ESQ.
                                Wachovia Financial Center
                                200 South Biscayne Boulevard
                                Suite 2500
                                Miami, FL  33131


Audio Operator:                 Janet Heller



Proceedings recorded by electronic sound recording, transcript
            produced by transcription service.
```

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail: jjcourt@optonline.net

(609) 586-2311   Fax No. (609) 587-3599

1  about 4,000 property damage claims. By the time of the omnibus
2  hearing last month we were at about 11 hundred and 37. We
3  believe as of today we're at approximately 949 remaining
4  claims. That's a little bit of a soft number. For example,
5  we're working on a stipulation with G-1 Holdings to get rid of
6  51 of their claims, but that hasn't formally been entered yet
7  and the like. But again we think we're at about 949 active
8  claims still remaining as of today.
9       In terms of the claims set for hearing this week,
10 yesterday, today, and tomorrow, approximately 583 of the claims
11 were to issue. As the Court knew from yesterday, there's only
12 a handful of other claimants involved, and the gross majority
13 of the claims to which these initial objections have been
14 lodged are the Speights claims. And in part, Your Honor, the
15 reason I wanted to use this slide is, because it helps frame an
16 issue that Mr. Speights has raised in his response paper, which
17 is we're now at a point that more than half of the remaining
18 Speights claims are Canadian claims, 292 of his 500 plus
19 claims, and, in fact, the Canadian claims now account for
20 roughly a third of the remaining active property damage claims
21 in this court.
22      Now, we're not concerned about the Canadian claims
23 from the standpoint of estimation for the reasons stated in our
24 15th omnibus objection. We're pretty confident that those
25 Canadian claims have no merit. And while I don't have my