**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | Related Docket No. |
| | ) | |

**ORDER GRANTING DEBTORS' MOTION FOR PROTECTIVE ORDER AGAINST
ANDERSON MEMORIAL'S OCTOBER 30, 2006 REQUESTS FOR
30(B)(6) DEPOSITIONS AND DOCUMENTS**

Upon consideration of the Debtors' Motion for Protective Order Against

Anderson Memorial's October 30, 2006 Requests for 30(B)(6) Depositions and Documents (the

"Motion") and due and adequate notice having been given under the circumstances; and it

appearing that no further notice need be given; and it appearing that this Court has jurisdiction

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core

proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that the relief requested herein is in

the best interests of the Debtors, their estates and creditors; and after due deliberation and

sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED, that the October 30, 2006 Discovery Requests and Deposition

Notices served on the Debtors by Speights & Runyan representing Anderson Memorial Hospital

are disallowed in all respects.

Dated: _____, 2006

_____
The Honorable Judith K. Fitzgerald

DOCS_DE:122563.1