## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

Tanya Thompson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, in the above-captioned action, and that on the 6th day of November 2006 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1.    **CLAIM SETTLEMENT NOTICE (Non-Debtor Settling Party: American International Group, et al.).**

Tanya Thompson

Sworn to and subscribed before
me this 6th day of November 2006

Notary Public
My Commission Expires: 2-20-08

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 20, 2008

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W. R. Grace Service List for Claim
Settlement Notice
Case No. 01-1139 (RJN)
Doc. No. 35597
08 – Facsimile

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

*Via Facsimile - 302-573-6497*
Frank Perch
Office of the U.S. Trustee

*Via Facsimile - 212-806-6006*
Robert Raskin
Arlene G. Krieger
Stroock & Stroock & Lavan LLP

*Via Facsimile - 212-644-6755*
Elihu Inselbuch
Caplin & Drysdale

*Via Facsimile - 202-429-3301*
Peter Van N. Lockwood
Caplin & Drysdale

*Via Facsimile - 302-426-9947*
Matthew G. Zaleski
Campbell & Levine

*Via Facsimile - 305-374-7593*
Scott L. Baena
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*Via Facsimile - 312-993-9767*
Douglas Bacon
Latham & Watkins

*Via Facsimile - 212-715-8000*
Thomas Moers Mayer
Kramer Levin Naftalis & Frankel

W. R. Grace Service List for Claim
Settlement Notice
Case No. 01-1139 (RJN)
Doc. No. 35597
08 – Facsimile

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

*Via Facsimile - 302-573-6497*
Frank Perch
Office of the U.S. Trustee

*Via Facsimile - 212-806-6006*
Robert Raskin
Arlene G. Krieger
Stroock & Stroock & Lavan LLP

*Via Facsimile - 212-644-6755*
Elihu Inselbuch
Caplin & Drysdale

*Via Facsimile - 202-429-3301*
Peter Van N. Lockwood
Caplin & Drysdale

*Via Facsimile - 302-426-9947*
Matthew G. Zaleski
Campbell & Levine

*Via Facsimile - 305-374-7593*
Scott L. Baena
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*Via Facsimile - 312-993-9767*
Douglas Bacon
Latham & Watkins

*Via Facsimile - 212-715-8000*
Thomas Moers Mayer
Kramer Levin Naftalis & Frankel