IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Anne McGinness Kearse of Motley Rice LLC, 28 Bridgeside Blvd., P.O. Box 1792, Mount Pleasant, SC 29465, to represent Counsel for the Motley Rice LLC Claimants, in this case.

Dated: October 24, 2006

/s/ Laurie Schenker Polleck
Laurie Schenker-Polleck (DE No. 4300)
JASPAN SCHLESINGER HOFFMAN, LLP
913 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010
Email: lpolleck@jshllp-de.com

Co-Counsel for Motley Rice LLC Claimants

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

#17797.1