# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: November 27, 2006** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>AUGUST 1, 2006 THROUGH AUGUST 31, 2006</u>

Name of Applicant:                                      The Scott Law Group, P.S.

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                 July 22, 2002

Period for which compensation and
Reimbursement is sought:                             August 1, 2006 through
                                                     August 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                           $      8,275.00

Amount of Expenses Reimbursement:                    $             0

This is a: <u>X</u> monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---|---|---|---|---|---|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/6/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | Pending | Pending |
| 11/3/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | Pending | Pending |
| 11/3/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | Pending | Pending |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | Pending | Pending |

This is the forty-fourth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | 2.6 | $442.00 |
| Samantha Simatos | Legal Asst. | 13 | Litigation | $105 | 6.6 | $693.00 |
| Gabriel Scott | Research Asst. | 1 | Litigation | $60 | 39.0 | $2,340.00 |
| Rachel Scott | Research Asst. | 1 | Litigation | $60 | 80.0 | $4,800.00 |
| TOTALS | | | | | 128.2 | $8,275.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 128.2 Hours | $8,275.00 |
| TOTALS | 128.2 Hours | $8,275.00 |

Dated:  November 7, 2006

William D. Sullivan (No. 2820)
WILLIAM D. SULLIVAN, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:   1.5   Grace - Special Counsel

FOR TIME PERIOD ENDED 8/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 08/02/2006 KLB<br>Kristy L. Bergland<br>Paralegal | | Format and import additional exhibit summaries into ZAI Exhibit Database. | 1.5 | $170.00 | $255.00 |
| 8/2/2006 RS<br>Rachel Scott<br>Research Assistant | | Prepare and analyze ZAI exhibits 04_1501-1581. | 6.0 | $60.00 | $360.00 |
| 8/3/2006 RS<br>Rachel Scott<br>Research Assistant | | Prepare and analyze ZAI exhibits 04_1582-1682. | 8.0 | $60.00 | $480.00 |
| 8/4/2006 KLB<br>Kristy L. Bergland<br>Paralegal | | Import additional exhibit summaries into ZAI exhibit database (.3). | .3 | $170.00 | $51.00 |
| 8/7/2006 SS<br>Samantha Simatos<br>Legal Assistant | | Continue preparation of April-June fee applications. | 1.6 | $105.00 | $168.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

Re:  **1.5   Grace - Special Counsel**                                        **FOR TIME PERIOD ENDED 8/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/9/2006<br>Samantha Simatos<br>Legal Assistant | SS | Revise and finalize fee applications for April, May and June (2.6); email same to William Sullivan for service (.2). | 2.8 | $105.00 | $294.00 |
| 8/10/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (1.0), compile key ZAI exhibits and prepare summaries of same (2.0). | 3.0 | $60.00 | $180.00 |
| 8/10/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits 01B folders 32-34. | 3.2 | $60.00 | $192.00 |
| 8/14/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.2); compile key ZAI exhibits and prepare summaries of same (.8). | 1.0 | $60.00 | $60.00 |
| 8/14/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits CD 01B folders 35-38. | 3.0 | $60.00 | $180.00 |

11/2/2006                                                                                                   PAGE 2

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:    1.5    Grace - Special Counsel                                      FOR TIME PERIOD ENDED 8/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 8/15/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.5); compile key ZAI exhibits and prepare summaries of same (2.0). | 2.5 | $60.00 | $150.00 |
| 8/15/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits CD 01B folders 39-48. | 3.8 | $60.00 | $228.00 |
| 8/16/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.3); compile key ZAI exhibits and prepare summaries of same (1.7). | 2.0 | $60.00 | $120.00 |
| 8/16/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits CD 01B folders 49-62. | 4.0 | $60.00 | $240.00 |
| 8/16/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits WRG 01B_001-042. | 3.5 | $60.00 | $210.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel                                      FOR TIME PERIOD ENDED 8/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 8/17/2006 GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.7); compile key ZAI exhibits and prepare summaries of same (3.3). | 4.0 | $60.00 | $240.00 |
| 8/17/2006 RS<br>Rachel Scott<br>Research Assistant | | Prepare and analyze ZAI exhibits WRG 01B_043-115. | 6.7 | $60.00 | $402.00 |
| 8/18/2006 GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.2); compile key ZAI exhibits and prepare summaries of same (1.8). | 2.0 | $60.00 | $120.00 |
| 8/19/2006 GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.5); compile key ZAI exhibits and prepare summaries of same (4.0). | 4.5 | $60.00 | $270.00 |
| 8/21/2006 GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.3); compile key ZAI exhibits and prepare summaries of same (2.2). | 2.5 | $60.00 | $150.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

Re:    1.5    Grace - Special Counsel

FOR TIME PERIOD ENDED 8/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 8/21/2006 RS<br>Rachel Scott<br>Research Assistant | | Prepare and analyze ZAI exhibits WRG 01B_116-137. | 5.0 | $60.00 | $300.00 |
| 8/22/2006 GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.4); compile key ZAI exhibits and prepare summaries of same (3.1). | 3.5 | $60.00 | $210.00 |
| 8/22/2006 RS<br>Rachel Scott<br>Research Assistant | | Prepare and analyze ZAI exhibits WRG 01B_138-203. | 8.5 | $60.00 | $510.00 |
| 8/23/2006 KLB<br>Kristy L. Bergland<br>Paralegal | | Import additional exhibit summaries into ZAI Exhibit Database. | .3 | $170.00 | $51.00 |
| 8/23/2006 GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.3); compile key ZAI exhibits and prepare summaries of same (1.7). | 2.0 | $60.00 | $120.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

Re:    1.5    Grace - Special Counsel                                              FOR TIME PERIOD ENDED 8/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/23/2006  RS<br>Rachel Scott<br>Research Assistant | | Prepare and analyze ZAI exhibits WRG 01B_204-336. | 4.0 | $60.00 | $240.00 |
| 8/24/2006  SS<br>Samantha Simatos<br>Legal Assistant | | Prepare 21st quarterly fee application and summary (2.1); email same to Bill Sullivan (.1). | 2.2 | $105.00 | $231.00 |
| 8/24/2006  GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.2); compile key ZAI exhibits and prepare summaries of same (1.3). | 1.5 | $60.00 | $90.00 |
| 8/25/2006  GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.1); compile key ZAI exhibits and prepare summaries of same (.4). | .5 | $60.00 | $30.00 |
| 8/28/2006  GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.2); compile key ZAI exhibits and prepare summaries of same (1.8). | 1.0 | $60.00 | $60.00 |

11/2/2006

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:     1.5      Grace - Special Counsel                    **FOR TIME PERIOD ENDED 8/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 8/28/2006  RS<br>Rachel Scott<br>Research Assistant | | Prepare and analyze ZAI exhibits WRG 01B_236-299. | 5.0 | $60.00 | $300.00 |
| 8/29/2006  GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.4); compile key ZAI exhibits and prepare summaries of same (3.1). | 3.5 | $60.00 | $210.00 |
| 8/29/2006  RS<br>Rachel Scott<br>Research Assistant | | Prepare and analyze ZAI exhibits WRG 01B_300-410. | 8.0 | $60.00 | $480.00 |
| 8/30/2006  KLB<br>Kristy L. Bergland<br>Paralegal | | Import additional document summaries into ZAI Exhibit Database. | .5 | $170.00 | $85.00 |
| 8/30/2006  GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.1); compile key ZAI exhibits and prepare summaries of same (.9). | 1.0 | $60.00 | $60.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:      1.5      Grace - Special Counsel                                    **FOR TIME PERIOD ENDED 8/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|------------|-------------|-------|------|-------|
| 8/30/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 01B_411-433. | 3.0 | $60.00 | $180.00 |
| 8/31/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits (.5); compile key ZAI exhibits and prepare summaries of same (4.0). | 4.5 | $60.00 | $270.00 |
| 8/31/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits CD 03. | 8.3 | $60.00 | $498.00 |

**TOTAL THIS STATEMENT:**                              $8,275.00

VERIFICATION

STATE OF WASHINGTON        )
                           )
COUNTY OF SPOKANE          )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)    I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this _6th_ day of _Nov._, 2006.

Notary Public for Washington
Residing at Spokane
My Commission Expires: _9/10/2010_

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Verified Application of the Scott Law Group, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from August 1, 2006 through August 31, 2006* to be made this November 7, 2006 upon the parties identified on the attached service list, in the manner indicated:


*November 7, 2006*                              */s/ William D. Sullivan*
Date                                                            William D. Sullivan

## SERVICE LIST

***E-mail:*** smcfarland@pszyj.com
(Counsel for Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

### *Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

### *Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

### *Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201
whsmith@whsmithlaw.com

### *Federal Express and E-mail:*
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

***E-mail:*** syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire

The Bayard Firm
***E-mail:*** meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

***E-mail:*** ttacconelli@ferryjoseph.com
(Counsel for Property Damage
Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

***E-mail:*** mlastowski@duanemorris.com
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

***E-mail:*** currier@klettrooney.com
(Counsel for Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

***E-mail:***
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

***E-mail:*** pvnl@capdale.com
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

***E-mail:*** elawler@stroock.com.
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

***E-mail:*** carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

## SERVICE LIST

*E-mail:* jsakalo@bilzin.com
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail:* pbentley@kramerlevin.com
(Counsel to Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP