# EXHIBIT A
2006 Fee Applications
April through June

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  November 27, 2006** |
| | ) | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006

Name of Applicant:                                    The Scott Law Group, P.S.


Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002

Period for which compensation and
Reimbursement is sought:                             April 1, 2006 through
                                                      April 30, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                     $      2,511.00

Amount of Expenses Reimbursement:              $           0

This is a:  X monthly     _ interim    _ final application

Prior Application filed:  Yes

Docket No. 13574
Date 11/6/2006

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---------|-------------------|---------|---|---------------------------------|---------------------------------|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |

This is the fortieth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|--------------------------------|------------|---------------------|--------------------|--------------------|
| Darrell W. Scott | Partner | 16 | Litigation | $425 | .1 | $42.50 |
| TOTALS | | | | | .1 | 42.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|-----------------------------|------------|---------------------|--------------------|--------------------|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | .2 | $34.00 |
| Samantha Simatos | Legal Asst. | 13 | Litigation | $105 | .3 | $31.50 |
| Elizabeth I. Rutherford | Legal Asst. | 9 | Litigation | $90 | 1.7 | $153.00 |
| Gabriel Scott | Research Asst. | 1 | Litigation | $60 | 37.5 | $2,250.00 |
| TOTALS | | | | | 39.7 | $2,468.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 39.8 Hours | $2,511.00 |
| TOTALS | 39.8 Hours | $2,511.00 |

Dated:   November 6, 2006

_____
William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re:   1.5   Grace - Special Counsel

**FOR TIME PERIOD ENDED 4/30/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 4/3/2006 BR<br>Bets Rutherford<br>Legal Assistant | | Attach and Summarize imaged ZAI exhibits into Science Trial Exhibit database. | .7 | $90.00 | $63.00 |
| 4/4/2006 BR<br>Bets Rutherford<br>Legal Assistant | | Attach and Summarize imaged ZAI exhibits into Science Trial Exhibit database. | 1.0 | $90.00 | $90.00 |
| 4/4/2006 GS<br>Gabriel Scott<br>Research Assistant | | Review and prepare analysis of ZAI exhibit images thru CD01_14_29. | 4.5 | $60.00 | $270.00 |
| 4/5/2006 GS<br>Gabriel Scott<br>Research Assistant | | Review and prepare analysis of ZAI exhibit images thru CD01_14_71. | 3.0 | $60.00 | $180.00 |
| 4/6/2006 SS<br>Samantha Simatos<br>Legal Assistant | | Start preparation of March fee application. | .3 | $105.00 | $31.50 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

| Re: | 1.5 | Grace - Special Counsel | | | |
|-----|-----|------------------------|---|---|---|

**FOR TIME PERIOD ENDED 4/30/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 4/6/2006<br>Gabriel Scott<br>Research Assistant | GS | Review and prepare analysis of ZAI exhibit images. | 2.0 | $60.00 | $120.00 |
| 4/12/2006<br>Gabriel Scott<br>Research Assistant | GS | Review and prepare analysis of ZAI exhibit images. | .5 | $60.00 | $30.00 |
| 4/13/2006<br>Gabriel Scott<br>Research Assistant | GS | Review and prepare analysis of ZAI exhibit images thru CD01_17_26. | 5.5 | $60.00 | $330.00 |
| 4/14/2006<br>Gabriel Scott<br>Research Assistant | GS | Review and prepare analysis of ZAI exhibit images. | 2.5 | $60.00 | $150.00 |
| 4/15/2006<br>Gabriel Scott<br>Research Assistant | GS | Review and prepare analysis of ZAI exhibit images. | 1.0 | $60.00 | $60.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:  1.5  Grace - Special Counsel

**FOR TIME PERIOD ENDED 4/30/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 4/19/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review and prepare analysis of ZAI exhibit images. | 3.0 | $60.00 | $180.00 |
| 4/21/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Import additional ZAI exhibit summaries into Science Trial database. | .2 | $170.00 | $34.00 |
| 4/22/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review and prepare analysis of ZAI exhibit images thru CD01. | 7.5 | $60.00 | $450.00 |
| 4/23/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review and prepare analysis of ZAI exhibit images. | 2.0 | $60.00 | $120.00 |
| 4/24/2006 | DWS<br>Darrell W. Scott<br>Principal | Phone call to special counsel re billing issues. | .1 | $425.00 | $42.50 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:  1.5   **Grace - Special Counsel**                    **FOR TIME PERIOD ENDED 4/30/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 4/24/2006 | GS | Review and prepare analysis of ZAI exhibit images. | 1.0 | $60.00 | $60.00 |
| Gabriel Scott | | | | | |
| Research Assistant | | | | | |
| 4/25/2006 | GS | Review and prepare analysis of ZAI exhibit images thru CD02_20. | 3.0 | $60.00 | $180.00 |
| Gabriel Scott | | | | | |
| Research Assistant | | | | | |
| 4/30/2006 | GS | Review and prepare analysis of ZAI exhibit images thru CD02_46. | 2.0 | $60.00 | $120.00 |
| Gabriel Scott | | | | | |
| Research Assistant | | | | | |

**TOTAL THIS STATEMENT:**     **$2,511.00**

## VERIFICATION

STATE OF WASHINGTON          )
                             )
COUNTY OF SPOKANE            )

      Darrell W. Scott, after being duly sworn according to law, deposes and says:

      a)    I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

      b)    I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

      c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

 

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 12th day of July, 2006.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2006



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: November 23, 2006** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>MAY 1, 2006 THROUGH MAY 31, 2006</u>

Name of Applicant:                                        The Scott Law Group, P.S.

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                     July 22, 2002

Period for which compensation and
Reimbursement is sought:                              May 1, 2006 through
                                                                   May 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                          $       6,108.00

Amount of Expenses Reimbursement:             $             0

This is a: <u>X</u> monthly    _ interim    _ final application

Prior Application filed: Yes

Docket No. 13562
Date 11/3/2006

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---------|-------------------|---------|---|------------------|------------------|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | Pending | Pending |

This is the forty-first Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|-----------------------------|------------|---------------------|--------------------|--------------------|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | 2.1 | $357.00 |
| Samantha Simatos | Legal Asst. | 13 | Litigation | $105 | 1.8 | $189.00 |
| Gabriel Scott | Research Asst. | 1 | Litigation | $60 | 35.0 | $2,100.00 |
| Rachel Scott | Research Asst. | 1 | Litigation | $60 | 57.7 | $3,462.00 |
| TOTALS | | | | | 96.6 | $6,108.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|----------|-------------|------------|
| 22-ZAI Science Trial | 96.6 Hours | $6,108.00 |
| TOTALS | 96.6 Hours | $6,108.00 |

Dated:  November 3, 2006

William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
Fax: (302) 428-8195

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Phone: (509) 455-3966
FAX: (509) 455-3906


ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel                                    **FOR TIME PERIOD ENDED 5/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/3/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_21_96). | 2.0 | $60.00 | $120.00 |
| 5/4/2006<br>Kristy L. Bergland<br>Paralegal | KLB | Import ZAI Exhibit summaries into Science Trial database. | .3 | $170.00 | $51.00 |
| 5/4/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare analysis of ZAI Science Trial Exhibit database. | 2.0 | $60.00 | $120.00 |
| 5/7/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_22_67). | 3.0 | $60.00 | $180.00 |
| 5/8/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of ZAI exhibits, compile key ZAI exhibits and prepare summaries of same. | 1.0 | $60.00 | $60.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel    FOR TIME PERIOD ENDED 5/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/9/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_23_82). | 2.5 | $60.00 | $150.00 |
| 5/10/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_24_20). | 4.0 | $60.00 | $240.00 |
| 5/13/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_24). | 6.0 | $60.00 | $360.00 |
| 5/15/2006<br>Kristy L. Bergland<br>Paralegal | KLB | Import ZAI exhibits summaries into Science Trial Exhibit database. | .5 | $170.00 | $85.00 |
| 5/15/2006<br>Rachel Scott<br>Research Assistant | RS | Assign and analyze ZAI exhibits into Science Trial database. | 1.6 | $60.00 | $96.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel                    FOR TIME PERIOD ENDED 5/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/15/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare ZAI exhibits and analyze imaged cds folder 20.1-3. | 2.0 | $60.00 | $120.00 |
| 5/15/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits and compile key ZAI exhibits and prepare summaries of same (CD_02_25_35). | 1.5 | $60.00 | $90.00 |
| 5/16/2006 | SS<br>Samantha Simatos<br>Legal Assistant | Prepare March fee application. | 1.0 | $105.00 | $105.00 |
| 5/16/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare ZAI exhibits and analyze imaged cds folder 20.4-28. | 6.8 | $60.00 | $408.00 |
| 5/16/2006 | RS<br>Rachel Scott<br>Research Assistant | Assign ZAI Exhibit images into Science Trial database. | .3 | $60.00 | $18.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

| Re: | 1.5 | Grace - Special Counsel | | | FOR TIME PERIOD ENDED 5/31/2006 |
|---|---|---|---|---|---|

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/17/2006<br>Samantha Simatos<br>Legal Assistant | SS | Revise and finalize March fee application (.7); send same to Sullivan for filing (.1). | .8 | $105.00 | $84.00 |
| 5/17/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same. | 1.5 | $60.00 | $90.00 |
| 5/19/2006<br>Rachel Scott<br>Research Assistant | RS | Analyze and record ZAI exhibits in imaged cd 20. | 8.0 | $60.00 | $480.00 |
| 5/19/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_26_32). | 2.0 | $60.00 | $120.00 |
| 5/22/2006<br>Kristy L. Bergland<br>Paralegal | KLB | Import additional ZAI Exhibit summaries into Science Trial Exhibit database. | .4 | $170.00 | $68.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel

**FOR TIME PERIOD ENDED 5/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 5/22/2006 | RS<br>Rachel Scott<br>Research Assistant | Analyze and record entries re ZAI Exhibits in CD_20 docs 20.001 -20.0035; 20.238-20.266. | 8.0 | $60.00 | $480.00 |
| 5/22/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_27_01). | 3.0 | $60.00 | $180.00 |
| 5/23/2006 | RS<br>Rachel Scott<br>Research Assistant | Analyze and record ZAI Exhibits in CD_20 docs 20.0036-20.163 | 7.0 | $60.00 | $420.00 |
| 5/23/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI Exhibits in cd 20, folders 29-30. | 2.0 | $60.00 | $120.00 |
| 5/24/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Import additional ZAI exhibit summaries in Science Trial Exhibit Database. | .4 | $170.00 | $68.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:     1.5      Grace - Special Counsel

**FOR TIME PERIOD ENDED 5/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/24/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI Exhibits in cd 20, folders 30-46. | 5.0 | $60.00 | $300.00 |
| 5/24/2006 | RS<br>Rachel Scott<br>Research Assistant | Analyze and record ZAI Science Trial Exhibits in CD_20 docs 20.164 -20.199. | 2.0 | $60.00 | $120.00 |
| 5/24/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_27_35). | 2.0 | $60.00 | $120.00 |
| 5/25/2006 | RS<br>Rachel Scott<br>Research Assistant | Analyze and record ZAI iExhibits in CD_20 docs 20.200-20.2037; 20.276 -20.299. | 7.0 | $60.00 | $420.00 |
| 5/26/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_27_71). | 2.0 | $60.00 | $120.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel                              **FOR TIME PERIOD ENDED 5/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 5/27/2006  GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same. | 2.5 | $60.00 | $150.00 |
| 5/30/2006  KLB<br>Kristy L. Bergland<br>Paralegal | | Import additional ZAI exhibit summaries in Science Trial Exhibit database. | .5 | $170.00 | $85.00 |
| 5/30/2006  RS<br>Rachel Scott<br>Research Assistant | | Analyze and record ZAI Exhibits in CD_20 docs 20.267-.275; 20.300-.399. | 6.0 | $60.00 | $360.00 |
| 5/30/2006  GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_28_52). | 2.0 | $60.00 | $120.00 |

**TOTAL THIS STATEMENT:**    $6,108.00

## VERIFICATION

STATE OF WASHINGTON  )
                     )
COUNTY OF SPOKANE    )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)   I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)   I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)   I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 12th day of July, 2006.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2006



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: November 23, 2006** |
| | ) | **Hearing Date: TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
<u>JUNE 1, 2006 THROUGH JUNE 30, 2006</u>**

Name of Applicant:                                      The Scott Law Group, P.S.


Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:                                 July 22, 2002

Period for which compensation and
Reimbursement is sought:                           June 1, 2006 through
                                                      June 30, 2006


Amount of Compensation sought as actual,
Reasonable, and necessary:              $       8,512.50

Amount of Expenses Reimbursement:       $              0

This is a: <u>X</u> monthly    _ interim    _ final application

Prior Application filed: Yes

Docket No. 13563
Date 11/3/2006

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | Pending | Pending |
| 8/10/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | Pending | Pending |

This is the forty-second Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 16 | Litigation | $425 | .7 | $297.50 |
| TOTALS | | | | | .7 | $297.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | 8.6 | $1,462.00 |
| Samantha Simatos | Legal Asst. | 13 | Litigation | $105 | 2.6 | $273.00 |
| Elizabeth I. Rutherford | Legal Asst. | 9 | Litigation | $90 | 1.0 | $90.00 |
| Gabriel Scott | Research Asst. | 1 | Litigation | $60 | 36.5 | $2,190.00 |
| Rachel Scott | Research Asst. | 1 | Litigation | $60 | 70.0 | $4,200.00 |
| TOTALS | | | | | 118.7 | $8,215.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 119.4 Hours | $8,512.50 |
| TOTALS | 119.4 Hours | $8,512.50 |

Dated:   November 3, 2006

William D. Sullivan (No. 2820)
William D. Sullivan, L.L.C.
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel

FOR TIME PERIOD ENDED 6/30/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 6/1/2006<br>Kristy L. Bergland<br>Paralegal | KLB | Import additional ZAI exhibit summaries into Science Trial Exhibit database. | .6 | $170.00 | $102.00 |
| 6/1/2006<br>Rachel Scott<br>Research Assistant | RS | Analyze and record ZAI Exhibits in CD_20 docs 20.600-.720. | 7.0 | $60.00 | $420.00 |
| 6/2/2006<br>Kristy L. Bergland<br>Paralegal | KLB | Import and prepare additional ZAI Exhibit summaries into Science Trial Exhibit Database. | .2 | $170.00 | $34.00 |
| 6/5/2006<br>Kristy L. Bergland<br>Paralegal | KLB | Review and prepare summary of additional Grace ZAI Exhibits from CD WRG0001A into ZAI Exhibit Database. | 4.3 | $170.00 | $731.00 |
| 6/5/2006<br>Rachel Scott<br>Research Assistant | RS | Analyze and record ZAI Exhbits on cd 20 docs 20.721-.845. | 3.8 | $60.00 | $228.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel

**FOR TIME PERIOD ENDED 6/30/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 6/5/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits on cd 02, folders 1-16. | 3.0 | $60.00 | $180.00 |
| 6/5/2006<br>Rachel Scott<br>Research Assistant | RS | Analyze and record ZAI Exhibits on cd 02 docs 02.001-.020. | 1.2 | $60.00 | $72.00 |
| 6/6/2006<br>Kristy L. Bergland<br>Paralegal | KLB | Continue review and analysis of ZAI in and entry of (CD1A) into ZAI exhibit database (2.0); import and analyze ZAI exhibit summaries into Science Trial database (.3). | 2.3 | $170.00 | $391.00 |
| 6/6/2006<br>Rachel Scott<br>Research Assistant | RS | Analyze and record ZAI Exhbitis on cd 02 docs 02.021-.167 | 6.0 | $60.00 | $360.00 |
| 6/6/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits and analyze same (cd 04 folders 1-9). | 2.0 | $60.00 | $120.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:     1.5     **Grace - Special Counsel**                                      **FOR TIME PERIOD ENDED 6/30/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|------------|-------------|-------|------|-------|
| 6/7/2006<br>Bets Rutherford<br>Legal Assistant | BR | Attach images and update Science Trial database with information re selected ZAI Exhibit bates ranges. | 1.00 | $90.00 | $90.00 |
| 6/7/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits on cd 04 folders 10-14. | 2.5 | $60.00 | $150.00 |
| 6/7/2006<br>Rachel Scott<br>Research Assistant | RS | Analyze and record ZAI exhibits on cd 04 docs 04.001-.121. | 6.7 | $60.00 | $402.00 |
| 6/8/2006<br>Samantha Simatos<br>Legal Assistant | SS | Prepare 20th Quarterly fee application and summary. | 1.5 | $105.00 | $157.50 |
| 6/8/2006<br>Rachel Scott<br>Research Assistant | RS | Analyze and record ZAI Exhibits on cd 04 docs 04.122-.199. | 3.5 | $60.00 | $210.00 |

8/9/2006                                                                                                                    PAGE 3

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:  1.5   Grace - Special Counsel                          **FOR TIME PERIOD ENDED 6/30/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 6/8/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits on cd 04 folders 15-24. | 4.5 | $60.00 | $270.00 |
| 6/9/2006<br>Samantha Simatos<br>Legal Assistant | SS | Finalize 20th Quarterly fee application (.2); send same to local counsel with instruction (.1). | .3 | $105.00 | $31.50 |
| 6/12/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits on cd 04 folders 25-26. | 1.3 | $60.00 | $78.00 |
| 6/12/2006<br>Rachel Scott<br>Research Assistant | RS | Analyze and record ZAI exhibits on cd 04 docs 04.200-.286. | 5.0 | $60.00 | $300.00 |
| 6/13/2006<br>Rachel Scott<br>Research Assistant | RS | Analyze and record ZAI exhibits on cd 04 docs 04.287-.430 | 8.0 | $60.00 | $480.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE: 509-455-3966**

Re:    1.5    Grace - Special Counsel                                      FOR TIME PERIOD ENDED 6/30/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 6/14/2006  KLB<br>Kristy L. Bergland<br>Paralegal | | Import and analyze additional summaries of ZAI exhibits in Science Trial Exhibit Database. | .2 | $170.00 | $34.00 |
| 6/14/2006  RS<br>Rachel Scott<br>Research Assistant | | Analyze and record ZAI exhibits on cd 04 docs 04.431-.453. | 1.0 | $60.00 | $60.00 |
| 6/15/2006  DWS<br>Darrell W. Scott<br>Principal | | Analyze status of pleadings re petitions for bankruptcy certification of ZAI claims and court transcripts in respect of ZAI science trial and class certification. | .7 | $425.00 | $297.50 |
| 6/15/2006  GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_02_21_96). | 6.0 | $60.00 | $360.00 |
| 6/16/2006  GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_03_31). | 6.0 | $60.00 | $360.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel                          FOR TIME PERIOD ENDED 6/30/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 6/17/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_03_33_23). | 7.0 | $60.00 | $420.00 |
| 6/18/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same (CD_03_34_78). | 7.0 | $60.00 | $420.00 |
| 6/19/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits in cd 04 documents 04.454-.499. | 2.5 | $60.00 | $150.00 |
| 6/19/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same. | 1.0 | $60.00 | $60.00 |
| 6/20/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits in cd 04 documents 04.500-.599. | 4.2 | $60.00 | $252.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel                                    FOR TIME PERIOD ENDED 6/30/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 6/20/2006 | RS Rachel Scott Research Assistant | Prepare and analyze ZAI exhibits in cd 04 files 27-31. | 2.5 | $60.00 | $150.00 |
| 6/20/2006 | GS Gabriel Scott Research Assistant | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same. | 6.0 | $60.00 | $360.00 |
| 6/21/2006 | KLB Kristy L. Bergland Paralegal | Import and analyze of summaries of ZAI exhibits into Science Trial Exhibit Database. | 1.0 | $170.00 | $170.00 |
| 6/21/2006 | RS Rachel Scott Research Assistant | Prepare and analyze ZAI exhibits in cd 04 files 32-35. | 1.0 | $60.00 | $60.00 |
| 6/21/2006 | RS Rachel Scott Research Assistant | Prepare and analyze ZAI exhibits in cd 04 documents 04.600-.708. | 4.3 | $60.00 | $258.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:    1.5    Grace - Special Counsel                              FOR TIME PERIOD ENDED 6/30/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 6/21/2006 | GS | Review of imaged ZAI exhibits, compile key ZAI exhibits and prepare summaries of same. | 3.5 | $60.00 | $210.00 |
| | Gabriel Scott | | | | |
| | Research Assistant | | | | |
| 6/28/2006 | SS | Start drafting of April-June fee applications. | .8 | $105.00 | $84.00 |
| | Samantha Simatos | | | | |
| | Legal Assistant | | | | |

TOTAL THIS STATEMENT:    $8,512.50

8/9/2006                                                                        PAGE 8

## VERIFICATION

STATE OF WASHINGTON          )
                             )
COUNTY OF SPOKANE            )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)    I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 12th day of July, 2006.

_____
Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2006

