# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Objection Date: November 22, 2006 @ 4:00 p.m.** |
| | ) **Hearing Date: December 5, 2006 @ 1:00 p.m.** |
| | Before the Honorable Judith K. Fitzgerald, U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

## NOTICE OF MOTION

TO:   All Parties on the Attached List

PLEASE TAKE NOTICE, that on November 7, 2006, the Official Committee of Asbestos Personal Injury Claimants (the "Committee") filed and served the attached **Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents** (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE, that any responses to the Motion must be in writing and filed with the Bankruptcy Court on or before **November 22, 2006 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before **November 22, 2006 at 4:00 p.m.**

A HEARING ON THE MOTION WILL BE HELD, only if a timely objection is filed, on **December 5, 2006 at 1:00 p.m.** before the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, United States Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT

MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 7, 2006

          CAMPBELL & LEVINE, LLC

          */S/ Mark T. Hurford*
          Marla R. Eskin (No. 2989)
          Mark T. Hurford (No. 3299)
          800 North King Street, Suite 300
          Wilmington, DE 19801
          (302) 426-1900

          -and-

          CAPLIN & DRYSDALE, CHARTERED
          Elihu Inselbuch
          399 Park Avenue
          New York, NY 10022-4614
          (212) 319-7125

          -and-

          CAPLIN & DRYSDALE, CHARTERED
          Peter Van N. Lockwood
          Nathan D. Finch
          Walter B. Slocombe
          One Thomas Circle, N.W.
          Washington, D.C. 20005
          (202) 862-5000

          *Counsel to the Official Committee of*
            *Asbestos Personal Injury Claimants*