**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

    I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on November 7, 2006 I caused a copy of the *Motion For An Order Pursuant To Section 107(B) Of The Bankruptcy Code, Rule 9018 Of The Federal Rules Of Bankruptcy Procedure, And Local Rule 9018-1(B) Authorizing The Official Committee Of Asbestos Personal Injury Claimants, And Directing The Clerk Of The Court, To File Under Seal The Motion Of The Official Committee Of Asbestos Personal Injury Claimants To Compel Production Of Documents* to be served upon the attached 2002 service list via first-class mail unless otherwise indicated.

                                                   */s/ Mark T. Hurford*
                                                   Mark T. Hurford (DE No. 3299)

Dated: November 7, 2006

{D0073352.1 }