IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) **Objection Deadline: November 22, 2006 @ 4:00 p.m.** |
| | ) **Hearing Date: December 5, 2006 @ 1:00 p.m.** |

MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL
INJURY CLAIMANTS TO COMPEL PRODUCTION OF DOCUMENTS

# DOCUMENTS TO BE KEPT UNDER SEAL

Dated: November 7, 2006         **CAMPBELL & LEVINE, LLC**

*/s/Mark T. Hurford*_____
Marla R. Eskin (No. 2989)
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone:    (302) 426-1900
Telefax:        (302) 426-9947

- and -

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
375 Park Avenue
New York, NY 10152-3500
Telephone:    (212) 319-7125

- and –

**CAPLIN & DRYSDALE, CHARTERED**
Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

{D0073350.1 }