**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: November 22, 2006 @ 4:00 p.m.** |
| | ) | **Hearing Date: December 5, 2006 @ 1:00 p.m.** |
| | | Before the Honorable Judith K. Fitzgerald, U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

## NOTICE OF MOTION

TO:   All Parties on the Attached List

PLEASE TAKE NOTICE, that on November 7, 2006, the Official Committee of Asbestos Personal Injury Claimants (the "Committee") filed and served the attached **Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents** (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801. The Motion seeks entry of an order compelling the Debtors to produce documents responsive to request numbers 47 and 66 of the Committee's First Set of Requests for Production of Documents Directed to the Debtors.

PLEASE TAKE FURTHER NOTICE, that any responses to the Motion must be in writing and filed with the Bankruptcy Court on or before **November 22, 2006 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before **November 22, 2006 at 4:00 p.m.**

A HEARING ON THE MOTION WILL BE HELD, only if a timely objection is filed, on **December 5, 2006 at 1:00 p.m.** before the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, United States Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 7, 2006

                      CAMPBELL & LEVINE, LLC

                      */S/ Mark T. Hurford*
                      Marla R. Eskin (No. 2989)
                      Mark T. Hurford (No. 3299)
                      800 North King Street, Suite 300
                      Wilmington, DE 19801
                      (302) 426-1900

                          -and-

                      CAPLIN & DRYSDALE, CHARTERED
                      Elihu Inselbuch
                      399 Park Avenue
                      New York, NY 10022-4614
                      (212) 319-7125

                          -and-

                      CAPLIN & DRYSDALE, CHARTERED
                      Peter Van N. Lockwood
                      Nathan D. Finch
                      Walter B. Slocombe
                      One Thomas Circle, N.W.
                      Washington, D.C. 20005
                      (202) 862-5000

                      *Counsel to the Official Committee of*
                         *Asbestos Personal Injury Claimants*