**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Re: Docket Nos.: |

**ORDER GRANTING THE MOTION OF THE OFFICIAL COMMITTEE
OF ASBESTOS PERSONAL INJURY CLAIMANTS
TO COMPEL PRODUCTION OF DOCUMENTS**

Upon the motion dated November 7, 2006 (the "Motion"), of the Official Committee of Asbestos Personal Injury Claimants (the "Committee") for the entry of an order to compel the Debtors to produce documents responsive to numbers 47 and 66 of the Committee's First Set of Requests for Production of Documents Directed to the Debtors; and any responses, replies or other filings related thereto; and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERD THAT:

1.   The Motion is hereby granted; and

2.   The Debtors shall produce within fifteen (15) days of the date of this Order all documents responsive to document request numbers 47 and 66.

Dated: _____, 2006

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{D0073326.1 }