IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No. 13598** |
| | ) | **Objection Date: November 22, 2006 @ 4:00 p.m.** |
| | ) | **Hearing Date: December 5, 2006 @ 1:00 p.m.** |
| | ) | **Before the Honorable Judith K. Fitzgerald, U.S.** |
| | ) | **Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant** |
| | ) | **Street, Pittsburgh, PA 15219** |

**FUTURE CLAIMANTS' REPRESENTATIVE'S MEMORANDUM IN SUPPORT
AND JOINDER IN THE OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS' MOTION TO COMPEL
PRODUCTION OF DOCUMENTS**

# DOCUMENTS TO BE KEPT UNDER SEAL

November 7, 2006

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Raymond G. Mullady, Jr.*
Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

*Counsel for David T. Austern,
Future Claimants' Representative*

US_EAST:160123558.1