**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**August 2006**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended August 31, 2006**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $656.00 | 24.2 | $ 15,875.20 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $586.00 | 3.3 | $ 1,933.80 |
| Brett Cohen | Risk Partner | 25+ | Integrated Audit | $899.00 | 1.4 | $ 1,258.60 |
| James Geary | Risk Partner | 25+ | Integrated Audit | $830.00 | 3.0 | $ 2,490.00 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $652.00 | 3.5 | $ 2,282.00 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $467.00 | 22.5 | $ 10,507.50 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $376.00 | 11.0 | $ 4,136.00 |
| Vadim Riber | Risk Senior Manager | 20+ | Integrated Audit | $656.00 | 5.4 | $ 3,542.40 |
| Samara Linsky | Risk Senior Manager | 15+ | Integrated Audit | $656.00 | 0.1 | $ 65.60 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.00 | 68.5 | $ 19,522.50 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.00 | 1.0 | $ 285.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $314.00 | 15.0 | $ 4,710.00 |
| Matthew G. Bosseler | Audit Senior Associate | 9 | Integrated Audit | $234.00 | 2.2 | $ 514.80 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $196.00 | 66.0 | $ 12,936.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $196.00 | 76.1 | $ 14,915.60 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $202.00 | 2.0 | $ 404.00 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $183.00 | 8.0 | $ 1,464.00 |

| Erica Margolius | Audit Associate | 1 | Integrated Audit | $133.00 | 143.0 | $ 19,019.00 |
| --- | --- | --- | --- | --- | --- | --- |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $112.00 | 35.9 | $ 4,020.80 |
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $145.00 | 51.5 | $ 7,467.50 |
| Michelle Parad | Audit Associate | 1 | Integrated Audit | $112.00 | 3.0 | $ 336.00 |
| Kelly deMayo | Advisory Associate | 1 | Integrated Audit | $191.00 | 13.0 | $ 2,483.00 |
| Edom Aweke | Advisory Associate | 1 | Integrated Audit | $191.00 | 2.0 | $ 382.00 |
| Johnathan Fish | Advisory Associate | 5 | Integrated Audit | $283.00 | 30.0 | $ 8,490.00 |
| Roosevelt Barros | Audit Intern | 1 | Integrated Audit | $84.00 | 56.0 | $ 4,704.00 |
| | | **TOTAL** | | | **647.6** | **$ 143,745.30** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 18.6 | | $ 1,764.00 |
| --- | --- | --- | --- |

## Summary of PwC's Fees By Project Category:
## August 2006

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications,** | | |

| | | |
|---|---|---|
| Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 18.6 | $1,764.00 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 647.6 | $143,745.30 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 666.2 | $145,509.30 |

**Expense Summary**
**August 2006**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $3,664.06 |
| Lodging | N/A | $1,572.77 |
| Sundry | N/A | $13.95 |
| Business Meals | N/A | $907.42 |
| TOTAL: | | $6,158.20 |