# EXHIBIT - A

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost |
|------|-------|----------------------------------|-----------|---|--------------|
| **FEE APPLICATION PREPARATION** | | | | | |
| | | | | | |
| **Name:  Ryan Neice** | | | | | |
| | | | | | |
| 8/1/2006 | 1.8 | Time to track for August, 2006. | $ | 98.00 $ | 176.40 |
| 8/2/2006 | 2.9 | Time to track for August, 2006. | $ | 98.00 $ | 284.20 |
| 8/14/2006 | 0.7 | Time to track for August, 2006. | $ | 98.00 $ | 68.60 |
| 8/16/2006 | 0.7 | Time to track for August, 2006. | $ | 98.00 $ | 68.60 |
| 8/21/2006 | 1.6 | Time to track for August, 2006. | $ | 98.00 $ | 156.80 |
| 8/22/2006 | 4.0 | Time to track for August, 2006. | $ | 98.00 $ | 392.00 |
| 8/23/2006 | 0.7 | Time to track for August, 2006. | $ | 98.00 $ | 68.60 |
| 8/24/2006 | 3.8 | Time to track for August, 2006. | $ | 98.00 $ | 372.40 |
| 8/28/2006 | 1.1 | Time to track for August, 2006. | $ | 98.00 $ | 107.80 |
| 8/29/2006 | 0.7 | Time to track for August, 2006. | $ | 98.00 $ | 68.60 |
| 8/30/2006 | 0.6 | Time to track for August, 2006. | | | |
| | **18.6** | | | | |
| | | | | | |
| **Totals** | **18.6** | **Total Grace Time Tracking Charged Hours** | | **$** | **1,764.00** |

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended August 31, 2006**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $656.00 | 24.2 | $ 15,875.20 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $586.00 | 3.3 | $ 1,933.80 |
| Brett Cohen | Risk Partner | 25+ | Integrated Audit | $899.00 | 1.4 | $ 1,258.60 |
| James Geary | Risk Partner | 25+ | Integrated Audit | $830.00 | 3.0 | $ 2,490.00 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $652.00 | 3.5 | $ 2,282.00 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $467.00 | 22.5 | $ 10,507.50 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $376.00 | 11.0 | $ 4,136.00 |
| Vadim Riber | Risk Senior Manager | 20+ | Integrated Audit | $656.00 | 5.4 | $ 3,542.40 |
| Samara Linsky | Risk Senior Manager | 15+ | Integrated Audit | $656.00 | 0.1 | $ 65.60 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.00 | 68.5 | $ 19,522.50 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.00 | 1.0 | $ 285.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $314.00 | 15.0 | $ 4,710.00 |
| Matthew G. Bosseler | Audit Senior Associate | 9 | Integrated Audit | $234.00 | 2.2 | $ 514.80 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $196.00 | 66.0 | $ 12,936.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $196.00 | 76.1 | $ 14,915.60 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $202.00 | 2.0 | $ 404.00 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $183.00 | 8.0 | $ 1,464.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $133.00 | 143.0 | $ 19,019.00 |
| Lynda  Keorlet | Audit Associate | 1 | Integrated Audit | $112.00 | 35.9 | $ 4,020.80 |
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $145.00 | 51.5 | $ 7,467.50 |
| Michelle Parad | Audit Associate | 1 | Integrated Audit | $112.00 | 3.0 | $ 336.00 |
| Kelly deMayo | Advisory Associate | 1 | Integrated Audit | $191.00 | 13.0 | $ 2,483.00 |
| Edom Aweke | Advisory Associate | 1 | Integrated Audit | $191.00 | 2.0 | $ 382.00 |
| Johnathan Fish | Advisory Associate | 5 | Integrated Audit | $283.00 | 30.0 | $ 8,490.00 |
| Roosevelt Barros | Audit Intern | 1 | Integrated Audit | $84.00 | 56.0 | $ 4,704.00 |
| | | TOTAL | | | 647.6 | $ 143,745.30 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/1/2006 | 2.0 | Read draft Form 10-Q |
| 8/2/2006 | 0.5 | Attend audit committee call to approve Form 10-Q |
| 8/3/2006 | 0.3 | Review revised draft of Form 10-Q |
|  | 0.2 | Review draft management representation letter |
| 8/4/2006 | 1.0 | Discuss income tax consultation with V Riber, J Geary and D Lloyd (PwC) |
| 8/7/2006 | 0.8 | Discuss income tax consultation and second quarter status and issues with B Tarola (Grace) |
|  | 1.2 | Review quarter review documentation |
|  | 1.5 | Travel to Fort Lauderdale - tax meeting |
| 8/8/2006 | 2.0 | Discuss audit planning related to income taxes with G Baccash, D Spratt, M de Guzman and P Reinhardt (PwC) |
|  | 2.0 | Discuss audit planning related to income taxes with E Filon, J Gibbs, A Gibbons, D Nagashike (Grace), G Baccash, D Spratt, M de Guzman and P Reinhardt (PwC) |
|  | 0.4 | Read Bankruptcy News |
|  | 1.8 | Travel from Fort Lauderdale - tax meeting |
| 8/9/2006 | 0.5 | Discuss company background and issues with D Parker (PwC) |
| 8/18/2006 | 2.0 | Review draft audit strategy memo |
| 8/24/2006 | 3.0 | Discuss audit planning with D Lloyd, D Parker and M de Guzman (PwC) |
|  | 0.2 | Discuss SEC comment letter response with B Dockman (Grace) |
|  | 0.5 | Travel from Grace |
| 8/25/2006 | 0.3 | Discuss audit scoping with J Newstead (PwC) |
|  | 2.0 | Research impact of new pension requirements |
| 8/29/2006 | 1.0 | Read Grace-related current articles |
| 8/30/2006 | 0.5 | Read draft response letter to SEC comment letter |
|  | 0.5 | Discuss internal audit quality assurance project with Grace contrator K Thomas |
|  | **24.2** | **Total Grace Integrated Audit Charged Hours** |
|  | **24.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/3/2006 | 0.6 | email re IT planning |
| 8/14/2006 | 1.2 | call with Ed Bull WR Grace re audit approach |
| 8/15/2006 | 1.0 | IT planning and team resource planning |
| 8/29/2006 | 0.5 | email re IT resources |
| | **3.3** | **Total Grace Integrated Audit Charged Hours** |
| | **3.3** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Brett Cohen**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **8/3/2006** | 0.7 | Assisted with the deferred tax asset consultation. |
| **8/15/2006** | 0.7 | Assisted with the deferred tax asset consultation. |
| | **1.4** | **Total Grace Integrated Audit Charged Hours** |
| | **1.4** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:   James Geary**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **8/1/2006** | 1.5 | Assisted with the deferred tax asset consultation. |
| **8/2/2006** | 1.0 | Assisted with the deferred tax asset consultation. |
| **8/10/2006** | 0.5 | Assisted with the deferred tax asset consultation. |
|  | **3.0** | **Total Grace Integrated Audit Charged Hours** |
|  | **3.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:** **George Baccash**

| 8/8/2006 | 3.5 | Meeting with Grace PwC Audit team and Grace management to dicuss year end and other issues for the quarter and year end. |
|----------|-----|---|
| | **3.5** | **Total Grace Integrated Audit Charged Hours** |
| | **3.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Tom Kalinosky**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/1/2006 | 0.5 | Review of environmental reserves. |
| 8/2/2006 | 1.0 | Review of environmental reserves. |
| 8/3/2006 | 1.0 | Review of environmental reserves. |
| 8/28/2006 | 4.0 | Review of environmental reserves. |
| 8/30/2006 | 8.0 | Review of environmental reserves. |
| 8/31/2006 | 8.0 | Review of environmental reserves. |
| | **22.5** | **Total Grace Integrated Audit Charged Hours** |
| | **22.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: David Lloyd**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/1/2006 | 0.5 | Call with B Eydt and M de Guzman (PwC) to discuss comments on Form 10-Q. |
| 8/2/2006 | 0.5 | Call with W. R. Grace audit committee to discuss press release and quarterly results. |
| | 1.0 | Review report and representation letter draft. |
| 8/4/2006 | 1.0 | Call with B Bishop and V Riber (PwC) to discuss deferred tax asset realizability issue. |
| 8/7/2006 | 3.5 | Review MyClient file for second quarter review. |
| 8/8/2006 | 0.5 | Review MyClient file for second quarter review. |
| 8/14/2006 | 1.0 | Revise deferred tax asset consultation memo. |
| 8/24/2006 | 3.0 | Transition meeting with D Parker, M de Guzman and B Bishop (PwC) |
| | **11.0** | **Total Grace Integrated Audit Charged Hours** |
| | **11.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Vadim Riber**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/2/2006 | 0.5 | Consultation discussions regarding different tax issues. |
| 8/3/2006 | 1.3 | Consultation discussions regarding different tax issues. |
| 8/4/2006 | 1.0 | Consultation discussions regarding different tax issues. |
| 8/10/2006 | 0.1 | Consultation discussions regarding different tax issues. |
| 8/14/2006 | 1.0 | Consultation discussions regarding different tax issues. |
| 8/15/2006 | 1.0 | Consultation discussions regarding different tax issues. |
| 8/16/2006 | 0.5 | Consultation discussions regarding different tax issues. |
| | **5.4** | **Total Grace Integrated Audit Charged Hours** |
| | **5.4** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Samara Linsky**

| 8/30/2006 | 0.1 | Assisted with SEC comment letter. |
|-----------|-----|-----------------------------------|
| | **0.1** | **Total Grace Integrated Audit Charged Hours** |
| | **0.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Marvin de Guzman**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/1/2006 | 2.0 | Preparation of responses to SEC reviewer's comments |
| | 1.0 | Discussion with , Bob Eydt,SEC reviewer  (PwC) and David Lloyd (PwC) on his comments with the 10Q |
| 8/2/2006 | 1.0 | Review of revised 10Q |
| | 2.0 | Preparation of management representation letter |
| | 3.0 | Review of database and 2nd quarter workdone |
| 8/3/2006 | 3.0 | Review of completions procedures in the 2nd quarter database |
| | 1.0 | Review of 2nd quarter tax memo and coordinating with the PwC tax team |
| | 1.0 | Discussion with QRP for the 2md quarter |
| 8/4/2006 | 2.0 | Review of revised 10Q |
| 8/7/2006 | 1.5 | Travel to Florida for WR Grace. |
| | 5.0 | Review of 2nd quarter completion procedures |
| 8/8/2006 | 4.0 | Meeting with Grace tax folks and PwC team in Florida to discuss 2nd quarter tax matters, defered taxes and year end planning. |
| | 2.0 | Travel from Florida. |
| 8/9/2006 | 1.0 | Archiving of the 2nd Quarter Database |
| 8/10/2006 | 1.0 | Coordinating the 404 requirements of PwC UK |
| 8/11/2006 | 1.0 | Preparation of materials for inventory counts meeting |
| | 1.0 | Inventory Count meeting with Michael Brown (Grace), Jo Afuang (PwC) and Michael Mcdonnell (PwC) |
| | 1.0 | Discussion of SEC Comment Letter with Tom Dyer (Grace) |
| 8/24/2006 | 4.0 | Planning meeting with Bill Bishop, David Lloyd and Doug Parker |
| | 2.0 | Review of 404 documentation and issuance of revised templates |
| | 2.0 | Review of Audit Summary Memorandum |
| 8/25/2006 | 1.0 | Coordinating the international requirements of the HK team |
| 8/29/2006 | 6.0 | 404 audit and review of environmental reserves |
| 8/30/2006 | 8.0 | 404 audit and review of environmental reserves |
| 8/31/2006 | 12.0 | 404 audit and review of environmental reserves |
| | **68.5** | **Total Grace Integrated Audit Charged Hours** |
| | **68.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Sandra David**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **8/2/2006** | 0.5 | Year-end planning. |
| **8/3/2006** | 0.5 | Year-end planning. |
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Daniel Spratt**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/1/2006 | 4.0 | Reviewing the Darex tax provisions for the years 2002 and 2003. |
| 8/3/2006 | 3.0 | Reviewing the Darex tax provisions for the years 2002 and 2003. |
| 8/4/2006 | 4.0 | Reviewing the Darex tax provisions for the years 2002 and 2003. |
| 8/5/2006 | 2.0 | Reviewing the Darex tax provisions for the years 2002 and 2003. |
| 8/7/2006 | 2.0 | Reviewing the Darex tax provisions for the years 2002 and 2003. |
| | **15.0** | **Total Grace Integrated Audit Charged Hours** |
| | **15.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Matt Bosseler**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/19/2006 | 1.4 | SAS 99 testing via Computerized Assisted Audit Techniques |
| 8/30/2006 | 0.3 | SAS 99 testing via Computerized Assisted Audit Techniques |
| 8/31/2006 | 0.5 | SAS 99 testing via Computerized Assisted Audit Techniques |
| | **2.2** | **Total Grace Integrated Audit Charged Hours** |
| | **2.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Pamela Reinhardt**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/1/2006 | 2.0 | Working on the final analytics |
| | 4.0 | Preparing for environmental 404 testing |
| | 1.0 | Environmental Site Selection for testing |
| 8/2/2006 | 4.0 | Site Selection and matrices testing for 404 Environmental |
| | 3.0 | Review the 10-Q and tie out |
| 8/3/2006 | 2.0 | Preparing the management rep letter |
| | 2.0 | Documenting the legal reserves meeting and preparing analysis |
| | 3.0 | Time and expense reporting for July |
| 8/4/2006 | 2.0 | Reviewing the Libby reserve meeting |
| | 2.0 | Reviewing comments of B.Eydt's (PwC) on the 10-Q |
| 8/7/2006 | 1.5 | Flying and travel time to the Boca Raton, FL to visit Tax Team |
| | 5.0 | Tying out and reviewing the 10-Q |
| 8/8/2006 | 6.0 | Meeting with the Tax team in Boca (Grace and PwC Tax team) |
| | 2.0 | Flying from Boca Raton to BWI |
| 8/10/2006 | 1.0 | Reviewing locations for physical inventories |
| | 2.0 | Writing up Grace evaluation for R. Barros (Grace) |
| | 1.0 | Creating databases for Q3 and year end |
| | 3.0 | Writing up the Audit Strategy memo |
| 8/14/2006 | 1.0 | Review International Instruction letter |
| | 1.5 | Self insurance reserve analysis |
| | 2.0 | Reviewing manual controls |
| 8/15/2006 | 3.0 | Reviewing the Environmental site worksheets |
| | 2.0 | Reviewing the control matrices |
| | 2.0 | Preparing the 404 site listing and scheduling site visits |
| 8/16/2006 | 2.0 | Reviewing inventory count procedures |
| | 2.0 | Reviewing testing performed by Grace Internal audit |
| | 2.0 | Review more environmental site documentation |
| | 2.0 | Preparing the audit strategy results memo |
| | **66.0** | **Total Grace Integrated Audit Charged Hours** |
| | **66.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Maria Afuang**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/1/2006 | 0.9 | Discussion with Kevin Caldwell (Grace) regarding Inventory Obsolescence report |
| | 0.8 | Review of Bassell Contract |
| | 1.8 | Documentation of the Obsolescence step in the database |
| | 0.9 | Select journal entries to be tested |
| | 1.5 | Prepare representation letter |
| | 1.6 | Document Bassell acquisition in the database |
| 8/2/2006 | 0.7 | Discuss with Tom Dwyer (Grace) regarding comments on the 10-Q |
| | 0.4 | Discuss with Diane Armstrong (Grace) regarding some items in the representation letter |
| | 0.9 | Review of Interim Review Report |
| | 1.9 | Work on comments on the 10Q |
| | 2.2 | Research and finalize documentation fo Bassell in the database |
| | 0.2 | Discuss with Michelle Joy (Grace) regarding the SAP to SOAR tie out |
| | 0.8 | Research on question regarding the cash flow statement |
| | 0.6 | Discuss with Dena Nolte (Grace) reagarding the Bassell contrat |
| 8/3/2006 | 1.9 | Update changes on the representation letter |
| | 0.0 | Discuss with Karen Russell (Grace) regarding journal entry testing |
| | 0.3 | Discuss with Trent Walklett (Grace) regading the Consolidated LIFO footnote |
| | 1.2 | Document journal entry testing - Co. 001 in database |
| | 1.5 | Document inventory analytics in the database |
| | 0.8 | Discuss with Karen Russell (Grace) regarding Effective Tax Reconciliation |
| | 1.8 | Review SAP to SOAR step in the database |
| | 0.5 | Update open items list |
| 8/4/2006 | 3.0 | Document completion steps in the database |
| 8/7/2006 | 0.9 | Printing of opinion, representation letter, letter to CFO, SEC awareness letter |
| | 0.4 | Review updated representation letter |
| | 1.6 | Journal entry testing - reviewing entries in SAP (co 32) |
| | 0.3 | Discuss with Tom Dwyer (Grace) changes in the 10Q |
| | 0.2 | Discuss with Karen Russell (Grace) regarding Income tax question |
| | 2.9 | Select physical inventory sites for Davision |
| | 0.8 | Update documentation of Bassell acquisition |
| | 0.9 | Journal entry testing - reviewing entries in SAP (Co 268) |
| 8/8/2006 | 0.7 | Discuss with Dena Nolte (Grace) regarding journal entries |
| | 1.3 | Document journnal entries in the database |
| | 1.2 | Review latest changes in the 10Q |
| | 0.6 | Review signed representation letter and document in the database |
| | 0.4 | Follow up tax on their documentation in the database |
| | 3.8 | Blue tick edgarized version of the 10Q |
| 8/9/2006 | 2.0 | Organize paper files |
| 8/10/2006 | 3.1 | Review inventory sites location and issues encountered in prior year |
| | 0.9 | Prepare agenda for meeting with Michael Brown (Grace) |
| | 0.6 | Schedule meeting time and place with Michael Brown (Grace) |
| | 2.8 | Review of Inventory steps in the database in the prior year |
| 8/11/2006 | 0.5 | Meeting with Michael Brown (Grace) and Marvin De Guzman (Grace) regarding inventory |
| | 2.1 | Create calendar for all staff |
| | 1.2 | Review of Inventory steps in the database in the prior year |
| | 0.6 | Updated Independence database and gave access database access to other members |
| | 1.5 | Summarized expense reporting |
| | 0.6 | Review latest Grace updates |
| 8/14/2006 | 8.0 | Reviewed 2006 steps and procedures in the database |
| 8/15/2006 | 2.0 | Prepare Summary of Plan and Results |
| 8/16//2006 | 3.0 | Prepare Inventory procedures document requested by client |
| | 5.0 | Prepare Summary of Plan and Results |
| | **76.1** | **Total Grace Integrated Audit Charged Hours** |
| | **76.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Cindy Y Chen**

| | | |
|------|-------|----------------------------------|
| 8/9/2006 | 0.8 | Access Enforcer discussion with B Summerson (Grace) and F. Barnard (PwC) |
| | 1.2 | Review Access Enforcer documentation sent by the client |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Grace Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Michael McDonnell**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/1/2006 | 1.0 | Finalizing the documentation and analytics  for N. America BS and P&L |
|  | 0.8 | Finalizing the documentation for Co 799 - Ajax |
|  | 1.3 | Finalizing the documentation and concluding on the expections for Europe balance sheet and P&L |
|  | 1.0 | Finalizing the documentation and concluding on the expections for Latin America balance sheet and P&L |
| 8/7/2006 | 1.5 | Finalizing the documentation for Asia Pacific balance sheet and P&L |
|  | 1.0 | Completing documention in the data base |
|  | 0.5 | Discussing the inventory observations with management |
| 8/29/2006 | 1.0 | Working on the request list for the |
|  | **8.0** | **Total Grace Integrated Audit Charged Hours** |
|  | **8.0** | **Total Grace Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name:  Erica Margolius**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 8/1/2006 | 0.3 | Email J. Afuang, PwC, the Grace environmental memo. |
|  | 1.0 | Complete step "Perform required independence procedures" in second quarter database upon updates to GEMS for additional subsidiaries and Grace's note on no additional hiring of former PwC employees during Q2. |
|  | 1.5 | Tie out soft copy of short term insurance reserves from email sent from K. Russell, Grace. |
|  | 1.2 | Update documentation in step "Review Self Insurance" and mark step as complete. |
|  | 0.9 | Try to perform flux analysis on company 1 using prior year trial balance. Email K. Russell, Grace, for SAP comparison of current year accounts with prior year quarter for the profit & loss trial balance. |
|  | 0.6 | Address coaching notes in the database. |
| 8/2/2006 | 2.0 | Continue to perform tie-out and analysis on interest accruals. Email R. Lapidario, Grace, with follow-up questions on interest accruals relating to claims in the plan of reorg, account 28640033. |
|  | 1.5 | Follow up with L. VanLoan, Grace, concerning flux explanations obtained from Epernon, France and Worms, Germany. |
|  | 2.1 | Continue documenting in step "Perform analytical procedures" in the database. |
|  | 2.4 | Continue to document in Libby Environmental accrual step for environmental adjustment. |
| 8/3/2006 | 1.0 | Update core trend analysis for second quarter core expenses based on adjusted numbers. |
|  | 1.1 | Finalize core and noncore fluctuations which meet threshold for follow up and email K. Russell, Grace, Core & Noncore expense fluctuation questions. |
|  | 0.5 | Email L. Breaux, Grace, about upcoming 404 site visit. |
|  | 1.5 | Email L. Vanloan, Grace, concerning status of foreign and consolidated fluctuations for the second quarter. |
|  | 0.8 | Update documentation in interest accrual step. |
|  | 0.4 | Email R. Lapidario, Grace, to ask about the beginning balance in accrued interest for pre-petition debt and its relationship to the remainder of the accrual. |
|  | 2.3 | Complete documentation for step "Libby Reserve Adjustment"; mark step as complete. |
|  | 2.0 | Review K. Russell's explanation for company 1 fluctuation questions. Update documentation in tsep "Review the corporate trial balance" and mark step as complete. |
|  | 0.7 | Email P. Reinhardt, PwC, Worms, Germany tax question to forward to tax team in Boca Raton, Florida. |
| 8/4/2006 | 1.0 | Complete documentation in critical matter "Libby reserve Adjustment"; mark step as complete. |
|  | 2.4 | Complete documentation in step "Review Core Operating Costs" and mark step as complete. |
|  | 1.8 | Update documentation in step "Review interest expense" and mark step as complete. |
|  | 0.9 | Perform review of step "Review Equity Rollforward." |
|  | 1.4 | Complete documentation in step "Review non-core operating costs" and mark step as complete. |
|  | 0.6 | Research flights to book travel to Lake Charles, LA for site visit to Grace plant. |
| 8/7/2006 | 1.3 | Review draft of second quarter legal update letter obtained from D. Armstrong, Grace. Email M. De Guzman, PwC, a draft of the legal letter and noted updates from first quarter. |
|  | 1.0 | Email and print out treasury and Lake Charles process 2005 walkthroughs for review prior to scheduled 2006 walkthroughs. |
|  | 3.7 | Perform tie out of second quarter 10Q. |
|  | 2.0 | Meet with T. Dwyer to discuss FAS 123 ® disclosures in the 10 Q quarterly report. Perform research in Comperio concerning disclosure requirements. Write email to J. Afuang, PwC, to go over findings. |
| 8/8/2006 | 3.9 | Perform review of final draft of the 10Q and the edgarized version of the 10Q. |
|  | 0.7 | Obtain copy of final legal update inquiry letter from D. Armstrong, Grace. Scan in electronic copy, update documentation in step and mark as complete. |
|  | 0.4 | Complete documentation in step "Read the interim financial information", add electronic copy of the second quarter 10Q report, and mark as complete. |

|  |  |  |
|---|---|---|
|  | 3.0 | Use Protivit portal to create a spreadsheet incorporate all controls at all key locations. Email report to P. Reinhardt and M. De Guzman, PwC, for review. |
| **8/9/2006** | 0.3 | Review Grace staff scheduling file sent by J. Afuang, PwC. |
|  | 0.3 | Review with C. Chen, PwC, Lake Charles software systems, specific to Lake Charles. Review prior year documentation for linkage to SAP. |
|  | 1.0 | Create risk control matrice based on new template from template manager for Lake Charles procurement processes. |
|  | 2.4 | Create risk control matrix based for treasury process. |
| **8/10/2006** | 3.0 | Create risk control matrix for Lake Charles inventory proces. |
|  | 2.4 | Update documentation for sarbanes oxley update testing. |
|  | 0.8 | Review inventory sheet from J. Afuang, PwC, noting prior year physical inventory issues. Comment Lake Charles and Elkridge. Email worksheet back to J. Afuang. |
| **8/11/2006** | 0.2 | Read article "Hailing end of an error; no one in woburn mourns demolition of the plant that spurred lawsuit in leukemia cases" for update of Grace legal situation. |
|  | 2.0 | Create risk control matrix for Lake Charles sales order process. |
|  | 3.0 | Assign Lake Charles controls bucket level 1 or 2 for purposes of selecting controls for manual testing. Design test plan. |
| **8/14/2006** | 1.6 | Complete Lake Charles sarbanes oxley document request list. Forward to C. Park, PwC, for review. |
| **8/14/2006** | 0.3 | Email P. Reinhardt, PwC, a draft email to send to WR Grace 404 teams for control risk assignment. |
|  | 0.5 | Email L. Breaux, Grace, finalized document request list for upcoming 404 visit. |
|  | 2.0 | Create manual testing templates for selected controls for manual testing for all processes. |
|  | 0.8 | For selected reperformance testing controls, download internal audit's testing and create testing template for reperformance. |
| **8/15/2006** | 1.0 | Email WR Grace 404 teams the controls test listing and instructions to assign controls bucket level 1 or 2 based on PwC methodology. |
|  | 0.2 | Email C. Chen, PwC, controls listing and integrated audit schedule. |
|  | 0.3 | Email P. Verette, Grace, a request for manuals for SQL and APERS systems in Lake Charles, LA for upcoming 404 visit. |
|  | 2.5 | Create a draft 404 test plan for Davison US. Email to M. De Guzman for review. |
| **8/16/2006** | 0.4 | Respond to J. Couste, Grace, email about follow up questions for Lake Charles document request list. |
| **8/20/2006** | 4.0 | Travel to Lake Charles, LA for site visit. |
| **8/21/2006** | 0.2 | Contact B. Harsh, Grace, to schedule treasury process walkthrough. |
|  | 0.5 | Email P. Verette to request to run the following reports: 1) list of authorized timesheet approvers in payroll system and 2) list of expense approvers in APERS. |
|  | 0.8 | Review email from C. Chen, PwC, listing automated controls which require 404 team follow up at Lake Charles. |
|  | 1.0 | Perform sales order processing and inventory walkthrough for Hydroprocessing with R. Goke, Grace. |
|  | 1.4 | Perform payroll walkthrough with T. Trahan, Grace. |
|  | 1.9 | Perform walkthrough of physical inventory adjustment process with J. Boyd, Grace for FCC. |
|  | 2.0 | Document payroll walkthrough for Lake Charles. Update documentation in step. |
|  | 0.8 | Begin to document sales order process walkthrough for Lake Charles. |
| **8/22/2006** | 1.0 | Peform walkthrough of capital asset management process with J. Couste, Grace. |
|  | 2.4 | Continue to document Lake Charles sales order walkthrough from meeting with R. Goke, Grace. |
|  | 1.5 | Complete documentation of sales order walkthrough and update documentation in step. |
|  | 3.1 | Perform testing of internal control documents for Lake Charles. |
| **8/23/2006** | 1.7 | Perform inventory walkthrough for FCC with D. Manuel, Grace. |
|  | 0.7 | Perform walkthrough of procurement process with M. Sanchez, Grace. |
|  | 3.0 | Perform walkthrough of accounts payable process with M. Blessing, Grace. |
|  | 0.5 | Perform walkthrough of Sarbanes Oxley vendor audit report process with J. Parra, Grace. |
|  | 2.1 | Document walkthrough of procurement process from meeting with M. Sanchez. |
| **8/24/2006** | 0.8 | Email M. Blessing, Grace, follow up document request list for inventory testing in Lake Charles, LA. |
|  | 0.8 | Perform inventory walkthrough for physical inventories with R. McCown, Grace, for hydroprocessing. |
|  | 1.5 | Perform walkthrough of goods issue and customer return process with A. Edwards, Grace. |

|  |  |  |
|---|---|---|
|  | 2.0 | Perform accounts payable walkthrough of payables processing process with T. Wilfer, Grace. |
|  | 1.0 | Perform walkthrough of bill of materials maintenance process with T. Wilfer, Grace. |
|  | 1.9 | Perform testing of internal control documents for Lake Charles. |
| 8/25/2006 | 4.0 | Travel home from Lake Charles, LA. |
| 8/26/2006 | 0.3 | Complete treasury internal controls testing document request list. Email to B. Harsh, Grace, and confirm scheduled walkthrough. |
|  | 1.8 | Review prior year walkthroughs and flow charts for upcoming treasury walkthrough with Bonita Harsh. |
|  | 1.0 | Address coaching notes in the year end database. |
| 8/28/2006 | 2.0 | Review prior year testing documents sent from R. Worster, PwC, for Germany controls selections. Review assessment of bucket 1 and 2 for Germany. |
|  | 1.5 | Peform testing of treasury controls from documents obtained from B. Harsh, Grace. |
| 8/29/2006 | 0.6 | Meet with J. Fish, PwC, to discuss upcoming site visit to Memphis for environmental process. Walk through the protivit portal and email the updated integrated audit controls matrix. |
|  | 2.5 | Perform top-level walkthrough of treasury process with B. Harsh, Grace. |
|  | 1.4 | Download internal audit testing for selected controls for environmental management process. Email to J. Fish, PwC. |
|  | 3.0 | Continue to document Lake Charles walkthroughs. Update documentation in relevant steps. |
| 8/30/2006 | 4.0 | Perform treasury walkthrough with G. Ibar, Grace. |
|  | 0.5 | Discuss SPA controls testing with C. Chen, PwC, for WR Grace. |
|  | 2.0 | Review test plans from Lake Charles and Treasury to ensure adequate coverage of level 1 and 2 controls. |
|  | 2.7 | Review Germany matrices sent from L.Keorlet, PwC, to review for controls selection for Worms, Germany |
|  | 0.5 | Meet with M. Brown, Grace, to discuss planning for inventory observations. |
| 8/31/2006 | 2.7 | Begin to document treasury process walkthrough. |
|  | 3.0 | Finalize Germany controls testing plan and email to P. Reinhardt and M. De Guzman, PwC, for review. |

|  |  |
|---|---|
| **143.0** | **Total Grace Integrated Audit Charged Hours** |

|  |  |
|---|---|
| **143.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Lynda  Keorlet**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/1/2006 | 3.0 | Tie-out asbestos related footnotes |
|  | 5.3 | Tie-out footnotes 2 & 4-6 |
|  | 1.7 | Tie-out footnotes 7 & 8 |
| 8/2/2006 | 2.0 | Create open items / tie-out notes list to send to Thomas Dyer, Grace |
|  | 3.4 | Tie out pension footnote |
|  | 1.6 | Tie out operating segments footnote |
|  | 3.2 | Tie out pro forma statements |
| 8/3/2006 | 5.5 | Tie out Management's Discussion & Analysis |
|  | 3.0 | Tie out Pro Forma Financials section |
|  | 1.2 | Review new draft of 10Q |
| 8/4/2006 | 3.4 | Tie out Item 3 disclosures about market risk |
|  | 2.6 | Meet with Thomas Dyer, Grace, to review status of tie out / 10Q preperation |
|  | **35.9** | **Total Grace Financial Statement Audit Charged Hours** |
|  | **35.9** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Christopher W Park**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/11/2006 | 3.0 | Draft 2006 International Instruction Letter and Deliverables |
| 8/14/2006 | 3.8 | Draft 2006 International Instruction Letter and Deliverables |
| 8/16/2006 | 1.9 | Draft 2006 International Instruction Letter and Deliverables |
| 8/17/2006 | 1.0 | Print flowcharts for Lake Charles Walkthroughs and testing |
| | 1.4 | Review flowcharts for Lake Charles Walkthroughs and testing |
| 8/20/2006 | 4.0 | Travel to Lake Charles, LA. |
| 8/21/2006 | 1.4 | Perform payroll walkthrough with T. Trahan, Grace. |
| | 1.9 | Perform walkthrough of physical inventory adjustment process with J. Boyd, Grace for FCC. |
| | 1.0 | Perform sales order processing and inventory walkthrough for Hydroprocessing with R. Goke, Grace. |
| | 3.5 | Perform testing of internal control documents for Lake Charles. |
| 8/22/2006 | 1.0 | Peform walkthrough of capital asset management process with J. Couste, Grace. |
| | 2.4 | Begin to document capital asset management walkthrough for Lake Charles. |
| | 3.4 | Perform testing of internal control documents for Lake Charles. |
| | 1.1 | Perform walkthrough of employee expense reports (AP) for Lake Charles with L. Meaux, Grace |
| 8/23/2006 | 3.0 | Perform walkthrough of accounts payable process with M. Blessing, Grace. |
| | 0.5 | Perform walkthrough of Sarbanes Oxley vendor audit report process with J. Parra, Grace. |
| | 1.3 | Continue to document capital asset management walkthrough for Lake Charles |
| | 2.3 | Perform testing of internal control documents for Lake Charles. |
| | 0.7 | Perform walkthrough of procurement process with M. Sanchez, Grace. |
| 8/24/2006 | 0.8 | Perform inventory walkthrough for physical inventories with R. McCown, Grace, for hydroprocessing. |
| | 1.5 | Perform walkthrough of goods issue and customer return process with A. Edwards, Grace. |
| | 2.0 | Perform accounts payable walkthrough of payables processing process with T. Wilfer, Grace. |
| | 1.0 | Perform walkthrough of bill of materials maintenance process with T. Wilfer, Grace. |
| | 1.0 | Perform walkthrough of accounts payable process with C. O'neil, Grace |
| | 0.5 | Email J. Couse regarding open items from Lake Charles 404 |
| | 1.1 | Begin to document accounts payable walkthrough for Lake Charles. |
| 8/25/2006 | 4.0 | Travel home from Lake Charles, LA. |
| 8/28/2006 | 1.0 | Draft 2006 International Instruction Letter and Deliverables |
| | **51.5** | **Total Grace Integrated Audit Charged Hours** |
| | **51.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Michelle Parad**

| Date | Hours | Description |
|------|-------|-------------|
| **8/28/2006** | 3.0 | I received reporting packages from each subsidiary via e-mail and printed and photocopied as instructed, doublesided, to make the file manageable for the partner to take with him, as he traveled to the client. There were twenty seven separate e-mail files to coordinate. |
| | **3.0** | **Total Grace Integrated Audit Charged Hours** |
| | **3.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Kelly deMayo**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/17/2006 | 2.0 | Time incurred performing the SAS99 journal entry testing. |
| 8/18/2006 | 8.0 | Time incurred performing the SAS99 journal entry testing. |
| 8/29/2006 | 1.5 | Time incurred posting the SAS99 journal entry testing results to the Myclient data base. |
| 8/30/2006 | 1.5 | Time incurred posting the SAS99 journal entry testing results to the Myclient data base. |
| | **13.0** | **Total Grace Integrated Audit Charged Hours** |
| | **13.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Edom Aweke**

| 8/18/2006 | 2.0 | Time incurred performing the SAS99 journal entry testing. |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Jonathan Fish**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/28/2006 | 8.0 | Testing controls around environmental liabilities cycle. |
| 8/29/2006 | 6.0 | Audit of environmental liabilities.  Meetings held with Remedium Group in Memphis, TN. |
| 8/30/2006 | 8.0 | Audit of environmental liabilities.  Meetings held with Remedium Group in Memphis, TN. |
| 8/31/2006 | 8.0 | Audit of environmental liabilities.  Meetings held with Remedium Group in Memphis, TN. |
| | **30.0** | **Total Grace Integrated Audit Charged Hours** |
| | **30.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended August 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Roosevelt Barros**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/1/2006 | 5.0 | Aided with 10-Q Tie Out |
| 8/2/2006 | 4.0 | Misc. (Copying, printing, and helping others with misc. tasks) |
| | 2.5 | Performed Company Tie Outs to SOAR |
| 8/3/2006 | 8.0 | Performed Company Tie Outs to SOAR |
| 8/4/2006 | 2.5 | Performed Company Tie Outs to SOAR |
| | 3.0 | Aided with 10-Q Tie Out |
| 8/7/2006 | 3.0 | Aided with 10-Q Tie Out |
| | 4.0 | Misc. (Copying, printing, and helping others with misc. tasks) |
| 8/8/2006 | 2.5 | Misc. (Copying, printing, and helping others with misc. tasks) |
| | 3.0 | Aided with 10-Q Tie Out |
| | 2.5 | Creating Table of Contents for External Workpapers |
| 8/9/2006 | 8.0 | Misc. (Copying, printing, and helping others with misc. tasks) |
| 8/10/2006 | 8.0 | Misc. (Copying, printing, and helping others with misc. tasks) |
| | **56.0** | **Total Grace Integrated Audit Charged Hours** |
| | **56.0** | **Total Hours** |