# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended August 31, 2006**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| David Lloyd | Integrated Audit | 8/1/06 | | | | $ 109.56 | Lunch with audit team at Clyde's of Columbia (P Reinhard, M de Guzman, J Afuang, C Park and L Keorlet) |
| William T. Bishop | Integrated Audit | 7/25/06 | | | | $165.50 | Lunch at Cheesecake Factory for audit team - M de Guzman, P Reinhardt, E Margolius, L Keorlet, J Afuang, R Bann (PwC) |
| | Integrated Audit | 8/8/06 | $ 358.60 | | | | Airfare to Fort Lauderdale - tax meeting |
| | Integrated Audit | 8/8/06 | $ 5.00 | | | | AmEx charge for airfare |
| | Integrated Audit | 8/7/06 | | | | $ 152.31 | Dinner at JB's on the Beach while out of town for tax meeting in Fort Lauderdale - M de Guzman, P Reinhardt and Bishop (PwC) |
| | Integrated Audit | 8/7/06 | | $ 163.55 | | | Hotel in Boca Raton for tax meeting - one night |
| | Integrated Audit | 8/8/06 | | | | $ 180.44 | Lunch at Big City for tax meeting - E Filon, J Gibbs, A Gibbons, D Nagashike (Grace), G Baccash, D Spratt, M d Guzman, P Reinhardt and W Bishop (PwC) |
| | Integrated Audit | 8/8/06 | $ 18.00 | | | | Parking at airport |
| Lynda Keorlet | Integrated Audit | 8/1/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile |
| | Integrated Audit | 8/2/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile |
| | Integrated Audit | 8/3/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile |
| | Integrated Audit | 8/4/2006 | $ 8.01 | | | | Mileage in excess of normal commute (40-22 miles * $.445/mile |
| Erica Margolius | Integrated Audit | 8/1/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 8/2/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 8/3/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 8/4/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 8/7/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 8/8/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 8/14/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 8/15/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile |
| | Integrated Audit | 8/20/2006 | | | | $ 14.14 | Meal at Washington, DC airport on route to Lake Charles for 404 site vis |
| | Integrated Audit | 8/21/2006 | | | | $ 7.00 | Breakfast at Lattes Coffee Shop |
| | Integrated Audit | 8/21/2006 | | | | $ 47.98 | Dinner at Jack Daniels bar and restaurar |
| | Integrated Audit | 8/22/2006 | | | | $ 7.87 | Breakfast at Lattes Coffee Shop |
| | Integrated Audit | 8/23/2006 | | | | $ 8.36 | Breakfast at Lattes Coffee Shop |
| | Integrated Audit | 8/24/2006 | | | | $ 8.19 | Breakfast at Lattes Coffee Shop |
| | Integrated Audit | 8/24/2006 | | | | $ 38.87 | Dinner at the Hotel Buffe |
| | Integrated Audit | 8/25/2006 | | $ 836.04 | | | Hotel lodging from 9/20-9/25 for Lake Charles, Louisiana 404 site vis |
| | Integrated Audit | 8/25/2006 | | | | $ 5.93 | Meal at Houston airpor |
| | Integrated Audit | 8/25/2006 | $ 75.00 | | | | Parking at Reagan National airport 8/20-8/25 for 404 site vis |
| Jonathan Fish | Integrated Audit | 8/28/06 | $ 227.15 | | | | rental car and gas |
| | Integrated Audit | 8/28/06 | | $ 432.94 | | | lodging in Memphis |
| | Integrated Audit | 8/28/06 | $ 39.50 | | | | transportation to airpor |
| | Integrated Audit | 8/28/06 | $ 663.74 | | | | flights - NY-Memphis |
| | Integrated Audit | 8/28/06 | | | | $ 29.65 | meals while traveling |
| Marvin de Guzman | Integrated Audit | 8/2/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.44! |
| | Integrated Audit | 8/3/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.44! |
| | Integrated Audit | 8/7/06 | $ 20.92 | | | | Milleage in excess of normal commute (home to grace to airport) 47miles*.44 |
| | Integrated Audit | 8/8/06 | $ 20.92 | | | | Milleage in excess of normal commute (airport to grace to home) 47 miles *.4 |
| | Integrated Audit | 8/8/06 | $ 18.00 | | | | Parking at the airpor |
| | Integrated Audit | 8/11/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.44! |
| | Integrated Audit | 8/24/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.44! |
| | Integrated Audit | 8/25/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.44! |
| | Integrated Audit | 8/25/06 | $ 1,252.66 | | | | Ticket to Memphis trip |
| | Integrated Audit | 8/25/06 | $ 38.00 | | | | Airfare processing fee |
| | Integrated Audit | 8/25/06 | $ 30.00 | | | | Taxi fare from Memphis Airport to Hote |
| | Integrated Audit | 8/28/06 | $ 35.00 | | | | Taxi from Home to Reagan Nationa |
| | Integrated Audit | 8/31/06 | $ 35.00 | | | | Taxi from Reagan National to Hom |
| Pam Reinhardt | Integrated Audit | 8/1/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 8/2/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 8/3/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 8/4/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 8/7/06 | $ 471.46 | $ 140.24 | $ 13.95 | | Travel to Boca Raton, Fl |
| | Integrated Audit | 8/9/06 | $ 5.34 | | | $ 131.62 | Excess mileage to the client site (12 miles * .445 = $5.34) and working lund |
| | Integrated Audit | 8/10/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 8/14/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 8/15/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| | Integrated Audit | 8/16/06 | $ 5.34 | | | | Excess mileage to the client site (12 miles * .445 = $5.34 |
| **Summary** | | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | | $ 6,158.20 | $ 3,664.06 | $ 1,572.77 | $ 13.95 | $ 907.42 | |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
**For the Month Ended August 31, 2006**

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| David Lloyd | 8/1/06 | Audit Senior Manager | $ 109.56 | Lunch with audit team at Clyde's of Columbia (P Reinhard, M de Guzman, J Afuang, C Park and L Keorlet) |
| | | | **$ 109.56** | |
| William Bishop | 7/25/06 | Audit Partner | $165.50 | Lunch at Cheesecake Factory for audit team - M de Guzman, P Reinhardt, E Margolius, L Keorlet, J Afuang, R Bannos (PwC) |
| | 8/8/06 | Audit Partner | $ 358.60 | Airfare to Fort Lauderdale - tax meeting |
| | 8/8/06 | Audit Partner | $ 5.00 | AmEx charge for airfare |
| | 8/7/06 | Audit Partner | $ 152.31 | Dinner at JB's on the Beach while out of town for tax meeting in Fort Lauderdale - M de Guzman, P Reinhardt and W Bishop (PwC) |
| | 8/7/06 | Audit Partner | $ 163.55 | Hotel in Boca Raton for tax meeting - one nigh |
| | 8/8/06 | Audit Partner | $ 180.44 | Lunch at Big City for tax meeting - E Filon, J Gibbs, A Gibbons, D Nagashike (Grace), G Baccash, D Spratt, M de Guzman, P Reinhardt and W Bishop (PwC) |
| | 8/8/06 | Audit Partner | $ 18.00 | Parking at airport |
| | | | **$1,043.40** | |
| Lynda Keorlet | 8/1/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 8/2/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 8/3/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | 8/4/2006 | Audit Associate | $ 8.01 | Mileage in excess of normal commute (40-22 miles * $.445/mile) |
| | | | **$ 32.04** | |
| Erica Margolius | 8/1/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 8/2/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 8/3/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 8/4/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 8/7/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 8/8/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 8/14/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 8/15/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 8/20/2006 | Audit Associate | $ 14.14 | Meal at Washington, DC airport on route to Lake Charles for 404 site visit |
| | 8/21/2006 | Audit Associate | $ 7.00 | Breakfast at Lattes Coffee Shop |
| | 8/21/2006 | Audit Associate | $ 47.98 | Dinner at Jack Daniels bar and restaurant |
| | 8/22/2006 | Audit Associate | $ 7.87 | Breakfast at Lattes Coffee Shop |
| | 8/23/2006 | Audit Associate | $ 8.36 | Breakfast at Lattes Coffee Shop |
| | 8/24/2006 | Audit Associate | $ 8.19 | Breakfast at Lattes Coffee Shop |
| | 8/24/2006 | Audit Associate | $ 38.87 | Dinner at the Hotel Buffet |
| | 8/25/2006 | Audit Associate | $ 836.04 | Hotel lodging from 9/20-9/25 for Lake Charles, Louisiana 404 site visit |
| | 8/25/2006 | Audit Associate | $ 5.93 | Meal at Houston airport |
| | 8/25/2006 | Audit Associate | $ 75.00 | Parking at Reagan National airport 8/20-8/25 for 404 site visit |
| | | | **$ 1,159.74** | |
| Jonathan Fish | 8/28/06 | Advisory Associate | $ 227.15 | rental car and gas |
| | 8/28/06 | Advisory Associate | $ 432.94 | lodging in Memphis |
| | 8/28/06 | Advisory Associate | $ 39.50 | transportation to airport |
| | 8/28/06 | Advisory Associate | $ 663.74 | flights - NY-Memphis |
| | 8/28/06 | Advisory Associate | $ 29.65 | meals while traveling |
| | | | **$ 1,392.98** | |
| Marvin de Guzman | 8/2/06 | Audit Manager | $ 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
| | 8/3/06 | Audit Manager | $ 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
| | 8/7/06 | Audit Manager | $ 20.92 | Milleage in excess of normal commute (home to grace to airport) 47miles*.445) |
| | 8/8/06 | Audit Manager | $ 20.92 | Milleage in excess of normal commute (airport to grace to home) 47 miles *.445 |
| | 8/8/06 | Audit Manager | $ 18.00 | Parking at the airport |
| | 8/11/06 | Audit Manager | $ 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
| | 8/24/06 | Audit Manager | $ 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
| | 8/25/06 | Audit Manager | $ 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
| | 8/25/06 | Audit Manager | $ 1,252.66 | Ticket to Memphis trip |
| | 8/25/06 | Audit Manager | $ 38.00 | Airfare processing fee |
| | 8/25/06 | Audit Manager | $ 30.00 | Taxi fare from Memphis Airport to Hotel |
| | 8/28/06 | Audit Manager | $ 35.00 | Taxi from Home to Reagan National |
| | 8/31/06 | Audit Manager | $ 35.00 | Taxi from Reagan National to Home |
| | | | **$ 1,615.15** | |
| Pamela Reinhardt | 8/1/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 8/2/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 8/3/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 8/4/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 8/7/06 | Audit Senior | $ 471.46 | Travel to Boca Raton, FL |
| | 8/7/06 | Audit Senior | $ 140.24 | Travel to Boca Raton, FL |
| | 8/7/06 | Audit Senior | $ 13.95 | Travel to Boca Raton, FL |
| | 8/9/06 | Audit Senior | $ 131.62 | Excess mileage to the client site (12 miles * .445 = $5.34) and working lunch |
| | 8/9/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) and working lunch |
| | 8/10/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 8/14/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 8/15/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | 8/16/06 | Audit Senior | $ 5.34 | Excess mileage to the client site (12 miles * .445 = $5.34) |
| | | | **$ 805.33** | |
| | | **Grand Total** | **$ 6,158.20** | |