# EXHIBIT A

# July 2006 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 113079 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT B

# August 2006 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 13333 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT C

# September 2006 Fee Application

      Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 13518 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.