# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of Court                                   824 Market Street
                                                 Wilmington, DE  19801
                                                 (302) 252-2900

Date:   November 9, 2006

To:     Clerk of Court
        U.S. District Court
        District of Delaware
        Wilmington De 19801

**Re      W.R. Grace**
        **Bankruptcy Case #01-1139**
        **Appeal #06-63**

Enclosed you will find **Notice of Appeal 06-63 docket #13327, Order docket #13257, Amended Notice of Appeal docket #13351.**
Related Docket Entries: **Appellant's Designation docket #13386.**
**Appellee Designation docket #13451.**

Kindly acknowledge receipt of this document. Betsy_Magnuson@DEB.uscourts.gov

                                        Sincerely,
                                        /s/ Betsy Magnuson
                                        Deputy Clerk

I hereby acknowledge receipt of the above transferred record this ___ day of _____ 2003.

By:_____
    Deputy Clerk

                                        _____ Supervisor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

WR GRACE
Bankruptcy Case No. 01-1139                                        November 9, 2006
Appeal No.: 06-63

Name of Appellant:      Davis T Austern, Future Claimant's Representive
Counsel for Appellant:  Orrick Herrington & Sutcliffee LLP
                        Roger Frankel
                        3050 K Street NW
                        Washington DC 20007

                        John C Phillips Jr., Phillips Goldman & Spence PA
                        1200 North Broom Street
                        Wilmington DE 19806

                        Campbell Levine LLC,
                        Official Committee of Asbestos Personal Injury Claimants
                        Marla R. Eskin
                        800 King Street
                        Wilmington De 19801

                        Elihu Inselbunch, Caplin & Drysdale, Chartered
                        375 Park Avenue 35th Floor
                        New York NY 10152

                        Bilzin Sumberg Baena Price Axelrod LLP
                        Official Committee of Asbestos Property Damage Claimants
                        Scott Baena
                        200 South Biscayne Boulevard
                        Suite 2500
                        Miami FL 33131

                        Theodore J Tacconelli   Ferry Joseph & Pearce PA
                        824 Market Street   Suite 904
                        Wilmington DE 19899

Name of Appellee:    W.R. Grace
Counsel for Appellee:
James E. O'Neill
Pachulski Stang Ziehl Young Jones & Wein
919 North Market Street
16th Floor
PO Box 8705
Wilmington, DE 19899


Enclosed Items:
Notice of Appeal: docket # 13327, Order docket #13257
Amended Notice of Appeal docket # 13351


Appellant: Designation: docket #13386
Appellee/Cross-Appellant: Designation: docket # 13451