**Exhibit 2**



"Tom Wilson"
&lt;twilson@kelley-ferraro.com&gt;
11/03/2006 09:06 AM

To &lt;dbernick@kirkland.com&gt;, &lt;bharding@kirkland.com&gt;

cc "Nathan Finch " &lt;NDF@Capdale.com&gt;, &lt;mhurford@camlev.com&gt;

bcc

Subject   W R Grace Questionaire Objections

Counselors: The Clients of the law firms of: Kelley & Ferraro, LLP; Ferraro & Associates; Michael Doran & Associates; Climaco Climaco, Lefkowitz & Garofoli, LPA; Doran & Murphy, LLP; Taylor & Cire and David T. Cobb whose W R Grace Questionaires were previously submitted on behalf of their respective clients by Kelley & Ferraro LLP intend to maintain all objections previously stated and set forth in response to the W R Grace Questionaire. Kelley & Ferraro, LLP further incorporates all objections to the Questionaires as voiced during the September 11, 2006 hearing as well as subsequent hearings on the Questionaire issue. Kelley & Ferraro, LLP on behalf of the clients represented by the above law firms and without waiving any objections, agree to the schedule set forth in the Proposed Order Concerning Schedule For Motions To Compel Regarding The W. R. Grace Asbestos Personal Injury Questionaire And Schedule For Supplementation Of Wuestionaire Responses.

Thomas M. Wilson
Attorney
Kelley & Ferraro LLP
2200 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 575-0777
Fax: (216) 575-0799
Toll Free: (888) 839-8479
twilson@kelley-ferraro.com
www.kelley-ferraro.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at 216.575.0777 or by reply email to the sender. You must destroy the original transmission and its contents.