# Exhibit 3



"David A. Jagolinzer"
<DAJ@ferrarolaw.com>
11/03/2006 09:29 AM

To  <dbernick@kirkland.com>, <bharding@kirkland.com>
cc  "Nathan Finch " <NDF@Capdale.com>, <mhurford@camlev.com>
bcc
Subject  RE: W R Grace Questionaire Objections

Counselors: The Clients of The Ferraro Law Firm, P.A. whose W R Grace Questionaires were previously submitted on behalf of our the respective clients intend to maintain all objections previously stated and set forth in response to the W R Grace Questionaire. The Ferraro Law Firm, P.A., further incorporates all objections to the Questionaires as voiced during the September 11, 2006 hearing as well as subsequent hearings on the Questionaire issue. The Ferraro Law Firm, P.A. on behalf of our clients and without waiving any objections, agree to the schedule set forth in the Proposed Order Concerning Schedule For Motions To Compel Regarding The W. R. Grace Asbestos Personal Injury Questionaire And Schedule For Supplementation Of Questionaire Responses.

*David A. Jagolinzer, Esq.*

**The Ferraro Law Firm**
4000 Ponce de Leon Blvd., Suite 700
Miami, FL 33146
Tel. (305) 375-0111
Fax (305) 379-6222
Toll-Free 800-275-3332

Confidentiality Notice: The information contained in this transmittal, including any attachment, is privileged and confidential and is intended only for the person or entity to whom it is addressed. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying or distribution or the taking of any action in reliance on the contents of this transmittal is strictly prohibited. If you have received this transmittal in error, please contact the sender immediately and delete this transmittal from any computer or other data bank.