**Exhibit G**

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire



WR GRACE PIQ 018395-0001

10315607066436

RE:

**REDACTED**

REC'D JUL 1 2 2006

Ferraro & Associates, P.A.
200 S Biscayne Blvd , #3800
Miami FL 33131-2331



000603066436

WR GRACE PIQ 018336-0002

[THIS PAGE INTENTIONALLY LEFT BLANK.]

WR GRACE PIQ 018336-0003

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

{D0050647:1 }

WR GRACE PIQ 018335-0004

[THIS PAGE INTENTIONALLY LEFT BLANK.]

{D0050647:1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

YOU HAVE RECEIVED THIS QUESTIONNAIRE BECAUSE GRACE BELIEVES THAT YOU HAD SUED ONE OR MORE OF THE DEBTORS LISTED IN APPENDIX A ATTACHED TO THIS QUESTIONNAIRE BEFORE GRACE FILED FOR BANKRUPTCY ON APRIL 2, 2001 FOR AN ASBESTOS-RELATED PERSONAL INJURY OR WRONGFUL DEATH CLAIM, AND THAT CLAIM WAS NOT FULLY RESOLVED.

IF YOU HAVE SUCH A CLAIM, YOU MUST COMPLETE AND SUBMIT THIS QUESTIONNAIRE BY JANUARY 12, 2006 TO RUST CONSULTING, INC., THE CLAIMS PROCESSING AGENT, AT ONE OF THE FOLLOWING ADDRESSES:

| IF SENT BY U.S. MAIL | IF SENT BY FEDERAL EXPRESS, UNITED PARCEL SERVICE, OR A SIMILAR HAND DELIVERY SERVICE |
|---|---|
| RUST CONSULTING, INC. | RUST CONSULTING, INC. |
| CLAIMS PROCESSING AGENT | CLAIMS PROCESSING AGENT |
| RE: W.R. GRACE & CO. BANKRUPTCY | RE: W.R. GRACE & CO. BANKRUPTCY |
| P.O. BOX 1620 | 201 S. LYNDALE AVE. |
| FARIBAULT, MN 55021 | FARIBAULT, MN 55021 |

A QUESTIONNAIRE (AND ANY AMENDMENTS OR ADDITIONAL DOCUMENTS IN SUPPORT OF THE QUESTIONNAIRE) WILL NOT BE CONSIDERED UNLESS RECEIVED BY RUST CONSULTING, INC. BY JANUARY 12, 2006.

THIS QUESTIONNAIRE IS AN OFFICIAL DOCUMENT APPROVED BY THE COURT IN CONNECTION WITH ESTIMATING GRACE'S ASBESTOS-RELATED PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AS A WHOLE. THE QUESTIONNAIRE IS BEING USED BY W. R. GRACE AS A MEANS TO SEEK INFORMATION ABOUT YOUR ASBESTOS CLAIM. BY TIMELY RETURNING THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE, GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION.

THE COURT HAS ORDERED THAT, AS PART OF THE DISCOVERY PROCESS, ALL HOLDERS OF PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS MUST COMPLETE AND RETURN THIS QUESTIONNAIRE. THUS, FAILURE TO TIMELY RETURN THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE MAY RESULT IN SANCTIONS AND/OR OTHER RELIEF AVAILABLE UNDER APPLICABLE FEDERAL RULES.

BECAUSE YOUR CLAIM WILL BE EVALUATED IN ACCORDANCE WITH THE TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION, COMPLETION OF THIS QUESTIONNAIRE DOES NOT MEAN THAT YOUR CLAIM WILL EITHER BE ALLOWED OR PAID. TO THE EXTENT YOU ATTACH TO THIS QUESTIONNAIRE DOCUMENTS ALSO NEEDED BY THE TRUST TO PROCESS YOUR CLAIM, SUCH DOCUMENTS WILL BE PROVIDED TO THE TRUST AND YOU WILL NOT NEED TO RESUBMIT THEM.

i

# INSTRUCTIONS

WR GRACE PIQ 018335-0008

## A. GENERAL

1. This Questionnaire refers to any lawsuit that you filed before April 2, 2001 for an "asbestos-related personal or wrongful death claim." This term is intended to cover any lawsuit alleging any claim for personal injuries or damages that relates to: (a) exposure to any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors (or any of their respective past or present affiliates, or any of the predecessors of any of the Debtors or any of their respective past or present affiliates), or (b) exposure to vermiculite mined, milled or processed by the Debtors (or any of their respective past or present affiliates, any of the predecessors of any of the Debtors or any of their respective past or present affiliates). It includes claims in the nature of or sounding in tort, or under contract, warranty, guarantee, contribution, joint and several liability, subrogation, reimbursement, or indemnity, or any other theory of law or equity, or admiralty for, relating to, or arising out of, resulting from, or attributable to, directly or indirectly, death, bodily injury, sickness, disease, or other personal injuries or other damages caused, or allegedly caused, directly or indirectly, and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors. It includes all such claims, debts, obligations or liabilities for compensatory damages such as loss of consortium, personal or bodily injury (whether physical, emotional or otherwise), wrongful death, survivorship, proximate, consequential, general, special, and punitive damages.

2. Your Questionnaire will be deemed filed only when it has been received by Rust Consulting Inc., the Claims Processing Agent, via U.S. Mail, Federal Express, United Parcel Service or a similar hand delivery service. A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will **not** be accepted and will **not** be deemed filed.

   Do **not** send any Questionnaire to the Debtors, counsel for the Debtors, the Future Claimants Representative, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel. Questionnaires that are filed with or sent to anyone other than Rust Consulting, Inc. will be deemed not to have been submitted, and such Questionnaires will not be considered.

3. Your completed Questionnaire must (i) be written in English, and (ii) attach relevant supporting materials as instructed further below.

4. All holders of claims described on page i (and as described in further detail in Instruction A (1) above) are required to file this Questionnaire by Jan. 12, 2006. Your Questionnaire will be used in connection with the estimation hearing to be conducted by the Court pursuant to the Estimation Procedures Order (a copy of which is attached as Appendix B).

5. Any subsequent amendment to the Questionnaire will not be considered for any purpose unless received by Jan. 12, 2006.

## B. PART I -- Identity of Injured Person and Legal Counsel

Respond to all applicable questions. If you are represented by a lawyer, then in Part I (b), please provide your lawyer's name and the name, telephone number and address of his/her firm. If you are represented by a lawyer, he/she must assist in the completion of this Questionnaire. Also, if you would prefer that the Debtors send any additional materials only to your lawyer, instead of sending such materials to you, then check the box indicating this in Part I (b).

All references to "you" or the like in Parts I through X shall mean the injured person. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete this Questionnaire.

## C. PART II -- Asbestos-Related Condition(s)

Please indicate all asbestos-related medical conditions for which you have been diagnosed. To complete questions related to injuries, medical diagnoses, and/or conditions, please use the following categories of customarily diagnosed conditions:

- Mesothelioma
- Asbestos-Related Lung Cancer
- Other Cancer (colon, laryngeal, esophageal, pharyngeal, or stomach)
- Clinically Severe Asbestosis
- Asbestosis
- Other Asbestos Disease

If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**Supporting Documents for Diagnosis:** This Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that support or conflict with your diagnosis.

**X-rays and B-reads:** Please attach all x-ray readings and reports. You may, but are not required to, attach chest x-rays. The court, however, has ruled that Grace may seek access to chest x-rays upon request.

**Pulmonary Function Tests:** Please attach all pulmonary function test results, including the actual raw data and all spirometric tracings, on which the results are based.

**D. PART III – Direct Exposure to Grace Asbestos-Containing Products**

In Part III, please provide the requested information for the job and site at which you were ~~WR GRACE PIQ 018335-0007~~ asbestos-containing products. Indicate the dates of exposure to each Grace asbestos-containing product. If your exposure was a result of your employment, use the list of occupation and industry codes below to indicate your occupation and the industry in which you worked at each site. If you allege exposure to Grace asbestos-containing products at multiple sites, the Court has ordered that you must complete a separate Part III for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

Attach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the disease.

## Occupation Codes

| | |
|---|---|
| 01. Air conditioning and heating installer/maintenance | 31. Iron worker |
| 02. Asbestos miner | 32. Joiner |
| 03. Asbestos plant worker/asbestos manufacturing worker | 33. Laborer |
| 04. Asbestos removal/abatement | 34. Longshoreman |
| 05. Asbestos sprayer/spray gun mechanic | 35. Machinist/machine operator |
| 06. Assembly line/factory/plant worker | 36. Millwright/mill worker |
| 07. Auto mechanic/bodywork/brake repairman | 37. Mixer/bagger |
| 08. Boilermaker | 38. Non-asbestos miner |
| 09. Boiler repairman | 39. Non-occupational/residential |
| 10. Boiler worker/cleaner/inspector/engineer/installer | 40. Painter |
| 11. Building maintenance/building superintendent | 41. Pipefitter |
| 12. Brake manufacturer/installer | 42. Plasterer |
| 13. Brick mason/layer/hod carrier | 43. Plumber – install/repair |
| 14. Burner operator | 44. Power plant operator |
| 15. Carpenter/woodworker/cabinetmaker | 45. Professional (e.g., accountant, architect, physician) |
| 16. Chipper | 46. Railroad worker/carman/brakeman/machinist/conductor |
| 17. Clerical/office worker | 47. Refinery worker |
| 18. Construction - general | 48. Remover/installer of gaskets |
| 19. Custodian/janitor in office/residential building | 49. Rigger/stevedore/seaman |
| 20. Custodian/janitor in plant/manufacturing facility | 50. Rubber/tire worker |
| 21. Electrician/inspector/worker | 51. Sandblaster |
| 22. Engineer | 52. Sheet metal worker/sheet metal mechanic |
| 23. Firefighter | 53. Shipfitter/shipwright/ship builder |
| 24. Fireman | 54. Shipyard worker (md. repair, maintenance) |
| 25. Flooring installer/tile installer/tile mechanic | 55. Steamfitter |
| 26. Foundry worker | 56. Steelworker |
| 27. Furnace worker/repairman/installer | 57. Warehouse worker |
| 28. Glass worker | 58. Welder/blacksmith |
| 29. Heavy equipment operator (includes truck, forklift, & crane) | 59. Other |
| 30. Insulator | |

## Industry Codes

| | |
|---|---|
| 001. Asbestos abatement/removal | 109. Petrochemical |
| 002. Aerospace/aviation | 110. Railroad |
| 100. Asbestos mining | 111. Shipyard-construction/repair |
| 101. Automotive | 112. Textile |
| 102. Chemical | 113. Tire/rubber |
| 103. Construction trades | 114. U.S. Navy |
| 104. Iron/steel | 115. Utilities |
| 105. Longshore | 116. Grace asbestos manufacture or milling |
| 106. Maritime | 117. Non-Grace asbestos manufacture or milling |
| 107. Military (other than U.S. Navy) | 118. Other |
| 108. Non-asbestos products manufacturing | |



### E. PART IV – Indirect Exposure to Grace Asbestos-Containing Products

In Part IV, please provide the information requested for any injury alleged to have been caused by exposure to asbestos-containing products through contact/proximity with another injured person. If you allege exposure through contact/proximity with multiple injured persons, please complete a separate Part IV for each injured person. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.

### F. PART V – Exposure to Non-Grace Asbestos-Containing Products

In Part V, please provide the requested information for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate Part V for each party. If exposure was in connection with your employment, use the list of occupation and industry codes in Part III to indicate your occupation and the industry in which you worked. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

### G. PART VI – Employment History

In Part VI, please provide the information requested for each industrial job you have held, other than jobs already listed in Parts III or V. Use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked for each job. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

### H. PART VII – Litigation and Claims Regarding Asbestos and/or Silica

In Part VII, please describe any lawsuits and/or claims that were filed by you or on your behalf regarding asbestos or silica.

### I. PART VIII – Claims by Dependents or Related Persons

Part VIII is to be completed only by dependents or related persons (such as spouse or child) of an injured person who sued the Debtors before April 2, 2001 for an asbestos-related personal injury or wrongful death claim against Grace not involving physical injury to him-/herself on account of his/her own exposure. One example of such a claim would be a claim for loss of consortium. If you are asserting such a claim, complete the entire Questionnaire, providing all information and documentation regarding the injured person.

### J. PART IX – Supporting Documentation

In Part IX, please mark the boxes next to each type of document that you are submitting with this Questionnaire. As indicated in the instructions to Parts II and III, this Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that (a) support or conflict with your diagnosis and/or (b) establish exposure to Grace asbestos-containing products as having a substantial causal role in the development of the medical diagnoses, and/or conditions claimed. Original documents provided to Grace will be returned within a reasonable time after its professionals and experts have reviewed the documents.

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such cost.

### K. PART X – Attestation that Information is True, Accurate and Complete

By signing Part X, you, the injured person, are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Questionnaire is true, accurate and complete. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete and sign Part X on behalf of the injured person.

The legal representative of the injured person must complete and sign Part X where indicated.



**PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL**

WR GRACE PIQ 018335-0009

### a.  GENERAL INFORMATION

1. Name of Claimant: _____  2. Gender: ✔ Male ☐ Female
   First                      MI                   Last

3. Race (for purposes of evaluating Pulmonary Function Test results): Objection: Relevancy Unduly Burdensome

   ☐ White/Caucasian

   ☐ African American

   ☐ Other

4. Last Four Digits of Social Security Number:     **REDACTED**         5. Birth Date:

6. Mailing Address: _____
   Address              City              State/Province    Zip/Postal Code

7. Daytime Telephone Number: ...............................................................................................

### b.  LAWYER'S NAME AND FIRM

1. Name of Lawyer:  David A. Jagolinzer, Esq

2. Name of Law Firm With Which Lawyer is Affiliated:  The Ferraro Law Firm

3. Mailing Address of Firm: 4000 Ponce de Leon Blvd., Suite 700, Miami,     Florida     33146
   Address              City              State/Province    Zip/Postal Code

4. Law Firm's Telephone Number or Lawyer's Direct Line: ...........................................( 305 ) 375-0111

   X   Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in
       lieu of sending such materials to you.

### c.  CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? ............................................................... X Living   ☐ Deceased
   If deceased, date of death: ................................................................... __ __ / __ __ / __ __ __ __

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete
   the following:
       Primary Cause of Death (as stated in the Death Certificate): _____

       Contributing Cause of Death (as stated in the Death Certificate): _____

**PART II: ASBESTOS-RELATED CONDITION(S)**

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the
instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and
diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis
and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your
convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged:

   ☐ Asbestos-Related Lung Cancer          ☐ Mesothelioma

   ☒ Asbestosis                            ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

   ☐ Other Asbestos Disease                ☐ Clinically Severe Asbestosis

   a.  **Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the
       following (check all that apply):

       ☐  diagnosis from a pathologist certified by the American Board of Pathology

       ☐  diagnosis from a second pathologist certified by the American Board of Pathology

       ☐  diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial
          causal role in the development of the condition

1



X    other (please specify):  Objection:  See attached medical information

**PART II:  ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE PIQ 018935-0010

b.  **Asbestos-Related Lung Cancer:**  If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

☐  findings by a pathologist certified by the American Board of Pathology

☐  evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐  evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐  evidence of asbestosis determined by pathology

☐  evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐  evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐  diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐  a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

X    other (please specify):  Objection:  See attached medical information

c.  **Other Cancer:**

(i)  If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐  colon        ☐  pharyngeal        ☐  esophageal        ☐  laryngeal        ☐  stomach cancer

☐  other, please specify:  _____

(ii)  Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐  findings by a pathologist certified by the American Board of Pathology

☐  evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐  evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐  evidence of asbestosis determined by pathology

☐  a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

X    other (please specify):  Objection:  See attached medical information



WR GRACE PIQ 018395-0011

## PART II. ASBESTOS-RELATED CONDITION(S) (Continued)

**d. Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

**X** other (please specify): <u>Objection: See attached medical information</u>

**e. Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs of Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEV1/FVC ratio  greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

**X** other (please specify): <u>Objection: See attached medical information</u>

3



WR GRACE PIQ 018835-0012

**PART II. ASBESTOS-RELATED CONDITION(S) (Continued)**

f.    **Other Asbestos Disease:**  If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐   diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐   diagnosis determined by pathology

☐   a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   a chest x-ray reading  other than those described above

☐   a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐   a pulmonary function test other than that discussed above

☐   a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐   a CT Scan or similar testing

☐   a diagnosis other than those above

X    other (please specify):  <u>Objection:  See attached medical information</u>

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

4

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE PIQ 018335-0013

**2. Information Regarding Diagnosis**

Date of Diagnosis: ...................................................................................07/19/99

Diagnosing Doctor's Name: <u>See attached</u>

Diagnosing Doctor's Specialty: <u>See attached</u>

Diagnosing Doctor's Mailing Address: <u>See attached</u>
          Address

_____
City                                    State/Province                    Zip/Postal Code

Diagnosing Doctor's Daytime Telephone Number: ...................................... ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the diagnosing doctor, check all applicable boxes:

Was the diagnosing doctor your personal physician?        <u>Objection. Relevance.</u> ..................................... ☐ Yes ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? <u>Objection: relevance</u> ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* <u>Objection: relevance</u>

Did you retain counsel in order to receive any of the services performed by the
diagnosing doctor? <u>Objection: relevance</u>.................................................................. ☐ Yes ☐ No

Was the diagnosing doctor referred to you by counsel? <u>Objection: relevance</u> ............................. ☐ Yes ☐ No

Are you aware of any relationship between the diagnosing doctor and your
legal counsel? <u>Objection: relevance</u> ........................................................................ ☐ Yes ☐ No

*If yes, please explain:* _____

_____

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine
at the time of the diagnosis? <u>See attached medical information</u> ................................................ ☐ Yes ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the
diagnosis? <u>See attached medical information</u>............................................................................ ☐ Yes ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to
diagnosis? <u>See attached medical information</u> .......................................................................... ☐ Yes ☐ No

Did the diagnosing doctor perform a physical examination? <u>See attached medical information</u>.......... ☐ Yes ☐ No

Do you currently use tobacco products?         <u>See attached medical information</u> ............................. ☐ Yes ☐ No

Have you ever used tobacco products? <u>See attached medical information</u>. ................................... ☐ Yes ☐ No

If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco
products and the dates and frequency with which such products were used: See attached medical information

☐ **Cigarettes**       **Packs Per Day** (half pack = .5) _____   **Start Year** __ __ __ __   **End Year** __ __ __ __

☐ **Cigars**           **Cigars Per Day** _____           **Start Year** __ __ __ __   **End Year** __ __ __ __

☐ **If Other Tobacco Products, please specify (e.g., chewing tobacco):** _____
                 **Amount Per Day** _____           **Start Year** __ __ __ __   **End Year** __ __ __ __

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? ................... ☐ Yes ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*
                 <u>See attached medical information</u>.......................................................................

**3. Information Regarding Chest X-Ray**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐ Mobile laboratory ☐ Job site ☐ Union Hall ☐ Doctor office ☐ Hospital  X Other: <u>Objection: relevance</u>

Address where chest x-ray taken: <u>Objection: relevance</u>
          Address

_____
City                                    State/Province                    Zip/Postal Code

WR GRACE PIQ 018395-0014

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

4. **Information Regarding Chest X-Ray Reading** See attached medical information

   Date of Reading: __ __ / __ __ / __ __ __ __          ILO score: _____

   Name of Reader: _____

   Reader's Daytime Telephone Number: ...........................................( __ __ __ ) __ __ __ - __ __ __ __

   Reader's Mailing Address: _____
                               Address

   _____
   City                           State/Province            Zip/Postal Code

   With respect to your relationship to the reader, check all applicable boxes:

   Was the reader paid for the services that he/she performed  Objection:  relevance.....................................☐ Yes ☐ No

   *If yes, please indicate who paid for the services performed:* _____

   Did you retain counsel in order to receive any of the services performed

   by the reader? Objection:  relevance....................................................................................☐ Yes ☐ No

   Was the reader referred to you by counsel?  Objection:  relevance ...........................................☐ Yes ☐ No

   Are you aware of any relationship between the reader and your legal counsel? Objection:  relevance........☐ Yes ☐ No

   *If yes, please explain:* _____

   Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?

   ...............................................................................................................................X Yes ☐ No

   *If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* _____

5. **Information Regarding Pulmonary Function Test:** See attached medical information Date of Test: __ __ / __ __ / __ __

   List your height in feet and inches when test given: See attached medical information .._____ ft _____ inches

   List your weight in pounds when test given:  See attached medical information ............................_____ lbs

   Total Lung Capacity (TLC): See attached medical information........................................_____ % of predicted

   Forced Vital Capacity (FVC): See attached medical information ....................................._____ % of predicted

   FEV1/FVC Ratio: See attached medical information ........................................................_____ % of predicted

   Name of Doctor Performing Test (if applicable):  See attached medical information

   Doctor's.Specialty:  See attached medical information

   Name of Clinician Performing Test (if applicable): See attached medical information

   Testing Doctor or Clinician's Mailing Address: See attached medical information
                            Address

   _____
   City                           State/Province            Zip/Postal Code

   Testing Doctor or Clinician's Daytime Telephone Number:..........................( __ __ __ ) __ __ __ - __ __ __ __

   Name of Doctor Interpreting Test: _____

   Doctor's Specialty: _____

   Interpreting Doctor's Mailing Address: _____
                            Address

   _____
   City                           State/Province            Zip/Postal Code

   Interpreting Doctor's Daytime Telephone Number: .....................................( __ __ __ ) __ __ __ - __ __ __ __

WR GRACE PIQ 018335-0016

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:

If the test was performed by a doctor, was the doctor your personal physician? Objection: relevance........ ☐ Yes  ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? Objection: relevance ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:*. _____

Did you retain counsel in order to receive any of the services performed by the testing doctor

or clinician? Objection: relevance .............................................................................................. ☐ Yes  ☐ No

Was the testing doctor or clinician referred to you by counsel? Objection: relevance ................................ ☐ Yes  ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal

counsel? Objection: relevance ...................................................................................................... ☐ Yes  ☐ No

*If yes, please explain:* _____

**Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test? See attached medical information** ........................................... ☐ Yes  ☐ No

**With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:**

Was the doctor your personal physician? Objection: relevance ................................................................. ☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed? Objection: relevance ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the

doctor? Objection: relevance ...................................................................................................... ☐ Yes  ☐ No

Was the doctor referred to you by counsel? Objection: relevance............................................................... ☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel? Objection: relevance ........ ☐ Yes  ☐ No

*If yes, please explain* _____

**Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?** ............................... ☐ Yes  ☐ No
See attached medical information

6.  **Information Regarding Pathology Reports:**

Date of Pathology Report: See attached medical information ......................................... __ __ / __ __ / __ __ __ __

Findings:   See attached medical information

Name of Doctor Issuing Report:  See attached medical information

Doctor's Specialty:  See attached medical information

Doctor's Mailing Address:  See attached medical information
                           Address

| City | State/Province | Zip/Postal Code |
|------|----------------|-----------------|

Doctor's Daytime Telephone Number: See attached medical information...... ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:**

Was the doctor your personal physician? Objection: relevance.................................................................. ☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed? Objection: relevance............................. ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the

doctor? Objection: relevance ...................................................................................................... ☐ Yes  ☐ No

Was the doctor referred to you by counsel? Objection: relevance.............................................................. ☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel? <u>Objection:  relevance</u> .....

*If yes, please explain:* _____

**Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?**

<u>See attached medical information</u> .................................................................................................................☐ Yes  ☐ No

7

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE PIQ 018335-0017

7.   With respect to the condition alleged, have you received medical treatment from a doctor for the condition?

  Objection. Relevance. .................................................................................................☐ Yes ☐ No

*If yes, please complete the following:*

Name of Treating Doctor: _____ n/a _____

Treating Doctor's Specialty: _____ n/a _____

Treating Doctor's Mailing Address: _____ n/a _____
                                                          Address

_____
City                                          State/Province                      Zip/Postal Code

Treating Doctor's Daytime Telephone number: ___ n/a _____ ( __ __ __ ) __ __ __ - __ __ __ __

Was the doctor paid for the services that he/she performed? _____ n/a _____☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* ___ n/a _____

Did you retain counsel in order to receive any of the services performed by the doctor? n/a ...............☐ Yes ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WR GRACE PIQ 018335-0018

# PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

Site of Exposure:

Site Name: See Exhibit A

Site Type: ☐ Residence ☐ Business

Employer During Exposure: _____

Location: _____

Unions of which you were a member during your employment: _____

| | Grace Product(s) Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Codes (If Code "I", specify) | Industry Codes (If Code "I", specify) | Was exposure due to working in contamination area where products were being installed, mixed, removed, or cut? If Yes, please indicate your specific proximity to such area | Nature of Exposure |
|---|---|---|---|---|---|---|
| Job 1 Description: | See Exhibit A | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| Job 4 Description: | | | | | | |
| Job 5 Description: | | | | | | |
| Job 6 Description: | | | | | | |

9

[P00056471.1]

## PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

WR GRACE PIQ 018335-0019

1.  Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person? Objection. See complaint filed in Middlesex, MA 99-5053.  See F.S.A. 90.408
    ☐ Yes  ☐ No

    *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products.  For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2.  Please indicate the following information regarding the other injured person:

    Name of Other Injured Person: _____ n/a _____    Gender: ☐ Male ☐ Female

    Last Four Digits of Social Security Number: __ __ __ __    Birth Date: __ __ / __ __ / __ __ __ __

3.  What is your Relationship to Other Injured Person: _____ n/a _____ ☐ Spouse ☐ Child ☐ Other

4.  Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:
    _____ n/a _____

5.  Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products: N/A
    From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

6.  Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:
    _____ n/a _____

7.  Has the Other Injured Person filed a lawsuit related to his/her exposure?  Objection. Relevance.  ☐ Yes ☐ No
    *If yes, please provide caption, case number, file date, and court name for the lawsuit:*
    Caption: _____

    Case Number: _____    File Date: __ __ / __ __ / __ __ __ __

    Court Name: _____

8.  Nature of Your Own Exposure to Grace Asbestos-Containing Product:
    _____ See question 1 above _____

9.  Dates of Your Own Exposure to Grace Asbestos-Containing Product: See question 1 above.
    From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product: See question 1 above

### [REMAINDER OF PAGE INTENTIONALLY BLANK]

10

{D0050647:1 }

## PART V - EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

**Objection: Burdensome/Public Record**

| Party Against which Lawsuit or Claim was Filed:<br><br>See attached Complaint cover sheet | | Product(s) | Dates and frequency of Exposure (hours/day/days/year) | Occupation Code (Code to specify) | Industry Code (Code to specify) | Was exposure due to working in/around areas where products was being installed, mixed, removed, or cut? (If yes, please indicate your regular proximity to such areas) | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| **Site of Exposure 1** | Job 1 Description: | | | | | | |
| Site Name: | | | | | | | |
| Address: | Job 2 Description: | | | | | | |
| City and State: | | | | | | | |
| Site Owner: | Job 3 Description: | | | | | | |
| **Site of Exposure 2** | Job 1 Description: | | | | | | |
| Site Name: | | | | | | | |
| Address: | Job 2 Description: | | | | | | |
| City and State: | | | | | | | |
| Site Owner: | Job 3 Description: | | | | | | |
| **Site of Exposure 3** | Job 1 Description: | | | | | | |
| Site Name: | | | | | | | |
| Address: | Job 2 Description: | | | | | | |
| City and State: | | | | | | | |
| Site Owner: | Job 3 Description: | | | | | | |

11

WR GRACE PIQ 018335-0020

(D00094471)



WR GRACE PIQ 018335-0021

## PART VI: EMPLOYMENT HISTORY

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

Occupation Code: __58__  If Code 59, specify: <u>Objection: Burdensome. See Exhibit A</u>

Industry Code: __103, 104, 111__     If Code 118, specify:_____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __     End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
              Address

_____

City                                        State/Province                          Zip/Postal Code


Occupation Code: _____   If Code 59, specify: ._____

Industry Code: _____ .   If Code 118, specify:_____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __     End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
              Address

_____

City                                        State/Province                          Zip/Postal Code


Occupation Code: _____   If Code 59, specify: ._____

Industry Code: _____   If Code 118, specify:_____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __     End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
              Address

_____

City                                        State/Province                          Zip/Postal Code


Occupation Code: _____   If Code 59, specify: ._____

Industry Code: _____   If Code 118, specify:_____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __     End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
              Address

_____

City                                        State/Province                          Zip/Postal Code

12

{D0050647:1 }



WR GRACE PIQ 018335-0022

**PART VII- LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR SIL**

**a.**  **LITIGATION**

1.  Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?.................................... X Yes ☐ No

    *If yes, please complete the rest of this Part VII(a) for each lawsuit.   For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2.  Please provide the caption, case number, file date, and court name for the lawsuit you filed:

    Caption:   <u>See Complaint cover sheet</u>

    Case Number:  <u>99-5053</u>                                                    File Date: <u>10/18/99</u>

    Court Name: <u>Middlesex, MA</u>

3.  Was Grace a defendant in the lawsuit? <u>Prior to April 2, 2001, then yes</u> ..................................... X Yes ☐ No

4.  Was the lawsuit dismissed against any defendant?............................................................. X Yes ☐ No

    *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*

    <u>Objection:  burdensome.  For Voluntary Dismissals, please see docket and pleadings filed in the case which are public records</u>

5.  Has a judgment or verdict been entered? Objection: See Florida Statute § 90.408 ................................. ☐ Yes ☐ No

    *If yes, please indicate verdict amount for each defendant(s):* _____

6.  Was a settlement agreement reached in this lawsuit? <u>Objection:  See Florida Statute § 90.408</u> .............. ☐ Yes ☐ No

    *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

    a.  Settlement amount for each defendant: _____

    b.  Applicable defendants:_____

    c.  Disease or condition alleged: _____

    d.  Disease or condition settled (if different than disease or condition alleged):_____

7.  Were you deposed in this lawsuit? ................................................................................ ☐ Yes X No

    *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

**b.**  **CLAIMS**

1.  Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? <u>Objection, vague, irrelevant, ambiguous and unduly burdensome</u> ☐ Yes ☐ No

    *If yes, please complete the rest of this Part VII(b). If no, please skip to Part VIII.*

2.  Date the claim was submitted: .............................................................. ___/___/_____

3.  Person or entity against whom the claim was submitted: _____

4.  Description of claim: _____

5.  Was claim settled? ................................................................................ ☐ Yes ☐ No

6.  Please indicate settlement amount: Objection:  See Florida Statute § 90.408 ................$_____

7.  Was the claim dismissed or otherwise disallowed or not honored? .......................................... ☐ Yes ☐ No

    *If yes, provide the basis for dismissal of the claim:* _____

13

{D0050647:1 }



WR GRACE PIQ 018395-0023

## PART VIII: CLAIMS BY DEPENDENTS OR RELATED PERSONS

**Name of Dependent or Related Person:** Objection: relevance .................................................. **Gender:** ☐ Male ☐ Female

**Last Four Digits of Social Security Number:** __ __ __ __         **Birth Date:** __ __ / __ __ / __ __ __ __

**Financially Dependent:** .................................................................................................☐ Yes ☐ No

**Relationship to Injured Party:** ☐ Spouse ☐ Child ☐ Other  If other, please specify _____

**Mailing  Address:** _____
　　　　　　　　　　　Address
_____

City                                              State/Province                        Zip/Postal Code

**Daytime Telephone number:** ............................................. ( __ __ __ ) __ __ __ - __ __ __ __

## PART IX: SUPPORTING DOCUMENTATION

Please use the checklists below to indicate which documents you are submitting with this form.

**Copies:** See attached medical information

- ☐ Medical records and/or report containing a diagnosis
- ☐ Lung function test results
- ☐ Lung function test interpretations
- ☐ Pathology reports
- ☐ Supporting documentation of exposure to Grace asbestos-containing products
- ☐ Supporting documentation of other asbestos exposure

- ☐ X-rays
- ☐ X-ray reports/interpretations
- ☐ CT scans
- ☐ CT scan reports/interpretations
- ☐ Depositions from lawsuits indicated in Part VII of this Questionnaire
- ☐ Death Certification

**Originals:**

- ☐ Medical records and/or report containing a diagnosis
- ☐ Lung function test results
- ☐ Lung function test interpretations
- ☐ Pathology reports
- ☐ Supporting documentation of exposure to Grace asbestos-containing products

- ☐ Supporting documentation of other asbestos exposure
- ☐ X-rays
- ☐ X-ray reports/interpretations
- ☐ CT scans
- ☐ CT scan reports/interpretations
- ☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

_____

## PART X: ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE

The information provided in this Questionnaire must be accurate and truthful. This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim. The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 & 3571.
**TO BE COMPLETED BY THE INJURED PERSON.**

I swear, **under penalty of perjury**, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete.

Signature: _____         Date: __ __ / __ __ / __ __ __ __

Please Print Name: _____

**TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.**

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: _~~signature~~_         Date: 06/12/2006

Please         Print         Name:         David         A.         Jagolinzer

14

**REDACTED**

. c/o Ferraro & Associates, P.A., 4000 Ponce de Leon Bouleva

Miami, Florida, 33146, Phone: (305) 375-0111



WR GRACE PIQ 018335-0024

## *Exposure Sheet*

For                    Sorted by Manufacturer then Date

Ferraro & Associates, P.A.

01/20/2006

*Manufacturer:*  W.R. Grace & Company                    **REDACTED**

*Products:*  Plaster, Monokote, Cement

| Jobsite | City | State | Start Date | Stop Date |
|---------|------|-------|-----------|-----------|
| Boston Naval Shipyard | Charleston | MA | 01/01/1966 | 12/01/1972 |
| South Boston Anex Shipyard | So. Boston | MA | 01/01/1966 | 12/01/1972 |
| U.S. Navy | San Diego | CA | 01/01/1966 | 12/01/1972 |
| Charlestown Naval Shipyard | Boston | MA | 01/01/1966 | 12/01/1972 |
| Lyons & Ironwork | Manchester | NH | 01/01/1972 | 12/31/1974 |
| Portsmouth Naval Shipyard | Kittery | ME | 01/01/1974 | 12/31/1974 |
| Public Service NH (Merrimack Station) | Bow | NH | 01/01/1974 | 12/31/1974 |
| University of New Hampshire | Durham | NH | 01/01/1974 | 12/31/1974 |
| Schiller Station | Portsmouth | NH | 01/01/1974 | 12/31/1974 |
| Groveton Paper Co. | Groveton | NH | 01/01/1974 | 12/31/1974 |
| Brown Paper Co. | Berlin | NH | 01/01/1974 | 12/31/1974 |



WR GRACE PIQ 018336-0025

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

Chapter 11

| In Re: | Bankruptcy No. |
|---|---|
| Owens Corning | 00-3837-JKF |
| Armstrong World Industries | 00-4471-JKF |
| W.R. Grace & Co. | 01-1139-JKF |
| USG Corp. | 01-2094-JKF |
| United States Mineral Products Company | 01-2471-JKF |
| Kaiser Aluminum Corporation, Inc. | 02-10429-JKF |
| ACandS, Inc. | 02-12687-JKF |
| Combustion Engineering, Inc. | 03-10495-JKF |
| The Flintkote Company | 04-11300-JKF |

Debtor(s)

### POWER OF ATTORNEY/PROXY

The undersigned Claimant hereby authorizes James L. Ferraro, Esq. and/or David A. Jagolinzer, Esq., of Ferraro & Associates, P.A., 4000 Ponce de Leon Blvd. Suite 700, Miami, Florida 33146, or any of its attorneys, as their delegates, to act as attorney-in-fact for the undersigned, with full power of substitution, to act and/or vote on any issue that may be submitted to or involve creditors or claimants of any debtor, associated debtor, related company or their insurers, in or related to the above-referenced bankruptcy actions and any other bankruptcy actions, and in general, to perform any act for the undersigned in these related bankruptcy matters, including matters arising, or related to Claimant's asbestos or silica claim, including the investigation, negotiation and settlement of any such claim and submission of any materials for settlement or processing of the claim.

Signed:___ | **REDACTED**

SWORN TO AND SUBSCRIBED TO, before me *and produce withdrawal license* this *15* day of *Novemb*, 2004.

NOTARY PUBLIC, My Commission Expires:

JAMES L. HAUSER, Notary Public
My Commission Expires August 25, 2008

HAUSER, WAYNE E.00002001



WR GRACE PIQ 018335-0026

## LAXMINARAYANA C. RAO, M.D., F.C.C.P., F.A.C.P.
### F.A.C.I.P., F.A.A.D.E.P., F.A.C.F.E.

Pulmonary Medicine Associates, Inc.
*Board Certified in Internal Medicine and Pulmonary Disease*
NIOSH "B" READER

REDACTED                                                7/19/99

The film dated 6/10/99 is of good quality. Irregular opacities are present in the lower and middle zones of 1/1 profusion. Diaphragmatic pleural plaque is noted on the left. Diffuse chest wall pleural thickening is noted on the right. Right pleural effusion to be excluded. Ill-defined diaphragm on the right side. Mesothelioma to be excluded.

With a significant exposure history to asbestos dust, these findings are consistent with the diagnoses of asbestosis and asbestos associated pleural fibrosis. There is evidence for possible malignancy.

*Laxminarayana Rao*

Laxminarayana C. Rao, M.D., F.C.C.P., F.A.C.P.
F.A.C.I.P., F.A.A.D.E.P., F.A.C.F.E.

F7-13

Case 01-01139-AMC   Doc 13619-12   Filed 11/09/06   Page 28 of 58


boilerplate
WR GRACE PIQ 018335-0027

**REDACTED**

**Pulmonary Medicine Associates, Inc. •** *Occupational Division*
Old Oak Medical Pavilion • 7225 Old Oak Blvd., Suite #101 • Middleburg Hts., OH 44130 • 440-826-3030

PATIENT NAME                                SS#                      TYPE OF READING [B]

| 1A. DATE OF X-RAY | 1B. FILM QUALITY | 1C. IS FILM COMPLETELY NEGATIVE? |
|---|---|---|
| 06/10/99 | [X] 2 3 | YES ☐  NO [X] |

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**   YES [X]   COMPLETE 2B and 2C ☐   PROCEED TO SECTION 3

**2B. SMALL OPACITIES**

a. SHAPE/SIZE — PRIMARY / SECONDARY:
PRIMARY: p s / q [q] / r u
SECONDARY: p s / q [q] / r u

b. ZONES: R [X][X] L [X][X]

c. PROFUSION: 0/- 0/0 0/1 / 1/0 1/1 [1/2] / 2/1 2/2 2/3 / 3/2 3/3 3/+

**2C. LARGE OPACITIES**   SIZE [X] A B C   PROCEED TO SECTION 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**   YES [X]   COMPLETE 2B, 3C and 3D ☐   PROCEED TO SECTION 4

**3B. PLEURAL THICKENING**
a. DIAPHRAGM (plaque)   SITE O [X] R
b. COSTOPHRENIC ANGLE   SITE O [X] L

**3C. PLEURAL THICKENING — Chest Wall**

a. CIRCUMSCRIBED (plaque)
SITE O [X] R          [X] L
IN PROFILE:   O A B C      O A B C
L. WIDTH:     0 1 2 3      0 1 2 3
ll. EXTENT:   0 1 2 3      0 1 2 3
FACE ON:      0 1 2 3      0 1 2 3

b. DIFFUSE
SITE O R          [X] L
IN PROFILE:   O A B C      O A B C
L. WIDTH:     0 [X] 2 3    0 1 2 3
ll. EXTENT:   [X] 1 2 3    0 1 2 3

**3D. PLEURAL CALCIFICATION**

SITE [X] R   EXTENT              SITE [X] L   EXTENT
a. DIAPHRAGM ........ 0 1 2 3      a. DIAPHRAGM ........ 0 1 2 3
b. WALL ............. 0 1 2 3      b. WALL ............. 0 1 2 3
c. OTHER SITES ...... 0 1 2 3      c. OTHER SITES ...... 0 1 2 3
PROCEED TO SECTION 4

**4A. ANY OTHER ABNORMALITIES?**   YES [X]   COMPLETE 4B and 4C ☐   NO ☐   PROCEED TO SECTION 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

O ax bu [X] ca co cp cv di [X] em es fr bi ho [X] ih kl pi px rp tb

Report items which may be of present clinical significance in this section.   (SPECIFY od.) [OD]
Date Personal Physician notified?   MONTH DAY YR

**4C. OTHER COMMENTS**

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C?   YES NO   PROCEED TO SECTION 5

**5. FILM READER'S INITIALS** [LCR]   **PHYSICIAN'S SOCIAL SECURITY NUMBER** 5 1 5 7 0 6 8 3 1   **DATE OF READING**

L. C. Rao, M.D., F.C.C.P., F.A.C.P.
F.A.C.I.P., F.A.A.D.E.P., F.A.C.F.E., B-Reader NIOSH

Old Oak Medical Pavilion          •          7225 Old Oak Blvd., Suite #101          •          Middleburg Hts. OH 44130          •          Phone: (440) 826-3030



WR GRACE PIQ 018395-0028

# ORIGINAL MAILED PIQ RETURNED BLANK WITH COMPLETED EDITABLE PDF.

# BLANK QUESTIONNAIRE RETAINED BUT NOT PROCESSED



WR GRACE PIQ 018536-0029

FedEx | Ship Manager | Label7910 4626 1687                    Page 1 of 1

From:    Origin ID:    (305)375-0111
Eva Villanueva
Ferraro & Associates, P.A.
4000 Ponce DeLeon Blvd.
Suite 700
Miami, FL 33146

FedEx
Express

E

cL8403246/1722

Ship Date: 11JUL06
ActWgt: 40 LB
System#: 6785132/INET2500
Account#: S *********                    Dimed: 17 X 13 X 12 IN

REF: W.R. Grace Questionnaire

SHIP TO:    (800)432-1909            BILL SENDER

**Claims Processing Agent**
**Rust Consulting, Inc**
**W.R. Grace & Co. Bankruptcy**
**201 S. Lyndale Avenue**
**Faribault, MN 55021**

Delivery Address Bar Code



**PRIORITY OVERNIGHT**                    **WED**
                                          Deliver By:
                                          12JUL06
TRK#   **7910  4626  1518**   FORM
                              0201
                                      **MSP**    AA

**55021**    -MN-US

**A8 FBLA**





# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

10315607058061
RE:                              **REDACTED**
Ferraro & Associates, P.A
200 S Biscayne Blvd, #3800
Miami FL 33131-2331

REC'D JUL 1 2 2006



000603058061

WR GRACE PIQ 018334-0002

[THIS PAGE INTENTIONALLY LEFT BLANK.]

WR GRACE PIQ 018334-0003

# W. R. Grace
# Asbestos Personal Injury Questionnaire

{D0050647:1 }

WR GRACE PIQ 018334-0004

[THIS PAGE INTENTIONALLY LEFT BLANK.]

{D0050647:1 }

WR GRACE PIQ 018334-0005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )    Chapter 11
                                                )
W. R. GRACE & CO., et al.,                      )    Case No. 01-01139 (JKF)
                                                )    Jointly Administered
               Debtors.                         )
                                                )

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

YOU HAVE RECEIVED THIS QUESTIONNAIRE BECAUSE GRACE BELIEVES THAT YOU HAD SUED ONE OR MORE OF THE DEBTORS LISTED IN APPENDIX A ATTACHED TO THIS QUESTIONNAIRE BEFORE GRACE FILED FOR BANKRUPTCY ON APRIL 2, 2001 FOR AN ASBESTOS-RELATED PERSONAL INJURY OR WRONGFUL DEATH CLAIM, AND THAT CLAIM WAS NOT FULLY RESOLVED.

IF YOU HAVE SUCH A CLAIM, YOU MUST COMPLETE AND SUBMIT THIS QUESTIONNAIRE BY JANUARY 12, 2006 TO RUST CONSULTING, INC., THE CLAIMS PROCESSING AGENT, AT ONE OF THE FOLLOWING ADDRESSES:

|  |  |
|---|---|
| **IF SENT BY U.S. MAIL** | **IF SENT BY FEDERAL EXPRESS, UNITED PARCEL SERVICE, OR A SIMILAR HAND DELIVERY SERVICE** |
| RUST CONSULTING, INC. | RUST CONSULTING, INC. |
| CLAIMS PROCESSING AGENT | CLAIMS PROCESSING AGENT |
| RE: W.R. GRACE & CO. BANKRUPTCY | RE: W.R. GRACE & CO. BANKRUPTCY |
| P.O. BOX 1620 | 201 S. LYNDALE AVE. |
| FARIBAULT, MN 55021 | FARIBAULT, MN 55021 |

A QUESTIONNAIRE (AND ANY AMENDMENTS OR ADDITIONAL DOCUMENTS IN SUPPORT OF THE QUESTIONNAIRE) WILL NOT BE CONSIDERED UNLESS RECEIVED BY RUST CONSULTING, INC. BY JANUARY 12, 2006.

THIS QUESTIONNAIRE IS AN OFFICIAL DOCUMENT APPROVED BY THE COURT IN CONNECTION WITH ESTIMATING GRACE'S ASBESTOS-RELATED PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AS A WHOLE. THE QUESTIONNAIRE IS BEING USED BY W. R. GRACE AS A MEANS TO SEEK INFORMATION ABOUT YOUR ASBESTOS CLAIM. BY TIMELY RETURNING THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE, GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION.

THE COURT HAS ORDERED THAT, AS PART OF THE DISCOVERY PROCESS, ALL HOLDERS OF PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS MUST COMPLETE AND RETURN THIS QUESTIONNAIRE. THUS, FAILURE TO TIMELY RETURN THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE MAY RESULT IN SANCTIONS AND/OR OTHER RELIEF AVAILABLE UNDER APPLICABLE FEDERAL RULES.

BECAUSE YOUR CLAIM WILL BE EVALUATED IN ACCORDANCE WITH THE TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION, COMPLETION OF THIS QUESTIONNAIRE DOES NOT MEAN THAT YOUR CLAIM WILL EITHER BE ALLOWED OR PAID. TO THE EXTENT YOU ATTACH TO THIS QUESTIONNAIRE DOCUMENTS ALSO NEEDED BY THE TRUST TO PROCESS YOUR CLAIM, SUCH DOCUMENTS WILL BE PROVIDED TO THE TRUST AND YOU WILL NOT NEED TO RESUBMIT THEM.

i



WR GRACE PIQ 018334-0006

## INSTRUCTIONS

### A. GENERAL

1. This Questionnaire refers to any lawsuit that you filed before April 2, 2001 for an "asbestos-related personal injury or wrongful death claim." This term is intended to cover any lawsuit alleging any claim for personal injuries or damages that relates to:  (a) exposure to any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors (or any of their respective past or present affiliates, or any of the predecessors of any of the Debtors or any of their respective past or present affiliates), or (b) exposure to vermiculite mined, milled or processed by the Debtors (or any of their respective past or present affiliates, any of the predecessors of any of the Debtors or any of their predecessors' respective past or present affiliates).  It includes claims in the nature of or sounding in tort, or under contract, warranty, guarantee, contribution, joint and several liability, subrogation, reimbursement, or indemnity, or any other theory of law or equity, or admiralty for, relating to, or arising out of, resulting from, or attributable to, directly or indirectly, death, bodily injury, sickness, disease, or other personal injuries or other damages caused, or allegedly caused, directly or indirectly, and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors.  It includes all such claims, debts, obligations or liabilities for compensatory damages such as loss of consortium, personal or bodily injury (whether physical, emotional or otherwise), wrongful death, survivorship, proximate, consequential, general, special, and punitive damages.

2. Your Questionnaire will be deemed filed only when it has been received by Rust Consulting Inc., the Claims Processing Agent, via U.S. Mail, Federal Express, United Parcel Service or a similar hand delivery service.  A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will **not** be accepted and will **not** be deemed filed.

    Do **not** send any Questionnaire to the Debtors, counsel for the Debtors, the Future Claimants Representative, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel.  Questionnaires that are filed with or sent to anyone other than Rust Consulting, Inc. will be deemed not to have been submitted, and such Questionnaires will not be considered.

3. Your completed Questionnaire must (i) be written in English, and (ii) attach relevant supporting materials as instructed further below.

4. All holders of claims described on page i (and as described in further detail in Instruction A (1) above) are required to file this Questionnaire by Jan. 12, 2006.  Your Questionnaire will be used in connection with the estimation hearing to be conducted by the Court pursuant to the Estimation Procedures Order (a copy of which is attached as Appendix B).

5. Any subsequent amendment to the Questionnaire will not be considered for any purpose unless received by Jan. 12, 2006.

### B. PART I – Identity of Injured Person and Legal Counsel

Respond to all applicable questions.  If you are represented by a lawyer, then in Part I (b), please provide your lawyer's name and the name, telephone number and address of his/her firm.  If you are represented by a lawyer, he/she must assist in the completion of this Questionnaire.  Also, if you would prefer that the Debtors send any additional materials only to your lawyer, instead of sending such materials to you, then check the box indicating this in Part I (b).

All references to "you" or the like in Parts I through X shall mean the injured person.  If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete this Questionnaire.

### C. PART II -- Asbestos-Related Condition(s)

Please indicate all asbestos-related medical conditions for which you have been diagnosed.  To complete questions related to injuries, medical diagnoses, and/or conditions, please use the following categories of customarily diagnosed conditions:

- Mesothelioma
- Asbestos-Related Lung Cancer
- Other Cancer (colon, laryngeal, esophageal, pharyngeal, or stomach)
- Clinically Severe Asbestosis
- Asbestosis
- Other Asbestos Disease

If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis.  For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**Supporting Documents for Diagnosis:**  This Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that support or conflict with your diagnosis.

**X-rays and B-reads:**  Please attach all x-ray readings and reports.  You may, but are not required to, attach chest x-rays.  The court, however, has ruled that Grace may seek access to chest x-rays upon request.

**Pulmonary Function Tests:**  Please attach all pulmonary function test results, including the actual raw data and all spirometric tracings, on which the results are based.

WR GRACE PIQ 018334-0007

## D. PART III – Direct Exposure to Grace Asbestos-Containing Products

In Part III, please provide the requested information for the job and site at which you were exposed to asbestos-containing products. Indicate the dates of exposure to each Grace asbestos-containing product. If your exposure was a result of your employment, use the list of occupation and industry codes below to indicate your occupation and the industry in which you worked at each site. If you allege exposure to Grace asbestos-containing products at multiple sites, the Court has ordered that you must complete a separate Part III for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

Attach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the disease.

### Occupation Codes

01. Air conditioning and heating installer/maintenance
02. Asbestos miner
03. Asbestos plant worker/asbestos manufacturing worker
04. Asbestos removal/abatement
05. Asbestos sprayer/spray gun mechanic
06. Assembly line/factory/plant worker
07. Auto mechanic/bodywork/brake repairman
08. Boilermaker
09. Boiler repairman
10. Boiler worker/cleaner/inspector/engineer/installer
11. Building maintenance/building superintendent
12. Brake manufacturer/installer
13. Brick mason/layer/hod carrier
14. Burner operator
15. Carpenter/woodworker/cabinetmaker
16. Chipper
17. Clerical/office worker
18. Construction - general
19. Custodian/janitor in office/residential building
20. Custodian/janitor in plant/manufacturing facility
21. Electrician/inspector/worker
22. Engineer
23. Firefighter
24. Fireman
25. Flooring installer/tile installer/tile mechanic
26. Foundry worker
27. Furnace worker/repairman/installer
28. Glass worker
29. Heavy equipment operator (includes truck, forklift, & crane)
30. Insulator
31. Iron worker
32. Joiner
33. Laborer
34. Longshoreman
35. Machinist/machine operator
36. Millwright/mill worker
37. Mixer/bagger
38. Non-asbestos miner
39. Non-occupational/residential
40. Painter
41. Pipefitter
42. Plasterer
43. Plumber - install/repair
44. Power plant operator
45. Professional (e.g., accountant, architect, physician)
46. Railroad worker/carman/brakeman/machinist/conductor
47. Refinery worker
48. Remover/installer of gaskets
49. Rigger/stevedore/seaman
50. Rubber/tire worker
51. Sandblaster
52. Sheet metal worker/sheet metal mechanic
53. Shipfitter/shipwright/ship builder
54. Shipyard worker (incl. repair, maintenance)
55. Steamfitter
56. Steelworker
57. Warehouse worker
58. Welder/blacksmith
59. Other

### Industry Codes

001. Asbestos abatement/removal
002. Aerospace/aviation
100. Asbestos mining
101. Automotive
102. Chemical
103. Construction trades
104. Iron/steel
105. Longshore
106. Maritime
107. Military (other than U.S. Navy)
108. Non-asbestos products manufacturing
109. Petrochemical
110. Railroad
111. Shipyard-construction/repair
112. Textile
113. Tire/rubber
114. U.S. Navy
115. Utilities
116. Grace asbestos manufacture or milling
117. Non-Grace asbestos manufacture or milling
118. Other

WR GRACE PIQ 018334-0008

**E. PART IV – Indirect Exposure to Grace Asbestos-Containing Products**

In Part IV, please provide the information requested for any injury alleged to have been caused by exposure to asbestos-containing products through contact/proximity with another injured person. If you allege exposure through contact/proximity with multiple injured persons, please complete a separate Part IV for each injured person. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.

**F. PART V -- Exposure to Non-Grace Asbestos-Containing Products**

In Part V, please provide the requested information for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate Part V for each party. If exposure was in connection with your employment, use the list of occupation and industry codes in Part III to indicate your occupation and the industry in which you worked. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

**G. PART VI -- Employment History**

In Part VI, please provide the information requested for each industrial job you have held, other than jobs already listed in Parts III or V. Use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked for each job. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**H. PART VII -- Litigation and Claims Regarding Asbestos and/or Silica**

In Part VII, please describe any lawsuits and/or claims that were filed by you or on your behalf regarding asbestos or silica.

**I. PART VIII -- Claims by Dependents or Related Persons**

Part VIII is to be completed only by dependents or related persons (such as spouse or child) of an injured person who sued the Debtors before April 2, 2001 for an asbestos-related personal injury or wrongful death claim against Grace not involving physical injury to him/herself on account of his/her own exposure. One example of such a claim would be a claim for loss of consortium. If you are asserting such a claim, complete the entire Questionnaire, providing all information and documentation regarding the injured person.

**J. PART IX -- Supporting Documentation**

In Part IX, please mark the boxes next to each type of document that you are submitting with this Questionnaire. As indicated in the instructions to Parts II and III, this Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that (a) support or conflict with your diagnosis and/or (b) establish exposure to Grace asbestos-containing products as having a substantial causal role in the development of the medical diagnoses, and/or conditions claimed. Original documents provided to Grace will be returned within a reasonable time after its professionals and experts have reviewed the documents.

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such cost.

**K. PART X -- Attestation that Information is True, Accurate and Complete**

By signing Part X, you, the injured person, are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Questionnaire is true, accurate and complete. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete and sign Part X on behalf of the injured person.

The legal representative of the injured person must complete and sign Part X where indicated.

WR GRACE PIQ 018334-0009

**a.   GENERAL INFORMATION**

1.  Name of Claimant: _____ 2. Gender: ✓ Male ☐ Female

              First                        MI                     Last

3.  Race (for purposes of evaluating Pulmonary Function Test results): <u>Objection: Relevancey Unduly Burdensome</u>

        ☐ White/Caucasian

        ☐ African American

        ☐ Other

4.  Last Four Digits of Social Security Number:     **REDACTED**     5. Birth Date: _____

6.  Mailing Address: _____

        Address                City           State/Province        Zip/Postal Code

7.  Daytime Telephone Number: ...............................................................................

**b.   LAWYER'S NAME AND FIRM**

1.  Name of Lawyer: <u>David A. Jagolinzer, Esq</u>

2.  Name of Law Firm With Which Lawyer is Affiliated: <u>The Ferraro Law Firm</u>

3.  Mailing Address of Firm: <u>4000 Ponce de Leon Blvd., Suite 700, Miami,</u>   <u>Florida</u>   <u>33146</u>

        Address                   City           State/Province        Zip/Postal Code

4.  Law Firm's Telephone Number or Lawyer's Direct Line: ........................................( 305 ) 375-0111

    X  Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

**c.   CAUSE OF DEATH (IF APPLICABLE)**

1.  Is the injured person living or deceased? ................................................................. X Living   ☐ Deceased

    If deceased, date of death: ............................................................. ___ / ___ / ___

2.  If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:

    Primary Cause of Death (as stated in the Death Certificate): _____

    Contributing Cause of Death (as stated in the Death Certificate): _____

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1.  Please check the box next to the condition being alleged:

    ☐ Asbestos-Related Lung Cancer        ☐ Mesothelioma

    X Asbestosis                    ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

    ☐ Other Asbestos Disease          ☐ Clinically Severe Asbestosis

    a.  **Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

        ☐ diagnosis from a pathologist certified by the American Board of Pathology

        ☐ diagnosis from a second pathologist certified by the American Board of Pathology

        ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

1

☒    other (please specify):  Objection: See attached medical information

WR GRACE PIQ 018334-0010

**PART II:  ASBESTOS-RELATED CONDITION(S) (Continued)**

b.  **Asbestos-Related Lung Cancer:**  If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

☐    findings by a pathologist certified by the American Board of Pathology

☐    evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐    evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐    evidence of asbestosis determined by pathology

☐    evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐    evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐    diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐    a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

☒    other (please specify):  Objection: See attached medical information

c.  **Other Cancer:**

(i)    If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon        ☐ pharyngeal        ☐ esophageal        ☐ laryngeal        ☐ stomach cancer

☐ other, please specify: _____

(ii)    Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐    findings by a pathologist certified by the American Board of Pathology

☐    evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐    evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐    evidence of asbestosis determined by pathology

☐    a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

☒    other (please specify):  Objection: See attached medical information

2

WR GRACE PIQ 018334-0011

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

d. **Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

X other (please specify): Objection: See attached medical information

e. **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

X other (please specify): Objection: See attached medical information

3



WR GRACE PIQ 018334-0012

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

f.  **Other Asbestos Disease:** If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐  diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐  diagnosis determined by pathology

☐  a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐  a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐  a chest x-ray reading other than those described above

☐  a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐  a pulmonary function test other than that discussed above

☐  a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐  a CT Scan or similar testing

☐  a diagnosis other than those above

X  other (please specify):  Objection: See attached medical information

[REMAINDER OF PAGE INTENTIONALLY BLANK]

4

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE PIQ 018334-0013

**2.   Information Regarding Diagnosis**

Date of Diagnosis: ................................................................................................................01/13/02

Diagnosing Doctor's Name:  See attached

Diagnosing Doctor's Specialty: See attached

Diagnosing Doctor's Mailing Address:  See attached
                                       Address

City                                          State/Province                      Zip/Postal Code

Diagnosing Doctor's Daytime Telephone Number: ....................................... ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the diagnosing doctor, check all applicable boxes:

Was the diagnosing doctor your personal physician?      Objection. Relevance. ...............................☐ Yes  ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? Objection:  relevance .....☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed*:  Objection:  relevance

Did you retain counsel in order to receive any of the services performed by the

diagnosing doctor? Objection:  relevance.........................................................................☐ Yes  ☐ No

Was the diagnosing doctor referred to you by counsel? Objection:  relevance ............................☐ Yes  ☐ No

Are you aware of any relationship between the diagnosing doctor and your

legal counsel?  Objection:  relevance .............................................................................☐ Yes  ☐ No

*If yes, please explain:* _____

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine
at the time of the diagnosis?  See attached medical information .........................................☐ Yes  ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the
diagnosis? See attached medical information .................................................................☐ Yes  ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to
diagnosis? See attached medical information .................................................................☐ Yes  ☐ No

Did the diagnosing doctor perform a physical examination? See attached medical information ..........☐ Yes  ☐ No

Do you currently use tobacco products?      See attached medical information .............................☐ Yes  ☐ No

Have you ever used tobacco products? See attached medical information ..................................☐ Yes  ☐ No

If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco
products and the dates and frequency with which such products were used:  See attached medical information

☐  Cigarettes          Packs Per Day (half pack = .5) _____    Start Year __ __ __ __  End Year __ __ __ __

☐  Cigars              Cigars Per Day _____    Start Year __ __ __ __  End Year __ __ __ __

☐  If Other Tobacco Products, please specify (e.g., chewing tobacco): _____
                       Amount Per Day _____    Start Year __ __ __ __  End Year __ __ __ __

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? ...................☐ Yes  ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*
                       See attached medical information.................................................................

**3.   Information Regarding Chest X-Ray**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐  Mobile laboratory  ☐ Job site  ☐ Union Hall  ☐ Doctor office  ☐ Hospital  X Other: Objection:  relevance

Address where chest x-ray taken:  Objection:  relevance
                                  Address

City                                          State/Province                      Zip/Postal Code

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE PIQ 018334-0014

4.  **Information Regarding Chest X-Ray Reading**  See attached medical information

Date of Reading: __ __ / __ __ / __ __ __ __          ILO score: _____

Name of Reader: _____

Reader's Daytime Telephone Number:.......................................... ( __ __ __ ) __ __ __ - __ __ __ __

Reader's Mailing Address: _____
                            Address

_____
City                                        State/Province                        Zip/Postal Code

With respect to your relationship to the reader, check all applicable boxes:

Was the reader paid for the services that he/she performed  Objection: relevance....................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed·

by the reader?  Objection: relevance ........................................................☐ Yes ☐ No

Was the reader referred to you by counsel?  Objection: relevance ............................☐ Yes ☐ No

Are you aware of any relationship between the reader and your legal counsel?  Objection: relevance........☐ Yes ☐ No

*If yes, please explain:* _____

**Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?**
...........................................................................................................X Yes ☐ No

*If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* _____

5.  **Information Regarding Pulmonary Function Test:** See attached medical information Date of Test: __ __ / __ __ / __ __

List your height in feet and inches when test given: See attached medical information .._____ ft _____ inches

List your weight in pounds when test given: See attached medical information .................................._____ lbs

Total Lung Capacity (TLC): See attached medical information........................_____% of predicted

Forced Vital Capacity (FVC): See attached medical information ...................._____% of predicted

FEV1/FVC Ratio: See attached medical information ........................................._____% of predicted

Name of Doctor Performing Test (if applicable):  See attached medical information

Doctor's Specialty:  See attached medical information

Name of Clinician Performing Test (if applicable): See attached medical information

Testing Doctor or Clinician's Mailing Address: See attached medical information
                                                Address

_____
City                                        State/Province                        Zip/Postal Code

Testing Doctor or Clinician's Daytime Telephone Number:........................ ( __ __ __ ) __ __ __ - __ __ __ __

Name of Doctor Interpreting Test: _____

Doctor's Specialty: _____

Interpreting Doctor's Mailing Address: _____
                                        Address

_____
City                                        State/Province                        Zip/Postal Code

Interpreting Doctor's Daytime Telephone Number: .............................. ( __ __ __ ) __ __ __ - __ __ __ __

[D005064                                6

PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE PIQ 018334-0015

**With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:**

If the test was performed by a doctor, was the doctor your personal physician? Objection: relevance....... ☐ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? Objection: relevance ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:*. _____

Did you retain counsel in order to receive any of the services performed by the testing doctor

or clinician? Objection: relevance.................................................................................................. ☐ Yes ☐ No

Was the testing doctor or clinician referred to you by counsel? Objection: relevance ................. ☐ Yes ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal

counsel? Objection: relevance ..................................................................................................... ☐ Yes ☐ No

*If yes, please explain:* _____

**Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?** See attached medical information ........................................... ☐ Yes ☐ No

**With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:**

Was the doctor your personal physician? Objection: relevance ................................................... ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? Objection: relevance ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the

doctor? Objection: relevance ..................................................................................................... ☐ Yes ☐ No

Was the doctor referred to you by counsel? Objection: relevance............................................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? Objection: relevance ....... ☐ Yes ☐ No

*If yes, please explain* _____

**Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?**.............................. ☐ Yes ☐ No
See attached medical information

6. **Information Regarding Pathology Reports:**

**Date of Pathology Report:** See attached medical information ........................................ __ __ / __ __ / __ __ __ __

**Findings:**   See attached medical information

**Name of Doctor Issuing Report:** See attached medical information

**Doctor's Specialty:** See attached medical information

**Doctor's Mailing Address:** See attached medical information
                           Address

| City | State/Province | Zip/Postal Code |
|------|----------------|-----------------|

**Doctor's Daytime Telephone Number:** See attached medical information ...... ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:**

Was the doctor your personal physician? Objection: relevance .................................................... ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? Objection: relevance..................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the

doctor? Objection: relevance ..................................................................................................... ☐ Yes ☐ No

Was the doctor referred to you by counsel? Objection: relevance............................................... ☐ Yes ☐ No

{D0050647:1 }

WR GRACE PIQ 018334-0016

Are you aware of any relationship between the doctor and your legal counsel? Objection: relevance ....

*If yes, please explain:* _____

**Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?**

See attached medical information ................................................................................................................ ☐ Yes ☐ No

7

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE PIQ 018334-0017

7. With respect to the condition alleged, have you received medical treatment from a doctor for the condition?

   Objection. Relevance. .................................................................................................................... ☐ Yes ☐ No

*If yes, please complete the following:*

Name of Treating Doctor: _____n/a_____

Treating Doctor's Specialty: _____n/a_____

Treating Doctor's Mailing Address: _____n/a_____
                         Address

_____
City                             State/Province                Zip/Postal Code

Treating Doctor's Daytime Telephone number:___n/a_____( __ __ __ ) __ __ __ - __ __ __ __

Was the doctor paid for the services that he/she performed? _____n/a_____ ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____n/a_____

Did you retain counsel in order to receive any of the services performed by the doctor? n/a ................ ☐ Yes ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WR GRACE PIQ 018334-0018

# PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

**Site of Exposure:**

Site Name: __See Exhibit A__   Location: _____

Site Type: ☐ Residence ☐ Business   Site Owner: _____

Employer During Exposure: _____

Unions of which you were a member during your employment: _____

| | Basis for Identification of Each Grace Product(s) | Dates and Frequency of Exposure (hours/days/years) | Occupation Code (Code 99 = specify) | Industry Code (Code 78 = specify) | Nature of Exposure [Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? (If yes, please indicate your employer's relationship to the product.)] |
|---|---|---|---|---|---|
| Job 1 Description: | See Exhibit A | | | | |
| Job 2 Description: | | | | | |
| Job 3 Description: | | | | | |
| Job 4 Description: | | | | | |
| Job 5 Description: | | | | | |
| Job 6 Description: | | | | | |

9

{D00806471.1}

**PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS**

WR GRACE PIQ 018334-0019

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person? Objection. See complaint filed in Middlesex, MA 99-0724. See F.S.A. 90.408
   ☐ Yes ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: _____n/a_____    Gender: ☐ Male ☐ Female

   Last Four Digits of Social Security Number: __ __ __ __    Birth Date: __ __ / __ __ / __ __ __ __

3. What is your Relationship to Other Injured Person:_____n/a_____ ☐ Spouse ☐ Child ☐ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:
   _____n/a_____

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products: N/A
   From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:
   _____n/a_____

7. Has the Other Injured Person filed a lawsuit related to his/her exposure? Objection. Relevance.    ☐ Yes ☐ No
   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   Caption: _____

   Case Number: _____    File Date: __ __ / __ __ / __ __ __ __

   Court Name: _____

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:
   ____See question 1 above_____

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product: See question 1 above.
   From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product: See question 1 above

[REMAINDER OF PAGE INTENTIONALLY BLANK]

10

{D0050647:1 }

WR GRACE PIQ 018334-0020

# PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products

(b) A worker who personally removed or cut Non-Grace asbestos-containing products

(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

Objection: Burdensome/Public Record

| Party Against which Lawsuit or Claim was Filed: See attached Complaint cover sheet | | Product(s) | Dates and frequency of Exposure (hours/day, days/year) | Occupation Code (If Coded 30, specify.) | Industry Code (If Coded 18, specify.) | Was exposure due to working in or around areas where product washing, installed, mixed, removed or cut? (See Please indicate yes or no) | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| **Site of Exposure 1** Site Name: _____ Address: _____ City and State: _____ Site Owner: _____ | Job 1 Description: _____ | | | | | | |
| | Job 2 Description: _____ | | | | | | |
| | Job 3 Description: _____ | | | | | | |
| **Site of Exposure 2** Site Name: _____ Address: _____ City and State: _____ Site Owner: _____ | Job 1 Description: _____ | | | | | | |
| | Job 2 Description: _____ | | | | | | |
| | Job 3 Description: _____ | | | | | | |
| **Site of Exposure 3** Site Name: _____ Address: _____ City and State: _____ Site Owner: _____ | Job 1 Description: _____ | | | | | | |
| | Job 2 Description: _____ | | | | | | |
| | Job 3 Description: _____ | | | | | | |

11

[D00556471.1]



WR GRACE PIQ 018334-0021

## PART VI: EMPLOYMENT HISTORY

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

Occupation Code:  <u>52</u>  If Code 59, specify:  <u>Objection: Burdensome. See Exhibit A</u>

Industry Code:  <u>103, 104</u>  If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __     End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
          Address

_____
City                              State/Province                    Zip/Postal Code


Occupation Code: _____  If Code 59, specify: . _____

Industry Code: _____  If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __     End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
          Address

_____
City                              State/Province                    Zip/Postal Code


Occupation Code: _____  If Code 59, specify: . _____

Industry Code: _____  If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __     End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
          Address

_____
City                              State/Province                    Zip/Postal Code


Occupation Code: _____  If Code 59, specify: . _____

Industry Code: _____  If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __     End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
          Address

_____
City                              State/Province                    Zip/Postal Code

12

{D0050647:1}

PART VII: LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR SILICA        WR GRACE PIQ 018334-0022

## a.  LITIGATION

1.  Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?..............................................X Yes ☐ No

    *If yes, please complete the rest of this Part VII(a) for each lawsuit. For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2.  Please provide the caption, case number, file date, and court name for the lawsuit you filed:

    Caption:  See Complaint cover sheet

    Case Number: <u>99-0724</u>                                              File Date: <u>01/28/99</u>

    Court Name: <u>Middlesex, MA</u>

3.  Was Grace a defendant in the lawsuit? Prior to April 2, 2001, then yes ....................................X Yes ☐ No

4.  Was the lawsuit dismissed against any defendant?................................................................X Yes ☐No

    *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*

    Objection: burdensome. For Voluntary Dismissals, please see docket and pleadings filed in the case which are public records

5.  Has a judgment or verdict been entered? Objection: See Florida Statute § 90.408 ...............................☐ Yes ☐ No

    *If yes, please indicate verdict amount for each defendant(s):* _____

6.  Was a settlement agreement reached in this lawsuit? Objection: See Florida Statute § 90.408 .............☐ Yes ☐ No

    *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

    a.  Settlement amount for each defendant: _____

    b.  Applicable defendants: _____

    c.  Disease or condition alleged: _____

    d.  Disease or condition settled (if different than disease or condition alleged): _____

7.  Were you deposed in this lawsuit? .......................................................................☐ Yes X No

    *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

## b.  CLAIMS

1.  Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? Objection, vague, irrelevant, ambiguous and unduly burdensome ☐ Yes ☐ No

    *If yes, please complete the rest of this Part VII(b). If no, please skip to Part VIII.*

2.  Date the claim was submitted: ...........................................................___ ___ / ___ ___ / ___ ___ ___ ___

3.  Person or entity against whom the claim was submitted: _____

4.  Description of claim: _____

5.  Was claim settled? ...........................................................................................☐ Yes ☐ No

6.  Please indicate settlement amount: Objection: See Florida Statute § 90.408 ...............$_____

7.  Was the claim dismissed or otherwise disallowed or not honored? ....................................☐ Yes ☐ No

    *If yes, provide the basis for dismissal of the claim:* _____

13

{D0050647:1 }


WR GRACE PIQ 018334-0023

## PART VIII: CLAIMS BY DEPENDENTS OR RELATED PERSONS

Name of Dependent or Related Person: <u>Objection: relevance</u> ............................................. Gender: ☐ Male ☐ Female

Last Four Digits of Social Security Number: __ __ __ __                Birth Date: __ __ / __ __ / __ __ __ __

Financially Dependent? ............................................................................................................☐ Yes ☐ No

Relationship to Injured Party: ☐ Spouse ☐ Child ☐ Other  If other, please specify _____

Mailing  Address: _____
                                  Address

_____
City                                                          State/Province                                  Zip/Postal Code

Daytime Telephone number: ...................................................... ( __ __ __ ) __ __ __ - __ __ __ __

## PART IX: SUPPORTING DOCUMENTATION

Please use the checklists below to indicate which documents you are submitting with this form.

**Copies:**  See attached medical information

- ☐ Medical records and/or report containing a diagnosis
- ☐ Lung function test results
- ☐ Lung function test interpretations
- ☐ Pathology reports
- ☐ Supporting documentation of exposure to Grace asbestos-containing products
- ☐ Supporting documentation of other asbestos exposure

- ☐ X-rays
- ☐ X-ray reports/interpretations
- ☐ CT scans
- ☐ CT scan reports/interpretations
- ☐ Depositions from lawsuits indicated in Part VII of this Questionnaire
- ☐ Death Certification

**Originals:**

- ☐ Medical records and/or report containing a diagnosis
- ☐ Lung function test results
- ☐ Lung function test interpretations
- ☐ Pathology reports
- ☐ Supporting documentation of exposure to Grace asbestos-containing products

- ☐ Supporting documentation of other asbestos exposure
- ☐ X-rays
- ☐ X-ray reports/interpretations
- ☐ CT scans
- ☐ CT scan reports/interpretations
- ☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation.  Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

_____

## PART X: ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE

The information provided in this Questionnaire must be accurate and truthful.  This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim.  The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both.  18 U.S.C. §§ 152 & 3571.
**TO BE COMPLETED BY THE INJURED PERSON.**

I swear, <u>under penalty of perjury</u>, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete.

Signature: _____    Date: __ __ / __ __ / __ __ __ __

Please Print Name: _____

**TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.**

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: _____    Date: <u>06/12/2006</u>

Please         Print         Name:         David              A.              Jagolinzer

14

**REDACTED**

c/o Ferraro & Associates, P.A., 4000 Ponce de Leon Boulevard,
Miami, Florida, 33146, Phone: (305) 375-0111

WR GRACE PIQ 018934-0024

## *Exposure Sheet*

For        Sorted by Manufacturer then Date

Ferraro & Associates, P.A.

01/20/2006

*Manufacturer:*   W.R. Grace & Company

**REDACTED**

*Products:*   Plaster, Monokote, Cement

| Jobsite | City | State | Start Date | Stop Date |
|---|---|---|---|---|
| West Hartford Ornamental Co. | W. Hartford | CT | 01/01/1955 | 12/01/1956 |
| Aetna Insurance Co. | Hartford | CT | 01/01/1958 | 12/01/1960 |
| Aetna Sheetmetal Shop | E. Hartford | CT | 01/01/1958 | 12/01/1963 |
| Travelers Insurance Co. | Hartford | CT | 01/01/1959 | 12/01/1959 |
| Middletown Powerplant | Middeltown | CT | 01/01/1963 | 12/01/1973 |
| Millstone Powerplant | Waterford | CT | 01/01/1970 | 12/01/1974 |


WR GRACE PIQ 018334-0025

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

Chapter 11

| In Re: | Bankruptcy No. |
|---|---|
| Owens Corning | 00-3837-JKF |
| Armstrong World Industries | 00-4471-JKF |
| W.R. Grace & Co. | 01-1139-JKF |
| USG Corp. | 01-2094-JKF |
| United States Mineral Products Company | 01-2471-JKF |
| Kaiser Aluminum Corporation, Inc. | 02-10429-JKF |
| ACandS, Inc. | 02-12687-JKF |
| Combustion Engineering, Inc. | 03-10495-JKF |
| The Flintkote Company | 04-11300-JKF |

Debtor(s)

## POWER OF ATTORNEY/PROXY

The undersigned Claimant hereby authorizes James L. Ferraro, Esq. and/or David A. Jagolinzer, Esq., of Ferraro & Associates, P.A., 4000 Ponce de Leon Blvd. Suite 700, Miami, Florida 33146, or any of its attorneys, as their delegates, to act as attorney-in-fact for the undersigned, with full power of substitution, to act and/or vote on any issue that may be submitted to or involve creditors or claimants of any debtor, associated debtor, related company or their insurers, in or related to the above-referenced bankruptcy actions and any other bankruptcy actions, and in general, to perform any act for the undersigned in these related bankruptcy matters, including matters arising, or related to Claimant's asbestos or silica claim, including the investigation, negotiation and settlement of any such claim and submission of any materials for settlement or processing of the claim.

Signed:          **REDACTED**

**SWORN TO AND SUBSCRIBED TO, before me**
this _12th_ day of _November_, 2004.

_Agnes M Pier_
NOTARY PUBLIC, My Commission Expires:

**AGNES M. PIER**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES APR. 30, 2007

WR GRACE PIQ 018834-0026

# Mezey & Krainson, M.D., P.A.

Robert J. Mezey, M.D., FCCP
Board Certified in Internal Medicine
Pulmonary Disease
Certified NIOSH "B" Reader

James F. Krainson, M.D., FCCP
Board Certified in Internal Medicine
Pulmonary Disease
Certified NIOSH "B" Reader

**REDACTED**

WORKER'S Social Security Number    TYPE OF READING    FACILITY IDENTIFICATION

TYPE OF READING: A ☒ F

**1A. DATE OF X-RAY** ☐☐ ☐☐ ☐☐

**1B. FILM QUALITY** 1 ☒ 2 3 ☒ — If not Grade 1 Give Reason

**1C. IS FILM COMPLETELY NEGATIVE?** YES ☐  NO ☒

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** YES ☒ COMPLETE 2B and 2C   NO ☐ PROCEED TO SECTION 3

**2B. SMALL OPACITIES**
a. SHAPE/SIZE PRIMARY: p q ☒ r t u  SECONDARY: p q ☒ r t u
c. ZONES: R/L grid ☒
c. PROFUSION: 0/- 0/0 0/1 / 1/0 1/1 1/2 / 2/1 2/2 ☒ 2/3 / 3/2 3/3 3/+

**2C. LARGE OPACITIES** SIZE ☐ A B C

PROCEED TO SECTION 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** YES ☒ COMPLETE 3B, 3C and 3D   NO ☐ PROCEED TO SECTION 4

**3B. PLEURAL THICKENING**
a. DIAPHRAGM (plaque) SITE ☒ R L
b. COSTOPHRENIC ANGLE SITE ☒ R L

**3C. PLEURAL THICKENING ... Chest Wall**
a. CIRCUMSCRIBED (plaque)
SITE ☒ O ... R ... O ... L
IN PROFILE i. WIDTH O ☒ B C / O ☒ B C
ii. EXTENT O ☒ 1 2 3 / O ☒ 1 2 3
FACE ON iii. EXTENT ☒ 1 2 3 / ☒ 1 2 3

b. DIFFUSE
SITE ☒ R / ☒ L
IN PROFILE i. WIDTH O A B C / O A B C
ii. EXTENT O 1 2 3 / O 1 2 3
FACE ON ii. EXTENT O 1 2 3 / O 1 2 3

**3D. PLEURAL CALCIFICATION**
SITE ☒ R    EXTENT
a. DIAPHRAGM ☒ O 1 2 3
b. WALL O 1 2 3
c. OTHER SITES O 1 2 3

SITE ☒ L    EXTENT
a. DIAPHRAGM O 1 2 3
b. WALL O 1 2 3
c. OTHER SITES O 1 2 3   PROCEED TO SECTION 4

**4A. ANY OTHER ABNORMALITIES?** YES ☐ COMPLETE 4B and 4C   NO ☒ PROCEED TO SECTION 5

**4B. OTHER SYMBOLS (OBLIGATORY)**
O ax bu ca cn co cp cv df em es fr hi ho id ih kl pi px rp tb

Report items which may be of present clinical significance in this section.  OD (SPECIFY od.)   Date Personal Physician notified? MONTH DAY YEAR

**4C. OTHER COMMENTS** ☒ Interstitial Lung Disease Consistent with Asbestos Exposure / Asbestos Related Disease ☒ Pleural Thickening / Pleural Plaques consistent with Asbestos Exposure / Asbestos Related Disease

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C? YES NO ☒   PROCEED TO SECTION 5

**5. FILM READER'S INITIALS** RJM   PHYSICIAN'S SOCIAL SECURITY NUMBER*   DATE OF READING ☐☐ ☐☐ ☐☐

NAME (LAST—FIRST—MIDDLE) *Mezey Robert J.*

Complete if social security number is not furnished:

STREET ADDRESS 9380 S.W. 150th Street #200   CITY Miami   STATE Fl.   ZIP CODE 33176
*Furnishing your social security number is voluntary. Your refusal to provide this number will not affect your right to participate in this program.

CDC/NIOSH (M) 2.8
REV. 4/80


WR GRACE PIQ 018334-0027

# ORIGINAL MAILED PIQ RETURNED BLANK WITH COMPLETED EDITABLE PDF.

# BLANK QUESTIONNAIRE RETAINED BUT NOT PROCESSED



WR GRACE PIQ 018334-0028

FedEx | Ship Manager | Label7910 4626 1687      Page 1 of 1

From:   Origin ID:   (305)375-0111
Eva Villanueva
Ferraro & Associates, P.A.
4000 Ponce DeLeon Blvd.
Suite 700
Miami, FL 33146

FedEx Express

Ship Date: 11JUL06
ActWgt: 40 LB
System#: 8785132/INET2500
Account#: S *********

Dimmed: 17 X 13 X 12 IN

REF: W.R. Grace Questionnaire

SHIP TO:   (800)432-1909      BILL SENDER
**Claims Processing Agent**
**Rust Consulting, Inc**
**W.R. Grace & Co. Bankruptcy**
**201 S. Lyndale Avenue**
**Faribault, MN 55021**

Delivery Address Bar Code





PRIORITY OVERNIGHT      **WED**
Deliver By:
12JUL06

TRK#   **7910  4626  1518**   FORM 0201

**MSP**   AA

**55021**   -MN-US

# A8 FBLA

