**Exhibit A**

*Claims Filed by HARTLEY & OBRIEN*                                    1

| Claimant Name |
| --- |
| ABE, IVAN L |
| ACELA, CHARLES D |
| ADAMS III, GEORGE W |
| ADAMS, BENNY B |
| ADAMS, DUANE L |
| ADKINS, DAFFICE |
| ADKINS, HARLAN E |
| ADKINS, HERON |
| ADKINS, JOSEPH L |
| ADKINS, NORMA B |
| ADKINS, RAYMOND D |
| ADKINS, RONNIE L |
| ADKINS, WILLARD |
| AEH, BRYAN K |
| AKER, VANCE S |
| AKERS, ALTHA |
| AKERS, EVERETT D |
| ALBERTI, VICKY |
| ALBINE, ARTHUR E |
| ALEXANDER, RUFUS |
| ALIFF, DAVID A |
| ALIFF, JOHNNY D |
| ALLEN, ARTHUR M |
| ALLEN, STANLEY |
| ALTIERS, THEODORE A |
| ALTMAN, KEVIN D |
| ANDERSON, CHARLES E |
| ANDERSON, GARY |
| ANDREWS, STEVE |
| ANGLEMEYER, RICHARD |
| ARMSTRONG, LARRY A |
| ARTHUR, HERMAN H |
| AUGUSTINE, TIMOTHY J |
| AUNGER, CHESTER |
| AUSTIN, O I |
| B, RICHARD W |
| BAILEY, FRED E |
| BAILEY, JAMES W |
| BAILEY, MARVIN |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*

| Claimant Name |
| --- |
| BAILEY, REX E |
| BAILEY, THOMAS J |
| BAILEY, THOMAS M |
| BAIRD, DABNEY A |
| BAIRD, GARY |
| BAIRD, JACK E |
| BAKER, GEORGE H |
| BAKER, RONALD M |
| BAKER, STEVEN P |
| BAKER, WILFORD |
| BALL, JAMES M |
| BALLARD, RANDALL R |
| BARRETT, RICHARD L |
| BARROW, THOMAS A |
| BARTON, GERALD |
| BATTEN, DANNY R |
| BATTERSON, DONALD |
| BAYER, GEORGE |
| BEDALOTA, RICHARD J |
| BELL, DANIEL R |
| BELL, J L |
| BELVILLE, MARY |
| BENNER, RAY L |
| BENNETT, MICHAEL D |
| BENNETT, MICHAEL D |
| BENNETT, OPHA R |
| BERRY, JERRY |
| BERRY, PAUL R |
| BETTS, RALPH W |
| BEVERLY, LEONARD H |
| BILLS, FRANK |
| BILODEAU, THOMAS |
| BISBOCCI, MILTON E |
| BISHOP, CHARLES P |
| BISHOP, DAVID |
| BLACK, EARL E |
| BLACK, JOE M |
| BLACK, WILLIAM M |
| BLACKBURN, JOE W |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*

| Claimant Name |
| --- |
| BLAKE, ALBERT L |
| BLEIMEYER, RUSSELL A |
| BLEVINS, RONALD E |
| BOAN, WADE L |
| BOBAK, JOHN |
| BOCK, ALVIN E |
| BODNER, JOSEPH |
| BOGNAR, JOHN |
| BOLYAND, LEO |
| BONAR, LENA |
| BONDI, THOMAS J |
| BONES, BARNEY P |
| BONNELL, LOUIS E |
| BOONE, STEVE |
| BOOTH, KEITH H |
| BORAWSKI, DAVID F |
| BORLAND, JAMES |
| BOUDREAU, JOHN L |
| BOWEN, WARREN V |
| BOWES, LINDA S |
| BOWLES SR, ROBERT J |
| BOWMAN, CARL R |
| BOYERS, ROBERT L |
| BOYLES, PHILLIP M |
| BRACONE, JOSEPH J |
| BRAGG, ELDRIDGE R |
| BRAGG, THOMAS A |
| BRANCH, ROLAND L |
| BRANNIGAN, ROBERT E |
| BRANT, WALTER M |
| BRATCHER, HOMER |
| BRAY, ELMER |
| BREEDLOVE, DONALD |
| BRENNEMAN, EDWARD |
| BREWSTER, ROBERT J |
| BRITTO, LESTER N |
| BROEGG, ADOLFO |
| BROOKENS, GARY L |
| BROOKS, HOWARD E |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*                                                    **4**

| Claimant Name |
| --- |
| BROWN, DONALD F |
| BROWN, HAROLD R |
| BROWN, JERRY L |
| BROWN, SYLVESTER A |
| BROWNING, BASIL J |
| BROWNING, RANDALL |
| BROZOSKI, WALTER |
| BRUNNER, DANIEL A |
| BUCHMAN, CARL D |
| BUDASH, JOHN |
| BUERGER, ROBERT |
| BURDA, JOHN |
| BURKS, RAY |
| BURNETTE, MICHAEL L |
| BURTON, PAUL L |
| BUSBY, WALTER A |
| BUSH, GLENN E |
| BUTCHER, JAMES O |
| BUTCHER, JOSEPH L |
| BYRD, CHARLES A |
| CAIN, LARRY G |
| CALDERONE, ANGELO |
| CALDWELL JR, ALBERT |
| CALDWELL, GORDON |
| CAMPBELL, BRUCE L |
| CAMPBELL, DANIEL P |
| CAMPBELL, GENE C |
| CANTRELL, CLYDE |
| CARDUCCI, DOMENICO |
| CAREY, ARCHIE |
| CARLSON, GARY D |
| CARODISKY, TED |
| CARPENTER JR, IRA E |
| CARPENTER, LUTHER R |
| CARROLL, JERRY M |
| CARSON, JOHN S |
| CARTER, JOHN L |
| CARVER, WILLIAM D |
| CASE, GERALD D |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| CASTLE, HOWARD L |
| CASTLE, ISAAC |
| CATHELL, TERRY L |
| CECIL, KENNETH I |
| CHAMBERS, ARNOLD L |
| CHANEY, LESTER |
| CHANEY, OWEN |
| CHAPMAN, BARBARA S |
| CHAPMAN, BERNARD |
| CHAPMAN, DONALD E |
| CHAPMAN, JAMES A |
| CHAPMAN, JERRY E |
| CHIARELLI SR, RALEIGH |
| CHILDERS, RANDY |
| CHILDRESS, CLARENCE |
| CHILDS, MICHAEL A |
| CHRISTIAN, JIMMY D |
| CHRISTY, WILLIAM O |
| CLARK, EDWARD A |
| CLARK, GLENN E |
| CLAXON, KENNETH |
| CLAXON, RICK |
| CLAY, ANTHONY |
| CLOCKEY, JOHN R |
| COLLETT, LARRY |
| COLLIER, ISON |
| COLLINS, ALLAN J |
| COMISSO, ROCKY F |
| CONAWAY, JOSEPH W |
| CONLEY, STEVEN R |
| CONNOR, CHARLES J |
| CONNOR, THARIN P |
| CONSTABLE, CLARENCE R |
| CONWAY, RONALD L |
| COOPER, GARY L |
| COOPER, JACK |
| COOPER, NORMAN E |
| COOPER, TONY R |
| COSNER, DARRELL |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*                                    6

| Claimant Name |
| --- |
| CRABTREE, PHYLLIS |
| CRAIG, HARRY D |
| CRAIG, ROBERT |
| CRAMER, GARY C |
| CRAWFORD, JOHN D |
| CRAWFORD, KEITH A |
| CREAGER, CHARLES L |
| CRIPPEN, LAWRENCE |
| CROOK, DONNIE T |
| CROOKS, JAMES |
| CROWE, EDWARD |
| CULPEPPER, FREEMAN |
| CUNNINHAM, ROY H |
| CYRUS, ELMER A |
| DAFFRON, GEORGE |
| DAILEY, HERSKEL |
| DALTON, LELAND L |
| DAMRON JR, VINCE |
| DANNER, ROBERT |
| DARBY, WILLIAM J |
| DAUGHERTY, JAMES W |
| DAVIDSON, GLENDON |
| DAVIDSON, JAN |
| DAVIS, HOWARD H |
| DAVIS, JACK L |
| DAVIS, JOHN R |
| DAWSON, JAMES L |
| DAWSON, WILLIAM V |
| DAY, GLENN D |
| DEBOY, DONALD |
| DEEL, ROBERT D |
| DELANEY, OKEY C |
| DENNIS, RICHARD G |
| DENNISON, RANDALL F |
| DEVER JR, CARL |
| DIETZ, RUSSELL E |
| DINGESS, FREDERICK L |
| DINGESS, PAUL G |
| DIPIETRO, STEVE |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| DIXON, EDWARD L |
| DODD, JAMES R |
| DONOFRIO, SAVERIO |
| DOOLEY, CARL |
| DOTSON, JOHN K |
| DOUGHERTY, THOMAS M |
| DOUT JR, WILLIAM P |
| DRAKE, FRANKLIN |
| DRAKE, RAYMOND O |
| DUCKETT, FRANK |
| DULEY SR, CHARLES R |
| DUNCAN, JOSEPH |
| DUNFORD, CARL E |
| DUNHAM, ZACHARY S |
| DYER, RONNIE K |
| EARL, DONALD E |
| EBERLING, HENRY R |
| EFAW, MARION R |
| ELDER, JAMES B |
| ELIA, RICKY N |
| ELLIOT, JOE |
| ELLIS, WILLIAM R |
| ELLISON, GORDON |
| ELLSWORTH, WILLIAM |
| EMCH, PAUL E |
| EMERY, JAMES L |
| ENGLAND, JAMES H |
| ENIX, BURL S |
| ENNIS, H E |
| EPPS, JAMES |
| ESTES, JOHN C |
| EVANS, HAROLD |
| EVANSON, GAYLE W |
| EWALD, THOMAS |
| EYRICH, HENRY W |
| FANNIN, EDWARD |
| FANT, JUNELL |
| FARONE, WILLIAM L |
| FARRELL, RAYMOND |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*                    **8**

| Claimant Name |
| --- |
| FARRIS, CLIFFORD |
| FEESE, LEONARD |
| FELLER, ROGER K |
| FELTENBERGER, FRANCIS |
| FERGUSON, JAMES T |
| FERGUSON, VERNAL R |
| FERRELL, DENNIS S |
| FERRELL, MILDRED A |
| FINE, JAMES E |
| FISHER, CHARLES F |
| FISHER, NELSON |
| FITZPATRICK, PAUL J |
| FLEMING, JAMES J |
| FLEMMING, RALEIGH |
| FLOWERS, HILARY L |
| FOGLE, CLIFFORD R |
| FOLGER, WILLIAM D |
| FOOTE, MARK J |
| FOOTE, THOMAS T |
| FORD, GEORGE R |
| FORD, JAMES R |
| FORD, RANDALL L |
| FORESTER, ROBERT |
| FORNI, DALE |
| FORTUNA, CHRISTOPHER A |
| FOSTER, CALVIN V |
| FOSTER, JAMES W |
| FOUST, RALPH |
| FOUT, JEFFREY S |
| FOX, CHARLES R |
| FOX, EDWARD M |
| FOX, GILBERT |
| FRAKES, HARRY E |
| FRALEY, CLARENCE |
| FRALEY, LORRAINE |
| FRAME, GARRETT M |
| FRANCIS, WILLIAM R |
| FRANKLIN, DAVID L |
| FRANKS, JOSEPH R |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*                                    9

| Claimant Name |
| --- |
| FRANKS, MICHAEL W |
| FRASURE, NOAH C |
| FRAZER, STEVE T |
| FREE, MICHAEL R |
| FREE, RICK |
| FREY, JERRY |
| FRIESE, DONALD F |
| FRISBY, CHARLES W |
| FROSH, LEONARD J |
| FRYE, ARNOLD F |
| FUHMER, THOMAS |
| FULKS, DWIGHT D |
| FYFFE, DONNIE J |
| GALLAGHER, JOHN R |
| GALLAHER, BARTLEY C |
| GARRIS, CLIFFORD O |
| GARTON, DAN G |
| GAUDIO, PASQUALE L |
| GAYLE, EDLEY |
| GEORGE, HENRY R |
| GEORGE, LYLE R |
| GIBBONS, JOHN |
| GIBSON, ROY E |
| GILBERT, DARRELL E |
| GISCZINSKI, ROBERT |
| GOFF, WILLIAM H |
| GONZALEZ, SEBASTIAN |
| GOODALL, SCOTT D |
| GOODMAN, PAUL L |
| GOODWIN, RICHARD G |
| GOODWIN, VERNON L |
| GORMAN, ROGER |
| GOSSETT, KERRY L |
| GOTHARD, LYLE C |
| GOULD, JOSEPH W |
| GRAHAM, LARRY E |
| GRAY, JOHN E |
| GRAY, WILLARD G |
| GREATHOUSE, WILBUR C |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*

| Claimant Name |
| --- |
| GREEN JR, ROBERT W |
| GREENE, WALTER A |
| GREENLEAF, RONALD |
| GREER, TOBY P |
| GREESON, SHIRLEY O |
| GREGG, WILLIAM K |
| GREGORY, GARY |
| GREW, CHARLES J |
| GRIFFITH, DAVID L |
| GROBE, RONALD C |
| GROOMS, ROGER |
| GROSSENBACH, GLEN A |
| GUERRANT, RAY J |
| GULLETT, RICHARD W |
| GUMM, CECIL L |
| GURTNER, ELMER |
| HACKENBERG, PHILIP |
| HACKLEMAN, WILLIAM R |
| HADLEY, DENVER R |
| HALE, MICHAEL E |
| HALENAR, JOSEPH J |
| HALENAR, JUSTIN |
| HALL, ARLE B |
| HALL, THOMAS L |
| HALL, WILLIAM R |
| HAMILTON, ARTHUR H |
| HAMILTON, JOSEPH J |
| HAMMOND, JAMES C |
| HAMMOND, PAUL |
| HAMMONS, DAN |
| HAMPTON, BERNARD |
| HANNON, DALE E |
| HANZEL, GARY |
| HAPPEL, CHARLES G |
| HARBAUCH, HENRY L |
| HARBISON, RAYMOND G |
| HARBOUR, EDWARD R |
| HARDY, CHARLES L |
| HARLESS, ORVILLE R |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*

| Claimant Name |
| --- |
| HARMAN, LARRY R |
| HARMAN, VAUGHN |
| HARRIS, PAUL V |
| HARRIS, STEPHEN G |
| HARRIS, WALTER C |
| HARRIS, WILLIAM M |
| HART, CARL E |
| HASELEU SR, GERALD L |
| HASHMAN, JIMMIE |
| HAY, GEORGE C |
| HAYES, DANIEL K |
| HAYES, GEORGE L |
| HAYES, MAYNARD B |
| HAYES, MICHAEL A |
| HAYNES, RANDALL L |
| HAZEN, ROLAND D |
| HEATH, DOUGLAS R |
| HECHLER, MELVIN M |
| HEDRICK, RONALD L |
| HELMICK, EDWARD H |
| HELMICK, JAY K |
| HENEFORD, WILLIAM K |
| HENNEBERT II, GORDON R |
| HENRY, JAMES L |
| HICKS, RANDY P |
| HIGGENBOTHAM, KENNETH |
| HILL, GEORGE L |
| HILLARD, SAM |
| HILTON, COLEMAN L |
| HINTON, RICKY L |
| HISSOM, NILES D |
| HIXENBAUGH, JAMES |
| HODGE, CHARLES E |
| HOGG, GEORGE T |
| HOLLAND, ALEX M |
| HOLT, JOHN |
| HOOVER, REXALL G |
| HOPKINS, CLIFFORD |
| HORN, HUBERT |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*                    **12**

| Claimant Name |
| --- |
| HORN, WAYNE E |
| HORNBERGER, JAMES B |
| HORNER JR, JESSE |
| HOTT, SYLVESTER E |
| HOUSE, WILBUR D |
| HOUSTON, RONALD L |
| HOWARD, FRED |
| HOWARD, GLEN |
| HOWARD, J J |
| HOWARD, LARRY R |
| HOWARD, RONALD E |
| HOWE, RONALD |
| HOWELL, HAROLD K |
| HOWELL, PAUL E |
| HOWELL, STELLA |
| HUCKABY, JOHN M |
| HUFFMAN, EARL W |
| HUFFMAN, SAMUEL K |
| HUGHES, JAMES L |
| HUMPHREY, LOWELL K |
| HUNGERMAN, LEONARD J |
| HUNT, THEODORE W |
| HUNTER JR, PRINCE A |
| HUNTER, CHARLES |
| HUNTER, CHARLES S |
| HUNTER, THOMAS N |
| HURLEY, JOHN F |
| HURT, ALFRED R |
| HUTCHINSON, MICHAEL E |
| HUTCHINSON, WANDA |
| HYMES, WILLIAM G |
| INGLUT, RICHARD W |
| INGRAM, HENRY D |
| ISAAC, HIRAM |
| IVORY, DAVID L |
| JACKSON, HORACE W |
| JACKSON, NORMAN A |
| JACKSON, WILEY L |
| JACOBS, GARY |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*

| Claimant Name |
| --- |
| JAMES, PAUL E |
| JARRELL, JOHN A |
| JARVIS, JACKSON D |
| JEFFRIES, STANLEY |
| JIRKA, ALFRED L |
| JOCKETT, JOHN |
| JOHNSON, DALE |
| JOHNSON, DAVID |
| JOHNSON, FLOYD B |
| JOHNSON, HOWARD |
| JOHNSON, PHILLIP |
| JOHNSON, ROBERT E |
| JONES, ALBERT C |
| JONES, DAVID M |
| JONES, MELVIN E |
| JONES, ROGER D |
| JORDON, GREGORY G |
| JUDE, RAYMOND |
| JUSTICE, WILLIAM M |
| KAHLER, FLOYD E |
| KANAVY, JOSEPH |
| KARGE SR, DONALD |
| KARLAZA, JOHN |
| KARRES, RICHARD |
| KASEY, JOE |
| KASPROWSKI JR, RICHARD |
| KASPROWSKI SR, RICHARD |
| KATEKOVICH, JOHN P |
| KAZEE, OSCAR V |
| KEATTS, BILLY J |
| KEITH, DONALD M |
| KELLER, BERNARD |
| KELLER, CHARLES E |
| KELLER, GARY D |
| KENT, CHARLES L |
| KEOGH, KEVIN |
| KEYS, ARLIE R |
| KIDD, ARNOLD D |
| KIDD, CHARLES J |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| KIDD, JOHN |
| KIDD, LARRY D |
| KIGHT, MICHAEL E |
| KILGORE, JIM |
| KIRLIN, TOM |
| KISSICK, RUSSELL P |
| KLUEH, LEO F |
| KNEE, EARL F |
| KNIGHT, JAMES D |
| KNOTTS, ROBERT |
| KOENING, ROBERT |
| KOS, JOSEPH E |
| KOSMERL, FRANK W |
| KOVISH, THOMAS E |
| KRAFT, ROBERT |
| KRANKOWSKI, LEONARD P |
| KRATZER, RICHARD |
| KREMER, RALPH V |
| KRINDLER, A D |
| KRISE, CARL B |
| KUHN, JAMES H |
| KURTZ, RICHARD |
| KUSHNER JR, ANTHONY J |
| LAKE, LEONARD S |
| LALIMA, EUGENE M |
| LAMBERT, BOYCE J |
| LAMBERT, GARY F |
| LAMBERT, LUTHER |
| LANFORD, REGGIE |
| LANI, JOSEPH |
| LAPP, REX |
| LARSEN SR, DUANE E |
| LASH, GERALD W |
| LASHLEY, ELWOOD |
| LATONA, PATSY |
| LAUGHREN, GRANT L |
| LAWHORN, VESTA |
| LEATH, TERRY L |
| LEE, JACK A |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*

| Claimant Name |
| --- |
| LEEP, HARTSEL A |
| LEFTRIDGE, JAMES W |
| LEMASTER, OVA R |
| LEMASTERS, NORMAN E |
| LESLIE, JOHN G |
| LEWIS, CARLYLE O |
| LEWIS, CHARLES E |
| LEWIS, JOHN L |
| LEWIS, RUSSELL |
| LEWIS, WALTER J |
| LINCOLN, ROBERT H |
| LITKENHAUS, LOUIS J |
| LONG, HARRY B |
| LONG, VIRGIL P |
| LOPE, RICHARD |
| LOUDEN, LOUIE A |
| LOUNDER, RONALD A |
| LOVERN, ELLIS D |
| LOVIN, THOMAS C |
| LOWMAN, EVERETTE W |
| LOWMAN, JAMES E |
| LUCAS, GEORGE B |
| LUCAS, KENNETH R |
| LUCAS, MARVIN |
| LUHMAN, DAVID |
| LUMAN, LEON |
| LYCANS, RICHARD A |
| LYKINS, JACK D |
| LYNE, DAVID E |
| MAHER, THOMAS P |
| MAHLER, KENNETH R |
| MANN, DOROTHY J |
| MANNING, WALTER L |
| MANOLAROS, NICHOLAS |
| MARCUM, DEAN S |
| MARCUM, GARY M |
| MARCUM, MARLIN |
| MARKOWSKI, EDWARD J |
| MARSHALL, JAMES M |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*

| Claimant Name |
| --- |
| MARTIN, DONALD G |
| MARTIN, RAYMOND G |
| MARTING, ROMAINE A |
| MARUSCHAK, RAYMOND C |
| MASH, ALEX |
| MASON, TERRY A |
| MASTERS, OMER M |
| MATCHICK, NICHOLAS |
| MATLOCK JR, WILLIAM H |
| MATTIACE, LEONARDO |
| MAURER, CLARENCE V |
| MAXWELL, CARL E |
| MAY, BILLY J |
| MAY, HERBERT F |
| MAY, JAMES K |
| MAY, OSTOS |
| MAY, WALTER R |
| MAYES JR, RUSSELL |
| MAYNARD JR, CLYDE H |
| MAYNARD, MAE H |
| MAYO, FRANK R |
| MCALPINE, BOBBY J |
| MCCAIN, JOHN J |
| MCCANN, MARK T |
| MCCANN, WALTER E |
| MCCOY, SAM J |
| MCCULLOUGH, JOHN A |
| MCCUTCHEON, ADAM H |
| MCDANIEL, ARTHUR |
| MCDUFFY, ROSCOE |
| MCGEE, GILBERT C |
| MCGINNIS, HARRY |
| MCGLONE, PATRICK D |
| MCGRATH, LOUIS W |
| MCGRAW, WILLIAM |
| MCKENZIE, JOHN R |
| MCLAREN, TIMOTHY J |
| MCLEAN, DANIEL |
| MCLEISH, EARL F |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*

| Claimant Name |
| --- |
| MCMAHAN, CLAUDE A |
| MCMEANS, DENNIS |
| MCNAMARA, WILLIAM F |
| MCNEAL, GEORGE L |
| MCNULTY, EDGAR J |
| MCRAE, JOHN P |
| MEINTEL, ROBERT L |
| MELVILLE, ARTHUR |
| MENTA, JOSEPH G |
| MERRITT, VIOLET |
| MESHER, ROBERT M |
| MESKER, NORMA J |
| MEYER, PHILLIP H |
| MILES JR, WILLIAM |
| MILLER, BILLY M |
| MILLER, DANIEL L |
| MILLER, JAMES R |
| MILLER, KEITH A |
| MILLER, LONNIE |
| MILLER, PHILLIP D |
| MILLER, RICHARD |
| MILLER, WILLIS |
| MILTON II, WILLIAM L |
| MINCEFF, HENRY J |
| MINNIEAR, ARLEEN |
| MITCHELL, DONALD R |
| MITCHELL, HARRY C |
| MITCHELL, JAMES R |
| MITCHELL, WILLIAM L |
| MONICK, JOHN |
| MOON, ROY |
| MOORE, CHARLES L |
| MOORE, GEORGE |
| MOORE, JOE |
| MOORE, KEVIN |
| MOORE, LINSY J |
| MORELAND, JOHN |
| MORGAN, DENNIS E |
| MORGAN, DOUGLAS L |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*

| Claimant Name |
| --- |
| MORNING, WILLIAM M |
| MORRIS, CHARLES C |
| MORRIS, FORREST L |
| MORRIS, JOHN W |
| MORRIS, ROSALIE J |
| MORRISON, BILLY L |
| MORRISON, WILLIAM O |
| MOUNT, GARY R |
| MOYER, STEPHEN |
| MULLEN JR, HARRY |
| MULLEN, WILLIAM R |
| MURMAN, JOHN S |
| MURON, FRANK V |
| MURPHY, TERRY R |
| MURRAY, BRUCE L |
| MURRAY, WILBUR |
| MYERS, JAMES R |
| MYERS, JOSEPH |
| MYERS, MARK E |
| MYERS, ROY |
| NANETH, STANLEY J |
| NAPIER, STEVEN D |
| NARLIS, NICHOLAS |
| NEAMO, MICHAEL |
| NEDER, CARL R |
| NEFF, HAROLD E |
| NELSON JR, LAWRENCE |
| NELSON, SAMUEL |
| NESBETT, DAVID R |
| NESTOR, RICKEY W |
| NEWMAN, MICHAEL L |
| NOBLE, RANDAL |
| NOEL, ERNEST |
| NOEL, JOHN M |
| NOEL, LARRY A |
| NOEL, RICK |
| NOEL, ROBERT J |
| NOGUERIA, JOSE |
| NOLLER, DAVID E |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| NORVELL, JERRY D |
| NOTTINGHAM, JEFFREY |
| NUMN, MARSHAL W |
| OAKES, JOHN L |
| ORR, JOHN T |
| OSBORNE, WILLIAM |
| OTIS, JAMES F |
| OTTO, ROSS |
| OWENS, RONALD L |
| OWENS, WILLIAM D |
| OXENREIDER, MICHAEL M |
| PACK, WILLIAM A |
| PALUGA, CLARENCE |
| PANNELL, HAYES |
| PARKER, EUGENE |
| PARKER, JEAN E |
| PARKER, JOHN A |
| PARKES II, ALFRED L |
| PARRISH, ISAAC |
| PARSONS, ROBERT |
| PASZTOR, JOSEPH |
| PATTERSON, HAROLD L |
| PATTERSON, MORRIS |
| PATTERSON, WILLIAM |
| PAUL, DENNIS L |
| PAULCHEL, PHILIP |
| PAYNE, DELBERT |
| PEACO JR, PAUL S |
| PELOSO, LAWRENCE |
| PELPHREY, ROBERT K |
| PENNA, LOUIS A |
| PENNA, PETE |
| PENROD, DAVID A |
| PENWELL, EMERSON |
| PEREMBA, RICHARD M |
| PERKEY, DONALD E |
| PERKEY, MICHAEL |
| PETERS, ANTHONY |
| PETERS, JOHN H |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*

| Claimant Name |
| --- |
| PETTREY, RONNIE K |
| PHILLIPS, BOBBY L |
| PHILLIPS, CALVIN A |
| PHILLIPS, ROBERT L |
| PHILLIPS, TURNER R |
| PICCIRILLO, FELIX |
| PICKERING, RAYMOND K |
| PINKERMAN, BRENDA K |
| PITTMAN, ALVIN |
| PITTMAN, SAMUEL D |
| PLACER, JUNIOR F |
| PLANTS, RUSSELL Z |
| PLUMLEY, MILLON C |
| PLUMMER, H D |
| POFF, NORMAN |
| POMANOWSKI, FRANK |
| POMEROY, PHIL B |
| PORTER, LAWRENCE W |
| PORTER, SUN C |
| PORTER, WILLIE |
| POSTLETHWAIT, HOWARD F |
| POSTLEWAIT, ROBERT L |
| POTKRAJAC, GEORGE M |
| POTTER, KENNETH |
| POTTERS, LAFE |
| POULTON, GERALD G |
| POUYATT, SCOTT A |
| POWELL, JOHN F |
| PRANTIL, GARY L |
| PRATER, ERNEST |
| PRATER, WALTER R |
| PRESTON, FRANK B |
| PROUT, PRESTON C |
| PRZYMIERSKI, RONALD |
| PURDUE, WILLIAM E |
| PUTZULU, TONY M |
| PYLES, RAYMOND E |
| RABEL, HOWARD S |
| RADAKER, PATRICK A |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*

| Claimant Name |
| --- |
| RADER, WILLIAM E |
| RAGLAND, JACK A |
| RAINWATER, CHARLES D |
| RATCHFORD, RICHARD |
| RAY, FLOYD E |
| RAY, FREDERICK |
| REA, TERRY A |
| REAM, RICKEY |
| REGA, ALBERT E |
| REHBERG, HERMAN F |
| REINHARD, CARL |
| REVILLE, JOSEPH D |
| REYNOLDS, ANDREW R |
| RHODES, JOHN A |
| RHODES, PERCY |
| RICH, EDWIN J |
| RICHARDSON, JAMES A |
| RICHMOND, ROGER L |
| RIFFLE, WILLIAM |
| RINGES, RICHARD R |
| ROBERTSON, DANA |
| ROEBUCK, FRANK J |
| ROEPKE, CORNELL |
| ROLAND, JOHN |
| ROLLINS, WILLIAM B |
| ROMEO, CHARLES |
| ROOTS, RANDALL |
| ROSE, CHARLES E |
| ROTONDO, RONALD |
| ROY, EDWIN |
| ROYCE, ROBERT L |
| ROYSTER, LARRY M |
| RUCKER, JAMES M |
| RUSCHAK, WILLIAM |
| RUSH, WALLACE |
| RUSHFORD, BRYANT |
| RUSSELL, LEWIS W |
| RUSSELL, ROBERT E |
| RUSSELL, WILLIAM L |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*

| Claimant Name |
|---|
| RUSSOW, DONALD |
| RUTHERFORD, BOB G |
| SABOT, WALTER W |
| SALLIS, FRED |
| SALMONS, GLENNA M |
| SALMONS, THOMAS L |
| SALYERS, WILLIAM |
| SAMPLES, KEITH |
| SAMPSON, JAMES R |
| SANDERSON, MICHAEL E |
| SANDLIN, MYRON L |
| SARCHIOTO, JOSEPH |
| SAVILLE, LEROY D |
| SCARBERRY, BELVA C |
| SCARPA, MICHAEL F |
| SCHAFFHAUSER, LOUIS |
| SCHINDLER, CHRISTOPHER A |
| SCHULZ, RICHARD C |
| SCOTT, ELMER M |
| SCOTT, ERNEST R |
| SECKMAN, BRUCE B |
| SECKMAN, WILLIAM J |
| SELBEE, LUCIAN F |
| SEMELSBERGER, JAMES A |
| SEXTON, ELLWOOD |
| SEXTON, JAMES B |
| SHAAR, PAUL R |
| SHAFER, JAMES |
| SHAFFER, JOHN |
| SHANNON, LEO |
| SHANOR, SCOTT |
| SHARP, RANDALL |
| SHAVER, ROBERT P |
| SHEPHARD, LOUIS A |
| SHEPHERD, ANTHONY P |
| SHEPHERD, JACKIE L |
| SHIFFLETT, DAVID L |
| SHIREY, SAM |
| SHIRLEY, PINKNEY N |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*

23

| Claimant Name |
| --- |
| SHOOK, PAUL E |
| SHORT, THOMAS M |
| SHUFF JR, ROGER D |
| SHULL, RICHARD |
| SHULL, ROY L |
| SHUSS, JOHN C |
| SHUTTLESWORTH, LARRY J |
| SHUTTY, W J |
| SHY, KELLY |
| SIFERS, LARRY D |
| SILBER, ALLEN R |
| SIMON, DANIEL T |
| SIMPSON, ROBERT S |
| SKAGGS, LLOYD W |
| SLUSS, JAMES B |
| SMITH JR, JAMES L |
| SMITH, BOBBY |
| SMITH, CECIL |
| SMITH, CHRISTOPHER E |
| SMITH, GEORGE T |
| SMITH, JAY A |
| SMITH, JOHNNY A |
| SMITH, KIMBALL L |
| SMITH, MARTHA |
| SMITH, RALPH G |
| SMITH, ROBERT L |
| SMITH, ROGER H |
| SMITH, RUSSEL G |
| SMITH, WILLIAM A |
| SMITH, ZOLA E |
| SMOLKO, JOHN T |
| SMOOT, DON E |
| SNIDER, RALPH |
| SNYDER, ELWOOD |
| SNYDER, JAMES M |
| SNYDER, MICHAEL R |
| SNYDER, ROGER L |
| SPARKS JR, GEORGE |
| SPENCER, HAROLD L |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*                    24

| Claimant Name |
| --- |
| SPINDA, STEVEN |
| SPOLJARIC, PAUL |
| SPONTAK, BERT D |
| SPURLOCK, BURL T |
| SPURLOCK, NIDA C |
| STACKPOLE, ALVIN |
| STAFFORD, GREGORY |
| STAHOVEC, DAVID W |
| STANHOPE, LLOYD E |
| STEADMAN, AUGUST G |
| STEGMAN, DONALD L |
| STEPHENS, MARK L |
| STEPHENS, WILLIAM E |
| STERN, JOHN W |
| STIDHAM, TOM M |
| STILTNER, ALVA M |
| STILWELL, RAYMOND W |
| STINNETT, CARROLL E |
| STIVERSON, WILLIAM J |
| STORLAZZI, CEASAR |
| STRATTON, GEORGE S |
| STRUFFOLINO, TIMOTHY J |
| STUCKE, JOHN P |
| STURGEON, DONALD A |
| STUYVESANT, JOHN W |
| SUTPHIN, ROBERT B |
| SWANSON, FRED |
| SWAYNE, SHANNON L |
| SWEARINGEN JR, JOHN H |
| SWEENEY, JAMES P |
| SWEPSTON, KEVIN |
| SWINK, ADAM R |
| SWORDS, PHILLIP D |
| SYRONEY, STANLEY J |
| TABOR, JAMES M |
| TACKETT JR, CECIL |
| TACKETT, DON E |
| TACKETT, THOMAS F |
| TACKETT, TIMOTHY A |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*

| Claimant Name |
|---|
| TATAR, JOSEPH P |
| TAYLOR, CONSTANCE J |
| TEDESCO, ROBERT |
| TEMPEST, PAUL M |
| TENNANT, ROBERT K |
| TENNIS, WILLIAM |
| TERRY, BERNARD R |
| TERRY, HARLAN E |
| THOMAS, JAMES W |
| THOMAS, JOE A |
| THOMPSON, DON A |
| THOMPSON, MICHAEL B |
| THORNTON, CHARLES E |
| THORNTON, DAVID C |
| TIBBS, STEPHEN |
| TOWNSEND, HARRY M |
| TOWNSON, ROBERT L |
| TRAIL, LEON R |
| TRESSLER, JOHN S |
| TRUJILLO, SALVADOR J |
| TUPKO, JOSEPH |
| TURNER SR, ROBERT T |
| TYGANT, RONNY E |
| UELTSCHY, ROBERT W |
| VALENTI, DONALD M |
| VALVO, RICHARD |
| VANHOOSE, ROGER L |
| VASQUEZ, JOSE |
| VAUGHAN, ATLAS |
| VAUGHN, BILLY |
| VAUGHN, BOOKER |
| VENIER, MICHAEL H |
| VENOY, LARRY E |
| VESNEFSKIE, SHELDON L |
| VINTON, JOHN T |
| VOGEL, RICHARD |
| VORNDRAN, MICHAEL J |
| VROMAN, EARL H |
| WAGGONER, THOMAS |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| WALKER, DOUGLAS M |
| WALTERS, CHARLES |
| WARD, CHARLES T |
| WARD, JAMES |
| WARD, MANDA J |
| WARMINSKY, VICTOR J |
| WARNER, GEORGE R |
| WARREN, JAMES G |
| WARRIOR, JOHN E |
| WASSUM, THOMAS R |
| WATSON SR, RICK E |
| WATSON, DANIEL S |
| WAUGAMON, JAMES W |
| WAYMAN, RICHARD |
| WEAHRY, JACK R |
| WEAVER, BRUCE |
| WEAVER, KENNETH |
| WEBB, ALBERT R |
| WEBB, FRANK K |
| WEBB, OSCAR |
| WEBSTER, HARLAN |
| WEDDLE, CLARENCE L |
| WEINEL, ARCHIE G |
| WELLMAN, DONALD |
| WERTS, CHARLES D |
| WESTFALL, ARTHUR |
| WHALEN, WILLIAM |
| WHALEY, RICHARD W |
| WHEELER, MARVIN J |
| WHEELER, VERNON |
| WHITE, CARROLL J |
| WHITE, EDWARD E |
| WHITE, HAROLD A |
| WHITE, STEVEN P |
| WHITEHOUSE, JAMES A |
| WHITEMAN, ROBERT A |
| WHITLEY, CHARLES E |
| WHITLEY, ICIE |
| WHITMER, LLOYD M |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| WHITMORE, HUGH |
| WHITNEY, ROGER D |
| WHITTY, RANDALL K |
| WILBURN, NED |
| WILKERSON, CURTIS L |
| WILLIAMS, CHARLES T |
| WILLIAMS, JAMES E |
| WILLIAMS, JAMES M |
| WILLIAMS, MICHAEL |
| WILLIAMS, WILLARD P |
| WILLIAMS, WILLIAM V |
| WILLIAMSON, RICHARD |
| WILLIS, LLOYD A |
| WILLIS, OREN |
| WILLIS, RAYMOND W |
| WILSON, CALVIN |
| WILSON, CLYDE K |
| WILSON, EDWARD R |
| WILSON, JAMES |
| WILSON, PAUL E |
| WILSON, RONALD L |
| WILSON, THOMAS S |
| WINTERS, JOHN |
| WINTERS, WINFORD A |
| WITT, RICHARD A |
| WOEMPNER, KENNETH |
| WOLFE, FRANK A |
| WOLFE, KEITH M |
| WOLFORD, CHARLES |
| WOODGEARD, LLOYD W |
| WOODWARD, MAYNARD |
| WORKMAN JR, HARRY R |
| WORKMAN, DONNA F |
| WRIGHT, GEORGE C |
| WRIGHT, PERRY C |
| WYATT, RAYMOND G |
| WYLAM, RALPH |
| YANNACHIONE, ANTHONY J |
| YANTKO, ELMER G |

*Duplicate claims have not been excluded*

*Claims Filed by HARTLEY & OBRIEN*

| Claimant Name |
| --- |
| YATES, RANDY |
| YELEY, DARRELL E |
| YENSEN, JAMES D |
| YODER, MILLARD J |
| YOUNG, DAVID M |
| YOUNG, ROBERT J |
| ZACKERY, DONALD G |
| ZAHRANDT, WILLIAM L |
| ZIMMERMAN, RANDY |
| ZIMO, WILLIAM |

*Duplicate claims have not been excluded*