**Exhibit B**

*Claims Filed by PROVOST & UMPHREY*    1

| Claimant Name |
| --- |
| ABERNATHY, ROBERT J |
| ADAMS, JOHN A |
| ADAMS, JOHNNIE T |
| AGEE, LEWIS |
| ALBRECHT, WILBERT G |
| ALLDAY, JACK C |
| ALLEN, ALVIN W |
| ANDERSON, CHARLES |
| ANDERSON, EDDIE |
| ANDERSON, RICHARD F |
| ANDRES JR, ALBERT M |
| ANTILLEY, JAMES R |
| ARPIN, JOSEPH F |
| ARTHUR, PHILLIP |
| AVERY, ROBERT E |
| BAILEY, CHESTER |
| BAIRD, KENNETH W |
| BALL, BARNEY J |
| BARBIN, LESTER |
| BARID, HAROLD |
| BARKS JR, CHARLES |
| BARLOW, SAMUEL |
| BARNES, THOMAS W |
| BARNETT, CLYDE |
| BARRETT, DAVID |
| BARRON, JACK |
| BARROW, JOHN J |
| BARTLETT, PAUL N |
| BEARD, FREDDIE M |
| BECK, THOMAS N |
| BEENE, DONALD |
| BELL, JOSEPH S |
| BENDY, ALLEN E |
| BENGE JR, ROY |
| BENNETT, WILLIAM L |
| BERNARD, LYMAN |
| BIAZA, ROBERT |
| BILLEAUD, LESTER W |
| BIRCHFIELD, THEO |

*Duplicate claims have not been excluded*

*Claims Filed by PROVOST & UMPHREY*                                      2

| Claimant Name |
| --- |
| BLACK, LAWRENCE R |
| BLACKMAN, JIMMY |
| BLACKSHER, BURFORD |
| BLACKWELL, ROY |
| BOBBITT, ROBERT E |
| BOLINGER, BILLY G |
| BONDS, LARRY |
| BOOKER, WILLIE |
| BOREL, LOUIS A |
| BORQUE, TOMMY |
| BOURGEOIS, ANTONIO |
| BOUTTE, CORA |
| BOYD, HORACE |
| BOYKIN JR, LEVI |
| BOZEK, MICHAEL T |
| BRACKIN, JOSEPH L |
| BRADBERRY, SEAMAN |
| BREAUX, JOSEPH |
| BREITEN, JOHN H |
| BRIGGS, JAMES C |
| BRISCOE, ELIJAH J |
| BROOKS, EMMA |
| BROUSSARD, EUGENE R |
| BROUSSARD, HERBERT N |
| BROUSSARD, JOSEPH N |
| BROWN, LOUIS |
| BROWN, MURRIELL L |
| BROWN, ROY |
| BROWN, UTAH |
| BRYAN, TRACY |
| BUCHHOLZ, WILLIAM |
| BUCKALEW, AUBREY |
| BURCH, BENJAMIN |
| BURRILL, TONY |
| BURTON SR, JOHN H |
| BUXTON, JULIUS |
| BUZZARD, GROVER |
| BYRD, JAMES A |
| CALLAWAY, RAYMOND |

*Duplicate claims have not been excluded*

*Claims Filed by PROVOST & UMPHREY*                                    3

| Claimant Name |
| --- |
| CALVIN, JACK |
| CAMPBELL, LARRY |
| CAPPADONNA, EDNA R |
| CARDWELL, KENNETH R |
| CARMON, HERBERT |
| CARTER, JOE T |
| CASSIDY, DALE |
| CATO, VIRGINIA B |
| CENTER, GLEN |
| CHANCE, ELMER L |
| CHANCE, ISIAH D |
| CHERRY, CARL |
| CHREITEN, ROBERT |
| CLARK, TIMOTHY G |
| CLICK, ROBERT |
| COLLINS, GEORGE |
| COLLINS, JOSEPH D |
| COOK, JOHN F |
| COOLEY, SIDNEY |
| COOLEY, WESLEY H |
| CORMIER, LLOYD A |
| CORRELL, TRAVIS |
| COUNTS JR, C G |
| COVERT, HUGH |
| COWAN, DARRELL C |
| COWAN, WILLIAM H |
| COWART, BILLY W |
| COWART, JAMES A |
| COX, AZRO |
| CRAVEY, BOB |
| CREW, EARL |
| CRUSE, ALTON T |
| CRUSE, HELEN |
| CRUSE, RALPH A |
| CUCCIO, ANTHONY A |
| DANIELS JR, JACK |
| DANIELS, NORMAN E |
| DARBONNE, ROBERT V |
| DAVIS, ELTON |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| DAVIS, GEORGE B |
| DAVIS, LEROY |
| DAVIS, ROBERT L |
| DEFFIBAUGH, OTIS |
| DELEON, ROSARIO |
| DERESE, AARON L |
| DEROUEN, MELVIN |
| DINSMORE, WILLIAM |
| DIXON, ARTHUR |
| DODSON, EDWARD |
| DOLCE, AILEEN |
| DORMAN, JAMES F |
| DRAGULSKI, STANLEY W |
| DRIESSNER, MARVIN C |
| DUFFEY, JOSEPH L |
| DUNLAP, GEORGE K |
| DUPLANTIS, DENNIS |
| DUPLECHAIN, JAMES D |
| DURDEN, WILLIE O |
| EDISON, ROBERT |
| EDWARDS, WILLIE E |
| ELLISON, JAMES M |
| ERWIN, DALTON |
| ESCAMILLA, EVE E |
| EUBANKS SR, ROBERT L |
| EVANS, CHARLES E |
| EVANS, CHARLES F |
| EVANS, JOHN |
| FARRIS, ROBERT |
| FAULK, MELVIN J |
| FERGUSON, AUSTIN |
| FILIPPINI, JOHN L |
| FITZGERALD, DAVID |
| FLETCHER, CHARLES |
| FLETCHER, THOMAS |
| FORD, ROBERTA |
| FORMAGUS, JOHN S |
| FOUNTAIN, BILLY |
| FOX, RALPH |

*Duplicate claims have not been excluded*

*Claims Filed by PROVOST & UMPHREY*

| Claimant Name |
| --- |
| FRENCH, WALTER |
| GADDY, DELBERT D |
| GANDY, WILLIE S |
| GANT, LARRY |
| GASPARD, RAYMOND J |
| GATELY, BOYD C |
| GAUTHIER, EARNEST |
| GETER, FLETCHER |
| GIBSON, JOHN |
| GILCREASE, OLIVER |
| GILLIOZ JR, MAURICE |
| GLADDEN, JERRY B |
| GORMAN, ROY |
| GRAHAM, CHARLES H |
| GRAHAM, JOE |
| GREEN, JOEL W |
| GREEN, WILLIAM M |
| GREGORY, J D |
| GROUNDS, CLIFFORD |
| GUILLORY, JOSEPH R |
| GUILLORY, RIFFORD |
| GUILLORY, YORICK |
| HALEY, CAROL |
| HANSON, JERRY H |
| HARDAGE, HAROLD |
| HARNESS JR, HOMER D |
| HARRIS SR, ERNEST |
| HARRIS, FRANCIS |
| HARRIS, JOHN |
| HARRIS, LONNIE D |
| HARRIS, WILLIAM M |
| HARTFORD, EDWIN C |
| HASKET, WILLIAM |
| HAYNES, JOHN O |
| HAYNES, WILLIS R |
| HEBERT JR, ADAM |
| HEHL, WARREN D |
| HENRY, HARRY A |
| HERRIN JR, LAWRENCE J |

*Duplicate claims have not been excluded*

*Claims Filed by PROVOST & UMPHREY*                    6

| Claimant Name |
| --- |
| HERRIN SR, LAWRENCE J |
| HERRIN, HOBBY H |
| HERRIN, THOMAS B |
| HICKMAN, JACK |
| HICKMAN, SAM J |
| HIDALGO, RENE |
| HILL, ROBERT L |
| HINES, T D |
| HOGAN, TOMMY J |
| HOLLIDAY, JOEL D |
| HOLLIER, MILDRED L |
| HOLMES, THOMAS T |
| HOMESLEY, LAWRENCE |
| HORACE, CLARENCE |
| HOWARD SR, ERNEST |
| HOWTON, J F |
| HOYT, LAHOMA M |
| HUBERT, EDGAR |
| HUVAL, LEE R |
| HYATT, VIVIAN |
| ISRAEL, ALEX |
| JACKSON, GREGORY P |
| JOHNSON, JAMES |
| JOHNSON, MYRLE K |
| JONES JR, MILTON |
| JONES, BERNARD |
| JONES, JAMES P |
| JOSEPH SR, WILL |
| KEES, CHRISTINE R |
| KELLETT, GEORGE E |
| KELLEY, GARLIN |
| KIDD, JESSE R |
| KIEL, GROSE |
| KING SR, JAMES L |
| KING, JOHNIE |
| KING, MALCOLM S |
| KITTRELL, THOMAS |
| KLEESPIES, GEORGE |
| KNAPP, JACK H |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| KNIGHT, LOSSE F |
| KOJAK, GEORGE |
| KUEHN, WILLIAM L |
| KULA, AL |
| LABOVE, LEROY |
| LADAY, ALLEN |
| LADNER, SAMUEL C |
| LAMPLEY, WALTER H |
| LAND JR, CHARLES W |
| LANDRY, CURLEY |
| LANE, ROY C |
| LARNED, KENNETH |
| LEBLANC, JOSEPH P |
| LEBLANC, MURPHY |
| LEBLANC, PAUL |
| LEBLANC, WILFRED |
| LEWIS, CLYDE |
| LEWIS, JIMMIE |
| LEWIS, JOHN E |
| LEWIS, MORGAN |
| LITCHFIELD, ELTON |
| LOGAN, JAMES L |
| LOGUE, CLARENCE |
| LUDWIG, THEODORE |
| LYON, FRED M |
| MACHAMEHL, KENNETH |
| MACHANN, EDWIN |
| MACILE, VICTOR |
| MAENLE, ROBERT G |
| MANN, TOM |
| MANSELL, DOUGLAS |
| MARAIST, WALTER |
| MARS, JAMES G |
| MARSHALL, HORACE F |
| MARTIN, RONALD G |
| MARTIN, WILLIE |
| MARZE, CLIFTON |
| MATHEWS, OLIVER |
| MCAULLIFFE, WILLIE |

*Duplicate claims have not been excluded*

*Claims Filed by PROVOST & UMPHREY* 8

| Claimant Name |
| --- |
| MCCARTY, TOM |
| MCCLAIN, BILLY M |
| MCCREADY, RUSSELL |
| MCDANIEL, CHARLES |
| MCDANIEL, LYNN |
| MCGEE, GLENNIE |
| MCKINLEY, WILLIAM |
| MCLAIN, NEWTON E |
| MEAUX, SHELTON G |
| MITCHELL JR, ROGER |
| MITCHELL, LUMAS K |
| MONCEAUX JR, MARCIE J |
| MONCEAUX, FARLEY D |
| MOORE, PERCY J |
| MORGAN, ALFRED |
| MORGAN, DONALD B |
| MORRIS, RUBY L |
| MORRISON, JERRY |
| MOSES, BUSTER |
| MOSS, ARNOLD L |
| MURPHY, CLARENCE |
| NAPIER, CARL C |
| NAQUIN, MALCOLM M |
| NARANJO, J NEAL |
| NELSON, ROY |
| NEWMAN, WILLIAM |
| NEWTON, BERNICE |
| NOLTE, HENRY |
| NORRIS, AMBROSE J |
| OAKES, GLENN |
| ODOM, LAVON |
| OLSON, VICTOR |
| ORTOLON, JAMES C |
| OSBON, ALMER |
| PARKS, CHARLES S |
| PATIN, CLARENCE |
| PATTILLO, KATHERINE H |
| PATTON, EDDIE |
| PAYNE, ROY |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| PEACOCK, ROY |
| PENNINGTON, AARON J |
| PERKINS, RICHARD E |
| PERRY, CHARLES |
| PETE, HENRY |
| PETE, JIMMY |
| PETRUS, FRANCIS E |
| PHILLIPS, JAMES |
| PHILLIPS, LLOYD D |
| PIERCE, JOHN B |
| PITCHFORD, HAROLD E |
| PITTS, OWEN L |
| POLLARD, JOHN T |
| POLLOCK, RAYMOND E |
| POSS, JAMES |
| POUSSON, WALTER |
| POWELL, DONALDSON |
| PUES, HAROLD N |
| PULLIAM, JACK |
| PURVIS, COLBERT |
| RAMSEY JR, GRADY L |
| RAMSEY, JACK M |
| RAMSEY, MARVIN |
| RAY, JOHN |
| RAYBURN, ZEFF L |
| REDMON, LEO |
| REEVES, MAXINE |
| REILY, JOHN J |
| REYNARD, WILLIAM C |
| RHODES SR, JAMES R |
| RICHARD, DORAN J |
| RICHARD, RAYMOND |
| RICHARDSON, ERIC T |
| RICHARDSON, TAYLOR |
| RICKS, JOHN H |
| RIDGLE, WILLIE |
| RIGGS, HAROLD D |
| RILEY, LOUNEAL |
| RIPPEY, LEO F |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| ROBINETTE, P H |
| ROBINSON, JAMES A |
| ROFF, LEON A |
| ROGERS, HAROLD |
| ROGERS, ROY |
| ROSE, ELTON |
| ROY, LOUIS |
| RUCKA, LEO V |
| RUIZ, MODESTO |
| RUSSELL, IRA |
| SAMPSON, VAN A |
| SANDERS, WILLIE D |
| SANFORD, GARLAND |
| SARDEN, JACOB |
| SAULS, CECIL R |
| SCHAPER, VICTOR |
| SCHAPPER JR, PEYTON |
| SCHLOSSER, TIM |
| SCOTT, JOHN |
| SEALS, PORTER |
| SEGURA, ALLEN |
| SELLERS, HENRY |
| SEVERIN, WALTER |
| SHARP, RICHARD A |
| SHAW, DENNIS D |
| SHEPHERD, HIRAM |
| SHOULTZ, LARRY |
| SHOUP, R L |
| SIMMONS, LUTHER |
| SIMON, EDDIE |
| SKINNER, HOMER |
| SMITH, CHARLES W |
| SMITH, CLAYTON D |
| SMITH, DANIEL C |
| SMITH, ERNEST G |
| SMITH, MERRIAM A |
| SMOOT, LEALER L |
| SOUTHERN SR, WILLIE |
| SPELL, EUGENE W |

*Duplicate claims have not been excluded*

*Claims Filed by PROVOST & UMPHREY*  **11**

| Claimant Name |
| --- |
| SPURLOCK, ESKER L |
| STATEN, WILLIE |
| STEPHENS, WARREN C |
| STEPHENSON, F  A |
| STEVENS, SYLVAN |
| STEWART, DAN B |
| STEWART, GRIFFIN |
| STEWART, JOHNNIE |
| STEWART, THOMAS |
| STOUGH, JOHN P |
| STRICKLEN, LOREN |
| STRINGER, WILLIAM |
| SULLENDER, ROHLIN E |
| SUMLER, ALTON E |
| SWEARINGEN, FRANK |
| SWEAT, LEONARD |
| SWYMER, JAMES T |
| TADDIA, ANGELO R |
| TANTON, WILLIAM |
| TERRO, NOLANCE |
| THERIOT, RIVERS L |
| THIBODEAUX, LEROY J |
| THIBODEAUX, PHILLIP |
| THOMAS, VESSIE |
| THOMPSON, BRYAN H |
| THREATS, JOSEPH |
| TIGNER, OSCAR |
| TOMPKINS, JOSEPH |
| TOMPLAIT, DENNIE G |
| TORTORICE, JAKE |
| TRAHAN, BERNARD C |
| TRAWEEK, WALTER |
| TRAWEEK, WALTER W |
| TRIPLETT, JOHN W |
| TYNES, FRED |
| URBAN, MARTIN J |
| VASQUEZ JR, ENRIQUE M |
| VAUGHAN, JOHN C |
| VIDALIER, MURPHY |

*Duplicate claims have not been excluded*

*Claims Filed by PROVOST & UMPHREY*

| Claimant Name |
| --- |
| VINEGAR, FISHER |
| VOTAW, JAMES J |
| VOTAW, WILLIE R |
| WACTOR, RAY |
| WAGNER, RICHARD |
| WALKER, NEDDIE D |
| WALKER, ROBERT D |
| WALLACE, JAMES |
| WEAVER, ARCHIE M |
| WEAVER, WOODIE |
| WEBB, HAROLD B |
| WELCH, THOMAS L |
| WELDON SR, HENRY T |
| WHISENANT, R V |
| WHITAKER, JEWEL |
| WHITE, FRANK |
| WHITLEY, ACCIE |
| WILEY, ELBERT |
| WILLIAMS JR, HUNTER |
| WILLIAMS JR, TIMOTHY |
| WILLIAMS, FELTON |
| WILLIAMS, KENNETH C |
| WILLIAMS, SAMMY A |
| WILLIAMS, TOM |
| WILLS, DENNIS |
| WILSON, REMUS |
| WING, EUGENE |
| WISE, JOHN E |
| WISRODT, AUGUST V |
| WOOD, JOSEPH L |
| WOOD, OLVIN |
| WOOD, THOMAS E |
| WOODRUFF, FRANK |
| WOODS, LELAN R |
| WOODS, ROY G |
| WRIGHT, ALPHONSE C |
| WRIGHT, B M |
| WRIGHT, WILLIAM L |
| YARBROUGH, J  B |

*Duplicate claims have not been excluded*

*Claims Filed by PROVOST & UMPHREY*    **13**

| Claimant Name |
| --- |
| YOUNG, HERBERT |
| ZERKO, JOHN |

*Duplicate claims have not been excluded*