**Exhibit F**

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire



WR GRACE-PIQ 007549-001

10315607013952

RE:
Provost & Umphrey
PO Box 4905
Beaumont TX 77704

**REDACTED**

REC'D APR 1 3 2006

000964013952

NR GRACE-PIQ 007549-002

[THIS PAGE INTENTIONALLY LEFT BLANK.]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

WR GRACE-PIQ 007549-003

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

YOU HAVE RECEIVED THIS QUESTIONNAIRE BECAUSE GRACE BELIEVES THAT YOU HAD SUED ONE OR MORE OF THE DEBTORS LISTED IN APPENDIX A ATTACHED TO THIS QUESTIONNAIRE BEFORE GRACE FILED FOR BANKRUPTCY ON APRIL 2, 2001 FOR AN ASBESTOS-RELATED PERSONAL INJURY OR WRONGFUL DEATH CLAIM, AND THAT CLAIM WAS NOT FULLY RESOLVED.

IF YOU HAVE SUCH A CLAIM, YOU MUST COMPLETE AND SUBMIT THIS QUESTIONNAIRE BY JANUARY 12, 2006 TO RUST CONSULTING, INC., THE CLAIMS PROCESSING AGENT, AT ONE OF THE FOLLOWING ADDRESSES:

|  |  |
|---|---|
| **IF SENT BY U.S. MAIL** | **IF SENT BY FEDERAL EXPRESS, UNITED PARCEL SERVICE, OR A SIMILAR HAND DELIVERY SERVICE** |
| RUST CONSULTING, INC. | RUST CONSULTING, INC. |
| CLAIMS PROCESSING AGENT | CLAIMS PROCESSING AGENT |
| RE: W.R. GRACE & CO. BANKRUPTCY | RE: W.R. GRACE & CO. BANKRUPTCY |
| P.O. BOX 1620 | 201 S. LYNDALE AVE. |
| FARIBAULT, MN 55021 | FARIBAULT, MN 55021 |

A QUESTIONNAIRE (AND ANY AMENDMENTS OR ADDITIONAL DOCUMENTS IN SUPPORT OF THE QUESTIONNAIRE) WILL NOT BE CONSIDERED UNLESS RECEIVED BY RUST CONSULTING, INC. BY JANUARY 12, 2006.

THIS QUESTIONNAIRE IS AN OFFICIAL DOCUMENT APPROVED BY THE COURT IN CONNECTION WITH ESTIMATING GRACE'S ASBESTOS-RELATED PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AS A WHOLE. THE QUESTIONNAIRE IS BEING USED BY W. R. GRACE AS A MEANS TO SEEK INFORMATION ABOUT YOUR ASBESTOS CLAIM. BY TIMELY RETURNING THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE, GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION.

THE COURT HAS ORDERED THAT, AS PART OF THE DISCOVERY PROCESS, ALL HOLDERS OF PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS MUST COMPLETE AND RETURN THIS QUESTIONNAIRE. THUS, FAILURE TO TIMELY RETURN THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE MAY RESULT IN SANCTIONS AND/OR OTHER RELIEF AVAILABLE UNDER APPLICABLE FEDERAL RULES.

BECAUSE YOUR CLAIM WILL BE EVALUATED IN ACCORDANCE WITH THE TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION, COMPLETION OF THIS QUESTIONNAIRE DOES NOT MEAN THAT YOUR CLAIM WILL EITHER BE ALLOWED OR PAID. TO THE EXTENT YOU ATTACH TO THIS QUESTIONNAIRE DOCUMENTS ALSO NEEDED BY THE TRUST TO PROCESS YOUR CLAIM, SUCH DOCUMENTS WILL BE PROVIDED TO THE TRUST AND YOU WILL NOT NEED TO RESUBMIT THEM.

i

## INSTRUCTIONS

### A. GENERAL

1. This Questionnaire refers to any lawsuit that you filed before April 2, 2001 for an "asbestos personal injury or wrongful death claim." This term is intended to cover any lawsuit alleging any claim for personal injuries that relates to: (a) exposure to any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors (or any of their respective past or present affiliates, or any of the predecessors of any of the Debtors or any of their respective past or present affiliates), or (b) exposure to vermiculite mined, milled or processed by the Debtors (or any of their respective past or present affiliates, any of the predecessors of any of the Debtors or any of their predecessors' respective past or present affiliates). It includes claims in the nature of or sounding in tort, or under contract, warranty, guarantee, contribution, joint and several liability, subrogation, reimbursement, or indemnity, or any other theory of law or equity, or admiralty for, relating to, or arising out of, resulting from, or attributable to, directly or indirectly, death, bodily injury, sickness, disease, or other personal injuries or other damages caused, or allegedly caused, directly or indirectly, and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors. It includes all such claims, debts, obligations or liabilities for compensatory damages such as loss of consortium, personal or bodily injury (whether physical, emotional or otherwise), wrongful death, survivorship, proximate, consequential, general, special, and punitive damages.

2. Your Questionnaire will be deemed filed only when it has been received by Rust Consulting Inc., the Claims Processing Agent, via U.S. Mail, Federal Express, United Parcel Service or a similar hand delivery service. A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will **not** be accepted and will not be deemed filed.

   Do **not** send any Questionnaire to the Debtors, counsel for the Debtors, the Future Claimants Representative, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel. Questionnaires that are filed with or sent to anyone other than Rust Consulting, Inc. will be deemed not to have been submitted, and such Questionnaires will not be considered.

3. Your completed Questionnaire must (i) be written in English, and (ii) attach relevant supporting materials as instructed further below.

4. All holders of claims described on page i (and as described in further detail in Instruction A (1) above) are required to file this Questionnaire by Jan. 12, 2006. Your Questionnaire will be used in connection with the estimation hearing to be conducted by the Court pursuant to the Estimation Procedures Order (a copy of which is attached as Appendix B).

5. Any subsequent amendment to the Questionnaire will not be considered for any purpose unless received by Jan. 12, 2006.

### B. PART I – Identity of Injured Person and Legal Counsel

Respond to all applicable questions. If you are represented by a lawyer, then in Part I (b), please provide your lawyer's name and the name, telephone number and address of his/her firm. If you are represented by a lawyer, he/she must assist in the completion of this Questionnaire. Also, if you would prefer that the Debtors send any additional materials only to your lawyer, instead of sending such materials to you, then check the box indicating this in Part I (b).

All references to "you" or the like in Parts I through X shall mean the injured person. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete this Questionnaire.

### C. PART II – Asbestos-Related Condition(s)

Please indicate all asbestos-related medical conditions for which you have been diagnosed. To complete questions related to injuries, medical diagnoses, and/or conditions, please use the following categories of customarily diagnosed conditions:

- Mesothelioma
- Asbestos-Related Lung Cancer
- Other Cancer (colon, laryngeal, esophageal, pharyngeal, or stomach)
- Clinically Severe Asbestosis
- Asbestosis
- Other Asbestos Disease

If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**Supporting Documents for Diagnosis:** This Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that support or conflict with your diagnosis.

**X-rays and B-reads:** Please attach all x-ray readings and reports. You may, but are not required to, attach chest x-rays. The court, however, has ruled that Grace may seek access to chest x-rays upon request.

**Pulmonary Function Tests:** Please attach all pulmonary function test results, including the actual raw data and all spirometric tracings, on which the results are based.

## D. PART III – Direct Exposure to Grace Asbestos-Containing Products

In Part III, please provide the requested information for the job and site at which you were exposed to each Grace asbestos-containing product. Indicate the dates of exposure to each Grace asbestos-containing product. If your exposure was a result of your employment, use the list of occupation and industry codes below to indicate your occupation and the industry in which you worked at each site. If you allege exposure to Grace asbestos-containing products at multiple sites, the Court has ordered that you must complete a separate Part III for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

Attach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the disease.

### Occupation Codes

| | |
|---|---|
| 01. Air conditioning and heating installer/maintenance | 31. Iron worker |
| 02. Asbestos miner | 32. Joiner |
| 03. Asbestos plant worker/asbestos manufacturing worker | 33. Laborer |
| 04. Asbestos removal/abatement | 34. Longshoreman |
| 05. Asbestos sprayer/spray gun mechanic | 35. Machinist/machine operator |
| 06. Assembly line/factory/plant worker | 36. Millwright/mill worker |
| 07. Auto mechanic/bodywork/brake repairman | 37. Mixer/bagger |
| 08. Boilermaker | 38. Non-asbestos miner |
| 09. Boiler repairman | 39. Non-occupational/residential |
| 10. Boiler worker/cleaner/inspector/engineer/installer | 40. Painter |
| 11. Building maintenance/building superintendent | 41. Pipefitter |
| 12. Brake manufacturer/installer | 42. Plasterer |
| 13. Brick mason/layer/hod carrier | 43. Plumber - install/repair |
| 14. Burner operator | 44. Power plant operator |
| 15. Carpenter/woodworker/cabinetmaker | 45. Professional (e.g., accountant, architect, physician) |
| 16. Chipper | 46. Railroad worker/carman/brakeman/machinist/conductor |
| 17. Clerical/office worker | 47. Refinery worker |
| 18. Construction - general | 48. Remover/installer of gaskets |
| 19. Custodian/janitor in office/residential building | 49. Rigger/stevedore/seaman |
| 20. Custodian/janitor in plant/manufacturing facility | 50. Rubber/tire worker |
| 21. Electrician/inspector/worker | 51. Sandblaster |
| 22. Engineer | 52. Sheet metal worker/sheet metal mechanic |
| 23. Firefighter | 53. Shipfitter/shipwright/ship builder |
| 24. Fireman | 54. Shipyard worker (ind. repair, maintenance) |
| 25. Flooring installer/tile installer/tile mechanic | 55. Steamfitter |
| 26. Foundry worker | 56. Steelworker |
| 27. Furnace worker/repairman/installer | 57. Warehouse worker |
| 28. Glass worker | 58. Welder/blacksmith |
| 29. Heavy equipment operator (includes truck, forklift, & crane) | 59. Other |
| 30. Insulator | |

### Industry Codes

| | |
|---|---|
| 001. Asbestos abatement/removal | 109. Petrochemical |
| 002. Aerospace/aviation | 110. Railroad |
| 100. Asbestos mining | 111. Shipyard-construction/repair |
| 101. Automotive | 112. Textile |
| 102. Chemical | 113. Tire/rubber |
| 103. Construction trades | 114. U.S. Navy |
| 104. Iron/steel | 115. Utilities |
| 105. Longshore | 116. Grace asbestos manufacture or milling |
| 106. Maritime | 117. Non-Grace asbestos manufacture or milling |
| 107. Military (other than U.S. Navy) | 118. Other |
| 108. Non-asbestos products manufacturing | |

WR GRACE-PIQ 007549-005

**E. PART IV – Indirect Exposure to Grace Asbestos-Containing Products**
In Part IV, please provide the information requested for any injury alleged to have been ca: asbestos-containing products through contact/proximity with another injured person. If yo contact/proximity with multiple injured persons, please complete a separate Part IV for each injured person. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.

**F. PART V -- Exposure to Non-Grace Asbestos-Containing Products**
In Part V, please provide the requested information for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate Part V for each party. If exposure was in connection with your employment, use the list of occupation and industry codes in Part III to indicate your occupation and the industry in which you worked. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

**G. PART VI – Employment History**
In Part VI, please provide the information requested for each industrial job you have held, other than jobs already listed in Parts III or V. Use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked for each job. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**H. PART VII – Litigation and Claims Regarding Asbestos and/or Silica**
In Part VII, please describe any lawsuits and/or claims that were filed by you or on your behalf regarding asbestos or silica.

**I. PART VIII -- Claims by Dependents or Related Persons**
Part VIII is to be completed only by dependents or related persons (such as spouse or child) of an injured person who sued the Debtors before April 2, 2001 for an asbestos-related personal injury or wrongful death claim against Grace not involving physical injury to him-/herself on account of his/her own exposure. One example of such a claim would be a claim for loss of consortium. If you are asserting such a claim, complete the entire Questionnaire, providing all information and documentation regarding the injured person.

**J. PART IX -- Supporting Documentation**
In Part IX, please mark the boxes next to each type of document that you are submitting with this Questionnaire. As indicated in the instructions to Parts II and III, this Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that (a) support or conflict with your diagnosis and/or (b) establish exposure to Grace asbestos-containing products as having a substantial causal role in the development of the medical diagnoses, and/or conditions claimed. Original documents provided to Grace will be returned within a reasonable time after its professionals and experts have reviewed the documents.

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such cost.

**K. PART X – Attestation that Information is True, Accurate and Complete**
By signing Part X, you, the injured person, are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Questionnaire is true, accurate and complete. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete and sign Part X on behalf of the injured person.

The legal representative of the injured person must complete and sign Part X where indicated.

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

WR GRACE-PIQ 007549-007

**REDACTED**

### a. GENERAL INFORMATION

1. Name of Claimant: _____   2. Gender: ☐ Male ☐ Female
   First                    MI              Last

3. Race (for purposes of evaluating Pulmonary Function Test results):...................... ☐ White/Caucasian
   ☐ African American
   ☐ Other

4. Last Four Digits of Social Security Number: _____   5. Birth Date: __ __ / __ __ / __ __ __ __

6. Mailing Address: _____
   Address              City              State/Province       Zip/Postal Code

7. Daytime Telephone Number: ........................................ ( __ __ __ ) __ __ __ - __ __ __ __

### b. LAWYER'S NAME AND FIRM

1. Name of Lawyer: _____

2. Name of Law Firm With Which Lawyer is Affiliated: _____

3. Mailing Address of Firm: _____
   Address              City              State/Province       Zip/Postal Code

4. Law Firm's Telephone Number or Lawyer's Direct Line: .................... ( __ __ __ ) __ __ __ - __ __ __ __

   ☐ Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? ............................................... ☐ Living   ☐ Deceased
   If deceased, date of death: ............................................................. __ __ / __ __ / __ __ __ __

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:

   Primary Cause of Death (as stated in the Death Certificate): _____

   Contributing Cause of Death (as stated in the Death Certificate): _____

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged:

   ☐ Asbestos-Related Lung Cancer          ☐ Mesothelioma
   ☐ Asbestosis                            ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
   ☐ Other Asbestos Disease                ☐ Clinically Severe Asbestosis

   a. **Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

      ☐ diagnosis from a pathologist certified by the American Board of Pathology
      ☐ diagnosis from a second pathologist certified by the American Board of Pathology
      ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition
      ☐ other (please specify): _____

1

## PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE-PIQ 007549-008

b. **Asbestos-Related Lung Cancer:** If alleging Asbestos-Related Lung Cancer, were lung cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

☐ other (please specify): _____

c. **Other Cancer:**

(i) If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon ☐ pharyngeal ☐ esophageal ☐ laryngeal ☐ stomach cancer

☐ other, please specify: _____

(ii) Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

☐ other (please specify): _____

2

## PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE-PIQ  007549-009

d. **Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagn (check all that apply):

- ☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

- ☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

- ☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

- ☐ asbestosis determined by pathology

- ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating total lung capacity less than 65% predicted

- ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

- ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

- ☐ other (please specify): _____

e. **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

- ☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

- ☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

- ☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

- ☐ asbestosis determined by pathology

- ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

- ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

- ☐ other (please specify): _____

3

PART II:  ASBESTOS-RELATED CONDITION(S) (Continued)

f.  **Other Asbestos Disease:**  If alleging any asbestos-related injuries, medical diagnoses, and/ those above, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ diagnosis determined by pathology

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  other than those described above

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing: Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a pulmonary function test other than that discussed above

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐ a CT Scan or similar testing

☐ a diagnosis other than those above

☐ other (please specify):_____

[REMAINDER OF PAGE INTENTIONALLY BLANK]

4

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE-PIQ 007549-011

2. **Information Regarding Diagnosis**

Date of Diagnosis: ................................................................._ _ / _ _ / _ _ _ _

Diagnosing Doctor's Name: _____

Diagnosing Doctor's Specialty: _____

Diagnosing Doctor's Mailing Address: _____

.                                         Address

_____
City                                State/Province                        Zip/Postal Code

Diagnosing Doctor's Daytime Telephone Number: ....................................... ( _ _ _ ) _ _ _ - _ _ _ _

**With respect to your relationship to the diagnosing doctor, check all applicable boxes:**

Was the diagnosing doctor your personal physician? .......................................................☐ Yes ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed?.................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor?...........☐ Yes ☐ No

Was the diagnosing doctor referred to you by counsel? .....................................................☐ Yes ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel?........................☐ Yes ☐ No

*If yes, please explain:* _____

_____

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine
at the time of the diagnosis? ..........................................................................................☐ Yes ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the
diagnosis? ..................................................................................................................☐ Yes ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to
diagnosis? ..................................................................................................................☐ Yes ☐ No

Did the diagnosing doctor perform a physical examination? ...............................................☐ Yes ☐ No

Do you currently use tobacco products? ...........................................................................☐ Yes ☐ No

Have you ever used tobacco products? ..............................................................................☐ Yes ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco
products and the dates and frequency with which such products were used:*

☐  Cigarettes          Packs Per Day (half pack = .5) _____   Start Year _ _ _ _   End Year _ _ _ _

☐  Cigars              Cigars Per Day _____          Start Year _ _ _ _   End Year _ _ _ _

☐ If Other Tobacco Products, please specify (e.g., chewing tobacco): _____
                       Amount Per Day _____          Start Year _ _ _ _   End Year _ _ _ _

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")?...................☐ Yes ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

_____

3. **Information Regarding Chest X-Ray**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐  Mobile laboratory ☐ Job site ☐ Union Hall ☐ Doctor office ☐ Hospital ☐ Other: _____

Address where chest x-ray taken: _____
                                         Address

_____
City                                State/Province                        Zip/Postal Code

---

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE-PIQ 007549-012

4.  **Information Regarding Chest X-Ray Reading**

Date of Reading: ___ / ___ / _____          ILO score: _____

Name of Reader: _____

Reader's Daytime Telephone Number:.................................. ( ___ ) ___ - _____

Reader's Mailing Address: _____
                          Address

_____
City                                State/Province              Zip/Postal Code

With respect to your relationship to the reader, check all applicable boxes:

Was the reader paid for the services that he/she performed..................................☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the reader? ...........☐ Yes  ☐ No

Was the reader referred to you by counsel?.................................................................☐ Yes  ☐ No

Are you aware of any relationship between the reader and your legal counsel? ...........................☐ Yes  ☐ No

*If yes, please explain:* _____

Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?

..................................................................................................................☐ Yes  ☐ No

*If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* _____

5.  **Information Regarding Pulmonary Function Test:** .................Date of Test: ___ / ___ / _____

List your height in feet and inches when test given: ......................... _____ ft _____ inches

List your weight in pounds when test given: .................................................... _____ lbs

Total Lung Capacity (TLC):............................................................._____% of predicted

Forced Vital Capacity (FVC): ........................................................_____% of predicted

FEV1/FVC Ratio: .........................................................................._____% of predicted

Name of Doctor Performing Test (if applicable): _____

Doctor's Specialty: _____

Name of Clinician Performing Test (if applicable): _____

Testing Doctor or Clinician's Mailing Address: _____
                                               Address

_____
City                                State/Province              Zip/Postal Code

Testing Doctor or Clinician's Daytime Telephone Number: .................( ___ ) ___ - _____

Name of Doctor Interpreting Test: _____

Doctor's Specialty: _____

Interpreting Doctor's Mailing Address: _____
                                       Address

_____
City                                State/Province              Zip/Postal Code

Interpreting Doctor's Daytime Telephone Number: ...........................( ___ ) ___ - _____

## PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE-PIQ 007549-013

With respect to your relationship to the doctor or clinician who performed the pulmonar applicable boxes:

If the test was performed by a doctor, was the doctor your personal physician? ..................................... ☐ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ..................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:*

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician?.. ☐ Yes ☐ No

Was the testing doctor or clinician referred to you by counsel? ..................................... ☐ Yes ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ............ ☐ Yes ☐ No

*If yes, please explain:*

Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test? .......................................................... ☐ Yes ☐ No

With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:

Was the doctor your personal physician? ........................................................... ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? .......................................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:*

Did you retain counsel in order to receive any of the services performed by the doctor? .................... ☐ Yes ☐ No

Was the doctor referred to you by counsel? ......................................................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ........................... ☐ Yes ☐ No

*If yes, please explain*

Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed? .............................. ☐ Yes ☐ No

6. **Information Regarding Pathology Reports:**

Date of Pathology Report: ...................................................... __ / __ / __ __ __ __

Findings: _____

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____
                          Address

City                              State/Province                         Zip/Postal Code

Doctor's Daytime Telephone Number: ........................................... ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

Was the doctor your personal physician? ........................................................... ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? .......................................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:*

Did you retain counsel in order to receive any of the services performed by the doctor? .................... ☐ Yes ☐ No

Was the doctor referred to you by counsel? ......................................................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ........................... ☐ Yes ☐ No

*If yes, please explain:*

Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?

.......................................................................................... ☐ Yes ☐ No

7

**PART II: ASBESTOS-RELATED CONDITION(S) (Continue**

WR GRACE-PIQ 007549-014

7. **With respect to the condition alleged, have you received medical treatment from a do**
.......................................................................................................................... ☐ Yes ☐ No

*If yes, please complete the following:*

**Name of Treating Doctor:** _____

**Treating Doctor's Specialty:** _____

**Treating Doctor's Mailing Address:** _____
_____
Address

_____
City                                State/Province                     Zip/Postal Code

**Treating Doctor's Daytime Telephone number:** ............................ ( _ _ _ ) _ _ _ - _ _ _ _

**Was the doctor paid for the services that he/she performed?** ........................ ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

**Did you retain counsel in order to receive any of the services performed by the doctor?** .............. ☐ Yes ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WR GRACE-PIQ 007549-015

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If often, please specify.

Site of Exposure:

Site Name: _____    Location: _____

Site Type: ☐ Residence ☐ Business    Site Owner: _____

Employer During Exposure: _____

Unions of which you were a member during your employment: _____

| | Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure: (hours/day, days/year) | Occupation Code¹ (If code 30-, specify) | Industry Code² (If code 41 or 13-, specify) | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | | |
| Job 2 Description: | | | | | | | |
| Job 3 Description: | | | | | | | |
| Job 4 Description: | | | | | | | |
| Job 5 Description: | | | | | | | |
| Job 6 Description: | | | | | | | |

9

## PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING

WR GRACE-PIQ 007549-016

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person? ............................................................................................ ☐ Yes ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: _____     Gender: ☐ Male ☐ Female

   Last Four Digits of Social Security Number: __ __ __ __     Birth Date: __ __ / __ __ / __ __ __ __

3. What is your Relationship to Other Injured Person: ..................................☐ Spouse ☐ Child ☐ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:

   _____

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:

   From: __ __ / __ __ / __ __ __ __   To: __ __ / __ __ / __ __ __ __

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:

   _____

7. Has the Other Injured Person filed a lawsuit related to his/her exposure? ............................................. ☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   Caption: _____

   Case Number: _____   File Date: __ __ / __ __ / __ __ __ __

   Court Name: _____

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:

   _____

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:

   From: __ __ / __ __ / __ __ __ __   To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:

    _____

[REMAINDER OF PAGE INTENTIONALLY BLANK]

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products     (d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed
(b) A worker who personally removed or cut Non-Grace asbestos-containing       or cut by others
     products                                              (e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed
(c) A worker who personally installed Non-Grace asbestos-containing products       or cut by others
                                                      (f) If other, please specify.

Party Against which Lawsuit or Claim was Filed:
_____

| | | Product(s). | Dates and Frequency of Exposure (hours/days, days/year). | Occupation Code If Code 59, specify. | Industry Code If Code 118, specify. | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| **Site of Exposure 1** | Job 1 Description: | | | | | | |
| Site Name:____ | | | | | | | |
| Address:____ | Job 2 Description: | | | | | | |
| City and State:____ | | | | | | | |
| Site Owner:____ | Job 3 Description: | | | | | | |
| **Site of Exposure 2** | Job 1 Description: | | | | | | |
| Site Name:____ | | | | | | | |
| Address:____ | Job 2 Description: | | | | | | |
| City and State:____ | | | | | | | |
| Site Owner:____ | Job 3 Description: | | | | | | |
| **Site of Exposure 3** | Job 1 Description: | | | | | | |
| Site Name:____ | | | | | | | |
| Address:____ | Job 2 Description: | | | | | | |
| City and State:____ | | | | | | | |
| Site Owner:____ | Job 3 Description: | | | | | | |

NR GRACE-PIQ 007549-017

11

## PART VI: EMPLOYMENT HISTORY

HR GRACE-PIQ 007549-018

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

Occupation Code: _____ If Code 59, specify: _____

Industry Code: _____ If Code 118, specify: _____

Employer: _____

Beginning of Employment: ___ ___ / ___ ___ / ___ ___ ___ ___    End of Employment: ___ ___ / ___ ___ / ___ ___ ___ ___

Location: _____
          Address

City                          State/Province              Zip/Postal Code

Occupation Code: _____ If Code 59, specify: _____

Industry Code: _____ If Code 118, specify: _____

Employer: _____

Beginning of Employment: ___ ___ / ___ ___ / ___ ___ ___ ___    End of Employment: ___ ___ / ___ ___ / ___ ___ ___ ___

Location: _____
          Address

City                          State/Province              Zip/Postal Code

Occupation Code: _____ If Code 59, specify: _____

Industry Code: _____ If Code 118, specify: _____

Employer: _____

Beginning of Employment: ___ ___ / ___ ___ / ___ ___ ___ ___    End of Employment: ___ ___ / ___ ___ / ___ ___ ___ ___

Location: _____
          Address

City                          State/Province              Zip/Postal Code

Occupation Code: _____ If Code 59, specify: _____

Industry Code: _____ If Code 118, specify: _____

Employer: _____

Beginning of Employment: ___ ___ / ___ ___ / ___ ___ ___ ___    End of Employment: ___ ___ / ___ ___ / ___ ___ ___ ___

Location: _____
          Address

City                          State/Province              Zip/Postal Code

12

**PART VII: LITIGATION AND CLAIMS REGARDING ASBESTOS AND/O**

WR GRACE-PIQ  007549-019

**a. LITIGATION**

1. Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?............................☐ Yes ☐ No

   *If yes, please complete the rest of this Part VII(a) for each lawsuit. For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2. Please provide the caption, case number, file date, and court name for the lawsuit you filed:

   Caption: _____

   Case Number: _____  File Date: __ __ / __ __ / __ __ __ __

   Court Name: _____

3. Was Grace a defendant in the lawsuit? ..............................................................☐ Yes ☐ No

4. Was the lawsuit dismissed against any defendant? .............................................☐ Yes ☐ No

   *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*

   _____

   _____

   _____

5. Has a judgment or verdict been entered?.............................................................☐ Yes ☑ No

   *If yes, please indicate verdict amount for each defendant(s):* _____

6. Was a settlement agreement reached in this lawsuit? ..........................................☐ Yes ☐ No

   *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

   a. Settlement amount for each defendant: _____

   b. Applicable defendants:_____

   c. Disease or condition alleged: _____

   d. Disease or condition settled (if different than disease or condition alleged):_____

7. Were you deposed in this lawsuit? ......................................................................☐ Yes ☐ No

   *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire*

**b. CLAIMS**

1. Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? ..........................................☐ Yes ☐ No

   *If yes, please complete the rest of this Part VII(b). If no, please skip to Part VIII.*

2. Date the claim was submitted:............................................................... __ __ / __ __ / __ __ __ __

3. Person or entity against whom the claim was submitted:_____

4. Description of claim: _____

5. Was claim settled? ...............................................................................................☐ Yes ☐ No

6. Please indicate settlement amount: ..................................................... $ _____

7. Was the claim dismissed or otherwise disallowed or not honored? ......................☐ Yes ☐ No

   *If yes, provide the basis for dismissal of the claim:*_____

13

| PART VIII:  CLAIMS BY DEPENDENTS OR RELATED PE |
|---|

WR GRACE-PIQ 007549-020

Name of Dependent or Related Person: _____  Gender: ☐ Male  ☐ Female

Last Four Digits of Social Security Number: __ __ __ __    Birth Date: __ __ / __ __ / __ __ __ __

Financially Dependent:............................................................................................................☐ Yes  ☐ No

Relationship to Injured Party: ☐ Spouse  ☐ Child  ☐ Other  If other, please specify _____

Mailing Address: _____
          Address

_____

City                                   State/Province                         Zip/Postal Code

Daytime Telephone number: ................................................ ( __ __ __ ) __ __ __ - __ __ __ __

| PART IX:  SUPPORTING DOCUMENTATION |
|---|

Please use the checklists below to indicate which documents you are submitting with this form.

**Copies:**

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products
☐ Supporting documentation of other asbestos exposure

☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Depositions from lawsuits indicated in Part VII of this Questionnaire
☐ Death Certification

**Originals:**

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products

☐ Supporting documentation of other asbestos exposure
☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation.  Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

_____

| PART X: ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE |
|---|

The information provided in this Questionnaire must be accurate and truthful.  This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim.  The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both.  18 U.S.C. §§ 152 & 3571.
**TO BE COMPLETED BY THE INJURED PERSON.**

I swear, **under penalty of perjury**, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete.

Signature: _____    Date: __ __ / __ __ / __ __ __ __

Please Print Name: _____

**TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.**

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: _____    Date: __ __ / __ __ / __ __ __ __

Please Print Name: _____

14

**REDACTED**



WR GRACE-PIQ 007549-021

## Introduction

The Federal Rules provide that, where the answer to an interrogatory may be derived or ascertained from the records of the party upon whom the interrogatory has been served or from an examination, audit, or inspection of such records, including a compilation, abstract, or summary thereof, and the burden of deriving or ascertaining the answer is substantially the same for the party serving the interrogatory as for the party served, it is a sufficient answer to such interrogatory to specify the records from which the answer may be derived or ascertained and to afford to the party serving the interrogatory reasonable opportunity to examine, audit, or inspect such records and to make copies, compilations, abstracts, or summaries. Fed. R. Civ. P. 33(d). Accordingly, Claimant hereby attaches, if available or applicable, the following types of documents in the possession, custody, or control of the Claimant and/or Provost ★ Umphrey Law Firm:

(1)  Interrogatory responses from state or federal court asbestos-related lawsuits;

(2)  Medical reports including, but not limited to, b-reads, linking reports, pathology reports, pulmonary function tests, and other expert reports identifying or diagnosing an asbestos-related disease;

(3)  Social Security employment records, annotated with specific worksites where applicable and as included;

(4)  Death certificate;

(5)  Claimant deposition;

(6)  Settlement report identifying those entities or parties from whom the Claimant has received funded settlements;

### PART I. IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

**A1.    Name of Claimant:** See above.

**A2.    Gender:** To the extent provided, please refer to interrogatory responses, medical reports, specifically pulmonary function tests, death certificate, and/or Claimant deposition.

**A3.    Race:** To the extent provided, please refer to interrogatory responses, medical reports, specifically pulmonary function tests, death certificate, and/or Claimant deposition.

**A4.    Last Four Digits of Social Security Number:** See above.

**A5.    Birth Date:** To the extent provided, please refer to interrogatory responses, and medical reports.

**A6.    Mailing Address:** To the extent provided, please refer to interrogatory responses.

**A7.    Daytime Telephone Number:** To the extent provided, please refer to interrogatory responses.

**B1.    Name of Lawyer(s):** Bryan O. Blevins, Jr., Aaryn K. Giblin, and Colin D. Moore

**REDACTED**

HR GRACE-PIQ 007549-022

**B2.**    **Name of Law Firm with which Lawyer is Affiliated:** Provost ★ Umphrey Law Firm, L.L.P.

**B3.**    **Mailing Address of Firm:** P.O. Box 4905; Beaumont, Texas 77704

**B4.**    **Law Firm's Telephone Number:** (409) 835-6000

**B4.5**    **Correspondence:** Send all correspondence to law firm.

**C1.**    **Living or Deceased:** To the extent provided, please refer to death certificate, and answers to interrogatories.

**C1.A.**  **Date of Death:** To the extent provided, please refer to death certificate, medical records and answers to interrogatories.

**C2.**    **Death Certificate Information:** To the extent provided, please refer to death certificate and medical records.

PART II. ASBESTOS-RELATED CONDITION

**1.**    **Asbestos-Related Condition:** For Claimant's asbestos-related condition and, to the extent provided, please refer to Claimant's answers to interrogatories, medical reports, and/or death certificate.

**1.a.**   **Mesothelioma:** Please refer to Claimant's response in Part II, No. 1.

**1.b.**   **Asbestos-Related Lung Cancer:** Please refer to Claimant's response in Part II, No. 1.

**1.c.**   **Other Cancer:** Please refer to Claimant's response in Part II, No. 1.

**1.d.**   **Clinically Severe Asbestosis:** Please refer to Claimant's response in Part II, No. 1.

**1.e.**   **Asbestosis:** Please refer to Claimant's response in Part II, No. 1.

**1.f.**   **Other Asbestos Disease:** Please refer to Claimant's response in Part II, No. 1.

**2.**    **Information Regarding Diagnosis:** For information relating to the diagnosing physician or b-reader, please refer to Claimant's medical report(s) or deposition to the extent provided. For additional information about the diagnosing physician or b-reader, please refer to Claimant's interrogatory responses to the extent provided. For information specifically related to the diagnosing physician or b-reader's credentials, Claimant waives any procedural block and grants the debtor the right to contact these identified diagnosing physicians or b-readers. Additional information as to the diagnosing physician or b-reader may be found by writing the American Medical Association or by visiting its website at http://www.ama-assn.org. Further, many states maintain databases on physicians licensed to practice within their jurisdiction.

In most instances, the diagnosing physician or b-reader was not the Claimant's personal physician and was not paid directly by the Claimant at the time services were rendered.

**REDACTED**



WR GRACE-PIQ 007549-023

For information regarding whether or not physician performed a physical please see medical reports where provided.

In most instances, the diagnosing physician inquired about the Claimant's smoking history. For a detailed description of Claimant's smoking history, please refer to Claimant's interrogatory responses, medical reports, deposition, or death certificate.

Except as noted in Claimant's medical report, interrogatory responses, or death certificate, Claimant has not been diagnosed with chronic obstructive pulmonary disease.

**3.**    **Information Regarding Chest X-Ray:**  For information relating to the chest x-ray, please refer to Claimant's medical report(s) or deposition to the extent provided.

**4.**    **Information Regarding Chest X-Ray Reading:** For information relating to the chest x-ray or the b-reader who read the x-ray, please refer to Claimant's medical report(s) or deposition to the extent provided. Further information about the b-reader who read the chest x-ray may be found by writing NIOSH / CDC or by visiting its website at http://www.cdc.gov/niosh/topics/chestradiography/breader-list.html.   In most instances, the b-reader was not paid directly by the Claimant at the time services were rendered.

**5.**    **Information Regarding Pulmonary Function Test:** To the extent performed and reported refer to Claimant's Pulmonary Function Test for information relating to date of the test, height and weight at time of the test, percentage of total lung capacity, forced vital capacity and FEV1/FVC Ratio.   For information relating to the physician or technician, please refer to Claimant's medical report(s), specifically, where provided, pulmonary function test reports or deposition to the extent provided. For additional information about the physician or technician, please refer to Claimant's interrogatory responses to the extent provided.   For information specifically related to the physician's or technician's credentials, Claimant waives any procedural block and grants the debtor the right to contact these identified physicians or technicians.  Additional information as to the physician or technician may be found by writing the American Medical Association or by visiting its website at http://www.ama-assn.org. Further, many states maintain databases on physicians licensed to practice within their jurisdiction. The American Board of Internal Medicine maintains records on its physicians and its website can be found at http://www.abim.org.

In most instances, the physician or technician was not the Claimant's personal physician and was not paid directly by the Claimant at the time services were rendered.

**6.**    **Information Regarding Pathology Reports:** To the extent performed and reported, see claimants medical reports specifically pathology reports where applicable for information regarding the date of findings of the report.  For information relating to the physician issuing the report, please refer to Claimant's medical report(s), specifically pathology reports where applicable, or deposition to the extent provided. For additional information about the physician, please refer to Claimant's interrogatory responses to the extent provided.  For information specifically related to the physician's credentials, Claimant waives any procedural block and grants the debtor the right to contact these identified physicians.  Additional information as to the physician may be found by writing the American Medical Association or by visiting its website at http://www.ama-assn.org.  Further, many states maintain databases on physicians licensed to

**REDACTED**



practice within their jurisdiction. The American Board of Pathology maintains records on its physicians and its website can be found at http://www.abpath.org.

    In most instances, the physician was not the Claimant's personal physician and was not paid directly by the Claimant at the time services were rendered.

7.    **Medical Treatment:** To the extent performed and reported, for information relating to the physician, please refer to Claimant's medical report(s) or deposition to the extent provided. For additional information about the physician, please refer to Claimant's interrogatory responses to the extent provided.

### PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

1.    **Work History:** The debtor and premises' owners where Claimant worked possess much, if not all, of the information sought in this request. Until such time that the debtor and premises' owners disclose the specific products and equipment, including but not limited to Heavy Equipment, pumps, vessels, boilers, turbines, furnaces, tractors, engines, mobile or affixed equipment containing or utilizing asbestos or asbestos-containing products or component parts used in or near the areas where the Claimant worked, as identified in Claimant's responses to interrogatories and/or deposition, the Claimant cannot fully articulate as to the extent of exposure to debtor's asbestos or asbestos-containing products. To the extent provided, Claimant identifies those asbestos-containing products, including the debtor's asbestos-containing products which he/she worked with or around during his/her working career.

    For a specific description of Claimant's job duties, please refer to Claimant's Social Security Employment Records, interrogatory responses and/or deposition to the extent provided. With the records provided, Debtor can reconcile which sites they sold products to before and during the time periods that claimant worked. Debtor, to the extent required, may match up Claimant's job titles to its occupation and industry codes should it require this information.

    For information regarding union affiliation, please see Claimant's interrogatory responses where provided.

### PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

1.    **Secondary Exposure:** In most instances, Claimant is not claiming secondary exposure. To the extent secondary exposure is alleged, for information relating to the primary exposure individual(s), identification of products, nature of exposure, or lawsuit(s) filed, please refer to Claimants interrogatory responses, deposition, or medical reports to the extent provided.

2.    **Information Regarding Secondary Exposure:** Please refer to Claimant's response in Part IV, No. 1.

3.    **Relationship:** Please refer to Claimant's response in Part IV, No. 1.

4.    **Nature of Exposure:** Please refer to Claimant's response in Part IV, No. 1.

5.    **Products:** Please refer to Claimant's response in Part IV, No. 1.

6.    **Identification:** Please refer to Claimant's response in Part IV, No. 1.

**REDACTED**


WR GRACE-PIQ 007549-025

7.    **Lawsuit:** Please refer to Claimant's response in Part IV, No. 1.

8.    **Nature of Exposure:** Please refer to Claimant's response in Part IV, No. 1.

9.    **Dates of Exposure:** Please refer to Claimant's response in Part IV, No. 1.

10.    **Identification:** Please refer to Claimant's response in Part IV, No. 1.

### PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

1.    **Work History:** For a list of Defendants against whom claimant filed a lawsuit, please see Plaintiff Petition which was served on Grace at the time suit was filed. The non-debtor asbestos companies and premises' owners where Claimant worked possess much, if not all, of the information sought in this request. Until such time that the non-debtor asbestos companies and premises' owners disclose the specific products and equipment, including but not limited to heavy equipment, pumps, vessels, boilers, turbines, furnaces, tractors, engines, mobile or affixed equipment containing or utilizing asbestos or asbestos-containing products or component parts used in or near the areas where the Claimant worked, as identified in Claimant's responses to interrogatories and/or deposition, the Claimant cannot fully articulate as to the extent of exposure to non-debtor asbestos companies' asbestos or asbestos-containing products. To the extent provided, Claimant identifies those asbestos-containing products, including the debtor's asbestos-containing products which he/she worked with or around during his/her working career.

For a specific description of Claimant's job duties, please refer to Claimant's Social Security Employment Records, interrogatory responses and/or deposition to the extent provided. Debtor, to the extent required, may match up Claimant's job titles to its occupation and industry codes should it require this information.

Claimant filed suit against various asbestos defendants for asbestos-related injuries in the lawsuits identified in Part VII.

### PART VI: EMPLOYMENT HISTORY

1.    **Work History:** To the extent provided, please refer to Claimant's Social Security Employment Records, interrogatory responses, medical reports, death certificate, and/or Claimant deposition for years of employment, Employer identity and location. Debtor, to the extent required, may match up Claimant's job titles to its occupation and industry codes should it require this information.

### PART VII: LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR SILICA
#### A. LITIGATION

A.1.    **Plaintiff in Lawsuit:** Yes

A.2.    **Case Information:** Please refer to claimant's responses to interrogatories for information regarding the Caption, Case number and court name. This lawsuit was filed in <u>DISTRICT COURT OF JEFFERSON COUNTY, TEXAS</u> on <u>01/06/1995</u>, Cause Number B-150,374.

**REDACTED**



WR GRACE-PIR 007549-026

**A.3.    Grace as a Defendant:** To the extent named and served and to the extent debtor answered the lawsuit or made an appearance, yes. Assuming the foregoing, Debtor is in possession of this information and may verify through its own records.

**A.4.    Was the Lawsuit Dismissed Against Any Defendant:** Claimant objects on the basis that the decisions reached in determining which defendants are dismissed in a claim is privileged under both the work product and attorney client privilege, subject to and without waiving those objections, claimant answers as follows. Yes. To the extent Debtor needs to know why a specific defendant was dismissed from a specific lawsuit it need look no further than its own history in asbestos litigation while it was a solvent defendant. Some defendants are dismissed for lack of jurisdiction; some defendants are dismissed because of insolvency and bankruptcy. Still others are dismissed after an equitable settlement is reached or because the defendant's defense to the claims is valid and cannot be overcome based upon the specific facts of the case. Notwithstanding, Claimant attaches a printout of those asbestos defendants in which a settlement was reached and funded.

**A.5.    Has a judgment or verdict been entered:** Claimant is unaware if a judgment or verdict has been entered.

**A.6.    Was a settlement agreement reached in this lawsuit:** Yes. To Claimant's knowledge, settlements are protected by a duly executed confidentiality agreement. Claimant cannot and will not violate any confidentiality agreements. To further debtor understanding of Claimant's settlement, please refer to the attached settlement report.

**A.7. Deposition:** To the extent the deposition is attached, yes, Claimant was deposed. If in the event that a deposition is not attached, Claimant was not deposed.

B. CLAIMS

**B.1.    Claims against asbestos trusts:** To the extent identified in Claimant's settlement report, Claimant has made claims against an asbestos trust.

**B.2.    Date of Claim:** Please refer to the information contained in Claimant's settlement report.

**B.3.    Entity:** Please refer to the information contained in Claimant's settlement report.

**B.4.    Description of Claim:** Claim was for asbestos-related injuries.

**B.5.    Settled:** Yes, to the extent identified in Claimant's settlement report.

**B.6.    Settlement Amount:** Please refer to the information contained in Claimant's settlement report. To Claimant's knowledge, settlements are protected by a duly executed confidentiality agreement. Claimant cannot and will not violate any confidentiality agreements.

**REDACTED**



WR GRACE-PIQ 007549-027

**B.7.    Claim Allowed:** To the extent identified in Claimant's settlement report, the claim was allowed and funded.

### PART VIII: CLAIMS BY DEFENDANTS OR RELATED PERSONS
To the extent the Claimant is deceased as evidenced by the attached death certificate the following person(s) maintains Claimant's claim:

Representative:
Representative's relationship to Claimant:
Representative's legal capacity:
Representative's social security number:
Representative's mailing address:

### PART IX: SUPPORTING DOCUMENTATION
Please see attached documents.

### PART X: ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE
**1.    Claimant Verification:** The Claimant specific information requested in the *W.R. Grace Asbestos Personal Injury Questionnaire* that is within the knowledge of the Claimant is also contained in Claimant's interrogatory responses.  Claimant 's verification attests that the information contained therein was true and correct and, as such, that endeavor need not be duplicated here.

**2.    Attorney Verification:** To the best of my knowledge, the information contained in Claimant's response to the *W.R. Grace Asbestos Personal Injury Questionnaire* is true and accurate.


Attorney Signature                                    Date

Printed Name:
Bryan O. Blevins, Jr.
Aaryn K. Giblin
Colin D. Moore

REDACTED



WR GRACE-PIQ 007549-028

# WORK HISTORY INFORMATION

# W. R. GRACE



| CLIENT NAME | SSN |
| --- | --- |
| REDACTED | REDACTED |

| Employer | Occupation | From | To |
| --- | --- | --- | --- |
| U.S.STEEL-FAIRFIELD,AL | OPER-REPAIR-LABOR | 1952 | 1958 |
| CENTRAL FOUNDRY-HOLT,AL | MACH-REPAIR-LABOR | 1960 | 1964 |

BAL



WR GRACE-PIQ 007549-029

| SSN | LastName | FirstName | MI | Suffix | Defendant | SettlementAmount |
|---|---|---|---|---|---|---|
| | | | | | 3M | $400.00 |
| | | | | | Abex | $275.00 |
| | | | | | Asarco | $250.00 |
| **REDACTED** | | | | | Celotex | $1,000.00 |
| | | | | | Crown Cork | $1,100.00 |
| | | | | | CSR | $250.00 |
| | | | | | DresserInd | $100.00 |
| | | | | | EaglePicher | $2,406.00 |
| | | | | | G E | $3,000.00 |
| | | | | | Garlock | $1,400.00 |
| | | | | | H.K.Porter | $172.50 |
| | | | | | Harb-Walke | $1,000.00 |
| | | | | | Inger-Rand | $1,000.00 |
| | | | | | Met Life | $1,550.00 |
| | | | | | Mobil Oil | $400.00 |
| | | | | | N A Refract | $400.00 |
| **REDACTED** | | | | | SEPCO | $200.00 |
| | | | | | ShookFletch | $900.00 |
| | | | | | SHOOKFLETCH2 | $195.00 |
| | | | | | Westinghou | $1,350.00 |
| | | | | | | $17,348.50 |

WR GRACE-PIQ 007549-030

RAY A. HARRON, M.D.
P O Box 400
Bridgeport, WV 26330

12/29/94

NAME:          **REDACTED**

DATE OF X-RAY: 12/9/94

There are primary s, secondary t , sized opacities involving six lung fields.  Profusion  1/1.

IMPRESSION: Consistent with asbestosis.

RAH/KC

Ray A. Harron, M.D.
Diplomate of the American Board
of Radiology

**REDACTED**

WR GRACE-PIQ 007549-031

| WORKER'S Social Security Number | TYPE OF READING |
|---|---|
| | A E P |

**1A. DATE OF X-RAY** | **1B. FILM QUALITY** If Not Grade 1 Give Reason: | **1C. IS FILM COMPLETELY NEGATIVE?**
MONTH DAY YR | 1 2 3 ⊠/n | YES ☐ Proceed to Section 3   NO ☒ Proceed to Section 2

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** YES ☒ COMPLETE 2B and 2C   NO ☐ PROCEED TO SECTION 3

**2B. SMALL OPACITIES**

a. SHAPE/SIZE
PRIMARY          SECONDARY

| p | ⊠ | | p | s |
| q | t | | q | t |
| r | u | | r | u |

b. ZONES

| ⊠ | ⊠ |
| ⊠ | ⊠ |
| ⊠ | ⊠ |
| R | L |

c. PROFUSION

| 0/0 | 0/1 | 1/0 |
| 1/1 | ⊠/2 | 2/1 |
| 2/2 | 2/3 | 3/2 |
| 3/3 | 3/+ | |

**2C. LARGE OPACITIES**

SIZE ☒ A B C

PROCEED TO SECTION 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** YES ☐ COMPLETE 3B, 3C and 3D   NO ☒ PROCEED TO SECTION 4

**3B. PLEURAL THICKENING**

a. DIAPHRAGM (plaque)
SITE O R L

b. COSTOPHRENIC ANGLE
SITE O R L

**3C. PLEURAL THICKENING...Chest Wall**

a. CIRCUMSCRIBED (plaque)

| | O R | | O L |
| SITE | O R | | O L |
| IN PROFILE | | | |
| I. WIDTH | O A B C | | O A B C |
| II. EXTENT | 0 1 2 3 | | 0 1 2 3 |
| FACE ON | | | |
| iii. EXTENT | 0 1 2 3 | | 0 1 2 3 |

b. DIFFUSE

| | O R | | O L |
| SITE | O R | | O L |
| IN PROFILE | | | |
| I. WIDTH | O A B C | | O A B C |
| II. EXTENT | 0 1 2 3 | | 0 1 2 3 |
| FACE ON | | | |
| iii. EXTENT | 0 1 2 3 | | 0 1 2 3 |

**3D. PLEURAL CALCIFICATION**

| | SITE O R EXTENT | | SITE O L EXTENT |
|---|---|---|---|
| a. DIAPHRAGM | 0 1 2 3 | a. DIAPHRAGM | 0 1 2 3 |
| b. WALL | 0 1 2 3 | b. WALL | 0 1 2 3 |
| c. OTHER SITES | 0 1 2 3 | c. OTHER SITES | 0 1 2 3 |

PROCEED TO SECTION 4

**4A. ANY OTHER ABNORMALITIES?** YES ☐ COMPLETE 4B and 4C   NO ☒ PROCEED TO SECTION 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

O ax bu ca cn co cp cv di ef em es fr hi ho id ih kl pi px rp tb

Report items which may be of present clinical significance in this section.   ⊠ OD (SPECIFY od.)

Date Personal Physician notified?
MONTH DAY YR

**4C. OTHER COMMENTS**

☐ No asbestosis
☒ Consistent with asbestosis
☐ Consistent with asbestos related disease

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C:   YES ☐ NO ☒   PROCEED TO SECTION 5

**5. FILM READER'S INITIALS**  R A H

PHYSICIAN'S SOCIAL SECURITY NUMBER*  0 5 5 2 6 1 2 9 4

DATE OF READING
MONTH DAY YR  1 2 2 0 9 4

NAME (LAST—FIRST—MIDDLE)  Ray A. Harron, MD   P O Box 400   Ray A Harron MD

Complete if social security number is not furnished:

STREET ADDRESS  901 West Main Street   CITY  Bridgeport   STATE  WV   ZIP CODE  26330

*Furnishing your social security number is voluntary. Your refusal to provide this number



WR GRACE-PIQ 007549-032

# LARRY M. MITCHELL, M.D.

### INTERNAL MEDICINE

BUFORD PLAZA, SUITE 1
3055 McFARLAND BOULEVARD
NORTH PORT, AL 35476

TELEPHONE (205)-339-9533

DATE:                December 9, 1994

NAME:
ADDRESS:            **REDACTED**

SSN:               **REDACTED**
DOB:
DATE OF EXPOSURE:   1952 to 1964 intermittently

CHIEF COMPLAINT:    Dyspnea

PRESENT ILLNESS:    The patient relates a progressive onset of dyspnea over the past few years to a class 3* limitation. (Dyspnea while walking on level ground with person of the same age or walking up one flight of stairs. Patient can walk a mile at own pace without dyspnea, but cannot keep pace on level ground with others of same age and body build.) This is associated with a cough. He has had some night sweats and also angina. He denies pneumonia. He quit smoking 11 years ago after a 2 pack a day 40 year history of cigarette smoking.

OCCUPATIONAL EXPOSURE HISTORY:    The man is a machinist, he worked from 1952 to 1954 at U.S. Steel, 1956 to 1958 at U.S. Steel and from 1960 to 1964 at Central Foundry in Holt, AL. During his employment, he had occasion to be intermittently exposed to asbestos materials.

PAST HISTORY:    No history of hypertension, diabetes, tuberculosis or cancer. He has had no significant operations. He is on no medications. He denies allergies.

FAMILY HISTORY:    No history of high blood pressure, diabetes, tuberculosis or lung disease.

SOCIAL HISTORY:    He is married. He has 5 children. He does not smoke. He occasionally drinks alcoholic beverages.

REVIEW OF SYSTEMS: There is no history of connective tissue disease, cancer chemotherapy, pulmonary toxic drugs or lung irradiation.

**REDACTED**

Page Two



WR GRACE-PIQ 007549-033

<u>PHYSICAL EXAMINATION</u>:

    <u>GENERAL</u>:  He is a well developed well nourished caucasian man in no distress.
                He is 73" tall and weighs 275 lbs.

    <u>VITAL SIGNS</u>:  Blood Pressure  -  142/78
                    Pulse  -  70
                    Respiration  -

    <u>HEAD</u>:  Normochephalis.

    <u>NECK</u>:  Supple without masses.

    <u>CHEST</u>: He has a normal excursion.  Vocal fremitus is equal bilaterally.  Percussion note is within
          normal limits.  On auscultation the chest is clear.

    <u>EXTREMITIES</u>: No clubbing or cyanosis.

    <u>SKIN, NAILS & HAIR</u>:  Within normal limits.

<u>PULMONARY FUNCTION TESTS</u>:  Pulmonary function test done on 12/09/94 reveals a forced vital capacity
of 53% of predicted.  Total lung capacity is reduced to 64% of predicted.  The DLCO is calculated at 67% of
predicted.

<u>IMPRESSION</u>:  Pulmonary asbestosis.

<u>DISCUSSION</u>:  The diagnosis "Pulmonary asbestosis" means that this individual is suffering from an
abnormality of the parenchymal lung tissue consistent with interstitial fibrosis as a result of exposure to asbestos
products.

**REDACTED**

Page Three



WR GRACE-PIQ  007549-034

RECOMMENDATIONS:        1. Chest x-ray every six months.
                        2. Follow-up by local physician.



Larry M. Mitchell, M.D.

*References

1)   Guides to the Evaluation of Permanent Impairment, ed. 2.  Chicago, American Medical Association, 1984,
· by permission.



# INDUSTRIAL HEALTH COUNCIL
## BIRMINGHAM, AL.

### REDACTED



WR GRACE-PIQ 007549-035

**Name:**                                              **Id:**
**Gender:** Male                                       **Date:** 10/05/00
**Age:** 67      **Race:** Caucasian                   **Temp:** 22      **PBar:** 742
**Height(in):** 73      **Weight(lb):** 286            **Physician:**
**Any Info:**                                          **Technician:** Wanda Jones
**Diagnosis:**                                         **Smoker:** No
**Medication:**                                        **How Long:**          **Stopped:**
**Dyspnea Rest:** No                                   **Cigarettes:** No
**Dyspnea Exercise:** No                               **Cigars:** No
**Cough:** No                                          **Pipe:** No
**Persistent:** No

| Spirometry | (BTPS) | PRED | PRE-RX BEST | PRE-RX %PRED | POST-RX BEST | POST-RX %PRED | % CHG |
|---|---|---|---|---|---|---|---|
| FVC | Liters | 5.02 | ** 2.59 | ** 52 | | | |
| FEV.5 | Liters | 3.12 | ** 1.30 | ** 42 | | | |
| FEV.5/FVC % | | 50 | | | | | |
| FEV1 | Liters | 3.83 | ** 1.69 | ** 44 | | | |
| FEV1/FVC % | | 76 | ** 65 | | | | |
| FEV3 | Liters | 4.57 | ** 2.21 | ** 48 | | | |
| FEV3/FVC % | | 91 | ** 85 | | | | |
| FEF25-75% | L/sec | 3.36 | ** 0.89 | ** 26 | | | |
| FEF75-85% | L/sec | | 0.20 | | | | |
| FEF25% | L/sec | | 3.30 | | | | |
| FEF50% | L/sec | | 1.14 | | | | |
| FEF75% | L/sec | | 0.31 | | | | |
| Vmax 80% TLC/sec | | | | | | | |
| Vmax 70% TLC/sec | | | | | | | |
| Vmax 60% TLC/sec | | | | | | | |
| FEF200-1200/sec | | | 2.65 | | | | |
| PEF | L/sec | | 4.81 | | | | |
| FET100% | Sec | | 8.51 | | | | |
| FIVC | Liters | 5.02 | ** 2.16 | ** 43 | | | |
| FIV1 | Liters | | 1.65 | | | | |
| FIV1/FIVC % | | | 76 | | | | |
| FIF50% | L/sec | | 2.04 | | | | |
| PIF | L/sec | | 2.58 | | | | |
| FEF/FIF50 | | | 0.56 | | | | |
| FEV1/FIV1 | | | 1.03 | | | | |
| MVV | L/min | | | | | | |
| f | BPM | | | | | | |

CALIBRATION:  Pred Volume: 3.00  Expire Avg: 2.95          Inspire Avg: 3.01          Flow Cal Date: 10/05/00

( ) = OUTSIDE 95% CONFIDENCE INTERVAL          PF Reference: Crapo/Hsu          Version: IVS-0101-04-4

PAGE 2
Name:                        **REDACTED**                ID:

WR GRACE-PIQ 007549-036

## LUNG VOLUMES : (NITROGEN METHOD)

|        |        | Ref  | Pre Meas | Pre % Ref | Post Meas | Post % Ref | Post % Chg |
|--------|--------|------|----------|-----------|-----------|------------|------------|
| VC     | Liters | 5.02 | ** 2.59  | ** 52     |           |            |            |
| TLC    | Liters | 7.59 | ** 5.31  | ** 70     |           |            |            |
| RV     | Liters | 2.54 | 2.72     | 107       |           |            |            |
| RV/TLC | %      | 35   | ** 51    |           |           |            |            |
| FRC N2 | Liters | 4.04 | 3.32     | 82        |           |            |            |
| ERV    | Liters | 1.66 | ** 0.25  | ** 15     |           |            |            |
| IC     | Liters | 3.31 | ** 1.99  | ** 60     |           |            |            |
| VE     | L/min  | 9.8  | 11.4     | 117       |           |            |            |
| Vt     | Liters |      | 1.02     |           |           |            |            |
| f      | BPM    |      | 11       |           |           |            |            |

## DISTRIBUTION

|               | Ref | Pre Meas | Pre % Ref | Post Meas | Post % Ref | Post % Chg |
|---------------|-----|----------|-----------|-----------|------------|------------|
| LCI           |     | 9.91     |           |           |            |            |
| Wash Time Min |     | 5.2      |           |           |            |            |

## DIFFUSION

|          |             | Ref  | Pre Meas | Pre % Ref | Post Meas | Post % Ref | Post % Chg |
|----------|-------------|------|----------|-----------|-----------|------------|------------|
| DLCO     | mL/mmHg/min | 35.9 | ** 7.1   | ** 20     |           |            |            |
| DLCO/VA  | mL/mHg/min/L| 4.80 | 5.08     | 106       |           |            |            |
| Kroghs K | 1/min       |      | 4.39     |           |           |            |            |
| VA       | Liters      |      | 1.39     |           |           |            |            |
| CO T.C.  | Sec         |      | 13.7     |           |           |            |            |
| IVC      | Liters      |      | 0.80     |           |           |            |            |
| FI CH4   | %           |      | 0.300    |           |           |            |            |
| FE CH4   | %           |      | 0.122    |           |           |            |            |
| FI CO    | %           |      | 0.300    |           |           |            |            |
| FE CO    | %           |      | 0.051    |           |           |            |            |

## COMMENTS

Pt. made very good effort but, had much difficulty.

**REDACTED**

**PAGE 3**
**Name:**

Id:

HR GRACE-PIQ 007549-037

PRED    PRE    POST          PRED    POST    PRE





Interpretation:

CALIBRATION:  Pred Volume: 3.06   Expire Avg: 2.95          Inspire Avg: 3.01          Flow Cal Date: 10/05/80

( ) = OUTSIDE  95% CONFIDENCE INTERVAL      PF Reference: Crapo/Hsu          Version: IVS-0101-04-4

INDUSTRIAL HEALTH COUNCIL
BIRMINGHAM, AL.



WR GRACE-PIQ 007549-038

Date: 10/05/00                    Pre

**REDACTED**

Flow Volume Loop —

| | Ref | Best | % Ref | 1 |
|---|---|---|---|---|
| FVC | 5.02 | 2.59 | 52 | 2.59 |
| FEV1 | 3.83 | 1.69 | 44 | 1.69 |
| FEV1/FVC | 76 | 65 | | 65 |
| FEF25-75% | 3.36 | 0.89 | 26 | 0.89 |
| PEF | | 4.76 | | 4.76 |



INDUSTRIAL HEALTH COUNCIL
BIRMINGHAM, AL.



Date: 10/05/00                Pre

**REDACTED**



Flow Volume Loop ---

|          | Ref  | Best | % Ref | 1    | 2    |
|----------|------|------|-------|------|------|
| FVC      | 5.02 | 2.59 | 52    | 2.59 | 2.36 |
| FEV1     | 3.83 | 1.69 | 44    | 1.69 | 1.49 |
| FEV1/FVC | 76   | 65   |       | 65   | 63   |
| FEF25-75% | 3.36 | 0.89 | 26    | 0.89 | 0.77 |
| PEF      |      | 4.76 |       | 4.76 | 4.40 |

INDUSTRIAL HEALTH COUNCIL
BIRMINGHAM, AL.



WR GRACE-PIQ 007549-040

Date: 10/05/00              Pre        REDACTED

Flow Volume Loop ——

| | Ref | Best | % Ref | 1 | 2 | 3 |
|---|---|---|---|---|---|---|
| FVC | 5.02 | 2.59 | 52 | 2.59 | 2.36 | 2.16 |
| FEV1 | 3.83 | 1.69 | 44 | 1.69 | 1.49 | 1.34 |
| FEV1/FVC | 76 | 65 | | 65 | 63 | 62 |
| FEF25-75% | 3.36 | 0.89 | 26 | 0.89 | 0.77 | 0.66 |
| PEF | | 4.76 | | 4.76 | 4.40 | 3.56 |



INDUSTRIAL HEALTH COUNCIL
BIRMINGHAM, AL.


WR GRACE-PIQ 007549-041

Date: 10/05/00              Pre              **REDACTED**

Flow Volume Loop —

|         | Ref  | Best | % Ref | 1    | 2    | 3    | 4    |
|---------|------|------|-------|------|------|------|------|
| FVC     | 5.02 | 2.59 | 52    | 2.59 | 2.36 | 2.16 | 2.35 |
| FEV1    | 3.03 | 1.69 | 44    | 1.69 | 1.49 | 1.34 | 1.55 |
| FEV1/FVC| 76   | 65   |       | 65   | 63   | 62   | 66   |
| FEF25-75%| 3.36| 0.89 | 26    | 0.89 | 0.77 | 0.66 | 0.89 |
| PEF     |      | 4.81 |       | 4.76 | 4.40 | 3.56 | 4.81 |



INDUSTRIAL HEALTH COUNCIL
BIRMINGHAM, AL.


WR GRACE-PIQ 007549-042

Date: 10/05/00                     Pre
                                          REDACTED

Lung Volumes —

| | Ref | Best | % Ref | 1 |
|---|---|---|---|---|
| TLC | 7.59 | 5.31 | 70 | 5.31 |
| VC | 5.02 | 2.59 | 52 | 2.24 |
| FRC N2 | 4.04 | 3.32 | 82 | 3.32 |
| IC | 3.31 | 1.99 | 60 | 1.99 |
| RV | 2.54 | 2.72 | 107 | 3.08 |



INDUSTRIAL HEALTH COUNCIL
BIRMINGHAM, AL.


WR GRACE-PIQ 007549-043

Date: 10/05/00              Pre              REDACTED

Single Breath DLCO —

|  | Ref | Best | % Ref | 1 |
|---|---|---|---|---|
| DLCO | 35.9 | 9.5 | 26 | 9.5 |
| DL Adj | 35.9 | 9.5 | 26 | 9.5 |
| IVC |  | 0.99 |  | 0.99 |
| VA |  | 1.86 |  | 1.86 |
| DL/VA Adj |  | 5.12 |  | 5.12 |



INDUSTRIAL HEALTH COUNCIL
BIRMINGHAM, AL.


WR GRACE-PIQ 007549-044

Date: 10/05/00              Pre              **REDACTED**

Single Breath DLCO —

| | Ref | Best | % Ref | 1 | 2 |
|---|---|---|---|---|---|
| DLCO | 35.9 | 7.4 | 21 | 9.5 | 5.4 |
| DL Adj | 35.9 | 7.4 | 21 | 9.5 | 5.4 |
| IVC | | 0.80 | | 0.99 | 0.61 |
| VA | | 1.45 | | 1.86 | 1.05 |
| DL/VA Adj | | 5.13 | | 5.12 | 5.15 |



INDUSTRIAL HEALTH COUNCIL
BIRMINGHAM, AL.



WR GRACE-PIQ 007549-045

Date: 10/05/00                    Pre

**REDACTED**

Single Breath DLCO —

|  | Ref | Best | % Ref | 1 | 2 | 3 |
|---|---|---|---|---|---|---|
| DLCO | 35.9 | 7.1 | 20 | 9.5 | 5.4 | 6.4 |
| DL Adj | 35.9 | 7.1 | 20 | 9.5 | 5.4 | 6.4 |
| VC |  | 0.80 |  | 0.99 | 0.61 | 0.90 |
| VA |  | 1.40 |  | 1.86 | 1.05 | 1.29 |
| DL/VA Adj |  | 5.08 |  | 5.12 | 5.15 | 4.96 |



**REDACTED**

42

WR GRACE-PIQ 007549-046

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

<u>GENERAL OBJECTIONS TO CLAIMANT DISCOVERY QUESTIONNAIRE</u>

("Claimant") hereby makes the following general objections to the W.R. Grace Asbestos Personal Injury Questionnaire (the "Discovery Questionnaire"):

    1.    Pursuant to Federal Rule of Civil Procedure 26(b)(4)(B), Claimant objects to the Discovery Questionnaire to the extent that it seeks disclosure of facts known or opinions held by any expert who has been retained or specially employed in anticipation of litigation or preparation for trial and who is not expected to be called as a witness at trial. Without limiting the foregoing, Claimant objects to the following provisions of the Discovery Questionnaire as violative of Fed. R. Civ. P. 26(b)(4)(B):

    (a)    Claimant objects to Section C of the Instructions to the extent that it requests the completion of Part II of the Discovery Questionnaire "if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors."

    (b)    Claimant objects to Section C of the Instructions to the extent that it requests the production of "any and all documents" that "support or conflict with your diagnosis."

    (c)    Claimant objects to Section C of the Instructions to the extent that it requests the production of "all x-ray readings and reports."

    (d)    Claimant objects to Section C of the Instructions to the extent that it requests the production of "all pulmonary function test results, including the raw data and all spirometric tracings, on which the results are based."

    (e)    Claimant objects to Section J of the Instructions to the extent that it requests the production of "any and all documents" that "support or conflict with your diagnosis."

    (f)    Claimant objects to Part II of the Discovery Questionnaire to the extent that it requests disclosure of "diagnoses and diagnostic tests" by "multiple doctors" concerning "previous or subsequent diagnoses or diagnostic tests that change or conflict with the original diagnoses." Claimant urges this objection with regard to all "conditions" for which disclosure is requested.

    2.    Claimant further objects to the Discovery Questionnaire to the extent that it seeks disclosure of any privileged communication between Claimant, and/or a representative of Claimant, and any attorney for Claimant, and/or a representative of any attorney for Claimant. In addition, pursuant to Federal Rule of Civil Procedure 26(b)(3), Claimant objects to the Discovery Questionnaire to the extent that it seeks disclosure of the work product of any attorney for Claimant, including but not limited to the mental impressions, conclusions, opinions or legal theories of any attorney or other representative of Claimant. Specifically, and without limiting the foregoing, Claimant objects to the following provisions of the Discovery Questionnaire as violative of the attorney-client communication and/or attorney work product privileges:

    (a)    Claimant objects to Part II of the Discovery Questionnaire to the extent that it asks if Claimant "retained counsel in order to receive any of the services performed by the diagnosing doctor."

    (b)    Claimant objects to Part II of the Discovery Questionnaire to the extent that it asks if "the diagnosing doctor was referred to you by counsel."

    (c)    Claimant objects to Part II of the Discovery Questionnaire to the extent that it asks if Claimant is "aware of any relationship between the diagnosing doctor and your legal counsel" unless

**REDACTED**



WR GRACE-PIQ 007549-047

Claimant's knowledge was obtained other than through communication with Claimant's legal counsel and/or his/her representative.

(d)     These objections are urged with regard to each instance that the above questions are asked in sections 2, 3, 4, 5, 6 and 7 of Part II of the Discovery Questionnaire.

3.     Claimant further objects to Part VII the Discovery Questionnaire to the extent that it seeks disclosure of information relating to litigation and claims regarding silica as irrelevant to the issues concerning Claimant's asbestos claim against W.R. Grace & Co. and/or its affiliated debtors.

4.     Claimant further objects to Section a.6 of Part VII of the Discovery Questionnaire to the extent that it seeks disclosure of settlements reached with other defendants that are subject to binding confidentiality agreements.

5.     These general objections are made in addition to, and without waiver of, any specific objections contained within the responses to the Discovery Questionnaire itself. This covering sheet is intended to be, and is hereby, incorporated into the Discovery Questionnaire as if repeated therein verbatim in full.

6.     By submitting this response to the Discovery Questionnaire, Claimant does not intend to, and hereby does not, submit to the jurisdiction of the United States District Court for the District of Delaware, to the United States Bankruptcy Court for the District of Delaware, or to any other court. Claimant reserves (i) all objections to jurisdiction and/or venue, (ii) all protections afforded under Federal Rule of Civil Procedure 45 and Federal Bankruptcy Rule of Procedure 9016, and (iii) the right to jury trial afforded under 28 U.S.C. § 157(b)(5). Respectfully submitted,

WR GRACE-PIQ 007549-048

# PROVOST ☆ UMPHREY
## Law Firm, L. L. P.

**COLIN D. MOORE**
ATTORNEY AT LAW

490 PARK STREET • P. O. BOX 4905 • BEAUMONT, TEXAS 77704
409-835-6000 • 1-800-289-0101 • FAX 409-813-8610

April 10, 2006

Rust Consulting, Inc.
Claims Processing Agent
201 S. Lyndale Avenue
P.O. Box 1620
Faribault, MN 55201

Re: W. R. Grace & Co. Bankruptcy

Dear Sir or Madam:

Enclosed please find Claimants represented by Provost ★ Umphrey's Objections and Answers to W.R. Grace Asbestos Personal Injury Questionnaire. These questionnaires were responded to on behalf of all claimants for which Grace requested information. Each Questionnaire should be read in concert with the enclosed documentation, and Objections and Answers included for each Claimant. These packets are intended to be considered answers to W.R. Grace Asbestos Personal Injury Questionnaires, and for no other purpose.

Previous to your receipt of this, you should have received a return shipment of Questionnaires that were sent to us, but because of a lack of identifying information, we were not able to identify as being Provost ★ Umphrey Clients. With that shipment, we noted that if the debtor were able to provide more identifying information on these claimants, we would search our records and answer on behalf of any Provost ★ Umphrey clients.

Sincerely,

Colin D. Moore

CDM/mm
Enclosures

REC'D APR 1 3 2006



WR GRACE-PIQ  007549-049

| Client Last | Client First | Client MI | Client Title | Ssno |
| --- | --- | --- | --- | --- |
| ABERNATHY | ROBERT | L. | | 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 |
| ADAMS | JOHN | A. | | 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 |
| ADAMS | JOHNNIE | T. | | 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 |
| AGEE | LOUIS | | | 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 |
| ALBRECHT | WILBERT | G. | | 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 |
| ALLDAY | JACK | C. | | 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 |
| ALLEN | ALVIN | W. | | 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 |
| ALLENDE | ROSE | M. | | 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 |
| ALMARAZ | VINCE | G. | | 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 |
| ANDERSON | CHARLES | W. | | 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 |
| ANDERSON | EDDIE | | | 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 |
| ANDERSON | RICHARD | F. | | 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 |
| ANDRES | ALBERT | M. | JR. | 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 |
| ANTILLEY | JAMES | R. | | 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 |
| ARCOS | RICHARD | | | 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 |
| ARPIN | JOSEPH | F. | | 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 |
| ARTHUR | PHILIP | E. | | 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 |
| AVERY | ROBERT | E. | | 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 |
| BAILEY | CHESTER | | | 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 |
| BAIRD | HAROLD | S. | | 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 |
| BAIRD | KENNETH | W. | | 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 |
| BALL | BARNEY | J. | | 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 |
| BARBIN | LESTER | L. | | 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 |
| BARKS | CHARLIE | | JR. | 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 |
| BARLOW | SAMUEL | | | 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 |



WR GRACE-PIQ 007549-050

| BARNES | THOMAS | W. | | 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 |
|---|---|---|---|---|
| BARNETT | CLYDE | | | 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 |
| BARRETT | DAVID | A. | | 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 |
| BARRON | JACK | E. | | 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 |
| BARROW | JOHN | J. | | 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 |
| BARTLETT | PAUL | N. | | 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 |
| BEARD | FREDDIE | M. | | 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 |
| BEARD | LESTER | | | 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 |
| BECK | THOMAS | B. | | 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 |
| BEENE | DONALD | D. | | 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 |
| BELL | JOSEPH | S. | | 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 |
| BENDY | ALLEN | | | 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 |
| BENGE | ROY | M. | | 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 |
| BENNETT | WILLIAM | L. | | 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 |
| BERNARD | LYMAN | W. | | 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 |
| BIAZA | ROBERT | L. | SR. | 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 |
| BILLEAUD | LESTER | W. | | 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 |
| BIRCHFIELD | THEO | | | 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 |
| BLACK | LAWRENCE | R. | | 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 |
| BLACKMAN | JIMMY | L. | | 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 |
| BLACKSHER | BUFORD | C. | | 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 |
| BLACKWELL | ROY | E. | | 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 |
| BOBBITT | ROBERT | E. | | 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 |
| BOLINGER | BILLY | | | 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 |
| BONDS | LARRY | E. | | 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 |
| BOOKER | WILLIE | | | 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 |



WR GRACE-PIQ 007549-051

| | | | | |
|---|---|---|---|---|
| BOREL | LOUIS | A. | | 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 |
| BORQUE | TOMMY | M. | | 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 |
| BOURGEOIS | ANTONIO | D. | JR. | 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 |
| BOUTTE | CORA | | | 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 |
| BOYD | HORACE | W. | | 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 |
| BOYKIN | LEVI | | JR. | 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 |
| BOZEK | MICHAEL | T. | | 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 |
| BRACKIN | JOSEPH | L. | | 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 |
| BRADBERRY | SEAMAN | W. | | 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 |
| BREAUX | JOSEPH | A. | | 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 |
| BREITEN | JOHN | H. | | 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 |
| BRIGGS | JAMES | C. | | 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 |
| BRISCOE | ELIJAH | J. | | 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 |
| BROOKS | EMMA | L. | | 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 |
| BROUSSARD | EUGENE | | | 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 |
| BROUSSARD | HERBERT | N. | | 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 |
| BROUSSARD | JOSEPH | N. | | 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 |
| BROWN | A. | D. | JR. | 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 |
| BROWN | LOUIS | | | 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 |
| BROWN | MURRIEL | L. | | 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 |
| BROWN | PAUL | S. | | 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 |
| BROWN | ROY | B. | | 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 |
| BROWN | UTAH | C. | | 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 |
| BRYAN | TRACY | T. | SR. | 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 |
| BUCHHOLZ | WILLIAM | E. | | 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 |
| BUCKALEW | AUBREY | J. | | 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 |



WR GRACE-PIQ 007549-052

| | | | | |
|---|---|---|---|---|
| BURCH | BENJAMIN | | | 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 |
| BURRILL | TONY | | | 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 |
| BURTON | JOHN | H. | SR. | 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 |
| BUXTON | JULIUS | M. | | 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 |
| BUZZARD | GROVER | | | 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 |
| BYRD | JAMES | A. | | 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 |
| CALLAWAY | RAYMOND | A. | | 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 |
| CAMPBELL | LARRY | G. | | 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 |
| CANTU | JOE | M. | | 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 |
| CAPPADONNA | EDNA | B. | | 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 |
| CARDWELL | KENNETH | R. | SR. | 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 |
| CARMON | HERBERT | | | 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 |
| CARTER | JOE | T. | | 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 |
| CARTER | JOHN | | | 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 |
| CASSIDY | DALE | L | | 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 |
| CATO | VIRGINIA | | | 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 |
| CELAYA | FRANK | L. | | 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 |
| CENTER | GLEN | T. | | 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 |
| CHANCE | ELMER | L. | | 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 |
| CHANCE | ISIAH | D. | | 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 |
| CHARLES | JUANA | | | 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 |
| CHERRY | CARL | C. | | 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 |
| CHRETIEN | ROBERT | | | 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 |
| CLARK | TOMMY | | | 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 |
| CLICK | ROBERT | C. | | 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 |
| COLEMAN | EDMON | L. | | 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 |



WR GRACE-PIQ 007549-053

| | | | | |
|---|---|---|---|---|
| COLLINS | GEORGE | L. | | 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 |
| COLLINS | JOSEPH | D. | | 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 |
| COOK | JOHN | F. | | 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 |
| COOLEY | SIDNEY | | | 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 |
| COOLEY | WESLEY | H. | | 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 |
| CORMIER | LLOYD | A. | | 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 |
| CORRELL | TRAVIS | E. | | 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 |
| COUCH | THOMAS | C. | | 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 |
| COUNTS | C. | G. | JR. | 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 |
| COVERT | HUGH | | | 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 |
| COWAN | DARRELL | C. | | 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 |
| COWAN | WILLIAM | H. | | 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 |
| COWART | BILLY | M. | | 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 |
| COWART | JAMES | A. | | 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 |
| COX | AZRO | | | 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 |
| CRAVEY | BOB | | | 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 |
| CREW | EARL | W. | SR. | 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 |
| CROSBY | GERALD | W. | | 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 |
| CRUSE | ALTON | T. | | 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 |
| CRUSE | HELEN | B. | | 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 |
| CRUSE | RALPH | A. | | 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 |
| CUCCIO | ANTHONY | A. | | 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 |
| CUCCIO | ANTHONY | A. | | 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 |
| DANIELS | JACK | W. | SR. | 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 |
| DANIELS | JACK | W. | SR. | 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 |
| DANIELS | NORMAN | E. | | 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 |



WR GRACE-PIQ 007549-054

| | | | | |
|---|---|---|---|---|
| DARBONNE | ROBERT | V. | | 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 |
| DAVIS | ELTON | | | 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 |
| DAVIS | GEORGE | B. | | 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 |
| DAVIS | LEROY | L. | | 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 |
| DAVIS | ROBERT | L. | | 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 |
| DAWSON | DEVAIN | | | 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 |
| DEFFIBAUGH | OTTIS | | | 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 |
| DELEON | ROSARIO | | | 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 |
| DERESE | AARON | L. | | 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 |
| DEROUEN | MELVIN | J. | | 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 |
| DINSMORE | WILLIAM | H. | | 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 |
| DIXON | ARTHUR | C. | | 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 |
| DOBKINS | KENNETH | E. | | 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 |
| DODSON | EDWARD | | | 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 |
| DOLCE | MARY | A. | | 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 |
| DORMAN | JAMES | F. | | 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 |
| DRAGULSKI | STANLEY | W. | | 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 |
| DRIESSNER | MARVIN | C. | | 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 |
| DUFFEY | JOSEPH | L. | | 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 |
| DUNLAP | GEORGE | K. | | 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 |
| DUPLANTIS | DENNIS | | SR. | 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 |
| DUPLECHAIN | JAMES | D. | | 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 |
| DURDEN | WILLIE | O. | | 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 |
| EDISON | ROBERT | C. | | 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 |
| EDWARDS | WILLIE | EA | | 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 |
| ELLISON | JAMES | M. | | 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 |


WR GRACE-PIQ 007549-055

| | | | | |
|---|---|---|---|---|
| ENGLEBERT | FRED | | | 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 |
| ERWIN | DALTON | L. | | 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 |
| ESCAMILLA | EVE | E. | | 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 |
| EUBANKS | ROBERT | L. | SR. | 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 |
| EVANS | CHARLES | E. | | 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 |
| EVANS | CHARLES | F. | | 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 |
| EVANS | JOHN | W. | | 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 |
| FARRIS | ROBERT | E. | | 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 |
| FAULK | MELVIN | J. | | 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 |
| FERGUSON | AUSTIN | | | 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 |
| FILIPPINI | JOHN | L. | | 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 |
| FITZGERALD | DAVID | E. | | 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 |
| FLETCHER | CHARLES | R. | | 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 |
| FLETCHER | THOMAS | C. | | 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 |
| FLORES | JOE | | | 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 |
| FORD | ROBERTA | | | 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 |
| FORMAGUS | JOHN | S. | | 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 |
| FOUNTAIN | BILLY | G. | | 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 |
| FOX | RALPH | B. | JR. | 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 |
| FRANKLIN | EUGENE | | | 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 |
| FRENCH | WALTER | I. | | 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 |
| GADDY | DELBERT | D. | | 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 |
| GANDY | WILLIE | S. | | 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 |
| GANT | LARRY | | | 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 |
| GASPARD | RAYMOND | J. | | 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 |
| GATELY | BOYD | C. | | 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 |


NR GRACE-PIQ 007549-056

| | | | | |
|---|---|---|---|---|
| GAUTHIER | ERNEST | P. | | 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 |
| GETER | FLETCHER | | | 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 |
| GIBSON | JOHN | A. | | 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 |
| GILCREASE | OLIVER | | | 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 |
| GILLILAND | DOUGLAS | A. | | 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 |
| GILLIOZ | MAURICE | E. | SR. | 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 |
| GLADDEN | JERRY | B. | | 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 |
| GORMAN | ROY | L. | | 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 |

## REDACTED

| | | | | |
|---|---|---|---|---|
| GREEN | JOEL | W. | | 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 |
| GREEN | WILLIAM | M. | | 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 |
| GREGORY | J. | D. | | 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 |
| GROUNDS | CLIFFORD | | | 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 |
| GUAJARDO | ALFREDO | | | 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 |
| GUILLORY | JOSEPH | R. | | 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 |
| GUILLORY | RIFFORD | | | 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 |
| GUILLORY | YORICK | P. | | 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 |
| GUTIERREZ | ROBERT | | | 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 |
| HALEY | CAROL | L. | SR. | 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 |
| HAMMAC | AUSTIN | E. | | 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 |
| HANSON | JERRY | H. | | 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 |
| HARDAGE | HAROLD | | | 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 |
| HARNESS | HOMER | D. | JR. | 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 |
| HARRIS | ERNEST | | JR. | 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 |
| HARRIS | FRANCIS | | | 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 |



WR GRACE-PIQ 007549-057

| | | | | |
|---|---|---|---|---|
| HARRIS | JOHN | M. | | 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 |
| HARRIS | LONNIE | D. | | 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 |
| HARRIS | WILLIAM | M. | | 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 |
| HARTFORD | EDWIN | C. | | 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 |
| HASKETT | WILLIAM | A. | | 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 |
| HATFIELD | HARROM | | | 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 |
| HAYNES | JOHN | O. | | 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 |
| HAYNES | WILLIS | R. | | 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 |
| HEBERT | ADAM | | JR. | 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 |
| HEHL | WARREN | D. | | 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 |
| HENRY | HARRY | A. | | 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 |
| HERRIN | HOBBY | H. | | 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 |
| HERRIN | LAWRENCE | J. | JR. | 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 |
| HERRIN | LAWRENCE | J. | JR. | 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 |
| HERRIN | THOMAS | B. | | 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 |
| HICKMAN | JACK | A. | | 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 |
| HICKMAN | SAM | J. | | 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 |
| HIDALGO | RENE | A. | | 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 |
| HILL | ROBERT | L. | | 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 |
| HINES | T. | D. | | 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 |
| HOGAN | TOMMY | J. | | 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 |
| HOLLAND | BILLY | | | 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 |
| HOLLIDAY | JOEL | D. | SR. | 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 |
| HOLLIER | MILDRED | L. | | 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 |
| HOLMES | THOMAS | T. | | 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 |
| HOMESLEY | LAWRENCE | E. | | 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 |



WR GRACE-PIQ 007549-058

| | | | | |
|---|---|---|---|---|
| HORACE | CLARENCE | | | 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 |
| HOWARD | EARNEST | | SR. | 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 |
| HOWTON | J. | FR | | 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 |
| HOYT | LAHOMA | M. | | 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 |
| HUBERT | EDGAR | | | 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 |
| HUVAL | LEE ROY | | | 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 |
| HYATT | VIVIAN | I. | | 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 |
| ISRAEL | ALEX | | | 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 |
| JACK | CALVIN | | SR. | 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 |
| JACKSON | GREGORY | PA | | 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 |
| JOHNSON | JAMES | E. | | 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 |
| JOHNSON | MYRLE | K. | | 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 |
| JONES | BERNARD | E. | | 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 |
| JONES | JAMES | P. | | 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 |
| JONES | MILTON | | | 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 |
| JOSEPH | WILL | E. | SR. | 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 |
| KATO | ROBERT | | | 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 |
| KEES | CHRISTINE | R. | | 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 |
| KEITH | GEORGE | W. | | 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 |
| KELLETT | GEORGE | E. | | 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 |
| KELLEY | GARLIN | | SR. | 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 |
| KEY | KENNETH | E | | 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 |
| KIDD | JESSE | R. | | 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 |
| KIEL | GROSE | | JR. | 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 |
| KING | JAMES | L. | SR. | 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 |
| KING | JOHNIE | | | 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 |



WR GRACE-PIQ  007549-059

| | | | | |
|---|---|---|---|---|
| KING | MALCOLM | S. | | 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 |
| KITTRELL | THOMAS | E. | | 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 |
| KLEESPIES | GEORGE | T. | | 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 |
| KNAPP | JACK | H. | | 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 |
| KNIGHT | LOSSE | F. | | 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 |
| KOJAK | GEORGE | | | 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 |
| KUEHN | WILLIAM | L. | | 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 |
| KULA | AL | | | 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 |
| LABOVE | LEROY | J. | | 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 |
| LADAY | ALLEN | | | 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 |
| LADNER | SAMUEL | C. | | 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 |
| LAMPLEY | WALTER | H. | | 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 |
| LAND | CHARLES | W. | JR. | 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 |
| LANDRY | CURLEY | | SR. | 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 |
| LANE | ROY | C. | | 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 |
| LARNED | KENNETH | E. | | 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 |
| LEBLANC | JOSEPH | P. | | 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 |
| LEBLANC | MURPHY | | | 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 |
| LEBLANC | PAUL | S. | JR. | 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 |
| LEBLANC | WILFRED | | | 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 |
| LEE | MACK | | | 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 |
| LEWIS | CLYDE | | | 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 |
| LEWIS | JIMMIE | | SR. | 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 |
| LEWIS | JOHN | E. | | 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 |
| LEWIS | MORGAN | | | 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 |
| LITCHFIELD | ELTON | E. | | 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 |



WR GRACE-PIQ 007549-060

| LOGAN | JAMES | L. | SR. | 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 |
|---|---|---|---|---|
| LOGUE | CLARENCE | | | 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 |
| LOSOYA | SEFERINO | J. | | 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 |
| LOWE | DONALD | R. | | 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 |
| LUDWIG | THEODORE | T. | | 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 |
| LYON | FRED | M. | | 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 |
| MACHANN | EDWIN | J. | | 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 |
| MACHEMEHL | KENNETH | E. | SR. | 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 |
| MACIEL | VICTOR | C. | | 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 |
| MACKEY | ANDY | | | 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 |
| MAENLE | ROBERT | G. | | 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 |
| MANN | TOM | D. | | 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 |
| MANSELL | DOUGLAS | R. | | 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 |
| MARAIST | WALTER | A. | | 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 |
| MARS | JAMES | G. | | 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 |
| MARSHALL | HORACE | F. | | 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 |
| MARTIN | JEAN | | | 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 |
| MARTIN | RONALD | G. | SR. | 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 |
| MARTIN | WILLIE | | | 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 |
| MARTINEZ | RUDOLPHO | | | 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 |
| MARZE | CLIFTON | V. | | 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 |
| MATHEWS | OLIVER | | | 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 |
| MCAULIFFE | WILLIE | F. | | 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 |
| MCCARTY | TOM | B. | | 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 |
| MCCLAIN | BILLY | M. | | 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 |
| MCCREADY | RUSSELL | A. | | 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 |



HR GRACE-PIQ 007549-061

| | | | | |
|---|---|---|---|---|
| MCDANIEL | CHARLES | H. | | 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 |
| MCDANIEL | LYNN | D. | | 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 |
| MCGEE | GLENNIE | | | 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 |
| MCKINLEY | WILLIAM | P. | | 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 |
| MCLAIN | NEWTON | E. | | 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 |
| MEAUX | SHELTON | G. | | 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 |
| MIKE | LOIS | S. | | 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 |
| MITCHELL | LUMOS | K. | | 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 |
| MITCHELL | ROGER | | | 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 |
| MONCEAUX | FARLEY | D. | | 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 |
| MONCEAUX | MARCIE | | | 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 |
| MOODY | WILLIAM | D. | | 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 |
| MOORE | PERCY | J. | | 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 |
| MORGAN | ALFRED | W. | | 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 |
| MORGAN | DONALD | B. | | 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 |
| MORRIS | RUBY | L. | | 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 |
| MORRISON | JERRY | A. | | 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 |
| MOSES | BUSTER | | | 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 |
| MOSLEY | ROBERT | L. | | 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 |
| MOSS | ARNOLD | L. | | 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 |
| MURPHY | CLARENCE | | | 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 |
| NAPIER | CARL | C. | | 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 |
| NAQUIN | MALCOLM | M. | | 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 |
| NARANJO | J. | N. | | 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 |
| NELSON | ROY | F. | | 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 |
| NEWMAN | WILLIAM | G. | | 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 |



WR GRACE-PIQ 007549-062

| | | | | |
|---|---|---|---|---|
| NEWTON | BERNICE | | | 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 |
| NOLTE | HENRY | K. | JR. | 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 |
| NORRIS | AMBROSE | J. | | 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 |
| OAKES | GLENN | | | 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 |
| ODOM | LAVON | N. | | 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 |
| OLSON | VICTOR | B. | | 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 |
| ORTOLON | JAMES | C. | | 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 |
| OSBON | ALMER | T. | | 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 |
| PACHECO | RAUL | | | 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 |
| PARKS | CHARLES | S. | | 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 |
| PATIN | CLARENCE | | | 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 |
| PATTILLO | KATHERINE | H. | | 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 |
| PATTON | EDDIE | | | 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 |
| PAYNE | ROY | L. | | 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 |
| PEACOCK | ROY | B. | | 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 |
| PENNINGTON | AARON | J. | | 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 |
| PEREZ | ANTONIO | | | 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 |
| PEREZ | FRED | L. | | 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 |
| PERKINS | RICHARD | | | 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 |
| PERRY | CHARLES | R. | SR. | 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 |
| PETE | HENRY | | SR. | 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 |
| PETE | JIMMY | | | 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 |
| PETRUS | FRANCIS | E. | | 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 |
| PHILLIPS | JAMES | J. | | 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 |
| PHILLIPS | LOYD | D. | | 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 |
| PIERCE | JOHN | B. | | 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 |



WR GRACE-PIQ 007549-063

| PITCHFORD | HAROLD | E. | | 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 |
|---|---|---|---|---|
| PITTS | OWEN | L. | | 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 |
| POLLARD | JOHN | T. | | 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 |
| POLLOCK | RAYMOND | E. | | 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 |
| POSS | JAMES | A. | | 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 |
| POUSSON | WALTER | L. | | 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 |
| POWELL | DONALDSON | L. | | 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 |
| PUES | HAROLD | N. | | 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 |
| PULLIAM | JACK | H. | | 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 |
| PURVIS | COLBERT | W. | | 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 |
| RAMIREZ | VALENTIN | | | 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 |
| RAMON | RUBEN | V. | | 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 |
| RAMSEY | GRADY | L. | JR. | 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 |
| RAMSEY | JACK | M. | | 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 |
| RAMSY | MARVIN | M. | SR. | 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 |
| RAY | JOHN | | | 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 |
| RAYBURN | ZEFF | L. | | 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 |
| REDMON | LEO | | | 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 |
| REEVES | MAXINE | | | 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 |
| REILY | JOHN | J. | | 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 |
| RESENDEZ | VIRGINIA | | | 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 |
| REYNARD | WILLIAM | C. | | 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 |
| REYNOSA | MANUEL | F. | | 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 |
| RHODES | JAMES | R. | SR. | 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 |
| RICHARD | DORAN | J. | | 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 |
| RICHARD | RAYMOND | V. | | 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 |



MR GRACE-PIQ 007549-064

| | | | | |
|---|---|---|---|---|
| RICHARDSON | ERIC | T. | | 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 |
| RICHARDSON | TAYLOR | | | 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 |
| RICKS | JOHN | | | 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 |
| RICKS | JOHN | H. | | 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 |
| RIDGLE | WILLIE | | | 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 |
| RIGGS | HAROLD | B. | | 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 |
| RILEY | LOUNEAL | | | 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 |
| RIPPY | LEO | F. | | 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 |
| RIVERA | OLIVIA | | | 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 |
| ROBERTS | DONNIE | | | 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 |
| ROBINETTE | PLEZ | H. | | 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 |
| ROBINSON | JAMES | A. | | 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 |
| RODRIGUEZ | ALEX | A. | | 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 |
| RODRIGUEZ | RICHARD | D. | JR. | 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 |
| ROFF | LEON | A. | | 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 |
| ROGERS | HAROLD | | | 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 |
| ROGERS | ROY | | | 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 |
| ROSE | ELTON | L. | | 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 |
| ROY | LOUIS | | | 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 |
| RUCKA | LEO | V. | | 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 |
| RUIZ | MODESTO | S. | | 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 |
| RUSSELL | IRA | A. | | 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 |
| SAMPSON | VAN | A. | | 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 |
| SANDERS | WILLIE | D. | | 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 |
| SANFORD | GARLAND | B. | | 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 |
| SARDEN | JACOB | | | 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 |