# Exhibit B

| Claimant Name |
|---|
| AHERN JR, JOHN C |
| ALFANO, ANTHONY P |
| ANDREWS, HENRY F |
| ANTHONY, JOSEPH E |
| ARTHUR, JAMES R |
| ARTLEY, JOSEPH C |
| ASLANIAN, EDWARD |
| ATKINSON, LEE R |
| BACHMAN, MICHAEL P |
| BAILEY SR, AUTRY L |
| BALOGH, MIKE J |
| BARR, DONALD R |
| BATZ, WILLIAM |
| BAUM, GERALD A |
| BELLANT, WILLIAM P |
| BETTS, WALTER R |
| BINKLEY, WILLIAM |
| BLUHM, JAMES |
| BONDY, CHARLES L |
| BOSHELL, THOMAS R |
| BRADSHAW, VINCENT L |
| BRANCH SR, ALLAN W |
| BREWER, HOMER |
| BRIGGS, MARVIN L |
| BRIGGS, RICHARD R |
| BRITT SR, JOHN W |
| BRULEY, EUGENE E |
| BURGESS, ARVID |
| BUSH, WALTER J |
| BUTLER, JAMES A |
| BUTLER, WILLIAM A |
| BYERS, WARREN N |
| CAIN, JOYCE L |
| CALILLE, EDWARD |
| CAPPS JR, ROGER K |
| CASTLEMAN, WILLIAM G |
| CHARBONEAU, CLARENCE A |
| CHARLES, ALBERT E |
| CLARK, MARTIN R |

*Duplicate claims have not been excluded*

| Claimant Name |
|---|
| CLISH, JOHN R |
| COFFEY, THOMAS E |
| COLE, JOHN |
| COLE, LAWRENCE E |
| CONANT, JOSEPH G |
| CORNELL, RONALD P |
| CRAIN, SAM |
| CRAY, MELBOURNE D |
| CROO, RICHARD P |
| CRUM, KENNETH |
| DAVIDSON, ROBERT C |
| DAVIS, WILLIAM A |
| DINGUS, ERNEST P |
| DORRIS, JIMMIE L |
| DOUGLAS III, ERNEST |
| DRAHEIM, CLINTON E |
| DRAKE, PHILLIP A |
| DUFOUR, WILLIAM J |
| EAGLE, LESLIE G |
| ELSESSER, EARL B |
| EVANS, GEORGE H |
| FEDRIZZI, ARTHUR |
| FERGUSON, LEONARD R |
| FERRIS, DALE W |
| FORBES, ROBERT D |
| FORD, JAMES A |
| FOWLER, RONALD G |
| FRASIER, LOUIS R |
| FREDERICK, JAMES E |
| GALLORO, JOSEPH R |
| GARDOCKI, FRANK J |
| GAZEL, DAVID M |
| GLEESON, LEO J |
| GLODFELTY, EDWARD W |
| GROOMS, JOHN R |
| GRYGINCZYK, EDMUND |
| GUGUDIS, PETER K |
| GURGANUS, HARLIE |
| HACKWORTH, CHARLIE D |

*Duplicate claims have not been excluded*

*Claims Filed by MICHAEL B SERLING PC*  3

| Claimant Name |
|---|
| HAHKA, LEROY E |
| HALL JR, WILLIAM T |
| HALL, DAVID E |
| HALL, ROBERT |
| HALL, WAYNE |
| HARRIS, NATHAN G |
| HARTSELL, GERALD G |
| HEASLEY, RAYMOND W |
| HENRY, JUDGE |
| HOLTON, FRANK |
| HORVATH, ANDREW |
| HOUNSHELL, DUKE |
| IVES, BRUCE H |
| JOHNSON, JAMES H |
| JOHNSON, ROY A |
| JONES, RAYMOND R |
| KALINOFF, STEVE |
| KALSTEIN, FREDERICK W |
| KERR, EDWARD D |
| KHAZOUZ, ADNAN B |
| KIDD, RICHARD D |
| KOGUT, MICHAEL J |
| KORTH, JOHN F |
| KOTFICA, GEORGE A |
| KRAMER, RICHARD H |
| LABEAU, RICHARD A |
| LANE, PAUL W |
| LARRY JR, ROBERT |
| LAUZON, EDWARD A |
| LEFEVERS, CLIFFORD L |
| LEYLAND, VICTOR P |
| LEZOTTE, JAMES A |
| LOUDEN, MICHAEL R |
| MACLEAN, PETER V |
| MADDEN, ROBERT G |
| MALINAO, JACOMO |
| MANICK SR, RUDOLPH C |
| MARTIN, RICHARD J |
| MATHIS, LEONARD Z |

**Duplicate claims have not been excluded**

| Claimant Name |
| --- |
| MATOTA, JOHN |
| MCCORMICK, HAROLD E |
| MEHRHOF, KARL R |
| MENDEZ, SAMUEL |
| MENNA, GIUSEPPE |
| MENNEL, ROY F |
| MENZEL, LEE M |
| MERRITT, GERALD G |
| MERVA, DENNIS L |
| MEXICO, HOWARD E |
| MIGDALEWICZ, GERALD |
| MIRACLE JR, JOHN H |
| MOHLMAN, DONALD A |
| MOLNAR, STEVE E |
| MORAN, THOMAS L |
| MOSER, DONALD L |
| MOWRER, EMERSON E "BUD" |
| MULLINS, FRANKLIN |
| NOSEL, JOSEPH |
| OLNEY, RICHARD C |
| PALMER, JOHN G |
| PASTOR, MANUEL |
| PAVALOCK, JAMES J |
| PELOQUIN, PETER J |
| PEPPER, RAYMOND H |
| PFAFF, WARREN |
| PICKENS, CHARLES L |
| PILON, DAVID J |
| PUTZ, JAMES E |
| RANK JR, LELAND E |
| REDD, DONALD D |
| REED, JAMES D |
| REED, MARILYN |
| REID, BENJAMIN H |
| RENO, ROBERT G |
| REXFORD, EDWARD L |
| RICKETT, NORMAN C |
| RISCHERT, CHARLES A |
| ROBERTSON, DONALD J |

*Duplicate claims have not been excluded*

*Claims Filed by MICHAEL B SERLING PC* 5

| Claimant Name |
|---|
| ROBERTSON, THOMAS D |
| RODRIGUEZ, LUIS R |
| ROGERS, JERRY D |
| ROOP, DAVID R |
| ROUSH, EDWIN C |
| RUELLE, DAVID F |
| RUSHFORD, WILLIAM J |
| SALATA, MARTIN J |
| SANFORD, ALZONZO W |
| SAWICKI, WALTER F |
| SCHAEFER, ALBERT C |
| SCHIRRICK, DONALD E |
| SCHMID, WALTER W |
| SCHWANDT, ALVIN E |
| SCHWANDT, ALVIN E |
| SCOTT, WAYNE L |
| SHORES, PERRY L |
| SHRADER, CHARLES R |
| SINGO, J P |
| SLACK, HAROLD A |
| SMITH, GARY A |
| SMITH, HARRY B |
| SMITH, RENO V |
| SMITH, WILLIE G |
| SMOLENSKI, WALTER B |
| SOLOVEY, WALTER |
| SPOHN, ADEN W |
| STANGE, GEORGE R |
| STANLEY, JAMES W |
| STANLEY, KENNETH R |
| STARK, JAY A |
| STEINMAN, WILMER |
| STERNER, DONALD R |
| STEVENS, OLIVER |
| STITT, DONALD V |
| STITT, ROBERT L |
| STOVER, MONTAGUE P |
| STROS, JOHN R |
| STURGELL, DONALD H |

*Duplicate claims have not been excluded*

*Claims Filed by MICHAEL B SERLING PC*  6

| Claimant Name |
|---|
| SUVEG, GEORGE S |
| SWICK, LAWRENCE A |
| TESKE, ROBERT W |
| THACKER, JOHN H |
| TILLINGER, RAYMOND A |
| TROMBLEY, RONALD A |
| TRYON, LAWRENCE P |
| UPDIKE, JAMES W |
| VANCONANT, GERALD L |
| VANOVER, DAVIS E |
| VANOVER, GUY E |
| VANOVER, RAY E |
| VANOVER, VERNON E |
| VARNER, THELBERT H |
| VECCHIO, VICTOR |
| VREELAND, ROBERT E |
| WAHL, GERALD T |
| WALBECQ, DONALD R |
| WALKER JR, PATRICK A |
| WATSON, RAYMOND P |
| WEIMER, ANTHONY J |
| WHITE, STUART A |
| WHITT, WILLIAM C |
| WILCOX, JAMES R |
| WILEY, FREDERICK D |
| WILSON, ROY |
| WLUDYKA, JENNIFER A |
| WOJCIK, LOUIS J |
| WOODARD, MALLOY R |
| WRIGHT, CLARENCE E |
| WRIGHT, JIMMY B |
| WYNN, BILLY G |
| ZELENAK III, JOHN J |

**Duplicate claims have not been excluded**