ABERNATHY  v.
20TH CENTURY GLOVE CORPORATION



WR GRACE-PIQ 001779-050

Vo

REDACTED

**Page 5**

[1] Saginaw, Michigan
[2] Monday, December 8, 1997
[3] 1:55 p.m.                    **REDACTED**
[4]
[5]
[6] was thereupon called as a witness herein, and after
[7] having first been duly sworn to tell the truth, the
[8] whole truth, and nothing but the truth, was examined
[9] and testified as follows:
[10]                    EXAMINATION
[11]                  BY MR. KARFIS:
[12]    **Q:** Sir, can you please state your name?
[13]    **A:** (
[14]    **Q:** Let the record reflect this is the
[15] deposition of            taken pursuant to notice and
[16] to be used for any and all purposes as provided in the
[17] Michigan Court Rules and the Michigan Rules of
[18] Evidence.
[19]            , have you ever given a
[20] deposition before?
[21]    **A:** No.
[22]    **Q:** Okay. I'm going to go over a couple
[23] rules with you to make this whole process go a little
[24] smoother for everybody.
[25]    The first rule is that when you

**Page 6**

[1] respond to my questions, make sure you verbalize your
[2] answers. You must actually say something. You can't
[3] shake your head or nod your head or go um-humm because
[4] the Court Reporter cannot take down what we're saying.
[5] And by the way, she's taking down everything we're
[6] saying. Okay?
[7]    **A:** Okay.
[8]    **Q:** The next thing is when I ask you
[9] questions, let me finish my question before you answer,
[10] even if you can anticipate what I'm going to say,
[11] because it's hard for the Court Reporter to take down
[12] when we're both talking. Okay? So let me finish my
[13] questions and I'll let you finish your answers.
[14]    Also when you respond to one of my
[15] questions or one of the other attorneys' questions,
[16] we'll assume that if you give us an answer, that you
[17] understood the question. So if at any time you don't
[18] understand a question, ask us to clarify it or try to
[19] explain it to you. We'll be glad to do that. Okay?
[20]    **A:** Okay.
[21]    **Q:** And also if at any time you need a
[22] break, you feel tired or whatever, just tell us and
[23] we'll let you take a little break. Okay?
[24]    Sir, what's your full name?
[25]    **A:**

                **REDACTED**

**Page 7**

[1]    **Q:** Is your date of birth
[2]    **A:** Yes.
[3]    **Q:** And your social security number is
[4]
[5]    **A:** That's correct.
[6]    **Q:** And is your current address
[7]    **A:** Correct.
[8]    **Q:**            ! Okay. And you're
[9] currently married?
[10]    **A:** Yes.
[11]    **Q:** And what's your wife's name?
[12]    **A:**
[13]    **Q:** And that's your wife sitting behind you,
[14] correct?
[15]    **A:** Right.
[16]    **Q:** How long have you been married?
[17]    **MR. DAVIS:** Don't mess this up.
[18]    **MR. KARFIS:** This is to get your
[19] wife mad at you.
[20]    **MR. DAVIS:** But I'll sit between
[21] you two.
[22]    **THE WITNESS:** 35 years about.
[23]    **Q:** Has your wife ever worked at any of the
[24] GM Saginaw foundries?
[25]    **A:** No.

REDACTED

**Page 8**

[1]    **Q:** Do you have any children?
[2]    **A:** Three.
[3]    **Q:** Do any of them work at any of the GM
[4] foundries?
[5]    **A:** No.
[6]    **Q:** What's the last grade you've completed
[7] in school?
[8]    **A:** Other than schools from General Motors?
[9]    **Q:** Just, I mean, school as in —
[10]    **A:** 12th grade.
[11]    **Q:** You have a high school degree?
[12]    **A:** High school, yes.
[13]    **Q:** Do you have any other type of formal
[14] education or training?
[15]    **A:** General Motors Institute for hydraulics
[16] class. And then Delta College for welding and turning
[17] of the trades, I guess you'd call it, where we went
[18] from pipe fitters to millwright welder.
[19]    **Q:** Okay. What year did you graduate high
[20] school?
[21]    **A:** 1959.
[22]    **Q:** Did you ever serve in the military?
[23]    **A:** No.
[24]    **Q:** After you graduated high school, did you
[25] have any jobs before you started at Grey Iron?

**REDACTED**

Vol. 1, December 8, 1997

20TH CENTURY GL...

WR GRACE-PIQ 001779-051

Page 9

[1] A: Yes.
[2] Q: What were those jobs?
[3] A: I worked part-time at Arrowcraft Boats.
[4] Q: What year was that?
[5] A: '59 and then probably maybe '58 when I
[6] was still in high school. It was just summertime.
[7] Q: What did you do there?
[8] A: Production boat, working on boats,
[9] aluminum boats.
[10] Q: When you were engaged in the production,
[11] exactly what were you doing?
[12] A: Sometimes we were riveting, sometimes
[13] washing the boats, inspection, things like that.
[14] Q: What was your next job after that?
[15] A: I worked at Lennox Junkyard.
[16] Q: What did you do there?
[17] A: I was an operator, machine operator that
[18] crushed cars.
[19] Q: How long did you do that for?
[20] A: Three years.
[21] Q: So approximately till 1963?
[22] A: Till '63.
[23] Q: At either of those jobs, the working for
[24] the boat company and the Lennox Junkyard, do you
[25] believe you were exposed to any asbestos?

Page 10

[1] A: No.
[2] Q: And then in 1963 you started at Grey
[3] Iron, is that correct?
[4] A: Correct.
[5] Q: Do you remember your starting date?
[6] A: September the 18th.
[7] Q: What was your first job when you started
[8] at Grey Iron?
[9] A: Core processing.
[10] Q: Do you know how many years you did that
[11] for?
[12] A: Almost three years.
[13] Q: So till sometime in middle 1966?
[14] A: Right.
[15] Q: Summertime-ish?
[16] A: It was — I went on maintenance the day
[17] after — well, the weekend after Thanksgiving weekend,
[18] which would have been —
[19] Q: Almost December?
[20] A: Yes, I remember it was a Tuesday or
[21] something like that.
[22] Q: What department were you working in when
[23] you were working in core processing?
[24] A: Core processing. They had a number. I
[25] don't know what the number would be. It was just core

Page 11

[1] processing. I think it went with your badge number or
[2] something, but I couldn't tell you the department.
[3] Q: Was it in the core room?
[4] A: Core room, right.
[5] Q: Do you remember which foundry it was in?
[6] A: Well, the Grey Iron Foundry.
[7] Q: I mean, is there a specific department
[8] in the foundry?
[9] MR. DAVIS: He's looking for the
[10] department number? Was it 1, 2 or 3 or —
[11] A: Well, it was the 2 core room mostly.
[12] Q: Okay. Can you describe to me what you
[13] were doing when you were working in core processing,
[14] what your typical activities would be?
[15] A: Well, most of the time it was just
[16] handling the cores from the overhead to somebody that
[17] was either going to put them on the line or on to
[18] another overhead.
[19] Q: During this time period from 1963 to
[20] 1966, did you work overtime?
[21] A: Yes.
[22] Q: When you worked overtime, did you do the
[23] same type of job or did you do something different?
[24] A: Sometimes, once in a while you'd work
[25] other jobs. If the foreman asked you if you want to

Page 12

[1] work four hours over, he might send you out to a
[2] foundry and sweep floors or something out there, you
[3] know. But not — you never knew. Most of the time
[4] it's the same job, though.
[5] Q: It's a fair statement most of the time
[6] you were still working the same job you were working
[7] your regular 40 hours and occasionally they'd send you
[8] to do something different?
[9] A: Yes. If they wanted you to work a
[10] double shift, you'd just say, "Yes, I'll stay right
[11] here."
[12] Q: What shift did you normally work when
[13] you worked in core processing?
[14] A: Second.
[15] Q: And then in 1966, you changed your job.
[16] What was your next job?
[17] A: EIT pipe fitter.
[18] Q: And that's an employee in training?
[19] A: Employee in training.
[20] Q: How many years were you an EIT?
[21] A: At that time you had to be — before
[22] they'd give you "A" wages, you had to be there eight
[23] years.
[24] Q: "A" wages, does that mean a journeyman
[25] pipe fitter wage?

ABERNATHY v.
20TH CENTURY GLOVE CORPORATION



Vol.

**Page 13**

[1]  A: Journeyman, right. But you worked by
[2] yourself in less than a year after.
[3]  Q: So you were an EIT until approximately
[4] 1974?
[5]  A: Right.
[6]  Q: And when you were employee in training
[7] pipe fitter, did you work plant wide, wherever there
[8] was pipes?
[9]  A: Plant wide, yes, right.
[10]  Q: Did you work any specific shift?
[11]  A: Third shift most of the time.
[12]  Q: I guess can you briefly describe your
[13] duties as a pipe fitter, if you can briefly?
[14]  A: Just plant wide as far as weekend work,
[15] you had to watch everything as far as weekend when
[16] there wasn't anybody there. Watch for your high water
[17] in certain basement areas.
[18]  And then your regular job would be
[19] either working on a line as a pipe fitter on that line.
[20] And if you weren't on the line, then you went around
[21] and put on pipe covering and tore old covering off that
[22] wasn't any good, if they were going to take the line
[23] out and throw it away. But that's what we did on
[24] weekends mostly, was just change pipe covering and take
[25] out old pipe.

**Page 14**

[1]  Q: Okay. So when you worked overtime on
[2] the weekends, you worked as a pipe fitter and you said
[3] you changed the pipes. In your regular 40-hour week,
[4] what would your activities be as a pipe fitter?
[5]  A: Usually an operator on the line.
[6]  Q: And what exactly does that mean, an
[7] operator on the line?
[8]  A: Well, the line would run production.
[9] And if it broke down for any reason, other than like a
[10] cylinder would break or something like that, you'd have
[11] to change that cylinder. Or if a water line would
[12] break, you'd have to fix that. So anything concerning
[13] pipe fitting, that's what you done.
[14]  Q: Okay. I just wondered.
[15]  MR. DAVIS: Kind of like spot
[16] repair.
[17]  THE WITNESS: Right. If a cylinder
[18] broke, say a big cylinder that would sweep the line
[19] off, that cylinder broke and it wouldn't sweep the
[20] line, they'd have to bring a couple people over there
[21] and sweep it off by hand while I hurried up and changed
[22] that cylinder that did that job.
[23]  Q: And then in 1974 you became a journeyman
[24] pipe fitter?
[25]  A: Right.

**Page 15**

[1]  Q: How long were you employed at Grey Iron
[2] as a journeyman pipe fitter?
[3]  A: Well, until I retired in 1988.
[4]  Q: And also while you were a journeyman
[5] pipe fitter, did you work plant wide?
[6]  A: Plant wide.
[7]  Q: Was there any specific department that
[8] you were assigned to when you were a pipe fitter?
[9]  A: Well, you were changed every so often.
[10] I worked on like a line named 14 conveyor for three
[11] years. Then I might have worked in the core room as a
[12] pipe fitter. Back in core room, same place I did
[13] before, but as a pipe fitter for two or three years and
[14] then maybe out in the cleaning room for two or three
[15] years, wherever they had to have you.
[16]  Q: So it's a fair statement you worked
[17] basically plant wide throughout different time periods?
[18]  A: Plant wide most of the time.
[19]  Q: Is that correct?
[20]  A: Correct.
[21]  Q: During your time from, I guess at any
[22] time when you were working at Grey Iron, was there any
[23] time period when you were either laid off or there's a
[24] strike or you were injured for an extensive period of
[25] time?

**Page 16**

[1]  A: I think we had — boy, I think we were
[2] laid off for one week during deer season once. And it
[3] was a voluntary layoff. If you wanted to take it, you
[4] could, so I took it for deer season once.
[5]  Q: You never missed any work for an injury?
[6]  A: And I broke my toe one time and I don't
[7] think I missed any time then, I just broke my toe.
[8] That was it.
[9]  Q: Did you break it at work?
[10]  A: Yes.
[11]  Q: How did you break it at work?
[12]  A: Piece of iron fell on it when we were
[13] tearing the foundry down. And then I was off work for
[14] a couple of weeks when I broke my wrist, but I did that
[15] at home.
[16]  Q: Do you remember what year that would
[17] happen to be when you broke your wrist?
[18]  MR. DAVIS: You can't look at your
[19] backup back there. If you can't remember —
[20]  Q: Yes. If you can't remember, that's
[21] fine.
[22]  A: My kids were small, so let's see. My
[23] daughter is 30 years old now. It had to be — I can't
[24] remember.
[25]  Q: Okay. From the time period in 1963 to

REDACTED

Vol. 1, December 8, 1997

20TH CENTURY GI WR GRACE-PIQ 001779-053

---

Page 17

[1] 1966 when you were working in core processing, do you
[2] believe you personally used any asbestos-containing
[3] products?
[4]    A: When you were in core processing?
[5]    Q: Yes, just those three years?
[6]    A: Used it or been around it?
[7]    Q: Products that you personally would have
[8] used yourself?
[9]    MR. DAVIS: He'll get —
[10]    Q: I'm going to break it down. I'm first
[11] asking products you personally used and then later I'm
[12] going to ask you products that were around you that you
[13] may not have used, like others may have been using.
[14]    A: Well, core processing, I would say no.
[15] Used, you said?
[16]    Q: Yes. Correct.
[17]    A: Right.
[18]    Q: Okay. Also from 1963 —
[19]    A: Well, I got to back that up again. If
[20] gloves — we wore gloves when we handled this hot cores
[21] and stuff. Yes, we could have used asbestos gloves.
[22]    Q: Do you believe those contained asbestos?
[23]    A: Yes, I think so.
[24]    Q: Any other products that you believe you
[25] personally used during that three-year time period?

Page 18

[1]    A: Maybe an apron. We used to wear aprons.
[2]    Q: You say maybe. Are you sure that —
[3]    A: I'm not sure, but I would say they were
[4] asbestos aprons that we used to wear for the heat.
[5]    Q: Were there any other products you
[6] believe you used that contained asbestos for that
[7] three-year time period?
[8]    A: That would be it.
[9]    Q: Do you know a product name or
[10] manufacturer of the gloves you wore?
[11]    A: No, I can't remember any names.
[12]    Q: Do you recall a product name or
[13] manufacturer of the aprons that you wore?
[14]    A: No.
[15]    Q: Also from that same three-year time
[16] period, do you believe you worked around asbestos-
[17] containing products?
[18]    A: Well, yes, I'm sure we did.
[19]    Q: Do you know any by type?
[20]    A: It had to be like the curtains that kept
[21] the heat away from you.
[22]    Q: Anything else?
[23]    A: You're talking about just this three-
[24] year period that I worked on production?
[25]    Q: Yes.

Page 19

[1]    A: No, I can't think of anything right now.
[2]    Q: Do you know a product name or
[3] manufacturer of these curtains?
[4]    A: I can't think, no.
[5]    Q: Where exactly were these curtains?
[6]    A: Well, they would be hanging, like they
[7] had these big ovens that they put stuff in. And then
[8] the truckers would put the cores into these big ovens
[9] and they had curtains hanging down to keep the heat in
[10] there or the Mahone oven, I guess they called it, had
[11] big curtains to keep you from the heat from coming out
[12] onto you, you know, because you work on overhead right
[13] beside it.
[14]    Q: And what department was this in?
[15]    A: Core room.
[16]    Q: From 1966 until 1974 when you were an
[17] EIT pipe fitter, do you believe you personally worked
[18] with any asbestos-containing products that you
[19] personally used?
[20]    A: Oh, yes. Yes.
[21]    Q: Can you name me some of the types of
[22] products that you used?
[23]    A: We had to — at first we worked in the
[24] shop for a while and we had to repack pumps, so you
[25] used that like Garlock packing. And then a lot of

Page 20

[1] times, you had to go out and work on a job like a steam
[2] valve and you had to go in and get a gasket, asbestos
[3] type gasket.
[4]    Q: Any other types of products you
[5] personally believe you used besides the packing and the
[6] gaskets?
[7]    A: Well, on weekends, mostly weekends, we
[8] done a lot of tearing off pipe covering and putting new
[9] covering on. So we used a lot of pipe covering and
[10] that insulating cement, you know, kind of stuff that
[11] you mixed up to put on the elbow, make an elbow.
[12]    Q: You believe the pipe covering and the
[13] cement contained asbestos?
[14]    A: Yes.
[15]    Q: Any other products that you believe you
[16] personally used from 1966 till 1974 that you believe
[17] contained asbestos?
[18]    A: Well, you still wore gloves at that
[19] time, depending on what you were doing.
[20]    Q: Any other products?
[21]    A: I don't remember.
[22]    Q: Do you recall any other product names or
[23] manufacturers of this packing, other than the one you
[24] already mentioned?
[25]    A: Packing, you mean?

---

ABERNATHY    v.
20TH CENTURY GLOVE CORPORATION                           Vol.



WR GRACE-PIQ 001779-054

**Page 21**

[1] **Q:** The packing, yes.
[2] **A:** Let's see. There was the Garlock. Boy,
[3] I can't remember the name right now. My mind went
[4] blank.
[5] **Q:** Okay. If at any time you remember that
[6] name, feel free to tell me or any of the attorneys.
[7] You said this packing was used on pumps. Can you give
[8] me a little more detail about how this packing would be
[9] used on pumps?
[10] **A:** Well, a lot of pumps had to have —
[11] there was a shaft that went through to drive the pump.
[12] And you had to put packing — the packing would wear
[13] out and you would go into the stockroom and buy out
[14] this packing and cut it the size of that shaft and then
[15] stick it into that pump and push it in there. There
[16] may be five different layers of it.
[17]    And then put the steel on it and
[18] take the bolts down so that pump wouldn't leak water or
[19] whatever it was they used to use. Now I can't remember
[20] the name of the stuff, but it was stuff that run
[21] through the pipes to mix with the sand. And those
[22] pumps had to have packing in them to keep the water
[23] and whatever they used in the pumps from running out.
[24] **Q:** So this packing is used to prevent
[25] leaks, whether it be water or any other type of pump —

**Page 22**

[1] **A:** Right.
[2] **Q:** — from, I guess, if it had a leak or a
[3] fracture, whatever, this was used to —
[4] **A:** Right.
[5] **Q:** — prevent the leak?
[6] **A:** We did an awful lot of that. Instead of
[7] changing the whole pump, you just fixed what was
[8] leaking on it.
[9] **Q:** Can you describe — what color was this
[10] packing?
[11] **A:** Oh, there was some of it that was — the
[12] easiest way to describe some of it was it was scaly and
[13] smelled like fish even, some of it. I can't remember
[14] the name of it. I remember that part. It was real
[15] tacky on your fingers, you know.
[16] **Q:** It must have been fun to work with?
[17] **A:** It really smelled terrible. It was a
[18] fishy smell. That's one of them. But the Garlock
[19] would be like a rope. And then there was some of it
[20] that was already — you could buy it right out of stock
[21] that was already precut and presized to where you could
[22] just buy a little thing of it and put it right in the
[23] pump, five pieces or whatever.
[24] **Q:** So you used numerous different kinds of
[25] packings?

**Page 23**

[1] **A:** Right.
[2] **Q:** And this was all used on pumps?
[3] **A:** Well, pumps and — mostly pumps, yes.
[4] Maybe even speed reducers or something like that that
[5] held oil, you know.
[6] **Q:** You also mentioned that you used
[7] gaskets. Do you know a product name or manufacturer of
[8] the gaskets?
[9] **A:** The steam gasket. I can't remember what
[10] the name of the gasket is for sure. Probably a Garlock
[11] gasket. My best memory, it would be Garlock.
[12] Depending on what size steam pipe you worked on, if you
[13] had to change a steam valve, you had to put a gasket
[14] in.
[15] **Q:** Can you physically describe the gasket?
[16] **A:** Most of those gaskets were — they were
[17] — a lot of your steam gaskets were asbestos gasket.
[18] The size of, say, a four-inch pipe. And a lot of them
[19] had a copper ring inside and then your gasket then
[20] squeeze together. It had to be a certain type to use
[21] for steam because they were high pressure.
[22] **Q:** Okay. Do you remember any other names
[23] of the product or manufacturer of the gaskets, other
[24] than the one you've just mentioned?
[25] **A:** I can't think of any. It's been a long

**Page 24**

[1] time.
[2] **Q:** Yes, I understand. Do you know any
[3] product name or manufacturer of the pipe covering you
[4] used?
[5] **A:** Corning is a name. And it seems to me
[6] it's a Mansfield of some sort I seen on a box, but I
[7] can't remember too much on — we used to just go buy it
[8] out all the time, you know. What I mean by buying it
[9] out, going to the stockroom and get it.
[10] **Q:** And this pipe covering, what type of
[11] pipes was this pipe covering put on?
[12] **A:** Anywhere from half-inch pipe on up to 8,
[13] 10, 12-inch pipe.
[14] **Q:** Did this pipe carry water? Did it carry
[15] different things?
[16] **A:** Slurry. That was the name I wanted to
[17] use before, slurry lines, water lines, steam lines. I
[18] don't think they had paint lines in there, just mostly
[19] was your water lines and —
[20] **Q:** What's a slurry line?
[21] **A:** It was a mixture that they used to add
[22] with the sand to make the core with. It looked like
[23] mud, a black mud.
[24] **Q:** Do you recall any other names of product
[25] name or manufacturer for the pipe covering other than

REDACTED

Vol. 1, December 8, 1997

20TH CENTURY GL



WR GRACE-PIQ 001779-055

Page 25

[1] the two you mentioned?
[2]    A: I can't think of any right now.
[3]    Q: You also mentioned a cement that you
[4] used that you put on the pipes. Do you know a product
[5] name or manufacturer of the cement?
[6]    A: I can't really think of anything —
[7] you're talking about the type that you mixed up that
[8] looked like a —
[9]    Q: I'm asking you the cement that you
[10] mentioned that you put on the pipe that you said you
[11] believe contained asbestos. That's the one I'm asking
[12] about.
[13]    A: Yes. I can't think of the name of it,
[14] but I can tell you it was like sparkly. It looked like
[15] paper mache' type stuff. It didn't mix up like a
[16] cement that you use.
[17]    Q: When it hardened, I guess when it dried,
[18] did it get like real hard —
[19]    A: It was pretty hard.
[20]    Q: — being like cement? Was it like —
[21]    A: It was like plaster board. That's the
[22] best thing I can tell you, almost like plaster.
[23]    Q: And where would you place the cement on
[24] the pipes?
[25]    A: On the elbows from where the pipe

Page 27

[1]    A: Yes.
[2]    Q: Why don't you list me the types of those
[3] products?
[4]    A: Oh, around the sprays like, the stuff
[5] that they used to spray on it.
[6]    Q: You believe that contained asbestos?
[7]    A: Yes, that was an insulating, Cafco, C-a-
[8] f-c-o.
[9]    Q: And what was this?
[10]    A: It was a spray that they used like on a
[11] furnace, on 14 conveyor. They would spray it on there
[12] if there was a hot spot or something like that, you
[13] know.
[14]    Q: Are there any other products that you
[15] believe you worked around that contained asbestos?
[16]    A: Worked around? That's all as far
[17] as working around it. I mean, I never worked with it,
[18] right.
[19]    Q: Okay. That's the only product you can
[20] remember?
[21]    A: That's all I can remember.
[22]    Q: Who's the one who used the spray, what
[23] workers?
[24]    A: You want names of a worker?
[25]    Q: Well, sure, in a second, but I guess

Page 26

[1] covering wouldn't fit.
[2]    Q: You also mentioned that you believe you
[3] worked with gloves that you believe contained asbestos.
[4] Were these the same gloves you previously mentioned
[5] that you used when you worked in core processing?
[6]    A: Yes. You get them right out of the
[7] stockroom.
[8]    Q: And you don't know the name or
[9] manufacturer or product name for those gloves, do you?
[10]    A: No.
[11]    Q: Are there any other products that you
[12] believe you personally used during that eight-year time
[13] period from 1966 to 1974 besides the piping, gaskets,
[14] pipe covering, cement and gloves?
[15]    A: I didn't use it, as far as me using it,
[16] but —
[17]    Q: I'm going to get to that next.
[18]    A: Okay.
[19]    Q: Those are the only products you believe
[20] you personally used?
[21]    A: Yes.
[22]    Q: Okay. During that same time period,
[23] those eight years when you were in EIT, do you believe
[24] you worked around asbestos-containing products that
[25] contained asbestos?

Page 28

[1] what classification were these workers?
[2]    A: Well, they were cupola repairmen or
[3] furnace repair. I guess the furnace repair and the
[4] cupola repair were both probably listed at the same job
[5] classification.
[6]    Q: And you said this was used on hot spots
[7] in furnaces?
[8]    A: Yes.
[9]    Q: What department would that be in?
[10]    A: Well, it depends on — it would be in
[11] the foundry department or the cupola department. They
[12] had furnaces in both departments. In the foundry
[13] department, they were called holding-furnaces.
[14]    Q: Okay. From 1974 and I'm going to cut it
[15] off to 1980 when you were a journeyman pipe fitter, do
[16] you believe you also worked with and around asbestos-
[17] containing products?
[18]    A: Oh, yes.
[19]    Q: Were these the same products that you've
[20] just mentioned to me that you used while you were an
[21] EIT pipe fitter?
[22]    A: Right.
[23]    Q: Were there any additional products that
[24] you believe you used in this six-year time period?
[25]    A: I think I've just told you about



Vol.

WR GRACE-PIQ 001779-056

Page 29

[1] everything right there.
[2] Q: Were there any products that you
[3] previously listed that you did not use in this last
[4] six-year period from 1974 to 1980?
[5] A: No.
[6] Q: So you used exactly the same products
[7] while an EIT —
[8] A: The same.
[9] Q: Let me try to finish so the Court
[10] Reporter can get this down. So you used the same
[11] products while a journeyman pipe fighter as you did
[12] when you were an EIT, as you previously mentioned,
[13] correct?
[14] A: Correct.
[15] Q: While you were working at Grey Iron, did
[16] you ever see any independent contractors come in and do
[17] work at the foundry?
[18] A: Oh, yes, a lot of them.

[21] A: Oh, you want electrical or —
[22] Q: Whatever. Whatever you can remember,
[23] independent contractors?
[24] A: Green. Boy, there was so many
[25] contractors in there. Champagne and Marx, they worked

Page 30

[1] in there. Many, many truck haulers.
[2] Q: Do you remember any names? Let me stop
[3] here. When I say truck haulers, are these people — I
[4] guess independent contractor is somebody that would
[5] actually be somewhere in the foundry actually doing
[6] work?
[7] A: I can't remember too many names on them,
[8] but we had a lot of contractors in there.
[9] Q: What did Green do?
[10] A: It seemed to me as though they were
[11] electrical, a lot of electrical, but I'm not sure on
[12] that either. I just can't think of any names right
[13] now.
[14] Q: And this Champagne and Marx, what did
[15] they do?
[16] A: Trucking, hauling in, hauling out.
[17] Q: Okay. Did they actually do work in the
[18] foundry or they were just kind of like a supplier?
[19] They'd bring products to and from the —
[20] A: Well, they did work in the foundry,
[21] putting in machines and stuff like that. I mean, had
[22] to haul out the dirt in order to put the machines in.
[23] Some of them put in machines, too.
[24] Q: What type of machines would they put in?
[25] A: Core machines, great big jiggers,

Page 31

[1] jiggers and stuff like that that we couldn't handle,
[2] they had outside contractors come in and put them in.
[3] Q: Also working at Grey Iron, do you recall
[4] any suppliers that brought stuff to the foundry? And
[5] what I mean by suppliers, not somebody that actually
[6] manufactured a product, that's usually kind of like a
[7] middle man that would actually bring it from the
[8] manufacturer to Grey Iron?
[9] A: You mean did I actually see a truck come
[10] in like Unirubber Company or something like that?
[11] Q: Whatever, yes. Whatever company —
[12] A: Delivered the asbestos pipe covering?
[13] Q: Yes, sure, the supplier.
[14] A: I wouldn't have seen that, no.
[15] Q: Did you ever work at any of the other
[16] Saginaw foundries while working?
[17] A: No.
[18] MR. DAVIS: You mean like Nodular

[21] Q: And you retired in 1988. Was that a
[22] regular retirement?
[23] A: What do you mean by regular retirement?
[24] Q: You just had enough years in and you
[25] quit or you retired?

Page 32

[1] A: More or less, yes.
[2] Q: When you say more or less, was there a
[3] reason why you retired?
[4] A: Well, my health wasn't the best and so I
[5] took the — I had my 25 years in, so I took it.
[6] Q: Sir, did you have a nickname while you
[7] worked at Grey Iron?
[8] A: Yes.
[9] Q: What was your nickname?
[10] A: Dirty George.
[11] Q: I shouldn't ask this, but —
[12] A: Off the record, I can tell you why, if
[13] you want.
[14] MR. KARFIS: Okay. We'll save it
[15] for after the record.
[16] I believe those are all the
[17] questions I have for you right now.      But I'm
[18] sure some of the other attorneys will have some other
[19] questions for you. Thanks.
[20] EXAMINATION
[21] BY MS. JACQUE:
[22] Q:        , my name is Onnie Jacque. How
[23] are you doing today?
[24] A: Good today.
[25] Q: I have a couple questions I'd like to

REDACTED

**REDACTED**

Vol. 1, December 8, 1997                    20TH CENTURY GL...



WR GRACE-PIQ 001779-057

Page 33

[1] ask you. From 1963 until 1966 when you were working in
[2] the core room as a core processor, you said you worked
[3] around some curtains. Do you recall what those
[4] curtains looked like?
[5]     A: Just big gray curtains. That's all I
[6] can remember.
[7]     Q: Did you ever have occasion to touch
[8] them?
[9]     A: Oh, yes, if you had to.
[10]     Q: Do you know what they felt like, the
[11] texture of them?
[12]     A: Kind of like a rug.
[13]     Q: A rug. Were they a heavyweight curtain?
[14]     A: Yes.
[15]     Q: Did you notice any tags or labels on the
[16] curtains?
[17]     A: No.
[18]     Q: No. Did you ever see how the curtains
[19] came packaged?
[20]     A: No.
[21]     Q: Do you know if they came on a roll?
[22]     A: I can't remember.
[23]     Q: You only saw them hanging?
[24]     A: Yes.
[25]     Q: And from 1966 until 1974 when you were

Page 34

[1] an EIT pipe fitter, you indicated that you worked with
[2] some gaskets. What color were these gaskets?
[3]     A: Most of them were white.
[4]     Q: They were white. Were they prefab?
[5]     A: You're talking made at the factory, made
[6] at a shop and then brought to the factory.
[7]     Q: Brought to the foundry?
[8]     A: Brought to the foundry, right.
[9]     Q: Were they already precut?
[10]     A: Right.
[11]     Q: What sizes did they come in?
[12]     A: You could get them from 12 inch all the
[13] way down to small, half inch.
[14]     Q: Half inch. Were they thick?
[15]     A: No, not —
[16]     Q: So the diameter you're saying was 12
[17] inch?
[18]     A: Right.
[19]     Q: One half an inch to 12 inch?
[20]     A: Right.
[21]     Q: And the width or how thick — were they
[22] thin, like discs?
[23]     A: They were probably just anywhere from a
[24] 16th to a quarter inch thick at the very most.
[25]     Q: And you'd said that they were used for

Page 35

[1] steam pipe?
[2]     A: Steam pipes.
[3]     Q: Were they used for any other —
[4]     A: Well, you had to use a gasket for water
[5] lines and wherever a valve went in on a welded pipe.
[6]     Q: So they were not only used for steam
[7] pipes, but they were used for other types of piping?
[8]     A: Right.
[9]     Q: Were they used for any other purpose?
[10]     A: You mean for —
[11]     Q: Were they used for anything other than
[12] piping the gaskets?
[13]     A: Gaskets were — water gaskets were used
[14] for gaskets for either steam, water, gas, oxygen,
[15] whatever kind of line you happen to run.
[16]     Q: So these same rubber gaskets were used
[17] for —
[18]     A: Same asbestos gaskets.
[19]     Q: Okay. How do you know that these
[20] gaskets contained asbestos?
[21]     A: You could see it. You could see the
[22] sparkly stuff in it.
[23]     Q: Did you ever see the gaskets come in
[24] their packaging?
[25]     A: You mean you had to take the packages

Page 36

[1] out?
[2]     Q: When you got the gasket, how did you get
[3] it?
[4]     A: Depending on the gasket. We just went
[5] to the stockroom and took a requisition up there and
[6] asked for a certain size gasket and the stockroom man
[7] brought it out to you.
[8]     Q: Okay. When you got the gasket from the
[9] stockroom, was it in packaging or was it just open?
[10]     A: Most of the time it was just open.
[11]     Q: So did you ever see the gaskets in their
[12] packaging when they came to the foundry?
[13]     A: No, not the gaskets so much. No.
[14]     Q: So you don't know if they came in a box
[15] or they came in shrink wrap or —
[16]     A: No.
[17]     Q: — anything like that?
[18]     A: We always ordered them by the piece.
[19]     Q: By the piece?
[20]     A: As many as we needed.
[21]     Q: You'd take a requisition and go to the
[22] crib and say, "I need ten gaskets or one gasket"?
[23]     A: Right.
[24]     Q: The gaskets that you used, were they all
[25] white?

ABERNATHY v.
20TH CENTURY GLOVE CORPORATION

Vol. 1



WR GRACE-PIQ 001779-058

**Page 37**

[1]  A: No, there were some of them gray, gray
[2] looking.
[3]  Q: Were there any — were they any other
[4] color other than white or gray looking?
[5]  A: I don't recall.
[6]  Q: Other than the manufacturer that you
[7] named, I know you said you couldn't recall at the time,
[8] have you thought of the name of any other manufacturers
[9] of gaskets?
[10]  A: I can't think of them, no.
[11]  Q: Other than the sparkly stuff you
[12] indicated that you saw in the gaskets, is there any
[13] other knowledge that you have that makes you believe
[14] that these gaskets contained asbestos?
[15]  A: No.
[16]  Q: Did someone ever tell you or did you
[17] ever talk with your co-workers about them?
[18]  A: No. We had no idea anything was wrong
[19] with it at that time.
[20]  Q: Do you now know that the gaskets
[21] contained asbestos?
[22]  MS. JACQUE: That asbestos is dangerous, yes, I
[23] really know for sure.
[24]  Q: Okay. But my question is, do you now
[25] know or do you know now that the gaskets that you were

**Page 38**

[1] using contained asbestos?
[2]  A: I know now they do, yes.
[3]  Q: How do you know now?
[4]  A: Well, you just know what asbestos looks
[5] like and I remember the — just from my own remembrance
[6] of what it looks like.
[7]  Q: Okay. When you were a pipe fitter, did
[8] you — the curtains that you saw when you were in the
[9] core processing room when you were a core processor, do
[10] you recall if you saw any of those curtains when you
[11] were an EIT pipe fitter?
[12]  A: Well, I'm sure I saw them then, too,
[13] yes, because we worked around it then. Then, of
[14] course, we were plant wide so we worked all over.
[15]  Q: Okay. And does the same hold true when
[16] you were a journeyman pipe fitter?
[17]  A: Right.
[18]  Q: What shift did you work as a journeyman
[19] pipe fitter?
[20]  A: Third.
[21]  Q: Third shift. Did you work overtime as a
[22] journeyman pipe fitter?
[23]  A: We worked overtime from the day I
[24] started there till the day I retired.
[25]  Q: Did you work a lot of overtime or did

**Page 39**

[1] you work every month?
[2]  A: We worked at least 60 hours a week.
[3] Well, 56 hours a week almost all the time, seven days a
[4] week. All the time from when I started on EIT right up
[5] through till I retired. It was a seven day a week job,
[6] other than maybe a few months they would say, "Well,
[7] we're back to eight hours." We still worked weekends.
[8] I got to say we worked overtime throughout the whole
[9] time.
[10]  Q: Okay. Have you ever heard of a company
[11] called United States Rubber?
[12]  A: Rings a bell, but I can't say.
[13]  Q: How about Uniroyal?
[14]  A: I've seen Uniroyal probably.
[15]  Q: Where did you see Uniroyal?
[16]  A: I've seen the name, possibly there,
[17] possibly someplace else. I don't know for sure. I
[18] know the name.
[19]  Q: Do you associate the name with anything
[20] you may have seen at the foundry?
[21]  A: I can't say.
[22]  MS. JACQUE: Okay.      I
[23] don't have any other questions for you right now. I do
[24] have some names I'd like to ask you about, but I'm
[25] going to wait until the end until everyone has had a

**REDACTED**

**Page 40**

[1] chance. Okay?
[2]  **EXAMINATION**
[3]  **BY MS. WINIARSKI:**
[4]  Q: Hi, sir. My name is Denise Winiarski.
[5] You mentioned earlier when you were an EIT pipe fitter,
[6] you mentioned some spray that was used on the furnace
[7] and you called it Cafco?
[8]  A: It was a — what are you talking about?
[9]  Q: Is that a trade name or a manufacturer
[10] name?
[11]  A: I think it's — most of the time it was
[12] a manufacturer's name. The same as anything else you
[13] bought out of stock, everything was mostly
[14] manufacturer's name, named after whoever put it in
[15] there.
[16]  Q: The spray was — you said you saw
[17] other people applying the spray in the cupola or the
[18] foundry department. What were they spraying it with?
[19] I mean, how was it being applied?
[20]  A: Well, it was — most of the time you
[21] seen somebody with a long two-inch hose and it was
[22] being pressurized sprayed onto the — whatever it had
[23] to be applied to, you know, like the furnace or the
[24] mouth of the furnace or the neck or — I don't know.
[25] You don't know what I'm talking about there but —

REDACTED

Vol. 1, December 8, 1997                                        20TH CENTURY GL

WR GRACE-PIQ  001779-059

**Page 41**

[1] Q: And the hose, where was the hose coming
[2] from?
[3] A: From the machine that they put the stuff
[4] in.
[5] Q: And you said the stuff. What kind of
[6] stuff did they put in there, if you know?
[7] A: It was like a — actually it looked like
[8] a stone, small stone, gravely type stuff.
[9] Q: Do you remember the color?
[10] A: Brownish.
[11] Q: Do you know if it was mixed with
[12] anything before —
[13] A: Water. I would assume it was water.
[14] Q: Did you ever see this product after it
[15] was sprayed on the furnace?
[16] A: You mean after it was on the furnace
[17] itself?
[18] Q: Right after it dried?
[19] A: Yes. If you watched them spray it on
[20] there, yes.
[21] Q: Do you know what the texture was?
[22] A: Kind of stony type, gravelish.
[23] Q: Was it the same color after it was dry?
[24] A: Yes, it was brown, gray looking.
[25] Q: Some kind of a brownish gray. Now when

**Page 42**

[1] this was being sprayed, who was spraying the, you know,
[2] material? Was it GM employees?
[3] A: Right.
[4] Q: And you said it was the cupola repairman
[5] or the furnace repairman?
[6] A: Cupola repairman or the furnace
[7] repairman.
[8] Q: Do you know how many people would be
[9] spraying this at one time?
[10] A: No, I wouldn't know how many. Depending
[11] on how many — time of day and who was, you know,
[12] wouldn't know another department out in the cupola if I
[13] was working on the line so —
[14] Q: Was this something that happened every
[15] day? Did they spray this material every day?
[16] A: Probably somebody did. Now where, I
[17] don't know but I mean —
[18] Q: You just might not have seen it every
[19] day?
[20] A: Yes, right.
[21] Q: Now when it was sprayed, were there
[22] other people in the department still working doing
[23] their normal jobs?
[24] A: Yes.
[25] Q: Did the spray cause some sort of dust or

**Page 43**

[1] anything like that?
[2] A: You mean like a mass of dust where you
[3] couldn't see?
[4] Q: Right.
[5] A: Not that bad, but you could see, you
[6] know, you could see them spray it on.
[7] Q: And how far were you when it was being
[8] sprayed, how far away from it?
[9] A: It depends. If I wanted to talk to that
[10] person, maybe I walked up and talked to him and stood
[11] right beside him. I don't know.
[12] Q: So you could stand right beside him
[13] while it was being sprayed on the furnaces?
[14] A: Yes, you could have.
[15] Q: Now you said this was a stony material
[16] that was put into this machine. Did you see how that
[17] stony material came packaged?
[18] A: I can't remember. It was like a brown
[19] bag that I can think of, but I'm not positive. They
[20] just put it in the machine and sprayed it out.
[21] Q: So since you never worked with it, you
[22] wouldn't know how heavy the bag was or anything like
[23] that?
[24] A: No.
[25] Q: And you said you thought that this spray

**Page 44**

[1] contained asbestos?
[2] A: I would say it did, yes.
[3] Q: Why do you believe it contained
[4] asbestos?
[5] A: Because it was an insulator.
[6] Q: Because of the high heat in the furnace?
[7] A: High heat, oh, yes. 3,000 degrees and
[8] better.
[9] Q: Was it also used in the cupolas?
[10] A: Right.
[11] MS. WINIARSKI: Thanks, sir.
[12] That's all the questions I have right now.
[13] MR. KITZMILLER: No questions.
[14] EXAMINATION
[15] BY MR. HEWITT:
[16] Q: I just have a couple questions for you,
[17]
[18] MR. DAVIS: Let me slip back so you
[19] can see.
[20] Q: When you're talking about this spray
[21] being used on the holding furnaces, were they spraying
[22] it on the outside or the inside?
[23] A: It depends. Depends on where the hot
[24] spot would be, you know, if they had a —
[25] Q: Were you ever in the area when they

REDACTED

ABERNATHY v.
20TH CENTURY GLOVE CORPORATION



Vol.

WR GRACE-PIQ 001779-060

**Page 45**

[1] actually crawled inside the drum and sprayed it inside
[2] the holding furnace?
[3] A: I can't say I was there, no.
[4] Q: So you've seen it used on the outside of
[5] the holding furnace?
[6] A: Well, more or less on the outside. It
[7] wouldn't be right on the steel part on the outside.
[8] Q: That was my question. Are they spraying
[9] it on the shell or —
[10] A: No, it would be on — like where the
[11] iron is poured into the furnace or where it comes out
[12] on a trough, on something like that.
[13] Q: Okay. So this is like a material — do
[14] you know what a ramming mix is?
[15] A: Right.
[16] Q: Was this a ramming material that was
[17] being sprayed on?
[18] A: No. A ramming material was like kid's
[19] putty, clay. The ram material come in a thing and they
[20] took a hammer and rammed it.
[21] Q: Have you ever seen ramming material that
[22] was sprayed inside a furnace?
[23] A: I don't know if it's ramming material or
[24] not, no.
[25] Q: Do you know this material that you saw

**Page 46**

[1] that was sprayed, was it coming in direct contact with
[2] the molten material? When they sprayed it on the
[3] troughs, are they spraying it on —
[4] A: They never — not on the iron itself.
[5] You couldn't mix — I mean, any time you mix water and
[6] iron together, you know, you wouldn't be around. You'd
[7] be blowed up.
[8] Q: Right. So where were they spraying
[9] this, on the mouths or on the troughs? Were they
[10] spraying it on the sides where it was not coming in
[11] contact?
[12] A: Right. Maybe up on the ceiling of it or
[13] something where you got a hot spot up there, but not
[14] directly right onto the iron. Because I don't know if
[15] you know it or not, but if you put iron and water
[16] together, you're going to have a bomb bigger than any
[17] dynamite you've ever seen.
[18] Q: So that being the case, would you say
[19] it's unlikely that they were spraying that stuff inside
[20] the drum of the holding furnace, since you don't want
[21] to use water in there?
[22] A: You can spray water on top of iron, but
[23] you cannot put iron on top of water. Do you understand
[24] what I'm telling you?
[25] Q: I think so. Okay.

**Page 47**

[1] A: If you can remember back a few years
[2] ago, there was a pipe fitter that got killed on top of
[3] a furnace. And the reason for that was the iron pourer
[4] came down and dumped iron on top of it after a hose
[5] broke up on top. It spilled water on top of all that
[6] iron and it was steam.
[7] Q: Pressure built up and it made steam and
[8] it blew the door?
[9] A: And then the crane came down and poured
[10] more iron on top of that water and it blew up and
[11] killed that guy up there.
[12] Q: Right. Now, is the only reason you said
[13] you believe this material contained asbestos, because
[14] it was used as an insulator around the furnaces?
[15] A: Right.
[16] Q: Did anybody ever tell you or did you
[17] ever see anything that said it was asbestos containing?
[18] A: No.
[19] Q: Have you ever seen a spray on material,
[20] something that was shot out of a gun or a hose, used
[21] around the cupolas or furnaces that was a refractory
[22] material that did not contain asbestos?
[23] A: I don't know if it contained asbestos or
[24] not. I've seen them spray stuff out, yes, before the
[25] furnace was ever used.

**Page 48**

[1] Q: Right. Right.
[2] A: You know, whether or not that was
[3] asbestos in it or not, I couldn't tell you.
[4] MR. DAVIS: We're talking about
[5] something different from what he's described
[6] previously.
[7] MR. HEWITT: Right.
[8] MR. DAVIS: Okay. Just so the
[9] record is clear.
[10] MR. HEWITT: All right. That's all
[11] the questions I have. Thanks.
[12] MR. DAVIS: I think just —
[13] MS. JACQUE: Nobody else has
[14] questions? Okay.

RE-EXAMINATION
BY MS. JACQUE:

[17] Q          i, I have some names I'd like to
[18] ask you about. And if you'd like, I can give you a
[19] choice. I could either read them or give you the list
[20] and have you indicate if you know these people. Which
[21] would be easier?
[22] A: Give me the list. I'll show you.
[23] Q: Okay. You want to take a break.
[24] MR. DAVIS: Yes.
[25] THE WITNESS: Know the people?

REDACTED

REDACTED



WR GRACE-PIQ 001779-061

**Page 49**

[1] **Q:** Just circle or check, whatever.
[2] **A:** Even if they're dead?
[3] **Q:** Yes.
[4] **A:** And you want to know if they're a
[5] foreman or if they're a —
[6] **MR. DAVIS:** Well, she'll ask you
[7] the questions.
[8] **Q:** Once you do that, we'll talk about who
[9] you know and how you know them.
[10] **MR. DAVIS:** We can go off the
[11] record.
[12] (Discussion held off the record.)
[13] **Q:** , I just want the record to
[14] reflect that I handed you a list — several list of
[15] names of co-workers and Grey Iron plaintiffs and asked
[16] you to identify or indicate who you may know or may
[17] have worked with.
[18] We're going to read through this
[19] list of names just the people that you've identified.
[20] And we're going to assume that anyone that you haven't
[21] checked off, you don't know them or are not familiar
[22] with their name, is that correct?
[23] **A:** I'm not familiar with the name.
[24] **Q:** And I understand that a lot of people;
[25] (a) may have gone by nicknames or you may only know

**Page 50**

[1] them by their face?
[2] **A:** Right.
[3] **Q:** Okay. Na'eem Abdullah is the first
[4] person you've indicated. How do you know Mr. Abdullah?
[5] **A:** I think he was some sort of a committee
[6] man at one time.
[7] **Q:** Did you know him by — he was also known
[8] as John Williams. Did you know him by that name?
[9] **A:** No.
[10] **Q:** You knew him by Abdullah?
[11] **A:** Yes.
[12] **Q:** Carl Alles?
[13] **A:** Alles.
[14] **Q:** Alles. How do you know Mr. Alles?
[15] **A:** He was a pipe fitter.
[16] **Q:** Did you work with him?
[17] **A:** Yes.
[18] **Q:** Do you recall what years you may have
[19] worked with him?
[20] **A:** He worked there all the time I worked
[21] there, so it would be from — he had more seniority
[22] than I had.
[23] **Q:** Did you ever work side by side with him?
[24] **A:** Yes, many a time.
[25] **Q:** I'm sorry?

**Page 51**

[1] **A:** A lot of times.
[2] **Q:** Charles Aubin?
[3] **A:** He was a pipe fitter. I worked beside
[4] him many a times.
[5] **Q:** Thomas Bell?
[6] **A:** He was a foreman.
[7] **Q:** Did you ever work for him?
[8] **A:** Yes.
[9] **Q:** Do you know what department he was in?
[10] **A:** Maintenance.
[11] **Q:** Larry Bloom?
[12] **A:** I worked with him.
[13] **Q:** What was his job?
[14] **A:** He was a millwright.
[15] **Q:** Was he all over the foundry?
[16] **A:** Right.
[17] **Q:** Did you ever work side by side with him
[18] or in an area where he was working?
[19] **A:** In the same area, yes.
[20] **Q:** Robert Coe?
[21] **A:** He was a foreman.
[22] **Q:** He was your foreman?
[23] **A:** Yes.
[24] **Q:** What department were you in?
[25] **A:** Foundry.

**Page 52**

[1] **Q:** No. 2?
[2] **A:** Yes, he had to be in 2 foundry on the
[3] cupolas, too, cupolas mostly. I worked for him on
[4] weekends.
[5] **Q:** On the weekends?
[6] **A:** Right.
[7] **Q:** Gerald Frost, how do you know Mr. Frost?
[8] **A:** He was a welder.
[9] **Q:** Did you ever work with him?
[10] **A:** Yes.
[11] **Q:** What department?
[12] **A:** Maintenance. I think that guy's dead,
[13] isn't he?
[14] **Q:** I'm not sure. I don't know. Joseph
[15] Kostick?
[16] **A:** I knew him as a neighbor.
[17] **Q:** He was your neighbor?
[18] **A:** And a worker in the foundry.
[19] **Q:** Do you know what job he had?
[20] **A:** Millwright, I believe.
[21] **Q:** Did you ever work in a department where
[22] he was working?
[23] **A:** No, not real close, no.
[24] **Q:** Robert Kubczak?
[25] **A:** Went to school with him when we were



WR GRACE-PIQ 001779-062

REDACTED

**Page 53**

[1] kids.
[2] Q: Did you ever work with him?
[3] A: Yes, he was a millwright. But mostly he
[4] worked at Nodular, but I did — I was around him a
[5] little bit.
[6] Q: How about his brother Thomas?
[7] A: The name Thomas, I can't think of — I
[8] thought it was Bob and I don't recollect the name
[9] Thomas. Must be his real name, but I just don't
[10] recollect that name through him. They were both
[11] brothers. I went to school with them when we were
[12] kids. They lived in ʼ        with us.
[13] Q: Did you know what job Robert Kubczak's
[14] brother may have had?
[15] A: I'm thinking pattern shop, but I'm not
[16] sure.
[17] Q: Okay. That's fine. Larry Lynch?
[18] A: He was a tin knocker.
[19] Q: A tin knocker?
[20] A: Right. Or tin banger, whatever they
[21] call it.
[22] MR. DAVIS: Yes, yes.
[23] Q: Joseph Mazzola?
[24] A: He worked in the cupola department as a
[25] laborer.

**Page 54**

[1] Q: L. C. Peoples?
[2] A: He was a committee man.
[3] Q: Harvey Pfeiffer?
[4] A: He was foreman.
[5] Q: He was —
[6] A: No, wait a minute now. I might have
[7] someone mixed up there. Is that Harold or Harvey?
[8] Q: Harvey.
[9] A: Was there two brothers there that —
[10] Q: I don't know.
[11] A: It doesn't have anything about Harold.
[12] Q: I only have Harvey.
[13] A: I may have him mixed up with his brother
[14] if there's two of them. One was a foreman and one was
[15] a worker.
[16] Q: Okay. But do you know who Harvey is?
[17] A: I know the name, put it that way. I
[18] think there was a brother.
[19] Q: Dennis Sprague?
[20] A: Yes, he was a cupola worker.
[21] Q: Was he a laborer?
[22] A: Yes.
[23] Q: Did you ever work in the area where he
[24] was working?
[25] A: No, but I just knew his wife and family,

**Page 55**

[1] you know.
[2] Q: Okay. Paul Blanton, Sr., how do you
[3] know —
[4] A: He was a cupola worker, too.
[5] Q: Was he a laborer?
[6] A: Yes. I couldn't tell his actual status
[7] of what he was, but I know he worked in the cupolas and
[8] he wasn't in maintenance.
[9] Q: Did you ever work around where he was
[10] working?
[11] A: No, I just knew him from —
[12] Q: From the plant?
[13] A: No.
[14] Q: From the cupola department?
[15] A: No, I knew the family from living in
[16] Carlton.
[17] MS. JACQUE: Okay. Sir, those are
[18] all the questions that I have. Thank you very much.
[19]            RE-EXAMINATION
[20]      BY MS. WINIARSKI:
[21] Q: I have one more question.
[22]      When you were talking about this
[23] Cafco spray, how did you know it was called Cafco?
[24] A: I just remember the name.
[25] Q: Somebody used that name?

**Page 56**

[1] A: I don't know.
[2] Q: The name just sounds familiar to you?
[3] A: I just remember the name.
[4] Q: You never saw it anywhere or anything
[5] like that?
[6] A: Well, I probably had to see it on a box,
[7] the same as — I'm trying to think of the name, like
[8] wasn't it Pittsburgh or something that was on a box for
[9] insulating? I mean, I just remember seeing it on a box
[10] or something, you know.
[11] MS. WINIARSKI: Okay. Thanks.
[12]            RE-EXAMINATION
[13]      BY MS. JACQUE:
[14] Q: I have one more question, I'm sorry.
[15]      The gaskets that you used, did you
[16] ever have to cut them to fit something?
[17] A: Oh, yes. You're talking — a pipe
[18] gasket was always made, but sometimes you had to make
[19] gaskets yourself out of gasket material. What's the
[20] name of the gasket material? I can't think of it right
[21] now.
[22]      But we had a machine that you could
[23] make your own gaskets out of. But a lot of times on
[24] your steam gaskets, especially, you had to use store
[25] boughten type. A lot of gaskets we did make ourselves

REDACTED



WR GRACE-PIQ 001779-063

Page 57

[1] and we cut them and made circles, you know.
[2]      Q: Would you personally cut it or would you
[3] put it in the machine and the machine would cut it?
[4]      A: Well, we personally cut it. We had a
[5] cutting board with a little machine that you had a
[6] razor blade in and stick it in there and make a gasket,
[7] you made your own gaskets, you know.
[8]      Q: When you cut the gasket material, did
[9] you ever notice any dust or anything emitting from the
[10] gasket material?
[11]      A: The only thing you could notice was that
[12] fishy smell on some of them and the sparkle.
[13]      Q: Were they rubberized gaskets or were
[14] they made out of other material?
[15]      A: Some were, some weren't. I mean, there
[16] was some gaskets that was made out of rubber and some
[17] that was made out of just the white, I don't know what
[18] you'd call it, just like a white material.
[19]      Q: Okay. The rubber gaskets, were they
[20] only used for the steam piping or the water —
[21]      A: No, no. You never use rubber on steam.
[22]      Q: What would you use the rubber gaskets
[23] for, water?
[24]      A: On the slurry lines and stuff like that.
[25]      MS. JACQUE: Okay. Thank you, sir.

Page 58

[1]      MR. DAVIS: All done.
[2]      (Marked for identification:
          : Nos. 1 and 2.)
[4]      (Deposition concluded at 2:55 p.m.)
[5]
[6]
[7]
[8]
[9]
[10]
              REDACTED
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 59

[1] State of Michigan                              )
[2] County of Oakland                              )
[3]          Certificate of Notary Public
[4]   I do hereby certify that the witness, whose
[5] attached testimony was taken in the above-entitled
[6] matter, was first duly sworn to tell the truth; the
[7] testimony contained herein was reduced to writing in
[8] the presence of the witness by means of stenography;
[9] afterwards transcribed; and is a true and complete
[10] transcript of the testimony given by the witness.
[11]   I further certify that I am not connected by
[12] blood or marriage with any of the parties; their
[13] attorneys or agents; and that I am not interested,
[14] directly or indirectly, in the matter of controversy.
[15]   In witness whereof, I have hereunto set my
[16] hand this day at Troy, Michigan, County of Oakland,
[17] State of Michigan.
[18]
[19]
[20]
[21]
[22]      Angela R. Mitchell, CSR-2151
[23]      Certified Shorthand Reporter
[24]      Notary Public, Oakland County, Michigan
[25] My Commission Expires:  October 21, 1999.

**Lawyer's Notes**



WR GRACE-PIQ  001779-064

ABERNATHY v.
20TH CENTURY GLOVE CORPORATION

Vol 

MR GRACE-PIQ 001779-065

## 1

1 11:10; 58:3
10 24:13
12 34:12, 16, 19
12-inch 24:13
12th 8:10
14 15:10; 27:11
16th 34:24
18th 10:6
1959 8:21
1963 9:21; 10:2; 11:19;
16:25; 17:18; 33:1
1966 10:13; 11:20; 12:15;
17:1; 19:16; 20:16; 26:13;
33:1, 25
1974 13:4; 14:23; 19:16;
20:16; 26:13; 28:14; 29:4;
33:25
1980 28:15; 29:4
1988 15:3; 31:21
1997 5:2
1:55 5:3

## 2

2 11:10, 11; 52:1, 2; 58:3
25 32:5
2:55 58:4

## 3

3 11:10
3,000 44:7
30 16:23
35 7:22
365 7:3

## 4

40 12:7
40-hour 14:3
42-9222 7:4

## 5

5129 7:6
56 39:3
58 9:5
59 9:5

## 6

60 39:2
63 9:22

## 7

7/15/41 7:1

## 8

8 5:2; 24:12

## A

Abdullah 50:3, 4, 10
activities 11:14; 14:4
actual 55:6
actually 6:2; 30:5, 5, 17;
31:5, 7, 9; 41:7; 45:1
add 24:21
additional 28:23
address 7:6
again 17:19
ago 47:2
Alles 50:12, 13, 14, 14
Almost 10:12, 19; 25:22;
39:3
aluminum 9:9
always 36:18; 56:18
anticipate 6:10
applied 40:19, 23
applying 40:17
approximately 9:21;
13:3
apron 18:1
aprons 18:1, 4, 13
area 44:25; 51:18, 19;
54:23
areas 13:17
around 13:20; 17:6, 12;
18:16; 26:24; 27:4, 15, 16,
17; 28:16; 33:3; 38:13;
46:6; 47:14, 21; 53:4; 55:9
Arrowcraft 9:3
asbestos 9:25; 17:21, 22;
18:4, 6, 16; 20:2, 13, 17;
23:17; 25:11; 26:3, 25;
27:6, 15; 28:16; 31:12;
35:18, 20; 37:14, 21, 22;
38:1, 4; 44:1, 4; 47:13, 17,
22, 23; 48:3
asbestos-containing
17:2; 19:18; 26:24
assigned 15:8
associate 39:19
assume 6:16; 41:13;
49:20
attorneys 6:15; 21:6;
32:18
Aubin 51:2
away 13:23; 18:21; 43:8
awful 22:6

## B

Back 15:12; 16:19; 17:19;
39:7; 44:18; 47:1
backup 16:19
bad 43:5
badge 11:1
bag 43:19, 22
Baker 7:6
banger 53:20
basement 13:17
basically 15:17
became 14:23
behind 7:13
bell 39:12; 51:5
beside 19:13; 43:11, 12;
51:3
besides 20:5; 26:13
best 23:11; 25:22; 32:4
better 44:8
big 14:18; 19:7, 8, 11;
30:25; 33:5
bigger 46:16
birth 7:1
bit 53:5
black 24:23
blade 57:6
blank 21:4
Blanton 55:2
blew 47:8, 10
Bloom 51:11
blowed 46:7
board 25:21; 57:5
boat 9:8, 24
Boats 9:3, 8, 9, 13
Bob 53:8
bolts 21:18
bomb 46:16
both 6:12; 28:4, 12; 53:10
bought 40:13
boughten 56:25
box 24:6; 36:14; 56:6, 8, 9
boy 16:1; 21:2; 29:24
break 6:22, 23; 14:10, 12;
16:9, 11; 17:10; 48:23
Bridgeport 7:8
briefly 13:12, 13
bring 14:20; 30:19; 31:7
broke 14:9, 18, 19; 16:6,
7, 14, 17; 47:5
brother 53:6, 14; 54:13,
18
brothers 53:11; 54:9
brought 31:4; 34:6, 7, 8;
36:7
brown 41:24; 43:18
Brownish 41:10, 25
built 47:7.
buy 21:13; 22:20, 22; 24:7
buying 24:8

## C

C 54:1
C-a 27:7
Cafco 27:7; 40:7; 55:23,
23
call 8:17; 53:21; 57:18
called 5:6; 19:10; 28:13;
39:11; 40:7; 55:23
came 33:19, 21; 36:12,
14, 15; 43:17; 47:4, 9
can 5:12; 6:10; 11:12;
13:12, 13; 19:21; 21:7;
22:9; 23:15; 25:14, 22;
27:19, 21; 29:10, 19, 22;
32:12; 33:6; 43:19; 44:19;
46:22; 47:1; 48:18; 49:10
Carl 50:12
Carlton 53:12; 55:16
carry 24:14, 14
cars 9:18
case 46:18
cause 42:25
ceiling 46:12
cement 20:10, 13; 25:3,
5, 9, 16, 20, 23; 26:14
certain 13:17; 23:20;
36:6
Champagne 29:25;
30:14
chance 40:1
change 13:24; 14:11;
23:13
changed 12:15; 14:3, 21;
15:9
changing 22:7
Charles 51:2
check 49:1
checked 49:21
children 8:1
choice 48:19
circle 49:1
circles 57:1
clarify 6:18
class 8:16
classification 28:1, 5
clay 45:19
cleaning 15:14
clear 48:9
close 52:23
co-workers 37:17; 49:15
Coe 51:20
College 8:16
color 22:9; 34:2; 37:4;
41:9, 23
coming 19:11; 41:1; 46:1,
10
committee 50:5; 54:2
company 9:24; 31:10,
11; 39:10
completed 8:6
concerning 14:12

concluded 58:4
contact 46:1, 11
contain 47:22
contained 17:22; 18:6;
20:13, 17; 25:11; 26:3, 25;
27:6, 15; 35:20; 37:14, 21;
38:1; 44:1, 3; 47:13, 23
containing 18:17; 28:17;
47:17
contractor 30:4
contractors 29:16, 20,
23, 25; 30:8; 31:2
conveyor 15:10; 27:11
copper 23:19
Core 10:9, 23, 24, 25;
11:3, 4, 11, 13; 12:13;
15:11, 12; 17:1, 4, 14;
19:15; 24:22; 26:5; 30:25;
33:2, 2; 38:9, 9
cores 11:16; 17:20; 19:8
Corning 24:5
couple 5:22; 14:20;
16:14; 32:25; 44:16
course 38:14
Court 5:17; 6:4, 11; 29:9
covering 13:21, 21, 24;
20:8, 9, 9, 12; 24:3, 10, 11,
25; 26:1, 14; 31:12
crane 47:9
crawled 45:1
crib 36:22
crushed 9:18
cupola 28:2, 4, 11; 40:17;
42:4, 6, 12; 53:24; 54:20;
55:4, 14
cupolas 44:9; 47:21;
52:3, 3; 55:7
current 7:6
currently 7:9
curtain 33:13
curtains 18:20; 19:3, 5, 9,
11; 33:3, 4, 5, 16, 18; 38:8,
10
cut 21:14; 28:14; 56:16;
57:1, 2, 3, 4, 8
cutting 57:5
cylinder 14:10, 11, 17,
18, 19, 22

## D

dangerous 37:22
date 7:1; 10:5
daughter 16:23
DAVIS 7:17, 20; 11:9;
14:15; 16:18; 17:9; 31:18;
44:18; 48:4, 8, 12, 24;
49:6, 10; 53:22; 58:1
day 10:16; 38:23, 24;
39:5; 42:11, 15, 15, 19
days 39:3
dead 49:2; 52:12
December 5:2; 10:19
deer 16:2, 4

REDACTED



NR GRACE-PIQ 001779-066

20TH CENTURY GLO

Vol. 1, December 8, 1997

degree 8:11
degrees 44:7
Delivered 31:12
Delta 8:16
Denise 40:4
Dennis 54:19
department 10:22; 11:2, 7, 10; 15:7; 19:14; 28:9, 11, 11, 13; 40:18; 42:12, 22; 51:9, 24; 52:11, 21; 53:24; 55:14
departments 28:12
depending 20:19; 23:12; 36:4; 42:10
depends 28:10; 43:9; 44:23, 23
deposition 5:15, 20; 58:4
describe 11:12; 13:12; 22:9, 12; 23:15
described 48:5
detail 21:8
diameter 34:16
different 11:23; 12:8; 15:17; 21:16; 22:24; 24:15; 48:5
direct 46:1
directly 46:14
dirt 30:22
Dirty 32:10
discs 34:22
Discussion 49:12
done 14:13; 20:8; 58:1
door 47:8
double 12:10
down 6:4, 5, 11; 14:9; 16:13; 17:10; 19:9; 21:18; 29:10; 34:13; 47:4, 9
dried 25:17; 41:18
drive 21:11
drum 45:1; 46:20
dry 41:23
duly 5:7
dumped 47:4
During 11:19; 15:21; 16:2; 17:25; 26:12, 22
dust 42:25; 43:2; 57:9
duties 13:13
dynamite 46:17

E

E 48:15, 15; 55:19, 19; 56:12, 12
earlier 40:5
easier 48:21
easiest 22:12
education 8:14
eight 12:22; 26:23; 39:7
eight-year 26:12
EIT 12:17, 20; 13:3; 19:17; 26:23; 28:21; 29:7, 12; 34:1; 38:11; 39:4; 40:5

either 9:23; 11:17; 13:19; 15:23; 30:12; 35:14; 48:19
Elaine 7:12
elbow 20:11, 11
elbows 25:25
electrical 29:21; 30:11, 11
else 18:22; 39:17; 40:12; 48:13
emitting 57:9
employed 15:1
employee 12:18, 19; 13:6
employees 42:2
end 39:25
engaged 9:10
enough 31:24
especially 56:24
even 6:10; 22:13; 23:4; 49:2
everybody 5:24
everyone 39:25
Evidence 5:18
exactly 9:11; 14:6; 19:5; 29:6
EXAMINATION 5:10; 32:20; 40:2; 44:14
examined 5:8
Exhibit 58:3
explain 6:19
exposed 9:25
extensive 15:24

F

f-c-o 27:8
face 50:1
factory 34:5, 6
fair 12:5; 15:16
familiar 49:21, 23; 56:2
family 54:25; 55:15
far 13:14, 15; 26:15; 27:16; 43:7, 8
feel 6:22; 21:6
fell 16:12
felt 33:10
few 39:6; 47:1
fighter 29:11
filter 50:15
fine 16:21; 53:17
fingers 22:15
finish 6:9, 12, 13; 29:9
first 5:7, 25; 10:7; 17:10; 19:23; 50:3
fish 22:13
fishy 22:18; 57:12
fit 26:1; 56:16
fitter 12:17, 25; 13:7, 13, 19; 14:2, 4, 24; 15:2, 5, 8, 12, 13; 19:17; 28:15, 21; 34:1; 38:7, 11, 16, 19, 22; 40:5; 47:2; 51:3
fitters 8:18

fitting 14:13
five 21:16; 22:23
fix 14:12
fixed 22:7
floors 12:2
follows 5:9
foreman 11:25; 49:5; 51:6, 21, 22; 54:4, 14
formal 8:13
foundries 7:24; 8:4; 31:16
foundry 11:5, 6, 8; 12:2; 16:13; 28:11, 12; 29:17; 30:5, 18, 20; 31:4; 34:7, 8; 36:12; 39:20; 40:18; 51:15, 25; 52:2, 18
four 12:1
four-inch 23:18
fracture 22:3
free 21:6
Frost 52:7, 7
full 6:24
fun 22:16
furnace 27:11; 28:3, 3; 40:6, 23, 24; 41:15, 16; 42:5, 6; 44:6; 45:2, 5, 11, 22; 46:20; 47:3, 25
furnaces 28:7, 12, 13; 43:13; 44:21; 47:14, 21

G

Garlock 19:25; 21:2; 22:18; 23:10, 11
gas 35:14
gasket 20:2, 3; 23:9, 10, 11, 13, 15, 17, 19; 35:4; 36:2, 4, 6, 8, 22; 56:18, 19, 20; 57:6, 8, 10
gaskets 20:6; 23:7, 8, 16, 17, 23; 26:13; 34:2, 2; 35:12, 13, 13, 14, 16, 18, 20, 23; 36:11, 13, 22, 24; 37:9, 12, 14, 20, 25; 56:15, 19, 23, 24, 25; 57:7, 13, 16, 19, 22
5, 13, 15, 19; 6:25; 32:17, 22; 39:22; 44:17; 48:17; 49:13; 58:3
General 8:8, 15
:5, 13, 15;
0:25; 52:10
Gerald 52:7
given 5:19
glad 6:19
gloves 17:20, 20, 21; 18:10; 20:18; 26:3, 4, 9, 14
GM 7:24; 8:3; 42:2
good 13:22; 32:24
grade 8:6, 10
graduate 8:19
graduated 8:24
gravelish 41:22
gravely 41:8

gray 33:5; 37:1, 1, 4; 41:24, 25
great 30:25
Green 29:24; 30:9
Grey 8:25; 10:2, 8; 11:6; 15:1, 22; 29:15; 31:3, 8; 32:7; 49:15
guess 8:17; 13:12; 15:21; 19:10; 22:2; 25:17; 27:25; 28:3; 30:4
gun 47:20
guy 47:11
guy's 52:12

H

H-e-r-r-o-n 6:25
half 34:13, 14, 19
half-inch 24:12
hammer 45:20
hand 14:21
handed 49:14
handle 31:1
handled 17:20
handling 11:16
hanging 19:6, 9; 33:23
happen 16:17; 35:15
happened 42:14
hard 6:11; 25:18, 19
hardened 25:17
Harold 54:7, 11
Harvey 54:3, 7, 8, 12, 16
haul 30:22
haulers 30:1, 3
hauling 30:16, 16
head 6:3, 3
health 32:4
heard 39:10
heat 18:4, 21; 19:9, 11; 44:6, 7
heavy 43:22
heavyweight 33:13
held 23:5; 49:12
herein 5:6
Herron 6:25
HEWITT 44:15; 48:7, 10
Hi 40:4
high 8:11, 12, 19, 24; 9:6; 13:16; 23:21; 44:6, 7
hold 38:15
holding 28:13; 44:21; 45:2, 5; 46:20
home 16:15
hose 40:21; 41:1, 1; 47:4, 20
hot 17:20; 27:12; 28:6; 44:23; 46:13
hours 12:1, 7; 39:2, 3, 7
hurried 14:21
hydraulics 8:15

I

idea 37:18
identification 58:2
identified 49:19
identify 49:16
inch 34:12, 13, 14, 17, 19, 19, 24
independent 29:16, 19, 23; 30:4
indicate 48:20; 49:16
indicated 34:1; 37:12; 50:4
injured 15:24
injury 16:5
inside 23:19; 44:22; 45:1, 1, 22; 46:19
inspection 9:13
Instead 22:6
Institute 8:15
insulating 20:10; 27:7; 56:9
insulator 44:5; 47:14
into 19:8; 21:13, 15; 43:16; 45:11
Iron 8:25; 10:3, 8; 11:6; 15:1, 22; 16:12; 29:15; 31:3, 8; 32:7; 45:11; 46:4, 6, 14, 15, 22, 23; 47:3, 4, 6, 10; 49:15

J

JACQUE 32:21, 22; 39:22; 48:13, 16; 55:17; 56:13; 57:25
jiggers 30:25; 31:1
job 9:14; 10:7; 11:23; 12:4, 6, 15, 16; 13:18; 14:22; 20:1; 28:4; 39:5; 51:13; 52:19; 53:13
jobs 8:25; 9:2, 23; 11:25; 42:23
John 50:8
Joseph 52:14; 53:23
journeyman 12:24; 13:1; 14:23; 15:2, 4; 28:15; 29:11; 38:16, 18, 22
Junkyard 9:15, 24

K

KARFIS 5:11; 7:18; 31:20; 32:14
keep 19:9, 11; 21:22
kept 18:20
kid's 45:18
kids 16:22; 53:1, 12
killed 47:2, 11
Kind 14:15; 20:10; 30:18; 31:6; 33:12; 35:15; 41:5, 22, 25

ABERNATHY v.
20TH CENTURY GLOVE CORPORATION

Vol. 1 WR GRACE-PIQ 001779-067

kinds 22:24
KITZMILLER 44:13
knew 12:3; 50:10; 52:16; 54:25; 55:11, 15
knocker 53:18, 19
knowledge 37:13
known 50:7
Kostick 52:15
Kubczak 52:24
Kubczak's 53:13

## L

L 54:1
labels 33:15
laborer 53:25; 54:21; 55:5
laid 15:23; 16:2
Larry 51:11; 53:17
last 8:6; 29:3
later 17:11
layers 21:16
layoff 16:3
leak 21:18; 22:2, 5
leaking 22:8
leaks 21:25
least 39:2
Lennox 9:15, 24
less 13:2; 32:1, 2; 45:6
line 11:17; 13:19, 19, 20, 22; 14:5, 7, 8, 11, 18, 20; 15:10; 24:20; 35:15; 42:13
lines 24:17, 17, 17, 18, 19; 35:5; 57:24
list 27:2; 48:19, 22; 49:14, 14, 19
listed 28:4; 29:3
little 5:23; 6:23; 21:8; 22:22; 53:5; 57:5
lived 53:12
living 55:15
long 7:16; 9:19; 15:1; 23:25; 40:21
look 16:18
looked 24:22; 25:8, 14; 33:4; 41:7
looking 11:9; 37:2, 4; 41:24
looks 38:4, 6
lot 19:25; 20:8, 9; 21:10; 22:6; 23:17, 18; 29:18; 30:8, 11; 38:25; 49:24; 51:1; 56:23, 25
Lynch 53:17

## M

M 48:15; 55:19; 56:12
mache 25:15
machine 9:17; 41:3; 43:16, 20; 56:22; 57:3, 3, 5
machines 30:21, 22, 23,

24, 25
mad 7:19
Mahone 19:10
maintenance 10:16; 51:10; 52:12; 55:8
makes 37:13
Malleable 31:19
man 31:7; 36:6; 50:6; 54:2
Mansfield 24:6
manufactured 31:6
manufacturer 18:10, 13; 19:3; 23:7, 23; 24:3, 25; 25:5; 26:9; 31:8; 37:6; 40:9
manufacturer's 40:12, 14
manufacturers 20:23; 37:8
many 10:10; 12:20; 29:24; 30:1, 1, 7; 36:20; 42:8, 10, 11; 50:24; 51:4
Marked 58:2
married 7:9, 16
Marx 29:25; 30:14
mass 43:2
material 42:2, 15; 43:15, 17; 45:13, 16, 18, 19, 21, 23, 25; 46:2; 47:13, 19, 22; 56:19, 20; 57:8, 10, 14, 18
may 17:13, 13; 21:16; 39:20; 49:16, 16, 25, 25; 50:18; 53:14; 54:13
maybe 9:5; 15:14; 18:1, 2; 23:4; 39:6; 43:10; 46:12
Mezzola 53:23
mean 8:9; 11:7; 12:24; 14:6; 20:25; 24:8; 27:17; 30:21; 31:5, 9, 18, 23; 35:10, 25; 40:19; 41:16; 42:17; 43:2; 46:5; 56:9; 57:15
memory 23:11
mentioned 20:24; 23:6, 24; 25:1, 3, 10; 26:2, 4; 28:20; 29:12; 40:5, 6
mess 7:17
Michigan 5:1, 17, 17
middle 10:13; 31:7
might 12:1; 15:11; 42:18; 54:6
military 8:22
millwright 8:18; 51:14; 52:20; 53:3
mind 21:3
minute 54:6
missed 16:5, 7
mix 21:21; 25:15; 45:14; 46:5, 5
mixed 20:11; 25:7; 41:11; 54:7, 13
mixture 24:21
molten 46:2
Monday 5:2
month 39:1
months 39:6

more 21:8; 32:1, 2; 45:6; 47:10; 50:21; 55:21; 56:14
most 11:15; 12:3, 5; 13:11; 15:18; 23:16; 34:3, 24; 36:10; 40:11, 20
mostly 11:11; 13:24; 20:7; 23:3; 24:18; 40:13; 52:3; 53:3
Motors 8:8, 15
mouth 40:24
mouths 46:9
much 24:7; 36:13; 55:18
mud 24:23, 23
must 6:2; 22:16; 53:9

## N

N 48:15; 55:19, 19; 56:12, 12
Na'eem 50:3
name 5:12; 6:24; 7:11; 18:9, 12; 19:2, 21; 21:3, 6, 20; 22:14; 23:7, 10; 24:3, 5, 16, 25; 25:5, 13; 26:8, 9; 29:19; 32:22; 37:8; 39:16, 18, 19; 40:4, 9, 10, 12, 14; 46:9, 10; 54:17; 55:24, 25; 56:2, 3, 7, 20
named 15:10; 37:7; 40:14
names 18:11; 20:22; 23:22; 24:24; 27:24; 30:2, 7, 12; 39:24; 48:17; 49:15, 19
neck 40:24
need 6:21; 36:22
needed 36:20
neighbor 52:16, 17
new 20:8
next 6:8; 9:14; 12:16; 26:17
nickname 32:6, 9
nicknames 49:25
Nobody 48:13
nod 6:3
Nodular 31:18; 53:4
normal 42:23
normally 12:12
Nos 58:3
notice 5:15; 33:15; 57:9, 11
number 7:3; 10:24, 25; 11:1, 10
numerous 22:24

## O

O 48:15; 55:19; 56:12
occasion 33:7
occasionally 12:7
off 13:21; 14:19, 21; 15:23; 16:2, 23; 20:8; 28:15; 32:12; 49:10, 12, 21

often 15:9
oil 23:5
old 13:21, 25; 16:23
once 11:24; 16:2, 4; 49:8
one 6:14, 16; 16:2, 6; 20:23; 22:18; 23:24; 25:11; 27:22; 34:19; 36:22; 42:9; 50:6; 54:14, 14; 55:21; 56:14
only 26:19; 27:19; 33:23; 35:6; 47:12; 49:25; 54:12; 57:11, 20
Onnie 32:22
onto 19:12; 40:22; 46:14
open 36:9, 10
operator 9:17, 17; 14:5, 7
order 30:22
ordered 36:18
others 17:13
ourselves 56:25
out 12:1, 2; 13:23, 25; 15:14; 19:11; 20:1; 21:13, 13, 23; 22:20; 24:8, 9; 26:6; 30:16, 22; 36:1, 7; 40:15; 42:12; 43:20; 45:11; 47:20, 24; 56:19, 23; 57:14, 16, 17
outside 31:2; 44:22; 45:4, 6, 7
oven 19:10
ovens 19:7, 8
over 5:22; 12:1; 14:20; 38:14; 51:15
overhead 11:16, 18; 19:12
overtime 11:20, 22; 14:1; 38:21, 23, 25; 39:8
own 38:5; 56:23; 57:7
oxygen 35:14

## P

p.m 5:3; 58:4
packaged 33:19; 43:17
packages 35:25
packaging 35:24; 36:9, 12
packing 19:25; 20:5, 23, 25; 21:1, 7, 8, 12, 12, 14, 22, 24; 22:10
packings 22:25
paint 24:18
paper 25:15
part 22:14; 45:7
part-time 9:3
pattern 53:15
Paul 55:2
people 14:20; 30:3; 40:17; 42:8, 22; 48:20, 25; 49:19, 24
Peoples 54:1
period 11:19; 15:23, 24; 16:25; 17:25; 18:7, 16, 24; 26:13, 22; 28:24; 29:4

periods 15:17
person 43:10; 50:4
personally 17:2, 7, 11, 25; 19:17, 19; 20:5, 16; 26:12, 20; 57:2, 4
Pfeiffer 54:3
physically 23:15
Piece 16:12; 36:18, 19
pieces 22:23
pipe 8:18; 12:17, 25; 13:7, 13, 19, 21, 24, 25; 14:2, 4, 13, 24; 15:2, 5, 8, 12, 13; 19:17; 20:8, 9, 12; 23:12, 18; 24:3, 10, 11, 12, 13, 14, 25; 25:10, 25; 26:14; 28:15, 21; 29:11; 31:12; 34:1; 35:1, 5; 38:7, 11, 19, 22; 40:5; 47:2; 50:15; 51:3; 56:17
pipes 13:8; 14:3; 21:21; 24:11; 25:4, 24; 35:2, 7
piping 26:13; 35:7, 12; 57:20
Pittsburgh 56:8
place 15:12; 25:23
plaintiffs 49:15
plant 43:7, 9, 14; 15:5, 6, 17, 18; 38:14; 55:12
plaster 25:21, 22
please 5:12
positive 43:19
possibly 39:16, 17
poured 45:11; 47:9
pourer 47:3
precut 22:21; 34:9
prefab 34:4
presized 22:21
pressure 23:21; 47:7
pressurized 40:22
pretty 25:19
prevent 21:24; 22:5
previously 26:4; 29:3, 12; 48:6
probably 9:5; 23:10; 28:4; 34:23; 39:14; 42:16; 56:6
process 5:23
processing 10:9, 23, 24; 11:1, 13; 12:13; 17:1, 4, 14; 26:5; 38:9
processor 33:2; 38:9
product 18:9, 12; 19:2; 20:22; 23:7, 23; 24:3, 24; 25:4; 26:9; 27:19; 31:6; 41:14
Production 9:8, 10; 14:8; 18:24
products 17:3, 7, 11, 12, 24; 18:5, 17; 19:18, 22; 20:4, 15, 20; 26:11, 19, 24; 29:2, 6, 11; 30:19
provided 5:16
pump 21:11, 15, 18, 25; 22:7, 23

# REDACTED



MR GRACE-PIQ 001779-068

pumps 19:24; 21:7, 9, 10, 22, 23; 23:2, 3, 3
purpose 35:9
purposes 5:16
pursuant 5:15
push 21:15
put 11:17; 13:21; 19:7, 8; 20:11; 21:12, 17; 22:22; 23:13; 24:11; 25:4, 10; 30:22, 23, 24; 31:2; 40:14; 41:3, 6; 43:16, 20; 46:15, 23; 54:17; 57:3
putting 20:8; 30:21
putty 45:19

## Q

quarter 34:24
quit 31:25

## R

R 48:15; 55:19; 56:12
ram 45:19
rammed 45:20
ramming 45:14, 16, 18, 21, 23
razor 57:6
read 48:19; 49:18
real 22:14; 25:18; 52:23; 53:9
really 22:17; 25:6; 37:23, 12
reason 14:9; 32:3; 47:3, 12
recall 18:12; 20:22; 24:24; 31:3; 33:3; 37:5, 7; 38:10; 50:18
recollect 53:8, 10
record 5:14; 32:12, 15; 48:9; 49:11, 12, 13
reducers 23:4
reflect 5:14; 49:14
refractory 47:21
regular 12:7; 13:18; 14:3; 31:22, 23
remember 10:5, 20; 11:5; 16:16, 19, 20, 24; 18:11; 20:21; 21:3, 5, 19; 22:13, 14; 23:9, 22; 24:7; 27:20, 21; 29:22; 30:2, 7; 33:6, 22; 38:5; 41:9; 43:18; 47:1; 55:24; 56:3, 9
remembrance 38:5
repack 19:24
repair 14:16; 28:3, 3, 4
repairman 42:4, 5, 6, 7
repairmen 28:2
Reporter 6:4, 11; 29:10
requisition 36:5, 21
respond 6:1, 14
retired 15:3; 31:21, 25; 32:3; 38:24; 39:5
retirement 31:22, 23

Right 7:15; 10:14; 11:4; 12:10; 13:1, 5, 9; 14:17, 25; 17:17; 19:1, 12; 21:3; 22:1, 4, 20, 22; 23:1; 25:2; 26:6; 27:18; 28:22; 29:1; 30:12; 32:17; 34:8, 10, 18, 20; 35:8; 36:23; 38:17; 39:4, 23; 41:18; 42:3, 20; 43:4, 11, 12; 44:10, 12; 45:7, 15; 46:8, 12, 14; 47:12, 15; 48:1, 1, 7, 10; 50:2; 51:16; 52:6; 53:20; 56:20
ring 23:19
Rings 39:12
riveting 9:12
Robert 51:20; 52:24; 53:13
roll 33:21
room 11:3, 4, 11; 15:11, 12, 14; 19:15; 33:2; 38:9
rope 22:19
rubber 35:16; 39:11; 57:16, 19, 21, 22
rubberized 57:13
rug 33:12, 13
rule 5:25
Rules 5:17, 17, 23
run 14:8; 21:20; 35:15
running 21:23

## S

Saginaw 5:1; 7:24; 31:16
same 11:23; 12:4, 6; 15:12; 18:15; 26:4, 22; 28:4, 19; 29:6, 8, 10; 35:16, 18; 38:15; 40:12; 41:23; 51:19; 56:7
sand 21:21; 24:22
save 32:14
saw 33:23; 37:12; 38:8, 10, 12; 40:16; 45:25; 56:4
saying 6:4, 6; 34:16
scaly 22:12
school 8:7, 9, 11, 12, 20, 24; 9:6; 52:25; 53:11
schools 8:8
season 16:2, 4
Second 12:14; 27:25
security 7:3
seeing 56:9
seemed 30:10
seems 24:5
send 12:1, 7
seniority 50:21
September 10:6
serve 8:22
seven 39:3, 5
several 49:14
shaft 21:11, 14
shake 6:3
shell 45:9

shift 12:10, 12; 13:10, 11; 38:18, 21
shop 19:24; 34:6; 53:15
shot 47:20
show 48:22
shrink 36:15
side 50:23, 23; 51:17, 17
sides 46:10
sit 7:20
sitting 7:13
six-year 28:24; 29:4
size 21:14; 23:12, 18; 36:6
sizes 34:11
slip 44:18
Slurry 24:16, 17, 20; 57:24
small 16:22; 34:13; 41:8
smell 22:18; 57:12
smelled 22:13, 17
smoother 5:24
social 7:3
somebody 11:16; 30:4; 31:5; 40:21; 42:16; 55:25
someone 37:16; 54:7
someplace 39:17
sometime 10:13
Sometimes 9:12, 12; 11:24; 56:18
somewhere 30:5
sorry 50:25; 56:14
sort 24:6; 42:25; 50:5
sounds 56:2
sparkle 57:12
sparkly 25:14; 35:22; 37:11
specific 11:7; 13:10; 15:7
speed 23:4
spilled 47:5
spot 14:15; 27:12; 44:24; 46:13
spots 28:6
Sprague 54:19
spray 27:5, 10, 11, 22; 30:6, 16, 17; 41:19; 42:15, 25; 43:6, 25; 44:20; 46:22; 47:19, 24; 55:23
sprayed 40:22; 41:15; 42:1, 21; 43:8, 13, 20; 45:1, 17, 22; 46:1, 2
spraying 40:18; 42:1, 9; 44:21; 45:8; 46:3, 8, 10, 19
sprays 27:4
squeeze 23:20
Sr 55:2
stand 43:12
started 8:25; 10:2, 7; 38:24; 39:4
starting 10:5
state 5:12
statement 12:5; 15:16
States 39:11
status 55:6

stay 12:10
steam 20:1; 23:9, 12, 13, 17, 21; 24:17; 35:1, 2, 6, 14; 47:6, 7; 56:24; 57:20, 21
steel 21:17; 45:7
stick 21:15; 57:6
still 9:6; 12:6; 20:18; 39:7; 42:22
stock 22:20; 40:13
stockroom 21:13; 24:9; 26:7; 36:5, 6, 9
stone 41:8, 8
stony 41:22; 43:15, 17
stood 43:10
stop 30:2
store 56:24
strike 15:24
stuff 17:21; 19:7; 20:10; 21:20, 20; 25:15; 27:4; 30:21; 31:1, 4; 35:22; 37:11; 41:3, 5, 6, 8; 46:19; 47:24; 57:24
summertime 9:6
Summertime-ish 10:15
supplier 30:18; 31:13
suppliers 31:4, 5
sure 6:1; 18:2, 3, 18; 23:10; 27:25; 30:11; 31:13; 32:18; 37:23; 38:12; 39:17; 52:14; 53:16
sweep 12:2; 14:18, 19, 21
sworn 5:7

## T

T 48:15; 55:19; 56:12
tacky 22:15
tags 33:15
talk 37:17; 43:9; 49:8
talked 43:10
talking 6:12; 18:23; 25:7; 34:5; 40:8, 25; 44:20; 48:4; 55:22; 56:17
tearing 16:13; 20:8
telling 46:24
ten 36:22
terrible 22:17
testified 5:9
texture 33:11; 41:21
Thanks 32:19; 44:11; 48:11; 56:11
Thanksgiving 10:17
thereupon 5:6
thick 34:14, 21, 24
thin 34:22
thinking 53:15
Third 13:11; 18:20, 21
Thomas 51:5; 53:6, 7, 9
though 12:4; 30:10
thought 37:8; 43:25; 53:8
Three 8:2; 9:20; 10:12; 15:10, 13, 14; 17:5; 18:23

three-year 17:25; 18:7, 15
throughout 15:17; 39:8
throw 13:23
till 9:21, 22; 10:13; 20:16; 38:24; 39:5
times 20:1; 51:1, 4; 56:23
tin 53:18, 19, 20
tired 6:22
today 32:23, 24
toe 16:6, 7
together 23:20; 46:6, 16
told 28:25
took 16:4; 32:5, 5; 36:5; 45:20
top 46:22, 23; 47:2, 4, 5, 5, 10
tore 13:21
touch 33:7
trade 40:9
trades 8:17
training 8:14; 12:18, 19; 13:6
trough 45:12
troughs 46:3, 9
truck 30:1, 3; 31:9
truckers 19:8
Trucking 30:16
true 38:15
truth 5:7, 8, 8
try 6:18; 29:9
trying 56:7
Tuesday 10:20
turning 8:16
two 7:21; 15:13, 14; 25:1; 54:9, 14
two-inch 40:21
type 8:13; 11:23; 18:19; 20:3; 21:25; 23:20; 24:10; 25:7, 15; 30:24; 41:8, 22; 56:25
types 19:21; 20:4; 27:2; 35:7
typical 11:14

## U

Uinroyal 39:14
um-humm 6:3
understood 6:17
Uniroyal 39:13, 15
Unirubber 31:10
United 39:11
unlikely 46:19
up 7:17; 14:21; 17:19; 20:11; 24:12; 25:7, 15; 36:5; 39:4; 43:10; 46:7, 12, 13; 47:5, 7, 10, 11; 54:7, 13
use 21:19; 23:20; 24:17; 25:16; 26:15; 29:3; 35:4; 46:21; 56:24; 57:21, 22
used 5:16; 17:2, 6, 8, 11,

ABERNATHY   v.
20TH CENTURY GLOVE CORPORATION

Vol. 1,

WR GRACE-PIQ  001779-069

13, 15, 21, 25; 18:1, 4, 6;
19:19, 22, 25; 20:5, 9, 16;
21:7, 9, 19, 23, 24; 22:3,
24; 23:2, 6; 24:4, 7, 21;
25:4; 26:5, 12, 20; 27:5,
10, 22; 28:6, 20, 24; 29:6,
10; 34:25; 35:3, 6, 7, 9, 11,
13, 16; 36:24; 40:6; 44:9,
21; 45:4; 47:14, 20, 25;
55:25; 56:15; 57:20
**using** 17:13; 26:15; 38:1
**Usually** 14:5; 31:6

# V

**valve** 20:2; 23:13; 35:5
**verbalize** 6:1
**voluntary** 16:3

# W

**wage** 12:25
**wages** 12:22, 24
**wait** 39:25; 54:6
**walked** 43:10
**washing** 9:13
**watch** 13:15, 16
**watched** 41:19
**water** 13:16; 14:11;
21:18, 22, 25; 24:14, 17,
19; 35:4, 13, 14; 41:13, 13;
46:5, 15, 21, 22, 23; 47:5,
10; 57:20, 23
**way** 6:5; 22:12; 34:13;
54:17
**wear** 18:1, 4; 21:12
**week** 14:3; 16:2; 39:2, 3,
4, 5
**weekend** 10:17, 17;
13:14, 15
**weekends** 13:24; 14:2;
20:7, 7; 39:7; 52:4, 5
**weeks** 16:14
**welded** 35:5
**welder** 8:18; 52:8
**welding** 8:16
**weren't** 13:20; 57:15
**what's** 6:24; 7:11; 8:6;
24:20; 56:19
**wherever** 13:7; 15:15;
35:5
**white** 34:3, 4; 36:25; 37:4;
57:17, 18
**Who's** 27:22
**whole** 5:8, 23; 22:7; 39:8
**wide** 13:7, 9, 14; 15:5, 6,
17, 18; 38:14
**width** 34:21
**wife** 7:13, 19, 23; 54:25
**wife's** 7:11
**Williams** 50:8
**WINIARSKI** 40:3, 4;
44:11; 55:20; 56:11

**witness** 5:6; 7:22; 14:17;
48:25
**wondered** 14:14
**wore** 17:20; 18:10, 13;
20:18
**work** 8:3; 11:20, 24; 12:1,
9, 12; 13:7, 10, 14; 15:5;
16:5, 9, 11, 13; 19:12;
20:1; 22:16; 29:17; 30:6,
17, 20; 31:15; 38:18, 21,
25; 39:1; 50:16, 23; 51:7,
17; 52:9, 21; 53:2; 54:23;
55:9
**worked** 7:23; 9:3, 15;
11:22; 12:13; 13:1; 14:1, 2;
15:10, 11, 16; 18:16, 24;
19:17, 23; 23:12; 26:3, 5,
24; 27:15, 16, 17; 28:16;
29:25; 32:7; 33:2; 34:1;
38:13, 14, 23; 39:2, 7, 8;
43:21; 49:17; 50:19, 20,
20; 51:3, 12; 52:3; 53:4,
24; 55:7
**worker** 27:24; 52:18;
54:15, 20; 55:4
**workers** 27:23; 28:1
**working** 9:8, 23; 10:22,
23; 11:13; 12:6, 6; 13:19;
15:22; 17:1; 27:17; 29:15;
31:3, 16; 33:1; 42:13, 22;
51:18; 52:22; 54:24; 55:10
**wrap** 36:15
**wrist** 16:14, 17
**wrong** 37:18

# X

**X** 48:15; 55:19; 56:12

# Y

**year** 8:19; 9:4; 13:2;
16:16; 18:24
**years** 7:22; 9:20; 10:10,
12; 12:20, 23; 15:11, 13,
15; 16:23; 17:5; 26:23;
31:24; 32:5; 47:1; 50:18

WR GRACE-PIQ 001779-070

**Lawyer's Notes**

WR GRACE-PIQ 001779-071

### GREY IRON CO-WORKERS

| | | | | |
|---|---|---|---|---|
| 1. | Na'eem Abdullah ✔ | | 28. | Thomas E. Kubczak ✔ |
| 2. | Earven Adway, Jr. | | 29. | Richard J. Kulow |
| 3. | Carl J. Alles ✔ | | 30. | Kenneth R. Laatsch |
| 4. | Charles P. Aubin ✔ | | 31. | Willie L. Lowery |
| 5. | Charles E. Baston | | 32. | Lawrence W. Lynch ✔ |
| 6. | Thomas J. Bell ✔ | | 33. | Melvin J. Martin |
| 7. | Robert A. Blasch | | 34. | Joseph Mazzola, Jr. ✔ |
| 8. | Larry L. Bloom ✔ | | 35. | James McDaniel |
| 9. | Frank E. Bonkowski | | 36. | David H. Mikula |
| 10. | James F. Brewer, Jr. | | 37. | Edward G. Murray |
| 11. | Donald P. Brown | | 38. | Albert J. Myczkowiak |
| 12. | Herbert A. Clark | | 39. | Robert B. Newsom |
| 13. | Richard A. Clark | | 40. | Kenneth A. Nichols |
| 14. | Robert W. Coe ✔ | | 41. | Daniel P. Olechowski |
| 15. | Wilbert G. Dobson | | 42. | Delmiro V. Paiz |
| 16. | Moses C. Duckett | | 43. | Eddie L. Peoples |
| 17. | Horace Echols | | 44. | L.C. Peoples ✔ |
| 18. | Larry T. Finkbeiner | | 45. | Harvey L. Pfeiffer ✔ |
| 19. | Gerald J. Frost ✔ | | 46. | Clevion Robinson |
| | | | 47. | Roy D. Sanford |
| 21. | David F. Genske | | 48. | Curtis Simmons |
| 22. | Melvin D. Haberland | | 49. | Sylvester J. Slomkowski |
| 23. | Willie B. Hargrove | | 50. | Dennis R. Sprague ✔ |
| 24. | Edward G. Helton | | 51. | Thomas P. Toporski |
| 25. | Leonard J. Hightower | | 52. | Leffie D. Walker, I |
| 26. | Joseph G. Kostick ✔ | | 53. | Jerry Worthy |
| 27. | Robert C. Kubczak ✔ | | | |

REDACTED

REDACTED


EXHIBIT NO. 1
am 12-8-97



RT: CIS786P
DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ 001779-072

96-011071-NP-5
BARBEE, REID  (DECEASED)
BARBEE, GEORGIA F.  (PERS REP)
RES: MI

96-011072-NP-5
COLE, DOLL ELLIS  (DECEASED)
COLE, EARNESTENE  (PERS REP)
RES: MI

96-011073-NP-5
GRAY, RUBIN  (DECEASED)
GRAY, IDELLA  (PERS REP)
RES: MI

96-011074-NP-5
JONES, CLARENCE  (DECEASED)
JONES, LORETTA  (PERS REP)
RES: MI

96-011075-NP-5
JONES, DAVID  (DECEASED)
JONES, FRANCES  (PERS REP)
RES: MI

96-011076-NP-5
JONES, LEON  (DECEASED)
JONES, GEARLDINE  (PERS REP)
RES: MI

96-011077-NP-5
LEWIS, GEORGE H.  (DECEASED)
LEWIS, RONALD J.  (PERS REP)
RES: MI

96-011078-NP-5
ABERNATHY, LARRY W.

RES: MI

96-011079-NP-5
ACEVEDO, EXIQUIO

RES: MI

96-011080-NP-5
ACKLIN, KENNETH E.

RES: MI

96-011081-NP-5
ACOFF, LEVI  SR.

RES: MI

96-011082-NP-5
ACOSTA, JOSE

RES: MI

96-011083-NP-5
ADAMS, BERNARD  JR.

RES: MI

96-011084-NP-5
ADAMS, FAMOUS

RES: MI

96-011085-NP-5
ADAMS, FRED

RES: MI

96-011086-NP-5
ADAMS, JOHN

RES: MI

96-011087-NP-5
ADDISON, L.C.  SR.

RES: MI

96-011088-NP-5
ADDISON, LOUIS H.
ADDISON, IDELLA
RES: MI

96-011089-NP-5
ADER, TOMOTHY W.

RES: MI

96-011090-NP-5
ADKINS, DAVID D.

RES: MI

96-011091-NP-5
AGEE, EDWARD L.

RES: MI

96-011092-NP-5
ANGEW, WILLIE

RES: MI

96-011093-NP-5
AGUERO, ALEXANDER

RES: MI

96-011094-NP-5
AGUILAR, ARTURO G.

RES: OK

96-011095-NP-5
AGUILAR, LEE C.

RES: MI

96-011096-NP-5
AGUILAR, LORENZO M.

RES: MI

96-011097-NP-5
AGUIRRE, ANTONIO

RES: MI

96-011098-NP-5
ALANIZ, ROSENDO

RES: MI

96-011099-NP-5
ALBERTS, WILLIAM T.
ALBERTS, DOROTHY
RES: MI

96-011100-NP-5
ALDAMA, ELIAS

RES: MI

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ 001779-073

96-011101-NP-5
ALDERTON, WILLIAM

RES: MI

96-011102-NP-5
ALEXANDER, HENRY J.

RES: MI

---

96-011103-NP-5
ALFORD, CLYDE      JR.

RES: MI

96-011104-NP-5
ALLEN, LAWSON D.

RES: MI

---

96-011105-NP-5
ALLEN, RICHARD L.

RES: MI

96-011106-NP-5
ALLEN, SHERWOOD E.

RES: MI

---

96-011107-NP-5
ALLEN, TOMMIE L.

RES: MI

96-011108-NP-5
ALLES, CARL J.
ALLES, DIANA
RES: MI

---

96-011109-NP-5
ALLISON, ROBERT D.

RES: MI

96-011110-NP-5
ALLORE, JERRY A.

RES: MI

---

96-011111-NP-5
ALVAREZ, EDWARD J.

RES: MI

96-011112-NP-5
AMADOR, NICK T.

RES: MI

---

96-011113-NP-5
AMERSON, ALFRED E.
AMERSON, BERTHA
RES: MI

96-011114-NP-5
AMY, ELMER

RES: MI

---

96-011115-NP-5
ANDERSON, JAMES R.

RES: MI

96-011116-NP-5
ANDERSON, MAJOR

RES: MI

---

96-011117-NP-5
ANDREZEJEWSKI, ARTHUR A.

RES: MI

96-011118-NP-5
ARNDT, BRIAN
ARNDT, EDDI
RES: MI

---

96-011119-NP-5
ARNDT, DAVID H.

RES: MI

96-011120-NP-5
ARNOLD, ELIGH

RES: MI

---

96-011121-NP-5
ARNOLD, LOSTEN      SR.

RES: MI

96-011122-NP-5
ARROYO, DAVID E.
ARROYO, MARIA
RES: MI

---

96-011123-NP-5
ASKEW, THOMAS
ASKEW, SALLY
RES: MI

96-011124-NP-5
ATKINSON, BILLY R.

RES: MI

---

96-011125-NP-5
AUBIN, CHARLES P.

RES: MI

96-011126-NP-5
AVERY, JOHN D.
AVERY, SERUADA
RES: MI

---

96-011127-NP-5
AVILA, ARTHUR S.

RES: MI

96-011128-NP-5
BABER, CLOVIS

RES: MI

---

96-011129-NP-5
BABER, GEORGE

RES: MI

96-011130-NP-5
BADGER, ROBERT L.

RES: TN

---

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



HR GRACE-PIQ 001779-074

96-011131-NP-5
BADGER, WILLIAM

RES: MI
--------------------------------------------------
96-011133-NP-5
BAKER, HENRY Q.

RES: MI
--------------------------------------------------
96-011135-NP-5
BAKER, RICHARD

RES: MI
--------------------------------------------------
96-011137-NP-5
BALDWIN, ALBERT E.

RES: MI
--------------------------------------------------
96-011139-NP-5
BALLARD, DENNIS H.

RES: MI
--------------------------------------------------
96-011141-NP-5
BALLIEN, ARTHUR R.

RES: MI
--------------------------------------------------
96-011143-NP-5
BANDA, LORENZO T.

RES: MI
--------------------------------------------------
96-011145-NP-5
BANDA, RAFAEL

RES: MI
--------------------------------------------------
96-011147-NP-5
BARAJAS, JOSE D.

RES: MI
--------------------------------------------------
96-011149-NP-5
BARAJAS, MANUEL

RES: MI
--------------------------------------------------
96-011151-NP-5
BARCKHOLTZ, DONALD L.

RES: MI
--------------------------------------------------
96-011153-NP-5
BARKLEY, LIONEL

RES: MI
--------------------------------------------------
96-011155-NP-5
BARLOW, CHARLES

RES: MI
--------------------------------------------------
96-011157-NP-5
BAROCIO, INDALECIO

RES: MI
--------------------------------------------------
96-011159-NP-5
BARRY, OLLIE L.

RES: MI
--------------------------------------------------

96-011132-NP-5
BADY, EUGENE    JR.

RES: MI
--------------------------------------------------
96-011134-NP-5
BAKER, NATHANIEL

RES: MI
--------------------------------------------------
96-011136-NP-5
BALDERRAMA, FRED F.

RES: MI
--------------------------------------------------
96-011138-NP-5
BALL, CHARLES E.

RES: LA
--------------------------------------------------
96-011140-NP-5
BALLARD, THEODRE A.

RES: MI
--------------------------------------------------
96-011142-NP-5
BALLIEN, RAYMOND E.

RES: MI
--------------------------------------------------
96-011144-NP-5
BANDA, MARGARITO A.

RES: MI
--------------------------------------------------
96-011146-NP-5
BANKS, JACK

RES: IL
--------------------------------------------------
96-011148-NP-5
BARAJAS, JOSE F.

RES: MI
--------------------------------------------------
96-011150-NP-5
BARAJAS, MANUEL B.

RES: MI
--------------------------------------------------
96-011152-NP-5
BARKER, ROBERT

RES: MI
--------------------------------------------------
96-011154-NP-5
BARKLEY, LIONEL D.

RES: MI
--------------------------------------------------
96-011156-NP-5
BARNETT, JAMES    JR.

RES: MI
--------------------------------------------------
96-011158-NP-5
BARRIENTOS, GUSTAVO C.

RES: MI
--------------------------------------------------
96-011160-NP-5
BARRY, THOMAS B. III

RES: MI
--------------------------------------------------

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ 001779-075

96-011161-NP-5
BARTLETT, RICHARD R.

RES: MI

96-011162-NP-5
BASKIN, M.C.

RES: MI

--------------------------------------------

96-011163-NP-5
BASSELMAN, FREDERICK W. SR.

RES: MI

96-011164-NP-5
BASTON, CHARLES E.

RES: MI

--------------------------------------------

96-011165-NP-5
BASTON, FREDERICK J.

RES: MI

96-011166-NP-5
BATCKE, PETER M.

RES: MI

--------------------------------------------

96-011167-NP-5
BATES, ALAN C.

RES: MI

96-011168-NP-5
BATES, JAMES M.

RES: MI

--------------------------------------------

96-011169-NP-5
BATES, JEFFREY L.

RES: MI

96-011170-NP-5
BATES, ROBERT
BATES, SPONCIA
RES: OH

--------------------------------------------

96-011171-NP-5
BAUER, KEITH

RES: MI

96-011172-NP-5
BAUMGARTNER, JAMES L.

RES: MI

--------------------------------------------

96-011173-NP-5
BEAL, BOBBY L.

RES: MI

96-011174-NP-5
BEALS, CARL

RES: OH

--------------------------------------------

96-011175-NP-5
BEARD, LESTER

RES: AL

96-011176-NP-5
BEAUCHAMP, JOHN L.

RES: MI

--------------------------------------------

96-011177-NP-5
BEDENBAUGH, PAUL

RES: MI

96-011178-NP-5
BEEMAN, TIMOTHY V.

RES: MI

--------------------------------------------

96-011179-NP-5
BEHMLANDER, ELMER L.

RES: MI

96-011180-NP-5
BEHNKE, ELROY C.

RES: MI

--------------------------------------------

96-011181-NP-5
BEIER, GUENTHER H.

RES: MI

96-011182-NP-5
BELL, THOMAS J.

RES: MI

--------------------------------------------

96-011183-NP-5
BELLANT, ROBERT H.

RES: MI

96-011184-NP-5
BELTON, LOUIS L.

RES: MI

--------------------------------------------

96-011185-NP-5
BENTLEY, DENNIS D.

RES: MI

96-011186-NP-5
BERKOBIEN, CHARLES E.

RES: MI

--------------------------------------------

96-011187-NP-5
BERNAL, JOSE R.

RES: MI

96-011188-NP-5
BERRY, JAMES

RES: MI

--------------------------------------------

96-011189-NP-5
BEVERLY, ALLEN

RES: MI

96-011190-NP-5
BIERLEIN, ARTHUR F.

RES: MI

--------------------------------------------

RUN DATE: 03/04/98

ASBESTOS CASES ADDED - PLAINTIFFS

WR GRACE-PIQ 001779-076

96-011191-NP-5
BIGBEE, TOMMY L.

RES: MI

96-011192-NP-5
BIRDEN, CHARLES W. SR.

RES: MI

---

96-011193-NP-5
BISHOP, ROY W.

RES: MI

96-011194-NP-5
BLACKBURN, GARTH O.

RES: MI

---

96-011195-NP-5
BLACKSHER, BRISCO

RES: MI

96-011196-NP-5
BLACHSHER, BRISCO J. JR.

RES: MI

---

96-011197-NP-5
BLAKE, GARY R.

RES: MI

96-011198-NP-5
BLAKE, KENNETH C.

RES: MI

---

96-011199-NP-5
BLAKELY, ARON

RES: MI

96-011200-NP-5
BLAKELY, TOMMIE L.

RES: AL

---

96-011201-NP-5
BLAKELY, WOODROW

RES: MI

96-011202-NP-5
BLASCH, ROBERT A.

RES: MI

---

96-011203-NP-5
BLEHM, ART

RES: MI

96-011204-NP-5
BLEHM, HAROLD

RES: MI

---

96-011205-NP-5
BLODGETT, MICHAEL C.

RES: MI

96-011206-NP-5
BLOOM, LARRY L.

RES: MI

---

96-011207-NP-5
BLOWER, RICHARD

RES: MI

96-011208-NP-5
BLUEMLEIN, JEFFERY A.

RES: MI

---

96-011209-NP-5
BODDIE, LESLIE J. JR.

RES: TN

96-011210-NP-5
BODRIE, RONALD E.
BODRIE, ELIZABETH
RES: MI

---

96-011211-NP-5
BOEHM, LESTER

RES: MI

96-011212-NP-5
BOND, LIVINGSTON

RES: MI

---

96-011213-NP-5
BONDS, GEORGE

RES: MI

96-011214-NP-5
BONKOWSKI, FRANK E.
BONKOWSKI, MARIAN
RES: MI

---

96-011215-NP-5
BONNER, WILLIE
BONNER, MATTIE
RES: MI

96-011216-NP-5
BORRERO, JUAN

RES: MI

---

96-011217-NP-5
BOTHUEL, ERNEST

RES: MI

96-011218-NP-5
BOUZA, ALLAN A.

RES: OH

---

96-011219-NP-5
BOWEN, JOHN L. SR.

RES: MI

96-011220-NP-5
BRADBURN, JAMES M.

RES: MI

---

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ 001779-077

96-011221-NP-5
BRADDOCK. THEODORE  V.

RES: MI

96-011222-NP-5
BRADLEY. ERNEST  L.
BRADLEY..BEVERLYN
RES: MI .

96-011223-NP-5
HAYWARD, BRADLEY

RES: MI.

96-011224-NP-5
BRANCH. CLARENCE

RES: MI

96-011225-NP-5
BRANDEL. EDSEL  J.
BRANDEL. PAMELA
RES: MI

96-011226-NP-5
BRANDIMORE, GARY  E.

RES: MI

96-011227-NP-5
BRAY. GERALD  D.

RES: MI

96-011228-NP-5
BRAYMAN, DEWEY  E.  SR.

RES: MI

96-011229-NP-5
BREAULT. PAUL  E.

RES: MI

96-011230-NP-5
BRECHTELSBAUER, ALFRED

RES: MI

98-011231-NP-5
BRECHTELSBAUER, JAMES  E.
BRECHTELSBAUER, JACQUELINE
RES: MI

96-011232-NP-5
BREFKA, LAWRENCE  A.

RES: MI

96-011233-NP-5
BRETERNITZ, ROGER  A.

RES: MI

96-011234-NP-5
BREWEP  JESSE  O.

RES: MI

96-011235-NP-5
BREWSTER. CHARLES  J.

RES: MI

96-011236-NP-5
BREWSTER. CRAIGE  L.

RES: MI

96-011237-NP-5
BRIN, GREGORY  P.

RES: MI

96-011238-NP-5
BRITTAIN, WILL  A.
BRITTAIN, JOE  N.
RES: MI

96-011239-NP-5
BROOKS. THELESTER
BROOKS. GENEVA
RES: MI

96-011240-NP-5
BROWN. DONALD  P.

RES: MI

96-011241-NP-5
BROWN. JACKSON

RES: MI

96-011242-NP-5
BROWN, JOHN  T.

RES: MI

96-011243-NP-5
BROWN. JOHNNIE  L.

RES: MI

96-011244-NP-5
BROWN. LARRY  D.

RES: OH

96-011245-NP-5
BROWN. LEE  ROY

RES: MI

95-011246-NP-5
BROWN. LOUIS    JR.

RES: MI

96-011247-NP-5
BROWN. R.P.

RES: MI

96-011248-NP-5
BROWN. RONALD  A.
BROWN. CAROLE  J.
RES: MI

96-011249-NP-5
BROWN. THOMAS    JR.

RES: MI

96-011250-NP-5
BROWN. WALTER

RES: MI

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ 001779-078

96-011251-NP-5
BROWN, WALTER    JR.

RES: MI

96-011252-NP-5
BROWN, WILLIE    JR.

RES: MI

---

96-011253-NP-5
BRUMMELL, LISLE  E.

RES: MI

96-011254-NP-5
BRUMMELL, OSMAN

RES: MI

---

96-011255-NP-5
BRUNNER, KENNETH  V.

RES: MI

96-011256-NP-5
BRUNS, LARRY  W.

RES: MI

---

96-011257-NP-5
BUCK, GLEN  A.
BUCK, RUTH  A.
RES: MI

96-011258-NP-5
BUCKIUS, ROBERT  C.

RES: MI

---

96-011259-NP-5
BUDDLE, WILLIAM  E.

RES: MI

96-011260-NP-5
BUFORD, HAROLD

RES: MI

---

96-011261-NP-5
BUGGS, CARL  M.

RES: MI

96-011262-NP-5
BUITRON, ADAM  M.

RES: MI

---

96-011263-NP-5
BUKAWESKI, JAMES  J.

RES: MI

96-011264-NP-5
BUKOWSKI, DANIEL  F.

RES: MI

---

96-011265-NP-5
BULLARD, DEWAYNE  R.

RES: MI

96-011266-NP-5
BUNZOW, RAY  N.

RES: MI

---

96-011267-NP-5
BURCH, GLENN  W.

RES: MI

96-011268-NP-5
BURDEN, GEORGE  W.

RES: MI

---

96-011269-NP-5
BURDEN, MARVIN  H.

RES: MI

96-011270-NP-5
BURGESS, CURTIS  L.
BURGESS, WILLIE  RUTH
RES: MI

---

96-011271-NP-5
BURKES, CLARENCE  H.
BURKES, CORA
RES: MI

96-011272-NP-5
BURKHARDT, RON

RES: MI

---

96-011273-NP-5
BURNS, CHARLES

RES: MI

96-011274-NP-5
BURNS, MICHAEL  A.

RES: MI

---

96-011275-NP-5
BURNS, ROBERT    JR.

RES: MI

96-011276-NP-5
BURNS, WALTER  L.

RES: IL

---

96-011277-NP-5
BURNSIDE, MOSE

RES: MI

96-011278-NP-5
BURRELL, GERALDINE

RES: MI

---

96-011279-NP-5
BURTCH, DONALD  W.  JR.

RES: MI

96-011280-NP-5
BURTON, JOHN

RES: MI

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ 001779-079

96-011281-NP-5
BUTLER, JAMES

RES: MI

96-011282-NP-5
BUTLER, JOHN

RES: MI

--------------------------------------------------

96-011283-NP-5
BUTLER, MACK
BUTLER, PEARLINE
RES: MI

96-011284-NP-5
BUTTS, AARON

RES: GA

--------------------------------------------------

96-011285-NP-5
CACERES, REYNALDO C.

RES: MI

96-011286-NP-5
CALDWELL, CLIFFORD

RES: MI

--------------------------------------------------

96-011287-NP-5
CALHOUN, MAJOR L.
CALHOUN, LISA
RES: AL

96-011288-NP-5
CALHOUN, MORRIS L.

RES: AL

--------------------------------------------------

96-011289-NP-5
CALLAHAN, JAMES J.

RES: MI

96-011290-NP-5
CELLEJAS, GUADALUPE

RES: MI

--------------------------------------------------

96-011291-NP-5
CAMACHO, ALBERTO

RES: MI

96-011292-NP-5
CAMARGO, FRANCIS F.

RES: MI

--------------------------------------------------

96-011293-NP-5
CAMEL, CHARLES L.

RES: MI

96-011294-NP-5
CAMPBELL, BARRY S.

RES: MI

--------------------------------------------------

96-011295-NP-5
CAMPBELL, DALE R.

RES: MI

96-011296-NP-5
CAMPOS, VICTOR

RES: MI

--------------------------------------------------

96-011297-NP-5
CANADA, LOUDIS
CANADA, MARY
RES: MI

96-011298-NP-5
CANNADY, ROBERT

RES: MI

--------------------------------------------------

96-011299-NP-5
CANTY, WILLIAM      JR.

RES: MI

96-011300-NP-5
CARLISLE, JAMES
CARLISLE, KATYE
RES: TN

--------------------------------------------------

96-011301-NP-5
CARPENTER, FRANK J.

RES: MI

96-011302-NP-5
CARR, JAMES

RES: MI

--------------------------------------------------

96-011303-NP-5
CARRIGAN, GARY

RES: MI

96-011304-NP-5
CARRUTH, EDWARD

RES: MI

--------------------------------------------------

96-011305-NP-5
CARTER, ERVIN M.

RES: MI

96-011306-NP-5
CARTER, HOOVER L.

RES: MI

--------------------------------------------------

96-011307-NP-5
CARTER, RUBIN A.

RES: MI

96-011308-NP-5
CARTER, THEODORE

RES: MI

--------------------------------------------------

96-011309-NP-5
CARTER, WILLIAM

RES: MI

96-011310-NP-5
CASEY, HOWARD S.

RES: MI

--------------------------------------------------

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS


WR GRACE-PIQ 001779-080

96-011311-NP-5
CASEY, THOMAS J.

RES: MI

96-011312-NP-5
CASTANEDA, DANIEL

RES: TX

96-011313-NP-5
CASTANEDA, GILBERT M.
CASTANEDA, MARY
RES: MI

96-011314-NP-5
CASTANON, WILLIAM    JR.

RES: MI

96-011315-NP-5
CASTELLON, THOMAS H.
CASTELLON, RENAE L.
RES: MI

96-011316-NP-5
CASTILLO, FRANK

RES: MI

96-011317-NP-5
CASTILLO, FREDERICK R.

RES: MI

96-011318-NP-5
CASTILLO, JIMMY
CASTILLO, DOMINGA
RES: MI

96-011319-NP-5
CASTILLO, MARIO G.

RES: MI

96-011320-NP-5
CAUSEY, ROOSEVELT

RES: MS

96-011321-NP-5
CAVAZOS, FRED A.

RES: MI

96-011322-NP-5
CAVER, FRED L.

RES: MI

96-011323-NP-5
CAY, DAVID W.

RES: MI

96-011324-NP-5
CEJA, HECTOR

RES: MI

96-011325-NP-5
CEJA, NOEL

RES: MI

96-011326-NP-5
CHAFFER, CHRISTOPHER

RES: MI

96-011327-NP-5
CHANEY, WILLIAM E.

RES: MI

96-011328-NP-5
CHANTACA, DVAID
CHANTACA, EMMA
RES: MI

96-011329-NP-5
CHAPMAN, JAMES A.
CHAPMAN, FLORA
RES: MI

96-011330-NP-5
CHAPMAN, JAMES E.

RES: MI

96-011331-NP-5
CHAPMAN, JOHN

RES: MI

96-011332-NP-5
CHAPMAN, MICHAEL

RES: MS

96-011333-NP-5
CHAPMAN, ROOSEVELT    JR.

RES: MI

96-011334-NP-5
CHARLESTON, ERNEST

RES: MI

96-011335-NP-5
CHAVEZ, JUAN R.

RES: MI

96-011336-NP-5
CHEATHAM, ESTELLA

RES: MI

96-011337-NP-5
CHERRY, JAMES E.

RES: MI

96-011338-NP-5
CHINEVERE, DAVID L.
CHINEVERE, MARY ANN
RES: MI

96-011339-NP-5
CHISHOLM, NATHANIEL

RES: MI

96-011340-NP-5
CHOYCE, JOHN L.

RES: MI

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS


WR-GRACE-PIQ 001779-081

96-011341-NP-5
CHRISTIE, PAUL J.

RES: MI

96-011342-NP-5
CHRISTMAS, ISAAC

RES: MI
--------------------------------------------------
96-011343-NP-5
CHURCH, JEAN A.

RES: MI

96-011344-NP-5
CICHOWSKI, THOMAS J.

RES: MI
--------------------------------------------------
96-011345-NP-5
CIESLA, THOMAS J.

RES: MI

96-011346-NP-5
CIESLINSKI, EUGENE R.

RES: MI
--------------------------------------------------
96-011347-NP-5
CIESLINSKI, THOMAS A.

RES: FL

96-011348-NP-5
CIRILO, DEMENCIO

RES: MI
--------------------------------------------------
96-011349-NP-5
CIRILO, DOMINGO S.

RES: MI

96-011350-NP-5
CIRILO, FELIX

RES: MI
--------------------------------------------------
96-011351-NP-5
CISNEROS, TRENO P.

RES: MI

96-011352-NP-5
CLARK, EZELL

RES: MI
--------------------------------------------------
96-011353-NP-5
CLARK, JUANITA

RES: MI

96-011354-NP-5
CLARK, WHEELER

RES: MI
--------------------------------------------------
96-011355-NP-5
CLARKE, JOHN D.

RES: MI

96-011356-NP-5
CLAYTON, COLUMBUS
CLAYTON, CATHERINE
RES: MI
--------------------------------------------------
96-011357-NP-5
CLAYTON, DENNIS A.

RES: MI

96-011358-NP-5
CLAYTON, JAMES O.

RES: MI
--------------------------------------------------
96-011359-NP-5
CLAYTON, ROBERT

RES: MI

96-011360-NP-5
CLEMENT, FRANK    JR.

RES: MI
--------------------------------------------------
96-011361-NP-5
CLICK, MELVIN

RES: MI

96-011362-NP-5
CMACH, MICHAEL L.

RES: MI
--------------------------------------------------
96-011363-NP-5
COE, ROBERT W.

RES: MI

96-011364-NP-5
COLE, LEVI

RES: MI
--------------------------------------------------
96-011365-NP-5
COLE, M.L.
COLE, ANNIE
RES: MI

96-011366-NP-5
COLEMAN, HURLEY J.
COLEMAN, MARTHA
RES: MI
--------------------------------------------------
96-011367-NP-5
COLEMAN, WILL

RES: MI

96-011368-NP-5
COLINDRES, BRUCE M.

RES: MI
--------------------------------------------------
96-011369-NP-5
COLLIER, WALTER R.

RES: IL

96-011370-NP-5
COLLINS, PRINCE    JR.

RES: MI
--------------------------------------------------

REPORT: .CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS


WR GRACE-PIQ 001779-082

96-011371-NP-5
COLVIN, ALTO

RES: MI

96-011372-NP-5
COLVIN, ROBERT
COLVIN, DELORES
RES: MI

96-011373-NP-5
COMER, WINDELL

RES: MI

96-011374-NP-5
CONAWAY, FREDERICK B.

RES: MI

96-011375-NP-5
CONAWAY, PAUL N.

RES: MI

96-011376-NP-5
CONNER, JOHN L.
CONNER, MARJORIE
RES: MI

96-011377-NP-5
CONTRERAS, JOE A.

RES: MI

96-011378-NP-5
COOK, JAMES E.

RES: MI

96-011379-NP-5
COOPER, CLINTEN R.

RES: MI

96-011380-NP-5
COOPER, ERNEST J.

RES: GA

96-011381-NP-5
COOPER, JOE

RES: OH

96-011382-NP-5
COOPER, SHERMAN

RES: MI

96-011383-NP-5
CORK, CHARLES
CORK, KATHY
RES: MI

96-011384-NP-5
CORK, LEVON

RES: MS

96-011385-NP-5
CORK, ODIE
CORK, DORETHA
RES: MS

96-011386-NP-5
CORONA, RAFAEL

RES: MI

96-011387-NP-5
CORRAL, JERRY

RES: MI

96-011388-NP-5
CORRION, JOSEPH E.

RES: MI

96-011389-NP-5
COTTLE, CHARLES W.

RES: MI

96-011390-NP-5
COWART, CLAUDE R.

RES: MI

96-011391-NP-5
CRAWFORD, MICHAEL

RES: MI

96-011392-NP-5
CREED, OSCAR     JR.

RES: MI

96-011393-NP-5
CROCKETT, GRANT     JR.
CROCKETT, MARIE
RES: MI

96-011394-NP-5
CROCKETT, MARIA
CROCKETT, JR. GRANT
RES: MI

96-011395-NP-5
CROWLEY, LEONARD R.

RES: TN

96-011396-NP-5
CROWLEY, LOUIS A.

RES: TN

96-011397-NP-5
CROWLEY, WAYNE D.
CROWLEY, GAIL
RES: MI

96-011398-NP-5
CRUZ, PAUL

RES: MI

96-011399-NP-5
CUNNINGHAM, SAM     JR.

RES: MI

96-011400-NP-5
CURRIE, ROY R.

RES: MI

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ 001779-083

96-011401-NP-5
CURRY, JAMES

RES: MI

96-011402-NP-5
CURRY, PERCY T.

RES: MI
--------------------------------------------------------
96-011403-NP-5
CURTIS, DONALD

RES: MI

96-011404-NP-5
CYBOROWSKI, JOHN E.

RES: MI
--------------------------------------------------------
96-011405-NP-5
CZYMBOR, ANTHONY H. JR.

RES: MI

96-011406-NP-5
DALLAS, L.J.    SR.

RES: MI
--------------------------------------------------------
96-011407-NP-5
DANIELS, ROBERT A.
DANIELS, BARBARA
RES: MI

96-011408-NP-5
DANKS, DONALD A.

RES: MI
--------------------------------------------------------
96-011409-NP-5
DARABOS, JOHN

RES: MI

96-011410-NP-5
DAVIS, BENNIE J.

RES: MI
--------------------------------------------------------
96-011411-NP-5
DAVIS, CLARA

RES: MI

96-011412-NP-5
DAVIS, HARRY

RES: MI
--------------------------------------------------------
96-011413-NP-5
DAVIS, JAMES

RES: MI

96-011414-NP-5
DAVIS, JAMES A.

RES: MI
--------------------------------------------------------
96-011415-NP-5
DAVIS, JOHNNIE    JR.

RES: MI

96-011416-NP-5
DAVIS, RICHARD L.

RES: MI
--------------------------------------------------------
96-011417-NP-5
DAVIS, SYLVESTER

RES: MI

96-011418-NP-5
DAVIS, WALTER L.

RES: MI
--------------------------------------------------------
96-011419-NP-5
DAVIS, WILBUR L.
DAVIS, ALISE
RES: MI

96-011420-NP-5
DAWKINS, ROBERT

RES: MI
--------------------------------------------------------
96-011421-NP-5
DAWKINS, WILLIAM D.

RES: MI

96-011422-NP-5
DAWSON, CLINTON

RES: MI
--------------------------------------------------------
96-011423-NP-5
DAY, LESTER H.

RES: MI

96-011424-NP-5
DESANDER, RENE C.

RES: MI
--------------------------------------------------------
96-011425-NP-5
DECENA, JESSE F.

RES: MI

96-011426-NP-5
DECKER, JAMES

RES: MI
--------------------------------------------------------
96-011427-NP-5
DEERING, DENNIS W.

RES: MI

96-011428-NP-5
DELANEY, DANIEL H.

RES: MI
--------------------------------------------------------
96-011429-NP-5
DELANEY, ROBERT W.

RES: MI

96-011430-NP-5
DELANEY, WILLIE J. JR.

RES: MI
--------------------------------------------------------

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS.


WR GRACE-PIQ 001779-084

| | |
|---|---|
| 96-011431-NP-5<br>DELGADO, JOSEPH S.<br>DELGADO, MARY<br>RES: IN | 96-011432-NP-5<br>DELGADO, PEDRO<br><br>RES: MI |
| 96-011433-NP-5<br>DELGADO, ROBERT<br>DELGADO, ANGELITA<br>RES: MI | 96-011434-NP-5<br>DELGADO, SETORNINO<br><br>RES: MI |
| 96-011435-NP-5<br>DELONG, RICHARD C.<br>DELONG, SHARON<br>RES: MI | 96-011436-NP-5<br>DELOS SANTOS, RAMON<br><br>RES: MI |
| 96-011437-NP-5<br>DEMING, JEFFRAY B.<br><br>RES: MI | 96-011438-NP-5<br>DENGLER, JAMES E.<br><br>RES: MI |
| 96-011439-NP-5<br>DENNISTON, WARREN G. SR.<br><br>RES: MI | 96-011440-NP-5<br>DEVANCE, HORACE<br>DEVANCE, BEULAH<br>RES: MI |
| 96-011441-NP-5<br>DEVEAUX, THOMAS F.<br><br>RES: MI | 96-011442-NP-5<br>DEZELAH, CHARLES L.<br><br>RES: MI |
| 96-011443-NP-5<br>DEZEWIECKI, RALPH J.<br><br>RES: MI | 96-011444-NP-5<br>DIAZ, ANASTASIO<br>DIAZ, JUANA<br>RES: MI |
| 96-011445-NP-5<br>DIAZ, BALDOMERO<br><br>RES: MI | 96-011446-NP-5<br>DIAZ, FREDDIE<br>DIAZ, DIANA<br>RES: MI |
| 96-011447-NP-5<br>DIAZ, JOSEPHINE<br><br>RES: MI | 96-011448-NP-5<br>DIAZ, PETER M.<br><br>RES: MI |
| 96-011449-NP-5<br>DIAZ, ROMAN<br><br>RES: MI | 96-011450-NP-5<br>DICKERSON, ARTHUR W.<br><br>RES: MI |
| 96-011451-NP-5<br>DIECHMAN, RICHARD F.<br><br>RES: MI | 96-011452-NP-5<br>DIGGS, ROBERT L.<br><br>RES: MI |
| 96-011453-NP-5<br>DILTS, RONALD R.<br>DILTS, CAROLYN<br>RES: MI | 96-011454-NP-5<br>DINNINGER, DONALD R.<br><br>RES: MI |
| 96-011455-NP-5<br>DINNINGER, DUANE N.<br><br>RES: MI | 96-011456-NP-5<br>DIXON, SAMMIE H.<br><br>RES: MI |
| 96-011457-NP-5<br>DOAK, JAMES D.<br><br>RES: MI | 96-011458-NP-5<br>DONALD, CHARLIE<br><br>RES: MI |
| 96-011459-NP-5<br>DONALD, JOHNNY A.<br><br>RES: MI | 96-011460-NP-5<br>DORSEY, JAMES L.<br><br>RES: MI |

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ 001779-085

96-011461-NP-5
DOSAL, MANUEL
DOSAL, SHERITA
RES: MI

96-011462-NP-5
DOUTRE, MICHAEL T.

RES: MI
--------------------------------------------------
96-011463-NP-5
DOYAL, J.C.

RES: MI

96-011464-NP-5
DOYEN, NED T.

RES: MI
--------------------------------------------------
96-011465-NP-5
DRAINE, SAM T.

RES: MI

96-011466-NP-5
DRAVES, LOREN

RES: MI
--------------------------------------------------
96-011467-NP-5
DURUSSEL, FLOYD J.

RES: MI

96-011468-NP-5
DUBAY, CECIL E.

RES: MI
--------------------------------------------------
96-011469-NP-5
DUBAY, RICHARD L.
DUBAY, ELSIE
RES: MI

96-011470-NP-5
DUCRE, CLEVELAND J.

RES: MI
--------------------------------------------------
96-011471-NP-5
DUDEK, FRANK A. JR.

RES: MI

96-011472-NP-5
DUDLEY, ELI

RES: MI
--------------------------------------------------
96-011473-NP-5
DUGAN, RUDOLPH

RES: MI

96-011474-NP-5
DUNN, ELDIE

RES: MI
--------------------------------------------------
96-011475-NP-5
DUNN, JOSEPH     JR.

RES: MI

96-011476-NP-5
DUPUIS, DANIEL J.

RES: MI
--------------------------------------------------
96-011477-NP-5
DUPUIS, EDWARD G.

RES: MI

96-011478-NP-5
DUPUIS, FLOYD H.

RES: MI
--------------------------------------------------
96-011479-NP-5
DUPUIS, WALLACE V.

RES: MI

96-011480-NP-5
DURAN, SANTIAGO

RES: MI
--------------------------------------------------
96-011481-NP-5
DURANSO, JOSEPH S.

RES: MI

96-011482-NP-5
DURHAM, WALKER

RES: MI
--------------------------------------------------
96-011483-NP-5
DUROCHER, LYNN T.

RES: MI

96-011484-NP-5
DUSO, DENNIS P.

RES: MI
--------------------------------------------------
96-011485-NP-5
DUTKAVICH, THOMAS V.
DUTKAVICH, DIANNA
RES: MI

96-011486-NP-5
EARLY, MICHAEL F.

RES: MI
--------------------------------------------------
96-011487-NP-5
EASLICK, MICHAEL D.

RES: MI

96-011488-NP-5
EASTMAN, GERALD Q.

RES: MI
--------------------------------------------------
96-011489-NP-5
EDWARDS, DAVID P.

RES: MI

96-011490-NP-5
EFU, RALPH
EFU, EILEEN
RES: MI
--------------------------------------------------

REPORT: CIS786P
RUN DATE: 03/04/96

**SAGINAW COUNTY CIRCUIT COURT**
**ASBESTOS CASES ADDED - PLAINTIFFS**



WR GRACE-PIQ 001779-086

96-011491-NP-5
EIGNER, LEONARD J.

RES: MI

96-011492-NP-5
EISENLORD, MARK S.

RES: MI

---

96-011493-NP-5
ELIZALDE, JOE

RES: MI

96-011494-NP-5
ELIZALDE, JOHNNY V. JR.

RES: MI

---

96-011495-NP-5
ELLIS, DOUGLAS

RES: MI

96-011496-NP-5
ELLISON, CHARLES G.

RES: MI

---

96-011497-NP-5
ELLISON, JAMES A.

RES: MI

96-011498-NP-5
ELRICH, TERRY R.

RES: MI

---

96-011499-NP-5
ELROD, WINSTON E.

RES: MI

96-011500-NP-5
EMERSON, DONALD J.

RES: MI

---

96-011501-NP-5
ENDSTRASSER, GARY J.

RES: MI

96-011502-NP-5
ENGELHARDT, VERNON J.

RES: MI

---

96-011503-NP-5
ENGLER, MICHAEL F.

RES: MI

96-011504-NP-5
ENGLER, PHILLIP J.

RES: MI

---

96-011505-NP-5
ERVIN, WILLARD D.

RES: MI

96-011506-NP-5
ESCARENO, JOHN    SR.

RES: NY

---

96-011507-NP-5
ESPINOZA, JORGE T.
ESPINOZA, ANITA
RES: MI

96-011508-NP-5
ESPINOZA, LEONARDO A.

RES: MI

---

96-011509-NP-5
ESSEX, TOMMIE L.
ESSEX, JOHNNIE MAE
RES: MI

96-011510-NP-5
EURICH, DARYL H.

RES: MI

---

96-011511-NP-5
EURICK, MARVIN M.

RES: MI

96-011512-NP-5
EVANS, EUGENE    JR.

RES: MI

---

96-011513-NP-5
EVERETT, FREDDIE

RES: MI

96-011514-NP-5
EVERETT, GEORGE    JR.

RES: MI

---

96-011515-NP-5
EVON, THOMAS M.
EVON, IRENE
RES: MI

96-011516-NP-5
FACUNDO, JUAN J.

RES: MI

---

96-011517-NP-5
FARNSWORTH, EARNEST F.

RES: MI

96-011518-NP-5
FARRAND, DUANE M.

RES: MI

---

96-011519-NP-5
FAULK, ALVIN

RES: MI

96-011520-NP-5
FAUSTIN, DONALD F.

RES: MI

---

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS


WR GRACE-PIQ 001779-087

96-011521-NP-5
FAUVER, FREDERICK J.

RES: MI

96-011522-NP-5
FELTSON, HENRY

RES: MI

------------------------------------------------

96-011523-NP-5
FERRER, JOSE V.

RES: MI

96-011524-NP-5
FERRER, MARCOS H.

RES: MI

------------------------------------------------

96-011525-NP-5
FIGUEROA, FRED R.

RES: MI

96-011526-NP-5
FIGUEROA, RAFAEL

RES: MI

------------------------------------------------

96-011527-NP-5
FILA, WILLIAM R.
FILA, CHRISTINE
RES: MI

96-011528-NP-5
FINI, DELFO

RES: MI

------------------------------------------------

96-011529-NP-5
FINI, ROMEO

RES: MI

96-011530-NP-5
FINK, WALLACE L.

RES: MI

------------------------------------------------

96-011531-NP-5
FINKBEINER, LARRY T.

RES: MI

96-011532-NP-5
FINN, LOUIS J.

RES: MI

------------------------------------------------

96-011533-NP-5
FISHER, CLYDE L.

RES: MI

96-011534-NP-5
FISHER, WILLIAM E.

RES: MI

------------------------------------------------

96-011535-NP-5
FITZMAURICE, RONALD

RES: MI

96-011536-NP-5
FLEMINGS, WILLIE E.

RES: MI

------------------------------------------------

96-011537-NP-5
FLORES, DEMETRIO

RES: MI

96-011538-NP-5
FLORES, GERONIMO

RES: MI

------------------------------------------------

96-011539-NP-5
FLORES, JOHN C.

RES: MI

96-011540-NP-5
FLORES, LOUIS

RES: MI

------------------------------------------------

96-011541-NP-5
FLORES, NEFTALI D.

RES: MI

96-011542-NP-5
FLORES, PLUTARCO
FLORES, ANGELITA
RES: MI

------------------------------------------------

96-011543-NP-5
FLORES, ROGER O.

RES: TX

96-011544-NP-5
FLORES, RUBEN O.

RES: TX

------------------------------------------------

96-011545-NP-5
FLOURNOY, MAJOR F.

RES: MI

96-011546-NP-5
FODCHUK, TARAS N.

RES: MI

------------------------------------------------

96-011547-NP-5
FORD, ARTHUR J.

RES: MI

96-011548-NP-5
FORD, JEROME

RES: MS

------------------------------------------------

96-011549-NP-5
FORD, JOHN L.

RES: GA

96-011550-NP-5
FORD, LEO H.

RES: MI

------------------------------------------------

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ 001779-088

| | |
|---|---|
| 96-011551-NP-5 | 96-011552-NP-5 |
| FORREST, THOMAS P. | FORTIN, GERALD J. |
| RES: MI | RES: MI |
| 96-011553-NP-5 | 96-011554-NP-5 |
| FOSTER, FRANCIS R. | FOSTER, GEORGE L. |
| RES: MI | RES: MI |
| 96-011555-NP-5 | 96-011556-NP-5 |
| FOSTER, LINDA C. | FOX, JOHN H. |
| RES: MI | RES: MI |
| 96-011557-NP-5 | 96-011558-NP-5 |
| FOX, ROBERT H. | FRANKLIN, HENRY L. |
| RES: MI | RES: MI |
| 96-011559-NP-5 | 96-011560-NP-5 |
| FRAZIER, HANDSOME | FRAZIER, JOHN E. |
| | FRAZIER, DARLENE |
| RES: MI | RES: MI |
| 96-011561-NP-5 | 96-011562-NP-5 |
| FREEMAN, ALBERT | FRIEDMAN, ROBERT C. |
| FREEMAN, LOTTIE | |
| RES: MI | RES: MI |
| 96-011563-NP-5 | 96-011564-NP-5 |
| FRIERSON, GRADY | FRIERSON, KENNETH H. |
| RES: MI | RES: MI |
| 96-011565-NP-5 | 96-011566-NP-5 |
| FULGENCIO, GEORGE | FULGENCIO, JIMMY |
| RES: MI | RES: MI |
| 96-011567-NP-5 | 96-011568-NP-5 |
| FULTON, ROY | FURTAW, FRANCIS |
| | FURTAW, BEATRICE |
| RES: MI | RES: MI |
| 96-011569-NP-5 | 96-011570-NP-5 |
| FUSE, SOPHIA | GADD, BARRY D. |
| RES: MI | RES: MI |
| 96-011571-NP-5 | 96-011572-NP-5 |
| GAERTNER, ERNEST | GAINES, ALBERT |
| RES: MI | RES: MI |
| 96-011573-NP-5 | 96-011574-NP-5 |
| GAINES, EDDIE    JR. | GAINES, NINA M. |
| RES: IN | RES: MI |
| 96-011575-NP-5 | 96-011576-NP-5 |
| GAINES, ROY | GALARNO, JOSEPH A. |
| GAINES, DOROTHY | |
| RES: MI | RES: MI |
| 96-011577-NP-5 | 96-011578-NP-5 |
| GALECKI, DONALD D. | GALLERY, JAMES A. |
| RES: MI | RES: MI |
| 96-011579-NP-5 | 96-011580-NP-5 |
| GALVEZ, GAVINO | GAMACHE, CLIFFORD H. |
| | GAMACHE, GRACE |
| RES: MI | RES: MI |

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ 001779-089

96-011581-NP-5
GAMEZ, CRECENCIO

RES: MI
--------------------------------
96-011583-NP-5
GARCIA, CLEMENTE M.

RES: MI
--------------------------------
96-011585-NP-5
GARCIA, JOE M.

RES: MI
--------------------------------
96-011587-NP-5
GARCIA, LEANDRO
GARCIA, DELFINA
RES: MI
--------------------------------
96-011589-NP-5
GARCIA, MANUEL J.

RES: MI
--------------------------------
96-011591-NP-5
GARCIA, STEPHEN M.

RES: MI
--------------------------------
96-011593-NP-5
GARRETT, NATHANIEL W.

RES: MI
--------------------------------
96-011595-NP-5
GARZA, AGAPITO
GARZA, ALICIA
RES: MI
--------------------------------
96-011597-NP-5
GARZA, JOSE E.

RES: MI
--------------------------------
96-011599-NP-5
GATH, ARTHUR

RES: MI
--------------------------------
96-011601-NP-5
GENTLE, DONALD O.

RES: MI
--------------------------------
96-011603-NP-5
GERHAUSER, NORMAN

RES: MI
--------------------------------
96-011605-NP-5
GIBBS, ALPHONSO

RES: MI
--------------------------------
96-011607-NP-5
GIBSON, WALTER E.

RES: MI
--------------------------------
96-011609-NP-5
GILL, WALTER L.

RES: MI
--------------------------------

96-011582-NP-5
GARCIA, BALENTIN

RES: MI
--------------------------------
96-011584-NP-5
GARCIA, HERMAN

RES: MI
--------------------------------
96-011586-NP-5
GARCIA, JOSE

RES: MI
--------------------------------
96-011588-NP-5
GARCIA, MANUEL J.

RES: MI
--------------------------------
96-011590-NP-5
GARCIA, RAY G.
GARCIA, MARIA L.
RES: MI
--------------------------------
96-011592-NP-5
GARCIA, UMBERTO

RES: MI
--------------------------------
96-011594-NP-5
GARTH, WILLIAM

RES: MI
--------------------------------
96-011596-NP-5
GARZA, ALFREADO

RES: MI
--------------------------------
96-011598-NP-5                    **REDACTED**

RES: MI
--------------------------------
96-011600-NP-5
GENSKE, DAVID F.

RES: MI
--------------------------------
96-011602-NP-5
GEORGE, ROBERT E.

RES: MI
--------------------------------
96-011604-NP-5
GERHAUSER, NORMAN J. JR.
GERHAUSER, LINDA M.
RES: MI
--------------------------------
96-011606-NP-5
GIBBS, HENRY J.
GIBBS, BRENDA
RES: MI
--------------------------------
96-011608-NP-5
GILBERT, DEVON

RES: MI
--------------------------------
96-011610-NP-5
GILLES, LARRY

RES: MI
--------------------------------

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS


WR GRACE-PIQ 001779-090

96-011611-NP-5
GILMAN, DAVID G.

RES: MI

96-011612-NP-5
GIPSON, SAMUEL J.
GIPSON, MILDRED G.
RES: MI

--------------------------------------------------

96-011613-NP-5
GIPSON, WILSON

RES: MI

96-011614-NP-5
GISSENDANNER, JAMES T.

RES: MI

--------------------------------------------------

96-011615-NP-5
GLAZA, CARL W.

RES: MI

96-011616-NP-5
GNIRS, RICHARD J.

RES: MI

--------------------------------------------------

96-011617-NP-5
GODINEZ, RAMON

RES: MI

96-011618-NP-5
GOFF, GERALD

RES: MI

--------------------------------------------------

96-011619-NP-5
GOMEZ, DAVID E.
GOMEZ, RUTH M.
RES: MI

96-011620-NP-5
GOMEZ, HERMAN

RES: MI

--------------------------------------------------

96-011621-NP-5
GOMEZ, JOSE F.

RES: MI

96-011622-NP-5
GOMEZ, JOSE    SR.

RES: MI

--------------------------------------------------

96-011623-NP-5
GOMEZ, MANUEL

RES: MI

96-011624-NP-5
GONZALES, ESTHER M.

RES: MI

--------------------------------------------------

96-011625-NP-5
GONZALES, JESSE J.

RES: OH

96-011626-NP-5
GONZALES, JESUS R.

RES: MI

--------------------------------------------------

96-011627-NP-5
GONZALES, JUAN G.

RES: MI

96-011628-NP-5
GONZALES, RONALD L.

RES: MI

--------------------------------------------------

96-011629-NP-5
GONZALEZ, GUADALUPE M.

RES: MI

96-011630-NP-5
GONZALEZ, JESUS R.

RES: FL

--------------------------------------------------

96-011631-NP-5
GONZALEZ, JOSE
GONZALEZ, PEARL A.
RES: OH

96-011632-NP-5
GOODMAN, WARDELL

RES: MI

--------------------------------------------------

96-011633-NP-5
GORNEY, MARION S. JR.

RES: MI

96-011634-NP-5
GOSS, CHARLES

RES: MI

--------------------------------------------------

96-011635-NP-5
GOSSELIN, PATRICK

RES: MI

96-011636-NP-5
GOTHAM, THOMAS W.

RES: MI

--------------------------------------------------

96-011637-NP-5
GOULETTE, ROBERT A.

RES: MI

96-011638-NP-5
GRAHAM, R.C.

RES: MI

--------------------------------------------------

96-011639-NP-5
GRAHAM, WAYNE T.

RES: MI

96-011640-NP-5
GRANT, WILLIE

RES: MI

--------------------------------------------------

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ 001779-091

96-011641-NP-5
GRASSO, CLEMENT J.

RES: MI

96-011642-NP-5
GRAUHERR, JAMES V.

RES: MI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
96-011643-NP-5
GRAY, DWIGHT W.
GRAY, MARY
RES: MI

96-011644-NP-5
GRAY, ROBERT F.

RES: MI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
96-011645-NP-5
GRAYS, MILTON

RES: MI

96-011646-NP-5
GREEN, ALBERT

RES: MI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
96-011647-NP-5
GREEN, ERNEST

RES: MI

96-011648-NP-5
GREEN, JOHNNIE    JR.
GREEN, CARROLL
RES: MI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
96-011649-NP-5
GREEN, OTIS

RES: MI

96-011650-NP-5
GREW, HOWARD
GREW, ELAINE  M.
RES: MI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
96-011651-NP-5
GRIFFIN, GARY W.

RES: MI

96-011652-NP-5
GRIM, DENNIS L.

RES: MI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
96-011653-NP-5
GRONSKI, ANTHONY B.

RES: MI

96-011654-NP-5
GROSS, CASIMER  L.  JR.

RES: MI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
96-011655-NP-5
GROSS, LEONARD E.  SR.

RES: MI

96-011656-NP-5
GROULX, JAMES  H.

RES: MI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
96-011657-NP-5
GRUNO, JACK D.

RES: MI

96-011658-NP-5
GRUSZCZYNSKI, DAVID  W.

RES: MI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
96-011659-NP-5
GUERRA, MANUEL O.

RES: MI

96-011660-NP-5
GUERRA, RAMIRO

RES: MI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
96-011661-NP-5
GUERRA, ROGELIO
GUERRA, JUSTINO
RES: MI

96-011662-NP-5
GUERRERO, JACINTO

RES: MI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
96-011663-NP-5
GUTIERREZ, DAVID  G.

RES: MI

96-011664-NP-5
GUTIERREZ, FRANCISO

RES: MI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
96-011665-NP-5
GUTIERREZ, JOE  M.

RES: MI

96-011666-NP-5
GUTIERREZ, JULIO G.  JR.

RES: MI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
96-011667-NP-5
GUTIERRZ, VINCENT  L.

RES: MI

96-011668-NP-5
GUTZWILLER, WILLIAM  D.

RES: MI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
96-011669-NP-5
GUYTON, HARVEY

RES: MI

96-011670-NP-5
GUZMAN, LUIS

RES: MI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REPORT: CYS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS


WR GRACE-PIQ 001779-092

96-011671-NP-5
HAAS, LARRY W.

RES: MI

96-011673-NP-5
HALEY, JOHNIE L.

RES: MI

96-011675-NP-5
HALL, ELMORE

RES: MI

96-011677-NP-5
HALL, WILLIAM T.

RES: MI

96-011679-NP-5
HAMLING, JACK
HAMLING, CAROL L.
RES: MI

96-011681-NP-5
HANSON, DANNY L.

RES: MI

96-011683-NP-5
HARMON, ROBERT

RES: MI

96-011685-NP-5
HARRINGTON, WAYNE

RES: MI

96-011687-NP-5
HARRIS, BENJAMIN]

RES: MI

96-011689-NP-5
HARRIS, JEFFREY D.

RES: MI

96-011691-NP-5
HARRIS, LEE A

RES: MI

96-011693-NP-5
HARRIS, WILLIE C.

RES: MI

96-011695-NP-5
HARSHMAN, JAMES E.

RES: MI

96-011697-NP-5
HARTL, LARRY F.
HARTL, BEVERLY
RES: MI

96-011699-NP-5
HAYES, DONALD

RES: MI

96-011672-NP-5
HADLEY, HENRY J.
HADLEY, SAN JUANITA
RES: MI

96-011674-NP-5
HALL, BEARNON

RES: MI

96-011676-NP-5
HALL, HENRY L.

RES: MI

96-011678-NP-5
HALLER, RICHARD J.

RES: MI

96-011680-NP-5
HAMPTON, WEBSTER D.

RES: MI

96-011682-NP-5
HARDY, JAMES E.

RES: MI

96-011684-NP-5
HARRELL, WALTER

RES: MI

96-011686-NP-5
HARRIS, ALFRED

RES: MI

96-011688-NP-5
HARRIS, HERBERT A.

RES: MI

96-011690-NP-5
HARRIS, JOHNNIE L.
HARRIS, MOE L.
RES: MI

96-011692-NP-5
HARRIS, WALTER

RES: MI

96-011694-NP-5
HARRISON, ROBERT R. SR.

RES: MI

96-011696-NP-5
HART, JOHN    JR.
HART, LENA E.
RES: MI

96-011698-NP-5
HAULCY, CLEMINGTON

RES: MI

96-011700-NP-5
HAYES, JOHN E.

RES: MI

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ 001779-093

96-011701-NP-5
HAYES, KENNETH R.
HAYES, HARRIETT
RES: MI

96-011702-NP-5
HAYES, NINA M.

RES: MI

--------------------------------------------------

96-011703-NP-5
HAYES, RAYMOND R.

RES: MI

96-011704-NP-5
HAYES, REATT

RES: LA

--------------------------------------------------

96-011705-NP-5
HAYES, SAMUEL E.

RES: TN

96-011706-NP-5
HAYNES, BENNIE

RES: MI

--------------------------------------------------

96-011707-NP-5
HAYNES, MANUEL
HAYNES, SUDIE F.R.
RES: MI

96-011708-NP-5
HAYS, R.T.

RES: MI

--------------------------------------------------

96-011709-NP-5
HAYWARD, CLIFFORD R.

RES: MI

96-011710-NP-5
HAYWARD, ROGER D.

RES: MI

--------------------------------------------------

96-011711-NP-5
HEALY, CARL G.

RES: MI

96-011712-NP-5
HEILIG, WILLIAM B.

RES: MI

--------------------------------------------------

96-011713-NP-5
HELMREICH, WILLIAM M.

RES: MI

96-011714-NP-5
HELTON, CURTIS
HELTON, AMANDA L.
RES: OH

--------------------------------------------------

96-011715-NP-5
HELTON, EDWARD G.

RES: MI

96-011716-NP-5
HENDERSON, HEAZEKAH

RES: AR

--------------------------------------------------

96-011717-NP-5
HENDERSON, RONALD E.
HENDERSON, DOROTHY
RES: MI

96-011718-NP-5
HENDERSON, RUBEN

RES: MI

--------------------------------------------------

96-011719-NP-5
HENDRYX, SHELBY

RES: MI

96-011720-NP-5
HEPINSTALL, THAYER

RES: MI

--------------------------------------------------

96-011721-NP-5
HEREDIA, MICHAEL

RES: MI

96-011722-NP-5
HEREK, DONALD C.

RES: MI

--------------------------------------------------

96-011723-NP-5
HERNANDEZ, ALEJANDRO F.

RES: MI

96-011724-NP-5
HERNANDEZ, CRESENCIO    JR.

RES: MI

--------------------------------------------------

96-011725-NP-5
HERNANDEZ, GEORGE L.
HERNANDEZ, MARIA
RES: TX

96-011726-NP-5
HERNANDEZ, LOUIS R.

RES: MI

--------------------------------------------------

96-011727-NP-5
HERNANDEZ, RAUL

RES: MI

96-011728-NP-5
HERNANDEZ, RAUL    JR.

RES: MI

--------------------------------------------------

96-011729-NP-5
HERNANDEZ, RAYMOND R.
HERNANDEZ, OLIVIA
RES: MI

96-011730-NP-5
HERRERA, DANIEL
HERRERA, CRUSITA
RES: OH

--------------------------------------------------

REPORT: CIS786P
RUN DATE. 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ  001779-094

| | |
|---|---|
| 96-011731-NP-5<br>HERRERA, RAMIRO L.<br><br>RES: MI | 96-011732-NP-5<br>HERZOG, JOHN S. SR.<br><br>RES: MI |
| 96-011733-NP-5<br>KERZOG, KENNETH R.<br><br>RES: OH | 96-011734-NP-5<br>HICKS, WILLIAM D. JR.<br><br>RES: MI |
| 96-011735-NP-5<br>HICKS, WILLIE A.<br><br>RES: MI | 96-011736-NP-5<br>HIGHTOWER, EARNEST<br><br>RES: MI |
| 96-011737-NP-5<br>HIGHTOWER, WILLIE H.<br>HIGHTOWER, ADDIE<br>RES: MI | 96-011738-NP-5<br>HILL, LARRY<br><br>RES: MI |
| 96-011739-NP-5<br>HINTON, EDDIE<br><br>RES: MI | 96-011740-NP-5<br>HOAG, HOWARD S.<br><br>RES: MI |
| 96-011741-NP-5<br>HOAG, HOWARD S. JR.<br>HOAG, LORI<br>RES: MI | 96-011742-NP-5<br>HODGES, DENNIS<br><br>RES: MI |
| 96-011743-NP-5<br>HODGES, LEROY<br>HODGES, ROCHELLE<br>RES: MI | 96-011744-NP-5<br>HOEFLING, GERALD<br><br>RES: MI |
| 96-011745-NP-5<br>HOEFLING, LITSA<br><br>RES: MI | 96-011746-NP-5<br>HOFFMAN, ALLEN J.<br><br>RES: MI |
| 96-011747-NP-5<br>HOFFMAN, MICHAEL W.<br><br>RES: MI | 96-011748-NP-5<br>HOLLERBACK, RONALD G.<br><br>RES: MI |
| 96-011749-NP-5<br>HOLLINGSHEAD, LEON L.<br>HOLLINGSHEAD, JANET<br>RES: MI | 96-011750-NP-5<br>HOLMES, JAKE<br><br>RES: MI |
| 96-011751-NP-5<br>HOLMES, JIMMIE T.<br><br>RES: MI | 96-011752-NP-5<br>HOOD, LUTHER<br><br>RES: MI |
| 96-011753-NP-5<br>HOOD, ROOSEVELT<br><br>RES: AR | 96-011754-NP-5<br>HOOD, WOODROW<br><br>RES: MI |
| 96-011755-NP-5<br>HOOKER, ELMORE<br><br>RES: MI | 96-011756-NP-5<br>HOOKER, WOODY D.<br><br>RES: MI |
| 96-011757-NP-5<br>HOOPER, JAMES  JR.<br><br>RES: MI | 96-011758-NP-5<br>HOPPER, BRUCE J.<br><br>RES: MI |
| 96-011759-NP-5<br>HOPPER, CLEON F.<br>HOPPER, MARGARET<br>RES: MI | 96-011760-NP-5<br>HOPPER, ELSON G.<br><br>RES: OH |

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS


WR GRACE-PIQ 001779-095

96-011761-NP-5
HOPPER, GEORGE O. JR.

RES: MI

96-011762-NP-5
HORN, GERALD

RES: MI

96-011763-NP-5
HORNER, ANTHONY J.

RES: MI

96-011764-NP-5
HORNER, NORMAN A.

RES: MI

96-011765-NP-5
HORNICK, MARTIN F.

RES: MI

96-011766-NP-5
HOSKIN, JAMES E.

RES: MI

96-011767-NP-5
HOUGH, TAYLOR

RES: MI

96-011768-NP-5
HOUSE, JEROME A.
HOUSE, DOROTHY J.
RES: MI

96-011769-NP-5
HOUSTON, WILLIAM E.

RES: MI

96-011770-NP-5
HOWAY, ROSS J.

RES: MI

96-011771-NP-5
HOWE, KENNETH F.

RES: MI

96-011772-NP-5
HOWELL, GEORGE

RES: MI

96-011773-NP-5
HOWELL, M.C.

RES: MI

96-011774-NP-5
HUBBELL, FRANCIS J.

RES: MI

96-011775-NP-5
HUBBERT, ROOSEVELT    JR.
HUBBERT, PATRICIA M.
RES: MI

96-011776-NP-5
HUDSON, ROBERT L.
HUDSON, BOBBY JEAN
RES: MI

96-011777-NP-5
HUEBNER, RICHARD L.

RES: MI

96-011778-NP-5
HUELL, ALBERT

RES: MI

96-011779-NP-5
HUERTA, CESARIO

RES: MI

96-011780-NP-5
HUFFMAN, JAMES R.

RES: MI

96-011781-NP-5
HUGHES, BENJAMIN A.

RES: MI

96-011782-NP-5
HUGHES, DAVID A.

RES: MI

96-011783-NP-5
HUGHES, HENRY

RES: MI

96-011784-NP-5
HUNT, BRADLEY D.

RES: MI

96-011785-NP-5
HUNT, GARY D.
HUNT, ETTA J.
RES: MI

96-011786-NP-5
HUNT, GARY W.
HUNT, NANCY
RES: MI

96-011787-NP-5
HUNT, SONNY R.

RES: MI

96-011788-NP-5
HUNT, WALTER J.

RES: MI

96-011789-NP-5
HURON, FRANK D.

RES: MI

96-011790-NP-5
HUSEN, LAWRENCE H. JR.

RES: MI

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ 001779-096

96-011791-NP-5
HUSSEY. BOBBIE

RES: MI

96-011792-NP-5
IOALSKI. LEO

RES: MI

--------------------------------------------------

96-011793-NP-5
ISHAM, RUSSELL M.

RES: MI

96-011794-NP-5
ISQUIERDO, MANUEL

RES: MI

--------------------------------------------------

96-011795-NP-5
JACKSON, ANNIE  R.

RES: MI

96-011796-NP-5
JACKSON, CLUDE

RES: AL

--------------------------------------------------

96-011797-NP-5
JACKSON, CONRAD

RES: MI

96-011798-NP-5
JACKSON, EARL

RES: CA

--------------------------------------------------

96-011799-NP-5
JACKSON, FREDDIE

RES: MI

96-011800-NP-5
JACKSON, HOUSTON

RES: MI

--------------------------------------------------

96-011801-NP-5
JACKSON, HOUSTON    JR.
JACKSON, ELAINE Y.
RES: MI

96-011802-NP-5
JACKSON, JAMES  C.

RES: MI

--------------------------------------------------

96-011803-NP-5
JACKSON, JAMES  E.

RES: MI

96-011804-NP-5
JACKSON, JAMES  E.

RES: MI

--------------------------------------------------

96-011805-NP-5
JACKSON, JAMES  J.

RES: MI

96-011806-NP-5
JACKSON. JOE  W.

RES: OH

--------------------------------------------------

96-011807-NP-5
JACKSON, JOHNNY

RES: MI

96-011808-NP-5
JACKSON, JOHNNY
JACKSON, BARBARA
RES: MI

--------------------------------------------------

96-011809-NP-5
JACKSON, K.B.

RES: MI

96-011810-NP-5
JACKSON, LOVELL

RES: MI

--------------------------------------------------

96-011811-NP-5
JACKSON, OSSIE  L.

RES: MI

96-011812-NP-5
JACKSON, PAUL

RES: MI

--------------------------------------------------

96-011813-NP-5
JACKSON, PHYLLIS  A.

RES: MI

96-011814-NP-5
JACKSON, ROOSEVELT
JACKSON, ANNIE
RES: MI

--------------------------------------------------

96-011815-NP-5
JACKSON, SAMUEL  H.

RES: MI

96-011816-NP-5
JACKSOKN, TOMMIE  L.

RES: MI

--------------------------------------------------

96-011817-NP-5
JACKSON, TOMMY  L.

RES: MI

96-011818-NP-5
JACKSON, WILLIE  U.
JACKSON, MARGARET
RES: MI

--------------------------------------------------

96-011819-NP-5
JACKSON, WINFRED  W.

RES: TX

96-011820-NP-5
JACOB, RAYMOND  H.

RES: MI

--------------------------------------------------

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ 001779-097

96-011821-NP-5
JAMERSON, LOUIS

RES: MI

96-011822-NP-5
JAMES, BROOUS L.

RES: MI

--------------------------------------------------

96-011823-NP-5
JAMES, ROBERT E.

RES: MI

96-011824-NP-5
JAMES, WILLIAM

RES: MI

--------------------------------------------------

96-011825-NP-5
JANIUK, JAN

RES: MI

96-011826-NP-5
JANKOWSKI, FLOYD A.

RES: MI

--------------------------------------------------

96-011827-NP-5
JANKOWSKI, LARRY R.

RES: MI

96-011828-NP-5
JAREMA, DONALD R. JR.

RES: MI

--------------------------------------------------

96-011829-NP-5
JARZABKOWSKI, THOMAS J.
JARZABKOWSKI, NANCY

RES: MI

96-011830-NP-5
JAYCOX, JOHNNIE F.

RES: MI

--------------------------------------------------

96-011831-NP-5
JEAN, JOHN M.

RES: MI

96-011832-NP-5
JELKS, DON

RES: MI

--------------------------------------------------

96-011833-NP-5
JENTZEN, GEORGE W.

RES: MI

96-011834-NP-5
JESSMORE, ALLEN J.

RES: MI

--------------------------------------------------

96-011835-NP-5
JEWELL, RICHARD M.

RES: MI

96-011836-NP-5
JIMENEZ, FILEMON R.

RES: MI

--------------------------------------------------

96-011837-NP-5
JIMENEZ, JESSE

RES: MI

96-011838-NP-5
JIMENEZ, JOSE L.

RES: MI

--------------------------------------------------

96-011839-NP-5
JOHNSON, CARL H.

RES: MI

96-011840-NP-5
JOHNSON, CHARLES C.

RES: OH

--------------------------------------------------

96-011841-NP-5
JOHNSON, EDWARD

RES: MI

96-011842-NP-5
JOHNSON, ERNEST E.

RES: MI

--------------------------------------------------

96-011843-NP-5
JOHNSON, FRANK S.

RES: MI

96-011844-NP-5
JOHNSON, GILBERT D.

RES: MI

--------------------------------------------------

96-011845-NP-5
JOHNSON, HENRY J.

RES: MI

96-011846-NP-5
JOHNSON, JAMES L.

RES: MI

--------------------------------------------------

96-011847-NP-5
JOHNSON, JAMISON L.

RES: MI

96-011848-NP-5
JOHNSON, LOUIS

RES: MI

--------------------------------------------------

96-011849-NP-5
JOHNSON, RICHARD

RES: MI

96-011850-NP-5
JOHNSON, RICHARD C.

RES: MI

--------------------------------------------------

REPORT: CIS786P
RUN DATE: 03/04/96

**SAGINAW COUNTY CIRCUIT COURT**
**ASBESTOS CASES ADDED - PLAINTIFFS**



WR GRACE-PIQ 001779-098

| | |
|---|---|
| 96-011851-NP-5 | 96-011852-NP-5 |
| JOHNSON, WILLIAM | JOHNSON, WILLIE |
| RES: MI | RES: MI |
| 96-011853-NP-5 | 96-011854-NP-5 |
| JOHNSTON, JEROME W. | JOLIN, MARIENUS R. |
| RES: MI | RES: MI |
| 96-011855-NP-5 | 96-011856-NP-5 |
| JONES, ALBERT L. | JONES, BOBBY |
| RES: MI | RES: MI |
| 96-011857-NP-5 | 96-011858-NP-5 |
| JONES, CHARLES G. | JONES, DAVID |
| JONES, CHARLENE | |
| RES: MI | RES: MI |
| 96-011859-NP-5 | 96-011860-NP-5 |
| JONES, EDDIE L. | JONES, EDDIE V. |
| | JONES, JOYCE A. |
| RES: MI | RES: MI |
| 96-011861-NP-5 | 96-011862-NP-5 |
| JONES, EDDIE W. S | JONES, EMMITT J. |
| RES: MI | RES: MI |
| 96-011863-NP-5 | 96-011864-NP-5 |
| JONES, ESTER | JONES, GILBERT C. |
| RES: IL | RES: IN |
| 96-011865-NP-5 | 96-011866-NP-5 |
| JONES, HOMER J. | JONES, JESSE J. |
| RES: MI | RES: MI |
| 96-011867-NP-5 | 96-011868-NP-5 |
| JONES, JOHN T. | JONES, LARRY |
| RES: MI | RES: MI |
| 96-011869-NP-5 | 96-011870-NP-5 |
| JONES, PAUL | JONES, PAUL E. |
| RES: MI | RES: MI |
| 96-011871-NP-5 | 96-011872-NP-5 |
| JONES, ROOSEVELT | JONES, SYLVESTER |
| RES: MI | RES: MI |
| 96-011873-NP-5 | 96-011874-NP-5 |
| JONES, WALTER A. | JONES, WILLIAM |
| RES: MI | RES: MI |
| 96-011875-NP-5 | 96-011876-NP-5 |
| JONES, WILLIE F. | JONES, WILLIE L. |
| RES: MI | RES: MI |
| 96-011877-NP-5 | 96-011878-NP-5 |
| JUAREZ, ADOLPH S. | JUAREZ, LOUIS |
| JUAREZ, DOLORES | |
| RES: MI | RES: MI |
| 96-011879-NP-5 | 96-011880-NP-5 |
| JUAREZ, MARCELO S. | JUHAS, HAROLD J. |
| RES: MI | RES: MI |

REPORT: CIS786P
RUN DATE: 03/04/96

SAGINAW COUNTY CIRCUIT COURT
ASBESTOS CASES ADDED - PLAINTIFFS



WR GRACE-PIQ 001779-099

96-011881-NP-5
JUMPER, TROY

RES: MI

96-011882-NP-5
JUREK, ROBERT J.

RES: MI

96-011883-NP-5
KACZMARCZYK, GERALD E.
KACZMARCZYK, BETTY
RES: MI

96-011884-NP-5
KACZMARCZYK, MICHAEL J.
KACZMARCZYK, KELLY A.
RES: MI

96-011885-NP-5
KAISER, LEWIS R.

RES: MI

96-011886-NP-5
KAMBOURELIS, NIKOLAOS

RES: MI

96-011887-NP-5
KAPP, ADOLPH

RES: MI

96-011888-NP-5
KARAMOL, EDWARD J.
KARAMOL, SANDRA J.
RES: MI

96-011889-NP-5
KAUFMAN, LEE A.

RES: MI

96-011890-NP-5
KEIDEL, GEORGE E.

RES: MI

96-011891-NP-5
KEIDEL, LARRY R.

RES: FL

96-011892-NP-5
KEIDEL, TOMMY L.

RES: MI

96-011893-NP-5
KELLEY, EDWARD E.
KELLEY, VICTORIA
RES: MI

96-011894-NP-5
KELLEY, HOMER

RES: MI

96-011895-NP-5
KELLEY, JOE L.

RES: MI

96-011896-NP-5
KELLY, BOBBY L.

RES: MI

96-011897-NP-5
KEMPF, WILLIAM H.

RES: MI

96-011898-NP-5
KENNEBREW, WILLIAM JR.
KENNEBREW, IVORY
RES: AL

96-011899-NP-5
KERN, JOSEPH P.
KERN, DONNA L.
RES: MI

96-011900-NP-5
KERRIDGE, WILFORD L.

RES: MI

96-011901-NP-5
KESSLER, JOSEPH J. III

RES: MI

96-011902-NP-5
KILLINGBECK, JAMES F.

RES: MI

96-011903-NP-5
KILTS, RAYMOND

RES: MI

96-011904-NP-5
KING, BRUCE M.

RES: MI

96-011905-NP-5
KING, LEON
KING, JOANN M.
RES: MI

96-011906-NP-5
KING, STEVE C.

RES: MI

96-011907-NP-5
KING, WILLIAM
KING, ADELL
RES: MI

96-011908-NP-5
KING, WILLIAM D.

RES: MI

96-011909-NP-5
KINNARD, ROBERT

RES: MI

96-011910-NP-5
KIRBY, DONALD E.

RES: MI