

WR GRACE-PIQ 005235-050

*Ronald Murphy: 4600 Carleton, South Rockwood, MI
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Coon DeVisser; Brown Insulation

| PRODUCTS | MANUFACTURERS |
|----------|---------------|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/ Rapid American) |
| Calsilite P/C and Block | RUBEROID CO. (Gaf) |
| Zonolite Insulation | W.R. GRACE |
| Asb. Mastics | AMCHEM PRODUCTS |
| Asb. Mastics | FLINTKOTE |

*Donald Kuchka: 4842 Mead, Dearborn, MI 48126
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Coon DeVisser; Owens Corning Fiberglas Corporation

| PRODUCTS | MANUFACTURERS |
|----------|---------------|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |

LAW OFFICES
ICHAEL B. SERLING, P.C.
30 NORTH OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MICH 48009

(248) 647-6966



WR.GRACE-PIQ 005235-061

*Larry Cox, 40643 Judd Rd., Belleville, MI  48111
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock; Bigelow-Liptak; F.B. Wright; Schad
Boiler

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/ Rapid American) |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Sk-7 & KS4 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Asb. Lined Firebrick | HARBISON WALKER |
| Asb. Rollboard | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Asb. Block Insulation | PLIBRICO |
| Asb. Insulating and Finishing Cements | PLIBRICO |
| Lite Kastite | CHICAGO FIRE BRICK |
| Runner Patch and Expansion Joint Sealer | CHICAGO FIRE BRICK |
| Brikset | CHICAGO FIRE BRICK |
| Zonolite Insulation | W.R. GRACE |

LAW OFFICES
!ICHAEL B. SERLING, P.C.
30 NORTH OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MICH 48009

(248) 647-6966

21



WR GRACE-PIQ 005235-052

*Tom Lauinger, 12951 Holtforth, Fenton, MI  48430
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock; Bigelow-Liptak; F.B. Wright; Schad
Boiler

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/ |
|  | Rapid American) |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |
| K-FAC Asb. Block Insulation | UNITED STATES GYPSUM |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Sk-7 & KS4 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Asb. Lined Firebrick | HARBISON WALKER |
| Asb. Rollboard | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Asb. Block Insulation | PLIBRICO |
| Asb. Insulating and |  |
| Finishing Cements | PLIBRICO |
| Lite Kastite | CHICAGO FIRE BRICK |
| Runner Patch and |  |
| Expansion Joint Sealer | CHICAGO FIRE BRICK |
| Brikset | CHICAGO FIRE BRICK |
| Zonolite Insulation | W.R. GRACE |

LAW OFFICES
ICHAEL B. SERLING, P.C.
∙0 NORTH OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MICH 48009

(248) 647-6966

22


WR GRACE-PIQ 005235-053

*Phil Torrento, 24720 Little Mack, St. Clair Shores, MI 48080
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock; Bigelow-Liptak; F.B. Wright; Schad
Boiler

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/ Rapid American) |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |
| K-FAC Asb. Block Insulation | UNITED STATES GYPSUM |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Sk-7 & KS4 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Lightweight Insulating Castable | HARBISON WALKER |
| Asb. Lined Firebrick | HARBISON WALKER |
| Asb. Rollboard | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asbestos Fibers supplied by REX/ROTO CORPORATION) |
| Lite Cast Insulating Castable | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Narcolite Insulating Castable | NARCO (North American Ref.) |
| Asb. Block Insulation | PLIBRICO |
| Asb. Insulating and Finishing Cements | PLIBRICO |
| Lite Kastite | CHICAGO FIRE BRICK |
| Insulag | QUIGLEY CO., INC. |
| Asb. Mastics | AMCHEM PRODUCTS CO. |
| Zonolite Insulation | W.R. GRACE |

*James McNeilly, 8253 Carrousel, Westland, MI 48185

| PRODUCTS | MANUFACTURERS |
|---|---|
| 7M Cement | RUBEROID CO. (Gaf) |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |

LAW OFFICES
MICHAEL B. SERLING, P.C.
80 NORTH OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MICH 48009

(248) 647-6966

23



*Philip Raymond, 50756 Montana, Novi, MI 48374
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock; Bigelow-Liptak; F.B. Wright; Schad
Boiler

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/ Rapid American) |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |
| K-FAC Asb. Block Insulation | UNITED STATES GYPSUM |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Sk-7 & KS4 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Lightweight Insulating Castable | HARBISON WALKER |
| Asb. Lined Firebrick | HARBISON WALKER |
| Asb. Rollboard | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asbestos Fibers supplied by REX/ROTO CORPORATION) |
| Lite Cast Insulating Castable | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Narcolite Insulating Castable | NARCO (North American Ref.) |
| Asb. Block Insulation | PLIBRICO |
| Asb. Insulating and Finishing Cements | PLIBRICO |
| Lite Kastite | CHICAGO FIRE BRICK |
| Insulag | QUIGLEY CO., INC. |
| Zonolite Insulation | W.R. GRACE |

LAW OFFICES
ICHAEL B. SERLING, P.C.
0 NORTH OLD WOODWARD AVE
SUITE 408
BIRMINGHAM, MICH 48009
(248) 647-6966


WR GRACE-PIQ 005235-055

*Frank Stanislawski: 13393 Cloverlawn, Sterling Hts., MI 48312
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock; Bigelow-Liptak; F.B. Wright; Schad
Boiler

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/ Rapid American) |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |
| K-FAC Asb. Block Insulation | UNITED STATES GYPSUM |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Sk-7 & KS4 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Lightweight Insulating Castable | HARBISON WALKER |
| Asb. Lined Firebrick | HARBISON WALKER |
| Asb. Rollboard | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asbestos Fibers supplied by REX/ROTO CORPORATION) |
| Lite Cast Insulating Castable | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Narcolite Insulating Castable | NARCO (North American Ref.) |
| Asb. Block Insulation | PLIBRICO |
| Asb. Insulating and Finishing Cements | PLIBRICO |
| Lite Kastite | CHICAGO FIRE BRICK |
| Insulag | QUIGLEY CO., INC. |
| Zonolite Insulation | W.R. GRACE |

LAW OFFICES
MICHAEL B. SERLING, P.C.
80 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH 48009
(248) 647-6966


WR GRACE-PIQ 005235-056

*George Erlacher:  7639 - 2nd Street, Dexter, MI 48130
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock; Bigelow-Liptak; F.B. Wright; Schad
Boiler

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Sk-7 & KS4 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Asb. Lined Firebrick | HARBISON WALKER |
| Asb. Rollboard | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Asb. Block Insulation | PLIBRICO |
| Asb. Insulating and | |
| Finishing Cements | PLIBRICO |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zonolite Insulation | W.R. GRACE |

*Robert Prusky:  1166 Trayer Road, Bronson, MI  49028

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Insulag | QUIGLEY CO., INC. |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asbestos Fibers supplied by REX/ROTO CORPORATION) |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Zonolite Insulation | W.R. GRACE |

*John Fortener:  15621 Fordline, Southgate, MI 48195

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Insulag | QUIGLEY CO., INC. |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asbestos Fibers supplied by REX/ROTO CORPORATION) |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Zonolite Insulation | W.R. GRACE |

LAW OFFICES
MICHAEL B. SERLING, P.C.
90 NORTH OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MICH 48009

(248) 647-6966

26



WR GRACE-PIQ 005235-057

Art Pendzsu:  13677 Birrell, Southgate, MI

| PRODUCTS | MANUFACTURERS |
|---|---|
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Zerobestos Cement | STANDARD FUEL ENGINEERING<br>(Asbestos Fibers supplied by<br>REX/ROTO CORPORATION) |

\*Richard Via: 4539 Linville, Warren, MI 48092
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock; Bigelow-Liptak; F.B. Wright; Schad
Boiler

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zonolite Insulation | W.R. GRACE |

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 NORTH OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MICH 48009

(248) 647-6966

27



WR GRACE-PIQ 005235-058

*James Cecora: 5297 Navajo Trail, Pinckney, MI 48169
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock; Bigelow-Liptak; F.B. Wright; Schad
Boiler

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/ Rapid American) |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Sk-7 & KS4 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Lightweight Insulating Castable | HARBISON WALKER |
| Asb. Lined Firebrick | HARBISON WALKER |
| Asb. Rollboard | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asbestos Fibers supplied by REX/ROTO CORPORATION) |
| Lite Cast Insulating Castable | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Narcolite Insulating Castable | NARCO (North American Ref.) |
| Asb. Block Insulation | PLIBRICO |
| Asb. Insulating and Finishing Cements | PLIBRICO |
| Lite Kastite | CHICAGO FIRE BRICK |
| Insulag | QUIGLEY CO., INC. |
| Zonolite Insulation | W.R. GRACE |

LAW OFFICES
ICHAEL B. SERLING, P.C.
IO NORTH OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MICH 4800P

(248) 647-6966



WR GRACE-PIQ 005235-059

*George Gillies: 1321 Hawaii Ave., Palm Harbor, Florida 34683
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock; Bigelow-Liptak; F.B. Wright; Schad
Boiler

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Sk-7 & KS4 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Asb. Lined Firebrick | HARBISON WALKER |
| Asb. Rollboard | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zonolite Insulation | W.R. GRACE |

*Alfonzo Jones: 7400 Nett Street, Detroit, MI 48213
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock; Bigelow-Liptak; F.B. Wright; Schad
Boiler

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Sk-7 & KS4 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Asb. Rollboard | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zonolite Insulation | W.R. GRACE |

LAW OFFICES
ICHAEL B. SERLING, P.C.
0 NORTH OLD WOODWARD AVE.
SUITE 405
BIRMINGHAM, MICH 48009
(248) 647-6966

WR GRACE-PIQ 005235-060

*Milton Cooper: 221 Tennyson, Highland Park, MI 48203
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock; Bigelow-Liptak; F.B. Wright; Schad
Boiler

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Sk-7 & KS4 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Asb. Lined Firebrick | HARBISON WALKER |
| Asb. Rollboard | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zonolite Insulation | W.R. GRACE |

*Charles Hollon, 17154 Wood, Melvindale, MI  48122
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Sk-7 & KS4 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Asb. Block Insulation | PLIBRICO |
| Asb. Insulating and Finishing Cements | PLIBRICO |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zonolite Insulation | W.R. GRACE |

LAW OFFICES
:ICHAEL B. SERLING, P.C.
80 NORTH OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MICH 48009

(248) 647-6966

30



WR_GRACE-PIQ 005235-061

*Jack Holbrook:  28136 Rose, Trenton, MI 48183
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |
| K-FAC Asb. Block Insulation | UNITED STATES GYPSUM |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Sk-7 & KS4 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Light Weight Castable | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Insulag | QUIGLEY CO., INC. |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Asb. Block Insulation | PLIBRICO |
| Asb. Insulating and | |
| Finishing Cements | PLIBRICO |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zonolite Insulation | W.R. GRACE |

*Gordon Zahn:  26471 Wick Road, Taylor, Michigan  48180
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Sk-7 & KS4 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Light Weight Castable | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Insulag | QUIGLEY CO., INC. |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Asb. Block Insulation | PLIBRICO |
| Asb. Insulating and | |
| Finishing Cements | PLIBRICO |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zonolite Insulation | W.R. GRACE |

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 NORTH OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MICH 48009

(248) 647-6966

31

WR GRACE-PIQ 005235-062

*Thomas Foley, 13655 Irvington, Warren, MI  48093
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Schad Boiler

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Sk-7 & KS4 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zonolite Insulation | W.R. GRACE |

*Thomas Halley, 412 Virginia, Royal Oak, MI  48067
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Schad Boiler

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Sk-7 & KS4 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | NARCO (North American Ref.) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zonolite Insulation | W.R. GRACE |

LAW OFFICES
ICHAEL B. SERLING, P.C.
0 NORTH OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MICH 48009
(248) 647-6966


WR GRACE-PIQ 005235-063

*Dennis Dion:  4524 Brunson Place, Traverse City, MI 49684
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:  F.B. Wright

| PRODUCTS | MANUFACTURERS |
|---|---|
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets | GARLOCK, INC. |
| Asb. Gaskets and Packing | ANCHOR PACKING COMPANY |
| Asb. Gaskets and Packing | PALMETTO (Greene, Tweed) |
| Asb. Insulated Pumps | INGERSOLL-RAND |


*Frederick Reeve: 1900 White Arum Lane, Knoxville, Tennessee
37922
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:  F.B. Wright

| PRODUCTS | MANUFACTURERS |
|---|---|
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets | GARLOCK, INC. |
| Asb. Gaskets and Packing | ANCHOR PACKING COMPANY |
| Asb. Gaskets and Packing | PALMETTO (Greene, Tweed) |
| Asb. Insulated Pumps | INGERSOLL-RAND |


*Victor Micallef: 41725 Sleepy Hollow, Novi, MI 48377
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:  F.B. Wright

| PRODUCTS | MANUFACTURERS |
|---|---|
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets | GARLOCK, INC. |
| Asb. Gaskets and Packing | ANCHOR PACKING COMPANY |
| Asb. Gaskets and Packing | PALMETTO (Greene, Tweed) |
| Asb. Insulated Pumps | INGERSOLL-RAND |

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 NORTH OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MICH  48009

(248) 647-6966

33


WR GRACE-PIQ 005235-064

*Carlo Castiglione: 7381 Villamuer, West Bloomfield, MI 48322
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:  F.B. Wright

| PRODUCTS | MANUFACTURERS |
| --- | --- |
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets | GARLOCK, INC. |
| Asb. Gaskets and Packing | ANCHOR PACKING COMPANY |
| Asb. Gaskets and Packing | PALMETTO (Greene, Tweed) |
| Asb. Insulated Pumps | INGERSOLL-RAND |

*Richard Charzynski: 12161 Lennry, Shelby Township, MI 48315
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:  F.B. Wright

| PRODUCTS | MANUFACTURERS |
| --- | --- |
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets | GARLOCK, INC. |
| Asb. Gaskets and Packing | ANCHOR PACKING COMPANY |
| Asb. Gaskets and Packing | PALMETTO (Greene, Tweed) |
| Asb. Insulated Pumps | INGERSOLL-RAND |

*Ted Supal: 20300 Yale, St. Clair Shores, MI 48081
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:  F.B. Wright

| PRODUCTS | MANUFACTURERS |
| --- | --- |
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets | GARLOCK, INC. |
| Asb. Gaskets and Packing | ANCHOR PACKING COMPANY |
| Asb. Gaskets and Packing | PALMETTO (Greene, Tweed) |
| Asb. Insulated Pumps | INGERSOLL-RAND |

LAW OFFICES
ICHAEL B. SERLING, P.C.
0 NORTH OLD WOODWARD AVE
SUITE 408
BIRMINGHAM, MICH 48009
(248) 647-6966



WR GRACE-PIQ 005235-065

**DOCUMENTATION AS TO ALL EXPOSURES:**

Any and all records of KELSEY-HAYES, includes all purchase orders, invoices, vendor files, product brochures, heat insulation standards, correspondences, account payable ledgers, material requisitions and inventories, etc.

Employment records of Plaintiff,

**REDACTED**

Union records of Plaintiff,

Custodian of Records of KELSEY-HAYES.

Any and all business records and product literature of defendants named in this suit, includes all purchase orders, invoices, product brochures, insulation manuals, data books, publications, correspondences, etc.

Custodian of Records of Defendants names in this suit.

All advertisements, publications and promotions of defendant manufacturers and distributors in this suit.

Photographs of all identified products.

*Denotes that the witness is a Plaintiff in an asbestos action.

*Russell R. Beaudoen*
RUSSELL R. BEAUDOEN (P41185)
Attorney for Plaintiffs
280 N. Old Woodward, Suite 406
Birmingham, Michigan  48009
(248) 647-6966

DATED: March 6, 2001

ldkc:\wp\brochure\halljr.wil

LAW OFFICES
ICHAEL B. SERLING, P.C.
0 NORTH OLD WOODWARD AVE
SUITE 406
BIRMINGHAM, MICH 48009
(248) 647-6966

35



WR GRACE-PIQ 005235-066

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

**REDACTED**

Plaintiff(s),

v

00-009221 NF   3/22/00
JDG: ROBERT J. COLOMBO JR

VS

A P GREEN REFRACTORIES CO

REDACTED

A.P. GREEN REFRACTORIES CO., et al.,

Defendants.
_____/
RUSSELL R. BEAUDOEN (P41185)
Attorney for Plaintiff(s)
----------------------------
SEE ATTACHED SHEETS
Attorney for Defendants,
_____/

### PROOF OF SERVICE

STATE OF MICHIGAN)
                 SS
COUNTY OF OAKLAND)

    LINDA D. KRUMM, being first duly sworn, deposes and says
that she is employed in the offices of MICHAEL B. SERLING,
P.C., attorney for Plaintiff(s), and on the _15th_ day of
_March_____, 2001 she served a true copy of: PLAINTIFF('S')
DISCOVERY BROCHURE upon ALL COUNSEL OF RECORD, attorneys for
DEFENDANTS, by then and there placing the same in an envelope
bearing postage fully prepaid and addressed to said
attorneys, at their offices located at: SEE ATTACHED SHEETS
and then deposited the same in the U.S. Mail for delivery.

    FURTHER DEPONENT SAYS NOT.

                                    _____
                                    LINDA D. KRUMM

Subscribed and sworn to before me
this _15th_ day of _March___, 2001.

_____
JOANN MCMURDO, NOTARY PUBLIC
OAKLAND COUNTY, MICHIGAN
MY COMMISSION EXPIRES: 12/27/2002

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009

(248) 647-6966



WR GRACE-PIQ 005235-067

## *ATTORNEY OF RECORD LIST*

### REDACTED

**LORETTA AMES (P30242)**
Attorney for RAPID AMERICAN
243 W. Congress, Suite 800
Detroit, MI 48226
(313) 983-4842

**REYNOLDS BRANDER (P11128)**
Attorney for COMBUSTION
ENGINEERING
201 Monroe Avenue, N. W.
Suite 701 - River City Bldg..
Grand Rapids, MI 49503
(616) 458-3800

**DALE BURMEISTER (P29342)**
Attorney for AMCHEM PRODUCTS;
QUIGLEY CO.; T&N, plc.; UNITED
STATES GYPSUM; FLEXITALLIC
GASKET CO.; FOSECO
1050 Wilshire Drive, Suite 320
Troy, MI 48084
(313) 649-7800

**MICHAEL CIANCIOLO (P33818)**
Attorney for STANDARD FUEL
ENGINEERING COMPANY; SCHAD
BOILER SETTING CO.
400 Renaissance Center, Suite 1010
Detroit, MI 48243
(313) 396-4600

**E. KELLY CULLEN (P37605)**
Attorney for SURE SEAL PRODUCTS
CO.
One Towne Square, Suite 1400
P.O. Box 5068
Southfield, MI 48086-5068
(810) 357-1400

**CLAYTON F. FARRELL (P23414)**
Attorney for A.P. GREEN REF.;
HARBISON WALKER REF.; & Co-
Counsel for BROWN INSULATION
4000 Town Center, suite 909
Southfield, MI 48075
(248) 355-4141

**MARK GRIERSON (P30908)**
Attorney for METROPOLITAN LIFE
INSURANCE CO.;
155 N. Plymouth Road
P.O. Box 6220
Saginaw, MI 48608
(517) 793-8740

**STEVEN HICKEY (P33142)**
Attorney for MI MEDICAL
400 Renaissance Center, Suite 1010
Detroit, MI 48243
(313) 396-4600

**KEVIN T. KENNEDY (P40672)**
Attorney for RUST INTERNATIONAL
535 Griswold, Suite 1432
Detroit, MI 48226
(313) 961-7321

**DANIEL P. KING (P31170)**
Attorney for ARTHUR J. PEACOCK;
F.B. WRIGHT
30201 Orchard Lake Road, Suite 220
Farmington Hills, MI 48334-2278
(248) 932-9300

**MARK LaCHEY (P34958)**
Attorney for BROWN INSULATION
123 S. Main Street, Suite 130
Royal Oak, MI 48067
(810) 543-3838


WR GRACE-PIQ 005235-068

## *ATTORNEY OF RECORD LIST*

**REDACTED**

**KATHLEEN A. LANG (P34695)**
Attorney for W.R. GRACE & CO-CONN
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

**BILLEE LIGHTVOET (P59397)**
Attorney for GARLOCK, INC.
7960 W. Grand River Ave., Suite 260
Brighton, MI 48114
(810) 225-4227

**J. MICHAEL MALLOY, III (P24189)**
Attorney for CHICAGO FIRE BRICK
2690 Crooks Road, Suite 100
Troy, MI 48084-4700
(810) 362-4747

**ROBERT MARSAC (P17114)**
**LISA ROBINSON (P38141)**
Attorneys for RILEY STOKER CORP.;
11th Floor Buhl Building
Detroit, MI 48226
(313) 962-0643

**THOMAS McLEOD (P39313)**
Attorney for THIEM CORP.
2200 N. Canton Center Road, Suite 170
Canton, MI 48187
(734) 981-7090

**S. DAVID McNEILL (P17544)**
Attorney for OGLEBAY NORTON CO.;
REX ROTO CORP.; INGERSOLL-
RAND COMPANY
185 Oakland Avenue, Suite 260
Birmingham, MI 48009
(248) 594-4984

**DONALD MILLER (P23419)**
Attorney for GENERAL ELECTRIC;
NORTH AMERICAN REF.;
150 W. Jefferson, Suite 900
Detroit, MI 48226-4430
(313) 225-7000

**SHELLEY K. MILLER (P33757)**
Attorney for 3M
1450 W. Long Lake Rd., Suite 100
Troy, MI 48098
(248) 312-2800

**EDWARD PAPPAS (P23224)**
Attorney for CROWN CORK & SEAL
525 N. Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304
(810) 646-4300

**GARY SHARP (P41554)**
Attorney for BIGELOW-LIPTAK;
COON DeVISSER; GENERAL REF.;
6905 Telegraph Road, Suite 114
Bloomfield Hills, MI 48301
(810) 540-9636

**JAMES STUART (P28036)**
Attorney for DURAMETALLIC CORP.;
GREENE TWEED & CO.; PLIBRICO
755 W. Big Beaver, Suite 1800
Troy, MI 48084
(248) 362-3707

**MICHAEL J. SULLIVAN (P37137)**
Attorney for KAISER ALUMINUM &
CHEMICAL CORP.
500 Woodward Ave., Suite 3500
Detroit, MI 48226
(313)965-8300



## *ATTORNEY OF RECORD LIST*

**REDACTED**

**PAUL VAN TOL (P29092)**
Attorney for **ARGO PACKING**
44 First Street
P.O. Box 2301
Mt. Clemens, MI 48043
(810) 979-6500

**MICHAEL VARTANIAN (P23024)**
Attorney for **W.R. GRACE & CO-CONN**
215 S. Washington Square, Suite 200
Lansing, MI 48933
(517) 371-1730



WR GRACE-PIQ 005235-070

## *ATTORNEY OF RECORD LIST*

### REDACTED

**DALE BURMEISTER (P29342)**
Attorney for **CERTAINTEED**
1050 Wilshire Drive, Suite 320
Troy, MI 48084
(313) 649-7800

**NEIL MACCALLUM (P33916)**
Attorney for **FEDERAL-MOGUL**
4000 Town Center, Suite 909
Southfield, MI 48075
(248) 355-4141

**ERNEST WALKER (P58635)**
Attorney for **FLINTKOTE**
Fifth Floor Columbia Center
201 W. Big Beaver Road
Troy, MI 48084
(248) 528-2200



JURY FEE
THIS ~DATE~ 2
MAR 2
BY:

WR GRACE-PIQ 005235-071

### STATE OF MICHIGAN

#### IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

REDACTED

ASBESTOS DOCKET

REDACTED

        Plaintiffs,

00-009221 NP    3/22/00
JDG: ROBERT J. COLOMBO JR

vs.

VS
A P GREEN REFRACTORIES CO

**A.P. GREEN REFRACTORIES COMPANY,**
a Delaware Corporation;
**AMCHEM PRODUCTS, INC.,**
a Delaware Corporation;
(Benjamin Foster Company);
**ARGO PACKING COMPANY,**
a Pennsylvania Corporation;
**ARMSTRONG WORLD INDUSTRIES, INC.**
a Pennsylvania Corporation;
**ARTHUR J. PEACOCK & COMPANY,**
a Michigan Corporation;
**BIGELOW-LIPTAK CORPORATION,**
n/k/a A. P. Green Services, Inc.,
a Michigan Corporation;
**BROWN INSULATION;**
a Michigan Corporation;
**CHICAGO FIRE BRICK COMPANY,**
an Illinois Corporation;
**COMBUSTION ENGINEERING, INC.,**
a Delaware Corporation;
**COON DEVISSER COMPANY,**
a Michigan Corporation;
**CROWN CORK AND SEAL COMPANY,**
a New York Corporation,
**DURAMETALLIC CORPORATION,**
a Michigan Corporation;
**F.B. WRIGHT COMPANY,**
a Michigan Corporation;
**FIBREBOARD CORPORATION,**
a Delaware Corporation;
**FLEXITALLIC GASKET COMPANY, INC.,**
a Connecticut Corporation;
**FOSECO, INC.,**
a Delaware Corporation,
in its own right and as Successor
to Gibson-Homans Co., Baltimore
Ennis Land Co., Inc., and
as Subsidiary of Foseco Plc;
**GAF CORPORATION,**
a Delaware Corporation;

00 MAR 22  AM 8: 53

LAW OFFICES
CHAEL B. SERLING, P.C.
0 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009

(248) 647-6966

1


WR GRACE-PIQ 005235-072

**GARLOCK, INC.,**
an Ohio Corporation;
**GENERAL ELECTRIC COMPANY,**
a New York Corporation;
**GENERAL REFRACTORIES,**
a Pennsylvania Corporation;
**GREENE, TWEED & COMPANY,**
a Pennsylvania Corporation;
**HARBISON-WALKER REFRACTORIES,**
a Division of Dresser Industries,
In., a Pennsylvania Corporation;
**INGERSOLL-RAND COMPANY,**
a New Jersey Corporation;
**KAISER ALUMINUM AND CHEMICAL**
**CORPORATION,** in its own right
successor to Kaiser Refractories,
a Division of Kaiser Aluminum,
a Delaware Corporation;
**METROPOLITAN LIFE INSURANCE COMPANY,**
a/k/a Metropolitan Insurance Company,
a Delaware Corporation;
**MINNESOTA MINING AND**
**MANUFACTURING COMPANY (3M),**
a Delaware Corporation;
**ASBESTOS CLAIMS MANAGEMENT CORPORATION,**
f/k/a National Gypsum Company,
a Delaware Corporation;
**NORTH AMERICAN REFRACTORIES COMPANY,**
an Ohio Corporation;
**OGLEBAY NORTON COMPANY,**
f/k/a Ferro Engineering,
a Delaware Corporation;
**OWENS CORNING FIBERGLAS CORPORATION,**
a Delaware Corporation;
**PITTSBURGH CORNING CORPORATION,**
a Pennsylvania Corporation;
**PLIBRICO COMPANY,**
a Delaware Corporation;
**QUIGLEY CO., INC.,**
a New York Corporation;
**RAPID-AMERICAN CORPORATION,**
a Delaware Corporation, in its
own right and as successor to
PHILIP CAREY MANUFACTURING COMPANY,
and to PANACON CORPORATION, and to
PHILIP CAREY CORPORATION;
**REX/ROTO CORPORATION**
a Michigan Corporation;
**RILEY STOKER CORPORATION,**
a Massachusetts Corporation;

LAW OFFICES
CHAEL B. SERLING, P.C.
) NORTH OLD WOODWARD AVE.
SUITE 405
IRMINGHAM, MICH. 48009

(248) 647-6966

2



WR GRACE-PIQ 005235-073

**RUST INTERNATIONAL, INC.,**
a Delaware Corporation
in its own right and as successor
in interest to M.W. Kellogg Company,
and the Swindell Dressler Company;
**SCHAD BOILER SETTING COMPANY,**
d/b/a Schad Refractory Construction
Company, a Michigan Corporation;
**STANDARD FUEL ENGINEERING COMPANY,**
a Michigan Corporation;
**SURE SEAL PRODUCTS COMPANY,**
an Illinois Corporation;
**T & N, plc.,**
f/k/a Turner and Newall, Ltd.,
a Foreign Corporation;
**THIEM CORPORATION,**
a/k/a Universal Refractories, Inc.,
a Delaware Corporation;
**UNITED STATES GYPSUM COMPANY,**
a Delaware Corporation;
**W.R. GRACE & CO.-CONN.,**
a Connecticut Corporation;

    Defendants.
_____/

RUSSELL R. BEAUDOEN (P41185)
MICHAEL B. SERLING, P.C.
Attorneys for Plaintiffs
280 N. Old Woodward Ave., Ste. 406
Birmingham, Michigan 48009
(248) 647-6966
_____/

**NOTICE OF COMPLAINT**
**COMPLAINT AND JURY DEMAND**

    There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the complaint.

    NOW COME Plaintiffs, by and through their Attorneys, MICHAEL B. SERLING, P.C., and for their Complaint against each Defendant, state as follows:

    1.  In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Case Management Order of February 21, 1997, paragraph III. D., a Complaint was filed

LAW OFFICES
CHAEL B. SERLING, P.C.
0 NORTH OLD WOODWARD AVE.
SUITE 406
IIRMINGHAM, MICH. 48009

(248) 647-6966

WR GRACE-PIQ 005235-075

Geographical Situs of Asbestos
Exposure:  Wayne County, Michigan.

A TRIAL BY JURY IS HEREBY DEMANDED TO DETERMINE ALL

ISSUES.

RUSSELL R. BEAUDOEN (P41185)
Attorney for Plaintiffs
280 N. Old Woodward, Ste. 406
Birmingham, Michigan  48009
(248) 647-6966

DATED:   March 20, 2000

LAW OFFICES

CHAEL B. SERLING, P.C.
) NORTH OLD WOODWARD AVE.
SUITE 406
IRMINGHAM, MICH. 48009

(248) 647-6966

5



WR GRACE-PIQ 005235-076

<u>ATTACHMENT "A"</u>

**REDACTED**

In compliance with Wayne County Circuit Court Judge Robert J. Colombo, Jr.'s Order No. 11 of March 21, 1997, paragraph A, Plaintiff reserves the right to update asbestos product exposure identification after investigation of the case and review of the Social Security Printout and in accordance with the Court's Case Management Order deadline for submission of a final product identification brochure. Plaintiff's Known Job Site Information is as follows:

| KNOWN JOB SITES | YEARS AT JOB SITES |
|---|---|
| Jacobs Industries<br>Detroit, MI | 1964-1965 |
| Kelsey-Hayes | 1965-1995 |

LAW OFFICES

CHAEL B. SERLING, P.C.

) NORTH OLD WOODWARD AVE.

SUITE 406

IIRMINGHAM, MICH. 48009

(248) 647-6966

6


WR GRACE-PIQ 005235-077

**ATTACHMENT "B"**

REDACTED

    In compliance with Wayne County Circuit Court Judge Robert
J. Colombo, Jr.'s Case Management Order No. 11 of March 21,
1997, second paragraph of paragraph A, Plaintiff's Notice of
Non-Parties are as follows:

ANCHOR PACKING COMPANY

BABCOCK & WILCOX COMPANY

CELOTEX CORPORATION

CAREY CANADA, INC.

EAGLE-PICHER INDUSTRIES, INC.

GRANT WILSON, INC.

JOHNS-MANVILLE CORPORATION

KEENE BUILDING PRODUCTS CORPORATION

KEENE CORPORATION

MANVILLE CORP.

M.H. DETRICK

NICOLET, INCORPORATED

RUTLAND FIRE CLAY COMPANY

LAW OFFICES
CHAEL B. SERLING, P.C.
> NORTH OLD WOODWARD AVE.
SUITE 406
IRMINGHAM, MICH. 48009

(248) 647-6966

ldkc:\wp\complain\halljr.wm

7

**MICHAEL B. SERLING, P.C.**
*Attorneys and Counselors at Law*
280 NORTH OLD WOODWARD AVENUE
SUITE 406
BIRMINGHAM, MICHIGAN 48009

(248) 647-6966
FAX (248) 647-9630

MICHAEL B. SERLING
RUSSELL R. BEAUDOEN
THOMAS A. SMITH
ERIC B. ABRAMSON

OF COUNSEL
GOLDBERG, PERSKY,
JENNINGS & WHITE, P.C.
PITTSBURGH/SAGINAW

OF COUNSEL
PHILIP J. GOODMAN, P.C.

January 18, 2001

Clerk of the Court
Wayne County Circuit Court
201 Coleman A. Young Municipal Center
Detroit, Michigan  48226

RE:                      **REDACTED**

Dear Clerk:

Enclosed for filing please find the following documents regarding the above entitled cause of action:

1.    Plaintiff('s') Answer to Defendants' First Standard Set of Interrogatories with Exhibits "A", "B", "C", "D" and "E" attached; and

2.    Proof of Service (with Attorney of Record list attached).

Sincerely,

Michael B. Serling

MBS:ldk
Enc.
cc   All Counsel of Record

ldkc:\wp\interr\interr.ltr



WR GRACE-PIQ  005235-079

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE



**REDACTED**

Plaintiffs,

-v-

A.P. GREEN REFRATORIES CO.,
et al                                        /

Defendants.

                                             /

00-009221 NP   3/22/00
JDG: ROBERT J. COLOMBO JR

VS

A P GREEN REFRACTORIES CO

**REDACTED**

MICHAEL B. SERLING, (P20225)
Attorney for Plaintiffs
280 N. Old Woodward
Suite 406
Birmingham, Michigan 48009
(248)647-6966                                /

ANSWER OF PLAINTIFF TO DEFENDANTS'
FIRST SET OF INTERROGATORIES

TO:    ALL ATTORNEYS OF RECORD:

        In accordance with the provisions of the Michigan General

Court Rules, Plaintiff hereby answers the First Set of Interrogatories of

Defendants served on Plaintiff's counsel.

        Plaintiff,          **REDACTED**           , reserves the

right to amend or supplement his answers if he thinks that inadvertent

omissions or errors have been made or if additional or more accurate

information becomes available that is required to be provided by the Michigan

General Court Rules.

LAW OFFICES
IICHAEL B. SERLING, P.C.
80 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009

(248) 647-6966

1



WR GRACE-PIQ 005235-080

1.      State all names by which you have been known, your date

of birth (and date of death if applicable), all occupations; social security

number, normal adult weight and height; weight at present or on date or death

as the case may be.

ANSWER:     a)
            b)
            c)
            d)         **REDACTED**

            e)
            f)


2.      State the address of each place of residence that you

have occupied during the last twenty (20) years, and all other previous cities

and states of residence, from age 16 to date of death. (specify dates of

residence.)

ANSWER:              **REDACTED**


3.      State your past and present marital status, giving addresses of

past and present spouses and children, and reason for termination of marriage.

Please also identify all persons dependent upon you, setting forth the inclusive

dates of such dependency.

ANSWER:

                     **REDACTED**

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009

(248) 647-6966

2

WR GRACE-PIQ 005235-081

Children:

**REDACTED**

4.  Set forth your schooling, including public, private or trade schools,

setting forth the dates of attendance and grade or level attended.

ANSWER:    Simmons Elementary, Boynton Elementary, Morley Junior
High, Southwestern High School - 1963 – High School Grad.; Wayne County
Comm. College – late 1970's, Henry Ford Comm. College

5.  Have you ever been a member of the armed forces of the United

States?  If so, state the following:

ANSWER:    No.

    (a)    The branch of the services, serial
number and highest rank held;

           ANSWER:    N/A

    (b)    The beginning and ending dates of you
military service;

           ANSWER:    N/A

    (c)    The types of discharge that you received;

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009
————
(248) 647-6966

3


WR GRACE-PIQ 005235-082

ANSWER:    N/A

(d)    Whether you were given a physical examination which included x-rays prior to the time you entered the service;

ANSWER:    N/A

(e)    Whether you received any injury while in the military service;

ANSWER:    N/A

(f)    Whether you sustained or incurred any illness while in the military service;

ANSWER:    N/A

(g)    Whether you were given a physical examination which included x-rays upon leaving the service;

ANSWER:    N/A

(h)    Whether you claim disability for any injury or physical condition arising out of your military service.

ANSWER:    N/A

6.  State fully and in detail the date, place and nature of each:

ANSWER:    Plaintiff objects to this Interrogatory for the reason that it is overbroad, irrelevant and not calculated to lead to the discovery of admissible evidence.  Without waiving Plaintiff's objection, Plaintiff states:

(a)    Felony conviction;

ANSWER:    No.

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009

(248) 647-6966

4

WR GRACE-PIQ 005235-083

(b)    Crime involving theft. dishonesty or false
statement regardless of the punishment. .

ANSWER:    No.

7.   With respect to each job on which you can presently recall

working with or around asbestos products, state separately the following as to

each such job:

ANSWER:    Please see Exhibit "A" attached hereto and Plaintiff's Social

Security Printout.  Plaintiff objects to the balance of this Interrogatory on the

basis that it is so broad, indiscriminate and unreasonable that it would  be

unduly burdensome and oppressive to require Plaintiff to answer.  Plaintiff has

worked with hundreds of asbestos containing products, the identity of which is

sometimes known and sometimes not known.  Response to this question

would unfairly present a false impression that plaintiff was only exposed to

those products which Plaintiff is now able to specifically recall.  The attached

was compiled from memory.  This should in no way be construed as to

contain each and every asbestos containing product to which Plaintiff was

exposed.  Plaintiff maintains that he was exposed to the products of all

manufacturers of asbestos products shipped in Plaintiff's geographic work

place during Plaintiff's career.

(a)    The name and address of each employer
For whom you worked and the length of
employment with each.

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009

(248) 647-6966



WR GRACE-PIQ  005235-084

(b) The location of each job (stating the plant site, city, county and state);

(c) With regard to the above listed jobs, please give a description of the job, and the nature of any asbestos exposure, including information regarding co-workers, supervisors, storage, et c., regarding each of these jobs;

(d) For each job site, the type and identity of each such asbestos had contact or around which you worked, including the name of the product, the type of description of each such product and the manufacturer of the product;

(e) As to each job site, state whether the employer, union, or anyone provided showers for employees;

(f) As to each job site, state whether the employer, union or anyone provided separate lockers for both work and personal clothing.

8. If company employer or union sponsored physical examinations were required or made available, and if so state:

ANSWER: Yes.

(a) Whether required or optional;

ANSWER: Required.

(b) Frequency and dates of the examination;

ANSWER: 9/65

(c) Nature and extent of examinations:

LAW OFFICES

MICHAEL B. SERLING, P.C.

280 NORTH OLD WOODWARD AVE.

SUITE 406

BIRMINGHAM, MICH. 48009

(248) 647-6966



WR GRACE-PIQ 005235-085

ANSWER:    Physical Exam.

(d)    Whether x-ray examinations were included;

ANSWER:    No.

(e)    Frequency, including specific dates and time when you submitted to such examinations;

ANSWER:    9/65

(f)    Your detailed reasons for failing to submit to such examination when required or made available.

ANSWER:    N/A

(g)    Results of each examination;

ANSWER:    OK to work

(h)    Name, address, phone number of any examining physician, nurse or technician or clinic.

ANSWER:    Plant and various clinics.

9.  Has any of your work ever entailed working with other than asbestos material or under such ventilation conditions that you were subject to exposure to fibers, particles or other substance in the air, such as, but not limited to, sand, coal, fiberglass, etc.  If so, give the details setting forth the employer, dates of employment, working conditions and substance involved.

ANSWER:    No, other than fiberglass exposure and exposure to other substances in Defendant's products as related in Exhibit "A" attached hereto.

LAW OFFICES
ICHAEL B. SERLING, P.C.
10 NORTH OLD WOODWARD AVE.
SUITE 408
BIRMINGHAM, MICH. 48009
——
(248) 647-6966

7



WR GRACE-PIQ 005235-085

10.  To your knowledge, have any of your employers taken or had taken on their behalf air sampling, or did any government or other agency take air sampling at such employment sites?  If so, identify said employer and give the details of the taking of air sampling, including the identity of the taker, the frequency of the taking and results thereof.

ANSWER:    Yes.  Air samples were taken in the plant periodically throughout my years of employment at Kelsey Hayes.  Results were not made available to employees in 1980's and 1990's.

11.  Have you ever been discharged or voluntarily left a position or changed residence due to health reason?  If so, please state in detail the date(s), place(s) and medical conditions(s)

ANSWER:    No.

12. Have you ever been hospitalized operated upon or confined to an institution, been an outpatient of any hospital, clinic, nursing hoe, suffered any personal injuries or illnesses other than those involved in this lawsuit?  If so:

ANSWER:    Please see Exhibit "B" and Exhibit "C" attached.  Please also see answer to Interrogatory 5 (h) and 16, as applicable.

(a)    The date, place names of person involved and circumstances surrounding each such injury and related health care;

(b)    The nature and extent of the injury of illnesses, including all ill effects or disabilities remaining at the time of the last treatment or examination;

LAW OFFICES

MICHAEL B. SERLING, P.C.

280 NORTH OLD WOODWARD AVE.

SUITE 406

BIRMINGHAM, MICH. 48009

(248) 647-6966

8



WR GRACE-PIQ 005235-087

(c)    The nature or extent of the injuries of illnesses, including any il effects or disabilities remaining at the time of answering these Interrogatories;

(d)    The names and addresses of all persons who treated or examined you, together with the date of the last treatment or examination;

(e)    The nature, source and amount of any disability benefits, pensions, or together with the date of the last treatment or examination;

13. With respect to each physician or medical practitioner who examined or treated you from your eighteenth birthday, unless exposed prior to that time, state the following:

ANSWER:   Please see Exhibit "B" and Exhibit "C" attached.

(a)    The name and address of each such physician or practitioner;

(b)    The complaint which caused you to see that particular physician or practitioner;

(c)    The type of examination and type of treatment that each physician or practitioner gave you;

(d)    The date or dates on which you were examined and treated by each physician or practitioner.

LAW OFFICES

MICHAEL B. SERLING, P.C.

280 NORTH OLD WOODWARD AVE.

SUITE 406

BIRMINGHAM, MICH. 48009

(248) 647-6966

9


WR GRACE-PIQ 005235-088

14. For each and every condition and symptom, indication, malaise or affliction which you contend to be directly or indirectly related to any disease, disability or physical condition or state of your body or health, and which you contend is relevant to this lawsuit as having any effect on your health and well-being, please state the following:

    (a)    Nature and description of such symptom;

        ANSWER:    Refer to Plaintiff's medical records and Exhibits "B" and "C".

    (b)    The disease, disability or physical condition to which said symptoms are related, and the nature or extent of such relationship;

        ANSWER:    Refer to Plaintiff's medical records and Exhibit "B" and "C".

    (c)    The date, time, place and manner in which such symptom first manifested itself, regardless of whether you were aware of the significance of any such symptom;

        ANSWER:    See Exhibits "B" and "C"

    (d)    When such symptoms were made known to you, if you were previously unaware of the same, including all pertinent information as to the source of such knowledge;

        ANSWER:    See Exhibits "B" and "C"

    (e)    Whether you contend such symptom is related in any fashion to asbestosis or

LAW OFFICES
IICHAEL B. SERLING, P.C.
80 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009

(248) 647-6966



pleuritis or any other condition from
which you allegedly suffer, and the
nature and extent of such relationship.

ANSWER:    Yes.

15. When did you receive a diagnosis of such symptoms?  Set forth all
details of the persons involved in making the diagnosis, results of the
diagnosis, and what was done by or to you as a result of such diagnosis.

ANSWER:    Plaintiff was diagnosed with Asbestosis on 7/15/99.  Please
also see Exhibits "B" and "C".

      (a)    Identify all documents related to such
              diagnosis.

      (b)    Produce all such documents.

16. Have you ever at any time made a claim for or received any health
or accident insurance benefits, worker's compensation payments, disability
benefits, pensions, accident compensation payments or veteran's disability
compensation awards?  If so, state for each:

ANSWER:    Yes.

      (a)    The circumstances under which you
              received the benefits, awards or
              payments;

              ANSWER:    Retirement

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009

(248) 647-6966



WR GRACE-PIQ 005235-09D

(b)     The illness, injury or injuries for which
you received the benefits, awards or
payments;

ANSWER:     N/A

(c)     The names and addresses of your
employers at the time of each injury or
illness for which such an award was
received or claimed;

ANSWER:     N/A

(d)     The names and addresses of the
examining doctors for each injury or
illness;

ANSWER:     N/A

(e)     The names of the superiors, officers,
boards of tribunals before which or to
whom the claim or claims were made or
filed  and the dates made or filed;

ANSWER:     N/A

(f)     The amounts of the benefits, awards or
payments;

ANSWER:     $1,263/monthly

(g)     The dates covering the times during
which you received the benefits, awards
or payments;

ANSWER:     1995-present

(h)     The agencies or insurance companies
from whom you received the awards,
benefits or payments;

ANSWER:     Kelsey Hayes

LAW OFFICES
ICHAEL B. SERLING, P.C.
30 NORTH OLD WOODWARD AVE.
SUITE 408
BIRMINGHAM, MICH. 48009

(248) 647-6966

12



WR GRACE-PIQ 005235-091

17. Please set forth specifically and in detail, all other examinations, tests and doctor visits which you may have received through your union, place of employment or other agency, other than those listed above.

ANSWER:    Please see answer to Interrogatories 8 and 13.

18. Have you had or do you now have any health accident, life or hospitalization insurance policies (individual or group)? If so, state the name, type of insurance, the address of the insurance company, the dates of commencement and expiration of coverage, policy limits and policy number.

ANSWER:    HAP - 680530
           BC/BS - 80052

19. Other than as answered in Interrogatory 16, have you ever made any claims or filed suit for damages for any personal injury? If so, state:

ANSWER:    Yes.

(a)    The persons against whom said claim was made;

ANSWER:    I filed a discrimination suit against Kelsey Hayes.

(b)    The basis of such claim;

ANSWER:    Discrimination.

(c)    The nature and extent of the injuries claimed;

LAW OFFICES
IIICHAEL B. SERLING, P.C.
BD NORTH OLD WOODWARD AVE.
SUITE 408
BIRMINGHAM, MICH. 48009

(248) 647-6966

13


WR GRACE-PIQ 005235-092

ANSWER:

(d)    The present status of such claim, and if
       concluded, the final result, including the
       amount of any settlement.

       ANSWER:    Was awarded damages by
                  jury in 1992 – settled in
                  1995 – approx. $350,000.

20. Have you ever been a party to any other litigation?  If so, describe:

ANSWER:    Please see answer to Interrogatory 19.

(a)    The nature of the suit;

(b)    The date, court and place where
       the suit was filed.

21. On what date did you first become aware that Asbestosis was a
compensable occupational disease under a state or federal worker's
compensation act, stating by what means and under what circumstances you
became so aware.

ANSWER:    Plaintiff objects to this Interrogatory for the reason it is

irrelevant when Plaintiff became aware that asbestosis was a compensable

occupational disease under a worker's compensation act.

LAW OFFICES
IICHAEL B. SERLING, P.C.
90 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009

(248) 647-6966

14



WR GRACE-PIQ 005235-093

22. Are you aware that any adverse effects of exposure to asbestos and asbestos products may be cumulative in nature and that continued exposure to such materials by one suffering from asbestos or related illnesses may have a significant adverse effect on the extent and severity of such illness? If the answer is affirmative, please state:

ANSWER:    Plaintiff objects to this Interrogatory for the reason that it is argumentative and calls for a conclusion beyond the scope of Plaintiff's knowledge.

    (a)    The date, time and place that you first acquired such awareness;

    (b)    The specific identity of each source of information providing or leading to such awareness;

    (c)    Any change in your behavior, life style, occupation, work habits, etc., precipitated by such awareness;

23. After being informed that you were suffering from asbestosis, pleuritis or any alleged asbestos-related illness, did you continue to engage in any activity or occupation in which you encountered subsequent exposure to asbestos or asbestos containing materials? If your answer is affirmative, please state:

ANSWER:    No.

    (a)    Nature and description of such activity or occupation, including the employer on a work site;

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009

(248) 647-6966



WR GRACE-PIQ  005235-094

ANSWER:   N/A

(b)   Your detailed reasons for engaging in such activity or occupation;

ANSWER:   N/A

(c)   Whether your participation in such activity or occupation and consequential exposure to asbestos or asbestos containing materials was contrary to medical or professional advice (including such advice from employers, union representatives, publications, etc.); if so, state in detail.

ANSWER:   N/A

1.   The identity, description, address, etc., of each source of such advice;

ANSWER:   N/A

2.   The date, time and place such advice was given;

ANSWER:   N/A

3.   Identity of each person present or aware of such advice being given to you.

ANSWER:   N/A

LAW OFFICES

MICHAEL B. SERLING, P.C.

280 NORTH OLD WOODWARD AVE.

SUITE 406

BIRMINGHAM, MICH. 48009

(248) 647-6966

16



WR GRACE-PIQ 005235-095

24. State whether you ever made any complaint about working with asbestos products, and if so, the details of any such complaints, including when made, to whom made, the nature of such complaint, and the consequent action by any parties as a result of such complaint.

ANSWER:    I do not recall.

25. Have you at any time during your life ever used any device (mask, respirator), or taken any action, measure of precaution (i.e., use of handkerchiefs, home medications), to reduce your possible exposure to, or inhalation of, asbestos dust or fibers?  If the answer is affirmative, state:

ANSWER:    Yes.

    (a)    The make, model and type;

        ANSWER:    Paper dust mask.

    (b)    From whom received;

        ANSWER:    Throughout employment.

    (c)    The company or employer requirements regarding use of such device;

        ANSWER:    Optional.

    (d)    The identity of all documents concerning such requirements or recommendations;

        ANSWER:    N/A

    (e)    The date and time of each period of use of such device.

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009

(248) 647-6966



WR GRACE-PIQ 005235-096

ANSWER:    Mid-1960's to
Mid to 1990's

26. Did any of your employers, co-workers, or union members ever suggest or recommend that you might or should use any device to reduce your possible exposure to, or inhalation of, asbestos dust or fibers?  If your answer is yes, state:

ANSWER:    No.

(a)    The identity of such individual;

ANSWER:    N/A

(b)    The date, time and place when such suggestion or recommendation  was made;

ANSWER:    N/A

(c)    The identity of each person present when such suggestion or recommendation was made to or received by you;

ANSWER:    N/A

(d)    The identity of each person receiving same or similar suggestions or recommendations;

ANSWER:    N/A

(e)    The exact wording and content of such suggestion or recommendation or the substance thereof;

ANSWER:    N/A

(f)    Whether such suggestion or recommendation was written or oral, and;

ANSWER:    N/A

LAW OFFICES
IICHAEL B. SERLING, P.C.
30 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009

(248) 647-6966

18



WR GRACE-PIQ 005235-097

(1)     If written, the identity of each writing;

ANSWER:     N/A

(2)     If oral, set forth all persons involved and
the details as to the manner in which
such suggestion or recommendation was
presented.

ANSWER:     N/A

(g)     The type, make and model of each device
referred to in each such suggestion or
recommendation;

ANSWER:     N/A

(h)     The nature of any action, if any, taken by you in
response to such suggestion;

ANSWER:     N/A

(i)     Describe in detail your reasons for any response
to such suggestions or recommendation short of
complete conformity thereto.

ANSWER:     N/A

27. Have you ever been confined to bed or home as a result of any

injury, illness or emotional or psychological illness or distress?  If so, state in

detail:

ANSWER:     Yes.

(a)     The dates during which you were confined to
your home or bed;

ANSWER:     Early 1970's I broke my right
hand.

LAW OFFICES
IICHAEL B. SERLING, P.C.
80 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009

(248) 647-6966



WR GRACE-PIQ 005235-098

(b)    The address where such confinement took place;

ANSWER:    Home.

(c)    Identify those persons who have had knowledge of such confinement;

ANSWER:    Wife.

(d)    Identify those persons who cared for you during such confinement;

ANSWER:    Wife.

28. State your average weekly or monthly earnings at the time of your last full time employment.

ANSWER:    Refer to Exhibit "E".

29. State fully and in detail your annual earnings for the past ten years, setting forth the names of employers and the amounts if different employers were involved during this period of time.

ANSWER:    Please see Plaintiff's Social Security Printout.

30. Please set forth the effective date of your retirement and whether:

ANSWER:    10/6/95

(a)    The retirement was mandatory or voluntary;

ANSWER:    Voluntary.

(b)    The reasons for your retirement;

LAW OFFICES
IICHAEL B. SERLING, P.C.
80 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009

(248) 647-6966



WR GRACE-PIQ  005235-099

ANSWER:    Eligible to retire.

(c)    Alleged wage loss if any.

ANSWER:    Please see Answer to
Interrogatories #39.

31. With regard to Plaintiff's medical condition, relevant working condition, or other circumstances complained of in this action, or related to the subject matter of this lawsuit, do you have knowledge of any photographs, charts, drawings, diagrams or other graphic representations concerning the same?  If so:

ANSWER:    Unknown.

(a)    How many pictures or documents were prepared?

ANSWER:    N/A

(b)    On what dates were they taken or prepared?

ANSWER:    N/A

(c)    What views, scenes or objects do they depict?

ANSWER:    N/A

(d)    Identify the person making or preparing the same;

ANSWER:    N/A

(e)    Identify the person having custody of the same;

ANSWER:    N/A

(f)    Which of the above documents were made by you or on
your behalf?

LAW OFFICES
MICHAEL B. SERLING, P.C.
280 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009
_____
(248) 647-6966



WR GRACE-PIQ 005235-100

ANSWER:    N/A

32. Have you made any statement which was reduced to writing concerning the facts of this lawsuit or events concerning your medical history or asbestos exposure history, and the damages claimed to any person, including but not limited to, any police or law officer, insurance company representative, investigator, state or federal agent, or employee of any kind, or anyone else?  If so, state the name and address of each and every such person or organization to whom these statements or reports were made, the dates made, and the purpose of which they were made.

ANSWER:    Plaintiff objects to this Interrogatory as calling for information protected under the attorney work product doctrine.  Without waiving Plaintiff's objection, Plaintiff states, please see Plaintiff's medical records.

(a)    Identify all such statements.

ANSWER:

33. Do you or have you ever smoked tobacco products?

ANSWER:    Yes.

34. If your answer is affirmative, state in detail:

(a)    The type of tobacco products which you smoke or have smoked, i.e., cigarettes,

LAW OFFICES
IICHAEL B. SERLING, P.C.
80 NORTH OLD WOODWARD AVE.
SUITE 408
BIRMINGHAM, MICH. 48009

(248) 647-6966