
HR GRACE-PIQ 006522-061

ANSWER:    Regularly.

    (d)    Whether you read such publications.

ANSWER:    Sometimes.


47. Have you ever attended any international or local union meetings, seminars, conferences or conventions where the subject of occupational health and exposure to asbestos were discussed?  If yes, please state:

ANSWER:    No.

    (a)    The date and place of each such meeting, seminar, conference or convention;

ANSWER:    N/A

    (b)    The name and address of the speaker;

ANSWER:    N/A

    (c)    A summary of each such speech, presentation or discussion.

ANSWER:    N/A


48. Please list, together with places and dates, all offices you have held or committees on which you have served in both your local and international union.

ANSWER:    No.

LAW OFFICES
IAEL B. SERLING, P.C.
ORTH OLD WOODWARD AVE.
SUITE 406
MINGHAM, MICH. 48009

(248) 647-6966


WR GRACE-PIQ 006522-062

49. Have you ever been informed by any person in an official capacity in your local or international union, or any other individual or publication, of any possible hazards associated with exposure to asbestos products?

ANSWER:    No.

50. If your answer to the preceding is in the affirmative, state:

(a)    The identity and/or the official capacity of the individuals who furnished you with such information;

ANSWER:    N/A

(b)    The identity of the publication or writing which furnished you with such information;

ANSWER:    N/A

(c)    The approximate date and place such information was furnished.

ANSWER:    N/A

(d)    The manner in which such information was communicated;

ANSWER:    N/A

(e)    The nature and exact wording of such advice, publication, warning, order, directive, requirement or recommend, or if not the exact working, the substance thereof;

ANSWER:    N/A

(f)    Advice or recommendation as to the techniques, methods or equipment which

LAW OFFICES
HAEL B. SERLING, P.C.
IORTH OLD WOODWARD AVE.
SUITE 406
MINGHAM, MICH. 48009

(248) 647-6966

29



WR GRACE-PIQ 006522-063

would serve to reduce or guard against
such potentially harmful exposure;

ANSWER:    N/A

(g)    The identity of each and every witness to
Plaintiff's receipt of such advice,
publication, warning, order,
recommendation;

ANSWER:    N/A

(h)    What action, if any, you took in response
to such information.

ANSWER:    N/A


51. State the dates, time and place during which you were:

(a)    A member of the National Insulating
Contractors Association (NICE);

ANSWER:    N/A

(b)    Employed by an employer who was a
member of the National Insulation
Manufacturers Association (NIMA);

ANSWER:    N/A

(c)    Identify each such employer and the
periods of employment.

ANSWER:    N/A

LAW OFFICES
HAEL B. SERLING, P.C.
ORTH OLD WOODWARD AVE.
SUITE 406
MINGHAM, MICH. 48009

(248) 647-6966



STATE OF MICHIGAN)
                 SS
COUNTY OF OAKLAND)

        **REDACTED**           , having been first duly sworn,

deposes and says that he is the Plaintiff in the within

cause of action; that he has read the foregoing Answers to

Interrogatories Propounded by Defendants, **A.P. GREEN**

**REFRACTORIES**, et al., and that the same are true to the

best of his knowledge, information and belief.

                                **REDACTED**


Subscribed and sworn to before me
this ⟨⟩th day of April , 2002.

_____
LINDA D. KRUMM, NOTARY PUBLIC
MACOMB COUNTY, MICHIGAN
ACTING IN OAKLAND COUNTY, MICHIGAN
MY COMMISSION EXPIRES: 03/13/2004

        The foregoing Objections to Interrogatories are made

by the undersigned Attorney of the Plaintiff(s).


_____
MICHAEL B. SERLING (P10225)
Attorney for Plaintiff(s)
280 N. Old Woodward Avenue
Suite 406
Birmingham, Michigan 48009
(248) 647-6966

LAW OFFICES
HAEL B. SERLING, P.C.
IORTH OLD WOODWARD AVE.
SUITE 406
MINGHAM, MICH. 48009
———
(248) 647-6966

DATED:  April 8, 2002


WR GRACE-PIQ 006522-065

## EXHIBIT "A"

EXHIBIT "A" will be submitted to all defendants under separate cover from these Answers to Interrogatories.

EXHIBIT "A"

PAGE 1 OF 1

LAW OFFICES
HAEL B. SERLING, P.C.
IORTH OLD WOODWARD AVE.
SUITE 408
MINGHAM, MICH. 48009

(248) 647-6966

Ella A. Kazerooni, M.D.
Associate Professor
Division of Thoracic Imaging
Department of Radiology
University of Michigan Medical Center

1500 E. Medical C
Ann Arbor, MI 48
Phone: (734) 936-
Fax:   (734) 936-9723
email: ellakaz@umich.edu

WR GRACE-PIQ 006522-066

Name:   **REDACTED**

Date of Birth: 06/05/50
Date of Reading: 10/18/00

SS#: ___-__-____

**1A. DATE OF X-RAY** 09/01/00

**1B. FILM QUALITY** ☒1 2 3 U/R   If Not Grade 1 Give Reason:

**1C. IS FILM COMPLETELY NEGATIVE?** YES ☐ Proceed to Section 5   NO ☒ Proceed to Section 2

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** YES ☐ Complete 2B and 2C   NO ☒ PROCEED TO SECTION 3

**2B. SMALL OPACITIES**
a. SHAPE/SIZE PRIMARY p s q t r u  SECONDARY p s q t r u
b. ZONES R L
c. PROFUSION 0/- 0/0 0/1 1/0 1/1 1/2 2/1 2/2 2/3 3/2 3/3 3/+

**2C. LARGE OPACITIES** SIZE 0 A B C   PROCEED TO SECTION 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** YES ☒ Complete 3B, 3C and 3D   NO ☐ PROCEED TO SECTION 4

**3B. PLEURAL THICKENING**
a. DIAPHRAGM (plaque) SITE 0 R ☒N
b. COSTOPHRENIC ANGLE SITE ☒R L

**3C. PLEURAL THICKENING...Chest Wall**
a. CIRCUMSCRIBED (plaque) SITE ☒R / O ☒
IN PROFILE 0 A B C / 0 ☒B C
i. WIDTH / 0 ☒ 2 3
ii. EXTENT 0 1 2 3 / 0 1 2 3
FACE ON iii. EXTENT 0 1 2 3 / 0 ☒ 2 3

b. DIFFUSE SITE ☒R / O ☒L
IN PROFILE 0 A B C / 0 A B C
i. WIDTH 0 1 2 3 / 0 1 2 3
ii. EXTENT 0 1 2 3 / 0 1 2 3
FACE ON iii. EXTENT 0 1 2 3 / 0 1 2 3

**3D. PLEURAL CALCIFICATION**
SITE ☒R EXTENT
a. DIAPHRAGM 0 1 2 3
b. WALL 0 1 2 3
c. OTHER SITES 0 1 2 3
SITE ☒L EXTENT
a. DIAPHRAGM 0 1 2 3
b. WALL 0 1 2 3
c. OTHER SITES 0 1 2 3   PROCEED TO SECTION 4

**4A. ANY OTHER ABNORMALITIES?** YES ☒ Complete 4B and 4C   NO ☐ PROCEED TO SECTION 5

**4B. OTHER SYMBOLS (OBLIGATORY)** 0 ax bu ca cn co cp cv di ef em es fr hi ho ☒ ih kl pi px rp tb
Report items which may be of present clinical significance in this section. ☒OD (SPECIFY od.)
Date Personal Physician notified? MONTH DAY YR

**4C. OTHER COMMENTS** s/p median sternotomy & valve replacement

PROCEED TO

EXHIBIT "B" Page 1 of 1


WR GRACE-PIQ 006522-067

## EXHIBIT "C"

### REDACTED

Dr. Mark A. Snider, M.D.
730 N. Macomb St.
Suite 300
Monroe, MI 48162          12/00-Present - Primary care

Athens Clinic
23265 Eureka Rd.
Taylor, MI 48180
Dr. Andrew Athens, D.O.          1984-00 - Primary care

Mercy Memorial Hospital
718 N. Macomb
Monroe, MI 48166          1998 - Kidney

Detroit Osteopathic Hospital
12523 Third Ave.
Highland Park, MI 48203
Dr. Henry Coleman          1984 - Heart operation

University of Michigan Hospital
1500 E. Medical Center Drive
Ann Arbor, MI 48109-0306          1968 - Heart operation

LAW OFFICES
:HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009

(248) 647-6966

EXHIBIT "C"
Page 1 of 1



WR GRACE-PIQ 006522-068

## EXHIBIT "D"

EXHIBIT "D" has been submitted to all of the defendants separately from these Answers to Interrogatories. The exhibit, which contains a bibliography of medical articles as well as correspondence relating to State of the Art and actual knowledge, is the same for all Answers to Interrogatories in the Wayne County Circuit Court Asbestos Cases. A copy of said Exhibit may be obtained by any defense counsel who has not received a copy of same.

LAW OFFICES
HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
IMINGHAM, MICH. 48009

(248) 647-6966

EXHIBIT "D"
Page 1 of 1



WR GRACE-PIQ 006522-069

```
SSA-1826          ITEMIZED STATEMENT OF EARNINGS        JOB:
VERSION 1984.002 * * *      FOR SSN              * * *
```

**REDACTED**

```
FROM:  SOCIAL SECURITY ADMINISTRATION
       OFFICE OF CENTRAL OPERATIONS
       300 N. GREENE STREET
       BALTIMORE, MARYLAND  21290-0300

MICHAEL  B  SERLING  ESQ              NUMBER HOLDER NAME:

280 N OLD WOODWARD AVE
 SUITE 406                            REDACTED

BIRMINGHAM            MI   48009

PERIOD REQUESTED    JANUARY 1968  THRU  DECEMBER 1999
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|

```
EMPLOYER NUMBER: 43-0790994
BOYLES GALVANIZING CO OF MISSOURI
10178 PAGE BLD
SAINT LOUIS MO 63132-0000
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 1968 | 414.87 | 94.19 | 170.57 | 6.11 $ | 685.74 |

```
EMPLOYER NUMBER: 38-0811650
MLX CORP
PO BOX 429
MORTON  IL 61550-0429
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 1968 | | | | 415.14 $ | 415.14 |
| 1969 | 1,124.97 | 1,680.98 | 2,152.63 | 2,359.71 $ | 7,318.29 |
| 1970 | 1,766.98 | 2,059.79 | 2,409.21 | 1,564.02 $ | 7,800.00 |
| 1971 | 2,348.12 | 1,960.35 | 2,155.15 | 1,336.38 $ | 7,800.00 |
| 1972 | 2,013.15 | 2,608.28 | 2,831.73 | 1,546.84 $ | 9,000.00 |
| 1973 | 4,618.14 | 1,968.40 | 3,479.85 | 733.61 $ | 10,800.00 |
| 1974 | 3,874.39 | 1,961.14 | 2,619.17 | 4,378.50 $ | 12,833.20 |
| 1975 | 1,821.45 | 3,414.07 | 3,308.10 | 3,701.97 $ | 12,245.59 |
| 1976 | 3,426.85 | 4,589.83 | 3,373.37 | 3,909.95 $ | 15,300.00 |
| 1977 | 3,870.09 | 4,914.79 | 3,865.48 | 3,849.64 $ | 16,500.00 |
| 1978 | - | - | - | - | 17,700.00 |
| 1979 | - | - | - | - | 20,785.53 |
| 1980 | - | - | - | - | 18,166.41 |
| 1981 | - | - | - | - | 23,788.02 |

```
                        PAGE 001
```

```
MR GRACE-PIQ 006522-070
```

SSA-1826          ITEMIZED STATEMENT OF EARNINGS        JOB:
VERSION 1984.002 * * *      FOR SSN                  * * *

### REDACTED

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1982 | - | - | - | - | $ 17,704.51 |
| 1983 | - | - | - | - | $ 16,384.30 |
| 1984 | - | - | - | - | $ 3,219.30 |
| 1985 | - | - | - | - | $ 130.67 |

EMPLOYER NUMBER: 38-6047066
MCLOUTH STEEL CORPORATION SU
PPLEMENTAL UNEMPLOYMENT BENEFIT
 TRUST
% TRUST DEPARTMENT
NATION AL BANK OF DETROIT
DETROIT  MI 48277-0001

| | | | | | |
|------|---|---|---|---|---|
| 1981 | - | - | - | - | $ 563.20 |

EMPLOYER NUMBER: 36-3198768
MCLOUTH STEEL PRODUCTS CORPORATION
1. WINDWARD AVE STE 2400
DETROIT  MI 48236-3780

| | | | | | |
|------|---|---|---|---|---|
| 1984 | - | - | - | - | $ 4,368.00 |

EMPLOYER NUMBER: 38-2224273
PROFESSIONAL DENTAL STUDIO
 INCORPORATED
6400 N HIX RD
WESTLAND  MI 48185-1959

| | | | | | |
|------|---|---|---|---|---|
| 1988 | - | - | - | - | $ 506.25 |
| 1989 | - | - | - | - | $ 7,513.52 |
| 1990 | - | - | - | - | $ 7,391.84 |
| 1991 | - | - | - | - | $ 4,034.35 |
| 1992 | - | - | - | - | $ 3,393.56 |
| 1993 | - | - | - | - | $ 8,799.72 |
| 1994 | - | - | - | - | $ 8,331.86 |
| 1995 | - | - | - | - | $ 2,394.00 |

PAGE 002

**EXHIBIT "E"**
Page 2 of 4



SSA-1826          ITEMIZED STATEMENT OF EARNINGS          JOB:
VERSION 1984.002 * * *     FOR SSN                    * * *

**REDACTED**

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|-------------|-------------|-----------|--|-------|

EMPLOYER NUMBER:  38-2612683
RAINBOW FRESH INC
RAINBOW FRESH CARPET CLEANERS
2632 10TH ST
WYANDOTTE  MI 48192-4906

| 1995 | - | - | - | - | $ | 4,848.50 |
| 1996 | - | - | - | - | $ | 1,073.75 |

EMPLOYER NUMBER:  38-3163070
STAFFPRO INC
1471 S WOODWARD AVE STE 120
BLOOMFIELD  MI 48302-0555

| 1995 | - | - | - | - | $ | 2,677.51 |
| 1996 | - | - | - | .. | $ | 246.25 |

EMPLOYER NUMBER:  38-1963881
MATHEWS ENTERPRISES INC
% BOVITZ CO CPZ
1651 KINGSWAY CT
TRENTON  MI 48183-1959

| 1996 | - | - | - | - | $ | 443.50 |

EMPLOYER NUMBER:  38-2534049
GRAYROSE INC
CONTRACT STAFFING SERVICES
26777 CENTRAL PARK BLVD STE 200
SOUTHFIELD  MI 48076-4165

| 1996 | - | - | - | - | $ | 3,262.38 |
| 1997 | - | - | - | - | $ | 562.50 |
| 1998 | - | - | - | - | $ | 4,354.26 |

EMPLOYER NUMBER:  38-3111203
CORPORATE INDUSTRIAL SERVICES INC
17177 N LAUREL PARK DR STE 139
LIVONIA  MI 48152-2659

| 1996 | - | - | - | - | $ | 42.00 |

**EXHIBIT "E"**
Page 3 of 4

WR GRACE-PIQ 006522-072

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS         JOB:
VERSION 1984.002 * * *        FOR SSN                    * * *

**REDACTED**

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

EMPLOYER NUMBER:  38-1510762
KELLY SERVICES INC
PO BOX 331179
DETROIT  MI 48266-0001

| 1997 | - | - | - | - | $ 1,974.00 |

EMPLOYER NUMBER:  38-3250095
ASR STAFFING INC
26777 CENTRAL PARK BLVD STE 200
SOUTHFIELD  MI 48076-4165

| 1997 | - | - | - | - | $ 2,128.97 |

EMPLOYER NUMBER:  91-1607937
AUTO WAREHOUSING CO
% STEPHEN L SEHER PRES
3715 N FRONTAGE RD
TACOMA  WA 98421-0000

| 1997 | - | - | - | - | $ 12,039.00 |
| 1998 | - | - | - | - | $  9,779.09 |

EMPLOYER NUMBER:· 41-1585661
BENCKISER CONSUMER PRODUCTS INC
PO BOX 943
WAYNE  NJ 07474-0943

| 1998 | - | - | - | - | $  3,309.25 |
| 1999 | - | - | - | - | $ 13,872.78 |

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER   1999 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

PAGE 004 END



**EXHIBIT "E"**
Page 4 of 4


WR GRACE-PIQ 006522-073

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

**REDACTED**

Plaintiff(s),

v

A.P. GREEN REFRACTORIES, et al.

Defendants.

_____/

01-107854 NP  3/07/2001
JDG:MIES/COLOMBO ASBESTOS

VS

A.P GREEN REFRACTORIES COMPANY

MICHAEL B. SERLING (P20225)
Attorney for Plaintiff(s)
-----------------------------
SEE ATTACHED SHEETS
Attorney for Defendants,

_____/

### PROOF OF SERVICE

STATE OF MICHIGAN)
                 SS
COUNTY OF OAKLAND)

LINDA D. KRUMM, being first duly sworn, deposes and says that she is employed in the offices of MICHAEL B. SERLING P.C., attorney for Plaintiff(s), and on the _____ day of _____, 2002, she served a true copy of PLAINTIFF(S') ANSWERS TO DEFENDANTS' FIRST STANDARD SET OF INTERROGATORIES WITH EXHIBITS "A", "B", "C", "D" AND "E" ATTACHED upon ALL COUNSEL OF RECORD, attorneys for DEFENDANTS by then and there placing the same in an envelope bearing postage fully prepaid and addressed to said attorneys, at their offices located at: SEE ATTACHED SHEETS and then deposited the same in the U.S. Mail for delivery.

FURTHER DEPONENT SAYS NOT.

_____
LINDA D. KRUMM

Subscribed and sworn to before me this _____ day of _____, 2002.

_____
JOANN MCMURDO, NOTARY PUBLIC
OAKLAND COUNTY, MICHIGAN
MY COMMISSION EXPIRES: 12/27/2002

LAW OFFICES
ICHAEL B. SERLING, P.C.
10 NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009

(248) 647-6966



REDACTED

## ATTORNEY OF RECORD LIST FOR
### (April 12, 2002)

**LORETTA AMES (P30242)**
Attorney for **RAPID AMERICAN**
243 W. Congress, Suite 800
Detroit, MI 48226
(313) 983-4842
Fax: (313) 983-4350

**TIMOTHY BATTON (P37452)**
Attorney for **BOOMER COMPANY;
SOUTHERN URETHANE & PAKCING**
30903 Northwestern Hwy.
Farmington Hills, MI 48333
(248) 851-9500
Fax: (248) 851-2158

**YVONNE BENNETT (P)**
Attorney for **OWENS ILLINOIS**
One SeaGate, Suite 650
Toledo, OH 43604
(419) 241-2777
Fax: (419) 241-4697

**KENNETH BROOKS (P33834)**
Attorney for **CORHART**
313 South Washington Square
Lansing, MI 48933
(517) 371-8189
Fax: (517) 371-8200

**REYNOLDS BRANDER (P11128)**
Attorney for **COMBUSTION ENGINEERING**
201 Monroe Avenue, N. W.
Suite 701 - River City Bldg..
Grand Rapids, MI 49503
(616) 458-3800
Fax: (616) 458-3885

**DALE BURMEISTER (P29342)**
Attorney for **AMCHEM PRODUCTS;
CERTAINTEED CORPORATION; FOSECO**
1050 Wilshire Drive, Suite 320
Troy, MI 48084
(313) 649-7800
Fax: (248) 649-2316

**MICHAEL CIANCIOLO (P33818)**
Attorney for **A.J. BATER; SCHAD BOILER
SETTING CO.; STANDARD FUEL
ENGINEERING COMPANY; SVI CORP.**
333 West Fort Street, Suite 1800
Detroit, MI 48226
(313) 962-4600
Fax: (313) 962-3600

**E. KELLY CULLEN (P37605)**
Attorney for **SURE SEAL PRODUCTS CO.**
One Towne Square, Suite 1400
P.O. Box 5068
Southfield, MI 48086-5068
(248) 357-1400
Fax: (248) 357-3343

**JAMES DERIAN (P33580)**
Attorney for **KVAERNER U.S., INC.**
100 Bloomfield Hills Parkway, Suite 200
Bloomfield Hills, MI 48304
(248) 258-1616
Fax: (248) 258-1439

**CLAYTON F. FARRELL (P23414)**
Attorney for **IMO INDUSTRIES**
4000 Town Center, suite 909
Southfield, MI 48075
(248) 355-4141
Fax: (248) 355-2277

**PATRICK FISHMAN (P41656)**
Attorney for **BALTIMORE ENNIS;
RADIATOR SPECIALTY**
333 West Fort Street, Suite 1800
Detroit, MI 48226
(313) 962-4600
Fax: (313) 962-3600

**JAMES HAYES (P24875)**
Attorney for **WITCO**
1000 Woodbridge Street
Detroit, MI 48207
(313) 446-1530
Fax: (313) 259-0450



WR GRACE-PIQ 006522-075

**REDACTED**

## ATTORNEY OF RECORD LIST FOR
### (April 12, 2002)

**STEVEN HICKEY (P33142)**
Attorney for **ITT INDUSTRIES; MI MEDICAL; STERLING FLUID SYSTEMS (USA) INC. (f/k/a PEERLESS PUMPS); SUR-SEAL GASKET**
333 West Fort Street, Suite 1800
Detroit, MI 48226
(313) 962-4600
Fax: (313) 962-3600

**KEVIN T. KENNEDY (P40672)**
Attorney for **RUST INTERNATIONAL**
535 Griswold, 1432 Buhl Building
Detroit, MI 48226
(313) 961-7321
Fax: (313) 961-5972

**DANIEL P. KING (P31170)**
Attorney for **ARTHUR J. PEACOCK; F.B. WRIGHT; SEAWAY MECHANICAL**
4057 Pioneer Drive, Suite 300
Commerce Township, MI 48390
(248) 363-6400
Fax: (248) 363-4063

**MARK LaCHEY (P34958)**
Attorney for **ADIENCE, INC.; BROWN INSULATION**
123 S. Main Street, Suite 130
Royal Oak, MI 48067
(248) 543-3838
Fax: (248) 543-3909

**BILLEE LIGHTVOET (P59397)**
Attorney for **GARLOCK, INC.**
7960 W. Grand River Ave., Suite 260
Brighton, MI 48114
(810) 225-4227
Fax: (810) 225-4201

**EDWARD LYNCH (P43800)**
Attorney for **QUIGLEY CO.**
33742 West Twelve Mile Road
Farmington Hills, MI 48331
(248) 489-1100
Fax: (248) 489-9660

**MARILYN MADORSKY (P32417)**
Attorney for **THE STANLEY-CARTER COMPANY**
6785 Telegraph Road, Suite 400
Bloomfield Hills, MI 48301
(248) 642-0444, Ext. 215
Fax: (248) 642-6661

**RICHARD MALONE (P0008885)**
**BRADLEY WAUGH (P60363)**
Attorneys for **MIDLAND ROSS**
405 Madison Ave., Suite 2300
Toledo, OH 43604
(419) 242-6066
Fax: (419) 242-1605

**JONATHAN MARTIN (P17151)**
Attorney for **BW/IP INTERNATIONAL INC.**
44 First Street
P.O. Box 2301
Mt. Clemens, MI 48046-2301
(810) 979-6500
Fax: (810) 468-7016

**THOMAS McLEOD (P39313)**
Attorney for **THIEM CORP.**
2200 N. Canton Center Road, Suite 170
Canton, MI 48187
(734) 981-7090
Fax: (734) 981-5770

**S. DAVID McNEILL (P17544)**
Attorney for **INGERSOLL-RAND COMPANY; OGLEBAY NORTON CO.; REX/ROTO CORP.; SINGER SAFETY CO.**
185 Oakland Avenue, Suite 260
Birmingham, MI 48009
(248) 594-4984
Fax: (248) 594-4987

**DONALD MILLER (P23419)**
Attorney for **GENERAL ELECTRIC**
150 W. Jefferson, Suite 900
Detroit, MI 48226
(313) 225-7000
Fax: (313) 225-7080



REDACTED

## ATTORNEY OF RECORD LIST FOR
### (April 12, 2002)

**SHELLEY K. MILLER (P33757)**
Attorney for 3M; DAUBERT CHEMICAL
1450 W. Long Lake Rd., Suite 100
Troy, MI 48098
(248) 312-2800
Fax: (248) 267-1242

**JOHN MARK MOONEY (P40410)**
Attorney for PARKER-HANNIFIN
6905 Telegraph Road, Suite 114
Bloomfield Hills, MI 48301
(248) 540-9636
Fax: (248) 540-9639

**DAVID MURPHY (P33737)**
Attorney for UNIROYAL, INC.
100 Renaissance Center, Suite 3600
Detroit, MI 48243
(313) 259-7110
Fax: (313) 259-7926

**DANIEL J. NIEMANN (P38423)**
Attorney for RICHARD KLINGER, INC.
(KLINGER GASTKETS)
Civic Center Office Plaza
33300 Five Mile Road, Suite 210
Livonia, MI 48154
(734) 422-5900
Fax: (734) 422-0461

**ANDREW PALUDA (P42890)**
Attorney for FURON CO.
1301 W. Long Lake Road, Suite 250
Troy, MI 48098
(248) 641-1800
Fax: (248) 641-3845

**EDWARD PAPPAS (P23224)**
Attorney for CROWN CORK & SEAL
525 N. Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304
(248) 646-4300
Fax: (248) 433-7274

**GEORGE PETERSMARCK (P18832)**
Attorney for GOODRICH CORPORATION
(f/k/a B.F. GOODRICH)
100 Northbound Gratiot Ave.,
Suite 100
Mt. Clemens, MI 48043-2301
(810) 465-7300
Fax: (810) 465-7336

**GARY SHARP (P41554)**
Attorney for BIGELOW-LIPTAK; COON
DeVISSER; GENERAL REFRACTORIES
24255 Thirteen Mile Road, Suite 200
Bingham Farms, MI 48025
(248) 540-9636
Fax: (248) 540-9639

**JAMES STUART (P28036)**
Attorney for DURAMETALLIC CORP.;
EXCELSIOR; GREENE TWEED & CO.;
MARLO SEALING; PLIBRICO
1869 E. Maple Road, Suite 100
Troy, MI 48083
(248) 362-3707
Fax: (248) 362-0422

**PAUL VAN TOL (P29092)**
Attorney for ARGO PACKING
44 First Street
P.O. Box 2301
Mt. Clemens, MI 48043
(810) 979-6500
Fax: (810) 468-7016

**MICHAEL VARTANIAN (P23024)**
Attorney for GOODYEAR TIRE & RUBBER
COMPANY
215 S. Washington Square, Suite 200
Lansing, MI 48933
(517) 487-4777
Fax: (517) 487-4700

**REDACTED**



## ATTORNEY OF RECORD LIST FOR
### (April 12, 2002)

**ERNEST WALKER (P58635)**
Attorney for **FLINTKOTE CO.**
Tenth Floor Columbia Center
101 W. Big Beaver Road
Troy, MI 48084
(248) 457-7000
Fax: (248) 457-7001

**MARK WISNIEWSKI (P43737)**
Attorney for **GOULDS PUMPS, INC.**
One Woodward Ave., 10th Floor
Detroit, MI 48226
(313) 965-7900
Fax: (313) 965-7403

**WENDY WOLFF**
Attorney for **METROPOLITAN LIFE
INSURANCE**
Skadden, Arps, Slate, Meagher, and Flom
LLP
Four Times Square
New York, NY 10036-6522
(212) 735-3000
Fax: (212) 735-2000

MICHAEL B. SERLING, P.C.

*Attorneys and Counselors at Law*

280 NORTH OLD WOODWARD AVENUE
SUITE 406
BIRMINGHAM, MICHIGAN 48009

(248) 647-6966
FAX (248) 647-9630

MICHAEL B. SERLING
RUSSELL R. BEAUDOEN
THOMAS A. SMITH
ERIC B. ABRAMSON

OF COUNSEL
GOLDBERG, PERSKY,
JENNINGS & WHITE, P.C.
PITTSBURGH/SAGINAW

OF COUNSEL
PHILIP J. GOODMAN, P.C.

April 23, 2002

Clerk of the Court
Wayne County Circuit Court
201 Coleman A. Young Municipal Center
Detroit, Michigan  48226

                              REDACTED

      RE:                                    v A.P. Green
            Refractories Co., et al. - Case No.: 01-107854-NP

Dear Clerk:

      Enclosed for filing please find the following documents
regarding the above entitled cause of action:

      1.    Plaintiff('s') Discovery Brochure; and

      2.    Proof of Service (with Attorney of Record list attached).

                              Sincerely,

                              Russell R. Beaudoen

RRB:ldk
Enc.
cc   All Counsel of Record
ldkc:\codes\disbro.ltr



WR GRACE-PIQ  006522-079

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

REDACTED

    01-107854 NP  3/07/2001
    JDG:MIES/COLOMBO ASBESTOS

    Plaintiff(s),

                        vs ████████████

-v-                  A P GREEN REFRACTORIES COMPANY

A.P. GREEN REFRACTORIES, et al.,

    Defendants.
_____/
RUSSELL R. BEAUDOEN (P41185)
Attorney for Plaintiff(s)
_____/

### PLAINTIFF('S') DISCOVERY BROCHURE

    Attached hereto, is the product identification table, which sets forth exposure to asbestos-containing products of the various defendants and details relative to said exposures.

    This Discovery Brochure also includes the names of co-workers and employment witnesses and their addresses, where known, which information constitutes a part of the Witness List.

                                       RUSSELL R. BEAUDOEN (P41185)
                                       Attorney for Plaintiff(s)
                                       280 N. Old Woodward, Ste. 406
                                       Birmingham, Michigan 48009
                                       (248) 647-6966

DATED:   April 23, 2002

LAW OFFICES
:HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009

(248) 647-6966


WR GRACE-PIQ 006522-080

## PLAINTIFFS' DISCOVERY BROCHURE

**PLAINTIFF:**          **REDACTED**

**OCCUPATION:**    Plant Worker/Machine Operator

**EMPLOYER:**      MLX Corp./McLouth Steel Products

**WORK PLACE:**    McLouth Steel, Gibraltar, MI
                   (Exposure through Father)

                   McLouth Steel, Trenton, MI

**PERIOD WORKED:** 1968-1985
                   Plaintiff suffered exposure to airborne
                   asbestos fibers from childhood (1956-1968)

**JOB CONDITIONS:**  Open and enclosed, inside areas

**NATURE OF EXPOSURE TO ASBESTOS:**  Continuous involvement in

the construction, renovation, alteration, maintenance and

repair of Large Heat Treat Furnaces, Steam Lines, Piping and

other equipment at McLouth Steel resulting exposure to

airborne asbestos fiber occurred from (1) the handling and

use of asbestos containing insulation and building materials;

(2) working in cooperation with and in close proximity to co-

workers and/or  other tradesmen such as Bricklayers,

Laborers, Asbestos Insulators, Boilermakers, Pipefitters and

Carpenters involved in the handling, mixing, fabrication and

application of asbestos containing insulation, refractories,

castables and building materials consisting of pipecovering,

block, cements, textiles, gasketing material, sheet asbestos,

firebrick and insulating castables; (3) disturbance,

deterioration and friability of asbestos products previously

installed; (4) shipping, handling and storage of asbestos

LAW OFFICES
CHAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
·RMINGHAM, MICH. 48009
(248) 647-6966

1


WR GRACE-PIQ 006522-081

REDACTED

products; (5) housekeeping of asbestos products; (6) contamination of asbestos dusts in the work place resulting from plant operations and the above existing conditions.

Plaintiff,              , also suffered exposure to airborne asbestos fibers during childhood (1956-1968) resulting from asbestos dust released from his father,              , work clothing whithin the home environment. John Miracle, Sr. was employed as a Plant Worker and upon his return from work, brought home with him, in his motor vehicle, upon his person, on his shoes, clothing, handkerchiefs and upon his other personal articles and items brought into the home from his jobsite, particles of asbestos and asbestos dust and fibers to which he was exposed at his places of employment and to which the Plaintiff,              , was exposed within his home environment.

THE FOLLOWING PRODUCT IDENTIFICATION CONSTITUTES A PARTIAL LIST AND REPRESENTATION OF ASBESTOS EXPOSURES:

LAW OFFICES
CHAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
IRMINGHAM, MICH. 48009
(248) 647-6966

2



WR GRACE-PIQ 006522-082

JOB NO.: 1
PERIOD WORKED: 1956-1968; 1968-1985, approximately 32 years total
JOBSITE AND LOCATION: McLouth Steel, Gibraltar, MI
EMPLOYER(S): Exposure through Father;
          MLX Corp./McLouth Steel Products Corp.
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Schad Boiler, Arthur J. Peacock, Coon DeVisser,
Bigelow-Liptak, Brown Insulation, F.B. Wright, Harrison
Piping, Stanley-Carter Co.

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS ILLINOIS |
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 85% Mag P/C and Block | ARMSTRONG CORK CO. (Armstrong World Ind.) |
| Asb. Cement | ARMSTRONG CORK CO. (Armstrong World Ind.) |
| 85% Mag P/C, Block and Cement | KEASBEY & MATTISON/ TURNER & NEWALL |
| 85% Mag P/C, Block and Cement | MUNDET CORK (Crown Cork & Seal) |
| Calsilite P/C and Block | RUBEROID CO. (Gaf) |
| 7M Cement | RUBEROID CO. (Gaf) |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| 85% Mag P/C, Block and Cement | JOHNS-MANVILLE |
| Thermobestos P/C & Block | JOHNS-MANVILLE |
| 352 Cement | JOHNS-MANVILLE |
| Superex Block | JOHNS-MANVILLE |
| Caltemp P/C and Block | PABCO (Fibreboard) |
| Asb. Cement | PABCO (Fibreboard) |
| Asb. Millboard | PHILIP CAREY CO. (Celotex/ Rapid American) |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/ Rapid American) |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Brikset | CHICAGO FIRE BRICK |
| Runner Patch and Expansion Joint Sealers | CHICAGO FIRE BRICK |
| Asb. Block Insulation | PLIBRICO CO. |
| Asb. Insulating and Finishing Cement | PLIBRICO CO. |
| Insulag Refractory Cement | QUIGLEY CORP. |

LAW OFFICES
:HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009
(248) 647-6966

3


WR GRACE-PIQ 006522-083

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Plastic Ins. Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Aerogun Gunning Mix | NARCO (North American Refractories) |
| Asb. P/C, Block and Cement | Supplied by Boomer Co. |
| Zonolite Insulation | Supplied by Boomer Co. |
| Asb. Cloth | U.S. RUBBER (Uniroyal) |
| K-FAC Asb. Block Insulation | UNITED STATES GYPSUM |
| Asb. Fiber Cement | GOLDBOND (National Gypsum) |
| Asb. Board Panel | GOLDBOND (National Gypsum) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Insulating Castable | A.P. GREEN REFRACTORIES |
| SK-7 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Loose Wool Insulation | A.P. GREEN REFRACTORIES |
| Block-Stick Insulation | HARBISON WALKER |
| Lightweight Castable | HARBISON WALKER |
| Micacrete 7 | HARBISON WALKER |
| Asb. Rollboard | HARBISON WALKER |
| Chromepak G | HARBISON WALKER |
| M Block Insulation | KAISER REFRACTORIES |
| Vee Block Mix | KAISER REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Checkerlox | BMI INDUSTRIES (Adience, Inc.) |
| Plastoid Cement | GIBSON-HOMANS CO. (Belci) |
| Pioneer Vapor Seal | DAUBERT CHEMICAL CO. |
| Tite Seal Pipe Compound | RADIATOR SPECIALTY CO. |
| Asb. Mastics | AMCHEM PRODUCTS |
| Asb. Mastics | FLINTKOTE |
| Asb. Furnace Cement | SURE SEAL PRODUCTS CO. |
| Zonolite Insulation | W. R. GRACE |
| Asb. Curtains | SINGER SAFETY COMPANY |
| Asb. Tape | NATIONAL ELECTRIC COIL/ MCGRAW EDISON COMPANY |
| Asb. Tape | ASBESTOS PRODUCTS INC. |
| Asb. Packing | DURAMETALLIC |
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets | ARMSTRONG CORK (Armstrong World Ind.) |

LAW OFFICES
:HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 466
RMINGHAM, MICH. 48009
(248) 647-6986

4



WR GRACE-PIQ   006522-084

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Asb. Gaskets | GARLOCK |
| Asb. Gaskets | SUR-SEAL GASKET AND PACKING, INC. |
| Asb. Gaskets | THE B.F. GOODRICH CO. |
| Asb. Gaskets | MELRATH GASKET COMPANY |
| Asb. Gaskets | YORK RUBBER CO. |
| Klingerite Gaskets | RICHARD KLINGER |
| Klingerite Gaskets | H.S. WHITE CORPORATION |
| Asb. Rope | ANCHOR PACKING |
| Asb. Gaskets & Packing | ANCHOR PACKING |
| Asb. Gaskets & Packing | PALMETTO (Greene, Tweed) |
| Asb. Rope | PALMETTO (Greene, Tweed) |
| Asb. Gaskets & Packing | ARGO PACKING CO. |
| Asb. Gaskets & Packing | U.S. RUBBER (Uniroyal) |
| Asb. Gaskets & Packing | DURABLA (Distributed and Supplied by Goodyear Tire & Rubber Co.) |
| Asb. Gaskets & Packing | HERCULES PACKING (WITCO Corp.) |
| Asb. Gaskets & Packing | PARKER PACKING CO. (Parker-Hannifin Corp.) |
| Asb. Rope | PARKER PACKING CO. (Parker-Hannifin Corp.) |
| Asb. Gaskets & Asb. Braided Tubing | SEPCO CORP. |
| Asb. Tape | SEPCO CORP. |
| Asb. Cloth | SEPCO CORP. |
| Asb. Insulated Valves, Asb. Gaskets & Packing | ITT GRINNELL |
| Asb. Gaskets | MARLO SEALING CO. |
| Asb. Rope | MARLO SEALING CO. |
| Asb. Gaskets & Packing | SOUTHERN URETHANE & PACKING |
| Asb. Rope | SOUTHERN URETHANE & PACKING |
| Asb. Gaskets & Packing | Supplied by W.T. ANDREWS (A.J. Baxter Co.) |
| Asb. Pipe Insulation, Asb. Gaskets & Packing | Supplied by STANLEY-CARTER CO. |
| Asb. Pipe Insulation, Asb. Gaskets & Packing | F.B. WRIGHT |
| Asb. Gloves | AMERICAN OPTICAL |
| Asb. Pipe Insulation, Asb. Gaskets & Packing | Supplied by TAYLOR-ENGINEERING (The Gage Co.) |
| Asb. Pipe Insulation, Asb. Gaskets & Packing | Supplied by HARRISON PIPING SUPPLY CO. |
| Asb. P/C, Asb. Gaskets and Packing | Supplied by Michigan Industrial Pipe Supply Company (K&C Supply, Inc.) |
| Asb. Refractories and Castables Supplied by McKee Corporation | KVAERNER, U.S., INC. |
| Asb. Refractories and Castables Supplied by | AE ANDERSON (Anderson-Andco Construction, Inc.) |

LAW OFFICES
:HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009
(248) 647-6966

5



WR GRACE-PIQ 006522-085

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Asb. Pipe Insulation, | Supplied by SEAWAY MECHANICAL |
| Asb. Gaskets & Packing | CONTRACTORS, INC. |
| Asb. Insulated Valves, | |
| Asb. Gaskets & Packing | STOCKHAM VALVE & FITTINGS, INC. |
| Asb. Wrapped/Lined | |
|     Boilers | BABCOCK & WILCOX |
| Asb. Wrapped/Lined | |
| Turbines | ALIS-CHALMERS |
| Asb. Wrapped/Lined | |
| Turbines & Generators | GENERAL ELECTRIC |
| Asb. Wrapped/Lined | |
| Turbines | INGERSOLL-RAND |
| Asb. Insulated Pumps | INGERSOLL-RAND |
| Asb. Insulated Pumps, | |
| Asb. Gaskets & Packing | GOULDS PUMPS |
| Asb. Insulated Pumps, | |
| Asb. Gaskets & Packing | PEERLESS PUMP CO. |
| Asb. Insulated Pumps, | UNION PUMP COMPANY |
| Asb. Gaskets & Packing | (David Brown Union |
| | Pumps Co.) |
| Asb. Insulated Pumps | |
| Valves, Gaskets and | BYRON JACKSON PUMP |
| Packing | (BW/IP International Inc.) |
| Asb. Insulated Valves, | YARNALL-WARING CORPORATION/ |
| Asb. Gaskets & Packing | YARWAY CORPORATION |
| Asb. Insulated Valves, | |
| Gaskets and Packing | THE WALWORTH COMPANY |
| Asb. Insulated Valves, | |
| Asb. Gaskets & Packing | JENKINS VALVES/CRANE COMPANY |
| Asb. Laden Fans/Blowers | AMERICAN STANDARD INC. |
| Asb. Wrapped/Lined | SWINDELL DRESSLER CO. |
| Heat Treat Furnaces | (Rust International) |
| Asb. Wrapped/Lined | MIDLAND ROSS |
| Heat Treat Furnaces | (Surface Combustion) |
| Asb. Wrapped/Lined | |
| Heat Treat Furnaces | LEE WILSON INDUSTRIES |
| Asb. Industrial/Crane | WAGNER INDUSTRIAL BRAKE PRODUCTS |
| Brakes | (Cooper Industries) |
| Asb. Laden Cranes; Asb. | |
| Insustrial/Crane Brakes | THE ALLIANCE MACHINE COMPANY |
| Asb. Laden Cranes; Asb. | |
| Industrial/Crane Brakes | MORGAN ENGINEERING SYSTEMS, INC. |
| Asb. Laden Cranes; Asb. | |
| Industrial/Crane Brakes | SHAW-BOX (Columbus McKinnon Corp.) |
| Asb. Industrial/Crane | |
| Brakes | BORG-WARNER |
| Asb. Laden Electrical | |
| Panel Boards | ALLEN-BRADLEY |
| EC&M Industrial/Crane | |
| Brake Linings | SQUARE D COMPANY |

LAW OFFICES
:HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009
(248) 647-6966



CO-WORKER WITNESSES: The following individuals have been contacted and it is anticipated that they will be able to identify the use of some, several or all of the above identified asbestos product exposures:

\*.

## REDACTED

| PRODUCTS | MANUFACTURERS |
|---|---|
| Insulating Cement | GREFCO (General Refractories) |
| Pioneer Vapor Seal | DAUBERT CHEMICAL CO. |
| Insulag Refractory Cement | QUIGLEY CORP. |
| Lightweight Castable | HARBISON WALKER |
| Asb. Pipe Insulation, | Supplied by SEAWAY MECHANICAL |
| Asb. Gaskets & Packing | CONTRACTORS, INC. |
| Asb. Wrapped/Lined | SWINDELL DRESSLER CO. |
| Heat Treat Furnaces | (Rust International) |
| EC&M Industrial/Crane Brake Linings | SQUARE D COMPANY |
| Asb. Industrial/Crane Brakes | BORG-WARNER |
| Asb. Laden Cranes; Asb. Industrial/Crane Brakes | SHAW-BOX (Columbus McKinnon Corp.) |

\*Homer Brewer, 6172 Edward, S. Rockwood, MI 48170

| PRODUCTS | MANUFACTURERS |
|---|---|
| Insulag Refractory Cement | QUIGLEY CORP. |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Asb. Curtains | SINGER SAFETY COMPANY |
| Asb. Gloves | AMERICAN OPTICAL |
| Asb. Pipe Insulation, | Supplied by SEAWAY MECHANICAL |
| Asb. Gaskets & Packing | CONTRACTORS, INC. |
| Asb. Wrapped/Lined | SWINDELL DRESSLER CO. |
| Heat Treat Furnaces | (Rust International) |
| Asb. Industrial/Crane Brakes | WAGNER INDUSTRIAL BRAKE PRODUCTS (Cooper Industries |
| Asb. Laden Cranes; Asb. Insustrial/Crane Brakes | THE ALLIANCE MACHINE COMPANY |
| Asb. Laden Cranes; Asb. Industrial/Crane Brakes | MORGAN ENGINEERING SYSTEMS, INC. |
| Asb. Laden Cranes; Asb. Industrial/Crane Brakes | SHAW-BOX (Columbus McKinnon Corp.) |
| Asb. Industrial/Crane Brakes | BORG-WARNER |
| EC&M Industrial/Crane Brake Linings | SQUARE D COMPANY |

LAW OFFICES

:HAEL B. SERLING, P.C.

NORTH OLD WOODWARD AVE.

SUITE 406

RMINGHAM, MICH. 48009

(248) 647-6966

7



WR GRACE-PIQ 006522-087

*Thomas Coffey, 19533 Coachwood, Riverview, MI 48192
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: F.B. Wright

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Insulating Cement | GREFCO (General Refractories) |
| Asb. Cloth | U.S. RUBBER (Uniroyal) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Asb. Mastics | FLINTKOTE |
| Zonolite Insulation | W. R. GRACE |
| Asb. Tape | NATIONAL ELECTRIC COIL/ MCGRAW EDISON COMPANY |
| Asb. Tape | ASBESTOS PRODUCTS INC. |
| Asb. Gaskets | ARMSTRONG CORK (Armstrong World Ind.) |
| Asb. Gaskets | GARLOCK |
| Asb. Gaskets | THE B.F. GOODRICH CO. |
| Asb. Gaskets & Packing | U.S. RUBBER (Uniroyal) |
| Asb. Pipe Insulation, Asb. Gaskets & Packing | F.B. WRIGHT |
| Asb. Gloves | AMERICAN OPTICAL |
| Asb. Pipe Insulation, Asb. Gaskets & Packing | Supplied by SEAWAY MECHANICAL CONTRACTORS, INC. |
| Asb. Wrapped/Lined Turbines | ALIS-CHALMERS |
| Asb. Wrapped/Lined Turbines & Generators | GENERAL ELECTRIC |
| Asb. Wrapped/Lined Turbines | INGERSOLL-RAND |
| Asb. Insulated Pumps | INGERSOLL-RAND |
| Asb. Wrapped/Lined Heat Treat Furnaces | SWINDELL DRESSLER CO. (Rust International) |
| Asb. Laden Cranes; Asb. Insustrial/Crane Brakes | THE ALLIANCE MACHINE COMPANY |
| Asb. Laden Cranes; Asb. Industrial/Crane Brakes | SHAW-BOX (Columbus McKinnon Corp.) |
| EC&M Industrial/Crane Brake Linings | SQUARE D COMPANY |

LAW OFFICES
:HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009
(248) 647-6966

8


WR GRACE-PIQ 006522-088

*Robert Davidson, 10340 Hammond Drive, Atlanta, MI 49709

| PRODUCTS | MANUFACTURERS |
|---|---|
| Asb. Laden Cranes; Asb. Insustrial/Crane Brakes EC&M Industrial/Crane Brake Linings | THE ALLIANCE MACHINE COMPANY SQUARE D COMPANY |

*Montague Stover, 2359 Sixth Street, Wyandotte, MI 48192
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Coon DeVisser, Bigelow-Liptak

| PRODUCTS | MANUFACTURERS |
|---|---|
| Insulating Cement | GREFCO (General Refractories) |
| Asb. Furnace Cement Asb. Insulated Valves, | SURE SEAL PRODUCTS CO. |
| Asb. Gaskets & Packing | ITT GRINNELL |
| Asb. Pipe Insulation, Asb. Gaskets & Packing | F.B. WRIGHT |
| Asb. Pipe Insulation, Asb. Gaskets & Packing | Supplied by HARRISON PIPING SUPPLY CO. |
| Asb. P/C, Asb. Gaskets and Packing | Supplied by Michigan Industrial Pipe Supply Company (K&C Supply, Inc.) |
| Asb. Gaskets & Packing | Supplied by W.T. ANDREWS (A.J. Baxter Co.) |
| Asb. Pipe Insulation, Asb. Gaskets & Packing | Supplied by SEAWAY MECHANICAL CONTRACTORS, INC. |
| Asb. Gaskets & Packing | U.S. RUBBER (Uniroyal) |

*Autry Bailey, 188 W. Newport Rd., Newport, MI 48166

| PRODUCTS | MANUFACTURERS |
|---|---|
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Asb. Pipe Insulation, Asb. Gaskets & Packing | Supplied by SEAWAY MECHANICAL CONTRACTORS, INC. |
| Asb. Wrapped/Lined Heat Treat Furnaces | SWINDELL DRESSLER CO. (Rust International) |
| Asb. Laden Fans/Blowers | AMERICAN STANDARD INC. |
| Asb. Wrapped/Lined Heat Treat Furnaces | LEE WILSON INDUSTRIES |

LAW OFFICES
:HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009
(248) 647-6966


WR GRACE-PIQ 006522-089

*Martin Clark, 13465 Parkway, Carleton, MI 48117

| PRODUCTS | MANUFACTURERS |
|---|---|
| Asb. Pipe Insulation, | Supplied by SEAWAY MECHANICAL |
| Asb. Gaskets & Packing | CONTRACTORS, INC. |
| Asb. Wrapped/Lined | |
| Turbines & Generators | GENERAL ELECTRIC |
| Asb. Insulated Pumps | INGERSOLL-RAND |
| Asb. Insulated Pumps, | |
| Asb. Gaskets & Packing | GOULDS PUMPS |
| Asb. Insulated Pumps, | |
| Asb. Gaskets & Packing | PEERLESS PUMP CO. |
| Asb. Insulated Pumps | |
| Valves, Gaskets and | BYRON JACKSON PUMP |
| Packing | (BW/IP International Inc.) |

*Kenneth Crum, 13435 Delavern, Gibraltar, MI 48173
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: F.B. Wright

| PRODUCTS | MANUFACTURERS |
|---|---|
| Asb. Wrapped/Lined | SWINDELL DRESSLER CO. |
| Heat Treat Furnaces | (Rust International) |
| Asb. Gaskets & Packing | Supplied by W.T. ANDREWS |
| | (A.J. Baxter Co.) |
| Asb. Pipe Insulation, | Supplied by SEAWAY MECHANICAL |
| Asb. Gaskets & Packing | CONTRACTORS, INC. |

*Charles Pickens, 2139 LeBlanc, Lincoln Park, MI 48146
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Coon DeVisser

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS ILLINOIS |
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by |
| | Standard Fuel Engineering) |
| Asb. Block Insulation | PLIBRICO CO. |
| Asb. Insulating and | |
| Finishing Cement | PLIBRICO CO. |
| Insulag Refractory | |
| Cement | QUIGLEY CORP. |
| Narcolite Gunning Mix | NARCO |
| | (North American Refractories) |

LAW OFFICES
HAEL B. SERLING, P.C.
IORTH OLD WOODWARD AVE.
SUITE 406
MINGHAM, MICH. 48009
(248) 647-6966

10


WR GRACE-PIQ 006522-090

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Asb. Mastics | AMCHEM PRODUCTS |
| Asb. Mastics | FLINTKOTE |
| Zonolite Insulation | W. R. GRACE |
| Asb. Gaskets | GARLOCK |

*Wayne Scott, 7518 Superior Avenue, Newport, MI 48166
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Coon DeVisser, Bigelow-Liptak

| PRODUCTS | MANUFACTURERS |
|---|---|
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Asb. Furnace Cement | SURE SEAL PRODUCTS CO. |
| Asb. Gaskets | GARLOCK |
| Asb. Gaskets | SUR-SEAL GASKET AND PACKING, INC. |
| Asb. Pipe Insulation, | Supplied by SEAWAY MECHANICAL |
| Asb. Gaskets & Packing | CONTRACTORS, INC. |
| Asb. Insulated Valves, | |
| Asb. Wrapped/Lined | |
|    Boilers | BABCOCK & WILCOX |
| Asb. Insulated Pumps | INGERSOLL-RAND |
| Asb. Insulated Pumps, | |
| Asb. Gaskets & Packing | GOULDS PUMPS |
| Asb. Insulated Pumps, | |
| Asb. Gaskets & Packing | PEERLESS PUMP CO. |
| Asb. Insulated Pumps | |
| Valves, Gaskets and | BYRON JACKSON PUMP |
| Packing | (BW/IP International Inc.) |
| Asb. Wrapped/Lined | SWINDELL DRESSLER CO. |
| Heat Treat Furnaces | (Rust International) |
| Asb. Industrial/Crane | WAGNER INDUSTRIAL BRAKE PRODUCTS |
| Brakes | (Cooper Industries) |
| Asb. Laden Cranes; Asb. | |
| Insustrial/Crane Brakes | THE ALLIANCE MACHINE COMPANY |
| Asb. Laden Cranes; Asb. | |
| Industrial/Crane Brakes | MORGAN ENGINEERING SYSTEMS, INC. |
| Asb. Laden Cranes; Asb. | |
| Industrial/Crane Brakes | SHAW-BOX (Columbus McKinnon Corp.) |
| Asb. Industrial/Crane | |
| Brakes | BORG-WARNER |
| EC&M Industrial/Crane | |
| Brake Linings | SQUARE D COMPANY |

LAW OFFICES
HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009
(248) 647-6966

11



WR GRACE-PIQ 006522-091

*Richard Labeau, 2424 22nd Street, Wyandotte, MI 48192

| PRODUCTS | MANUFACTURERS |
|---|---|
| Asb. Tape | NATIONAL ELECTRIC COIL/ MCGRAW EDISON COMPANY |
| Asb. Tape | ASBESTOS PRODUCTS INC. |
| Asb. Gaskets & Asb. Braided Tubing | SEPCO CORP. |
| Asb. Tape | SEPCO CORP. |
| Asb. Cloth | SEPCO CORP. |
| Asb. Gaskets | MELRATH GASKET COMPANY |
| Asb. Gaskets | YORK RUBBER CO. |
| Asb. Gloves | AMERICAN OPTICAL |
| Asb. Insulated Valves, Asb. Gaskets & Packing | YARNALL-WARING CORPORATION/ YARWAY CORPORATION |
| Asb. Insulated Valves, Asb. Gaskets & Packing | JENKINS VALVES/CRANE COMPANY |
| Asb. Insulated Pumps, Asb. Gaskets & Packing | UNION PUMP COMPANY (David Brown Union Pumps Co.) |
| Asb. Industrial/Crane Brakes | WAGNER INDUSTRIAL BRAKE PRODUCTS (Cooper Industries) |
| Asb. Laden Cranes; Asb. Insustrial/Crane Brakes | THE ALLIANCE MACHINE COMPANY |
| Asb. Laden Cranes; Asb. Industrial/Crane Brakes | MORGAN ENGINEERING SYSTEMS, INC. |
| Asb. Laden Cranes; Asb. Industrial/Crane Brakes | SHAW-BOX (Columbus McKinnon Corp.) |
| Asb. Industrial/Crane Brakes | BORG-WARNER |
| EC&M Industrial/Crane Brake Linings | SQUARE D COMPANY |
| Asb. Laden Electrical Panel Boards | ALLEN-BRADLEY |

*David Ruelle, 1557 Chestnut, Wyandotte, MI 48192

| PRODUCTS | MANUFACTURERS |
|---|---|
| Asb. Industrial/Crane Brakes | WAGNER INDUSTRIAL BRAKE PRODUCTS (Cooper Industries) |
| Asb. Laden Cranes; Asb. Insustrial/Crane Brakes | THE ALLIANCE MACHINE COMPANY |
| EC&M Industrial/Crane Brake Linings | SQUARE D COMPANY |

LAW OFFICES
CHAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
IRMINGHAM, MICH. 48009
(248) 647-6966

12


WR GRACE-PIQ 006522-092

*James Arthur, 3320 Maidstone, Trenton, MI 48183

| PRODUCTS | MANUFACTURERS |
|---|---|
| Asb. Industrial/Crane Brakes | WAGNER INDUSTRIAL BRAKE PRODUCTS (Cooper Industries) |
| Asb. Laden Cranes; Asb. Insustrial/Crane Brakes | THE ALLIANCE MACHINE COMPANY |
| Asb. Laden Cranes; Asb. Industrial/Crane Brakes | MORGAN ENGINEERING SYSTEMS, INC. |
| Asb. Laden Cranes; Asb. Industrial/Crane Brakes | SHAW-BOX (Columbus McKinnon Corp.) |
| Asb. Industrial/Crane Brakes | BORG-WARNER |
| EC&M Industrial/Crane Brake Linings | SQUARE D COMPANY |

*Kenneth Stanley, 1504 13th Street, Wyandotte, MI 48192

| PRODUCTS | MANUFACTURERS |
|---|---|
| Asb. Laden Cranes; Asb. Insustrial/Crane Brakes | THE ALLIANCE MACHINE COMPANY |
| Asb. Laden Cranes; Asb. Industrial/Crane Brakes | MORGAN ENGINEERING SYSTEMS, INC. |
| Asb. Laden Cranes; Asb. Industrial/Crane Brakes | SHAW-BOX (Columbus McKinnon Corp.) |
| Asb. Industrial/Crane Brakes | BORG-WARNER |
| EC&M Industrial/Crane Brake Linings | SQUARE D COMPANY |

*Erving Sudduth, 5829 Hazel, Taylor, MI 48180
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Schad Boiler, Coon DeVisser, Bigelow-Liptak, F.B.
Wright

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS ILLINOIS |
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Insulag Refractory Cement | QUIGLEY CORP. |
| Litecast 30 | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Runner Patch and Expansion Joint Sealers | CHICAGO FIRE BRICK |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Plastic Ins. Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Aerogun Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |

LAW OFFICES
CHAEL B. SERLING, P.C.
) NORTH OLD WOODWARD AVE.
SUITE 406
BIRMINGHAM, MICH. 48009
(248) 647-6966

13



WR GRACE-PIQ 006522-093

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| SK-7 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Chromepak G | HARBISON WALKER |
| Block-Stick Insulation | HARBISON WALKER |
| Lightweight Castable | HARBISON WALKER |
| Micacrete 7 | HARBISON WALKER |
| M Block Insulation | KAISER REFRACTORIES |
| Vee Block Mix | KAISER REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Asb. Furnace Cement | SURE SEAL PRODUCTS CO. |
| Zonolite Insulation | W. R. GRACE |
| Asb. Gaskets | GARLOCK |
| Asb. Gaskets | THE B.F. GOODRICH CO. |
| Asb. Refractories and | AE ANDERSON |
| Castables Supplied by | (Anderson-Andco Construction, Inc.) |
| Asb. Pipe Insulation, | Supplied by SEAWAY MECHANICAL |
| Asb. Gaskets & Packing | CONTRACTORS, INC. |
| Asb. Wrapped/Lined Turbines & Generators | GENERAL ELECTRIC |
| Asb. Wrapped/Lined Turbines | ALIS-CHALMERS |
| Asb. Wrapped/Lined Turbine | INGERSOLL-RAND |
| Asb. Insulated Pumps, Asb. Gaskets & Packing | GOULDS PUMPS |
| Asb. Insulated Pumps, Asb. Gaskets & Packing | PEERLESS PUMP CO. |
| Asb. Insulated Pumps, Valves, Gaskets and Packing | BYRON JACKSON PUMP (BW/IP International Inc.) |
| Asb. Wrapped/Lined Heat Treat Furnaces | SWINDELL DRESSLER CO. (Rust International) |
| Asb. Wrapped/Lined Heat Treat Furnaces | LEE WILSON INDUSTRIES |

*James J. Pavalock, 9178 Lakeside Drive, Atlanta, MI 49709

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Gaskets | GARLOCK |
| Asb. Rope | ANCHOR PACKING |
| Asb. Gaskets & Packing | ANCHOR PACKING |
| Asb. Gaskets & Packing | Supplied by W.T. ANDREWS (A.J. Baxter Co.) |
| Asb. Pipe Insulation, | Supplied by SEAWAY MECHANICAL |
| Asb. Gaskets & Packing | CONTRACTORS, INC. |
| Asb. Wrapped/Lined Turbines | ALIS-CHALMERS |

LAW OFFICES
AEL B. SERLING, P.C.
RTH OLD WOODWARD AVE.
SUITE 406
INGHAM, MICH. 48009
(248) 647-6966

14


WR GRACE-PIQ 006522-094

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Asb. Wrapped/Lined Turbines & Generators | GENERAL ELECTRIC |
| Asb. Wrapped/Lined Turbines | INGERSOLL-RAND |
| Asb. Insulated Pumps | INGERSOLL-RAND |
| Asb. Insulated Pumps, Asb. Gaskets & Packing | GOULDS PUMPS |
| Asb. Insulated Pumps, Asb. Gaskets & Packing | PEERLESS PUMP CO. |

*Lee R. Atkinson, 13715 Allyn Drive, Hudson, FL 34667
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: F.B. Wright

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Asb. Block Insulation | PLIBRICO CO. |
| Asb. Insulating and Finishing Cement | PLIBRICO CO. |
| Insulag Refractory Cement | QUIGLEY CORP. |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Insulating Castable | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Asb. Furnace Cement | SURE SEAL PRODUCTS CO. |
| Zonolite Insulation | W. R. GRACE |
| Asb. Pipe Insulation, Asb. Gaskets & Packing | F.B. WRIGHT |
| Asb. Pipe Insulation, Asb. Gaskets & Packing | Supplied by TAYLOR-ENGINEERING (The Gage Co.) |
| Asb. Pipe Insulation, Asb. Gaskets & Packing | Supplied by HARRISON PIPING SUPPLY CO. |
| Asb. P/C, Asb. Gaskets and Packing | Supplied by Michigan Industrial Pipe Supply Company (K&C Supply, Inc.) |
| Asb. Curtains | SINGER SAFETY COMPANY |
| Asb. Gaskets & Packing | PALMETTO (Greene, Tweed) |
| Asb. Rope | PALMETTO (Greene, Tweed) |
| Asb. Gaskets | MELRATH GASKET COMPANY |
| Asb. Gaskets | YORK RUBBER CO. |

LAW OFFICES
AEL B. SERLING, P.C.
RTH OLD WOODWARD AVE.
SUITE 406
INGHAM, MICH. 48009
(248) 647-6966

15


WR GRACE-PIQ 006522-095

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Asb. Packing | DURAMETALLIC |
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets | GARLOCK |
| Asb. Gaskets | THE B.F. GOODRICH CO. |
| Klingerite Gaskets | RICHARD KLINGER |
| Asb. Gaskets & Packing | ANCHOR PACKING |
| Asb. Gaskets & Packing | ARGO PACKING CO. |
| Asb. Gaskets & Packing | HERCULES PACKING |
| | (WITCO Corp.) |
| Asb. Gaskets & Packing | PARKER PACKING CO. |
| | (Parker-Hannifin Corp.) |
| Asb. Rope | PARKER PACKING CO. |
| | (Parker-Hannifin Corp.) |
| Asb. Gaskets | MARLO SEALING CO. |
| Asb. Rope | MARLO SEALING CO. |
| Asb. Gaskets & Packing | SOUTHERN URETHANE & PACKING |
| Asb. Rope | SOUTHERN URETHANE & PACKING |
| Asb. Insulated Valves, Gaskets and Packing | THE WALWORTH COMPANY |
| Asb. Insulated Pumps | INGERSOLL-RAND |
| Asb. Insulated Pumps, Gaskets & Packing | GOULDS PUMPS |
| Asb. Insulated Pumps, Gaskets & Packing | PEERLESS PUMP CO. |
| Asb. Insulated Pumps Valves, Gaskets and Packing | BYRON JACKSON PUMP (BW/IP International Inc.) |
| Asb. Refractories and Castables Supplied by McKee Corporation | KVAERNER, U.S., INC. |
| Asb. Wrapped/Lined Heat Treat Furnaces | SWINDELL DRESSLER CO. (Rust International) |
| Asb. Wrapped/Lined Heat Treat Furnaces | MIDLAND ROSS (Surface Combustion) |
| Asb. Wrapped/Lined Heat Treat Furnaces | LEE WILSON INDUSTRIES |

*Warren Pfaff, 22876 Huron River Drive, Rockwood, MI 48173
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock, Coon DeVisser,F.B. Wright

| PRODUCTS | MANUFACTURERS |
|---|---|
| Insulating Cement | A.P. GREEN REFRACTORIES |
| SK-7 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Asb. Mastics | FLINTKOTE CO. |
| Asb. Furnace Cement | SURE SEAL PRODUCTS CO. |
| Asb. Gaskets & Packing | HERCULES PACKING (WITCO Corp.) |

LAW OFFICES
AEL B. SERLING, P.C.
RTH OLD WOODWARD AVE.
SUITE 406
IINGHAM, MICH. 48009
(248) 647-6966

16


WR GRACE-PIQ 006522-096

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Asb. Gaskets & Packing | PARKER PACKING CO. |
| | (Parker-Hannifin Corp.) |
| Asb. Pipe Insulation, | Supplied by SEAWAY MECHANICAL |
| Asb. Gaskets & Packing | CONTRACTORS, INC. |
| Asb. Insulated Pumps, | |
| Asb. Gaskets & Packing | PEERLESS PUMP CO. |

*Jay A. Stark, 4921 Fort Street, Trenton, MI 48183
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: F.B. Wright

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Lite Kastite | CHICAGO FIRE BRICK |
| Asb. Block Insulation | PLIBRICO CO. |
| Asb. Insulating and | |
| Finishing Cement | PLIBRICO CO. |
| Narcolite Gunning Mix | NARCO |
| | (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Asb. Rollboard | HARBISON WALKER |
| Zonolite Insulation | W. R. GRACE |
| Asb. Gaskets | GARLOCK |
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets & Packing | ANCHOR PACKING |
| Asb. Gaskets & Packing | SOUTHERN URETHANE & PACKING |
| Asb. Refractories and | AE ANDERSON |
| Castables Supplied by | (Anderson-Andco Construction, Inc.) |
| Asb. Pipe Insulation, | Supplied by SEAWAY MECHANICAL |
| Asb. Gaskets & Packing | CONTRACTORS, INC. |
| Asb. Wrapped/Lined | |
| Turbines | ALIS-CHALMERS |
| Asb. Insulated Pumps, | |
| Asb. Gaskets & Packing | PEERLESS PUMP CO. |

*Russell R. Revard, 6750 Labo Road, South Rockwood, MI 48179
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock, Brown Insulation

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS ILLINOIS |
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Cement | ARMSTRONG CORK CO. |
| | (Armstrong World Ind.) |
| Asb. Cement | PABCO (Fibreboard) |

LAW OFFICES
HAEL B. SERLING, P.C.,
4ORTH OLD WOODWARD AVE.
SUITE 406
IMINGHAM, MICH. 48009

(248) 647-6966

17



WR GRACE-PIQ 006522-097

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Lite Kastite | CHICAGO FIRE BRICK |
| Asb. Insulating and Finishing Cement | PLIBRICO CO. |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Asb. Fiber Cement | GOLDBOND (National Gypsum) |
| Asb. Board Panel | GOLDBOND (National Gypsum) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Insulating Castable | A.P. GREEN REFRACTORIES |
| Loose Wool Insulation | A.P. GREEN REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Asb. Furnace Cement | SURE SEAL PRODUCTS |
| Asb. Mastics | AMCHEM PRODUCTS |
| Asb. Mastics | FLINTKOTE |
| Zonolite Insulation | W. R. GRACE |
| Asb. Gaskets | GARLOCK |
| Asb. Rope | ANCHOR PACKING |
| Asb. Gaskets & Packing | ANCHOR PACKING |
| Asb. Gaskets & Packing | PALMETTO (Greene, Tweed) |
| Asb. Gaskets & Packing | ARGO PACKING CO. |
| Asb. Gaskets & Packing | HERCULES PACKING (WITCO Corp.) |
| Klingerite Gaskets | RICHARD KLINGER |
| Asb. Wrapped/Lined Boilers | BABCOCK & WILCOX |
| Asb. Insulated Pumps | INGERSOLL-RAND |
| Asb. Insulated Pumps, Asb. Gaskets & Packing | GOULDS PUMPS |

*Ronald Arnold, 15233 Drysdale, Southgate, MI 48195

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Loose Wool Insulation | A.P. Green |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Asb. P/C, Block and Cement | Supplied by Boomer Co. |
| Zonolite Insulation | Supplied by Boomer Co. |
| Asb. Cloth | U.S. RUBBER (Uniroyal) |
| Asb. Gaskets | GARLOCK |
| Asb. Gaskets & Packing | ARGO PACKING CO. |
| Asb. Gaskets & Packing | HERCULES PACKING (WITCO Corp.) |
| Asb. Gaskets | MARLO SEALING CO. |
| Asb. Wrapped/Lined Turbines & Generators | GENERAL ELECTRIC |
| Asb. Wrapped/Lined Turbines | INGERSOLL-RAND |
| Asb. Insulated Pumps | INGERSOLL-RAND |

LAW OFFICES
:HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009

(248) 647-6966

18


WR GRACE-PIQ 006522-098

PRODUCTS CONTINUED     MANUFACTURERS CONTINUED
Asb. Insulated Pumps,
Asb. Gaskets & Packing    GOULDS PUMPS
Asb. Wrapped/Lined
Turbines              ALIS-CHALMERS

*Giovanni Russo, 24263 Cresent, Woodhaven, MI 48183
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock, Coon DeVisser

PRODUCTS          MANUFACTURERS
Kaylo P/C and Block     OWENS ILLINOIS
Kaylo P/C and Block     OWENS CORNING FIBERGLAS
Caltemp P/C and Block   PABCO (Fibreboard)
Lite Kastite         CHICAGO FIRE BRICK
Narcolite Gunning Mix   NARCO (North American Refractories)
Asb. Fiber Cement      GOLDBOND (National Gypsum)
Insulating Cement      A.P. GREEN REFRACTORIES
SK-7 Gunning Refractory   A.P. GREEN REFRACTORIES
Loose Wool Insulation   A.P. GREEN REFRACTORIES
Stic-tite Cement       COMBUSTION ENGINEERING (Supplied by
                     Standard Fuel Engineering)
Asb. Mastics         AMCHEM PRODUCTS
Zonolite Insulation    W. R. GRACE
Asb. Gaskets         GARLOCK
Klingerite Gaskets     RICHARD KLINGER
Asb. Wrapped/Lined
   Boilers          BABCOCK & WILCOX

*Leonard Shelton, 24404 Joyce Road, Flat Rock, MI 48134
PRODUCTS          MANUFACTURERS
Kaylo P/C and Block     OWENS CORNING FIBERGLAS
Insulating Cement      A.P. GREEN REFRACTORIES

*Cedo Banjanin, 2727 Canterbury, Trenton, MI 48183
PRODUCTS          MANUFACTURERS
Kaylo P/C and Block     OWENS ILLINOIS
Kaylo P/C and Block     OWENS CORNING FIBERGLAS
Lite Kastite         CHICAGO FIRE BRICK
Insulating Cement      A.P. GREEN REFRACTORIES
Asb. Wrapped/Lined
   Boilers          BABCOCK & WILCOX
Asb. Wrapped/Lined
Turbines & Generators   GENERAL ELECTRIC
Asb. Wrapped/Lined
Turbines             INGERSOLL-RAND

LAW OFFICES
:HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009
(248) 647-6966



WR GRACE-PIQ 006522-099

*George Regan, 2275 LaSalle Rd., Monroe, MI 48162

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Asb. Gaskets | GARLOCK |
| Asb. Rope | ANCHOR PACKING |

*John M. Willis, 6500 S. Leading Light Lane, Sault St. Marie, MI 49783

| PRODUCTS | MANUFACTURERS |
|---|---|
| Micacrete 7 | HARBISON WALKER |
| Zonolite Insulation | W. R. GRACE |

*James Carter, 27298 Weddel, Brownstown Twp., MI 48183
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Coon DeVisser, Bigelow-Liptak

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/Rapid American) |
| M Block Insulation | KAISER REFRACTORIES |
| Asb. Gaskets | GARLOCK |
| Asb. Rope | ANCHOR PACKING |
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets & Packing | ANCHOR PACKING |
| Asb. Gaskets & Packing | PALMETTO (Greene, Tweed) |
| Asb. Wrapped/Lined Boilers | BABCOCK & WILCOX |

*Daryle Lazarz, 29214 South Wesley, Flat Rock, MI 48134

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 85% Mag P/C | ARMSTRONG CORK CO. (Armstrong World Ind.) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Asb. Tape | NATIONAL ELECTRIC COIL/ MCGRAW EDISON COMPANY |
| Asb. Tape | ASBESTOS PRODUCTS INC. |
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets | GARLOCK |
| Asb. Gaskets | THE B.F. GOODRICH CO. |
| Klingerite Gaskets | RICHARD KLINGER |
| Asb. Gaskets & Packing | DURABLA (Distributed and Supplied by Goodyear Tire & Rubber Co.) |
| Asb. Gaskets & Packing | PALMETTO (Greene, Tweed) |
| Asb. Rope | PALMETTO (Greene, Tweed) |

LAW OFFICES
AEL B. SERLING, P.C.
RTH OLD WOODWARD AVE.
SUITE 408
IINGHAM, MICH. 48009
(248) 647-6966

20


WR GRACE-PIQ 006522-100

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Asb. Insulated Valves, | |
| Asb. Gaskets & Packing | ITT GRINNELL |
| Asb. Gaskets | MARLO SEALING CO. |
| Asb. Rope | MARLO SEALING CO. |
| Asb. Gaskets & Packing | PARKER PACKING CO. |
| | (Parker-Hannifin Corp.) |
| Asb. Rope | PARKER PACKING CO. |
| | (Parker-Hannifin Corp.) |
| Asb. Gaskets & Packing | SOUTHERN URETHANE & PACKING |
| Asb. Rope | SOUTHERN URETHANE & PACKING |
| Asb. Insulated Valves, | |
| Gaskets and Packing | THE WALWORTH COMPANY |
| Asb. Insulated Pumps, | |
| Asb. Gaskets & Packing | GOULDS PUMPS |
| Asb. Insulated Pumps, | |
| Asb. Gaskets & Packing | PEERLESS PUMP CO. |

*Jeff Phillips, 29624 Tamarack, Flat Rock, MI 48134

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS ILLINOIS |
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 85% Mag P/C and Block | ARMSTRONG CORK CO. |
| | (Armstrong World Ind.) |
| 85% Mag P/C, Block | MUNDET CORK |
| and Cement | (Crown Cork & Seal) |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/Rapid |
| | American) |
| Insulating Cement | GREFCO (General Refractories) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by |
| | Standard Fuel Engineering) |
| Zonolite Insulation | W.R. GRACE |

*Raymond Baker, 9715 Chatham, Allen Park, MI 48101

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Insulating Cement | GREFCO (General Refractories) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |

LAW OFFICES

HAEL B. SERLING, P.C.

NORTH OLD WOODWARD AVE.

SUITE 406

IMINGHAM, MICH. 48009

(248) 647-6966



WR GRACE-PIQ 006522-101

*Thomas Dobbins, 23496 Matts Dr., Romulus, MI 48147

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/Rapid American) |
| Insulating Cement | GREFCO (General Refractories) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |

*James Blumberg, 3424 Iraquois, Monroe, MI 48162
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: F.B. Wright

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/Rapid American) |
| Insulating Cement | GREFCO (General Refractories) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |

*Ronald Fields, 18106 Ray Street, Riverview, MI 48192

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/Rapid American) |
| Insulating Cement | GREFCO (General Refractories) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |

*Beech Cupp, 1722 N. Raisinville, Monroe, MI 48162

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Superex Block | JOHNS-MANVILLE |
| Lite Kastite | CHICAGO FIRE BRICK |
| Asb. Block Insulation | PLIBRICO CO. |
| Asb. Insulating and Finishing Cement | PLIBRICO CO. |
| Insulag Refractory Cement | QUIGLEY CORP. |

LAW OFFICES
HAEL B. SERLING, P.C.
lORTH OLD WOODWARD AVE.
SUITE 406
lMINGHAM, MICH. 48009
(248) 647-6966



WR GRACE-PIQ 006522-102

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| K-FAC Asb. Block Insulation | UNITED STATES GYPSUM |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Plastic Ins. Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Aerogun Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Block-Stick Insulation | HARBISON WALKER |
| Lightweight Castable | HARBISON WALKER |
| Chromepak G | HARBISON WALKER |
| Vee Block Mix | KAISER REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Asb. Furnace Cement | SURE SEAL PRODUCTS |
| Zonolite Insulation | W. R. GRACE |
| Asb. Gaskets | FLEXITALLIC |
| Asb. Refractories and Castables Supplied by McKee Corporation | KVAERNER, U.S., INC. |

*John Chittum, 14080 Gayville Rd., P.O. Box 13, LaSalle, MI 48145
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Schad Boiler

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Superex Block | JOHNS-MANVILLE |
| Asb. Block Insulation | PLIBRICO CO. |
| Asb. Insulating and Finishing Cement | PLIBRICO CO. |
| Insulag Refractory Cement | QUIGLEY CORP. |
| K-FAC Asb. Block Insulation | UNITED STATES GYPSUM |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Plastic Ins. Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Aerogun Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |

LAW OFFICES
CHAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009
(248) 647-6986

23



PRODUCTS CONTINUED | MANUFACTURERS CONTINUED
Lightweight Castable | HARBISON WALKER
Chromepak G | HARBISON WALKER
Vee Block Mix | KAISER REFRACTORIES
Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by
 | Standard Fuel Engineering)
Plastoid Cement | GIBSON-HOMANS CO. (Belci)
Asb. Furnace Cement | SURE SEAL PRODUCTS
Pioneer Vapor Seal | DAUBERT CHEMICAL CO.
Asb. Refractories and
Castables Supplied by
McKee Corporation | KVAERNER, U.S., INC.
Asb. Gaskets | MARLO SEALING CO.
Asb. Gaskets & Packing | SOUTHERN URETHANE & PACKING
Asb. Gaskets & Packing | HERCULES PACKING (WITCO Corp.)
Asb. Gaskets & Asb.
Braided Tubing | SEPCO CORP.
Asb. Wrapped/Lined | SWINDELL DRESSLER CO.
Heat Treat Furnaces | (Rust International)
Asb. Wrapped/Lined | MIDLAND ROSS
Heat Treat Furnaces | (Surface Combustion)
Asb. Wrapped/Lined
Heat Treat Furnaces | LEE WILSON INDUSTRIES

*Robert Madden, 30072 Cherry Hill Road, Garden City, MI 48135

PRODUCTS | MANUFACTURERS
Kaylo P/C and Block | OWENS CORNING FIBERGLAS
Litecast 30 | GREFCO (General Refractories)
Insulating Cement | GREFCO (General Refractories)
Insulag Refractory
Cement | QUIGLEY CORP.
Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb.
 | Fibre Supplied by Rex Roto)
Plastic Ins. Cement | STANDARD FUEL ENGINEERING (Asb.
 | Fibre Supplied by Rex Roto)
Narcolite Gunning Mix | NARCO (North American Refractories)
Aerogun Gunning Mix | NARCO (North American Refractories)
Insulating Cement | A.P. GREEN REFRACTORIES
Lightweight Castable | HARBISON WALKER
Chromepak G | HARBISON WALKER
Vee Block Mix | KAISER REFRACTORIES
Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by
 | Standard Fuel Engineering)
Asb. Wrapped/Lined | SWINDELL DRESSLER CO.
Heat Treat Furnaces | (Rust International)

LAW OFFICES
CHAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
IRMINGHAM, MICH. 48009

(248) 647-8966

24



*Thelbert Varner, 777 Winchester, Lincoln Park, MI 48146
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Schad Boiler, F.B. Wright

| PRODUCTS | MANUFACTURERS |
|---|---|
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| SK-7 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Block-Stick Insulation | HARBISON WALKER |
| Lightweight Castable | HARBISON WALKER |
| Asb. Rollboard | HARBISON WALKER |
| Chromepak G | HARBISON WALKER |
| Lite Kastite | CHICAGO FIRE BRICK |
| Brikset | CHICAGO FIRE BRICK |
| Runner Patch and Expansion Joint Sealers | CHICAGO FIRE BRICK |
| Checkerlox | BMI INDUSTRIES (Adience, Inc.) |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Aerogun Gunning Mix | NARCO (North American Refractories) |
| Asb. Block Insulation | PLIBRICO CO. |
| Asb. Insulating and Finishing Cement | PLIBRICO CO. |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Plastic Ins. Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |

*Robert D. Mowrer, 3918 18th St., Wyandotte, MI 48192

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Insulag Refractory Cement | QUIGLEY CORP. |
| K-FAC Asb. Block Insulation | UNITED STATES GYPSUM |
| Lite Kastite | CHICAGO FIRE BRICK |
| Runner Patch and Narcolite Gunning Mix | NARCO (North American Refractories) |
| Asb. Fiber Cement | GOLDBOND (National Gypsum) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |

LAW OFFICES
:HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009

(248) 647-6966

25


WR GRACE-PIQ 006522-105

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Lightweight Castable | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Plastoid Cement | GIBSON-HOMANS CO. (Belci) |
| Pioneer Vapor Seal | DAUBERT CHEMICAL CO. |
| Zonolite Insulation | W. R. GRACE |
| Asb. Pipe Insulation, | Supplied by SEAWAY MECHANICAL |
| Asb. Gaskets & Packing | CONTRACTORS, INC. |
| Asb. Refractories and | |
| Castables Supplied by | |
| McKee Corporation | KVAERNER, U.S., INC. |

*Ira T. Paul, 506 Superior, Wyandotte, MI 48192

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Insulag Refractory Cement | QUIGLEY CORP. |
| K-FAC Asb. Block Insulation | UNITED STATES GYPSUM |
| Asb. Mastics | FLINTKOTE |
| Asb. Furnace Cement | SURE SEAL PRODUCTS CO. |
| Zonolite Insulation | W. R. GRACE |
| Zonolited Insulation | Supplied by THE BOOMER CO. |
| Asb. Refractories and | |
| Castables Supplied by | |
| McKee Corporation | KVAERNER, U.S., INC. |

*Ronald Skiver, 2509 Medford, Trenton, MI 48183
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Schad Boiler, Coon DeVisser, F.B. Wright

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS ILLINOIS |
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Insulating Cement | GREFCO (General Refractories) |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Asb. Fiber Cement | GOLDBOND (National Gypsum) |
| Insulating Cement | A.P. GREEN REFRACTORIES |

LAW OFFICES
:HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009

(248) 647-6966

26



WR GRACE-PIQ 006522-106

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| M Block Insulation | KAISER REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Asb. Furnace Cement | SURE SEAL PRODUCTS |
| Asb. Pipe Insulation, | |
| Asb. Gaskets & Packing | F.B. WRIGHT |
| Asb. Tape | NATIONAL ELECTRIC COIL/ MCGRAW EDISON COMPANY |
| Asb. Tape | ASBESTOS PRODUCTS INC. |
| Asb. Pipe Insulation, | Supplied by TAYLOR-ENGINEERING |
| Asb. Gaskets & Packing | (The Gage Co.) |
| Asb. P/C, Asb. Gaskets and Packing | Supplied by Michigan Industrial Pipe Supply Company (K&C Supply, Inc.) |
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets | ARMSTRONG CORK (Armstrong World Industries) |
| Asb. Gaskets | GARLOCK |
| Asb. Gaskets | MELRATH GASKET COMPANY |
| Asb. Gaskets | YORK RUBBER CO. |
| Asb. Gaskets | THE B.F. GOODRICH CO. |
| Asb. Gaskets & Packing | ANCHOR PACKING |
| Asb. Gaskets & Packing | PALMETTO (Greene, Tweed) |
| Asb. Rope | PALMETTO (Greene, Tweed) |
| Asb. Gaskets & Packing | ARGO PACKING CO. |
| Asb. Gaskets & Packing | DURABLA (Distributed and Supplied by Goodyear Tire & Rubber Co.) |
| Asb. Insulated Valves, | |
| Asb. Gaskets & Packing | ITT GRINNELL |
| Asb. Gaskets & Asb. | |
| Braided Tubing | SEPCO CORP. |
| Asb. Tape | SEPCO CORP. |
| Asb. Cloth | SEPCO CORP. |
| Klingerite Gaskets | RICHARD KLINGER |
| Klingerite Gaskets | H.S. WHITE CORPORATION |
| Asb. Gaskets & Packing | HERCULES PACKING (WITCO Corp.) |
| Asb. Insulated Pumps, | UNION PUMP COMPANY |
| Asb. Gaskets & Packing | (David Brown Union Pumps Co.) |
| Asb. Insulated Valves, | YARNALL-WARING CORPORATION/ |
| Asb. Gaskets & Packing | YARWAY CORPORATION |
| Asb. Insulated Valves, | |
| Gaskets and Packing | THE WALWORTH COMPANY |
| Asb. Insulated Valves, | |
| Asb. Gaskets & Packing | JENKINS VALVES/CRANE COMPANY |
| Asb. Insulated Pumps | INGERSOLL-RAND |
| Asb. Insulated Pumps, | |
| Asb. Gaskets & Packing | GOULDS PUMPS |

LAW OFFICES
HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009
(248) 647-6966

27



WR GRACE-PIQ 006522-107

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Asb. Insulated Valves, Asb. Gaskets & Packing | STOCKHAM VALVE & FITTINGS, INC. |
| Asb. Wrapped/Lined Boilers | BABCOCK & WILCOX |
| Asb. Wrapped/Lined Turbines & Generators | GENERAL ELECTRIC |
| Asb. Cloth | U.S. RUBBER (Uniroyal) |
| Asb. Insulated Pumps, Asb. Gaskets & Packing | PEERLESS PUMP CO. |
| Asb. Insulated Pumps Valves, Gaskets and Packing | BYRON JACKSON PUMP (BW/IP International Inc.) |

*Walter Cooley, 1185 Cleveland, Lincoln Park, MI 48146
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Schad Boiler, Arthur J. Peacock, Coon DeVisser,
Bigelow-Liptak, F.B. Wright

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Insulating Cement | GREFCO (General Refractories) |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Asb. Fiber Cement | GOLDBOND (National Gypsum) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| M Block Insulation | KAISER REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Asb. Furnace Cement | SURE SEAL PRODUCTS |
| Tite Seal Pipe Compound | RADIATOR SPECIALTY CO. |
| Asb. Pipe Insulation, Asb. Gaskets & Packing | F.B. WRIGHT |
| Asb. Tape | NATIONAL ELECTRIC COIL/ MCGRAW EDISON COMPANY |
| Asb. Tape | ASBESTOS PRODUCTS INC. |
| Asb. Pipe Insulation, Asb. Gaskets & Packing | Supplied by TAYLOR-ENGINEERING (The Gage Co.) |
| Asb. P/C, Asb. Gaskets and Packing | Supplied by Michigan Industrial Pipe Supply Company (K&C Supply, Inc.) |
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets | ARMSTRONG CORK (Armstrong World Industries) |
| Asb. Gaskets | GARLOCK |

LAW OFFICES
:HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 405
RMINGHAM, MICH. 48009
(248) 647-6966


WR GRACE-PIQ 006522-108

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Asb. Rope | ANCHOR PACKING |
| Asb. Gaskets & Packing | ANCHOR PACKING |
| Asb. Gaskets & Packing | ARGO PACKING CO. |
| Asb. Gaskets & Packing | PALMETTO (Greene, Tweed) |
| Asb. Gaskets & Packing | HERCULES PACKING (WITCO Corp.) |
| Asb. Gaskets & Packing | SOUTHERN URETHANE & PACKING |
| Asb. Rope | SOUTHERN URETHANE & PACKING |
| Klingerite Gaskets | RICHARD KLINGER |
| Klingerite Gaskets | H.S. WHITE CORPORATION |
| Asb. Gaskets | THE B.F. GOODRICH CO. |
| Asb. Gaskets | MELRATH GASKET COMPANY |
| Asb. Gaskets | YORK RUBBER CO. |
| Asb. Gaskets | MARLO SEALING CO. |
| Asb. Rope | MARLO SEALING CO. |
| Asb. Insulated Valves, Asb. Gaskets & Packing | ITT GRINNELL |
| Asb. Gaskets & Packing | DURABLA (Distributed and Supplied by Goodyear Tire & Rubber Co.) |
| Asb. Gaskets & Asb. Braided Tubing | SEPCO CORP. |
| Asb. Tape | SEPCO CORP. |
| Asb. Cloth | SEPCO CORP. |
| Asb. Insulated Pumps, Asb. Gaskets & Packing | UNION PUMP COMPANY (David Brown Union Pumps Co.) |
| Asb. Insulated Valves, Asb. Gaskets & Packing | YARNALL-WARING CORPORATION/ YARWAY CORPORATION |
| Asb. Insulated Valves, Gaskets and Packing | THE WALWORTH COMPANY |
| Asb. Insulated Valves, Asb. Gaskets & Packing | JENKINS VALVES/CRANE COMPANY |
| Asb. Insulated Pumps | INGERSOLL-RAND |
| Asb. Insulated Pumps, Asb. Gaskets & Packing | GOULDS PUMPS |
| Asb. Insulated Pumps, Asb. Gaskets & Packing | PEERLESS PUMP CO. |
| Asb. Insulated Pumps Valves, Gaskets and Packing | BYRON JACKSON PUMP (BW/IP International Inc.) |
| Asb. Wrapped/Lined Boilers | BABCOCK & WILCOX |
| Asb. Wrapped/Lined Turbines & Generators | GENERAL ELECTRIC |
| Asb. Cloth | U.S. RUBBER (Uniroyal) |
| Asb. Refractories and Castables Supplied by McKee Corporation | KVAERNER, U.S., INC. |

LAW OFFICES
HAEL B. SERLING, P.C.
IORTH OLD WOODWARD AVE.
SUITE 406
IMINGHAM, MICH. 48009

(248) 647-6966



WR GRACE-PIQ 006522-109

Albert Storms, 511 Southwest South River Drive, Stuart, FL
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: F.B. Wright

| PRODUCTS | MANUFACTURERS |
|---|---|
| Narcolite Gunning Mix | NARCO |
| | (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Asb. Gaskets & Packing | SOUTHERN URETHANE & PACKING |
| Asb. Gaskets & Packing | Supplied by W.T. ANDREWS |
| | (A.J. Baxter Co.) |

Bernard Estep, 4513 Dover Street Circle, Bradington, FL 34203

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C | OWENS ILLINOIS |
| Kaylo P/C | OWENS CORNING FIBERGLAS |
| Tite Seal Pipe Compound | RADIATOR SPECIALTY CO. |
| Asb. Gaskets & Packing | DURABLA (Distributed and Supplied by |
| | Goodyear Tire & Rubber Co.) |

Charlie Yates, 521 Mill Street, Lincoln Park, MI 48146

| PRODUCTS | MANUFACTURERS |
|---|---|
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Asb. Wrapped/Lined | SWINDELL DRESSLER CO. |
| Heat Treat Furnaces | (Rust International) |

Jerry Parr, 20113 Huron River Drive, Rockwood, MI 48173

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Insulating Cement | GREFCO (General Refractories) |
| Asb. Block Insulation | PLIBRICO CO. |
| Asb. Insulating Cement | PLIBRICO CO. |
| Narcolite Gunning Mix | NARCO |
| | (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by |
| | Standard Fuel Engineering) |
| Asb. Wrapped/Lined | SWINDELL DRESSLER CO. |
| Heat Treat Furnaces | (Rust International) |

LAW OFFICES
AEL B. SERLING, P.C.
)RTH OLD WOODWARD AVE.
SUITE 406
1INGHAM, MICH. 48009
(248) 647-6966

30



WR GRACE-PIQ 006522-110

Donald Dille, 13566 Leroy, Southgate, MI 48195

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C | OWENS ILLINOIS |
| Kaylo P/C | OWENS CORNING FIBERGLAS |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering). |
| Asb. Gaskets & Packing | DURABLA (Distributed and Supplied by Goodyear Tire & Rubber Co.) |
| Asb. Gaskets & Packing | Supplied by W.T. ANDREWS (A.J. Baxter Co.) |
| Asb. Wrapped/Lined Heat Treat Furnaces | SWINDELL DRESSLER CO. (Rust International) |

Walter Chrapko, 13958 Stratford, Riverview, MI 48192

| PRODUCTS | MANUFACTURERS |
|---|---|
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Asb. Gaskets & Packing | Supplied by W.T. ANDREWS (A.J. Baxter Co.) |
| Asb. Wrapped/Lined Heat Treat Furnaces | SWINDELL DRESSLER CO. (Rust International) |

Walker Shumake, 18050 Valade, Riverview, MI 48192

| PRODUCTS | MANUFACTURERS |
|---|---|
| Asb. Wrapped/Lined Heat Treat Furances | SWINDELL DRESSLER CO. (Rust International) |

LAW OFFICES

CHAEL B. SERLING, P.C.

NORTH OLD WOODWARD AVE.

SUITE 406

IRMINGHAM, MICH. 48009

(248) 647-6966

31


WR GRACE-PIQ 006522-111

Lester Pegouskie, 4362 Second Street, Ecorse, MI 48229
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: F.B. Wright

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Narcolite Gunning Mix | NARCO |
| | (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Pioneer Vapor Seal | DAUBERT CHEMICAL CO. |
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets | GARLOCK |
| Klingerite Gaskets | RICHARD KLINGER |
| Asb. Gaskets & Packing | PALMETTO (Greene, Tweed) |
| Asb. Gaskets & Packing | DURABLA (Distributed and Supplied by |
| | Goodyear Tire & Rubber Co.) |
| Asb. Gaskets & Packing | HERCULES PACKING |
| | (WITCO Corp.) |
| Asb. Gaskets & Asb. | |
| Braided Tubing | SEPCO CORP. |

Aubrey Wyatt, 2642 Pinetree, Trenton, MI 48183

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Insulating Cement | GREFCO (General Refractories) |
| Narcolite Gunning Mix | NARCO |
| | (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Tite Seal Pipe Compound | RADIATOR SPECIALTY CO. |
| Asb. Packing | DURAMETALLIC |
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets | GARLOCK |
| Asb. Gaskets & Packing | PALMETTO (Greene, Tweed) |
| Asb. Gaskets & Packing | DURABLA (Distributed and Supplied by |
| | Goodyear Tire & Rubber Co.) |

Roger Schwab, 16509 Burr, Taylor, MI 48180

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C | OWENS CORNING FIBERGLAS |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Lighweight Castable | HARBISON WALKER |
| Zerobestos Cement | STANDARD FUEL ENGINEERING |
| Asb. Furnace Cement | SURE SEAL PRODUCTS CO. |
| Narcolite Gunning Mix | NARCO |
| | (North American Refractories) |
| Asb. Gaskets | GARLOCK |

LAW OFFICES
CHAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH: 48009

(248) 647-6966

32



WR GRACE-PIQ 006522-112

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Asb. Wrapped/Lined | SWINDELL DRESSLER CO. |
| Heat Treat Furnaces | (Rust International) |
| Asb. Gaskets & Packing | Supplied by W.T. ANDREWS |
| | (A.J. Baxter Co.) |

*Jerry Richards, 2205 Glenwood, Trenton, MI 48183-2549
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock,Bigelow-Liptak

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS ILLINOIS |
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Runner Patch and | |
| Expansion Joint Sealers | CHICAGO FIRE BRICK |
| Asb. Block Insulation | PLIBRICO CO. |
| Asb. Insulating and | |
| Finishing Cement | PLIBRICO CO. |
| Insulag Refractory | |
| Cement | QUIGLEY CORP. |
| K-FAC Asb. Block | |
| Insulation | UNITED STATES GYPSUM |
| Checkerlox | BMI INDUSTRIES |
| | (Adience, Inc.) |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. |
| | Fibre Supplied by Rex Roto) |
| Plastic Ins. Cement | STANDARD FUEL ENGINEERING (Asb. |
| | Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Aerogun Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| SK-7 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Micacrete 7 | HARBISON WALKER |
| Asb. Rollboard | HARBISON WALKER |
| Chromepak G | HARBISON WALKER |
| M Block Insulation | KAISER REFRACTORIES |
| Vee Block Mix | KAISER REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by |
| | Standard Fuel Engineering) |
| Zonolite Insulation | W. R. GRACE |
| Zonolite Insulation | Supplied by Boomer Co. |

LAW OFFICES
CHAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009

(248) 647-6966



WR GRACE-PIQ 006522-113

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Asb. Refractories and Castables Supplied by McKee Corporation | KVAERNER, U.S., INC. |

*Phil Torrento, 24720 Little Mack, St. Clair Shores, MI 48080

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Arthur J. Peacock

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Asb. Block Insulation | PLIBRICO CO. |
| Asb. Insulating and Finishing Cement | PLIBRICO CO. |
| Insulag Refractory Cement | QUIGLEY CORP. |
| K-FAC Asb. Block Insulation | UNITED STATES GYPSUM |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Checkerlox | BMI INDUSTRIES (Adience, Inc.) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Aerogun Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| SK-7 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Chromepak G | HARBISON WALKER |
| Vee Block Mix | KAISER REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Zonolite Insulation | W. R. GRACE |

LAW OFFICES

HAEL B. SERLING, P.C.

IORTH OLD WOODWARD AVE.

SUITE 406

MINGHAM, MICH. 48009

(248) 647-6966

34


["



WR GRACE-PIQ 006522-115

*Walter Phillips, 80 Stoner, River Rouge, MI  48418
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Asb. Block Insulation | PLIBRICO CO. |
| Asb. Insulating and Finishing Cement | PLIBRICO CO. |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| SK-7 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Asb. Rollboard | HARBISON WALKER |
| M Block Insulation | KAISER REFRACTORIES |
| Vee Block Mix | KAISER REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Zonolite Insulation | W. R. GRACE |

*Edward Hassenrik, 24614 Orchard Street, Taylor, MI  48180

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Asb. Rollboard | HARBISON WALKER |
| Vee Block Mix | KAISER REFRACTORIES |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Zonolite Insulation | W. R. GRACE |

LAW OFFICES
HAEL B. SERLING, P.C.
ORTH OLD WOODWARD AVE.
SUITE 406
MINGHAM, MICH. 48009
(248) 647-6966

36



WR GRACE-PIQ 006522-116

*John McCluskey, 3946 Stanley, Allen Park, MI 48101

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| SK-7 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Asb. Rollboard | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Zonolite Insulation | W. R. GRACE |

*Pat Keeley, 103 Leroy, River Rouge, MI 48218
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Asb. Block Insulation | PLIBRICO CO. |
| Asb. Insulating and Finishing Cement | PLIBRICO CO. |
| Insulag Refractory Cement | QUIGLEY CORP. |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| SK-7 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Zonolite Insulation | W. R. GRACE |

LAW OFFICES
:HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009
(248) 647-6966



WR GRACE-PIQ 006522-117

*Willie Jenkins, 3340 Webb, Detroit, MI  48236

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Zonolite Insulation | W. R. GRACE |

*Henry Hentnik, 7233 Minock, Detroit, MI 48228
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Coon DeVisser

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS ILLINOIS |
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 85% Mag P/C and Block | ARMSTRONG CORK CO. (Armstrong World Ind.) |
| 85% Mag P/C, Block and Cement | KEASBEY & MATTISON/ TURNER & NEWALL |
| 85% Mag P/C, Block and Cement | MUNDET CORK (Crown Cork & Seal) |
| Calsilite P/C and Block | RUBEROID CO. (Gaf) |
| 7M Cement | RUBEROID CO. (Gaf) |
| 85% Mag P/C, Block and Cement | JOHNS-MANVILLE |
| Thermobestos P/C & Block | JOHNS-MANVILLE |
| 352 Cement | JOHNS-MANVILLE |
| Caltemp P/C and Block | PABCO (Fibreboard) |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/Rapid American) |
| Asb. Mastics | AMCHEM PRODUCTS |
| Asb. Mastics | FLINTKOTE |
| Asb. Wrapped/Lined Turbines & Generators | GENERAL ELECTRIC |

LAW OFFICES
CHAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
IRMINGHAM, MICH. 48009

(248) 647-6966



WR GRACE-PIQ 006522-118

*Bobby Boyd, 4215 - 23rd Street, Wyandotte, Michigan 48192. CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon DeVisser,Brown Insulation

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS ILLINOIS |
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| 85% Mag P/C and Block | ARMSTRONG CORK CO. (Armstrong World Ind.) |
| 85% Mag P/C, Block and Cement | KEASBEY & MATTISON/ TURNER & NEWALL |
| 85% Mag P/C, Block and Cement | MUNDET CORK (Crown Cork & Seal) |
| Calsilite P/C and Block | RUBEROID CO. (Gaf) |
| 7M Cement | RUBEROID CO. (Gaf) |
| 85% Mag P/C, Block and Cement | JOHNS-MANVILLE |
| Thermobestos P/C & Block | JOHNS-MANVILLE |
| 352 Cement | JOHNS-MANVILLE |
| Caltemp P/C and Block | PABCO (Fibreboard) |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/Rapid American) |
| Asb. Mastics | AMCHEM PRODUCTS |
| Asb. Mastics | FLINTKOTE |
| Asb. Cloth | U.S. RUBBER (Uniroyal) |
| Asb. Wrapped/Lined Turbines & Generators | GENERAL ELECTRIC |

Robert King, 14256 Farmington, Livonia, MI
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon DeVisser

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Calsilite P/C and Block | RUBEROID CO. (Gaf) |
| 352 Cement | JOHNS-MANVILLE |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/Rapid American) |

LAW OFFICES
HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 48009
(248) 647-6966

39



Lloyd Akers, 651 Patterson Court, Inkster, MI 48141
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Coon DeVisser

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Calsilite P/C and Block | RUBEROID CO. (Gaf) |
| 352 Cement | JOHNS-MANVILLE |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/Rapid American) |

*Oakley Hatch,1234 Ford Road, Wyandotte, MI  48192
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Coon DeVisser, Brown Insulation

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Calsilite P/C and Block | RUBEROID CO. (Gaf) |
| 7M Cement | RUBEROID CO. (Gaf) |
| 352 Cement | JOHNS-MANVILLE |
| 7M-90 Cement | PHILIP CAREY CO. (Celotex/Rapid American) |
| Asb. Mastics | AMCHEM PRODUCTS |
| Asb. Mastics | FLINTKOTE |

*Vernon Covington,  23231 Williamsburg, Apt. B, Woodhaven, MI
48183
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Arthur J. Peacock

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Paper | RUBEROID CO. (Gaf) |
| Asb. Millboard | RUBEROID CO. (Gaf) |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Asb. Block Insulation | PLIBRICO CO. |
| Asb. Insulating and Finishing Cement | PLIBRICO CO. |
| Insulag Refractory Cement | QUIGLEY CORP. |
| K-FAC Asb. Block Insulation | UNITED STATES GYPSUM |

LAW OFFICES
'HAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 406
RMINGHAM, MICH. 49009

(248) 647-6966

40


WR GRACE-PIQ 006522-120

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| SK-7 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Stic-tite Cement | COMBUSTION ENGINEERING (Supplied by Standard Fuel Engineering) |
| Zonolite Insulation | W. R. GRACE |

*Gordon Wolske, 2152 Pinetree Road, Trenton, MI  48183
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Coon DeVisser, F.B. Wright, Harrison Piping,
Stanley-Carter

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Packing | DURAMETALLIC |
| Asb. Gaskets | FLEXITALLIC |
| Asb. Gaskets | ARMSTRONG CORK (Armstrong World Ind.) |
| Asb. Gaskets | GARLOCK |
| Asb. Gaskets & Packing | ANCHOR PACKING |
| Asb. Gaskets & Packing | PALMETTO (Greene, Tweed) |
| Asb. Gaskets & Packing | ARGO PACKING CO. |
| Asb. Gaskets & Packing | DURABLA (Distributed and Supplied by Goodyear Tire & Rubber Co.) |
| Asb. Gaskets | THE B.F. GOODRICH CO. |
| Asb. Gaskets & Packing | SOUTHERN URETHANE & PACKING CO. |
| Asb. Gaskets | MARLO SEALING CO. |
| Asb. Gaskets & Packing | HERCULES PACKING (WITCO Corp) |
| Asb. Gaskets & Packing | DURABLA (Distributed and Supplied by Goodyear Tire & Rubber Co.) |
| Asb. Gaskets | FLEXITALLIC |
| Klingerite Gaskets | RICHARD KLINGER |
| Asb. Cloth | U.S. RUBBER (Uniroyal) |
| Asb. Insulated Pumps | INGERSOLL-RAND |
| Asb. Insulated Pumps, | |
| Asb. Gaskets & Packing | GOULDS PUMPS |
| Asb. Pipe Insulation, | Supplied by SEAWAY MECHANICAL |
| Asb. Gaskets & Packing | CONTRACTORS, INC. |
| Asb. Pipe Insulation, | |
| Asb. Gaskets & Packing | Supplied by STANLEY-CARTER CO. |

LAW OFFICES
EL B. SERLING, P.C.
TH OLD WOODWARD AVE.
SUITE 406
NGHAM, MICH. 48009
248) 647-6966

41



WR GRACE-PIQ 006522-121

*Clarence Ladwig, P.O. Box 772, Novi, MI 48376
CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOB SITES
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Coon DeVisser, Harrison Piping, F.B. Wright,
Stanely-Carter

| PRODUCTS | MANUFACTURERS |
|---|---|
| Kaylo P/C and Block | OWENS CORNING FIBERGLAS |
| Asb. Packing | DURAMETALLIC |
| Asb. Gaskets | ARMSTRONG CORK (Armstrong World Ind.) |
| Asb. Gaskets | GARLOCK |
| Asb. Gaskets & Packing | ANCHOR PACKING |
| Asb. Gaskets & Packing | PALMETTO (Greene, Tweed) |
| Asb. Gaskets & Packing | ARGO PACKING CO. |
| Asb. Pipe Insulation, | Supplied by SEAWAY MECHANICAL |
| Asb. Gaskets & Packing | CONTRACTORS, INC. |
| Asb. Pipe Insulation, | |
| Asb. Gaskets & Packing | Supplied by STANLEY-CARTER CO. |

LAW OFFICES
AEL B. SERLING, P.C.
RTH OLD WOODWARD AVE.
SUITE 406
INGHAM, MICH. 48009
(248) 647-6966



WR GRACE-PIQ 006522-122

JOB NO.: 2
PERIOD WORKED: Early-Late 1970's, approximately 6 months total
JOBSITE AND LOCATION: McLouth Steel, Trenton, MI
EMPLOYER(S): MLX Corp.
INSULATION CONTRACTOR:

| PRODUCTS | MANUFACTURERS |
|---|---|
| Insulag Refractory Cement | QUIGLEY CORP. |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Plastic Ins. Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| SK-7 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Micacrete 7 | HARBISON WALKER |
| Asb. Lined Hot Toppers | FOSECO, INC. |
| Asb. Lined Hot Toppers | FERRO ENGINEERING (Oglebay Norton) |
| Asb. Lined Hot Toppers | THIEM CORP. |
| Asb. Wrapped/Lined Heat Treat Furnaces | SWINDELL DRESSLER CO. (Rust International) |
| Asb. Wrapped/Lined Heat Treat Furnaces | MIDLAND ROSS (SURFACE COMBUSTION) |

CO-WORKER WITNESSES: The following individuals have been
contacted and it is anticipated that they will be able to
identify the use of some, several or all of the above
identified asbestos product exposures:

**REDACTED**

| PRODUCTS | MANUFACTURERS |
|---|---|
| Insulating Cement | GREFCO (General Refractories) |
| Insulag Refractory Cement | QUIGLEY CORP. |
| Lightweight Castable | HARBISON WALKER |
| Asb. Wrapped/Lined Heat Treat Furnaces | SWINDELL DRESSLER CO. (Rust International) |

*Montague Stover, 2359 Sixth Street, Wyandotte, MI 48192

| PRODUCTS | MANUFACTURERS |
|---|---|
| Insulating Cement | GREFCO (General Refractories) |

LAW OFFICES
HAEL B. SERLING, P.C.
IORTH OLD WOODWARD AVE.
SUITE 406
·MINGHAM, MICH. 48009
(248) 647-6966

43


WR GRACE-PIQ 006522-123

*Charles Pickens, 2139 LeBlanc, Lincoln Park, MI 48146

| PRODUCTS | MANUFACUTURERS |
|---|---|
| Insulag Refractory Cement | QUIGLEY CORP. |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |

*Gale LaBelle, 1943 Lakeview, Trenton, MI 48183

| PRODUCTS | MANUFACTURERS |
|---|---|
| Asb. Lined Hot Toppers | FERRO ENGINEERING (Oglebay Norton) |

*John A. Salisbury, 3350 Covey, Las Vegas, NV 89115-0485

| PRODUCTS | MANUFACTURERS |
|---|---|
| Asb. Lined Hot Toppers | FOSECO, INC. |
| Asb. Lined Hot Toppers | FERRO ENGINEERING (Oglebay Norton) |

*Harry Rhodes, 31764 Hazel, Rockwood, MI 48173

| PRODUCTS | MANUFACTURERS |
|---|---|
| Asb. Lined Hot Toppers | FOSECO, INC. |
| Asb. Lined Hot Toppers | FERRO ENGINEERING (Oglebay Norton) |
| Asb. Lined Hot Toppers | THIEM CORP. |

*Ray Schafran, 30507 West Rd., New Boston, MI 48164

| PRODUCTS | MANUFACTURERS |
|---|---|
| Asb. Lined Hot Toppers | FOSECO, INC. |
| Asb. Lined Hot Toppers | FERRO ENGINEERING (Oglebay Norton) |
| Asb. Lined Hot Toppers | THIEM CORP. |

*John Chittum, 14080 Gayville Rd., P.O. Box 13, LaSalle, MI 48145

| PRODUCTS | MANUFACTURERS |
|---|---|
| Insulag Refractory Cement | QUIGLEY CORP. |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Plastic Ins. Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| SK-7 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |

LAW OFFICES
CHAEL B. SERLING, P.C.
NORTH OLD WOODWARD AVE.
SUITE 405
RMINGHAM, MICH. 48009
(248) 647-6966

44



WR GRACE-PIQ 006522-124

| PRODUCTS CONTINUED | MANUFACTURERS CONTINUED |
|---|---|
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Micacrete 7 | HARBISON WALKER |
| Asb. Lined Hot Toppers | FOSECO, INC. |
| Asb. Lined Hot Toppers | FERRO ENGINEERING |
| | (Oglebay Norton) |
| Asb. Lined Hot Toppers | THIEM CORP. |
| Asb. Wrapped/Lined | SWINDELL DRESSLER CO. |
| Heat Treat Furnaces | (Rust International) |
| Asb. Wrapped/Lined | MIDLAND ROSS |
| Heat Treat Furnaces | (SURFACE COMBUSTION) |

*Beech Cupp, 1722 N. Rasinville Rd., Monroe, MI 48162

| PRODUCTS | MANUFACTURERS |
|---|---|
| Insulag Refractory Cement | QUIGLEY CORP. |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Plastic Ins. Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| SK-7 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Micacrete 7 | HARBISON WALKER |
| Asb. Lined Hot Toppers | FOSECO, INC. |
| Asb. Lined Hot Toppers | FERRO ENGINEERING |
| | (Oglebay Norton) |
| Asb. Lined Hot Toppers | THIEM CORP. |
| Asb. Wrapped/Lined | SWINDELL DRESSLER CO. |
| Heat Treat Furnaces | (Rust International) |
| Asb. Wrapped/Lined | MIDLAND ROSS |
| Heat Treat Furnaces | (SURFACE COMBUSTION) |

LAW OFFICES
HAEL B. SERLING, P.C.
iORTH OLD WOODWARD AVE.
SUITE 406
IMINGHAM, MICH. 48009
(248) 647-6966

45


WR GRACE-PIQ 006522-125

*Robert Madden, 30072 Cherry Hill Road, Garden City, MI 48135

| PRODUCTS | MANUFACTURERS |
|---|---|
| Insulag Refractory Cement | QUIGLEY CORP. |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Plastic Ins. Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| SK-7 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |
| Micacrete 7 | HARBISON WALKER |
| Asb. Lined Hot Toppers | FOSECO, INC. |
| Asb. Lined Hot Toppers | FERRO ENGINEERING (Oglebay Norton) |
| Asb. Lined Hot Toppers | THIEM CORP. |
| Asb. Wrapped/Lined Heat Treat Furnaces | SWINDELL DRESSLER CO. (Rust International) |
| Asb. Wrapped/Lined Heat Treat Furnaces | MIDLAND ROSS (SURFACE COMBUSTION) |

*Tony G. Molinsky, 727 Lincoln, Lincoln Park, MI 48146

| PRODUCTS | MANUFACTURERS |
|---|---|
| Insulag Refractory Cement | QUIGLEY CORP. |
| Litecast 30 | GREFCO (General Refractories) |
| Insulating Cement | GREFCO (General Refractories) |
| Lite Kastite | CHICAGO FIRE BRICK |
| Zerobestos Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Plastic Ins. Cement | STANDARD FUEL ENGINEERING (Asb. Fibre Supplied by Rex Roto) |
| Narcolite Gunning Mix | NARCO (North American Refractories) |
| Insulating Cement | A.P. GREEN REFRACTORIES |
| SK-7 Gunning Refractory | A.P. GREEN REFRACTORIES |
| Castable Block Mix | A.P. GREEN REFRACTORIES |
| Kast-O-Lite | A.P. GREEN REFRACTORIES |
| Lightweight Castable | HARBISON WALKER |

LAW OFFICES
AEL B. SERLING, P.C.
RTH OLD WOODWARD AVE.
. SUITE 406
INGHAM, MICH. 48009
(248) 647-8966

46



NR GRACE-PIQ 006522-126

DOCUMENTATION AS TO ALL EXPOSURES:

Employment records of Plaintiff John Miracle.

Union records of Plaintiff John Miracle.

Any and all business records and product literature of
defendants named in this suit, includes all purchase orders,
invoices, product brochures, insulation manuals, data books,
publications, correspondences, etc.

Custodian of records of defendants named in this suit.

All advertisements, publications and promotions of defendant
manufacturers and distributors in this suit.

Photographs of all identified products.


*Denotes that witness is a Plaintiff in an asbestos action.


_____
RUSSELL R. BEAUDOEN (P41185)
Attorney for Plaintiffs
280 N. Woodward, Ste. 406
Birmingham, MI 48009
(248) 647-6966

DATED: April 23, 2002

LAW OFFICES
AEL B. SERLING, P.C.
RTH OLD WOODWARD AVE.
SUITE 406
INGHAM, MICH. 48009
(248) 647-6966

47



MR GRACE-PIQ 006522-127

**Jeffrey F. Parker, M.D.**
4400 Town Center – Suite 250
Civic Center Drive
Southfield, MI  48075
(248) 354-0730   Fax:  (248) 354-1652

February 22, 2002


Michael Serling, Esq.
280 North Old Woodward
Suite 406
Birmingham, MI  48009
Attn:  Ms. Linda Kelley


**RE:**
**DOB:**
**Social Security Number:**            **REDACTED**

Dear Mr. Serling:

                     was seen in my office on February 22, 2002 for evaluation of asbestos exposure.

**History of Chief Complaints:**

This 51-year-old white male reports that he took a medical retirement from McLouth Steel in 1985.  Prior to that, he worked there for 17-years as a general laborer and scale operator.   He worked around blast furnaces and around pits under machinery. Asbestos exposure came from airborne flaking from overhead pipes and from brake shoes.

**Past Medical and Surgical History:**

Some form of valve surgery was performed in 1968, as well as an aortic valve replacement in 1984.  Currently, he takes Coumadin.

**Family History:**

The patient was born in Michigan.  He is married and has four living children in good health.  One sister is living and in good health.  Both parents are living; his mother with lupus and his father in good health.



WR GRACE-PIQ 006522-128

**REDACTED**

February 22, 2002
Page 2

## Social History:

He indicates that he never smoked. There has been minimal alcoholic intake. At the present time, he works full-time for Kelly Services.

## Review of Systems:

HEENT:       No rhinitis or sinusitis.
Pulmonary:   Patient admits to prior abnormal chest x-rays showing possible asbestosis. His chief pulmonary complaint is shortness of breath.
Cardiac:     No chest pain.
GI:          No current weight loss. No melena.
GU:          No hematuria or dysuria.

## Physical Examination:

Weight: 226-lbs. Height: 5'8". Blood pressure: 135/80. Respiratory rate: 18/min. Pulse: 70/min.

HEENT exam shows good dentition. EOM's are intact. Pharynx is non-injected. Neck is supple. There are no nodes.

Chest shows slightly decreased breath sounds bilaterally.

Heart is in normal sinus rhythm. Aortic valve clicking sound noted. There are no murmurs.

Abdomen is soft and supple. Liver, spleen and kidneys are not felt. There is no guarding or rebound. Bowel sounds are present in all quadrants.

Skin shows no rashes or lesions.

Extremities show no edema, clubbing, phlebitis or cyanosis.

Neurological exam shows that all cranial nerves are intact. Affect is normal. Gross motor and sensory testing is within normal limits.

## Oxygen Saturation:

Resting pulse oxygen is 96%.



WR GRACE-PIQ  006522-129

REDACTED

February 22, 2002
Page 3

**Electrocardiogram:**

Resting EKG is interpreted as being within normal limits.

**Pulmonary Function Tests:**

These tests show decreased lung volumes and decreased diffusion capacity.

**Chest X-ray:**

Chest x-ray shows median sternotomy sutures with probable aortic valve replacement. There are slight increased interstitial markings at the right base.

**Diagnoses:**

The following diagnoses apply in this case:

1. Asbestosis.
2. Status post aortic valve replacement.

**Discussion:**

The patient's history, physical examination, chest x-ray and pulmonary function tests are consistent with a diagnosis of asbestosis with mild physiologic impairment. The patient should be watched for certain thoracic and extra-thoracic malignancies associated with workers who have had exposure to asbestos.


Please do not hesitate to call me at my office, if you have any questions regarding this patient.

Sincerely,

Jeffrey F. Parker, M.D.
Diplomate, American Board of
Internal Medicine and Pulmonary Diseases


JFP/pm



WR GRACE-PIQ 006522-130

JEFFREY F. PARKER, M.D., P.C.
4400 TOWN CENTER SUITE 250
SOUTHFIELD, MICHIGAN 48075

PULMONARY FUNCTION REPORT                    Page 1
(Pre-    Summary)

**REDACTED**                                              **REDACTED**

Name:                                ID #:
Age: 51        Sex: M     Height:  68 in.    Weight: 226 lb.
Smoking history:      pack-years            Race: CAUCASIAN
Doctor: JEFFREY PARKER              Tech: JIM DALTON
Test set started: 02-22-2002  09:27:33
Predicteds: Crapo                  Report: FULL RPT
Comments:


Calibration: 3.00L expected, 3.02L measured.

~~~~~~ FVC ~~~~~~
(Pre-: 02-22-2002  09:35:43)

|            |       |      |      | Best |      | Cons |      | Cons |
| Function   |       | Pred | Meas | %Prd | Meas | %Prd | Meas | %Prd |
|------------|-------|------|------|------|------|------|------|------|
| FVC        | (L)   | 4.62 | 3.80 | 82%  | 3.75 | 81%  | 3.87 | 84%  |
| FEV.5      | (L)   | 2.96 | 2.56 | 87%  | 2.59 | 88%  | 2.44 | 82%  |
| FEV.5/FVC  |       |      | 0.67 |      | 0.69 |      | 0.63 |      |
| FEV1       | (L)   | 3.72 | 2.98 | 80%  | 3.02 | 81%  | 2.90 | 78%  |
| FEV1/FVC   |       | 0.80 | 0.79 | 98%  | 0.81 | 101% | 0.75 | 93%  |
| FEV3       | (L)   | 4.35 | 3.45 | 79%  | 3.47 | 80%  | 3.41 | 78%  |
| FEV3/FVC   |       | 0.94 | 0.91 | 97%  | 0.93 | 99%  | 0.88 | 94%  |
| PEFR       | (L/s) | 8.79 | 9.78 | 111% | 9.20 | 105% | 10.24| 117% |
| FEF25%     | (L/s) | 7.85 | 9.00 | 115% | 8.94 | 114% | 9.15 | 117% |
| FEF50%     | (L/s) | 5.29 | 4.18 | 79%  | 4.47 | 85%  | 3.52 | 67%  |
| FEF75%     | (L/s) | 2.31 | 0.78 | 34%  | 1.01 | 44%  | 0.54 | 23%  |
| FEF25-75%  | (L/s) | 3.72 | 2.83 | 76%  | 3.27 | 88%  | 2.14 | 58%  |
Comments:


~~~~~~ MVV ~~~~~~
(Pre-: 02-22-2002  09:38:45)

| Function  |         | Pred   | Meas   | %Prd |
|-----------|---------|--------|--------|------|
| MVV       | (L/min) | 126.41 | 146.70 | 116% |
| Test time | (sec)   |        | 11.22  |      |
Comments:
MVVest= 89.4 L/min, measured MVV= 164% of MVVest



WR GRACE-PIQ 006522-131

JEFFREY F. PARKER, M.D., P.C.
4400 TOWN CENTER SUITE 250
SOUTHFIELD, MICHIGAN  48075

PULMONARY FUNCTION REPORT                    Page 2
(Pre-    Summary)

Name:    **REDACTED**                    ID #:    **REDACTED**

~~~~~~~~~ FRC/SVC ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
(Pre-:  02-22-2002  09:53:17)

| Function |          | Pred | Meas | %Prd |
|----------|----------|------|------|------|
| SVC      | (L,BTPS) | 4.62 | 4.38 | 95%  |
| ERV      | (L,BTPS) | 1.26 | 1.45 | 115% |
| FRC      | (L,BTPS) | 3.29 | 2.95 | 90%  |
| RV       | (L,BTPS) | 2.03 | 1.50 | 74%  |
| TLC      | (L,BTPS) | 6.64 | 5.88 | 89%  |
| RV/TLC   |          | 0.30 | 0.26 | 87%  |
| IC       | (L,BTPS) | 3.35 | 2.93 | 87%  |
| SVC/FVC  |          |      | 1.15 |      |
| Equil time (min) |  |      | 2.78 |      |
| O2 cons  (L/min) |  |      | 0.27 |      |

Comments:


~~~~~~~~~ DLCO ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
(Pre-:  02-22-2002  09:59:54)

| Function | Pred | Meas | %Prd |
|----------|------|------|------|
| DLCO(ml/m/mm Hg) | 34.34 | 28.89 | 84% |

Comments:

3.00L Cal  ◁
Best ---
Pred ...





WR GRACE-PIQ 006522-132

JEFFREY F. PARKER, M.D., P.C.
4400 TOWN CENTER SUITE 250
SOUTHFIELD, MICHIGAN  48075

PULMONARY FUNCTION REPORT                    Page 3
(Pre-    Summary)

Name:        **REDACTED**                ID #:        **REDACTED**



JEFFREY F PARKER MD PC

Operator: EH

Requested by:
PARKER

REDACTED

22-Feb-2002  10:12:39

# B-Reading Roentgenographic Interpretation

Ella A. Kazerooni, M.D.
Associate Professor
Division of Thoracic Imaging
Department of Radiology
University of Michigan Medical Center

1500 E. Medical Ce
Ann Arbor, MI 481
Phone: (734) 936-4
Fax:   (734) 936-9723
email: ellakaz@umich edu

WR GRACE-PIQ 006522-134

**REDACTED**

Name: **REDACTED**

SS#: _ _ _ - _ _ - _ _ _ _

Date of Birth:

Date of Reading: 10 18 00

---

**1A. DATE OF X-RAY** 07 07 00

**1B. FILM QUALITY** ☒1 2 3 U/R  -If Not Grade 1 Give Reason:

**1C. IS FILM COMPLETELY NEGATIVE?** YES ☐ Proceed to Section 5   NO ☒ Proceed to Section 2

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** YES ☐ COMPLETE 2B and 2C   NO ☒ PROCEED TO SECTION 3

**2B. SMALL OPACITIES**
a. SHAPE/SIZE
PRIMARY: p s / q t / r u
SECONDARY: p s / q t / r u
b. ZONES  R L
c. PROFUSION: 0/- 0/0 0/1 / 1/0 1/1 1/2 / 2/1 2/2 2/3 / 3/2 3/3 3/+

**2C. LARGE OPACITIES** SIZE: O A B C
PROCEED TO SECTION 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** YES ☒ COMPLETE 3B, 3C and 3D   NO ☐ PROCEED TO SECTION 4

**3B. PLEURAL THICKENING**
a. DIAPHRAGM (plaque) SITE: O R ☒
b. COSTOPHRENIC ANGLE SITE: ☒R L

**3C. PLEURAL THICKENING...Chest Wall**
a. CIRCUMSCRIBED (plaque)
SITE: ☒R / O
IN PROFILE i. WIDTH: O A B C / O A B C
ii. EXTENT: 0 1 2 3 / ☒0 1 2 3
FACE ON iii. EXTENT: 0 1 2 3 / O 1 2 3

b. DIFFUSE
SITE: ☒R / ☒L
IN PROFILE i. WIDTH: O A B C / O A B C
ii. EXTENT: 0 1 2 3 / 0 1 2 3
FACE ON iii. EXTENT: 0 1 2 3 / 0 1 2 3

**3D. PLEURAL CALCIFICATION**
SITE: ☒R EXTENT
a. DIAPHRAGM: 0 1 2 3
b. WALL: 0 1 2 3
c. OTHER SITES: 0 1 2 3

SITE: ☒L EXTENT
a. DIAPHRAGM: 0 1 2 3
b. WALL: 0 1 2 3
c. OTHER SITES: 0 1 2 3
PROCEED TO SECTION 4

**4A. ANY OTHER ABNORMALITIES?** YES ☒ COMPLETE 4B and 4C   NO ☐ PROCEED TO SECTION 5

**4B. OTHER SYMBOLS (OBLIGATORY)**
O ax bu ca cn co cp cv di ef em es fr hi ho ☒ ih kl pi px rp tb

Report items which may be of present clinical significance in this section. OD (SPECIFY od.)

Date Personal Physician notified? MONTH DAY YR

**4C. OTHER COMMENTS** S/p median sternotomy & valve replacement

YES ☒ NO PROCEED TO SECTION 5



WR GRACE-PIQ 006522-135

**Jeffrey F. Parker, M.D.**
4400 Town Center – Suite 250
Civic Center Drive
Southfield, MI 48075
(248) 354-0730   Fax: (248) 354-1652

February 22, 2002

Michael Serling, Esq.
280 North Old Woodward
Suite 406
Birmingham, MI 48009
Attn: Ms. Linda Kelley

RE:          **REDACTED**
DOB:
**Social Security Number:**

Dear Mr. Serling:

          was seen in my office on February 22, 2002 for evaluation of asbestos exposure.

**History of Chief Complaints:**

This 51-year-old white male reports that he took a medical retirement from McLouth Steel in 1985. Prior to that, he worked there for 17-years as a general laborer and scale operator.   He worked around blast furnaces and around pits under machinery. Asbestos exposure came from airborne flaking from overhead pipes and from brake shoes.

**Past Medical and Surgical History:**

Some form of valve surgery was performed in 1968, as well as an aortic valve replacement in 1984. Currently, he takes Coumadin.

**Family History:**

The patient was born in Michigan.  He is married and has four living children in good health.  One sister is living and in good health.  Both parents are living; his mother with lupus and his father in good health.

REDACTED



**REDACTED**

February 22, 2002
Page 2

## Social History:

He indicates that he never smoked.  There has been minimal alcoholic intake.  At the present time, he works full-time for Kelly Services.

## Review of Systems:

HEENT:     No rhinitis or sinusitis.
Pulmonary: Patient admits to prior abnormal chest x-rays showing possible asbestosis.  His chief pulmonary complaint is shortness of breath.
Cardiac:    No chest pain.
GI:         No current weight loss.  No melena.
GU:         No hematuria or dysuria.

## Physical Examination:

Weight: 226-lbs.  Height: 5'8".  Blood pressure:  135/80.  Respiratory rate:  18/min. Pulse: 70/min.

HEENT exam shows good dentition.  EOM's are intact.  Pharynx is non-injected.  Neck is supple.  There are no nodes.

Chest shows slightly decreased breath sounds bilaterally.

Heart is in normal sinus rhythm.  Aortic valve clicking sound noted.  There are no murmurs.

Abdomen is soft and supple.  Liver, spleen and kidneys are not felt.  There is no guarding or rebound.  Bowel sounds are present in all quadrants.

Skin shows no rashes or lesions.

Extremities show no edema, clubbing, phlebitis or cyanosis.

Neurological exam shows that all cranial nerves are intact.  Affect is normal.  Gross motor and sensory testing is within normal limits.

## Oxygen Saturation:

Resting pulse oxygen is 96%.



WR GRACE-PIQ 006522-137

**REDACTED**

February 22, 2002
Page 3

**Electrocardiogram:**

Resting EKG is interpreted as being within normal limits.

**Pulmonary Function Tests:**

These tests show decreased lung volumes and decreased diffusion capacity.

**Chest X-ray:**

Chest x-ray shows median sternotomy sutures with probable aortic valve replacement. There are slight increased interstitial markings at the right base.

**Diagnoses:**

The following diagnoses apply in this case:

1.     Asbestosis.
2.     Status post aortic valve replacement.

**Discussion:**

The patient's history, physical examination, chest x-ray and pulmonary function tests are consistent with a diagnosis of asbestosis with mild physiologic impairment. The patient should be watched for certain thoracic and extra-thoracic malignancies associated with workers who have had exposure to asbestos.

Please do not hesitate to call me at my office, if you have any questions regarding this patient.

Sincerely,

Jeffrey F. Parker, M.D.
Diplomate, American Board of
Internal Medicine and Pulmonary Diseases

JFP/pm

WR GRACE-PIQ 006522-138

# MICHAEL B. SERLING, P.C.
*Attorneys and Counselors at Law*

MICHAEL B. SERLING
RUSSELL R. BEAUDOEN
THOMAS A. SMITH
ERIC B. ABRAMSON

280 NORTH OLD WOODWARD AVENUE, SUITE 406
BIRMINGHAM, MICHIGAN 48009

(248) 647-6966 • FAX (248) 647-9630

DOWNRIVER OFFICE
6715 PARK AVENUE • ALLEN PARK, MI 48101
(800) 995-6991

OF COUNSEL
THE LANIER LAW FIRM, P.C.
HOUSTON, TEXAS

OF COUNSEL
PHILIP J. GOODMAN, P.C.

March 9, 2006
Via FedEx Ground

Rust Consulting, Inc.
Claims Processing Department
Re:  W.R. Grace & Co. Bankruptcy
201 S. Lyndale Avenue
Faribault, MN  55021

Re:  Michael B. Serling, P.C. W.R. Grace Claimants

Dear Rust Consulting,

Enclosed for your review please find four boxes of claims for W.R. Grace submitted from the Law Offices of Michael B. Serling, P.C.  Boxes 1 and 2 contain completed W.R. Grace personal injury questionnaires.  Boxes 3 and 4 are clients that did not receive questionnaires for what we believe will qualify as pre-petition W.R. Grace claims.

Enclosed in box 1 please find two lists.  List A contains the clients that have completed questionnaires.  List B contains the clients we believe will qualify as pre-petition claims. If you need any additional information, please do not hesitate to contact me.

Sincerely,

Joel A. Waterstone
Legal Investigator

JAW/cw

Enclosures

cc:    Michael B. Serling, Esq.
       Eric B. Abramson, Esq.

Michael B. Serling, P.C.



WR GRACE-PIQ  006522-139

List A

| | | |
|---|---|---|
| Bellant | William | |
| Betts | Walter | |
| Binkley | William | |
| Bluhm | James | |
| Cain | Joyce | |
| Calille | Edward | |
| Crain | Samuel | |
| Ford | James A. | |
| Leyland | Victor | |
| MacLean | Peter | |
| Mendez | Samuel | |
| Merva | Dennis | |
| Migdalew | Gerald | |
| Moser | Donald | |
| Rickett | Norman | |
| Rogers | Jerry | |
| Stark | Jay | |
| Tryon | Lawrence | |
| Vreeland | Robert | |

Michael B. Serling, P.C.



List B

| | |
|---|---|
| Andrews | Henry |
| Brewer | Homer |
| Briggs | Richard |
| Capps, Jr. | Roger K. |
| Castleman | William G. |
| Cornell | Ronald |
| Croo | Richard P. |
| Davis | William |
| Frederick | James E. |
| Korth | John F. |

**REDACTED**

| | |
|---|---|
| Pastor | Manuel |
| Rank, Jr. | Leland |
| Reed | James A. |
| Reid | Benjamin |
| Schaefer | Albert C. |
| Schmid | Walter |
| Schwandt | Alvin |
| Singo | Paul |
| Thatcker | John H. |
| Whitt | William C. |
| Wilcox | James A. |

From: (Orign ID: (248)647-6966
Carrie Waterstone
Michael B. Serling, P.C.
280 N. Old Woodward
Suite 406
Birmingham, MI 48009



Ship Date: 09MAR06
ActWgt: 16 LB
System#: 5583485/NET2400
Account#: S *********

WR GRACE-PIQ  006522-141

REF:

SHIP TO: (507)333-4300          BILL SENDER

**Claims Processing Department Claims**
**Rust Consulting, Inc.**
**201 S. Lyndale Avenue**

**Fairbault, MN, MN 55021**

Delivery Address Bar Code



**STANDARD OVERNIGHT**          **FRI**

Deliver By:
10MAR06

TRK# **7903 4978 2793**    FORM
                            -0201

**RST**    **AA**

**55021**   -MN-US
ASR



XX OWAA

---

Please fold this document in half and place it in the waybill pouch affixed to your shipment so that the barcode portion of the label can be read and scanned.
***WARNING: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional
billing charges, along with the cancellation of your FedEx account number.
    1. Fold the printed page along the horizontal line.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be
responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you
declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide
apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other
forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed
actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our
Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.