IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | Related Docket No. |
| | ) | |

### ORDER GRANTING DEBTORS' MOTION TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS REPRESENTED BY GOLDBERG PERSKY & WHITE P.C. AND MICHAEL B. SERLING, P.C. TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

Upon consideration of the Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented by Goldberg Persky & White P.C. and Michael B. Serling, P.C. to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (the "Motion") and due and adequate notice having been given under the circumstances; and it appearing that no further notice need be given; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that the relief requested herein is in the best interests of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that any and all objections to the Questionnaire lodged by the Goldberg Persky & White P.C. and the Michael B. Serling, P.C. Claimants are overruled; and it is further

91100-001\DOCS_DE:122650.1

5

ORDERED that the Claimants directed to provide the required information on or before January 12, 2007; and it is further

ORDERED that this Court shall retain exclusive jurisdiction to enforce the terms of this Order.


Dated: _____, 2006

                                              _____
                                              The Honorable Judith K. Fitzgerald