# Exhibit A

*Claims Filed by COONEY & CONWAY*

| Claimant Name |
| --- |
| ANDERSON, JAMES |
| ASAUSKAS, STEVEN |
| ASIRE, WILLIAM |
| AUBERG, DONALD |
| BAINTER, CHARLES |
| BATTAGLIA, CARMEN |
| BERGER, KENNETH |
| BERNHAGEN, RICHARD |
| BILEK, JAMES |
| BISSING, VICTOR |
| BLAIR, RUSSELL |
| BOWENS, ROBERT |
| BOYER, FRANK |
| BOYSEN, GEORGE |
| BRENNER, LAWRENCE |
| BROSE, WILLIAM |
| BRUHN, JAMES |
| BUCK, PHILIP |
| BUCK, WILLIAM |
| CASSIDY, ROBERT |
| CASTELLANO, EMILIANO |
| CAVE, GLENN |
| CAVENDER, BEVERLY |
| CHEESMAN, OSCAR |
| CHILDS, JOE T |
| CLAUSER, EDWIN |
| CONRAD, DENNIS |
| COX, JAMES |
| CRAIG, THOMAS |
| CULLNAN, BERNARD |
| CUMMINGS, ROBERT E |
| CUSICK, CHARLES |
| DAILL, GARLAND |
| DAVIDSON, BERNARD |
| DETTMAN, DAVID |
| DEVRIES, ROBERT |
| DINSE, KARL |
| DOEBLER, CHARLES |
| DOMME, JAMES |

*Duplicate claims have not been excluded*

*Claims Filed by COONEY & CONWAY*

| Claimant Name |
| --- |
| DORUSKA, CHARLES |
| DOYLE, MICHAEL |
| DRESBACK, KENNETH |
| DREWS, HERBERT |
| DUFFY, ARTHUR |
| EDMISON, DOYAL |
| EGGERT, DONALD |
| ENGVALL, GERALD |
| ERICKSON, MELVIN |
| ESSERT, HERBERT |
| FAILING, HARVEY |
| FORD, HOWARD |
| FRALEY, BRUCE |
| GALUPI, WILLIAM |
| GANNON, JOHN |
| GASTEIR, FRED |
| GATES, HARRIS |
| GERACI, PASQUALE |
| GERAGHTY, DONALD |
| GOOD, IVAN |
| GRASTY, PAUL |
| GREENWALD, ALBERT |
| GREGG, HOWARD |
| GRIFFIN, BILLY |
| GROSS, JOHN |
| GUARINO, THOMAS |
| GULYAS, JOSEPH |
| GYOERKOES, WILLIAM |
| HAYMAN, JOHN |
| HEAVRIN, DENNIS |
| HEJZA, ROGER |
| HOLLY, JOHN |
| HOPKINSON, ROGER |
| HOSMAN, GERALD |
| HUNT, JOHN |
| HUNTER, JAMES |
| INDELICATO, RICHARD |
| JACKSON, JOSEPH |
| JANISZEWSKI, THADDEUS |

*Duplicate claims have not been excluded*

*Claims Filed by COONEY & CONWAY*

| Claimant Name |
| --- |
| JENKINS, CHARLES |
| JERMAL, RICHARD |
| JIRASEK, THOMAS |
| JOHNSON, FRED |
| JOHNSON, RAYMOND |
| JORDAN, SHOLE |
| JUNIUS, JOHN |
| KAMINSKAS, DANIEL |
| KANIA, RICHARD |
| KATHALYNAS, EDWARD |
| KEC, ROBERT |
| KELLY, GARY |
| KENDALL, GEORGE |
| KLEMENCIC, JOSEPH |
| KLUTTS, JAMES |
| KOWALSKI, HUBERT |
| KRAJNIAK, HARRIETTE |
| LAITY, RUSSELL |
| LAKE, JOHN |
| LANASA, SALVATORE |
| LANGE, LEONARD |
| LAPENTA, RONALD |
| LENTZ, WILEY |
| LEOHR, ALLEN |
| LITT, RONALD |
| LUCCHESI, ALDO |
| LUPO, JOSEPH |
| MANGANO, SAMUEL |
| MANSKE, RONALD |
| MANTA JR, PAUL |
| MARTIN, WALTER |
| MASTERSON, KENNETH |
| MAY, JAMES |
| MCARTHUR, ROBERT |
| MCLEOD, LEE |
| MILLER, DYE |
| MORENCY, RAYMOND |
| MORRIS, DONALD |
| NESBITT, WILLIAM |

*Duplicate claims have not been excluded*

*Claims Filed by COONEY & CONWAY*

| Claimant Name |
| --- |
| NICKLAS, RICHARD |
| NOVAK, EUGENE |
| OHEIR, JOHN |
| ONEIL, NEAL |
| PACHOLSKI, LEONARD |
| PALUCKI, TED |
| PARTAIN, JOHN |
| PASOWICZ, CLIFFORD |
| PERONE, LOUIS |
| PETERSON, WILLIAM |
| PIERSON, ALLEN |
| PLUMLEE, BILLIE |
| PORTER, CULLEN |
| PSOTA, LADDIE |
| RASMUSSEN, GEORGE |
| REXROTH, EDWARD |
| RICE, EDWARD |
| RICKER, RICHARD |
| RIESTERER, JOSEPH |
| ROACH, THOMAS J |
| ROBERTS, DAVID |
| ROCHE, TIMOTHY |
| ROISAN, ARTHUR |
| ROSE, FREDERICK |
| ROSSI, PHILIP |
| SAMIEK, RICHARD |
| SCHREIBER, CECIL |
| SCHULTZ, LLOYD |
| SCHWARZ, ROBERT |
| SEGIET, JEROME |
| SENDRA, STANLEY |
| SERSEN, EDWARD |
| SEWALL, RALPH |
| SIMPSON, CLARK |
| SMITH, FRANCIS |
| SMOLARCZYK, WALTER |
| SMUTKO, JOHN P |
| SOOS, RONALD |
| SOUREK, JAMES |

*Duplicate claims have not been excluded*

*Claims Filed by COONEY & CONWAY*                                5

| Claimant Name |
| --- |
| SPALTON, WILLIAM |
| SPRENZEL, MATTHEW |
| STANIL, GEORGE |
| STANLEY, ROBERT |
| STUART, LYNN |
| SURMA, CHARLES |
| SWITZER, DONALD |
| TARNOW, ROBERT |
| TATERA, NORMAN |
| THEINER, HENRY |
| THIESING, ALBERT |
| THOMAS, ROWLAND |
| TOPLAK, FRANK |
| TRANCHIDA, FRANK |
| TURK, RICHARD |
| TURK, THOMAS |
| TURNER, FREDERICK |
| ULBRICH, EARL |
| VANSACH, JOHN |
| VOGELER, KENNETH |
| VOKATY, RICHARD |
| WALKER, VERNE |
| WAYNE, CASMER |
| WERNER, ARTHUR |
| WERNER, HUB |
| WILLIAMS, COY |
| WILSON, HENRY |
| WILSON, MORTIMER |
| WIRTALA, WALFRID |
| WISE, HERBERT |
| WOLF, RICHARD |
| WYMAN, CLARENCE 0 |
| YADRON, ANTON |
| ZIMMERMAN, ROBERT |
| ZIULEK SR, MATTHEW |

*Duplicate claims have not been excluded*