# Exhibit A

**Claims Filed by LIPSITZ & PONTERIO LLC** 1

| Claimant Name |
|---|
| ADAMEC, TERRY L |
| ADAMS, ROGER L |
| ANDOLINO, JOSEPH |
| ANGELONE, EMMETT P |
| ANGSTADT, RICHARD L |
| ANTHONY, HENRY |
| ARCARISI, RUDOLPH J |
| ARTLEY, RONALD J |
| BALLARD, ROGER W |
| BARBER, PAUL |
| BARONE, ROBERT A |
| BAUMAN, DONALD |
| BECKER, FRANK P |
| BENSON, LELAND |
| BIENKO, JAMES |
| BIGGINS, THOMAS |
| BISCHOFF, KARL |
| BLACK, ROGER |
| BOARD SR, KENNETH W |
| BORGSTROM, WILLIAM E |
| BOWES, ROBERT J |
| BROLINSKI, ROBERT |
| BROWN JR, JAMES M |
| BROWNE, PETER A |
| BRULE, RALPHFERD |
| BRUNNER, DAVID |
| BRYDGES, HARRY |
| BURKA, ROBERT J |
| BUROW SR, RALPH F |
| BUTLER, BLAKE |
| CAREY, JOSEPH A |
| CARLSON, FREDERICK S |
| CARTER SR, FRANKLIN R |
| CASERO, EMILIO |
| CASSIOL, ROBERT |
| CATANZARO, VINCENT |
| CENTRO, ROBERT W |
| CHAIT, GERALD |
| CHESS, SAM E |

**Duplicate claims have not been excluded**

*Claims Filed by LIPSITZ & PONTERIO LLC* 2

| Claimant Name |
|---|
| CHRZONOWSKI, RICHARD |
| CILANO, NICHOLAS R |
| CLABEAUX, RICHARD |
| CLEVELAND, ROY W |
| COLANTINO, H R |
| CONFER, JAMES R |
| COON, CARLTON D |
| COOPER, LEONARD L |
| COOROS, JAMES J |
| COSTANZO, JOSEPH |
| CRAW, KENYON |
| CRAWFORD, RICHARD |
| CUMPSTON, JERRY M |
| CUNNINGHAM, OTIS T |
| DAHN, RICHARD W |
| DAVIS, ALLEN M |
| DAY, LAWRENCE E |
| DEBO, DENNIS |
| DECLERK, ROBERT C |
| DEGEORGE, KENNETH J |
| DELISLE, PETER A |
| DEMUN, SHERMAN |
| DESITO, MARIO |
| DEVINE, OWEN B |
| DIBBLE, RONALD I |
| DILLEMUTH SR, FRED |
| DIXON, ROBERT F |
| DOLCE, GERALD J |
| DOMBLEWSKI, RAYMOND |
| DUEMMEL, DAVID |
| DURANTE, SALVATORE |
| DYCK, FRANK J |
| EMERSON, EUGENE |
| ENSER, JAMES |
| ERTL, DAVID W |
| EZZO, MARTIN L |
| FAIELLO, UMBERTO R |
| FARABELL, LOUIS D |
| FAULIS, JOHN J |

*Duplicate claims have not been excluded*

*Claims Filed by LIPSITZ & PONTERIO LLC*  3

| Claimant Name |
| --- |
| FETZER, SANFORD |
| FIGURA, HENRY |
| FOGAL, BURTON C |
| FONDA, HARVEY R |
| FONDA, HOWARD L |
| FRANCIS, GERGELY L |
| FRIEDMAN, RICHARD L |
| FUCHS, RICHARD J |
| FUCHS, ROBERT P |
| FUCHS, RONALD |
| GALBRAITH, GARY L |
| GERARDI, ROBERT A |
| GHIANDONI, GETULIO |
| GILTINAN, MORRIS |
| GOLBA, JACOB C |
| GORDON, PAUL |
| GRECO, MICHAEL A |
| HARRINGTON JR, CHARLES G |
| HARTMAN, VINCENT |
| HECHT, MAYNARD J |
| HEIMAN, DOUGLAS |
| HENNEMAN, JOHN |
| HILLIKER, ROBERT O |
| HOFMANN, WALTER |
| HOPPEL, RICHARD G |
| HUTH, DANE |
| IZZO, CAROLINE |
| IZZO, JOSEPH A |
| JACKSON, DONALD J |
| JANUS, JOSEPH A |
| JOHNPIER, CHARLES |
| JURZYSTA, HEINRICH J |
| KELLER, NORBERT C |
| KELLY, DONALD C |
| KIEFER, RICHARD W |
| KINEL, SAM |
| KIRSHLER, WALTER |
| KNOOF, JERRY W |
| KNOPH JR, JOHN C |

**Duplicate claims have not been excluded**

*Claims Filed by LIPSITZ & PONTERIO LLC* 4

| Claimant Name |
|---|
| KOGLER, LEO |
| KOWALAK, RAYMOND |
| KRAFFT, GERMAIN G |
| KRESS, EUGENE |
| KREZMIEN, LAWRENCE J |
| KUHLS, WILLIAM |
| KULAS, CHESTER H |
| LARMON, FRANCIS H |
| LARSON, WALLACE C |
| LASS, DAVID C |
| LAVORATO SR, FRANK |
| LAWSON, GRACE A |
| LAWSON, JOHN R |
| LEACH, JAMES J |
| LEBER, THEODORE M |
| LICHTENBERGER, DONALD |
| LIVOLSI, SANTO B |
| LONG JR, EDWARD W |
| LYONS JR, FRANCIS P |
| LYONS, RONALD J |
| MACARI, ORESTE B |
| MAILLET, JOSEPH A |
| MANAHER, JAMES |
| MANTIONE, RUSSELL J |
| MARTIN, HOWARD |
| MARTIN, RAYMOND |
| MARZEC, RAYMOND |
| MASON, EDWARD C |
| MCBRIDE, WILLIAM R |
| MCCABE, CHARLES J |
| MCCLEAN, GERALD J |
| MCGANN, THOMAS |
| MCGUIRE, WILLIAM J |
| MCLAUGHLIN, JOSEPH F |
| MCLELLAND, GORDON M |
| MCPARLAND, KATHLEEN |
| MELSKI, PATRICK J |
| MELSKI, WILLIAM P |
| MEYER, LESTER F |

**Duplicate claims have not been excluded**

*Claims Filed by LIPSITZ & PONTERIO LLC* 5

| Claimant Name |
|---|
| MIKULA, WALTER P |
| MILLER, DAVID L |
| MINTZ, JOHN |
| MIRABELLA, EUGENE T |
| MITRANO, ANDREW |
| MOORE, HOWARD J |
| MOORE, JOHN E |
| MORAWSKI, RICHARD J |
| MORELLE, GILBERT |
| MOSCOVIC, STEVEN |
| MOSHER, WALTER L |
| MULHOLLAN, CLEAVE E |
| MULVIHILL, RICHARD A |
| MURZIN, CHARLES |
| NAGY, STEVEN F |
| NASISI, GAETANO |
| NELSON, CHARLES B |
| NICOSIA, JOSEPH |
| OBRIEN, JOSEPH J |
| OLEK, STEVE |
| ONEIL, JOSEPH R |
| ONEILL, KEVIN P |
| OPACZEWSKI, RICHARD |
| OTTO, RAYMOND J |
| OWENS, FLOYD I |
| OWENS, JACK M |
| PALADINO, PASQUALE |
| PAPAJ, ADAM R |
| PARNELL, JOHN |
| PATTERSON, ROBERT |
| PAWELSKI, FLORIAN |
| PAZDA, WALTER A |
| PERSICO, RICHARD V |
| PESCHIO, JOHN J |
| PETITT, RUSSELL J |
| PFEFFER, EDWIN G |
| PFEIFFER, MILTON |
| PHELAN, THOMAS J |
| PHILLIPS JR, CHARLES H |

**Duplicate claims have not been excluded**

*Claims Filed by LIPSITZ & PONTERIO LLC* 6

| Claimant Name |
|---|
| PHILLIPS, SAMUEL |
| PIECHOWICZ, RICHARD R |
| PLANT, ROBERT |
| PRINCE, RAYMOND |
| PSCHIRRER, THOMAS J |
| PULCINI, FRANK |
| RABER, ARTHUR J |
| RADTKE, CHARLES |
| RAY, HARVEY L |
| RAYMER, FREDERICK H |
| REBESCHER, RICHARD P |
| REELE, PETER |
| REEVES, RICHARD J |
| REICHENBACH, LEWIS |
| REIFORD SR, CHARLES |
| RICE, DONALD C |
| RICE, THEODORE |
| ROBERTS, EDWARD J |
| ROGALSKI, TOBIAS J |
| ROGERS, JOHN J |
| ROSS, FREDERICK J |
| ROUSELLE, RAYMOND |
| RUCKDESCHEL, JACK C |
| RUHLAND, RUSSELL |
| RYAN, JOHN |
| SALAMONE, MICHAEL C |
| SALAMONE, RICHARD |
| SALAMONE, VINCENT J |
| SALVO, SAMUEL M |
| SANDY, MITCHELL |
| SARGENT, CLYDE |
| SCHAEFFER, DANIEL |
| SCHROEDER, WILLIAM |
| SCOTT, PETER |
| SEIBERT, JOHN |
| SETTER, DONALD G |
| SHARPE JR, RICHARD E |
| SHINE, PATRICK J |
| SHUMATE, ROBERT J |

*Duplicate claims have not been excluded*

*Claims Filed by LIPSITZ & PONTERIO LLC*  7

| Claimant Name |
|---|
| SIMME, JEROLD A |
| SLOCUM, THOMAS |
| SMALLEY, KENNETH W |
| SMITH, CHARLES F |
| SMITH, KENNETH J |
| SMITH, MAURICE D |
| SMITH, RICHARD A |
| SNYDER, ROBERT J |
| SONNEVILLE, ELMER |
| SPENCER, MARTIN D |
| SPENCER, ROBERT R |
| SPICER, JAMES R |
| SPRADA, ROBERT |
| STEPHAN, HAROLD |
| STEVENS, KARMEN |
| STITT, MICHAEL |
| STOCK, DOUGLAS C |
| STOCKLOSA, JOSEPH T |
| STROEBEL, GEORGE A |
| STRZELCZYK, TERRY |
| STUEBCHEN, JACK R |
| STUTZ, ROBERT L |
| STYBAK, RICHARD C |
| SWAIN, KENNETH |
| SZOSTAK, ALEX |
| TAKACS, VIOLA D |
| THURLEY, RICHARD A |
| TRENDELL, ALBERT T |
| TRENDELL, CHARLES R |
| TURNER, LEAMON |
| TURNER, RONALD J |
| VANNI, RICHARD J |
| VELIE, WALTER |
| VENTRESCA, ANTONIO |
| VOGEL, FRANK |
| VOLPE, ANGELO F |
| VOORHEES, EDWIN E |
| WAHLSTROM, PAUL A |
| WALLO, JOSEPH L |

*Duplicate claims have not been excluded*

*Claims Filed by LIPSITZ & PONTERIO LLC* 8

| Claimant Name |
|---|
| WEISHAAR, DONALD R |
| WILLIAMSON, IRA |
| WOSSNER, AUGUST F |
| WROBLEWSKI, DANIEL |
| YANNI, JOHN B |
| YUNKE, ROGER R |
| ZAGARRIGO, SALVATORE |
| ZEDONIS, JOSEPH |
| ZEMKE, DONALD C |

*Duplicate claims have not been excluded*