# Exhibit A

*Claims Filed by THORNTON & NAUMES LLP*                    1

| Claimant Name |
| --- |
| ABBOTT, JOHN G |
| ACHORN, ARTHUR W |
| ACQUAVIVA, GEORGE |
| ADAMS, LOUIS M |
| ADAMSON, HUGH |
| AHERN, GEORGE F |
| AHERN, WILLIAM F |
| ALBERTI, ANTHONY J |
| ALEXANDER, FRANCES |
| ALFONSO, LOUIS |
| ALIBOZEK, FREDERICK A |
| ALLAN, FREDERICK A |
| ALMEIDA, ROGER |
| ALOSI, FRANCIS V |
| AMBROSE, PETER |
| ANDRADE, EDWARD J |
| ANDREUCCI, JOHN J |
| ANDREWS JR, ROBERT E |
| ANDREWS, DONALD R |
| ANTONELLIS, CARMINE C |
| ARCAND, ROBERT C |
| ARCESE, WALLACE B |
| ARCHAMBAULT, FERNAND |
| ARCHIE, MCKINLEY |
| AREL, ROBERT F |
| ARMSTRONG, JOHN R |
| ARMSTRONG, ROBERT W |
| ATKINSON, HIRAM |
| AUSTIN, CLARENCE J |
| AUSTIN, GEORGE R |
| AUSTIN, KING E |
| AYOTTE, ROBERT |
| BACHAND, PAUL P |
| BAGLIO, RITA |
| BALZARINI, CHARLES A |
| BANASIESKI, RICHARD S |
| BARBACKI, ARTHUR R |
| BARBER SR, EUGENE |
| BARBER, PHILIP D |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| BARBIERI, SALVATORE |
| BARONI, WILLIAM |
| BARRESI, NUNZIO |
| BAUER, WILLIAM H |
| BAUMILLER, KENNETH |
| BECKWITH, SPENCER C |
| BEDUGNIS, BENJAMIN |
| BELIVEAU, HENRY |
| BELL, RUSSELL C |
| BENTLEY, ARTHUR D |
| BERGERON, ALBERT B |
| BERGERON, JOSEPH R |
| BERGERON, ROBERT B |
| BERNARD, GABRIEL R |
| BERTE SR, PETER J |
| BERUBE, ROBERT |
| BIEDA, WILLIAM J |
| BIGELOW, GEORGE J |
| BINKLEY, FREDERICK |
| BLAIR, ERNEST H |
| BLAKE, JOHN J |
| BLANEY, RICHARD P |
| BLANQUART, PAUL D |
| BLEFARI, ANTONIO V |
| BOHMBACH, WILLIAM |
| BONAIUTO, RUDOLPH P |
| BONOCORE, JOHN F |
| BOUCHER SR, PAUL A |
| BOURASSA, HENRY |
| BOUSQUET, RICHARD |
| BOWES, ARTHUR L |
| BOYLE, WILLIAM R |
| BRAICA JR, JAMES L |
| BRANLEY, JAMES B |
| BRAZEAU, RICHARD A |
| BREAULT, ALME J |
| BRILL JR, NOIEL R |
| BROCHU, CAMIL A |
| BROCHU, RAYMOND E |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*                           3

| Claimant Name |
|---|
| BROWN, GORDON R |
| BROWN, LAWRENCE J |
| BROWN, RICHARD O |
| BRUNI, PETER R |
| BUCHANAN, FRANCIS R |
| BUCKLEY, PAUL J |
| BUCKMAN, WARREN H |
| BUDREWICZ, ROBERT |
| BURKE, MICHAEL P |
| BURKE, THOMAS |
| BURNS, PATRICK J |
| BYRNE, EDWARD J |
| CABANA, MAURICE R |
| CADARIO, ELIZABETH A |
| CAIRNS, CAULDON C |
| CALNAN, KEVIN J |
| CALO, RUBEN G |
| CAMERON, LEON H |
| CAMPBELL, RAYMOND F |
| CANADY, JOHN P |
| CANDILORO, JOSEPH |
| CANDLISH SR, JAMES S |
| CANNATA, PAUL A |
| CAPPOLA, ALFRED J |
| CARAMANICA SR, JOHN C |
| CARDALISCO, ROCCO A |
| CARDOZA, DAVID J |
| CARDOZA, FILENIO J |
| CAREY, ELLIOT J |
| CARLOZZI, ANTHONY J |
| CARLSON, WILLIAM B |
| CARMICHAEL, ROBERT B |
| CAROTA, ROSE |
| CARPENTER, BYRON |
| CARPENTER, WILLIAM G |
| CARR, MARIE E |
| CARRIGAN, JEROME |
| CARROLL, EDWARD |
| CARUSO, GERTRUDE |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*    **4**

| Claimant Name |
| --- |
| CASEY, HAROLD C |
| CASHMAN SR, KENNETH |
| CATALANO, PATRICK J |
| CERRONE, PETER A |
| CHAGNON, EDWARD C |
| CHAMPAGNE, ROBERT O |
| CHAMPIGNY, PAUL |
| CHAPPELL, FRANK O |
| CHARRON, LARRY |
| CHEEVERS, ALBERT C |
| CHESSA, WALTER S |
| CHEYNE, JAMES |
| CHRISTIE, LAWRENCE |
| CHRZANOWSKI SR, LOUIS |
| CIAPETTI, ERNEST |
| CILLI, ANTHONY A |
| CLANCY, ROBERT H |
| CLARK SR, LEWIS W |
| CLARKE JR, WILLIAM H |
| CLARKSON, LAWRENCE E |
| CLOUTIER, RAYMOND J |
| CODERRE, FERDINAND A |
| COFFIN, HAROLD R |
| COFFRON JR, FORREST R |
| COLBY, JAMES J |
| COLELLO, LEONARD A |
| COLEMAN, DONALD E |
| COLLINGS, ALBERT E |
| COLLINS, CHARLES SR H |
| COLLINS, JOSEPH A |
| COLLINS, RICHARD J |
| COLUMBRO, GERALD |
| CONNOLLY, LEO P |
| CONTINO, LOUIS |
| COOPER, CHARLES E |
| CORCORAN, JOHN J |
| CORMIER, LLOYD J |
| COSTA, JOSEPH |
| COURNOYER JR, EDMUND R |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*

| Claimant Name |
| --- |
| COUTURE, ROBERT |
| COWAN, HENRY |
| CRAWFORD, JAMES |
| CRESCENZO, PETER |
| CROSIER, EARL |
| CROSSMAN, RICHARD E |
| CROTEAU, RONALD W |
| CUCCHIARA, VITO |
| CUDDIHY, PAUL SR J |
| CUGINI, JOSEPH C |
| CULLEN, KEVIN D |
| CURRAN, JAMES M |
| CURRAN, JOHN W |
| CURTIN, THOMAS J |
| CUSICK, BARBARA |
| CUTONE, ANTONIO |
| DAGOSTINO, FRANK A |
| DALESSANDRO, NICHOLAS P |
| DALEY, EDWARD |
| DALEY, WILLIAM L |
| DALTON, PRISCILLA C |
| DALTON, RICHARD |
| DAVIES, HENRY R |
| DAVIS, WILLIAM F |
| DEADY, ROBERT W |
| DEANGELIS, CARMEN |
| DEBERARDINIS, EUGENE J |
| DECARLO, AUGUSTINE J |
| DECOSTE JR, HAROLD J |
| DEJORDY, HENRY |
| DELANEY, JAMES A |
| DELMONICO, ALBERT A |
| DELPHIA, RAYMOND J |
| DELUCA, MARIO C |
| DELUCA, SALVATORE F |
| DEMAGGIO, SYLVESTER J |
| DEMELO, LUIS |
| DEMONTE, DOMENIC A |
| DENINNO, GUIDO |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| DENNIS, LOIS M |
| DEPAULO, STEPHEN H |
| DEREN, VINCENT A |
| DEROSA, RAYMOND |
| DERY, HENRY |
| DESHLER, ROBERT C |
| DEVINCENT, JOHN J |
| DEVINCENTIS, ALBERT W |
| DIAS, WALLACE |
| DICICCO, THOMAS |
| DIEOREO, DOMENICA A |
| DIGGIN SR, JOHN J |
| DIGREGORIO, ROCCO |
| DILORENZO, MARY F |
| DINICOLA, JUSTIN J |
| DITOCCO, ROBERT D |
| DITOMASSO, PIETRO |
| DIXON SR, GILBERT W |
| DIXON, FRANK |
| DOLLAR, WILLIAM |
| DONAHUE, KEVIN P |
| DONALD, WILLIAM |
| DONATO, JAMES A |
| DONNELLY, MICHAEL J |
| DONNELLY, WILLIAM J |
| DONOFRIO, LAWRENCE |
| DONOVAN JR, DANIEL D |
| DOYLE, PHYLLIS T |
| DRAKE, ROBERT A |
| DRESS, ROBERT L |
| DRISCOLL, JOHN V |
| DUBOIS SR, THOMAS A |
| DUCHESNE, JACQUELINE |
| DUCHESNE, PAUL |
| DUFF, JAMES J |
| DUFFNEY, GEORGE |
| DUMAS, RICHARD |
| DUNTON, PAUL D |
| DUPEE, HAROLD R |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*

| Claimant Name |
| --- |
| DUPREY, NORMAN J |
| EAGER, ROBERT |
| ECKERT, KENNETH J |
| EDGARTON, COLLIN |
| ELDRIDGE, ERNEST A |
| ELIAS, LOUIS H |
| ELLIOTT, JOHN F |
| ENNIS, ROBERT A |
| ETHIER, ROBERT E |
| FABBRI, LIBERO J |
| FABIANO, ROCCO |
| FACHINI, JOSEPH |
| FAHEY, MICHAEL J |
| FAHEY, MILDRED |
| FAHEY, RAYMOND |
| FAUREAU JR, LOUIS |
| FAVREAU, LOUIS W |
| FAWE, ALLEN C |
| FEDERICO, MARIO |
| FELIX, RAYMOND JR |
| FENNELL, HAROLD |
| FERGUSON, DOUGLAS J |
| FERGUSON, GERALD F |
| FERRELLI, JOHN SR |
| FESTA, ANTHONY A |
| FIERRO, JOSEPH N |
| FILIATRAULT, J P |
| FINCH, ROBERT A |
| FINK, JULIUS |
| FIORE, EDWARD |
| FIORE, RALPH |
| FIRCZAK, JOHN |
| FISHER, JAMES R |
| FITZGERALD, JOHN J |
| FITZGERALD, WILLIAM P |
| FITZPATRICK, JAMES P |
| FLYNN, GEORGE E |
| FOGG, KENNETH B |
| FOLAN, PATRICK |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*

| Claimant Name |
| --- |
| FOLEY SR, JOHN W |
| FOLEY, EDWARD J |
| FONSECA JR, MANUEL J |
| FORBES, WILLIAM H |
| FORTE, LAWRENCE J |
| FORTIN, ROGER |
| FORTUNA, ALBIN J |
| FREDA, PASQUALE P |
| FREEMAN, RICHARD E |
| FRENCH, MERLE L |
| GAGNE, DONALD L |
| GAGNE, GEORGE L |
| GAGNON, CLAIRE L |
| GALLAGHER, EDWARD A |
| GALLAGHER, EDWARD J |
| GALVIN, ROBERT W |
| GARBETT, WILLIAM P |
| GARDINER JR, WILLIAM F |
| GARDNER JR, EDWARD A |
| GATELY JR, MATTHEW J |
| GATELY, WILLIAM C |
| GAYLORD, CHARLES H |
| GEEVER, DAVID W |
| GEISLER, CARL |
| GENNARI, VASCO J |
| GENOVESE, ANTHONY E |
| GENOVESE, DOMINIC |
| GENTILE, STEPHEN |
| GERMANO, PHILIP L |
| GERRY, VINAL P |
| GIDDINGS, GEORGE A |
| GIES, LOUIS E |
| GIGNAC, HAROLD C |
| GILLAN, PHILIP |
| GILLIS, BERNARD J |
| GIONET SR, PAUL J |
| GIORDANO, ANGELO F |
| GLEASON, ROBERT H |
| GLENNON, RONALD |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*

| Claimant Name |
| --- |
| GLINIEWICZ, VICTOR F |
| GLYNN JR, KEVIN |
| GOBER, ROBERT |
| GODDARD, WILLIAM J |
| GODINO, ROBERT |
| GOLDBERG, GEORGE |
| GOMES, RICHARD J |
| GONYER, PAUL E |
| GORACHY, PAUL |
| GORDON, WARREN |
| GRACE, ROBERT W |
| GRAFTON, ROBERT J |
| GRAHAM, GEORGE S |
| GRAHAM, LAVON L |
| GRANT, PAUL H |
| GRANT, WALTER K |
| GREIG, ROBERT |
| GREMO, JOSEPH P |
| GRINVALSKY, GARY |
| GUERTIN, PAUL M |
| GUMBRIS, JOHN F |
| HADDAD, NOEL |
| HAEFELI, CHARLES |
| HAIDAICHUK, RAYMOND A |
| HAINES, NORMAN J |
| HAJJAR, ABRAHAM L |
| HAMILTON, LESTER C |
| HAMILTON, WILLIAM |
| HANN, FRANCIS M |
| HANNIGAN, ROBERT M |
| HANRATTY, CHESTER P |
| HANSON JR, HERBERT |
| HAPPEL, FREDERICK |
| HARRINGTON, GEORGE M |
| HARRINGTON, RICHARD M |
| HARRIS, DAVID R |
| HARVEY, ELMER R |
| HAUGH, ROBERT F |
| HEBERT, ABEL |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*          10

| Claimant Name |
| --- |
| HEGG, GUSTAF |
| HEMMERDINGER, HARRY L |
| HENDERSON, JOHN R |
| HERBERT, RAYMOND J |
| HERRICK, ROBERT M |
| HERVIEUX, PAUL E |
| HIGGINS, DAVID J |
| HIGGINS, KEVIN F |
| HIGGINS, THOMAS |
| HINKLEY, DAVID E |
| HOBBS, DAVID |
| HOGAN, WILLIAM |
| HOMON, RICHARD C |
| HOOD, LEO |
| HOOKE, ROBERT E |
| HORNYAK, STEPHEN J |
| HORRIGAN, THOMAS A |
| HOUDE JR, FREDERICK R |
| HOUGHTON, WILLIAM |
| HOULIHAN, JOHN |
| HOURIHAN, DONALD M |
| HOVER, CHARLES W |
| HOWARD, CHARLES W |
| HUSKA, WILLIAM |
| IGNAGNI, MARIO S |
| IMPRESCIA, EDWARD S |
| INTERLANDE, CARLO |
| ISAKSON, HARVARD W |
| JACOBS, JAMES |
| JACOBSEN, ROBERT C |
| JELLEY, PAUL D |
| JENKINS, WILLIAM |
| JOHANSEN, DANIEL |
| JOHNSON, FRANKLYN |
| JOHNSON, ROBERT L |
| JOHNSON, WARREN A |
| JOHNSON, WARREN A |
| JOHNSON, WILLIAM |
| JOHNSTON, JOHN |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*                    11

| Claimant Name |
| --- |
| JONES, RICHARD |
| JOYAL, JOHN C |
| JOYCE, JOHN |
| JOYCE, ROBERT E |
| JUDGE, ARTHUR |
| JURKOWSKI SR, FABIAN J |
| KALER, JAMES O |
| KEANE JR, JOHN J |
| KEANE, FRANCIS P |
| KEARNS, GERALD F |
| KEENAN, JOHN |
| KEENE, GILBERT L |
| KEHR, CHARLES F |
| KELLEY, DAVID H |
| KELLEY, WILLIAM R |
| KELLY, GEORGE V |
| KENNEDY, PAUL C |
| KENNEY, FRANCIS J |
| KIMBALL, JOSEPH A |
| KING JR, PAUL A |
| KINNEAR, CHARLES H |
| KIPPEN JR, JOHN |
| KIRCHNER, DOMINIC |
| KLAUER, KEVIN |
| KLICK, RICHARD J |
| KLIMCZYK, ROMAN J |
| KLINE, BERNARD J |
| KONDROSKI, GEORGE |
| KOSCHEI, EDWARD |
| KRESNOW, ALLEN |
| KYMALAINEN, ROBERT C |
| LABARGE, RAYMOND W |
| LABONTE, ROGER S |
| LAFFERTY, JOHN C |
| LAFFEY, JOHN V |
| LAFLEUR, ALAN A |
| LAMBERT, LEO A |
| LAMBERT, WILLIAM N |
| LANGLOIS, EDGAR |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*    **12**

| Claimant Name |
| --- |
| LANGUET, LAURIER F |
| LANNIGAN, DONALD |
| LANNIGAN, JOHN M |
| LANZILLO, GEORGE F |
| LAROCQUE, ACHILLE |
| LARSON, ERNEST |
| LARUE, LUCIEN E |
| LATHROP, RICHARD D |
| LATSEY, PETER |
| LAUBENSTEIN, WILLIAM |
| LAVALLEY, JAMES J |
| LAVERTY, ROBERT P |
| LAVIGNE, NORMAN |
| LAVOIE, JOSEPH |
| LAVOIE, MARCEL R |
| LAZARZ, ALBERT W |
| LEAMAN, HELEN |
| LEARY SR, JAMES W |
| LEBLANC, ARTHUR J |
| LEBLANC, WILLIAM C |
| LEE, FRANCIS C |
| LEES, JOHN R |
| LEGERE, PAUL |
| LEMIEUX, ROLAND J |
| LEMIRE, RAYMOND |
| LEONE, RONALD L |
| LESSLIE, ROBERT P |
| LEVINE, HYMAN |
| LEVOSSEUR, PHILIPE C |
| LEWIS, BRADFORD |
| LIBERMAN, ALFRED |
| LISBON, JAMES |
| LOCHIATTO, CARLO M |
| LOMANACO, WILLIAM |
| LOMBARDI, JOHN |
| LONG, THOMAS R |
| LONGO, PATRICIA R |
| LOONEY, JOHN T |
| LOUIS, JOSEPH G |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| LUCIANI, FRANK J |
| LUCIANI, JOHN C |
| LUKE, CLEMENT A |
| LUNGHI, ALBERT |
| LYONS, JOHN D |
| LYONS, RICHARD P |
| MACDONALD, HUBERT C |
| MACDONALD, JAMES |
| MACEACHERN, HUGH D |
| MACFADGEN, EUGENE |
| MACKEIGON, CHARLES W |
| MAGNO, NICOLA |
| MAHER, FRANCIS |
| MAHON, DONALD G |
| MAITINO, ALBERT |
| MAKER, DAVE |
| MALIN JR, NELSON |
| MANDEVILLE, FRANCIS E |
| MANNING, EDWARD R |
| MARANDO, ALBERT F |
| MARBLE, JOHN |
| MARCEAU, ROBERT |
| MARCELLA, ANTHONY M |
| MARIANI, JOSEPH |
| MARIANO, LEWIS P |
| MARKARIAN, PETER D |
| MAROTTE, KENNETH R |
| MAROTTO, CARLO |
| MARQUIS, RICHARD |
| MARSIAN, ALICE M |
| MARSIAN, KARL W |
| MARTELL JR, WILFRED J |
| MARTIN, ANTHONY P |
| MARTIN, EDGAR |
| MARTIN, LEO |
| MASTALERZ, MATTHEW |
| MASTROCOLA, ETTORE |
| MATILAINEN, WAINO W |
| MATTHEWS JR, ROOSEVELT |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP* 14

| Claimant Name |
| --- |
| MAURIELLO, JENNIE |
| MAVROGEORGE, PLATO A |
| MAYNE, GERALD R |
| MAZZEI, CHARLES A |
| MCATEER, JOHN |
| MCCLINTOCK, ALEX L |
| MCCUE, GARY E |
| MCDADE, PETER E |
| MCDONOUGH, ROBERT W |
| MCELROY, ROBERT |
| MCELWANEY, JAMES F |
| MCGARTY, PETER P |
| MCGILLICUDDY, ROBERT J |
| MCGUINNESS, FRANCIS J |
| MCKINNON, GERARD C |
| MCKINNON, MICHAEL F |
| MCKINNON, RICHARD E |
| MCLAUGHLIN, WALTER F |
| MCMAKIN, ROBERT J |
| MCMULLEN, JOSEPH M |
| MCPARTLIN, FRANCIS P |
| MCPHEE, PAUL R |
| MCPHEE, ROBERT J |
| MECZYWOR, THADDEUS E |
| MEDUGNO, HENRY A |
| MEEGAN JR, JOSEPH |
| MEGUER, JOSEPH |
| MEHEGAN, JOHN J |
| MELLE, WILLIAM D |
| MELLO, ARTHUR |
| MENCHI JR, CORADO |
| MENDOZA, RALPH F |
| MENZONE, JOSEPH A |
| MERRITHEW, CHARLES |
| MESSENGER, ROBERT A |
| MESSINA, AMATO |
| MESSINA, FRANCIS X |
| MIELE, VINCENT |
| MIGETZ, WAYNE A |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*                    15

| Claimant Name |
| --- |
| MILINAZZO, MICHAEL |
| MILIOTO SR, RICHARD A |
| MILLS, WILLIAM A |
| MILUKAS SR, RAYMOND W |
| MOAKLER, JOHN |
| MOAN, HAROLD |
| MOECKEL, RAYMOND H |
| MOECKEL, ROBERT H |
| MOLE, ANTHONY |
| MONCECCHI SR, WILLIAM M |
| MONTROND, ANTHONY |
| MOORE, CHARLES R |
| MOORES, GEORGE |
| MORAN, RAYMOND J |
| MORELLI, ALFRED J |
| MORIARTY, ROBERT D |
| MORIN SR, GEORGE J |
| MORRIS, MICHAEL J |
| MORRISSEY SR, DONALD J |
| MORSE JR, JOHN D |
| MOSSMAN, HENRY L |
| MUEHLBERGER, EDWARD P |
| MULLEN, JOHN |
| MURPHY SR, ROBERT F |
| MURPHY, EUGENE H |
| MURPHY, LAWRENCE P |
| MURRAY SR, CHARLES D |
| MYATT, ROBERT S |
| MYNAHAN, RAYMOND J |
| NARDACCI, ALBERT |
| NASUTI, FILOTEO |
| NAUMOWICZ, JOSEPH E |
| NEE, JOHN J |
| NELSON JR, ALTON E |
| NESS, JOHN |
| NEWSOME, JEDD A |
| NICHOLS, BERNARD W |
| NICHOLSON, JOHN |
| NICKERSON, LAWRENCE |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*    16

| Claimant Name |
| --- |
| NOLAN, CHARLES F |
| NOONAN, ALFRED |
| NOSTIN, JOSEPH F |
| NOVICKI, DONALD C |
| NOWOKUNSKI, LEON P |
| NUZZOLILLI, VIRGINIO |
| OBRIEN, DAVID L |
| OBRIEN, FRANCIS W |
| OBRIEN, GERARD F |
| OBRIEN, HOWARD F |
| OBRIEN, JAMES C |
| OBRIEN, WILLIAM |
| OCONNOR, JOHN B |
| ODONNELL, JOSEPH |
| OHEARN, ALFRED T |
| OKEEFE, JOHN |
| OLEARY, JEREMIAH |
| OLIVEIRA, WALTER |
| OLSEN, VINCENT E |
| OMALLEY, MARK |
| ONEILL, DANIEL J |
| OTOOLE, WILLIAM JR T |
| OWENS, THOMAS J |
| PAGE, JOSEPH R |
| PALLONE, RALPH |
| PANORA, JOHN W |
| PARADIS, WALLA H |
| PARENT, RENE E |
| PARKER, MILTON E |
| PAROLO, RICHARD C |
| PASCHE, JOHN S |
| PASSARDI, FLOYD |
| PATRYN, STANLEY F |
| PEASE JR, HOWARD F |
| PEDERCINI, ANTHONY G |
| PELKEY, GERALD K |
| PELTIER, ARTHUR |
| PEREZ, FRANK |
| PEREZ, SIXTO M |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*                    17

| Claimant Name |
| --- |
| PERIGNY, NORMAN |
| PERMAN, FRANK S |
| PERREAULT, RAYMOND |
| PESCETTA, AMERICO J |
| PETERS, ANTHONY L |
| PETERS, GEORGE G |
| PETERSON, EDMUND L |
| PETERSON, RICHARD |
| PETRUCCI, JOSEPH A |
| PHELPS, ROBERT N |
| PHILLIPS, GEORGE F |
| PHILLIPS, HECTOR D |
| PICHEY, BERNARD P |
| PIERCE, RICHARD N |
| PIGNONE, STEPHEN P |
| PIKE, PAUL E |
| PILCHER, HENRY A |
| PINEAU, ARTHUR |
| PISIEWSKI, THEODORE R |
| PLAPIS, JOHN |
| POLSON, FRANCIS |
| POLVINEN, EINO |
| POOLE III, STANLEY W |
| POWELL, GODSON L |
| POWER, JOHN F |
| POWERS, WILLIAM F |
| PRIMEAU, LUCIEN J |
| PRINCE, WILLIAM E |
| PRINDEVILLE, RICHARD T |
| PTAK, JAMES F |
| PURCELL, JAMES J |
| PUSHEE, ROGER S |
| PYNE, JAMES M |
| RAFFERTY, RAYMOND S |
| RAMOS, LINDONIO C |
| RANDALL SR, KENNETH E |
| RANDALL, MAURICE T |
| RANIERI, ANTHONY |
| RAPP, JOSEPH W |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*                    18

| Claimant Name |
| --- |
| REDDISH, ROBERT A |
| REDDY, PAUL G |
| REGAN, JOSEPH R |
| RENDA, JOSEPH |
| RICCIARDELLO, FREDERICK |
| RICE SR, ROBERT P |
| RICE, JOSEPH |
| RICE, WILLIAM W |
| RIDGE, MARTIN A |
| RIVEST, NORMAN C |
| ROBERT, DAVID |
| ROBERT, RICHARD A |
| ROBERTS, STEWART |
| ROBERTSON, RALPH M |
| ROBINSON, ALFRED C |
| ROBINSON, ALVIN |
| ROCHEFORD, RALPH J |
| ROGERS, PAUL E |
| ROSE, GORDON |
| ROSIENSKI, STANLEY |
| ROUTIER, MAURICE L |
| ROWE, WINSTON W |
| ROY SR, ROMEY J |
| ROY, PAUL J |
| RUSSELL, JOHN |
| RUSSO, FRANK R |
| RUSSO, JOHN P |
| SAARI, ADOLPH G |
| SABATINI, ALFRED L |
| SACCO, CARMEN W |
| SADOWSKI, FRANK P |
| SAINIO, SULO |
| SAKALAUKUS, JOAN |
| SALVUCCI, TEODOLINDO |
| SAMARAS, SOCRATES |
| SANBORN, ALFRED |
| SANDONATO, GIOSUE |
| SANTORA, JOHN |
| SARIN, HYMAN |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*                    19

| Claimant Name |
| --- |
| SASS, JOSEPH |
| SAUNDERS, CARROLL J |
| SCADUTO, FRANK |
| SCALTRITO, PETER |
| SCHENA, JAMES A |
| SCHENA, MARIO O |
| SCHONBACK, WAYNE A |
| SCHUELER, WINSTON |
| SCORZELLA, ALFRED |
| SCOTT, WILLIAM E |
| SCURTI, GASPARE A |
| SEARS, WILLIAM |
| SEMPLE JR, ALAN R |
| SEMPRINI, LINO |
| SERRA JR, FRANCIS |
| SHANGOLD, MAX |
| SHARP, HAROLD |
| SHAW, JAMES F |
| SHAW, LINCOLN H |
| SHEEHAN, LEO F |
| SHELLY, ARNOLD B |
| SHERMAN, GLEN |
| SILVA, JOSEPH |
| SIMONETTA, SAMUEL |
| SIMPSON, VERNON |
| SIROONIAN, LOEN |
| SIUKOLA, WILHO |
| SKIDMORE, NORMAN |
| SMALL, STEPHEN F |
| SMAS, FRED F |
| SMITH, ABRAHAM |
| SMITH, JOHN L |
| SMITH, MARIE P |
| SMITH, MARVIN E |
| SMITH, WILLIAM |
| SNAPE, RICHARD A |
| SOUZA, RONALD T |
| SPAGNUOLO, EMERICO |
| SPEAR, ROY E |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*                    20

| Claimant Name |
| --- |
| SPINNEY, RICHARD |
| ST LOUIS SR, EUGENE A |
| STAKUTIS, ALPHONSE |
| STANGO, DOMENIC J |
| STANTON, LAWRENCE |
| STELLA JR, LOUIS |
| STELLA, LOUIS |
| STEPHENS, STEPHEN |
| STEVENS, PHILIP J |
| STEVENSON, DONALD M |
| STEVENSON, SAMUEL N |
| STEWART, ROBERT |
| STONE, GROVER |
| STREETER, KENNETH |
| STRICKLAND, CHESTER A |
| STUCKLEN, WILLIAM L |
| SULLIVAN, EUGENE F |
| SULLIVAN, JAMES B |
| SULLIVAN, JOHN F |
| SULLIVAN, WILLIAM JR D |
| SWENSON, ARTHUR J |
| TAKESIAN, THOMAS H |
| TALLENT SR, RAYMOND J |
| TALTY, PATRICK |
| TARDANICO, GUY |
| TATRO, WALTER |
| TAVANO, DONATO |
| TAVANO, FRANK |
| TAVANO, MARY |
| TAYLOR, HERBERT R |
| TAYLOR, ROBERT E |
| TENOVSKY, NORMAN |
| TERP, JAMES P |
| THERRIEN, VINCENT |
| THIBEAULT, ROBERT |
| THIBEAULT, ROGER |
| THOMSON, THOMAS S |
| TIBERI, BALDINO |
| TINNEY, JOSEPHINE |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*                    21

| Claimant Name |
| --- |
| TINO, FRANK |
| TOBIN, JOHN J |
| TOCCI, MARIO |
| TOMKEWICZ, CHARLES J |
| TOSCANO, PASQUALE |
| TOWN, LESLIE T |
| TRAINER SR, WILLIAM J |
| TRANGHESE, CARLO |
| TREMBLAY, JOHN J |
| TRIAL, ROGER |
| TRICOMI JR, JOHN A |
| TRODELLA, VICTOR S |
| TURNER, WARREN F |
| TUTTLE, ALBERT H |
| UMBRO, ANTHONY C |
| UZZO, AGOSTINO |
| VANPATTEN, ALEXANDER |
| VENTRESCA, JOHN |
| VESEY, JOHN F |
| VISSER, THOMAS W |
| VOLKRINGER, ROBERT |
| VOZZELLA, ALBERT A |
| WALSH, FREDERICK J |
| WALTON, WAYNE A |
| WARREN, JAMES S |
| WATSON, ROBERT |
| WEINREICH, GEORGE |
| WEST, JESSE |
| WEST, WILLARD |
| WESTBERG, ROBERT |
| WESTLAND, EDSON W |
| WHIFFEN, WESLEY F |
| WHITE, GERALD P |
| WHITMIRE, LINDY G |
| WHITNEY, RONALD D |
| WIGGLESWORTH, TIMOTHY C |
| WILLIAMS, ROGER C |
| WILLIAMS, THOMAS J |
| WILSON, CHARLES D |

*Duplicate claims have not been excluded*

*Claims Filed by THORNTON & NAUMES LLP*

| Claimant Name |
| --- |
| WOLFSTICH, THOMAS |
| WOLFSTICH, THOMAS |
| WOOD JR, CHARLES B |
| WOODFORD, LEONARD |
| WOODMAN, ROBERT B |
| WOODWORTH, ROBERT L |
| WORDEN, ERNEST L |
| WRONA SR, LEONARD R |
| WRYE, ROBERT F |
| WUOTI, HERMAN A |
| WYLAND, CHARLES C |
| WYNNE, JAMES F |
| YELLE, JAMES C |
| YOUNG, ARTHUR B |
| YOUNG, CAROLE E |
| YOUNG, DONALD |
| ZABIELSKI, VINCENT |
| ZAGER, ARTHUR |
| ZANELLI, ANTHONY |
| ZDERADICKA, ELVIRA |
| ZNOSKO, MICHAEL E |

*Duplicate claims have not been excluded*