# Exhibit B

*Claims Filed by LAW FIRM OF ALWYN H LUCKEY* 1

| Claimant Name |
|---|
| AGEE, VERNA M |
| AGNE, HOWARD |
| AMERSON, WILLIE |
| ANDERSON JR, ALVIN |
| BAILEY, NATHAN |
| BARKER, GEORGE |
| BEASON, MONROE |
| BENNETT SR, JOSEPH |
| BRADLEY, GORDON |
| BREWSTER, JAMES |
| BREWSTER, VERNON |
| BRITSCH, ELMER |
| BROWN, ALICE |
| BROWN, CHARLES |
| BROWN, FRED |
| BURLISON, MILTON |
| BURNETT, PLEAS |
| BUSKIRK, WILLIAM |
| BUTLER, TIM |
| CAMPBELL JR, MANCE |
| CAMPBELL, RICHARD |
| CROCKETT JR, EUGENE |
| FAYARD, ASA |
| FETT, GREGORY |
| FIELDER, DOROTHY |
| FOWLER, JIMMY R |
| GRAVES JR, SIMMIE |
| GREMAUD, DAN |
| HAAS, GEORGE |
| HAGER, SPENCER |
| HAND, THOMAS |
| HATCHER, MARDIS D |
| HAYDEN, JOSEPH |
| HEBERT, CURTIS |
| HEBERT, DANIEL |
| HENRY, CHARLES |
| HERNDON, BENNY |
| HODGE, MARY L |
| HOLDER, ELLA M |

*Duplicate claims have not been excluded*

*Claims Filed by LAW FIRM OF ALWYN H LUCKEY*    2

| Claimant Name |
|---|
| HOLLOWAY, AUTRA |
| HOSEY, MARY |
| HOWARD, EVERETTE |
| HUFF, CHARLES |
| HUGHES, ARCHIE |
| INGRAM, MERLE D |
| JACKSON, EMMETTE |
| JEFFERSON, T J |
| JONES, EARNEST |
| JONES, FINN |
| JONES, WILLIE D |
| KELLY, LUTHER |
| KRANZ, WILLIAM |
| LANIER, ELMER |
| LEFFLER, GEORGE |
| LEMANSKY, JOSEPH |
| LOFTON, GLORIA |
| LOPEZ, JOHN E |
| LOVETT, PAT |
| LUEBBERS, JOSEPH |
| MADDEN, MELVIN |
| MAGEE, JOHN C |
| MAGEE, LAURA A |
| MARCHETTIR, DOMINICK |
| MCCULLUM, JOE L |
| MCLAURIN, MARY |
| MCLEOD, WOODIE |
| MCNABB, GEORGE |
| MCWILLIAMS, ROBERT L |
| MILLER, DANNY |
| MOFFETT, DARNELL |
| MORRIS, JACKIE L |
| NEVILLE, WENDELL |
| NICHOLS, BEN |
| NICHOLS, HENRINE |
| ODUM, LOUIS |
| OLIVER, JERRY |
| O'QUINN, RONNIE |
| PAGE JR, LAVON |

*Duplicate claims have not been excluded*

*Claims Filed by LAW FIRM OF ALWYN H LUCKEY* 3

| Claimant Name |
|---|
| PALMER JR, JAMES A |
| PATTERSON, BETTY R |
| PERKINS, ALLIE |
| PILKINGTON, JEROME |
| POLLARD, THOMAS |
| POSEY, EDWARD D |
| POWELL, JOE |
| RAWLINGS, JOHN W |
| RAYMOND SR, STEPHEN |
| ROBERTS, ARNOLD |
| ROSS, FRED A |
| RUSH, WILLIAM |
| SALTER, HAROLD E |
| SEXTON, JOHN |
| SHELLMAN, BEATRICE |
| SHOWLES, MARVIN |
| SIMPSON, ROBERT |
| SLAYDEN, WILLIAM |
| SMITH SR, CALVIN L |
| SMITH, JOHN B |
| SMITH, MOSES |
| SMITH, RICHARD |
| STEPHENS, ROSIE |
| STRINGER, BILLIE R |
| TAYLOR, JAMES |
| TAYLOR, LAWRENCE |
| TEER, THOMAS R |
| TEMPLE, HILTON |
| THIGPEN, ALICE R |
| THOMPSON SR, L T |
| THOMPSON, ELBERT |
| THOMPSON, JOSEPH |
| THORNTON, COOPER |
| TUCKER, THOMAS |
| TURNER, JAMES |
| ULMER, JESSIE |
| WARD, MARY N |
| WEBB JR, JIMMIE |
| WELCH, A D |

*Duplicate claims have not been excluded*

*Claims Filed by LAW FIRM OF ALWYN H LUCKEY* 4

| Claimant Name |
|---|
| WIGGINS, MICHAEL |
| WILLIAMS SR, DEMORY |
| WILLIAMS, CLAUDE |
| WILSON, KATHLEEN |
| WYNN, ARTHUR |
| YANKEY, GEORGE |

*Duplicate claims have not been excluded*