# Exhibit A

*Claims Filed by JAMES F HUMPHREYS & ASSOCIATES* 1

| Claimant Name |
|---|
| ADAMS, HERBERT P |
| ADAMS, JACK L |
| ADKINS, BERVIL D |
| ADKINS, CLIFFORD E |
| ADKINS, HARVEY F |
| ALDERMAN, JESSE J |
| ALLEN, GUPSIE M |
| ALLEN, PATRICIA ANN |
| ANDERSON, LESTER R |
| ANDREWS, JESSE J |
| ARNETT, JOHN D |
| ARTHUR, JENNINGS D |
| ARTHUR, JOHN W |
| ARTHUR, WILLIE |
| ASBURY, SAMUEL |
| ASHLEY, HERBERT R |
| BAILES, WILLIAM K |
| BAILEY, ELIZABETH |
| BAILEY, GUY FRANKLIN |
| BALLARD, RICHARD |
| BANKS, MARJORIE J |
| BARKER, PHILLIP S |
| BARNES, JOHN E |
| BARNES, THOMAS F |
| BAUER, MACK A |
| BELLER, BOYD R |
| BENTLEY, LARRY M |
| BEVERLIN, DANNY D |
| BEVERLIN, DEAN |
| BIAS, WILLIAM L |
| BILLS, ROBERT L |
| BIRD, CHARLES A |
| BIRD, MELVIN LESTER |
| BLANKENSHIP, GEORGE OTIS |
| BLEVINS, PAUL S |
| BLEVINS, ROLLIE |
| BOGGS, HURSHEL L |
| BOLYARD, TRUMAN D |
| BONHAM, PAUL F |

**Duplicate claims have not been excluded**

*Claims Filed by JAMES F HUMPHREYS & ASSOCIATES*　　　　　　　　　　2

| Claimant Name |
|---|
| BOUDREAUX, ROBERT |
| BOWER, ROY DARRELL |
| BOWLING, JEDDIE |
| BOYLEN JR, AUDRY |
| BOYLES, PAUL E |
| BRACE, GEORGE W |
| BRAGG, COLLIS C |
| BRAY, CHARLES E |
| BROGAN, NORMAN B |
| BROOKS, MARVIN L |
| BROTHERTON, CLOYD R |
| BROWN JR, FRED D |
| BROWN, LUSTER |
| BROWN, MAXWELL E |
| BRUCE, JAMES R |
| BRUER SR, JACKIE L |
| BRUMFIELD, CARRIE J |
| BRUNI, DOY E |
| BUNN, ONEIL V |
| BUSH, RAYMOND E |
| BUTCHER JR, RUSSELL |
| BUTCHER, ROBERT LEE |
| BYRD, DALE E |
| CALLIHAN, GAIL |
| CAMPBELL, FRENCH |
| CARELLI, JOHN S |
| CARPENTER, LUTHER E |
| CARROLL, ARLIE M |
| CARTER, HOMER |
| CARTER, LEWIS |
| CASH, JAMES F |
| CAUSEY, FRANKLIN D |
| CAVENDER, ROMIE F |
| CHAPMAN, WOODROW W |
| CHARLES, THOMAS W |
| CHILDERS, HERMAN G |
| CIANFROCCA, PAULINE F |
| CLEMENT, RALPH E |
| CLINE, JAMES L |

**Duplicate claims have not been excluded**

*Claims Filed by JAMES F HUMPHREYS & ASSOCIATES*   3

| Claimant Name |
|---|
| COCHRAN, WILLIAM E |
| COFFEY, FREDDIE H |
| COLE, ALDIE W |
| COLE, JOSEPH D |
| COLLINS, ODBERT R |
| COLLINS, WILLIE |
| COMPTON, GLEN |
| COMPTON, JOEL T |
| CONTRELL, LAWRENCE |
| COOK, HUBERT C |
| COONROD, MICHAEL A |
| CORDLE, THOMAS E |
| COSBY, ROY L |
| COSTEN, HOBERT E |
| CRIGGER, WILLIAM |
| CRISP, CLARENCE |
| CROTTY, BENNIE J |
| CROUCH, ROBERT L |
| CURNUTTE, ALLEN H |
| CURTIS, WILLIAM K |
| CUTRIGHT JR, STEWART |
| DAINS, CHARLES O |
| DAMRON, BOYD |
| DAVIS, HENRY A |
| DAWSON, WILLIAM B |
| DELONG, JACK |
| DESKINS, RAYMOND |
| DIAMOND, DEWITT T |
| DILL SR, GERALD L |
| DIXON, JOE |
| DOLIN, HALLIE R |
| DOLIN, NOAH F |
| DOWNS, JOHN C |
| DUNFEE, PAUL J |
| DUNLAP, CECIL |
| DUVALL, JAMES W |
| DYE, NORVELL V |
| EASTHAM, FORREST W |
| ELKINS, BOYCE C |

**Duplicate claims have not been excluded**

*Claims Filed by JAMES F HUMPHREYS & ASSOCIATES* 4

| Claimant Name |
|---|
| ELLENS, HENRY G |
| ENNIS, LEO P |
| ENOCHS, DONALD E |
| ENSMINGER, LEROY M |
| ERNEST, OKEY E |
| ERSKINE, ARTHUR ROY |
| EVANS, JACK G |
| EVANS, MARSHALL |
| FAIN, CHARLES T |
| FANNIN, CHARLES E |
| FERNIHOUGH, ROBERT |
| FERREBEE, ISAAC E |
| FERRELL, JOHNNY |
| FIELDS, STEVEN W |
| FINLEY, EVERETT J |
| FITCH, OLEN |
| FLETCHER, EARL J |
| FORMAN, WAYNE M |
| FORRESTER, CECIL F |
| FOSTER, CHARLES E |
| FOSTER, RAY S |
| FRALEY, LARRY A |
| FRALEY, RAYMOND E |
| FRAME, LLOYD G |
| FRANCIS, JAMES T |
| FREELAND, IVAN R |
| FRENCH SR, WALTER B |
| FRIEDL, ANDREW ALFRED |
| FRIEND, CLYDE MITCHELL |
| FROMAN, ALLIE F |
| FULLER, CHARLES T |
| FULLER, KENNETH C |
| FURMAN, GUY D |
| FURNER, FRANKLIN D |
| GAINER SR, KENNETH |
| GAINER, HAROLD J |
| GAISER, ROBERT A |
| GARDNER, KENNETH R |
| GARNES, KING J |

**Duplicate claims have not been excluded**

*Claims Filed by JAMES F HUMPHREYS & ASSOCIATES*  5

| Claimant Name |
|---|
| GARRETT, CARL W |
| GATSKIE, JOHN |
| GIBSON JR, ERNEST E |
| GIBSON JR, SAMUEL E |
| GILES, ROBERT E |
| GILLISPIE, ROBERT A |
| GOLLIHUE, CALMON E |
| GOLLIHUE, THOMAS E |
| GOODNIGHT, PAUL H |
| GOODY, PAUL J |
| GOSS SR, LEO H |
| GOUDY, VERNON E |
| GRAHAM, ROBERT G |
| GRAY, WILLIAM K |
| GRIFFITH, DONALD G |
| GRIFFITH, MORTON |
| GRIMM, DALE THOMAS |
| GRIMM, ROY D |
| HALL, WILLIAM A |
| HAMILTON, CURTIS H |
| HAMILTON, EMERY |
| HAMILTON, ROY VIRGIL |
| HAMMACK, CHARLES E |
| HAMRICK, ADAM T |
| HANDLEY, JAMES J |
| HANNING, CHARLES S |
| HANSHAW, JEFFREY D |
| HANSON, CARL |
| HARDESTY, ELMER C |
| HARDING, DELMAR |
| HARDWICK, JAMES M |
| HARMON, KELLY J |
| HARRIS, BOBBY E |
| HARRIS, CHARLES L |
| HARRIS, GILLIAM |
| HARRIS, MADLINE R |
| HATFIELD, ALBERT BLAINE |
| HATFIELD, EMMETT R |
| HAUGHT, RALPH R |

**Duplicate claims have not been excluded**

*Claims Filed by JAMES F HUMPHREYS & ASSOCIATES*  6

| Claimant Name |
| --- |
| HAWES, MEREDITH |
| HEADLEY, WILLIAM H |
| HECK, BILL R |
| HELEM, CARL C |
| HELMICK, CHARLES WILLIAM |
| HIGGINBOTHAM, HARLAND S |
| HINKLE, JOHN E |
| HISSOM, ERNEST E |
| HITT, RONALD L |
| HIVELY, JOHNNY L |
| HOLBROOK, DELMAS R |
| HOLMES, KENNETH R |
| HOLSTEIN JR, LORENZA D |
| HOLSTEIN, LESLIE H |
| HOLSTEIN, LLOYD L |
| HORNER SR, LAWRENCE W |
| HORTON, JAMES |
| HOWELL, THOMAS R |
| HUMMEL, GEORGE P |
| HUMPHREYS, KINES F |
| HUNT, LOWELL T |
| HYSELL, NORMAN E |
| IRBY, ELMER A |
| ISAAC, JACK |
| ISON, CECIL |
| JACKSON, LESLIE L |
| JACKSON, RANDALL ALLEN |
| JACKSON, REXEL N |
| JAMES, JAMES HARVEY |
| JARRETT, LESTER P |
| JENKINS, LARRY |
| JENNINGS JR, CHRISTOPHER C |
| JIVIDEN, ANCIL E |
| JOBE, LEONARD F |
| JOHNSON JR, NORMAN |
| JOHNSON, BURNARD |
| JOHNSON, RAYMOND H |
| JOHNSON, WOODROW |
| JOHNSTONE, RODNEY E |

**Duplicate claims have not been excluded**

*Claims Filed by JAMES F HUMPHREYS & ASSOCIATES*  7

| Claimant Name |
|---|
| JONES, KENNETH K |
| JONES, KILE C |
| JONES, PAUL ALLEN |
| KAYLOR, WALTER O |
| KEATING, PATRICK F |
| KELLY, LUCIAN G |
| KELLY, RAYMOND H |
| KELLY, THOMAS G |
| KENNEDY, EDWARD F |
| KERINGER, PAUL E |
| KEYS, EDWIN L |
| KIDD, LLOYD M |
| KING, CHARLES N |
| KING, GEORGE W |
| KINGSLEY, DWIGHT S |
| KINSER, MAXEL D |
| KITCHEN, DEARL J |
| KITTLE, ROBERT H |
| KLAGES, LLOYD A |
| KOSTER, EDWARD H |
| KOUNS, SAMUEL B |
| LAMBEY, CLINTON |
| LAMP, DONALD G |
| LANHAM, JOHN W |
| LARABEE, ROBERT E |
| LAVENDER, CHARLES B |
| LAWRENCE, RONDELL L |
| LAYNE, HARRY R |
| LEE, GEORGE W |
| LEGG, DORRIS |
| LESTER, HERMAN L |
| LEWIS, DANIEL A |
| LEWIS, EVERETT F |
| LEWIS, GARFIELD J |
| LEWIS, STANLEY F |
| LITTLE, GEORGE D |
| LITTLE, JAMES M |
| LITTLE, ROBERT P |
| LOAR SR, ROBERT C |

**Duplicate claims have not been excluded**

*Claims Filed by JAMES F HUMPHREYS & ASSOCIATES* 8

| Claimant Name |
|---|
| LOCKETT SR, LLYOD G |
| LOGAN, FORREST G |
| LOGAN, GLEN B |
| LONG, BUDDY NEAL |
| LONG, WILLIAM DOUGLAS H |
| LYNCH, RUSSELL R |
| MALONE, GERALD EMERSON |
| MANNING, FRANCIS M |
| MARCUM, LEE R |
| MARLETTE, THOMAS D |
| MARSH, CARL |
| MARSHALL, EARL R |
| MARTIN, DELBERT |
| MARTIN, GREGORY B |
| MARTIN, OSCAR |
| MARTIN, VAN M |
| MARTIN, WILLIAM F |
| MASTERS, LEWIS B |
| MASTIN, KENNETH E |
| MATHENY, ROBERT E |
| MAY, PAUL P |
| MAYLE, JAMES LELAND |
| MAYNARD SR, LEROY |
| MAYNARD, KENNETH D |
| MAYNOR, ALAN RAY |
| MCATEE, DONALD E |
| MCCALLISTER, OTHO T |
| MCCARTY, VIRGIL B |
| MCCLELLAN, DONALD T |
| MCCLOY, ALAN K |
| MCCLURE, JOHN W |
| MCCOMAS, DAVID A |
| MCCOMAS, JACK |
| MCCOMIS, CURTIS J |
| MCCORMICK, RUSSELL J |
| MCCOY, KEITH W |
| MCCOY, WARREN J |
| MCDADE, OWENS L |
| MCDANIELS, CARL |

**Duplicate claims have not been excluded**

*Claims Filed by JAMES F HUMPHREYS & ASSOCIATES* 9

| Claimant Name |
| --- |
| MCDAVID, ROBERT B |
| MCGILL, GAIL L |
| MCMILLEN SR, HAROLD D |
| MCWILLIAMS, JAMES F |
| MEEKS, MARTIN E |
| MERRITT, THOMAS P |
| MIDKIFF, DOUGLAS A |
| MILLER, JAMES A |
| MILLER, JOHN R |
| MILLINER, BEAUFORT L |
| MINIX JR, TROY |
| MINTER, LOWELL J |
| MITCHELL, HAROLD L |
| MITCHELL, WALTER L |
| MOORE, DELMER T |
| MOORE, RONALD H |
| MOORE, WILSON E |
| MORRIS, JOHN M |
| MOSSOR, CHARLES C |
| MULLINS JR, HESKIE R |
| MULLINS, JAMES R |
| MURRAY, HARRY C |
| MYERS, CLEADY D |
| NAEGELE SR, DONALD J |
| NEACE, THOMAS E |
| NELSON, HAROLD R |
| NELSON, VIRGIL |
| NESTER JR, JOHN C |
| NESTER, JOHN |
| NETHERCUTT, ROBERT L |
| NEWBOLD, DAVID L |
| NEWSOME, HERBERT |
| NIBERT, LESTER |
| NICHOLAS, GEORGE W |
| NIDA, HERMAN W |
| NOFFSINGER, VIRGIL D |
| NOLL JR, JOHN H |
| NUCKOLS, RUSSELL T |
| NUTTER, MYRTLE K |

**Duplicate claims have not been excluded**

*Claims Filed by JAMES F HUMPHREYS & ASSOCIATES*  10

| Claimant Name |
| --- |
| ODELL, GROVER E |
| OLIAN, JOSEPH |
| ONEY, WILLIAM D |
| PARKER SR, CHARLES H |
| PARKINS, HAROLD |
| PARSONS, ATLEE |
| PARSONS, K A |
| PAULEY, GEORGE K |
| PAULEY, JOHN G |
| PAULEY, ROBERT E |
| PAVLIK, JOHN |
| PAYNE JR, FRANK |
| PAYNE, SAMUEL L |
| PAYTON, AARON DELANO |
| PELLEGRIN, GERALD LEON |
| PELLILLO, ANDY |
| PERKINS, ADDISON E |
| PHILLIPS, DARRELL J |
| PIERSON, CHARLES V |
| POSTLETHWAIT, NORA O |
| PRICHARD, LESTER L |
| PRITT, GEORGE E |
| PRUITT, HERMAN A |
| PULLEN, TED N |
| RADER, ROBERT M |
| RAMEY, DOUGLAS |
| RAMSEY, BENJAMIN F |
| RASMUSSEN, DALE L |
| RATCLIFF, KENNETH R |
| RATLIFF, HARVEY S |
| RAWSON, GEORGE L |
| RAYBURN, FLOYD E |
| REED, MCKINLEY B |
| REYNOLDS, FREDERICK |
| RHODES, JAMES D |
| RICE JR, CECIL |
| RICHARDS, GLENN R |
| RICHARDSON SR, CARLOS J |
| RICHMOND, CURTIS K |

**Duplicate claims have not been excluded**

*Claims Filed by JAMES F HUMPHREYS & ASSOCIATES*   11

| Claimant Name |
|---|
| RIFE, WORLEY A |
| RIFFE, RUSSELL L |
| RIFFLE, CHARLES E |
| RIZZO, SAM A |
| ROACH, REAFORD V |
| ROARK, LUTHER E |
| ROBBINS, JAMES W |
| ROBERTS, JACK C |
| ROBEY, JEREMIAH H |
| ROBINETTE, JACK E |
| ROMANS, ALVIN C |
| ROWAN, OSCAR O |
| ROWE, HANSON R |
| ROWE, JOHN W |
| RUDD, CECIL G |
| RUSSELL, GEARRY R |
| RUSSELL, RALPH E |
| SAMPLES, JAMES D |
| SAMPLES, MURL V |
| SAMPSON, JAMES L |
| SAMPSON, ROBERT L |
| SANSOM, CLAYTON |
| SARGENT, CLIFTON D |
| SATTERFIELD, HENRY D |
| SAUL, EVERETT L |
| SCARBERRY, FRED B |
| SCARBERRY, RAYMOND THURLIN |
| SCHULTZ, ALBERT |
| SCOTT, DELL B |
| SCUDDER, ROY E |
| SEBASTIAN, WILLIAM H |
| SETTLE SR, JOHN C |
| SETTLE, HUBERT M |
| SEXTON, GILBERT P |
| SHAMBLIN, JAMES M |
| SHAMBLIN, OTTIE D |
| SHANK, GEORGE M |
| SHEETS, DENVER |
| SHINGLETON, DORSEY J |

**Duplicate claims have not been excluded**

*Claims Filed by JAMES F HUMPHREYS & ASSOCIATES*  12

| Claimant Name |
|---|
| SHREEVES, ROBERT L |
| SHUFF, MURRAY |
| SIMPSON, DAVID A |
| SLONE, GLENN E |
| SMITH, CHARLES T |
| SMITH, CURTIS C |
| SMITH, FL A |
| SMITH, FLOYD A |
| SMITH, JACK L |
| SMITH, JOSEPH EARL |
| SMITH, LARRY B |
| SMITH, LYNN C |
| SMITH, PAUL E |
| SMITH, WAYNE I |
| SNODDY, CLINTON E |
| SNODGRASS, ELMER E |
| SNUFFER, JERRY L |
| SPITZNOGLE, DARRELL GENE |
| STAPLETON, CLIFFORD R |
| STAPLETON, SELDON E |
| STEED, JOHN H |
| STEPHENS, RAYMOND G |
| STEPHENSON, JOSEPH S |
| STEWART, HARRY C |
| STIDHAM, DANNY L |
| STIDHAM, TROY F |
| STONE, FREDERICK L |
| STRATTON, MARVIN R |
| STRICKLER, MELVIN T |
| STURGELL, JOSEPH |
| TACKETT, JAMES T |
| TAYLOR, LUTHER S |
| TAYLOR, WILMA B |
| TEEL, EZRA C |
| THOMAS, JOSEPH DANIEL |
| THOMAS, WILLIAM O |
| THOMPSON, JACK BENNY |
| THORNSBERRY, EMIL |
| THORNTON, DARRELL R |

**Duplicate claims have not been excluded**

*Claims Filed by JAMES F HUMPHREYS & ASSOCIATES* 13

| Claimant Name |
|---|
| THORP, LEONDIUS N |
| TINCHER, THOMAS J |
| TOLLIVER, HENRY V |
| TOMBLIN, LENFORD |
| TOWLES, JOHN C |
| TRIPPETT, CARL EVANS |
| TUCKER, JAMES R |
| TURNER, LANGLEY |
| TURNER, LORENZO C |
| UJCICH, FRANK |
| VANDALL, WILFRED F |
| VARNEY, CLETUS R |
| VAUGHAN, JAMES T |
| VERMATTER, NELMAR |
| VINCENT, ALEDA VIOLET |
| VINES, EUGENE D |
| WADDELL JR, CHARLES K |
| WALKER JR, EARL W |
| WALKER, HOWARD A |
| WALLACE, REGINALD N |
| WALTERS, JOSEPH |
| WAMSLEY, RODNEY L |
| WARD, DON |
| WARNER, ROY L |
| WARNER, WILLIAM R |
| WAUGH, HOWARD E |
| WEAVER, WILLIAM A |
| WEBB, HUGH H |
| WELLMAN, ANNA M |
| WELLS, EUGENE L |
| WHEATLEY, WILLIAM H |
| WHETZEL, CHARLES L |
| WHITE, CURTIS |
| WHITE, OLEN J |
| WHITED, EARL |
| WICKLINE, RONALD L |
| WILCOX, WALTER L |
| WILKINSON, DANNY L |
| WILKS JR, GEORGE W |

**Duplicate claims have not been excluded**

*Claims Filed by JAMES F HUMPHREYS & ASSOCIATES*    14

| Claimant Name |
|---|
| WILLIAMS, BOBBY G |
| WILLS, JOHNNIE FRANCIS |
| WILSON, LESTER L |
| WILSON, ROBERT |
| WILT, BAXTER C |
| WILT, THOMAS A |
| WINE JR, FLEMING |
| WINEKA, HAROLD |
| WISE, MICHAEL L |
| WITHROW, ALBERT |
| WOLFE, GALE E |
| WOLFE, HAROLD L |
| WOOD, WILLIAM L |
| WOODS, JOHN W |
| YOCUM, WILLIAM E |
| YORK, BRUCE C |
| YOUELL JR, GEORGE |

*Duplicate claims have not been excluded*