# Exhibit C

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire



WR GRACE-PIQ 006620-001

REDACTED

REC'D MAR 0 3 2006

10315607043889
RE:
James F Humphreys & Associates, L C
707 Virginia Street East
Bank One Center Suite 1113
Charleston WV 25301



000886043889

WR GRACE-PIQ 006620-002

[THIS PAGE INTENTIONALLY LEFT BLANK.]



WR GRACE-PIQ 006620-003

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

YOU HAVE RECEIVED THIS QUESTIONNAIRE BECAUSE GRACE BELIEVES THAT YOU HAD SUED ONE OR MORE OF THE DEBTORS LISTED IN APPENDIX A ATTACHED TO THIS QUESTIONNAIRE BEFORE GRACE FILED FOR BANKRUPTCY ON APRIL 2, 2001 FOR AN ASBESTOS-RELATED PERSONAL INJURY OR WRONGFUL DEATH CLAIM, AND THAT CLAIM WAS NOT FULLY RESOLVED.

IF YOU HAVE SUCH A CLAIM, YOU MUST COMPLETE AND SUBMIT THIS QUESTIONNAIRE BY JANUARY 12, 2006 TO RUST CONSULTING, INC., THE CLAIMS PROCESSING AGENT, AT ONE OF THE FOLLOWING ADDRESSES:

<table>
<tr><td>IF SENT BY U.S. MAIL</td><td>IF SENT BY FEDERAL EXPRESS, UNITED PARCEL SERVICE, OR A SIMILAR HAND DELIVERY SERVICE</td></tr>
<tr><td>RUST CONSULTING, INC.<br>CLAIMS PROCESSING AGENT<br>RE: W.R. GRACE & CO. BANKRUPTCY<br>P.O. BOX 1620<br>FARIBAULT, MN 55021</td><td>RUST CONSULTING, INC.<br>CLAIMS PROCESSING AGENT<br>RE: W.R. GRACE & CO. BANKRUPTCY<br>201 S. LYNDALE AVE.<br>FARIBAULT, MN 55021</td></tr>
</table>

A QUESTIONNAIRE (AND ANY AMENDMENTS OR ADDITIONAL DOCUMENTS IN SUPPORT OF THE QUESTIONNAIRE) WILL <u>NOT</u> BE CONSIDERED UNLESS RECEIVED BY RUST CONSULTING, INC. BY JANUARY 12, 2006.

THIS QUESTIONNAIRE IS AN OFFICIAL DOCUMENT APPROVED BY THE COURT IN CONNECTION WITH ESTIMATING GRACE'S ASBESTOS-RELATED PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AS A WHOLE. THE QUESTIONNAIRE IS BEING USED BY W. R. GRACE AS A MEANS TO SEEK INFORMATION ABOUT YOUR ASBESTOS CLAIM. BY TIMELY RETURNING THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE, GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION.

THE COURT HAS ORDERED THAT, AS PART OF THE DISCOVERY PROCESS, ALL HOLDERS OF PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS MUST COMPLETE AND RETURN THIS QUESTIONNAIRE. THUS, FAILURE TO TIMELY RETURN THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE MAY RESULT IN SANCTIONS AND/OR OTHER RELIEF AVAILABLE UNDER APPLICABLE FEDERAL RULES.

BECAUSE YOUR CLAIM WILL BE EVALUATED IN ACCORDANCE WITH THE TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION, COMPLETION OF THIS QUESTIONNAIRE DOES <u>NOT</u> MEAN THAT YOUR CLAIM WILL EITHER BE ALLOWED OR PAID. TO THE EXTENT YOU ATTACH TO THIS QUESTIONNAIRE DOCUMENTS ALSO NEEDED BY THE TRUST TO PROCESS YOUR CLAIM, SUCH DOCUMENTS WILL BE PROVIDED TO THE TRUST AND YOU WILL NOT NEED TO RESUBMIT THEM.

## INSTRUCTIONS

**A. GENERAL**

1. This Questionnaire refers to any lawsuit that you filed before April 2, 2001 for an "asbestos wrongful death claim." This term is intended to cover any lawsuit alleging any claim for personal injuries or death that relates to: (a) exposure to any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors (or any of their respective past or present affiliates, or any of the predecessors of any of the Debtors or any of their respective past or present affiliates), or (b) exposure to vermiculite mined, milled or processed by the Debtors (or any of their respective past or present affiliates, any of the predecessors of any of the Debtors or any of their predecessors' respective past or present affiliates). It includes claims in the nature of or sounding in tort, or under contract, warranty, guarantee, contribution, joint and several liability, subrogation, reimbursement, or indemnity, or any other theory of law or equity, or admiralty for, relating to, or arising out of, resulting from, or attributable to, directly or indirectly, death, bodily injury, sickness, disease, or other personal injuries or other damages caused, or allegedly caused, directly or indirectly, and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors. It includes all such claims, debts, obligations or liabilities for compensatory damages such as loss of consortium, personal or bodily injury (whether physical, emotional or otherwise), wrongful death, survivorship, proximate, consequential, general, special, and punitive damages.

2. Your Questionnaire will be deemed filed only when it has been received by Rust Consulting Inc., the Claims Processing Agent, via U.S. Mail, Federal Express, United Parcel Service or a similar hand delivery service. A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will **not** be accepted and will **not** be deemed filed.

   Do **not** send any Questionnaire to the Debtors, counsel for the Debtors, the Future Claimants Representative, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel. Questionnaires that are filed with or sent to anyone other than Rust Consulting, Inc., will be deemed not to have been submitted, and such Questionnaires will not be considered.

3. Your completed Questionnaire must (i) be written in English, and (ii) attach relevant supporting materials as instructed further below.

4. All holders of claims described on page i (and as described in further detail in Instruction A (1) above) are required to file this Questionnaire by Jan. 12, 2006. Your Questionnaire will be used in connection with the estimation hearing to be conducted by the Court pursuant to the Estimation Procedures Order (a copy of which is attached as Appendix B).

5. Any subsequent amendment to the Questionnaire will not be considered for any purpose unless received by Jan. 12, 2006.

**B. PART I — Identity of Injured Person and Legal Counsel**

Respond to all applicable questions. If you are represented by a lawyer, then in Part I (b), please provide your lawyer's name and the name, telephone number and address of his/her firm. If you are represented by a lawyer, he/she must assist in the completion of this Questionnaire. Also, if you would prefer that the Debtors send any additional materials only to your lawyer, instead of sending such materials to you, then check the box indicating this in Part I (b).

All references to "you" or the like in Parts I through X shall mean the injured person. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete this Questionnaire.

**C. PART II — Asbestos-Related Condition(s)**

Please indicate all asbestos-related medical conditions for which you have been diagnosed. To complete questions related to injuries, medical diagnoses, and/or conditions, please use the following categories of customarily diagnosed conditions:

- Mesothelioma
- Asbestos-Related Lung Cancer
- Other Cancer (colon, laryngeal, esophageal, pharyngeal, or stomach)
- Clinically Severe Asbestosis
- Asbestosis
- Other Asbestos Disease

If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**Supporting Documents for Diagnosis:** This Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that support or conflict with your diagnosis.

**X-rays and B-reads:** Please attach all x-ray readings and reports. You may, but are not required to, attach chest x-rays. The court, however, has ruled that Grace may seek access to chest x-rays upon request.

**Pulmonary Function Tests:** Please attach all pulmonary function test results, including the actual raw data and all spirometric tracings, on which the results are based.

## D.  PART III – Direct Exposure to Grace Asbestos-Containing Products

In Part III, please provide the requested information for the job and site at which you were e
asbestos-containing products.  Indicate the dates of exposure to each Grace asbestos-containing product.
was a result of your employment, use the list of occupation and industry codes below to indicate your occupation and the
industry in which you worked at each site.  If you allege exposure to Grace asbestos-containing products at multiple sites, the
Court has ordered that you must complete a separate Part III for each site.  For your convenience, additional copies of Part III
are attached as Appendix D to this Questionnaire.

Attach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial
causal role in the development of the disease.

### Occupation Codes

01.  Air conditioning and heating installer/maintenance
02.  Asbestos miner
03.  Asbestos plant worker/asbestos manufacturing worker
04.  Asbestos removal/abatement
05.  Asbestos sprayer/spray gun mechanic
06.  Assembly line/factory/plant worker
07.  Auto mechanic/bodywork/brake repairman
08.  Boilermaker
09.  Boiler repairman
10.  Boiler worker/cleaner/inspector/engineer/installer
11.  Building maintenance/building superintendent
12.  Brake manufacturer/installer
13.  Brick mason/layer/hod carrier
14.  Burner operator
15.  Carpenter/woodworker/cabinetmaker
16.  Chipper
17.  Clerical/office worker
18.  Construction - general
19.  Custodian/janitor in office/residential building
20.  Custodian/janitor in plant/manufacturing facility
21.  Electrician/inspector/worker
22.  Engineer
23.  Firefighter
24.  Fireman
25.  Flooring installer/tile installer/tile mechanic
26.  Foundry worker
27.  Furnace worker/repairman/installer
28.  Glass worker
29.  Heavy equipment operator (includes truck, forklift, & crane)
30.  Insulator

31.  Iron worker
32.  Joiner
33.  Laborer
34.  Longshoreman
35.  Machinist/machine operator
36.  Millwright/mill worker
37.  Mixer/bagger
38.  Non-asbestos miner
39.  Non-occupational/residential
40.  Painter
41.  Pipefitter
42.  Plasterer
43.  Plumber - install/repair
44.  Power plant operator
45.  Professional (e.g., accountant, architect, physician)
46.  Railroad worker/carman/brakeman/machinist/conductor
47.  Refinery worker
48.  Remover/installer of gaskets
49.  Rigger/stevedore/seaman
50.  Rubber/tire worker
51.  Sandblaster
52.  Sheet metal worker/sheet metal mechanic
53.  Shipfitter/shipwright/ship builder
54.  Shipyard worker (md. repair, maintenance)
55.  Steamfitter
56.  Steelworker
57.  Warehouse worker
58.  Welder/blacksmith
59.  Other

### Industry Codes

101.  Asbestos abatement/removal
102.  Aerospace/aviation
100.  Asbestos mining
101.  Automotive
102.  Chemical
103.  Construction trades
104.  Iron/steel
105.  Longshore
106.  Maritime
107.  Military (other than U.S. Navy)
108.  Non-asbestos products manufacturing

109.  Petrochemical
110.  Railroad
111.  Shipyard-construction/repair
112.  Textile
113.  Tire/rubber
114.  U.S. Navy
115.  Utilities
116.  Grace asbestos manufacture or milling
117.  Non-Grace asbestos manufacture or milling
118.  Other

WR GRACE-PIQ 006620-005

**E. PART IV – Indirect Exposure to Grace Asbestos-Containing Products**

In Part IV, please provide the information requested for any injury alleged to have been c[aus]e asbestos-containing products through contact/proximity with another injured person. If y[ou ha]d contact/proximity with multiple injured persons, please complete a separate Part IV for each injured person. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.

**F. PART V – Exposure to Non-Grace Asbestos-Containing Products**

In Part V, please provide the requested information for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate Part V for each party. If exposure was in connection with your employment, use the list of occupation and industry codes in Part III to indicate your occupation and the industry in which you worked. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

**G. PART VI – Employment History**

In Part VI, please provide the information requested for each industrial job you have held, other than jobs already listed in Parts III or V. Use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked for each job. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**H. PART VII -- Litigation and Claims Regarding Asbestos and/or Silica**

In Part VII, please describe any lawsuits and/or claims that were filed by you or on your behalf regarding asbestos or silica.

**I. PART VIII -- Claims by Dependents or Related Persons**

Part VIII is to be completed only by dependents or related persons (such as spouse or child) of an injured person who sued the Debtors before April 2, 2001 for an asbestos-related personal injury or wrongful death claim against Grace not involving physical injury to him-/herself on account of his/her own exposure. One example of such a claim would be a claim for loss of consortium. If you are asserting such a claim, complete the entire Questionnaire, providing all information and documentation regarding the injured person.

**J. PART IX – Supporting Documentation**

In Part IX, please mark the boxes next to each type of document that you are submitting with this Questionnaire. As indicated in the instructions to Parts II and III, this Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that (a) support or conflict with your diagnosis and/or (b) establish exposure to Grace asbestos-containing products as having a substantial causal role in the development of the medical diagnoses, and/or conditions claimed. Original documents provided to Grace will be returned within a reasonable time after its professionals and experts have reviewed the documents.

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such cost.

**K. PART X – Attestation that Information is True, Accurate and Complete**

By signing Part X, you, the injured person, are attesting and swearing, under penalty of perjury, that, to the best of you[r] knowledge, all of the information in this Questionnaire is true, accurate and complete. If the injured person is deceased, the[n] the executor of the person's will (or similar estate representative) must complete and sign Part X on behalf of the injure[d] person.

The legal representative of the injured person must complete and sign Part X where indicated.

REDACTED

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

WR GRACE-PIQ 006620-007

### a. GENERAL INFORMATION

**1. Name of Claimant:**

First        MI        Last

**2. Gender:** ☒ Male  ☐ Female

**3. Race (for purposes of evaluating Pulmonary Function Test results):**..................
☐ White/Caucasian
☐ African American
☐ Other

**4. Last Four Digits of Social Security Number:**

**5. Birth Date:**

**6. Mailing Address:**

Address        City        State/Province        Zip/Postal Code

**7. Daytime Telephone Number:**................................................ (304) 736-1285

### b. LAWYER'S NAME AND FIRM

**1. Name of Lawyer:**

**2. Name of Law Firm With Which Lawyer is Affiliated:** James F. Humphreys & Associates

**3. Mailing Address of Firm:** 500 VA St E Suite 800 Charleston WV 25301

Address        City        State/Province        Zip/Postal Code

**4. Law Firm's Telephone Number or Lawyer's Direct Line:**.................... (304) 347-5050

☒ Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

**1. Is the injured person living or deceased?**................................................ ☒ Living  ☐ Deceased
If deceased, date of death: ................................................ __ /__ /__

**2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:**

Primary Cause of Death (as stated in the Death Certificate): _____

Contributing Cause of Death (as stated in the Death Certificate): _____

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**. Please check the box next to the condition being alleged:**

☐ Asbestos-Related Lung Cancer
☐ Mesothelioma
☒ Asbestosis
☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
☐ Other Asbestos Disease
☐ Clinically Severe Asbestosis

**a. Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

☐ diagnosis from a pathologist certified by the American Board of Pathology
☐ diagnosis from a second pathologist certified by the American Board of Pathology
☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition
☐ other (please specify):_____

1

WR GRACE-PIQ 006620-008

**b.  Asbestos-Related Lung Cancer:**  If alleging Asbestos-Related Lung Cancer, were your lung cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs of Pneumoconioses* (2000)

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

☐ other (please specify): _____

**c.  Other Cancer:**

(i)  If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon      ☐ pharyngeal      ☐ esophageal      ☐ laryngeal      ☐ stomach cancer

☐ other, please specify: _____

(ii)  Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

☐ other (please specify): _____

2

| PART II: ASBESTOS-RELATED CONDITION(S) (Continued) |

WR GRACE-PIQ  006620-009

**d.  Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a  second B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

**e.  Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☑ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☑ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a  second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☑ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☑ other (please specify): Hands-On Exam /Causation

3

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE-PIQ 006620-010

f.    **Other Asbestos Disease:**  If alleging any asbestos-related injuries, medical diagnoses, an those above, was your diagnosis based on the following (check all that apply):

☐  diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐  diagnosis determined by pathology

☐  a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐  a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐  a chest x-ray reading  other than those described above

☐  a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐  a pulmonary function test other than that discussed above

☐  a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐  a CT Scan or similar testing

☐  a diagnosis other than those above

☐  other (please specify): _____


**[REMAINDER OF PAGE INTENTIONALLY BLANK]**


4

## PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE-PIQ 006620-011

**_ormation Regarding Diagnosis**

_e of Diagnosis: ............... 01/15/1992

_osing Doctor's Name: Dominic Caziano

_osing Doctor's Specialty: Internal Medicine

_sing Doctor's Mailing Address: 3100 MacCorkle Ave, SE
Address

_arleston                           WV                      25304
State/Province                          Zip/Postal Code

*Objection: see page 8*

_ Doctor's Daytime Telephone Number: .............................. (304) 346-1811

_t to your relationship to the diagnosing doctor, check all applicable boxes:

_osing doctor your personal physician? ..................................................... ☐ Yes ☐ No

_gnosing doctor paid for the diagnostic services that he/she performed? ....................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? ........... ☐ Yes ☐ No

Was the diagnosing doctor referred to you by counsel? ....................................... ☐ Yes ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel? ........................ ☐ Yes ☐ No

*If yes, please explain:* _____

**Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis?** ........... ☑ Yes ☐ No

**Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?** ........... ☐ Yes ☑ No

**Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis?** ........... ☑ Yes ☐ No

**Did the diagnosing doctor perform a physical examination?** ........... ☑ Yes ☐ No

**Do you currently use tobacco products?** ........... ☐ Yes ☑ No

**Have you ever used tobacco products?** ........... ☑ Yes ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

☑ Cigarettes    Packs Per Day (half pack = .5) 1    Start Year 1953  End Year 1969

☐ Cigars    Cigars Per Day _____    Start Year ____ End Year ____

☐ If Other Tobacco Products, please specify (e.g., chewing tobacco): _____
    Amount Per Day _____    Start Year ____ End Year ____

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? ........... ☐ Yes ☑ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:* _____

3. **Information Regarding Chest X-Ray**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐ Mobile laboratory  ☐ Job site  ☐ Union Hall  ☐ Doctor office  ☐ Hospital  ☐ Other: _____

Address where chest x-ray taken: _____
                                    Address

_____      _____      _____
City                                State/Province                          Zip/Postal Code

5

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE-PIQ 006620-012

4.  **Information Regarding Chest X-Ray Reading**

_ of Reading: 12/14/1991          ILO score: 1/0

_e of Reader: Dominic Gaziano

_er's Daytime Telephone Number: (304) 346-1811

_er's Mailing Address: 3100 MacCorkle Ave. S.E. Suite 404

_harleston                    WV          25304

Address                                          State/Province          Zip/Postal Code

_ respect to your relationship to the reader, check all applicable boxes:

_ the reader paid for the services that he/she performed..................................☐ Yes ☐ No

_, please indicate who paid for the services performed: _____

_ou retain counsel in order to receive any of the services performed by the reader? ...........☐ Yes ☐ No

_... the reader referred to you by counsel?....................................................☐ Yes ☐ No

Are you aware of any relationship between the reader and your legal counsel? .........................☐ Yes ☐ No

_If yes, please explain:_ _____

**Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?**
.......................................................................................................☑ Yes ☐ No

_If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:_ _____

5.  **Information Regarding Pulmonary Function Test:** ........................ Date of Test: __ __ / __ __ / __ __ __ __

**List your height in feet and inches when test given:** ........................................ _____ ft _____ inches

**List your weight in pounds when test given:** ........................................ _____ lbs

**Total Lung Capacity (TLC):** ........................................ _____% of predicted

**Forced Vital Capacity (FVC):** ........................................ _____% of predicted

**FEV1/FVC Ratio:** ........................................ _____% of predicted

**Name of Doctor Performing Test (if applicable):** _____

**Doctor's Specialty:** _____

**Name of Clinician Performing Test (if applicable):** _____

**Testing Doctor or Clinician's Mailing Address:** _____

Address

City                                          State/Province          Zip/Postal Code

**Testing Doctor or Clinician's Daytime Telephone Number:** ........................ ( __ __ __ ) __ __ __ - __ __ __ __

**Name of Doctor Interpreting Test:** _____

**Doctor's Specialty:** _____

**Interpreting Doctor's Mailing Address:** _____

Address

City                                          State/Province          Zip/Postal Code

**Interpreting Doctor's Daytime Telephone Number:** ........................ ( __ __ __ ) __ __ __ - __ __ __ __

_Objection: see page 8_

| PART II:  ASBESTOS-RELATED CONDITION(S) (Continued) | |

WR GRACE-PIQ 006620-013

With respect to your relationship to the doctor or clinician who performed the pulmonary function test, check all applicable boxes:

If the test was performed by a doctor, was the doctor your personal physician? ......................................... ☐ Yes  ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ................................. ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:*._____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician?.. ☐ Yes  ☐ No

Was the testing doctor or clinician referred to you by counsel?................................................................ ☐ Yes  ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ............. ☐ Yes  ☐ No

*If yes, please explain:* _____

Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test? ........................................................................... ☐ Yes  ☐ No

With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:

Was the doctor your personal physician? ........................................................................... ☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed? ........................................................ ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ........................... ☐ Yes  ☐ No

Was the doctor referred to you by counsel? ................................................................................ ☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ......................... ☐ Yes  ☐ No

*If yes, please explain* _____

Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?............................. ☐ Yes  ☐ No

6. **Information Regarding Pathology Reports:**

Date of Pathology Report: ......................................................... __ __ / __ __ / __ __ __ __

Findings: _____

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____
                          Address

| City | State/Province | Zip/Postal Code |

Doctor's Daytime Telephone Number: ......................................... ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

Was the doctor your personal physician? ........................................................................... ☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed? ........................................................ ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ........................... ☐ Yes  ☐ No

Was the doctor referred to you by counsel? ................................................................................ ☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ......................... ☐ Yes  ☐ No

*If yes, please explain:* _____

Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?

......................................................................................................................... ☐ Yes  ☐ No

7

WR GRACE-PIQ   006620-014

7.  With respect to the condition alleged, have you received medical treatment from a doctor...............................................................................................................□ Yes □ No

*If yes, please complete the following:*

Name of Treating Doctor: _____

Treating Doctor's Specialty: _____

Treating Doctor's Mailing Address: _____
                                                    Address

_____
City                                          State/Province                     Zip/Postal Code

Treating Doctor's Daytime Telephone number: ............................... ( __ __ __ ) __ __ __ - __ __ __ __

Was the doctor paid for the services that he/she performed?................................□ Yes □ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor?.................□ Yes □ No

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

## PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PR[ODUCTS]

WR GRACE-PIQ 006620-016

1.  Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person? ...................................................................................... ☐ Yes ☑ No

    *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2.  Please indicate the following information regarding the other injured person:

    Name of Other Injured Person: _____ Gender: ☐ Male ☐ Female

    Last Four Digits of Social Security Number: __ __ __ __          Birth Date: __ __ / __ __ / __ __ __ __

3.  What is your Relationship to Other Injured Person: ........................................ ☐ Spouse ☐ Child ☐ Other

4.  Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:
    _____

5.  Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:
    From: __ __ / __ __ / __ __ __ __          To: __ __ / __ __ / __ __ __ __

6.  Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:
    _____

7.  Has the Other Injured Person filed a lawsuit related to his/her exposure? ........................................ ☐ Yes ☐ No

    *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

    Caption: _____

    Case Number: _____          File Date: __ __ / __ __ / __ __ __ __

    Court Name: _____

8.  Nature of Your Own Exposure to Grace Asbestos-Containing Product:
    _____

9.  Dates of Your Own Exposure to Grace Asbestos-Containing Product:
    From: __ __ / __ __ / __ __ __ __          To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:
    _____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

WR GRACE-PIQ 006620-017

| Party Against which Lawsuit or Claim was Filed: | Product(s) | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 59, specify | Industry Code If Code 118, specify | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|
| **Site of Exposure 1** Site Name: Job 1 Description: | | | | | | |
| Address: Job 2 Description: | | | | | | |
| City and State: Job 3 Description: | | | | | | |
| Site Owner: | | | | | | |
| **Site of Exposure 2** Site Name: Job 1 Description: | | | | | Exposure Records: **Objection.** Discovery has been stayed and is needed of W. R. Grace. The Asbestos Claimants Committee has | |
| Address: Job 2 Description: | | | | | served substantial discovery on Grace asking for their historical exposure records and Grace has objected to the production of same. | |
| City and State: Job 3 Description: | | | | | Plaintiff is at present unable to fairly and accurately respond to this request until such time as W. R. Grace responds to previously | |
| Site Owner: | | | | | served discovery requests regarding exposure records. Moreover, this information sought in this request is properly the subject of | |
| **Site of Exposure 3** Site Name: Job 1 Description: | | | | | Interrogatories required to be submitted as provided by Rule 33, Federal Rules of Civil Procedure which affords to plaintiff | |
| Address: Job 2 Description: | | | | | | |
| City and State: Job 3 Description: | | | | | | |
| Site Owner: | | | | | | |

11

## PART VI: EMPLOYMENT HISTORY



WR GRACE-PIQ 006620-018

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Occupation Code:** _110_ If Code 59, specify: _____

**Industry Code:** _____ If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** _12_/_1_/_1939_ **End of Employment:** ___/___/_1979_

**Location:** _____

Address _____

City _____ State/Province _____ Zip/Postal Code

**Occupation Code:** _____ If Code 59, specify: _____

**Industry Code:** _____ If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** ___/___/_____ **End of Employment:** ___/___/_____

**Location:** _____

Address _____

City _____ State/Province _____ Zip/Postal Code

**Occupation Code:** _____ If Code 59, specify: _____

**Industry Code:** _____ If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** ___/___/_____ **End of Employment:** ___/___/_____

**Location:** _____

Address _____

City _____ State/Province _____ Zip/Postal Code

**Occupation Code:** _____ If Code 59, specify: _____

**Industry Code:** _____ If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** ___/___/_____ **End of Employment:** ___/___/_____

**Location:** _____

Address _____

City _____ State/Province _____ Zip/Postal Code

12

**PART VII: LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR SI**

WR GRACE-PIQ  006620-019

**GATION**

ou ever been a plaintiff in a lawsuit regarding asbestos or silica?.................................... ☑ Yes ☐ No

please complete the rest of this Part VII(a) for each lawsuit.   For your convenience, additional copies of Part
attached as Appendix G to this Questionnaire

provide the caption, case number, file date, and court name for the lawsuit you filed:

n: _____

umber:         **REDACTED**                    `  _____  File Date:

Name:                                           _____

ace a defendant in the lawsuit? .................................................................... ☑ Yes ☐ No

lawsuit dismissed against any defendant? .................................................... ☐ Yes ☐ No

*If yes, please provide the basis for dismissal of the lawsuit against each defendant:*

_____

_____

5.  Has a judgment or verdict been entered?................................................................ ☐ Yes ☐ No

*If yes, please indicate verdict amount for each defendant(s):* _____

6.  Was a settlement agreement reached in this lawsuit? .............................................. ☐ Yes ☐ No

*If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

a.  Settlement amount for each defendant: _____

b.  Applicable defendants:_____

c.  Disease or condition alleged: _____

d.  Disease or condition settled (if different than disease or condition alleged):_____

7.  Were you deposed in this lawsuit? ...................................................................... ☐ Yes ☐ No

*If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

**b. CLAIMS**

1.  Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an
    asbestos trust (other than a formal lawsuit in court)? .......................................... ☐ Yes ☐ No
    *If yes, please complete the rest of this Part VII(b).  If no, please skip to Part VIII.*

2.  Date the claim was submitted:.................................................................. __ _ / _ _ / _ _ _ _

3.  Person or entity against whom the claim was submitted:_____

4.  Description of claim: _____

5.  Was claim settled? .............................................................................. ☐ Yes ☐ No

6.  Please indicate settlement amount: ..................................................... $_____

7.  Was the claim dismissed or otherwise disallowed or not honored? .......................... ☐ Yes ☐ No
    *If yes, provide the basis for dismissal of the claim:*_____

**Objection**: The information sought here is
public record as readily available to the
defendant as to the plaintiff, or is subject to
a confidentiality agreement between the
parties.

Objections: a 4-7 & b 1-7
See below

13

## PART VIII   CLAIMS BY DEPENDENTS OR RELATED PERSONS

WR GRACE-PIQ 006620-020

**Name of Dependent or Related Person:** _____   Gender: ☐ Male ☑ Female

**Last Four Digits of Social Security Number:** _____   **Birth Date:** _____

**Financially Dependent:** .................................................................................................... ☐ Yes ☐ No

**Relationship to Injured Party:** ☑ Spouse ☐ Child ☐ Other  If other, please specify _____

**Mailing  Address:** _____

**City:** _____   **State/Province** _____   **Zip/Postal Code** _____

**Daytime Telephone number:** .

## PART IX:  SUPPORTING DOCUMENTATION

Please use the checklists below to indicate which documents you are submitting with this form.

**Copies:**

☑ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☑ Supporting documentation of exposure to Grace asbestos-containing products
☐ Supporting documentation of other asbestos exposure

☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Depositions from lawsuits indicated in Part VII of this Questionnaire
☐ Death Certification

**Originals:**

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products

☐ Supporting documentation of other asbestos exposure
☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation.  Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

## PART X  ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE

The information provided in this Questionnaire must be accurate and truthful.  This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim.  The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both.  18 U.S.C. §§ 152 & 3571.
**TO BE COMPLETED BY THE INJURED PERSON.**

I swear, **under penalty of perjury**, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true. accurate and complete.

Signature: __   Date: __

Please Print Name: __

**TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.**

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: _____   Date: 01/12/2006

Please Print Name: _____



WR GRACE-PIQ  006620-021

## APPENDIX C
### Additional Copies of Part II of the Questionnaire

| PART II:  ASBESTOS-RELATED CONDITION(S) |
|---|

Name of Claimant: _____ Last 4 Digits of SSN: __ __ __ __

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire.  If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis.  For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1.   **Please check the box next to the condition being alleged:**

☐ Asbestos-Related Lung Cancer     ☐ Mesothelioma

☐ Asbestosis     ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

☐ Other Asbestos Disease     ☐ Clinically Severe Asbestosis

   **a.**  **Mesothelioma:**  If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

     ☐ diagnosis from a pathologist certified by the American Board of Pathology

     ☐ diagnosis from a second pathologist certified by the American Board of Pathology

     ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

     ☐ other (please specify):_____

   **b.**  **Asbestos-Related Lung Cancer:**  If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

     ☐ findings by a pathologist certified by the American Board of Pathology

     ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

     ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

     ☐ evidence of asbestosis determined by pathology

     ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

     ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

     ☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

     ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

     ☐ other (please specify):_____

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) | WR GRACE-PIQ 006620-022 |

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

c. **Other Cancer:**

    (i)   If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

        ☐ colon      ☐ pharyngeal      ☐ esophageal      ☐ laryngeal      ☐ stomach cancer

        ☐ other, please specify: _____

    (ii)  Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

        ☐ findings by a pathologist certified by the American Board of Pathology

        ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

        ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

        ☐ evidence of asbestosis determined by pathology

        ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

        ☐ other (please specify): _____

d. **Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

    ☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

    ☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

    ☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

    ☐ asbestosis determined by pathology

    ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing: Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

    ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing: Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

    ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

    ☐ other (please specify): _____

2

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

WR GRACE-PIQ 006620-023

**PART II: ASBESTOS-RELATED CONDITION(S)**

Name of Claimant: _____ Last 4 Digits of SSN: __ __ __ __

e.   **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

f.   **Other Asbestos Disease:** If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ diagnosis determined by pathology

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  other than those described above

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a pulmonary function test other than that discussed above

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐ a CT Scan or similar testing

☐ a diagnosis other than those above

☐ other (please specify): _____

3

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

**PART II: ASBESTOS-RELATED CONDITION(S)**

WR GRACE-PIQ 006620-024

**Name of Claimant:** _____     **Last 4 Digits of SSN:** _____

**2.** **Information Regarding Diagnosis**

**Date of Diagnosis:** ................................................ __ __ / __ __ / __ __ __ __

**Diagnosing Doctor's Name:** _____

**Diagnosing Doctor's Specialty:** _____

**Diagnosing Doctor's Mailing Address:** _____
Address

_____
City                              State/Province                    Zip/Postal Code

**Diagnosing Doctor's Daytime Telephone Number:** ............................. ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the diagnosing doctor, check all applicable boxes:**

Was the diagnosing doctor your personal physician? ...................................................... ☐ Yes ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? ............ ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? .......... ☐ Yes ☐ No

Was the diagnosing doctor referred to you by counsel? ............................................ ☐ Yes ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel? ........ ☐ Yes ☐ No

*If yes, please explain:* _____

**Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis?** ...................................................... ☐ Yes ☐ No

**Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?** ...................................................... ☐ Yes ☐ No

**Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis?** ...................................................... ☐ Yes ☐ No

**Did the diagnosing doctor perform a physical examination?** ...................................... ☐ Yes ☐ No

**Do you currently use tobacco products?** ...................................................... ☐ Yes ☐ No

**Have you ever used tobacco products?** ...................................................... ☐ Yes ☐ No

***If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:***

☐ **Cigarettes**     **Packs Per Day (half pack = .5)** _____     **Start Year** __ __ __ __  **End Year** __ __ __ __

☐ **Cigars**     **Cigars Per Day** _____     **Start Year** __ __ __ __  **End Year** __ __ __ __

☐ **If Other Tobacco Products, please specify (e.g., chewing tobacco):** _____
     **Amount Per Day** _____     **Start Year** __ __ __ __  **End Year** __ __ __ __

**Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")?** ............ ☐ Yes ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

_____

**3.** **Information Regarding Chest X-Ray**

**Please check the box next to the applicable location where your chest x-ray was taken (check one):**

☐ Mobile laboratory ☐ Job site ☐ Union Hall ☐ Doctor office ☐ Hospital ☐ Other: _____

**Address where chest x-ray taken:** _____
Address

_____
City                              State/Province                    Zip/Postal Code

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) | WR GRACE-PIQ 006620-025 |

**Name of Claimant:** _____    **Last 4 Digits of SSN:** __ __ __ __

4.  **Information Regarding Chest X-Ray Reading**

   **Date of Reading:** __ __ / __ __ / __ __ __ __       **ILO score:** _____

   **Name of Reader:** _____

   **Reader's Daytime Telephone Number:** ..................................... ( __ __ __ ) __ __ __ - __ __ __ __

   **Reader's Mailing Address:** _____
   _____
   Address

   _____
   City                                    State/Province                     Zip/Postal Code

   **With respect to your relationship to the reader, check all applicable boxes:**

   Was the reader paid for the services that he/she performed .................................................. ☐ Yes  ☐ No

   *If yes, please indicate who paid for the services performed:* _____

   Did you retain counsel in order to receive any of the services performed by the reader? ........... ☐ Yes  ☐ No

   Was the reader referred to you by counsel?................................................................. ☐ Yes  ☐ No

   Are you aware of any relationship between the reader and your legal counsel? ......................... ☐ Yes  ☐ No

   *If yes, please explain:* _____

   **Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?**
   ............................................................................................................... ☐ Yes  ☐ No

   *If the reader is not a certified B-reader, please describe the reader's occupation,  specialty, and the method through which the reading was made:* _____

5.  **Information Regarding Pulmonary Function Test:** ...........................**Date of Test:** __ __ / __ __ / __ __ __ __

   **List your height in feet and inches when test given:** ..................................... _____ ft _____ inches

   **List your weight in pounds when test given:** .................................................. _____ lbs

   **Total Lung Capacity (TLC):** ............................................................... _____ % of predicted

   **Forced Vital Capacity (FVC):** ............................................................ _____ % of predicted

   **FEV1/FVC Ratio:** ........................................................................ _____ % of predicted

   **Name of Doctor Performing Test (if applicable):** _____

   **Doctor's Specialty:** _____

   **Name of Clinician Performing Test (if applicable):** _____

   **Testing Doctor or Clinician's Mailing Address:** _____
   _____
   Address

   _____
   City                                    State/Province                     Zip/Postal Code

   **Testing Doctor or Clinician's Daytime Telephone Number:** ....................... ( __ __ __ ) __ __ __ - __ __ __ __

   **Name of Doctor Interpreting Test:** _____

   **Doctor's Specialty:** _____

   **Interpreting Doctor's Mailing Address:** _____
   _____
   Address

   _____
   City                                    State/Province                     Zip/Postal Code.

   **Interpreting Doctor's Daytime Telephone Number:** ................................. ( __ __ __ ) __ __ __ - __ __ __ __

5

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

WR GRACE-PIQ 006620-026

PART II ASBESTOS-RELATED CONDITION(S)

Name of Claimant: _____ Last 4 Digits of SSN: __ __ __ __

With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:

If the test was performed by a doctor, was the doctor your personal physician?........................................ ☐ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ................................. ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician?.. ☐ Yes ☐ No

Was the testing doctor or clinician referred to you by counsel? ................................................................ ☐ Yes ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ............. ☐ Yes ☐ No

*If yes, please explain:* _____

Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?........................................................................................... ☐ Yes ☐ No

With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:

Was the doctor your personal physician? .............................................................................................. ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed?................................................................. ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ........................... ☐ Yes ☐ No

Was the doctor referred to you by counsel?........................................................................................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ...................................... ☐ Yes ☐ No

*If yes, please explain* _____

Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?.............................. ☐ Yes ☐ No

6. **Information Regarding Pathology Reports:**

Date of Pathology Report:............................................................................. __ __ / __ __ / __ __ __ __

Findings: _____

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____
                          Address

| City | State/Province | Zip/Postal Code |
|------|----------------|-----------------|

Doctor's Daytime Telephone Number: ................................................ ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

Was the doctor your personal physician? ............................................................................................. ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed?................................................................. ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ........................... ☐ Yes ☐ No

Was the doctor referred to you by counsel?........................................................................................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ...................................... ☐ Yes ☐ No

*If yes, please explain:* _____

Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?

.................................................................................................................................................. ☐ Yes ☐ No

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

**PART II:  ASBESTOS-RELATED CONDITION(S)**

WR GRACE-PIQ 006620-027

Name of Claimant: _____ Last 4 Digits of SSN: __ __ __ __

7. **With respect to the condition alleged, have you received medical treatment from a doctor for the condition?**

...........................................................................................................................................□ Yes □ No

*If yes, please complete the following:*

**Name of Treating Doctor:** _____

**Treating Doctor's Specialty:** _____

**Treating Doctor's Mailing Address:** _____
                                                            Address

_____

City                                                State/Province                            Zip/Postal Code

**Treating Doctor's Daytime Telephone number:**........................................... ( __ __ __ ) __ __ __ - __ __ __ __

**Was the doctor paid for the services that he/she performed?**...............................................□ Yes □ No

*If yes, please indicate who paid for the services performed:.* _____

**Did you retain counsel in order to receive any of the services performed by the doctor?** ....................□ Yes □ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

7

WR GRACE-PIQ 006620-028

[THIS PAGE INTENTIONALLY LEFT BLANK]

# APPENDIX C
## Additional Copies of Part II of the Questionnaire

| PART II: ASBESTOS-RELATED CONDITION(S) | WR GRACE-PIQ   006620-029 |

Name of Claimant: _____ Last 4 Digits of SSN: __ __ __ __

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. **Please check the box next to the condition being alleged:**

    ☐ Asbestos-Related Lung Cancer      ☐ Mesothelioma

    ☐ Asbestosis                                      ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

    ☐ Other Asbestos Disease                 ☐ Clinically Severe Asbestosis

    a. **Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

       ☐ diagnosis from a pathologist certified by the American Board of Pathology

       ☐ diagnosis from a second pathologist certified by the American Board of Pathology

       ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

       ☐ other (please specify):_____

    b. **Asbestos-Related Lung Cancer:** If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

       ☐ findings by a pathologist certified by the American Board of Pathology

       ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

       ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

       ☐ evidence of asbestosis determined by pathology

       ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

       ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

       ☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

       ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

       ☐ other (please specify):_____

1

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

**PART II: ASBESTOS-RELATED CONDITION(S)**

WR GRACE-PIQ 006620-030

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

c.  **Other Cancer:**

(i)  If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon    ☐ pharyngeal    ☐ esophageal    ☐ laryngeal    ☐ stomach cancer

☐ other, please specify: _____

(ii)  Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

☐ other (please specify): _____

d.  **Clinically Severe Asbestosis:**  If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

2

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

WR GRACE-PIQ 006620-031

| PART II:  ASBESTOS-RELATED CONDITION(S) |
|---|

Name of Claimant: _____ Last 4 Digits of SSN: __ __ __ __

e. **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVl/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

f. **Other Asbestos Disease:**  If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ diagnosis determined by pathology

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  other than those described above

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVl/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a pulmonary function test other than that discussed above

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐ a CT Scan or similar testing

☐ a diagnosis other than those above

☐ other (please specify): _____

3

**APPENDIX C**
Additional Copies of Part II of the Questionnaire



WR GRACE-PIQ 006620-032

### PART II: ASBESTOS-RELATED CONDITION(S)

Name of Claimant: _____  Last 4 Digits of SSN: __ __ __ __

**2.  Information Regarding Diagnosis**

Date of Diagnosis: ....................................................................................... __ __ / __ __ / __ __ __ __

Diagnosing Doctor's Name: _____

Diagnosing Doctor's Specialty: _____

Diagnosing Doctor's Mailing Address: _____
_____
                                       Address

_____
City                                        State/Province                          Zip/Postal Code

Diagnosing Doctor's Daytime Telephone Number: .......................................( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the diagnosing doctor, check all applicable boxes:

Was the diagnosing doctor your personal physician? .................................................................. ☐ Yes  ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? ................ ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? .......... ☐ Yes  ☐ No

Was the diagnosing doctor referred to you by counsel? ............................................................. ☐ Yes  ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel? ....................... ☐ Yes  ☐ No

*If yes, please explain:* _____
_____

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis? ...................................................................................................... ☐ Yes  ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis? ......................................................................................................................................... ☐ Yes  ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? ......................................................................................................................................... ☐ Yes  ☐ No

Did the diagnosing doctor perform a physical examination? ...................................................... ☐ Yes  ☐ No

Do you currently use tobacco products? ..................................................................................... ☐ Yes  ☐ No

Have you ever used tobacco products? ....................................................................................... ☐ Yes  ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

☐  Cigarettes        Packs Per Day (half pack = .5) _____   Start Year __ __ __ __   End Year __ __ __ __

☐  Cigars            Cigars Per Day _____                   Start Year __ __ __ __   End Year __ __ __ __

☐  If Other Tobacco Products, please specify (e.g., chewing tobacco): _____
                     Amount Per Day _____                  Start Year __ __ __ __   End Year __ __ __ __

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? ................. ☐ Yes  ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*
_____

**3.  Information Regarding Chest X-Ray**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐  Mobile laboratory   ☐ Job site   ☐ Union Hall   ☐ Doctor office   ☐ Hospital   ☐ Other: _____

Address where chest x-ray taken: _____
                                       Address

_____
City                                        State/Province                          Zip/Postal Code

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

**PART II: ASBESTOS-RELATED CONDITION(S)**

WR GRACE-PIQ 006620-033

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

4. **Information Regarding Chest X-Ray Reading**

   Date of Reading: __ __ / __ __ / __ __ __ __    ILO score: _____

   Name of Reader: _____

   Reader's Daytime Telephone Number: ........................................... ( __ __ __ ) __ __ __ - __ __ __ __

   Reader's Mailing Address: _____
   _____
   Address

   _____
   City                              State/Province                    Zip/Postal Code

   **With respect to your relationship to the reader, check all applicable boxes:**

   Was the reader paid for the services that he/she performed ........................................................ ☐ Yes  ☐ No

   *If yes, please indicate who paid for the services performed:* _____

   Did you retain counsel in order to receive any of the services performed by the reader? ............ ☐ Yes  ☐ No

   Was the reader referred to you by counsel?........................................................................ ☐ Yes  ☐ No

   Are you aware of any relationship between the reader and your legal counsel? ......................... ☐ Yes  ☐ No

   *If yes, please explain:* _____

   **Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?**

   ........................................................................................................................ ☐ Yes  ☐ No

   *If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* _____

5. **Information Regarding Pulmonary Function Test:** ........................ **Date of Test:** __ __ / __ __ / __ __ __ __

   List your height in feet and inches when test given: ....................................... _____ ft _____ inches

   List your weight in pounds when test given: ................................................... _____ lbs

   Total Lung Capacity (TLC): ......................................................................... _____ % of predicted

   Forced Vital Capacity (FVC): ...................................................................... _____ % of predicted

   FEV1/FVC Ratio: ...................................................................................... _____ % of predicted

   Name of Doctor Performing Test (if applicable): _____

   Doctor's Specialty: _____

   Name of Clinician Performing Test (if applicable): _____

   Testing Doctor or Clinician's Mailing Address: _____
   _____
   Address

   _____
   City                              State/Province                    Zip/Postal Code

   Testing Doctor or Clinician's Daytime Telephone Number: ...................... ( __ __ __ ) __ __ __ - __ __ __ __

   Name of Doctor Interpreting Test: _____

   Doctor's Specialty: _____

   Interpreting Doctor's Mailing Address: _____
   _____
   Address

   _____
   City                              State/Province                    Zip/Postal Code..

   Interpreting Doctor's Daytime Telephone Number: ........................... ( __ __ __ ) __ __ __ - __ __ __ __

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

**PART II: ASBESTOS-RELATED CONDITION(S)**

WR GRACE-PIQ  006620-034

Name of Claimant: _____  Last 4 Digits of SSN: __ __ __ __

**With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:**

If the test was performed by a doctor, was the doctor your personal physician?....................................☐ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ..................................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician?..☐ Yes ☐ No

Was the testing doctor or clinician referred to you by counsel? .....................................................☐ Yes ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? .............☐ Yes ☐ No

*If yes, please explain:* _____

**Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?**......................................................................☐ Yes ☐ No

**With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:**

Was the doctor your personal physician? .........................................................................☐ Yes ☐ No

Was the doctor paid for the services that he/she performed?.............................................................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ...........................☐ Yes ☐ No

Was the doctor referred to you by counsel?......................................................................☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? .........................................☐ Yes ☐ No

*If yes, please explain* _____

**Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?**...............................☐ Yes ☐ No

6. **Information Regarding Pathology Reports:**

Date of Pathology Report:......................................................... __ __ / __ __ / __ __ __ __

Findings: _____

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____
　　　　　　　　　　　　Address

| City | State/Province | Zip/Postal Code |
|---|---|---|

Doctor's Daytime Telephone Number: .............................................( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:**

Was the doctor your personal physician? .........................................................................☐ Yes ☐ No

Was the doctor paid for the services that he/she performed?.............................................................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ...........................☐ Yes ☐ No

Was the doctor referred to you by counsel?......................................................................☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? .........................................☐ Yes ☐ No

*If yes, please explain:* _____

**Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?**

.............................................................................................................☐ Yes ☐ No

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

**PART II:  ASBESTOS-RELATED CONDITION(S)**

WR GRACE-PIQ 006620-035

Name of Claimant: _____    Last 4 Digits of SSN:  __ __ __ __

7.  **With respect to the condition alleged, have you received medical treatment from a doctor for the condition?**
.......................................................................................................................................... ☐ Yes ☐ No

*If yes, please complete the following:*

Name of Treating Doctor: _____

Treating Doctor's Specialty: _____

Treating Doctor's Mailing Address: _____
                                  Address

_____
City                             State/Province              Zip/Postal Code

Treating Doctor's Daytime Telephone number:................................ ( __ __ __ ) __ __ __ - __ __ __ __

Was the doctor paid for the services that he/she performed?................................................. ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? .................... ☐ Yes ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WR GRACE-PIQ 006620-036

[THIS PAGE INTENTIONALLY LEFT BLANK]

**APPENDIX D**

Additional Copies of Part III of the Questionnaire    Name of Claimant: _____    Last 4 Digits of SSN: _____

## PART III:  DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products.  If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site.  For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a)  A worker who personally mixed Grace asbestos-containing products

(b)  A worker who personally removed or cut Grace asbestos-containing products

(c)  A worker who personally installed Grace asbestos-containing products

(d)  A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e)  A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f)  If other, please specify.

Site of Exposure:

Site Name: _____    Location: _____

Site Type: ☐ Residence  ☐ Business    Site Owner: _____

Employer During Exposure: _____

Unions of which you were a member during your employment: _____

| Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 99, specify | Industry Code If Code 110, specify | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| Job 4 Description: | | | | | | |
| Job 5 Description: | | | | | | |
| Job 6 Description: | | | | | | |

WR GRACE-PIQ 006620-037

WR GRACE-PIQ 006620-038

'ENDIX D
itional Copies of Part III of the Questionnaire     Name of Claimant: _____     Last 4 Digits of SSN: _____

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

ete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete ut for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

as in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

.e of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(d)  A worker who personally mixed Grace asbestos-containing products
(e)  A worker who personally removed or cut Grace asbestos-containing products
(f)  A worker who personally installed Grace asbestos-containing products

(g)  A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others
(h)  A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(i)  If other, please specify.

Site of Exposure:

Site Name: _____
Site Type:  ☐ Residence  ☐ Business     Site Owner: _____     Location: _____
Employer During Exposure: _____     Unions of which you were a member during your employment: _____

| | Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 99, specify. | Industry Code If Code 99, specify. | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your reason for proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | | |
| Job 2 Description: | | | | | | | |
| Job 3 Description: | | | | | | | |
| Job 4 Description: | | | | | | | |
| Job 5 Description: | | | | | | | |
| Job 6 Description: | | | | | | | |

**APPENDIX E**
**Additional Copies of Part IV of the Questionnaire**

WR GRACE-PIQ  006620-039

**PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS**

Name of Claimant: _____   Last 4 Digits of SSN: __ __ __ __

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity

   with another injured person?................................................................................☐ Yes ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: _____   Gender: ☐ Male ☐ Female

   Last Four Digits of Social Security Number: __ __ __ __   Birth Date: __ __ / __ __ / __ __ __

3. What is your Relationship to Other Injured Person:...................................☐ Spouse ☐ Child ☐ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:

   _____

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:

   From: __ __ / __ __ / __ __ __ __   To: __ __ / __ __ / __ __ __ __

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:

   _____

7. Has the Other Injured Person filed a lawsuit related to his/her exposure? ...........................☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   Caption: _____

   Case Number: _____   File Date: __ __ / __ __ / __ __ __ __

   Court Name: _____

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:

   _____

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:

   From: __ __ / __ __ / __ __ __ __   To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:

    _____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

# APPENDIX E
## Additional Copies of Part IV of the Questionnaire

**PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING**

WR GRACE-PIQ  006620-040

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person? ............................................................................□ Yes □ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: _____    Gender: □ Male □ Female

   Last Four Digits of Social Security Number: __ __ __ __    Birth Date: __ __ / __ __ / __ __ __ __

3. What is your Relationship to Other Injured Person: ..................................□ Spouse □ Child □ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:

   _____

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:

   From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:

   _____

7. Has the Other Injured Person filed a lawsuit related to his/her exposure? ...........................................□ Yes □ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   Caption: _____

   Case Number: _____    File Date: __ __ / __ __ / __ __ __ __

   Court Name: _____

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:

   _____

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:

   From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:

    _____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

**APPENDIX F**
Additional Copies of Part V of the Questionnaire     Name of Claimant:                    Last 4 Digits of SSN:

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.
In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products
(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

**Party Against which Lawsuit or Claim was Filed:**

| Product(s) | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 99, specify. | Industry Code If Code 118, specify. | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If so, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|
| **Site of Exposure 1** Site Name: Address: City and State: Site Owner: | | | | | |
| Job 1 Description: | | | | | |
| Job 2 Description: | | | | | |
| Job 3 Description: | | | | | |
| **Site of Exposure 2** Site Name: Address: City and State: Site Owner: | | | | | |
| Job 1 Description: | | | | | |
| Job 2 Description: | | | | | |
| Job 3 Description: | | | | | |
| **Site of Exposure 3** Site Name: Address: City and State: Site Owner: | | | | | |
| Job 1 Description: | | | | | |
| Job 2 Description: | | | | | |
| Job 3 Description: | | | | | |

WR GRACE-PIQ 006620-041

DIX F

al Copies of Part V of the Questionnaire

**Name of Claimant:** _____    **Last 4 Digits of SSN:** _____

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked. In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(d) A worker who personally mixed Non-Grace asbestos-containing products
(e) A worker who personally removed or cut Non-Grace asbestos-containing products
(f) A worker who personally installed Non-Grace asbestos-containing products

(g) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(h) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(i) If other, please specify.

WR GRACE-PIQ 006620-042

lete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits is against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this re.

| Party Against which Lawsuit or Claim was Filed: | Product(s) | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 98, specify | Industry Code If Code 99, specify | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|
| **Site of Exposure 1** <br> Site Name: ___ <br> Address: ___ <br> City and State: ___ <br> Site Owner: ___ | Job 1 Description: | | | | | |
| | Job 2 Description: | | | | | |
| | Job 3 Description: | | | | | |
| **Site of Exposure 2** <br> Site Name: ___ <br> Address: ___ <br> City and State: ___ <br> Site Owner: ___ | Job 1 Description: | | | | | |
| | Job 2 Description: | | | | | |
| | Job 3 Description: | | | | | |
| **Site of Exposure 3** <br> Site Name: ___ <br> Address: ___ <br> City and State: ___ <br> Site Owner: ___ | Job 1 Description: | | | | | |
| | Job 2 Description: | | | | | |
| | Job 3 Description: | | | | | |

**APPENDIX G**
**Additional Copies of Part VI of the Questionnaire**
**PART VI: EMPLOYMENT HISTORY**



WR GRACE-PIQ 006620-043

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment.  For each job, include your employer, location of employment, and dates of employment.  Only include jobs at which you worked for at least one month.  Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Occupation Code:** _____    If Code 59, specify: ._____

**Industry Code:** _____    If Code 118, specify:_____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __     **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
           Address

City _____    State/Province _____    Zip/Postal Code _____

**Occupation Code:** _____    If Code 59, specify: ._____

**Industry Code:** _____    If Code 118, specify:_____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __     **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
           Address

City _____    State/Province _____    Zip/Postal Code _____

**Occupation Code:** _____    If Code 59, specify: ._____

**Industry Code:** _____    If Code 118, specify:_____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __     **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
           Address

City _____    State/Province _____    Zip/Postal Code _____

**Occupation Code:** _____    If Code 59, specify: ._____

**Industry Code:** _____    If Code 118, specify:_____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __     **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
           Address

City _____    State/Province _____    Zip/Postal Code _____

# APPENDIX G
## Additional Copies of Part VI of the Questionnaire
### PART VI: EMPLOYMENT HISTORY



WR GRACE-PIQ  006620-044

**Name of Claimant:** _____   **Last 4 Digits of SSN:** __ __ __ __

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Occupation Code:** _____   If Code 59, specify: ._____

**Industry Code:** _____   If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __     **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
　　　　　Address

_____
City　　　　　　　　　　　　　　　State/Province　　　　　　　Zip/Postal Code

**Occupation Code:** _____   If Code 59, specify: ._____

**Industry Code:** _____   If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __     **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
　　　　　Address

_____
City　　　　　　　　　　　　　　　State/Province　　　　　　　Zip/Postal Code

**Occupation Code:** _____   If Code 59, specify: ._____

**Industry Code:** _____   If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __     **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
　　　　　Address

_____
City　　　　　　　　　　　　　　　State/Province　　　　　　　Zip/Postal Code

**Occupation Code:** _____   If Code 59, specify: ._____

**Industry Code:** _____   If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __     **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
　　　　　Address

_____
City　　　　　　　　　　　　　　　State/Province　　　　　　　Zip/Postal Code



WR GRACE-PIQ 006620-045

Diagnosis

Diagnosis Doctor's Daytime Telephone Number.
**Objection.** This request suggests that counsel for W.R. Grace intend to contact plaintiff's physician regarding his personal medical history. To the extent that this information is confidential and protected under the *Health Insurance Portability and Accountability Act of 1996 (HIPPA)*, plaintiff objects to disclosure of this information. [This information sought in this request is properly the subject of Interrogatories required to be submitted as provided by Rule 33, Federal Rules of Civil Procedure which affords to plaintiff]

Was the diagnosing doctor your personal physician?
**Objection.** By virtue of any examination that was conducted, claimant contends that the physician who examined him became his "personal physician". Accordingly, any information in the possession, custody or control of said physician is confidential and protected under the *Health Insurance Portability and Accountability Act of 1996 (HIPPA)*, plaintiff objects to disclosure of this information. Not reasonably calculated to lead to discoverable information.

Was the diagnosing doctor paid for the diagnostic services, etc.?
**Objection.** Not reasonably calculated to lead to discoverable information.

Who paid?
**Objection.** Not reasonably calculated to lead to discoverable information.

Did you retain counsel in order to receive any of these services, etc.?
**Objection.** Not reasonably calculated to lead to discoverable information.
**Objection.** Protected under work product doctrine.

Did counsel refer you to the physician:
**Objection.** Not reasonably calculated to lead to discoverable information. Further, this information is protected under work product doctrine.

Re: Relationship of Dr. to Counsel:
**Objection.** Vague, ambiguous, overly broad and not reasonably calculated to lead to discoverable information. Plaintiff has no first hand knowledge of whether any relationship exists between his physician and his legal counsel. Plaintiff objects, further, on the grounds that this information is protected under the attorney work-product doctrine and not discoverable.

19712

WR GRACE-PIQ 006620-045

**DOMINIC GAZIANO, M.D., F.C.C.P.**
CHEST MEDICAL SERVICES, INC.
PULMONARY DISEASES & INTERNAL MEDICINE
3100 MacCORKLE AVE., S.E.
SUITE 404
CHARLESTON, W.VA. 25304

**304-346-1811**

| 1. Miner's Name (Print) | 1A. Date of X-ray | 1B. Miner's Social Security Number | 1C. Film Quality (If not Grade .t Give Reason): |
|---|---|---|---|
| REDACTED | MO. DAY YR. | | ☒ 1  2  3  U/R |

2A. Any Parenchymal Abnormalities Consistent with Pneumoconiosis?

YES☐ Proceed to Section 5    NO ☒ Complete Section 2A    YES☒ Complete 2B and 2C    NO☐ Proceed to Section 3

**2B. SMALL OPACITIES**

**a. SHAPE/SIZE**

| PRIMARY | SECONDARY | b. ZONES | c. PROFUSION |
|---|---|---|---|
| p  q  r | p  q  r | | 0/- 0/0 0/1 |
| s  t  u | s  t  u | | 1/0 1/1 1/2 |
| | | | 2/1 2/2 2/3 |
| | | R  L | 3/2 3/3 3/+ |

**2C. LARGE OPACITIES**

SIZE  ☒A  B  C    Proceed to Section 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**    YES ☒ Complete 3B, 3C and 3D    NO ☐ Proceed to Section 4

**3B. PLEURAL THICKENING**

a. Diaphragm (plaque)

| SITE | ☒ R  ☒ L |

b. Costophrenic Angle

| SITE | ☒ R  L |

**a. CIRCUMSCRIBED (plaque)**

| | SITE | O ☒ R | | | | SITE | O ☒ L | | |
|---|---|---|---|---|---|---|---|---|---|
| In Profile | | | | | | | | | |
| i. Width | O ☒ A B C | | | | O ☒ B C | | | | |
| ii. Extent | O ☒ 1 2 3 | | | | O ☒ 1 ☒ 3 | | | | |
| Face On | | | | | | | | | |
| iii. Extent | O ☒ 1 2 3 | | | | O ☒ 1 ☒ 3 | | | | |

**3C. PLEURAL THICKENING ...Chest Wall**

A. Diffuse

| | SITE | ☒ R | | | SITE | ☒ L | | |
|---|---|---|---|---|---|---|---|---|
| In Profile | | | | | | | | |
| i. Width | O A B C | | | O A B C | | | | |
| ii. Extent | O 1 2 3 | | | O 1 2 3 | | | | |
| Face On | | | | | | | | |
| iii. Extent | O 1 2 3 | | | O 1 2 3 | | | | |

**3D. PLEURAL CALCIFICATION**

| SITE ☒ R | EXTENT | | | | SITE ☒ L | EXTENT | | |
|---|---|---|---|---|---|---|---|---|
| a. Diaphragm | 0 1 2 3 | | | | a. Diaphragm | 0 1 2 3 | | |
| b. Wall | 0 1 2 3 | | | | b. Wall | 0 1 2 3 | | |
| c. Other Sites | 0 1 2 3 | | | | c. Other Sites | 0 1 2 3 | | Proceed to Section 4 |

**4A. ANY OTHER ABNORMALITIES?**    YES ☐ Complete 4B and 4C    NO ☒ Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

| O | ax | bu | ca | cn | co | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | pi | px | rp | tb |

REPORT ITEMS WHICH MAY BE OF PRESENT CLINICAL SIGNIFICANCE IN THIS SECTION.

OD    (Specify od.)    Date Personal Physician notified?

| MO. | DAY | Y. |

**4C. OTHER COMMENTS**

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C?    Yes No    Proceed to Section 5

**5A. FACILITY PROVIDING ROENTGENOGRAPHIC EXAMINATION:**

Film identification:

PHYSICIAN'S SIGNATURE:    _[signature]_
BOARD CERTIFIED IN PULMONARY,
DISEASES AND INTERNAL MEDICINE
PNEUMOCONIOSIS "B" READER

DATE OF READING    12/4/91
(Mo. Day, Yr.)

REDACTED

## PULMONARY FUNCTION LABORATORY REPORT

WR GRACE-PIQ 006620-047

```
PATIENT:                              HEIGHT: 67     (INCHES)  - .17
ID NUMBER:                            WEIGHT: 170    (POUNDS)  - 77  (KG)
PHYSICIAN: D. GAZIANO                 SEX:    MALE   B.S.A.:   1.88
DATE:      12/14/91                   AGE:           BP : 742   TEMP : 28
```

* PREBRONCHODILATOR   **   POSTBRONCHODILATOR *

| ##SPIROMETRY ## | | ACTUAL | % PRED. | PREDICTED | ACTUAL | % PRED. | % CHANGE |
|---|---|---|---|---|---|---|---|
| FVC | (LITERS) | 3.38 | 87 | 3.88 | | | |
| FEV-1 | (LITERS) | 2.60 | 100 | 2.60 | | | |
| FEV-1/FVC | (%) | 77 | | 67 | | | |
| FEV-3 | (LITERS) | 3.08 | 82 | 3.76 | | | |
| FEV-3/FVC | (%) | 91 | | 97 | | | |
| FEF25-75 | (L/SEC) | 2.22 | 92 | 2.42 | | | |
| PEFR | (L/SEC) | 6.98 | 85 | 8.18 | | | |
| FEF25 | (L/SEC) | 3.94 | 54 | 7.32 | | | |
| FEF50 | (L/SEC) | 2.03 | 44 | 4.60 | | | |
| FEF75 | (L/SEC) | .67 | 41 | 1.44 | | | |
| FEV-0.5 | (LITERS) | 2.27 | 122 | 1.86 | | | |
| FEV-.5/FVC | (%) | 67 | | | | | |
| FEV-.5/FEV 1 | (%) | 87 | | | | | |
| FIF25-75 | (L/SEC) | 3.27 | | | | | |
| FIF25 | (L/SEC) | 3.71 | | | | | |
| FIF50 | (L/SEC) | 3.69 | | | | | |
| FIF75 | (L/SEC) | 2.65 | | | | | |
| MVV | (L/MIN) | 47 | 44 | 106 | | | |

| ## LUNG VOLUMES | | ACTUAL | % PRED. | PREDICTED | ACTUAL | % PRED. | % CHANGE |
|---|---|---|---|---|---|---|---|
| SVC | (LITERS) | 2.64 | 68 | 3.88 | | | |
| IC | (LITERS) | 2.07 | 76 | 2.72 | | | |
| ERV | (LITERS) | .57 | 50 | 1.15 | | | |
| FRC | (LITERS) | 3.19 | 90 | 3.55 | | | |
| RV | (LITERS) | 2.62 | 109 | 2.40 | | | |
| TLC | (LITERS) | 5.26 | 84 | 6.27 | | | |
| RV/TLC | (%) | 49.76 | | | | | |

| ## LUNG DIFFUSION | ACTUAL | % PRED. | PREDICTED | TLC | VA | | DL/VA |
|---|---|---|---|---|---|---|---|
| DLCO (SB) corr 19.25 | 19.73 | 68 | 28.45 | 5.91 | 4.76 | corr 4.07 | 4.15 |
| DLCO (RB) | 19.98 | 70 | 28.45 | 5.98 | 4.82 | | 4.15 |

Carboxy 0.8  Hemoglobin 15.5

COMMENTS
GOOD EFFORT
D MARSH



| | NORMAL | RESTING | EXERCISE |
|---|---|---|---|
| Arterial pH | 7.34-7.45 | 7.43 | |
| Arterial pCO: (mmHg.) | 35.45 | 30 | |
| Arterial pO: | | 70 | |
| EXERCISE | Heart Rate | Respiration | |
| Resting | 66 | | |
| Four Minutes | | | |
| Power load | | Kpm/min | |

FLOW (L/S)
VOL (L)


WR GRACE-PIQ 006620-048

D. GAZIANO, M.D.
CHEST MEDICAL SERVICES, INC.
SUITE 404
3100 MacCORKLE AVENUE, S.E.
CHARLESTON, WEST VIRGINIA 25304
—
TELEPHONE 346-1811

January 15, 1992

Mr. James Humphreys, Attorney at Law
611 Virginia Street, E.
Charleston, WV 25301

Re:

Dear Mr. Humphreys:

            was in my office on 12/14/91.  This    year old man worked for C & O
Railway from 1939 to 1979 in the Huntington shops.  He repaired passenger cars
and worked alongside insulators and boiler repairmen.  He had second level
exposure.  He tore out walls and floors of passenger cars containing insultation.
He became an inspector in 1969 and worked in the yard with exposure to coal dust.
He had regular retirement in 1979.

Past Medical History:  No serious illnesses.  He underwent hemorrhoidectomy.  No
other surgeries or hospitalizations.  No known drug allergies.  He takes no
medications.

Smoking History:  He smoked one pack of cigarettes a day for 16 years and stopped
smoking in 1969.

Review of Systems:  Hearing is decreased.  Cough productive of phlegm has been
present for years.  He gets short of breath climbing stairs.  No chest pain or
heart disease.  Appetite is good.  The review of systems is otherwise unremark-
able.  He doesn't drink alcohol.

Family History:  Both parents died of stroke.  Wife, one sister and one daughter
living and well.

Physical Examination:  Height 5'6 3/4", weight 170#, pulse 60, BP 140/80,
respirations 16.  Well-developed, well-nourished man in no acute distress.
Pupils were round, equal, and reactive to light and accommodation.  Conjunctivae
pink.  Canals clear.  Tympanic membranes normal.  Nasal septum was intact.
Tongue was in the midline.  ENT examination was normal.  Neck was supple with no
mass, thyroid enlargement or neck vein distention.  Chest was symmetrical with
rales in the right base which did not clear with cough.  Heart was regular
without murmur, thrill, gallop or cardiac enlargement.  The abdomen was flat and
soft with no mass or organ enlargement.  Extremities revealed good pulses without
edema or clubbing.  Deep tendon reflexes were equal and active bilaterally.
Rectal examination revealed the prostate to be normal size and consistency.
There were no masses.  Stool was negative for occult blood.

Chest x-ray showed minimal irregular opacities, bilateral pleural plaques and
bilateral diaphragmatic plaques.

REDACTED

WR GRACE-PIQ 006620-049

Mr. James Humphreys, Attorney
Re:
Page 2

Pulmonary function test:  Normal ventilatory function.  Diffusing capacity for carbon monoxide was mildly reduced after correction for hemoglobin and carboxy-hemoglobin.  Lung volumes were all normal.

Electrocardiogram:  Sinus rhythm, rate 66, PQ interval .13, QT interval .40, axis 60.  Sinus rhythm, non-specific ST and T wave changes.

Blood gases revealed a mild decrease in arterial oxygen tension at rest.

It is my opinion that Mr. Parsons has asbestosis with a moderate degree of pulmonary functional impairment.

It is my understanding that you will provide          with a copy of this report.  I would recommend that he obtain yearly chest x-rays and pulmonary function tests every two years.  If his physician should have any questions concerning this exam, please feel free to contact me.

Sincerely yours,

Dominic Gaziano, M.D.

DG/lyl



WR GRACE-PIQ 006620-050

REDACTED

# W.R. GRACE
## EMPLOYMENT AFFIDAVIT

STATE OF ___WV___

COUNTY OF ___Cabell___ , TO WIT:

I, _____ , having been duly sworn state that:

I worked for:

| FELA CSX RR | Huntington RR Yard | From | 1/1/1939 | to | 12/31/1979 |
| | Huntington WV | | | | |

FURTHER AFFIANT SAYETH NAUGHT:

## REDACTED

Taken, subscribed to and sworn before me this __22nd__ day of __November__ , 2005.

My commission expires: __aug. 11, 2013__

___Carla B. Young___
Notary Public

WRG/ 11/15/2005          (Notary Stamp/Seal)



NOTARY PUBLIC OFFICIAL SEAL
CARLA B. YOUNG
State of West Virginia
Huntington C&O Railway Employees FCU
P.O. Box 4127
Huntington, WV 25729-4127
My Commission Expires August 11, 2013

# JAMES F. HUMPHREYS & ASSOCIATES L.C.



February 28, 2006

Rust Consulting, Inc.
Claims Processing Agent
Re: WR Grace & Co. Bankruptcy
201 S. Lyndale Avenue
P.O. Box 1620
Fairbault, MN 55021

Re:    WR Grace Personal Injury Questionnaire

Dear Sir or Madam:

Enclosed you will find a partial submission of 143 completed W.R. Grace Asbestos Personal Injury Questionnaires along with a copy of a list which contains the name of each client for whom we are returning a packet. Please feel free to contact the Settlements Department if you should have any questions at (304) 347-5050.

Sincerely,

Cindy J. Krolinger
Cindy Krolinger
Managing Attorney

CJK/clh

Enclosures

UNITED CENTER, Suite 800          REPLY TO:  CHARLESTON          1200 New Hampshire Avenue, NW
500 Virginia Street East                                                              Suite 510
Charleston, WV 25301                                                              Washington, D.C.  20036
Telephone: (304) 347-5050                                                      Telephone: (202) 223-1555
Fax: (304) 347-5055               e-mail: law@jfhumphreys.com          Fax:  (202) 223-3595

**WR Grace Personal Injury Questionnaires Submitted by**
**James F Humphreys Associates, LC**
**February 28, 2006**

WR GRACE-PIQ 006620-053

| | A |
|---|---|
| 1 | CLIENT NAME |
| 2 | Asbury, Samuel |
| 3 | Bailey, Elizabeth |
| 4 | Bailey, Guy Franklin |
| 5 | Barnes, John Edwin |
| 6 | Barnes, Thomas Franklin |
| 7 | Bauer, Mack Allen |
| 8 | Bentley, Larry Morton |
| 9 | Bias, William Leroy |
| 10 | Blevins, Paul Samuel |
| 11 | Blevins, Rollie NMN |
| 12 | Bonham, Paul Frederick |
| 13 | Boyles, Paul Eugene |
| 14 | Brace, George@ Wright |
| 15 | Brown, Luster |
| 16 | Brown, Maxwell Eugene |
| 17 | Bush, Raymond E |
| 18 | Callihan, Gail NMN |
| 19 | Clement, Ralph Eugene |
| 20 | Cline, James Larry |
| 21 | Coffey, Freddie Henry |
| 22 | Cook, Hubert Carl |
| 23 | Cosby, Roy Lee |
| 24 | Curnutte, Allen Hager |
| 25 | Curtis, William Keith |
| 26 | Dawson, William Berkley |
| 27 | DeLong, Jack |
| 28 | Dill, Gerald@ L, Sr |
| 29 | Dunfee, Paul J |
| 30 | Dye, Norvell Vaughan |
| 31 | Evans, Jack Gerald |
| 32 | Fain, Charles Thomas |
| 33 | Finley, Everett Junior |
| 34 | Forman, Wayne Michael |
| 35 | Forrester, Cecil F |
| 36 | Foster, Charles E |
| 37 | Fraley, Larry Armon |
| 38 | Fraley, Raymond E |
| 39 | Fuller, Kenneth Clayton |
| 40 | Gainer, Harold Junior |
| 41 | Gainer, Kenneth, Sr |
| 42 | Goss, Leo Harold, Sr |
| 43 | Goudy, Vernon Evans |
| 44 | Graham, Robert Gene |
| 45 | Griffith, Donald Gene |
| 46 | Grimm, Roy Dale |
| 47 | Hamrick, Adam T |
| 48 | Hardesty, Elmer Clarence |
| 49 | Harding, Delmar NMN |
| 50 | Hardwick, James Marvin |
| 51 | Harris, Bobby Earl |

**WR Grace Personal Injury Questionnaires Submitted by**
**James F Humphreys Associates, LC**
**February 28, 2006**



WR GRACE-PIQ  006620-054

| | A |
|---|---|
| 52 | Holstein, Lloyd L |
| 53 | Horner, Lawrence William, Sr |
| 54 | Howell, Thomas Raymond |
| 55 | Jennings, Christopher C, Jr |
| 56 | Jividen, Ancil Elvin |
| 57 | Jobe, Leonard Frederick |
| 58 | Johnson, Raymond H |
| 59 | Kelly, Lucian Gary |
| 60 | Kelly, Thomas Gray |
| 61 | Keringer, Paul Edward |
| 62 | Kitchen, Dearl Junior |
| 63 | Klages, Lloyd Allen |
| 64 | Koster, Edward@ Hiram |
| 65 | Lamp, Donald Gene |
| 66 | Lanham, John Will |
| 67 | Logan, Forrest Glen |
| 68 | Logan, Glen Brinton |
| 69 | Lynch, Russell Ray |
| 70 | Manning, Francis Mathew |
| 71 | Marshall, Earl R |
| 72 | Martin, Gregory Brent |
| 73 | Martin, William F |
| 74 | Mayle, James Leland |
| 75 | McAtee, Donald Eugene |
| 76 | McCarty, Virgil Burnice |
| 77 | McCloy, Alan Keith |
| 78 | McComis, Curtis John |
| 79 | McDade, Owens Lee |
| 80 | McDavid, Robert@ Burke |
| 81 | Minix, Troy, Jr |
| 82 | Minter, Lowell J |
| 83 | Moore, Wilson E |
| 84 | Mullins, Heskie Rowland, Jr |
| 85 | Nethercutt, Robert Lee |
| 86 | Newbold, David Lewis |
| 87 | Nibert, Lester Richard |
| 88 | Nicholas, George W |
| 89 | Nuckols, Russell Thomas |
| 90 | Nutter, Myrtle K |
| 91 | |
| 92 | Pauley, George K |
| 93 | Pauley, Robert Eugene |
| 94 | Postlethwait, Nora Olene |
| 95 | Pullen, Ted N |
| 96 | Ramsey, Benjamin Franklin |
| 97 | Rasmussen, Dale L |
| 98 | Ratcliff, Kenneth Russell |
| 99 | Ratliff, Harvey Scott |
| 100 | Reed, McKinley Benton |
| 101 | Rice, Cecil NMN, Jr |
| 102 | Richardson, Carlos J, Sr |

REDACTED

### WR Grace Personal Injury Questionnaires Submitted by
### James F Humphreys Associates, LC
### February 28, 2006


WR GRACE-PIQ 006620-055

| | A |
|---|---|
| 103 | Richmond, Curtis Kermit |
| 104 | Rizzo, Sam@ Anthony |
| 105 | Robbins, James Wesley |
| 106 | Robey, Jeremiah Henderson |
| 107 | Romans, Alvin Clyde |
| 108 | Rudd, Cecil Gail |
| 109 | Russell, Gearry Raymond |
| 110 | Russell, Ralph Edward |
| 111 | Sargent, Clifton Darrell |
| 112 | Saul, Everett Lewis |
| 113 | Scarberry, Fred Burgess |
| 114 | Scott, Dell Bronson |
| 115 | Scudder, Roy Edward |
| 116 | Shamblin, James Matthew |
| 117 | Simpson, David Allan |
| 118 | Smith, Charles Thomas |
| 119 | Smith, Joseph@ Earl |
| 120 | Snoddy, Clinton Elwood |
| 121 | Spitznogle, Darrell Gene |
| 122 | Steed, John Harold |
| 123 | Stidham, Danny Lynn |
| 124 | Stidham, Troy Fay |
| 125 | Stratton, Marvin Ray |
| 126 | Tackett, James@ Thomas |
| 127 | Teel, Ezra C |
| 128 | Tolliver, Henry Vent |
| 129 | Varney, Cleatus Ray |
| 130 | Waddell, Charles K, Jr |
| 131 | Wallace, Reginald Noten |
| 132 | Wamsley, Rodney Lewis |
| 133 | Ward, Don NMN |
| 134 | Warner, Roy Lee |
| 135 | Waugh, Howard Ervin |
| 136 | Webb, Hugh Hubert |
| 137 | Wellman, Anna Mae |
| 138 | Wells, Eugene Linville |
| 139 | Whetzel, Charles Lee |
| 140 | Wickline, Ronald Lewis |
| 141 | Wilson, Lester Lee |
| 142 | Wine, Fleming, Jr |
| 143 | Wolfe, Gale Eugene |
| 144 | Yocum, William Edward |



WR GRACE-PIQ 006620-056



**UPS 2nd Day Air®**

Shipping Document

SHIPMENT FROM

UPS ACCOUNT NO. **F1R082**

REFERENCE NUMBER

Wk Grace - Box 2 of 2

Cynch Hanson    TELEPHONE 304-347-5050

**JAMES HUMPHREYS & ASSOC**

**500 VIRGINIA ST E STE 800**

**CHARLESTON    WV  25301-2164**

RECD MAR 0 3 2006

DELIVERY TO

WR GRACE ECC BANKRUPTCY    TELEPHONE
CLAIMS PROCESSING AGENT  800-432-1909

Rust Consulting Inc.

201 S. Lyndale Avenue

Fairbault   MN    55021

0201911252609 1/05 S    United Parcel Service, Louisville, KY

**UPS 2nd Day Air®**    2

1Z F1R 082 37 1002 9330

SHIPMENT ID NUMBER  F1R0 8278 4PG

MN 550 2-01