# W. R. Grace
# Asbestos Personal Injury Questionnaire

WR GRACE-PIQ 006629-001

REC'D MAR 0 3 2006

10315607136898

**REDACTED**

RE:
James F Humphreys & Associates, L C
707 Virginia Street East
Bank One Center Suite 1113
Charleston WV 25301



000886136898

WR GRACE-PIQ 006629-002

[THIS PAGE INTENTIONALLY LEFT BLANK.]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE



WR GRACE-PIQ 006629-003

In re:                                  ) Chapter 11
                                        )
W. R. GRACE & CO., et al.,              ) Case No. 01-01139 (JKF)
                                        ) Jointly Administered
        Debtors.                        )
                                        )

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

YOU HAVE RECEIVED THIS QUESTIONNAIRE BECAUSE GRACE BELIEVES THAT YOU HAD SUED ONE OR MORE OF THE DEBTORS LISTED IN APPENDIX A ATTACHED TO THIS QUESTIONNAIRE BEFORE GRACE FILED FOR BANKRUPTCY ON APRIL 2, 2001 FOR AN ASBESTOS-RELATED PERSONAL INJURY OR WRONGFUL DEATH CLAIM, AND THAT CLAIM WAS NOT FULLY RESOLVED.

IF YOU HAVE SUCH A CLAIM, YOU MUST COMPLETE AND SUBMIT THIS QUESTIONNAIRE BY JANUARY 12, 2006 TO RUST CONSULTING, INC., THE CLAIMS PROCESSING AGENT, AT ONE OF THE FOLLOWING ADDRESSES:

|  | IF SENT BY FEDERAL EXPRESS, UNITED PARCEL SERVICE, OR A SIMILAR HAND DELIVERY SERVICE |
|---|---|
| IF SENT BY U.S. MAIL | |
| RUST CONSULTING, INC. CLAIMS PROCESSING AGENT RE: W.R. GRACE & CO. BANKRUPTCY P.O. BOX 1620 FARIBAULT, MN 55021 | RUST CONSULTING, INC. CLAIMS PROCESSING AGENT RE: W.R. GRACE & CO. BANKRUPTCY 201 S. LYNDALE AVE. FARIBAULT, MN 55021 |

A QUESTIONNAIRE (AND ANY AMENDMENTS OR ADDITIONAL DOCUMENTS IN SUPPORT OF THE QUESTIONNAIRE) WILL NOT BE CONSIDERED UNLESS RECEIVED BY RUST CONSULTING, INC. BY JANUARY 12, 2006.

THIS QUESTIONNAIRE IS AN OFFICIAL DOCUMENT APPROVED BY THE COURT IN CONNECTION WITH ESTIMATING GRACE'S ASBESTOS-RELATED PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AS A WHOLE. THE QUESTIONNAIRE IS BEING USED BY W. R. GRACE AS A MEANS TO SEEK INFORMATION ABOUT YOUR ASBESTOS CLAIM. BY TIMELY RETURNING THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE, GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION.

THE COURT HAS ORDERED THAT, AS PART OF THE DISCOVERY PROCESS, ALL HOLDERS OF PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS MUST COMPLETE AND RETURN THIS QUESTIONNAIRE. THUS, FAILURE TO TIMELY RETURN THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE MAY RESULT IN SANCTIONS AND/OR OTHER RELIEF AVAILABLE UNDER APPLICABLE FEDERAL RULES.

BECAUSE YOUR CLAIM WILL BE EVALUATED IN ACCORDANCE WITH THE TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION, COMPLETION OF THIS QUESTIONNAIRE DOES NOT MEAN THAT YOUR CLAIM WILL EITHER BE ALLOWED OR PAID. TO THE EXTENT YOU ATTACH TO THIS QUESTIONNAIRE DOCUMENTS ALSO NEEDED BY THE TRUST TO PROCESS YOUR CLAIM, SUCH DOCUMENTS WILL BE PROVIDED TO THE TRUST AND YOU WILL NOT NEED TO RESUBMIT THEM.

# INSTRUCTIONS

## A. GENERAL

1.  This Questionnaire refers to any lawsuit that you filed before April 2, 2001 for an "asbestos or wrongful death claim." This term is intended to cover any lawsuit alleging any claim for personal injuries or damages that relates to: (a) exposure to any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors (or any of their respective past or present affiliates, or any of the predecessors of any of the Debtors or any of their respective past or present affiliates), or (b) exposure to vermiculite mined, milled or processed by the Debtors (or any of their respective past or present affiliates, any of the predecessors of any of the Debtors or any of their predecessors' respective past or present affiliates). It includes claims in the nature of or sounding in tort, or under contract, warranty, guarantee, contribution, joint and several liability, subrogation, reimbursement, or indemnity, or any other theory of law or equity, or admiralty for, relating to, or arising out of, resulting from, or attributable to, directly or indirectly, death, bodily injury, sickness, disease, or other personal injuries or other damages caused, or allegedly caused, directly or indirectly, and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors. It includes all such claims, debts, obligations or liabilities for compensatory damages such as loss of consortium, personal or bodily injury (whether physical, emotional or otherwise), wrongful death, survivorship, proximate, consequential, general, special, and punitive damages.

2.  Your Questionnaire will be deemed filed only when it has been received by Rust Consulting Inc., the Claims Processing Agent, via U.S. Mail, Federal Express, United Parcel Service or a similar hand delivery service. A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will **not** be accepted and will **not** be deemed filed.

    Do **not** send any Questionnaire to the Debtors, counsel for the Debtors, the Future Claimants Representative, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel. Questionnaires that are filed with or sent to anyone other than Rust Consulting, Inc. will be deemed not to have been submitted, and such Questionnaires will not be considered.

3.  Your completed Questionnaire must (i) be written in English, and (ii) attach relevant supporting materials as instructed further below.

4.  All holders of claims described on page i (and as described in further detail in Instruction A (1) above) are required to file this Questionnaire by Jan. 12, 2006. Your Questionnaire will be used in connection with the estimation hearing to be conducted by the Court pursuant to the Estimation Procedures Order (a copy of which is attached as Appendix B).

5.  Any subsequent amendment to the Questionnaire will not be considered for any purpose unless received by Jan. 12, 2006.

## B. PART I – Identity of Injured Person and Legal Counsel

Respond to all applicable questions. If you are represented by a lawyer, then in Part I (b), please provide your lawyer's name and the name, telephone number and address of his/her firm. If you are represented by a lawyer, he/she must assist in the completion of this Questionnaire. Also, if you would prefer that the Debtors send any additional materials only to your lawyer, instead of sending such materials to you, then check the box indicating this in Part I (b).

All references to "you" or the like in Parts I through X shall mean the injured person. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete this Questionnaire.

## C. PART II – Asbestos-Related Condition(s)

Please indicate all asbestos-related medical conditions for which you have been diagnosed. To complete questions related to injuries, medical diagnoses, and/or conditions, please use the following categories of customarily diagnosed conditions:

*   Mesothelioma
*   Asbestos-Related Lung Cancer
*   Other Cancer (colon, laryngeal, esophageal, pharyngeal, or stomach)
*   Clinically Severe Asbestosis
*   Asbestosis
*   Other Asbestos Disease

If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**Supporting Documents for Diagnosis:** This Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that support or conflict with your diagnosis.

**X-rays and B-reads:** Please attach all x-ray readings and reports. You may, but are not required to, attach chest x-rays. The court, however, has ruled that Grace may seek access to chest x-rays upon request.

**Pulmonary Function Tests:** Please attach all pulmonary function test results, including the actual raw data and all spirometric tracings, on which the results are based.

## D. PART III – Direct Exposure to Grace Asbestos-Containing Products

In Part III, please provide the requested information for the job and site at which you _____ asbestos-containing products. Indicate the dates of exposure to each Grace asbestos-containing p_____ _____ __posure was a result of your employment, use the list of occupation and industry codes below to indicate your occupation and the industry in which you worked at each site. If you allege exposure to Grace asbestos-containing products at multiple sites, the Court has ordered that you must complete a separate Part III for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

WR GRACE-PIQ 006629-005

Attach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the disease.

### Occupation Codes

01. Air conditioning and heating installer/maintenance
02. Asbestos miner
03. Asbestos plant worker/asbestos manufacturing worker
04. Asbestos removal/abatement
05. Asbestos sprayer/spray gun mechanic
06. Assembly line/factory/plant worker
07. Auto mechanic/bodywork/brake repairman
08. Boilermaker
09. Boiler repairman
10. Boiler worker/cleaner/inspector/engineer/installer
11. Building maintenance/building superintendent
12. Brake manufacturer/installer
13. Brick mason/layer/hod carrier
14. Burner operator
15. Carpenter/woodworker/cabinetmaker
16. Chipper
17. Clerical/office worker
18. Construction - general
19. Custodian/janitor in office/residential building
20. Custodian/janitor in plant/manufacturing facility
21. Electrician/inspector/worker
22. Engineer
23. Firefighter
24. Fireman
25. Flooring installer/tile installer/tile mechanic
26. Foundry worker
27. Furnace worker/repairman/installer
28. Glass worker
29. Heavy equipment operator (includes truck, forklift, & crane)
30. Insulator

31. Iron worker
32. Joiner
33. Laborer
34. Longshoreman
35. Machinist/machine operator
36. Millwright/mill worker
37. Mixer/bagger
38. Non-asbestos miner
39. Non-occupational/residential
40. Painter
41. Pipefitter
42. Plasterer
43. Plumber - install/repair
44. Power plant operator
45. Professional (*e.g.*, accountant, architect, physician)
46. Railroad worker/carman/brakeman/machinist/conductor
47. Refinery worker
48. Remover/installer of gaskets
49. Rigger/stevedore/seaman
50. Rubber/tire worker
51. Sandblaster
52. Sheet metal worker/sheet metal mechanic
53. Shipfitter/shipwright/ship builder
54. Shipyard worker (md. repair, maintenance)
55. Steamfitter
56. Steelworker
57. Warehouse worker
58. Welder/blacksmith
59. Other

### Industry Codes

001. Asbestos abatement/removal
002. Aerospace/aviation
100. Asbestos mining
101. Automotive
102. Chemical
103. Construction trades
104. Iron/steel
105. Longshore
106. Maritime
107. Military (other than U.S. Navy)
108. Non-asbestos products manufacturing

109. Petrochemical
110. Railroad
111. Shipyard-construction/repair
112. Textile
113. Tire/rubber
114. U.S. Navy
115. Utilities
116. Grace asbestos manufacture or milling
117. Non-Grace asbestos manufacture or milling
118. Other

**E.  PART IV – Indirect Exposure to Grace Asbestos-Containing Products**

In Part IV, please provide the information requested for any injury alleged to have been [illegible] Grace asbestos-containing products through contact/proximity with another injured person. If [WR GRACE-PIQ 006629-006] ough contact/proximity with multiple injured persons, please complete a separate Part IV for each injured person.  For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.

**F.  PART V – Exposure to Non-Grace Asbestos-Containing Products**

In Part V, please provide the requested information for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products.  If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate Part V for each party.  If exposure was in connection with your employment, use the list of occupation and industry codes in Part III to indicate your occupation and the industry in which you worked.  For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

**G.  PART VI – Employment History**

In Part VI, please provide the information requested for each industrial job you have held, other than jobs already listed in Parts III or V.  Use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked for each job.  Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**H.  PART VII – Litigation and Claims Regarding Asbestos and/or Silica**

In Part VII, please describe any lawsuits and/or claims that were filed by you or on your behalf regarding asbestos or silica.

**I.  PART VIII – Claims by Dependents or Related Persons**

Part VIII is to be completed only by dependents or related persons (such as spouse or child) of an injured person who sued the Debtors before April 2, 2001 for an asbestos-related personal injury or wrongful death claim against Grace not involving physical injury to him-/herself on account of his/her own exposure.  One example of such a claim would be a claim for loss of consortium.  If you are asserting such a claim, complete the entire Questionnaire, providing all information and documentation regarding the injured person.

**J.  PART IX – Supporting Documentation**

In Part IX, please mark the boxes next to each type of document that you are submitting with this Questionnaire.  As indicated in the instructions to Parts II and III, this Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that (a) support or conflict with your diagnosis and/or (b) establish exposure to Grace asbestos-containing products as having a substantial causal role in the development of the medical diagnoses, and/or conditions claimed.  Original documents provided to Grace will be returned within a reasonable time after its professionals and experts have reviewed the documents.

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation.  Please indicate the documents for which you are seeking reimbursement and attach a receipt for such cost.

**K.  PART X – Attestation that Information is True, Accurate and Complete**

By signing Part X, you, the injured person, are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Questionnaire is true, accurate and complete.  If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete and sign Part X on behalf of the injured person.

The legal representative of the injured person must complete and sign Part X where indicated.

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

**WR GRACE-PIQ 006629-007**

**a.  GENERAL INFORMATION**

REDACTED

1.  **Name of Claimant:**

    First       MI       Last

**2. Gender:** ☐ Male ☒ Female

3.  **Race (for purposes of evaluating Pulmonary Function Test results):**.................... ☒ White/Caucasian

REDACTED

        ☐ African American

        ☐ Other

4.  **Last Four Digits of Social Security Number:**       **5. Birth Date:**

6.  **Mailing Address:**

    Address       City       State/Province    Zip/Postal Code

7.  **Daytime Telephone Number:**.................................................... ( _ _ _ ) _ _ _ - _ _ _ _

**b.  LAWYER'S NAME AND FIRM**

1.  **Name of Lawyer:**

2.  **Name of Law Firm With Which Lawyer is Affiliated:** *James F. Humphreys + Associates, L.C.*

3.  **Mailing Address of Firm:** *500 VA St. E Suite 800    Charleston WV 25301*

    Address       City       State/Province    Zip/Postal Code

4.  **Law Firm's Telephone Number or Lawyer's Direct Line:**............................ *(304) 347-5050*

    ☒ Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

**c.  CAUSE OF DEATH (IF APPLICABLE)**

1.  **Is the injured person living or deceased?**.................................................... ☐ Living ☒ Deceased

    **If deceased, date of death:** ........................................... *04/17/1999*

2.  **If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:**

    **Primary Cause of Death (as stated in the Death Certificate):** *Cardiac Arrest / Diabetes Mellitis Hypertensive Heart Disease*

    **Contributing Cause of Death (as stated in the Death Certificate):**

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1.  **Please check the box next to the condition being alleged:**

    ☐ Asbestos-Related Lung Cancer    ☐ Mesothelioma

    ☒ Asbestosis    ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

    ☐ Other Asbestos Disease    ☐ Clinically Severe Asbestosis

    a.  **Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

        ☐ diagnosis from a pathologist certified by the American Board of Pathology

        ☐ diagnosis from a second pathologist certified by the American Board of Pathology

        ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

        ☐ other (please specify):_____

1

**PART II: ASBESTOS-RELATED CONDITION(S) (Contin**

WR GRACE-PIQ 006629-008

**b.   Asbestos-Related Lung Cancer:**  If alleging Asbestos-Related Lung Cancer, w          imary lung cancer based on the following (check all that apply):

- [ ] findings by a pathologist certified by the American Board of Pathology

- [x] evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

- [ ] evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

- [ ] evidence of asbestosis determined by pathology

- [ ] evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

- [ ] evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

- [ ] diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

- [ ] a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

- [ ] other (please specify): _____

**c.   Other Cancer:**

(i)   If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

- [ ] colon      [ ] pharyngeal      [ ] esophageal      [ ] laryngeal      [ ] stomach cancer

- [ ] other, please specify: _____

(ii)   Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

- [ ] findings by a pathologist certified by the American Board of Pathology

- [ ] evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

- [ ] evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

- [ ] evidence of asbestosis determined by pathology

- [ ] a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

- [ ] other (please specify): _____

| PART II: ASBESTOS-RELATED CONDITION(S) (Continued) |

WR GRACE-PIQ   006629-009

**d.   Clinically Severe Asbestosis:**  If alleging Clinically Severe Asbestosis, was your diagnosis (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a  second  B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

**e.   Asbestosis:**  If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☒ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☒ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a  second  B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☒ other (please specify):  Causation Letter

3


WR GRACE-PIQ 006629-010

f.   **Other Asbestos Disease:**  If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐   diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐   diagnosis determined by pathology

☐   a chest x-ray reading  conducted  in compliance  with the standards  set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   a chest x-ray reading  conducted  in compliance  with the standards  set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   a chest x-ray reading  other than those described above

☐   a pulmonary function test, conducted  in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐   a pulmonary function test other than that discussed above

☐   a  supporting  medical  diagnosis  and  supporting  documentation  establishing  that  exposure  to  Grace asbestos-containing products had a substantial causal role in the development of the condition

☐   a CT Scan or similar testing

☐   a diagnosis other than those above

☐   other (please specify): _____

[REMAINDER OF PAGE INTENTIONALLY BLANK]

4

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE-PIQ 006629-011

2. **Information Regarding Diagnosis**

Date of Diagnosis: ...... 03/23/1990

Diagnosing Doctor's Name: Dominic Gaziano, M.D., F.C.C.P.

Diagnosing Doctor's Specialty: Pulmonary Disease & Internal Medicine

Diagnosing Doctor's Mailing Address: 3100 MacCorkle Avenue, S.E. Ste. 404

Address

~~rleston~~                    West Virginia                    25304

State/Province              Zip/Postal Code

~~nosing~~ Doctor's Daytime Telephone Number: ...... (304) 346-1811

~~respect~~ to your relationship to the diagnosing doctor, check all applicable boxes:

<div style="font-size:smaller">
<p style="writing-mode:vertical-rl">Objection: see page 8</p>
</div>

~~the~~ diagnosing doctor your personal physician? ................................................ ☐ Yes ☐ No

~~the~~ diagnosing doctor paid for the diagnostic services that he/she performed? ...... ☐ Yes ☐ No

. please indicate who paid for the services performed:

~~ou~~ retain counsel in order to receive any of the services performed by the diagnosing doctor? .......... ☐ Yes ☐ No

~~the~~ diagnosing doctor referred to you by counsel? ...... ☐ Yes ☐ No

~~ou~~ aware of any relationship between the diagnosing doctor and your legal counsel? ...... ☐ Yes ☐ No

. please explain: _____

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis? ...... ☒ Yes ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis? ...... ☐ Yes ☒ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? ...... ☐ Yes ☐ No

Did the diagnosing doctor perform a physical examination? ...... ☐ Yes ☐ No

Do you currently use tobacco products? ...... ☐ Yes ☒ No

Have you ever used tobacco products? ...... ☒ Yes ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

☐ Cigarettes     Packs Per Day (half pack = .5) _____     Start Year _ _ _ _     End Year _ _ _ _

☐ Cigars     Cigars Per Day _____     Start Year _ _ _ _     End Year _ _ _ _

☐ If Other Tobacco Products, please specify (e.g., chewing tobacco): _____

Amount Per Day _____     Start Year _ _ _ _     End Year _ _ _ _

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? ...... ☐ Yes ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

_____

3. **Information Regarding Chest X-Ray**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐ Mobile laboratory  ☐ Job site  ☐ Union Hall  ☐ Doctor office  ☐ Hospital  ☐ Other: _____

Address where chest x-ray taken: _____

Address

_____

City                         State/Province                    Zip/Postal Code

5

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE-PIQ 006629-012

4. **Information Regarding Chest X-Ray Reading**

   Date of Reading: _03/23/1990_    ILO score: _1/1_

   Name of Reader: _Dominic Gaziano, M.D., F.C.C.P._

   Reader's Daytime Telephone Number:........................................ _(304) 346-1811_

   Reader's Mailing Address: _3100 MacCorkle Avenue, S.E._
   
   _Charleston_    _West Virginia_    _25304_

   With respect to your relationship to the reader, check all applicable boxes:

   Was the reader paid for the services that he/she performed.........................☐ Yes ☐ No

   *If yes, please indicate who paid for the services performed:* _____

   Did you retain counsel in order to receive any of the services performed by the reader? ..........☐ Yes ☐ No

   Was the reader referred to you by counsel?...........................☐ Yes ☐ No

   Are you aware of any relationship between the reader and your legal counsel? ..........☐ Yes ☐ No

   *If yes, please explain:* _____

   **Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?**
   ..........................................................☒ Yes ☐ No

   *If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* _____

5. **Information Regarding Pulmonary Function Test:** ........................Date of Test: __ __ / __ __ / __ __ __ __

   **List your height in feet and inches when test given:** ........................_____ ft _____ inches

   **List your weight in pounds when test given:** ........................_____ lbs

   **Total Lung Capacity (TLC):**........................_____% of predicted

   **Forced Vital Capacity (FVC):** ........................_____% of predicted

   **FEV1/FVC Ratio:** ........................_____% of predicted

   **Name of Doctor Performing Test (if applicable):** _____

   **Doctor's Specialty:** _____

   **Name of Clinician Performing Test (if applicable):** _____

   **Testing Doctor or Clinician's Mailing Address:** _____
   Address

   City                    State/Province                    Zip/Postal Code

   **Testing Doctor or Clinician's Daytime Telephone Number:** ........................( __ __ __ ) __ __ __ - __ __ __ __

   **Name of Doctor Interpreting Test:** _____

   **Doctor's Specialty:** _____

   **Interpreting Doctor's Mailing Address:** _____
   Address

   City                    State/Province                    Zip/Postal Code

   **Interpreting Doctor's Daytime Telephone Number:** ........................( __ __ __ ) __ __ __ - __ __ __ __

*Objection: see page 8*

| PART II: ASBESTOS-RELATED CONDITION(S) (Continued) |
|---|

WR GRACE-PIQ 006629-013

With respect to your relationship to the doctor or clinician who performed the pulmonary function test check applicable boxes:

If the test was performed by a doctor, was the doctor your personal physician? ........................................ ☐ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ................................. ☐ Yes ☐ No

*ease indicate who paid for the services performed:* _____

etain counsel in order to receive any of the services performed by the testing doctor or clinician?.. ☐ Yes ☐ No

esting doctor or clinician referred to you by counsel? ................................................................... ☐ Yes ☐ No

aware of any relationship between either the doctor or clinician and your legal counsel? ............. ☐ Yes ☐ No

*ease explain:* _____

testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at : of the pulmonary function test? ........................................................................................ ☐ Yes ☐ No

espect to your relationship to the doctor interpreting the results of the pulmonary function test check all ble boxes:

doctor your personal physician? ................................................................................................... ☐ Yes ☐ No

: doctor paid for the services that he/she performed? ........................................................................ ☐ Yes ☐ No

*please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ........................... ☐ Yes ☐ No

Was the doctor referred to you by counsel? ................................................................................................ ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? .......................................... ☐ Yes ☐ No

*If yes, please explain* _____

Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed? ............................. ☐ Yes ☐ No

6. **Information Regarding Pathology Reports:**

Date of Pathology Report: ........................................................................... __ __ / __ __ / __ __ __ __

Findings: _____

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____

Address

|  | State/Province | Zip/Postal Code |
|---|---|---|

r's Daytime Telephone Number: ........................................................ ( __ __ __ ) __ __ __ - __ __ __ __

respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

ne doctor your personal physician? ........................................................................................... ☐ Yes ☐ No

ne doctor paid for the services that he/she performed? ............................................................... ☐ Yes ☐ No

*please indicate who paid for the services performed:* _____

ou retain counsel in order to receive any of the services performed by the doctor? ........................... ☐ Yes ☐ No

ne doctor referred to you by counsel? ........................................................................................... ☐ Yes ☐ No

ou aware of any relationship between the doctor and your legal counsel? ..................................... ☐ Yes ☐ No

*please explain:* _____

the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?

......................................................................................................................................... ☐ Yes ☐ No

*Objection: see page 8*

7

PART II: ASBESTOS-RELATED CONDITION(S) (Contin...

WR GRACE-PIQ  006629-014

7. With respect to the condition alleged, have you received medical treatment from a ...

..................................................................................................................................... ☐ Yes ☐ No

*If yes, please complete the following:*

Name of Treating Doctor: _____

Treating Doctor's Specialty: _____

Treating Doctor's Mailing Address: _____

Address

_____

| city | State/Province | Zip/Postal Code |

Treating Doctor's Daytime Telephone number: ................................. ( _ _ _ ) _ _ _ - _ _ _ _

as the doctor paid for the services that he/she performed? ................................................ ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ...................... ☐ Yes ☐ No

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

Objection: see page 8

WR GRACE-PIQ 006629-015

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

Site of Exposure:

Site Name: _Various Sites_          Location: _____

Site Type: ☐ Residence  ☒ Business    Site Owner: _____

Employer During Exposure: _____    Unions of which you were a member during your employment: _____

| | Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 98, specify: | Industry Code If Code 18, specify: | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| Job 1 Description: | Gaskets Pipeline Coating Zonolite Acoustical Plaster | CW Aff | 01-01-1946 12-31-1964 | 33 | 103 | | |
| Job 2 Description: | | | | | | | |
| Job 3 Description: | | | | | | | |
| Job 4 Description: | | | | | | | |
| Job 5 Description: | | | | | | | |
| Job 6 Description: | | | | | | | |

9

## PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

1. Are you asserting an injury caused by exposure to Grace asbestos-containing produ̲ ̲ ̲nity with another injured person? ....................................................................................☐ Yes ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: _____Gender: ☐ Male ☐ Female

   Last Four Digits of Social Security Number: __ __ __ __          Birth Date: __ __ / __ __ / __ __

3. What is your Relationship to Other Injured Person: ................................☐ Spouse ☐ Child ☐ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:
   _____

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:
   From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:
   _____

7. Has the Other Injured Person filed a lawsuit related to his/her exposure?...........................☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   Caption: _____

   Case Number: _____    File Date: __ __ / __ __ / __ __ __ __

   Court Name: _____

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:
   _____

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:
   From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:
    _____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

10

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products
(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

**Party Against which Lawsuit or Claim was Filed:** _____

| | Product(s) | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 94, specify | Industry Code If Code 11a, specify | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|
| **Site of Exposure 1** | | | | | | |
| Site Name: _____ Job 1 Description: _____ | | | | | | |
| Address: _____ Job 2 Description: _____ | | | | | | |
| City and State: _____ Job 3 Description: _____ | | | | | | |
| Site Owner: _____ | | | | | | |
| **Site of Exposure 2** | | | | | | |
| Site Name: _____ Job 1 Description: _____ | | | | | | |
| Address: _____ Job 2 Description: _____ | | | | | | |
| City and State: _____ Job 3 Description: _____ | | | | | | |
| Site Owner: _____ | | | | | | |
| **Site of Exposure 3** | | | | | | |
| Site Name: _____ Job 1 Description: _____ | | | | | | |
| Address: _____ Job 2 Description: _____ | | | | | | |
| City and State: _____ Job 3 Description: _____ | | | | | | |
| Site Owner: _____ | | | | | | |

Exposure Records: Objection. Discovery has been stayed and is needed of W. R. Grace. The Asbestos Claimants Committee has served substantial discovery on Grace asking for their history exposure records and Grace has objected to the production of Plaintiff is at present unable to fairly and accurately respond request until such time as W. R. Grace responds to previous served discovery requests regarding exposure records. More this information sought in this request is properly the subject Interrogatories required to be submitted as provided by Rule Federal Rules of Civil Procedure which affords to plaintiff

11

WR GRACE-PIQ 006629-017

## PART VI: EMPLOYMENT HISTORY

WR GRACE-PIQ 006629-018

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industries and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

Occupation Code: _____ If Code 59, specify: _____

Industry Code: _____ If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __   End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
     Address

_____
City           State/Province      Zip/Postal Code

Occupation Code: _____ If Code 59, specify: _____

Industry Code: _____ If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __   End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
     Address

_____
City           State/Province      Zip/Postal Code

Occupation Code: _____ If Code 59, specify: _____

Industry Code: _____ If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __   End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
     Address

_____
City           State/Province      Zip/Postal Code

Occupation Code: _____ If Code 59, specify: _____

Industry Code: _____ If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __   End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
     Address

_____
City           State/Province      Zip/Postal Code

12

**PART VII - LITIGATION AND CLAIMS REGARDING ASBESTOS AND/**

WR.GRACE-PIQ  006629-019

GATION

Objections: a 4-7 & b 1-7 See below

you ever been a plaintiff in a lawsuit regarding asbestos or silica?.............................☑ Yes ☐ No

please complete the rest of this Part VII(a) for each lawsuit.  For your convenience, additional copies of Part
e attached as Appendix G to this Questionnaire

provide the caption, case number, file date, and court name for the lawsuit you filed:

n: _____

lumber: __90-C-3934__                    File Date: __11/01/1990__

Name: __Kanawha-WV__

race a defendant in the lawsuit?.............................................................☑ Yes ☐ No

he lawsuit dismissed against any defendant?.................................................☐ Yes ☐ No

*If yes, please provide the basis for dismissal of the lawsuit against each defendant:*

_____
_____

5. Has a judgment or verdict been entered?.................................................☐ Yes ☐ No

   *If yes, please indicate verdict amount for each defendant(s):* _____

6. Was a settlement agreement reached in this lawsuit?.....................................☐ Yes ☐ No

   *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

   a.  Settlement amount for each defendant: _____

   b.  Applicable defendants: _____

   c.  Disease or condition alleged: _____

   d.  Disease or condition settled (if different than disease or condition alleged): _____

7. Were you deposed in this lawsuit?.......................................................☐ Yes ☐ No

   *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

**b.  CLAIMS**

1. Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an
   asbestos trust (other than a formal lawsuit in court)?...................................☐ Yes ☐ No

   *If yes, please complete the rest of this Part VII(b).  If no, please skip to Part VIII.*

2. Date the claim was submitted:............................................ __ __ / __ __ / __ __ __ __

3. Person or entity against whom the claim was submitted: _____

4. Description of claim: _____

5. Was claim settled?.....................................................................☐ Yes ☐ No

6. Please indicate settlement amount: .............................................. $_____

7. Was the claim dismissed or otherwise disallowed or not honored? .........................☐ Yes ☐ No

   *If yes, provide the basis for dismissal of the claim:* _____

   **Objection:** The information sought here is
   public record as readily available to the
   defendant as to the plaintiff, or is subject to
   a confidentiality agreement between the
   parties.

13

WR GRACE-PIQ 006629-020

## PART VIII: CLAIMS BY DEPENDENTS OR RELATED PERSON

**Name of Dependent or Related Person:**   REDACTED _____ Gender: ☐ Male ☒ Female

**Last Four Digits of Social Security Number:** _____   **Birth Date:** _

**Financially Dependent:** ....................................................................................................................... ☐ Yes ☐ No

**Relationship to Injured Party:** ☐ Spouse ☒ Child ☐ Other  If other, please specify _____

**Mailing Address:**
Address        REDACTED

City                                 State/Province   —          Zip/Postal Code

**Daytime Telephone number:**   REDACTED

## PART IX: SUPPORTING DOCUMENTATION

Please use the checklists below to indicate which documents you are submitting with this form.

**Copies:**

☒ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☒ Supporting documentation of exposure to Grace asbestos-containing products
☐ Supporting documentation of other asbestos exposure

☐ X-rays
☒ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Depositions from lawsuits indicated in Part VII of this Questionnaire
☒ Death Certification

**Originals:**

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products

☐ Supporting documentation of other asbestos exposure
☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

_____

## PART X: ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE

The information provided in this Questionnaire must be accurate and truthful. This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim. The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 & 3571. **TO BE COMPLETED BY THE INJURED PERSON.**

I swear, **under penalty of perjury**, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete.

Signature:        REDACTED        Date: 01/07/2006

Please Print Name:

**TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.**

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: _____   Date: 1/12/2006

Please Print Name: _____

14

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

WR GRACE-PIQ 006629-021

**PART II:  ASBESTOS-RELATED CONDITION(S)**

Name of Claimant: _____ Last 4 Digits of SSN: __ __ __ __

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire.  If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis.  For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. **Please check the box next to the condition being alleged:**

   ☐ Asbestos-Related Lung Cancer       ☐ Mesothelioma

   ☐ Asbestosis                         ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

   ☐ Other Asbestos Disease             ☐ Clinically Severe Asbestosis

   a. **Mesothelioma:**  If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

      ☐ diagnosis from a pathologist certified by the American Board of Pathology

      ☐ diagnosis from a second pathologist certified by the American Board of Pathology

      ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

      ☐ other (please specify):_____

   b. **Asbestos-Related Lung Cancer:**  If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

      ☐ findings by a pathologist certified by the American Board of Pathology

      ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

      ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

      ☐ evidence of asbestosis determined by pathology

      ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

      ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

      ☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

      ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

      ☐ other (please specify):_____

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II: ASBESTOS-RELATED CONDITION(S) |

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

**c. Other Cancer:**

    (i)  If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

      ☐ colon    ☐ pharyngeal    ☐ esophageal    ☐ laryngeal    ☐ stomach cancer

      ☐ other, please specify: _____

    (ii)  Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

      ☐ findings by a pathologist certified by the American Board of Pathology

      ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

      ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

      ☐ evidence of asbestosis determined by pathology

      ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

      ☐ other (please specify): _____

**d. Clinically Severe Asbestosis:**  If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

    ☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

    ☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

    ☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

    ☐ asbestosis determined by pathology

    ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

    ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

    ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

    ☐ other (please specify): _____

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
WR GRACE-PIQ 006629-023

| PART II: ASBESTOS-RELATED CONDITION(S) |

Name of Claimant: _____ Last 4 Digits of SSN: __ __ __ __

    **e.**   **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐   diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐   a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   asbestosis determined by pathology

☐   a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVl/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐   a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐   other (please specify): _____

    **f.**   **Other Asbestos Disease:** If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐   diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐   diagnosis determined by pathology

☐   a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   a chest x-ray reading  other than those described above

☐   a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVl/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐   a pulmonary function test other than that discussed above

☐   a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐   a CT Scan or similar testing

☐   a diagnosis other than those above

☐   other (please specify): _____

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

**PART II:  ASBESTOS-RELATED CONDITION(S)**

WR GRACE-PIQ  006629-024

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

2.   **Information Regarding Diagnosis**

Date of Diagnosis: ............................................................ __ __ / __ __ / __ __ __ __

Diagnosing Doctor's Name: _____

Diagnosing Doctor's Specialty: _____

Diagnosing Doctor's Mailing Address: _____
_____
Address

_____
City                                                State/Province                          Zip/Postal Code

Diagnosing Doctor's Daytime Telephone Number: ...................................... ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the diagnosing doctor, check all applicable boxes:**

Was the diagnosing doctor your personal physician? ...................................................................... ☐ Yes  ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? ..................................... ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? ........... ☐ Yes  ☐ No

Was the diagnosing doctor referred to you by counsel? ................................................................. ☐ Yes  ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel? ........................ ☐ Yes  ☐ No

*If yes, please explain:* _____

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of  the diagnosis? ...................................................................................... ☐ Yes  ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of  the diagnosis? ................................................................................................................... ☐ Yes  ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? ........................................................................................................................ ☐ Yes  ☐ No

Did the diagnosing doctor perform a physical examination? ............................................................. ☐ Yes  ☐ No

Do you currently use tobacco products? .................................................................................... ☐ Yes  ☐ No

Have you ever used tobacco products? ...................................................................................... ☐ Yes  ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

☐ Cigarettes      Packs Per Day (half pack = .5) _____    Start Year __ __ __ __   End Year __ __ __ __

☐ Cigars      Cigars Per Day _____                      Start Year __ __ __ __   End Year __ __ __ __

☐ If Other Tobacco Products, please specify (e.g., chewing tobacco): _____
     Amount Per Day _____                           Start Year __ __ __ __   End Year __ __ __ __

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? .................. ☐ Yes  ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*
_____

3.   **Information Regarding Chest X-Ray**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐ Mobile laboratory  ☐ Job site  ☐ Union Hall  ☐ Doctor office  ☐ Hospital  ☐ Other: _____

Address where chest x-ray taken: _____
_____
Address

_____
City                                                State/Province                          Zip/Postal Code

4

# APPENDIX C
## Additional Copies of Part II of the Questionnaire

PART II: ASBESTOS-RELATED CONDITION(S)

WR GRACE-PIQ 006629-025

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

**4. Information Regarding Chest X-Ray Reading**

Date of Reading: __ __ / __ __ / __ __ __ __          ILO score: _____

Name of Reader: _____

Reader's Daytime Telephone Number: ........................................ ( __ __ __ ) __ __ __ - __ __ __ __

Reader's Mailing Address: _____
_____
Address

_____
City                                    State/Province                    Zip/Postal Code

**With respect to your relationship to the reader, check all applicable boxes:**

Was the reader paid for the services that he/she performed ........................................ ☐ Yes   ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the reader? ............ ☐ Yes   ☐ No

Was the reader referred to you by counsel? ................................................................ ☐ Yes   ☐ No

Are you aware of any relationship between the reader and your legal counsel? ......................... ☐ Yes   ☐ No

*If yes, please explain:* _____

**Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?**
........................................................................................................ ☐ Yes   ☐ No

*If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* _____

**5. Information Regarding Pulmonary Function Test:** ........................ Date of Test: __ __ / __ __ / __ __ __ __

List your height in feet and inches when test given: ........................................ _____ ft _____ inches

List your weight in pounds when test given: ................................................................ _____ lbs

Total Lung Capacity (TLC): ........................................................................ _____ % of predicted

Forced Vital Capacity (FVC): ...................................................................... _____ % of predicted

FEV1/FVC Ratio: .................................................................................... _____ % of predicted

Name of Doctor Performing Test (if applicable): _____

Doctor's Specialty: _____

Name of Clinician Performing Test (if applicable): _____

Testing Doctor or Clinician's Mailing Address: _____
_____
Address

_____
City                                    State/Province                    Zip/Postal Code

Testing Doctor or Clinician's Daytime Telephone Number: ........................ ( __ __ __ ) __ __ __ - __ __ __ __

Name of Doctor Interpreting Test: _____

Doctor's Specialty: _____

Interpreting Doctor's Mailing Address: _____
_____
Address

_____
City                                    State/Province                    Zip/Postal Code..

Interpreting Doctor's Daytime Telephone Number: ........................ ( __ __ __ ) __ __ __ - __ __ __ __

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**



PART II: ASBESTOS-RELATED CONDITION(S)    WR GRACE-PIQ 006629-026

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

**With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:**

If the test was performed by a doctor, was the doctor your personal physician?.......................... ☐ Yes  ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ................. ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician?.. ☐ Yes  ☐ No

Was the testing doctor or clinician referred to you by counsel? ........................................... ☐ Yes  ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ............. ☐ Yes  ☐ No

*If yes, please explain:* _____

**Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?**.................................................................. ☐ Yes  ☐ No

**With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:**

Was the doctor your personal physician? ............................................................... ☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed?......................................... ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ............... ☐ Yes  ☐ No

Was the doctor referred to you by counsel?........................................................... ☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ........................ ☐ Yes  ☐ No

*If yes, please explain* _____

**Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?**....................... ☐ Yes  ☐ No

6.  **Information Regarding Pathology Reports:**

Date of Pathology Report:.................................................... __ __ / __ __ / __ __ __ __

Findings: _____

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____
                          Address

| City | State/Province | Zip/Postal Code |
|---|---|---|

Doctor's Daytime Telephone Number: ........................................ ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:**

Was the doctor your personal physician? .............................................................. ☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed?......................................... ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ............... ☐ Yes  ☐ No

Was the doctor referred to you by counsel?........................................................... ☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ........................ ☐ Yes  ☐ No

*If yes, please explain:* _____

**Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?**

.................................................................................................. ☐ Yes  ☐ No

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**



| PART II: ASBESTOS-RELATED CONDITION(S) | WR GRACE-PIQ 006629-027 |
|---|---|

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

7.  With respect to the condition alleged, have you received medical treatment from a doctor for the condition?
....................................................................................................................... ☐ Yes ☐ No

*If yes, please complete the following:*

Name of Treating Doctor: _____

Treating Doctor's Specialty: _____

Treating Doctor's Mailing Address: _____
                                   Address

_____
City                          State/Province              Zip/Postal Code

Treating Doctor's Daytime Telephone number: ........................................ ( __ __ __ ) __ __ __ - __ __ __ __

Was the doctor paid for the services that he/she performed? ............................................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? .................... ☐ Yes ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WR GRACE-PIQ 006629-028

[THIS PAGE INTENTIONALLY LEFT BLANK]

**APPENDIX C**

**Additional Copies of Part II of the Questionnaire**

| |
|---|
| PART II:  ASBESTOS-RELATED CONDITION(S) |

WR GRACE-PIQ  006629-029

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire.  If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis.  For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. **Please check the box next to the condition being alleged:**

   ☐ Asbestos-Related Lung Cancer         ☐ Mesothelioma

   ☐ Asbestosis                           ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

   ☐ Other Asbestos Disease               ☐ Clinically Severe Asbestosis

   a. **Mesothelioma:**  If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

      ☐ diagnosis from a pathologist certified by the American Board of Pathology

      ☐ diagnosis from a second pathologist certified by the American Board of Pathology

      ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

      ☐ other (please specify):_____

   b. **Asbestos-Related Lung Cancer:**  If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

      ☐ findings by a pathologist certified by the American Board of Pathology

      ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

      ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

      ☐ evidence of asbestosis determined by pathology

      ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

      ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

      ☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

      ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

      ☐ other (please specify):_____

1

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

WR GRACE-PIQ 006629-030

Name of Claimant: _____  Last 4 Digits of SSN: __ __ __ __

**c.  Other Cancer:**

(i)  If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon     ☐ pharyngeal     ☐ esophageal     ☐ laryngeal     ☐ stomach cancer

☐ other, please specify: _____

(ii)  Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b*)* by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b*)* by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

☐ other (please specify): _____

**d.  Clinically Severe Asbestosis:**  If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a  second B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

2

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) | WR GRACE-PIQ 006629-031 |

Name of Claimant: _____  Last 4 Digits of SSN: __ __ __ __

e.  **Asbestosis:**  If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

f.  **Other Asbestos Disease:**  If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ diagnosis determined by pathology

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  other than those described above

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a pulmonary function test other than that discussed above

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐ a CT Scan or similar testing

☐ a diagnosis other than those above

☐ other (please specify): _____

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**



PART II. ASBESTOS-RELATED CONDITIONS    WR GRACE-PIQ 006629-032

**Name of Claimant:** _____    **Last 4 Digits of SSN:** _ _ _ _

**2. Information Regarding Diagnosis**

Date of Diagnosis: .................................................. _ _ / _ _ / _ _ _ _

Diagnosing Doctor's Name: _____

Diagnosing Doctor's Specialty: _____

Diagnosing Doctor's Mailing Address: _____
                                      Address

| City | State/Province | Zip/Postal Code |

Diagnosing Doctor's Daytime Telephone Number: ....................... ( _ _ _ ) _ _ _ - _ _ _ _

**With respect to your relationship to the diagnosing doctor, check all applicable boxes:**

Was the diagnosing doctor your personal physician? ............................................... ☐ Yes  ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? ................ ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? .......... ☐ Yes  ☐ No

Was the diagnosing doctor referred to you by counsel? ........................................... ☐ Yes  ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel? ................... ☐ Yes  ☐ No

*If yes, please explain:* _____

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis? ........................................................ ☐ Yes  ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis? ........................................................ ☐ Yes  ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? ........................................................ ☐ Yes  ☐ No

Did the diagnosing doctor perform a physical examination? ........................................ ☐ Yes  ☐ No

Do you currently use tobacco products? ........................................................ ☐ Yes  ☐ No

Have you ever used tobacco products? ........................................................ ☐ Yes  ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

☐ Cigarettes    Packs Per Day (half pack = .5) _____    Start Year _ _ _ _    End Year _ _ _ _

☐ Cigars    Cigars Per Day _____    Start Year _ _ _ _    End Year _ _ _ _

☐ If Other Tobacco Products, please specify (e.g., chewing tobacco): _____
    Amount Per Day _____    Start Year _ _ _ _    End Year _ _ _ _

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? ................ ☐ Yes  ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

_____

**3. Information Regarding Chest X-Ray**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐ Mobile laboratory  ☐ Job site  ☐ Union Hall  ☐ Doctor office  ☐ Hospital  ☐ Other: _____

Address where chest x-ray taken: _____
                                  Address

| City | State/Province | Zip/Postal Code |

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) | WR GRACE-PIQ 006629-033 |
| --- | --- |

Name of Claimant: _____     Last 4 Digits of SSN: __ __ __ __

4. **Information Regarding Chest X-Ray Reading**

   Date of Reading:  __ __ / __ __ / __ __ __ __          ILO score: _____

   Name of Reader: _____

   Reader's Daytime Telephone Number: .......................... ( __ __ __ ) __ __ __ - __ __ __ __

   Reader's Mailing Address: _____
   _____.Address_____

   _____
   City                              State/Province                  Zip/Postal Code

   **With respect to your relationship to the reader, check all applicable boxes:**

   Was the reader paid for the services that he/she performed ................................................ ☐ Yes  ☐ No

   *If yes, please indicate who paid for the services performed:* _____

   Did you retain counsel in order to receive any of the services performed by the reader? ........... ☐ Yes  ☐ No

   Was the reader referred to you by counsel?................................................................ ☐ Yes  ☐ No

   Are you aware of any relationship between the reader and your legal counsel? ......................... ☐ Yes  ☐ No

   *If yes, please explain:* _____

   **Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?**

   ................................................................................................................ ☐ Yes  ☐ No

   *If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* _____

5. **Information Regarding Pulmonary Function Test:** ........................Date of Test:  __ __ / __ __ / __ __ __ __

   List your height in feet and inches when test given:............................ _____ ft _____ inches

   List your weight in pounds when test given:............................................... _____ lbs

   Total Lung Capacity (TLC): ..................................................... _____ % of predicted

   Forced Vital Capacity (FVC): ................................................... _____ % of predicted

   FEV1/FVC Ratio: ................................................................ _____ % of predicted

   Name of Doctor Performing Test (if applicable): _____

   Doctor's Specialty: _____

   Name of Clinician Performing Test (if applicable): _____

   Testing Doctor or Clinician's Mailing Address: _____
   _____Address_____

   _____
   City                              State/Province                  Zip/Postal Code

   Testing Doctor or Clinician's Daytime Telephone Number: ...................... ( __ __ __ ) __ __ __ - __ __ __ __

   Name of Doctor Interpreting Test: _____

   Doctor's Specialty: _____

   Interpreting Doctor's Mailing Address: _____
   _____Address_____

   _____
   City                              State/Province                  Zip/Postal Code..

   Interpreting Doctor's Daytime Telephone Number: ...................... ( __ __ __ ) __ __ __ - __ __ __ __

## APPENDIX C
### Additional Copies of Part II of the Questionnaire

PART II: ASBESTOS-RELATED CONDITION(S)

WR GRACE-PIQ  006629-034

Name of Claimant: _____  Last 4 Digits of SSN: __ __ __ __

With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:

If the test was performed by a doctor, was the doctor your personal physician?........................................☐ Yes  ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ................................☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:*. _____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician?..☐ Yes  ☐ No

Was the testing doctor or clinician referred to you by counsel? ....................................................................☐ Yes  ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ............☐ Yes  ☐ No

*If yes, please explain:* _____

Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?........................................................................................................☐ Yes  ☐ No

With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:

Was the doctor your personal physician? ......................................................................................................☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed?........................................................................☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ..........................☐ Yes  ☐ No

Was the doctor referred to you by counsel? .................................................................................................☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ..........................................☐ Yes  ☐ No

*If yes, please explain* _____

Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?..............................☐ Yes  ☐ No

6.  **Information Regarding Pathology Reports:**

Date of Pathology Report:................................................................. __ __ / __ __ / __ __ __ __

Findings: _____

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____
                                    Address

| City | State/Province | Zip/Postal Code |
|---|---|---|

Doctor's Daytime Telephone Number: ........................................ ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

Was the doctor your personal physician? ......................................................................................................☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed?........................................................................☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ..........................☐ Yes  ☐ No

Was the doctor referred to you by counsel?...................................................................................................☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ..........................................☐ Yes  ☐ No

*If yes, please explain:* _____

Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?

..............................................................................................................................................................☐ Yes  ☐ No

**APPENDIX C**

**Additional Copies of Part II of the Questionnaire**

| PART II:  ASBESTOS-RELATED CONDITION(S) |
| --- |

WR GRACE-PIQ 006629-035

Name of Claimant: _____     Last 4 Digits of SSN: __ __ __ __

7.  With respect to the condition alleged, have you received medical treatment from a doctor for the condition?

.................................................................................................................................☐ Yes ☐ No

*If yes, please complete the following:*

Name of Treating Doctor: _____

Treating Doctor's Specialty:_____

Treating Doctor's Mailing Address: _____
                                                      Address

_____
City                                            State/Province                          Zip/Postal Code

Treating Doctor's Daytime Telephone number:........................... ( __ __ __ ) __ __ __ - __ __ __ __

Was the doctor paid for the services that he/she performed?...............................................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ....................☐ Yes ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WR GRACE-PIQ 006629-036

[THIS PAGE INTENTIONALLY LEFT BLANK]

**APPENDIX D**
Additional Copies of Part III of the Questionnaire    Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

**Site of Exposure:**

Site Name: _____    Location: _____

Site Type: ☐ Residence ☐ Business    Site Owner: _____

Employer During Exposure: _____

Unions of which you were a member during your employment: _____

| | Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 99, specify | Industry Code If Code 119, specify | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | | |
| Job 2 Description: | | | | | | | |
| Job 3 Description: | | | | | | | |
| Job 4 Description: | | | | | | | |
| Job 5 Description: | | | | | | | |
| Job 6 Description: | | | | | | | |

WR GRACE-PIQ 006629-037

# APPENDIX D
## Additional Copies of Part III of the Questionnaire

Name of Claimant: _____        Last 4 Digits of SSN: __ __ __ __

WR GRACE-PIQ 006629-038

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

...plete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete ...hart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

...was in connection with your employment, use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked. ...ure of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

A worker who personally mixed Grace asbestos-containing products

A worker who personally removed or cut Grace asbestos-containing products

(f) A worker who personally installed Grace asbestos-containing products

   (g) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

   (h) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

   (i) If other, please specify.

**Site of Exposure:**

Site Name: _____

Site Type: ☐ Residence ☐ Business        Site Owner: _____        Location: _____

Employer During Exposure: _____

Unions of which you were a member during your employment: _____

| | Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code (If Code 94, specify) | Industry Code (If Code 74A, specify) | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your register proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | | |
| Job 2 Description: | | | | | | | |
| Job 3 Description: | | | | | | | |
| Job 4 Description: | | | | | | | |
| Job 5 Description: | | | | | | | |
| Job 6 Description: | | | | | | | |

**APPENDIX E**
**Additional Copies of Part IV of the Questionnaire**



WR GRACE-PIQ  006629-039

| PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS |
|---|

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person?..................................................................................☐ Yes ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: _____ Gender: ☐ Male ☐ Female

   Last Four Digits of Social Security Number: __ __ __ __    Birth Date: __ __ / __ __ / __ __ __ __

3. What is your Relationship to Other Injured Person:....................................☐ Spouse ☐ Child ☐ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:

   _____

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:

   From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:

   _____

7. Has the Other Injured Person filed a lawsuit related to his/her exposure? ..........................................☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   Caption: _____

   Case Number: _____    File Date: __ __ / __ __ / __ __ __ __

   Court Name: _____

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:

   _____

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:

   From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:

    _____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

## APPENDIX E
### Additional Copies of Part IV of the Questionnaire



WR GRACE-PIQ 006629-040

### PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Name of Claimant: _____     Last 4 Digits of SSN: __ __ __ __

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person?.............................................................................................☐ Yes ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: _____     Gender: ☐ Male ☐ Female

   Last Four Digits of Social Security Number: __ __ __ __     Birth Date: __ __ / __ __ / __ __

3. What is your Relationship to Other Injured Person: ...................................☐ Spouse ☐ Child ☐ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:

   _____

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:
   From: __ __ / __ __ / __ __ __ __     To: __ __ / __ __ / __ __ __ __

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:

   _____

7. Has the Other Injured Person filed a lawsuit related to his/her exposure?............................................☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   Caption: _____

   Case Number: _____     File Date: __ __ / __ __ / __ __ __ __

   Court Name: _____

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:

   _____

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:
   From: __ __ / __ __ / __ __ __ __     To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:

    _____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

**APPENDIX F**

Additional Copies of Part V of the Questionnaire    Name of Claimant: _____    Last 4 Digits of SSN: _____

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

WR GRACE-PIQ 006629-041

| Party Against which Lawsuit or Claim was Filed: | Product(s) | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 39, specify. | Industry Code If Code 19L, specify. | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|
| **Site of Exposure 1** Site Name: _____ Address: _____ City and State: _____ Site Owner: _____ | | | | | | |
| Job 1 Description: _____ | | | | | | |
| Job 2 Description: _____ | | | | | | |
| Job 3 Description: _____ | | | | | | |
| **Site of Exposure 2** Site Name: _____ Address: _____ City and State: _____ Site Owner: _____ | | | | | | |
| Job 1 Description: _____ | | | | | | |
| Job 2 Description: _____ | | | | | | |
| Job 3 Description: _____ | | | | | | |
| **Site of Exposure 3** Site Name: _____ Address: _____ City and State: _____ Site Owner: _____ | | | | | | |
| Job 1 Description: _____ | | | | | | |
| Job 2 Description: _____ | | | | | | |
| Job 3 Description: _____ | | | | | | |

**APPENDIX F**

...onal Copies of Part V of the Questionnaire

Name of Claimant: _____  Last 4 Digits of SSN: _____

**PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS**

WR GRACE-PIQ 006629-042

...omplete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits/claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this ...unaire.

...ure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

Nature of "Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(e) A worker who personally mixed Non-Grace asbestos-containing products

(e) A worker who personally removed or cut Non-Grace asbestos-containing products

(f) A worker who personally installed Non-Grace asbestos-containing products

(g) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others

(h) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others

(i) If other, please specify.

| Party Against which Lawsuit or Claim was Filed: | Product(s) | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 34, specify. | Industry Code If Code 1/B, specify. | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|
| **Site of Exposure 1** | | | | | | |
| Site Name: | | | | | | |
| Address: | | | | | | |
| City and State: | | | | | | |
| Site Owner: | | | | | | |
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| **Site of Exposure 2** | | | | | | |
| Site Name: | | | | | | |
| Address: | | | | | | |
| City and State: | | | | | | |
| Site Owner: | | | | | | |
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| **Site of Exposure 3** | | | | | | |
| Site Name: | | | | | | |
| Address: | | | | | | |
| City and State: | | | | | | |
| Site Owner: | | | | | | |
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |

## APPENDIX G
### Additional Copies of Part VI of the Questionnaire
### PART VI: EMPLOYMENT HISTORY



WR GRACE-PIQ 006629-043

**Name of Claimant:** _____    **Last 4 Digits of SSN:** __ __ __ __

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Occupation Code:** _____    If Code 59, specify: . _____

**Industry Code:** _____    If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
                       Address

_____
City                                    State/Province                    Zip/Postal Code

**Occupation Code:** _____    If Code 59, specify: . _____

**Industry Code:** _____    If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
                       Address

_____
City                                    State/Province                    Zip/Postal Code

**Occupation Code:** _____    If Code 59, specify: . _____

**Industry Code:** _____    If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
                       Address

_____
City                                    State/Province                    Zip/Postal Code

**Occupation Code:** _____    If Code 59, specify: . _____

**Industry Code:** _____    If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
                       Address

_____
City                                    State/Province                    Zip/Postal Code

## APPENDIX G
### Additional Copies of Part VI of the Questionnaire

 

**PART VI: EMPLOYMENT HISTORY**

**Name of Claimant:** _____    **Last 4 Digits of SSN:** __ __ __ __

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Occupation Code:** _____    If Code 59, specify: _____

**Industry Code:** _____    If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
Address

_____
City                                    State/Province                    Zip/Postal Code

**Occupation Code:** _____    If Code 59, specify: _____

**Industry Code:** _____    If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
Address

_____
City                                    State/Province                    Zip/Postal Code

**Occupation Code:** _____    If Code 59, specify: _____

**Industry Code:** _____    If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
Address

_____
City                                    State/Province                    Zip/Postal Code

**Occupation Code:** _____    If Code 59, specify: _____

**Industry Code:** _____    If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
Address

_____
City                                    State/Province                    Zip/Postal Code

: Diagnosis

1.  Diagnosis Doctor's Daytime Telephone Number.
    **Objection**. This request suggests that counsel for W.R. Grace intend to contact plai personal medical history. To the extent that this information is confidential and protected under the *Health Insur. Portability and Accountability Act of 1996 (HIPPA)*, plaintiff objects to disclosure of this information. [ information sought in this request is properly the subject of Interrogatories required to be submitted as provided by 33, Federal Rules of Civil Procedure which affords to plaintiff]

2.  Was the diagnosing doctor your personal physician?
    **Objection**. By virtue of any examination that was conducted, claimant contends that the physician who examined became his "personal physician". Accordingly, any information in the possession, custody or control of said physi is confidential and protected under the *Health Insurance Portability and Accountability Act of 1996 (HIPPA)*, plai objects to disclosure of this information. Not reasonably calculated to lead to discoverable information.

3.  Was the diagnosing doctor paid for the diagnostic services, etc.?
    **Objection**. Not reasonably calculated to lead to discoverable information.

4.  Who paid?
    **Objection**. Not reasonably calculated to lead to discoverable information.

5.  Did you retain counsel in order to receive any of these services, etc.?
    **Objection**. Not reasonably calculated to lead to discoverable information.
    **Objection**. Protected under work product doctrine.

6.  Did counsel refer you to the physician:
    **Objection**. Not reasonably calculated to lead to discoverable information. Further, this information is protected u work product doctrine.

7.  Re: Relationship of Dr. to Counsel:
    **Objection**. Vague, ambiguous, overly broad and not reasonably calculated to lead to discoverable informa Plaintiff has no first hand knowledge of whether any relationship exists between his physician and his legal cou Plaintiff objects, further, on the grounds that this information is protected under the attorney work-product doctrine not discoverable.





WR GRACE-PIQ 006629-046

# W.R. GRACE EMPLOYMENT AFFIDAVIT

**STATE OF** _WV_

**COUNTY OF** _Monongalia_, **TO WIT:**

··I, _____ , Personal Representative for the Estate of         **REDACTED**
having been duly sworn, state that:·

<p align="center">worked at:</p>

Various Other Sites                                              **From**     1/1/1946 **to**     12/31/1964

**FURTHER AFFIANT SAYETH NAUGHT.**

<p align="center">**REDACTED**</p>

Taken, subscribed to and sworn before me this _28_ day of _Nov_ , 2005.

My commission expires: _7-4-2011_

_Marjorie McNew_
_____
Notary Public

<p align="center">**(Notary Stamp/Seal)**</p>

WRG/ 11/15/2005

```
OFFICIAL SEAL
NOTARY PUBLIC, STATE OF WEST VIRGINIA
MARJORIE MCNEW
1609 BUCKHANON AVE.
MORGANTOWN, WV 26508
MY COMMISSION EXPIRES JULY 4, 2011
```

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

WR GRACE-PIQ 006629-047

**James F. Humphreys and Associates**
Charleston, West Virginia

## CO-WORKER AFFIDAVIT OF EXPOSURE TO W.R. GRACE

STATE OF ___W. Va.___

COUNTY OF ___Wayne___, TO-WIT:

Now comes ___Tommy Thacker___, and having been duly sworn and cautioned, state as follows:

1.    I worked with ___REDACTED___. We were
(client)

exposed to asbestos dust from the following asbestos-containing products manufactured by W.R. Grace: (You must ID at least one W.R. Grace product.)

Product: ___GASKETS___
Product: ___Pipeline Coating___
Product: ___Zonolite Acoustical Plaster___

2.    **Exposure to the above-identified products occurred as follows:**

| PLANT LOCATION OR WORK SITE INCLUDING CITY AND STATE | OCCUPATION/ JOB TITLE | YEARS |
|---|---|---|
| Various Other Sites | Glassworker/ Laborer | 1946-1964 |
| Pilgrim Glass | Glassworker | 1969-1973 |
| New Jersey Zinc | Operator | 1974-1976 |
| Greenbag Cement Co | Laborer | 1949-1953 |

3.  Nature of Exposure (PLEASE CHECK THE BOX THAT APPLIES TO YOU)

☐ Personally mixed W.R. Grace asbestos-containing products
☒ Personally removed or cut W.R. Grace asbestos-containing products
☐ Personally installed W.R. Grace asbestos-containing products
☒ At a site where W.R. Grace asbestos-containing products were installed, mixed, removed or cut by others ___6'___ distance from product
☒ In a space where W.R. Grace asbestos-containing products were being installed, mixed, removed or cut by others ___8'___ distance from product
☐ Other, Please specify _____

Frequency: _8hrs_ Hours per day _300_ Days per year

WR GRACE-PIQ 006629-048

**This is to the best of my knowledge, a statement of truth.**

x _Tracey Thacker_
Signature of Co-Worker

Taken, subscribed and sworn to before me this/ _8th_ day of _December_, 2005.

My commission expires:

_Carla J Shirey_
Signature of Notary Public



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
CARLA J. SHIREY
7963 CHARLESTON RD
WALTON, WV 25286
My commission expires December 21, 2014

WEST VIRGINIA DEPARTMENT OF HEALTH & HUMAN RESOURCES
**DIVISION OF HEALTH - VITAL REGISTRATION OFFICE**
**PHYSICIAN'S/MEDICAL EXAMINER'S CERTIFICATE OF DEATH**
BLDG. 3, RM. 513. CAPITOL COMPLEX. CHARLESTON, WV 25305

STATE FILE NUMBER

WR GRACE-P1Q  006629-049

REDACTED

REDACTED

**DECEDENT**

1 DECEDENT'S NAME (First, Middle, Last)   REDACTED

2 SEX Female   3 DATE OF DEATH (Month, Day, Year)

4 SOCIAL SECURITY NUMBER   5a AGE-Last Birth. 70

6 PLACE OF DEATH (Check only one)

7 COUNTY OF DEATH

8 FACILITY NAME (If not institution, give street and number) Preston Memorial Hospital   City, Town, OR LOCATION OF DEATH Kingwood   COUNTY OF DEATH Preston

ARMED FORCES VETERAN No

10 MARITAL STATUS widowed   11 SURVIVING SPOUSE   12a DECEDENT'S USUAL OCCUPATION housewife   12b KIND OF BUSINESS/INDUSTRY domestic

13a RESIDENCE-STATE   13b COUNTY   13c CITY, TOWN, OR LOCATION   13d STREET AND NUMBER

**PARENTS**

14 WAS DECEDENT OF HISPANIC ORIGIN? Yes 26410   15 RACE White   16 DECEDENT'S EDUCATION 8

17 FATHER'S NAME (First, Middle, Last)   18 MOTHER'S NAME (First, Middle, Maiden Surname)

**INFORMANT**

19a INFORMANT'S NAME   19b MAILING ADDRESS

REDACTED

**DISPOSITION**

20 PLACE OF DISPOSITION   Current Cemetery   Rt. 119 Grafton, W. Va

21 SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH  J. Richard Taylor   Taylor Funeral Home Box 195 Newburg, W. Va. 26410

**PRONOUNCING PHYSICIAN ONLY**

23 Claude K. Shannon MD   24 DATE SIGNED 4/17/94

24 TIME OF DEATH 9:57 p.   25 DATE PRONOUNCED DEAD April 17, 1994   26 WAS CASE REFERRED TO MEDICAL EXAMINER-CORONER No

**CAUSE OF DEATH**

27 PART I
IMMEDIATE CAUSE   Cardiac Arrest
DUE TO   Angina ie Heart Disease
DUE TO   Diabetes Mellitus

PART II   Proteinuria  Arthritis

28 WAS AN AUTOPSY PERFORMED? No

29 MANNER OF DEATH

**CERTIFIER**

31a CERTIFYING PHYSICIAN
32 SIGNATURE AND TITLE OF CERTIFIER   33 DATE SIGNED 4/20/94
32 NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH  Kimberly Stearns, m) 890 Willey St. Morgantown, W. Va. 26505

**REGISTRAR**

33 REGISTRAR'S SIGNATURE  Betty Dillen   34 DATE FILED 5-2-94

Form VS-002 (Rev. 6/92)

COUNTY RECORDS

A TRUE COPY

ATTEST: NANCY RECKART, County Clerk
Preston County, West Virginia

By Linda L. Moore, Deputy

WR GRACE-PIQ 006629-050

STATE OF WEST VIRGINIA

COUNTY OF PRESTON, SS:

I, NANCY RECKART, Clerk of the County Commission of said County, do certify that on the ___19th___ day of _____April_____ , 19_94_,

### REDACTED

-----------------------------------        ----------------------------------

was/were duly appointed and qualified as ___Executrix of the Estate of___

_____ _____, deceased ------------------------------------------------

without bond as provided by the Last Will and Testament of said decedent _____

----------------------------------------------------------------------

well and truly to administer the same.

In testimony whereof, I have hereto set my hand and affixed the seal of said Commission, at Kingwood, this __19th__ day of _____April_____ , 19_94_.

NANCY RECKART, Clerk

By_____Deputy.

WR GRACE-PIQ  006629-051

**D. GAZIANO, M.D., F.C.C.P.**
**Chest Medical Services, Inc.**
*Certified NIOSH B-reader*
*Board Certified in*
*Pulmonary, Internal Medicine & Critical Care*
*Member American College of Occupational and Environmental Medicine*

SUITE 404
3100 MacCORKLE AVENUE, S.E.
CHARLESTON, WEST VIRGINIA 25304

TELEPHONE 304-346-1811
FAX 304-343-3086

August 20, 2003

**REDACTED**                                    **REDACTED**

I reviewed the occupational history and chest x-ray dated 02/24/90 of ⁷           Based upon that history and the chest x-ray findings compatible with bilateral interstitial lung disease, it is my opinion, to a reasonable degree of medical certainty, that the x-ray changes are due to asbestosis that he acquired through his occupational exposure to asbestos.

Dominic Gaziano, M.D., F.C.C.P.

DG/bkm

Ref: H

WR GRACE-PIQ 006629-052

# REDACTED

| 1. Miner's Name (Print) | 1A. Date of X-ray | 1B. Miner's Social Security Number | 1C. Film Quality (If not Grade 1 Give Reason) |
|---|---|---|---|
| | FEB 2 4 1990, MO. DAY YR. | | 1 ☒2 3 4 /R |

**1D. Is Film Completely Negative?**  YES ☐  Proceed to Section 5   NO ☒  Complete Section 2A

**2A. Any Parenchymal Abnormalities Consistent with Pneumoconiosis?**  YES ☒  Complete 2B and 2C   NO ☐  Proceed to Section 3

**2B. SMALL OPACITIES**

a. SHAPE/SIZE
PRIMARY / SECONDARY

| PRIMARY | SECONDARY |
|---|---|
| p ☒ q r | p q r |
| s t u | s ☒ t u |

b. ZONES

c. PROFUSION

| 0/- | 0/0 | 0/1 |
| 1/0 | 1/1 ☒ | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/+ |

R   L

**2C. LARGE OPACITIES**

SIZE  A ☒  B  C   Proceed to Section 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**  YES ☐  Complete 3B, 3C and 3D   NO ☒  Proceed to Section 4

**3B. PLEURAL THICKENING**

a. Diaphragm (plaque)
SITE  O R L

b. Costophrenic Angle
SITE  O R L

**3C. PLEURAL THICKENING ...Chest Wall**

a. CIRCUMSCRIBED (plaque)

| | O | R | | | O | L | |
|---|---|---|---|---|---|---|---|
| SITE | | | | | | | |
| In Profile i. Width | O | A | B | C | O | A | B | C |
| ii. Extent | O | 1 | 2 | 3 | O | 1 | 2 | 3 |
| Face On iii. Extent | O | 1 | 2 | 3 | O | 1 | 2 | 3 |

a. Diffuse

| | O | R | | | O | L | |
|---|---|---|---|---|---|---|---|
| SITE | | | | | | | |
| In Profile i. Width | O | A | B | C | O | A | B | C |
| ii. Extent | O | 1 | 2 | 3 | O | 1 | 2 | 3 |
| Face On iii. Extent | O | 1 | 2 | 3 | O | 1 | 2 | 3 |

**3D. PLEURAL CALCIFICATION**

SITE  O R   EXTENT

| | O | 1 | 2 | 3 |
|---|---|---|---|---|
| a. Diaphragm | O | 1 | 2 | 3 |
| b. Wall | O | 1 | 2 | 3 |
| c. Other Sites | O | 1 | 2 | 3 |

| | O | L | EXTENT | | |
|---|---|---|---|---|---|
| a. Diaphragm | O | 1 | 2 | 3 |
| b. Wall | O | 1 | 2 | 3 |
| c. Other Sites | O | 1 | 2 | 3 |

Proceed to Section 4

**4A. ANY OTHER ABNORMALITIES?**  YES ☐  Complete 4B and 4C   NO ☒  Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

| O | ax | bu | ca | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | pi | px | rp | tb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**REPORT ITEMS WHICH MAY BE OF PRESENT CLINICAL SIGNIFICANCE IN THIS SECTION.**  OD  (Specify od.)

Date Personal Physician notified?  Mo. Day Yr.

**4C. OTHER COMMENTS**

_____

**SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C?**  Yes  No   Proceed to Section 5

**5A. FACILITY PROVIDING ROENTGENOGRAPHIC EXAMINATION:** _Ray Grace Clinic_

Film identification: _____

**PHYSICIAN'S SIGNATURE:** _[signature]_   **DATE OF READING** _3/23/9a_
BOARD CERTIFIED IN PULMONARY DISEASES AND INTERNAL MEDICINE PNEUMOCONIOSIS "B" READER   (Mo., Day, Yr.)

# JAMES F. HUMPHREYS & ASSOCIATES L.C.



WR GRACE-PIQ 006629-053

February 28, 2006

Rust Consulting, Inc.
Claims Processing Agent
Re: WR Grace & Co. Bankruptcy
201 S. Lyndale Avenue
P.O. Box 1620
Fairbault, MN 55021

        Re:    WR Grace Personal Injury Questionnaire

Dear Sir or Madam:

    Enclosed you will find a partial submission of 143 completed W.R. Grace Asbestos Personal Injury Questionnaires along with a copy of a list which contains the name of each client for whom we are returning a packet. Please feel free to contact the Settlements Department if you should have any questions at (304) 347-5050.

        Sincerely,

Cindy J. Kirlinger
Cindy Kirlinger
Managing Attorney

CJK/clh

Enclosures

---

UNITED CENTER, Suite 800
500 Virginia Street East
Charleston, WV 25301
Telephone: (304) 347-5050
Fax: (304) 347-5055

REPLY TO: CHARLESTON

e-mail: law@jfhumphreys.com

1200 New Hampshire Avenue, NW
Suite 510
Washington, D.C. 20036
Telephone: (202) 223-1555
Fax: (202) 223-3595

**WR Grace Personal Injury Questionnaires Submitted by**
**James F Humphreys Associates, LC**
**February 28, 2006**



WR GRACE-PIQ  006629-054

| | A |
|---|---|
| 1 | **CLIENT NAME** |
| 2 | Asbury, Samuel |
| 3 | Bailey, Elizabeth |
| 4 | Bailey, Guy Franklin |
| 5 | Barnes, John Edwin |
| 6 | Barnes, Thomas Franklin |
| 7 | Bauer, Mack Allen |
| 8 | Bentley, Larry Morton |
| 9 | Bias, William Leroy |
| 10 | Blevins, Paul Samuel |
| 11 | Blevins, Rollie NMN |
| 12 | Bonham, Paul Frederick |
| 13 | Boyles, Paul Eugene |
| 14 | Brace, George@ Wright |
| 15 | Brown, Luster |
| 16 | Brown, Maxwell Eugene |
| 17 | Bush, Raymond E |
| 18 | Callihan, Gail NMN |
| 19 | Clement, Ralph Eugene |
| 20 | Cline, James Larry |
| 21 | Coffey, Freddie Henry |
| 22 | Cook, Hubert Carl |
| 23 | Cosby, Roy Lee |
| 24 | Curnutte, Allen Hager |
| 25 | Curtis, William Keith |
| 26 | Dawson, William Berkley |
| 27 | DeLong, Jack |
| 28 | Dill, Gerald@ L, Sr |
| 29 | Dunfee, Paul J |
| 30 | Dye, Norvell Vaughan |
| 31 | Evans, Jack Gerald |
| 32 | Fain, Charles Thomas |
| 33 | Finley, Everett Junior |
| 34 | Forman, Wayne Michael |
| 35 | Forrester, Cecil F |
| 36 | Foster, Charles E |
| 37 | Fraley, Larry Armon |
| 38 | Fraley, Raymond E |
| 39 | Fuller, Kenneth Clayton |
| 40 | Gainer, Harold Junior |
| 41 | Gainer, Kenneth, Sr |
| 42 | Goss, Leo Harold, Sr |
| 43 | Goudy, Vernon Evans |
| 44 | Graham, Robert Gene |
| 45 | Griffith, Donald Gene |
| 46 | Grimm, Roy Dale |
| 47 | Hamrick, Adam T |
| 48 | Hardesty, Elmer Clarence |
| 49 | Harding, Delmar NMN |
| 50 | Hardwick, James Marvin |
| 51 | Harris, Bobby Earl |



WR GRACE-PIQ 006629-055

**WR Grace Personal Injury Questionnaires Submitted by**
**James F Humphreys Associates, LC**
**February 28, 2006**

|   | A |
|---|---|
| 52 | Holstein, Lloyd L |
| 53 | Horner, Lawrence William, Sr |
| 54 | Howell, Thomas Raymond |
| 55 | Jennings, Christopher C, Jr |
| 56 | Jividen, Ancil Elvin |
| 57 | Jobe, Leonard Frederick |
| 58 | Johnson, Raymond H |
| 59 | Kelly, Lucian Gary |
| 60 | Kelly, Thomas Gray |
| 61 | Keringer, Paul Edward |
| 62 | Kitchen, Dearl Junior |
| 63 | Klages, Lloyd Allen |
| 64 | Koster, Edward@ Hiram |
| 65 | Lamp, Donald Gene |
| 66 | Lanham, John Will |
| 67 | Logan, Forrest Glen |
| 68 | Logan, Glen Brinton |
| 69 | Lynch, Russell Ray |
| 70 | Manning, Francis Mathew |
| 71 | Marshall, Earl R |
| 72 | Martin, Gregory Brent |
| 73 | Martin, William F |
| 74 | Mayle, James Leland |
| 75 | McAtee, Donald Eugene |
| 76 | McCarty, Virgil Burnice |
| 77 | McCloy, Alan Keith |
| 78 | McComis, Curtis John |
| 79 | McDade, Owens Lee |
| 80 | McDavid, Robert@ Burke |
| 81 | Minix, Troy, Jr |
| 82 | Minter, Lowell J |
| 83 | Moore, Wilson E |
| 84 | Mullins, Heskie Rowland, Jr |
| 85 | Nethercutt, Robert Lee |
| 86 | Newbold, David Lewis |
| 87 | Nibert, Lester Richard |
| 88 | Nicholas, George W |
| 89 | Nuckols, Russell Thomas |
| 90 | |
| 91 | Parsons, K A |
| 92 | Pauley, George K |
| 93 | Pauley, Robert Eugene |
| 94 | Postlethwait, Nora Olene |
| 95 | Pullen, Ted N |
| 96 | Ramsey, Benjamin Franklin |
| 97 | Rasmussen, Dale L |
| 98 | Ratcliff, Kenneth Russell |
| 99 | Ratliff, Harvey Scott |
| 100 | Reed, McKinley Benton |
| 101 | Rice, Cecil NMN, Jr |
| 102 | Richardson, Carlos J, Sr |

**REDACTED**

**WR Grace Personal Injury Questionnaires Submitted by**
**James F Humphreys Associates, LC**
**February 28, 2006**


WR GRACE-PIQ 006629-056

| | A |
|---|---|
| 103 | Richmond, Curtis Kermit |
| 104 | Rizzo, Sam@ Anthony |
| 105 | Robbins, James Wesley |
| 106 | Robey, Jeremiah Henderson |
| 107 | Romans, Alvin Clyde |
| 108 | Rudd, Cecil Gail |
| 109 | Russell, Gearry Raymond |
| 110 | Russell, Ralph Edward |
| 111 | Sargent, Clifton Darrell |
| 112 | Saul, Everett Lewis |
| 113 | Scarberry, Fred Burgess |
| 114 | Scott, Dell Bronson |
| 115 | Scudder, Roy Edward |
| 116 | Shamblin, James Matthew |
| 117 | Simpson, David Allan |
| 118 | Smith, Charles Thomas |
| 119 | Smith, Joseph@ Earl |
| 120 | Snoddy, Clinton Elwood |
| 121 | Spitznogle, Darrell Gene |
| 122 | Steed, John Harold |
| 123 | Stidham, Danny Lynn |
| 124 | Stidham, Troy Fay |
| 125 | Stratton, Marvin Ray |
| 126 | Tackett, James@ Thomas |
| 127 | Teel, Ezra C |
| 128 | Tolliver, Henry Vent |
| 129 | Varney, Cleatus Ray |
| 130 | Waddell, Charles K, Jr |
| 131 | Wallace, Reginald Noten |
| 132 | Wamsley, Rodney Lewis |
| 133 | Ward, Don NMN |
| 134 | Warner, Roy Lee |
| 135 | Waugh, Howard Ervin |
| 136 | Webb, Hugh Hubert |
| 137 | Wellman, Anna Mae |
| 138 | Wells, Eugene Linville |
| 139 | Whetzel, Charles Lee |
| 140 | Wickline, Ronald Lewis |
| 141 | Wilson, Lester Lee |
| 142 | Wine, Fleming, Jr |
| 143 | Wolfe, Gale Eugene |
| 144 | Yocum, William Edward |



WR GRACE-PIQ 006629-057



MN 550 2-01

**UPS 2nd Day Air®**

Shipping Document

SHIPMENT FROM
UPS ACCOUNT NO. **F1R082**

REFERENCE NUMBER

WR Grace - Box 2 of 2

Cyndi Hanson

TELEPHONE 304-347-5050

JAMES HUMPHREYS & ASSOC

500 VIRGINIA ST E STE 800

CHARLESTON          WV  25301-2164

RECD MAR 03 2006

DELIVERY TO

WR GRACE & CC BANKRUPTCY
CLAIMS PROCESSING AGENT   TELEPHONE 800-432-1909

Rust Consulting Inc.

201 S. Lyndale Avenue

Fairbault   MN      55021

0281911252609 1/05 S          United Parcel Service, Louisville, KY

WEIGHT          DIMENSIONAL WEIGHT

#25

**UPS 2nd Day Air®**          **2**

1Z F1R 082 37 1002 9330

SHIPMENT ID NUMBER   **F1R0 8278 4PG**