# Exhibit A

## *Claims Filed by EDWARD O MOODY PA* 1

| Claimant Name |
|---|
| ADAMS, DAVID |
| ADAMS, DAVID R |
| ANDERSON, THOMAS J |
| ANDERSON, THOMAS J |
| APPLEBY, WALTER |
| BLACKWELL, DONALD |
| BLACKWELL, DONALD |
| BOEN, DELBERT |
| BOEN, DELBERT |
| BREWER JR, CHARLES |
| BREWER JR, CHARLES L |
| BUNN, DARLTY |
| BUNN, DARTHY |
| BURTON, J D |
| BURTON, J D |
| CALADERA, LOUIS |
| CALADERA, LOUIS |
| CHAPMAN, PAUL |
| CHAPMAN, PAUL |
| COCHRAN, MARY A |
| COCHRAN, MARY A |
| CURTON, L C |
| CURTON, L C |
| DANIEL, RUFUS |
| DANIEL, RUFUS J |
| DAUGHRTY, JAMES B |
| DAUGHTRY, JAMES B |
| DEATON, JAMES |
| DEATON, JAMES |
| DERDEN, GARLAND A |
| DERDEN, GARLAND A |
| DOVER, LEFFEL |
| DOVER, LEFFEL |
| DUGGER, WILLIAM |
| DUGGER, WILLIAM |
| DUNLAP, WILLIE L |
| DUNLAP, WILLIE L |
| DUNN, EDWARD E |
| DUNN, EDWARD E |

*Duplicate claims have not been excluded*

*Claims Filed by EDWARD O MOODY PA* 2

| Claimant Name |
|---|
| EDWARDS, THOMAS |
| EDWARDS, THOMAS |
| ELLIOTT, JOHN D |
| FINCE, GEORGE |
| FINCE, GEORGE |
| GERETY, JOHN T |
| GERETY, JOHN T |
| GOINES, JAMES |
| GOINES, JAMES |
| GREENLEE, DENNIS |
| GREENLEE, DENNIS |
| HASTINGS, BILLY G |
| HASTINGS, BILLY G |
| HASTINGS, REBECCA |
| HOLLEY, WILLIAM D |
| HOLLEY, WILLIAM D |
| HOLLOWAY, WILLIAM |
| HOLLOWAY, WILLIAM |
| HOPKINS, JOSEPH |
| HOPKINS, JOSEPH |
| HUGHES, HARRISON |
| HUGHES, HARRISON |
| JACKSON, DOYLE |
| JACKSON, MORRIS |
| JAMES, JOHN H |
| JAMES, JOHN H |
| JAMES, ROBERT |
| JAMES, ROBERT |
| JEFFERIES, HERBERT D |
| JEFFERIES, HERBERT D |
| JENKINS, WILLIAM |
| JENKINS, WILLIAMS |
| JERRY, OLLIE B |
| JERRY, OLLIE B |
| LEONARD, JOHN |
| LEONARD, JOHN C |
| LONGING, TRUETT |
| LONGING, TRUETT |
| MARSHALL, GLEN D |

*Duplicate claims have not been excluded*

*Claims Filed by EDWARD O MOODY PA* 3

| Claimant Name |
|---|
| MARSHALL, GLEN D |
| MASHBURN, CURTIS |
| MASHBURN, CURTIS |
| MATHIS, MELVIN |
| MATHIS, MELVIN |
| MAYNARD, TROY |
| MAYNARD, TROY |
| MCCALL, JIMMIE |
| MCCALL, JIMMIE C |
| MCFADDEN, CECIL |
| MCFADDEN, CECIL |
| MCGHEE, O L |
| MCGHEE, O L |
| MIZE, WILLIAM P |
| MIZE, WILLIAM P |
| NEWTON, HAROLD |
| NEWTON, HAROLD |
| NOBLES, WALTER |
| NOBLES, WALTER F |
| NOLEN, LUCY |
| NOLEN, LUCY |
| PRICE, BEN E |
| PRICE, BEN E |
| RAGSDALE, SAMUEL T |
| RAGSDALE, SAMUEL T |
| ROGERS, GOLDEN |
| ROGERS, GOLDEN |
| SAMPLEY, GLEN |
| SAMPLEY, GLEN R |
| SEALY, RAYVON |
| SEALY, RAYVON |
| SHARP, BILLY J |
| SHARP, BILLY J |
| SHORTHOUSE, ALEXANDER |
| SHUFFIELD, CLINT |
| SHUFFIELD, T C |
| SIMPSON, AARON |
| SIMPSON, AARON V |
| STEWARD, TILMON |

*Duplicate claims have not been excluded*

*Claims Filed by EDWARD O MOODY PA* 4

| Claimant Name |
|---|
| STEWARD, TILMON |
| STONE, JESSE |
| STONE, JESSE |
| STRINGFELLOW, DALE |
| STRINGFELLOW, DALE E |
| TERRY, ISAAC |
| TERRY, ISAAC |
| TRAVIS, AUBREY |
| TRAVIS, AUBREY |
| UPTON, HARLEY |
| VANMETER, HENRY |
| VINYARD, JIMMIE |
| VINYARD, JIMMIE |
| WALTON, FRANK |
| WARREN, DARNELL |
| WARREN, DARNELL |
| WHITLEY, WILLIE L |
| WHITLEY, WILLIE L |
| WILBANKS, VIRGIL |
| WILBANKS, VIRGIL |
| WRIGHT, WINFREY |
| WRIGHT, WINFREY |
| YOUNG, L L |

*Duplicate claims have not been excluded*