# Exhibit B

## Claims Filed by FOSTER & SEAR 1

| Claimant Name |
| --- |
| ABRON JR, JONAS |
| ADAMS JR, KARIA |
| AINSWORTH, NOLAN R |
| ALCORN, JAMES T |
| ALEXANDER, NOLAN B |
| ALLEN JR, EMIL |
| ALLEN, DELBERT |
| ALLEN, JAMES C |
| ALLEN, ODIE B |
| AMASON, ELMAR |
| ANDERSON, ARTHUR L |
| ANDERSON, SCOTTY G |
| ANDERSON, WILLIE B |
| ANDERWALD, JAMES F |
| ARCE, MIGUEL |
| ATKINSON, ZEPHANIAH |
| AUSTIN, TIMOTHY C |
| AUSTIN, WILLIAM R |
| AYO, GODFREY J |
| BAILEY, BRYANT E |
| BANKS, JAMES C |
| BANNERT, ROBERT E |
| BARGER, CHESTER A |
| BARNES, DAVID D |
| BARNHART, HOLLIS R |
| BARRIENTEZ, RAYNALDO F |
| BARTON, FOWLER D |
| BATISTE, HEBERT |
| BAXTER JR, WILLIAM S |
| BEAUMONT, FLORENCE C |
| BECK SR, ROY H |
| BECKWITH, NORMAN E |
| BEISH, RAYMOND O |
| BELL, ALBERT A |
| BELLAH JR, GUY M |
| BELLMYER, RUSSELL D |
| BERRYHILL, CHARLES M |
| BESSIRE, JORENE |
| BIBBS, RALPH A |

**Duplicate claims have not been excluded**

*Claims Filed by FOSTER & SEAR* 2

| Claimant Name |
|---|
| BIGGERS, HERMAN |
| BLACKLOCK, BILLY F |
| BLANCO, JOHN V |
| BLUNT, CARL J |
| BONNER, DAVID G |
| BONNER, JAMES R |
| BORDELON, GLORIA |
| BOREN, BETTY J |
| BOREN, FLOYD A |
| BOUDREAUX, SANDERS |
| BOUDWIN, WALTER |
| BOWDION, ALTON W |
| BOYCE, JOHN L |
| BRADFORD, HUBERT A |
| BRADY, LEE W |
| BRAUNSDORF JR, JOHN R |
| BRAZLE JR, GORDON |
| BREEN, JEROLD J |
| BRIGHT, GEORGIA M |
| BRISTER, FRANK N |
| BROOKS, JOHNNIE |
| BROOKS, JOHNNY B |
| BROWN, EARL T |
| BROWN, JAMES R |
| BROWN, JOE R |
| BROWN, JOSEPH |
| BROWNING, KENNETH D |
| BRYANT, MARVIN |
| BUCKALEW, WINSTON M |
| BURKS, HENRY |
| BURLESON, RONALD G |
| BURNETT, DARRELL W |
| BURTON, ROBERT F |
| BUSSELLE, OPAL G |
| BUTLER, JAMES B |
| BYNUM, TIMMY A |
| CALHOUN, J B |
| CANNON, LONNIE C |
| CAPERS, JAMES A |

*Duplicate claims have not been excluded*

*Claims Filed by FOSTER & SEAR* 3

| Claimant Name |
| --- |
| CAUDILL, HAROLD E |
| CAVALIER, EMMETT E |
| CAVINESS, RAYMOND R |
| CEASAR, BENJAMIN |
| CHAMBERS, TRAVIS W |
| CHANEY, SHEILA L |
| CHAPPELL, JAMES E |
| CHATAGNIER, PATRICK L |
| CHAUDIER, WILLIAM |
| CHIUMINETTA SR, ALBERT |
| CHOICE, RAYFUS |
| CHOICE, WILLIE |
| CLARK, BILLY R |
| CLARK, LEO |
| CLARK, WALTER E |
| CLARK, WALTER L |
| CLARK, WILLIE H |
| CLEMENT, MATTHEW |
| CLEPPER, TOMMY R |
| CLOWERS, ROBERT C |
| COATS, MORRIS E |
| COFIELD, WILLIAM O |
| COLE, ELRIGE |
| COLLIER, NORMAN B |
| COLLINS, FREDDY L |
| COLTER, JAMES E |
| COMACHO, CANDELARIO |
| COMBS, WILLIAM L |
| COMEAUX JR, JOHN R |
| CONE, JAMES C |
| CONREUX, DALE S |
| COPELAND, DOYLE E |
| CORMIER, ALBERT |
| CORNELL, JOHN D |
| COUCH, DOYLE W |
| CROWE, ETHERIDGE T |
| CUCCIA, ANTHONY J |
| CULBRETH, ALFRED B |
| CURRY, JAMES D |

*Duplicate claims have not been excluded*

*Claims Filed by FOSTER & SEAR* 4

| Claimant Name |
|---|
| DAILEY, GERALD E |
| DANIEL, EARL |
| DANIEL, LUTHER B |
| DANIELS SR, CLYDE |
| DARDEN SR, RAYMOND H |
| DARRINGTON, JAMES L |
| DAVENPORT, FLOYD |
| DAVID, DONALD R |
| DAVIDSON, PHILLIP N |
| DAVIS JR, FRED J |
| DAVIS JR, JAMES |
| DAVIS JR, JAMES E |
| DAVIS, JERRY N |
| DAVIS, JIMMIE R |
| DAY, WALTER A |
| DECKER, WILLIAM D |
| DELAGARZA, PEDRO |
| DELOSSANTOS, JESUS |
| DELOSSANTOS, PEDRO R |
| DEMOURELLE, CHARLES S |
| DENTON, JOE N |
| DICKERSON, RUSSELL R |
| DICKSON JR, JAMES A |
| DIKES, LOWELL E |
| DILGER, HAROLD A |
| DIXON JR, RICHARD |
| DODSON, BOBBY E |
| DOYLE, NORMAN W |
| DOZA, WILLIVAE |
| DRAKER, JAMES F |
| DRISKILL, GARLAND E |
| DUBOSE, JESSE K |
| DUNN, GARY D |
| DURISOE, THOMAS W |
| DURISSEAU, LARRY H |
| EALEY, VENA M |
| EDMONDS SR, JOHNNIE L |
| EGO, HERBERT J |
| EICHLER, CLIFFORD L |

*Duplicate claims have not been excluded*

*Claims Filed by FOSTER & SEAR* 5

| Claimant Name |
|---|
| ELDRIDGE, NOLAN G |
| ELLISOR, JAMES E |
| ELMORE, KENNETH M |
| EMERSON SR, RICHARD E |
| EPHRAIM, WILLIE F |
| ERNST, DANIEL W |
| ESPINOSA, ALFREDO G |
| ESQUEDA SR, JOSE M |
| ETHRIDGE JR, LENNIS R |
| ETIENNE JR, WILFRED |
| EVANS, CARL R |
| EVERETT, ROY D |
| FARMER, MURRY H |
| FARRIS, ALFRED W |
| FENWICK, JAMES E |
| FERGUSON, EDGAR A |
| FERGUSON, HERMAN |
| FILMORE, TOMMY C |
| FISHER, FREDDIE L |
| FISHER, JAMES E |
| FISK JR, WINFIELD W |
| FITZGERALD, LAWRENCE |
| FLAX, EDWARD W |
| FOLEY, ELLEN |
| FONTENOT, MARVIN M |
| FORD JR, CLIMAN |
| FOX, ROBERT C |
| FRANCO, SERVANDO M |
| FRANKLIN SR, BENJAMIN |
| FRANKLIN, CARL E |
| FRASIER, JAMES C |
| FRIDDLE, PHILLIP E |
| FRITSCHE, GARY E |
| GADDIS, JOHN H |
| GALLIEN, MERRICK J |
| GARCIA, CESAR A |
| GARCIA, NATIVIDAD |
| GARDNER, CURTIS W |
| GARNER, OTIS |

*Duplicate claims have not been excluded*

*Claims Filed by FOSTER & SEAR* 6

| Claimant Name |
|---|
| GARZA, GILBERTO F |
| GARZA, JESUS E |
| GARZA, RODRIGO |
| GASTON, JOHN D |
| GEORGE, FRANCES M |
| GILLIS, EDMON |
| GILMORE, WILLARD L |
| GIPSON, WILLIE E |
| GLENN, ALFRED J |
| GOLDEN JR, HARVEY E |
| GOLDEN, GERALD J |
| GONZALES JR, GEORGE S |
| GONZALEZ, COSME |
| GONZALEZ, ERNESTO M |
| GONZALEZ, FERNANDO |
| GONZALEZ, VIDAL V |
| GORDON, PAUL S |
| GOSCH JR, JOHN H |
| GOTCHER, DAVID R |
| GRANT SR, ROBERT W |
| GRAY, CHARLES E |
| GREENWOOD, BOBBY J |
| GRESHAM, TOMMY C |
| GRICE, MALCOLM R |
| GRIFFIN, LARRY K |
| GRISMORE, BENNIE |
| GUERRA, FRANCISCO R |
| GUEVARA, TONY |
| GUIDRY, CLARENCE B |
| GUILLORY, A D |
| GUTIERREZ, ROEL M |
| HAGLER SR, ELIGHA |
| HAIRGROVE, ROBERT L |
| HALE, JAMES W |
| HALE, RONALD R |
| HALL, HOLLIS M |
| HALL, JOHNNIE D |
| HALL, WILLARD C |
| HAMILTON, MERRELL L |

*Duplicate claims have not been excluded*

*Claims Filed by FOSTER & SEAR* 7

| Claimant Name |
|---|
| HAMLIN, NOLAN L |
| HANSEN, ROBERT L |
| HARMAN, MELVIN R |
| HARMIER, KENNETH P |
| HARRIS, GERALDINE B |
| HARRISON, CURTIS G |
| HARVEY, DERALD P |
| HARVEY, JAMES Y |
| HAWKINS, ALFRED E |
| HAWKINS, ELBERT L |
| HAYGOOD, O T |
| HEARD, KELLY |
| HEFLEY, RALPH M |
| HEINZE JR, LOUIS D |
| HENLEY, BILLY T |
| HENRY, LEE |
| HENSLEY, TOMMY L |
| HENSON, EDWARD T |
| HERNANDEZ, GILBERT |
| HERRERA, LORENZO L |
| HICKERSON, EARL |
| HIGGS, BENNIE R |
| HILBUN, ALFRED |
| HILL, PATRICK H |
| HODGE, WILLIAM F |
| HODGES, LARRY O |
| HOGE, DONOVAN E |
| HOLCOMB, ROBERT H |
| HOLLAND, HARVEY L |
| HOLLIDAY, RANDOLPH |
| HOLLINGSHEAD, CLARIS C |
| HOLT, JACK |
| HOOPER, DENSMORE |
| HOPKINS, WILMER J |
| HOUSTON, NESHOBER |
| HOWARD, HENRY W |
| HOWARD, JOHNNIE C |
| HOWELL JR, JOE L |
| HUBBARD, KENNETH R |

*Duplicate claims have not been excluded*

*Claims Filed by FOSTER & SEAR* 8

| Claimant Name |
|---|
| HUFFMAN, NEALY L |
| HUGHES, EARL L |
| HYDER, WARREN |
| ISAAC, CARLOS G |
| ISTRE, CHESTER W |
| JACKOWSKI SR, FRANK E |
| JACKSON JR, AMOS J |
| JACKSON, LESTER |
| JACKSON, LLOYD L |
| JACOBS JR, JOSEPH |
| JARMAN, WENDIL |
| JEFFERSON SR, DANIEL J |
| JENKINS, DARNELL |
| JENKINS, DAVID R |
| JENKINS, JAMES D |
| JENSEN, WILBUR E |
| JOHNSON, ARTHUR L |
| JOHNSON, CHARLES S |
| JOHNSON, HERBERT |
| JOHNSTON, ROY O |
| JONCKERS, MICHAEL T |
| JONES JR, WILLIAM E |
| JONES, AARON L |
| JONES, BENNIE R |
| JONES, HOMER |
| JONES, JAHOVAH |
| JONES, KENNETH D |
| JONES, LOUIS E |
| JONES, ROBERT G |
| JONES, WILLIAM E |
| JORDAN, GEORGE W |
| KEITHLEY, CLOYD G |
| KEMP, AUGUSTUS Y |
| KEMP, DONALD W |
| KERSHAW SR, WILFORD N |
| KILSBY, CLAUDE W |
| KINDREDHILL, DORIS |
| KING SR, JAMES W |
| KIRCHMAN, HAROLD W |

***Duplicate claims have not been excluded***

*Claims Filed by FOSTER & SEAR* 9

| Claimant Name |
|---|
| KIRKLAND, BENNIE W |
| KLICK JR, ADOLPH |
| KLYNG, EDWARD B |
| KOONCE, JOEL D |
| KOSTER, JOHN J |
| LAMBRIGHT, CHARLES L |
| LAMONTAGUE, NORMAN G |
| LATRACHE, TEOFILO |
| LAVERGNE, OVERTON J |
| LAWDER SR, DAYNE |
| LAY, CHARLES W |
| LEACH, JERRY M |
| LEBLANC, CHARLES N |
| LEBLANC, NOLEN N |
| LEE, JERRY L |
| LEGATE, WILLIAM T |
| LINSCOMBE, ELMER |
| LIVINGSTON, RAYMOND L |
| LOCKETT, THOMAS |
| LOGUE II, JOSEPH W |
| LONGRON, DOUGLAS A |
| LOPEZ, RAMIRO |
| LUEDECKE SR, GARY L |
| LUM, GLEN D |
| LUNA, JUAN L |
| LUQUETTE, HARRY J |
| LUSTER, ALVIN J |
| MANCIL, ROBERT M |
| MANNING, JAMES J |
| MARTINEZ, HECTOR M |
| MASON, AUDREY |
| MATLOCK, RALPH T |
| MAYFIELD, WAYNE R |
| MCALEXANDER, LESTER R |
| MCCOY, LARRY C |
| MCGINTY, STUART T |
| MCGOWAN, JOHN D |
| MCGOWEN, CHARLES W |
| MCGUIRE, BEVERLY M |

*Duplicate claims have not been excluded*

*Claims Filed by FOSTER & SEAR* 10

| Claimant Name |
|---|
| MCSPADDEN JR, FLOYD B |
| MEDRANO SR, MOSES |
| MENEFEE JR, SQUARE |
| MERCHANT, BILLY C |
| MERITT, DONALD L |
| MERRITT, JOHN |
| MEYERS, OVELTON J |
| MICHNA JR, HENRY L |
| MILLER SR, CHARLES R |
| MILLICAN, LOWELL R |
| MIMMS, MILTON |
| MORRIS, JESSIE W |
| MORROW JR, CLINTON |
| MORTON, JAMES L |
| MOTT, HILLIARD D |
| MURRAY, CALVIN C |
| NED, SHERMAN L |
| NELSON, QUINCY C |
| NICHOLS, IRA |
| NICHOLS, LOUMAS G |
| NICK, JOE H |
| NOLAND, CARL E |
| NORRIS, CHARLES R |
| NORWOOD, BOBBY L |
| NUNLEY, CLYDE E |
| OAKS JR, RICHIE W |
| ODOM, WOODROW A |
| OGRADY, JAMES F |
| OLIVER, CHARLES H |
| ONEAL, KENNETH R |
| ONXLEY, LEE |
| OROZCO, RAMON |
| OUTLEY, BENNIE |
| OWEN, RONALD L |
| PADDIE, HUEY L |
| PADGETT, BERL A |
| PAIRE, MELVIN G |
| PALACIOS, ADALBERTO T |
| PATE, ROYCE D |

*Duplicate claims have not been excluded*

*Claims Filed by FOSTER & SEAR* 11

| Claimant Name |
|---|
| PATTERSON, HERMAN B |
| PATTERSON, JERRY W |
| PAUL, RUBY L |
| PAUL, RUBY LEE C |
| PEOPLES, J D |
| PERRITT, FRANCES R |
| PERRY JR, ALBERT |
| PERRY, AGNES |
| PERRY, CLARENCE W |
| PERRY, JAMES A |
| PFEFFER, WILBERT G |
| PHIFER, RICHARD A |
| PHILLIPS, L C |
| PHIPPS, VERNON W |
| POLK, WILLIE Y |
| POLLARD, CHARLES J |
| POWER, HARRY W |
| PRITCHARD, BOBBY L |
| PROSKE, ELO F |
| PRUITT, JOHNNY L |
| PRUITT, WILLIAM E |
| PUENTE, PABLO C |
| PUTZKA, DONALD C |
| PYLE, CLARENCE L |
| QUADE JR, GUSTAV F |
| RAMIREZ, VIRGINIA R |
| RANDALL SR, JAMES |
| RANDLE SR, GEORGE E |
| RANEY, ARTHUR V |
| REECE, JOHN D |
| REED, DAVID W |
| REED, PATRICK |
| REESE, ROOSEVELT T |
| REILLY, ANTHONY J |
| REYNOLDS, GERALD W |
| REYNOLDS, JAY L |
| RHODD, LEONARD P |
| RHODES, AUGUSTUS K |
| RICE, JOSEPH A |

*Duplicate claims have not been excluded*

*Claims Filed by FOSTER & SEAR* 12

| Claimant Name |
|---|
| RICHARDS, JAMES H |
| RIDEAUX, CLARENCE |
| RIDO, ANTHONY |
| RINEHART, NOLAN E |
| ROBERTSON, GEORGE |
| ROBINSON, FERDINAND C |
| ROE, WILLIE D |
| ROGERS, JAMES J |
| ROGERS, LARRY W |
| ROSIGNON JR, ONESLIE |
| ROSS, EARSEY B |
| ROSS, JAKE |
| RUSSELL, GARY R |
| RUSSELL, HAROLD G |
| SALAIS, FERNANDO |
| SALDANA, GILBERT |
| SANDERLIN, GRADY L |
| SANFORD, DUELL D |
| SCHAEFER, RICHARD W |
| SCOTT, RUSSELL D |
| SCROGGINS, EDDIE L |
| SELF, GARY L |
| SELLERS, BEAUFORD |
| SELLERS, DORIS M |
| SEWELL, PAULINE C |
| SHEFFIELD, LEONARD |
| SHUMAKER, JAMES D |
| SILVA, FRANCISCO |
| SIMON, LAWRENCE J |
| SISEMORE, BILLY G |
| SKINNER, DONALD L |
| SKINNER, JEFFERSON G |
| SLUSHER, WILLIAM R |
| SMITH, ALFRED A |
| SMITH, DAVID L |
| SMITH, DONALD L |
| SMITH, EARTHA L |
| SMITH, HERMAN C |
| SMITH, KENNETH E |

*Duplicate claims have not been excluded*

*Claims Filed by FOSTER & SEAR* 13

| Claimant Name |
|---|
| SMITH, ORVILLE H |
| SMITH, ROBERT H |
| SMITH, STUART P |
| SMITH, THOMAS A |
| SNEED, GLENDA J |
| SNYDER, EMETT C |
| SOLIS, REFUGIO A |
| SOLIZ, JOSE |
| SOMERVILLE, JOHN H |
| SONNIER, MARTIN L |
| SOTO, LUCIO L |
| SOWERS, BOBBY P |
| SPARKS, CHARLES R |
| SPEICHER JR, VIRGIL |
| STAFFORD, ARNOLD R |
| STANLEY, KINITE R |
| STEED, JOE A |
| STEPHENS, HAROLD E |
| STEPHENSON, JOHN E |
| STIEHL, EDWARD J |
| STIFFLEMIRE, WILLIAM D |
| STINSON, CECIL O |
| STJULIEN, CLAYTON J |
| STOVALL, NEALY F |
| STRAIN, BILLY R |
| STRICKLAND, RUDOLPH |
| STRONG, JIMMY R |
| STUBBLEFIELD, ALBERT W |
| STULTING, JAMES T |
| STYNER, MILTON |
| SUTTON, CRAIG N |
| SWINDELL, BILLY C |
| TAYLOR, CECIL |
| TAYLOR, ELVIN P |
| TEAGUE, LARRY L |
| TEAL, TOMMIE N |
| TERRELL, LUTHER |
| THERIOT, GILBERT C |
| THOMAS, ALBERT |

*Duplicate claims have not been excluded*

*Claims Filed by FOSTER & SEAR* 14

| Claimant Name |
|---|
| THOMAS, ARTHUR |
| THOMAS, HERCHEL |
| THOMAS, JACK C |
| THOMAS, JAMES M |
| THOMAS, LEO |
| THOMAS, ROLAND R |
| THOMPSON, ANTHONY B |
| THOMPSON, MELVIN H |
| THOMPSON, PRESTON W |
| THORNE, FRANCIS |
| THORNLEY, GARY D |
| TIBBS, ELMER L |
| TIDWELL, BILLY C |
| TIDWELL, JAMES R |
| TOBIAS, JOHN H |
| TOLIVER JR, JOHN H |
| TREADWAY, JEFFERSON C |
| TROTTER, BOBBY |
| TUCKER, CARY B |
| TURNER, HENRY |
| TURNER, MARVIN |
| UBIAS, JOSE |
| UPSHAW, ORAN M |
| VALENZUELA, JUAN |
| VALVERDE, NOE |
| VEASEY SR, ROBERT L |
| VELASQUEZ, EUSEBIO A |
| VILLARREAL, RAFAEL G |
| VINCENT, KENNETH F |
| VINING, EDWARD L |
| WAGSTAFF, HOMER B |
| WALKER, JIM D |
| WALTON JR, MANUEL |
| WARD, MELVIN T |
| WASHINGTON, CURBY |
| WASHINGTON, ROOSEVELT |
| WATERS, DONALD C |
| WATSON, JONAR |
| WEATHERLY, BOBBY R |

*Duplicate claims have not been excluded*

*Claims Filed by FOSTER & SEAR* 15

| Claimant Name |
|---|
| WELCH, RUDY L |
| WELDON JR, TIMOTHY |
| WHALEY, WILLIE V |
| WHITE, BILLY L |
| WICKER, TERRY E |
| WIER, WARNER W |
| WILKINS, JOHN D |
| WILKINSON, HOLLIS J |
| WILLIAMS, GEORGE L |
| WILLIAMS, JACK H |
| WILLIAMS, JAMES M |
| WILLIAMS, JAMES T |
| WILLIAMS, MILTON |
| WILLIAMS, RAYMOND R |
| WILLIAMS, ROBERT D |
| WILLIAMS, TIMOTHY |
| WILLIAMS, TRAVIS J |
| WILLIAMS, VANDERVELT |
| WILLIAMS, VERNON O |
| WILLIAMS, WALTER G |
| WILLIS, LLOYD W |
| WILSON JR, CECIL |
| WILSON, JESSIE W |
| WINTERBAUER, BILLY G |
| WISCHNEWSKY, FRED J |
| WOMBLE, LEE A |
| WOODLEY SR, JERRY L |
| WOODS, JOSEPH |
| WOODS, NATHANIEL L |
| WOODWARD, WILLIAM U |
| WORK JR, ARTHUR L |
| WRIGHT, EDGAR H |
| WRIGHT, HARLEY M |
| YOUNG, BONNER B |
| YOUNG, LAWRENCE C |
| YOUNG, ROBERT L |
| YOUNGBLOOD, ALFRED P |
| ZAPATA JR, ALFONSO P |

*Duplicate claims have not been excluded*

*Claims Filed by FOSTER & SEAR* 16

| Claimant Name |
|---|
| ZAPATA SR, SANTOS M |
| ZIEGLER, EARL W |

**Duplicate claims have not been excluded**