**Exhibit C**

*Claims Filed by MOTLEY RICE*

| Claimant Name |
| --- |
| ABBOTT, THOMPSON V |
| ADAMS, ERIC R |
| ADAMS, JOSEPH |
| ADAMS, NOAH |
| ADAMS, PHILLIP |
| ADAMS, WILLIAM O |
| ADKINS, ROGER |
| ALEXANDER, THOMAS L |
| ALLEN, ARTHUR J |
| ALLEN, ARTHUR M |
| ALLEN, JOHN R |
| ALLGOOD, RITA |
| ALTMAN, KENNON L |
| ALTMAN, REABY B |
| AMBERSON, DAVID |
| AMEMIYA, GEORGE |
| ANANIA, FRANK J |
| ANDERSON SR, DAVID M |
| ANDERSON, DEVON |
| ANDERSON, DOROTHY |
| ANDERSON, JEROME |
| ANDERSON, KENNETH D |
| ANDERSON, LORENZO D |
| ANDERSON, NORMAN W |
| ANDERSON, ROBERT B |
| ANDERSON, RUFUS O |
| ANDERSON, WILLIAM F |
| ANDERSON, WILLIAM M |
| ANDREWS, LESTER |
| ANDREWS, ROBERT J |
| ANIC, JOSIP |
| ANTON, ALMA S |
| ARCHIBALD, DONALD E |
| ARD, JOSEPH E |
| ARMIJO, MIKE T |
| ARMSTRONG, ROBERT E |
| ARNOLD, CECIL R |
| ARNOLD, DWIGHT T |
| ARRIAGA, LUCIANO |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*

| Claimant Name |
| --- |
| ARTHUR, IRVIN D |
| ASHLEY, GEORGE |
| ASHTON, GORDON |
| AUGUSTINE, DONALD |
| AUSTIN, ROBERT F |
| AVENENTE, HENRY |
| BAKER, CLETUS |
| BAKER, GEORGE H |
| BAKER, ROY C |
| BALLESTEROS, RAUL |
| BARNHOUSE, CHARLES |
| BARRIE, WILLIAM |
| BARTEL, JOSEPH |
| BARUFFA, VITO |
| BATH, GLEN C |
| BATTS, JAMES O |
| BAXTER, JUDY A |
| BAZEMORE, PAUL |
| BEARD JR, FRANCIS L |
| BEARD, GILBERT R |
| BEATTY, DONALD M |
| BEAUVAIS, ANDREW |
| BECKETT, CHARLES C |
| BECKMAN, ROBERT J |
| BEDARD, JOSEPH R |
| BEHRENS, HENRY G |
| BELCOURT, GILBERT |
| BELLAMY, WILLIAM C |
| BELLEROSE, EDWARD |
| BELLIZZI, PETER F |
| BENDER, WALTER A |
| BENNETT, HENRY L |
| BENOIST, NOEL |
| BENOIT, RANDALL J |
| BENTLEY, MALCOLM E |
| BERNAL, DAVID |
| BERTRAND, DANIEL G |
| BIEBERDORF, RICHARD M |
| BIGHAM, ROTHELLE R |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*

| Claimant Name |
| --- |
| BIRCH, THOMAS J |
| BISHOP, JACK A |
| BIXBY, JIMMY L |
| BLACK, NEWTON |
| BLACKBURN, WILLIAM K |
| BLACKWELL, JIMMIE L |
| BLAIR, LOUIS A |
| BLANTON, LARRY |
| BLANTON, WILFORD T |
| BLEAK, WARREN P |
| BLISS, GERALD K |
| BLOUIN, JAMES |
| BLUM, HOWARD E |
| BODACH, ALIX |
| BODNAR, TEDOR |
| BODNER, RUPERT |
| BOHNET, HILBERT |
| BOND, EDWIN F |
| BOND, WAYNE C |
| BONNER, MOTHERAL |
| BONVILLE, DENNIS |
| BOOTH, CHARLES |
| BORNTRAGER, DAVID E |
| BOSISIO, EMIL J |
| BOSTON, SHAFTER |
| BOURQUE, GERARD M |
| BOWEN, WILLIAM G |
| BOWLER, DONALD |
| BOYD, CLARENCE B |
| BOYKIW, PETER |
| BRABHAM, JAMES |
| BRABSTON, WILLIAM F |
| BRADLEY, JAMES |
| BRAMLETT, CHARLES I |
| BRANNEN, BARRY E |
| BRANNEN, JESSE |
| BRANNON, GRANT M |
| BRATTON, BOBBY R |
| BREWER, JAMES W |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*

| Claimant Name |
| --- |
| BREWSTER, ROBERT E |
| BROMMERICH, RICHARD E |
| BROOKER, HAROLD G |
| BROOKINS, JERRY T |
| BROOKS, WILLIAM D |
| BROUSSARD, HERBERT N |
| BROUWERS, CORNELUS A |
| BROWN SR, JAMES B |
| BROWN, AUBREY |
| BROWN, CLARENCE |
| BROWN, CURTIS |
| BROWN, DAVID |
| BROWN, FRANCISCO |
| BROWN, JAMES O |
| BROWN, LEE |
| BROWN, LOUIS |
| BROWN, RICK |
| BROWN, WILLIAM A |
| BRUNO, PIETRO |
| BRUNSON, JAMES |
| BRYAN, CARSON |
| BUCHANAN, LLOYD |
| BUICK, JAMES S |
| BULLARD, BURL C |
| BUNTING, PETER A |
| BURDETTE, LAMAR T |
| BURKE JR, WILLIAM T |
| BURN, REX |
| BURNETT, EMMETT W |
| BURNEY, CHARLIE |
| BURNIE, RONALD |
| BURR, GEORGE |
| BURROUGHS, JOHN A |
| BUTLER, JOHN |
| BUTLER, RHETT E |
| BUTLER, ROBERT J |
| BYRD, SYLVESTER |
| CADLE, JOSIAH |
| CAIN, RAYMOND J |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*

| Claimant Name |
| --- |
| CAMP, JESSE R |
| CAMPBELL, JAMES A |
| CANADA, BILLY J |
| CANFIELD, JAMES C |
| CAPPS, GOLDIE |
| CARD, JOHNNIE W |
| CARLSON, LYLE |
| CARNELL, REGINALD |
| CARNEY, LUTHER E |
| CARROLL, ARLIE M |
| CARROLL, WILLIE D |
| CARTER, PHIL |
| CARVER, WILLIAM |
| CASSAVANT, JAMES L |
| CHAPPLE, WILLIAM G |
| CHASE, ROBERT |
| CHESTER, JAMES |
| CHILDERS, ARTHUR B |
| CHIPPS, CREED |
| CHISHOLM, BERNARD S |
| CHOAT, LARRY |
| CHRETIEN, LUCIEN L |
| CHRISTENSEN, ARNE |
| CITRO, RALPH |
| CLANCY, HUGH J |
| CLARK, JOHN H |
| CLARK, THOMAS W |
| CLARKE, CECIL W |
| CLARKE, GEORGE D |
| CLEMENTS, BOBBY |
| CLENDENIN, CHARLES B |
| COBB, JAMES R |
| COCKLE, RICHARD |
| COE, CLARENCE L |
| COFER, HAROLD |
| COLE, WILLIAM D |
| COLLINGS, WILLIAM E |
| COLLINS, CHARLES |
| COMBS SR, SPENCER S |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*

| Claimant Name |
| --- |
| COMBS, PAUL |
| CONFORTI, NICK |
| CONN, VENLEY |
| CONRAD, RONALD |
| CONWAY, DONALD |
| COOK, ROGER |
| COOPER, EUGENE L |
| COOPER, RONNIE G |
| COPELAND, GEORGE G |
| COPPETA, ANGELO |
| CORBETT, PAUL W |
| CORDIAL, JERRY |
| COTTRELL, CLYDE J |
| COUNTS, WILLIAM D |
| COURTNEY, JAMES M |
| COVINGTON, JAMES L |
| COWART, RICHARD S |
| COX, JAMES D |
| CRAIG, MARCEL J D |
| CRAWFORD JR, JOHN |
| CRAWFORD, JAMES |
| CREECH, JAMES W |
| CREWS, PAUL T |
| CRIPPLE, LARRY K |
| CRISWELL, ALFRED M |
| CROMPVOETS, GERARD |
| CURRIE SR, GILBERT A |
| CUTLER, WILLIAM |
| DADIN, HARRY A |
| DALTON, JAMES |
| DANCOCKS, GEORGE |
| DANIELS SR, EDWARD |
| DANIELS, JESSIE |
| DANSEREAU, BERNARD |
| DART, WALTER W |
| DAVIDSON, PAUL |
| DAVIS, EARL |
| DAVIS, HERMAN R |
| DAVIS, HOWARD D |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*

| Claimant Name |
| --- |
| DAVIS, JAMES |
| DAVIS, JAMES W |
| DAVIS, JOE N |
| DAVIS, JOHN R |
| DAVIS, NATHANIEL |
| DAVIS, PAUL A |
| DAVIS, RONALD |
| DAVIS, RONALD E |
| DAVY SR, THOMAS |
| DAWSON, JAMES E |
| DAY, RONALD |
| DEANS, KENNETH W |
| DEGLER, ALBERT A |
| DELL, WARREN |
| DELLACOSTANZA, EARL |
| DELOACH, JADITH D |
| DELORME, WILLIAM |
| DEMERIA, ROBERT W |
| DEMPSEY, KEITH |
| DENNIS, CECIL D |
| DENT, TOMMIE J |
| DERKSEN, JOHN |
| DICKERSON, JACKIE L |
| DICKEY, CECIL J |
| DICKEY, ETTA G |
| DOBBS, CHARLIE C |
| DODSON, BUEL A |
| DOHERTY, WAYNE R |
| DOMENICHINI, FRANCESCO |
| DOMENICHINI, TONY L |
| DONN, GERALD |
| DOSKOCH, WALTER |
| DOUGLAS, CHARLES E |
| DOWELL, WILLIAM R |
| DOWNS, FRED E |
| DOXATER, CLAUDE E |
| DOYLE, DEWAINE E |
| DRAKE, STANLEY |
| DRIGGERS, EDDIE M |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*

| Claimant Name |
| --- |
| DRIGGERS, VERBLEE |
| DRUMMOND, CLYDE |
| DUBOSE, JONATHAN N |
| DUKES, WALTER V |
| DUNCAN, EOGHAN L |
| DUNCAN, HOMER E |
| DUNHAM, DENNIS M |
| DUNN, ROBERT A |
| DUTTON, ROY J |
| DYE, WILLIAM M |
| EADE, GORDON |
| EARLY SR, JAMES |
| EARNHEART, ROBERT E |
| EASON, EARNEST |
| EASON, JAMES C |
| EASTER, TRAVIS |
| EASTVELD, PAUL K |
| ECKER, DON |
| EDMONDSON, ARTHUR B |
| EIDE, THEODORE |
| ELKINS, WILLIAM B |
| ELLER, BILLY W |
| ELLIS, ALBERT |
| ELLIS, GLENN M |
| ELLIS, VANCE |
| ENOS JR, WILFORD K |
| ESPOSITO, ANTHONY P |
| EVANS, THOMAS L |
| EVENESHEN, GEORGE |
| EVERETT SR, JOHN A |
| EVERS, CYRIL H |
| EXLEY, WALTER B |
| EYERLY, LARRY L |
| FALK, BENNI E |
| FARRAR, DEWARD |
| FARRELL, TERRANCE P |
| FAUBERT, RAYMOND |
| FENEZ, ARMAND |
| FERRARA, JAMES F |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*

| Claimant Name |
| --- |
| FIELD, DOUGLAS |
| FINCH, CHARLES |
| FINNEY, JERRY B |
| FISHER, JIM |
| FLYNN, GEORGE C |
| FOLK, KEITH S |
| FORD, JAMES G |
| FORNEY JR, WILLIAM L |
| FORREST, TERRENCE C |
| FORRESTER, WILLIAM |
| FOTI, SEBASTIANO F |
| FOUGHT JR, ALFRED F |
| FOWLER, WILLIAM A |
| FRACALANZA, FLAVIANO |
| FRAHM, DELMAR |
| FRAZIER, FORREST G |
| FREYMUTH, WAYNE A |
| FRIESEN, JACK J |
| FRIGAULT, EDGAR N |
| FURBER, LARRY |
| FURLONG, JAMES J |
| GALLAGHER, THOMAS |
| GALLARDO, ARTHUR |
| GANDEE, MARVIN |
| GANDEE, WILBUR A |
| GANT JR, JAMES O |
| GARCIA, JOE |
| GARIG, JOHN B |
| GARNTO, BILLY T |
| GATTUSO, JOHN J |
| GAUF, ROBERT B |
| GEFFS, GORDON C |
| GEORGE, JAMES A |
| GERMAIN, ROY |
| GERVAIS, REGINALD |
| GHERKE, RICHARD A |
| GIACOBE, SALVATORE |
| GIBBS, JOHN L |
| GIBSON, JAMES W |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*

| Claimant Name |
|---|
| GIBSON, JOHN T |
| GILBERT, RICHARD C |
| GIUSTINI, ALEANDRO |
| GLISSON, ROBERT S |
| GOLTZ, GLEN |
| GOODALE, LAVERN A |
| GOODE, RONNIE E |
| GOODMAN, WILLIAM C |
| GRAHAM, ERNEST |
| GRAHAM, EUGENE R |
| GRANT, JAMES W |
| GRANT, LOUIS N |
| GRATZKI, GUNTHER P |
| GRAVES, HARRY L |
| GREATHEART, EDWARD C |
| GREEN, EDWARD |
| GREEN, KENNETH W |
| GREEN, NATHANIEL J |
| GREEN, ROBERT I |
| GREENE, BERT H |
| GREER, JAMES C |
| GREGORA, EDWARD |
| GRICIUS, EDWARD |
| GRIFFIN, BILL D |
| GRIFFIN, ROMIE F |
| GRIFFITH, JAMES L |
| GRINDLEY, ROBERT |
| GROVENSTEIN, LOWELL D |
| GUIDRY, LARRY W |
| GUILLORY, LITTON W |
| GULLETT, HOWARD |
| HACK, BOBIE D |
| HAGEDORN, CHARLES E |
| HAKMAN, TERRY |
| HALL JR, AARON J |
| HALL, DREXEL E |
| HALL, MICHAEL |
| HALL, REGINA E |
| HALL, REGINALD |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*

| Claimant Name |
| --- |
| HALL, ROBERT L |
| HAND, BENNIE J |
| HANDSON, DANIEL W |
| HANEY, ROBERT L |
| HANKINS, STEVEN E |
| HANLY, HAROLD R |
| HANNSZ, WALTER L |
| HANSON, EDWIN C |
| HARDEN JR, COLEY F |
| HARPER SR, ROBERT D |
| HARRIS SR, PERCY W |
| HARRIS, JAMES L |
| HARRIS, RUBIN |
| HARRIS, THEODORE W |
| HARRIS, TOMMIE |
| HARRISON, ANTHONY |
| HARRISON, CHARLES H |
| HARRISON, CLARENCE F |
| HARVEY, JAMES |
| HARVEY, WILLIAM C |
| HASHIMOTO, HACHIRO |
| HAUPT JR, HOWARD G |
| HAWTHORNE, JAMES A |
| HAYES, JERRY L |
| HEALY, JOHN |
| HELLER, EUGENE LAWRENCE |
| HELMICK, ARMOND H |
| HENDERSON, CONRAD E |
| HENDERSON, JOHN W |
| HENDERSON, PAUL J |
| HERNDON SR, EARL J |
| HERRING SR, MATTHEWS C |
| HESS, DELORES |
| HETHERINGTON, RONALD W |
| HICKEY SR, STANLEY F |
| HICKIE, HENRY |
| HILL, CHARLES E |
| HILL, JOHN C |
| HILL, JOHN M |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*                                    12

| Claimant Name |
| --- |
| HILL, THOMAS |
| HILLERBY, NORMAN |
| HILLMAN, ROBERT |
| HINELY, WILLIAM C |
| HINES JR, CLYDE A |
| HINES, RAYMOND |
| HINNER, DAVID W |
| HIRES, CORIE O |
| HOBBS, MELVILLE K |
| HOBBS, WILLIE R |
| HOBSON, HENRY |
| HODGES, DANIEL P |
| HODGES, JAMES C |
| HODGES, WILLIAM T |
| HODGES, WILLIE C |
| HOGAN, CHARLES |
| HOGG, LARRY |
| HOLLIMON, FORREST |
| HOLMES, GEORGE E |
| HOLTON, ROY C |
| HOLZSCHUHER, SANDRA |
| HOOVER, PAUL W |
| HOPPER, TUNNEY |
| HOPWOOD, WILLIAM J |
| HORNBLOWER, ROBERT |
| HOSKINS SR, JACOB |
| HOWARD, GEORGE A |
| HOWARD, JOHN F |
| HOWARD, ROBERT |
| HUBER, GEORGE |
| HUDSON, JAMES H |
| HUGGETT, DONALD KENNETH |
| HUGHES, LEONARD |
| HUGHES, WILLIE |
| HULTS, WILLIAM |
| HUNT JR, WILLIAM D |
| HUNTER, JACK H |
| HUNTER, ROBERT S |
| HUTCHINSON, JAMES E |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*    **13**

| Claimant Name |
| --- |
| HUTCHINSON, LEMAN L |
| ILER, CHARLES E |
| IRVIN, RONALD W |
| IWINSKI, JAMES T |
| JACKSON JR, JAMES E |
| JACKSON, ELLIS D |
| JACKSON, JOHN D |
| JACKSON, LINDA |
| JACKSON, NATHANIEL |
| JACOBS, JOHN |
| JACOBS, LOICE L |
| JAMES, ALBERT L |
| JAMES, GENERAL |
| JARRELL, HENRY |
| JENKINS, HERBERT T |
| JENKINS, LEWIS G |
| JENNINGS SR, THOMAS J |
| JEPP, HEINRICH G |
| JESKE, ERIC G |
| JETLAND, THOMAS L |
| JOHNSON, ANDREW J |
| JOHNSON, DAVID |
| JOHNSON, EDDIE |
| JOHNSON, HOWARD |
| JOHNSON, JACK W |
| JOHNSON, JACKIE W |
| JOHNSON, JAMES A |
| JOHNSON, RALPH |
| JOHNSON, RALPH L |
| JOHNSON, RAYMOND L |
| JOHNSON, ROBERT E |
| JOHNSON, TROY |
| JOHNSON, WALTER E |
| JOHNSON, WILLIE J |
| JOLLEY, STEELE F |
| JONES JR, GEORGE WILLIAM |
| JONES JR, JAMES O |
| JONES SR, CHARLIE B |
| JONES, ANDREW C |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*    **14**

| Claimant Name |
| --- |
| JONES, CURTIS E |
| JONES, FRANK R |
| JONES, JAMES H |
| JONES, JIMMY |
| JONES, LEON G |
| JONES, MELVIN J |
| JONES, RAYMOND |
| JONES, RICHARD LEE |
| JONES, WALTER T |
| JONES, WILLIE |
| JOSE, JOSEPH |
| JUDGE, ARTHUR |
| JUDIE, CECIL |
| JULKES JR, BERRY L |
| JUSTICE, HERBERT R |
| KEDDY, EARL C |
| KEELER, WARREN J |
| KEETON, CHARLES |
| KELLEY, RONALD |
| KEMP, ALFRED |
| KENNEDY, RAY |
| KENNEDY, TIMOTHY |
| KENNEDY, WILLIAM |
| KENNER SR, ROBERT L |
| KENT, JAMES A |
| KERNICK, WILLIAM A |
| KERR, IAN |
| KEY, LEROY |
| KEY, STEVEN R |
| KILLORAN, GERALD |
| KINARD, JAMES W |
| KING SR, JAMES R |
| KING SR, JAMES R |
| KING, ALBERT |
| KING, WILLIAM |
| KING, WILLIAM R |
| KINGERY, EARL L |
| KIRK, ALLEN |
| KITNEY, PAUL |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*                                                15

| Claimant Name |
| --- |
| KLEIN, WILLIAM H |
| KNAK, EDWARD |
| KNIGHT, LILIOUS E |
| KNIGHT, MARLIN L |
| KNIGHT, ROOSEVELT |
| KNIGHT, WILBUR D |
| KONDAKOR, ENDRE |
| KORY, PETER |
| KOSTASHEN, RAYMOND |
| KOVACEVIC, ANTON |
| KOWAL, EMILE |
| KOWALEC, NICK |
| KRABBES, DIETER |
| KREVIAZUK, WALTER |
| KRISTENSEN, SVEND |
| KRIVAK, FRANK |
| KRUSE SR, ROBERT |
| KUNICHIKA, ROBERT |
| LABBE, EMILE J |
| LACKEY, CHARLES R |
| LALLA, ANTONIO G |
| LAMB, WILLIAM C |
| LANE SR, KENNETH W |
| LANEHART JR, RUSSELL L |
| LANHAM, FRANK |
| LANIER, CLINTON |
| LANIUK, VICTOR M |
| LANNING, JAMES E |
| LARSEN, MOGENS H |
| LAUGHERTY, RAY A |
| LECLAIR, JOHN |
| LECLERC, ROLAND |
| LEE JR, SOLOMON |
| LEE SR, ROBERT F |
| LEE, GERALD A |
| LEE, JAMES T |
| LEE, JOSEPH |
| LEE, RUFUS E |
| LEGG JR, CHARLES R |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE* <span style="float:right">16</span>

| Claimant Name |
|---|
| LEGG, BOBBY |
| LEGG, RUSSELL |
| LEHMAN, DAVID M |
| LEMASTER, ROBERT |
| LENEVE, FRED |
| LEROUX, CAROL |
| LESLIE, JOHN T |
| LESLIE, JOHN T |
| LEWIS JR, ELMORE |
| LEWIS, ARTHUR L |
| LEWIS, MAURICE H |
| LEWIS, RICHARD A |
| LIMBERIS JR, JAMES P |
| LIVELY, WILLIAM |
| LOCKWOOD, ROBERT M |
| LOGAN, MARK |
| LONG, JERRY E |
| LONG, TEDDY D |
| LOPEZ, EDWARD |
| LOSCHER, MICHAEL |
| LOSSIE, RONALD S |
| LOTEMPIO, SALVATORE |
| LOVELESS, KENNETH |
| LOVETT, WILLIAM J |
| LOWE, CARROLL |
| LUCAS, JAMES |
| LUCAS, WESLEY J |
| LUCERO, WILLIE L |
| LUCKHAM, WILLIAM |
| LUMB, GEORGE |
| LYNCH, CALVIN W |
| LYNCH, CLARENCE A |
| LYNCH, ERNEST L |
| MACDOUGALL, ALEXANDER J |
| MACK, RUFUS |
| MACKEY, THEODORE R |
| MACKLIN, HARVEY L |
| MACLELLAN, PETER |
| MACTAGONE, DENIS |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| MADALVEE, HELMUT |
| MADDAFORD, ERNEST |
| MADDEN, KENNETH |
| MADRAY, THOMAS L |
| MAEMORI, GEORGE |
| MAGLANGIT, GEORGE |
| MAHELONA, STERLING |
| MAINVILLE, RENE |
| MALLARD, ROYAL F |
| MALLORY, WILLIE J |
| MALPASS, HENRY H |
| MANDERSON, SHIRLEY E |
| MANNING, DAREL L |
| MANOJLOVIC, MOMIR |
| MARLOW, JAMES |
| MARR, JOHN H |
| MARS, DANIEL |
| MARSHALL, HAROLD P A |
| MARTA, ALBINO |
| MARTENS, STANLEY J |
| MARTIN, GEORGE T |
| MARTIN, JAMES R |
| MARTIN, JULIUS Q |
| MARTIN, WILLIE R |
| MARTINEZ, THOMAS E |
| MASCARENAS, PAUL |
| MASENGAL, BOBBY |
| MASON SR, JOSEPHUS |
| MASON, BENNIE G |
| MASTEN, CHARLES A |
| MATHIESON, JOHN |
| MATSON, JOHN |
| MAXWELL, MARVIN |
| MAY, ERSHELL B |
| MAY, JOHN H |
| MAYES, RALPH L |
| MAYFIELD, JAMES H |
| MAYNARD, JAMES |
| MAYNOR, JOE N |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*                                    18

| Claimant Name |
| --- |
| MAYO, GEORGE D |
| MAYWALD, JULIUS |
| MAZZA, PASQUALE |
| MCCALLUM, DENNIS |
| MCCARTNEY, DAVID A |
| MCCARTY, CECIL |
| MCCLEARY, GERALD |
| MCCONNELL, ARTHUR |
| MCCONNELL, KENNETH |
| MCCORD, SANFORD S |
| MCCORMICK, WILLIAM J |
| MCDOLE, DARRELL |
| MCDUFFIE, JESSIE P |
| MCELHANEY, FRANK |
| MCGRAW, LARRY |
| MCKENZIE, JAMES W |
| MCMANUS, BRANTLEY C |
| MCMILLAN SR, RONALD E |
| MCNAIR, GEORGE L |
| MCNEAR, CHARLES E |
| MCNEESE, BOBBY P |
| MCWILLIAMS, JAMES |
| MEADOWS JR, WILLIE |
| MEEKS, FREDERICK |
| MEIER, KEITH |
| MELTON, LOUIE G |
| MELVIN, WILLIAM E |
| MENCHINI, BENITO S |
| MENNE, JAMES M |
| MERIWETHER, JOHN W |
| MERRIFIELD, LLOYD |
| MERTIG, RICHARD S |
| MEYER, DAROLD F |
| MEYERHOFF, JOHN I |
| MEYERS, CLAY V |
| MIHM, DANIEL |
| MILES, JIMMIE F |
| MILES, WILLIAM E |
| MILLER JR, ORVILLE J |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*    19

| Claimant Name |
| --- |
| MILLER, EDWARD |
| MILLER, HENRY L |
| MILLER, STEPHEN G |
| MILLER, TED |
| MILLINE, ANDERSON |
| MILLS, WILLIAM |
| MILNER, ROBERT L |
| MINOR, JIMMIE L |
| MINTER, WILLIAM B |
| MITCHELL JR, ARTHUR |
| MITCHELL, GROVER C |
| MITCHELL, JAMES W |
| MITCHELL, JOSEPH D |
| MIYAMOTO, JACK |
| MOODY, ARTHUR L |
| MOODY, CHARLIE J |
| MOODY, DAVID |
| MOORE, CLIFFORD L |
| MOORE, EARL W |
| MOORE, FRED T |
| MOORE, GEORGE W |
| MOORE, TARLIE E |
| MOREHEAD, HOWARD W |
| MORGAN, JAMES E |
| MORGAN, JAMES E |
| MORRIS, GEORGE K |
| MORRIS, JERAL E |
| MORRIS, JOHN W |
| MORRIS, JOSEPH L |
| MORRIS, ROBERT R |
| MORRISON, BILLY GLENN |
| MORRISON, IVOR C |
| MORRISSEY, CHARLES |
| MOSHENKO, WAYNE |
| MOSLEY SR, JAMES F |
| MOYES, MERLIN C |
| MUCHISON, WILLIE A |
| MUDRY, MIKE P |
| MUELLER, GEORGE G |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*                                    20

| Claimant Name |
| --- |
| MULLENS, WILLIAM D |
| MULLIS SR, CHARLES R |
| MUNOZ, RUDOLPH |
| MUNS SR, LAWRENCE E |
| MURRAY, CHARLES |
| MURRAY, KEITH |
| MYATT, WILLIAM M |
| MYERS SR, HAROLD J |
| MYRES, DANIEL L |
| MYRICK, WALTER |
| NADEAU, CHARLES |
| NAGAHAMA, RONALD |
| NAKAMURA, TOKUJI |
| NAST SR, RUSSELL R |
| NEAL, ROBERT W |
| NELSON, OREN J |
| NELSON, UNO |
| NELSON, WILLIAM |
| NEWELL, JAMES M |
| NEWMAN JR, JOHN |
| NICHOLS, WARREN H |
| NIELSEN, JOHN B |
| NOGIEC, ALEX |
| NOHE, OVIE E |
| NOLTE, LAWRENCE |
| NOONAN, DAVID |
| NORMAN, JAMES G |
| NORRIS, ROBERT L |
| NORTH, JAMES A |
| NOYLE, NORMAN |
| NUNLEY, JOE E |
| OCONNER, PATRICK J |
| ODOM, ANDREW L |
| ODUM JR, ROBERT C |
| OGATA, HIDEO |
| OGDEN SR, TALMADGE E |
| OKARMUS, WILLIAM T |
| OLDHAM, THOMAS |
| OLGUIN, JOSE E |

*Duplicate claims have not been excluded*

## Claims Filed by MOTLEY RICE

| Claimant Name |
| --- |
| OLSON, JAROLD D |
| ONEAL, MICHAEL D |
| OSBORN, ROBERT E |
| OUCHI, KATSUMI |
| OWNEY, RICHARD |
| OZUNA, MARCELINO G |
| PACE, GUERINO |
| PADGETT, CAROLYN H |
| PAGATPATAN, JORGE |
| PAGE, WILLIAM |
| PALAHNUK, JOHN |
| PALFREY, HARRY |
| PALMER, CHARLES D |
| PANKOW, WILLIAM D |
| PARKER SR, ROBERT C |
| PARKER, JERRY D |
| PARKER, MILTON H |
| PARKER, ROBERT |
| PARKER, WILLIAM D |
| PARRY, LYLE K |
| PATRICK, DAVID T |
| PATRICK, THOMAS C |
| PATTERSON, DAVID |
| PATZ, WILHELM |
| PAWLUK, VICTOR |
| PAYNE, JERRY T |
| PEARCH, ARTHUR A |
| PEARSON, BARRY D |
| PENCE, MARK |
| PENNINGS, HENRY |
| PERRY SR, WARDELL |
| PERRY, JAMES L |
| PESTERFIELD, ODIS |
| PETERS, DONALD |
| PETERSON, JOHN |
| PHARES, WILLIAM |
| PHELPS, DAVID |
| PHELPS, MORGAN |
| PHILLIPS SR, MELVIN W |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*

| Claimant Name |
| --- |
| PHILLIPS, MORRIS J |
| PHILLIPS, ROBERT E |
| PHILLIPS, ROBERT E |
| PHILLIPS, WALTER |
| PIECZEWSKI, ROMAN |
| PIERCE, LOVE L |
| PIERCE, STANLEY |
| PIKE, RAYMOND A |
| PINNELL, GLENN E |
| PLATTE, ROBERT D |
| POPE, ROBERT V |
| PORTEOUS, KENNETH |
| PORTER, JAMES |
| PORTER, PAUL |
| POSTERARO, ANSELMO |
| POTTER, ALVIN E |
| PRATER, JOHN W |
| PRATT, ALEX |
| PRAWDZIK, LEONARD |
| PRICE, JAMES A |
| PRIDDY, ELTON |
| PRINCE, CHARLES |
| PRITCHETT SR, GRADY L |
| PRITCHETT, SUZANNE K |
| PTAK, STEFAN |
| PULSE, RONALD E |
| PUNDYK, HENRY |
| PURPUR, CARL G |
| PURVIS SR, JAMES M |
| PYLE, NOBLE |
| PYPER, LAWRENCE |
| QUESADA, SECUNDINO |
| QUINN, FELIX |
| RAMAGE, JAYCE |
| RAWLYK, RAY |
| RAY, JACKIE O |
| REALE, WILLIAM |
| REED, CHARLES |
| REED, JAMES F |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*                                    23

| Claimant Name |
| --- |
| REGISTER, JOHNNY R |
| REGO, REGINALD |
| REID, HAROLD E |
| RESCH, JOHN H |
| REYNOLDS, RAYMOND |
| RICE, EARL |
| RICHARD, EDWARD J |
| RICHARD, FABIN J |
| RICHARDSON SR, CALVIN |
| RICHARDSON, JAMES D |
| RIDING, LEONARD W |
| RIEL, GEORGE E |
| RIVERS, PAUL A |
| ROBERSON, OTIS J |
| ROBERTS JR, GEORGE |
| ROBERTS JR, JESSE |
| ROBERTSON, ROGER |
| ROBINS, WILLIE T |
| ROBINSON, CHARLES |
| ROBINSON, MARVIN L |
| ROBINSON, THOMAS A |
| ROCK, NORMAN A |
| RODGERS, STEPHEN |
| ROEDER, GERHARD W |
| ROGERS JR, HOMER |
| ROGERS, JOHN WILLIAM |
| ROGERS, WILLIE E |
| ROPPA, BRUNO |
| ROSA, DAVID |
| ROSIER, DORSEY |
| ROSS, CHARLES |
| ROUSE, WALTER |
| ROWELL, EDWARD |
| ROYAL, EARLIE N |
| RUCQUOY, ANDREW |
| RUDDER, FRANK |
| RUFF, STEEDLY R |
| RUNION, AUSTIN |
| RUTKA, GEORGE E |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*                                    24

| Claimant Name |
| --- |
| RUTLEDGE, JAMES |
| SABOURIN, CLIFFORD |
| SACKMAN, LEONARD |
| SAMPOGNA, MIKE |
| SAMUEL, WILLIE |
| SANCHEZ, JOSE A |
| SANDEFUR, CECIL R |
| SANDERS JR, HARVEY C |
| SANDSTROM, ERNEST |
| SAPP, JAMES E |
| SAVAGE, RAYMOND J |
| SCALETTA, IGNAZIO |
| SCHLICHTER, JOANNE |
| SCHUBERT, ADOLF |
| SCHUBERT, KIM |
| SCOTT SR, WILMER |
| SCOTT, JERRY R |
| SCOTT, RICHARD L |
| SCRUGGS, GERALD G |
| SEEMAN, ERNEST H |
| SELF SR, DANNY T |
| SELF, RALPH C |
| SELLERS, CECIL H |
| SELLERS, LOUIE J |
| SENN, WILLIE M |
| SEPIC, CAMILLO A |
| SEREDA, SAM |
| SEYMOUR, EMORY D |
| SHAMBLIN, DARRELL |
| SHAMBLIN, RICHARD |
| SHAMBLIN, RODNEY |
| SHARP JR, GEORGE |
| SHARP, JAMES P |
| SHAW, RUDOLPH |
| SHEA, JAMES M |
| SHEFFIELD, BILLY R |
| SHEFFIELD, ROBERT J |
| SHEWCHUK, CARL |
| SHIELDS, ROBERT |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*    25

| Claimant Name |
|---|
| SHINAGAWA, FRED |
| SHIRLEY, THOMAS J |
| SHORT, GEORGE |
| SHUMAN, HENRY |
| SIEGL, JOHN V |
| SIKSTROM, FREDERICK |
| SIMMONS, JAMES D |
| SIMMONS, JAMES D |
| SIMMONS, JOSEPH |
| SIMMONS, LENDELL C |
| SIMMONS, ROBERT W |
| SINCLAIR, ALEXANDER |
| SINCLAIR, WASHINGTON |
| SISK, RICHARD |
| SITTON, JOHN W |
| SKIBA JR, JOSEPH A |
| SKINNER, JAMES C |
| SKINNER, LAMAR |
| SMILEY, FERRELL E |
| SMITH JR, WILLIAM S |
| SMITH, ALEX |
| SMITH, BOBBY L |
| SMITH, DUTCH |
| SMITH, FRED J |
| SMITH, HAROLD |
| SMITH, JOE L |
| SMITH, JOHN H |
| SMITH, KEITH H |
| SMITH, KENNETH M |
| SMITH, NETTIE M |
| SMITH, PAUL J |
| SMITH, VINCENT J |
| SMITH, WILLIAM V |
| SMITH, ZANE G |
| SNODGRASS, RICHARD L |
| SOMMER, WALTER |
| SOROKOSKI, SYLVESTER |
| SOURISSEAU, HENRI J |
| SPANIOL, JOHN J |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*                                           26

| Claimant Name |
| --- |
| SPEARS, RONALD J |
| SPIVEY, LARRY J |
| SPRENKLE, WALTER L |
| ST MARTIN, JACQUES |
| STAFFORD, JACK |
| STAMPER, ARLIE |
| STANLEY, EUGENE |
| STANLEY, FRANKEY W |
| STANLEY, HIRAM T |
| STANLEY, JAMES L |
| STARK, LEO |
| STEEDLEY, GUINN R |
| STEPHENS, WILLIAM |
| STEVENS, ROBERT H |
| STEWARDSON, DONALD |
| STEWART, JOHN H |
| STEWART, THOMAS |
| STOCK, HERBERT |
| STOGNER, MELVIN J |
| STOKES, FRANK L |
| STOWERS, THEODORE R |
| STRATTON, GERALD |
| STRICKLAND, SIDNEY E |
| STRICKLEN, PAUL |
| STULA, GEORGE |
| STUMP, WEBSTER A |
| SURRENCY, HARLEY |
| SWICORD, FELTON B |
| SYKES, WILLIAM E |
| TAGAMI, HENRY |
| TAGAWA, TOSHIYUKI |
| TAKAHASHI, ISAMU |
| TAKAYESU, ISAMU |
| TANAKA, CURTIS |
| TARLETON, JAMES E |
| TATSUTANI, THOMAS |
| TAYLOR, BOBBY E |
| TAYLOR, BOBBY E |
| TAYLOR, BOBBY G |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*

| Claimant Name |
| --- |
| TAYLOR, CLARENCE E |
| TAYLOR, DAN |
| TAYLOR, DARRELL B |
| TAYLOR, FORTE K |
| TAYLOR, JAMES A |
| TAYLOR, JOE C |
| TAYLOR, JOHN R |
| TAYLOR, RONALD G |
| TAYLOR, SAMUEL L |
| TERADA, SEIJI |
| TERUYA, SHIGEO |
| TESSIER, ROBERT |
| THAUVETTE, HUBERT |
| THIELE, MARTIN |
| THOMAS, DAVID |
| THOMAS, HOWARD L |
| THOMAS, JAMES O |
| THOMAS, LEWIS W |
| THOMAS, ROBERT D |
| THOMASON, BILLY V |
| THOMPSON JR, HEREFORD P |
| THOMPSON, DAVID E |
| THOMPSON, JAMES R |
| THOMPSON, MICHAEL D |
| THORNTON, DORMAN |
| THORNTON, RICHARD S |
| TICE, CHARLES A |
| TICE, ROBERT L |
| TICE, ROY W |
| TICHNELL, ALFRED L |
| TILLEY, DAVID |
| TITUS, LESLIE R |
| TODD, LUCIAN H |
| TOLBERT, WILLIAM |
| TOMITA, THOMAS |
| TORK, WILLIAM |
| TORREJON, JOSEPH |
| TOUHEY, MICHAEL |
| TOWNSEND, RICHARD |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*

| Claimant Name |
| --- |
| TRONGAARD, GARY |
| TROUTMAN, IRA |
| TROWBRIDGE, DAVID |
| TSURU, RONALD |
| TUCKER, HERBERT |
| TUCKER, JOSEPH B |
| TULLIUS, JAMES D |
| TULLOCH, WOODROW R |
| TURBEVILLE, JERRY O |
| TUREAUD, ALTON P |
| TURNER, JAMES |
| TURNER, JOHN W |
| TURNER, KENNETH E |
| TURNER, RICHARD |
| TYLER, KENNETH R |
| TYRE, GARY D |
| TYRE, JACK F |
| UNSEL, JAMES R |
| USHER, CHARLES L |
| VALADE, DONALD R |
| VANEGMOND, JOHANNES |
| VATH, KEN A |
| VAUGHN, FRED A |
| VENKER, RANDOLPH |
| VERNON, JESSE |
| VIETA, BERT F |
| VIRDEN SR, FORREST A |
| VLASBLOM, WILLIAM |
| VOLKMAN, BRUCE S |
| VOLKMANN, RALPH |
| WACHNIUK, CARL R |
| WAGNER, HARRY E |
| WALKER, BILL E |
| WALKER, HARLEY |
| WALLACE, JOSEPH M |
| WALLS, BENJAMIN T |
| WALTERS, JAMES E |
| WARD, JAMES V |
| WARD, JAMES V |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*                                                      29

| Claimant Name |
| --- |
| WARD, JIM W |
| WARDHAUGH, WALTER |
| WARREN JR, ARTHUR |
| WARREN, BARRY |
| WATANABE, TSUNEO |
| WATKINS JR, IKE |
| WATSON, WALTER L |
| WAYNE, MICHAEL J |
| WEBSTER, GEORGE M |
| WELCH, WILLIAM |
| WEST, BILLY |
| WESTERBERG, DONALD R |
| WHEDBEE, HAROLD |
| WHEELER, GARFIELD |
| WHEELER, GERRY |
| WHEELER, JAMES A |
| WHEELER, PHILIP C |
| WHIPPLE, J W |
| WHITE, EDWARD E |
| WHITE, FRANK W |
| WHITE, THOMAS E |
| WHITLEY, RAY |
| WHITLOCK, DELLAS M |
| WHITT, DONALD |
| WHITT, JAMES C |
| WIGGINS, JAMES C |
| WIKSTROM, VINCENT |
| WILCOCK, ALAN |
| WILKES, DON W |
| WILKINS, ABRAHAM |
| WILKINS, MORRIS L |
| WILL, JOHN |
| WILLIAMS JR, FRANK |
| WILLIAMS, BOBBY R |
| WILLIAMS, DAVID |
| WILLIAMS, JAMES |
| WILLIAMS, JOHN |
| WILLIAMS, JOHNNIE |
| WILLIAMS, JOHNNIE L |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*

| Claimant Name |
| --- |
| WILLIAMS, JOYCE A |
| WILLIAMS, LEON |
| WILLIAMS, MARY A |
| WILLIAMS, OTTA C |
| WILLIAMS, ROBERT |
| WILLIAMS, THOMAS L |
| WILLIAMSON, DONALD |
| WILSON, DAWN |
| WILSON, DONALD |
| WILSON, DONALD E |
| WILSON, GARY |
| WILSON, GORDON |
| WILSON, HENRY J |
| WILSON, JOSEPH D |
| WILSON, ROY M |
| WILSON, WILLIAM R |
| WILT, HAROLD A |
| WINDELL, WILLIAM H |
| WINTERS, JAMES R |
| WISE, DAWSON |
| WISEMAN, GRANVILLE F |
| WOOD, JAMES R |
| WOODMAN, LAWRENCE |
| WOODS, BOBBIE G |
| WOODS, JAMES A |
| WOODWARD, WILLIAM |
| WORKMAN, JAMES L |
| WORLDS SR, CHARLES E |
| WORLEY, JEFFREY |
| WORLEY, JOHN D |
| WRIGHT SR, JAMES A |
| WRIGHT, FRANK A |
| WRIGHT, JAMES W |
| WUERFEL, GORDON HARRY |
| WULF, JUARGEN J |
| WYNN SR, DONNAS |
| YAMASHITA, GEORGE |
| YASINCHUK, MICHAEL |
| YELTON, MICHAEL L |

*Duplicate claims have not been excluded*

*Claims Filed by MOTLEY RICE*

| Claimant Name |
|---|
| YOSHIMURA, CHARLES |
| YOSHIOKA, MASAICHI |
| YOUNG, JAMES E |
| YOUNG, LESLIE HAROLD |
| YUEN, ARTHUR D F |
| ZAPISOCKI, STEVE |
| ZEIT, GERALD |

*Duplicate claims have not been excluded*