**Exhibit D**

## Claims Filed by WILLIAMS BAILEY LAW FIRM           1

| Claimant Name |
|---|
| ANDREWS, JACK |
| BALLARD JR, LUTHER D |
| BARTON, BILLY G |
| BENSON, SAMUEL L |
| BERRY, ROBERT W |
| BLACKWELL, JAMES A |
| BRAZELTON SR, JESSIE |
| BREWER, KEITH A |
| BROWN, JERRY L |
| BURKE, ORANGE |
| BURROUGHS SR, JOHN R |
| BURTS, TOMMIE L |
| BUSH, ISAAC R |
| BUSH, WILLODEAN K |
| BYRD, SYLVESTER |
| CARTER, BENJAMIN |
| CHAMPION, J C |
| CLEMONS, NATHANIEL |
| COCHRAN, CLIFFORD |
| COLVIN, LESTER |
| COOPER, CHARLES D. |
| COSTA, SANDY J |
| COTTON, AUGUST |
| COVINGTON, JAMES H |
| COWHERD, JIMMIE |
| CROWLEY, MARTHA F |
| CURREN SR, JACKIE |
| DAILY, R F |
| DAVIS, HENRY L |
| DAVIS, LEROY |
| DEDRICK, FRANK H |
| DIALS, HOSTON |
| DONNELLY, JOHN L |
| DOROUTH, JOHNNY W |
| DORSEY, LEO |
| DOSS, HORACE |
| DOUGLAS, LLEWELYN |
| DOUGLAS, MILTON H |
| EASON, JAMES C |

*Duplicate claims have not been excluded*

*Claims Filed by WILLIAMS BAILEY LAW FIRM* 2

| Claimant Name |
|---|
| EDWARDS SR, GRADY B |
| FERGUSON, GIRARD L |
| FORD JR, EDDIE R |
| FOWLER, JIMMY R |
| FREED, WILLIE |
| FREEMAN, MORRIS |
| GARRARD, MARANDA |
| GIUFFRIA, PETER A |
| GOBER, PAUL E |
| GODFREY, RICHARD W |
| GOINS, LESSIE R |
| GRAHAM JR, ARTHUR |
| GWIN, ROBERT C |
| HALL, BETTIE |
| HARE JR, JAKE |
| HATCHER, MARDIS D |
| HAYES, LEWIS E |
| HERRING, DARRELL G |
| HEWITT, J D |
| HINTON, WALTER |
| HOLIFIELD JR, JAMES O |
| HOLIFIELD, ALGIA P |
| HOLMES, VICTOR C |
| HUGHES, CLARENCE |
| HUMPHREYS, ROBERT C |
| JACKSON JR, RHUEY |
| JACKSON, ELMORE |
| JAMES JR, FRANK S |
| JERNIGAN, ROY E |
| JOHNSON SR, HARRIS |
| JOHNSON, MARION |
| JOHNSON, WILLIE H |
| JOHNSTON SR, JOHN A |
| KELLEY, ROE W |
| KEMP SR, WILLIE D |
| KEMP, CLINTON G |
| KENNEDY, MERRILL H |
| KING JR, WILLIAM |
| LAW, ALBERT L |

*Duplicate claims have not been excluded*

*Claims Filed by WILLIAMS BAILEY LAW FIRM* 3

| Claimant Name |
|---|
| LEAUE, JAMES F |
| LEWIS, WILLIE O |
| LUCAS JR, JOHN D |
| LUCKEY, LAWRENCE |
| MACK, JUNIOR |
| MARBURY, JIMMY R |
| MASON SR, ALBERT |
| MATTHEWS, BEDFORD |
| MAYER SR, CHARLES W |
| MAYFIELD JR, MORRICE |
| MAZE, WALLACE G |
| MCADAMS, OSCAR R |
| MCKENZIE, THOMAS A |
| MCLAIN JR, CHARLIE |
| MCWHORTER, HAROLD L |
| MILLER, CLELL L |
| MOORE JR, VICTOR M |
| MOORE, JESSIE W |
| MORROW, BERLIN |
| NASH, HAMILTON |
| NICHOLS JR, JAMES |
| NORTHCUTT, DOYLE |
| OCASIO, JOSE C |
| ODOM, CURTIS |
| PACE, HENRY L |
| PALMER JR, JAMES |
| PAYNE JR, HARRY T |
| PEREIRA, WILLIAM C |
| PERRY SR, PAUL E |
| PERRY, CECIL W |
| PERRY, LESTER |
| PETTWAY JR, ALFRED C |
| PILKINGTON, JEROME |
| PLUNKETT, CARLIS C |
| POE, VINCLE |
| PORTER JR, JOHN H |
| POSEY, EDWARD D |
| POWE, CHARLIE |
| POWE, CLAUDE E |

*Duplicate claims have not been excluded*

*Claims Filed by WILLIAMS BAILEY LAW FIRM* 4

| Claimant Name |
|---|
| POWELL, BOOKER T |
| POWELL, JOE |
| PRICE, GENE J |
| RANEY, WILLIAM T |
| RAWLINGS, JOHN |
| RAYMOND, STEPHEN A |
| REED, STEVE P |
| RILES, SEABORN |
| ROBERTS, ARNOLD |
| ROBINSON JR, THOMAS F |
| ROBINSON, EVENS |
| RODRIGUEZ, FRANCISCO D |
| ROSS, FRED A |
| RUSSELL, ROBERT M |
| RUTLEDGE, JAMES |
| SALTER, HAROLD |
| SAMUEL SR, OTIS |
| SAMUEL SR, WILLIE |
| SANSING, JAMES R |
| SCHMIEDECKE, RAYMOND |
| SEXTON, BILLY D |
| SHARPE, HENRY L |
| SIMON, GEORGE R |
| SMITH, ARTHUR R |
| SMITH, CALVIN L |
| SMITH, JESSE W |
| SMITH, LAWRENCE C |
| SMITH, MOSES |
| SNIDER, JAMES F |
| STALLWORTH, TALMAN |
| STINSON, EUGENE |
| STRUGGS SR, JESSIE J |
| SWANNER, RUSSELL A |
| TAYLOR, DRED |
| TAYLOR, SAMUEL M |
| TEER, THOMAS R |
| TEMPLE, HILTON |
| THOMAS, WILLIE S |
| THOMPSON, L T |

*Duplicate claims have not been excluded*

*Claims Filed by WILLIAMS BAILEY LAW FIRM* 5

| Claimant Name |
|---|
| TILLEY, EDWIN H |
| TOWNSEN, CLAUDE A |
| TOWNSEND, DAVE |
| TRAHAN, FRANCIS L |
| TUCKER, JAMES |
| TURNER, ELIOTT |
| TYMES, DARIAN |
| UPSON, FLOYD |
| WALDRUP, AUSTIN C |
| WASHINGTON SR, JAMES E |
| WATTS, HERMAN |
| WEEKLEY, RANSOME L |
| WHEELER, LENORD |
| WHITT SR, JAMES C |
| WILLIAMS JR, ARTHUR |
| WILLIAMS, EPHERIAM |
| WILLIAMS, HATTIE H |
| WILLIAMS, JOHNNIE E |
| WILLIAMS, JOHNNIE L |
| WILLIAMS, LEO |
| WILLIAMSON, WILLIE L |
| WILLIS, WALTER L |
| WILSON JR, J B |
| WOOD, JOE F |
| WRIGHT JR, CORNELIUS |
| WYNN SR, ARTHUR |

*Duplicate claims have not been excluded*