# Exhibit G

# W. R. Grace
# Asbestos Personal Injury Questionnaire



WR GRACE PIQ 017400-0001

WR GRACE PIQ 017400-0002

[THIS PAGE INTENTIONALLY LEFT BLANK.]



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

YOU HAVE RECEIVED THIS QUESTIONNAIRE BECAUSE GRACE BELIEVES THAT YOU HAD SUED ONE OR MORE OF THE DEBTORS LISTED IN APPENDIX A ATTACHED TO THIS QUESTIONNAIRE BEFORE GRACE FILED FOR BANKRUPTCY ON APRIL 2, 2001 FOR AN ASBESTOS-RELATED PERSONAL INJURY OR WRONGFUL DEATH CLAIM, AND THAT CLAIM WAS NOT FULLY RESOLVED.

IF YOU HAVE SUCH A CLAIM, YOU MUST COMPLETE AND SUBMIT THIS QUESTIONNAIRE BY JANUARY 12, 2006 TO RUST CONSULTING, INC., THE CLAIMS PROCESSING AGENT, AT ONE OF THE FOLLOWING ADDRESSES:

IF SENT BY FEDERAL EXPRESS, UNITED PARCEL
IF SENT BY U.S. MAIL          SERVICE, OR A SIMILAR HAND DELIVERY SERVICE

RUST CONSULTING, INC.          RUST CONSULTING, INC.
CLAIMS PROCESSING AGENT          CLAIMS PROCESSING AGENT
RE: W.R. GRACE & CO. BANKRUPTCY          RE: W.R. GRACE & CO. BANKRUPTCY
P.O. BOX 1620          201 S. LYNDALE AVE.
FARIBAULT, MN 55021          FARIBAULT, MN 55021

A QUESTIONNAIRE (AND ANY AMENDMENTS OR ADDITIONAL DOCUMENTS IN SUPPORT OF THE QUESTIONNAIRE) WILL NOT BE CONSIDERED UNLESS RECEIVED BY RUST CONSULTING, INC. BY JANUARY 12, 2006.

THIS QUESTIONNAIRE IS AN OFFICIAL DOCUMENT APPROVED BY THE COURT IN CONNECTION WITH ESTIMATING GRACE'S ASBESTOS-RELATED PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AS A WHOLE. THE QUESTIONNAIRE IS BEING USED BY W. R. GRACE AS A MEANS TO SEEK INFORMATION ABOUT YOUR ASBESTOS CLAIM. BY TIMELY RETURNING THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE, GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION.

THE COURT HAS ORDERED THAT, AS PART OF THE DISCOVERY PROCESS, ALL HOLDERS OF PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS MUST COMPLETE AND RETURN THIS QUESTIONNAIRE. THUS, FAILURE TO TIMELY RETURN THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE MAY RESULT IN SANCTIONS AND/OR OTHER RELIEF AVAILABLE UNDER APPLICABLE FEDERAL RULES.

BECAUSE YOUR CLAIM WILL BE EVALUATED IN ACCORDANCE WITH THE TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION, COMPLETION OF THIS QUESTIONNAIRE DOES NOT MEAN THAT YOUR CLAIM WILL EITHER BE ALLOWED OR PAID. TO THE EXTENT YOU ATTACH TO THIS QUESTIONNAIRE DOCUMENTS ALSO NEEDED BY THE TRUST TO PROCESS YOUR CLAIM, SUCH DOCUMENTS WILL BE PROVIDED TO THE TRUST AND YOU WILL NOT NEED TO RESUBMIT THEM.

## INSTRUCTIONS

WR GRACE PIQ 017400-0004

### A. GENERAL

1. This Questionnaire refers to any lawsuit that you filed before April 2, 2001 for an "asbestos-related wrongful death claim." This term is intended to cover any lawsuit alleging any claim for personal injuries or damages that relates to: (a) exposure to any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors (or any of their respective past or present affiliates, or any of the predecessors of any of the Debtors or any of their respective past or present affiliates), or (b) exposure to vermiculite mined, milled or processed by the Debtors (or any of their respective past or present affiliates, any of the predecessors of any of the Debtors or any of their predecessors' respective past or present affiliates). It includes claims in the nature of or sounding in tort, or under contract, warranty, guarantee, contribution, joint and several liability, subrogation, reimbursement, or indemnity, or any other theory of law or equity, or admiralty for, relating to, or arising out of, resulting from, or attributable to, directly or indirectly, death, bodily injury, sickness, disease, or other personal injuries or other damages caused, or allegedly caused, directly or indirectly, and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors. It includes all such claims, debts, obligations or liabilities for compensatory damages such as loss of consortium, personal or bodily injury (whether physical, emotional or otherwise), wrongful death, survivorship, proximate, consequential, general, special, and punitive damages.

2. Your Questionnaire will be deemed filed only when it has been received by Rust Consulting Inc., the Claims Processing Agent, via U.S. Mail, Federal Express, United Parcel Service or a similar hand delivery service. A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will not be accepted and will not be deemed filed.

    Do not send any Questionnaire to the Debtors, counsel for the Debtors, the Future Claimants Representative, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel. Questionnaires that are filed with or sent to anyone other than Rust Consulting, Inc. will be deemed not to have been submitted, and such Questionnaires will not be considered.

3. Your completed Questionnaire must (i) be written in English, and (ii) attach relevant supporting materials as instructed further below.

4. All holders of claims described on page i (and as described in further detail in Instruction A (1) above) are required to file this Questionnaire by Jan. 12, 2006. Your Questionnaire will be used in connection with the estimation hearing to be conducted by the Court pursuant to the Estimation Procedures Order (a copy of which is attached as Appendix B).

5. Any subsequent amendment to the Questionnaire will not be considered for any purpose unless received by Jan. 12, 2006.

### B. PART I -- Identity of Injured Person and Legal Counsel

Respond to all applicable questions. If you are represented by a lawyer, then in Part I (b), please provide your lawyer's name and the name, telephone number and address of his/her firm. If you are represented by a lawyer, he/she must assist in the completion of this Questionnaire. Also, if you would prefer that the Debtors send any additional materials only to your lawyer, instead of sending such materials to you, then check the box indicating this in Part I (b).

All references to "you" or the like in Parts I through X shall mean the injured person. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete this Questionnaire.

### C. PART II -- Asbestos-Related Condition(s)

Please indicate all asbestos-related medical conditions for which you have been diagnosed. To complete questions related to injuries, medical diagnoses, and/or conditions, please use the following categories of customarily diagnosed conditions:

- Mesothelioma
- Asbestos-Related Lung Cancer
- Other Cancer (colon, laryngeal, esophageal, pharyngeal, or stomach)
- Clinically Severe Asbestosis
- Asbestosis
- Other Asbestos Disease

If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**Supporting Documents for Diagnosis:** This Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that support or conflict with your diagnosis.

**X-rays and B-reads:** Please attach all x-ray readings and reports. You may, but are not required to, attach chest x-rays. The court, however, has ruled that Grace may seek access to chest x-rays upon request.

**Pulmonary Function Tests:** Please attach all pulmonary function test results, including the actual raw data and all spirometric tracings, on which the results are based.

**D. PART III – Direct Exposure to Grace Asbestos-Containing Products**

In Part III, please provide the requested information for the job and site at which you
asbestos-containing products. Indicate the dates of exposure to each Grace asbestos-containing pr
was a result of your employment, use the list of occupation and industry codes below to indicate your occupation and the
industry in which you worked at each site. If you allege exposure to Grace asbestos-containing products at multiple sites, the
Court has ordered that you must complete a separate Part III for each site. For your convenience, additional copies of Part III
are attached as Appendix D to this Questionnaire.

WR GRACE PIQ 017400-0006

Attach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial
causal role in the development of the disease.

## Occupation Codes

01. Air conditioning and heating installer/maintenance
02. Asbestos miner
03. Asbestos plant worker/asbestos manufacturing worker
04. Asbestos removal/abatement
05. Asbestos sprayer/spray gun mechanic
06. Assembly line/factory/plant worker
07. Auto mechanic/bodywork/brake repairman
08. Boilermaker
09. Boiler repairman
10. Boiler worker/cleaner/inspector/engineer/installer
11. Building maintenance/building superintendent
12. Brake manufacturer/installer
13. Brick mason/layer/hod carrier
14. Burner operator
15. Carpenter/woodworker/cabinetmaker
16. Chipper
17. Clerical/office worker
18. Construction - general
19. Custodian/janitor in office/residential building
20. Custodian/janitor in plant/manufacturing facility
21. Electrician/inspector/worker
22. Engineer
23. Firefighter
24. Fireman
25. Flooring installer/tile installer/tile mechanic
26. Foundry worker
27. Furnace worker/repairman/installer
28. Glass worker
29. Heavy equipment operator (includes truck, forklift, & crane)
30. Insulator

31. Iron worker
32. Joiner
33. Laborer
34. Longshoreman
35. Machinist/machine operator
36. Millwright/mill worker
37. Mixer/bagger
38. Non-asbestos miner
39. Non-occupational/residential
40. Painter
41. Pipefitter
42. Plasterer
43. Plumber - install/repair
44. Power plant operator
45. Professional (e.g., accountant, architect, physician)
46. Railroad worker/carman/brakeman/machinist/conductor
47. Refinery worker
48. Remover/installer of gaskets
49. Rigger/stevedore/seaman
50. Rubber/tire worker
51. Sandblaster
52. Sheet metal worker/sheet metal mechanic
53. Shipfitter/shipwright/ship builder
54. Shipyard worker (md. repair, maintenance)
55. Steamfitter
56. Steelworker
57. Warehouse worker
58. Welder/blacksmith
59. Other

## Industry Codes

001. Asbestos abatement/removal
002. Aerospace/aviation
100. Asbestos mining
101. Automotive
102. Chemical
103. Construction trades
104. Iron/steel
105. Longshore
106. Maritime
107. Military (other than U.S. Navy)
108. Non-asbestos products manufacturing

109. Petrochemical
110. Railroad
111. Shipyard-construction/repair
112. Textile
113. Tire/rubber
114. U.S. Navy
115. Utilities
116. Grace asbestos manufacture or milling
117. Non-Grace asbestos manufacture or milling
118. Other

iii

**E.  PART IV – Indirect Exposure to Grace Asbestos-Containing Products**

In Part IV, please provide the information requested for any injury alleged to have been caused by exposure to asbestos-containing products through contact/proximity with another injured person.  If you allege contact/proximity with multiple injured persons, please complete a separate Part IV for each injured person.  For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.



**F.  PART V -- Exposure to Non-Grace Asbestos-Containing Products**

In Part V, please provide the requested information for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products.  If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate Part V for each party.  If exposure was in connection with your employment, use the list of occupation and industry codes in Part III to indicate your occupation and the industry in which you worked.  For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

**G.  PART VI -- Employment History**

In Part VI, please provide the information requested for each industrial job you have held, other than jobs already listed in Parts III or V.  Use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked for each job.  Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**H.  PART VII -- Litigation and Claims Regarding Asbestos and/or Silica**

In Part VII, please describe any lawsuits and/or claims that were filed by you or on your behalf regarding asbestos or silica.

**I.  PART VIII -- Claims by Dependents or Related Persons**

Part VIII is to be completed only by dependents or related persons (such as spouse or child) of an injured person who sued the Debtors before April 2, 2001 for an asbestos-related personal injury or wrongful death claim against Grace not involving physical injury to him-/herself on account of his/her own exposure.  One example of such a claim would be a claim for loss of consortium.  If you are asserting such a claim, complete the entire Questionnaire, providing all information and documentation regarding the injured person.

**J.  PART IX -- Supporting Documentation**

In Part IX, please mark the boxes next to each type of document that you are submitting with this Questionnaire.  As indicated in the instructions to Parts II and III, this Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that (a) support or conflict with your diagnosis and/or (b) establish exposure to Grace asbestos-containing products as having a substantial causal role in the development of the medical diagnoses, and/or conditions claimed.  Original documents provided to Grace will be returned within a reasonable time after its professionals and experts have reviewed the documents.

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation.  Please indicate the documents for which you are seeking reimbursement and attach a receipt for such cost.

**K.  PART X -- Attestation that Information is True, Accurate and Complete**

By signing Part X, you, the injured person, are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Questionnaire is true, accurate and complete.  If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete and sign Part X on behalf of the injured person.

The legal representative of the injured person must complete and sign Part X where indicated.

WR GRACE PIQ 017400-0007

REDACTED

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

### a. GENERAL INFORMATION

1. Name of Claimant: _____  2. Gender: ☒ Male ☐ Female
   First          MI          Last

3. Race (for purposes of evaluating Pulmonary Function Test results): ................  ☐ White/Caucasian
                                                                                       ☐ African American
                                                                                       ☐ Other

4. Last Four Digits of Social Security Number: _____  5. Birth Date: _____

6. Mailing Address: _
   Address                City              State/Province        Zip/Postal Code

7. Daytime Telephone Number: ...........................

### b. LAWYER'S NAME AND FIRM

1. Name of Lawyer: Scott W. Wert
2. Name of Law Firm With Which Lawyer is Affiliated: Foster + Sear, LLP
3. Mailing Address of Firm: 524 E. Lamar Blvd #200  Arlington  Tx  76011
   Address              City          State/Province      Zip/Postal Code
4. Law Firm's Telephone Number or Lawyer's Direct Line: ...............(8 1 7) 6 3 3 - 3 3 5 5

   ☒ Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? ........................................ ☒ Living ☐ Deceased
   If deceased, date of death: ................................................ ___ / ___ / ___

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:
   Primary Cause of Death (as stated in the Death Certificate): _____
   Contributing Cause of Death (as stated in the Death Certificate): _____

## PART II: ASBESTOS RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged:
   ☐ Asbestos-Related Lung Cancer          ☐ Mesothelioma
   ☒ Asbestosis                            ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
   ☒ Other Asbestos Disease                ☐ Clinically Severe Asbestosis

   a. Mesothelioma: If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):
      ☐ diagnosis from a pathologist certified by the American Board of Pathology
      ☐ diagnosis from a second pathologist certified by the American Board of Pathology
      ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition
      ☐ other (please specify): _____

RECD JUL 12 2006

1

## PART II:  ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE PIQ 017400-0008

b.  **Asbestos-Related Lung Cancer:**  If alleging Asbestos-Related Lung Cancer, were you diagnosed with lung cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

☐ other (please specify):_____

c.  **Other Cancer:**

(i)  If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon ☐ pharyngeal ☐ esophageal ☐ laryngeal ☐ stomach cancer

☐ other, please specify: _____

(ii)  Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☑ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

☐ other (please specify): _____

2

WR GRACE PIQ 017400-0009

d.  **Clinically Severe Asbestosis:**  If alleging Clinically Severe Asbestosis, was your diagnosis (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☑ asbestosis determined by pathology  *my guess*

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

e.  **Asbestosis:**  If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☑ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☑ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE PIQ 017400-0010

f.   **Other Asbestos Disease:** If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ diagnosis determined by pathology

☐ a chest x-ray reading · conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☒ a chest x-ray reading  other than those described above

☒ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a pulmonary function test other than that discussed above

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐ a CT Scan or similar testing

☐ a diagnosis other than those above

☐ other (please specify): _____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

PART III ASBESTOS RELATED CONDITIONS (Continued)

WR GRACE PIQ 017400-0011

2. **Information Regarding Diagnosis**

Date of Diagnosis: _See Attached Exhibit A_ __ __ / __ __ / __ __ __ __

Diagnosing Doctor's Name: _See Attached Exhibit A_

Diagnosing Doctor's Specialty: _See Attached Exhibit A_

Diagnosing Doctor's Mailing Address: _See Attached Exhibit A_
Address

City                                    State/Province                    Zip/Postal Code

Diagnosing Doctor's Daytime Telephone Number: .................. (_See_ ) _Attached Exhibit A_

With respect to your relationship to the diagnosing doctor, check all applicable boxes:

Was the diagnosing doctor your personal physician? ................................................................ ☐ Yes ☒ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? ................... ☒ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor?........... ☐ Yes ☒ No

Was the diagnosing doctor referred to you by counsel? ................................................. ☒ Yes ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel? ..................... ☐ Yes ☒ No

*If yes, please explain:* _N/A_

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis? ...................................................... ☒ Yes ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis? ................................................................ _N/A_ ☐ Yes ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? ................................................................ ☒ Yes ☐ No

Did the diagnosing doctor perform a physical examination? ................................................. ☒ Yes ☐ No

Do you currently use tobacco products? ................................................................ ☐ Yes ☐ No

Have you ever used tobacco products? ................................................................ ☐ Yes ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

_N/A_

☐ Cigarettes      Packs Per Day (half pack = .5) _____      Start Year __ __ __ __      End Year __ __ __ __

☐ Cigars      Cigars Per Day _____      Start Year __ __ __ __      End Year __ __ __ __

☐ If Other Tobacco Products, please specify (e.g., chewing tobacco): _____
Amount Per Day _____      Start Year __ __ __ __      End Year __ __ __ __

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? ..................... ☐ Yes ☒ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

3. **Information Regarding Chest X-Ray**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☒ Mobile laboratory ☐ Job site ☒ Union Hall ☐ Doctor office ☐ Hospital ☐ Other:_____

Address where chest x-ray taken: _2835 old Galveston Rd (union Hall)_
Address

_Houston_                                    _TX_
City                                    State/Province                    Zip/Postal Code

_one xRay Li first SP Galveston_

REDACTED

**PART II: ASBESTOS RELATED CONDITIONS (Continued)**

WR GRACE PIQ 017400-0012

REDACTED

4.  Information Regarding Chest X-Ray Reading   *See Attached Exhibit A*

Date of Reading: ___/___/_____          ILO score: _____

Name of Reader: *See Attached Exhibit A*

Reader's Daytime Telephone Number: *See Attached Exhibit ( A )* ___-____

Reader's Mailing Address: *See Attached Exhibit A*
                          Address

_____
City                              State/Province                    Zip/Postal Code

With respect to your relationship to the reader, check all applicable boxes:

Was the reader paid for the services that he/she performed............. ☒ Yes ☐ No

*If yes, please indicate who paid for the services performed:* ___

Did you retain counsel in order to receive any of the services performed by the reader?............ ☐ Yes ☒ No

Was the reader referred to you by counsel? .................................................. ☒ Yes ☐ No

Are you aware of any relationship between the reader and your legal counsel?............ ☐ Yes ☒ No

*If yes, please explain:* *N/A*

Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?

.................................................................................................. ☒ Yes ☐ No

*If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* *N/A*

5.  Information Regarding Pulmonary Function Test: *See Attached Exhibit A* .... Date of Test: ___/___/_____

List your height in feet and inches when test given: *See Attached Exhibit A* ___ ft ___ inches

List your weight in pounds when test given: *See Attached Exhibit A* ___ lbs

Total Lung Capacity (TLC): *See Attached Exhibit A* ___ % of predicted

Forced Vital Capacity (FVC): *See Attached Exhibit A* ___ % of predicted

FEV1/FVC Ratio: *See Attached Exhibit A* ___ % of predicted

Name of Doctor Performing Test (if applicable): *See Attached Exhibit A*

Doctor's Specialty: *See Attached Exhibit A*

Name of Clinician Performing Test (if applicable): *See Attached Exhibit A*

Testing Doctor or Clinician's Mailing Address: *See Attached Exhibit A*
                                               Address

_____
City                              State/Province                    Zip/Postal Code

Testing Doctor or Clinician's Daytime Telephone Number: *See Attached Exhibit A*

Name of Doctor Interpreting Test: *See Attached Exhibit A*

Doctor's Specialty: *See Attached Exhibit A*

Interpreting Doctor's Mailing Address: *See Attached Exhibit A*
                                       Address

_____
City                              State/Province                    Zip/Postal Code

Interpreting Doctor's Daytime Telephone Number: *See Attached Exhibit A* ___-____

6

## PART II. ASBESTOS-RELATED CONDITION(S) (Continued)

[WR GRACE PIQ 017408-0013]

With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:

If the test was performed by a doctor, was the doctor your personal physician?........................................ ☐ Yes ☒ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ............................... ☒ Yes ☐ No

*If yes, please indicate who paid for the services performed:* __

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician? .. ☐ Yes ☒ No

Was the testing doctor or clinician referred to you by counsel?................................................................ ☒ Yes ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ............. ☐ Yes ☒ No

*If yes, please explain:* N/A

Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?........................................................................................ ☒ Yes ☐ No

With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:

Was the doctor your personal physician? ............................................................................................ ☐ Yes ☒ No

Was the doctor paid for the services that he/she performed?.................................................................... ☒ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _

Did you retain counsel in order to receive any of the services performed by the doctor? ........................... ☐ Yes ☒ No

Was the doctor referred to you by counsel?......................................................................................... ☒ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? .................................... ☐ Yes ☒ No

*If yes, please explain* N/A

Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?.............................. ☒ Yes ☐ No

6. **Information Regarding Pathology Reports:**

Date of Pathology Report:........................................................... __ __ / __ __ / __ __ __ __

Findings: _____

*Non*

Name of Doctor Issuing Report: _____ N/A _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____
Address

City                              State/Province              Zip/Postal Code

Doctor's Daytime Telephone Number: ........................................ ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

Was the doctor your personal physician? ............................................................................................ ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed?.................................................................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ........................... ☐ Yes ☐ No

Was the doctor referred to you by counsel?......................................................................................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ........................................ ☐ Yes ☐ No

*If yes, please explain:* _____

Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?

........................................................................................................................................... ☐ Yes ☐ No

REDACTED

7

## PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE PIQ 017400-0014

7. With respect to the condition alleged, have you received medical treatment from a doctor for the condi....
..................................................................................................................................................................☐ Yes ☐ No

*If yes, please complete the following:*

Name of Treating Doctor: _____

Treating Doctor's Specialty: _____

Treating Doctor's Mailing Address: _____

                       Address _____

City                                   State/Province                   Zip/Postal Code

Treating Doctor's Daytime Telephone number: ...........................................( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

Was the doctor paid for the services that he/she performed? ..............................................................................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:*. _____

Did you retain counsel in order to receive any of the services performed by the doctor?......................☐ Yes ☐ No


**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

8

WR GRACE PIQ 017400-0016

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

**Site of Exposure:**

Site Name: _Monsanto Chemical_     Location: _Bay St Texas City TX._

Site Type: ☐ Residence ☐ Business     Site Owner: _____

Employer During Exposure: _Monsanto Ma'n._     Unions of which you were a member during your employment: _Local 21_

| | Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code (Code to specify) | Industry Code (Code to specify) | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If so, please indicate your regular proximity to such activity. | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| Job 1 Description: | | | 1952-1987 30,000 Regular Mn Smelter | | | Insol. Pellets & Shell Bricks | Bad !!! Monsanto Co. |
| Job 2 Description: | | | 7 years 9-hour | | | Pebbly Kettles | Shore By Bags |
| Job 3 Description: | | | 1953-1966 Nasty Saner | | | Creed Gyspter | All Time |
| Job 4 Description: | | | | | | | |
| Job 5 Description: | | | | | | | |
| Job 6 Description: | | | | | | | |

9

## PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCT

WR GRACE PIQ 017400-0016

1.  Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person? *If it Was used in Public Markets!*  ☑ Yes  ☐ No

    *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products.  For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2.  Please indicate the following information regarding the other injured person:

    Name of Other Injured Person: _HE Baker Insulation_  Gender: ☒ Male  ☐ Female

    Last Four Digits of Social Security Number: _No Number_  Birth Date: ___ / ___ / ___

3.  What is your Relationship to Other Injured Person: ................................... ☐ Spouse  ☐ Child  ☑ Other

4.  Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:
    _____

5.  Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:
    _Dont Know_   From: ___ / ___ / _____  To: ___ / ___ / _____

6.  Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:
    _Dant Know_

7.  Has the Other Injured Person filed a lawsuit related to his/her exposure? ........................... ☑ Yes  ☐ No

    *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

    Caption: _Not Sure_

    Case Number: _____  File Date: ___ / ___ / ___

    Court Name: _____

8.  Nature of Your Own Exposure to Grace Asbestos-Containing Product:
    _Streeks in dusts_

9.  Dates of Your Own Exposure to Grace Asbestos-Containing Product:
    _Dont Remember_   From: ___ / ___ / _____  To: ___ / ___ / _____

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:
    _____

[REMAINDER OF PAGE INTENTIONALLY BLANK]

10

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products
(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

Party Against which Lawsuit or Claim was Filed: __see Exh C__

| | Product(s) | Dates and Frequency of Exposure (months/days/year) | Occupation Code (If Code 59, specify) | Industry Code (If Code 118, specify) | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut (If "yes" please indicate your proximity to such areas) | Nature of Exposure |
|---|---|---|---|---|---|---|
| **Site of Exposure 1** | See Exh B | | | | | |
| Job 1 Description: _____ | | | | | | |
| Site Name: _____ | | | | | | |
| Address: _____ | | | | | | |
| City and State: _____ | | | | | | |
| Site Owner: _____ | | | | | | |
| Job 2 Description: _____ | | | | | | |
| Job 3 Description: _____ | | | | | | |
| **Site of Exposure 2** | | | | | | |
| Job 1 Description: _____ | | | | | | |
| Site Name: _____ | | | | | | |
| Address: _____ | | | | | | |
| City and State: _____ | | | | | | |
| Site Owner: _____ | | | | | | |
| Job 2 Description: _____ | | | | | | |
| Job 3 Description: _____ | | | | | | |
| **Site of Exposure 3** | | | | | | |
| Job 1 Description: _____ | | | | | | |
| Site Name: _____ | | | | | | |
| Address: _____ | | | | | | |
| City and State: _____ | | | | | | |
| Site Owner: _____ | | | | | | |
| Job 2 Description: _____ | | | | | | |
| Job 3 Description: _____ | | | | | | |

WR GRACE PIQ 017400-0017

11

WR GRACE PIQ 017400-0018

## PART VI: EMPLOYMENT HISTORY

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

Occupation Code: _41-55_  If Code 59, specify: _See Attached Exhibit B_
Industry Code: _____  If Code 118, specify: _See Attached Exhibit B_
Employer: _Monsanto_          _See Attached Exhibit B_
Beginning of Employment: _10 / 7 / 1952_    End of Employment: _11 / 7 / 1992_
Location: _Texas City_          _See Attached Exhibit B_
          Address

City _Texas City_          State/Province          Zip/Postal Code

Occupation Code: _41-55_  If Code 59, specify: _See Attached Exhibit B_
Industry Code: _____  If Code 118, specify: _____
Employer: _Stone & Webster (Construction)_
Beginning of Employment: ___ / ___ / _____    End of Employment: _1 on/or 2 month_
Location: _at Monsanto Plant_          _between Tensmelt_
          Address                              _Job and fall of 52_

City _Texas City_          State/Province          Zip/Postal Code

Occupation Code: _41-55_  If Code 59, specify: _See Attached Exhibit B_
Industry Code: _____  If Code 118, specify: _____
Employer: _Tin Smelter_
Beginning of Employment: _3 / 1 / 1946_    End of Employment: _ / < / 1951_ _6 or 7 years_
Location: _Texas City Texas_
          Address

City _Texas City_          State/Province          Zip/Postal Code

Occupation Code: _41-55_  If Code 59, specify: _See Attached Exhibit B_
Industry Code: _____  If Code 118, specify: _____
Employer: _____
Beginning of Employment: ___ / ___ / ?    End of Employment: ___ / ? / ___
Location: _Monsanto Plant    one or two months_
          Address

City _____          State/Province          Zip/Postal Code

**PART VII: LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR SILICA**

WR GRACE PIQ 017400-0019

## a. LITIGATION

1. Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?.................................☒ Yes ☐ No

   *If yes, please complete the rest of this Part VII(a) for each lawsuit.  For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2. Please provide the caption, case number, file date, and court name for the lawsuit you filed:

   Caption: ___See  Attached  Exhibit  C___

   Case Number: ___See  Attached  Exhibit  C___   File Date: ___07/28/1998___

   Court Name: ___See  Attached  Exhibit  C___

3. Was Grace a defendant in the lawsuit?......................................................................................☒ Yes ☐ No

4. Was the lawsuit dismissed against any defendant?....................................................................☒ Yes ☐ No

   *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*
   ___See  General  Objections  and  further  objection  is  made  in  that  answer  calls  for  attorney  work-product.___

5. Has a judgment or verdict been entered?....................................................................................☐ Yes ☒ No

   *If yes, please indicate verdict amount for each defendant(s):* _____

6. Was a settlement agreement reached in this lawsuit?................................................................☒ Yes ☐ No

   *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

   a. Settlement amount for each defendant: ___See  General  Objections___

   b. Applicable defendants: ___See  General  Objections___

   c. Disease or condition alleged: ___See  General  Objections___

   d. Disease or condition settled (if different than disease or condition alleged): _____

7. Were you deposed in this lawsuit?..............................................................................................☒ Yes ☐ No

   *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

## b. CLAIMS

1. Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)?..............................................☐ Yes ☐ No

   *If yes, please complete the rest of this Part VII(b).  If no, please skip to Part VIII.*

2. Date the claim was submitted: ___See  General  Objections___  ___/___/___

3. Person or entity against whom the claim was submitted: ___See  General  Objections___

4. Description of claim: ___See  General  Objections___

5. Was claim settled?......................................................................................................................☐ Yes ☐ No

6. Please indicate settlement amount: _____$ _____

7. Was the claim dismissed or otherwise disallowed or not honored?.........................................☐ Yes ☐ No

   *If yes, provide the basis for dismissal of the claim:* _____

13

REDACTED

**PART VIII: CLAIMS BY DEPENDENTS OR RELATED PERSONS**

WR GRACE PIQ 017400-0020

Name of Dependent or Related Person: _____   Gender: ☐ Male ☑ Female

Last Four Digits of Social Security Number: __ __ __ __   Birth Date: _____

Financially Dependent: ...........................................................................................☐ Yes ☑ No

Relationship to Injured Party: ☑ Spouse ☐ Child ☐ Other  If other, please specify *None*

Mailing Address: _____
 _____ Address

City _____   State/Province _____   Zip/Postal Code _____

Daytime Telephone number: _____

REDACTED

**PART IX: SUPPORTING DOCUMENTATION**

Please use the checklists below to indicate which documents you are submitting with this form.

**Copies:**

☑ Medical records and/or report containing a diagnosis
☐ Lung function test results
☑ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products
☑ Supporting documentation of other asbestos exposure

☐ X-rays
☑ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Depositions from lawsuits indicated in Part VII of this Questionnaire
☐ Death Certification

**Originals:**

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products

☐ Supporting documentation of other asbestos exposure
☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

**PART X: ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE**

The information provided in this Questionnaire must be accurate and truthful. This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim. The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 & 3571. **TO BE COMPLETED BY THE INJURED PERSON.**

I swear, <u>under penalty of perjury</u>, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete. *as close as possible*

Signature: _____  Date: 02/16/2006

Please Print Name:  **REDACTED** _____

**TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.**

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: _____  Date: ___/___/_____

Please Print Name: _____

14


WR GRACE PIQ 017400-0021

# PHILLIP H. LUCAS, M. D.
### RADIOLOGY • INTERNAL MEDICINE • NIOSH B-READER

220 Winged Foot Circle
Jackson, Mississippi 39211
(601) 957-2262 • Fax (601) 957-6912

**REDACTED**

PA and lateral chest radiographs dated 07/19/97 were evaluated for the presence and classification of asbestos related pneumoconiosis utilizing the 1980 ILO guidelines.

The film quality is 2 secondary to an artifact. The heart, mediastinum and pulmonary vasculature are normal. Irregular interstitial opacities are seen throughout both lungs, the size and shape of which are classified as t/t, and the profusion is 1/0. The pleural surfaces are unremarkable, and no other significant defects are found.

## OPINION:

Bilateral interstitial fibrotic changes consistent with asbestosis in a patient who has had an adequate exposure history and latent period.

*Phillip H. Lucas*
_____
Phillip H. Lucas, M. D.

PHL/al
08/08/97

# EXHIBIT "A"


WR GRACE PIQ 017400-0022

# PHILLIP H. LUCAS, M. D.
RADIOLOGY • INTERNAL MEDICINE • NIOSH B-READER

220 Winged Foot Circle
Jackson, Mississippi 39211
(601) 957-2262 • Fax (601) 957-6912

**REDACTED**

| WORKER'S Social Security Number | TYPE OF READING | DATE OF READING |
|---|---|---|
| | A [X] P | MONTH DAY YR  0 6 3 0 9 7 |

| 1A. DATE OF X-RAY | 1B. FILM QUALITY | If Not Grade 1 Give Reason | 1C. IS FILM COMPLETELY NEGATIVE? |
|---|---|---|---|
| MONTH DAY YR  0 4 1 9 9 7 | 1 [2] 3 U/R | (illegible) | YES ☐ Proceed to Section 5   NO [X] Proceed to Section 2 |

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**  YES [X]  COMPLETE 2B and 2C  NO ☐  PROCEED TO SECTION 3

**2B. SMALL OPACITIES**

a. SHAPE/SIZE
PRIMARY    SECONDARY

| p | s | | p | s |
|---|---|---|---|---|
| q | [x] | | q | [x] |
| r | u | | r | u |

b. ZONES
| [X] | [X] |
| [X] | [X] |
| [X] | [X] |
R  L

c. PROFUSION
| 0/ | 0/ | 0/ |
| 0 | 0 | 1 |
| [1/0] | 1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/4 |

**2C. LARGE OPACITIES**

SIZE [X] A B C

PROCEED TO SECTION 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**  YES ☐  COMPLETE 3B, 3C and 3D  NO [X]  PROCEED TO SECTION 4

**3B. PLEURAL THICKENING**

a. DIAPHRAGM (plaque)
SITE  O R L

b. COSTOPHRENIC ANGLE
SITE  O R L

**3C. PLEURAL THICKENING... Chest Wall**

a. CIRCUMSCRIBED (plaque)

| | SITE | O R | | SITE | O L |
|---|---|---|---|---|---|
| IN PROFILE | i. WIDTH | O A B C | | | O A B C |
| | ii. EXTENT | 0 1 2 3 | | | 0 1 2 3 |
| FACE ON | iii. EXTENT | 0 1 2 3 | | | 0 1 2 3 |

b. DIFFUSE

| | SITE | O R | | SITE | O L |
|---|---|---|---|---|---|
| IN PROFILE | i. WIDTH | O A B C | | | O A B C |
| | ii. EXTENT | 0 1 2 3 | | | 0 1 2 3 |
| FACE ON | iii. EXTENT | 0 1 2 3 | | | 0 1 2 3 |

**3D. PLEURAL CALCIFICATION**

SITE  O R    EXTENT

| a. DIAPHRAGM | 0 1 2 3 |
| b. WALL | 0 1 2 3 |
| c. OTHER SITES | 0 1 2 3 |

SITE  O L    EXTENT

| a. DIAPHRAGM | 0 1 2 3 |
| b. WALL | 0 1 2 3 |
| c. OTHER SITES | 0 1 2 3 |

PROCEED TO SECTION 4

**4A. ANY OTHER ABNORMALITIES?**  YES ☐  COMPLETE 4B and 4C  NO [X]  PROCEED TO SECTION 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

| 0 | ax | bu | ca | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | pi | px | rp | tb |

Report items which may be of present clinical significance in this section.   OD   (SPECIFY od.)  _____

Date Personal Physician notified?
MONTH  DAY  YR

**4C. OTHER COMMENTS**

_____
_____
_____

YES | NO




WR GRACE PIQ 017400-0023

# Pulmonary & Critical Care Consultants of Austin, LLP

DATE OF EXAM: 7/09/99

**DOWNTOWN OFFICE**

AUSTIN DOCTORS BUILDING

1305 WEST 34TH STREET

SUITE 400

AUSTIN TX 78705

PHONE • 512/459•6599

FAX • 512/459•8496

**NORTHWEST OFFICE**

SETON NORTHWEST

11111 RESEARCH BLVD.

SUITE 210

AUSTIN TX 78759

PHONE • 512/459•6599

FAX • 512/459•8496

WILLIAM J. DEATON, MD, PA

MARK C. CLARK, MD, PA

FRANK G. MAZZA, MD, PA

MICHAEL SHAPIRO, MD, PA

JORDAN S. WEINGARTEN, MD, PA

MARK S. KLEPPER, MD, PA

PAUL H. HARFORD, MD, PA

KENNETH A. PERRET, MD, PA

REDACTED

**REDACTED**

**PHYSICIAN: Dr. Cochrane, Family Practitioner**

............... is a 74 year old gentleman who has a rare cough. When he does have the cough he brings up some white phlegm. He says that he wheezes occasionally. It is not a regular occurrence. He doesn't take any medicine for it. He can walk a mile on level ground easily and thinks he can go many more. He can go up stairs easily. He goes up three or four flights without stopping.

**PAST LUNG DISEASE:**   He had pneumonia in '75, no other history of chronic lung disease.

**SMOKING HISTORY:**   He smoked three or four cigarettes a day for about 13 years. He quit 30 years ago completely.

**OCCUPATIONAL HISTORY:**   He was in the Navy from '43 to '46. From '46 to '52 he worked in a tin smelter casting tin. He worked as a pipe fitter. He says that there was a lot of insulated and covered pipe that he was exposed to. He says he did some maintenance work and repair work and this pipe covering was disturbed. He worked around a lot of very hot areas and believes there was asbestos in this environment but doesn't recall specific details. He did not wear a mask there. He didn't do any sandblasting there. He worked for Monsanto from '52 to '82 as a pipe fitter. He has used asbestos rope. He has unraveled it. He has mixed it with epoxy as a wrapping for caustic pipe packing. He has used asbestos gaskets. He has used fire blankets extensively. He has mixed up asbestos shorts with water to make a mud. He has used transite siding. He has drilled holes in it with a variety of different instruments. He was unemployed from '82 to '94. He occasionally wore a paper mask. He says it was not typical nor regular.

**PAST MEDICAL HISTORY:** He doesn't have any allergies to medications. He takes Captopril. He had a TURP in January of '98. He has hypertension and a hiatal hernia.

**FAMILY HISTORY:** A sister has breast cancer. Mother has diabetes and father has hypertension.

**SOCIAL HISTORY:**   He has a beer now and then.

**REVIEW OF SYSTEMS:**   He has indigestion. He has difficulty swallowing.

**PHYSICAL EXAMINATION:** Blood pressure is 140/90.   Pulse 88 and regular. Respirations 12 and unlabored. Weight 183 lbs.




WR GRACE PIQ 017400-0024

**REDACTED**

**PAGE 2**

**HEAD & NECK:** There is no JVD or adenopathy. Oropharynx is clear. Nose is clear. Ears are normal with normal TM's. No thyromegaly. Carotid upstrokes are full bilaterally without bruits.
**CHEST:** Breath sounds are clear and equal bilaterally. There are no wheezes or rales.
**CARDIAC EXAM:** Regular rate and rhythm with a normal S1 and S2.
**ABDOMEN:** Soft and nontender with normal bowel sounds. No hepatosplenomegaly or masses.
**EXTREMITIES:** No cyanosis, clubbing or edema.
**NEUROLOGICAL:** Alert and oriented times 3 and nonfocal.

His chest x-ray from today shows a good quality PA and lateral film. He has bilateral interstitial infiltrates of relatively low profusion on this radiograph composed of small and medium-sized irregular and rounded opacities. He has bilateral pleural plaque with in profile and en face components. There is a suggestion of pleural plaque on the left hemidiaphragm but this is not well seen, however. The lateral shows no additional abnormalities. His older x-ray is available for review. It is dated 7/18/97. This older x-ray shows bilateral interstitial infiltrates and in retrospect it does show the pleural plaque. It is more apparent on the left than the right. However, I do see the same changes. This confirms the presence of this abnormality.

Pulmonary function tests show normal flow rates, mild restriction, and normal diffusion when corrected for alveolar volume.

**ASSESSMENT & PLAN:**

1.    This is an elderly gentleman who has been exposed to asbestos in the work place over many years who has interstitial fibrosis due to asbestosis. He also has asbestos related pleural disease with bilateral pleural plaque as described. I have explained these findings to him as well as his future risk of progressive pulmonary fibrosis, pulmonary insufficiency, lung cancer, and other asbestos related malignancies. He understands and will follow-up with his physician on a regular basis.

Mark Klepper, M.D.
MSK:ss

xc:   Foster & Sear

# PULMONARY AND CRITICAL CARE CONSULTANTS OF

WR GRACE PIQ 017400-0026

## Pulmonary Function Analysis

Name:
Id:
Technician: M. CHESNUTT CCPT
Physician: M. KLEPPER, M.D.

Date: 07/09/99

Age: 74    Height(in): 71    Weight(lb): 193    Gender: Male    Race: Caucasian

REDACTED



### Spirometry

| | | Ref | Pre Meas | Pre % Ref | Post % Chg |
|---|---|---|---|---|---|
| FVC | Liters | 4.57 | 4.00 | 88 | |
| FEV1 | Liters | 3.46 | 3.21 | 93 | |
| FEV1/FVC | % | 76 | 80 | | |
| FEF25-75% | L/sec | 2.99 | 3.16 | 106 | |
| PEF | L/sec | 8.35 | 9.15 | 109 | |

### Lung Volumes

| | | Ref | Pre Meas | Pre % Ref |
|---|---|---|---|---|
| VC | Liters | 4.57 | 4.00 | 88 |
| IC | Liters | 3.01 | (3.83) | (127) |
| ERV | Liters | 1.51 | (0.55) | (36) |
| FRC Dil | Liters | 3.87 | (1.56) | (40) |
| RV | Liters | 2.58 | (1.39) | (54) |
| TLC | Liters | 7.21 | (5.39) | (75) |
| RV/TLC | % | 37 | (26) | |

### Diffusion

| | | Ref | Pre Meas | Pre % Ref |
|---|---|---|---|---|
| DLCO | mL/min/mmHg | 32.3 | (20.4) | (63) |
| VA | Liters | | 6.36 | |
| DLCO/VA | 1/min/mmHg | 4.56 | 3.21 | 70 |





PULMONARY AND CRITICAL CARE
**CONSULTANTS OF AUST'**
**1305 WEST 34TH STREET SUITE 400**
**AUSTIN, TEXAS 78705**



WR GRACE PIQ 017400-0028

Date: 07/09/99                     **Pre**

Single Breath DLCO ---

| | Ref | Best | % Ref | 1 | 2 |
|---|---|---|---|---|---|
| DLCO | 32.3 | 20.4 | 63 | 21.5 | 19.3 |
| DL Adj | 32.3 | 20.4 | 63 | 21.5 | 19.3 |
| IVC | | 3.70 | | 3.71 | 3.69 |
| VA | | 6.36 | | 6.28 | 6.44 |
| DL/VA Adj | | 3.21 | | 3.42 | 3.08 |



REDACTED

PULMONARY AND CRITICAL CARE
**CONSULTANTS OF AUSTIN**
**1305 WEST 34TH STREET SUITE 400**
**AUSTIN, TEXAS 78705**



Date: 07/09/99                     Pre

**REDACTED**

**Flow Volume Loop**

|           | Ref  | Best | % Ref | 1    | 2    | 3    | 4    |
|-----------|------|------|-------|------|------|------|------|
| FVC       | 4.57 | 4.00 | 88    | 4.00 | 4.00 | 3.90 | 3.77 |
| FEV1      | 3.46 | 3.21 | 93    | 3.21 | 3.15 | 3.08 | 3.00 |
| FEV1/FVC  | 76   | 80   |       | 80   | 79   | 79   | 80   |
| FEF25-75% | 2.99 | 3.16 | 106   | 3.16 | 2.95 | 2.84 | 3.00 |
| PEF       | 8.36 | 9.15 | 109   | 9.15 | 8.78 | 8.57 | 7.89 |



REDACTED

NAME:
NICKNAME:
GROUP NAME:  CANTRELL.C


WR GRACE PIQ 017400-0028

## WORK HISTORY SHEET

EMPLOYER:  SEE ATTACHED LIST

JOB SITE:  SEE ATTACHED LIST

CITY, STATE:  SEE ATTACHED LIST

DATE OF JOB:  SEE ATTACHED LIST

EXPOSURE TO
ASBESTOS PRODUCTS:  _____

LENGTH OF JOB:  _____

MY DUTIES AT THIS JOB SITE:
Pipe fitter

WAS JOB NEW CONSTRUCTION _____;
REPAIR _____; or BOTH  X

WAS JOB INDOORS? _____;
OUTDOORS? _____; or BOTH  X

REASON FOR LEAVING:
Retired   *Early Ret.*

WAGE RATE/HOUR:  *Dont Rember*

AVERAGE HOURS WORKED/WEEK:  40+

PERCENTAGE OF TIME EXPOSED TO
ASBESTOS PRODUCTS:  100%

SUPERVISOR:  *Jim Hickey*

NAMES OF COWORKERS & JOB TITLES:

H.E. Baker
John Stokes
W.G. Richardson
H.G. Splawn
J.B. Butler
_____
_____
_____

ON THIS JOB SITE WERE YOU EXPOSED
ANY OF THE FOLLOWING:

| | | | |
|---|---|---|---|
| CHEMICALS | YES_____ | NO | X |
| FUMES | YES  X | NO | |
| GASES | YES  X | NO | |
| CHROMIUM | YES_____ | NO | X |
| CADMIUM | YES_____ | NO | X |
| ANY OTHER PRODUCT | YES_____ | NO | X |

LIST:  _____

DID YOU WEAR A RESPIRATOR, MASK OR
OTHER PROTECTIVE DEVICE ON THIS JOB
TO AVOID INHALATION OF ANY DUST OR
FUMES INCLUDING ASBESTOS DUST?
YES: _____  NO:  X

COMMENTS:

ASBESTOS MATERIALS USED ON THIS JOB:
*all Kinds asbestos*

WORKED
(WITH)  AROUND

SEE ATTACHMENT 'A'
FOR PRODUCTS USED AT VARIOUS SITES

EXHIBIT
"B"

**REDACTED**


WR GRACE PIQ 017400-0929

FIRST NAME:
MIDDLE NAME:
LAST NAME:     CANTRELL.C

<u>WORK HISTORY SHEET</u>

### <u>EMPLOYERS AND JOB SITES</u>

Tin Smelter
Tin Smelter Plant
Texas City, Texas
1947-1952
Machinist *Pipe fitter I operator*

United Engineers
Monsanto Chemical Plant
Texas City, Texas
Pest    *one year*

*Best I Can Relember (Sorry)*

*All Dates and times are*
*give or take :*

Stone & Webster Construction
Monsanto Chemical Plant
Texas City, Texas
1953    *3 mo*

**REDACTED**

Monsanto
Monsanto Chemical Plant
Texas City, Texas
1954-1992

**REDACTED**

NAME:      **REDACTED**
NICKNAME:
GROUP NAME:   <u>CANTRELL.C</u>

WR GRACE PIQ 017400-0030

<u>WORK HISTORY SHEET</u>

### <u>Attachment A</u>
### <u>Product List</u>

<u>ASBESTOS MATERIALS USED ON THIS JOB AND COMPANY:</u>

| | | WORKED WITH | AROUND |
|---|---|---|---|
| INSULATING CEMENT: | Johns-Manville | | X |
| | Calsilite | | X |
| | Grefco | | X |
| | Calcrete | | X |
| GUN MIX: | Unknown | | X |
| FIREPROOFING: | Unknown | | X |
| GASKETS: | Flexitallic | X | X |
| | Armstrong | X | X |
| | Garlock | X | X |
| PACKING: | Garlock | X | X |
| | Johns-Manville | X | X |
| PIPE COVERING: | Kaylo | | X |
| | Calsilite | | X |
| | Mundet | | X |
| BLOCK INSULATION: | Unknown | | X |
| FIRE BLANKETS: | Unknown | | X |
| TRANSITE PIPE: | Johns-Manville | X | X |
| | Chemitite/Haveg | X | X |
| BOILERS: | Unknown | | X |
| AIR COMPRESSOR: | Ingersoll-Rand | X | X |


REDACTED

NAME:             **REDACTED**

NICKNAME:

GROUP NAME:     CANTRELL.C

WR GRACE P/Q 017400-0031

## WORK HISTORY SHEET

### ASBESTOS MATERIALS USED ON THIS JOB AND COMPANY:

| CONTRACTORS: | | WORKED WITH | AROUND |
|---|---|---|---|
| | Brown & Root, Inc. | | X |

Unknown

WR GRACE PIQ 017400-0032

**ZONOLITE**

*High Temperature*

**INSULATING CEMENT**

SAVES HEAT....
....SAVES MONEY

**Zonolite High Temperature Insulating Cement**    Pg. 1

I worked WITH _____ this product.

I worked AROUND _____ this product.

*Don't Recognize*

**Please indicate where and when you used this product.**

1) Employer: *Monsanto Chem*

2) Occupation Code: *Pipe fitter*

3) Name of Supervisor: *Jim Heckey*

4) Job Site Location: *Monsado*    City: *Texas City*    State *TX*

5) Years:    From: *1952* To: *1982*

---

1) Employer: *Tin Smelter*

2) Occupation Code: *Pipefitter & asbestos*

3) Name of Supervisor: *Austin Weeks*

4) Job Site Location: *Texas City*    City: *Texas City*    State *TX*

5) Years:    From: *46* To: *1952*

---

1) Employer:

2) Occupation Code: _____

3) Name of Supervisor: _____

4) Job Site Location: _____ City: _____ State ____

5) Years:    From: _____ To: _____

REDACTED

Initial



SAVES HEAT...
...SAVES MONEY

WR GRACE PIQ 017400-0033

**Zonolite High Temperature Insulating Cement**    Pg. 1

I worked WITH _____ this product.

I worked AROUND _?_ this product.

*Dont Know*

*all asbestos
To my Knowledge*

**Please indicate where and when you used this product.**

1) Employer: *Tin Smelter*

2) Occupation Code: *41-55*

3) Name of Supervisor: *Austin Weeks*

4) Job Site Location: *Texas City* City: *TEXAS* State *TX*

5) Years: From: *46* To: *19 55*

---

1) Employer:

2) Occupation Code: *41-55*

3) Name of Supervisor: *Jim Hickey*

4) Job Site Location: *Monsanto* City: *TX. City* State *TX*

5) Years: From: *19 52* To: *54*

---

1) Employer:

2) Occupation Code: *41 - 55* *Stone & Webster (United Eng Construction)*

3) Name of Supervisor: *Dont Know*

4) Job Site Location: *Monsanto* City: *Texas City* State *TX*

5) Years: From: *Dec 02 2 months 51-52*

REDACTED

Initial



WR GRACE PIQ 017400-0034



**Monokote Fireproofing**

I worked WITH _____ this product.

I worked AROUND __✓__ this product.

Pg. 2

*If this was used at the Plant I worked in it*

**Please indicate where and when you used this product.**

1) Employer: *Monsanto Ch. Texas City*

2) Occupation Code: *41-55*

3) Name of Supervisor: _____ *Same*

4) Job Site Location: _____ City: *as* _____ State ___ *Pg one*

5) Years:    From: _____ To: _____

---

1) Employer:

2) Occupation Code: _____

3) Name of Supervisor: _____

4) Job Site Location: _____ City: _____ State ___

5) Years:    From: _____ To: _____

---

1) Employer:

2) Occupation Code: _____

3) Name of Supervisor: _____

4) Job Site Location: _____ City: _____ State ___

5) Years:    From: _____ To: _____

REDACTED

Initial



**Monokote Fireproofing**

I worked WITH _____ this product.

I worked AROUND _____ this product.

Pg. 2

*Dont Know*

*all asbestos*

WR GRACE PIQ 017400-0095

**Please indicate where and when you used this product.**

1) Employer: *Ten Smelter*

2) Occupation Code: *41 - 55*

3) Name of Supervisor: *Austin Weeks*

4) Job Site Location: *Texas City*   City: *Tex. City*   State: *TX*

5) Years:   From: *46* To: *51*   *for 7 years*

---

1) Employer: *Monsanto Co*

2) Occupation Code: _____

3) Name of Supervisor: *Jim Hickey #1*

4) Job Site Location: *Tex. City*   City: *Tex City*   State: *TX*

5) Years:   From: *82* To: *82*   *38 years*

---

1) Employer: *Stone & Webster (Construction)*

2) Occupation Code: *41 - 55*   *United Eng.*

3) Name of Supervisor: *Dont Know*

4) Job Site Location: *Monsanto Co*   City: *Tex. City*   State: *TX*

5) Years:   From: *Between 1851 - 1852*

REDACTED   _ Initial



WR GRACE PIQ 017400-0036

Pg. 3



**Zonolite Plaster**

I worked WITH _____ this product.

I worked AROUND _____ this product.

*Dont Know*

**Please indicate where and when you used this product.**

| | |
|---|---|
| 1) Employer: | *Tin Smelter* |
| 2) Occupation Code: | *4S - 55* |
| 3) Name of Supervisor: | *Buster Weeks* |
| 4) Job Site Location: | *Tex City* City: *Tex. City* State *TX* |
| 5) Years: | From *1946* To: *1951* *77* |

| | |
|---|---|
| 1) Employer: | *Monsanto CO* |
| 2) Occupation Code: | *41-55 P6* |
| 3) Name of Supervisor: | *Jim Hickey* |
| 4) Job Site Location: | *Tex City* City: *Tex. City* State *TX* |
| 5) Years: | From: *52* To: *1982* *30 years* |

| | |
|---|---|
| 1) Employer: | *Stone Webster & rental Eng.* |
| 2) Occupation Code: | *4T - 55* (Costruction) |
| 3) Name of Supervisor: | *Dont Know* |
| 4) Job Site Location: | *Monsanto* City: *Tex. City* State *TX* |
| 5) Years: | From: *?* To: *between 1951 - 52* |

REDACTED

Initial



WR GRACE PIQ 017409-0037



**Zonolite Plaster**

Pg. 3

I worked WITH _____ this product.

I worked AROUND ___✓___ this product.

*If used at this site I was in Contact with this Prdct*

**Please indicate where and when you used this product.**

1) Employer: *Monsanto Co Texas City*

2) Occupation Code: *41 - 5.5*

3) Name of Supervisor: _____

4) Job Site Location: _____ City: _____ State ____

5) Years: From: _____ To: _____

---

1) Employer: *Tin Smelters Texas City*

2) Occupation Code: _____

3) Name of Supervisor: _____

4) Job Site Location: _____ City: _____ State ____

5) Years: From: *46* To: *51*

---

1) Employer: _____

2) Occupation Code: _____

3) Name of Supervisor: _____

4) Job Site Location: _____ City: _____ State ____

5) Years: From: _____ To: _____

REDACTED

Initial

**Zonolite Monokote Fireproofing**

I worked WITH _____ this product.

I worked AROUND _____ this product.

Dont Know

If it was at Monsanto TexCity
I was in Contact

WR GRACE PIQ 017400-0038

Pg. 4

**Please indicate where and when you used this product.**

1) Employer: Tin Smelter
2) Occupation Code: 41-55 = operator
3) Name of Supervisor: Austin Weeks
4) Job Site Location: Tex Rity # City: Tex City State TX
5) Years: From 1846 To: 51 77

1) Employer: Monsanto
2) Occupation Code: 41-55
3) Name of Supervisor: Jim Steder
4) Job Site Location: Monsanto City: TexiCity State TX
5) Years: From 1852 To: 1982

1) Employer: Stene Webster - United Engs.
2) Occupation Code: 41-55
3) Name of Supervisor: Dont Know
4) Job Site Location: Monsanto City: Tx City State TX
   between 51-52 !
5) Years: From: ? To: ?

REDACTED

Initial

**Zonolite Monokote Fireproofing**

WR GRACE PIQ 017480-0039

Pg. 4

I worked WITH _____ this product.

I worked AROUND ✓ this product.

*If this Product was used
I would have been in
Don't know Contact with it*

**Please indicate where and when you used this product.**

1) Employer: *Mankato Co*

2) Occupation Code: *41 - 55*

3) Name of Supervisor: *Same
Floor*

4) Job Site Location: _____ City: *PG #1* State _____

5) Years: From: *52* To: *82*

---

1) Employer: _____

2) Occupation Code: _____

3) Name of Supervisor: _____

4) Job Site Location: _____ City: _____ State _____

5) Years: From: _____ To: _____

---

1) Employer: _____

2) Occupation Code: _____

3) Name of Supervisor: _____

4) Job Site Location: _____ City: _____ State _____

5) Years: From: _____ To: _____

REDACTED

Initial



**Zonolite Fireproofing**

I worked WITH _____ this product.

I worked AROUND _____ this product.

*Dont Know*

WR GRACE PIQ 017400-0040

Pg. 5

**Please indicate where and when you used this product.**

1) Employer: *Tin Smelter*

2) Occupation Code: *48-55*

3) Name of Supervisor: *Austin Weeks*

4) Job Site Location: *Tex City* (as *#1*) City: *Pa Tex* State *TX*

5) Years:   From: *46* To: *51* (as *?*)

---

1) Employer: *Monsanto*

2) Occupation Code: *41-55*

3) Name of Supervisor: *Jim Heckey*

4) Job Site Location: *Monsanto* City: *Tex City* State *TX*

5) Years:   From: *1952* To: *1982*

---

1) Employer: *Stone Webster - Unital Engs-*

2) Occupation Code: *48-55*

3) Name of Supervisor: *Dont Know*

4) Job Site Location: *Monsanto* City: *TX City* State *TX*

5) Years:   From: *between* To: *1951-1952 ?*

REDACTED

Initial



WR GRACE PIQ 017400-0041

**Zonolite Fireproofing**

I worked WITH _____ this product.

I worked AROUND _✓_ this product.

Pg. 5

*If it was used at this*
*Dont Know site !*

**Please indicate where and when you used this product.**

1) Employer: _Monsanto Co_

2) Occupation Code: _41 - 55_

3) Name of Supervisor: _____

4) Job Site Location: _Texas City_ _same as PG # 4_ City: _FX_ State _____

5) Years: From: _52_ To: _82_

---

1) Employer: _____

2) Occupation Code: _____

3) Name of Supervisor: _____

4) Job Site Location: _____ City: _____ State _____

5) Years: From: _____ To: _____

---

1) Employer: _____

2) Occupation Code: _____

3) Name of Supervisor: _____

4) Job Site Location: _____ City: _____ State _____

5) Years: From: _____ To: _____

**REDACTED**     Initial



**Zonolite Monokote MK-5 Fireproofing**

WR GRACE PIQ 017400-0042

Pg. 6

I worked WITH _____ this product.

I worked AROUND _____ this product.

Dont Know

**Please indicate where and when you used this product.**

1) Employer: Tin Smelter

2) Occupation Code: 41-55

3) Name of Supervisor: Austin Weeks

4) Job Site Location: Texas City  City: Texas City  State: TX

5) Years:  From: 46 To: 51 Arm

1) Employer: Monsato Co

2) Occupation Code: 41-55

3) Name of Supervisor: Jim Hockey

4) Job Site Location: Monsato  City: TX City  State: TX

5) Years:  From: 1952 To: 1985

1) Employer: Stone Webster - United Engs

2) Occupation Code: 41-55

3) Name of Supervisor: Dont Know

4) Job Site Location: Monsato  City: TX City  State: TX

5) Years:  From: _____ To: _____ between 1951-1952 ??

REDACTED    Initial





**Zonolite Monokote MK-5 Fireproofing**

Pg. 6

I worked WITH _____ this product.

I worked AROUND _✓_ this product.

*Don't Know*

**Please indicate where and when you used this product.**

1) Employer: *Monsanto*

2) Occupation Code: 41 — 55

3) Name of Supervisor: *same*

4) Job Site Location: *Texas City    TX* _____ State _____

5) Years:     From *52* To *82*

---

1) Employer: *Tin Smelter*

2) Occupation Code: 41—55 *operator*

3) Name of Supervisor: _____

4) Job Site Location: _____ City: _____ State _____

5) Years:     From *46* To *51*

---

1) Employer: _____

2) Occupation Code: _____

3) Name of Supervisor: _____

4) Job Site Location: _____ City: _____ State _____

5) Years:     From: _____ To: _____

REDACTED

Initial

WR GRACE PIQ 017400-0044
Pg. 7

**Product Name:**

I worked WITH _____ this product.

I worked AROUND _____ this product.

**Please indicate where and when you used this product.**

1) Employer:

2) Occupation Code: _____

3) Name of Supervisor: _____

4) Job Site Location: _____City: _____ State _____

5) Years:    From: _____ To: _____

---

**Product Name:**

I worked WITH _____ this product.

I worked AROUND _____ this product.

**Please indicate where and when you used this product.**

1) Employer:

2) Occupation Code: _____

3) Name of Supervisor: _____

4) Job Site Location: _____City: _____ State _____

5) Years:    From: _____ To: _____

---

**Product Name:**

I worked WITH _____ this product.

I worked AROUND _____ this product.

**Please indicate where and when you used this product.**

1) Employer:

2) Occupation Code: _____

3) Name of Supervisor: _____

4) Job Site Location: _____City: _____ State _____

5) Years:    From: _____ To: _____

---

**Product Name:**

I worked WITH _____ this product.

I worked AROUND _____ this product.

**Please indicate where and when you used this product.**

1) Employer:

2) Occupation Code: _____

3) Name of Supervisor: _____

4) Job Site Location: _____City: _____ State _____

5) Years:    From: _____ To: _____

---

all asbestos

all Supervisors are dead + gone

Initial and

**REDACTED**

_____ Initial

Asbestos All

_____ Initial

Don't Know

_____ Initial

WR GRACE PIQ 017400-0045

Pg. 7

**Product Name:**

| | |
|---|---|
| I worked WITH _____ this product. | Dont Know |
| I worked AROUND _____ this product. | |

Please indicate where and when you used this product.

1) Employer: _Monsto_
2) Occupation Code: _Pipe Fitter_  ??
3) Name of Supervisor: _Jim dicker_
4) Job Site Location: _Texas City_  City: _TCX_  State _TX_
5) Years:  From: _52_ To: _82_

REDACTED

Initial

**Product Name:**

| | |
|---|---|
| I worked WITH _____ this product. | Dont Know |
| I worked AROUND _____ this product. | |

Please indicate where and when you used this product.

1) Employer: _Tin Smelter_
2) Occupation Code: _____
3) Name of Supervisor: _Austin Weeks_
4) Job Site Location: _Texas City_  City: _Texas City_  State _TX_
5) Years:  From: _____ To: _____

Not sure
all asbestos

_ Initial

REDACTED

**Product Name:**

| | |
|---|---|
| I worked WITH _____ this product. | |
| I worked AROUND _____ this product. | |

Please indicate where and when you used this product.

1) Employer:
2) Occupation Code: _____
3) Name of Supervisor: _____
4) Job Site Location: _____ City: _____ State _____
5) Years:  From: _____ To: _____

_____ Initial

**Product Name:**

| | |
|---|---|
| I worked WITH _____ this product. | |
| I worked AROUND _____ this product. | |

Please indicate where and when you used this product.

1) Employer:
2) Occupation Code: _____
3) Name of Supervisor: _____
4) Job Site Location: _____ City: _____ State _____
5) Years:  From: _____ To: _____

✓ Initial



CAUSE NO. _98CV0678_

REDACTED

| | |
|---|---|
| CHARLES THOMAS CANTRELL, JR. AND NELLIE DAPAN CANTRELL; HAROLD CARLTON ALLEN AND JESSIE LEE ALLEN; DARWIN DOYLE CALHOUN AND CAROLYN SUE CALHOUN;      EDMUND GILLIS DOHERTY AND ETHEL LOUISE DOHERTY; WALTER JOSEPH DONOVAN AND BILLIE GRACE DONOVAN; JOHN EDWARD FABAIN; KENNETH WAYNE HOLLEMAN AND LENA FAYE HOLLEMAN; FRANK RAY; JOHN I. WIGGINS AND BEULAH WIGGINS;<br><br>     Plaintiffs,<br><br>VS.<br><br>OWENS-CORNING FIBERGLAS CORPORATION; PITTSBURGH CORNING CORPORATION (successor to UNARCO INDUSTRIES, INC.); GARLOCK INC; CROWN CORK AND SEAL COMPANY, INC. (successor to MUNDET CORK COMPANY); METROPOLITAN LIFE INSURANCE COMPANY; FOSTER WHEELER ENERGY CORPORATION; W. R. GRACE & CO.-CONN. (successor to W. R. GRACE & COMPANY); THE ANCHOR PACKING COMPANY; NORTH AMERICAN REFRACTORIES COMPANY; PROKO INDUSTRIES, INC.; SYNKOLOID, A DIVISION OF MURALO CO., INC.; GEORGIA-PACIFIC CORPORATION (individually and as successor to BESTWALL GYPSUM COMPANY); MINNESOTA MINING AND MANUFACTURING COMPANY (a/k/a "3M"); U.S. MINERAL PRODUCTS COMPANY; THE FLINTKOTE COMPANY; HARBISON-WALKER REFRACTORIES COMPANY (formerly a division of INDRESCO INC.); UNIROYAL HOLDING, INC. (successor to U. S. RUBBER | IN THE DISTRICT COURT<br><br><br><br>GALVESTON COUNTY, TEXAS |

§ (repeated down the page between columns)

PLAINTIFFS' ORIGINAL ASBESTOS PETITION/TEXAS EXPOSURE AND/OR TEXAS RESIDENT  Page 1
U:\galveston\cantrell\rorig.PET.wpd

**EXHIBIT**
**"C"**


WR GRACE PIQ 017400-0047

COMPANY); KELLY-MOORE PAINT §
COMPANY; AQUA-CHEM, INC. (d/b/a §
CLEAVER-BROOKS DIVISION); RAPID- §
AMERICAN CORPORATION (as successor-by- §
merger to GLEN ALDEN CORPORATION, §
BRIGGS MANUFACTURING CO., PHILIP §
CAREY CORPORATION AND PHILIP §
CAREY MANUFACTURING COMPANY); §
KAISER ALUMINUM & CHEMICAL §
CORPORATION; COMBUSTION §          56th JUDICIAL DISTRICT
ENGINEERING, INC.; RILEY STOKER §
CORPORATION; GENERAL ELECTRIC §
COMPANY; GAF CORPORATION (successor §
to RUBEROID CORPORATION); U.S. §
GYPSUM COMPANY; A.P. GREEN §
INDUSTRIES (f/k/a A.P. GREEN §
REFRACTORIES COMPANY, a subsidiary of §
U.S. GYPSUM COMPANY); ARMSTRONG §
WORLD INDUSTRIES, INC. (successor to §
ARMSTRONG CORK COMPANY); §
ASBESTOS CLAIMS MANAGEMENT §
CORPORATION (c/o NEW NATIONAL §
GYPSUM COMPANY , f/k/a NATIONAL §
GYPSUM COMPANY); QUIGLEY §
COMPANY, INC.; GASKET HOLDINGS, §
INC., (successor to FLEXITALLIC GASKET §
COMPANY); DANA CORPORATION; §
GENERAL REFRACTORIES COMPANY; J.T. §
THORPE COMPANY; BROWN & ROOT, §
INC. (f/k/a BROWN & ROOT USA, INC., §
BROWN & ROOT USA DELAWARE INC. §
which is the successor-in-interest to BROWN & §
ROOT USA INC.); ACandS, INC.; AND T&N §
plc (f/k/a TURNER & NEWELL PLC); §
GUARD-LINE, INC.; P.P.G. INDUSTRIES, §
INC., (successor to PITTSBURGH CORNING §
CORPORATION); MONSANTO COMPANY, a §
Delaware Corporation (f/k/a MONSANTO §
CHEMICAL COMPANY);UNION CARBIDE §
CORPORATION; AMOCO CORPORATION; §
AMOCO OIL COMPANY; AMOCO §
CHEMICAL COMPANY; MARATHON OIL §
COMPANY (f/k/a USS HOLDINGS §
COMPANY); MARATHON PETROLEUM §



WR GRACE PIQ 017400-0048

COMPANY (f/k/a/ THE OIL COMPANY,                          §
MARATHON OIL COMPANY); CROWN OIL                          §
COMPANY; CROWN CENTRAL                                    §
PETROLEUM CORPORATION;  PETRO-TEX                         §
CHEMICAL CORPORATION; STERLING                            §
CHEMICAL, INC.; THE M.W. KELLOGG                          §
COMPANY; FLUOR DANIEL, INC.; SHELL                        §
OIL COMPANY; SHELL CHEMICAL                               §
COMPANY; EXXON CORPORATION;                               §
EXXON CHEMICAL COMPANY (d/b/a                             §
EXXON CORPORATION); THE DOW                               §
CHEMICAL COMPANY; E.I. DU PONT DE                         §
NEMOURS AND COMPANY, INC.;                                §
GOODYEAR RUBBER & TIRE COMPANY;                           §
HOUSTON LIGHTING & POWER; ETHYL                           §
CORPORATION; TODD SHIPYARDS                               §
CORPORATION;                                              §
                                                          §
            Defendants.                                   §

## PLAINTIFFS' ORIGINAL ASBESTOS PETITION, TEXAS EXPOSURE AND/OR TEXAS RESIDENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs, (the name and residence of each Plaintiff is shown on the attached Exhibit "A" and incorporated herein for all purposes) complaining of the various Defendants listed below and for cause of action would show the Court and Jury as follows:

1.       Plaintiffs reside in the State of Texas, resided in the State of Texas at the time of their exposure to asbestos fibers in Defendants' products, and/or sustained substantial exposure to asbestos fibers in Defendants products while in the State of Texas.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) Jointly Administered |
| Debtors. | ) | |

REDACTED

## CLAIMANT PRIVILEGE LOG

("Claimant") hereby submits the following log of documents and/or information withheld as privileged and/or subject to the other protection in response to the W.R. Grace Asbestos Personal Injury Questionnaire:

| Date of item | Description of item or information withheld |
|---|---|
| 6/29/98 | Mining Report by Russell McDonald |
| | |
| | |
| | |
| | |

Respectfully Submitted,

REDACTED