# Exhibit A

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| ACRON, MACK |
| ADAMS SR, JAMES H |
| ADAMS, JAMES H |
| ADAMS, ONES H |
| ADAMS, T C |
| ADAMS, WALTER |
| ADCOCK, BARTLEY L |
| ADCOCK, MARTHA |
| ADCOCKS, ILA R |
| ALBRITTON, ANNIE |
| ALDERMAN, JOYCE |
| ALEXANDER, MAMIE E |
| ALFORD, ANNETTE |
| ALLEN, ROBERT V |
| ALLEN, ROY |
| ALLEN, SHELTON |
| ALLGOOD, SAMUEL |
| ALLIGOOD, JULIA D |
| ALLIGOOD, MARGIE |
| AMACKER, JOSEPH A |
| AMOS, JESSE |
| ANDERS, EVERETT |
| ANDERSON, ANNIE G |
| ANDERSON, BOBBIE R |
| ANDERSON, CLEMMIE L |
| ANDERSON, DOROTHY N |
| ANDERSON, HAROLD K |
| ANDERSON, HAZEL C |
| ANDERSON, MARTHA L |
| ANDERSON, PATSY |
| ANDERSON, W D |
| ANDREWS JR, RALPH B |
| ANDREWS, JIMMIE L |
| ANDREWS, PAT |
| ANDREWS, WENDELL |
| ANTHONY, ROSE M |
| ARMSTRONG, JACK W |
| ARRINGTON, CHANDLEE |
| ARRINGTON, DANIEL C |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| ARRINGTON, HARDIE |
| ARRINGTON, HOLLIS |
| ARRINGTON, ROSE M |
| ARRINGTON, WILLIE J |
| ARTHUR, EDWARD E |
| ASHLEY, JOAN |
| ASHMORE, WILLIE |
| ATES, MATH |
| ATHA, WILLIAM |
| ATKINS, CAROLYN S |
| ATKINS, HOWARD |
| ATTAWAY, JUNE B |
| ATTAWAY, SEABORN |
| AULDS, HUBERT R |
| AUSTIN, IRIS |
| AVANT, CHARLES W |
| AVERETT, BILLY |
| BAGGETT, JAMES H |
| BAILEY, CALLIE M |
| BAILEY, CHRISTINE S |
| BAILEY, ERASTUS |
| BAILEY, JOEL D |
| BAILEY, W B |
| BALDREE, ANNIE J |
| BALDWIN, TYMPIE M |
| BALL, ELLECE |
| BALL, EUNICE F |
| BANKS, ALLEN |
| BANKS, HENRY D |
| BANKSTON, FRANK D |
| BARKLEY, ANNIE S |
| BARKLEY, LURLINE |
| BARLOW, MARY E |
| BARNES, LEE V |
| BARNES, LENA |
| BARNES, MARNESSIE G |
| BARRENTINE, ELEANOR |
| BARRETT, GEORGE D |
| BARRETT, LENA M |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| BARTLETT, THOMAS |
| BARTON, BERTA E |
| BARTON, DONALD |
| BARTON, JERRY |
| BATCHELOR, JOHNNIE |
| BATTLE JR, ROBERT |
| BAUGH, DANNY L |
| BAXTER, AGNES |
| BAYLESS, DONNA |
| BEACH, CHRISTEEN |
| BEAMAN, DORIS |
| BEARD, ANDREW M |
| BEARD, JACQUELINE |
| BEASLEY, MARY A |
| BEASLEY, RAY H |
| BEASON, CHARLIE |
| BEAVERS, DENNIS R |
| BEAVERS, GIRTHA R |
| BECK, EDITH M |
| BEDSOLE JR, CECIL L |
| BEECHMAN SR, ROOSEVELT |
| BEETS, CHARLES W |
| BELCHER, EANON |
| BELIN, CECIL L |
| BELIN, GAYULA Y |
| BELL, PERCY A |
| BENN, BERNICE |
| BENNETT, JOHN J |
| BENSON, JAMES E |
| BENTLEY, ROBERT L |
| BERRY, CARRIE L |
| BERRY, FRED |
| BERRY, JOHN L |
| BERRY, ROBERT J |
| BEVERLY, HENRY |
| BEVINS SR, PAUL |
| BIBBY, JIM O |
| BILLINGSLEA, CHRISTINE |
| BINNS, BOBBY C |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| BISHOP, ATHA D |
| BISHOP, CHARLES K |
| BISHOP, DIANE |
| BISHOP, JAMES C |
| BIVENS, LULA M |
| BIVINS, MARVIN |
| BLACK, SAMUEL |
| BLACKMON, WILLIE L |
| BLACKWELL, J C |
| BLACKWELL, RUTH |
| BLAKELY, HAROLD J |
| BLAKENEY, DOROTHY |
| BLAKENEY, JANE |
| BLAKLEY, EARLEAN B |
| BLALOCK, ANDREW C |
| BLOODWORTH, JAMES |
| BLOUNT, JOHN T |
| BOLTON, CLARA |
| BOLTON, CLARA M |
| BOLTON, GRACIE L |
| BOLTON, MILDRED |
| BOLTON, ROSIE M |
| BOLTON, SHIRLEY |
| BOLTON, VERNIDA |
| BOND, BETTY J |
| BONNER, ALMA |
| BONNER, HUEY P |
| BOOTH, JOHNNY |
| BOWDEN, JAMES E |
| BOWDOIN, WALTER G |
| BOWEN, JAMES M |
| BOWEN, TERRY D |
| BOZEMAN, JUDY K |
| BRABSTON JR, WILLIAM P |
| BRACEWELL, E C |
| BRACEWELL, SHIRLEY |
| BRADDY, LEILA |
| BRADEN, RALPH R |
| BRADLEY, JANIE T |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| BRADLEY, MARY O |
| BRADY, BOBBY |
| BRAGG, ALLEAN S |
| BRANDON, CHARLES W |
| BRANDON, LOUIS |
| BRANDON, ROBERT L |
| BRANNAN, SHAROLYN A |
| BRANSON, EARL |
| BRANTLEY, JOAN W |
| BRANTLEY, LELAND |
| BRAY, DERRELL B |
| BRAZER, MARY |
| BREAZEALE, EVA V |
| BRENT SR, BOOKER T |
| BRENT, MOZELLA |
| BREWER, CHARLES R |
| BREWER, DESSIE R |
| BREWER, EARLENE N |
| BREWER, ESRA S |
| BREWER, JOYCE |
| BREWER, NAOMI L |
| BREWER, OLGA M |
| BREWER, TRESSIE L |
| BREWER, ZOLA |
| BREWTON, ELMER |
| BRINSTON, CARL L |
| BRISBY, BERTHA |
| BRITT, DANNY C |
| BROOKINS, AMOS E |
| BROOKINS, DON W |
| BROOKS, ALLIE M |
| BROOKS, BILLY |
| BROOKS, CLARA |
| BROOKS, JOHN C |
| BROOKS, MACK |
| BROOKS, PAUL E |
| BROWN JR, JOHNNY |
| BROWN JR, ROOSEVELT |
| BROWN SR, ROOSEVELT |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| BROWN, ANNA J |
| BROWN, ANNIE M |
| BROWN, ARSEL |
| BROWN, BRENDA P |
| BROWN, DONALD H |
| BROWN, DOROTHY R |
| BROWN, EDDIE |
| BROWN, ELOISE |
| BROWN, GLADYS J |
| BROWN, KENNETH |
| BROWN, LEON C |
| BROWN, LILLIE M |
| BROWN, MANIEL |
| BROWN, MARY |
| BROWN, MARY R |
| BROWN, MELVIN |
| BROWN, NANCY K |
| BROWN, OSCAR C |
| BROWN, RAY |
| BROWN, VALDA |
| BROWN, YVONNE B |
| BROWNLEE, OUIDA D |
| BRYANT, ERNESTINE |
| BRYANT, GLADYS |
| BRYANT, PATRICIA |
| BRYANT, ROBERT |
| BRYANT, ROGER A |
| BUCHANAN, CHARLES |
| BUCHANAN, RUBY J |
| BUCKLEY, JAMES E |
| BUDRYS, ANTHONY J |
| BUFFINGTON, HOWARD |
| BULEBUSH, CLIFFORD L |
| BUNCH, GLADYS |
| BUNDRIGE, WILLIE |
| BURGESS, JOHN A |
| BURK, MABLE |
| BURKE, DELLA |
| BURKE, EDDIE L |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| BURKS, BOBBY |
| BURNETT, MAGGIE |
| BURNHAM, BETTY L |
| BURNHAM, NORENE A |
| BURRELL, ANNIE L |
| BURTON, WILLIE B |
| BUSH, BOBBY |
| BUSH, CHARLIE C |
| BUSH, DOUGLAS |
| BUSH, ELNORA |
| BUSH, TRELLIE |
| BUSH, VIVIAN |
| BUSH, WAYNE C |
| BUTLER, JERRY |
| BUTLER, JOYCE |
| BYRD, DONNA C |
| BYRD, JUANITA G |
| BYRNE, JIMMY R |
| CADLE, GERALDINE |
| CAIN, LOUIS |
| CALVIN, BOBBY J |
| CAMPBELL, ANNIE |
| CAMPBELL, DAN D |
| CAMPBELL, DELOIS |
| CAMPBELL, J C |
| CANNADY, RICHARD L |
| CANNON, DANIEL E |
| CAPES, MARVIN L |
| CARPENTER, HILDA J |
| CARPENTER, JESSIE L |
| CARR, ANNETT B |
| CARR, PAUL L |
| CARROLL, DAVID |
| CARROLL, JACK |
| CARTER, HELEN J |
| CARTER, ROOSEVELT |
| CARTER, SIDNEY E |
| CASSELL, MAE J |
| CASTON, KENNETH E |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*                    8

| Claimant Name |
|---|
| CATCHINGS JR, WILLIE |
| CATO, BRENDA F |
| CAUDLE, MODEAN |
| CAUSEY, CURLEY J |
| CAVENDER, THOMAS J |
| CHAFIN, CLIFFORD |
| CHAFIN, EDITHA |
| CHAMBERS SR, WILLIAM G |
| CHAMBERS, DOROTHY M |
| CHAMBERS, GIRTHA G |
| CHANDLER, MARGARET |
| CHAPMAN, BETTY |
| CHAPMAN, EARL |
| CHAPMAN, RICHARD S |
| CHAPMAN, WALTER |
| CHATMAN, WALTERS |
| CHAVERS, ANDREWS |
| CHEEKS, EVA O |
| CHERRY, EUNICE |
| CHERRY, MARY L |
| CHERRY, TIM W |
| CHILLIS, LEE G |
| CHRISTIAN SR, REGINALD |
| CHURCHWELL, CAROLYN |
| CLARK, BARBARA L |
| CLARK, EARL |
| CLARK, FRED L |
| CLARK, HELEN O |
| CLARK, MAMIE |
| CLARK, MINNIE L |
| CLARK, PAUL R |
| CLARK, PHIL T |
| CLAXTON, JERRY O |
| CLAXTON, PATRICIA S |
| CLAY, GUSSIE |
| CLEMENTS, ENOCH |
| COACH, BETTY J |
| COBB, VIRGIE |
| COCHRAN, KENNETH |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| COCHRAN, VIVIAN C |
| COLE, GLORIA |
| COLEMAN, BOBBY |
| COLEMAN, HANCE C |
| COLEMAN, LELAND |
| COLEMAN, LEROY |
| COLEMAN, OLLIE P |
| COLEMAN, ROBERT L |
| COLLINS, DOLLY A |
| COLLINS, EUNICE A |
| COLLINS, MARTHA A |
| COLSON, EMMETT E |
| COLTER, CHARLES H |
| CONE, BOBBIE C |
| CONWAY, JOSEPH P |
| COOK, DOLPHUS E |
| COOK, GAIL |
| COOK, JOSEPH W |
| COOK, LUBERTHA |
| COOK, SARAH R |
| COOLEY JR, JAMES |
| COOLEY, BARBARA F |
| COOLEY, BOBBIE |
| COOLEY, CHARLEAN |
| COOLEY, DORA M |
| COOLEY, GLENN |
| COOLEY, QUILLIE M |
| COOLEY, ROOSEVELT |
| COOPER, JEANETTE |
| COOPER, LILLIE M |
| COOPER, MARY L |
| COOPER, RAY T |
| COOPER, WALTER H |
| CORLEY, CORA H |
| CORLEY, EMILY B |
| CORLEY, FREDDIE |
| CORLEY, JAMES C |
| CORLEY, TERRY A |
| CORNELIUS, JOHN L |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| CORNELIUS, LIZZIE M |
| COUCH, CAROL |
| COUCH, LOUIS H |
| COUCH, WILLIE B |
| COVINGTON, LINDA |
| COWART, LUCY E |
| COX, DAVID |
| COX, MERLE |
| COXWELL, BONNIE P |
| CRAFT, HELEN O |
| CRAFT, JACKIE N |
| CRAFT, VENNIE M |
| CRAGG, KLONNIE |
| CRAIG, JOHNNIE |
| CRAWFORD, JAMES |
| CRAWFORD, LORINE G |
| CREAMER, FRANCES E |
| CREEL, IRMA G |
| CREEL, WINNIE W |
| CROMARTIE, DAVID L |
| CROSBY, BRENDA J |
| CROSBY, J C |
| CROSBY, W C |
| CROSBY, WILEY |
| CROSBY, WILLIE J |
| CROUCH, MARY S |
| CROWTHER, ANNIE B |
| CRUTCHER JR, CLARENCE T |
| CULP, RICE R |
| CUMMINGS, CLYDE |
| CUMMINS, MARION C |
| CUNNINGHAM, ANNIE M |
| CUNNINGHAM, NORRELL |
| CURRY, GLORIA M |
| CURTIS, CHARLIE |
| CURTIS, E J |
| CURTIS, GLENDA F |
| CUTRER, OSCAR B |
| DALTON, ARTHUR |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| DALTON, LOIS G |
| DAMPIER, JESSIE F |
| DANIEL, AMOS E |
| DANIEL, BOBBY G |
| DANIELS, FRED |
| DANIELS, LEE M |
| DANIELS, MARY F |
| DANIELS, VERA |
| DANTZLER, FLOYD |
| DARLEY SR, JOHNNY L |
| DARNELL, JAMES |
| DARSEY, CLINTON |
| DARSEY, EDITH I |
| DAVENPORT, JIMMY |
| DAVIS JR, BARBARA |
| DAVIS JR, HENRY E |
| DAVIS SR, HARDRICK |
| DAVIS SR, VERNON |
| DAVIS, ANNIE L |
| DAVIS, B L |
| DAVIS, BERTHA M |
| DAVIS, DOROTHY I |
| DAVIS, EMMA J |
| DAVIS, GRANT D |
| DAVIS, HARMON E |
| DAVIS, HILDA |
| DAVIS, JAMES |
| DAVIS, JEREALEAN |
| DAVIS, MARY A |
| DAVIS, MARY I |
| DAVIS, MASSIE R |
| DAVIS, NAPHOLIS |
| DAVIS, QUILLA |
| DAVIS, ROBERT |
| DAVIS, SADEE R |
| DAVIS, TOMMY L |
| DAVIS, WILLIAM |
| DAVIS, WILLIE M |
| DAVIS, ZELLA W |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| DAVIS, ZULA M |
| DAVISON, JAMES |
| DAWSON, MARY |
| DAY, JOE B |
| DAY, ROBBIE |
| DEAL, JAMES H |
| DEAN, FRANK A |
| DEARMAN, IRENE V |
| DEARMAN, RUTH H |
| DEARMAN, VANCE C |
| DEBLIEUX, ROBERT |
| DEBOSE, JAMES |
| DEFORE, ARMINTA P |
| DEMENT, KENNETH L |
| DENMARK, ELLA V |
| DENNY, VICKIE P |
| DENSON, JOE B |
| DENT, BUSTER E |
| DENT, CHARLES |
| DEVEREAUX, GILES P |
| DIAMOND, THOMAS |
| DICKENS, MARY J |
| DICKERSON, RUBY |
| DICKERSON, WILMA |
| DICKSON, ROBERT D |
| DILLARD, E P |
| DIMMEN, GLEN |
| DISPANY, JOSEPH |
| DIXON, EVELYN |
| DIXON, MINNIE M |
| DOBB, DANIEL C |
| DOBY, WILLIE L |
| DODD, CARRIE P |
| DODD, GARLAND W |
| DOMINY, BETTY F |
| DOMINY, BETTY J |
| DOMINY, JOYCE H |
| DOOLEY, CARRIE E |
| DOVE, MARY H |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| DOWNS, LIZZIE M |
| DRIVER, DONALD |
| DUCKSWORTH, EDDIE B |
| DUCKSWORTH, ESSIE |
| DUCKSWORTH, EVA |
| DUCKSWORTH, JANICE C |
| DUCKSWORTH, L C |
| DUCKSWORTH, LILLIE M |
| DUFF, EUGENE E |
| DUMAS, CLARENCE E |
| DUNAWAY SR, HOMER L |
| DUNGAN, HAROLD |
| DUNN, KAY |
| DUNNAM, CHARLOTTE W |
| DUNNAM, ELSIE |
| DUNNAM, ETHEL |
| DUNNAM, ODDIS L |
| DUPREE, FRANCES L |
| DUPREE, JULIAN L |
| DURDEN, BOBBY |
| DYESS, MAMIE |
| DYKES, BETTY J |
| DYKES, BILLY J |
| DYKES, BOBBIE J |
| DYKES, EDNA E |
| DYKES, PAULINE L |
| DYKES, VERNON |
| DYSE, MARION |
| EALEY, MARY |
| EDGE JR, WILLIAM R |
| EDGE, CURTIS |
| EDGE, RALPH |
| EDMONDS, L T |
| EDWARDS, AILENE R |
| EDWARDS, BRENDA K |
| EDWARDS, EULA A |
| EDWARDS, J C |
| EDWARDS, OTHA M |
| EDWARDS, ROBERT W |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| EDWARDS, SHIRLEY M |
| ELLINGTON, SALLY J |
| ELMORE, KEITH |
| ELMS, MAC E |
| EMERSON, ARTHUR L |
| EPTING, LESTER |
| ERVIN, L C |
| EUBANKS, ANNIE S |
| EUBANKS, SUE I |
| EVANS, EDGAR R |
| EVANS, FREDDIE |
| EVANS, JAMES R |
| EVANS, JEAN |
| EVANS, MARVIN |
| EVANS, SANDRA F |
| EVERETT, ANNIE P |
| EVERETT, JOHN L |
| EVERETT, MELVIN |
| EZELLE, LINDA A |
| FABICK JR, SAMUEL |
| FAILLA, ROBERT J |
| FAIRCHILD, J C |
| FAIRLEY, DONNIE R |
| FAIRLEY, ELIZA |
| FAIRLEY, MISSOURI |
| FAIRLEY, NADINE |
| FAIRLEY, ORA |
| FALLING SR, WALTER |
| FARRAR, GEDDIE A |
| FARRAR, MAYSEL E |
| FAULKNER, ROSIE L |
| FENLEY, LONNIE |
| FERGUSON, ANTHONY |
| FERGUSON, BETTY S |
| FERRELL, RUTH K |
| FLEMING, CHRISTINE |
| FLETCHER, ROBERT L |
| FLETCHER, WANDA S |
| FLORENCE, LILLIE M |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| FLOYD, CATHERINE |
| FORD, ELNORA |
| FORD, HENRY J |
| FORD, LOLA |
| FORD, MARY A |
| FORD, MARY C |
| FORD, RENA K |
| FOREMAN, JAMES |
| FOSKEY, TOMMIE L |
| FOSTER, DONNIE L |
| FOSTER, JAMES E |
| FOUNTAIN, ELIZABETH L |
| FOUNTAIN, JOHN C |
| FOUNTAIN, WILLIAM D |
| FOWLER, CECIL A |
| FRANKLIN, BERNICE |
| FRANKLIN, ELLA |
| FRANKLIN, ROBERT L |
| FREEMAN, ALTON |
| FREEMAN, ROBERT |
| FUDGE, SHERMAN D |
| FUGETT SR, THOMAS D |
| FULGHUM JR, CLARENCE R |
| FULGHUM, CAROLE J |
| FULTON, JANIE O |
| FUNDERBURK, ROBERT |
| GADDIS, JANE |
| GAINES, EDDIE |
| GALLASPY, HELEN R |
| GAMMAGE, BOBBY C |
| GAMMAGE, GERALDINE |
| GAMMAGE, JOE D |
| GAMMAGE, MARY E |
| GAMMAGE, MARY L |
| GAMMAGE, ROSE A |
| GANDY, JAMES M |
| GANDY, LESSIE |
| GARDNER, JESSIE L |
| GARDNER, JO |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
|---|
| GARDNER, JOHNNIE K |
| GARDNER, SUSIE |
| GARLAND, JAMES R |
| GARNER JR, B F |
| GARNER, MARY M |
| GARNER, TUCKER |
| GARRIS, CARLOS A |
| GARRIS, MARY H |
| GARY, JEAN M |
| GATES, ROBERT C |
| GATEWOOD, LEMMIE M |
| GATSON JR, JAMES M |
| GAULTNEY, ANGES M |
| GAULTNEY, M T |
| GAVIN, BILLY R |
| GAVIN, SHIRLEY A |
| GAY, DONNIE R |
| GAY, JAMES W |
| GEAN, LARRY |
| GENTRY, ARCHIE |
| GERMAN JR, JAMES |
| GIBSON, AVIS M |
| GIBSON, VIOLET R |
| GILES, LILLIE M |
| GILLESPIE, OSCAR D |
| GILLY, THOMAS M |
| GILMAN, DOROTHY |
| GILMAN, MARION A |
| GILMORE, WILLIAM E |
| GLENN, VERA A |
| GLENN, WILLIE |
| GLOSUP, DONALD E |
| GODDARD SR, HERMAN R |
| GOFF, BARBARA J |
| GOFF, JOHN P |
| GOLDEN, JAMES O |
| GOLDEN, JOHN E |
| GOLDMAN, BILLY H |
| GOLDSBY, ROY |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| GOLEMAN, JAMES |
| GOYNE JR, JAMES P |
| GRAHAM, ALTON L |
| GRAHAM, CHARLES E |
| GRAHAM, MYRTICE |
| GRAHAM, RANDALL D |
| GRAHAM, ROBERT L |
| GRAHAM, SHERWARD |
| GRANT, REX E |
| GRANT, WILLIE A |
| GRAVES, MABLE J |
| GRAVES, WILLIAM O |
| GRAY, DWIGHT |
| GRAY, INEZ |
| GRAY, MARY B |
| GRAY, WILLIE |
| GRAYTON, LENORA B |
| GREEN, BLANTON |
| GREEN, DAVID |
| GREEN, DEBRA S |
| GREEN, DOROTHY |
| GREEN, J T |
| GREEN, LOTTIE |
| GREEN, MARGARET |
| GREENE, THELMA |
| GREENE, WILLIAM E |
| GREENWOOD, ELBERT L |
| GREENWOOD, PERCY L |
| GREENWOOD, ROSIE S |
| GREGORY, WILLIAM E |
| GRIFFIN JR, JAMES |
| GRIFFIN, BOBBIE N |
| GRIFFIN, SARA E |
| GRIFFITH, LUCIOUS A |
| GRIGGERS, JACK T |
| GRIGSBY, CHARLES |
| GRIMSLEY, TERRY |
| GROSELLE, DANIEL E |
| GROSS, DAVID R |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| GULLETT, SAMUEL L |
| GUNN, JAMES A |
| GUY, JO A |
| HADDEN, MURRAY W |
| HAGAN, JOHN R |
| HALE, JOHN W |
| HALEY, BOBBIE J |
| HALEY, HAROLD |
| HALL, BRENDA F |
| HALL, JOHN C |
| HALL, KENNETH |
| HALL, LORENE |
| HALL, MOSELL |
| HALL, OSCAR |
| HALL, SAMUEL M |
| HALL, VIRGIL |
| HAMILTON, BETTY S |
| HAMILTON, BOBBY G |
| HAMILTON, ROYCE |
| HAMLETT, SHERWIN K |
| HAMMACK, KATHLEEN A |
| HAMMETT, BILLY E |
| HAMMOND, JEWEL |
| HAMMONS, THOMAS M |
| HANSON, TILMAN L |
| HARDEN, EARNESTINE |
| HARDEN, JAMES R |
| HARDIE, WANER B |
| HARDY, GLENN S |
| HARDY, RICHARD D |
| HARMON, DANNY |
| HARMON, JOHN |
| HARRELL, LARRY |
| HARRELL, SAM M |
| HARRELL, SR LOID L |
| HARRELSON, MCLEOD W |
| HARRIS, DONALD |
| HARRIS, GARY P |
| HARRIS, JACQUELINE S |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*                    19

| Claimant Name |
| --- |
| HARRIS, LOUISE S |
| HARRIS, PATRICIA |
| HARRIS, ROBERT L |
| HARRIS, ROY |
| HARRISON JR, EMORY D |
| HARRISON, ANNELLE |
| HARRISON, GARY A |
| HART, THEODORE |
| HARTFIELD, SHARON L |
| HARTFIELD, VERNELL M |
| HARVEY, BARBARA J |
| HARVEY, LAURA B |
| HARVEY, STANLEY C |
| HATCHER, MARY R |
| HATCHER, VIRGINIA S |
| HATHORN, LUCILLE |
| HATTEN, MARVIN |
| HAWKINS, GRADY |
| HAWKINS, JESSIE R |
| HAWKINS, JOHNNY L |
| HAYES, ALTHEA M |
| HAYES, CLEO |
| HAYES, EDDIE N |
| HAYES, KATHY K |
| HAYES, PINKIE |
| HEARD, EVANS |
| HEARN, JESSIE |
| HEARNS, ADDIE L |
| HEGWOOD, NORMA D |
| HEIDELBERG, MARJORIE R |
| HELTON, WILMA |
| HENDERSON SR, TERRELL M |
| HENDERSON, BESSIE |
| HENDERSON, CALVENIA |
| HENDERSON, EDWARD |
| HENDERSON, JAMES |
| HENDERSON, JOHN R |
| HENDERSON, JOSEPH J |
| HENDERSON, ROSIE M |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| HENDERSON, RUBY L |
| HENDERSON, SARA R |
| HENDERSON, WILLIAM R |
| HENDRICKS, MABLE |
| HENDRIX, MARY |
| HENDRIX, MILLARD |
| HENRY, EDWARD R |
| HENRY, MOZELL |
| HENSLEE, MARVIN E |
| HERNDON, DOROTHY N |
| HERRING, FLORA E |
| HERRING, RACHEL F |
| HERRING, ZELLINE G |
| HERRINGTON, BILLY J |
| HESTER, LAURA B |
| HEWETT, JOANN |
| HICKS, GEORGE R |
| HICKS, GRACE |
| HICKS, OSCAR H |
| HICKS, WILLIE |
| HIGGINS, EDDIE L |
| HIGH, WILLIE J |
| HIGHTOWER, FRED W |
| HIGHTOWER, RAYMOND |
| HILL, DIANE M |
| HILL, EDDIE M |
| HILL, JAMES L |
| HILL, JERRY B |
| HILL, LAWANDA |
| HILL, LEE V |
| HILL, ROBERT |
| HILLMAN, DORA J |
| HILLMAN, RICKY C |
| HILLMAN, WILBUR |
| HILTON, EASSIE |
| HILTON, OLIVER H |
| HINTON, PATRICIA C |
| HITCHCOCK, DOROTHY C |
| HITE, BRENDA E |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| HOBBS, ARTIE |
| HOBBS, BETTY J |
| HOBBS, BILLY |
| HOBBS, DORIS |
| HOBBS, FELIX N |
| HOBBS, FRANCES |
| HOBBS, GEORGE A |
| HOBBS, ROBERT |
| HODGES, BARBARA L |
| HODGES, BOBBIE S |
| HODGES, DOROTHY M |
| HODGES, JAMES H |
| HODGES, ROY L |
| HOGAN, MARY A |
| HOKE, MILDRED L |
| HOLCOMB, JIMMY W |
| HOLIFIELD, CHARLES D |
| HOLLAND, JAMES |
| HOLLAND, MYRTIS |
| HOLLAND, THOMAS |
| HOLLEY, RAYMOND D |
| HOLLIMAN, JEANETTE |
| HOLLIMAN, JENNIE S |
| HOLLIMON, MARY |
| HOLLINGSWORTH, JEAN |
| HOLLIS, DERWOOD L |
| HOLMES JR, CLEVELAND |
| HOLMES JR, NORSELLES |
| HOLMES, EDNA P |
| HOLMES, MILDRED H |
| HOLMES, SODONIA |
| HOLT, ARGENE |
| HOLT, DORIS |
| HOLT, FRANK J |
| HOLYFIELD, EDWARD |
| HOOD, LILLIE M |
| HOPKINS, WILLIAM E |
| HORNE, IZZIE B |
| HORNE, MILDRED |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
|---|
| HORNES, EARNEST |
| HORTON, BOBBY K |
| HOSEY, FREDDIE R |
| HOUSE, ALBERT |
| HOUSTON, DOROTHY R |
| HOWARD, BERNICE E |
| HOWELL, CONNIE S |
| HOWELL, JOANNE S |
| HOWELL, JOHN W |
| HOYAL, TERRY R |
| HUBBARD JR, HENRY J |
| HUBBERT, BRADLEY |
| HUDDLESTON, ETHEL |
| HUFF, ALICE |
| HUGHES JR, MELVIN |
| HUGHES SR, MELVIN |
| HUGHES, DOROTHY M |
| HUGHES, MARY |
| HUGHES, SANDERS B |
| HULSEY, CLONNIE A |
| HUNNICUTT, ALVIN |
| HUNTLEY, BEN |
| HUSBAND, ROSCOE |
| HUTCHINSON, KATHERINE |
| INGRAM, CHARLES |
| INGRAM, MARY A |
| ISHEE, LORENE |
| ISHEE, MYRTLE RUTH |
| IVEY, INA M |
| IVEY, MARY L |
| JACK, LUVINIA |
| JACKSON JR, ROBERT L |
| JACKSON SR, EXELL |
| JACKSON, CHARTER |
| JACKSON, CLIFTON M |
| JACKSON, FREDDIE B |
| JACKSON, HENRY |
| JACKSON, JEANNETTE J |
| JACKSON, NORA D |

*Duplicate claims have not been excluded*

## Claims Filed by MORRIS & SAKALARIOS

| Claimant Name |
|---|
| JACKSON, SADIE |
| JACKSON, WALTER E |
| JAMES JR, MARION |
| JAMES, ARELENAR |
| JAMES, BARBARA |
| JAMES, BOBBY G |
| JAMES, GERALDINE H |
| JAMES, MORRIS |
| JAYNES, WILLIE J |
| JEFCOATS, BOBBIE |
| JEFFERSON, SUSIE |
| JEFFERY JR, LEROY |
| JENKINS, ARTHUR |
| JENKINS, DENIECE P |
| JENKINS, JAMES D |
| JENNINGS, MYRTICE |
| JIMMERSON JR, QUINCY |
| JOHNS, WILLIAM W |
| JOHNSON JR, JACK |
| JOHNSON, ARLENE |
| JOHNSON, BERTHA A |
| JOHNSON, BUFORD E |
| JOHNSON, HANCE |
| JOHNSON, J B |
| JOHNSON, JACK D |
| JOHNSON, JACQUELINE V |
| JOHNSON, JAMES |
| JOHNSON, JANICE |
| JOHNSON, L D |
| JOHNSON, LEVERN |
| JOHNSON, LURIE J |
| JOHNSON, MARGARET |
| JOHNSON, MARY |
| JOHNSON, MINNIE M |
| JOHNSON, NILA J |
| JOHNSON, TERESSA |
| JOHNSON, VIVIAN M |
| JOHNSON, WILLIE C |
| JONES JR, SILAS |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| JONES, ANNIE R |
| JONES, BETTY L |
| JONES, BOBBY |
| JONES, CORA M |
| JONES, DAVID |
| JONES, DORIS |
| JONES, DORIS P |
| JONES, EARL B |
| JONES, EDWARD H |
| JONES, ERMA |
| JONES, ERMA S |
| JONES, ESTELLE |
| JONES, EVIE L |
| JONES, GENELL |
| JONES, GENEVA |
| JONES, GEORGE J |
| JONES, HAZEL |
| JONES, JAFUS |
| JONES, JAMES D |
| JONES, JAMES L |
| JONES, JESSIE L |
| JONES, KATHERINE B |
| JONES, LEE A |
| JONES, M J |
| JONES, MARY |
| JONES, MARY L |
| JONES, RODELL |
| JONES, ROLAND U |
| JONES, STANFORD |
| JONES, SYDNEY L |
| JONES, THOMAS A |
| JONES, THOMAS L |
| JONES, TOMMY A |
| JORDAN JR, HORACE L |
| JORDAN, ANCE |
| JORDAN, BARBARA A |
| JORDAN, JEAN F |
| JORDAN, JELETHA |
| JORDAN, JOHNNY |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| JORDAN, WILLIE J |
| JOSEY, HARRIS B |
| JOSEY, RICHARD |
| JURLS, O B |
| KEA, MINNIE L |
| KEITH, NANCY C |
| KELLEY, JOHN J |
| KELLY, ELIZABETH |
| KELLY, IMOGENE P |
| KELLY, MINTHA W |
| KELLY, WALTON D |
| KENDRICK, M L |
| KENNEDY JR, J B |
| KENNEDY, JOHNNY R |
| KENT, JUEMILLER |
| KEYS, GAYLE A |
| KEYS, HELEN G |
| KILGORE, ATHA F |
| KILLINGSWORTH, WENDELL |
| KIMBROUGH, BILLY |
| KING JR, LOUIS |
| KING, GERALDINE F |
| KING, JAMES E |
| KING, JENNIFER K |
| KING, MAVIS V |
| KING, PEGGY J |
| KIRBY, BEVERLY E |
| KIRBY, VAN |
| KIRKLEY, JAMES |
| KIRKWOOD, RACHEL |
| KISNER, JOHN |
| KITCHENS, ALICE |
| KITCHENS, RUBY L |
| KNIGHT, CARROLL E |
| KNIGHT, CLARENCE D |
| KNIGHT, MABLE |
| KNIGHT, TROY |
| KNOX, EARNEST |
| KOHEN, JAMES E |

*Duplicate claims have not been excluded*

## Claims Filed by MORRIS & SAKALARIOS

| Claimant Name |
| --- |
| KYZAR, HENRY |
| LACY, JESSIE J |
| LAKE, ROBERT |
| LAMPLEY, HELEN L |
| LANCE, JOHN |
| LANDRUM, IVA L |
| LANDRUM, SIGRID E |
| LANG, MARY |
| LANG, NELLIE |
| LANGELY, RUTH |
| LANGLEY, SAMUEL L |
| LANGRELL, DAVID B |
| LARKIN, W C |
| LARSON, JEAN |
| LASTER, PECOLUIA |
| LAUGHTER, IRIS G |
| LAW, DOROTHY |
| LAWRENCE, GEORGE L |
| LEBOURHIS, MARY L |
| LEE JR, WALTER M |
| LEE, BERNICE L |
| LEE, ESTELLE L |
| LEE, JAMES D |
| LEE, LILLIAN |
| LEE, LINDA J |
| LEE, MARY R |
| LEE, REGIONALD D |
| LEMLEY SR, JAMES A |
| LENOIR JR, HAMP |
| LESTER, MARGIE |
| LESURE, FRANK C |
| LEWIS JR, WILLIE |
| LEWIS, ANDREW |
| LEWIS, EDNA F |
| LEWIS, EUGIE L |
| LEWIS, HILDA |
| LEWIS, KENNETH D |
| LEWIS, LEROY |
| LEWIS, LINDA |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| LEWIS, PEARLIE B |
| LEWIS, RONNIE H |
| LEWIS, WADE |
| LINDSEY, EULA |
| LINDSEY, GRACIE R |
| LINDSEY, KENNETH |
| LINDSEY, ROOSEVELT |
| LINDSEY, VERNA M |
| LIPSEY, LEVORN |
| LITTLE, ARTHUR T |
| LITTLE, CALLIE K |
| LITTLE, JESSIE D |
| LIVINGSTON, ALAN |
| LIVINGSTON, PATRICIA |
| LOCKHART, PRESTON |
| LOFTON, MATTIE G |
| LOFTON, R C |
| LOFTON, ROY H |
| LOGAN SR, JAMES C |
| LOGAN, DOROTHY J |
| LONG, EMMETT J |
| LONG, HENRY |
| LONGING, JAMES M |
| LOPER, MARINDA |
| LORD, THOMAS E |
| LOSTON JR, ALBERT |
| LOTT, KERMIT C |
| LOTT, VALENE |
| LOVELACE, JERRY L |
| LOVELESS, DELL W |
| LOVETT, ESTHER T |
| LOWERY, FARRIS R |
| LUCILLE, NORWOOD |
| LUCROY, MARVIN |
| LUECKE, JOANNE S |
| LUKE, MABLE |
| LUKE, RUSSELL |
| LUNDY, THERESA A |
| LUNSFORD, EULA R |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| MADDOX, HAROLD |
| MAGEE, CLAUDIA |
| MAGEE, ERMA L |
| MAGEE, NATHANIEL |
| MALLORY, FRANCES F |
| MALLORY, ROBERT |
| MALONE, ALICE F |
| MALONE, RUBY |
| MALONE, VIOLA Y |
| MANNING, ALENE |
| MANNING, HENRY J |
| MANSON, DAVID |
| MANUEL, DOROTHY M |
| MARSH, CHARLES W |
| MARSHALL, BILLIE R |
| MARSHALL, CHARLES |
| MARSHALL, KATHY R |
| MARSHALL, LIZER A |
| MARTAR, JOHN W |
| MARTER, TILTON B |
| MARTIN GARRISON, SUSIE J |
| MARTIN, HAZEL |
| MARTIN, JERRY F |
| MARTIN, LUTHER |
| MARTIN, RAYMOND L |
| MARTIN, ROY J |
| MASCAGNI, FRANK C |
| MASK, EARNEST L |
| MASON, ROSA L |
| MASSENGALE, EDWARD |
| MASSEY, WALTON H |
| MATHEWS, DOROTHY A |
| MATHEWS, JAMES |
| MATHEWS, JAMES W |
| MATHIS, FRANCIS R |
| MATTHEWS, CARL M |
| MAULDIN, WILLARD |
| MAXWELL, MELVIN |
| MAY, CLARA |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| MAYFIELD, JOHN W |
| MAYNARD, ERVIN |
| MAYS, WALTER |
| MAYS, WILLIAM |
| MCALPIN, ROBBIE |
| MCCANN, CAROLYN |
| MCCARTY, CURTIS R |
| MCCARTY, LEON |
| MCCARTY, MARGARET J |
| MCCLAIN, ROSS C |
| MCCLENDON, JOHN H |
| MCCLENTON, AARON |
| MCCOOL, BETTY |
| MCCORD, SARAH |
| MCCORMICK, ANNIE B |
| MCCOY, BOBBY L |
| MCCOY, JERRY |
| MCCRARY, FAY |
| MCCULLARS, JIMMY C |
| MCCULLOUGH, TOMMIE L |
| MCCULLOUGH, ZACHARY B |
| MCCULLUM, NAOMI |
| MCDANIEL, FRED |
| MCDANIEL, GEORGE A |
| MCDONALD, DORIS |
| MCDONALD, DOROTHY |
| MCDONALD, EMMA L |
| MCDONALD, EVELIE |
| MCDONALD, GAYOLA D |
| MCDONALD, MAMIE L |
| MCDONALD, RAY |
| MCDOUGLE, ANNIE J |
| MCDUFFIE, JOHNETTE R |
| MCELHENEY, SAMMY |
| MCGAUGH, HAROLD D |
| MCGEE, LUVERGIE V |
| MCGEE, RACHEL G |
| MCGEE, RUTHIE P |
| MCGILL, ALLIE O |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| MCGINNIS, MARILYN |
| MCGINNIS, MAXINE |
| MCGOWAN, BOBBY L |
| MCINTYRE, KARY W |
| MCKEE, DORIS J |
| MCKINLEY, DOROTHY |
| MCKISSICK, JUANITA |
| MCKISSICK, JULIA B |
| MCLAIN, EARLENE P |
| MCLAIN, IVA D |
| MCLAIN, STEVEN G |
| MCLAURIN, DANNY R |
| MCLEMORE JR, FREEMAN |
| MCLEMORE, SUVILLA |
| MCLENDON, BOBBY G |
| MCLENDON, EDWARD G |
| MCLENDON, FREDA |
| MCLENDON, JUANITA C |
| MCLENDON, SYLVIA J |
| MCLEOD, LOUISE |
| MCLEOD, SHARON |
| MCLEROY, JERRY |
| MCNAIR, CAROLYN |
| MCNAUGHTON, GERTIE |
| MCNEELY, HENRY |
| MCQUEEN, JOHNNY L |
| MCRAE, ANNIE R |
| MCRAE, JANIE |
| MCRAY, HENRY |
| MCSWAIN, CHARLIE |
| MCSWAIN, DOLLIE B |
| MCTIER, DONALD E |
| MEADOWS, MAVIS U |
| MEELER SR, BOBBY J |
| MEELER SR, SANDRA E |
| MELTON, MARY K |
| MERCER, DANNY A |
| MERCER, RUPERT |
| MERRELL, BOBBY J |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| MERRILL, NED |
| MERRITT, KAY |
| MERRITT, LINDA |
| MERRITT, MARY E |
| MERRITT, RUTHIE M |
| MERRITT, SANDRA |
| METZ, LOYD R |
| MEWBOURN, LARRY P |
| MICHEL, CHARLES C |
| MIDDLEBROOK, CARRIE |
| MIDDLEBROOK, JOHNNIE R |
| MIDDLETON, JIM |
| MIKLIC, BOBBY N |
| MILES, ANNIE L |
| MILES, JOHNNY F |
| MILLER, AMOS |
| MILLER, ANDREW C |
| MILLER, ANNIE B |
| MILLER, BILLY R |
| MILLER, ELIZABETH |
| MILLER, ELMON |
| MILLER, HERBERT |
| MILLER, NAPIER |
| MILLER, PATRICIA W |
| MILLER, WILLIE L |
| MILLER, ZELMA D |
| MILLS JR, WILLIE L |
| MILLS, THOMAS R |
| MILLSAP, JOHNNIE |
| MILSAP, EDDIE C |
| MILSAP, ROSENA |
| MILTON, WALTER |
| MIMBS, MICKEY L |
| MIMS, EUGENE |
| MITCHELL, LEVI |
| MITCHNER, JOHNNIE L |
| MIZELL, EARLINE |
| MOBLEY, BILLY W |
| MOBLEY, CHARLIE B |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
|---|
| MOFFETT, JOHNNY |
| MOFFETT, LAMAR |
| MONTFORD, MINNIE R |
| MONTGOMERY, CHARLIE |
| MONTGOMERY, LINDA S |
| MONTGOMERY, SYBLE P |
| MOODY, AGNES |
| MOODY, DON E |
| MOODY, ELLA M |
| MOODY, EVERETTE |
| MOODY, LEN |
| MOODY, MYRTLE J |
| MOODY, ROSA |
| MOONEY, DOLLIE D |
| MOORE, CHARLENE |
| MOORE, CLARETHA |
| MOORE, CORA A |
| MOORE, DAN |
| MOORE, DONALD |
| MOORE, ELLAPHINE |
| MOORE, ERVIN |
| MOORE, KENNY |
| MOORE, L T |
| MOORE, NANCY G |
| MOORE, ROBERT G |
| MOORE, V J |
| MOORMAN, BRENDA C |
| MORGAN, ALICE C |
| MORGAN, ESTELLA M |
| MORGANFIELD, MATTHEW |
| MORRIS JR, HERBERT |
| MORRIS, CALVIN |
| MORRIS, ELDON |
| MORRIS, RAY |
| MORTON, CLINTON |
| MOSLEY, RALPH L |
| MOSLEY, ROBERT P |
| MOSS, FRED |
| MOSS, MARSHALL |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
|---|
| MOULDS, CARRIE E |
| MOXLEY, JIMMY P |
| MOZINGO, EVELYN |
| MULLIKIN, CARRELL D |
| MULLIKIN, TOM |
| MULLINS, BUD |
| MULLIS, RALPH |
| MURCHIE, JOHN H |
| MURPHY SR, THOMAS B |
| MURPHY, LESTER C |
| MURRAY, RUTH |
| MURRY JR, WILLIE |
| MURRY, JOHNNIE M |
| MUSGROVE, HOLLIS L |
| MYERS JR, LEONARD |
| MYERS SR, ALVIN D |
| MYERS, WILSON |
| MYLES SR, MARSHALL |
| MYRICK JR, WILLIE |
| MYRICK, JUANITA |
| MYRICK, SUSIE R |
| NANCE, BONNIE L |
| NATIONS, RHODA |
| NEAL, GRACE |
| NECESSARY, MARY D |
| NELMS, CLIFFORD |
| NELSON, CHELLIE M |
| NELSON, GLORIA |
| NELSON, RONALD E |
| NESMITH, CHARLES H |
| NEVILLE, MARGARETTE |
| NEWBY, MATTIE L |
| NEWELL, ANNIE L |
| NEWELL, EDWIN |
| NEWELL, EVELYN |
| NEWELL, JIMMY C |
| NEWELL, KAY F |
| NEWSOME, MARY L |
| NIBLETT, GEORGE R |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS* 34

| Claimant Name |
|---|
| NICHOLS, CHARLES |
| NICHOLSON, ALA D |
| NICHOLSON, KATHERINE E |
| NICHOLSON, KENNETH C |
| NICHOLSON, LOIS A |
| NICHOLSON, MAUDIE L |
| NICHOLSON, WILLIAM O |
| NICKERSON, JOHN L |
| NIX, BOBBY J |
| NIXON, WINFORD |
| NOBLE, JOE W |
| NOBLES, BESSIE C |
| NOBLES, ROLAND L |
| NORMAN, HENRY H |
| NORRIS, VELVERLENE |
| NUNN, DORIS |
| ODEN, FRANCES J |
| ODOM, BOBBIE |
| ODOM, DONALD W |
| ODOM, EDNA |
| ODOM, PATRICIA W |
| OLIVE, FRED C |
| OLIVER, DOROTHY |
| ONEAL, MELBA L |
| OVERSTREET, WILLIAM D |
| OWENS, BARBARA O |
| OWENS, CLYDE B |
| OWENS, EMMA J |
| PACLEY, ANNIE V |
| PAGE, MABLE A |
| PAGE, MARTHA A |
| PAIGE, RICHARD |
| PALMER, MARY C |
| PALMER, PATSY A |
| PAMPLIN, OPAL |
| PARHAM, HELEN J |
| PARISH, DONALD E |
| PARKER, BETTY |
| PARKER, CENI P |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| PARKER, CORNELIA J |
| PARKER, FANNIE |
| PARKER, FLOYD G |
| PARKER, JAMES R |
| PARKER, JOHN L |
| PARKER, MADELINE J |
| PARKER, MARY B |
| PARKER, WILLIE J |
| PARKS, GWENDOLYN S |
| PARKS, WILLIE |
| PARRISH, RONALD E |
| PARROTT, ANITA C |
| PAULK, BETTY |
| PAYNE JR, GEORGE |
| PAYNE JR, JOE |
| PAYNE, LONNIE |
| PAYNE, ROY |
| PAYTON, ARMIE J |
| PAYTON, SHIRLIE A |
| PAYTON, W D |
| PEEBLES, GLORIA |
| PEEBLES, JOYCE H |
| PEEL, JAMES H |
| PENNINGTON, HELEN |
| PENNYMAN, WESLEY |
| PERKINS, DONALD R |
| PERRY JR, SHAD |
| PERRY, JUANITA C |
| PERRY, MAUDIE L |
| PERRYMAN, JOE |
| PETERS, SARA |
| PETTY, SHIRLEY P |
| PETTY, WILLIE L |
| PHILLIPS, FANNIE S |
| PHILLIPS, FLOREADA |
| PHILLIPS, JAMES A |
| PHILLIPS, JAMES F |
| PHILLIPS, JIMMY |
| PHILLIPS, JOHNNIE W |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| PHILLIPS, ROXIE E |
| PICKENS, ROBERT J |
| PICKERING, HAZEL |
| PICKERING, MARVIN |
| PIERCE, BOBBIE |
| PIERCE, LAURA M |
| PIERSON, THEARTHER |
| PITTMAN, BETTY J |
| PITTS, CAROLYN |
| PITTS, GLORIA J |
| PITTS, LOUELLA |
| PITTS, OLLIE J |
| PITTS, ROBERT E |
| PITTS, RUEL |
| PLANT, WILLIE |
| POLK, AUDREY |
| POLK, RAY C |
| POOR, MARY A |
| POPE, ARLENE |
| POPE, LYNWOOD A |
| POPE, NETTIE M |
| PORTER SR, BENNIE C |
| PORTER, BEATRICE |
| PORTER, DOROTHY |
| PORTER, WILLIE |
| POSEY, BOBBIE J |
| POSEY, MARTHA P |
| POSEY, MAXINE |
| POSEY, ROGER L |
| POTTER, DON L |
| POUNDS, RUNETTE E |
| POWE, INEZ |
| POWE, MAGGIE S |
| POWELL, BETTY G |
| POWELL, DONALD R |
| POWELL, FRANCES M |
| POWELL, JAMES T |
| POWELL, ROBERT |
| PRESTON, CATHERINE |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| PRICE, BETTY L |
| PRIESTLEY, WILLIAM H |
| PRINCE, ORA |
| PRINGLE, WILBERT B |
| PRITCHARD, ROBERT |
| PULLEN, JAMES G |
| PULLEN, LEAMON E |
| PULLIN, FLORA M |
| PURNELL, EDWARD J |
| PURVIS, EARL D |
| PURVIS, EFFIE Y |
| PURVIS, ELWARD W |
| PURVIS, JOHN C |
| PURVIS, JOHN M |
| PURVIS, MYRTLE D |
| RACHELS, LORING |
| RADCLIFF, BEATRICE |
| RADCLIFF, TRAVIS E |
| RAGLAND, ROBERT |
| RAILEY, ROSSIE H |
| RAINBOLT, ERNEST |
| RAINBOLT, GARY D |
| RAINEY, IVA L |
| RAMSEY, JACKIE C |
| RAMSEY, ROBERT |
| RANKIN, ANNIE M |
| RANSOM, JERRY |
| RANSOM, S L |
| RATCLIFFE, ANDREW M |
| RAVENCRAFT, HARLON K |
| RAWLS, ALBERT |
| RAWLS, HERMAN |
| RAWLS, OLENE |
| READ, PAUL E |
| READIRS, EARNEST |
| REAGAN, BARBARA |
| REED, GEORGE T |
| REED, JOHN W |
| REED, STELLA M |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| REESE SR, HARRY |
| REESE, ELIJAH |
| REESE, JANICE M |
| REESE, JOHNNY |
| REESE, LUTHER J |
| REEVES, AUGUSTUS |
| REEVES, HOMER |
| REEVES, MILDRED |
| REGISTER, JERRY A |
| REID, JANET E |
| REYNOLDS, WANDA J |
| RHODES, C P |
| RHYMES, GARY C |
| RICE, SHIRLEY A |
| RICE, TOMMY R |
| RICHARDSON JR, EDDIE L |
| RICHARDSON, CHARLES W |
| RICKMAN, BETTY |
| RICKS, BERTOW |
| RICKS, GEORGE W |
| RICKS, J W |
| RIDGELL, PHYLISTENE D |
| RIGBY, LELIA L |
| RILES, LULA C |
| RISINGER, ELZIE |
| ROBERSON JR, ROBERT M |
| ROBERSON, DAVID T |
| ROBERSON, JIMMY D |
| ROBERTS, AGNES |
| ROBERTS, LAVONIA N |
| ROBERTS, LOUISE |
| ROBERTSON, GAVIN |
| ROBERTSON, HIRAM A |
| ROBINSON SR, BILLIE R |
| ROBINSON, CATO |
| ROBINSON, JAMES |
| ROBINSON, JOHN |
| ROBINSON, JOHN H |
| ROBINSON, LLOYD |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| ROBINSON, MARVIN F |
| ROBINSON, MILTON |
| ROBINSON, PATSY |
| ROBINSON, RUFUS W |
| ROBINSON, VIVIAN M |
| ROBINSON, WILLIE |
| RODDEY JR, EDWARD R |
| ROGERS, COLBERT |
| ROGERS, GAIL J |
| ROGERS, JAMES H |
| ROGERS, JANICE |
| ROGERS, LORAN L |
| ROGERS, T A |
| ROGERS, THOMAS D |
| ROQUEMORE, WILLENE |
| ROSE, DAVID |
| ROSS, JOSEPH B |
| ROSS, PEARLENE |
| ROUNDS, VERNICE M |
| ROUNTREE, JAMES A |
| ROWE, FREDDY |
| ROWELL, ESTELLE |
| ROWELL, GLENDA |
| ROWELL, KENNETH |
| RUCKER, ARTHUR |
| RUMPH, ELLEAN |
| RUSHING, MARVIN C |
| RUSSELL JR, JAMES H |
| RUSSELL, JANE |
| RUSSELL, JERRY |
| RUSSELL, ROBERT |
| RUTHERFORD, HENRY |
| RUTLEDGE, BOBBY J |
| SANDERS, BETTY |
| SANDERS, DAVID |
| SANDERS, FRANCES C |
| SANDERS, HOWARD |
| SANDERS, JAMES |
| SANDERS, JIMMY |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| SANDERS, LONNIE |
| SANDIFER, RUBY |
| SANFORD, ETHEL |
| SANFORD, JACK |
| SANFORD, MYRTLE L |
| SAULTERS, JESSIE L |
| SAUNDERS, ROBERT F |
| SAVAGE, GLORIA J |
| SCARBROUGH, JULIA F |
| SCHELL, DOROTHY R |
| SCOTT II, JOHN H |
| SCOTT, GEORGE L |
| SCOTT, SYLVIA |
| SEARCY, HORACE |
| SEARCY, INEZ |
| SEARCY, JOHN F |
| SEARS, ERMA |
| SEARS, RONNIE |
| SELLERS, PATSY R |
| SHARP, WILLIAM C |
| SHATTLES, ELOM T |
| SHAW, MARY F |
| SHEPHERD, DELLA |
| SHEPHERD, FAYE B |
| SHERRON, CLARA P |
| SHOCKEY, CLEO |
| SHOEMAKER, ROY |
| SHOUPE, DONALD R |
| SHOUPE, MARGIE M |
| SHOWS, DONALD W |
| SHOWS, SELMA L |
| SHURDEN, JIMMIE C |
| SIEFKEN, SHIRLEY |
| SIGMAN, MANSON E |
| SIMMONS, CORA M |
| SIMMONS, TOMMIE |
| SIMPSON, CLAUDE |
| SIMS JR, JESSIE C |
| SIMS, CHARLES H |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| SIMS, EVELLE |
| SIMS, HERMAN |
| SIMS, MARY M |
| SINGLETARY, ANNIE A |
| SISK, ELLEN B |
| SIZEMORE, DONALD |
| SKINNER, JOE |
| SLOAN, PATRICIA R |
| SMITH JR, EMMITT J |
| SMITH JR, MILTON |
| SMITH, ANNIE M |
| SMITH, BENNIE E |
| SMITH, BETTY G |
| SMITH, BETTY N |
| SMITH, BOBBY D |
| SMITH, CECIL R |
| SMITH, EMORY H |
| SMITH, ERNEST C |
| SMITH, FLORA E |
| SMITH, HAROLD E |
| SMITH, JAMES E |
| SMITH, JULIAN H |
| SMITH, KATRINA |
| SMITH, LIZZIE |
| SMITH, MARY F |
| SMITH, MARY L |
| SMITH, MATTIE |
| SMITH, ORRIE L |
| SMITH, ROMELLA |
| SMITH, VERL G |
| SMITH, WILLIAM L |
| SMITH, WILLIE M |
| SOLES, MICHAEL |
| SPEED, SOLOMON |
| SPENCER, HOSEA |
| SPENCER, LOUISE M |
| SPENCER, MORRELL |
| SPILLER JR, HENRY |
| SPIRES, DWAIN |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| SPIRES, FREEMAN |
| SPIRES, MURLINE H |
| SPIVEY, JEWEL D |
| SPRADLIN, HERMAN L |
| SPROUSE, JAMES C |
| STAMPER, C A |
| STAMPLEY, JAMES E |
| STANFILL, POWELL |
| STANLEY, HERMAN D |
| STANLEY, LARRY |
| STANLEY, LOUIS J |
| STANLEY, T J |
| STANSELL, TONY L |
| STATEN, BENNIE |
| STEED, THOMAS E |
| STEEN, JOE E |
| STEPHENS, HUBERT |
| STEPHENS, JOHN L |
| STEPHENSON, DALE |
| STEVENS, CURTIS C |
| STEVENS, VIOLET E |
| STEWART, BONNIE L |
| STEWART, GENETTA R |
| STIFF, ORLAIN R |
| STOKES, GASTON D |
| STOKLEY, LEROY |
| STOVALL, ADELL |
| STREET, ALMA J |
| STREET, DORIS E |
| STREET, MATTIE B |
| STRICKLAND, BILLY L |
| STRICKLAND, BURNICE R |
| STRICKLAND, MOYE |
| STRICKLAND, RAY |
| STRICKLAND, RODNEY L |
| STRICKLAND, SAMUEL W |
| STRIEFF, ALTON K |
| STRINGER, BETTY J |
| STRINGER, DANIEL T |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| STROUD, MILDRED |
| STRUTCHEN SR, JAMES |
| STUART JR, PHELPS |
| STUBBS, FANNIE M |
| STUCKEY, EMMA J |
| STUTTS, SIDNEY C |
| SUDDETH, ELDRIDGE |
| SUDDUTH JR, EUELL |
| SULLIVAN, ALONZO J |
| SULLIVAN, RUBY J |
| SUMNER, GARY |
| SUMRALL, ERMA |
| SUMRALL, RONALD E |
| SUTTON, GWENDOLYN |
| SUTTON, WAYNE |
| SWAN, MAXINE G |
| SWINDOLL, HARLEY E |
| TABB, JERRY |
| TANNER, CAROL B |
| TANNER, HAROLD |
| TANNER, MARVIN L |
| TANNER, MILDRED L |
| TARPLEY, WENDELL |
| TAYLOR JR, SAMUEL |
| TAYLOR, CARL A |
| TAYLOR, CARRIE |
| TAYLOR, CLARENCE |
| TAYLOR, CORA |
| TAYLOR, ELIZABETH C |
| TAYLOR, WILLIE J |
| TEAL, JOAN L |
| TEAL, WILBUR T |
| TERRELL, LEO M |
| TERRY, MILDRED |
| TERRY, WILLIAM A |
| TEW JR, EDGAR |
| THARP, LOIS |
| THARPE, JOHN A |
| THIGPEN, ANNIE L |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| THIGPEN, AUDIE |
| THIGPEN, BETTY |
| THIGPEN, CHARLES |
| THIGPEN, HERBERT |
| THIGPEN, PEGGY |
| THOMAS, ALFRED |
| THOMAS, BARBARA N |
| THOMAS, BILLY R |
| THOMAS, HOWARD |
| THOMAS, JAMES T |
| THOMAS, K P |
| THOMAS, L S |
| THOMAS, LARRY T |
| THOMAS, MARIE |
| THOMAS, ORETHA C |
| THOMAS, ROBERT |
| THOMAS, WILLIS R |
| THOMPSON, E J |
| THOMPSON, ELZIE L |
| THOMPSON, HELEN M |
| THOMPSON, JAMES R |
| THOMPSON, L T |
| THOMPSON, LEON V |
| THOMPSON, MARY |
| THOMPSON, ROBERT R |
| THOMPSON, WILLIE J |
| THORNTON, CLARA L |
| THORNTON, JOE M |
| THRASH, JOHNIE G |
| THURMOND, DANNY L |
| TILLMAN JR, OTIS |
| TILSON, BILLY |
| TINDELL, MYRTLE M |
| TOLBERT, PHYLLIS |
| TOLLIVER, CURTIS |
| TOOKES, ISAIAH |
| TOWNSEND SR, RAYFORD R |
| TOWNSEND, EDWARD |
| TOWNSEND, FELTON |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| TOWNSEND, JUNIOR A |
| TOWNSEND, LYNN |
| TOWNSEND, THERMAN H |
| TOWNSEND, WILLIE J |
| TRAINER, FRANKIE |
| TRAVIS, BETTYE |
| TRAVIS, WILLIE A |
| TRAYLOR, MARY C |
| TREST, WILLIAM E |
| TRICE, CARL P |
| TRIPLETT, MARY |
| TROTTER, MELVIN |
| TROUPE, INELL |
| TUCKER, LUTHER H |
| TUCKER, MACK W |
| TUGGLE, ALBERT A |
| TUGGLE, JAMES K |
| TURNER JR, I J |
| TURNER, BETTY J |
| TURNER, DEWAYNE |
| TURNER, IDA M |
| TURNER, WENDELL R |
| TYREE, GRADY G |
| TYREE, MARY M |
| TYSON, SARAH |
| ULIANO, JOSEPH |
| ULMER, KENNETH |
| UNDERWOOD, MATTIE G |
| UPSHAW, MARXS C |
| UPSHAW, OWEN |
| UPSHAW, SHIRLEY J |
| UPTON, ALICE E |
| UPTON, PAUL B |
| VANCE, HENRY H |
| VANCE, JOYCE C |
| VANDERFORD, VIVIAN M |
| VEAL, JOHN W |
| VEALS, NATHANIEL |
| VEASLEY, JUDY |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| VERNON, IRA C |
| VESS, BARBARA |
| VINSON SR, WILLIAM E |
| WAGNER, ROBERT L |
| WAINWRIGHT, CHARLES M |
| WAITS, RANDOLPH |
| WALDROP, BRENDA P |
| WALKER JR, JOHNNIE |
| WALKER JR, SOLOMON E |
| WALKER SR, HENRY L |
| WALKER, EDWINA |
| WALKER, ELAINE S |
| WALKER, GENNIE V |
| WALKER, HUEY P |
| WALKER, JAMES E |
| WALKER, JEWELL |
| WALKER, SAMELLA S |
| WALKER, TONNY |
| WALKER, W S |
| WALKER, WILLIE |
| WALKER, WILLIE R |
| WALLACE, HELMA R |
| WALLACE, RAY T |
| WALLS JR, IRA F |
| WALTERS, ALMA |
| WALTERS, CHARLES D |
| WALTERS, MYRTIS V |
| WALTON, IRENE D |
| WARD, FRANKLIN C |
| WARE, DENNIS L |
| WARE, JIMMY E |
| WARNOCK, HOLLIS |
| WARNOCK, LINDA |
| WARNOCK, MONTE R |
| WARREN, JAMES H |
| WARREN, TRAVIS E |
| WASHINGTON, ANNIE |
| WASHINGTON, ARCEL |
| WASHINGTON, GEORGINIA |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| WATERS, WILLIAM |
| WATFORD, BILLIE F |
| WATKINS, ELSIE |
| WATSON, JERRY L |
| WATSON, LESTER F |
| WATT, JOHNNY |
| WATTS, ALBERT C |
| WATTS, MARIE |
| WEATHERSBY JR, ROBERT |
| WEATHERSBY, BILLY B |
| WEAVER, SARAH D |
| WEBB, HOLTON |
| WEEKS, GWEN |
| WEEKS, JAMES |
| WELCH, FRANKIE P |
| WELCH, LEONA B |
| WELCH, LUTHER J |
| WELCH, ROBERT O |
| WELLS, JESSIE |
| WELLS, LINDA |
| WEST, BETTY |
| WEST, VIRGINIA L |
| WHEAT, LAVERN J |
| WHEELER, LEO |
| WHIDBY, ALVIN |
| WHITE SR, CHARLES W |
| WHITE, DONALD W |
| WHITE, GEORGE |
| WHITE, JAMES E |
| WHITE, JERRY L |
| WHITE, JOYCE A |
| WHITE, L C |
| WHITE, LEE E |
| WHITE, REBECCA S |
| WHITE, TITUS M |
| WHITEHEAD, RAYMOND |
| WHITFIELD, DERECK R |
| WHITFIELD, SHIRLEY |
| WHITTINGTON, CARL E |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| WHITTINGTON, EDNA F |
| WIGGINGS, ANTHONY |
| WIGGINS SR, AARON |
| WILDER, HANARIETTA |
| WILEY JR, THOMAS P |
| WILKERSON, EVA |
| WILKES, JUDON |
| WILKES, SUE |
| WILKES, VIRGINIA A |
| WILKINS, LUCILLE |
| WILKINSON, HELEN D |
| WILKINSON, RUFUS |
| WILLIAMS, ARTHUR |
| WILLIAMS, BERNEDA |
| WILLIAMS, DAVID R |
| WILLIAMS, ELIZABETH M |
| WILLIAMS, GORDON B |
| WILLIAMS, GUY |
| WILLIAMS, HARRY J |
| WILLIAMS, JEANETTE M |
| WILLIAMS, JOHN E |
| WILLIAMS, JUANITA |
| WILLIAMS, MARY A |
| WILLIAMS, MILDRED J |
| WILLIAMS, NATH |
| WILLIAMS, OLLIE |
| WILLIAMS, ORA C |
| WILLIAMS, PAUL |
| WILLIAMS, SUSIE |
| WILLIAMS, TOMMIE R |
| WILLIAMS, WILLIE A |
| WILLIAMSON, BILLY R |
| WILLIAMSON, VIOLA |
| WILLIFORD, LOTTIE C |
| WILLINGHAM, EDDIE |
| WILLIS, JEFFERSON |
| WILSON, ANNIE M |
| WILSON, BETTY J |
| WILSON, BILLY G |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*

| Claimant Name |
| --- |
| WILSON, FAYE |
| WILSON, HAYBERT |
| WILSON, HUBERT |
| WILSON, JAMES A |
| WILSON, LINDA |
| WILSON, PAULINE |
| WINDHAM, TROY |
| WINSTON, JESSIE |
| WINTERS, JESSIE L |
| WISE, HORACE |
| WOOD, BILLY |
| WOOD, CHARLES N |
| WOOD, OTIS |
| WOOD, RUSSELL |
| WOODALL, DORIS |
| WOODARD, BETTY |
| WOODELL, LOWERY |
| WOODS SR, WILLIAM M |
| WOODS, VICTOR W |
| WOODWARD, HELEN |
| WORBINGTON WRIGHT, CLAUDIA L |
| WORKS, HERSHEL L |
| WORTHY JR, GEORGE |
| WORTHY, ANNIE |
| WORTHY, SIMMIE L |
| WRIGHT SR, JOHN |
| WRIGHT, ALFRED |
| WRIGHT, DOROTHY |
| WRIGHT, EARLINE M |
| WRIGHT, JAMES E |
| WRIGHT, ROBERT B |
| WRIGHT, WYLEY D |
| YAWN, SHELBY |
| YEAGER, WAYNE |
| YELVERTON, PATRICIA A |
| YOUNG, ALBERTA |
| YOUNG, BARBARA |
| YOUNG, FRANKIE |
| YOUNG, JOE N |

*Duplicate claims have not been excluded*

*Claims Filed by MORRIS & SAKALARIOS*    50

| Claimant Name |
| --- |
| YOUNG, MARY F |
| YOUNG, REBA P |
| YOUNG, WILLIAM B |
| YOUNGBLOOD, GEORGE D |

*Duplicate claims have not been excluded*