# Exhibit B

*Claims Filed by LEBLANC & WADDELL LLC* 1

| Claimant Name |
|---|
| AFEMAN, JAKE |
| AKIN, JOHNNY A |
| ALLEN, DONALD L |
| ALSGOOD, SAMUEL |
| AMACKER, JEFFIE W |
| AMEDEE, JOSEPH P |
| ANDERSON, CHARLES H |
| ARBOUR SR, BENNIE T |
| ARNOLD, CLIFTON |
| ASHFORD, BOYD Y |
| ATTUSO, LUCIAN D |
| AUSBERRY, DAN |
| AVERETT, MELVIN E |
| AYMOND, JAMES M |
| BABIN, ALLEN |
| BARRETT SR, GEORGE |
| BARRETT, LIONEL E |
| BAYNE, WILLIAM C |
| BAZELL, GAINES T |
| BENTON, CONRAD J |
| BERTHELOT, CURVIN J |
| BICKHAM, MERLE E |
| BISHOP, CHARLES E |
| BLAKES SR, MANUEL |
| BLOUNT SR, JAMES J |
| BLUNT SR, HENRY L |
| BOLDS, FRANK P |
| BOLLINGER, CARROLL J |
| BOSSLEY, ROBERT L |
| BOUDREAUX, HARRY J |
| BOURG, JOHN R |
| BOURGEOIS, STANLEY J |
| BREAUX, JOHN R |
| BRIMMER, LEO S |
| BROWN SR, ADAM J |
| BROWN, JOHNNIE J |
| BRUNA, CARLOS J |
| BULLOCK, BOBBY J |
| BURTON, WILLIE L |

*Duplicate claims have not been excluded*

*Claims Filed by LEBLANC & WADDELL LLC*                        2

| Claimant Name |
| --- |
| CALABRESI, SALVADOR M |
| CALLAWAY, WILLIAM M |
| CARAZZA, RAPHAEL L |
| CARLINE SR, JESSE |
| CHANDLER, MARVIN M |
| CHASE, SAM W |
| CHEMIN, JESSE R |
| CLAMPITT, CARROLL G |
| CLARK, PAUL E |
| CLELAND SR, ROBERT I |
| CLUES, JOSEPH R |
| COATS, CRAYTON L |
| CODY, EUGENE W |
| COLLINS, OSCAR |
| COMARDELLE, WALTER P |
| COMBS, ETHEL D |
| COMPTON, JIMMY C |
| CONSTANTINO, PETER A |
| COOK, ROBERT L |
| CORNWELL, JERRY C |
| COUPEL, SIMON |
| COX, RICHARD D |
| CRAFT, JERRY |
| CROW, LENELL E |
| DABNEY, ALBERT |
| DAIGLE, CARROL D |
| DAUZAT, SYLMAN G |
| DAVIS, GARLAND A |
| DAVIS, HENRY M |
| DAVIS, WILLIE |
| DELAUGHTER, BOBBY R |
| DELAUNE, HAROLD L |
| DEMARS SR, ROBERT E |
| DENNY, ROBERT W |
| DEXTER, THOMAS J |
| DIXON, FLYNN W |
| DIXON, FOREST |
| DIXON, JOSEPH L |
| DOMINICK, EIRPHY |

**Duplicate claims have not been excluded**

*Claims Filed by LEBLANC & WADDELL LLC* 3

| Claimant Name |
|---|
| DOMINIQUE, JOSEPH M |
| DONALDSON, DONALD J |
| DUNBAR, JIMMY B |
| DUPONT, ADOLPH |
| DUPRE, ALTON A |
| DUPRE, DALLAS |
| DYER, ROBERT G |
| FERNANDEZ SR, FELIX C |
| FICAROTTO, FRANK P |
| FLOTT, ROY D |
| FLOWERS, JAMES E |
| FONTENOT, KELLY J |
| FOSTER, ANDERSON |
| FOSTER, CHARLES R |
| FOSTER, EDWIN E |
| FRUGE, HOWARD J |
| GAUTREAUX, RUSSELL R |
| GEBBIA, JOSEPH A |
| GEORGE, ROBERT |
| GIACCONE, VINCENT P |
| GILLIS SR, ROBERT |
| GIORDANO SR, ANTHONY |
| GORE, FRANK H |
| GOURGUES, LESTER |
| GRAHAM, BOBBY J |
| GRAHAM, JACK M |
| GRAHAM, THEODORE D |
| GRAVES SR, ROBERT H |
| GRIFFIN, EARNEST |
| GUIDRY, HAYWARD J |
| GUITREAU, LLOYD J |
| GURTNER, RONALD |
| GUY, CHARLES E |
| HALL, RANDOLPH |
| HANO, BOBBY R |
| HARRELL, JIMMY |
| HARRIS, LOUIS R |
| HARRISON, BEN |
| HARRISON, JAMES |

**Duplicate claims have not been excluded**

*Claims Filed by LEBLANC & WADDELL LLC* 4

| Claimant Name |
|---|
| HAWKINS, RONALD J |
| HAYES, ELTON C |
| HAZLIP, JOSEPH G |
| HELMER, THEODORE |
| HENDERSON, WARREN S |
| HENDRICKS, GERALD J |
| HENSON, HERBERT H |
| HERNANDEZ, JERRY J |
| HERNANDEZ, PAUL |
| HIGGINBOTHAM, CHARLES S |
| HOLLIDAY, CLYDE L |
| HOLLINS, LOUIS |
| HORN, LEONARD W |
| HUDGENS, ODIS W |
| HUFFSTETLER, GUY D |
| HUGUET, RONALD J |
| HUNT, CLIFFORD E |
| JACK, ARTHUR |
| JACKSON, EDDIE |
| JACKSON, NATHANIEL |
| JACKSON, RICHARD C |
| JACKSON, TOMMY |
| JARRELL, EMMIT M |
| JENKINS, RAY |
| JENNINGS, GRADY |
| JOHNSON SR, MATTHEW |
| JOLLEY, FRED E |
| JONES, BEN H |
| JONES, HOMER |
| JUNOT, ALBERT D |
| KAIN SR, ERNEST J |
| KELLER, JAMES L |
| KELLEY, JEWEL C |
| KELLY, SAMUEL H |
| KILROY, JERRY W |
| KIRKES, JAMES L |
| KITTRELL, WALTER S |
| KJELDSEN, NELS R |
| KNIGHT, HAROLD |

*Duplicate claims have not been excluded*

## Claims Filed by LEBLANC & WADDELL LLC

5

| Claimant Name |
|---|
| KRAKOWIAK, STEFAN |
| LAIRD, ELMER H |
| LAMP, IRA F |
| LEADER, KIRBY J |
| LEE, INNIS |
| LEJANDER, ARTHUR |
| LENOIR, L C |
| LINDSAY, MOSE |
| LONG, HUEY P |
| LOVETT, ROBERT E |
| LOYD, ROBERT |
| LOYD, RUFFIN R |
| MARANGE, WILLIAM W |
| MARCHBANKS, LINZIE M |
| MCCANN, FRANKIE L |
| MCCASTLE, DOUGLAS |
| MCCLENDON, GUY |
| MCCORMICK, RICHARD L |
| MCDONALD, ROY K |
| MCLAIN, VOYD |
| MCLIN, TROY M |
| MERCIER, VAN N |
| MEZZIC, JOSEPH J |
| MONTGOMERY, GLYNN M |
| MOORE, LOUIS |
| MORROW, SAMUEL A |
| MUNCH, MELVIN M |
| NAQUIN, HARIS |
| NECAISE, PHILIP |
| NEWMAN, RALPH E |
| NICHOLS, EDWARD L |
| OMARA, IRVING A |
| OTT, DEWEY A |
| OVETE, LAWRENCE D |
| PEARCE, CHARLES E |
| PECK, EDWARD J |
| PECORARO, ANTHONY J |
| PETERS, SHERMAN |
| PHILLIPS, JAMES M |

*Duplicate claims have not been excluded*

*Claims Filed by LEBLANC & WADDELL LLC* 6

| Claimant Name |
|---|
| PICKNEY, LEON |
| PIERRE, ELEX J |
| PINO, SEWELL F |
| PORTER, HENRY L |
| PORTIS, ROBERT E |
| POWERS, SAMUEL A |
| PREJEAN, LESLIE J |
| PRESTENBACH, WALTER J |
| PRESTRIDGE, OWEN B |
| QUAVE, VICTOR L |
| QUIN SR, PERCY |
| RAINWATER, CHARLES L |
| RAMIREZ, RUSSELL M |
| RAWLINS, ELMER P |
| RAYBORN, BILLY B |
| REBOUCHE, GARLAND A |
| REED, IVY L |
| REEVES, WILLIAM H |
| RHODES, EARL |
| RICHARD SR, GEORGE |
| RICHARD, OVERTON |
| RICHARDSON, GENE L |
| RICHARDSON, SAM L |
| ROBERTS, BILL |
| ROBINSON, FRED |
| ROBINSON, LIONEL |
| RODRIGUEZ, CLYDE |
| ROGERS, WILLIAM |
| ROSS JR, CECIL A |
| ROSZELL, RODNEY G |
| RUCKER, H B |
| RUPPERT, FREDERICK C |
| RYAN, RAOUL W |
| SAGONA, TONY |
| SAIZAN, IGNACE L |
| SALVATO, JOSEPH J |
| SAVOY, PANCRATIUS |
| SCHMIDERER, LOUIS A |
| SCHMIDERER, LOUIS A |

**Duplicate claims have not been excluded**

*Claims Filed by LEBLANC & WADDELL LLC*                    7

| Claimant Name |
|---|
| SCHULTE, WILLIAM D |
| SCHWAB, FERDINAND |
| SCHWAB, ROBERT |
| SCOTT, HENRY J |
| SCOTT, JOHN H |
| SCOTT, LEE D |
| SCRUGGS, GLENN E |
| SHAFFETT, JOHNNY A |
| SHANKLIN, EDWARD |
| SHANNON, CLYDE C |
| SHIPP, PAUL W |
| SIBLEY, JAMES B |
| SIBLEY, RALPH V |
| SIKES, HUGH |
| SILVIO, ANGELO |
| SIMMONS, FRANK J |
| SIMMONS, WAYNARD A |
| SIMONEAUX, AUBERT A |
| SIMONEAUX, RICHARD L |
| SINGLETON, JOSEPH L |
| SMITH, HARRY J |
| SMITH, JULIAN R |
| SMITH, LEON J |
| SOBERS, FREDDIE A |
| SONNIER, JAMES K |
| SPANN, HENRY |
| SPATH, LOUIS F |
| STEVENS, GROVER W |
| STEVENS, TERRELL O |
| STEWART, JAMES A |
| STOKES, RAY W |
| STONE, OLIVER D |
| STREETMAN, CECIL F |
| SUTTON, EDWIN P |
| TABER, MARVIN |
| TABOR, CARROLL P |
| TABOR, WALTER C |
| TALBOT, ALDEN |
| TARVER, LONNIE E |

**Duplicate claims have not been excluded**

*Claims Filed by LEBLANC & WADDELL LLC* 8

| Claimant Name |
|---|
| TAYLOR, CLARENCE |
| TEAPO, GEORGE |
| TEMPLETON, GEORGE |
| THIBODEAUX, ROLAND B |
| THIEL, ROY G |
| THOMAS, ALVIN J |
| THOMAS, GEORGE C |
| THOMAS, JOE E |
| THOMAS, JOHN R |
| THOMAS, RICHARD L |
| THOMPSON, LUCIES D |
| THORNTON, ELIJAH |
| TILLMAN, CLARENCE F |
| TIRCUIT, NATHAN E |
| TUMINELLO, ROBERT M |
| TURNER, EUGENE M |
| TYLER, JOSEPH D |
| UPTON, DAVID M |
| VACCARO, VINCENT C |
| VERRET, ANATOLE J |
| VICKNAIR, WILTON J |
| WALDEN, JAMES C |
| WALKER, JOHN |
| WALSH, WHITNEY |
| WARE, TROY M |
| WASCOM, INGRAM R |
| WASHINGTON, BOOKER T |
| WATSON, CHARLES J |
| WEAVER, RICHARD J |
| WELCH, HILTON |
| WHEAT, MONROE G |
| WHITE, TRENTIS L |
| WHITE, WILLIAM J |
| WHITLEY, EDDIE |
| WHITMORE, JOSEPH A |
| WILKERSON, JOE L |
| WILL, ORRELL |
| WILLIAMS, FLOYD W |
| WILLIAMS, JOHNNY |

*Duplicate claims have not been excluded*

*Claims Filed by LEBLANC & WADDELL LLC* 9

| Claimant Name |
|---|
| WILSON, MARION |
| YELVERTON, BUFORD O |
| ZEIGLER, JAMES H |

*Duplicate claims have not been excluded*