## Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 09, 2006

In Reference To:       Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #       10633

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/1/2006 | MSH | Update database with Kirkland June 2006 app. and Ferry June 2006 app. (.1) same re: Bilzin June 2006 app. and Foley June 2006 app. (.1); and Orrick June 2006 app. (.1) | 0.30 | 12.00 |
|  | SLB | complete draft of 20th Interim final report - Capstone (3.4) ; complete draft of 20th Interim final report - Reed Smith (2.8) | 6.20 | 837.00 |
| 8/2/2006 | JBA | Update database with Hamilton and Tersigni 6.06 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Kramer 6.06 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Stroock 6.06 e-detail | 0.10 | 4.00 |
|  | DTW | Review and revise 20th interim initial reports for Bilzin, Caplin, Capstone, K&E, and Tersigni (.5). | 0.50 | 72.50 |
|  | MSH | Prepare Bilzin 20th Interim Initial Report for service (.1); same re: Caplin (.1); Capstone (.1), K&E (.1), and Tersigni (.1) | 0.50 | 20.00 |
|  | MSH | Update database with Stroock June 2006 app. and Buchanon June 2006 app for the Official Committee of Equity Holders | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                    Page      2

|            |     |                                                                                                                                                                                                                          | **Hours** | **Amount** |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 8/3/2006   | MSH | Update database with Pitney May 2006 app. and Baker January 2006 app. (.1); same re: Nelson June 2006 app. and Baker February 2006 app. (.1); Baker March 2006 app. and April 2006 app. (.1); Baker May 2006 app. and Baker June 2006 app. (.1); and Kramer June 2006 app. (.1) | 0.50 | 20.00 |
|            | SLB | complete draft of 20th Interim final report - HRO (1.7)                                                                                                                                                                   | 1.70      | 229.50     |
| 8/4/2006   | SLB | begin draft of 20th Interim final report - K&E (7.4)                                                                                                                                                                      | 7.40      | 999.00     |
|            | MSH | Update database with LAS May-June 2006 app. and Anderson June 2006 app. (.1); Caplin June 2006 app. and Campbell June 2006 app. (.1), Reed June 2006 app. and Pitney June 2006 app. (.1)                                   | 0.30      | 12.00      |
|            | SLB | draft e-mail to J. Baer @ K&E regarding 20th Interim response (.2)                                                                                                                                                         | 0.20      | 27.00      |
| 8/7/2006   | SLB | complete draft of 20th Interim final report - K&E (5.4)                                                                                                                                                                   | 5.40      | 729.00     |
|            | MSH | Update database with Hamilton June 2006 app.                                                                                                                                                                               | 0.10      | 4.00       |
|            | MSH | Update database with Tersigni June 2006 app.                                                                                                                                                                               | 0.10      | 4.00       |
| 8/9/2006   | MSH | Update database with Baker 20th Interim app. and Baker 21st Interim app.                                                                                                                                                   | 0.10      | 4.00       |
| 8/10/2006  | SLB | complete review and draft of 20th Interim final report - Reed Smith (4.3) ; complete review and draft of 20th Interim final report - Swidler (2.9)                                                                         | 7.20      | 972.00     |
| 8/11/2006  | SLB | complete review and draft of 20th Interim final report - RPWB (2.4)                                                                                                                                                       | 2.40      | 324.00     |
| 8/14/2006  | JBA | Update database with Foley 21st Interim app/e-detail                                                                                                                                                                       | 0.10      | 4.00       |
|            | MSH | Update database with Pitney 21st Interim app. and Duane Morris June 2006 app.                                                                                                                                              | 0.10      | 4.00       |

W.R. Grace & Co.                                                                                          Page      3

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/14/2006 | WHS | receive and review agenda | 0.10 | 27.50 |
| 8/15/2006 | JBA | Update database with Ferry Joseph 21st Inteirm app/e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Duane Morris 21st Interim app/e-detail | 0.10 | 4.00 |
|  | SLB | draft e-mail to F. Childress @ Baker Donelson re 20th Interim response (.2) | 0.20 | 27.00 |
|  | MSH | draft 20th Interim spreadsheet | 1.50 | 60.00 |
|  | MSH | Update database with Casner June 2006 app. and Woodcock June 2006 app. | 0.10 | 4.00 |
|  | SLB | complete review of app. and draft of 20th Interim initial report - Baker Donelson (5.3) | 5.30 | 715.50 |
|  | SLB | review of app. and draft of 20th Interim final report - Speights (2.2) | 2.20 | 297.00 |
|  | SLB | telephone conference with F. Childress re 20th Interim Baker initial report (.1) | 0.10 | 13.50 |
| 8/16/2006 | MSH | draft 20th Interim Project Catagory Spreadsheet | 1.20 | 48.00 |
|  | MSH | Update database with Duane Morris 21st Interim app. and Capstone 21st Interim app. | 0.10 | 4.00 |
|  | MSH | Update database with LAS 21st Interim app. and Anderson 21st Interim app. (.1); Campbell 21st Interim app. and Tersigni 21st Interim app. (.1); Caplin 21st Interim app. and Foley 21st Interim app. (.1) | 0.30 | 12.00 |
|  | JBA | Update database with Kramer 22nd Interim app/e-detail | 0.10 | 4.00 |
|  | SLB | review of app. and draft of 20th Interim final report - Scott Law (1.8) ; review of app. and draft of 20th Interim final report - Steptoe (2.8) | 4.60 | 621.00 |

W.R. Grace & Co.                                                                                   Page      4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/17/2006 | MSH | Update database with Reed 21st Interim app. and Casner 21st Interim app. (.1); Kirkland 21st Interim app. and Kramer 21st Interim app. (.1) | 0.20 | 8.00 |
|  | JBA | Update database with PWC 5.06 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with e-response re: Caplin 20th Interim IR | 0.10 | 4.00 |
|  | SLB | telephone conference with F. Childress @ Baker re 20th Interim response (.1) | 0.10 | 13.50 |
|  | SLB | draft e-mail to F. Childress @ Baker re 20th Interim initial report (.2) | 0.20 | 27.00 |
| 8/18/2006 | SLB | begin review of app. and draft of 20th Interim report - Woodcock (.9) | 0.90 | 121.50 |
|  | MSH | draft 20th Interim Project Catagory Spreadsheet | 2.10 | 84.00 |
|  | JBA | Update database with Stroock 21st Interim app/e-detail | 0.10 | 4.00 |
| 8/19/2006 | SLB | complete draft of 20th Interim final report - Woodcock (1.4) ; complete review of app. and draft of 20th Interim final report - Towers Perrin (1.8) | 3.20 | 432.00 |
| 8/20/2006 | SLB | complete draft of 20th interim final report - Duane Morris (1.8) | 1.80 | 243.00 |
|  | WHS | receive and review amended agenda | 0.10 | 27.50 |
| 8/21/2006 | SLB | draft of 20th Interim final report - Casner (3.1) | 3.10 | 418.50 |
|  | JBA | Update database with Piper 6.06 e-detail | 0.10 | 4.00 |
|  | SLB | review of app. and draft of 20th Interim final report - Buchanan (3.7) | 3.70 | 499.50 |

W.R. Grace & Co.                                                                                    Page      5

|            |     |                                                                                                                                                                                                    | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/21/2006  | MSH | draft Project Catagory Spreadsheet (.4)                                                                                                                                                            | 0.40  | 16.00  |
|            | MSH | Update database with Conway June 2006 app. and Conway May 2006 app. (.1); Conway April 2006 app. and Conway 21st Interim app. (.1); Ferry 21st Interim app. and Off. Comm. of Asbestos Claimants 21st Interim app. (.1); Stroock 21st Interim app. (.1) | 0.40  | 16.00  |
|            | SLB | telephone conference with F. Childress @ Baker Donelson re 20th Interim response (.2)                                                                                                              | 0.20  | 27.00  |
|            | SLB | telephone conference with W. Bowe re filing of first interim app. (.3)                                                                                                                             | 0.30  | 40.50  |
| 8/22/2006  | JBA | Update database with Towers 21st Interim app/e-detail, and Orrick 21st Interim app/e-detail                                                                                                         | 0.10  | 4.00   |
|            | MSH | draft Project Catagory Spreadsheet (2.0)                                                                                                                                                           | 2.00  | 80.00  |
|            | MSH | Update database with Piper 21st Interim app. and Piper June 2006 app. (.1); Towers June 2006 app. and Towers 21st Interim app. (.1); and Orrick 21st Interim app. (.1)                             | 0.30  | 12.00  |
|            | JAW | detailed review of Anderson Fourth Interim Fee Application (April 1, 2006 - June 30, 2006) (3.5); draft summary of same (0.1)                                                                       | 3.60  | 486.00 |
|            | JAW | detailed review of Campbell Twenty-First Interim Fee Application (April 1, 2006 - June 30, 2006) (1.9); draft summary of same (0.1)                                                                 | 2.00  | 270.00 |
|            | SLB | draft e-mail to J. Sakalo (3) @ Bilzin re 20th Interim response (.3)                                                                                                                               | 0.30  | 40.50  |
|            | SLB | telephone conference (2) with F. Childress re 20th Interim response (.2)                                                                                                                           | 0.20  | 27.00  |
|            | SLB | complete review of app. and draft of 20th Interim final report - CDG (4.4) ; complete review and draft of 20th Interim final report - Austern (1.6) ; complete review and draft of 20th Interim final report - HRA (1.3) | 7.30  | 985.50 |
|            | JAW | detailed review of LAS Seventeenth Interim Fee Application (April 1, 2006 - June 30, 2006) (1.8); draft summary of same (0.1)                                                                       | 1.90  | 256.50 |

W.R. Grace & Co.                                                                                    Page      6

|            |     |                                                                                                              | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/23/2006  | SLB | PACER research regarding 20th Interim apps. (1.7)                                                             | 1.70  | 229.50 |
|            | JBA | Update database with Phillips 4.06 e-detail                                                                   | 0.10  | 4.00   |
|            | MSH | research regarding 20th Interim Fee Applications not delivered to Fee Auditor (PACER) (2.0)                   | 2.00  | 80.00  |
|            | SLB | complete review of app. and draft of 20th Interim final report - Dies (2.7)                                  | 2.70  | 364.50 |
|            | JAW | detailed review of Duane Morris Twenty-First Interim Fee Application (April 1, 2006 - June 30, 2006) (1.1); draft summary of same (0.1) | 1.20 | 162.00 |
|            | JAW | detailed review of Foley Hoag Fourth Quarterly Fee Application (April 1, 2006 - June 30, 2006) (1.0); draft summary of same (0.1) | 1.10 | 148.50 |
|            | JAW | detailed review of Caplin Twenty-First Interim Fee Application (April 1, 2006 - June 30, 2006) (5.6); draft summary of same (0.7) | 6.30 | 850.50 |
|            | MSH | draft Project Catagory Spreadsheet (1.6), e-mail J. Allgood re: same (.1)                                     | 1.70  | 68.00  |
|            | MSH | draft Project Catagory Spreadsheet (.3)                                                                       | 0.30  | 12.00  |
| 8/24/2006  | MSH | Update database with Phillips April 2006 app. and Phillips May 2006 app. (.1); and Phillips June 2006 app. (.1) | 0.20 | 8.00 |
|            | SLB | complete draft of 20th Interim final report - Stroock(2.2) ; complete draft of 20th Interim final report - PJC (1.8) | 4.00 | 540.00 |
|            | JAW | detailed review of Tersigini Twenty-First Interim Fee Application (April 1, 2006 - June 30, 2006) (5.4)       | 5.40  | 729.00 |
|            | JAW | detailed review of Capstone Tenth Quarterly Fee Application (April 1, 2006 - June 30, 2006) (3.3); draft summary of same (0.1) | 3.40 | 459.00 |
|            | SLB | complete drafts of 20th Interim final reports - AKO (1.1) and Ferry Joseph (.8)                               | 1.90  | 256.50 |

W.R. Grace & Co.                                                                                                    Page      7

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/24/2006 | SLB | draft e-mail to HRO (.1) ; BMC (.1) ; PwC (.1) ; Richardson (.1) | 0.40 | 54.00 |
| | SLB | telephone conference with M. Araki @ BMC re 20th Interim app. (.2) ; t/c with K. Jones @ Richardson re filing of 20th Interim app. (.1) | 0.30 | 40.50 |
| | SLB | complete draft of 20th Interim final report - HRO (1.3) | 1.30 | 175.50 |
| | SLB | draft e-mail to S. Haggs @ HRO re 20th Interim app. (.1) | 0.10 | 13.50 |
| 8/25/2006 | JAW | detailed review of Reed Smith April, 2006, monthly invoice (4.3); draft summary of same (0.4) | 4.70 | 634.50 |
| | JAW | detailed review of Tersigini Twenty-First Interim Fee Application (April 1, 2006 - June 30, 2006) (2.3); draft summary of same (0.3) | 2.60 | 351.00 |
| | WHS | detailed review of Conway 20th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Capstone 20th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Buchanan 20th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of final report re Hilsoft  20th | 0.10 | 27.50 |
| | SLB | complete draft of 20th Interim final report - Bilzin (3.2) | 3.20 | 432.00 |
| | WHS | detailed review of Scott Law 20th Int FR | 0.10 | 27.50 |
| | SLB | complete draft of 20th Interim final report - Foley Hoag (2.2) ; BMC (2.4) | 4.60 | 621.00 |
| | SLB | telephone conference with F. Childress @ Baker Donelson re 20th Interim response (.1) | 0.10 | 13.50 |

W.R. Grace & Co.                                                                                    Page      8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/26/2006 | SLB | complete draft of 20th Interim final report - Kramer (1.6) ; Nelson Mullins (1.3) and Prop. Damage Comm. (1.7) | 4.60 | 621.00 |
| 8/27/2006 | SLB | complete draft of 20th Interim final reports - Blackstone (2.3) and Orrick (2.8) | 5.10 | 688.50 |
| 8/28/2006 | MSH | Update database with BMC March 2006 app. and Towers July 2006 app. (.1), and Buchanan 21st Interim app. (.1) | 0.20 | 8.00 |
|  | JBA | Update database with Holme Roberts 20th Interim app/e-detail | 0.10 | 4.00 |
|  | SLB | complete draft of 20th Interim final report - PwC (3.1) | 3.10 | 418.50 |
|  | SLB | telephone conference with P. Cuniff @ Pachulski (2) re BMC and PwC quarterly apps for 20th Interim (.3) ; t/c with K. Jones @ RPWB re 20th Interim quarterly app. (.1) ; t/c with B. Bowe @ Bowe re 20th Interim quarterly app. (.1) ; t/c with R. Wyron @ Orrick re CIBC 20th app. (.1) | 0.60 | 81.00 |
|  | SLB | draft e-mail to D. Lloyd @ PwC re 20th Interim quarterly (.1) | 0.10 | 13.50 |
|  | SLB | complete drafts of 20th Interim final reports - Pachulski (2.5) and PGC (1.7) | 4.20 | 567.00 |
| 8/29/2006 | MSH | draft Project Catagory Spreadsheet (.3) | 0.30 | 12.00 |
|  | MSH | Update database with BMC 20th Interim app. and Holme 20th Interim app. (.1) and Kirkland July 2006 app. (.1) | 0.20 | 8.00 |
|  | JBA | Update database with PWC 20th Interim app/e-detail | 0.10 | 4.00 |
|  | WHS | detailed review of Bilzin 20th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Blackstone 20th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Caplin 20th Int FR | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                      Page    9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/29/2006 | WHS | detailed review of Caplin 20th Int FR | 0.10 | 27.50 |
|  | SLB | revise draft of 20th Interim final report - PwC (1.3) ; complete draft of 20th Interim final report - RPWB (2.4) ; complete draft of 20th Interim final report CIBC (1.8); begin draft of 20th Interim No Objections report (1.1) | 6.60 | 891.00 |
|  | SLB | telephone conference with R. Wyron @ Orrick re CIBC 20th Interim app. (.2) ; t/c with B. Bowe @ Bowe re 20th Interim quarterly (.2) | 0.40 | 54.00 |
|  | SLB | draft e-mail to  K. Jones RPWB (2) re 20th Interim quarterly (.3) ; e-mail to D. Lloyd @ PwC re 20th Interim quarterly (.1) ; e-mail to R. Wyron @ Orrick re CIBC 20th Interim quarterly (.1) | 0.50 | 67.50 |
| 8/30/2006 | SLB | continue draft of 20th Interim No Objections final report (1.3) | 1.30 | 175.50 |
|  | SLB | telephone conference (2) with F. Childress @ Baker Donelson re 20th Interim response (.2) | 0.20 | 27.00 |
|  | SLB | draft of revised 20th Interim final report - K&E (3.2) ; complete draft of 20th Interim final report - Tersigni (2.5) | 5.70 | 769.50 |
|  | JBA | Electronic filing with court of 20th Interim Final Reports re: Caplin (.1), Buchanan (.1), Bilzin (.2), and Blackstone (.1) | 0.50 | 20.00 |
|  | JBA | Update database with Buchanan and Kramer 7.06 e-detail | 0.10 | 4.00 |
| 8/31/2006 | JBA | Update database with K&E 21st Interim app/e-detail | 0.10 | 4.00 |
|  | JAW | detailed review of Bilzin June, 2006, monthly invoice (4.0); draft summary of same (0.1) | 4.10 | 553.50 |
|  | SLB | complete draft of 20th Interim final report - Bowe (2.6) ; complete draft of 20th Interim final report - Baker Donelson (3.7) | 6.30 | 850.50 |
|  | SLB | telephone conference with T. Seylaz @ Bowe re 20th Interim app. (.2) ; t/c with K. Jones re 20th Interim quarterly (.1) | 0.30 | 40.50 |

W.R. Grace & Co.

Page    10

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/31/2006 | SLB | draft e-mail to W. Bowe @ Bowe re need for retention order and letter of agreement (.2) ; e-mail to F. Childress re 20th Interim response (.1) ; e-mail to K. Jones @ RPWB re. 20th Interim quarterly (.1) | 0.40 | 54.00 |

**For professional services rendered**                                   **179.60 $22,714.00**

Additional Charges :

|  |  | **Price** |
|---|---|---|
| Third party copies & document prep/setup. | 10.86 | 10.86 |
| PACER Charges for August | 43.04 | 43.04 |

**Total costs**                                                              **$53.90**

**Total amount of this bill**                                        **$22,767.90**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Doreen T Williams | 0.50 | 145.00 | $72.50 |
| James A. Wehrmann | 36.30 | 135.00 | $4,900.50 |
| Jeff B. Allgood | 2.20 | 40.00 | $88.00 |
| Melinda S Helsley | 15.60 | 40.00 | $624.00 |
| Stephen L. Bossay | 123.90 | 135.00 | $16,726.50 |
| Warren H Smith | 1.10 | 275.00 | $302.50 |