IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF), pending U.S. Bankruptcy Court, District of Delaware (Wilmington) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF RESCHEDULED DEPOSITION

**To All Parties on the Attached Service List:**

By agreement of the parties and of the deponent, the deposition of Dr. Jay T. Segarra, which was originally noticed on February 6, 2006, for February 22, 2006 is hereby rescheduled for Monday, November 20, 2006 beginning at 9:00 AM CST. The deposition will be taken at the Beau Rivage Hotel, 875 Beach Blvd., Biloxi, MS 39530

The deposition shall be conducted for all purposes before a person duly authorized to administer oaths in the relevant jurisdiction and will continue day-to-day until concluded. Testimony shall be taken by stenographic means and will also be videotaped and recorded by sound-and-visual means. You are invited to attend and to cross-examine.

This the 9th day of November, 2006.

Respectfully submitted,

DANIEL J. MULHOLLAND (MSB# 3643)
FRED KRUTZ (MSB# 4270)
FORMAN PERRY WATKINS KRUTZ & TARDY, LLP
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201
Telephone: (601) 960-8600
Facsimile: (601) 960-3134

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
David E. Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

-AND-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
WEINTRAUB P.C.
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have served by United States mail, postage prepaid, and/or facsimile a true and correct copy of the above and foregoing Notice of Rescheduled Deposition on counsel for the deponent.

This, the 9th day of November, 2006.

_____
DANIEL K. MULHOLLAND