IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on this 10th day of November, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

1. Notice of Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented by Hartley & O'Brien, PLLC, Provost Umphrey LLP, and the Law Offices of Peter G. Angelos, P.C. to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire

2. Motion to Compel Asbestos Personal Injury Claimants Represented by Hartley & O'Brien, PLLC, Provost Umphrey LLP, and the Law Offices of Peter G. Angelos, P.C. to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire

3. Proposed Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented by Hartley & O'Brien, PLLC, Provost Umphrey LLP, and the Law Offices of Peter G. Angelos, P.C. to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire

*[signature]*
James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:122675.13

**W. R. Grace Motion To Compel Asbestos Personal Injury Claimants Represented by Hartley & O'Brien, PLLC, Provost Umphrey LLP, and the Law Offices of Peter G. Angelos, P.C. Service List**
Case No. 01-1139 (JKF)
Doc. No. 122679v2
01 – Hand Delivery
04 – Overnight Delivery

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Overnight Delivery*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire/
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

*Overnight Delivery*
Hartley & O'Brien, PLLC
The Wagner Building, Suite 600
2002 Main Street
Wheeling, WV 26003

*Overnight Delivery*
Provost Umphrey LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

*Overnight Delivery*
Law Offices of Peter G. Angelos, PC
5905 Hartford Road
Baltimore, MD 21214-1846

91100-001\DOCS_DE:122679.2