IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on this 10th day of November, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

1. Notice of Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented by Goldberg Persky & White P.C. and Michael B. Serling, P.C. to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire

2. Motion to Compel Asbestos Personal Injury Claimants Represented by Goldberg Persky & White P.C. and Michael B. Serling, P.C. to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire

3. Proposed Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented by Goldberg Persky & White P.C. and Michael B. Serling, P.C. to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

**W. R. Grace Motion To Compel Asbestos Personal Injury Claimants Represented by Goldberg Persky & White P.C. and Michael B. Serling, P.C Service List**
Case No. 01-1139 (JKF)
Doc. No. 122679v5
01 – Hand Delivery
03 – Overnight Delivery


(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Overnight Delivery*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire/
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

*Overnight Delivery*
Goldberg, Persky & White, PC
4800 Fashioni Square Blvd
Suite 260
Saginaw, MI 48604-2602

*Overnight Delivery*
Michael B. Serling, PC
280 N. Old Woodward Ave
Suite 406
Birmingham, MI 48009