IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on this 10th day of November, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

1. **Notice of Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented by Morris, Sakalarios & Blackwell, PLLC to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire**

2. **Motion to Compel Asbestos Personal Injury Claimants Represented by Morris, Sakalarios & Blackwell, PLLC to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire**

3. **Proposed Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented by Morris, Sakalarios & Blackwell, PLLC to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire**

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

**W. R. Grace Motion To Compel Asbestos Personal Injury Claimants Represented by Morris, Sakalarios & Blackwell, PLLC Service List**
Case No. 01-1139 (JKF)
Doc. No. 122679v6
01 – Hand Delivery
02 – Overnight Delivery


(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Overnight Delivery*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire/
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

*Overnight Delivery*
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401