IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Date: November 30, 2006 at 4:00 pm |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**AMENDED[1] SIXTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2006 THROUGH JULY 31, 2006**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | July 1, 2006 – July 31, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $76.75 |

This is a   _x_ monthly        __ interim         ___ final application

---

[1] This fee application amends Piper Jaffray & Co.'s ("PJC") July fee application filed October 10, 2006 at Docket No. 13384. PJC realized that it had erroneously included certain expense items in its earlier fee application and have removed and corrected the same by this amended fee application. PJC has not yet been reimbursed for those expenses from the July monthly period.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### JULY 1-31, 2006

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 125.0 | NA |
| Financial Analysis/Review Related | 45.5 | NA |
| Hearing Attendance Related | 4.0 | NA |
| **TOTAL** | **174.5** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Telephone                                                                $76.75

TOTAL:                                                                   $76.75

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____
Jonathan L. Brownstein
405 Lexington Avenue
New York, New York 10174
(212) 284-9575
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: Nov. 6, 2006

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 7/3/2006 | 1.8 | Financial analysis | Review merger activity and related analysis (including Degussa-BASF deal) |
| Ritwik Chatterjee | 7/3/2006 | 2.0 | Financial analysis | Review industry M&A activity (Degussa AG's sale of construction chemicals business to BASF) |
| Geoffrey Zbikowski | 7/3/2006 | 6.8 | Financial analysis | Review of BASF's acquisition construction chemicals business/ related financial analysis/ review financial info and valuation regarding same |
| Jonathan Brownstein | 7/4/2006 | 2.5 | Financial analysis | Review Degussa AG's sale of construction chemicals business to BASF; review related analysis |
| Geoffrey Zbikowski | 7/4/2006 | 1.5 | Financial analysis | Various financial analysis related to M&A activity in the specialty chemicals industry |
| Joseph Radecki | 7/5/2006 | 1.8 | Financial analysis | Received and reviewed monthly reporting package from Grace |
| Jonathan Brownstein | 7/5/2006 | 2.0 | Financial analysis | Review Company's financial reporting package |
| Ritwik Chatterjee | 7/5/2006 | 2.0 | Financial analysis | Received monthly financial reporting package; review of same |
| Geoffrey Zbikowski | 7/5/2006 | 4.8 | Financial analysis | Received monthly financial reporting package; review of same/ further review of recent chemicals industry merger and acquisition activity |
| Joseph Radecki | 7/6/2006 | 3.0 | Business operations | Review information from Blackstone Group re: potential LTIP changes / Review financial analysis re: similar topics |
| Jonathan Brownstein | 7/6/2006 | 2.0 | Business operations | Info from Grace's financial advisor regarding LTIP |
| Ritwik Chatterjee | 7/6/2006 | 3.8 | Business operations | Review information from Blackstone re: Company incentive plan changes / Related and other financial analysis |
| Geoffrey Zbikowski | 7/6/2006 | 5.0 | Business operations | Review information from Blackstone regarding long term employee plans - review industry practices of the same |
| Joseph Radecki | 7/7/2006 | 2.0 | Business operations | Review specialty chemicals industry reports |
| Geoffrey Zbikowski | 7/7/2006 | 2.0 | Business operations | Prepare summary of various chemicals industry research |
| Jonathan Brownstein | 7/10/2006 | 3.3 | Business operations | Review Wall St. research regarding specialty chemicals space |
| Geoffrey Zbikowski | 7/10/2006 | 1.8 | Financial analysis | Various financial analysis |
| Joseph Radecki | 7/12/2006 | 3.0 | Business operations | Review information from Blackstone Group re: potential acquisition |
| Jonathan Brownstein | 7/12/2006 | 4.0 | Business operations | Info from Grace's financial advisor regarding potential acquisition; Review of earnings release of Ferro Corp; Review related financial analysis |
| Ritwik Chatterjee | 7/12/2006 | 5.3 | Business operations | Review information from Blackstone re: potential acquisition and related information / Review of earnings release of comparable Company (Ferro Corp.) |
| Jonathan Brownstein | 7/13/2006 | 2.0 | Business operations | Review Info from Grace's financial advisor regarding potential acquisition |
| Ritwik Chatterjee | 7/13/2006 | 2.0 | Business operations | Review information from Blackstone re: potential acquisition and related information |
| Geoffrey Zbikowski | 7/13/2006 | 5.3 | Business operations | Review information from Blackstone re: possible acquisition /conduct related analysis and research |
| Joseph Radecki | 7/14/2006 | 2.8 | Business operations | Review specialty chemicals industry reports |
| Jonathan Brownstein | 7/14/2006 | 0.5 | Business operations | Review Info from Grace's financial advisor regarding potential acquisition |
| Ritwik Chatterjee | 7/14/2006 | 2.8 | Business operations | Review specialty chemicals industry reports |
| Joseph Radecki | 7/18/2006 | 2.0 | Business operations | Review analysis re: historical financial performance of Grace |
| Jonathan Brownstein | 7/18/2006 | 3.3 | Business operations | Discussions with counsel re: case issues; review related analysis |
| Ritwik Chatterjee | 7/18/2006 | 4.0 | Business operations | Financial analysis for counsel / review ratings downgrade of comparable company |
| Geoffrey Zbikowski | 7/18/2006 | 3.0 | Business operations | Review ratings of comparable company set |
| Ritwik Chatterjee | 7/19/2006 | 2.3 | Financial analysis | Various financial analysis related to M&A activity in the specialty chemicals industry |
| Geoffrey Zbikowski | 7/19/2006 | 0.8 | Financial analysis | Various financial analysis |
| Geoffrey Zbikowski | 7/20/2006 | 4.0 | Financial analysis | Financial analysis re:equity prices/valuation in industry |
| Joseph Radecki | 7/21/2006 | 3.8 | Financial analysis | Review analysis and research re: equity prices of specialty chemicals/asbestos-related credits |
| Ritwik Chatterjee | 7/21/2006 | 3.3 | Financial analysis | Analysis re: Company equity price |
| Geoffrey Zbikowski | 7/21/2006 | 4.8 | Financial analysis | Financial analysis re:equity prices/valuation in industry |
| Jonathan Brownstein | 7/23/2006 | 0.5 | Business Operations | Review news release of Degussa's expansion in Asia |
| Ritwik Chatterjee | 7/23/2006 | 0.8 | Business Operations | Review announcement of comparable company re: expansion in Asia (Degussa) |
| Joseph Radecki | 7/24/2006 | 3.0 | Business Operations | Review of earnings packets of Albemarle Corp. & RPM International |
| Joseph Radecki | 7/24/2006 | 2.0 | Hearing attendance | Attending omnibus hearing via telephone / follow-up internal discussions |
| Jonathan Brownstein | 7/24/2006 | 3.8 | Business Operations | Review of earnings announcement of Albemarle Corp; related research |
| Jonathan Brownstein | 7/24/2006 | 2.0 | Hearing attendance | Telephone attendance for Omnibus hearing; related discussions |
| Ritwik Chatterjee | 7/24/2006 | 4.3 | Business Operations | Review of earnings release of comparable Companies (Albemarle Corp. & RPM Int. Inc.) |
| Geoffrey Zbikowski | 7/24/2006 | 4.3 | Business Operations | Review of earnings release of comparable Companies (Albemarle Corp. & RPM Int. Inc.) |
| Joseph Radecki | 7/25/2006 | 2.0 | Business Operations | Review industry research and analysis |
| Jonathan Brownstein | 7/25/2006 | 3.0 | Business Operations | RPM International financial announcement; Earnings call for Rohm & Haas |
| Ritwik Chatterjee | 7/25/2006 | 4.8 | Business Operations | Earnings call for comparable company (Rohm & Haas) / Research of industry situation |
| Geoffrey Zbikowski | 7/25/2006 | 4.8 | Business Operations | Earnings call for comparable company (Rohm & Haas) / Research of industry situation |
| Joseph Radecki | 7/26/2006 | 3.0 | Business Operations | Review financial announcement - International Flavors & Fragrance |
| Jonathan Brownstein | 7/26/2006 | 3.0 | Business Operations | Review earnings results for comparable company (IFF Inc.) |
| Ritwik Chatterjee | 7/26/2006 | 3.0 | Business Operations | Review new financials of comparable company (IFF Inc.) / Review M&A activity of comparable company (Valspar Corp) |
| Geoffrey Zbikowski | 7/26/2006 | 3.8 | Business Operations | Review M&A activity of in comparable industry space |
| Joseph Radecki | 7/27/2006 | 1.3 | Business Operations | Review industry acquisition activity |
| Jonathan Brownstein | 7/27/2006 | 2.5 | Business operations | Research on M&A activity - VAL |
| Joseph Radecki | 7/28/2006 | 2.3 | Business Operations | Review information sent by the Blackstone Group re: Grace's environmental issues |
| Jonathan Brownstein | 7/28/2006 | 3.5 | Business Operations | Review data sent by Company regarding environmental issues |
| Ritwik Chatterjee | 7/28/2006 | 4.0 | Business Operations | Review information from Blackstone re: environmental issues / related financial analysis |
| Geoffrey Zbikowski | 7/28/2006 | 4.0 | Business Operations | Review environmental data sent by Blackstone Group; related analysis and industry research |
| Geoffrey Zbikowski | 7/29/2006 | 3.0 | Business operations | Analysis and industry research on environmental issues |

# EXHIBIT B

## W.R. Grace & Co.
## Expense Detail Report
## (Date Represents Posting Date)

<u>Telephone</u>

| | | |
|---|---|---|
| Jonathan Brownstein | 7/13/06 | $49.69 |
| Ritwik Chatterjee | 7/31/06 | 27.06 |
| | **Total Telephone:** | **$76.75** |
| **TOTAL EXPENSES:** | | **$76.75** |