IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| | Jointly Administered |
| Debtor. | Objection Date: November 30, 2006 at 4:00 pm |
| | Hearing: Scheduled if Necessary (Negative Notice) |

**EIGHTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | September 1, 2006 – September 30, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $754.81 |

This is a    _x_ monthly            __ interim            ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### SEPTEMBER 1-30, 2006

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 106.8 | NA |
| Financial Analysis/Review Related | 54.8 | NA |
| Hearing Attendance Related | 8.0 | NA |
| **TOTAL** | **169.5** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Telephone | $ 146.35 |
| Hotel | 404.46 |
| Meals | 89.35 |
| Transportation | 114.65 |
| TOTAL | $754.81 |

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____

Jonathan L. Brownstein
405 Lexington Avenue
New York, New York 10174
(212) 284-9575
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: Nov. 6, 2006

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 9/1/2006 | 1.0 | Business operations | Internal discussions re: case issues |
| Geoffrey Zbikowski | 9/1/2006 | 2.0 | Business operations | Review specialty chemicals industry research; internal discussions re: case issues |
| Geoffrey Zbikowski | 9/4/2006 | 6.0 | Business operations | Various financial analysis relating to chemicals M&A activity |
| Jonathan Brownstein | 9/5/2006 | 2.0 | Financial analysis/review | Review various financial analysis relating to chemicals M&A activity |
| Geoffrey Zbikowski | 9/6/2006 | 3.5 | Financial analysis/review | Various analysis related to competitor companies |
| Ritwik Chatterjee | 9/7/2006 | 2.0 | Business operations | Review specialty chemicals industry research; internal discussions re: case issues |
| Joseph Radecki | 9/8/2006 | 3.0 | Business operations | Preparation for hearing/Review docket items |
| Jonathan Brownstein | 9/8/2006 | 1.0 | Business operations | Internal discussions regarding case issues |
| Ritwik Chatterjee | 9/8/2006 | 6.3 | Business operations | Review specialty chemicals industry research; internal discussions re: case issues; conduct research and prepare materials in anticipation of upcoming hearing |
| Joseph Radecki | 9/11/2006 | 4.0 | Hearing attendance | Attend hearing/follow-up discussions |
| Joseph Radecki | 9/12/2006 | 4.0 | Business operations | Review documents received from Blackstone re: CCHP; conf. call relating to same |
| Jonathan Brownstein | 9/12/2006 | 4.3 | Business operations | Conference call regarding CCHP issues/review materials from Company and advisor regarding the same |
| Ritwik Chatterjee | 9/12/2006 | 4.0 | Business operations | Review documents received from Blackstone re: CCHP settlement; conference call re: same; various other analysis |
| Geoffrey Zbikowski | 9/12/2006 | 5.3 | Business operations | Receive and review documents received regarding CCHP settlement; conference call re: same |
| Ritwik Chatterjee | 9/13/2006 | 4.3 | Business operations | Review recent merger & acquisition activity in the specialty chemicals sector |
| Geoffrey Zbikowski | 9/13/2006 | 2.8 | Business operations | Review research on specialty chemicals sector |
| Joseph Radecki | 9/15/2006 | 3.0 | Financial analysis/review | Review pension info from Blackstone |
| Jonathan Brownstein | 9/15/2006 | 3.3 | Financial analysis/review | Review pension documents & analysis from company and advisor |
| Ritwik Chatterjee | 9/15/2006 | 3.0 | Financial analysis/review | Receive pension-related materials from Blackstone; financial analysis re: same |
| Geoffrey Zbikowski | 9/15/2006 | 4.8 | Business operations | Receive and review pension data and slides from The Blackstone Group; conduct related research |
| Joseph Radecki | 9/18/2006 | 2.0 | Business operations | Review analysis regarding pension strategy of comparable companies |
| Jonathan Brownstein | 9/18/2006 | 2.8 | Business operations | Review comparison of comparable companies' pension strategies |
| Ritwik Chatterjee | 9/18/2006 | 4.0 | Business operations | Review pension programs of competitor firms; related analysis |
| Jonathan Brownstein | 9/19/2006 | 2.0 | Business operations | Review comparison of comparable companies' pension strategies |
| Ritwik Chatterjee | 9/19/2006 | 5.8 | Business operations | Review pension programs of competitor firms |
| Geoffrey Zbikowski | 9/19/2006 | 5.8 | Business operations | Review research on long-term retiree programs and industry trends relating to such |
| Jonathan Brownstein | 9/20/2006 | 1.8 | Financial analysis/review | Review pension analysis |
| Ritwik Chatterjee | 9/20/2006 | 4.3 | Business operations | Pension-related research within specialty chemicals sector |
| Geoffrey Zbikowski | 9/20/2006 | 4.3 | Business operations | Pension-related research within specialty chemicals sector |
| Joseph Radecki | 9/22/2006 | 2.8 | Business operations | Review documents received from Company/Blackstone Group about potential divesting of business |
| Jonathan Brownstein | 9/22/2006 | 3.0 | Business operations | Review documents received Company and advisor regarding potential Grace business divestiture |
| Ritwik Chatterjee | 9/22/2006 | 3.3 | Business operations | Review documents received from Blackstone re: potential divestiture |
| Geoffrey Zbikowski | 9/22/2006 | 4.0 | Business operations | Review documents received from The Blackstone Group regarding potential divestiture |
| Joseph Radecki | 9/25/2006 | 4.0 | Financial analysis/review | Conference call with Company/Blackstone regarding divestiture |
| Joseph Radecki | 9/25/2006 | 4.0 | Hearing attendance | Attend hearing telephonically/follow-up discussions |
| Jonathan Brownstein | 9/25/2006 | 5.5 | Financial analysis/review | Conference call regarding potential Grace business divestiture/review financial analysis about the divestiture/court hearing |
| Ritwik Chatterjee | 9/25/2006 | 4.0 | Financial analysis/review | Conference call re: potential divestiture/financial analysis re: same |
| Geoffrey Zbikowski | 9/25/2006 | 4.0 | Financial analysis/review | Conference call with Company and advisors regarding a divestiture opportunity |
| Joseph Radecki | 9/26/2006 | 1.0 | Financial analysis/review | Internal follow-up discussions regarding various issues |
| Jonathan Brownstein | 9/26/2006 | 1.3 | Financial analysis/review | Discussions regarding M&A activity in industry |
| Ritwik Chatterjee | 9/26/2006 | 2.0 | Financial analysis/review | Financial analysis on divestiture; follow-up discussions re: same |
| Geoffrey Zbikowski | 9/26/2006 | 5.3 | Financial analysis/review | Analysis on divestiture; calls re: same |
| Jonathan Brownstein | 9/27/2006 | 2.3 | Financial analysis/review | Review financial releases of competitors |
| Ritwik Chatterjee | 9/27/2006 | 2.3 | Financial analysis/review | Review earnings report of comparable company (RPM) |
| Geoffrey Zbikowski | 9/27/2006 | 3.5 | Financial analysis/review | Research on comparable company - RPM Int. |
| Joseph Radecki | 9/28/2006 | 2.0 | Business operations | Review specialty chemicals industry research |
| Jonathan Brownstein | 9/28/2006 | 3.0 | Business operations | Internal discussions regarding various case issues |
| Ritwik Chatterjee | 9/28/2006 | 3.0 | Business operations | Review specialty chemicals industry research; internal discussions re: case issues |
| Geoffrey Zbikowski | 9/28/2006 | 3.3 | Financial analysis/review | Various analysis related to competitor companies |
| Geoffrey Zbikowski | 9/29/2006 | 4.5 | Business operations | Review recent M&A deals in the chemicals industry |

# EXHIBIT B

### W.R. Grace & Co.
### Expense Detail Report
### (Date Represents Posting Date)

| | | |
|---|---|---|
| Telephone | | |
| Ritwik Chatterjee | 9/13/06 | $ 76.11 |
| Joseph Radecki | 9/20/06 | $ 70.24 |
| **Total Telephone:** | | **$ 146.35** |
| | | |
| Hotel | | |
| Joseph Radecki | 9/22/06 | $ 215.46 |
| Joseph Radecki | 9/22/06 | $ 189.00 |
| **Total Hotel:** | | **$ 404.46** |
| | | |
| Travel Meals | | |
| Joseph Radecki | 9/22/06 | $ 21.73 |
| Joseph Radecki | 9/22/06 | $ 16.85 |
| Joseph Radecki | 9/22/06 | $ 13.72 |
| Joseph Radecki | 9/22/06 | $ 37.05 |
| **Total Travel Meals:** | | **$ 89.35** |
| | | |
| Transportation | | |
| Joseph Radecki | 9/22/06 | $ 114.65 |
| **Total Transportation:** | | **$ 114.65** |
| | | |
| **TOTAL EXPENSES:** | | **$ 754.81** |