## CERTIFICATE OF SERVICE

I, Lisa L. Coggins, Esquire, hereby certify that on this 13th day of November, 2006, I caused one copy of the foregoing *Twenty-Second Quarterly Fee Application Request Of Ferry, Joseph & Pearce, P.A. For Approval And Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Asbestos Property Damage Claimants For The Period Of July 1, 2006 through September 30, 2006* (the "Application"), to be served upon the parties listed in Exhibit A in the manner indicated and one copy of the Notice of the Application, to be served upon the parties listed in Exhibit B in the manner indicated.

Upon penalty of perjury I declare that the foregoing is true and correct.

                                                        /s/ Lisa L. Coggins  
                                                      Lisa L. Coggins (No. 4234)

## EXHIBIT A

**By First Class Mail and E-mail:**

Warren H. Smith
Warren H. Smith and Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201
feeaudit@whsmithlaw.com

William J.A. Sparks, Esq.
W.R. Grace & Co.
919 North Market Street
Suite 460
Wilmington, DE 19801
william.sparks@grace.com

**By Hand Delivery:**

David M. Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

**By E-mail:**

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl Young
  Jones & Weintraub LLP
919 Market Street, 17th Floor
Wilmington, DE 19801
jo'neill@pszyj.com

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
mlastowski@duanemorris.com

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
syoder@bayardfirm.com

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801
teresa.currier@bipc.com

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
james_kapp@chicago.kirkland.com

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
pvnl@capdale.com

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
david.heller@lw.com
carol.hennessey@lw.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
lkruger@stroock.com

Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131
jsakalo@bilzin.com

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com

## EXHIBIT B

*Hand Delivery*
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl,
  Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

*First Class Mail*
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl,
  Young, Jones & Weintraub
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90067-4100

*Hand Delivery*
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Hand Delivery*
Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 King St., Suite 300
Wilmington, DE 19801

*Hand Delivery*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

*First Class Mail*
Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID 83536-9229

*Hand Delivery*
Mark S. Chehi
Skadden, Arps, Slate,
  Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

*Hand Delivery*
Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

*Hand Delivery*
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

*Hand Delivery*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*Hand Delivery*
Laurie Schenker Polleck, Esquire
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, DE 19801

*Hand Delivery*
Joseph Grey, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Fl.
Wilmington, DE 19801

*Hand Delivery*
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899

*Hand Delivery*
David M. Klauder, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

*Hand Delivery*
Todd C. Schiltz, Esquire
Wolf, Block, Schorr
  and Solis-Cohen LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801

*First Class Mail*
Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

*Hand Delivery*
David E. Wilks, Esquire
Buchanan Ingersoll PC
1007 N. Orange St., Suite 1110
Wilmington, DE 19801

*Hand Delivery*
Marc S. Casarino, Esquire
White and Williams LLP
824 North Market Street
Suite 902
Wilmington, DE 19801

*Hand Delivery*
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington, DE 19801

*Hand Delivery*
Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington, DE 19801

*Hand Delivery*
John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Fl.
Wilmington, DE 19801

*Hand Delivery*
Aaron A. Garber, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

*Hand Delivery*
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
William D. Sullivan, Esquire
Eluzon Austin Reardon
Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
Wilmington, DE 19899

**First Class Mail**
James Sottile, Esquire
Zuckerman Spaeder LLP
1201 Connecticut Ave., N.W.
Suite 1600
Washington, D.C. 20036

**Hand Delivery**
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Fl.
Wilmington, DE 19801

**Hand Delivery**
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
Rachel B. Mersky, Esquire
Walsh Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
Kathryn D. Sallie, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**First Class Mail**
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**International Mail**
Derrick Tay, Esquire
Meighen Demers, Esquire
Ogilvy Renault LLP
Suite 3800, 200 Bay Street
Royal Bank Plaza, So. Tower
P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

**First Class Mail**
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**First Class Mail**
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

**First Class Mail**
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**First Class Mail**
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**First Class Mail**
Scott L. Baena, Esquire
Bilzin Sumberg Baena
Price & Axelrod LLP
Wachovia Financial Center
200 South Biscayne Blvd, Ste. 2500
Miami, FL 33131

**First Class Mail**
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**First Class Mail**
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, NY 10036

**First Class Mail**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

**First Class Mail**
Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

**First Class Mail**
Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

**First Class Mail**
Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C. 20549

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
James D. Freeman, Esquire
U.S. Department of Justice
Environment and Natural Resource Div.
Environmental Enforcement Section
1961 Stout Street - 8th Floor
Denver, CO 80202

**First Class Mail**
Jon L. Heberling, Esquire
McGarvey, Heberling,
Sullivan & McGarvey PC
745 South Main
Kalispell, MT 59904

**First Class Mail**
Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

**First Class Mail**
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

**First Class Mail**
Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent &
Sheinfeld, LLP
875 Third Avenue
New York, NY 10022-6225

**First Class Mail**
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

**First Class Mail**
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

**First Class Mail**
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

*First Class Mail*
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

*First Class Mail*
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

*First Class Mail*
Pamela Zilly, Esquire
Richard Shinder, Esquire
David Blechman, Esquire
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

*First Class Mail*
Jan M. Hayden, Esquire
William H. Patrick, Esquire
Heller, Draper, Hayden,
  Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

*First Class Mail*
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

*First Class Mail*
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Ave., 5th Floor
Dallas, TX 75204

*First Class Mail*
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*First Class Mail*
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

*First Class Mail*
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

*First Class Mail*
Jonathan W. Young, Esq.
T. Kellan Grant, Esq.
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

*First Class Mail*
Russell W. Budd, Esquire
Alan B. Rich, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Avenue
P.O. Box 8705
Dallas, TX 75219

*First Class Mail*
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

*First Class Mail*
Charles E. Gibson, III, Esquire
Gibson Law Firm PLLC
447 Northpark Drive
Ridgeland, MS 39157-5109

*First Class Mail*
Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

*First Class Mail*
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

*First Class Mail*
Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

*First Class Mail*
Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY 10006

*First Class Mail*
John P. Dillman, Esquire
Linebarger, Goggan,
  Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

*First Class Mail*
Sander L. Esserman, Esq.
Stutzman, Bromberg,
  Esserman & Plifka
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689

*First Class Mail*
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624

*First Class Mail*
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA 30309

*First Class Mail*
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

*First Class Mail*
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX 77017

*First Class Mail*
Kimberly W. Osenbaugh, Esquire
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

*First Class Mail*
Paul M. Matheny, Esquire
The Law Offices of
 Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

*First Class Mail*
Michael J. Urbis, Esquire
Jordan, Hyden, Womble
 & Culbreth, P.C.
1534 E. 6th St., Ste. 104
Brownsville, TX 78520-7239

*First Class Mail*
Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

*First Class Mail*
Attn: Meridee Moore
 and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza
Suite 1325
San Francisco, CA 94111

*First Class Mail*
John M. Klamann, Esquire
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

*First Class Mail*
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll,
Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

*First Class Mail*
Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX 77630

*Hand Delivery*
Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

*First Class Mail*
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan,
 Griffinger & Vecchione PC
One Riverfront Plaza
Newark, NJ 07102-5497

*First Class Mail*
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

*First Class Mail*
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

*First Class Mail*
William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

*First Class Mail*
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*First Class Mail*
Paul G. Sumers, Esquire
TN Attorney General's Office,
 Bankruptcy Unit
P.O. Box 20207
Nashville, TN 37202-0207

*First Class Mail*
Scott Wert, Esquire
Foster & Sear, LLP
524 East Lamar Blvd., Suite 200
Arlington, TX 76011

*First Class Mail*
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

*First Class Mail*
Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

*First Class Mail*
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard
MS 35
Tallahassee, FL 32399-3000

*First Class Mail*
Credit Lyonnais
1301 Avenue of the Americas
New York, NY 10019-0602

*First Class Mail*
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

*First Class Mail*
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*First Class Mail*
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

*First Class Mail*
Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant
County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

*First Class Mail*
Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

*First Class Mail*
M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of
 the City of New York
100 Church Street, Room 6-127
New York, NY 10007

*First Class Mail*
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

*First Class Mail*
Janet Napolitano, Esquire
Robert R. Hall, Esquire
Russell W. Savory, Esquire
1275 West Washington Street
Phoenix, AZ 85007-1278

*First Class Mail*
Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

*First Class Mail*
James P. Ruggeri, Esquire
Scott A. Shail, Esquire
Hogan & Harton L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

*First Class Mail*
Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

*First Class Mail*
Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

*First Class Mail*
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

*First Class Mail*
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

*First Class Mail*
Maggie De La Rosa
Provost * Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

*First Class Mail*
Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

*First Class Mail*
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

*First Class Mail*
Kevin James, Esquire
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

*First Class Mail*
Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

*First Class Mail*
David Aelvoet, Esquire
Linebarger Goggan Blair
  & Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

*First Class Mail*
Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein
McAlister & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112

*First Class Mail*
Robert Cimino, Esquire
Suffolk County Attorney
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099
Attn: Diane Leonardo Beckmann

*First Class Mail*
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730

*First Class Mail*
Kathleen Maxwell, Legal Dept.
The Dow Chemical Company
2030 Dow Center, Office 732
Midland, MI 48674

*First Class Mail*
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

*First Class Mail*
Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN 37243

*First Class Mail*
Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

*First Class Mail*
Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL 60601

*First Class Mail*
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA 22902

*First Class Mail*
E. Katherine Wells, Esquire
South Carolina Department of Health
and Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

*First Class Mail*
Jeffrey Kaufman, Esquire
Gerald F. Ellesdorfer, Esquire
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105

*First Class Mail*
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway #9
New York, NY 10036-4039

*First Class Mail*
William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

*First Class Mail*
Craig Barbarosh, Esquire
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122

*First Class Mail*
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

*First Class Mail*
James B. Hughes, Esquire
Joseph R. Rice, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
MT. Pleasant, SC 29465

*First Class Mail*
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

*First Class Mail*
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI 48992

*First Class Mail*
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

*First Class Mail*
Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*First Class Mail*
John W. Havins, Esquire
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX 77002

*First Class Mail*
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*First Class Mail*
General Motors
  Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

*First Class Mail*
Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

*First Class Mail*
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

*First Class Mail*
John Waters, Attorney at Law
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306

*First Class Mail*
Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and
Service Workers Benefit Fund
730 Broadway, Tenth Floor
New York, NY 10003-9511

*First Class Mail*
Donna J. Petrone, Esquire
Exxon Mobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

*First Class Mail*
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

*First Class Mail*
Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA 70113

*First Class Mail*
Glen W. Morgan
Reaud, Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX 77701

*First Class Mail*
Randall A. Rios, Esquire
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

*First Class Mail*
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann &
  Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

*First Class Mail*
Scott Barker
Phelps Dodge Corporation
1 N. Central Avenue
Phoenix, AZ 85004-4464

*First Class Mail*
Coudert Brothers
Attn: Joseph D. Farrell, Esquire and
Edward H. Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY 10036

*First Class Mail*
Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

*First Class Mail*
Darrell W. Scott
The Scott Law Group
926 W. Sprague Ave., Suite 583
Spokane, WA 99201

*Hand Delivery*
William F. Taylor, Jr., Esquire
Thomas D. Walsh, Esquire
McCarter & English
919 N. Market Street, 18th Floor
Wilmington, DE 19801

*First Class Mail*
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

*First Class Mail*
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
PO Box 2055
Monroe, LA 71207

*First Class Mail*
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*First Class Mail*
Christopher R. Momjian, Esquire
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

*First Class Mail*
Denise A. Kuhn, Esquire
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

*First Class Mail*
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

*First Class Mail*
David W. Baddley, Esquire
Greenberg Traurig, P.A.
515 East Las Olas Blvd.
Suite 1500
Fort Lauderdale, FL 33301

*First Class Mail*
Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Ave., Suite 200
Irvine, CA 92612-1086

*First Class Mail*
Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
Suite 900, Four Penn Center
Philadelphia, PA 19103

*First Class Mail*
Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

*First Class Mail*
Allan H. Ickowitz, Esq.
Nossaman, Guthner,
  Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

*First Class Mail*
Oscar B. Fears, III, Esquire
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

*First Class Mail*
Ralph R. Mabey, Esquire
Penrod W. Keith, Esquire
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT 84101

*First Class Mail*
Margaret A. Holland, Esquire
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

*First Class Mail*
Craig A. Slater, Esquire
Angela M. Demerle, Esquire
Harter, Secrest & Emery LLP
Twelve Fountain Plaza, Suite 400
Buffalo, NY 14202-2293

*First Class Mail*
Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625

*First Class Mail*
Larry A. Feind
133 Peachtree Street, N.E., 7th Floor
Atlanta, GA 30303

*First Class Mail*
Elizabeth Weller, Esquire
Linebarger, Goggan, Blair
  & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691

*First Class Mail*
Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

*First Class Mail*
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

*First Class Mail*
Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

*Hand Delivery*
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801

*First Class Mail*
Christopher R. Momjian
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

*First Class Mail*
Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

*First Class Mail*
Paul P. Daley, Esquire
George W. Shuster, Jr., Esquire
Hale and Dorr LLP
60 State Street
Boston, MA 02109

*First Class Mail*
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Ave., Suite 2400
Phoenix, AZ 85004

*First Class Mail*
Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken,
  Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

*First Class Mail*
D. Alexander Barnes, Esquire
Obermayer, Rebmann Maxwell
  & Hippel, LLP
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

*First Class Mail*
Steven T. Davis, Esquire
Obermayer, Rebmann Maxwell
  & Hippel, LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

*First Class Mail*
DACA V, LLC
Attn: Julie Bubnack
1565 Hotel Circle S, Suite 310
San Diego, CA 92108-3419

*First Class Mail*
Sheri Levine
Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, NY 10022

*First Class Mail*
Ronald D. Gorsline, Esquire
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

*First Class Mail*
Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

*First Class Mail*
Martha E. Romero, Esquire
Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA 90601

*First Class Mail*
Ronald D. Gorsline, Esquire
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

*First Class Mail*
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

*First Class Mail*
Richard O'Halleran, Esquire
Burns, White & Hickton, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462

*First Class Mail*
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

*First Class Mail*
Stephen A. Donato, Esquire
Hancock & Estabrook, LLP
1400 MONY Tower I
P.O. Box 4976
Syracuse, NY 13221-4976

*First Class Mail*
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

*First Class Mail*
James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

*First Class Mail*
Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813

*First Class Mail*
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344

*First Class Mail*
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

*First Class Mail*
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environment and Natural Resource Div.
Environmental Enforcement Section
1961 Stout Street - 8th Floor
Denver, CO 80202

*First Class Mail*
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

*First Class Mail*
Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

*First Class Mail*
Jenny J. Hyun, Esquire
Associate Counsel
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX 77008

*First Class Mail*
Brian L. Hansen, Esquire
Frank W. DeBorder, Esquire
Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

*First Class Mail*
Warren H. Smith
Warren H. Smith & Associates, P.C.
325 North Saint Paul Street
Suite 1275
Dallas, TX 75201

*First Class Mail*
David E. Cherry, Esquire
Campbell~Cherry~Harrison
 ~Davis~ Dove
P.O. Drawer 21387
Waco, TX 76702-1387

*First Class Mail*
Lori Gruver Robertson
Linebarger Goggan
 Blair & Sampson LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

*First Class Mail*
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

*First Class Mail*
Todd Meyers, Esq.
Kathleen M. O'Connell, Esq.
Kilpatrick Stockton LLP,
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

*First Class Mail*
General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX 770022

*First Class Mail*
Citadel Investment Group, L.L.C.
Attn: S. Jay Novatney
131 South Dearborn St., 36th Floor
Chicago, IL 60603

*First Class Mail*
Afshin Miraly, Esq.
Assistant City Solicitor
Law Department - City Hall
93 Highland Avenue
Somerville, MA 02143

*Hand Delivery*
John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

*First Class Mail*
James E. Wimberley, Esquire
McPherson, Monk, Hughes, Bradley & Wimberley, L.L.P
3120 Central Mall Drive
Port Arthur, TX 77642

*First Class Mail*
Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

*First Class Mail*
Thomas O. Bean, Esquire
Peter M. Action, Jr., Esquire
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

*First Class Mail*
Marc Abrams, Esquire
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

*Hand Delivery*
Joanne B. Wills, Esquire
Klehr Harrison Harvey
  Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

*First Class Mail*
Frederick P. Furth, Esquire
Michael P. Lehman, Esquire
Christopher L. Lebsock, Esquire
The Furth Firm, LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

*First Class Mail*
Kirk A. Patrick, III, Esquire
Donohue Patrick P.L.L.C.
1500 Bank One Centre – North Tower
4500 Laurel Street
Baton Rogue, LA 70821

*First Class Mail*
Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
155 Seaport Blvd.
Boston, MA 02210-2604

*First Class Mail*
John Preefer, Esquire
60 East 42nd St., Suite 1021
New York, NY 10165

*Hand Delivery*
Elio Battista, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

*First Class Mail*
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

*First Class Mail*
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

*First Class Mail*
Roger Frankel, Esquire
Richard H. Wyron, Esquire
The Washington Harbour
Orrick, Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, D.C. 20007-5135

*First Class Mail*
John C. Phillips, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Hand Delivery*
Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 N. Market St., Suite 1705
Wilmington, DE 19801

*First Class Mail*
Daniel J. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn, Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

*First Class Mail*
Charlotte Transit Center, Inc.
c/o Kennedy Covington Lobdell
  & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tyron Street
Charlotte, NC 28202

*Hand Delivery*
Brian L. Kasprzak, Esquire
Marks O'Neill O'Brien & Courtney
913 North Market Street, Suite 800
Wilmington, DE 19801

*First Class Mail*
Mark D. Pelvin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2595

*First Class Mail*
Sergio I. Scuteri, Esquire
Farr Burke Gambacorta
  & Wright, P.C.
211 Benigno Boulevard, Suite 201
Bellmawr, NJ 08031

*Hand Delivery*
David P. Primack, Esquire
Drinker Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

*First Class Mail*
Michael F. Brown, Esquire
Drinker Biddle & Reath, LLP
18th and Cherry Streets
Philadelphia, PA 19103-6996

*First Class Mail*
Steven R. Penn, Esquire
Penn Rakauski
927 Main Street
Racine, WI 52403

*First Class Mail*
M. David Minnick, Esq.
Michael P. Ellis, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

*First Class Mail*
Gerald F. George, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

*First Class Mail*
Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti, Biden & Balick
P.O. Box 2165
Wilmington, DE 19899

*First Class Mail*
George R. Calhoun, Esquire
March D. Coleman, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*First Class Mail*
RJ Lee Group, Inc.
350 Hochberg Road
Monroeville, PA 15146
Attn: Controller

*First Class Mail*
William F. McCormick, Esquire
Office of the Attorney General
Bankruptcy Division
425 5th Avenue North
P.O. Box 20207
Nashville, TN 37202

*First Class Mail*
Mary K. Warren, Esquire
Brenda D. DiLuigi, Esquire
1345 Avenue of the Americas
19th Floor
New York, NY 10105

*First Class Mail*
Richard A. Bordelon, Esquire
Denechaud and Denechaud LLP
1010 Common Street, Suite 3010
New Orleans, LA 70112

*First Class Mail*
Anthony Sakalarios, Esquire
Morris, Sakalarios & Blackwell PLLC
P.O. Drawer 1858
Hattiesburg, MS 39403-1858

*First Class Mail*
Sean Allen, President
BMC GROUP
720 Third Avenue, 23rd Floor
Seattle, WA 98104

*First Class Mail*
Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

*First Class Mail*
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
222 Delaware Ave., 17th Fl.
P.O. Box 1150
Wilmington, DE 19899

*First Class Mail*
Steven J. McCardell, Esq.
Jared Inouye, Esq.
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

*Hand Delivery*
Carmella P. Keener, Esquire
Rosenthal, Monhait, Gross
 & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

*First Class Mail*
Thomas A. Spratt, Jr., Esq.
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799

*International Mail*
Yves Lauzon, Esq.
Michel Bélanger, Esq.
Lauzon Bélanger, Inc.
286 Saint-Paul West, Suite 100
Montréal Québec H2Y 2A3
CANADA

*First Class Mail*
Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Martin Bienenstock, Esq.
Judy G.Z. Liu, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*First Class Mail*
David A. Hickerson, Esq.
M. Jarrad Wright, Esq.
Weil, Gotshal & Manges LLP
1300 Eye Street N.W., Suite 900
Washington, DC 20005

*First Class Mail*
Ralph I. Miller, Esq.
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201

*First Class Mail*
Jeffrey S. Hebrank, Esq.
Carl P. McNulty, Esq.
Burroughs, Hepler, Broom,
 MacDonald, Hebrank & True, LLP
P.O. Box 510
Edwardsville, IL 62025-0510

*First Class Mail*
Mr. Scott Wert, Esq.
Foster & Sear, LLP
524 E. Lamar Blvd., Suite 200
Arlington, TX 76011

*First Class Mail*
John I. Kittel, Esq.
Law Firm of Mazur & Kittel, PLLC
30665 Northwestern Highway
Suite 175
Farmington Hills, MI 48334

*First Class Mail*
Joseph L. Schwartz, Esq.
Curtis M. Plaza, Esq.
Craig T. Moran, Esq.
Riker Danzig Scherer
 Hyland & Perretti LLP
Headquarters Plaza, 1 Speedwell Ave.
Morristown, NJ 07962-1981