**Summary of PwC's Fees By Individual:**
**Twentieth Interim Quarterly Reporting Period**
**April 1, 2006 through June 30, 2006**

**Professional Profiles**
**W. R. Grace - Time Tracking Summary**
**For the Quarter Ended June 30, 2006**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bruce Clouser Total | Risk Partner | 20+ | Integrated Audit | $882.00 | 1.0 | $ 882.00 |
| Brett E. Cohen Total | Risk Partner | 20+ | Integrated Audit | $899.00 | 0.5 | $ 449.50 |
| Cindy Y Chen Total | Audit Senior Associate | 2 | Integrated Audit | $191.00 | 5.0 | $ 955.00 |
| Daniel Spratt Total | Tax Manager | 5 | Integrated Audit | $204.00 | 2.5 | 510.0 |
| Daryl Davies Total | Advisory Manager | 8 | Integrated Audit | $277.00 | 1.8 | $ 498.60 |
| David C Lloyd Total | Audit Senior Manager | 14 | Integrated Audit | $362.00 | 48.8 | 17,387.0 |
| Erica Margolius Total | Audit Associate | 1 | Integrated Audit | $129.00 | 49.9 | 6,241.5 |
| Edom Aweke Total | Advisory Associate | 1 | Integrated Audit | $178.00 | 50.5 | $ 8,989.00 |
| George B. Baccash Total | Tax Partner | 30 | Integrated Audit | $425.00 | 3.5 | 1,487.5 |
| John E Newstead Total | Audit Senior Manager | 10+ | Integrated Audit | $362.00 | 21.6 | 7,840.2 |
| Lauren Misler Total | Audit Associate | 2 | Integrated Audit | $172.00 | 122.6 | 21,087.2 |
| Lisa Slotznick Total | Director | 26 | Integrated Audit | $551.00 | 0.8 | $ 440.80 |
| Lynda Keorlet Total | Audit Associate | 1 | Integrated Audit | $106.00 | 120.2 | 12,741.2 |

| Name | Title | Years | Project | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| **Lyndsay B Signori Total** | Audit Associate | 1 | Integrated Audit | $125.00 | 13.5 | $ 1,687.50 |
| **Maria Afuang Total** | Audit Senior Associate | 4 | Integrated Audit | $188.67 | 237.6 | 44,880.0 |
| **Marvin de Guzman Total** | Audit Manager | 4 | Integrated Audit | $285.00 | 122.5 | 34,912.5 |
| **Matthew G. Bosseler Total** | Audit Senior Associate | 9 | Integrated Audit | $203.00 | 2.5 | $ 507.50 |
| **Michael McDonnell Total** | Audit Senior Associate | 3 | Integrated Audit | $172.00 | 31.0 | 5,332.0 |
| **Nicholas P Barrett Total** | Audit Associate | 1 | Integrated Audit | $125.00 | 9.0 | $ 1,125.00 |
| **Pamela Reinhardt Total** | Audit Senior Associate | 3 | Integrated Audit | $188.67 | 191.5 | 36,142.5 |
| **Pavel Katsiak Total** | Intern | 1 | Integrated Audit | $79.00 | 111.5 | $ 8,808.50 |
| **Peter Woolf Total** | Tax Partner | 25 | Integrated Audit | $505.00 | 9.7 | 5,190.0 |
| **Robert Eydt Total** | Risk Partner | 25+ | Integrated Audit | $815.00 | 2.0 | $ 1,630.00 |
| **Robert R. Keehan Total** | Audit Partner | 18 | Integrated Audit | $619.00 | 1.0 | $ 619.00 |
| **Sandra David Total** | Audit Manager | 10+ | Integrated Audit | $285.00 | 26.6 | 7,581.0 |
| **Tom Kalinosky Total** | Audit Specialist | 20+ | Integrated Audit | $510.00 | 1.5 | $ 765.00 |
| **Vadim Riber Total** | Risk Senior Manager | 20+ | Integrated Audit | $656.00 | 1.0 | $ 656.00 |
| **William Bishop Total** | Audit Partner | 27 | Integrated Audit | $631.33 | 34.5 | 21,792.1 |
| **Grand Total** | | | | | 1,224.10 | $ 251,138.10 |

**Summary of PwC's Fees By Project:
Twenty First Interim Quarterly Reporting Period
April 1, 2006 through June 30, 2006**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **48.5** | **$5,473.50** |

| | | |
|---|---|---|
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **1,224.10** | **$251,138.10** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **1,272.60** | **$256,611.60** |

**PricewaterhouseCoopers LLP**
**Summary of Expenses**
**Twenty First Interim Quarterly Reporting Period**
**April 1, 2006 through June 30, 2006**

| Type of Expense | |
|---|---:|
| Transportation | $1,618.85 |
| Lodging | 0.00 |
| Sundry | 116.31 |
| Business Meals | 362.17 |
| **Grand Total for the Fee Period January 1, 2006 through March 31, 2006** | **$2,097.33** |