IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 20, 2006, AT 2:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES
BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR,
COURTROOM #5 , WILMINGTON, DELAWARE 19801**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST COMPLY WITH
THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND
HEARING SCHEDULE* [Docket No. 7709]**

## CONTINUED MATTERS

1.    Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04]
      (Docket No. 5527)

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.
R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N
Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy
Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners
I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.      Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

b.      [Signed] Twenty-Sixth Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 10/26/06] (Docket No. 13498)

Response Deadline: June 4, 2004, at 4:00 p.m.

Status:  The hearing on the claims of Weatherford International, Inc. is continued to December 18, 2006, at 2:00 p.m.

2.      Debtors' Motion for an Injunction under Sections 105 and 362 of the Bankruptcy Code [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

Related Documents:

a.      [Proposed] Injunction Order [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

b.      [Signed] Seventh Order Regarding Debtors' Motion for an Injunction Under Sections 105 and 362 of the Bankruptcy Code [Filed: 8/23/06] (Adv. Pro. No. 05-52724, Docket No. 19)

Response Deadline: October 7, 2005, at 4:00 p.m.

Responses Received:

a.      Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 6)

Related Document

a.      Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 7)

Replies Received:

a.      Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Docket No. 8)

Status: This matter is continued until December 18, 2006, at 2:00 p.m.

3.     Pretrial Conference for W. R. Grace & Co., et al., v. Bradley M. Campbell, Commissioner of the New Jersey Department of Environmental Protection [Filed: 9/19/05] (Adv. Pro. No. 05-52724)

Related Documents:

a.     Complaint for Declaratory and Injunctive Relief [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 1)

b.     Summons and Notice of Scheduling Conference in an Adversary Proceeding [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 2)

Response Deadline: October 7, 2005, at 4:00 p.m.

Responses Received:

a.     Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 6)

Related Document

a.     Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 7)

Replies Received:

a.     Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Adv. Pro. No. 05-52724, Docket No. 8)

Status: This matter is continued until December 18, 2006, at 2:00 p.m.


**UNCONTESTED MATTERS**

4.     Debtors' Seventeenth Omnibus Objection to Claims (Substantive) [Filed: 9/18/06] (Docket No. 13254)

Related Documents:

a.     [Proposed] Order Granting Relief Sought in Debtors' Seventeenth Omnibus Objection to Claims (Substantive) [Filed: 9/18/06] (Docket No. 13254)

Response Deadline: October 6, 2006 at 4:00 p.m.

Responses Received:

a.     Response of CSX Transportation Inc. to the Debtors' Seventeenth Omnibus Objection to Claims (Substantive) [Filed: 10/6/06] (Docket No. 13367)

91100-001\DOCS_DE:122456.6

b.      Letter Response of the Louisiana Department of Revenue withdrawing Proof of
        Claim [Filed: 10/4/06] (Docket No. 13373)

Status:  This matter will go forward as indicated on the attached Exhibit A.

5.      Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06]
        (Docket No. 13415)

Related Documents:  None.

Response Deadline: November 3, 2006 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will go forward as indicated on the attached Exhibit A.


## CONTESTED MATTERS

6.      Motion of Debtors for an Order Approving the Settlement Agreement and Mutual
        Release with Lloyd's Underwriters [Filed: 5/15/06] (Docket No. 12432)

Related Documents:

a.      Debtors' [Proposed] Order Approving the Debtors' Settlement Agreement and
        Mutual Release with Lloyd's Underwriters [Filed: 5/15/06] (Docket No. 12432)

b.      Libby Claimants' Partial Withdrawal of Objection to Debtors' Motion to Approve
        Settlement with Lloyd's Underwriters [Filed: 7/13/06] (Docket No. 12794)

c.      Certification of Counsel Regarding Amended Order Approving Amended
        Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed:
        8/18/06] (Docket No. 13011)

**d.      Certification of Counsel Regarding Second Amended Settlement Agreement
        and Mutual Release with Lloyd's Underwriters [Filed: November 13, 2006]
        (Docket No. 13653)**

Response Deadline: June 2, 2006, at 4:00 p.m.

Responses Received:

a.      The Future Claimants' Representative's Objection to the Motion of Debtors for an
        Order Approving the Settlement Agreement and Mutual Release with Lloyd's
        Underwriters [Filed: 6/2/06] (Docket No. 12573)

b.      Libby Claimants' Objection to Debtors' Motion to Approve Settlement with
        Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12574)

c.      Objection of the Official Committee of Asbestos Personal Injury Claimants to the

4

Motion of Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12579)

d.     Joinder of Official Committee of Asbestos Property Damage Claimants to the Objections of (A) the Official Committee of Asbestos Personal Injury Claimants and (B) the Future Claimants' Representative to the Motion of the Debtors for an Order Approving the Settlement Agreement and Mutual Release with Lloyd's Underwriters [Filed: 6/2/06] (Docket No. 12580)

**Status: The Debtors have filed a Certification of Counsel Regarding Second Amended Settlement Agreement and Mutual Release with Lloyd's Underwriters which evidences resolution of objections a through c above. The parties do not anticipate any objection from the Official Committee of Asbestos Property Damage Claimants (the "PD Committee"). The Debtors will notify the Court as soon as they hear from the PD Committee which they anticipate will be prior to the November 20, 2006 hearing.**

## MATTERS RELATING TO ASBESTOS PD CLAIMS

7.     Debtors' Motion for Protective Order Against Anderson Memorial's October 30, 2006 Requests for 30(b)(6) Depositions and Documents **[Filed: 11/6/06] (Docket No. 13588)**

Response Deadline: November 13, 2006 at 4:00 p.m.

Responses Received:

a.     **Anderson Memorial Hospital's Response to Debtors' Motion for Protective Order Against Anderson Memorial Hospital's October 30, 2006 Request for 30(B)(6) Depositions and Documents [Filed: 11/13/06] (Docket No. 13651)**

Further Briefing: Federal Rule of Evidence 408

Deadline for submission of briefs on Federal Rule of Evidence 408:  November 10, 2006

a.     **Debtors' Supplemental Brief Re Federal Rule of Evidence 408 In Support of Their Motion for Protective Order Against Anderson Memorial's Requests for 30(B)(6) Depositions and Documents [Filed: 11/10/06] (Docket No. 13630)**

b.     **Anderson Memorial's Hospital's Memorandum in Opposition to Debtors' Motion for Protective Order: Rule 408, FRE Issue [Filed: 11/10/06] (Docket No. 13629)**

**Status: This matter will go forward for argument on the Debtors' Motion for Protective Order, the applicability of Federal Rule of Evidence 408 and objections to discovery.**

8.     Anderson Memorial Hospital's Motion for Limited Relief From Automatic Stay [Filed: 12/22/05] (Docket No. 11413)

5

Response Deadline: January 10, 2006, at 4:00 p.m.

Responses Received:

a.   Debtors' Objection to Anderson Memorial Hospital's Motion for Limited Relief from the Automatic Stay [Filed: 1/10/06] (Docket No. 11520)

Further Briefing

a.   Debtors' Supplement to Objection to Anderson Memorial's Motion for Limited Relief From Automatic Stay [Filed: 9/15/06] (Docket No. 13236)

Status: This matter will go forward as a status conference.

9.   Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

Related Documents:

a.   [Proposed] Order Granting the Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

Response Deadline: December 2, 2005 at 4:00 p.m.

Responses Received:

a.   Debtors' Brief in Opposition to Motion of Anderson Memorial Hospital for Class Certification [Filed: 12/2/05] (Docket No. 11245)

Supplemental Briefing:

a.   Appendix of Documents in Support of Debtors' Opposition to Motion of Anderson Memorial for Class Certification [Filed: 9/8/06] (Docket No. 13186)

Response Deadline: January 20, 2006

Status: This matter will go forward as a status conference.

*[Remainder of Page Intentionally Left Blank]*

6

**MATTERS RELATING TO ASBESTOS PI CLAIMS**

10.    Status Conference on Asbestos PI Claims

    Status: A status conference will go forward on Asbestos PI Claims.

Dated: November ⁷, 2006

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

# EXHIBIT A

| Omnibus Objection | Creditor Name | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|---|
| 17th | CSX TRANSPORTATION | 13367 | 673 | $24,648.04 | U | No Liability Insufficient Documentaion | Expunge | Continue to December 18, 2006 omnibus hearing |
| 17th | CUMMINGS PROPERTIES LLC | | 4242 | UNKNOWN | U | No Liability Unliquidated | Expunge | Objection Withdrawn |
| 17th | D L PETERSON TRUST | | 9221 | $228.14 | S | No Liability | Expunge | Sustain |
| 17th | GORDON ALTMAN WEITZEN SHAVLOV & WEIN LLP | | 14054 | $15,532.20 | U | No Liability | Expunge | Sustain |
| 17th | KENT HOLDING LLC | | 13948 | $412,173.60 | U | Reduce & Allow | Reduce & Allow | Sustain |
| 17th | SCHULKE, EARL | | 955 | $0.00 | U | No Liability | Expunge | Sustain |
| 18th | NL INDUSTRIES INC | | 2625 | UNKNOWN | U | No Liability Unliquidated | Expunge | Continue to December 18, 2006 omnibus hearing |
| 18th | NL INDUSTRIES INC | | 2626 | UNKNOWN | U | No Liability Unliquidated | Expunge | Continue to December 18, 2006 omnibus hearing |
| 18th | NL INDUSTRIES INC | | 2627 | UNKNOWN | U | No Liability Unliquidated | Expunge | Continue to December 18, 2006 omnibus hearing |
| 18th | HAMPSHIRE CHEMICAL CORP | | 13934 | $6,500,000.00 | U | No Liability | Expunge | Continue to December 18, 2006 omnibus hearing |