IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) | Jointly Administered |
| | ) | |
| Debtors-in-Possession. | ) | |

**MOTION FOR EXTENSION OF TIME TO SUBMIT QUESTIONNAIRES**

**COMES NOW** Wm. Roberts Wilson, Jr., P.A., attorneys for claimants identified in Exhibit "A" attached to this Motion and respectfully move this Honorable Court for an extension of time to submit questionnaires and as grounds therefore state as follows:

1.  Attorneys for claimants were of the understanding that all of its 374 previously submitted claimants were "Settled Pre-Petition Asbestos PI Claims." This is because claimants' counsel had entered into a settlement agreement that included all of these claimants prior to W.R. Grace's filing bankruptcy.

2.  Attorney's for claimants received a letter from attorneys for W.R. Grace dated November 8, 2006 (attached as exhibit "B") informing claimants counsel that of the 376 claims submitted only 68 conformed to Debtors records as "Settled Pre-Petition Asbestos PI Claims." This leaves 308 claimants that did not correspond with the Debtors records and thus require completed questionnaires. This letter was the first indication that questionnaires would be required for these claimants.

3.  When asked for an extension of time, Attorneys for Debtor offered a one-week extension of time within which to complete 308 questionnaires.

4.  It would be impossible for attorneys for claimants to sufficiently complete

308 questionnaires within one week and comply with W.R. Grace's requirements.

WHEREFORE, PREMISES CONSIDERED, the counsel for claimants respectfully requests that this Honorable Court grant its Motion for Extension and issue an Order allowing counsel until December 30, 2006 to submit completed questionnaires.

THIS, the 13th day of November, 2006.

                                             Respectfully Submitted

                                             WM. ROBERTS WILSON, JR., P.A.
                                             213 Katherine Drive
                                             P.O. Box 321414
                                             Flowood, MS 39232
                                             Telephone: (601) 948-1111
                                             Facsimile: (601) 936-4406
                                             Attorney for Plaintiffs

                                           By: ____/s/Wm. Roberts Wilson, III_____
                                                WM. ROBERTS WILSON, III (MSB#101194)

CERTIFICATE OF SERVICE

    I hereby certify that on November 13, 2006, I electronically filed the following with the Clerk of the Court using the ECF system, which sent notification of such filing to the Defendants.

                                                   /s/Wm. Roberts Wilson, III
                                                   WM. ROBERTS WILSON, III (MSB #101194)

Exhibit "A"

| # | CL_SSN | CL_LAST | CL_SUFFIX | CL_FIRST | CL_ESTATE | CL_MI | PD_WRGRACE |
|---|---|---|---|---|---|---|---|
| 1 | 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 | AARON | | PHIL | ESTATE OF | E | CLAIM FORM |
| 2 | 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 | ALFORD | | BOBBY | | R | CLAIM FORM |
| 3 | 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 | ALLEMAN | SR | RAYMOND | ESTATE OF | PERCY | CLAIM FORM |
| 4 | 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 | ALLMAN | | GEORGE | ESTATE OF | G. | CLAIM FORM |
| 5 | 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 | ANDERSON | | DEBORAH | | H | CLAIM FORM |
| 6 | 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 | ARNOLD | | REGINA | | A | CLAIM FORM |
| 7 | 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 | BAGGETT | | MAZRETH | ESTATE OF | | CLAIM FORM |
| 8 | 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 | BAKER | | ELSIE | ESTATE OF | W | CLAIM FORM |
| 9 | 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 | BALDWIN | | BENNIE | ESTATE OF | | CLAIM FORM |
| 10 | 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 | BANKS | | ROY | | W | CLAIM FORM |
| 11 | 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 | BARLOW | | LITTLE | | T | CLAIM FORM |
| 12 | 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 | BARNER | | JAMES | | E | CLAIM FORM |
| 13 | 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 | BARNES | | JOHN | | D | CLAIM FORM |
| 14 | 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 | BEAMON | | MILLARD | | | CLAIM FORM |
| 15 | 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 | BEASLEY | | PRESTON | | M | CLAIM FORM |
| 16 | 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 | BELL | SR | BERNARD | ESTATE OF | MILFORD | CLAIM FORM |
| 17 | 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 | BETTS | | REUBEN | | | CLAIM FORM |
| 18 | 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 | BIGGS | | DAVID | | | CLAIM FORM |
| 19 | 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 | BOOKER | | ELIJAH | ESTATE OF | E | CLAIM FORM |
| 20 | 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 | BOUDWIN | | CLARENCE | ESTATE OF | JAMES | CLAIM FORM |
| 21 | 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 | BOUTWELL | | CURTIS | ESTATE OF | | CLAIM FORM |
| 22 | 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 | BRELAND | | DIZZY | | W | CLAIM FORM |
| 23 | 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 | BRITFORD | | JESSIE | | L | CLAIM FORM |
| 24 | 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 | BROOKS | | JOHN | ESTATE OF | C | CLAIM FORM |
| 25 | 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 | BROWN | | ALBERTA | | F | CLAIM FORM |
| 26 | 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 | BROWNLEE | | ROBERT | | L | CLAIM FORM |
| 27 | 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 | BRYANT | | DONNIE | | L | CLAIM FORM |
| 28 | 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 | BUFFINGTON | | WALTON | ESTATE OF | M | CLAIM FORM |
| 29 | 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 | BUFKIN | | HARMON | ESTATE OF | WHEELER | CLAIM FORM |
| 30 | 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 | BUTLER | | DAVE | | | CLAIM FORM |
| 31 | 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 | CANNETTE | | ARMOND | ESTATE OF | J | CLAIM FORM |
| 32 | 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 | CARR | | THOMAS | | | CLAIM FORM |
| 33 | 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 | CARTER | | GERALDINE | | | CLAIM FORM |
| 34 | 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 | CARTER | | GLORIA | | | CLAIM FORM |
| 35 | 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 | CARTER | | POSEY | ESTATE OF | H KIRKLAND | CLAIM FORM |
| 36 | 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 | CHANEY | JR | ERNEST | | | CLAIM FORM |

Exhibit "A"

| # | SSN | Last Name | First Name | Middle | Suffix | Type |
|---|---|---|---|---|---|---|
| 37 | 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 | CHESTANG | JACQUELYN | | | CLAIM FORM |
| 38 | 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 | CHILDERS | LINDA | | | CLAIM FORM |
| 39 | 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 | CLARK | CATHERINE | C | | CLAIM FORM |
| 40 | 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 | CLARK | JAMES | I | | CLAIM FORM |
| 41 | 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 | CLARK | WILLIE | | | CLAIM FORM |
| 42 | 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 | COBB | GRACE | M | ESTATE OF | CLAIM FORM |
| 43 | 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 | COCHRAN | DAN | | | CLAIM FORM |
| 44 | 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 | COLVIN | THOMAS | B | | CLAIM FORM |
| 45 | 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 | COMBS | ROBERT | ROOSEVELT | | CLAIM FORM |
| 46 | 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 | CONNELL | LLOYD | LEE | SR | CLAIM FORM |
| 47 | 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 | COSBY | EDWARD | E | | CLAIM FORM |
| 48 | 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 | COSTICT | MILDRED | W | | CLAIM FORM |
| 49 | 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 | COTTON | EARNEST | RETHA | | CLAIM FORM |
| 50 | 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 | CRAIG | LANNIE | B | ESTATE OF | CLAIM FORM |
| 51 | 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 | CRAWFORD | REDGIE | E | | CLAIM FORM |
| 52 | 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 | CROCKRUM | JAMES | H | | CLAIM FORM |
| 53 | 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 | CUNNINGHAM | FRANK | | JR | CLAIM FORM |
| 54 | 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 | CURTIS | MAVIS | C | ESTATE OF | CLAIM FORM |
| 55 | 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 | DALE | JOHN | | | CLAIM FORM |
| 56 | 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 | DATES | JOHN | L | ESTATE OF | CLAIM FORM |
| 57 | 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 | DAVIS | BOBBY | | | CLAIM FORM |
| 58 | 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 | DAVIS | GWENDOLYN | R | | CLAIM FORM |
| 59 | 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 | DAVIS | JOHN | E | ESTATE OF | CLAIM FORM |
| 60 | 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 | DAVIS | ROBERT | L | | CLAIM FORM |
| 61 | 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 | DAVISON | DEWITT | | | CLAIM FORM |
| 62 | 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 | DAYE | EMMETT | L | ESTATE OF | CLAIM FORM |
| 63 | 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 | DERISE | EARL | M | ESTATE OF | CLAIM FORM |
| 64 | 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 | DIAMOND | LAWRENCE | | | CLAIM FORM |
| 65 | 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 | DONOHOE | AUGUSTINE | E | | CLAIM FORM |
| 66 | 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 | DOTT | ALEXANDER | | | CLAIM FORM |
| 67 | 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 | DUBOSE | GEORGE | | ESTATE OF | CLAIM FORM |
| 68 | 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 | DUEITT | AARON | | ESTATE OF | CLAIM FORM |
| 69 | 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 | DUEITT | RAYMON | | ESTATE OF | CLAIM FORM |
| 70 | 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 | EADS | LOYLE | D | | CLAIM FORM |
| 71 | 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 | EANES | BILLY | R | | CLAIM FORM |
| 72 | 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 | EARNEST | ALBERT | | | CLAIM FORM |
| 73 | 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 | EUBANKS | NORRIS | A | ESTATE OF | CLAIM FORM |

Exhibit "A"

| # | SSN | Last Name | First Name | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 74 | 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 | EVANS | ROBERT | | | L | CLAIM FORM |
| 75 | 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 | EVANS | SALLIE | | | | CLAIM FORM |
| 76 | 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 | FAIRLEY | EARMER | | ESTATE OF | LEE | CLAIM FORM |
| 77 | 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 | FAIRLEY | SHELBY | | ESTATE OF | | CLAIM FORM |
| 78 | 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 | FINKLEA | VAN DON | | ESTATE OF | | CLAIM FORM |
| 79 | 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 | FINLEY | CHARLES | | | E | CLAIM FORM |
| 80 | 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 | FOSTER | STEVEN | | ESTATE OF | | CLAIM FORM |
| 81 | 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 | FOUNTAIN | GERTIE | | | L | CLAIM FORM |
| 82 | 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 | GAINES | LUCY | | ESTATE OF | | CLAIM FORM |
| 83 | 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 | GALLOWAY | JONAS | | ESTATE OF | | CLAIM FORM |
| 84 | 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 | GAMBLE | JESSIE | | | H | CLAIM FORM |
| 85 | 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 | GETER | EDDIE | | ESTATE OF | | CLAIM FORM |
| 86 | 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 | GOFF | GROVER | | | C | CLAIM FORM |
| 87 | 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 | GOFF | SAMUEL | | | L | CLAIM FORM |
| 88 | 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 | GOFF | WILLIAM | | | | CLAIM FORM |
| 89 | 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 | GOLDSMITH | ANDREW | | ESTATE OF | M | CLAIM FORM |
| 90 | 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 | GORDON | LINDA | | | W | CLAIM FORM |
| 91 | 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 | GRAHAM | PETER | | ESTATE OF | | CLAIM FORM |
| 92 | 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 | GREEN | REGINALD | | | | CLAIM FORM |
| 93 | 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 | GRICE | BRENDA | | ESTATE OF | R | CLAIM FORM |
| 94 | 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 | GUINN | BOBBIE | | | N | CLAIM FORM |
| 95 | 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 | GULLEY | JOHN | | | C | CLAIM FORM |
| 96 | 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 | HADLEY | DOIL | | ESTATE OF | | CLAIM FORM |
| 97 | 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 | HAIRSTON | OLIVER | | | B | CLAIM FORM |
| 98 | 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 | HALL | MAJOR | | ESTATE OF | | CLAIM FORM |
| 99 | 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 | HAMILTON | GARY | | | W | CLAIM FORM |
| 100 | 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 | HAMILTON | LONNIE | | | | CLAIM FORM |
| 101 | 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 | HAMILTON | ROBERT | | ESTATE OF | | CLAIM FORM |
| 102 | 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 | HAMMONS | HENRY | | ESTATE OF | D | CLAIM FORM |
| 103 | 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 | HANDFORD | JOHN | JR | | | CLAIM FORM |
| 104 | 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 | HARRINGTON | GEROME | | | | CLAIM FORM |
| 105 | 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 | HARRIS | EARNEST | | | | CLAIM FORM |
| 106 | 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 | HARRIS | ISOM | | ESTATE OF | | CLAIM FORM |
| 107 | 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 | HATHORN | GEORGE | | | W | CLAIM FORM |
| 108 | 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 | HAYES | WOODIE | | | A | CLAIM FORM |
| 109 | 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 | HEIDELBERG | LUTHER | SR | | | CLAIM FORM |
| 110 | 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 | HENDRICK | CHARLES | JR | | E | CLAIM FORM |

Exhibit "A"

| # | SSN | Last Name | First Name | Suffix | Middle | Estate | Type |
|---|---|---|---|---|---|---|---|
| 111 | 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 | HERRINGTON | KENNETH | | W | | CLAIM FORM |
| 112 | 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 | HICKS | BURNIS | | L | ESTATE OF | CLAIM FORM |
| 113 | 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 | HICKSON | LARRY | | | | CLAIM FORM |
| 114 | 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 | HIESTAND | DONALD | JR | | | CLAIM FORM |
| 115 | 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 | HIESTAND | EDWARD | | R | | CLAIM FORM |
| 116 | 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 | HINTON | LEOLA | | R | | CLAIM FORM |
| 117 | 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 | HOLDER | MAXINE | | C | | CLAIM FORM |
| 118 | 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 | HOLIFIELD | CLAIBORNE | | | ESTATE OF | CLAIM FORM |
| 119 | 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 | HOLLIDAY | OTHA | | G | ESTATE OF | CLAIM FORM |
| 120 | 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 | HOWELL | GEORGE | | W | ESTATE OF | CLAIM FORM |
| 121 | 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 | HOWELL | MAVIS | | | | CLAIM FORM |
| 122 | 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 | HOWELL | WILLARD | | | | CLAIM FORM |
| 123 | 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 | HOWELL | WINSTON | | | | CLAIM FORM |
| 124 | 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 | HUDDLESTON | NEVELS | | | | CLAIM FORM |
| 125 | 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 | HUDSON | EDSEL | | A | ESTATE OF | CLAIM FORM |
| 126 | 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 | HUDSON | HELEN | | J | | CLAIM FORM |
| 127 | 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 | HUEY | RUTHIE | | L | | CLAIM FORM |
| 128 | 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 | HUMPHREY | RONALD | | | ESTATE OF | CLAIM FORM |
| 129 | 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 | HUMPHREY | ROY | JR | | ESTATE OF | CLAIM FORM |
| 130 | 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 | HUNTER | LUCIUS | | | | CLAIM FORM |
| 131 | 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 | HYE | LUCILLE | | | ESTATE OF | CLAIM FORM |
| 132 | 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 | INGRAM | IDA | | | ESTATE OF | CLAIM FORM |
| 133 | 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 | JACKSON | JAMES | | L | | CLAIM FORM |
| 134 | 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 | JACKSON | MARY ELLEN | | | ESTATE OF | CLAIM FORM |
| 135 | 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 | JAMES | JOSEPH | SR | E | | CLAIM FORM |
| 136 | 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 | JAMES | ROOSEVELT | | | | CLAIM FORM |
| 137 | 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 | JERKINS | JOSEPH | | L | | CLAIM FORM |
| 138 | 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 | JODOIN | EVA | | | | CLAIM FORM |
| 139 | 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 | JOHNSON | JAMES | | W | | CLAIM FORM |
| 140 | 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 | JONES | ARTHUR | | J | ESTATE OF | CLAIM FORM |
| 141 | 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 | JONES | MATTIE | | M | | CLAIM FORM |
| 142 | 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 | JONES | ODESSA | | J | | CLAIM FORM |
| 143 | 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 | JONES | THOMAS | | | | CLAIM FORM |
| 144 | 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 | KEEBLER | JESSE | | | | CLAIM FORM |
| 145 | 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 | KEENE | JOHN | | R | | CLAIM FORM |
| 146 | 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 | KELLER | GAYLE | | E | ESTATE OF | CLAIM FORM |
| 147 | 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 | KENDRICK | ORELL | | | ESTATE OF | CLAIM FORM |

Exhibit "A"

| # | SSN | Last | First | Suffix | Estate | Middle | Type |
|---|---|---|---|---|---|---|---|
| 148 | 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 | LADNER | BETTY | | | | CLAIM FORM |
| 149 | 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 | LADNIER | ELLIS | | ESTATE OF | | CLAIM FORM |
| 150 | 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 | LAWSON | ELIJAH | | | | CLAIM FORM |
| 151 | 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 | LEE | FRANK | JR | | E | CLAIM FORM |
| 152 | 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 | LEE | MALTA MAE | SR | | | CLAIM FORM |
| 153 | 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 | LEE | VIOLA | | | | CLAIM FORM |
| 154 | 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 | LEEMAN | HELENE | | ESTATE OF | N | CLAIM FORM |
| 155 | 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 | LEEMAN | PAUL | | ESTATE OF | H | CLAIM FORM |
| 156 | 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 | LEHMAN | HENRY | | | BRITTON | CLAIM FORM |
| 157 | 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 | LOFTON | DAISY | | | R | CLAIM FORM |
| 158 | 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 | LONGMIRE | ROBERT | | ESTATE OF | C | CLAIM FORM |
| 159 | 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 | LOPER | WILLIAM | | ESTATE OF | | CLAIM FORM |
| 160 | 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 | MAGEE | ANNIE PEARL | | ESTATE OF | | CLAIM FORM |
| 161 | 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 | MALLEY | NOLIA | | ESTATE OF | J | CLAIM FORM |
| 162 | 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 | MALONE | LARRY | | | | CLAIM FORM |
| 163 | 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 | MALONE | SAMUEL | | ESTATE OF | | CLAIM FORM |
| 164 | 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 | MALONE | WILLIE | | ESTATE OF | H | CLAIM FORM |
| 165 | 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 | MARION | JACKIE | | | | CLAIM FORM |
| 166 | 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 | MARTIN | ELLIS | | ESTATE OF | M | CLAIM FORM |
| 167 | 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 | MASON | MONROE | | | J | CLAIM FORM |
| 168 | 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 | MASSEY | FRANK | | | | CLAIM FORM |
| 169 | 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 | MAURIN | WILIFRED | | ESTATE OF | | CLAIM FORM |
| 170 | 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 | MAY | ALBERTA | | | | CLAIM FORM |
| 171 | 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 | MAYE | BRADLEY | | | T | CLAIM FORM |
| 172 | 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 | MAYO | JAMES | | | D | CLAIM FORM |
| 173 | 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 | MCCANN | DORIS | | | P | CLAIM FORM |
| 174 | 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 | MCCLAIN | LEE | | | E | CLAIM FORM |
| 175 | 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 | MCCLAMMY | LEONARD | | ESTATE OF | KEMP | CLAIM FORM |
| 176 | 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 | MCCOVERY | ROSEMARY | | | DUBOSE | CLAIM FORM |
| 177 | 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 | MCDELL | MARVIN | | | | CLAIM FORM |
| 178 | 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 | MCDONALD | VERA | | ESTATE OF | | CLAIM FORM |
| 179 | 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 | MCLEMORE | JUDY | | | JOSEPH | CLAIM FORM |
| 180 | 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 | MCMILLAN | DEWITT | SR | ESTATE OF | | CLAIM FORM |
| 181 | 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 | MCMILLIAN | FLETCHER | | ESTATE OF | | CLAIM FORM |
| 182 | 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 | MCNAIR | DOROTHY | | | K | CLAIM FORM |
| 183 | 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 | MCNEAL | ERNEST | | ESTATE OF | W | CLAIM FORM |
| 184 | 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 | MEGGS | CLEVELAND | | | | CLAIM FORM |

Exhibit "A"

| # | SSN | Last | First | Middle | Suffix | Type |
|---|---|---|---|---|---|---|
| 185 | 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 | MERRITT | BOBBY | R | | CLAIM FORM |
| 186 | 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 | MIDDLETON | E.H. | | | CLAIM FORM |
| 187 | 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 | MILLER | VIRGINIA | | ESTATE OF | CLAIM FORM |
| 188 | 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 | MITCHELL | FREDERICK | M | | CLAIM FORM |
| 189 | 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 | MITCHELL | GILBERT | L | ESTATE OF | CLAIM FORM |
| 190 | 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 | MITCHELL | HENRY | S | | CLAIM FORM |
| 191 | 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 | MIXON | FRANCES | J | ESTATE OF | CLAIM FORM |
| 192 | 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 | MOODY | ROBERT | E | ESTATE OF | CLAIM FORM |
| 193 | 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 | MOORE | DAVID | | ESTATE OF | CLAIM FORM |
| 194 | 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 | MORGAN | HILDA | | | CLAIM FORM |
| 195 | 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 | MORGAN | ORA | F | | CLAIM FORM |
| 196 | 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 | MORRIS | JOHN | A | ESTATE OF | CLAIM FORM |
| 197 | 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 | MOSLEY | ERNEST | A | | CLAIM FORM |
| 198 | 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 | MURRAH | ROBERT | D | ESTATE OF | CLAIM FORM |
| 199 | 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 | MURRAY | WILLIO | | ESTATE OF | CLAIM FORM |
| 200 | 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 | MURRILL | WILLIAM | | ESTATE OF | CLAIM FORM |
| 201 | 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 | MYERS | ROBERT | E | ESTATE OF | CLAIM FORM |
| 202 | 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 | MYRICK | ERVIN | | ESTATE OF | CLAIM FORM |
| 203 | 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 | NADALICH | O'NEAL | J | ESTATE OF | CLAIM FORM |
| 204 | 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 | NICHOLAS | HAZEL | | | CLAIM FORM |
| 205 | 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 | ODOM | LESCA | | ESTATE OF | CLAIM FORM |
| 206 | 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 | O'GRADY | EUGENE | | ESTATE OF | CLAIM FORM |
| 207 | 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 | ORR | BENNIE | E | | CLAIM FORM |
| 208 | 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 | OSGOOD | ARCHIE | | | CLAIM FORM |
| 209 | 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 | OUTLAW | JOHN | | | CLAIM FORM |
| 210 | 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 | PACKER | FREDDIE | | | CLAIM FORM |
| 211 | 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 | PACKER | LAWRENCE | L | | CLAIM FORM |
| 212 | 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 | PACKER | MELVIN | | | CLAIM FORM |
| 213 | 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 | PARDUE | LEO | | | CLAIM FORM |
| 214 | 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 | PARKER | ALVIN | | | CLAIM FORM |
| 215 | 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 | PATTERSON | MYRTIS | LUCILLE | | CLAIM FORM |
| 216 | 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 | PERRY | LEROY | | ESTATE OF | CLAIM FORM |
| 217 | 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 | PHARR | WILLIAM | | ESTATE OF | CLAIM FORM |
| 218 | 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 | PHELPS | KATIE | M | ESTATE OF | CLAIM FORM |
| 219 | 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 | PHILLIPS | JAMES | | ESTATE OF | CLAIM FORM |
| 220 | 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 | POOLE | ROBERT | E | | CLAIM FORM |
| 221 | 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 | POWELL | NATHANIEL | | ESTATE OF | CLAIM FORM |

Exhibit "A"

| # | SSN | Last Name | Suffix | First Name | MI | Type |
|---|---|---|---|---|---|---|
| 222 | 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 | POWERS | | JOSEPH | T | CLAIM FORM |
| 223 | 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 | PRICE | | PRESTON | L | CLAIM FORM |
| 224 | 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 | PROBY | | VIREECE | | CLAIM FORM |
| 225 | 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 | QUAVE | | DAVID | | CLAIM FORM |
| 226 | 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 | RATTLEFF | | PHILIP | | CLAIM FORM |
| 227 | 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 | RAYFIELD | SR | WINSTON | L | ESTATE OF CLAIM FORM |
| 228 | 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 | REDDIX | | BOBBY | N | CLAIM FORM |
| 229 | 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 | REDDIX | | SYLVIA | B | CLAIM FORM |
| 230 | 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 | REUS | | HENRY | E | ESTATE OF CLAIM FORM |
| 231 | 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 | RHODES | SR | ROBERT | J | CLAIM FORM |
| 232 | 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 | RICE | | EDMOND | A | ESTATE OF CLAIM FORM |
| 233 | 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 | RILEY | | ERNEST ONEAL | | CLAIM FORM |
| 234 | 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 | ROBINSON | | DONALD | | CLAIM FORM |
| 235 | 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 | ROGERS | | BETTY | N | CLAIM FORM |
| 236 | 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 | ROGERS | | ESSIE | | ESTATE OF CLAIM FORM |
| 237 | 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 | ROGERS | | REUBEN | S | ESTATE OF CLAIM FORM |
| 238 | 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 | ROME | | ALLEN | P | CLAIM FORM |
| 239 | 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 | ROSS | | JANICE | | CLAIM FORM |
| 240 | 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 | ROWELL | | GERALD | H | ESTATE OF CLAIM FORM |
| 241 | 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 | RUPERT-YEAGER | | CAROLYN | C | CLAIM FORM |
| 242 | 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 | SAMPSON | JR | WILLIAM | H | CLAIM FORM |
| 243 | 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 | SAXON | | GENE | M | ESTATE OF CLAIM FORM |
| 244 | 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 | SCHMITZ | SR | RONALD | E | CLAIM FORM |
| 245 | 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 | SCOTT | | IRIS | C | CLAIM FORM |
| 246 | 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 | SEALES | | ANNIE | R | CLAIM FORM |
| 247 | 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 | SENSENEY | | LUCILLE | J | CLAIM FORM |
| 248 | 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 | SHEPHERD | | CAROL | C | CLAIM FORM |
| 249 | 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 | SHEPHERD | | HARRY | | CLAIM FORM |
| 250 | 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 | SHUMAN | | WILLIAM | E | CLAIM FORM |
| 251 | 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 | SIMS | JR | TOM | E | CLAIM FORM |
| 252 | 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 | SLADE | | JABUS | V | ESTATE OF CLAIM FORM |
| 253 | 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 | SMITH | | DOROTHY | M | ESTATE OF CLAIM FORM |
| 254 | 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 | SMITH | | ERROL | MORGAN | CLAIM FORM |
| 255 | 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 | SMITH | | JIMMY | | CLAIM FORM |
| 256 | 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 | SMITH | | JOHN | C | ESTATE OF CLAIM FORM |
| 257 | 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 | SMITH | | JOSHUA | | CLAIM FORM |
| 258 | 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 | SMITH | | ROBERT | O | CLAIM FORM |

Exhibit "A"

| # | SSN | Last Name | First Name | Suffix | Prefix | MI | Type |
|---|---|---|---|---|---|---|---|
| 259 | 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 | SMITH | ROOSEVELT | | ESTATE OF | | CLAIM FORM |
| 260 | 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 | SMITH | STEPHEN | | | M | CLAIM FORM |
| 261 | 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 | SNIDER | A.G. | | ESTATE OF | | CLAIM FORM |
| 262 | 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 | SOWELL | CAROLYN | | | | CLAIM FORM |
| 263 | 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 | SPIERS | THOMAS | | | E | CLAIM FORM |
| 264 | 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 | STALLWORTH | RUBY | | | | CLAIM FORM |
| 265 | 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 | STEVENS | WILLARD | | ESTATE OF | B | CLAIM FORM |
| 266 | 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 | STEVENSON | JOHN | JR | ESTATE OF | | CLAIM FORM |
| 267 | 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 | STOCKMAN | GETTER | | ESTATE OF | I | CLAIM FORM |
| 268 | 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 | STORK | FRANK | | ESTATE OF | | CLAIM FORM |
| 269 | 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 | SUND | DAVID | | ESTATE OF | E | CLAIM FORM |
| 270 | 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 | TAPPER | NORMAN | | ESTATE OF | T | CLAIM FORM |
| 271 | 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 | TATE | SANDRA | | | D | CLAIM FORM |
| 272 | 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 | TAYLOR | MELVIN | | ESTATE OF | E | CLAIM FORM |
| 273 | 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 | THOMAS | JEFFIE | | | | CLAIM FORM |
| 274 | 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 | THOMAS | JOSEPH | | | R | CLAIM FORM |
| 275 | 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 | THORP | JAMES | | | K | CLAIM FORM |
| 276 | 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 | TODD | ELVIE | | ESTATE OF | C | CLAIM FORM |
| 277 | 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 | TOLBERT | ALICE | | | A | CLAIM FORM |
| 278 | 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 | TROSCLAIR | MERVIN | | | | CLAIM FORM |
| 279 | 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 | TURNER | HERMAN | | ESTATE OF | E | CLAIM FORM |
| 280 | 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 | TYLER | JAMES | | | E | CLAIM FORM |
| 281 | 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 | VAUGHN | EMBREL | SR | ESTATE OF | L | CLAIM FORM |
| 282 | 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 | WARDLOW | ESTHER | | | | CLAIM FORM |
| 283 | 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 | WASHINGTON | RETHA | | | G | CLAIM FORM |
| 284 | 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 | WASHINGTON | SOFFIE | | | M | CLAIM FORM |
| 285 | 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 | WATSON | CATHERINE | | | | CLAIM FORM |
| 286 | 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 | WATSON | ERMATINE | | ESTATE OF | M | CLAIM FORM |
| 287 | 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 | WATSON | JOE | | | W | CLAIM FORM |
| 288 | 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 | WEBB | DOROTHY | | | M | CLAIM FORM |
| 289 | 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 | WEBB | ERVIN | | | | CLAIM FORM |
| 290 | 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 | WHATLEY | GEORGE | | ESTATE OF | | CLAIM FORM |
| 291 | 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 | WHATLEY | MARY SUE | | ESTATE OF | | CLAIM FORM |
| 292 | 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 | WHEELER | ELLEN | | | M | CLAIM FORM |
| 293 | 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 | WILEY | ERNESTEEN | | | M | CLAIM FORM |
| 294 | 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 | WILLIAMS | FREDDIE | SR | ESTATE OF | C | CLAIM FORM |
| 295 | 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 | WILLIAMS | GEORGE | JR | | A | CLAIM FORM |

Exhibit "A"

| # | Number | Last Name | First Name | | Mid | Type |
|---|---|---|---|---|---|---|
| 296 | 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 | WILLIAMS | JAMES | | MURPHY | CLAIM FORM |
| 297 | 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 | WILLIAMS | ODELL | ESTATE OF | | CLAIM FORM |
| 298 | 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 | WILLIAMS | RICHARD | ESTATE OF | | CLAIM FORM |
| 299 | 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 | WILLIAMS | SILAS | | | CLAIM FORM |
| 300 | 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 | WILSON | JOHN | | C | CLAIM FORM |
| 301 | 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 | WILSON | LONNIE | | C | CLAIM FORM |
| 302 | 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 | WILSON | RICHARD | | E | CLAIM FORM |
| 303 | 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 | WORDLAW | LILLIE | | B | CLAIM FORM |
| 304 | 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 | WOULLARD | THOMAS | ESTATE OF | | CLAIM FORM |
| 305 | 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 | WROTEN | ANNIE | | | CLAIM FORM |
| 306 | 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 | YOUNG | FRANCES | | M | CLAIM FORM |
| 307 | 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 | ZANCA | SAMUEL JR | ESTATE OF | X | CLAIM FORM |
| 308 | 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 | ZINNIMON | JANICE | | | CLAIM FORM |

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Lisa G. Esayian
To Call Writer Directly:
312 861-2226
lesayian@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dir. Fax: 312 660-0663

November 8, 2006

**VIA FACSIMILE AND FEDERAL EXPRESS**

Natasha R. Mitchell
Settlement Administrator
William Roberts Wilson, Jr., P.A.
213 Katherine Drive
Flowood, MS 39232

Re:    **W.R. Grace Settled Pre-Petition Asbestos Personal Injury Claims**

Dear Ms. Mitchell:

On behalf of W.R. Grace & Co. ("Grace" or "the Debtors"), we have examined the asbestos personal injury proofs of claim submitted by your firm to the claims processing agent, Rust Consulting, Inc. as Settled Pre-Petition Asbestos PI Claims and received by Rust on October 16, 2006 and we have compared these claims to Grace's records.

For the claimants listed below, Grace's records reflect settlements in the amounts set forth below:

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Settlement Amounts |
|---|---|---|---|
| Abney, James H. | William Roberts Wilson, Jr., P.A. | 5420 | $4500 |
| Allen, Odis | William Roberts Wilson, Jr., P.A. | 3609 | $1250 |
| Bailey, Charlie | William Roberts Wilson, Jr., P.A. | 8737 | $1750 |
| Baughman, Thruman | William Roberts Wilson, Jr., P.A. | 4038 | $1250 |
| Boleware, Burnett | William Roberts Wilson, Jr., P.A. | 4876 | $1750 |
| Cortez, Ozema | William Roberts Wilson, Jr., P.A. | 1985 | $1250 |
| Crawley, Lester | William Roberts Wilson, Jr., P.A. | 0613 | $1250 |
| Dodd, Arthur | William Roberts | 8286 | $1250 |


EXHIBIT "B"

KIRKLAND & ELLIS LLP

Natasha R. Mitchell
November 8, 2006
Page 2

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Settlement Amounts |
|---|---|---|---|
| Duckworth, Arthur | Wilson, Jr., P.A. William Roberts | 1526 | $1250 |
| Dueitt, Charles W. | Wilson, Jr., P.A. William Roberts | 6347 | $1250 |
| Farmer, Grady D. | Wilson, Jr., P.A. William Roberts | 1129 | $1250 |
| Freightman, Willie L. | Wilson, Jr., P.A. William Roberts | 4485 | $1250 |
| Gardner, Rolland O. | Wilson, Jr., P.A. William Roberts | 3441 | $1750 |
| Golston, Wilmer | Wilson, Jr., P.A. William Roberts | 1536 | $1750 |
| Gray, Clyde J. | Wilson, Jr., P.A. William Roberts | 8942 | $4500 |
| Gregory, Thedford | Wilson, Jr., P.A. William Roberts | 7795 | $1250 |
| Hartzog, L.H. | Wilson, Jr., P.A. William Roberts | 6903 | $4500 |
| Holder, Junior | Wilson, Jr., P.A. William Roberts | 8171 | $4500 |
| Horton, Stanley E. | Wilson, Jr., P.A. William Roberts | 0205 | $1250 |
| Hudson, Robert E. | Wilson, Jr., P.A. William Roberts | 2271 | $1250 |
| Hyde, Charles | Wilson, Jr., P.A. William Roberts | 3299 | $1250 |
| Jay, Robert C. | Wilson, Jr., P.A. William Roberts | 7735 | $1250 |
| Johnson, Bobby L. | Wilson, Jr., P.A. William Roberts | 8899 | $1250 |
| Jones, Dorothy R. | Wilson, Jr., P.A. William Roberts | 3339 | $1250 |
| Kennington, Wayne O. | Wilson, Jr., P.A. William Roberts | 7940 | $1250 |
| Kitrell, James D. | Wilson, Jr., P.A. William Roberts | 8504 | $1250 |
| Kordek, Gus | Wilson, Jr., P.A. William Roberts Wilson, Jr., P.A. | 4576 | $1250 |

## KIRKLAND & ELLIS LLP

Natasha R. Mitchell
November 8, 2006
Page 3

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Settlement Amounts |
|---|---|---|---|
| Langley, J.C. | William Roberts Wilson, Jr., P.A. | 0145 | $1250 |
| Legendre, Joseph | William Roberts Wilson, Jr., P.A. | 6701 | $4500 |
| Long, Irving | William Roberts Wilson, Jr., P.A. | 1241 | $1250 |
| Magee, Nathanial | William Roberts Wilson, Jr., P.A. | 3004 | $1250 |
| Mallett, Lloyd C. | William Roberts Wilson, Jr., P.A. | 5259 | $4500 |
| Malone, Joseph | William Roberts Wilson, Jr., P.A. | 7255 | $4500 |
| Malone, R.J. | William Roberts Wilson, Jr., P.A. | 9362 | $1250 |
| McCloud, Marzel | William Roberts Wilson, Jr., P.A. | 3674 | $1250 |
| Millender, Phyllis | William Roberts Wilson, Jr., P.A. | 5438 | $1250 |
| Moore, Sam | William Roberts Wilson, Jr., P.A. | 1359 | $1250 |
| Morgan, Richard | William Roberts Wilson, Jr., P.A. | 4380 | $1250 |
| Moss, Jr., Leslie | William Roberts Wilson, Jr., P.A. | 9299 | $1250 |
| Nelson, Fred | William Roberts Wilson, Jr., P.A. | 7611 | $1250 |
| Nettles, Charles W. | William Roberts Wilson, Jr., P.A. | 5665 | $1250 |
| Parker, Mary K. | William Roberts Wilson, Jr., P.A. | 8063 | $1250 |
| Pettis, Ernest W. | William Roberts Wilson, Jr., P.A. | 2309 | $1250 |
| Poole, Arthur J. | William Roberts Wilson, Jr., P.A. | 0158 | $1250 |
| Quinnie, Richard C. | William Roberts Wilson, Jr., P.A. | 8876 | $1250 |
| Reed, Pat Z. | William Roberts Wilson, Jr., P.A. | 8053 | $1750 |
| Russell, Luther G. | William Roberts | 6500 | $4500 |

**KIRKLAND & ELLIS LLP**

Natasha R. Mitchell
November 8, 2006
Page 4

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Settlement Amounts |
|---|---|---|---|
| Scott, Bessie | Wilson, Jr., P.A. William Roberts | 9903 | $1250 |
| Senseney, Sr., John K. | Wilson, Jr., P.A. William Roberts | 9809 | $1250 |
| Shavers, H.P. | Wilson, Jr., P.A. William Roberts | 0242 | $1250 |
| Sizemore, William | Wilson, Jr., P.A. William Roberts | 4156 | $1250 |
| Smith, Arthur J. | Wilson, Jr., P.A. William Roberts | 6894 | $4500 |
| Smith, Jr., P.H. | Wilson, Jr., P.A. William Roberts | 6203 | $1250 |
| Snider, Hybart | Wilson, Jr., P.A. William Roberts | 9723 | $1250 |
| Spencer, Mary E. | Wilson, Jr., P.A. William Roberts | 3164 | $1250 |
| Stallworth, Roscoe | Wilson, Jr., P.A. William Roberts | 3014 | $1250 |
| Stephens, Ernest J. | Wilson, Jr., P.A. William Roberts | 3414 | $1250 |
| Tanner, Theodore R. | Wilson, Jr., P.A. William Roberts | 2499 | $1250 |
| Thomas, Matthew | Wilson, Jr., P.A. William Roberts | 9575 | $1250 |
| Thornton, Walter | Wilson, Jr., P.A. William Roberts | 1858 | $4500 |
| Thrash, Paul N. | Wilson, Jr., P.A. William Roberts | 9601 | $1250 |
| Toney, Michael | Wilson, Jr., P.A. William Roberts | 5193 | $1250 |
| Turner, Elisha M. | Wilson, Jr., P.A. William Roberts | 1399 | $1250 |
| Walker, Dewitt | Wilson, Jr., P.A. William Roberts | 6949 | $1250 |
| Wathern, Edward L. | Wilson, Jr., P.A. William Roberts | 0117 | $1250 |
| White, Jr., Bennie D. | Wilson, Jr., P.A. William Roberts Wilson, Jr., P.A. | 6937 | $1250 |

**KIRKLAND & ELLIS LLP**

Natasha R. Mitchell
November 8, 2006
Page 5

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Settlement Amounts |
|---|---|---|---|
| White, Richard L. | William Roberts Wilson, Jr., P.A. | 0865 | $1250 |
| Winfield, Jake | William Roberts Wilson, Jr., P.A. | 8791 | $1250 |

     As to all other claimants for whom you have submitted proofs of claim, the Debtors' records do not correspond with the settlements described in the proof of claims forms, and your claim forms do not state settlement amounts. We also note that the Confidential Settlement Agreement between certain Mississippi law firms and Grace that you have submitted with your claim forms requires the participating Mississippi law firms to provide certain Qualifying Materials to Grace for each claimant. Except for the claimants listed above, according to Grace's records you had not provided these Qualifying Materials to Grace prior to Grace's April 2, 2001 chapter 11 filing, and thus except for the claims listed above, your claims are not Settled Pre-Petition Asbestos PI Claims. Therefore, in accordance with the August 24, 2006 Order as to All Pre-Petition Asbestos PI Litigation Claims, the Debtors dispute and contest the purported settlements for any claims of your firm that are not listed above.

     In accordance with page 5 of the August 24, 2006 Order, because the Debtors' records do not correspond with the settlements described in the proof of claims forms and supporting materials that your firm submitted for claimants other than the claimants listed above, enclosed is a Grace Asbestos Personal Injury Questionnaire, if you believe that your firm should submit a Questionnaire for any of these claims. Please see the August 24, 2006 Order for additional information. If you need additional copies of the Questionnaire, it is available in Word form at www.graceclaims.com.

Very truly yours,

*Lisa D. Esayian* (signature)

Lisa G. Esayian


LGE
Enc.  (W.R. Grace Asbestos Personal Injury Questionnaire)
cc:   Jay Hughes, W.R. Grace (via e:mail)
      David M. Bernick, P.C. (via e:mail)
      Barbara M. Harding (via e:mail)