**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., <u>et al</u>.,<br><br>                         Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**<u>CERTIFICATE OF SERVICE</u>**

      I, Laurie S. Polleck, hereby certify that on this 13th day of November, 2006, I served one copy of the ***Statement of Issues on Appeal*** upon the parties listed below by U.S. Postal Service, postage prepaid:

David M. Bernick, P.C.
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Frank J. Perch, III, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

17825

| | |
|---|---|
| Roger Frankel, Esquire<br>Richard H. Wyron, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>The Washington Harbour<br>3050 K Street, N.W., Suite 200<br>Washington, DC  20007-5135 | Peter Van N. Lockwood, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC  20005 |

**JASPAN SCHLESINGER HOFFMAN LLP**

<u>/s/ Laurie S. Polleck</u>
Laurie S. Polleck (#4300)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8005