# EXHIBIT A

# In re: W.R. GRACE & CO., et al

## OMNIBUS 19: EXHIBIT A - AMENDED CLAIMS

**Claim To Be Expunged**

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|
| 1 | ARIZONA DEPARTMENT OF REVENUE BANKRUPTCY LITIGATION SECTION 1600 WEST MONROE PHOENIX AZ 85007 USA | 01-01139 | 17018 | $427.40 | (A) |
| 2 | ARIZONA DEPARTMENT OF REVENUE BANKRUPTCY LITIGATION SECTION 1600 WEST MONROE PHOENIX AZ 85007 | 01-01140 | 17755 | $232,312.30 $103,916.49 | (P) (U) |
| 3 | ARIZONA DEPT OF REVENUE BANKRUPTCY & COLLECTION SECTION ARIZONA ATTY GENERAL 1275 W WASHINGTON PHOENIX AZ 85018 | 01-01140 | 719 | $162.89 $232,312.30 $14,075.08 | (A) (P) (U) |
| 4 | MARION COUNTY TREASURER ATTN HEATHER TOLIN 200 E WASHINGTON ST STE 1060 INDIANAPOLIS IN 46204 | 01-01139 | 2435 | $706.04 | (P) |
| 5 | MICHIGAN DEPT OF TREASURY REVENUE DI ATTN: STEVEN B FLANCHER FIRST FLOOR TREASURY BLDG LANSING MI 48922 | 01-01140 | 193 | $319,879.02 | (P) |
| 6 | MICHIGAN DEPT OF TREASURY REVENUE DI ATTN: STEVEN B FLANCHER FIRST FLOOR TREASURY BLDG LANSING MI 48922 | 01-01140 | 194 | $57,982.77 | (U) |

**Surviving Claim**

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|
| 1 | ARIZONA DEPARTMENT OF REVENUE BANKRUPTCY LITIGATION SECTION PHOENIX AZ 85007 | 01-01139 | 17612 | $591.11 | (A) |
| 2 | ARIZONA DEPARTMENT OF REVENUE BANKRUPTCY LITIGATION SECTION 1600 W MONROE PHOENIX AZ 85007 | 01-01140 | 17766 | $213,010.36 $102,609.26 | (P) (U) |
| 3 | ARIZONA DEPARTMENT OF REVENUE BANKRUPTCY LITIGATION SECTION 1600 WEST MONROE PHOENIX AZ 85007 | 01-01140 | 17755 | $232,312.30 $103,916.49 | (P) (U) |
| 4 | MARION COUNTY TREASURER ATTN HEATHER TOLIN 200 E. WASHINGTON ST. STE 1060 INDIANAPOLIS IN 46204 | 01-01139 | 17701 | $117.26 | (P) |
| 5 | MICHIGAN DEPT OF TREASURY REVENUE DI PO BOX 30456 LANSING MI 48909-7955 | 01-01140 | 17608 | $67,199.66 | (P) |
| 6 | MICHIGAN DEPT OF TREASURY REVENUE DI PO BOX 30456 LANSING MI 48909-7955 | 01-01140 | 17609 | $37,217.76 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative, (S) - Secured, (P) - Priority, (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

11/9/2006 1:26:57 PM

# In re: W.R. GRACE & CO., et al

## OMNIBUS 19: EXHIBIT A - AMENDED CLAIMS

| **Claim To Be Expunged** | | | | | **Surviving Claim** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 7 | NEW YORK STATE DEPARTMENT OF TAXATI BANKRUPTCY SECTION P.O. BOX 5300 ALBANY NY 12205-0300 | 01-01140 | 17703 | $23,391.85 | (A) | NEW YORK STATE DEPARTMENT OF TAXATI BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 01-01140 | 17769 | $24,021.84 | (A) |
| 8 | NEW YORK STATE DEPARTMENT OF TAXATI BANKRUPTCY SECTION P.O. BOX 5300 ALBANY NY 12205-0300 | 01-01140 | 17704 | $12,337.51 | (A) | NEW YORK STATE DEPARTMENT OF TAXATI BANKRUPTCY SECTION P.O. BOX 5300 ALBANY NY 12205-0300 | 01-01140 | 17703 | $23,391.85 | (A) |
| 9 | NEW YORK STATE DEPARTMENT OF TAXATI BANKRUPTCY SECTION P.O. BOX 5300 ALBANY NY 12205-0300 | 01-01140 | 17756 | $19,295.89 | (A) | NEW YORK STATE DEPT OF TAXATION & FIN BANKRUPTCY SECTION P.O. BOX 5300 ALBANY NY 12205-0300 USA | 01-01140 | 17016 | $9,943.37 | (A) |
| 10 | NEW YORK STATE DEPT OF TAXATION & FIN BANKRUPTCY SECTION P.O. BOX 5300 ALBANY NY 12205-0300 USA | 01-01140 | 17016 | $9,943.37 | (A) | NEW YORK STATE DEPARTMENT OF TAXATI BANKRUPTCY SECTION P.O. BOX 5300 ALBANY NY 12205-0300 USA | 01-01140 | 17704 | $12,337.51 | (A) |
| 11 | TENNESSEE DEPT OF REVENUE C/O ATTORNEY GENERAL P.O. BOX 20207 NASHVILLE TN 37202-0207 USA | 01-01139 | 17019 | $89,593.39 | (A) | TENNESSEE DEPT OF REVENUE C/O ATTORNEY GENERAL P.O. BOX 20207 NASHVILLE TN 03720-2020 USA | 01-01139 | 17762 | $7,457.44 | (A) |

**Total Claims Expunged: 11    Total Dollars Expunged:    $1,116,336.30**

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative, (S) - Secured, (P) - Priority, (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

11/9/2006 1:26:58 PM