# EXHIBIT B

## In re: W.R. GRACE & CO., et al
## OMNIBUS 19: EXHIBIT B - DUPLICATE CLAIMS

| Claims To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1  ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 W MONROE<br>PHOENIX AZ 85007 | 01-01140 | 17765 | $232,312.30 (P)<br>$103,916.49 (U) | | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX AZ 85007 | 01-01140 | 17755 | $232,312.30 (P)<br>$103,916.49 (U) | |
| 2  OREGON DEPARTMENT OF REVENUE<br>955 CENTER ST. NE<br>SALEM OR 09730-1255 | 01-01140 | 17700 | $1,464.99 (A) | | OREGON DEPARTMENT OF REVENUE<br>955 CENTER ST NE<br>SALEM OR 09730-1255 | 01-01140 | 17591 | $1,464.99 (A) | |

Total Claims Expunged: 2    Total Dollars Expunged: $337,693.78

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative, (S) - Secured, (P) - Priority, (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.