# EXHIBIT C

In re: W.R. GRACE & CO., et al
OMNIBUS 19: EXHIBIT C - LATE FILED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Docketed Claim Date | Total Claim Dollars* | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | CALCASIEU PARISH SHERIFF & TAX COLLECTOR<br>P.O. BOX 1787<br>LAKE CHARLES  LA  70602 | 01-01139<br>W.R. GRACE & CO. | 17702 | 7/26/2005 | $1,000,906.97 | CLAIM FILED AFTER 3/31/03 BAR DATE |
| 2 | NOVIGEN SCIENCES INC D/B/A EXPONENT INC<br>1730 RHODE ISLAND AVE STE 1100<br>WASHINGTON  DC  20036 | 01-01140<br>W.R. GRACE & CO.-CONN. | 17592 | 10/3/2005 | $3,161.05 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| | | Total Claims Expunged: | 2 | Total Dollars Expunged: | $1,004,068.02 | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

Page 1 of 1
11/10/2006 6:20:31 AM