## In re: W.R. GRACE & CO., et al
### EXHIBIT A - SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Asserted + Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | FARWEST FREIGHT SYSTEMS<br>4504 E VALLEY HWY<br>SUMNER, WA 98390 | 01-01139<br>W.R. GRACE & CO. | 1409 | $3,752.13 | (U) | RELATED TO FREIGHT BILLS. ALL INVOICES HAVE BEEN PAID BY CASS PER COURT DOCKET #23. INVOICES 3003671, 3004816, 3005202, 3005492, 3005516, AND 3005663 PAID ON 1/2/04 VIA ACH #045312. INVOICES 3011346 AND 3015893 PAID ON 12/29/03 VIA ACH #042862. |
| 2 | FEDEX FREIGHT (FKA AMERICAN FREIGHTWAYS<br>DELIVERY CODE 2259<br>PO BOX 840<br>HARRISON, AR 72602-0840 | 01-01139<br>W.R. GRACE & CO. | 1201 | $848.19 | (U) | ALL FREIGHT INVOICES HAVE BEEN PAID PER COURT DOCKET #23. INVOICE #0885099843 PAID 5/11/01 ACH #44165; INVOICE #0913286916 PAID 5/11/01 ACH #44165; INVOICE #0797569861 PAID 5/15/01 CK #63808; INVOICE #0886949895 PAID 4/9/04 CK #92586; INVOICE #0931004325 PAID 5/21/04 CK #7005; INVOICE #0811247533 PAID 6/9/04 ACH #123022 |
| 3 | IKON OFFICE SOLUTIONS CENTRAL DISTRICT<br>C/O IOS CAPITAL<br>BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON, GA 31208-3708 | 01-01139<br>W.R. GRACE & CO. | 12 | $488.70 | (U) | INVOICE #1149954A PAID 4/9/01, CK #300565. |

Totals: $5,089.02 (U)

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.  **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

+ The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.