## In re: W.R. GRACE & CO., et al
## EXHIBIT B - PARTIALLY SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Asserted + Claim Class** | Modified Claim Amount* | Asserted + Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | CENTRAL FREIGHT LINES INC<br>PO BOX 2638<br>WACO, TX 76702-2638 | 308 | $5,871.58 | (U) | $547.48 | (U) | MULTIPLE INVOICES PAID 5/30/03, CK #59627; 5/25/04, CK #72894; 5/27/04, CK #72967; 6/7/05, CK #80238 AND 6/24/06, ACH #343423 PER COURT DOCKET #23. |
| 2 | INSTRUMENT ASSOCIATES INC<br>C/O THE CONTINENTAL INSURANCE COMPANY<br>ATTN: JANICE PORRETTA<br>PO BOX 905<br>MONMOUTH JUNCTION, NJ 08852-0905 | 55 | $718.12 | (U) | $690.30 | (U) | INVOICE 3500150-002 PAID 4/10/01, CK# 4746. |
| 3 | LONGACRE MASTER FUND LTD<br>RE: URS CORPORATION<br>ATTN VLADIMIR JELISAVCIC<br>810 7TH AVE FL 22<br>NEW YORK, NY 10019 | 15469 | $511,194.80 | (U) | $507,032.00 | (U) | PARTIAL PAYMENT MADE ON INVOICE 214229 9/26/01, CK #318397, AND PAYMENT IN FULL OF INVOICE 298481 7/3/02, CK #349411. |
| 4 | LONGACRE MASTER FUND LTD<br>RE: DUPONT DOW ELASTOMERS LLC<br>ATTN VLADIMIR JELISAVCIC<br>810 7TH AVE FL 22<br>NEW YORK, NY 10019 | 1761 | $383,464.80 | (U) | $383,322.30 | (U) | QUANTITY DISCREPANCY ON INVOICE 90166476 WAS SETTLED AND PAID ON 4/27/01 VIA EDI. |
| 5 | RJMS CORP DBA TOYOTA MATERIAL HANDLING N<br>31010 SAN ANTONIO ST<br>HAYWARD, CA 94544 | 3386 | $3,725.86 | (U) | $3,530.37 | (U) | MULTIPLE INVOICES PAID 5/23/01, CK #305540. |
| 6 | THE STANDARD REGISTER COMPANY<br>600 ALBANY ST<br>DAYTON, OH 45408 | 1224 | $14,327.31 | (U) | $9,960.28 | (U) | 7 INVOICES PAID VIA CREDIT CARD; 3 PAID BY CHECK 9/5/01, CK #15006 AND 8/21/02, CK #354646; AND ANOTHER PARTIALLY PAID 2/20/02, CK #333815; 3 COULD NOT BE VALIDATED AS NOT IN BOOKS AND RECORDS AND VENDOR COULD NOT STATE WHO PLACED THE ORDER. |
| 7 | XTRA LEASE INC<br>1801 PARK 270 DR STE 400<br>SAINT LOUIS, MO 63146 | 3214 | $2,701.56 | (U) | $2,598.68 | (U) | INVOICE 139192 PAID 9/5/01, CK #316374. |
| | | **Totals:** | $922,004.03 | (U) | $907,681.41 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

+ The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.