## In re: W.R. GRACE & CO., et al
## EXHIBIT D - PARTIALLY SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | AEROGLIDE CORPORATION<br>PO BOX 29505<br>RALEIGH NC 27626 | 2165 | $8,434.37 | (U) | $7,867.27 | (U) | POST PETITION INVOICE #014283 FOR $567.10 WAS PAID VAI EDI ON 1/10/02. |
| 2 | AIR PRODUCTS AND CHEMICALS INC<br>ATTN: JAMES P FALLON<br>7201 HAMILTON BLVD<br>ALLENTOWN PA 18195-1501 | 24 | $130,931.81 | (U) | $127,188.37 | (U) | CLAIM INCLUDES POST-PETITION INVOICES PAID 5/16/01, CHECK #304450; 5/17/01, CHECK #6453; 5/22/01, CHECK #6719. SEVERAL OTHER INVOICES COULD NOT BE VERIFIED. |
| 3 | AKZO NOBEL FUNCTIONAL CHEMICALS LLC<br>525 W VAN BUREN<br>CHICAGO IL 60607 | 15 | $5,609.38 | (U) | $2,804.69 | (U) | CLAIM INCLUDES POST-PETITION INVOICES DATED 4/2/01 WHICH WERE PAID ELECTRONICALLY 5/14/01 AND 6/12/01. |
| 4 | AKZO NOBEL SURFACE CHEMISTRY LLC<br>525 W VAN BUREN<br>CHICAGO IL 60607 | 16 | $3,604.00 | (U) | $1,842.00 | (U) | TWO CLAIMED INVOICES TOTALLING $1,792.00 WERE PAID 4/9/01, CHECK #300710. |
| 5 | AMERIPOL SYNPOL CORPORATION<br>1215 S MAIN<br>PORT NECHES TX 77651 | 2407 | $5,275.94 | (U) | $4,700.59 | (U) | REDUCED BY $575.35 FOR SHORT PAYMENT MADE ON INVOICE AA168420 DUE TO UNIT PRICE DISCREPANCY. |
| 6 | AQUILA INC<br>PO BOX 11690<br>KANSAS CITY MO 64138 | 2222 | $2,090.56 | (U) | $1,576.69 | (U) | PAYMENT OF $475.53 MADE ON 5/23/01, CHECK #305412 AGAINST INVOICE 8694984895. |
| 7 | ARIZONA CHEMICAL<br>4049 WILLOW LAKE BLVD<br>MEMPHIS TN 38118 | 1106 | $211,684.16 | (U) | $155,303.46 | (U) | THREE INVOICES WERE SHORT PAID ON 5/10/01 REFLECTING A UNIT PRICE ADJUSTMENT. VENDOR UNABLE TO PROVIDE COPIES OF TWO OTHER INVOICES. |
| 8 | ATLANTA GAS LIGHT COMPANY<br>PO BOX 4569<br>ATLANTA GA 30302 | 412 | $35,155.40 | (U) | $31,752.93 | (U) | $1,391.47 PAID POST-PETITION 5/22/01, DIRECT DEPOSIT #2000009060 AND $2,011.00 LATE PAYMENT CHARGE. |
| 9 | ATOFINA CHEMICALS INC<br>ATTN: KAREN P FLYNN ESQ<br>2000 MARKET ST<br>PHILADELPHIA PA 19103 | 54 | $90,827.40 | (U) | $75,980.00 | (U) | TWO INVOICES WERE PAID POST PETITION TOTALING $14,580 (#90492121 -$4,860.00 AND #90492122 FOR $9,720 ON 5/14/01 VIA EDI.) INTEREST WAS ADDED ON TWO INVOICES TOTALING $267.40 (#90477448 FOR $165.00 AND #90467241 FOR $102.40). |
| 10 | BAKER PETROLITE INDUSTRIAL CHEMICALS<br>C/O CHRISTOPHER J RYAN<br>BAKER HUGHES INC<br>PO BOX 4740<br>HOUSTON TX 77210-4740 | 96 | $8,478.76 | (U) | $4,239.38 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 5/16/01, CHECK #304872. |
| 11 | BETTS SPRING COMPANY INC<br>PO BOX 2237<br>SAN LEANDRO CA 94577 | 983 | $2,318.43 | (U) | $2,234.42 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 3/31/04, CHECK #412787. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
                                                                                                              (P) - Priority         (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## EXHIBIT D - PARTIALLY SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 12 | CHESAPEAKE OPTICAL CO<br>1728 FRISCO AVE<br><br>CHICKASHA OK 73018-1600 | 1711 | $654.57 | (U) | $566.50 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 8/23/01, EDI #2000020081. |
| 13 | CONSTRUCTION TECHNOLOGY LABORATORIES<br>ATTN: BRIDGETTE M RICH<br>5400 OLD ORCHARD RD<br>SKOKIE IL 60077 | 1383 | $37,995.00 | (U) | $33,845.00 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 1/15/02, CHECK #00330495. |
| 14 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF DOWIE LTD D/B/A SDI<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 9184 | $29,026.48 | (U) | $11,562.68 | (U) | FIVE INVOICES TOTALING $17,643.80 WERE PAID 4/9/01, CHECK #300630. |
| 15 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ENTERGY GULF STATES INC<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 9192 | $637,294.92 | (U) | $618,856.42 | (U) | CLAIM INCLUDES INVOICES PAID 4/19/01, EDI #2000007442 AND LATE FEES. |
| 16 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF HERCULES INC<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 9193 | $137,372.25 | (U) | $126,372.25 | (U) | INVOICE 90982619 WAS PAID ON 5/14/01. |
| 17 | EASTERN LIFT TRUCK CO INC<br>PO BOX 307<br>MAPLE SHADE NJ 08052 | 5541 | $4,143.33 | (U) | $4,121.49 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 6/24/03, DEPOSIT #2000020094. |
| 18 | ELECTRIC POWER BOARD OF CHATTANOOGA<br>PO BOX 182255<br>CHATTANOOGA TN 37422-7255 | 39 | $26,512.50 | (U) | $23,667.02 | (U) | CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTS. POST-PETITION PAYMENTS MADE 5/2/01, EDI #2000007731; 5/22/01, EDI#2000009067. |
| 19 | EULER HERMES ACI<br>800 RED BROOK BLVD<br>OWINGS MILLS MD 21117 | 437 | $20,528.09 | (U) | $12,829.85 | (U) | THREE INVOICES PAID 4/9/01, CHECK #300391. |
| 20 | FAIRMONT SUPPLY COMPANY<br>401 TECHNOLOGY DR<br>CANONSBURG PA 15317 | 2402 | $848.19 | (U) | $767.70 | (U) | CLAIM INCLUDES POST-PETITION INVOICES PAID 6/12/01, EDI #2000011174 AND 8/28/01, EDI #2000020452. |
| 21 | FREDRICK BROTHERS CORPORATION<br>C/O FEINGOLD & LEVY<br>ATTN JAY K LEVY<br>10 S LASALLE ST # 900<br>CHICAGO IL 60603 | 117 | $3,760.00 | (U) | $2,820.00 | (U) | INVOICE 4067 FOR $470.00 WAS PAID ON 4/10/01, CHECK #4941. VENDOR HAS NOT PROVIDED COPY OF INVOICE 4341 DATED 3/19/01 AND GRACE DOES NOT HAVE THIS INVOICE RECORDED IN THEIR BOOKS. |
| 22 | GE CAPITAL MODULAR SPACE<br>426 W LANCASTER AVE<br>DEON PA 19333-1510 | 206 | $3,426.72 | (U) | $2,575.04 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 5/17/01, CHECK #6484. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO., et al
**EXHIBIT D - PARTIALLY SATISFIED POSTPETITION CLAIMS**

| # | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 23 | GEOTRANS INC<br>46050 MANEKIN PLZ STE<br>STERLING VA 20165 | 14690 | $191,930.89 | (U) | $147,762.70 | (U) | CLAIM INCLUDES POST-PETITION INVOICES DATED 10/1/02, 11/26/02, 12/31/02, 1/28/03 & 2/25/03 THAT HAVE BEEN PAID. |
| 24 | GISCHEL MACHINE CO INC<br>PO BOX 3480<br>BALTIMORE MD 21226 | 9683 | $14,676.50 | (U) | $11,356.50 | (U) | TWO INVOICES TOTALING $3,060.00 WERE PAID (INVOICE 8842 AND 8953) AND ONE INVOICE WAS SHORT PAID BY $260.00 (INVOICE 8772) BECAUSE MATERIAL NOT RECEIVED. |
| 25 | GIW INDUSTRIES INC<br>5000 WRIGHTSBORO RD<br>GROVETOWN GA 30813 | 13182 | $9,751.93 | (U) | $5,896.93 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 6/11/02, EDI #2000029345. |
| 26 | GRAYBAR ELECTRIC CO INC<br>1375 W 47TH AVE<br>DENVER CO 80211 | 1806 | $253.25 | (U) | $225.08 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 5/30/01, CHECK #305955. |
| 27 | GREATER CINCINNATI WATER WORKS<br>ATTN ANGEL TAYLOR BANKRUPTCY DESK<br>4747 SPRING GROVE AVE<br>CINCINNATI OH 45232-1986 | 2984 | $110,100.04 | (U) | $83,900.65 | (U) | CLAIMED AMOUNT INCLUDES PARTIAL PAYMENT MADE ON APRIL 01 INVOICE 5/3/01, CHECK #5766. |
| 28 | HERTZ EQUIPMENT RENTAL CORP<br>PO BOX 26360<br>OKLAHOMA CITY OK 73126-0360 | 1111 | $56,967.49 | (U) | $52,684.53 | (U) | REDUCED FOR POST-PETITION CHARGES DATED 4/4/01, 4/6/01, 4/7/01, 4/9/01, 4/19/01, 4/23/01, 4/24/01, 4/25/01 AND FOR PAID INVOICES.. |
| 29 | ILLINOIS PROCESS EQUIPMENT INC<br>PO BOX 390<br>LISLE IL 60532 | 2224 | $7,268.00 | (U) | $6,901.00 | (U) | POST PETITION INVOICE 9985 PAID 11/5/03, CHECK #399651. |
| 30 | INDUSTRIAL AIR CENTERS INC<br>PO BOX 9147<br>LOUISVILLE KY 40209 | 2428 | $19,536.59 | (U) | $16,845.09 | (U) | POST PETITION INVOICE 120153 FOR $2,691.50 WAS PAID 5/20/04 VIA EDI #2000015008. |
| 31 | INITIAL SECURITY<br>ATTN SHERRY YOUNGMAN<br>3355 CHERRY RDG STE 200<br>SAN ANTONIO TX 78230 | 1748 | $11,686.64 | (U) | $11,142.96 | (U) | POST PETITION INVOICE 1039073 FOR $543.68 WAS PAID 5/30/01, CK#7315. |
| 32 | ITS / CALEB BRETT<br>C/O SUSAN HINDS-BRENNER<br>PO BOX 460709<br>HOUSTON TX 77056-8709 | 1713 | $5,664.00 | (U) | $714.00 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 8/15/02, CHECK #41821. |
| 33 | IVES EQUIPMENT CORP<br>601 CROTON RD<br>KING OF PRUSSIA PA 19406 | 1778 | $37,773.64 | (U) | $33,492.72 | (U) | CLAIM INCLUDES POST-PETITION INVOICES DATED 4/2/01, 4/4/01, 4/9/01, 4/20/01, 4/26/01, 12/12/01, 12/26/01, 1/2/02 THAT HAVE BEEN PAID. |
| 34 | J R ENERGY INC<br>PO BOX 158<br>PORTAGE IN 46368 | 143 | $915.24 | (U) | $808.22 | (U) | INVOICE 18016 FOR $26.00 WAS PAID 5/2/01, CK#303431 AND INVOICE 18261 FOR $81.02 WAS PAID 5/23/01, CK#305595. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## EXHIBIT D - PARTIALLY SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 35 | JC EHRLICH CO INC<br>PO BOX 13848<br>500 SPRINGRIDGE DR<br>READING PA 19610 | 338 | $1,846.36 | (U) | $1,506.00 | (U) | CLAIMED AMOUNT INCLUDES POST-PETITION INVOICE PAID 6/14/01, CHECK #8393 AND FINANCE CHARGE. |
| 36 | KENTUCKY UTILITIES COMPANY<br>ONE QUALITY ST<br>LEXINGTON KY 40507 | 1906 | $30,946.64 | (U) | $30,211.61 | (U) | PARTIAL PAYMENT OF TWO INVOICES MADE IN MAY 2001. |
| 37 | KERR-MCGEE PIGMENTS SAVANNAH INC<br>ATTN MYRON K CUNNINGHAM ESQ<br>123 ROBERT S KERR<br>OKLAHOMA CITY OK 73102 | 1925 | $86,190.00 | (U) | $43,350.00 | (U) | INVOICE #KMPS13018 FOR $42,840.00 PAID ON 5/16/01, CHECK #00304737. |
| 38 | LESMAN INSTRUMENT CO<br>215 WRIGHTWOOD AVE<br>ELMHURST IL 60126 | 90 | $16,690.93 | (U) | $15,233.35 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 5/16/04, CHECK #304623.. |
| 39 | M DAVIS & SONS INC<br>200 HADCO RD<br>WILMINGTON DE 19804-1000 | 6053 | $20,341.28 | (U) | $17,944.48 | (U) | CLAIM INCLUDES POST-PETITION INVOICES PAID 8/19/03, DEPOSIT #2000026525 AND 10/2/01, CHECK #17326. |
| 40 | MCMASTER CARR SUPPLY CO<br>600 COUNTY LINE RD<br>ELMHURST IL 60126 | 2005 | $827.06 | (U) | $646.43 | (U) | THREE CLAIMED INVOICES PAID 4/9/01, CHECK 300286. |
| 41 | MENASHA CORPORATION COLOMA PACKAGING<br>333 W CENTER ST<br>COLOMA MI 49038 | 316 | $64,513.60 | (U) | $59,101.63 | (U) | INVOICE 18205205 FOR $3,092.69 WAS PAID ON 7/5/01, CK#309699 AND INVOICE 16141182 FOR $2,319.28 WAS BILLING FOR ITEMS THAT WERE RETURNED. |
| 42 | MSC INDUSTRIAL SUPPLY CO<br>75 MAXESS ROAD<br>MELVILLE NY 11747 | 319 | $2,534.06 | (U) | $2,400.65 | (U) | CLAIMED AMOUNT REDUCED DUE TO INVOICES THAT HAVE BEEN PAID. |
| 43 | NEW ENGLAND INDUSTRIAL TRUCK INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 633 | $4,607.77 | (U) | $83.60 | (U) | INVOICE W66368 FOR $4,524.17 WAS PAID TO VENDOR 4/23/01, CHECK #302498. |
| 44 | NEXTIRA (WILLIAMS COMMUNICATIONS)<br>19111 DALLAS PKWY #100<br>DALLAS TX 75287 | 30 | $22,176.77 | (U) | $12,078.31 | (U) | CLAIM INCLUDES POST-PETITION INVOICES PAID 5/22/01, DEPOSIT #2000011100; 6/5/01, DEPOSIT #2000010652; 6/7/01, DEPOSIT 2000009076. |
| 45 | NORTH AMERICAN MFG COMPANY<br>4455 E 71ST ST<br>CLEVELAND OH 44105 | 1940 | $2,134.59 | (U) | $1,820.48 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 2/25/03, EDI #2000006003. |
| 46 | PALLET REMOVAL & REPAIR SERVICE<br>1334 ELBERT TAYLOR RD<br>PELION SC 29123 | 1009 | $33,920.00 | (U) | $30,560.00 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 5/24/03, ELECTRONIC DEPOSIT #2000009400. |
| 47 | POLLOCK CO<br>1711 CENTRAL AVE<br>AUGUSTA GA 30904 | 4477 | $202.22 | (U) | $99.55 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 6/19/01, EDI #2000012168 AND FINANCE CHARGES. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Case 01-01139-AMC    Doc 13658-5    Filed 11/13/06    Page 5 of 6

## In re: W.R. GRACE & CO., et al
### EXHIBIT D - PARTIALLY SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 48 | POWERLIFT CORPORATION<br>8314 E SLAUSON AVE<br>PICO RIVERA CA 90660 | 607 | $1,236.99 | (U) | $942.12 | (U) | TWO INVOICES PAID 5/9/01, CHECK #303884. |
| 49 | RAM MOTORS & CONTROLS<br>PO BOX 748<br>LEESPORT PA 19533 | 1244 | $22,917.56 | (U) | $22,779.86 | (U) | INVOICE 4102688 FOR $119.70 WAS PAID ON 6/5/03, DEPOSIT #2000017943. $18.00 IN TAXES NOT OWED ON INVOICE 4013063. |
| 50 | SAF-T-GARD INTERNATIONAL INC<br>205 HUEHL RD<br>NORTHBROOK IL 60062 | 925 | $912.30 | (U) | $717.11 | (U) | CLAIM CONTAINS TWO INVOICES PAID 4/10/01, EDI #2000005776. |
| 51 | SMITH CONTAINER CORP<br>PO BOX 1827<br>FOREST PARK GA 30298 | 390 | $22,136.40 | (U) | $15,255.75 | (U) | FOUR INVOICES TOTALING $6,880.65 (#624727 FOR $401.25, #624728 FOR $349.20, #625063 FOR $5,606.40, AND #625420 FOR $523.80) WERE PAID ON 4/9/01, CHECK #300636. |
| 52 | SNAP ON INDUSTRIAL<br>ATTN: BECKY LOY<br>3011 EAST RT 176<br>CRYSTAL LAKE IL 60014 | 61 | $3,784.93 | (U) | $3,556.01 | (U) | CLAIM INCLUDES POST-PETITION INVOICES PAID 5/17/01, CHECK #6501 AND 5/24/01, CHECK #6934. |
| 53 | SONOCO PRODUCTS<br>C/O WILLIAM H SHORT JR ESQ<br>HAYNSWORTH SINKLER BOYD PA<br>PO BOX 11889<br>COLUMBIA SC 29201 | 8 | $1,275.63 | (U) | $1,200.00 | (U) | INVOICE 20001573 FOR $75.63 WAS PAID 4/9/01, CHECK #300509. |
| 54 | TDS<br>F608 SPACE PARK SOUTH<br>HASHVILLE TN 37211 | 1094 | $3,353.86 | (U) | $3,304.98 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 1/3/02, CHECK 24546. |
| 55 | TXU GAS COMPANY<br>C/O LOIS J DURAN<br>PO BOX 650393<br>DALLAS TX 75265 | 322 | $221.67 | (U) | $195.55 | (U) | PAYMENT MADE AGAINST INVOICE 2543174987 ON 6/13/01 FOR $26.12, CHECK #307713. |
| 56 | UNITED STATES GYPSUM CO<br>125 S FRANKLIN ST<br>CHICAGO IL 60606 | 712 | $19,996.72 | (U) | $12,405.17 | (U) | CLAIM REDUCED FOR POST PETITION INVOICE PAID ELECTRONICALLY ON 4/26/01 AND DISCREPANCY RELATED TO GOODS RECEIVED. |
| 57 | URS CORPORATION SUCCESSOR TO RADIAN INTL<br>ATTN: MICHAEL A STEUER ESQ<br>130 ROBIN HILL RD<br>SANTA BARBARA CA 93117 | 2359 | $431,350.75 | (U) | $398,677.95 | (U) | TWO INVOICES (298481 AND 193187) WERE PAID AND ANOTHER INVOICE (214229) WAS PARTIALLY PAID THUS REDUCING THE CLAIMED AMOUNT BY $32,693.00. ADDITIONALLY, CLAIM AMOUNT DID NOT AGREE WITH CLAIMED INVOICES AND WAS OFF BY $20.20. |
| 58 | W S TYLER<br>SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 779 | $1,122.00 | (U) | $540.00 | (U) | INVOICE 99898 WAS PAID 4/9/01, CHECK #301119. |
| 59 | WARREN ELECTRIC GROUP<br>2929 MCKINNEY<br>HOUSTON TX 77003 | 70 | $304.46 | (U) | $152.23 | (U) | POST PETITION INVOICE 983580 FOR $152.23 WAS PAID 5/17/01, CK#6522. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.  **(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

Page 5 of 6                                                                                                                                                   12/10/2004 10:59:13 AM

In re: W.R. GRACE & CO., et al
## EXHIBIT D - PARTIALLY SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 60 | WESTLAKE CA&O CORPORATION<br>JACKIE DICKINSON<br>2801 POST OAK BLVD #600<br>HOUSTON TX 77056 | 3003 | $57,059.01 | (U) | $45,320.53 | (U) | TWO INVOICES TOTALING $11,738.48 ($5,859.90 AND $5,878.58) WERE PAID POST PETITION ON 4/10/01, CHECK #4867. |
| | | totals: | $2,725,100.03 | (U) | $2,345,287.48 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority           (U) - Unsecured