## In re: W.R. GRACE & CO., et al
## EXHIBIT E - SATISFIED POSTPETITION SCHEDULES

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AMF TRUCKING & WAREHOUSING, INC<br>2 GERMAK DR<br>CARTERET NJ 07008-1217 | 01-01140<br>W.R. GRACE & CO.-CONN. | s105701 | $73,317.00 | (U) | LEASE HAS BEEN ASSIGNED AND SECURITY DEPOSIT RETURNED. |
| 2 | BANK OF NEW YORK, THE<br>101 BARCLAY ST, FL 21W<br>NEW YORK NY 10286 | 01-01140<br>W.R. GRACE & CO.-CONN. | s108750 | $5,723,000.00 | (U) | RELATES TO A PUBLIC BOND PAID ON 8/15/04. |
| 3 | BANK OF NEW YORK, THE<br>101 BARCLAY ST, FL 21W<br>NEW YORK NY 10286 | 01-01140<br>W.R. GRACE & CO.-CONN. | s110315 | $56,001.71 | (U) | RELATES TO A PUBLIC BOND PAID ON 8/15/04. |
| 4 | CMGI, INC<br>425 MEDFORD ST<br>CHARLESTOWN MA 02129-1408 | 01-01140<br>W.R. GRACE & CO.-CONN. | s105697 | $157,768.21 | (U) | STIPLUATION AND ORDER ENTERED ON 2/25/02. CLAIM HAS BEEN SATISFIED. |
| 5 | DEUTSCHE BANK/BANKERS TRUST COMPANY<br>FOUR ALBANY ST<br>NEW YORK NY 10006 | 01-01140<br>W.R. GRACE & CO.-CONN. | s108751 | $1,972,000.00 | (U) | RELATES TO A PUBLIC BOND THAT WAS PAID ON 6/11/01. |
| 6 | DEUTSCHE BANK/BANKERS TRUST COMPANY<br>FOUR ALBANY ST<br>NEW YORK NY 10006 | 01-01140<br>W.R. GRACE & CO.-CONN. | s110316 | $76,410.92 | (U) | RELATES TO A PUBLIC BOND THAT WAS PAID ON 6/11/01. |
| 7 | FURNITURE WAREHOUSE LIQUIDATORS<br>144 HIDDEN CREEK LN<br>RINGGOLD GA 30736-8257 | 01-01140<br>W.R. GRACE & CO.-CONN. | s105699 | $15,000.00 | (U) | SUBLEASE WAS TERMINATED PRIOR TO REJECTION OF THE PRIME LEASE, WHICH WAS FILED AS PART OF FIRST DAY MOTIONS. CLAIM HAS BEEN SATISFIED. |
| 8 | GEMINI SOUND PRODUCTS CORP.<br>2 GERMAK DR<br>CARTERET NJ 07008-1217 | 01-01140<br>W.R. GRACE & CO.-CONN. | s105702 | $67,000.00 | (U) | LEASE WAS ASSIGNED AND SECURITY DEPOSIT RETURNED. |
| 9 | HUA XING ZHOU & LI G. YANG<br>DBA CHINA BUFFET<br>1515 ALTA VISTA DRIVE<br>COLUMBUS GA 39107 | 01-01149<br>CREATIVE FOOD 'N FUN COMPANY | s105689 | $3,300.00 | (U) | SECURITY DEPOSIT WAS APPLIED ON ACCOUNT OF UNPAID OBLIGATION. |
| 10 | KENNETH & JACQUELINE KUDRICK<br>245 CENTER SQUARE RD<br>SWEDESBORO NJ 08085 | 01-01160<br>GLOUCESTER NEW COMMUNITIES COMPANY, INC. | s105691 | $988.15 | (U) | THE SECURITY DEPOSIT WAS REFUNDED WHEN THE TENANTS VACATED. |
| 11 | MEMORIAL EQUITIES<br>14510 MEMORIAL DR.<br>HOUSTON TX 77079 | 01-01149<br>CREATIVE FOOD 'N FUN COMPANY | s105690 | $5,000.00 | (U) | TERMINATION LETTER WAS SENT TO MEMORIAL EQUITIES ON ACCOUNT OF THEIR FAILURE TO PAY RENT. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

In re: W.R. GRACE & CO., et al
EXHIBIT E - SATISFIED POSTPETITION SCHEDULES

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 12 | OLYMPIA MANAGEMENT<br>ATTN: STERLING WESTHROP<br>3899 PARK AVE.<br>MEMPHIS TN 38111 | 01-01140<br>W.R. GRACE & CO.-CONN. | s105700 | $15,000.00 | (U) | LEASE ASSIGNMENT WAS APPROVED BY THE BANKRUPTCY COURT. CLAIM HAS BEEN SATISFIED. |
| 13 | WOLBERT, JOHN D<br>79 SHARPTOWN RD<br>SWEDESBORO NJ 08085 | 01-01160<br>GLOUCESTER NEW COMMUNITIES COMPANY, INC. | s105693 | $540.66 | (U) | THE SECURITY DEPOSIT WAS APPLIED TO PAST DUE RENTS WHEN THE LEASE TERMINATED. |
| 14 | ZAIQ TECHNOLOGIES, INC<br>78 DRAGON COURT<br>WOBURN MA 01801 | 01-01140<br>W.R. GRACE & CO.-CONN. | s105698 | $63,839.01 | (U) | STIPULATION AND ORDER ENTERED 2/25/02. CLAIM HAS BEEN SATISFIED. |
| | | | totals: | $8,229,165.66 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative     (S) - Secured
                                                                                                                   (P) - Priority          (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.