**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone:  203-252-2564
Facsimile: 203-252-2562

August 22, 2006

**Invoice No. 09906**

Marla R. Eskin, Esq.
Campbell & Levine LLC
800 N. King Street
Suite 300
Wilmington, DE.   19801

# RE:     W.R.Grace

For services rendered in connection with the above-captioned matter during the period July 1, 2006 through July 31, 2006 as per the attached analysis.

| Professional Fees (see Schedule A) | Hours | Amount |
|---|---:|---:|
| Loreto T. Tersigni  - President | 4.70 | $2,632.00 |
| James Sinclair - Senior Managing Director | 10.10 | $5,353.00 |
| Robert Mathews  - Managing Director | 6.90 | $3,553.50 |
| Michael Berkin  - Managing Director | 2.40 | $1,236.00 |
| Peter Rubsam  - Managing Director | 23.40 | $12,051.00 |
| Aaron Prills - Senior Manager | 44.20 | $15,912.00 |
| Cheryl Wright - Senior Manager | 39.60 | $14,256.00 |
| Dottie-Jo Collins - Manager | 6.90 | $2,070.00 |

| Expenses   (see Schedule C) | |
|---|---:|
| Telephone,  Xerox, Research | $91.05 |

|  | **T O T A L** | $57,154.55 |
|---|---|---:|

Please Note:  Schedule B (attached) reflects Professional Services Summary
                      by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone: 203-252-2564
Facsimile: 203-252-2562

August 22, 2006

**Invoice No. 09906**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.  19801**

# RE:    W.R.Grace

Summary of Professional Services Rendered:    July 1-31, 2006

| Name | Position | Schedule | Rate (2006) | Hours | Amount |
|---|---|---|---|---|---|
| Loreto T. Tersigni | President | Schedule A | $560 | 4.70 | $2,632.00 |
| James Sinclair | Senior Managing Director | Schedule A | $530 | 10.10 | $5,353.00 |
| Robert Mathews | Managing Director | Schedule A | $515 | 6.90 | $3,553.50 |
| Michael Berkin | Managing Director | Schedule A | $515 | 2.40 | $1,236.00 |
| Peter Rubsam | Managing Director | Schedule A | $515 | 23.40 | $12,051.00 |
| Aaron Prills | Senior Manager | Schedule A | $360 | 44.20 | $15,912.00 |
| Cheryl Wright | Senior Manager | Schedule A | $360 | 39.60 | $14,256.00 |
| Dottie-Jo Collins | Manager | Schedule A | $300 | 6.90 | $2,070.00 |
| **Total Professional Services- Schedule A:** | | | | 138.20 | $57,063.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $91.05 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $57,154.55 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
              by Task Codes for Court Approved Professionals

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   July 1, 2006 through July 31, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 7/27/06 | LT | Review Weekly Recommendations Memorandum transmitted by ACC counsel | 26 | 0.50 | $560.00 | $280.00 |
| 7/28/06 | LT | Review Calendar of Upcoming Events transmitted by ACC counsel | 26 | 0.70 | $560.00 | $392.00 |
| 7/28/06 | LT | Review press release and financial statement exhibits for Q2'06 | 26 | 0.90 | $560.00 | $504.00 |
| 7/18/16 | LT | Review Weekly Recommendations Memorandum transmitted by ACC counsel | 26 | 1.00 | $560.00 | $560.00 |
| 7/18/16 | LT | Review status of financial analyses to ACC counsel and timetable for completion | 07 | 0.60 | $560.00 | $336.00 |
| 7/24/06 | LT | Review engagement status | 26 | 0.60 | $560.00 | $336.00 |
| 7/24/06 | LT | Review fee application for June 2006 including timekeeper daily entries | 11 | 0.40 | $560.00 | $224.00 |
| | | **Sub-Total** | | 4.70 | | $2,632.00 |
| **James Sinclair - Senior Managing Director** | | | | | | |
| 7/6/06 | JS | Review revised LTIP language from Blackstone for possible objection to LTIP Motion. | 08 | 0.90 | $530.00 | $477.00 |
| 7/6/06 | JS | Discuss with Berkin and FCR financial adviser (Radecki) revised LTIP language for possible objection to LTIP Motion. | 08 | 0.40 | $530.00 | $212.00 |
| 7/7/06 | JS | Review counsel's Recommendations and Calendar memoranda for planning of work and assignments. | 26 | 1.90 | $530.00 | $1,007.00 |
| 7/12/06 | JS | Review status of Libby legal defense and costs for possible objection per 11/04 Court Order. | 26 | 2.10 | $530.00 | $1,113.00 |
| 7/12/06 | JS | Review, analyze May 2006 MOR for due diligence and monitoring. | 26 | 3.20 | $530.00 | $1,696.00 |
| 7/13/06 | JS | Commence review of Project Cardinal proposed acquisition for due diligence and possible objection. | 26 | 1.30 | $530.00 | $689.00 |
| 7/13/06 | JS | Discuss agenda with ACC counsel (Inselbuch) for hearing on 7/24/06 for termination of Debtor exclusivity. | 26 | 0.30 | $530.00 | $159.00 |
| | | **Sub-Total** | | 10.10 | | $5,353.00 |
| **Robert Mathews - Managing Director** | | | | | | |
| 7/14/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.30 | $515.00 | $1,184.50 |
| 7/21/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.10 | $515.00 | $1,081.50 |
| 7/31/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.50 | $515.00 | $1,287.50 |
| | | **Sub-Total** | | 6.90 | | $3,553.50 |
| **Michael Berkin - Managing Director** | | | | | | |
| 7/13/06 | MB | Review open issues and evaluate engagement status for planning purposes | 26 | 2.40 | $515.00 | $1,236.00 |
| | | **Sub-Total** | | 2.40 | | $1,236.00 |
| **Peter Rubsam - Managing Director** | | | | | | |
| 7/5/06 | PR | Review and analyze Jefferies &Co. June 2006 analyst report on Specialty Chemical Industry, 2Q expectations, raw materials costs, inventories, valuation, and outlook for industry review | 21 | 1.70 | $515.00 | $875.50 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   July 1, 2006 through July 31, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 7/6/06 | PR | Analyze and review BB&T Capital Markets June 2006 research report on PPG revised estimates, raw materials costs, segments margins, cash flow, valuation and outlook for comparable company review | 21 | 1.60 | $515.00 | $824.00 |
| 7/7/06 | PR | Analyze and review JPMorgan June 2006 research report on International Flavors & Fragrances new CEO, raw materials costs, business segments, valuation and outlook for comparable company review | 21 | 1.80 | $515.00 | $927.00 |
| 7/10/06 | PR | Review and analyze Chemtura May 2006 presentation at Goldman Sachs Basic Materials Conference on operating performance, restructuring, cash flow and net debt, geographical analysis, segments and outlook for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| 7/11/06 | PR | Review and analyze Eastman Chemical June 2006 operational results, restructuring, divestitures, segment analysis, capital expenditures, pricing and 2006 outlook for comparable company review | 21 | 2.10 | $515.00 | $1,081.50 |
| 7/12/06 | PR | Review and analyze Ferro July 2006 8k on 1Q financial results, comparison to 2005, restructuring, debt, strategic outlook and 2Q estimate for comparable company review | 21 | 1.80 | $515.00 | $927.00 |
| 7/13/06 | PR | Review and analyze Hercules April 2006 investor presentation on operating results, profitability, segment and geographical analysis, market position, strategic plan, business development and outlook for comparable company review | 21 | 2.10 | $515.00 | $1,081.50 |
| 7/14/06 | PR | Review and analyze Cytec June 2006 Chemical Heritage presentation on financial results, business and geographical review, market position, profit margins, portfolio, and 2006 outlook for comparable company review | 21 | 1.80 | $515.00 | $927.00 |
| 7/17/06 | PR | Review and analyze Jefferies & Co. June 2006 equity report on Lubrizol long range forecast, divestiture, cyclicality, pricing and 2006 outlook and segment review for comparable company analysis | 21 | 1.70 | $515.00 | $875.50 |
| 7/24/06 | PR | Review and analyze July 2006 PPG 8k on Q2 financial results, comparison to prior year, business segment review, asbestos obligation and 2006 outlook for comparable company review | 21 | 1.50 | $515.00 | $772.50 |
| 7/25/06 | PR | Review and analyze Rohm& Haas July 2006 8k Q2 earnings announcement, segment review, 2006 outlook, geographical profitability and comparison to prior year for comparable company review | 21 | 1.80 | $515.00 | $927.00 |
| 7/26/06 | PR | Analyze and review International Flavors & Fragrances July 2006 8k on Q2 earnings release, geographical and segment review and profitability, outlook, and comparison to 2005 for comparable company analysis | 21 | 1.70 | $515.00 | $875.50 |
| 7/27/06 | PR | Analyze and review Cytec July 2006 8k on Q2 operating performance, comparison to prior year, segment review, divestiture, cash flow and 2006 expectations for comparable company analysis | 21 | 2.10 | $515.00 | $1,081.50 |
| | | | **Sub-Total** | 23.40 | | $12,051.00 |

**Aaron Prills - Senior Manager**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/12/06 | AP | Reviewed press articles relating to the Grace criminal trial and the recent changes for the company. | 26 | 0.40 | $360.00 | $144.00 |
| 7/12/06 | AP | Prepared updates to the Grace schedule to monitor the legal expenses relating to the Libby indictment. | 26 | 1.40 | $360.00 | $504.00 |
| 7/12/06 | AP | Reviewed additional documents regarding the Libby related legal expenses to analyze notes and status of follow-up. | 28 | 0.60 | $360.00 | $216.00 |
| 7/13/06 | AP | Reviewed the latest press articles regarding the issues at the site of the proposed acquisition. | 28 | 0.60 | $360.00 | $216.00 |
| 7/13/06 | AP | Reviewed the May 2006 financial statements in the Grace monthly operating report to analyze the performance versus the prior year. | 28 | 1.80 | $360.00 | $648.00 |
| 7/13/06 | AP | Prepared free cash flow analysis for both the month of May and YTD to analyze results. | 26 | 0.90 | $360.00 | $324.00 |
| 7/13/06 | AP | Reviewed the debtor entity financials in the monthly operating report to analyze the monthly changes for the entities. | 28 | 1.00 | $360.00 | $360.00 |
| 7/13/06 | AP | Reviewed the Grace status update qualitative review section of the presentation to counsel. | 28 | 0.30 | $360.00 | $108.00 |
| 7/13/06 | AP | Reviewed the schedule from the meeting with the Company regarding the cash flow items to analyze the YTD cash flow versus projections. | 28 | 0.90 | $360.00 | $324.00 |
| 7/14/06 | AP | Prepared edits to the status update presentation to counsel for Grace. | 26 | 0.10 | $360.00 | $36.00 |
| 7/17/06 | AP | Reviewed articles relating to the Libby criminal proceedings to analyze the changes in the case. | 28 | 0.40 | $360.00 | $144.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   July 1, 2006 through July 31, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 7/18/06 | AP | Reviewed the Grace update memorandum to analyze the status of the motions for the Company. | 28 | 1.10 | $360.00 | $396.00 |
| 7/18/06 | AP | Reviewed the status update presentation to counsel for Grace to analyze the claims recovery model and the current stock price for the company. | 28 | 1.80 | $360.00 | $648.00 |
| 7/19/06 | AP | Prepared financial schedules using the May 2006 monthly operating report to analyze the changes in the financials versus both the prior month and prior year. | 26 | 1.70 | $360.00 | $612.00 |
| 7/19/06 | AP | Prepared YTD schedule to analyze the performance of the company YTD versus the full-year plan and prior year. | 26 | 1.00 | $360.00 | $360.00 |
| 7/19/06 | AP | Prepared the Sealed Air stock analysis schedule to analyze the value of the Sealed Air settlement shares. | 26 | 0.70 | $360.00 | $252.00 |
| 7/19/06 | AP | Reviewed management's notes regarding the May results to analyze the drivers of performance. | 28 | 1.30 | $360.00 | $468.00 |
| 7/19/06 | AP | Prepared updates to the Grace distributable value summary to analyze the latest value for the company. | 26 | 1.10 | $360.00 | $396.00 |
| 7/19/06 | AP | Reviewed the interest calculations associated with the claims recovery model. | 28 | 0.50 | $360.00 | $180.00 |
| 7/19/06 | AP | Reviewed additional press articles relating to the status of the Libby legal proceedings. | 28 | 0.40 | $360.00 | $144.00 |
| 7/19/06 | AP | Reviewed the historical monthly EBIT and EBITDA for the company and business segments versus the current month. | 28 | 1.30 | $360.00 | $468.00 |
| 7/21/06 | AP | Reviewed liabilities subject to compromise schedule from the company to analyze claims that could change. | 28 | 1.20 | $360.00 | $432.00 |
| 7/21/06 | AP | Reviewed holder's of equity to analyze whether data for June 2006 was currently available. | 28 | 0.80 | $360.00 | $288.00 |
| 7/21/06 | AP | Reviewed the bond and equity holder's analysis from the first quarter to analyze the key players. | 28 | 0.60 | $360.00 | $216.00 |
| 7/21/06 | AP | Reviewed additional sections of the monthly operating report to analyze the available cash in various accounts for the company. | 28 | 1.00 | $360.00 | $360.00 |
| 7/24/06 | AP | Reviewed historical Grace monthly operating report schedules to prepare analysis of cash balances between debtor and non-debtor entities. | 28 | 1.90 | $360.00 | $684.00 |
| 7/24/06 | AP | Prepared cash balance analysis for 2003 to present to analyze the fluctuations in the cash balance between the filing and non-filing entities. | 26 | 2.20 | $360.00 | $792.00 |
| 7/24/06 | AP | Prepared schedule summarizing the key YTD items that reduced the debtor-entities' cash balance. | 26 | 1.00 | $360.00 | $360.00 |
| 7/24/06 | AP | Prepared chart to analyze the quarter-over-quarter change in the cash balance for the debtor and non-debtor entities. | 26 | 1.20 | $360.00 | $432.00 |
| 7/25/06 | AP | Reviewed press articles relating to the Grace criminal proceedings. | 28 | 0.40 | $360.00 | $144.00 |
| 7/27/06 | AP | Reviewed the monthly operating report summary schedules to analyze the performance of the business units. | 28 | 1.00 | $360.00 | $360.00 |
| 7/27/06 | AP | Reviewed status of the proposed acquisition to analyze the most recent timeframe and status of issues at the plant. | 28 | 0.70 | $360.00 | $252.00 |
| 7/27/06 | AP | Reviewed the Grace first quarter operating review summary to analyze the executive summary points from the presentation. | 28 | 0.80 | $360.00 | $288.00 |
| 7/27/06 | AP | Reviewed the trailing twelve month performance analysis for the company to analyze the margins for each business segment. | 28 | 0.70 | $360.00 | $252.00 |
| 7/27/06 | AP | Reviewed the change in the interest rate used to accrue interest for Grace to analyze the YTD magnitude of difference. | 28 | 0.70 | $360.00 | $252.00 |
| 7/27/06 | AP | Reviewed previous monthly operating reports to analyze the commentary provided regarding the Libby criminal proceedings. | 28 | 1.00 | $360.00 | $360.00 |
| 7/28/06 | AP | Reviewed earnings announcements for Grace's second quarter. | 28 | 1.00 | $360.00 | $360.00 |
| 7/28/06 | AP | Reviewed earnings announcements for industry that have been made public to compare with Grace's results. | 28 | 1.90 | $360.00 | $684.00 |
| 7/31/06 | AP | Updated the Grace quarterly EBIT/EBITDA schedule using the second quarter financial release. | 26 | 0.80 | $360.00 | $288.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   July 1, 2006 through July 31, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 7/31/06 | AP | Reviewed Grace's second quarter and YTD financial statements to analyze the performance of the company versus the prior year. | 28 | 2.30 | $360.00 | $828.00 |
| 7/31/06 | AP | Prepared variances between the business segment results to analyze the YTD performance and driver of performance. | 26 | 0.80 | $360.00 | $288.00 |
| 7/31/06 | AP | Reviewed the YTD Libby expense schedule to compare with the figure in the press release. | 28 | 0.20 | $360.00 | $72.00 |
| 7/31/06 | AP | Reviewed earnings announcements for competitors to analyze the YTD performance and issues impacting results. | 28 | 1.50 | $360.00 | $540.00 |
| 7/31/06 | AP | Reviewed prior valuation models prepared for the company to analyze the assumptions used in the models. | 28 | 1.20 | $360.00 | $432.00 |
| | | **Sub-Total** | | 44.20 | | $15,912.00 |

**Cheryl Wright - Senior Manager**

| Date | | Comment | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/13/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Rohm & Haas from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.80 | $360.00 | $288.00 |
| 7/13/06 | CW | Prepare DuPont Return on Equity decomposition analysis for WR Grace from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.70 | $360.00 | $252.00 |
| 7/13/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Engelhard from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.80 | $360.00 | $288.00 |
| 7/13/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Cytec Industries from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.70 | $360.00 | $252.00 |
| 7/13/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Albemarle from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.80 | $360.00 | $288.00 |
| 7/13/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Lubrizol from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.80 | $360.00 | $288.00 |
| 7/14/06 | CW | Prepare DuPont Return on Equity decomposition analysis for HB Fuller from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.70 | $360.00 | $252.00 |
| 7/14/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Hercules from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.60 | $360.00 | $216.00 |
| 7/14/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Chemtura from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.80 | $360.00 | $288.00 |
| 7/14/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Cabot Corp from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.80 | $360.00 | $288.00 |
| 7/14/06 | CW | Prepare DuPont Return on Equity decomposition analysis for PPG Industries from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.70 | $360.00 | $252.00 |
| 7/19/06 | CW | Calculate equity value for the fiscal year end for the last five fiscal year ends to include in Rohm & Haas' financial summary and research historical stock prices and shares outstanding | 21 | 1.40 | $360.00 | $504.00 |
| 7/19/06 | CW | Calculate enterprise value for the fiscal year end for the last five fiscal years to include in Rohm & Haas' financial summary | 21 | 1.30 | $360.00 | $468.00 |
| 7/19/06 | CW | Calculate Rohm & Haas' EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.40 | $360.00 | $504.00 |
| 7/19/06 | CW | Prepare schedule of Rohm & Haas' quarterly (LTM) financial statements for the 4 quarters of fiscal 2005, excluding non-recurring charges for use in valuation, and the first quarter of 2006 | 21 | 1.30 | $360.00 | $468.00 |
| 7/19/06 | CW | Prepare schedule of Rohm & Haas' financial information for the previous 9 quarters on a full-year basis, including sales, operating income, depreciation and amortization, capital expenditures, cash position, debt and equity outstanding | 21 | 1.90 | $360.00 | $684.00 |
| 7/19/06 | CW | Calculate equity value for the fiscal year end for the last 9 quarters on an annual basis to include in Rohm & Haas' financial summary | 21 | 1.00 | $360.00 | $360.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   July 1, 2006 through July 31, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 7/20/06 | CW | Calculate enterprise value for the fiscal year end for the last 9 annualized quarters to include in Rohm & Haas financial summary | 21 | 0.80 | $360.00 | $288.00 |
| 7/20/06 | CW | Calculate equity value for the fiscal year end for the last five fiscal year ends to include in PPG Industries' financial summary and research historical stock prices and shares outstanding | 21 | 1.30 | $360.00 | $468.00 |
| 7/20/06 | CW | Calculate enterprise value for the fiscal year end for the last five fiscal years to include in PPG Industries' financial summary | 21 | 1.40 | $360.00 | $504.00 |
| 7/20/06 | CW | Calculate PPG Industries' EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.20 | $360.00 | $432.00 |
| 7/20/06 | CW | Prepare schedule of PPG Industries' quarterly (LTM) financial statements for the 4 quarters of fiscal 2005, excluding non-recurring charges for use in valuation, and the first quarter of 2006 | 21 | 1.30 | $360.00 | $468.00 |
| 7/20/06 | CW | Prepare schedule of PPG Industries' financial information for the previous 9 quarters on a full-year basis, including sales, operating income, depreciation and amortization, capital expenditures, cash position, debt and equity outstanding | 21 | 1.80 | $360.00 | $648.00 |
| 7/20/06 | CW | Calculate equity value for the fiscal year end for the last 9 quarters on an annual basis to include in PPG Industries' financial summary | 21 | 0.80 | $360.00 | $288.00 |
| 7/20/06 | CW | Calculate enterprise value for the fiscal year end for the last 9 annualized quarters to include in PPG Industries' financial summary | 21 | 1.00 | $360.00 | $360.00 |
| 7/24/06 | CW | Review and analyze Cytec Industries 8K earnings release relating to the second quarter and first six months of 2006 results of operations, results by business segment for WR Grace valuation purposes | 21 | 0.90 | $360.00 | $324.00 |
| 7/24/06 | CW | Prepare historical financial statements for Cytec Industries for the LTM ended 06/30/06 from 8K earnings release for valuation purposes | 21 | 0.20 | $360.00 | $72.00 |
| 7/24/06 | CW | Review and analyze PPG Industries 8K earnings release relating to the second quarter and first six months of 2006 results of operations, results by business segment for WR Grace valuation purposes | 21 | 1.40 | $360.00 | $504.00 |
| 7/24/06 | CW | Prepare historical financial statements for PPG Industries for the LTM ended 06/30/06 from 8K earnings release for valuation purposes | 21 | 0.40 | $360.00 | $144.00 |
| 7/24/06 | CW | Calculate equity value for the fiscal year end for the last five fiscal year ends to include in Albemarle financial summary and research historical stock prices and shares outstanding | 21 | 1.40 | $360.00 | $504.00 |
| 7/24/06 | CW | Calculate enterprise value for the fiscal year end for the last five fiscal years to include in Albemarle's financial summary | 21 | 0.70 | $360.00 | $252.00 |
| 7/26/06 | CW | Calculate enterprise value for the fiscal year end for the last five fiscal years to include in Albemarle's financial summary | 21 | 0.80 | $360.00 | $288.00 |
| 7/26/06 | CW | Calculate Albemarle's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.20 | $360.00 | $432.00 |
| 7/26/06 | CW | Prepare schedule of Albemarle's quarterly (LTM) financial statements for the 4 quarters of fiscal 2005, excluding non-recurring charges for use in valuation, and the first quarter of 2006 | 21 | 1.30 | $360.00 | $468.00 |
| 7/26/06 | CW | Prepare schedule of Albemarle's financial information for the previous 9 quarters on a full-year basis, including sales, operating income, depreciation and amortization, capital expenditures, cash position, debt and equity outstanding | 21 | 1.80 | $360.00 | $648.00 |
| 7/26/06 | CW | Calculate equity value for the fiscal year end for the last 9 quarters on an annual basis to include in Albemarle's financial summary | 21 | 0.80 | $360.00 | $288.00 |
| 7/26/06 | CW | Calculate enterprise value for the fiscal year end for the last 9 annualized quarters to include in Albemarle's financial summary | 21 | 1.00 | $360.00 | $360.00 |
| 7/26/06 | CW | Review and analyze Albemarle's 8K earnings release relating to the second quarter and first six months of 2006 results of operations, results by business segment for Armstrong valuation purposes | 21 | 1.40 | $360.00 | $504.00 |
| 7/26/06 | CW | Prepare historical financial statements for Albemarle for the LTM ended 06/30/06 from 8K earnings release for valuation purposes | 21 | 0.20 | $360.00 | $72.00 |
| | | **Sub-Total** | | 39.60 | | $14,256.00 |

**Dottie-Jo Collins  -  Manager**

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   July 1, 2006 through July 31, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 7/28/06 | DC | Compilation and consolidation of services rendered in the month of July 2006 | 11 | 2.50 | $300.00 | $750.00 |
| 7/31/06 | DC | Compilation and consolidation of services rendered in the month of July 2006 | 11 | 3.40 | $300.00 | $1,020.00 |
| 7/31/06 | DC | Category coding and preparation of July 2006 fee application | 11 | 1.00 | $300.00 | $300.00 |
| | | | **Sub-Total** | 6.90 | | $2,070.00 |
| | | | **TOTAL   Schedule A:** | 138.20 | | $57,063.50 |

# W.R. Grace                                                                    Schedule B

**Services Rendered during the Period:   July 1, 2006 through July 31, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/18/16 | LT | Review status of financial analyses to ACC counsel and timetable for completion | 07 | 0.60 | $560.00 | $336.00 |
| | | **TOTAL  Category 07: Committee, Creditor's, Noteholders** | | **0.60** | | **$336.00** |
| 7/6/06 | JS | Review revised LTIP language from Blackstone for possible objection to LTIP Motion. | 08 | 0.90 | $530.00 | $477.00 |
| 7/6/06 | JS | Discuss with Berkin and FCR financial adviser (Radecki) revised LTIP language for possible objection to LTIP Motion. | 08 | 0.40 | $530.00 | $212.00 |
| | | **TOTAL  Category 08:  Employee Benefits/Pension** | | **1.30** | | **$689.00** |
| 7/24/06 | LT | Review fee application for June 2006 including timekeeper daily entries | 11 | 0.40 | $560.00 | $224.00 |
| 7/28/06 | DC | Compilation and consolidation of services rendered in the month of July 2006 | 11 | 2.50 | $300.00 | $750.00 |
| 7/31/06 | DC | Compilation and consolidation of services rendered in the month of July 2006 | 11 | 3.40 | $300.00 | $1,020.00 |
| 7/31/06 | DC | Category coding and preparation of July 2006 fee application | 11 | 1.00 | $300.00 | $300.00 |
| | | **TOTAL  Category 11:  Fee Application-Applicant** | | **7.30** | | **$2,294.00** |
| 7/14/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.30 | $515.00 | $1,184.50 |
| 7/21/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.10 | $515.00 | $1,081.50 |
| 7/31/06 | RM | Review market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.50 | $515.00 | $1,287.50 |
| | | **TOTAL  Category 16: POR and Disclosure Statement** | | **6.90** | | **$3,553.50** |
| 7/5/06 | PR | Review and analyze Jefferies &Co. June 2006 analyst report on Specialty Chemical Industry, 2Q expectations, raw materials costs, inventories, valuation, and outlook for industry review | 21 | 1.70 | $515.00 | $875.50 |
| 7/6/06 | PR | Analyze and review BB&T Capital Markets June 2006 research report on PPG revised estimates, raw materials costs, segments margins, cash flow, valuation and outlook for comparable company review | 21 | 1.60 | $515.00 | $824.00 |
| 7/7/06 | PR | Analyze and review JPMorgan June 2006 research report on International Flavors & Fragrances new CEO, raw materials costs, business segments, valuation and outlook for comparable company review | 21 | 1.80 | $515.00 | $927.00 |
| 7/10/06 | PR | Review and analyze Chemtura May 2006 presentation at Goldman Sachs Basic Materials Conference on operating performance, restructuring, cash flow and net debt, geographical analysis, segments and outlook for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| 7/11/06 | PR | Review and analyze Eastman Chemical June 2006 operational results, restructuring, divestitures, segment analysis, capital expenditures, pricing and 2006 outlook for comparable company review | 21 | 2.10 | $515.00 | $1,081.50 |
| 7/12/06 | PR | Review and analyze Ferro July 2006 8k on 1Q financial results, comparison to 2005, restructuring, debt, strategic outlook and 2Q estimate for comparable company review | 21 | 1.80 | $515.00 | $927.00 |
| 7/13/06 | PR | Review and analyze Hercules April 2006 investor presentation on operating results, profitability, segment and geographical analysis, market position, strategic plan, business development and outlook for comparable company review | 21 | 2.10 | $515.00 | $1,081.50 |
| 7/13/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Rohm & Haas from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.80 | $360.00 | $288.00 |
| 7/13/06 | CW | Prepare DuPont Return on Equity decomposition analysis for WR Grace from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.70 | $360.00 | $252.00 |
| 7/13/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Engelhard from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.80 | $360.00 | $288.00 |
| 7/13/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Cytec Industries from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.70 | $360.00 | $252.00 |
| 7/13/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Albemarle from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.80 | $360.00 | $288.00 |

# W.R. Grace                                                                    Schedule B

**Services Rendered during the Period:   July 1, 2006 through July 31, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/13/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Lubrizol from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.80 | $360.00 | $288.00 |
| 7/14/06 | PR | Review and analyze Cytec June 2006 Chemical Heritage presentation on financial results, business and geographical review, market position, profit margins, portfolio, and 2006 outlook for comparable company review | 21 | 1.80 | $515.00 | $927.00 |
| 7/14/06 | CW | Prepare DuPont Return on Equity decomposition analysis for HB Fuller from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.70 | $360.00 | $252.00 |
| 7/14/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Hercules from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.60 | $360.00 | $216.00 |
| 7/14/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Chemtura from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.80 | $360.00 | $288.00 |
| 7/14/06 | CW | Prepare DuPont Return on Equity decomposition analysis for Cabot Corp from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.80 | $360.00 | $288.00 |
| 7/14/06 | CW | Prepare DuPont Return on Equity decomposition analysis for PPG Industries from 2000- 2005 and LTM 3/31/06 and a 3 and 5 year average for valuation purposes | 21 | 0.70 | $360.00 | $252.00 |
| 7/17/06 | PR | Review and analyze Jefferies & Co. June 2006 equity report on Lubrizol long range forecast, divestiture, cyclicality, pricing and 2006 outlook and segment review for comparable company analysis | 21 | 1.70 | $515.00 | $875.50 |
| 7/19/06 | CW | Calculate equity value for the fiscal year end for the last five fiscal year ends to include in Rohm & Haas' financial summary and research historical stock prices and shares outstanding | 21 | 1.40 | $360.00 | $504.00 |
| 7/19/06 | CW | Calculate enterprise value for the fiscal year end for the last five fiscal years to include in Rohm & Haas' financial summary | 21 | 1.30 | $360.00 | $468.00 |
| 7/19/06 | CW | Calculate Rohm & Haas' EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.40 | $360.00 | $504.00 |
| 7/19/06 | CW | Prepare schedule of Rohm & Haas' quarterly (LTM) financial statements for the 4 quarters of fiscal 2005, excluding non-recurring charges for use in valuation, and the first quarter of 2006 | 21 | 1.30 | $360.00 | $468.00 |
| 7/19/06 | CW | Prepare schedule of Rohm & Haas' financial information for the previous 9 quarters on a full-year basis, including sales, operating income, depreciation and amortization, capital expenditures, cash position, debt and equity outstanding | 21 | 1.90 | $360.00 | $684.00 |
| 7/19/06 | CW | Calculate equity value for the fiscal year end for the last 9 quarters on an annual basis to include in Rohm & Haas' financial summary | 21 | 1.00 | $360.00 | $360.00 |
| 7/20/06 | CW | Calculate enterprise value for the fiscal year end for the last 9 annualized quarters to include in Rohm & Haas' financial summary | 21 | 0.80 | $360.00 | $288.00 |
| 7/20/06 | CW | Calculate equity value for the fiscal year end for the last five fiscal year ends to include in PPG Industries' financial summary and research historical stock prices and shares outstanding | 21 | 1.30 | $360.00 | $468.00 |
| 7/20/06 | CW | Calculate enterprise value for the fiscal year end for the last five fiscal years to include in PPG Industries' financial summary | 21 | 1.40 | $360.00 | $504.00 |
| 7/20/06 | CW | Calculate PPG Industries' EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.20 | $360.00 | $432.00 |
| 7/20/06 | CW | Prepare schedule of PPG Industries' quarterly (LTM) financial statements for the 4 quarters of fiscal 2005, excluding non-recurring charges for use in valuation, and the first quarter of 2006 | 21 | 1.30 | $360.00 | $468.00 |
| 7/20/06 | CW | Prepare schedule of PPG Industries' financial information for the previous 9 quarters on a full-year basis, including sales, operating income, depreciation and amortization, capital expenditures, cash position, debt and equity outstanding | 21 | 1.80 | $360.00 | $648.00 |
| 7/20/06 | CW | Calculate equity value for the fiscal year end for the last 9 quarters on an annual basis to include in PPG Industries' financial summary | 21 | 0.80 | $360.00 | $288.00 |
| 7/20/06 | CW | Calculate enterprise value for the fiscal year end for the last 9 annualized quarters to include in PPG Industries' financial summary | 21 | 1.00 | $360.00 | $360.00 |
| 7/24/06 | PR | Review and analyze July 2006 PPG 8k on Q2 financial results, comparison to prior year, business segment review, asbestos obligation and 2006 outlook for comparable company review | 21 | 1.50 | $515.00 | $772.50 |
| 7/24/06 | CW | Review and analyze Cytec Industries 8K earnings release relating to the second quarter and first six months of 2006 results of operations, results by business segment for WR Grace valuation purposes | 21 | 0.90 | $360.00 | $324.00 |

# W.R. Grace  Schedule B

**Services Rendered during the Period:   July 1, 2006 through July 31, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/24/06 | CW | Prepare historical financial statements for Cytec Industries for the LTM ended 06/30/06 from 8K earnings release for valuation purposes | 21 | 0.20 | $360.00 | $72.00 |
| 7/24/06 | CW | Review and analyze PPG Industries 8K earnings release relating to the second quarter and first six months of 2006 results of operations, results by business segment for WR Grace valuation purposes | 21 | 1.40 | $360.00 | $504.00 |
| 7/24/06 | CW | Prepare historical financial statements for PPG Industries for the LTM ended 06/30/06 from 8K earnings release for valuation purposes | 21 | 0.40 | $360.00 | $144.00 |
| 7/24/06 | CW | Calculate equity value for the fiscal year end for the last five fiscal year ends to include in Albemarle financial summary and research historical stock prices and shares outstanding | 21 | 1.40 | $360.00 | $504.00 |
| 7/24/06 | CW | Calculate enterprise value for the fiscal year end for the last five fiscal years to include in Albemarle's financial summary | 21 | 0.70 | $360.00 | $252.00 |
| 7/25/06 | PR | Review and analyze Rohm& Haas July 2006 8k Q2 earnings announcement, segment review, 2006 outlook, geographical profitability and comparison to prior year for comparable company review | 21 | 1.80 | $515.00 | $927.00 |
| 7/26/06 | PR | Analyze and review International Flavors & Fragrances July 2006 8k on Q2 earnings release, geographical and segment review and profitability, outlook, and comparison to 2005 for comparable company analysis | 21 | 1.70 | $515.00 | $875.50 |
| 7/26/06 | CW | Calculate enterprise value for the fiscal year end for the last five fiscal years to include in Albemarle's financial summary | 21 | 0.80 | $360.00 | $288.00 |
| 7/26/06 | CW | Calculate Albemarle's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 5 fiscal year ends | 21 | 1.20 | $360.00 | $432.00 |
| 7/26/06 | CW | Prepare schedule of Albemarle's quarterly (LTM) financial statements for the 4 quarters of fiscal 2005, excluding non-recurring charges for use in valuation, and the first quarter of 2006 | 21 | 1.30 | $360.00 | $468.00 |
| 7/26/06 | CW | Prepare schedule of Albemarle's financial information for the previous 9 quarters on a full-year basis, including sales, operating income, depreciation and amortization, capital expenditures, cash position, debt and equity outstanding | 21 | 1.80 | $360.00 | $648.00 |
| 7/26/06 | CW | Calculate equity value for the fiscal year end for the last 9 quarters on an annual basis to include in Albemarle's financial summary | 21 | 0.80 | $360.00 | $288.00 |
| 7/26/06 | CW | Calculate enterprise value for the fiscal year end for the last 9 annualized quarters to include in Albemarle's financial summary | 21 | 1.00 | $360.00 | $360.00 |
| 7/26/06 | CW | Review and analyze Albemarle's 8K earnings release relating to the second quarter and first six months of 2006 results of operations, results by business segment for Armstrong valuation purposes | 21 | 1.40 | $360.00 | $504.00 |
| 7/26/06 | CW | Prepare historical financial statements for Albemarle for the LTM ended 06/30/06 from 8K earnings release for valuation purposes | 21 | 0.20 | $360.00 | $72.00 |
| 7/27/06 | PR | Analyze and review Cytec July 2006 8k on Q2 operating performance, comparison to prior year, segment review, divestiture, cash flow and 2006 expectations for comparable company analysis | 21 | 2.10 | $515.00 | $1,081.50 |
| | | **TOTAL  Category 21:  Valuation** | | **63.00** | | **$26,307.00** |
| 7/7/06 | JS | Review counsel's Recommendations and Calendar memoranda for planning of work and assignments. | 26 | 1.90 | $530.00 | $1,007.00 |
| 7/12/06 | JS | Review status of Libby legal defense and costs for possible objection per 11/04 Court Order. | 26 | 2.10 | $530.00 | $1,113.00 |
| 7/12/06 | JS | Review, analyze May 2006 MOR for due diligence and monitoring. | 26 | 3.20 | $530.00 | $1,696.00 |
| 7/12/06 | AP | Reviewed press articles relating to the Grace criminal trial and the recent changes for the company. | 26 | 0.40 | $360.00 | $144.00 |
| 7/12/06 | AP | Prepared updates to the Grace schedule to monitor the legal expenses relating to the Libby indictment. | 26 | 1.40 | $360.00 | $504.00 |
| 7/13/06 | JS | Commence review of Project Cardinal proposed acquisition for due diligence and possible objection. | 26 | 1.30 | $530.00 | $689.00 |
| 7/13/06 | JS | Discuss agenda with ACC counsel (Inselbuch) for hearing on 7/24/06 for termination of Debtor exclusivity. | 26 | 0.30 | $530.00 | $159.00 |
| 7/13/06 | MB | Review open issues and evaluate engagement status for planning purposes | 26 | 2.40 | $515.00 | $1,236.00 |
| 7/13/06 | AP | Prepared free cash flow analysis for both the month of May and YTD to analyze results. | 26 | 0.90 | $360.00 | $324.00 |
| 7/14/06 | AP | Prepared edits to the status update presentation to counsel for Grace. | 26 | 0.10 | $360.00 | $36.00 |

# W.R. Grace                                                                 Schedule B

**Services Rendered during the Period:   July 1, 2006 through July 31, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/19/06 | AP | Prepared financial schedules using the May 2006 monthly operating report to analyze the changes in the financials versus both the prior month and prior year. | 26 | 1.70 | $360.00 | $612.00 |
| 7/19/06 | AP | Prepared YTD schedule to analyze the performance of the company YTD versus the full-year plan and prior year. | 26 | 1.00 | $360.00 | $360.00 |
| 7/19/06 | AP | Prepared the Sealed Air stock analysis schedule to analyze the value of the Sealed Air settlement shares. | 26 | 0.70 | $360.00 | $252.00 |
| 7/19/06 | AP | Prepared updates to the Grace distributable value summary to analyze the latest value for the company. | 26 | 1.10 | $360.00 | $396.00 |
| 7/24/06 | LT | Review engagement status | 26 | 0.60 | $560.00 | $336.00 |
| 7/24/06 | AP | Prepared cash balance analysis for 2003 to present to analyze the fluctuations in the cash balance between the filing and non-filing entities. | 26 | 2.20 | $360.00 | $792.00 |
| 7/24/06 | AP | Prepared schedule summarizing the key YTD items that reduced the debtor-entities' cash balance. | 26 | 1.00 | $360.00 | $360.00 |
| 7/24/06 | AP | Prepared chart to analyze the quarter-over-quarter change in the cash balance for the debtor and non-debtor entities. | 26 | 1.20 | $360.00 | $432.00 |
| 7/27/06 | LT | Review Weekly Recommendations Memorandum transmitted by ACC counsel | 26 | 0.50 | $560.00 | $280.00 |
| 7/28/06 | LT | Review Calendar of Upcoming Events transmitted by ACC counsel | 26 | 0.70 | $560.00 | $392.00 |
| 7/28/06 | LT | Review press release and financial statement exhibits for Q2'06 | 26 | 0.90 | $560.00 | $504.00 |
| 7/31/06 | AP | Updated the Grace quarterly EBIT/EBITDA schedule using the second quarter financial release. | 26 | 0.80 | $360.00 | $288.00 |
| 7/31/06 | AP | Prepared variances between the business segment results to analyze the YTD performance and driver of performance. | 26 | 0.80 | $360.00 | $288.00 |
| 7/18/16 | LT | Review Weekly Recommendations Memorandum transmitted by ACC counsel | 26 | 1.00 | $560.00 | $560.00 |
| | | **TOTAL  Category 26:  Business Analysis** | | **28.20** | | **$12,760.00** |
| 7/12/06 | AP | Reviewed additional documents regarding the Libby related legal expenses to analyze notes and status of follow-up. | 28 | 0.60 | $360.00 | $216.00 |
| 7/13/06 | AP | Reviewed the latest press articles regarding the issues at the site of the proposed acquisition. | 28 | 0.60 | $360.00 | $216.00 |
| 7/13/06 | AP | Reviewed the May 2006 financial statements in the Grace monthly operating report to analyze the performance versus the prior year. | 28 | 1.80 | $360.00 | $648.00 |
| 7/13/06 | AP | Reviewed the debtor entity financials in the monthly operating report to analyze the monthly changes for the entities. | 28 | 1.00 | $360.00 | $360.00 |
| 7/13/06 | AP | Reviewed the Grace status update qualitative review section of the presentation to counsel. | 28 | 0.30 | $360.00 | $108.00 |
| 7/13/06 | AP | Reviewed the schedule from the meeting with the Company regarding the cash flow items to analyze the YTD cash flow versus projections. | 28 | 0.90 | $360.00 | $324.00 |
| 7/17/06 | AP | Reviewed articles relating to the Libby criminal proceedings to analyze the changes in the case. | 28 | 0.40 | $360.00 | $144.00 |
| 7/18/06 | AP | Reviewed the Grace update memorandum to analyze the status of the motions for the Company. | 28 | 1.10 | $360.00 | $396.00 |
| 7/18/06 | AP | Reviewed the status update presentation to counsel for Grace to analyze the claims recovery model and the current stock price for the company. | 28 | 1.80 | $360.00 | $648.00 |
| 7/19/06 | AP | Reviewed management's notes regarding the May results to analyze the drivers of performance. | 28 | 1.30 | $360.00 | $468.00 |
| 7/19/06 | AP | Reviewed the interest calculations associated with the claims recovery model. | 28 | 0.50 | $360.00 | $180.00 |
| 7/19/06 | AP | Reviewed additional press articles relating to the status of the Libby legal proceedings. | 28 | 0.40 | $360.00 | $144.00 |
| 7/19/06 | AP | Reviewed the historical monthly EBIT and EBITDA for the company and business segments versus the current month. | 28 | 1.30 | $360.00 | $468.00 |
| 7/21/06 | AP | Reviewed liabilities subject to compromise schedule from the company to analyze claims that could change. | 28 | 1.20 | $360.00 | $432.00 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period:   July 1, 2006 through July 31, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/21/06 | AP | Reviewed holder's of equity to analyze whether data for June 2006 was currently available. | 28 | 0.80 | $360.00 | $288.00 |
| 7/21/06 | AP | Reviewed the bond and equity holder's analysis from the first quarter to analyze the key players. | 28 | 0.60 | $360.00 | $216.00 |
| 7/21/06 | AP | Reviewed additional sections of the monthly operating report to analyze the available cash in various accounts for the company. | 28 | 1.00 | $360.00 | $360.00 |
| 7/24/06 | AP | Reviewed historical Grace monthly operating report schedules to prepare analysis of cash balances between debtor and non-debtor entities. | 28 | 1.90 | $360.00 | $684.00 |
| 7/25/06 | AP | Reviewed press articles relating to the Grace criminal proceedings. | 28 | 0.40 | $360.00 | $144.00 |
| 7/27/06 | AP | Reviewed the monthly operating report summary schedules to analyze the performance of the business units. | 28 | 1.00 | $360.00 | $360.00 |
| 7/27/06 | AP | Reviewed status of the proposed acquisition to analyze the most recent timeframe and status of issues at the plant. | 28 | 0.70 | $360.00 | $252.00 |
| 7/27/06 | AP | Reviewed the Grace first quarter operating review summary to analyze the executive summary points from the presentation. | 28 | 0.80 | $360.00 | $288.00 |
| 7/27/06 | AP | Reviewed the trailing twelve month performance analysis for the company to analyze the margins for each business segment. | 28 | 0.70 | $360.00 | $252.00 |
| 7/27/06 | AP | Reviewed the change in the interest rate used to accrue interest for Grace to analyze the YTD magnitude of difference. | 28 | 0.70 | $360.00 | $252.00 |
| 7/27/06 | AP | Reviewed previous monthly operating reports to analyze the commentary provided regarding the Libby criminal proceedings. | 28 | 1.00 | $360.00 | $360.00 |
| 7/28/06 | AP | Reviewed earnings announcements for Grace's second quarter. | 28 | 1.00 | $360.00 | $360.00 |
| 7/28/06 | AP | Reviewed earnings announcements for industry that have been made public to compare with Grace's results. | 28 | 1.90 | $360.00 | $684.00 |
| 7/31/06 | AP | Reviewed Grace's second quarter and YTD financial statements to analyze the performance of the company versus the prior year. | 28 | 2.30 | $360.00 | $828.00 |
| 7/31/06 | AP | Reviewed the YTD Libby expense schedule to compare with the figure in the press release. | 28 | 0.20 | $360.00 | $72.00 |
| 7/31/06 | AP | Reviewed earnings announcements for competitors to analyze the YTD performance and issues impacting results. | 28 | 1.50 | $360.00 | $540.00 |
| 7/31/06 | AP | Reviewed prior valuation models prepared for the company to analyze the assumptions used in the models. | 28 | 1.20 | $360.00 | $432.00 |
| | | **TOTAL  Category  28: Data Analysis** | | **30.90** | | **$11,124.00** |
| | | **TOTAL   Schedule B:** | | **138.20** | | **$57,063.50** |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| **Descriptions** | **Amount** |
|---|---|
| Telephone | $32.25 |
| Xerox     (290 @ $.10 per page) | $29.00 |
| Research | $29.80 |
| **Total Expenses incurred from July 1-31, 2006** | $91.05 |