**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone: 203-252-2564
Facsimile: 203-252-2562

**October 20, 2006**

**Invoice No. 12306**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:   W.R.Grace

For services rendered in connection with the above-captioned matter during the period September 1, 2006 through September 30, 2006 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---:|---:|
| Loreto T. Tersigni  - President | 1.80 | $1,008.00 |
| James Sinclair - Senior Managing Director | 51.10 | $27,083.00 |
| Robert Mathews  - Managing Director | 10.20 | $5,253.00 |
| Peter Rubsam  - Managing Director | 52.80 | $27,192.00 |
| Aaron Prills - Senior Manager | 49.80 | $17,928.00 |
| Dottie-Jo Collins - Manager | 11.00 | $3,300.00 |

| Expenses   (see Schedule C) | |
|---|---:|
| Telephone,  Research, Xerox | $542.67 |
| **T O T A L** | $82,306.67 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
                     by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone: 203-252-2564
Facsimile: 203-252-2562

October 20, 2006

**Invoice No. 12306**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

Summary of Professional Services Rendered:   September 1-30, 2006

| Name | Position | Schedule | Rate (2006) | Hours | Amount |
|---|---|---|---|---|---|
| Loreto T. Tersigni | President | Schedule A | $560 | 1.80 | $1,008.00 |
| James Sinclair | Senior Managing Director | Schedule A | $530 | 51.10 | $27,083.00 |
| Robert Mathews | Managing Director | Schedule A | $515 | 10.20 | $5,253.00 |
| Peter Rubsam | Managing Director | Schedule A | $515 | 52.80 | $27,192.00 |
| Aaron Prills | Senior Manager | Schedule A | $360 | 49.80 | $17,928.00 |
| Dottie-Jo Collins | Manager | Schedule A | $300 | 11.00 | $3,300.00 |
| **Total Professional Services- Schedule A:** | | | | 176.70 | $81,764.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $542.67 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $82,306.67 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
             by Task Codes for Court Approved Professionals

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   September 1, 2006 through September 30, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 9/1/06 | LT | Review status of financial analyses deliverable to ACC and counsel and timetable for completion | 26 | 0.60 | $560.00 | $336.00 |
| 9/6/06 | LT | Review engagement status | 26 | 0.20 | $560.00 | $112.00 |
| 9/6/06 | LT | Review fee application for August 2006 including timekeeper daily entries | 11 | 0.60 | $560.00 | $336.00 |
| 9/23/06 | LT | Review memorandum from ACC counsel re Omnibus hearing 9/11/06 | 26 | 0.10 | $560.00 | $56.00 |
| 9/23/06 | LT | Preparation of memorandum to ACC counsel re CCHP tax settlement | 26 | 0.10 | $560.00 | $56.00 |
| 9/29/06 | LT | Review weekly recommendations memorandum from ACC counsel | 26 | 0.20 | $560.00 | $112.00 |
| | | **Sub-Total** | | 1.80 | | $1,008.00 |
| **James Sinclair - Senior Managing Director** | | | | | | |
| 9/1/06 | JS | Call with FCR financial adviser (Radecki) re solvency analysis for hearing in Federal Bankruptcy Court on 9/11/06. | 26 | 0.30 | $530.00 | $159.00 |
| 9/6/06 | JS | Commence review and analysis of Draft Motion for Settlement and Payment of Certain Tax Claims (Motion re Tax Claims) for recovery analysis and possible objection. | 26 | 0.70 | $530.00 | $371.00 |
| 9/7/06 | JS | Continue review and analysis of Motion re Tax Claims, Company/Blackstone memoranda and notes of 2/06 - 3/06 re tax claims in preparation for conference call on 9/12/06 with Company for recovery analysis and possible objection. | 26 | 1.80 | $530.00 | $954.00 |
| 9/8/06 | JS | Review ACC counsel's memoranda re Recommendations and Calendar for planning of work and assignments. | 26 | 1.60 | $530.00 | $848.00 |
| 9/12/06 | JS | Further review of Motion re Tax Claims associated with CCHP, revise questions in preparation for conference call with Company on 9/12/06 for due diligence and possible objection. | 26 | 0.90 | $530.00 | $477.00 |
| 9/12/06 | JS | Conference call with Company re Motion re Tax Claims for due diligence and possible objection. | 26 | 0.80 | $530.00 | $424.00 |
| 9/12/06 | JS | Conference call with ACC counsel (Hurford) re Motion re Tax Claims for possible objection. | 26 | 0.50 | $530.00 | $265.00 |
| 9/14/06 | JS | Review, revise Prills' memorandum to ACC counsel re Motion re Tax Claims for possible objection. | 26 | 1.80 | $530.00 | $954.00 |
| 9/18/06 | JS | Review ACC counsel's memorandum (Hurford) re Hearing of 9/11/06, review counsel's memoranda re Recommendations and Calendar for planning of work and assignments. | 26 | 3.30 | $530.00 | $1,749.00 |
| 9/18/06 | JS | Outline valuation procedures, plan work for valuation for estimation. | 21 | 1.50 | $530.00 | $795.00 |
| 9/18/06 | JS | Discuss valuation procedures and work assignments with Rubsam for valuation for estimation. | 21 | 0.40 | $530.00 | $212.00 |
| 9/18/06 | JS | Discuss with Blackstone (Zilly) Company business plan for valuation for estimation. | 21 | 0.30 | $530.00 | $159.00 |
| 9/19/06 | JS | Commence review of product data from various Company reports, presentations and memoranda for valuation. | 21 | 3.20 | $530.00 | $1,696.00 |
| 9/19/06 | JS | Conf call with FCR financial adviser (Radecki) re valuation for estimation. | 21 | 0.30 | $530.00 | $159.00 |
| 9/19/06 | JS | Write memorandum to FCR financial adviser (Radecki) with exhibits re valuation for estimation. | 21 | 2.40 | $530.00 | $1,272.00 |
| 9/19/06 | JS | Review, analyze Watson Wyatt report re defined benefit pension plans and contribution plans for due diligence. | 26 | 2.00 | $530.00 | $1,060.00 |
| 9/19/06 | JS | Review published pension plan information of other peer companies not included in Watson Wyatt report for due diligence. | 26 | 0.70 | $530.00 | $371.00 |
| 9/20/06 | JS | Review, analyze various chemical/specialty chemical industry reports for valuation for estimation. | 21 | 3.10 | $530.00 | $1,643.00 |
| 9/20/06 | JS | Review, revise Prills' Second Quarter 2006 Operating Review to ACC for monitoring. | 26 | 2.30 | $530.00 | $1,219.00 |
| 9/21/06 | JS | Commence review of 9/11/06 Hearing Transcript for due diligence and comment to ACC counsel re distributable value and solvency. | 26 | 3.30 | $530.00 | $1,749.00 |
| 9/22/06 | JS | Write, send memorandum with attached analysis to ACC counsel re Motion re Tax Claims for recommendation whether to object to Motion. | 26 | 1.30 | $530.00 | $689.00 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period:   September 1, 2006 through September 30, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 9/22/06 | JS | Review memorandum of 9/22/06 from ACC counsel re Motion to Compel for planning of work and assignments. | 26 | 1.40 | $530.00 | $742.00 |
| 9/24/06 | JS | Review memorandum from Grace/Blackstone re proposed divestiture (Project Gemini) for due diligence and possible objection. | 26 | 2.00 | $530.00 | $1,060.00 |
| 9/24/06 | JS | Draw up questions re Project Gemini in preparation for conference call with Company on 9/25/06 for due diligence and possible objection. | 26 | 0.80 | $530.00 | $424.00 |
| 9/25/06 | JS | Further review of Project Gemini memorandum, revise, expand questions in preparation for conference call with Company for due diligence and possible objection. | 26 | 2.20 | $530.00 | $1,166.00 |
| 9/25/06 | JS | Conference call with Company (Poling) and financial advisers re Project Gemini for due diligence. | 26 | 0.70 | $530.00 | $371.00 |
| 9/27/06 | JS | Review Recommendations and Calendar memoranda from ACC counsel for planning of work and assignments. | 26 | 1.90 | $530.00 | $1,007.00 |
| 9/28/06 | JS | Review, revise Rubsam's comparable company market multiple comparison and Grace metrics for valuation for estimation. | 21 | 1.80 | $530.00 | $954.00 |
| 9/28/06 | JS | Commence review and revision of specialty chemical precedent transactions study for valuation for estimation. | 21 | 2.00 | $530.00 | $1,060.00 |
| 9/29/06 | JS | Discuss with Rubsam comparable company market multiple comparison and Grace metrics for valuation for estimation. | 21 | 0.30 | $530.00 | $159.00 |
| 9/29/06 | JS | Revise comparable company market multiple valuation for report to ACC and ACC counsel for valuation and estimation. | 21 | 1.90 | $530.00 | $1,007.00 |
| 9/29/06 | JS | Draft Distributable Assets, Claims, Solvency analysis for report and presentation to ACC and ACC counsel for valuation and estimation. | 21 | 2.20 | $530.00 | $1,166.00 |
| 9/29/06 | JS | Write summary for report to ACC and ACC counsel for valuation and estimation. | 21 | 1.40 | $530.00 | $742.00 |
| | | **Sub-Total** | | 51.10 | | $27,083.00 |

**Robert Mathews - Managing Director**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 9/14/06 | RM | Review latest trends during 2006 in the bank markets and forecast for financing conditions for 2006-7 with agents, investors and rating agencies to assist with exit financing and valuation analysis | 16 | 2.00 | $515.00 | $1,030.00 |
| 9/15/06 | RM | Weekly review of market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.10 | $515.00 | $1,081.50 |
| 9/22/06 | RM | Weekly review of market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 1.80 | $515.00 | $927.00 |
| 9/29/06 | RM | Weekly review of market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.30 | $515.00 | $1,184.50 |
| 9/8/06 | RM | Weekly review of market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.00 | $515.00 | $1,030.00 |
| | | **Sub-Total** | | 10.20 | | $5,253.00 |

**Peter Rubsam - Managing Director**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 9/1/06 | PR | Review and analyze Albemarle July 2006 8k on 2Q operating results, business review, cash flow analysis, comparison to prior year and outlook for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| 9/5/06 | PR | Review and analyze HB Fuller June 2006 8k on 2006 Q2 earnings announcement, segment review and comparison to 2005 for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| 9/6/06 | PR | Analyze and review Imperial Chemical Industries August 2006 earnings announcement on Q2 operating results, segment and geographical review, strategic review, comparison to prior year, cash flow, and full year outlook for comparable company review | 21 | 2.00 | $515.00 | $1,030.00 |
| 9/7/06 | PR | Review and analyze RPM International July 2006 8k on 4Q and full year operating results, asbestos, segment review, acquisitions, comparison to 2005 and outlook for comparable company review | 21 | 1.60 | $515.00 | $824.00 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period: September 1, 2006 through September 30, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 9/8/06 | PR | Review and analyze Ecolab July 2006 8k on Q2 operating results, geographical review, growth strategy, comparison to prior year and business outlook for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| 9/11/06 | PR | Analyze and review Valspar August 2006 8k Q3 earnings announcement, comparison to 2005, segment review, and cash flow for comparable company review | 21 | 1.50 | $515.00 | $772.50 |
| 9/12/06 | PR | Analyze and review Sigma Aldrich July 2006 8k Q2 earnings release, 2006 outlook, segment review, cash flow review, and comparison to prior year for comparable company review | 21 | 1.60 | $515.00 | $824.00 |
| 9/12/06 | PR | Review historical information and business details | 28 | 0.90 | $515.00 | $463.50 |
| 9/13/06 | PR | Review and analyze Praxair July 2006 8k on 2Q operating results, geographical analysis, segment review, comparison to prior year and 2006 outlook for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| 9/14/06 | PR | Review and analyze Eastman Chemical July 2006 8k earnings announcement on 2Q, comparison to 2005, cash flow, business review and outlook, sales growth and restructuring for comparable company review | 21 | 1.60 | $515.00 | $824.00 |
| 9/15/06 | PR | Review and analyze Degussa 2006 1st half interim report, segment analysis, industry review, comparison to 2005, raw materials costs, divestiture, geographical review and outlook for comparable company review | 21 | 2.00 | $515.00 | $1,030.00 |
| 9/20/06 | PR | Review and analyze I/B/E/S 2006 revenue, EBIT and EBITDA projections for comparable companies for updated valuation | 21 | 2.20 | $515.00 | $1,133.00 |
| 9/20/06 | PR | Review and analyze I/B/E/S 2007 revenue, EBIT and EBITDA projections for comparable companies for updated valuation | 21 | 2.00 | $515.00 | $1,030.00 |
| 9/21/06 | PR | Review and analyze WR Grace 2Q 10q operating results, MD&A section and segment review for financial results and LTM EBIT and EBITDA for updated valuation | 21 | 1.50 | $515.00 | $772.50 |
| 9/21/06 | PR | Review and analyze LTM market multiples based on Q2 2006 data and compare to prior valuation | 21 | 2.30 | $515.00 | $1,184.50 |
| 9/21/06 | PR | Analyze and update 2006 and 2007 EBITDA and EBIT multiples based on updated comparable company projections for updated valuation | 21 | 2.00 | $515.00 | $1,030.00 |
| 9/22/06 | PR | Review and analyze mergerstat historical M&A transactions and EBITDA multiples for updated valuation | 21 | 2.30 | $515.00 | $1,184.50 |
| 9/25/06 | PR | Review and analyze Lubrizol 2Q 10q for unusual and nonrecurring items for adjustments to profitability for updated valuation | 21 | 1.70 | $515.00 | $875.50 |
| 9/25/06 | PR | Review and analyze HB Fuller 2q 10q for nonrecurring and restructuring items for adjustments to operating profit for updated valuation | 21 | 1.50 | $515.00 | $772.50 |
| 9/25/06 | PR | Analyze and review Chemtura 2Q 10q for unusual and nonrecurring items for adjustments to profitability for updated valuation | 21 | 1.50 | $515.00 | $772.50 |
| 9/25/06 | PR | Review and analyze Cytec 2Q 10q for nonrecurring and restructuring items for adjustments to operating profit for updated valuation | 21 | 1.70 | $515.00 | $875.50 |
| 9/26/06 | PR | Review and analyze Rohm & Haas 2Q 10q for unusual and nonrecurring items for adjustments to profitability for updated valuation | 21 | 2.00 | $515.00 | $1,030.00 |
| 9/26/06 | PR | Review and analyze PPG 2q 10q for nonrecurring and restructuring items for adjustments to operatingRprofit for updated valuation | 21 | 2.00 | $515.00 | $1,030.00 |
| 9/26/06 | PR | Review and analyze Cabot 3Q 10q for unusual and nonrecurring items for adjustments to profitability for updated valuation | 21 | 1.90 | $515.00 | $978.50 |
| 9/27/06 | PR | Review and analyze Albemarle 2Q 10q for unusual and nonrecurring items for adjustments to profitability for updated valuation | 21 | 1.80 | $515.00 | $927.00 |
| 9/27/06 | PR | Review and analyze Hercules 2q 10q for nonrecurring and restructuring items for adjustments to operating profit for updated valuation | 21 | 1.80 | $515.00 | $927.00 |
| 9/28/06 | PR | Update and analyze growth and liquidity ratios and historical trends of comparable companies for updated valuation | 21 | 1.70 | $515.00 | $875.50 |
| 9/28/06 | PR | Review and update size and profitability ratios and historical trends of comparable companies for updated valuation | 21 | 1.70 | $515.00 | $875.50 |
| 9/29/06 | PR | Update and analyze leverage and working capital ratios and historical trends of comparable companies for updated valuation | 21 | 2.00 | $515.00 | $1,030.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   September 1, 2006 through September 30, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 9/29/06 | PR | Review and analyze LTM financial statements and historical common size statements for WR Grace for updated valuation | 21 | 1.20 | $515.00 | $618.00 |
| | | **Sub-Total** | | 52.80 | | $27,192.00 |

**Aaron Prills - Senior Manager**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 9/1/06 | AP | Reviewed the memorandum and documents regarding the WR Grace solvency analysis to analyze updates to the values. | 28 | 1.40 | $360.00 | $504.00 |
| 9/1/06 | AP | Prepared updated solvency analysis variance schedule. | 26 | 0.80 | $360.00 | $288.00 |
| 9/1/06 | AP | Prepared updates to the solvency memorandum to address the insurance recovery for asbestos claimants. | 26 | 0.60 | $360.00 | $216.00 |
| 9/1/06 | AP | Reviewed meeting notes and past memorandums regarding WR Grace liabilities to analyze the ranges provided by the company. | 28 | 1.20 | $360.00 | $432.00 |
| 9/1/06 | AP | Reviewed the WR Grace weekly status update memorandum from counsel | 28 | 0.80 | $360.00 | $288.00 |
| 9/5/06 | AP | Prepared updates to the executive summary section of the second quarter operating review for counsel. | 26 | 1.90 | $360.00 | $684.00 |
| 9/5/06 | AP | Prepared additional bullet points for the operating review presentation regarding the inflationary cost items and the offset of productivity gains. | 26 | 0.70 | $360.00 | $252.00 |
| 9/5/06 | AP | Prepared additional second quarter updates to the WR Grace Libby Montana legal expense schedule to reconcile the monthly detail with the 10Q. | 26 | 1.10 | $360.00 | $396.00 |
| 9/5/06 | AP | Reviewed management notes from certain months to analyze the drivers of the increase in legal costs relating to the Montana case. | 28 | 1.30 | $360.00 | $468.00 |
| 9/11/06 | AP | Reviewed the WR Grace tax settlement motion to analyze the proposed settlement. | 28 | 2.10 | $360.00 | $756.00 |
| 9/11/06 | AP | Prepared questions for the conference call with the company regarding the proposed settlement. | 26 | 1.10 | $360.00 | $396.00 |
| 9/11/06 | AP | Reviewed WR Grace's 2006 operating plan to analyze management's commentary regarding tax settlements and other cash flow items. | 28 | 0.70 | $360.00 | $252.00 |
| 9/11/06 | AP | Reviewed WR Grace's liabilities subject to compromise matrix schedule to analyze the companies prior tax liabilities. | 28 | 0.80 | $360.00 | $288.00 |
| 9/11/06 | AP | Reviewed financial statements for company involved in the settlement with WR Grace to analyze the company's ability to provide indemnification. | 28 | 0.80 | $360.00 | $288.00 |
| 9/11/06 | AP | Reviewed the WR Grace claims recovery model to analyze impact of settlement on recoveries. | 28 | 1.60 | $360.00 | $576.00 |
| 9/12/06 | AP | Reviewed WR Grace's recent motions docket to analyze the items filed and whether any relate to the tax motion. | 28 | 0.90 | $360.00 | $324.00 |
| 9/12/06 | AP | Participated in conference call with company regarding the tax settlement motion. | 26 | 0.80 | $360.00 | $288.00 |
| 9/12/06 | AP | Participated in call with counsel to discuss the tax call with the company. | 26 | 0.50 | $360.00 | $180.00 |
| 9/12/06 | AP | Reviewed WR Grace tax settlement motion to analyze the specific dates and claim amounts versus the settlement. | 28 | 0.60 | $360.00 | $216.00 |
| 9/12/06 | AP | Prepared the background section of the WR Grace tax settlement motion memorandum to counsel. | 26 | 2.30 | $360.00 | $828.00 |
| 9/12/06 | AP | Prepared the executive summary section of the WR Grace tax settlement memorandum. | 26 | 2.20 | $360.00 | $792.00 |
| 9/12/06 | AP | Prepared section of the memorandum regarding the impact to the claims recovery and solvency scenarios. | 26 | 0.50 | $360.00 | $180.00 |
| 9/12/06 | AP | Reviewed prior correspondence with the company regarding tax related liabilities. | 28 | 0.80 | $360.00 | $288.00 |
| 9/12/06 | AP | Reviewed additional WR Grace claims recovery model scenarios to analyze the percent recoveries under various scenarios. | 28 | 0.90 | $360.00 | $324.00 |
| 9/13/06 | AP | Prepared updates to the WR Grace tax settlement memorandum to counsel. | 26 | 2.20 | $360.00 | $792.00 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period:  September 1, 2006 through September 30, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 9/13/06 | AP | Reviewed the WR Grace weekly recommendations memos to analyze the status of issues. | 28 | 0.90 | $360.00 | $324.00 |
| 9/13/06 | AP | Reviewed the WR Grace memorandum of unresolved issues to analyze the issues. | 28 | 1.20 | $360.00 | $432.00 |
| 9/13/06 | AP | Reviewed the WR Grace memorandum from council outline the events of the most recent hearing. | 28 | 0.80 | $360.00 | $288.00 |
| 9/13/06 | AP | Reviewed the WR Grace accrued interest schedule to analyze the accrual YTD. | 28 | 1.00 | $360.00 | $360.00 |
| 9/13/06 | AP | Reviewed the WR Grace monthly operating report to analyze the performance of the debtor entities. | 28 | 2.00 | $360.00 | $720.00 |
| 9/13/06 | AP | Reviewed the WR Grace bankruptcy filing website to analyze recent filings. | 28 | 0.30 | $360.00 | $108.00 |
| 9/14/06 | AP | Prepared final edits to tax settlement motion for counsel. | 26 | 0.80 | $360.00 | $288.00 |
| 9/15/06 | AP | Reviewed the debtors response to the inquire regarding the tax settlement motion. | 28 | 0.70 | $360.00 | $252.00 |
| 9/15/06 | AP | Reviewed the tax settlement memorandum to analyze whether updates were needed based on the debtor's response. | 28 | 0.80 | $360.00 | $288.00 |
| 9/15/06 | AP | Reviewed the WR Grace historical financial briefing summaries to analyze the Montana legal liability expenses. | 28 | 0.90 | $360.00 | $324.00 |
| 9/18/06 | AP | Prepared updates to the WR Grace second quarter operating review. | 26 | 1.60 | $360.00 | $576.00 |
| 9/18/06 | AP | Reviewed industry article regarding pension plans for chemical companies. | 28 | 0.30 | $360.00 | $108.00 |
| 9/18/06 | AP | Reviewed the WR Grace projections that were provided in the past to analyze the projections versus actual results. | 28 | 1.80 | $360.00 | $648.00 |
| 9/19/06 | AP | Updated the WR Grace equity and bank debt holder's schedule to analyze the change in the firms. | 26 | 1.60 | $360.00 | $576.00 |
| 9/19/06 | AP | Reviewed SEC filings for additional firms in the equity and bank debt analysis. | 28 | 0.90 | $360.00 | $324.00 |
| 9/19/06 | AP | Reviewed additional financial briefing summaries to analyze the change in bank debt holders. | 28 | 1.10 | $360.00 | $396.00 |
| 9/20/06 | AP | Prepared updates to the housing starts and raw material costs analysis to analyze the trends over the most recent time period. | 26 | 0.80 | $360.00 | $288.00 |
| 9/21/06 | AP | Reviewed the twelve month trailing EBIT and EBITDA schedules for the company. | 28 | 0.60 | $360.00 | $216.00 |
| 9/25/06 | AP | Reviewed company's presentation regarding Project Gemini to analyze the implications of the proposed transaction on the company. | 28 | 1.60 | $360.00 | $576.00 |
| 9/25/06 | AP | Participated in conference call with company to analyze the Project Gemini proposal. | 26 | 0.80 | $360.00 | $288.00 |
| 9/25/06 | AP | Reviewed previous presentations from the company to analyze forecasts relating to product lines. | 28 | 0.70 | $360.00 | $252.00 |
| | | **Sub-Total** | | 49.80 | | $17,928.00 |

**Dottie-Jo Collins  -  Manager**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 9/28/06 | DC | Compilation and consolidation of services rendered in the month of Sept. 2006 | 11 | 4.00 | $300.00 | $1,200.00 |
| 9/29/06 | DC | Compilation and consolidation of services rendered in the month of Sept. 2006 | 11 | 3.70 | $300.00 | $1,110.00 |
| 9/29/06 | DC | Category coding and preparation of September 2006 fee application | 11 | 3.30 | $300.00 | $990.00 |
| | | **Sub-Total** | | 11.00 | | $3,300.00 |

| | | **TOTAL   Schedule A:** | | 176.70 | | $81,764.00 |

7

# W.R. Grace  Schedule B

**Services Rendered during the Period:   September 1, 2006 through September 30, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 9/6/06 | LT | Review fee application for August 2006 including timekeeper daily entries | 11 | 0.60 | $560.00 | $336.00 |
| 9/28/06 | DC | Compilation and consolidation of services rendered in the month of Sept. 2006 | 11 | 4.00 | $300.00 | $1,200.00 |
| 9/29/06 | DC | Compilation and consolidation of services rendered in the month of Sept. 2006 | 11 | 3.70 | $300.00 | $1,110.00 |
| 9/29/06 | DC | Category coding and preparation of September 2006 fee application | 11 | 3.30 | $300.00 | $990.00 |
| | | **TOTAL  Category 11:  Fee Application-Applicant** | | **11.60** | | **$3,636.00** |
| 9/8/06 | RM | Weekly review of market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.00 | $515.00 | $1,030.00 |
| 9/14/06 | RM | Review latest trends during 2006 in the bank markets and forecast for financing conditions for 2006-7 with agents, investors and rating agencies to assist with exit financing and valuation analysis | 16 | 2.00 | $515.00 | $1,030.00 |
| 9/15/06 | RM | Weekly review of market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.10 | $515.00 | $1,081.50 |
| 9/22/06 | RM | Weekly review of market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 1.80 | $515.00 | $927.00 |
| 9/29/06 | RM | Weekly review of market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation | 16 | 2.30 | $515.00 | $1,184.50 |
| | | **TOTAL  Category 16: POR and Disclosure Statement** | | **10.20** | | **$5,253.00** |
| 9/1/06 | PR | Review and analyze Albemarle July 2006 8k on 2Q operating results, business review, cash flow analysis, comparison to prior year and outlook for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| 9/5/06 | PR | Review and analyze HB Fuller June 2006 8k on 2006 Q2 earnings announcement, segment review and comparison to 2005 for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| 9/6/06 | PR | Analyze and review Imperial Chemical Industries August 2006 earnings announcement on Q2 operating results, segment and geographical review, strategic review, comparison to prior year, cash flow, and full year outlook for comparable company review | 21 | 2.00 | $515.00 | $1,030.00 |
| 9/7/06 | PR | Review and analyze RPM International July 2006 8k on 4Q and full year operating results, asbestos, segment review, acquisitions, comparison to 2005 and outlook for comparable company review | 21 | 1.60 | $515.00 | $824.00 |
| 9/8/06 | PR | Review and analyze Ecolab July 2006 8k on Q2 operating results, geographical review, growth strategy, comparison to prior year and business outlook for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| 9/11/06 | PR | Analyze and review Valspar August 2006 8k Q3 earnings announcement, comparison to 2005, segment review, and cash flow for comparable company review | 21 | 1.50 | $515.00 | $772.50 |
| 9/12/06 | PR | Analyze and review Sigma Aldrich July 2006 8k Q2 earnings release, 2006 outlook, segment review, cash flow review, and comparison to prior year for comparable company review | 21 | 1.60 | $515.00 | $824.00 |
| 9/13/06 | PR | Review and analyze Praxair July 2006 8k on 2Q operating results, geographical analysis, segment review, comparison to prior year and 2006 outlook for comparable company review | 21 | 1.70 | $515.00 | $875.50 |
| 9/14/06 | PR | Review and analyze Eastman Chemical July 2006 8k earnings announcement on 2Q, comparison to 2005, cash flow, business review and outlook, sales growth and restructuring for comparable company review | 21 | 1.60 | $515.00 | $824.00 |
| 9/15/06 | PR | Review and analyze Degussa 2006 1st half interim report, segment analysis, industry review, comparison to 2005, raw materials costs, divestiture, geographical review and outlook for comparable company review | 21 | 2.00 | $515.00 | $1,030.00 |
| 9/18/06 | JS | Outline valuation procedures, plan work for valuation for estimation. | 21 | 1.50 | $530.00 | $795.00 |
| 9/18/06 | JS | Discuss valuation procedures and work assignments with Rubsam for valuation for estimation. | 21 | 0.40 | $530.00 | $212.00 |
| 9/18/06 | JS | Discuss with Blackstone (Zilly) Company business plan for valuation for estimation. | 21 | 0.30 | $530.00 | $159.00 |
| 9/19/06 | JS | Commence review of product data from various Company reports, presentations and memoranda for valuation. | 21 | 3.20 | $530.00 | $1,696.00 |
| 9/19/06 | JS | Conf call with FCR financial adviser (Radecki) re valuation for estimation. | 21 | 0.30 | $530.00 | $159.00 |

# W.R. Grace

## Schedule B

**Services Rendered during the Period:   September 1, 2006 through September 30, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 9/19/06 | JS | Write memorandum to FCR financial adviser (Radecki) with exhibits re valuation for estimation. | 21 | 2.40 | $530.00 | $1,272.00 |
| 9/20/06 | JS | Review, analyze various chemical/specialty chemical industry reports for valuation for estimation. | 21 | 3.10 | $530.00 | $1,643.00 |
| 9/20/06 | PR | Review and analyze I/B/E/S 2006 revenue, EBIT and EBITDA projections for comparable companies for updated valuation | 21 | 2.20 | $515.00 | $1,133.00 |
| 9/20/06 | PR | Review and analyze I/B/E/S 2007 revenue, EBIT and EBITDA projections for comparable companies for updated valuation | 21 | 2.00 | $515.00 | $1,030.00 |
| 9/21/06 | PR | Review and analyze WR Grace 2Q 10q operating results, MD&A section and segment review for financial results and LTM EBIT and EBITDA for updated valuation | 21 | 1.50 | $515.00 | $772.50 |
| 9/21/06 | PR | Review and analyze LTM market multiples based on Q2 2006 data and compare to prior valuation | 21 | 2.30 | $515.00 | $1,184.50 |
| 9/21/06 | PR | Analyze and update 2006 and 2007 EBITDA and EBIT multiples based on updated comparable company projections for updated valuation | 21 | 2.00 | $515.00 | $1,030.00 |
| 9/22/06 | PR | Review and analyze mergerstat historical M&A transactions and EBITDA multiples for updated valuation | 21 | 2.30 | $515.00 | $1,184.50 |
| 9/25/06 | PR | Review and analyze Lubrizol 2Q 10q for unusual and nonrecurring items for adjustments to profitability for updated valuation | 21 | 1.70 | $515.00 | $875.50 |
| 9/25/06 | PR | Review and analyze HB Fuller 2q 10q for nonrecurring and restructuring items for adjustments to operating profit for updated valuation | 21 | 1.50 | $515.00 | $772.50 |
| 9/25/06 | PR | Analyze and review Chemtura 2Q 10q for unusual and nonrecurring items for adjustments to profitability for updated valuation | 21 | 1.50 | $515.00 | $772.50 |
| 9/25/06 | PR | Review and analyze Cytec 2Q 10q for nonrecurring and restructuring items for adjustments to operating profit for updated valuation | 21 | 1.70 | $515.00 | $875.50 |
| 9/26/06 | PR | Review and analyze Rohm & Haas 2Q 10q for unusual and nonrecurring items for adjustments to profitability for updated valuation | 21 | 2.00 | $515.00 | $1,030.00 |
| 9/26/06 | PR | Review and analyze PPG 2q 10q for nonrecurring and restructuring items for adjustments to operatingRprofit for updated valuation | 21 | 2.00 | $515.00 | $1,030.00 |
| 9/26/06 | PR | Review and analyze Cabot 3Q 10q for unusual and nonrecurring items for adjustments to profitability for updated valuation | 21 | 1.90 | $515.00 | $978.50 |
| 9/27/06 | PR | Review and analyze Albemarle 2Q 10q for unusual and nonrecurring items for adjustments to profitability for updated valuation | 21 | 1.80 | $515.00 | $927.00 |
| 9/27/06 | PR | Review and analyze Hercules 2q 10q for nonrecurring and restructuring items for adjustments to operating profit for updated valuation | 21 | 1.80 | $515.00 | $927.00 |
| 9/28/06 | JS | Review, revise Rubsam's comparable company market multiple comparison and Grace metrics for valuation for estimation. | 21 | 1.80 | $530.00 | $954.00 |
| 9/28/06 | JS | Commence review and revision of specialty chemical precedent transactions study for valuation for estimation. | 21 | 2.00 | $530.00 | $1,060.00 |
| 9/28/06 | PR | Update and analyze growth and liquidity ratios and historical trends of comparable companies for updated valuation | 21 | 1.70 | $515.00 | $875.50 |
| 9/28/06 | PR | Review and update size and profitability ratios and historical trends of comparable companies for updated valuation | 21 | 1.70 | $515.00 | $875.50 |
| 9/29/06 | JS | Discuss with Rubsam comparable company market multiple comparison and Grace metrics for valuation for estimation. | 21 | 0.30 | $530.00 | $159.00 |
| 9/29/06 | JS | Revise comparable company market multiple valuation for report to ACC and ACC counsel for valuation and estimation. | 21 | 1.90 | $530.00 | $1,007.00 |
| 9/29/06 | JS | Draft Distributable Assets, Claims, Solvency analysis for report and presentation to ACC and ACC counsel for valuation and estimation. | 21 | 2.20 | $530.00 | $1,166.00 |
| 9/29/06 | JS | Write summary for report to ACC and ACC counsel for valuation and estimation. | 21 | 1.40 | $530.00 | $742.00 |
| 9/29/06 | PR | Update and analyze leverage and working capital ratios and historical trends of comparable companies for updated valuation | 21 | 2.00 | $515.00 | $1,030.00 |

# W.R. Grace                                                                Schedule B

**Services Rendered during the Period:   September 1, 2006 through September 30, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 9/29/06 | PR | Review and analyze LTM financial statements and historical common size statements for WR Grace for updated valuation | 21 | 1.20 | $515.00 | $618.00 |
| | | **TOTAL  Category 21:  Valuation** | | **72.70** | | **$37,752.50** |
| 9/1/06 | LT | Review status of financial analyses deliverable to ACC and counsel and timetable for completion | 26 | 0.60 | $560.00 | $336.00 |
| 9/1/06 | JS | Call with FCR financial adviser (Radecki) re solvency analysis for hearing in Federal Bankruptcy Court on 9/11/06. | 26 | 0.30 | $530.00 | $159.00 |
| 9/1/06 | AP | Prepared updated solvency analysis variance schedule. | 26 | 0.80 | $360.00 | $288.00 |
| 9/1/06 | AP | Prepared updates to the solvency memorandum to address the insurance recovery for asbestos claimants. | 26 | 0.60 | $360.00 | $216.00 |
| 9/5/06 | AP | Prepared updates to the executive summary section of the second quarter operating review for counsel. | 26 | 1.90 | $360.00 | $684.00 |
| 9/5/06 | AP | Prepared additional bullet points for the operating review presentation regarding the inflationary cost items and the offset of productivity gains. | 26 | 0.70 | $360.00 | $252.00 |
| 9/5/06 | AP | Prepared additional second quarter updates to the WR Grace Libby Montana legal expense schedule to reconcile the monthly detail with the 10Q. | 26 | 1.10 | $360.00 | $396.00 |
| 9/6/06 | LT | Review engagement status | 26 | 0.20 | $560.00 | $112.00 |
| 9/6/06 | JS | Commence review and analysis of Draft Motion for Settlement and Payment of Certain Tax Claims (Motion re Tax Claims) for recovery analysis and possible objection. | 26 | 0.70 | $530.00 | $371.00 |
| 9/7/06 | JS | Continue review and analysis of Motion re Tax Claims, Company/Blackstone memoranda and notes of 2/06 - 3/06 re tax claims in preparation for conference call on 9/12/06 with Company for recovery analysis and possible objection. | 26 | 1.80 | $530.00 | $954.00 |
| 9/8/06 | JS | Review ACC counsel's memoranda re Recommendations and Calendar for planning of work and assignments. | 26 | 1.60 | $530.00 | $848.00 |
| 9/11/06 | AP | Prepared questions for the conference call with the company regarding the proposed settlement. | 26 | 1.10 | $360.00 | $396.00 |
| 9/12/06 | JS | Further review of Motion re Tax Claims associated with CCHP, revise questions in preparation for conference call with Company on 9/12/06 for due diligence and possible objection. | 26 | 0.90 | $530.00 | $477.00 |
| 9/12/06 | JS | Conference call with Company re Motion re Tax Claims for due diligence and possible objection. | 26 | 0.80 | $530.00 | $424.00 |
| 9/12/06 | JS | Conference call with ACC counsel (Hurford) re Motion re Tax Claims for possible objection. | 26 | 0.50 | $530.00 | $265.00 |
| 9/12/06 | AP | Participated in conference call with company regarding the tax settlement motion. | 26 | 0.80 | $360.00 | $288.00 |
| 9/12/06 | AP | Participated in call with counsel to discuss the tax call with the company. | 26 | 0.50 | $360.00 | $180.00 |
| 9/12/06 | AP | Prepared the background section of the WR Grace tax settlement motion memorandum to counsel. | 26 | 2.30 | $360.00 | $828.00 |
| 9/12/06 | AP | Prepared the executive summary section of the WR Grace tax settlement memorandum. | 26 | 2.20 | $360.00 | $792.00 |
| 9/12/06 | AP | Prepared section of the memorandum regarding the impact to the claims recovery and solvency scenarios. | 26 | 0.50 | $360.00 | $180.00 |
| 9/13/06 | AP | Prepared updates to the WR Grace tax settlement memorandum to counsel. | 26 | 2.20 | $360.00 | $792.00 |
| 9/14/06 | JS | Review, revise Prills' memorandum to ACC counsel re Motion re Tax Claims for possible objection. | 26 | 1.80 | $530.00 | $954.00 |
| 9/14/06 | AP | Prepared final edits to tax settlement motion for counsel. | 26 | 0.80 | $360.00 | $288.00 |
| 9/18/06 | JS | Review ACC counsel's memorandum (Hurford) re Hearing of 9/11/06, review counsel's memoranda re Recommendations and Calendar for planning of work and assignments. | 26 | 3.30 | $530.00 | $1,749.00 |
| 9/18/06 | AP | Prepared updates to the WR Grace second quarter operating review. | 26 | 1.60 | $360.00 | $576.00 |
| 9/19/06 | JS | Review, analyze Watson Wyatt report re defined benefit pension plans and contribution plans for due diligence. | 26 | 2.00 | $530.00 | $1,060.00 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period: September 1, 2006 through September 30, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 9/19/06 | JS | Review published pension plan information of other peer companies not included in Watson Wyatt report for due diligence. | 26 | 0.70 | $530.00 | $371.00 |
| 9/19/06 | AP | Updated the WR Grace equity and bank debt holder's schedule to analyze the change in the firms. | 26 | 1.60 | $360.00 | $576.00 |
| 9/20/06 | JS | Review, revise Prills' Second Quarter 2006 Operating Review to ACC for monitoring. | 26 | 2.30 | $530.00 | $1,219.00 |
| 9/20/06 | AP | Prepared updates to the housing starts and raw material costs analysis to analyze the trends over the most recent time period. | 26 | 0.80 | $360.00 | $288.00 |
| 9/21/06 | JS | Commence review of 9/11/06 Hearing Transcript for due diligence and comment to ACC counsel re distributable value and solvency. | 26 | 3.30 | $530.00 | $1,749.00 |
| 9/22/06 | JS | Write, send memorandum with attached analysis to ACC counsel re Motion re Tax Claims for recommendation whether to object to Motion. | 26 | 1.30 | $530.00 | $689.00 |
| 9/22/06 | JS | Review memorandum of 9/22/06 from ACC counsel re Motion to Compel for planning of work and assignments. | 26 | 1.40 | $530.00 | $742.00 |
| 9/23/06 | LT | Review memorandum from ACC counsel re Omnibus hearing 9/11/06 | 26 | 0.10 | $560.00 | $56.00 |
| 9/23/06 | LT | Preparation of memorandum to ACC counsel re CCHP tax settlement | 26 | 0.10 | $560.00 | $56.00 |
| 9/24/06 | JS | Review memorandum from Grace/Blackstone re proposed divestiture (Project Gemini) for due diligence and possible objection. | 26 | 2.00 | $530.00 | $1,060.00 |
| 9/24/06 | JS | Draw up questions re Project Gemini in preparation for conference call with Company on 9/25/06 for due diligence and possible objection. | 26 | 0.80 | $530.00 | $424.00 |
| 9/25/06 | JS | Further review of Project Gemini memorandum, revise, expand questions in preparation for conference call with Company for due diligence and possible objection. | 26 | 2.20 | $530.00 | $1,166.00 |
| 9/25/06 | JS | Conference call with Company (Poling) and financial advisers re Project Gemini for due diligence. | 26 | 0.70 | $530.00 | $371.00 |
| 9/25/06 | AP | Participated in conference call with company to analyze the Project Gemini proposal. | 26 | 0.80 | $360.00 | $288.00 |
| 9/27/06 | JS | Review Recommendations and Calendar memoranda from ACC counsel for planning of work and assignments. | 26 | 1.90 | $530.00 | $1,007.00 |
| 9/29/06 | LT | Review weekly recommendations memorandum from ACC counsel | 26 | 0.20 | $560.00 | $112.00 |
| | | **TOTAL  Category 26:  Business Analysis** | | **51.80** | | **$24,039.00** |
| 9/1/06 | AP | Reviewed the memorandum and documents regarding the WR Grace solvency analysis to analyze updates to the values. | 28 | 1.40 | $360.00 | $504.00 |
| 9/1/06 | AP | Reviewed meeting notes and past memorandums regarding WR Grace liabilities to analyze the ranges provided by the company. | 28 | 1.20 | $360.00 | $432.00 |
| 9/1/06 | AP | Reviewed the WR Grace weekly status update memorandum from counsel | 28 | 0.80 | $360.00 | $288.00 |
| 9/5/06 | AP | Reviewed management notes from certain months to analyze the drivers of the increase in legal costs relating to the Montana case. | 28 | 1.30 | $360.00 | $468.00 |
| 9/11/06 | AP | Reviewed the WR Grace tax settlement motion to analyze the proposed settlement. | 28 | 2.10 | $360.00 | $756.00 |
| 9/11/06 | AP | Reviewed WR Grace's 2006 operating plan to analyze management's commentary regarding tax settlements and other cash flow items. | 28 | 0.70 | $360.00 | $252.00 |
| 9/11/06 | AP | Reviewed WR Grace's liabilities subject to compromise matrix schedule to analyze the companies prior tax liabilities. | 28 | 0.80 | $360.00 | $288.00 |
| 9/11/06 | AP | Reviewed financial statements for company involved in the settlement with WR Grace to analyze the company's ability to provide indemnification. | 28 | 0.80 | $360.00 | $288.00 |
| 9/11/06 | AP | Reviewed the WR Grace claims recovery model to analyze impact of settlement on recoveries. | 28 | 1.60 | $360.00 | $576.00 |
| 9/12/06 | PR | Review historical information and business details | 28 | 0.90 | $515.00 | $463.50 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period:   September 1, 2006 through September 30, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 9/12/06 | AP | Reviewed WR Grace's recent motions docket to analyze the items filed and whether any relate to the tax motion. | 28 | 0.90 | $360.00 | $324.00 |
| 9/12/06 | AP | Reviewed WR Grace tax settlement motion to analyze the specific dates and claim amounts versus the settlement. | 28 | 0.60 | $360.00 | $216.00 |
| 9/12/06 | AP | Reviewed prior correspondence with the company regarding tax related liabilities. | 28 | 0.80 | $360.00 | $288.00 |
| 9/12/06 | AP | Reviewed additional WR Grace claims recovery model scenarios to analyze the percent recoveries under various scenarios. | 28 | 0.90 | $360.00 | $324.00 |
| 9/13/06 | AP | Reviewed the WR Grace weekly recommendations memos to analyze the status of issues. | 28 | 0.90 | $360.00 | $324.00 |
| 9/13/06 | AP | Reviewed the WR Grace memorandum of unresolved issues to analyze the issues. | 28 | 1.20 | $360.00 | $432.00 |
| 9/13/06 | AP | Reviewed the WR Grace memorandum from council outline the events of the most recent hearing. | 28 | 0.80 | $360.00 | $288.00 |
| 9/13/06 | AP | Reviewed the WR Grace accrued interest schedule to analyze the accrual YTD. | 28 | 1.00 | $360.00 | $360.00 |
| 9/13/06 | AP | Reviewed the WR Grace monthly operating report to analyze the performance of the debtor entities. | 28 | 2.00 | $360.00 | $720.00 |
| 9/13/06 | AP | Reviewed the WR Grace bankruptcy filing website to analyze recent filings. | 28 | 0.30 | $360.00 | $108.00 |
| 9/15/06 | AP | Reviewed the debtors response to the inquire regarding the tax settlement motion. | 28 | 0.70 | $360.00 | $252.00 |
| 9/15/06 | AP | Reviewed the tax settlement memorandum to analyze whether updates were needed based on the debtor's response. | 28 | 0.80 | $360.00 | $288.00 |
| 9/15/06 | AP | Reviewed the WR Grace historical financial briefing summaries to analyze the Montana legal liability expenses. | 28 | 0.90 | $360.00 | $324.00 |
| 9/18/06 | AP | Reviewed industry article regarding pension plans for chemical companies. | 28 | 0.30 | $360.00 | $108.00 |
| 9/18/06 | AP | Reviewed the WR Grace projections that were provided in the past to analyze the projections versus actual results. | 28 | 1.80 | $360.00 | $648.00 |
| 9/19/06 | AP | Reviewed SEC filings for additional firms in the equity and bank debt analysis. | 28 | 0.90 | $360.00 | $324.00 |
| 9/19/06 | AP | Reviewed additional financial briefing summaries to analyze the change in bank debt holders. | 28 | 1.10 | $360.00 | $396.00 |
| 9/21/06 | AP | Reviewed the twelve month trailing EBIT and EBITDA schedules for the company. | 28 | 0.60 | $360.00 | $216.00 |
| 9/25/06 | AP | Reviewed company's presentation regarding Project Gemini to analyze the implications of the proposed transaction on the company. | 28 | 1.60 | $360.00 | $576.00 |
| 9/25/06 | AP | Reviewed previous presentations from the company to analyze forecasts relating to product lines. | 28 | 0.70 | $360.00 | $252.00 |
| | | **TOTAL  Category  28: Data Analysis** | | **30.40** | | **$11,083.50** |
| | | **TOTAL   Schedule B:** | | **176.70** | | **$81,764.00** |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---:|
| Telephone | $42.41 |
| Research: 3rd Quarter 2006 via PACER | $10.16 |
| Research: September 2006 via ALCRA 9/19/06 | $91.30 |
| Research: September 2006 via ALCRA 9/20/06 | $180.00 |
| Research: September 2006 via Reuters LPC | $195.00 |
| Xerox     ( 238 @ $.10 per page) | $23.80 |
| **Total Expenses incurred from September 1-30, 2006** | **$542.67** |