# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| September 19, 2006 | INVOICE: | 211671 |

MATTER:  CLAIMANTS COMMITTEE

| c/o Peter Van N. Lockwood, Esq.<br>Caplin & Drysdale<br>One Thomas Circle<br>Washington, DC 20005 | DATE:<br>MATTER:<br>INVOICE: | September 19, 2006<br>100055.WRG01<br>211671 |
|---|---|---|

MATTER:  CLAIMANTS COMMITTEE                                              Robert M Horkovich

### PROFESSIONAL SERVICES through 08/31/06

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/01/06 | Analysis of selected umbrella and environmental impairment liability policies re: asbestos premises coverage. | W001 | GFF | 0.60 |
| 08/01/06 | Continued PD/Premises policy analysis and charting (.80); re-examination of Asbestos Exclusion ambiguities (1.20) | W001 | HEG | 2.00 |
| 08/01/06 | Review status of objection to Equitas settlement. | W001 | RYC | 0.20 |
| 08/03/06 | Attention to Equitas proposal. | W001 | RMH | 0.50 |
| 08/04/06 | Review general liability policies in connection with available bodily injury and property damage limits under premises liability coverage. | W001 | RYC | 2.20 |
| 08/06/06 | Initial reviewed of and revisions to time entries | W011 | ACS | 0.20 |
| 08/07/06 | Reviewed and revised time entries. | W011 | ACS | 0.20 |
| 08/07/06 | Review general liability policies in connection with available bodily injury and property damage premises liability coverage. | W001 | RYC | 1.70 |
| 08/08/06 | Review general liability policies in connection with available bodily injury and property damage under premises liability. | W001 | RYC | 3.60 |
| 08/09/06 | Continued to review W.R. Grace insurance policies re: "BI/PD Premises" coverage availability. | W001 | IF | 1.10 |
| 08/09/06 | Conference with co-counsel and future claimant's representative counsel re: proposed settlement with Equitas. | W001 | RMH | 0.20 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                           MATTER:     100055.WRG01

September 19, 2006                                       INVOICE:    211671

MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/09/06 | Review general liability policies in connection with available bodily injury and property damage under premises liability. | W001 | RYC | 2.60 |
| 08/14/06 | Conference with W. R. Grace counsel and principals (.80); preparation (1.00); confer with Future Claimant's counsel (Wyron) (.50); confer with co-counsel (Lockwood) (.50). | W001 | RMH | 2.80 |
| 08/15/06 | Communicate with Mark Hurford regarding Equitas settlement and upcoming hearing. | W001 | RMH | 0.30 |
| 08/16/06 | Per M. Keenan and R. Horkovich, reviewed Lloyd's policies for potential WFUM Pool participation | W001 | HEG | 2.00 |
| 08/17/06 | Additional PD Premises coverage data reviewed and discussed | W001 | HEG | 2.50 |
| 08/17/06 | Further Lloyd's policy reviews for potential WFUM Pool participation | W001 | HEG | 1.50 |
| 08/17/06 | Continued to review Grace 1985-1985 and 1976-1977 insurance policies re: PD Premises Coverage. | W001 | IF | 1.40 |
| 08/17/06 | Communicate with Debtor's counsel regarding scope of the indemnity requested. | W001 | RMH | 1.00 |
| 08/18/06 | Additional WFUM Pool policy research and memo | W001 | HEG | 1.00 |
| 08/18/06 | Additional PD Premises coverage data discuss and chart edit for submission | W001 | HEG | 2.50 |
| 08/18/06 | Prepare opposition to Grace/Equitas settlement agreement. | W001 | RMH | 1.00 |
| 08/20/06 | Prepare for opposition to Grace/Equitas settlement agreement. | W001 | RMH | 2.00 |
| 08/21/06 | Reviewed and revised time entries. | W011 | ACS | 0.10 |
| 08/21/06 | Continued to review Grace 1984-1986 insurance policy information re: BI and PD Premises Available Limits. | W001 | IF | 1.50 |
| 08/21/06 | Prepare for hearing opposing London settlement agreement. | W001 | RMH | 4.00 |
| 08/21/06 | Hearing with Judge Fitzgerald; no time charge for travel to and from Wilmington. | W014 | RMH | 8.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:         100055.WRG01

September 19, 2006                            INVOICE:              211671

MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/21/06 | Review and comment upon fee application. | W011 | RYC | 0.30 |
| 08/22/06 | Continued to review Grace 1984-1985 insurance policy information re:  PD/BI Premises coverage. | W001 | IF | 1.00 |
| 08/22/06 | Follow-up on court's ruling rejecting indemnity and mandating dedication of funds to covered claims. | W001 | RMH | 1.50 |
| 08/22/06 | Follow-up re: Judge's ruling in connection with proposed Equitas settlement. | W001 | RYC | 0.30 |
| 08/24/06 | Reviewed insurance policy chart and spreadsheet re:  available BI/PD Premises coverage. | W001 | IF | 1.50 |
| 08/25/06 | Continued to review Grace insurance policies re: "available PD Premises Limits." | W001 | IF | 0.90 |
| 08/28/06 | Forwarded time entries to local counsel. | W011 | ACS | 0.10 |

**TOTAL FEES:**                                                      **$23,583.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| September 19, 2006 | INVOICE: | 211671 |

MATTER:  CLAIMANTS COMMITTEE

| **FEE SUMMARY** | | | |
|---|---|---|---|
| | **RATE** | **HOURS** | **TOTALS** |
| Anne C Suffern | 200.00 | 0.60 | 120.00 |
| Glenn F Fields | 250.00 | 0.60 | 150.00 |
| Harris E Gershman | 210.00 | 11.50 | 2,415.00 |
| Izak Feldgreber | 220.00 | 7.40 | 1,628.00 |
| Robert M Horkovich | 700.00 | 21.30 | 14,910.00 |
| Robert Y Chung | 400.00 | 10.90 | 4,360.00 |
| **TOTAL FEES:** | | | **$23,583.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

September 19, 2006                                INVOICE:           211671


MATTER:  CLAIMANTS COMMITTEE


### SUMMARY OF SERVICES BY ACTIVITY

**THIS BILLING PERIOD**

ACTIVITY CODE: W001     Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Glenn F Fields | 0.60 | 150.00 |
| Harris E Gershman | 11.50 | 2,415.00 |
| Izak Feldgreber | 7.40 | 1,628.00 |
| Robert M Horkovich | 13.30 | 9,310.00 |
| Robert Y Chung | 10.60 | 4,240.00 |
| **TOTAL:** | **43.40** | **17,743.00** |

ACTIVITY CODE: W011     Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Anne C Suffern | 0.60 | 120.00 |
| Robert Y Chung | 0.30 | 120.00 |
| **TOTAL:** | **0.90** | **240.00** |

ACTIVITY CODE: W014     Hearing

|  | HOURS | TOTALS |
|---|---:|---:|
| Robert M Horkovich | 8.00 | 5,600.00 |
| **TOTAL:** | **8.00** | **5,600.00** |

| **TOTAL LEGAL FEES** | | **$23,583.00** |
|---|---|---:|

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | | |
|---|---|---:|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| September 19, 2006 | INVOICE: | 211671 |

### COSTS through 08/31/06

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 08/01/06 | LIBRARY & LEGAL RESEARCH Westlaw Charges - July 1 - 31, 2006 | E106 | 20.06 |
| 08/17/06 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 08/18/06 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 08/31/06 | LOCAL TRAVEL - - VENDOR: FIRST CORPORATE SEDANS Inv.# 498716 Local travel expenses for R. Horkovich on 08/22/06 | E109 | 149.69 |
| **TOTAL COSTS:** | | | **$173.25** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| LB | LIBRARY & LEGAL RESEARCH | 20.06 |
| LT | LOCAL TRAVEL | 149.69 |
| XE | DI - PHOTOCOPYING - | 3.50 |
| | **TOTAL COSTS:** | **$173.25** |