# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                             MATTER:     100055.WRG01

October 13, 2006                                                         INVOICE:        212438


c/o Peter Van N. Lockwood, Esq.                              DATE:       October 13, 2006
Caplin & Drysdale                                            MATTER:     100055.WRG01
One Thomas Circle
Washington, DC 20005                                         INVOICE:    212438


**MATTER:** CLAIMANTS COMMITTEE                                          Robert M
                                                                         Horkovich

### PROFESSIONAL SERVICES through 09/30/06

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/01/06 | Review proposed Equitas escrow agreement. | W001 | RYC | 0.20 |
| 09/05/06 | Review newly revised settlement with London (1.10). Communicate with client and future claimants' representative (.40). | W001 | RMH | 1.50 |
| 09/06/06 | Attention to settlement with London. | W001 | RMH | 1.00 |
| 09/07/06 | Attention to London settlement. | W001 | RMH | 1.00 |
| 09/07/06 | Research and analysis of remaining insurance companies denying coverage. | W001 | RYC | 2.20 |
| 09/08/06 | Computation and analysis of remaining Unsettled Insurance Companies potential limits of liability to determine "Top Ten" per R. Horkovich | W001 | HEG | 4.00 |
| 09/08/06 | Reviewed and updated available "products" insurance policies and 'insurance policy chart" and insurance companies with largest limits available. | W001 | IF | 2.80 |
| 09/08/06 | Conference call with Futures Claimants' representation counsel (Wyron) regarding London settlement. (1.30). Follow-up. (1.00). | W001 | RMH | 2.30 |
| 09/08/06 | Research and analysis of remaining insurance companies denying coverage including e-mails to N. Finch. | W001 | RYC | 3.80 |
| 09/13/06 | Edit settlement with London. | W001 | RMH | 2.00 |
| 09/14/06 | Reviewed and revised time entries. | W011 | ACS | 0.30 |
| 09/14/06 | Edit proposed settlement with London. | W001 | RMH | 2.00 |
| 09/18/06 | Revised time entries. | W011 | ACS | 0.20 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| October 13, 2006 | | INVOICE: | | 212438 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/18/06 | Edit proposed London settlement agreement. Incorporate changes from others. | W001 | RMH | 4.00 |
| 09/18/06 | Review and comment upon fee applications. | W011 | RYC | 0.40 |
| 09/20/06 | Conference call with Grace and others regarding London agreement. (1.50). Follow-up. (1.50). | W001 | RMH | 3.00 |
| 09/21/06 | Assisted R. Chung with additional policy defense costs issue | W001 | HEG | 0.50 |
| 09/21/06 | Conference call with Future's representative counsel (Rick Wyron) re: London settlement. (1.00). Provide input to Grace re: same. (.50). | W001 | RMH | 1.50 |
| 09/21/06 | Coordinate review of policy chart. | W001 | RYC | 0.20 |
| 09/22/06 | Attention to London settlement. | W001 | RMH | 0.70 |
| 09/22/06 | Review and comment upon revised policy chart. | W001 | RYC | 2.10 |
| 09/25/06 | Forwarded time entries to local counsel. | W011 | ACS | 0.10 |
| **TOTAL FEES:** | | | | **$18,541.00** |

## FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 200.00 | 0.60 | 120.00 |
| Harris E Gershman | 210.00 | 4.50 | 945.00 |
| Izak Feldgreber | 220.00 | 2.80 | 616.00 |
| Robert M Horkovich | 700.00 | 19.00 | 13,300.00 |
| Robert Y Chung | 400.00 | 8.90 | 3,560.00 |
| **TOTAL FEES:** | | | **$18,541.00** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| October 13, 2006 | INVOICE: | 212438 |

### SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001    Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Harris E Gershman | 4.50 | 945.00 |
| Izak Feldgreber | 2.80 | 616.00 |
| Robert M Horkovich | 19.00 | 13,300.00 |
| Robert Y Chung | 8.50 | 3,400.00 |
| **TOTAL:** | **34.80** | **18,261.00** |

ACTIVITY CODE: W011    Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Anne C Suffern | 0.60 | 120.00 |
| Robert Y Chung | 0.40 | 160.00 |
| **TOTAL:** | **1.00** | **280.00** |

**TOTAL LEGAL FEES**                                                                 **$18,541.00**

NYDOCS1-838556.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:    100055.WRG01

October 13, 2006                                            INVOICE:   212438

### COSTS through 09/30/06

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 09/08/06 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 841273695 Tracking Number: 790063928249 Reference: 100055 WRG01 Billing Note:  From: Robert Y Chung, Anderson Kill & Olick, P C, 1251 Avenue of the Americas , NEW YORK CITY, NY, 10020, US To: Nate  Finch, Kaplin & Drysdale, 1 Thomas Circle  , WASHINGTON , DC, 20005, US | E107 | 14.61 |
| 09/08/06 | DI - PHOTOCOPYING - | E101 | 5.25 |
| 09/08/06 | DI - PHOTOCOPYING - | E101 | 2.75 |
| 09/08/06 | DI - PHOTOCOPYING - | E101 | 8.25 |
| 09/08/06 | DI - PHOTOCOPYING - | E101 | 3.75 |
| 09/19/06 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 09/19/06 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 09/21/06 | DI - PHOTOCOPYING - | E101 | 10.75 |
| 09/21/06 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 09/29/06 | TRAVEL AND/OR HOTEL EXPS. - - VENDOR: DINER'S CLUB Robert Horkovich | E110 | 190.00 |
| 09/29/06 | TRAVEL AND/OR HOTEL EXPS. - - VENDOR: DINER'S CLUB Robert Horkovich | E110 | 30.00 |
| **TOTAL COSTS:** | | | **$269.36** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 14.61 |
| TR | TRAVEL AND/OR HOTEL EXPS. | 220.00 |
| XE | DI - PHOTOCOPYING - | 34.75 |
| | **TOTAL COSTS:** | **$269.36** |