```
Date: 08/20/06           Legal Analysis Systems, Inc.
Time: 8:00am                                                         Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                              HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 07/19/06  Relles    / (07) Committee, Creditors'          1.0     425.00
 #5514     conference call with Eveland, Peterson, Ebener,  425.00
           Liesemer re: interpreting Grace questionnaires

 07/28/06  Peterson  / (07) Committee, Creditors'          0.6     420.00
 #5337     Review and send memo to Finch and Relles on Libby 700.00
           settlements

 07/28/06  Peterson  / (07) Committee, Creditors'          0.8     560.00
 #5338     Telephone Finch (.4), Relles (.2), Ebener (.2) re: 700.00
           conference call on data issues

 07/31/06  Ebener    / (07) Committee, Creditors'          1.2     360.00
 #5818     Conference call with Finch, Leisemer, Relles,    300.00
           Peterson re: sampling and data coding

 07/31/06  Peterson  / (07) Committee, Creditors'          1.2     840.00
 #5339     Conference call with Finch, Leisemer, Relles, Ebener 700.00
           re: sampling and data coding

 07/31/06  Relles    / (07) Committee, Creditors'          1.2     510.00
 #5521     conference call with Finch, Peterson, and Ebener re: 425.00
           Rust data and protocols
```

{D0070772.1 }

```
Date: 08/20/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 2

                       W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 07/03/06  Peterson  / (28) Data Analysis                     2.9    2030.00
 #5301     Review data on PIQ forms                         700.00

 07/03/06  Relles    / (28) Data Analysis                     0.7     297.50
 #5501     extract Verus datasets from Access, organize data 425.00

 07/03/06  Relles    / (28) Data Analysis                     0.6     255.00
 #5502     review Verus datasets                            425.00

 07/05/06  Ebener    / (28) Data Analysis                     0.2      60.00
 #5801     Discuss data collection status with Peterson     300.00

 07/05/06  Peterson  / (28) Data Analysis                     2.1    1470.00
 #5302     Review claims data                               700.00

 07/05/06  Peterson  / (28) Data Analysis                     0.2     140.00
 #5303     Discuss data collection status with Ebener       700.00

 07/06/06  Ebener    / (28) Data Analysis                     0.2      60.00
 #5802     Telephone Peterson re: schedule                  300.00

 07/06/06  Ebener    / (28) Data Analysis                     0.7     210.00
 #5803     Telephone Peterson, Relles re: Verus database and 300.00
           case review

 07/06/06  Peterson  / (28) Data Analysis                     0.7     490.00
 #5304     telephone Ebener and Relles re: review Verus output 700.00
           data

 07/06/06  Peterson  / (28) Data Analysis                     0.2     140.00
 #5305     Telephone Ebener re: schedule                    700.00

 07/06/06  Peterson  / (28) Data Analysis                     2.3    1610.00
 #5306     Review Verus data                                700.00

 07/06/06  Relles    / (28) Data Analysis                     0.7     297.50
 #5503     telephone Ebener and Peterson re: review Verus   425.00
           output data

 07/07/06  Ebener    / (28) Data Analysis                     1.5     450.00
 #5804     Audit Verus coding and develop list of questions 300.00

 07/09/06  Peterson  / (28) Data Analysis                     1.0     700.00
 #5307     Review materials from Ebener                     700.00
```

{D0070772.1 }

```
Date: 08/20/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 3

                     W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 07/09/06  Peterson  / (28) Data Analysis                     2.1      1470.00
 #5308     Review analyses of PIQ                           700.00

 07/10/06  Peterson  / (28) Data Analysis                     1.0       700.00
 #5309     Monitor information from law firms about PIQ filings 700.00

 07/10/06  Peterson  / (28) Data Analysis                     6.3      4410.00
 #5310     Review analyses of PIQ, compare to Rust databases  700.00

 07/11/06  Ebener    / (28) Data Analysis                     0.3        90.00
 #5805     Review Peterson issues list                      300.00

 07/11/06  Ebener    / (28) Data Analysis                     2.0       600.00
 #5806     Audit Verus coding and prepare questions for Verus 300.00
           about coding PDFs

 07/11/06  Peterson  / (28) Data Analysis                     4.3      3010.00
 #5311     Review analyses of PIQ, compare to Rust databases  700.00

 07/11/06  Peterson  / (28) Data Analysis                     0.4       280.00
 #5312     Review email correspondence re: PIQ data         700.00

 07/11/06  Peterson  / (28) Data Analysis                     0.3       210.00
 #5313     telephone Relles re: Verus data                  700.00

 07/11/06  Peterson  / (28) Data Analysis                     1.3       910.00
 #5314     Prepare list of issues raised in PIQ data        700.00

 07/11/06  Relles    / (28) Data Analysis                     0.5       212.50
 #5504     review Verus data                                425.00

 07/11/06  Relles    / (28) Data Analysis                     2.4      1020.00
 #5505     compare Rust questionnaire variables to Verus    425.00
           derivations from attachments

 07/11/06  Relles    / (28) Data Analysis                     0.3       127.50
 #5506     telephone Peterson re: Verus data                425.00

 07/12/06  Ebener    / (28) Data Analysis                     1.3       390.00
 #5807     Telephone Peterson, Relles re: data coding plans 300.00

 07/12/06  Ebener    / (28) Data Analysis                     2.8       840.00
 #5808     Develop Rust/Verus crosswalk                     300.00

 07/12/06  Peterson  / (28) Data Analysis                     1.0       700.00
 #5315     Monitor information from law firms about PIQ filings 700.00
```

{D0070772.1 }

```
Date: 08/20/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 4

                    W. R. Grace


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
07/12/06    Peterson   / (28) Data Analysis                       1.3    910.00
#5316       Telephone Ebener, Relles re: data coding plans     700.00

07/12/06    Peterson   / (28) Data Analysis                       0.4    280.00
#5317       telephone Relles re: projection results, data     700.00
            problems

07/12/06    Relles     / (28) Data Analysis                       0.4    170.00
#5507       telephone Peterson re: projection results, data   425.00
            problems

07/12/06    Relles     / (28) Data Analysis                       1.3    552.50
#5508       Telephone Peterson, Ebener re: data coding plans  425.00

07/13/06    Ebener     / (28) Data Analysis                       1.3    390.00
#5809       Telephone Peterson and Relles re: Verus data capture 300.00

07/13/06    Peterson   / (28) Data Analysis                       1.3    910.00
#5318       conference call with Relles and Ebener re: Verus  700.00
            data

07/13/06    Peterson   / (28) Data Analysis                       1.8   1260.00
#5319       Review data item crosswalk from Ebener            700.00

07/13/06    Peterson   / (28) Data Analysis                       0.5    350.00
#5320       Review Ebener list of questions about data        700.00
            collection

07/13/06    Peterson   / (28) Data Analysis                       0.3    210.00
#5321       email re: PIQ process                             700.00

07/13/06    Peterson   / (28) Data Analysis                       0.6    420.00
#5322       Telephone attorneys re: PIQ data                  700.00

07/13/06    Relles     / (28) Data Analysis                       1.3    552.50
#5509       conference call with Peterson and Ebener re: Verus 425.00
            data

07/13/06    Relles     / (28) Data Analysis                       1.3    552.50
#5510       develop marginalia indicators, link with Verus data 425.00

07/17/06    Ebener     / (28) Data Analysis                       3.0    900.00
#5810       Review Verus coding and develop list of questions 300.00

07/17/06    Peterson   / (28) Data Analysis                       4.5   3150.00
#5323       Review records for PIQs                           700.00
```

{D0070772.1 }

```
Date: 08/20/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                       Page 5

                    W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 07/18/06  Ebener    / (28) Data Analysis                     0.2      60.00
 #5811     telephone Relles re: arrange conference call     300.00

 07/18/06  Peterson  / (28) Data Analysis                     0.2     140.00
 #5324     telephone Relles re: arrange conference call     700.00

 07/18/06  Relles    / (28) Data Analysis                     0.2      85.00
 #5511     telephone Ebener re: arrange conference call     425.00

 07/18/06  Relles    / (28) Data Analysis                     0.2      85.00
 #5512     telephone Peterson re: arrange conference call   425.00

 07/19/06  Ebener    / (28) Data Analysis                     1.0     300.00
 #5812     Telephone Peterson, Relles, Eveland, Leisemer re: 300.00
           Claim sample, data capture and motion to compel;

 07/19/06  Ebener    / (28) Data Analysis                     1.0     300.00
 #5813     Review Washburn affidavit, motion to compel and  300.00
           exhibits;

 07/19/06  Peterson  / (28) Data Analysis                     1.0     700.00
 #5325     Review PIQ materials to prepare for conference call 700.00

 07/19/06  Peterson  / (28) Data Analysis                     1.0     700.00
 #5326     Telephone conference, Relles, Ebener, Leisemer,  700.00
           Eveland and preparation

 07/19/06  Peterson  / (28) Data Analysis                     3.2    2240.00
 #5327     Review Verus data collection and claim forms and 700.00
           notes of coding issues

 07/19/06  Relles    / (28) Data Analysis                     2.8    1190.00
 #5513     work with cdrom, organize data, check case       425.00
           identifiers, compare selected cases with LAS
           analysis file records

 07/20/06  Ebener    / (28) Data Analysis                     2.5     750.00
 #5814     Review medical records in PDFs for possible coding & 300.00
           write Summary

 07/20/06  Ebener    / (28) Data Analysis                     1.2     360.00
 #5815     Telephone Peterson, Relles re: sampling and data 300.00
           coding
```

{D0070772.1 }

```
Date: 08/20/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                             Page 6

                         W. R. Grace


Date/Slip# Description                                       HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 07/20/06  Peterson  / (28) Data Analysis                         1.2      840.00
 #5328     Telephone Ebener, Relles re: sampling and data       700.00
           coding

 07/20/06  Peterson  / (28) Data Analysis                         4.4     3080.00
 #5329     Review coding of PIQ forms and identify coding       700.00
           issues

 07/20/06  Relles    / (28) Data Analysis                         0.7      297.50
 #5515     review Kirkland-Ellis motions                        425.00

 07/20/06  Relles    / (28) Data Analysis                         1.2      510.00
 #5516     Telephone Peterson, Ebener re: sampling and data     425.00
           coding

 07/21/06  Peterson  / (28) Data Analysis                         2.9     2030.00
 #5330     Review Debtors' motion and materials re discovery    700.00

 07/21/06  Peterson  / (28) Data Analysis                         2.0     1400.00
 #5331     Review instructions for coding PIQ data              700.00

 07/21/06  Peterson  / (28) Data Analysis                         2.1     1470.00
 #5332     Follow-up Ebener review of medical information;      700.00
           review her materials and cases she cites

 07/23/06  Peterson  / (28) Data Analysis                         2.2     1540.00
 #5333     Review Debtors' motion and materials re exclusivity  700.00

 07/23/06  Peterson  / (28) Data Analysis                         1.8     1260.00
 #5334     Review Debtors' motion and materials re discovery    700.00

 07/25/06  Peterson  / (28) Data Analysis                         3.2     2240.00
 #5335     Review PIQ submissions                               700.00

 07/25/06  Peterson  / (28) Data Analysis                         2.0     1400.00
 #5336     Review PIQ submissions                               700.00

 07/28/06  Ebener    / (28) Data Analysis                         0.2       60.00
 #5816     Telephone Peterson re: conference call on data       300.00
           issues

 07/28/06  Ebener    / (28) Data Analysis                         0.2       60.00
 #5817     Conference call scheduling emails                    300.00

 07/28/06  Relles    / (28) Data Analysis                         1.2      510.00
 #5517     look up Libby cases in W.R. Grace database           425.00
```

{D0070772.1 }

```
Date: 08/20/06              Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 7

                    W. R. Grace


Date/Slip# Description                                       HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 07/28/06  Relles    / (28) Data Analysis                         0.2       85.00
 #5518     Telephone Peterson re: conference call on data       425.00
           issues

 07/29/06  Relles    / (28) Data Analysis                         2.7     1147.50
 #5519     link Grace sampling file with Rust data              425.00

 07/29/06  Relles    / (28) Data Analysis                         2.5     1062.50
 #5520     look at quality of the exposure information in Rust  425.00

 07/31/06  Ebener    / (28) Data Analysis                         0.8      240.00
 #5819     Identify Rust database location for product ID &     300.00
           email Relles to request sample of cases

 07/31/06  Peterson  / (28) Data Analysis                         2.9     2030.00
 #5340     Review materials on Rust process                     700.00
-------------------------------------------------------------------------------
```

```
Date: 08/20/06           Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 8

                    W. R. Grace

            Summary Of Time Charges, By Month and Activity
                      July 2006 - July 2006

  MONTH      ACTIVITY                                        HOURS    AMOUNT
  -----------------------------------------------------------------------------
  July     - (07) Committee, Creditors'                        6.0    3115.00
  July     - (28) Data Analysis                              108.5   61960.00
  July     - (99) Total                                      114.5   65075.00

  Total    - (07) Committee, Creditors'                        6.0    3115.00
  Total    - (28) Data Analysis                              108.5   61960.00
  Total    - (99) Total                                      114.5   65075.00

-------------------------------------------------------------------------------
```

{D0070772.1 }

```
Date: 08/20/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 9

                         W. R. Grace

                 Summary Of Time Charges, By Month and Person
                            July 2006 - July 2006

   MONTH       PERSON                                        HOURS     AMOUNT
   ---------------------------------------------------------------------------
   July       - Relles                                        23.4    9945.00
   July       - Peterson                                      69.5   48650.00
   July       - Ebener                                        21.6    6480.00
   July       - Total                                        114.5   65075.00

   Total      - Relles                                        23.4    9945.00
   Total      - Peterson                                      69.5   48650.00
   Total      - Ebener                                        21.6    6480.00
   Total      - Total                                        114.5   65075.00

   ---------------------------------------------------------------------------
```

{D0070772.1 }

```
Date: 08/20/06            Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 10

                    W. R. Grace

           Summary Of Time Charges, By Activity, Month, and Person
                          July 2006 - July 2006

 MONTH       PERSON                                  HOURS    RATE     AMOUNT
 ------------------------------------------------------------------------
 (07) Committee, Creditors'

 July      - Relles                                    2.2    425.      935.00
 July      - Peterson                                  2.6    700.     1820.00
 July      - Ebener                                    1.2    300.      360.00

 (28) Data Analysis

 July      - Relles                                   21.2    425.     9010.00
 July      - Peterson                                 66.9    700.    46830.00
 July      - Ebener                                   20.4    300.     6120.00

 ------------------------------------------------------------------------
```

{D0070772.1 }