```
Date: 09/08/06              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 1


                     W. R. Grace, Inc. % Elihu Inselbuch
                     Caplin & Drysdale
                     399 Park Avenue, 27th Floor
                     New York, New York 10022


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/17/06  Peterson   / (05) Claims Anal Objectn/Resolutn (Asbest)  1.5   1050.00
 #5543     Conference call with Tillinghast, lawyers and        700.00
           preparation

 08/17/06  Peterson   / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5    350.00
 #5544     Telephone Relles re: Tillinghast call                700.00

 08/17/06  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0    425.00
 #5716     Conference call with Caplin-Drysdale, Orrick, and   425.00
           Tillinghast

 08/17/06  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5    212.50
 #5721     Telephone Peterson re: Tillinghast call             425.00

 08/26/06  Relles     / (05) Claims Anal Objectn/Resolutn (Asbest)  1.7    722.50
 #5764     Prepare shipments of 1995 through 1998 data for    425.00
           Tillinghast
```

{D0071620.1 }

```
Date: 09/08/06              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 2

                      W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/07/06  Peterson   / (07) Committee, Creditors'              0.5     350.00
 #5512     Email correspondence with Finch re: Grace products 700.00

 08/14/06  Ebener     / (07) Committee, Creditors'              0.8     240.00
 #6011     Conference call Peterson, Finch              300.00

 08/14/06  Peterson   / (07) Committee, Creditors'              0.8     560.00
 #5532     Conference call, Finch and Ebener re: coding process 700.00

 08/15/06  Peterson   / (07) Committee, Creditors'              1.6    1120.00
 #5539     Review AWI opinion per Finch request as preparation 700.00
           for Grace estimation hearing re: estimation; review
           related documents

 08/16/06  Peterson   / (07) Committee, Creditors'              3.4    2380.00
 #5541     Read AWI closing argument per Finch request as      700.00
           preparation for Grace estimation hearing

 08/17/06  Ebener     / (07) Committee, Creditors'              1.0     300.00
 #6014     Conference Call Peterson, Relles, Finch, Biggs to   300.00
           discuss status of Databases

 08/17/06  Relles     / (07) Committee, Creditors'              2.0     850.00
 #5714     Prepare description of historical database for Finch 425.00
           et al

 08/22/06  Peterson   / (07) Committee, Creditors'              3.3    2310.00
 #5561     Review and respond to Eveland questions about       700.00
           coding; send memo about case to Finch

 08/22/06  Relles     / (07) Committee, Creditors'              1.2     510.00
 #5750     Email Finch re: anomalous case; send pdfs to Finch  425.00

 08/23/06  Relles     / (07) Committee, Creditors'              0.3     127.50
 #5753     Telephone Finch re: tables for Biggs                425.00

 08/25/06  Relles     / (07) Committee, Creditors'              0.2      85.00
 #5760     Email Finch re: data for Biggs                     425.00
```

```
Date: 09/08/06              Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 3

                        W. R. Grace


Date/Slip# Description                                HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 08/01/06  Ebener   / (28) Data Analysis                     0.2      60.00
 #6001     Discuss data collection status with Peterson    300.00

 08/01/06  Peterson / (28) Data Analysis                     0.2     140.00
 #5501     Discuss data collection status with Ebener      700.00

 08/01/06  Peterson / (28) Data Analysis                     4.6    3220.00
 #5502     Review Rust coding and procedures for PIQ forms 700.00

 08/01/06  Peterson / (28) Data Analysis                     1.0     700.00
 #5503     Telephone Relles re: sample selection           700.00

 08/01/06  Peterson / (28) Data Analysis                     1.2     840.00
 #5504     Review sampling plan for PIQ forms              700.00

 08/01/06  Relles   / (28) Data Analysis                     2.5    1062.50
 #5701     Develop sample selection files for review with  425.00
           Peterson

 08/01/06  Relles   / (28) Data Analysis                     1.0     425.00
 #5702     Telephone Peterson re: sample selection         425.00

 08/02/06  Peterson / (28) Data Analysis                     2.4    1680.00
 #5505     Review PIQ sample and related materials         700.00

 08/02/06  Peterson / (28) Data Analysis                     3.6    2520.00
 #5506     Review PIQ forms and work on planned analysis of 700.00
           data

 08/02/06  Relles   / (28) Data Analysis                     2.2     935.00
 #5703     Select sample                                   425.00

 08/02/06  Relles   / (28) Data Analysis                     5.2    2210.00
 #5704     Develop sample materials for Verus, send        425.00
           documentation

 08/02/06  Relles   / (28) Data Analysis                     3.2    1360.00
 #5705     Match Rust sample list and PIQ data by name, develop 425.00
           capability to link Rust and original Grace files

 08/03/06  Peterson / (28) Data Analysis                     4.6    3220.00
 #5507     Review trends in settlement values              700.00

 08/03/06  Peterson / (28) Data Analysis                     1.1     770.00
 #5508     Review Libby settlements                        700.00
```

{D0071620.1 }

```
Date: 09/08/06              Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 4

                       W. R. Grace


Date/Slip#  Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/03/06   Relles    / (28) Data Analysis                         3.2    1360.00
 #5706      More work on matching Rust sample list and PIQ data  425.00

 08/05/06   Peterson  / (28) Data Analysis                         3.5    2450.00
 #5509      Review PIQ responses re: product id                  700.00

 08/05/06   Relles    / (28) Data Analysis                         0.5     212.50
 #5707      Discuss status of Verus data collection              425.00

 08/06/06   Ebener    / (28) Data Analysis                         5.0    1500.00
 #6002      Draft coding specifications                          300.00

 08/06/06   Peterson  / (28) Data Analysis                         2.3    1610.00
 #5510      Research identities of Grace asbestos containing    700.00
            products

 08/07/06   Peterson  / (28) Data Analysis                         4.9    3430.00
 #5511      Research identities of Grace asbestos containing    700.00
            products

 08/07/06   Peterson  / (28) Data Analysis                         2.1    1470.00
 #5513      Review PIQ responses re: product id                  700.00

 08/08/06   Ebener    / (28) Data Analysis                         0.8     240.00
 #6003      Telephone Peterson re: coding                        300.00

 08/08/06   Ebener    / (28) Data Analysis                         2.0     600.00
 #6004      Meeting with Peterson to review draft coding        300.00
            specifications

 08/08/06   Peterson  / (28) Data Analysis                         2.6    1820.00
 #5514      Review proposed coding specs                         700.00

 08/08/06   Peterson  / (28) Data Analysis                         0.8     560.00
 #5515      Telephone Ebener re: coding                          700.00

 08/08/06   Peterson  / (28) Data Analysis                         4.9    3430.00
 #5516      Review PIQ forms                                     700.00

 08/08/06   Peterson  / (28) Data Analysis                         2.0    1400.00
 #5517      Review coding of PIQ forms with Ebener               700.00

 08/09/06   Ebener    / (28) Data Analysis                         0.8     240.00
 #6005      Telephone Peterson (several) re: coding process     300.00
```

{D0071620.1 }

```
Date: 09/08/06              Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 5

                     W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 08/09/06  Peterson  / (28) Data Analysis                         2.1   1470.00
 #5518     Review Actuarial Association statement on asbestos   700.00

 08/09/06  Peterson  / (28) Data Analysis                         2.8   1960.00
 #5519     Research and compile list of doctors for coding      700.00

 08/09/06  Peterson  / (28) Data Analysis                         4.3   3010.00
 #5520     Review coding of PIQ forms                           700.00

 08/09/06  Peterson  / (28) Data Analysis                         1.9   1330.00
 #5521     Compile and send coding lists to Ebener              700.00

 08/09/06  Peterson  / (28) Data Analysis                         0.8    560.00
 #5522     Telephone Ebener (several) re: coding process        700.00

 08/10/06  Ebener    / (28) Data Analysis                         1.0    300.00
 #6006     Merge Peterson and Ebener code lists for data entry  300.00

 08/10/06  Ebener    / (28) Data Analysis                         1.0    300.00
 #6007     Revise coding specification                          300.00

 08/10/06  Ebener    / (28) Data Analysis                         0.9    270.00
 #6008     Telephone Peterson re: coding and list (several      300.00
           calls)

 08/10/06  Peterson  / (28) Data Analysis                         2.0   1400.00
 #5523     Review coding instructions for PIQ                   700.00

 08/10/06  Peterson  / (28) Data Analysis                         0.9    630.00
 #5524     Telephone Ebener re: coding and list (several calls) 700.00

 08/10/06  Peterson  / (28) Data Analysis                         2.8   1960.00
 #5525     Work on revisions to coding structure, coding lists  700.00

 08/10/06  Peterson  / (28) Data Analysis                         3.9   2730.00
 #5526     Review PIQs for development of coding process        700.00

 08/11/06  Ebener    / (28) Data Analysis                         0.9    270.00
 #6009     Revise coding specifications                         300.00

 08/11/06  Peterson  / (28) Data Analysis                         3.2   2240.00
 #5527     Work on revisions to coding structure, coding lists  700.00

 08/11/06  Peterson  / (28) Data Analysis                         5.1   3570.00
 #5528     Review PIQs for development of coding process        700.00
```

{D0071620.1 }

```
Date: 09/08/06              Legal Analysis Systems, Inc.
Time: 2:00pm                                                        Page 6

                     W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 08/12/06  Peterson   / (28) Data Analysis                      4.1   2870.00
 #5529     Work on developing coding process for PIQ         700.00

 08/13/06  Ebener     / (28) Data Analysis                      5.0   1500.00
 #6010     Finalize coding specifications                    300.00

 08/13/06  Peterson   / (28) Data Analysis                      4.2   2940.00
 #5530     Review Grace discovery documents about products   700.00

 08/14/06  Ebener     / (28) Data Analysis                      0.7    210.00
 #6012     Telephone Peterson about data collection          300.00
           specifications

 08/14/06  Ebener     / (28) Data Analysis                      0.3     90.00
 #6013     Format list of Grace products for data entry     300.00

 08/14/06  Peterson   / (28) Data Analysis                      1.2    840.00
 #5531     Review materials for conference call             700.00

 08/14/06  Peterson   / (28) Data Analysis                      2.8   1960.00
 #5533     Work on coding process, and coding lists         700.00

 08/14/06  Peterson   / (28) Data Analysis                      3.4   2380.00
 #5534     Review web and Grace discovery documents about   700.00
           products

 08/14/06  Peterson   / (28) Data Analysis                      0.7    490.00
 #5535     Telephone Ebener about lists                     700.00

 08/14/06  Peterson   / (28) Data Analysis                      1.2    840.00
 #5536     Review latest coding documents                   700.00

 08/15/06  Peterson   / (28) Data Analysis                      1.0    700.00
 #5537     Telephone Relles re: status of questionnaire review 700.00

 08/15/06  Peterson   / (28) Data Analysis                      3.7   2590.00
 #5538     Review coding of PIQ forms                       700.00

 08/15/06  Relles     / (28) Data Analysis                      4.0   1700.00
 #5708     Review database development; experiment with     425.00
           additional methods for eliminating duplicates; rerun
           and compare projections with old methods

 08/15/06  Relles     / (28) Data Analysis                      0.5    212.50
 #5709     Discuss status of Verus data collection          425.00
```

{D0071620.1 }

```
Date: 09/08/06              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 7

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE      AMOUNT
--------------------------------------------------------------------------------
 08/15/06  Relles    / (28) Data Analysis                     0.8         340.00
 #5710     Review draft questionnaire review specifications 425.00

 08/15/06  Relles    / (28) Data Analysis                     1.0         425.00
 #5711     Telephone Peterson re: status of questionnaire   425.00
           review

 08/16/06  Peterson  / (28) Data Analysis                     0.6         420.00
 #5540     Telephone Relles to discuss data issues and Debtors' 700.00
           motions re: PIQ

 08/16/06  Peterson  / (28) Data Analysis                     1.1         770.00
 #5542     Review list of Libby settlements                 700.00

 08/16/06  Relles    / (28) Data Analysis                     0.6         255.00
 #5712     Telephone Peterson re: status of analysis,       425.00
           conference call agenda

 08/16/06  Relles    / (28) Data Analysis                     1.2         510.00
 #5713     Review emails during first two weeks of August   425.00

 08/17/06  Peterson  / (28) Data Analysis                     4.2        2940.00
 #5545     Review coding of PIQs                            700.00

 08/17/06  Relles    / (28) Data Analysis                     0.8         340.00
 #5715     Prepare for conference call                      425.00

 08/17/06  Relles    / (28) Data Analysis                     1.1         467.50
 #5717     Review old reports mentioned during conference call, 425.00
           reformat for distribution

 08/17/06  Relles    / (28) Data Analysis                     1.4         595.00
 #5718     Catalog and archive dvds                         425.00

 08/17/06  Relles    / (28) Data Analysis                     0.4         170.00
 #5719     Email Thomas re: Rust database conversion        425.00

 08/17/06  Relles    / (28) Data Analysis                     4.1        1742.50
 #5720     Convert Rust database to ascii format, produce flat 425.00
           files for each table, print and examine random
           samples from flat files

 08/18/06  Ebener    / (28) Data Analysis                     0.5         150.00
 #6015     Telephone Peterson re: Verus activities          300.00
```

{D0071620.1 }

```
Date: 09/08/06            Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 8

                     W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/18/06  Ebener    / (28) Data Analysis                      1.0      300.00
 #6016     Telephone Peterson, Relles, Eveland to review data  300.00
           entry specifications

 08/18/06  Ebener    / (28) Data Analysis                      0.2       60.00
 #6017     Email Relles to request sample cases for audit      300.00

 08/18/06  Peterson  / (28) Data Analysis                      1.0      700.00
 #5546     Conference call, Ebener, Relles, Verus              700.00

 08/18/06  Peterson  / (28) Data Analysis                      0.9      630.00
 #5547     Telephone Ebener (.5); Relles (.4) re: Verus        700.00
           activities

 08/18/06  Peterson  / (28) Data Analysis                      4.3     3010.00
 #5548     Review coding of PIQs                               700.00

 08/18/06  Relles    / (28) Data Analysis                      0.4      170.00
 #5722     Telephone Peterson re: Verus activities             425.00

 08/18/06  Relles    / (28) Data Analysis                      0.6      255.00
 #5723     Email Thomas (several) re: additional Rust database 425.00
           conversion problems

 08/18/06  Relles    / (28) Data Analysis                      0.7      297.50
 #5724     Prepare for conference call with Verus              425.00

 08/18/06  Relles    / (28) Data Analysis                      1.0      425.00
 #5725     Conference call with Verus, Peterson, Ebener        425.00

 08/18/06  Relles    / (28) Data Analysis                      1.4      595.00
 #5726     Process and examine Rust data                       425.00

 08/18/06  Relles    / (28) Data Analysis                      2.5     1062.50
 #5727     Compare Rust data with earlier shipments, assess    425.00
           differences

 08/18/06  Relles    / (28) Data Analysis                      4.8     2040.00
 #5728     Track down anomalies in image files: duplicates,    425.00
           erroneous identifiers, cases that do not link with
           Rust database

 08/19/06  Ebener    / (28) Data Analysis                      0.5      150.00
 #6018     Sort and merge list of doctors for data entry       300.00
```

{D0071620.1 }

```
Date: 09/08/06              Legal Analysis Systems, Inc.
Time: 2:00pm                                                            Page 9

                        W. R. Grace


Date/Slip#  Description                                       HOURS/RATE   AMOUNT
---------------------------------------------------------------------------------
08/19/06    Peterson   / (28) Data Analysis                        2.2    1540.00
#5549       Review coding instructions; send clarifying email to  700.00
            Eveland

08/19/06    Peterson   / (28) Data Analysis                        4.6    3220.00
#5550       Review PIQs for coding under new instructions         700.00

08/19/06    Relles     / (28) Data Analysis                        3.9    1657.50
#5729       Link Rust data with historical files, assess          425.00
            anomalies

08/19/06    Relles     / (28) Data Analysis                        5.9    2507.50
#5730       Examine anomalies in image files; compare with Rust   425.00
            relational database and historical claims files

08/20/06    Ebener     / (28) Data Analysis                        1.5     450.00
#6019       Inspect PDF files and data output from Rust           300.00
            transmittal CD

08/20/06    Peterson   / (28) Data Analysis                        1.2     840.00
#5551       Telephone Relles re: results of image file and        700.00
            historical file comparisons

08/20/06    Peterson   / (28) Data Analysis                        3.1    2170.00
#5552       Review summary of PIQ cases; work on sampling         700.00
            framework

08/20/06    Peterson   / (28) Data Analysis                        3.8    2660.00
#5553       Review latest pdfs of claims data                     700.00

08/20/06    Relles     / (28) Data Analysis                        1.5     637.50
#5731       Select sample of 1,000 cases                          425.00

08/20/06    Relles     / (28) Data Analysis                        2.6    1105.00
#5732       Read through image files for anomalous cases          425.00

08/20/06    Relles     / (28) Data Analysis                        1.2     510.00
#5733       Telephone Peterson re: results of image file and      425.00
            historical file comparisons

08/20/06    Relles     / (28) Data Analysis                        1.4     595.00
#5734       Develop pdfs that indicate specific types of          425.00
            problems, send to Ebener and Peterson
```

{D0071620.1 }

```
Date: 09/08/06              Legal Analysis Systems, Inc.
Time: 2:00pm                                                        Page 10

                     W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 08/20/06  Relles    / (28) Data Analysis                1.5       637.50
 #5735     Develop known-exposure index, rerun sample of 1,000  425.00
           cases

 08/21/06  Ebener    / (28) Data Analysis                1.0       300.00
 #6020     Telephone Peterson, Relles, Eveland to discuss data  300.00
           entry specifications and pretest

 08/21/06  Ebener    / (28) Data Analysis                1.0       300.00
 #6021     Meet with Relles re: Verus program for data          300.00
           recording

 08/21/06  Ebener    / (28) Data Analysis                1.5       450.00
 #6022     Test draft data entry screens                        300.00

 08/21/06  Peterson  / (28) Data Analysis                1.0       700.00
 #5554     Conference call with Eveland, Relles and Ebener re:  700.00
           Verus data recording

 08/21/06  Peterson  / (28) Data Analysis                2.8      1960.00
 #5555     Review disease transitions Grace and PIQ data;       700.00
           request additional transitions from Relles

 08/21/06  Peterson  / (28) Data Analysis                1.7      1190.00
 #5556     Work on sampling framework                           700.00

 08/21/06  Peterson  / (28) Data Analysis                3.1      2170.00
 #5557     Address issue of reviewing information from          700.00
           discovery documents

 08/21/06  Relles    / (28) Data Analysis                1.6       680.00
 #5736     Prepare tables and documentation for Biggs           425.00

 08/21/06  Relles    / (28) Data Analysis                1.0       425.00
 #5737     Conference call with Eveland, Peterson, and Ebener   425.00
           re: Verus data recording

 08/21/06  Relles    / (28) Data Analysis                1.0       425.00
 #5738     Meet with Ebener re: Verus program for data          425.00
           recording

 08/21/06  Relles    / (28) Data Analysis                2.1       892.50
 #5739     Redesign sampling methods to work with multiple Rust 425.00
           records about a claimant
```

{D0071620.1 }

```
Date: 09/08/06              Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 11

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 08/21/06  Relles    / (28) Data Analysis                        1.2   510.00
 #5740     Select test samples for Eveland and Ebener         425.00

 08/21/06  Relles    / (28) Data Analysis                        2.0   850.00
 #5741     Generate batches of sampled cases                  425.00

 08/21/06  Relles    / (28) Data Analysis                        0.3   127.50
 #5742     Email David Smith (Caplin-Drysdale) re: anomalous  425.00
           disks

 08/21/06  Relles    / (28) Data Analysis                        4.4  1870.00
 #5743     Patch Rust cdrom for use by Verus                  425.00

 08/21/06  Relles    / (28) Data Analysis                        3.0  1275.00
 #5744     Generate pdf images of sampled cases to send to   425.00
           Verus

 08/22/06  Ebener    / (28) Data Analysis                        0.5   150.00
 #6023     Meeting with Peterson to review data entry screens 300.00
           and needed revisions

 08/22/06  Ebener    / (28) Data Analysis                        1.0   300.00
 #6024     Prepare list of revisions to data entry screens and 300.00
           email and fax to Eveland

 08/22/06  Peterson  / (28) Data Analysis                        3.4  2380.00
 #5558     Review parties' expert designations               700.00

 08/22/06  Peterson  / (28) Data Analysis                        1.9  1330.00
 #5559     Review Grace documents re: asbestos products      700.00

 08/22/06  Peterson  / (28) Data Analysis                        0.4   280.00
 #5560     Telephone Relles re: sample selection             700.00

 08/22/06  Peterson  / (28) Data Analysis                        0.5   350.00
 #5562     Review sampling information sent by Relles        700.00

 08/22/06  Peterson  / (28) Data Analysis                        0.5   350.00
 #5563     Meeting with Ebener to review data entry screens and 700.00
           needed revisions

 08/22/06  Relles    / (28) Data Analysis                        1.0   425.00
 #5745     Document dvds sent to Verus                       425.00

 08/22/06  Relles    / (28) Data Analysis                        0.4   170.00
 #5746     Telephone Peterson re: sample selection           425.00
```

{D0071620.1 }

```
Date: 09/08/06              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 12

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 08/22/06  Relles    / (28) Data Analysis                     1.4        595.00
 #5747     Examine additional pdf images                    425.00

 08/22/06  Relles    / (28) Data Analysis                     3.3       1402.50
 #5748     Patch Rust cdrom for use by Verus                425.00

 08/22/06  Relles    / (28) Data Analysis                     0.7        297.50
 #5749     Review case referred to in Eveland email        425.00

 08/22/06  Relles    / (28) Data Analysis                     1.4        595.00
 #5751     Catalog images on patched cdroms                 425.00

 08/22/06  Relles    / (28) Data Analysis                     2.0        850.00
 #5752     Examine questionnaire data, compare with historic 425.00
           data

 08/23/06  Ebener    / (28) Data Analysis                     2.0        600.00
 #6025     Test data entry screens                          300.00

 08/23/06  Ebener    / (28) Data Analysis                     0.3         90.00
 #6026     Telephone Relles about new version of data entry 300.00
           screens

 08/23/06  Peterson  / (28) Data Analysis                     0.3        210.00
 #5564     Review Ebener comments to Eveland                700.00

 08/23/06  Peterson  / (28) Data Analysis                     3.2       2240.00
 #5565     Review Grace interogatory responses and other   700.00
           discovery re: products

 08/23/06  Peterson  / (28) Data Analysis                     1.1        770.00
 #5566     Review summary statistical documents from Relles 700.00

 08/23/06  Peterson  / (28) Data Analysis                     1.8       1260.00
 #5567     Review PIQ forms and data                        700.00

 08/23/06  Relles    / (28) Data Analysis                     0.6        255.00
 #5754     Compose and send email to Biggs                  425.00

 08/23/06  Relles    / (28) Data Analysis                     1.6        680.00
 #5755     Review questionnaire data looking for response  425.00
           patterns by law firm

 08/23/06  Relles    / (28) Data Analysis                     1.7        722.50
 #5756     Receive latest Verus data entry screens, review 425.00
           screens, set up for Ebener meeting
```

{D0071620.1 }

```
Date: 09/08/06              Legal Analysis Systems, Inc.
Time: 2:00pm                                                            Page 13

                           W. R. Grace


Date/Slip# Description                                       HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 08/23/06  Relles    / (28) Data Analysis                         0.3     127.50
 #5757     Telephone Ebener about new version of data entry     425.00
           screens

 08/24/06  Ebener    / (28) Data Analysis                         0.3      90.00
 #6027     Telephone Peterson re: email                         300.00

 08/24/06  Peterson  / (28) Data Analysis                         4.8    3360.00
 #5568     Compile comprehensive list of Grace asbestos         700.00
           products from multiple sources

 08/24/06  Peterson  / (28) Data Analysis                         0.5     350.00
 #5569     Review Biggs' email re: data                         700.00

 08/24/06  Peterson  / (28) Data Analysis                         0.8     560.00
 #5570     Review Ebener email and respond (.5); telephone      700.00
           Ebener re: email (.3)

 08/24/06  Peterson  / (28) Data Analysis                         3.3    2310.00
 #5571     Review PIQ forms and data                            700.00

 08/24/06  Relles    / (28) Data Analysis                         2.0     850.00
 #5758     Go to SEER site, read documentation, order latest    425.00
           copy of SEER data

 08/25/06  Peterson  / (28) Data Analysis                         1.7    1190.00
 #5572     Review Judge Wolin's decision in fraudulent transfer 700.00
           case

 08/25/06  Peterson  / (28) Data Analysis                         3.8    2660.00
 #5573     Review Verus coding of sample PIQ cases              700.00

 08/25/06  Relles    / (28) Data Analysis                         1.0     425.00
 #5759     Telephone Biggs re: tables                           425.00

 08/25/06  Relles    / (28) Data Analysis                         0.8     340.00
 #5761     Telephone Honig re: duplicates                       425.00

 08/25/06  Relles    / (28) Data Analysis                         2.7    1147.50
 #5762     Work on duplicates identification                    425.00

 08/26/06  Ebener    / (28) Data Analysis                         1.7     510.00
 #6028     Review sample claims coded by Verus                  300.00

 08/26/06  Relles    / (28) Data Analysis                         5.0    2125.00
 #5763     Work on duplicates identification                    425.00
```

{D0071620.1 }

```
Date: 09/08/06            Legal Analysis Systems, Inc.
Time: 2:00pm                                                         Page 14

                          W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/27/06  Ebener   / (28) Data Analysis                       2.4      720.00
 #6029     Review sample claims coded by Verus              300.00

 08/27/06  Peterson / (28) Data Analysis                       2.7     1890.00
 #5574     Review detailed coding of sample cases           700.00

 08/27/06  Peterson / (28) Data Analysis                       2.5     1750.00
 #5575     Research and compile list of asbestos products and 700.00
           names

 08/27/06  Peterson / (28) Data Analysis                       2.4     1680.00
 #5576     Review documents forwarded by Snyder             700.00

 08/28/06  Peterson / (28) Data Analysis                       2.5     1750.00
 #5577     Review detailed coding of sample cases           700.00

 08/28/06  Peterson / (28) Data Analysis                       3.2     2240.00
 #5578     Research and compile list of asbestos products and 700.00
           names

 08/28/06  Peterson / (28) Data Analysis                       0.3      210.00
 #5579     Telephone Relles re: Verus spreadsheet           700.00

 08/28/06  Peterson / (28) Data Analysis                       1.2      840.00
 #5580     Compile list of Grace's re-labeled asbestos products 700.00

 08/28/06  Relles   / (28) Data Analysis                       1.2      510.00
 #5765     Review latest Verus spreadsheet                  425.00

 08/28/06  Relles   / (28) Data Analysis                       0.3      127.50
 #5766     Telephone Peterson re: Verus spreadsheet         425.00

 08/30/06  Ebener   / (28) Data Analysis                       0.3       90.00
 #6030     Email additional revisions to Eveland            300.00

 08/30/06  Peterson / (28) Data Analysis                       4.6     3220.00
 #5581     Review Verus coding and send comments            700.00

 08/30/06  Relles   / (28) Data Analysis                       2.0      850.00
 #5767     Install SEER program, get familiar with features 425.00

 08/30/06  Relles   / (28) Data Analysis                       0.8      340.00
 #5768     Read SEER documentation                          425.00
```

{D0071620.1 }

```
Date: 09/08/06              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 15

                      W. R. Grace


Date/Slip# Description                                     HOURS/RATE     AMOUNT
--------------------------------------------------------------------------------
 08/30/06  Relles    / (28) Data Analysis                       1.2       510.00
 #5769     Compute SEER mesothelioma rates using several      425.00
           methods

 08/30/06  Relles    / (28) Data Analysis                       1.2       510.00
 #5770     Investigate US population statistics through 2003  425.00

 08/30/06  Relles    / (28) Data Analysis                       1.8       765.00
 #5771     Compute adjusted estimates of mesothelioma incidence 425.00
           through 2003

 08/31/06  Ebener    / (28) Data Analysis                       0.3        90.00
 #6031     Review Eveland reply to requested updates to data  300.00
           entry screens

 08/31/06  Peterson  / (28) Data Analysis                       0.7       490.00
 #5582     Review Ebener email re: coding and Eveland's       700.00
           responses

 08/31/06  Peterson  / (28) Data Analysis                       0.8       560.00
 #5583     Telephone Relles re: SEER results                  700.00

 08/31/06  Peterson  / (28) Data Analysis                       3.8      2660.00
 #5584     Review coding of PIQ forms                         700.00

 08/31/06  Relles    / (28) Data Analysis                       0.8       340.00
 #5772     Telephone Peterson re: SEER results                425.00

 08/31/06  Relles    / (28) Data Analysis                       1.5       637.50
 #5773     Vary assumptions about what is a duplicate, examine 425.00
           effects of assumptions

 08/31/06  Relles    / (28) Data Analysis                       3.3      1402.50
 #5774     Compute age-specific SEER meso rates; compute      425.00
           age-specific population totals; examine sensitivity
           of results to underlying rates
--------------------------------------------------------------------------------
```

{D0071620.1 }

```
Date: 09/08/06              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 16

                     W. R. Grace

                Summary Of Time Charges, By Month and Activity
                         August 2006 - August 2006

   MONTH        ACTIVITY                                          HOURS      AMOUNT
   ------------------------------------------------------------------------------
   August    - (05) Claims Anal Objectn/Resolutn (Asbest)           5.2     2760.00
   August    - (07) Committee, Creditors'                          15.1     8832.50
   August    - (28) Data Analysis                                  336.5  188792.50
   August    - (99) Total                                          356.8  200385.00

   Total     - (05) Claims Anal Objectn/Resolutn (Asbest)            5.2     2760.00
   Total     - (07) Committee, Creditors'                           15.1     8832.50
   Total     - (28) Data Analysis                                  336.5  188792.50
   Total     - (99) Total                                          356.8  200385.00

   ------------------------------------------------------------------------------
```

{D0071620.1 }

```
Date: 09/08/06              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 17

                            W. R. Grace

                  Summary Of Time Charges, By Month and Person
                          August 2006 - August 2006

   MONTH        PERSON                                          HOURS      AMOUNT
   ------------------------------------------------------------------------------
   August      - Relles                                         126.6   53805.00
   August      - Peterson                                       193.8  135660.00
   August      - Ebener                                          36.4   10920.00
   August      - Total                                          356.8  200385.00

   Total       - Relles                                         126.6   53805.00
   Total       - Peterson                                       193.8  135660.00
   Total       - Ebener                                          36.4   10920.00
   Total       - Total                                          356.8  200385.00

   ------------------------------------------------------------------------------
```

{D0071620.1 }

```
Date: 09/08/06          Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 18

                  W. R. Grace

             Summary Of Time Charges, By Activity, Month, and Person
                      August 2006 - August 2006

 MONTH       PERSON                                 HOURS    RATE     AMOUNT
 ----------------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 August    - Relles                                   3.2    425.    1360.00
 August    - Peterson                                 2.0    700.    1400.00

 (07) Committee, Creditors'

 August    - Relles                                   3.7    425.    1572.50
 August    - Peterson                                 9.6    700.    6720.00
 August    - Ebener                                   1.8    300.     540.00

 (28) Data Analysis

 August    - Relles                                 119.7    425.   50872.50
 August    - Peterson                                182.2   700.  127540.00
 August    - Ebener                                   34.6   300.   10380.00

 ----------------------------------------------------------------------------
```

{D0071620.1 }