```
Date: 10/18/06          Legal Analysis Systems, Inc.
Time: 10:am                                                    Page 1


                   W. R. Grace, Inc. % Elihu Inselbuch
                   Caplin & Drysdale
                   399 Park Avenue, 27th Floor
                   New York, New York 10022
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 09/18/06 #5830 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) Review Tillinghast summaries of Grace claims data | 1.5 700.00 | 1050.00 |
| 09/21/06 #6061 | Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) Email communication with Tillinghast re: sending Rust database | 0.3 425.00 | 127.50 |
| 09/21/06 #6062 | Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) Telephone Leonard at Tillinghast (several calls) re: sending Rust database | 0.4 425.00 | 170.00 |
| 09/22/06 #6065 | Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) Develop analysis files using party entry year, reproduce Tillinghast tables | 2.8 425.00 | 1190.00 |
| 09/26/06 #6071 | Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) Work on resolving discrepancies with Tillinghast | 0.8 425.00 | 340.00 |
| 09/29/06 #6092 | Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) Telephone Tillinghast re: filing count discrepancies | 0.4 425.00 | 170.00 |

```
Date: 10/18/06          Legal Analysis Systems, Inc.
Time: 10:am                                                         Page 2

          W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
----------------------------------------------------------------------------
09/13/06  Peterson  / (07) Committee, Creditors'              1.0   700.00
#5824     Telephone Finch re: September 11 hearing and     700.00
          planning

09/14/06  Peterson  / (07) Committee, Creditors'              0.4   280.00
#5828     Telephone Inselbuch re: October meeting          700.00

09/18/06  Peterson  / (07) Committee, Creditors'              0.6   420.00
#5831     emails with Ebener, Finch re: jury verdicts      700.00

09/21/06  Peterson  / (07) Committee, Creditors'              0.6   420.00
#5840     Review Finch and Relles emails re: Rust files   700.00

09/27/06  Peterson  / (07) Committee, Creditors'              1.0   700.00
#5853     Telephone conference Relles, Finch, Lockwood,   700.00
          Slocombe re: poc and piq processes; and preparation

09/27/06  Peterson  / (07) Committee, Creditors'              1.0   700.00
#5856     emails with Finch and Relles re: PIQ claims     700.00

09/27/06  Relles    / (07) Committee, Creditors'              1.0   425.00
#6074     Conference call with Finch, Slocombe, Peterson re: 425.00
          data collection and interpretation

09/28/06  Peterson  / (07) Committee, Creditors'              1.3   910.00
#5857     emails with Finch and Relles re: PIQ claims     700.00

09/28/06  Relles    / (07) Committee, Creditors'              0.9   382.50
#6081     Review emails from Finch on law firms' claimant  425.00
          lists

09/28/06  Relles    / (07) Committee, Creditors'              0.6   255.00
#6085     Summarize status of responses from law firms; email 425.00
          Finch re: same

09/29/06  Relles    / (07) Committee, Creditors'              5.8  2465.00
#6090     Run projection variations for Inselbuch meeting in 425.00
          NY, assemble tables and graphics

09/30/06  Relles    / (07) Committee, Creditors'              2.0   850.00
#6100     Develop tables for Finch                         425.00

09/30/06  Relles    / (07) Committee, Creditors'              0.8   340.00
#6101     Work on tables for Inselbuch meeting             425.00
```

```
Date: 10/18/06          Legal Analysis Systems, Inc.
Time: 10:am                                                      Page 3

          W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 09/01/06 #6301 | Ebener   / (28) Data Analysis<br>Further revise coding specs and email Eveland with updates | 0.4<br>300.00 | 120.00 |
| 09/01/06 #5801 | Peterson  / (28) Data Analysis<br>Telephone Relles re: SEER | 0.6<br>700.00 | 420.00 |
| 09/01/06 #6001 | Relles   / (28) Data Analysis<br>Telephone Peterson re: SEER | 0.6<br>425.00 | 255.00 |
| 09/01/06 #6002 | Relles   / (28) Data Analysis<br>Develop graphics to summarize Seer projections | 1.2<br>425.00 | 510.00 |
| 09/01/06 #6003 | Relles   / (28) Data Analysis<br>Access population data to project to national level | 1.5<br>425.00 | 637.50 |
| 09/01/06 #6004 | Relles   / (28) Data Analysis<br>Access person-level Seer data, examine utility for estimating rates | 1.0<br>425.00 | 425.00 |
| 09/02/06 #5802 | Peterson  / (28) Data Analysis<br>Review Sealed Aire documents | 3.4<br>700.00 | 2380.00 |
| 09/02/06 #6005 | Relles   / (28) Data Analysis<br>Archive datasets and programs | 2.1<br>425.00 | 892.50 |
| 09/03/06 #5803 | Peterson  / (28) Data Analysis<br>Review PIQ data and coding | 4.5<br>700.00 | 3150.00 |
| 09/04/06 #5804 | Peterson  / (28) Data Analysis<br>Work on analyses of asbestos liability | 5.2<br>700.00 | 3640.00 |
| 09/05/06 #5805 | Peterson  / (28) Data Analysis<br>Telephone Relles re: analysis issues | 0.5<br>700.00 | 350.00 |
| 09/05/06 #5806 | Peterson  / (28) Data Analysis<br>Review Bates's reports for Sealed Air litigation | 4.8<br>700.00 | 3360.00 |
| 09/05/06 #6006 | Relles   / (28) Data Analysis<br>Telephone Peterson re: analysis issues | 0.5<br>425.00 | 212.50 |
| 09/05/06 #6007 | Relles   / (28) Data Analysis<br>Update analytical databases for years 1995-1998 to estimate transition matrices for open claims | 2.4<br>425.00 | 1020.00 |

{D0072702.1 }

```
Date: 10/18/06          Legal Analysis Systems, Inc.
Time: 10:am                                                      Page 4

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
09/05/06  Relles   / (28) Data Analysis                0.7     297.50
#6008     Estimate transition matrices for open claims  425.00

09/05/06  Relles   / (28) Data Analysis                0.8     340.00
#6009     Develop links to most recent Manville data   425.00

09/05/06  Relles   / (28) Data Analysis                1.6     680.00
#6010     Update analytical databases based on Manville links  425.00
          and new transition matrices

09/05/06  Relles   / (28) Data Analysis                2.4    1020.00
#6011     Work on algorithms for automatically identifying and  425.00
          estimating duplicates

09/06/06  Peterson  / (28) Data Analysis               1.0     700.00
#5807     telephone Relles: discuss Seer results       700.00

09/06/06  Peterson  / (28) Data Analysis               0.8     560.00
#5808     Review Seer documents                        700.00

09/06/06  Peterson  / (28) Data Analysis               1.4     980.00
#5809     Review Libby resolutions                     700.00

09/06/06  Peterson  / (28) Data Analysis               2.9    2030.00
#5810     Work on analysis of liabilities              700.00

09/06/06  Relles   / (28) Data Analysis                2.2     935.00
#6012     Fit logistic models to identify duplicates using  425.00
          frequency of names and auxiliary information

09/06/06  Relles   / (28) Data Analysis                0.8     340.00
#6013     Obtain listings and frequencies to examine output  425.00
          databases; identify problem cases

09/06/06  Relles   / (28) Data Analysis                2.6    1105.00
#6014     Revise algorithms; update databases; examine results  425.00

09/06/06  Relles   / (28) Data Analysis                0.7     297.50
#6015     Summarize Seer results for Peterson discussion  425.00

09/06/06  Relles   / (28) Data Analysis                1.0     425.00
#6016     Telephone Peterson re: discuss Seer results  425.00

09/07/06  Ebener   / (28) Data Analysis                0.5     150.00
#6302     Update Grace product code list               300.00
```

{D0072702.1 }

```
Date: 10/18/06          Legal Analysis Systems, Inc.
Time: 10:am                                                        Page 5

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
09/07/06  Peterson  / (28) Data Analysis               0.6     420.00
#5811     telephone Relles re: results of projections 700.00

09/07/06  Peterson  / (28) Data Analysis               2.8    1960.00
#5812     Review projections and alternatives          700.00

09/07/06  Peterson  / (28) Data Analysis               0.6     420.00
#5813     Telephone Relles re: effects of counts of Seer sites 700.00

09/07/06  Peterson  / (28) Data Analysis               2.1    1470.00
#5814     Review Seer documents                        700.00

09/07/06  Peterson  / (28) Data Analysis               1.8    1260.00
#5815     Review Grace data on claims parameters       700.00

09/07/06  Relles    / (28) Data Analysis               0.6     255.00
#6017     Telephone Peterson re: effects of counts of Seer  425.00
          sites

09/07/06  Relles    / (28) Data Analysis               2.0     850.00
#6018     Eliminate duplicates from analytical files   425.00

09/07/06  Relles    / (28) Data Analysis               1.7     722.50
#6019     Set up and run projections, summarize results 425.00

09/07/06  Relles    / (28) Data Analysis               0.8     340.00
#6020     Compare new results with old, check output   425.00

09/07/06  Relles    / (28) Data Analysis               0.6     255.00
#6021     Telephone Peterson re: results of projections 425.00

09/07/06  Relles    / (28) Data Analysis               1.5     637.50
#6022     Access Seer for 13-site and 17-site mesothelioma  425.00
          rates

09/07/06  Relles    / (28) Data Analysis               1.3     552.50
#6023     Summarize Seer results, compare with Nicholson and  425.00
          KPMG

09/07/06  Relles    / (28) Data Analysis               1.0     425.00
#6024     Read debtor's July 24 brief on analysis methods  425.00

09/08/06  Ebener    / (28) Data Analysis               0.5     150.00
#6303     Telephone Peterson re: PIQ process           300.00
```

{D0072702.1 }

```
Date: 10/18/06          Legal Analysis Systems, Inc.
Time: 10:am                                                      Page 6

          W. R. Grace


Date/Slip# Description                                 HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
09/08/06  Peterson  / (28) Data Analysis                    3.7   2590.00
#5816     Review Grace's filings re: extension of exclusivity 700.00

09/08/06  Peterson  / (28) Data Analysis                    1.8   1260.00
#5817     Review list of Grace products and other matters re: 700.00
          PIQ process (1.3); telephone Ebener (.5)

09/08/06  Relles   / (28) Data Analysis                     0.3    127.50
#6025     Email Cord Thomas re: more DVDs from Kirkland-Ellis 425.00

09/08/06  Relles   / (28) Data Analysis                     0.3    127.50
#6026     Email David Smith re: more DVDs from Kirkland-Ellis 425.00

09/08/06  Relles   / (28) Data Analysis                     2.9   1232.50
#6027     Automate entire analysis (dataset generation,     425.00
          duplicates elimination, projections) to facilitate
          running sensitivity analysis variations

09/08/06  Relles   / (28) Data Analysis                     1.5    637.50
#6028     Compare outputs from sensitivity analysis variations 425.00

09/10/06  Peterson  / (28) Data Analysis                    2.4   1680.00
#5818     Review Relles analyses of alternative forecasts  700.00

09/10/06  Peterson  / (28) Data Analysis                    3.6   2520.00
#5819     Organize analyses of asbestos liabilities.       700.00

09/11/06  Peterson  / (28) Data Analysis                    0.2    140.00
#5820     telephone Relles re: next steps                  700.00

09/11/06  Peterson  / (28) Data Analysis                    3.4   2380.00
#5821     Review Grace's filings re: estimation            700.00

09/11/06  Relles   / (28) Data Analysis                     0.2     85.00
#6029     Telephone Peterson re: next steps                425.00

09/12/06  Ebener   / (28) Data Analysis                     0.3     90.00
#6304     Telephone Peterson re: Verus                     300.00

09/12/06  Peterson  / (28) Data Analysis                    5.2   3640.00
#5822     Review settlement data across defendants         700.00

09/12/06  Peterson  / (28) Data Analysis                    0.3    210.00
#5823     Telephone Ebener re: Verus                       700.00
```

{D0072702.1 }

```
Date: 10/18/06          Legal Analysis Systems, Inc.
Time: 10:am                                                        Page 7

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
09/12/06  Relles   / (28) Data Analysis                   0.3    127.50
#6030     Communication with David Smith re: dvd shipment 425.00

09/13/06  Ebener   / (28) Data Analysis                   0.3     90.00
#6305     Exchange email with Eveland on status of database 300.00
          and coding

09/13/06  Peterson / (28) Data Analysis                   6.3   4410.00
#5825     Review and develop response to Debtor's description 700.00
          of LAS forecasting methods

09/13/06  Peterson / (28) Data Analysis                   1.2    840.00
#5826     Review issues re: Verus coding and related emails 700.00

09/13/06  Relles   / (28) Data Analysis                   1.8    765.00
#6031     Work with Cord Thomas to translate 20060814 database 425.00
          to flat files

09/13/06  Relles   / (28) Data Analysis                   3.2   1360.00
#6032     Review and summarize contents of dvds, examine   425.00
          20060905 database thereby discovered

09/14/06  Peterson / (28) Data Analysis                   0.4    280.00
#5827     telephone Relles re: plans for proceeding       700.00

09/14/06  Relles   / (28) Data Analysis                   2.7   1147.50
#6033     Process 20060814 flat files to produce analysis 425.00
          files, examine listings and frequencies

09/14/06  Relles   / (28) Data Analysis                   0.4    170.00
#6034     Telephone Peterson re: plans for proceeding     425.00

09/14/06  Relles   / (28) Data Analysis                   0.7    297.50
#6035     Work with Cord Thomas to translate 20060905 database 425.00
          to flat files

09/14/06  Relles   / (28) Data Analysis                   2.3    977.50
#6036     Translate 20060905 database to flat files, examine 425.00
          listings and frequencies

09/14/06  Relles   / (28) Data Analysis                   2.3    977.50
#6037     Translate Verus Access database to flat files,  425.00
          examine listings and frequencies, compare new data
          with old
```

```
Date: 10/18/06          Legal Analysis Systems, Inc.
Time: 10:am                                                      Page 8

          W. R. Grace


Date/Slip# Description                             HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
09/15/06  Relles   / (28) Data Analysis                 1.7    722.50
#6038     Summarize and distribute data from Verus     425.00

09/16/06  Ebener   / (28) Data Analysis                 3.0    900.00
#6306     Install Access and review Verus case coding  300.00

09/16/06  Peterson / (28) Data Analysis                 3.7   2590.00
#5829     Review coded PIQ data                         700.00

09/17/06  Relles   / (28) Data Analysis                 2.3    977.50
#6039     Compare new Rust data to old, look for differences 425.00
          and anomalies, review programs to produce analytical
          databases and random samples

09/18/06  Peterson / (28) Data Analysis                 2.8   1960.00
#5832     Review Sealed Air report tables               700.00

09/18/06  Relles   / (28) Data Analysis                 2.7   1147.50
#6040     Review Biggs' computations, work on replicating her 425.00
          results

09/19/06  Ebener   / (28) Data Analysis                 0.5    150.00
#6307     Review coding forms and other documentation from 300.00
          prior coding operations

09/19/06  Peterson / (28) Data Analysis                 0.4    280.00
#5833     telephone Relles re: Biggs discussion, Verus data, 700.00
          Verus sample selection

09/19/06  Peterson / (28) Data Analysis                 2.1   1470.00
#5834     Review recent claims tables                   700.00

09/19/06  Peterson / (28) Data Analysis                 2.5   1750.00
#5835     Review Verus protocols, sampling issues       700.00

09/19/06  Relles   / (28) Data Analysis                 2.3    977.50
#6041     Resolve discrepancies between Biggs' tables and LAS' 425.00

09/19/06  Relles   / (28) Data Analysis                 0.9    382.50
#6042     Examine "liquidated claims" values, compare with 425.00
          regular closed claim values

09/19/06  Relles   / (28) Data Analysis                 0.6    255.00
#6043     Go over Biggs' questions, prepare for telephone call 425.00
```

{D0072702.1 }

```
Date: 10/18/06          Legal Analysis Systems, Inc.
Time: 10:am                                                       Page 9

          W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
09/19/06  Relles   / (28) Data Analysis                       0.9     382.50
#6044     Telephone Biggs re: discuss data                  425.00

09/19/06  Relles   / (28) Data Analysis                       0.4     170.00
#6045     Telephone Peterson re: Biggs discussion, Verus data, 425.00
          Verus sample selection

09/19/06  Relles   / (28) Data Analysis                       2.3     977.50
#6046     Develop summary files for Rust data               425.00

09/19/06  Relles   / (28) Data Analysis                       1.5     637.50
#6047     Select sample of Rust data for Verus coding       425.00

09/19/06  Relles   / (28) Data Analysis                       0.4     170.00
#6048     Respond to Biggs' question about Rust data        425.00

09/20/06  Ebener   / (28) Data Analysis                       0.1      30.00
#6308     Email Relles and Peterson and distribute          300.00
          documentation

09/20/06  Ebener   / (28) Data Analysis                       0.5     150.00
#6309     Telephone Relles re: status of Mealey data        300.00
          collection efforts

09/20/06  Ebener   / (28) Data Analysis                       0.2      60.00
#6310     Telephone Relles about source materials and raw data 300.00

09/20/06  Ebener   / (28) Data Analysis                       0.5     150.00
#6311     Recruit coders                                    300.00

09/20/06  Peterson / (28) Data Analysis                       3.6    2520.00
#5836     Review PIQ statements about exposures to Grace    700.00
          products

09/20/06  Peterson / (28) Data Analysis                       1.6    1120.00
#5837     Collect and organize materials on verdicts        700.00

09/20/06  Peterson / (28) Data Analysis                       0.5     350.00
#5838     Telephone Relles re: sensitivity analyses         700.00

09/20/06  Relles   / (28) Data Analysis                       0.2      85.00
#6049     Telephone Ebener about source materials and raw data 425.00

09/20/06  Relles   / (28) Data Analysis                       0.5     212.50
#6050     Telephone Peterson re: sensitivity analyses       425.00
```

{D0072702.1 }

```
Date: 10/18/06          Legal Analysis Systems, Inc.
Time: 10:am                                                        Page 10

          W. R. Grace


Date/Slip# Description                                 HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
09/20/06  Relles   / (28) Data Analysis                      1.2    510.00
#6051     Utilize party entry date as filing year; run     425.00
          projections; compare with old projections

09/20/06  Relles   / (28) Data Analysis                      1.1    467.50
#6052     Review jury verdicts information                 425.00

09/20/06  Relles   / (28) Data Analysis                      0.5    212.50
#6053     Telephone Ebener re: status of Mealey data       425.00
          collection efforts

09/20/06  Relles   / (28) Data Analysis                      1.3    552.50
#6054     Produce supplementary sample of claims for Verus 425.00

09/20/06  Relles   / (28) Data Analysis                      1.8    765.00
#6055     Run sensitivity analysis using different definitions 425.00
          of filing year and disease

09/20/06  Relles   / (28) Data Analysis                      0.9    382.50
#6056     Identify known exposures in Rust exposures table 425.00

09/21/06  Ebener   / (28) Data Analysis                      1.5    450.00
#6312     Meeting with Peterson to review coding forms and 300.00
          specifications

09/21/06  Ebener   / (28) Data Analysis                      1.5    450.00
#6313     Revise specifications and forms and code lists    300.00

09/21/06  Ebener   / (28) Data Analysis                      0.3     90.00
#6314     Meeting with Relles on previously coded verdicts  300.00

09/21/06  Peterson / (28) Data Analysis                      0.3    210.00
#5839     telephone Relles re: Rust database, sensitivity   700.00
          analysis projections

09/21/06  Peterson / (28) Data Analysis                      3.1   2170.00
#5841     Review PIQ data (1.6); meet with Ebener (1.5) re: 700.00
          same

09/21/06  Relles   / (28) Data Analysis                      0.3    127.50
#6057     Meeting with Ebener on previously coded verdicts  425.00

09/21/06  Relles   / (28) Data Analysis                      1.6    680.00
#6058     Check Rust database for problems and inconsistencies 425.00
```

```
Date: 10/18/06          Legal Analysis Systems, Inc.
Time: 10:am                                                  Page 11

          W. R. Grace


Date/Slip# Description                            HOURS/RATE   AMOUNT
---------------------------------------------------------------------
09/21/06  Relles    / (28) Data Analysis              1.5     637.50
#6059     Revise sample selection algorithms to correspond to 425.00
          new data

09/21/06  Relles    / (28) Data Analysis              2.8    1190.00
#6060     Produce pdfs of supplementary sample pdfs for Verus 425.00

09/21/06  Relles    / (28) Data Analysis              0.3     127.50
#6063     Telephone Peterson re: Rust database, sensitivity   425.00
          analysis projections

09/22/06  Peterson  / (28) Data Analysis              2.1    1470.00
#5842     Review jury verdict information             700.00

09/22/06  Relles    / (28) Data Analysis              1.8     765.00
#6064     Run sensitivity analysis using different definitions 425.00
          of filing year and disease

09/23/06  Ebener    / (28) Data Analysis              0.5     150.00
#6315     Follow-up with coders on availability       300.00

09/24/06  Peterson  / (28) Data Analysis              0.8     560.00
#5843     telephone Relles re: summaries of Grace liabilities 700.00

09/24/06  Relles    / (28) Data Analysis              2.9    1232.50
#6066     Examine data from latest Verus entry; reformat for  425.00
          analysis; distribute summary to Peterson and Ebener

09/24/06  Relles    / (28) Data Analysis              1.7     722.50
#6067     Prepare summaries of Grace liabilities      425.00

09/24/06  Relles    / (28) Data Analysis              0.8     340.00
#6068     Telephone Peterson re: summaries of Grace   425.00
          liabilities

09/25/06  Peterson  / (28) Data Analysis              1.2     840.00
#5844     Review sample of PIQ forms and data         700.00

09/25/06  Peterson  / (28) Data Analysis              4.2    2940.00
#5845     Review sample of PIQ forms and data         700.00

09/26/06  Peterson  / (28) Data Analysis              0.3     210.00
#5846     telephone Relles re: review projections output 700.00

09/26/06  Peterson  / (28) Data Analysis              1.4     980.00
#5847     Review email and tables from Biggs          700.00
```

{D0072702.1 }

```
Date: 10/18/06          Legal Analysis Systems, Inc.
Time: 10:am                                                    Page 12

           W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
09/26/06  Peterson  / (28) Data Analysis                  2.6  1820.00
#5848     Review parameters related to annual claim filings   700.00
          and resolutions

09/26/06  Peterson  / (28) Data Analysis                  1.5  1050.00
#5849     Review sensitivities in forecasts             700.00

09/26/06  Peterson  / (28) Data Analysis                  0.8   560.00
#5850     Review Libby claim data                       700.00

09/26/06  Relles   / (28) Data Analysis                  0.3   127.50
#6069     Telephone Peterson re: review projections output   425.00

09/26/06  Relles   / (28) Data Analysis                  3.0  1275.00
#6070     Run various sensitivity analyses for projections   425.00

09/26/06  Relles   / (28) Data Analysis                  1.3   552.50
#6072     Identify gaps in filings by law firm          425.00

09/27/06  Ebener   / (28) Data Analysis                  1.3   390.00
#6316     Telephone Peterson about inventory of volumes (.3);   300.00
          train coder on inventorying (1.0)

09/27/06  Ebener   / (28) Data Analysis                  1.5   450.00
#6317     Review Relles output file                     300.00

09/27/06  Peterson  / (28) Data Analysis                  0.3   210.00
#5851     Telephone Ebener about inventory of volumes   700.00

09/27/06  Peterson  / (28) Data Analysis                  1.5  1050.00
#5852     Preparation for telephone conference call     700.00

09/27/06  Peterson  / (28) Data Analysis                  0.6   420.00
#5854     Telephone Relles re: sensitivities            700.00

09/27/06  Peterson  / (28) Data Analysis                  1.2   840.00
#5855     Review sensitivity results                    700.00

09/27/06  Relles   / (28) Data Analysis                  1.3   552.50
#6073     Prepare for conference call                   425.00

09/27/06  Relles   / (28) Data Analysis                  2.1   892.50
#6075     Explore reasons for discrepancies between law firm   425.00
          reports and Rust coding
```

{D0072702.1 }

```
Date: 10/18/06          Legal Analysis Systems, Inc.
Time: 10:am                                                        Page 13

          W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
09/27/06  Relles   / (28) Data Analysis                      2.7   1147.50
#6076     Integrate Rust, Verus, and historical data      425.00

09/27/06  Relles   / (28) Data Analysis                      1.8    765.00
#6077     Create transition matrices based on survey data, run 425.00
          projections

09/27/06  Relles   / (28) Data Analysis                      1.2    510.00
#6078     Analyze degree to which law firms responded to   425.00
          questionnaire

09/27/06  Relles   / (28) Data Analysis                      0.9    382.50
#6079     Work on projection sensitivity variations        425.00

09/27/06  Relles   / (28) Data Analysis                      0.6    255.00
#6080     Telephone Peterson re: sensitivities             425.00

09/28/06  Peterson  / (28) Data Analysis                     1.0    700.00
#5858     Review issues of claims counts, Libby claims     700.00

09/28/06  Peterson  / (28) Data Analysis                     0.4    280.00
#5859     Telephone Relles re: Rust coding                 700.00

09/28/06  Peterson  / (28) Data Analysis                     1.8   1260.00
#5860     Review examples of Rust coding                   700.00

09/28/06  Peterson  / (28) Data Analysis                     1.6   1120.00
#5861     Review disease coding of PIQ forms               700.00

09/28/06  Relles   / (28) Data Analysis                      0.5    212.50
#6082     Correspondence with Biggs re: Libby claimants,   425.00
          discrepancies in claim counts

09/28/06  Relles   / (28) Data Analysis                      0.5    212.50
#6083     Correspondence with Verus re: data tables        425.00

09/28/06  Relles   / (28) Data Analysis                      1.2    510.00
#6084     Review questionnaire images to explain differences 425.00
          between Rust and Verus coding

09/28/06  Relles   / (28) Data Analysis                      1.8    765.00
#6086     Build models where asbestos-related diseases are 425.00
          treated as nonmalignants; compare with models that
          treat them separately
```

{D0072702.1 }

```
Date: 10/18/06           Legal Analysis Systems, Inc.
Time: 10:am                                                        Page 14

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
09/28/06  Relles   / (28) Data Analysis                    1.2   510.00
#6087     Run additional variations of projections   425.00

09/28/06  Relles   / (28) Data Analysis                    0.4   170.00
#6088     Telephone Peterson re: Rust coding         425.00

09/29/06  Peterson  / (28) Data Analysis                   0.5   350.00
#5862     Telephone Relles re: coding of PIQ forms   700.00

09/29/06  Peterson  / (28) Data Analysis                   2.0  1400.00
#5863     Review PIQ examples                        700.00

09/29/06  Peterson  / (28) Data Analysis                   2.3  1610.00
#5864     Review alternative forecasts               700.00

09/29/06  Peterson  / (28) Data Analysis                   0.5   350.00
#5865     Telephone Relles re: alternative forecasts 700.00

09/29/06  Peterson  / (28) Data Analysis                   0.7   490.00
#5866     Review Relles emails re: forecasts         700.00

09/29/06  Relles   / (28) Data Analysis                    2.0   850.00
#6089     Scan for and review anomalous cases        425.00

09/29/06  Relles   / (28) Data Analysis                    1.2   510.00
#6091     Review information sent by law firms       425.00

09/29/06  Relles   / (28) Data Analysis                    0.3   127.50
#6093     Email Verus re: anomalous cases            425.00

09/29/06  Relles   / (28) Data Analysis                    2.5  1062.50
#6094     Scan for and review anomalous cases        425.00

09/29/06  Relles   / (28) Data Analysis                    0.5   212.50
#6095     Telephone Peterson re: coding of PIQ forms 425.00

09/29/06  Relles   / (28) Data Analysis                    0.5   212.50
#6096     Telephone Peterson re: alternative forecasts 425.00

09/30/06  Ebener   / (28) Data Analysis                    0.6   180.00
#6318     Review inventory; order missing volumes    300.00

09/30/06  Ebener   / (28) Data Analysis                    1.5   450.00
#6319     Review Relles output file                  300.00
```

{D0072702.1 }

Date: 10/18/06            Legal Analysis Systems, Inc.
Time: 10:am                                                        Page 15

              W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
09/30/06  Peterson  / (28) Data Analysis                        0.3    210.00
#5867     Telephone Relles re: alternative values of claims   700.00

09/30/06  Peterson  / (28) Data Analysis                        1.3    910.00
#5868     Review tables from Relles                           700.00

09/30/06  Relles    / (28) Data Analysis                        0.3    127.50
#6097     Telephone Peterson re: alternative values of claims  425.00

09/30/06  Relles    / (28) Data Analysis                        1.5    637.50
#6098     Compare diseases in Rust data with diseases alleged  425.00
          by law firms

09/30/06  Relles    / (28) Data Analysis                        0.7    297.50
#6099     Update Verus disease information                     425.00

09/30/06  Relles    / (28) Data Analysis                        2.3    977.50
#6102     Compare diseases in Rust data with diseases alleged  425.00
          by law firms
------------------------------------------------------------------------------

{D0072702.1 }

```
Date: 10/18/06              Legal Analysis Systems, Inc.
Time: 10:am                                                      Page 16

          W. R. Grace

          Summary Of Time Charges, By Month and Activity
                 September 2006 - September 2006

MONTH        ACTIVITY                                HOURS    AMOUNT
-----------------------------------------------------------------------
September - (05) Claims Anal Objectn/Resolutn (Asbest)    6.2   3047.50
September - (07) Committee, Creditors'                   17.0   8847.50
September - (28) Data Analysis                          248.8 134877.50
September - (99) Total                                  272.0 146772.50

Total     - (05) Claims Anal Objectn/Resolutn (Asbest)    6.2   3047.50
Total     - (07) Committee, Creditors'                   17.0   8847.50
Total     - (28) Data Analysis                          248.8 134877.50
Total     - (99) Total                                  272.0 146772.50
```

-------------------------------------------------------------------------------

```
Date: 10/18/06          Legal Analysis Systems, Inc.
Time: 10:am                                                   Page 17

          W. R. Grace

          Summary Of Time Charges, By Month and Person
               September 2006 - September 2006

MONTH        PERSON                              HOURS    AMOUNT
--------------------------------------------------------------------
September - Relles                              136.1  57842.50
September - Peterson                            120.4  84280.00
September - Ebener                               15.5   4650.00
September - Total                               272.0 146772.50

Total      - Relles                             136.1  57842.50
Total      - Peterson                           120.4  84280.00
Total      - Ebener                              15.5   4650.00
Total      - Total                              272.0 146772.50

--------------------------------------------------------------------------------
```

{D0072702.1 }

```
Date: 10/18/06            Legal Analysis Systems, Inc.
Time: 10:am                                                    Page 18

           W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                September 2006 - September 2006

MONTH       PERSON                      HOURS   RATE    AMOUNT
-----------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

September - Relles                        4.7   425.    1997.50
September - Peterson                      1.5   700.    1050.00

(07) Committee, Creditors'

September - Relles                       11.1   425.    4717.50
September - Peterson                      5.9   700.    4130.00

(28) Data Analysis

September - Relles                      120.3   425.   51127.50
September - Peterson                    113.0   700.   79100.00
September - Ebener                       15.5   300.    4650.00

-------------------------------------------------------------------------------
```