IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

## NOTICE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 30th day of October, 2006, the law offices of Speights & Runyan caused a true and correct copy of **Notice of Deposition** to be served on the parties on the attached service list as indicated thereon.

DATED: November 14, 2006

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:    loizides@loizides.com

061108160953.DOC

**SERVICE LIST**

**VIA ELECTRONIC MAIL AND FIRST CLASS MAIL**

David M. Bernick, P.C.
Lisa G. Esayian, Esquire
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, IL  60601
dbernick@kirkland.com
lesayian@kirkland.com