<u>Exhibit A</u>

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of July 1, 2006 through July 31, 2006**

**Summary of Services Rendered by Project Category**

| Category Code | Category Description | July 2006 Hours |
|---|---|---|
| 7 | Committee (All) | 2.0 |
| 11 | Fee Applications, Applicant | 0.0 |
| 14 | Hearings | 4.1 |
| 20 | Travel - Non-working | 5.0 |
| 24 | Other | 16.4 |
| 26 | Business Analysis (for financial advisors) | 1.5 |
| 27 | Corporate Finance (for financial advisors) | 0.0 |
| 28 | Data Analysis (for financial advisors) | 0.0 |
|  | **TOTAL** | **29.0** |

<u>Exhibit A</u>

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of July 1, 2006 through July 31, 2006**

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 28.7 |
| Kevin Glodowski, Analyst | 0.3 |
| **TOTAL** | **29.0** |

Exhibit A

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of July 1, 2006 through July 31, 2006

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 07/01/06 | 24 | 0.3 | review committee objection |
| WR Grace | G. Boyer | 07/01/06 | 24 | 0.1 | review email from JS re: committee objection |
| WR Grace | G. Boyer | 07/05/06 | 26 | 0.1 | review correspondence concerning the debtors' LTIP plan |
| WR Grace | G. Boyer | 07/06/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 07/06/06 | 26 | 0.1 | review proposed language from JOC for Debtors' LTIP plan |
| WR Grace | G. Boyer | 07/06/06 | 26 | 0.1 | review response to proposed language to LTIP plan |
| WR Grace | G. Boyer | 07/10/06 | 24 | 0.5 | review Debtors' papers in opposition to terminating exclusivity |
| WR Grace | G. Boyer | 07/11/06 | 26 | 0.1 | review correspondence from JOC re: 2nd quarter review |
| WR Grace | G. Boyer | 07/12/06 | 26 | 1.0 | review correspondence and related documents regarding potential acquisition |
| WR Grace | G. Boyer | 07/12/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 07/14/06 | 26 | 0.1 | review correspondence regarding potential acquisition |
| WR Grace | G. Boyer | 07/14/06 | 24 | 0.1 | review schedule on Grace's trading volumes |
| WR Grace | K. Glodowski | 07/14/06 | 24 | 0.3 | prepare schedule on Grace's trading volumes |
| WR Grace | G. Boyer | 07/18/06 | 24 | 5.0 | preparation of analysis and respond to various research requests by counsel in preparation for hearing on exclusivity |
| WR Grace | G. Boyer | 07/18/06 | 14 | 0.1 | review hearing agenda |
| WR Grace | G. Boyer | 07/18/06 | 24 | 0.1 | correspondence with SB re: analysis on exclusivity |
| WR Grace | G. Boyer | 07/19/06 | 24 | 6.0 | preparation of analysis and respond to various research requests by counsel in preparation for hearing on exclusivity |
| WR Grace | G. Boyer | 07/20/06 | 24 | 2.0 | correspondence with SB re: CDG's analysis for the upcoming exclusivity hearing |
| WR Grace | G. Boyer | 07/20/06 | 24 | 2.0 | preparation of analysis and respond to various research requests by counsel in preparation for hearing on exclusivity |
| WR Grace | G. Boyer | 07/20/06 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 07/24/06 | 14 | 4.0 | Attendance to hearing in Wilmington (including travel time) |
| WR Grace | G. Boyer | 07/24/06 | 20 | 5.0 | travel to and from Wilmington DE |

29.0 Total Hours

Exhibit B

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of July 1, 2006 through July 31, 2006**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer (trip to Wilmington, DE) | 7/24/06 | | | 337.06 | | | | 337.06 |
| **G. Boyer Total** | | 0.00 | 0.00 | 337.06 | 0.00 | 0.00 | 0.00 | **337.06** |
| | | | | | | | | |
| **Grand Total** | | **0.00** | **0.00** | **337.06** | **0.00** | **0.00** | **0.00** | **337.06** |

| | LEGEND |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |