<u>Exhibit A</u>

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of August 1, 2006 through August 31, 2006**

**Summary of Services Rendered by Project Category**

| Category Code | Category Description | August 2006 Hours |
|---|---|---|
| 7 | Committee (All) | 2.0 |
| 11 | Fee Applications, Applicant | 14.7 |
| 14 | Hearings | 0.4 |
| 20 | Travel - Non-working | 0.0 |
| 24 | Other | 2.8 |
| 26 | Business Analysis (for financial advisors) | 2.0 |
| 27 | Corporate Finance (for financial advisors) | 2.8 |
| 28 | Data Analysis (for financial advisors) | 0.0 |
|  | **TOTAL** | **24.7** |

<u>Exhibit A</u>

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of August 1, 2006 through August 31, 2006**

## Summary of Services Rendered by Professional

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 22.0 |
| Michael Healy, Associate | 0.2 |
| Kevin Glodowski, Analyst | 2.5 |
| **TOTAL** | **24.7** |

Exhibit A

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of August 1, 2006 through August 31, 2006

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 08/06/06 | 11 | 3.0 | preparation of fee application |
| WR Grace | G. Boyer | 08/07/06 | 24 | 1.0 | review correspondence on Grace's PD CMO and Notice |
| WR Grace | G. Boyer | 08/09/06 | 24 | 0.3 | review correspondence from Committee member re: order modifying deadlines for PD claims |
| WR Grace | G. Boyer | 08/09/06 | 27 | 0.2 | correspondence with JS re: Grace Canada |
| WR Grace | G. Boyer | 08/09/06 | 27 | 0.1 | correspondence with MK re: Canada |
| WR Grace | G. Boyer | 08/10/06 | 26 | 1.0 | review 2nd quarter operating results briefing |
| WR Grace | G. Boyer | 08/10/06 | 7 | 0.5 | committee call |
| WR Grace | K. Glodowski | 08/10/06 | 27 | 2.5 | research into Grace's Canadian legal entities |
| WR Grace | G. Boyer | 08/12/06 | 11 | 3.0 | preparation of fee application |
| WR Grace | G. Boyer | 08/14/06 | 11 | 3.0 | preparation of fee application |
| WR Grace | G. Boyer | 08/15/06 | 11 | 2.5 | preparation for 2nd quarter operating results call |
| WR Grace | G. Boyer | 08/15/06 | 11 | 2.0 | preparation of fee application |
| WR Grace | G. Boyer | 08/15/06 | 26 | 1.0 | 2nd quarter operating results call with management |
| WR Grace | G. Boyer | 08/15/06 | 14 | 0.2 | review hearing agenda |
| WR Grace | M. Healy | 08/15/06 | 11 | 0.2 | review time detail |
| WR Grace | G. Boyer | 08/16/06 | 11 | 1.0 | correspondence with counsel re: fee application |
| WR Grace | G. Boyer | 08/16/06 | 24 | 0.2 | review correspondence regarding relevant decision in the Armstrong case |
| WR Grace | G. Boyer | 08/17/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 08/22/06 | 14 | 0.1 | review correspondence on Grace Omnibus hearing dates |
| WR Grace | G. Boyer | 08/24/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 08/31/06 | 24 | 1.3 | review correspondence re: PD objection to the CMO |
| WR Grace | G. Boyer | 08/31/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 08/31/06 | 14 | 0.1 | review hearing agenda |

24.7 Total Hours

Exhibit B

WR Grace
Expense Detail - Conway, Del Genio, Gries & Co., LLC
For the Period of August 1, 2006 through August 31, 2006

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer | 8/6/06 | | | 22.00 | | | | 22.00 |
| G. Boyer | 8/14/06 | | | 11.00 | | | | 11.00 |
| G. Boyer Total | | 0.00 | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 33.00 |
| Grand Total | | 0.00 | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 33.00 |

Exhibit B

WR Grace
Expense Detail - Conway, Del Genio, Gries & Co., LLC
For the Period of August 1, 2006 through August 31, 2006

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer | 8/6/06 | | | 22.00 | | | | 22.00 |
| G. Boyer | 8/14/06 | | | 11.00 | | | | 11.00 |
| G. Boyer Total | | 0.00 | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 33.00 |
| Grand Total | | 0.00 | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 33.00 |

| LEGEND | |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committ |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |