**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of Sept 1, 2006 through Sept 30, 2006**

**Summary of Services Rendered by Project Category**

| Category Code | Category Description | September 2006 Hours |
|:---:|:---|:---:|
| 7 | Committee (All) | 2.0 |
| 11 | Fee Applications, Applicant | 0.0 |
| 14 | Hearings | 2.6 |
| 20 | Travel - Non-working | 6.0 |
| 24 | Other | 0.0 |
| 26 | Business Analysis (for financial advisors) | 4.0 |
| 27 | Corporate Finance (for financial advisors) | 1.0 |
| 28 | Data Analysis (for financial advisors) | 0.0 |
| | **TOTAL** | **15.6** |

**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of Sept 1, 2006 through Sept 30, 2006**

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 14.6 |
| Steve Langan, Associate | 1.0 |
| **TOTAL** | **15.6** |

Exhibit A

### Bankruptcy Time Reporting Log (AP)

Client Name: WR Grace
Professional: All
Date:          **For the Period of Sept 1, 2006 through Sept 30, 2006**

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 09/07/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 09/11/06 | 14 | 2.0 | attend hearing in PA |
| WR Grace | G. Boyer | 09/11/06 | 20 | 6.0 | travel to and from Pittsburgh to attend hearing |
| WR Grace | S. Langan | 09/11/06 | 27 | 1.0 | research Grace stock prices |
| WR Grace | G. Boyer | 09/12/06 | 26 | 1.2 | review exhibits relating to proposed acquisition |
| WR Grace | G. Boyer | 09/14/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 09/18/06 | 14 | 0.1 | review hearing agenda |
| WR Grace | G. Boyer | 09/19/06 | 26 | 0.8 | review Watson Wyatt report re: LTIP |
| WR Grace | G. Boyer | 09/21/06 | 14 | 0.5 | review hearing transcript |
| WR Grace | G. Boyer | 09/21/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 09/22/06 | 26 | 1.0 | review materials provided by Grace for call on potential asset sale |
| WR Grace | G. Boyer | 09/25/06 | 26 | 1.0 | call with management re: potential asset sale |
| WR Grace | G. Boyer | 09/28/06 | 7 | 0.5 | committee call |

15.6 Total Hours

**Exhibit B**

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of Sept 1, 2006 through Sept 30, 2006**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|------|------|-------|---------|----------------------|---------|-----------|-------|-------|
| G. Boyer (trip to Pittsburgh, PA) | 9/11/06 | | | 252.26 | 428.60 | | | 680.86 |
| G. Boyer Total | | 0.00 | 0.00 | 252.26 | 428.60 | 0.00 | 0.00 | 680.86 |
| Grand Total | | 0.00 | 0.00 | 252.26 | 428.60 | 0.00 | 0.00 | 680.86 |

## LEGEND

| | |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |