# EXHIBIT "A"

<u>Exhibit A</u>

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of July 1, 2006 through July 31, 2006**

<u>Summary of Services Rendered by Project Category</u>

| Category Code | Category Description | July 2006 Hours |
|:---:|:---|:---:|
| 7 | Committee (All) | 2.0 |
| 11 | Fee Applications, Applicant | 0.0 |
| 14 | Hearings | 4.1 |
| 20 | Travel - Non-working | 5.0 |
| 24 | Other | 16.4 |
| 26 | Business Analysis (for financial advisors) | 1.5 |
| 27 | Corporate Finance (for financial advisors) | 0.0 |
| 28 | Data Analysis (for financial advisors) | 0.0 |
|  | **TOTAL** | **29.0** |

## Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of July 1, 2006 through July 31, 2006**

### Summary of Services Rendered by Professional

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 28.7 |
| Kevin Glodowski, Analyst | 0.3 |
| **TOTAL** | **29.0** |

Exhibit A

## Bankruptcy Time Reporting Log (AP)

Client Name:  WR Grace
Professional:  All
Date:  For the Period of July 1, 2006 through July 31, 2006

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 07/01/06 | 24 | 0.3 | review committee objection |
| WR Grace | G. Boyer | 07/01/06 | 24 | 0.1 | review email from JS re: committee objection |
| WR Grace | G. Boyer | 07/05/06 | 26 | 0.1 | review correspondence concerning the debtors' LTIP plan |
| WR Grace | G. Boyer | 07/06/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 07/06/06 | 26 | 0.1 | review proposed language from JOC for Debtors' LTIP plan |
| WR Grace | G. Boyer | 07/06/06 | 26 | 0.1 | review response to proposed language to LTIP plan |
| WR Grace | G. Boyer | 07/10/06 | 24 | 0.5 | review Debtors' papers in opposition to terminating exclusivity |
| WR Grace | G. Boyer | 07/11/06 | 26 | 0.1 | review correspondence from JOC re: 2nd quarter review |
| WR Grace | G. Boyer | 07/12/06 | 26 | 1.0 | review correspondence and related documents regarding potential acquisition |
| WR Grace | G. Boyer | 07/12/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 07/14/06 | 26 | 0.1 | review correspondence regarding potential acquisition |
| WR Grace | G. Boyer | 07/14/06 | 24 | 0.1 | review schedule on Grace's trading volumes |
| WR Grace | K. Glodowski | 07/14/06 | 24 | 0.3 | prepare schedule on Grace's trading volumes |
| WR Grace | G. Boyer | 07/18/06 | 24 | 5.0 | preparation of analysis and respond to various research requests by counsel in preparation for hearing on exclusivity |
| WR Grace | G. Boyer | 07/18/06 | 14 | 0.1 | review hearing agenda |
| WR Grace | G. Boyer | 07/18/06 | 24 | 0.1 | correspondence with SB re: analysis on exclusivity |
| WR Grace | G. Boyer | 07/19/06 | 24 | 6.0 | preparation of analysis and respond to various research requests by counsel in preparation for hearing on exclusivity |
| WR Grace | G. Boyer | 07/20/06 | 24 | 2.0 | correspondence with SB re: CDG's analysis for the upcoming exclusivity hearing |
| WR Grace | G. Boyer | 07/20/06 | 24 | 2.0 | preparation of analysis and respond to various research requests by counsel in preparation for hearing on exclusivity |
| WR Grace | G. Boyer | 07/20/06 | 7 | 1.0 | committee call |
| WR Grace | G. Boyer | 07/24/06 | 14 | 4.0 | Attendance to hearing in Wilmington (including travel time) |
| WR Grace | G. Boyer | 07/24/06 | 20 | 5.0 | travel to and from Wilmington DE |

## LEGEND

| | |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |

## Exhibit A

### WR Grace & Co., ET AL.,
### Time Detail- Conway, Del Genio, Gries & Co., LLC
### For the Period of August 1, 2006 through August 31, 2006

### Summary of Services Rendered by Project Category

| Category Code | Category Description | August 2006 Hours |
|---|---|---|
| 7 | Committee (All) | 2.0 |
| 11 | Fee Applications, Applicant | 14.7 |
| 14 | Hearings | 0.4 |
| 20 | Travel - Non-working | 0.0 |
| 24 | Other | 2.8 |
| 26 | Business Analysis (for financial advisors) | 2.0 |
| 27 | Corporate Finance (for financial advisors) | 2.8 |
| 28 | Data Analysis (for financial advisors) | 0.0 |
| | **TOTAL** | **24.7** |

<u>Exhibit A</u>

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of August 1, 2006 through August 31, 2006**

<u>Summary of Services Rendered by Professional</u>

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 22.0 |
| Michael Healy, Associate | 0.2 |
| Kevin Glodowski, Analyst | 2.5 |
| **TOTAL** | 24.7 |

Exhibit A

## Bankruptcy Time Reporting Log (AP)

Client Name: WR Grace
Professional: All
Date:        For the Period of August 1, 2006 through August 31, 2006

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 08/06/06 | 11 | 3.0 | preparation of fee application |
| WR Grace | G. Boyer | 08/07/06 | 24 | 1.0 | review correspondence on Grace's PD CMO and Notice |
| WR Grace | G. Boyer | 08/09/06 | 24 | 0.3 | review correspondence from Committee member re: order modifying deadlines for PD claims |
| WR Grace | G. Boyer | 08/09/06 | 27 | 0.2 | correspondence with JS re: Grace Canada |
| WR Grace | G. Boyer | 08/09/06 | 27 | 0.1 | correspondence with MK re: Canada |
| WR Grace | G. Boyer | 08/10/06 | 26 | 1.0 | review 2nd quarter operating results briefing |
| WR Grace | G. Boyer | 08/10/06 | 7 | 0.5 | committee call |
| WR Grace | K. Glodowski | 08/10/06 | 27 | 2.5 | research into Grace's Canadian legal entities |
| WR Grace | G. Boyer | 08/12/06 | 11 | 3.0 | preparation of fee application |
| WR Grace | G. Boyer | 08/14/06 | 11 | 3.0 | preparation of fee application |
| WR Grace | G. Boyer | 08/15/06 | 11 | 2.5 | preparation for 2nd quarter operating results call |
| WR Grace | G. Boyer | 08/15/06 | 11 | 2.0 | preparation of fee application |
| WR Grace | G. Boyer | 08/15/06 | 26 | 1.0 | 2nd quarter operating results call with management |
| WR Grace | G. Boyer | 08/15/06 | 14 | 0.2 | review hearing agenda |
| WR Grace | M. Healy | 08/15/06 | 11 | 0.2 | review time detail |
| WR Grace | G. Boyer | 08/16/06 | 11 | 1.0 | correspondence with counsel re: fee application |
| WR Grace | G. Boyer | 08/16/06 | 24 | 0.2 | review correspondence regarding relevant decision in the Armstrong case |
| WR Grace | G. Boyer | 08/17/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 08/22/06 | 14 | 0.1 | review correspondence on Grace Omnibus hearing dates |
| WR Grace | G. Boyer | 08/24/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 08/31/06 | 24 | 1.3 | review correspondence re: PD objection to the CMO |
| WR Grace | G. Boyer | 08/31/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 08/31/06 | 14 | 0.1 | review hearing agenda |

## LEGEND

| | |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Commit |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |

<u>Exhibit A</u>

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of Sept 1, 2006 through Sept 30, 2006**

**Summary of Services Rendered by Project Category**

| Category Code | Category Description | September 2006 Hours |
|:---:|:---|:---:|
| 7 | Committee (All) | 2.0 |
| 11 | Fee Applications, Applicant | 0.0 |
| 14 | Hearings | 2.6 |
| 20 | Travel - Non-working | 6.0 |
| 24 | Other | 0.0 |
| 26 | Business Analysis (for financial advisors) | 4.0 |
| 27 | Corporate Finance (for financial advisors) | 1.0 |
| 28 | Data Analysis (for financial advisors) | 0.0 |
| | **TOTAL** | **15.6** |

## Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of Sept 1, 2006 through Sept 30, 2006**

### Summary of Services Rendered by Professional

| Name | Hours |
|------|-------|
| Gregory Boyer, Managing Director | 14.6 |
| Steve Langan, Associate | 1.0 |
| **TOTAL** | **15.6** |

Exhibit A

## Bankruptcy Time Reporting Log (AP)

Client Name:  WR Grace
Professional:  All
Date:  For the Period of Sept 1, 2006 through Sept 30, 2006

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 09/07/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 09/11/06 | 14 | 2.0 | attend hearing in PA |
| WR Grace | G. Boyer | 09/11/06 | 20 | 6.0 | travel to and from Pittsburgh to attend hearing |
| WR Grace | S. Langan | 09/11/06 | 27 | 1.0 | research Grace stock prices |
| WR Grace | G. Boyer | 09/12/06 | 26 | 1.2 | review exhibits relating to proposed acquisition |
| WR Grace | G. Boyer | 09/14/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 09/18/06 | 14 | 0.1 | review hearing agenda |
| WR Grace | G. Boyer | 09/19/06 | 26 | 0.8 | review Watson Wyatt report re: LTIP |
| WR Grace | G. Boyer | 09/21/06 | 14 | 0.5 | review hearing transcript |
| WR Grace | G. Boyer | 09/21/06 | 7 | 0.5 | committee call |
| WR Grace | G. Boyer | 09/22/06 | 26 | 1.0 | review materials provided by Grace for call on potential asset sale |
| WR Grace | G. Boyer | 09/25/06 | 26 | 1.0 | call with management re: potential asset sale |
| WR Grace | G. Boyer | 09/28/06 | 7 | 0.5 | committee call |

Total Hours:

## LEGEND

| | |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |