# EXHIBIT "B"

Exhibit B

WR Grace
Expense Detail - Conway, Del Genio, Gries & Co., LLC
For the Period of July 1, 2006 through July 31, 2006

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| J. Boyer (trip to Wilmington, DE) | 7/24/06 | | | 337.06 | | | | 337.06 |
| J. Boyer Total | | 0.00 | 0.00 | 337.06 | 0.00 | 0.00 | 0.00 | 337.06 |
| Grand Total | | 0.00 | 0.00 | 337.06 | 0.00 | 0.00 | 0.00 | 337.06 |

Exhibit B

WR Grace
Expense Detail - Conway, Del Genio, Gries & Co., LLC
For the Period of August 1, 2006 through August 31, 2006

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer | 8/6/06 | | | 22.00 | | | | 22.00 |
| G. Boyer | 8/14/06 | | | 11.00 | | | | 11.00 |
| G. Boyer Total | | 0.00 | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 33.00 |
| | | | | | | | | |
| Grand Total | | 0.00 | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 33.00 |

Exhibit B

WR Grace
Expense Detail - Conway, Del Genio, Gries & Co., LLC
For the Period of Sept 1, 2006 through Sept 30, 2006

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer (trip to Pittsburgh, PA) | 9/11/06 | | | 252.26 | 428.60 | | | 680.86 |
| G. Boyer Total | | 0.00 | 0.00 | 252.26 | 428.60 | 0.00 | 0.00 | 680.86 |
| Grand Total | | 0.00 | 0.00 | 252.26 | 428.60 | 0.00 | 0.00 | 680.86 |