# EXHIBIT A

July Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #13076 under Case No. 01-1139. Also available upon request from Kirkland & Ellis LLP or Pachulski Stang Ziehl Young Jones & Weintraub LLP