## **EXHIBIT B**

August Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #13316 under Case No. 01-1139. Also available upon request from Kirkland & Ellis LLP or Pachulski Stang Ziehl Young Jones & Weintraub LLP