# Rebuttal Report
**Of**
# Roger G. Morse AIA

# On

**Expert Report of William E. Longo, Ph.D., Prepared on Behalf of the Property Damage Asbestos Claimants Represented by the Law Firm of Dies & Hile, LLP, dated October 25, 2006**

**November 14, 2006**



**Rensselaer Technology Park**
**165 Jordan Road**
**Troy, NY, 12180**

**Rebuttal Report of Roger G. Morse A.I.A.**

## Introduction

In addition to my initial report (dated October 17, 2006) and my Rebuttal Report (dated January 19, 2006) on ASTM Microvacuuming Dust Sampling Methods, both of which are incorporated herein, I have reviewed the *Expert Report of William E. Longo, Ph.D., Prepared on Behalf of the Property Damage Asbestos Claimants Represented by the Law Firm of Dies & Hile, LLP*, dated October 25, 2006 (Longo Report) and offer the following observations and opinions in response to claims made therein.

## Summary of Opinions

There are many potential sources of asbestos in dust inside buildings, including asbestos-containing materials in the buildings as well as outside ambient air.

The Longo Report assumes that the dust in the buildings came from W. R. Grace products, but never performed any analysis to determine if this assumption is correct. Analysis was never performed to determine the composition and source of the dust in the buildings. In the absence of such a determination there is no basis for assuming that the dust came from W. R. Grace products.

The buildings studied contain numerous asbestos-containing materials aside from any W. R. Grace products that are alleged to be present. Longo did not perform a comprehensive study to determine what materials, including asbestos-containing materials, are in the buildings. These materials could have contributed to the dust or to the asbestos in the dust. No assessment was made to determine if any of these materials were damaged and were likely to be a source of particulate in the dust.

Longo also did not perform a study of the history of renovations, additions, repairs or other activities in the buildings that could have disrupted asbestos-containing materials and generated debris.

It is well documented that there is asbestos in the ambient air outdoors. Asbestos in the ambient air will contribute to the asbestos loadings in dust inside buildings. The Longo Report did not include any evaluation of asbestos levels in outside ambient air or any determination of the accumulation of asbestos from outside air in the dust of the studied buildings.

The Longo report did not attempt to determine if there had been demolition or renovation of adjacent buildings with asbestos-containing materials. Such activities have been known to release asbestos into the air, where it could be drawn a building by the ventilation system or infiltration.

The dust in a building is typically a complex mixture of particulate that has come from a number of sources inside the building, outside the building and from occupation of the building.  A detailed analysis of the composition of particles in the dust is necessary to determine potential sources for the dust.  No such analysis was performed by Longo.  As such there is no way of knowing what part, if any, of the dust came from an alleged W. R. Grace product.

The ASTM D5755 method only identifies the presence or absence of asbestos, and does not determine the presence or concentration of any other materials.[1] Analysis to determine the composition of particulate in the dust is necessary in order to determine its potential source.  As D5755 does not perform such an analysis, it has no value in attempting to determine the quantity of asbestos contributed by a single source such as an alleged W. R. Grace product.

The ASTM D5755 method includes indirect preparation steps that will modify the particulate in the collected dust.  In particular, the method will modify particulate with water soluble binders such as those used in the W. R. Grace products that are alleged to be present.  This means that the D5755 method has no value in attempting to identify a dust particle as coming from a W. R. Grace material.

## General Comments

**Source of dust never determined:**  All of the studies in the Longo Report rely on the assumption that the dust on surfaces in these studies came from W. R. Grace products.  However, no analysis was performed to determine if this assumption was correct.  In fact, given the variety of sources for settled dust in buildings it is very likely that the dust in the studied spaces had a number of sources.

**Asbestos in Building Materials:**  The buildings for which claims were filed were built in a construction era when great use was made of asbestos for building materials.  Aside from the fireproofing, acoustical treatment and textured coating that are alleged to have been manufactured by W. R. Grace the claim file documents list a number of non-Grace asbestos-containing materials:  These include other types of fireproofing, acoustical plaster, and textured coatings as well as ceiling tile, pipe insulation, pipe fitting insulation, resilient floor tile, sheet flooring, drywall taping compound, plaster, sealants, mastic, fire doors, cement asbestos board, duct mastic, duct seal tape, tank insulation, boiler insulation, and equipment insulation.

---

[1] ASTM.  (2003).  ASTM D5755-03: Standard Test Method of Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Surface Loading.  ASTM International: West Conshohocken, PA.

**Rebuttal Report of Roger G. Morse A.I.A.**

The materials used in construction tend to be stable and do not release debris or dust into the air unless they are mechanically disrupted. However, the subject buildings are old enough (generally greater than 30 years), that it is very likely that some asbestos-containing materials were damaged during renovation, repair work or by accidental damage, thus releasing debris. Most of the debris released from these events is generally large enough that it falls to the floor and does not become airborne. To become airborne, the debris must be in a location where it is subjected to abrasion and must then be broken down into dust by this abrasion. This typically happens from activities such as sanding, scraping, grinding or continuous foot traffic. To that end, it is necessary to determine the history of a building's use, renovations, repairs, and maintenance in order to determine the potential sources of dust. Once such events are located it is then necessary to study the air circulation in the building to determine the extent to which such dust is distributed in the building.

Appendix A is a list published by EPA of asbestos-containing building materials.[2] It should be noted that this list was developed early in development cycle of the knowledge base regarding asbestos in buildings. I prepared Table 1, which contains a list in more contemporary terms of asbestos-containing materials known to be found in buildings.

**Table 1 – Asbestos-Containing Materials Found in Buildings**

| ACM Types | Asbestos-Containing Materials |
|---|---|
| Surfacing Treatments | Fireproofing<br>Acoustical plaster<br>Textured coatings<br>Hard Plaster<br>Stucco<br>Skim Coats<br>Drywall Taping Compound<br>Block Filler<br>Paint |
| Thermal System Insulation | Pipe insulation<br>Pipe fitting insulation<br>Boiler insulation<br>Equipment insulation<br>Tank insulation<br>Block insulation<br>Plaster insulation<br>Waterproof cement<br>Pipe and equipment lagging<br>Ducts<br>Duct insulation |

---

[2] EPA. (1985, June). EPA 560/5-85-024: Guidance for Controlling Asbestos-Containing Materials in Buildings (Purple Book). EPA: Washington, DC.

**Rebuttal Report of Roger G. Morse A.I.A.**

|  |  |
|---|---|
|  | Duct mastics |
|  | Duct sealing tape |
|  | Vibration isolation collars |
|  | Paper lagging |
|  | Insulating cement |
|  | Gaskets |
|  | Packings |
|  | Rope and cord |
|  | Insulating blankets |
|  | Pipe |
|  | Cooling tower vanes |
| Other Materials | Ceiling tiles |
|  | Floor tiles |
|  | Sheet flooring |
|  | Leveling compound |
|  | Cement asbestos board products |
|  | Mastic |
|  | Glazing Compound |
|  | Caulk |
|  | Sealants |
|  | Roofing felt |
|  | Shingles |
|  | Asphalt |
|  | Fire stops |
|  | Fire door cores |
|  | Cloth |
|  | High temperature wiring |
|  | Electrical insulation |

**Asbestos in Plaster and Skim Coats:** Asbestos was sometimes added to job mixed plaster, drywall taping compound and manufactured drying type plasters. Typically a number of different plaster materials will be used in a single building. For example, in the Tucson Music Hall there are fifteen (15) different types of plaster specified. Different types of plaster will be distributed around the building depending on function and the desired surface texture.

I have performed a large study of plasters during which over 5,000 samples were collected in 233 buildings. Of 1,342 samples that were analyzed 620 were found to contain asbestos. Plasters were classified, with sixty-two (62) distinct types of plaster identified. Asbestos was found in forty (40) of these plasters. Plasters that contain asbestos are sources of asbestos that are frequently missed in surveys.

**Rebuttal Report of Roger G. Morse A.I.A.**

**Asbestos in Ambient Air:**  Ambient air is a likely source for asbestos found in samples of settled dust.  Asbestos levels of 0.012 s/cc (structures per cubic centimeter) have been measured in ambient air in urban areas, and 0.006 s/cc in other areas[3].  Outside air infiltrates the buildings and the particulate in this air becomes part of the dust load in the building.  Outside air either infiltrates or is brought in as ventilation air into the typical commercial and public building.  The volume of outside air that enters buildings is high enough that indoor levels of particulate that came from outdoors is approximately equal to outside ambient levels.   Asbestos in this particulate from outside air that has infiltrated the building will settle on surfaces in the building.

In locations such as the attic space in the Tucson Music Hall, asbestos fibers from ambient air will not be removed by cleaning but rather will accumulate over time.  The methods for calculating the rate of particle accumulation have been published[4].  The EPA has published theoretical equations to calculate the rate at which asbestos fibers settle through air[5], which closely match experimental results[6].  These methods have been used to calculate the rate of asbestos fiber deposition that will occur in a building based on the outside ambient airborne asbestos levels discussed above.

Table 2 below is a tabulation of results of calculations (see Appendix B) of asbestos concentrations in settled dust due to outside ambient air, and compares these results to those in the Longo Report for the attic space of the Tucson Music Hall.  The upper and lower 95% confidence intervals are given for each measurement.  As can be seen in the table, the confidence limits for asbestos from outside air overlap with the asbestos concentrations reported in the Longo Report.  This means that it is possible that all of the asbestos in dust described in the Longo Report came from outside ambient air.  However, as it is likely that there are multiple sources for the asbestos in the dust, it is clear that a comprehensive analysis is necessary to determine the sources of asbestos in the dust.  As can be seen from Table 2, asbestos from the ambient outside air can be a significant source of asbestos found in dust collected from indoor surfaces, and must be accounted for in the evaluation.  Appendix B provides the details of calculations used to develop Table 2.

---

[3] Chatfield, EJ.  (1983, May).  Measurement of Asbestos Fibre Concentrations in Ambient Atmospheres. Ontario Research Foundation.  The Commission on Matters of Health and Safety Arising from the Use of Asbestos in Ontario: Ontario, Canada.
[4] Thatcher, TL, Lai, ACK, Moreno-Jackson, R, Sextro, RG, & Nazaroff, WW.  (2002).  Effects of room furnishings and air speed on particle deposition rates indoors.  *Atmospheric Environment 36, 1811-1819.*
[5] Sawyer, RN & Spooner, CM.  (1978, March).  EPA 450/2-78-014 (OAQPS No. 1.2-094): Sprayed Asbestos-Containing Materials in Buildings, A Guidance Document.  *Appendix B Aerodynamic Behavior of Airborne Fibers,*, B-1 – B-5.
[6] Timbrell, V.  (1965).  The Inhalation of Fibrous Dusts.  *Annals New York Academy of Sciences*, 255-273.

**Rebuttal Report of Roger G. Morse A.I.A.**

**Table 2 - Asbestos Levels in Dust[7]**

| Source of Dust | Outside Ambient Air Levels (s/cc) | Asbestos in Settle Dust | | |
| --- | --- | --- | --- | --- |
| | | | 95% Confidence Limits | |
| | | Mean (s/cm$^2$) | Lower 95% Conf. Limit (s/cm$^2$) | Upper 95% Conf. Limit (s/cm$^2$) |
| Dust Samples in Attic of Tucson Music Hall | NA | 1,246,412 | 1,018,409 | 1,510,237 |
| Dust from Ambient Air – Urban | 0.012 | 1,321,028 | 444,690 | 2,197,366 |
| Dust from Ambient Air - Non Urban | 0.006 | 407,216 | 17,035 | 279,397 |

The amount of asbestos in settled dust within a building that comes from outside air depends on the levels of asbestos in the outside air and on the air tightness of the building construction. The studies identified in the Longo Report did not measure the asbestos levels in the outside air at the Tucson Music Hall, and did not study or measure the air tightness of the building.

ASTM D5755 cannot differentiate between asbestos structures coming from the outside air and those coming from asbestos-containing materials within a building. This is because D5755 includes indirect preparation steps that dissolve the matrix material that distinguishes dust from asbestos-containing materials and disperses the released asbestos fibers. The result is that the asbestos structures produced by the D5755 method resemble those found free in outside ambient air.

**Composition of Settled Dust:** The Longo Report also never attempted to determine the composition of the dust in the studied buildings. This sort of analysis was performed, however, during some of the asbestos surveys conducted for property damage claimants in the W. R. Grace Bankruptcy and can be found in the supporting claims file documents. These documents contain a number of reports from investigators who had sampled the dust in buildings and analyzed it to determine its composition.

For the most part, the stated purpose of dust sampling conducted during these surveys was to determine if dust and debris in the vicinity of asbestos-containing materials also contained asbestos. For example, dust samples were collected in the SBS Building (Claim 12688) that was alleged to contain W. R. Grace Monokote 3 fireproofing. These samples were collected above a drop ceiling and directly below the fireproofing. As can be seen from Table 3, the composition of

---

[7] Chatfield, EJ. (1983, May). *Ambient outside asbestos concentrations in the ambient air for urban areas (Toronto) and non-urban areas (Other South Canadian Areas).* Measurement of Asbestos Fibre Concentrations in Ambient Atmospheres. Ontario Research Foundation. The Commission on Matters of Health and Safety Arising from the Use of Asbestos in Ontario: Ontario, Canada.

**Rebuttal Report of Roger G. Morse A.I.A.**

the dust is completely different from that of the fireproofing.  This indicates that the dust had a source other than the fireproofing.

**Table 3 – Composition of Dust**

| Sample Description | | | Claimed ACM | | |
|---|---|---|---|---|---|
| **Building** | **Material** | **Location of Sample** | **ACM** | **Composition** | **Dust Composition** |
| SBS Building Claim 12688 Sample 93-1013-1 | Settled dust | Above lay-in ceiling below fireproofing | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 0% Asbestos 55% Cellulose 10% Perlite 15% Binder 15% Mineral Wool 5% Paint |
| SBS Building Claim 12688 Sample 93-1013-2 | Settled dust | Above lay-in ceiling below fireproofing | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 0% Asbestos 45% Mineral Wool 25% Cellulose 10% Perlite 10% Binder 5% Fiberglass 5% Binder |

Appendix C summarizes the composition of the dust samples collected in several of the buildings.  As Appendix C demonstrates, the composition of the dust samples typically differs from the composition of the asbestos-containing material that is alleged to have been manufactured by W. R. Grace.  Thus, it is critical that the analytical methods used to evaluate the dust be able to differentiate between different sources of asbestos in dust.  The analysis procedure of the D5755 dust sample method breaks up compound asbestos structures and dissolves matrix material that could help in source identification and does not identify any constituents of the dust aside from asbestos.  All this makes it impossible for the D5755 method to differentiate between asbestos structures derived from different asbestos-containing materials in the building or from those coming from outside ambient air.


## Tucson Study Airborne Levels Did Not Exceed OSHA Limitations

Although Longo did not make the necessary calculations, the airborne asbestos levels generated during the Tucson study never exceeded the OSHA permissible exposure limits.  Three of the activities were performed for only four minutes and one for three minutes.  OSHA requires that a worker wear a respirator if exposures to asbestos exceed 0.1 fibers / cubic centimeter for an 8 hour time weighted average (TWA) or 1.0 fiber per cubic centimeter for a 30 minute excursion limit (EL)[8].  I have made the calculations necessary for determining

---

[8] OSHA.  OSHA 29 CFR 1926.1101: Asbestos Standard for the Construction Industry.  OHSA: USA.

**Rebuttal Report of Roger G. Morse A.I.A.**

whether the exposures are in compliance with OSHA requirements. These calculations are presented in Table 4. The details of the calculations used to derive Table 4 can be found in Appendix D.

The instantaneous air levels generated by disturbance of dust in the attic of the Tucson Music Hall were initially measured by phase contrast microscopy (PCM). PCM is the basis of exposure monitoring for compliance with the OSHA regulation, but has the limitation that it cannot distinguish asbestos from other fibrous material. The dust in the attic is likely to have non-asbestos fibrous material, including hair, cloth fibers, gypsum spears, and, in particular, glass fibers from the fibrous glass insulation in the space.

In such instances, OSHA allows additional analysis by transmission electron microscopy (TEM).[9]  TEM can perform additional analysis that can differentiate asbestos fibers from other fibrous dust particles. TEM can also resolve very thin fibers that cannot be seen by PCM, which is an optical microscopy method. Including these thin fibers in an analysis intended to determine OSHA compliance would produce an overcount, as the OSHA PEL is based in PCM counts.

The analytical method used for OSHA compliance is NIOSH 7402, which is intended to distinguish asbestos from other fibers and produce a count of only asbestos fibers that is equivalent to a PCM count.[10]  This is accomplished by counting only fibers greater than 5 µm in length and 0.2µm in diameter. Thus, it eliminates non-asbestos fibers and does not add fibers too thin to be seen by PCM. The counts generated by this method are referred to as PCM Equivalent counts or PCME.

Table 4 gives the exposure as measured by PCM and also gives the actual exposure to asbestos as measured by the PCME count. In addition, the exposure to all fibers, regardless of diameter, is given. It can be seen that in all three instances the exposures are below both the OSHA 8 hour time weighted average and the 30 minute excursion limit.

---

[9] OSHA.  Op. Cit.
[10] NIOSH.  (1994, August).  NIOSH Method 7402: Asbestos by TEM.  NIOSH: USA.

**Table 4 – Comparison of Exposure From Dust Disturbance Experiments to The OSHA Permissible Exposure Limit**

| | Mean (f/cc) | Duration of Activity (Min.) | 30 Min Excursion (f/cc) | 8 Hour Time Weighted Average (f/cc) |
|---|---|---|---|---|
| **Trial I - Rag Cleaning of HVAC Duct** | | | | |
| PCM | 3.81 | 4 | 0.51 | 0.03 |
| TEM (≥ 5μm) | 3.14 | 4 | 0.42 | 0.03 |
| TEM (PCME) | 0.61 | 4 | 0.08 | 0.01 |
| **Trial II - Hand Brushing of HVAC Duct** | | | | |
| PCM | 2.62 | 4 | 0.35 | 0.02 |
| TEM (≥ 5μm) | 2.66 | 4 | 0.35 | 0.02 |
| TEM (PCME) | 0.884 | 4 | 0.11 | 0.01 |
| **Trial III - Compressed Air Blow Off of HVAC Duct** | | | | |
| PCM | 7.05 | 3 | 0.71 | 0.06 |
| TEM (≥ 5μm) | 5.42 | 3 | 0.54 | 0.03 |
| TEM (PCME) | 1.92 | 3 | 0.31 | 0.02 |
| **Trial IV - Insulation Batt Removal & Replacement** | | | | |
| PCM | 5.52 | 4 | 0.74 | 0.05 |
| TEM (≥ 5μm) | 6.90 | 4 | 0.92 | 0.06 |
| TEM (PCME) | 2.35 | 4 | 0.31 | 0.02 |

**Note:**

Lab Data sheets were not provided for three samples (M40816-007 - 009)
Thus, PCME counts could not be determined for these samples.

As Table 4 demonstrates, the exposures were well within regulatory limits – even though the disturbance activities and air sampling did not simulate recommended or acceptable maintenance or cleaning activities.  Normally activities of this sort would be governed by an Operations and Maintenance (O&M) plan.  OSHA requires that specific work practices and control measures be employed in such situations[11][12].  Such dust would not be subjected to the uncontrolled dry disturbances that were used in the Longo study.  In fact, OSHA specifically prohibits both dry sweeping and the use of compressed air as was used in Longo's study.

---

[11] OSHA.  Op. Cit.
[12] NIBS.  (1996, December).  Guidance Manual: Asbestos Operations & Maintenance Work Practices (Second Edition).  NIBS: Washington, DC.

## Review of Tucson Study

The purposes of the Tucson Study as described in the report are:

1. To evaluate the asbestos fiber reentrainment potential of settled dust associated with W.R. Grace's Monoltote-3 fireproofing.
2. To assess the asbestos fiber size distribution of reentrained particulates obtained during personal air sampling as compared to those found in settled dust samples.
3. To assess air samples from reentrained asbestos-containing dust by direct prep methods as a means of demonstrating the presence of free asbestos fibers captured on the filter.
4. To further determine whether W. R. Grace's expert's contention that deposits of settled surface dust from their in-place products are not of a respirable size range and that all asbestos fibers contained in the dust from their products are encapsulated is correct.

The Longo Report failed to meet these goals, for the following reasons:

**Goal Number 1:**
The first goal as stated by the report is:

1. To evaluate the asbestos fiber reentrainment potential of settled dust associated with W.R. Grace's Monoltote-3 fireproofing.

The disturbance experiments generated airborne asbestos.  However, the composition of the dust was never determined during the study; therefore, it is not known what part of the airborne asbestos, if any, came from the fireproofing in the space.

The ASTM D5755 dust sample analysis cannot distinguish between asbestos coming from outdoor ambient air and asbestos in dust from asbestos-containing materials.  As such the D5755 method does not provide the information necessary to differentiate reentrainment of asbestos from fireproofing alleged to be W. R. Grace's Monokote 3 from asbestos from the outside air.   The D5755 analysis procedure dissolves the gypsum matrix of fireproofing particles, and as such does not provide any information about the nature or source of the particulate on the surface.

**Goal Number 2:**
The second goal of the study was:

2. To assess the asbestos fiber size distribution of reentrained particulates obtained during personal air sampling as compared to those found in settled dust samples.

This goal cannot be met with the analytical method, ASTM D5755, used in the study to evaluate dust.  This method involves indirect preparation and as such modifies the composition of the dust.  The method states

> 1.4.1 The procedure outlined in this test method employs an indirect sample preparation technique. It is intended to disperse aggregated asbestos into fundamental fibrils, fiber bundles, clusters, or matrices that can be more accurately quantified by transmission electron microscopy. However, as with all indirect sample preparation techniques, the asbestos observed for quantification may not represent the physical form of the asbestos as sampled. More specifically, the procedure described neither creates nor destroys asbestos, but it may alter the physical form of the mineral fibers.[13]

This method includes a step (the use of water with acid added) specifically intended to dissolve the binder that holds gypsum-based fireproofing debris together, and which forms the asbestos matrix structure that would come from the fireproofing in the attic space.  As such, this analysis tells us nothing about the original asbestos fiber size distribution on the surface, so there is no way to make a comparison to air samples of collected reentrained dust, as the method itself recognizes:

> 5.1.2 At present, no relationship has been established between asbestos-containing dust as measured by this test method and potential human exposure to airborne asbestos. Accordingly, the users should consider other available information in their interpretation of the data obtained from this test method.[14]

There has been no analysis to determine the fiber size distribution in the settled dust.  To meet this goal the composition and size distribution of the particulate, including asbestos, would have to be analyzed without modifying the composition.  This would require the application of more than one analytical method, and may require the development of new sampling and analytical methods.  This was not done by Longo.  Instead Longo relied on a single analytical method for the dust that modifies the structure of the particles analyzed.

In order to meet the stated goals the Longo study needs to differentiate asbestos that comes from the fireproofing from all other sources of asbestos.  In order to differentiate airborne asbestos that comes from fireproofing particulate from airborne asbestos that comes from all other sources, several steps must necessarily be taken.  First, the composition and size distribution of the particles in the dust must be determined.  Second, the particles, if any, coming from the fireproofing need to be identified.  Third, the particles found in the air would then need to be compared with the particles found in the dust, and the particles in the air that came from the fireproofing would have to be identified.  Longo did not perform any analysis to provide the needed information.

---

[13] ASTM.  Op. Cit.

[14] ASTM.  Op. Cit.

**Rebuttal Report of Roger G. Morse A.I.A.**

The D5755 method analyzes only for presence or absence of asbestos, and as such tells nothing about other components of the dust.  A particle can only be identified as coming from the fireproofing by looking at the materials associated with the asbestos and matching them up with the fireproofing.  This is the same sort of analysis on which product identification in the claims is based.  D5755 does not provide such an analysis, and no other analysis was attempted to gather this information.

**Goal Number 3:**
The third goal of this study was:

>    3.    To assess air samples from reentrained asbestos-containing dust by direct prep methods as a means of demonstrating the presence of free asbestos fibers captured on the filter.

The direct air sampling found more than free asbestos fibers.  It also found bundles, matrices and clusters which are more complex asbestos structures.  As described above, there is no way to compare these asbestos structures with those in the dust prior to disturbance, as the composition and size of asbestos structures in the dust was never determined.  Also, there has been no analysis to attempt to associate the asbestos structures found in the air with fireproofing found in the attic space.

**Goal Number 4:**
The fourth goal of this study was:

>    4.    To further determine whether W. R. Grace's expert's contention that deposits of settled surface dust from their in-place products are not of a respirable size range and that all asbestos fibers contained in the dust from their products are encapsulated is correct.

As the composition of the dust was never tested to determine if it came from the fireproofing, it cannot be claimed that the asbestos structures found in the air sampling are related to W. R. Grace products.

# Summary

The Longo Report does not establish a basis for concluding that the ASTM D5755 method provides information that allows a correlation to be determined between asbestos in settled dust that has come from W. R. Grace products and airborne asbestos levels.

**Rebuttal Report of Roger G. Morse A.I.A.**

1. During the course of the study, analysis was never performed to determine the composition and source of the dust in the building.  In the absence of such a determination there is no basis for determining that the dust came from W. R. Grace products.

2. There was no study to determine if the airborne concentrations generated by disturbance of the dust resulted from reentrainment of dust from W.R. Grace products.

3. No study was attempted to determine if there was any potential for asbestos exposure to building occupants that could result from disturbance of dust in the building.

4. No study was attempted to determine if there was any potential for asbestos exposure to cleaning staff that could result from disturbance of dust in the building.

5. The disturbance experiments were in violation of OSHA requirements.  Despite this, the exposures incurred by the investigators did not exceed the OSHA permissible exposure limits.  No study was performed to determine if there was any potential exposure to maintenance workers following a properly conceived and executed Operations and Maintenance plan.

6. ASTM D5755 only helps determine the presence or absence of asbestos in settled dust and does not perform any analysis to differentiate asbestos that comes from different sources or to determine the composition of particulate in the dust.  As such, the method has no value in attempting to determine the quantity of asbestos contributed by a single source such as the W. R. Grace products alleged to be present.

7. The ASTM D5755 method includes indirect preparation steps that will modify the particulate in the collected dust.  Specifically, the method will modify particulate with water soluble binders such as those used in W. R. Grace products alleged to be present.  This means that the D5755 method has no value in attempting to identify a dust particle as coming from a W. R. Grace material.

_____                    _____11/14/06_____
Roger G. Morse                              Date

**Rebuttal Report of Roger G. Morse A.I.A.**

**APPENDIX A**
Asbestos Containing Materials in Buildings from EPA Purple Book

United States Environmental Protection Agency
Office of Pesticides and Toxic Substances
Washington, DC 20460
EPA 560/5-85-024
June 1985

Guidance for Controlling Asbestos-Containing Materials in Buildings

# GUIDANCE FOR CONTROLLING ASBESTOS-CONTAINING MATERIALS IN BUILDINGS

## 1985 EDITION

Exposure Evaluation Division
Office of Toxic Substances
Office of Pesticides and Toxic Substances
U.S. Environmental Protection Agency
Washington, D.C. 20460

### Appendix A.  Asbestos-Containing Materials Found in Buildings*

| Subdivision | Generic name | Asbestos (%) | Dates of use | Binder/sizing |
|---|---|---|---|---|
| Surfacing material | sprayed- or troweled-on | 1-95 | 1935-1970 | sodium silicate, portland cement, organic binders. |
| Preformed thermal insulating products | batts, blocks, and pipe covering | | | |
| | 85% magnesia | 15 | 1926-1949 | magnesium carbonate |
| | calcium silicate | 6-8 | 1949-1971 | calcium silicate |
| Textiles | cloth[a] | | | |
| | blankets (fire)[a] | 100 | 1910-present | none |
| | felts: | 90-95 | 1920-present | cotton/wool |
| | blue stripe | 80 | 1920-present | cotton |
| | red stripe | 90 | 1920-present | cotton |
| | green stripe | 95 | 1920-present | cotton |
| | sheets | 50-95 | 1920-present | cotton/wool |
| | cord/rope/yarn[a] | 80-100 | 1920-present | cotton/wool |
| | tubing | 80-85 | 1920-present | cotton/wool |
| | tape/strip | 90 | 1920-present | cotton/wool |
| | curtains[a] (theatre, welding) | 60-65 | 1945-present | cotton |
| Cementitious concrete-like products | extrusion panels: | 8 | 1965-1977 | portland cement |
| | corrugated | 20-45 | 1930-present | portland cement |
| | flat | 40-50 | 1930-present | portland cement |
| | flexible | 30-50 | 1930-present | portland cement |
| | flexible perforated | 30-50 | 1930-present | portland cement |
| | laminated (outer surface) | 35-50 | 1930-present | portland cement |
| | roof tiles | 20-30 | 1930-present | portland cement |
| | clapboard and shingles: | | | |
| | clapboard | 12-15 | 1944-1945 | portland cement |
| | siding shingles | 12-14 | unknown-present | portland cement |
| | roofing shingles | 20-32 | unknown-present | protland cement |
| | pipe | 20-15 | 1935-present | portland cement |
| Paper products | corrugated: | | | |
| | high temperature | 90 | 1935-present | sodium silicate |
| | moderate temperature | 35-70 | 1910-present | starch |
| | indented | 98 | 1935-present | cotton and organic binder |
| | millboard | 80-85 | 1925-present | starch, lime, clay |
| Roofing felts | smooth surface | 10-15 | 1910-present | asphalt |
| | mineral surface | 10-15 | 1910-present | asphalt |
| | shingles | 1 | 1971-1974 | asphalt |
| | pipeline | 10 | 1920-present | asphalt |

---

\* The information in this Appendix is taken, with modification, from: Lory EE, Coin DC. February 1981. *Management Procedure for Assessment of Friable Asbestos Insulating Material.* Port Hueneme, CA: Civil Engineering Laboratory Naval Construction Battalion Center. The U.S. Navy prohibits the use of asbestos-containing materials when acceptable nonasbestos substitutes have been identified.

[a]Laboratory aprons, gloves, cord, rope, fire blankets, and curtains may be common in schools.

A-1

**Rebuttal Report of Roger G. Morse A.I.A.**

## Appendix A. (continued)

| Subdivision | Generic name | Asbestos (%) | Dates of use | Binder/sizing |
|---|---|---|---|---|
| Asbestos-containing compounds | caulking putties | 30 | 1930–present | linseed oil |
| | adhesive (cold applied) | 5–25 | 1945–present | asphalt |
| | joint compound | | 1945–1975 | asphalt |
| | roofing asphalt | 5 | unknown–present | asphalt |
| | mastics | 5–25 | 1920–present | asphalt |
| | asphalt tile cement | 13–25 | 1959–present | asphalt |
| | roof putty | 10–25 | unknown–present | asphalt |
| | plaster/stucco | 2–10 | unknown–present | portland cement |
| | spackles | 3–5 | 1930–1975 | starch, casein, synthetic resins |
| | sealants fire/water | 50–55 | 1935–present | caster oil or polyisobutylene |
| | cement, insulation | 20–100 | 1900–1973 | clay |
| | cement, finishing | 55 | 1920–1973 | clay |
| | cement, magnesia | 15 | 1926–1950 | magnesium carbonate |
| Asbestos ebony products | | 50 | 1930–present | portland cement |
| Flooring tile and Sheet Goods | vinyl/asbestos tile | 21 | 1950–present | poly(vinyl)chloride |
| | asphalt/asbestos tile | 26–33 | 1920–present | asphalt |
| | sheet goods/resilient | 30 | 1950–present | dry oils |
| Wallcovering | vinyl wallpaper | 6–8 | unknown–present | — |
| Paints and coatings | roof coating | 4–7 | 1900–present | asphalt |
| | air tight | 15 | 1940–present | asphalt |

A-2

**Rebuttal Report of Roger G. Morse A.I.A.**

**APPENDIX B**
Calculations of Asbestos Dust Loadings

**Rebuttal Report of Roger G. Morse A.I.A.**

**Purpose**

The purpose of this appendix is to calculate the possible contribution of external sources to the accumulation of surface dust reported to be found in the attic of the Tucson Civic Center Music Hall in the Longo report dated October 25, 2006.

**Approach**

Mean measured surface dust loadings and Confidence limits were established by applying a reciprocal sensitivity weighting structure counts on Lab analysis sheets in the report under review.  This method was applied to enable a consistent comparison among all buildings with surface dust loadings reported in the Longo Report.

Asbestos dust loadings are predicted from airborne sources using methods derived from several literature sources:

1. Timbrell (1965)[i]  Experimental correlation of the gravitational settling of fibers and spherical particles provides the basis for deriving aerodynamic properties of asbestos fibers.

2. Sawyer & Spooner (1978)[ii]  Derivation of aerodynamic equations for gravitational settling of asbestos fibers confirms Timbrell's empirical results and applies to settling velocities.

3. Chatfield (1983)[iii]  Measurement of asbestos concentrations in the ambient atmosphere outside buildings.  Provides a range of estimates for air entering the Tucson Music Hall.

4. Chatfield (1997)[iv]  Correlation of asbestos-containing airborne and surface dust provides guidance for understanding measurements made on surface dust.

5. Thatcher (2002)[v]  Experimental study of indoor particulate deposition provides basis to extend dust settling mechanisms beyond gravity to include air circulation, furnishings, and air exchange with the external ambient.

**Discussion**

Figure B-1 illustrates the general model adopted from Thatcher et al to represent the concentration of any given size asbestos particle in the Music Hall attic air and consequent deposition on furnishings, such as the HVAC duct samples included in the Longo Report.

**Rebuttal Report of Roger G. Morse A.I.A.**



**Figure B - 1**  General Model for Indoor Air Concentration & Deposition

The model includes two source terms and two removal terms.  The terms are:
1. Source - the infiltration of outside ambient air and
2. Source - internal dust sources (set = zero in this study).
3. Removal – exfiltration of air back to the outside environment
4. Removal – deposition on internal building surfaces, such as the HVAC ducts in the Music Hall attic.

Thatcher et al presented a differential equation and solution for $C_i$ to reduce their experimental data.  A simple steady-state solution is sufficient for the purpose of this appendix.  A steady state (i.e. constant) indoor concentration, $C_i$ will result when the number of particles entering the attic from internal and external sources just equals the number being removed by exfiltration and deposition on internal surfaces.  Using the terminology depicted in Figure B-1:

$$\lambda_v * P_{dp} * C_{odp} + \text{Internal Source} = \lambda_v * C_{idp} + \beta_{dp} * C_{idp}$$
$$\text{or}$$
$$C_{idp} = \{\lambda_v * P_{dp} * C_{odp}\} / \{\lambda_v + \beta_{dp}\}$$
$$\text{and}$$
$$\text{Surface Deposition Rate} = \beta_{dp} * C_{idp} / (S/V)$$

Where S/V is the ratio of deposition surface to room volume.

**Rebuttal Report of Roger G. Morse A.I.A.**

Results of these equations are summarized in Figure B - which shows the effects of particle deposition both on the depletion of particles from the incoming ambient air (Ci / Co) and the build-up of expected dust deposits over 34 years as a function of particle size. Results are shown for two possible ambient air concentrations as described below.



**Contribution of Ambient Air to Tucson Music Hall Attic Dust Deposit**

**Figure B - 2  Predicted Contribution of Ambient Air Sources to Tucson Music Hall Dust**

As concluded by Thatcher, total actual results would be based on a distribution of ambient airborne dust particle sizes. Lacking that data, a representative size was chosen based on the average width and aerodynamic particle size calculated from Lab analysis sheets in the report under review for structures > 5μm length in Trials I – IV as tabulated below.

| Example Dust Deposit Accumulation for average fiber diameter of .42 um | | | |
|---|---|---|---|
| | Mean | LCL | UCL |
| Urban | 1,321,028 | 444,690 | 2,197,366 |
| Non-Urban | 407,216 | 17,035 | 797,397 |

**Rebuttal Report of Roger G. Morse A.I.A.**

Mean measured surface dust loadings and Confidence limits were established by applying a reciprocal sensitivity weighting structure counts on Lab analysis sheets in the report under review. This method enables a consistent comparison among all buildings with surface dust loadings reported in the Longo Report as summarized below. This method was also applied to the data for all other buildings included in the Longo Report as summarized on the following page. No pairs of buildings were found to have overlapping dust loading ranges for both <5 and >5 μm structures:

| Summary of Surface Dust Data from the Longo report. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No Buildings with >2 Samples share overlapping ranges of Both < 5 and > 5 um structures | | | | | | | | |
| | | Struct ≤ 5μm / cm2 | overlap | Struct ≥ 5μm / cm2 | overlap | Total # of Struct / cm2 | overlap | Struc < 5 Struct >5 |
| Tucson Music Hall surface dust is not similar to dust in any other study included in the Longo report. | | | | | | | | |
| 1  Tucson Civic Center - Music Hall | Mean | 874,885 | | 371,527 | | 1,246,412 | | 235% |
| | LCL 95 | 685,771 | 2 | 252,434 | 6 | 1,018,409 | | |
| | UCL 95 | 1,100,037 | | 527,353 | | 1,510,237 | | |
| None of the Texas buildings share overlapping ranges using sensitivity weighted values | | | | | | | | |
| 2  El Paso | Mean | 636,682 | | 205,520 | | 842,203 | | 310% |
| | LCL 95 | 578,767 | 1 | 173,217 | | 775,385 | | |
| | UCL 95 | 698,824 | | 242,100 | | 913,238 | | |
| 3  PWB | Mean | 429,660 | | 63,017 | | 492,677 | | 682% |
| | LCL 95 | 337,955 | | 31,458 | 9 | 394,078 | | |
| | UCL 95 | 538,582 | | 112,754 | | 608,452 | | |
| 4  AAT Concourse 30 | Mean | 12,849,804 | | 1,869,062 | 7, | 14,718,866 | | 688% |
| | LCL 95 | 11,500,648 | | 1,378,099 | 8 | 13,272,281 | | |
| | UCL 95 | 14,313,744 | | 2,478,106 | | 16,280,101 | | |
| 5  Bivins | Mean | 5,145,173 | | 903,351 | | 6,048,524 | | 570% |
| | LCL 95 | 4,301,868 | 7 | 572,647 | | 5,130,957 | 8 | |
| | UCL 95 | 6,105,473 | | 1,355,470 | | 7,082,833 | | |
| No Arkansas Buildings share overlapping ranges of | | | | | | | | |
| Both < 5 and > 5 um structures using sensitivity weighted values. | | | | | | | | |
| 6  Benton Service Center Maintenance Bldg 18 | Mean | 3,393,578 | | 670,160 | | 4,063,739 | | 506% |
| | LCL 95 | 2,976,099 | 8 | 492,409 | 1 | 3,605,593 | | |
| | UCL 95 | 3,853,224 | | 891,171 | | 4,563,974 | | |
| 7  SBS Building, fka National Old Line Insurance Building | Mean | 6,086,183 | | 1,914,203 | 4, | 8,000,386 | | 318% |
| | LCL 95 | 5,562,284 | 5 | 1,625,606 | 8 | 7,397,995 | | |
| | UCL 95 | 6,646,134 | | 2,239,265 | | 8,638,760 | | |
| 8  Office of Child Support Services, 400 E Capitol St | Mean | 3,290,945 | | 1,355,095 | 4, | 4,646,039 | | 243% |
| | LCL 95 | 2,761,114 | 6 | 1,023,624 | 7 | 4,012,076 | 5 | |
| | UCL 95 | 3,892,819 | | 1,759,703 | | 5,351,732 | | |
| 9  Arkansas State Hospital Adminsitration Building | Mean | 178,580 | | 33,361 | | 211,941 | | 535% |
| | LCL 95 | 153,577 | | 23,104 | 3 | 184,617 | | |
| | UCL 95 | 206,493 | | 46,619 | | 242,169 | | |
| Distinct dust surface concentration ranges that overlap among two or three buildings are cross-referenced by number for each size range. The power to resolve underlying differences among sites is constrained by the number of samples reported. Sample numbers are sufficient to distinguish among ranges with different colors or shades and to distinguish uncolored ranges from every other range in the same structure size category. | | | | | | | | |

**Rebuttal Report of Roger G. Morse A.I.A.**

**Calculations.**

The following table shows the calculation of surface dust loading statistics using the reciprocal sensitivity weighting method.

| | Lab Sample # | Struct ≤ 5μm / cm$^2$ | Struct ≥ 5μm / cm$^2$ | Total # of Struct / cm$^2$ | Analytical Sensitivity, cm$_2$ |
|---|---|---|---|---|---|
| | **Summary of Surface Dust Data from the Longo report dated 10/25/06. Tucson Civic Center Music Hall, Weighted by Reciprocal Sensitivity** | | | | |
| Structure Counts | Q1453 | 11 | 4 | 15 | 157,000 |
| | Q1454 | 11 | 2 | 13 | 157,000 |
| | Q1455 | 7 | 4 | 11 | 1,570,000 |
| | Q1456 | 11 | 9 | 20 | 157,000 |
| | Q1457 | 33 | 12 | 45 | 15,700 |
| Dust Loading | Mean | 874,885 | 371,527 | 1,246,412 | 8.3E-05 |
| | LCL 95 | 685,771 | 252,434 | 1,018,409 | |
| | UCL 95 | 1,100,037 | 527,353 | 1,510,237 | |

Prediction of dust accumulation from ambient sources used the deposition loss coefficients shown in Figure B -  .  Specific calculations are summarized in the Table that follows.

# Rebuttal Report of Roger G. Morse A.I.A.



**Deposition Loss Coefficient from T.L.Thatcher, et al (2002)**
**Comparison to Timbrell (1965) Gravitational Settling of Asbestos Fibers on Floor area only**

**Figure B - 3  Deposition Loss Coefficients from Thatcher et al**

[i] Timbrell, V.  (1965).  The Inhalation of Fibrous Dusts.  *Annals New York Academy of Sciences*, 255-273.

[ii] Sawyer, RN & Spooner, CM.  (1978, March).  EPA 450/2-78-014 (OAQPS No. 1.2-094): Sprayed Asbestos-Containing Materials in Buildings, A Guidance Document.  *Appendix B Aerodynamic Behavior of Airborne Fibers,*, B-1 – B-5.

[iii] Chatfield, EJ.  (1983, May).  Measurement of Asbestos Fibre Concentrations in Ambient Atmospheres. Ontario Research Foundation.  The Commission on Matters of Health and Safety Arising from the Use of Asbestos in Ontario: Ontario, Canada.

[iv] Chatfield, EJ.  (2000, January).  *Correlated Measurements of Airborne Asbestos-Containing Particles and Surface Dust.*  ASTM 1342: Advances in Environmental Measurement Methods for Asbestos (presented at ASTM Committee D-22 symposium July 1997).  ASTM International: West Conshohocken, PA.

[v] Thatcher, TL, Lai, ACK, Moreno-Jackson, R, Sextro, RG, & Nazaroff, WW.  (2002).  Effects of room furnishings and air speed on particle deposition rates indoors.  *Atmospheric Environment 36, 1811-1819.*

**Rebuttal Report of Roger G. Morse A.I.A.**

**Deposition Loss & Deposit Build-up Calculation**

Ambient Air Asbestos Concentration

| | | | per E. Chatfield (1985) | LCL | UCL |
|---|---|---|---|---|---|
| Urban | 0.0116 | s/cc | | 0.0039 | 0.0193 |
| Non-Urban | 0.0062 | s/cc | | 0.0003 | 0.0121 |

Attic Ceiling height, h — 240 cm
Deposit Accumulation time, t — 34 yr
Outside Air Exchange Rate, $\lambda_v$ — 3 /hr
Correction for Indirect Sample Prep — per E. Chatfield (1997)
  Lower 5.17
  Upper 8.92308

| Typical thickness (µm) for 20:1 aspect ratio fiber | Aero Equiv | Bare Room | | Deposition Loss Coef, $\beta$ /hr | $C_i / C_o = \lambda_v / (\lambda_v + \beta)$ | Deposition Accumulation $= t * h * \beta * C_i / \lambda_v * C_o$ structures / cm$^2$ | | Equivalent After Indirect Sample Preparation | |
|---|---|---|---|---|---|---|---|---|---|
| | | Fan off | 5.4 cm/s | Avg. | | Non-Urban | Urban | Lower | Upper |
| 0.19 | 0.55 | 0.10 | 0.10 | 0.10 | 97% | 42,686 | 80,181 | 220,547 | 715,464 |
| 0.22 | 0.65 | 0.10 | 0.10 | 0.10 | 97% | 42,686 | 80,181 | 220,547 | 715,464 |
| 0.27 | 0.81 | 0.10 | 0.10 | 0.10 | 97% | 42,686 | 80,181 | 220,547 | 715,464 |
| 0.34 | 1.00 | 0.13 | 0.12 | 0.13 | 96% | 52,931 | 99,425 | 273,478 | 887,175 |
| 0.42 | 1.24 | 0.20 | 0.18 | 0.19 | 94% | 78,816 | 148,046 | 407,216 | 1,321,028 |
| 0.52 | 1.54 | 0.32 | 0.27 | 0.30 | 91% | 118,473 | 222,536 | 612,109 | 1,985,710 |
| 0.65 | 1.91 | 0.49 | 0.42 | 0.46 | 87% | 174,267 | 327,339 | 900,379 | 2,920,872 |
| 0.80 | 2.37 | 0.78 | 0.64 | 0.71 | 81% | 253,242 | 475,684 | 1,308,418 | 4,244,569 |
| 0.99 | 2.94 | 1.24 | 0.92 | 1.08 | 74% | 350,280 | 657,958 | 1,809,779 | 5,871,009 |
| 1.23 | 3.65 | 1.81 | 1.28 | 1.55 | 66% | 449,828 | 844,946 | 2,324,109 | 7,539,521 |
| 1.53 | 4.53 | 2.83 | 1.95 | 2.39 | 56% | 586,760 | 1,102,158 | 3,031,594 | 9,834,637 |
| 1.90 | 5.62 | 4.41 | 3.01 | 3.71 | 45% | 731,649 | 1,374,314 | 3,780,187 | 12,263,108 |
| 2.36 | 6.98 | 5.33 | 4.29 | 4.81 | 38% | 814,977 | 1,530,836 | 4,210,716 | 13,659,765 |
| 2.93 | 8.66 | 6.79 | 6.72 | 6.76 | 31% | 916,325 | 1,721,205 | 4,734,346 | 15,358,445 |
| Average | 3.03 | 1.76 | 1.44 | 1.60 | 65% | 459,802 | 863,682 | 2,375,642 | 7,706,697 |

**Rebuttal Report of Roger G. Morse A.I.A.**

**APPENDIX C**
Dust Composition in Supporting Documents to Claims

**Rebuttal Report of Roger G. Morse A.I.A.**

**SBS Building**
Claim 12688

| Sample Description | | | Claimed ACM | | |
| --- | --- | --- | --- | --- | --- |
| Sample ID | Material | Location of Sample | ACM | Composition | Dust Composition |
| 93-1013-1 | Settled dust | Above lay-in ceiling below fireproofing | Fireproofing Monokote-3 | 12% Chrysotile Asbestos<br>36% Vermiculite<br>52% Binder (Gypsum with fine carbonate) | 0% Asbestos<br>55% Cellulose<br>10% Perlite<br>15% Binder<br>15% Mineral Wool<br>5% Paint |
| 93-1013-2 | Settled dust | Above lay-in ceiling below fireproofing | Fireproofing Monokote-3 | 12% Chrysotile Asbestos<br>36% Vermiculite<br>52% Binder (Gypsum with fine carbonate) | 0% Asbestos<br>45% Mineral Wool<br>25% Cellulose<br>10% Perlite<br>10% Binder<br>5% Fiberglass<br>5% Binder |

**Rebuttal Report of Roger G. Morse A.I.A.**

### Cook County Children's Hospital
Claim 12684

| Sample Description | | | Claimed ACM | | |
|---|---|---|---|---|---|
| Sample ID | Material | Location of Sample | ACM | Composition | Dust Composition |
| CCH-1499 | Debris | Near ceiling - debris off floor | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | Asbestos Composition: <1% Chrysotile Non-Asbestos Composition: 15% Synthetics 25% Mica 59% Other: Rock, Mastic |
| CCH-1500 | Debris/ dust | Near ceiling - debris / dust top of conduit | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | Asbestos Composition: 15% Chrysotile Non - Asbestos Composition: 10% Synthetics 20% Mica 55% Binder |

**Rebuttal Report of Roger G. Morse A.I.A.**

## UC Santa Barbara Music Building
Claim 9874

| Sample Description | | | Claimed ACM | | |
|---|---|---|---|---|---|
| Sample ID | Material | Location of Sample | ACM | Composition | Dust Composition |
| UCSB MH VAC-01 | Settled dust | Theatre-West, Central wall Brickwork | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 1-3% Chrysotile Asbestos 70-75% Cellulose 3-8% Synthetic Fibers 14-26% Miscellaneous Particles |
| UCSB MH VAC-02 | Settled dust | Theatre-Seat, South-West corner | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 1-3% Chrysotile Asbestos 60-65% Cellulose Trace Fibrous Glass/ Mineral Wool* Trace Diatomaceous Earth* 1-3% Synthetic Fibers 30-37 Miscellaneous Particles |
| UCSB MH VAC-03 | Settled dust | Attic Plenum-from light | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 1-2% Chrysotile Asbestos 70-75% Cellulose 2-6% Fibrous Glass/ Mineral Wool 3-8% Synthetic Fibers Trace Hair* 9-24% Miscellaneous particles |
| UCSB MH VAC-04 | Settled dust | Attic Plenum-plaster at entrance | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 10-15% Chrysotile Asbestos 20-25% Cellulose 1-3% Fibrous Glass/ Mineral Wool 2-5% Synthetic Fibers Trace Hair* 20-25% Vermiculite/ Mica 27-47% Miscellaneous Particles |

(* Trace indicates less than 1%)

## Rebuttal Report of Roger G. Morse A.I.A.

### UC Santa Barbara Music Building
Claim 9874

| Sample Description | | | Claimed ACM | | | |
|---|---|---|---|---|---|---|
| Sample ID | Material | Location of Sample | ACM | Composition | Dust Composition | |
| LLMV- 01 | Settled dust | Stage curtains | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 75-84% Cellulose 1-5% Fibrous glass/ Mineral Wool 15-20% Miscellaneous Particles No Asbestos Detected | |
| LLMV- 02 | Settled dust | backstage catwalk (north) | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | Trace Chrysotile Asbestos* 85-90% Cellulose Trace Fibrous Glass/ Mineral Wool* 10-15% Miscellaneous Particles | |
| LLMV- 03 | Settled dust | Seat A-2 | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | Trace Chrysotile Asbestos* 62-79% Cellulose 10-15% Fibrous Glass/ Mineral Wool 1-3% Vermiculite/ Mica 10-20% Miscellaneous Particles | |
| LLMV- 04 | Settled dust | Seat D-23 | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | Trace Chrysotile Asbestos * 87-97% Cellulose 1-3% Synthetic Fibers 1-5% Vermiculite/ Mica 1-5% Miscellaneous Particles | |
| LLMV- 05 | Settled dust | Seat F-20 | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 95-99% Cellulose Trace Synthetic Fibers* 1-5% Miscellaneous Particles No Asbestos Detected | |
| LLMV- 06 | Settled dust | Seat I-13 | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 60-70% Cellulose Trace Fibrous Glass/ Mineral Wool* 10-20% Synthetic Fibers 10-30% Miscellaneous Particles No Asbestos Detected | |

(* Trace indicates less than 1%)

# Rebuttal Report of Roger G. Morse A.I.A.

## UC Santa Barbara Music Building
### Claim 9874 (Continued)

| Sample Description | | | Claimed ACM | | |
| --- | --- | --- | --- | --- | --- |
| Sample ID | Material | Location of Sample | ACM | Composition | Dust Composition |
| LLMV- 07 | Settled dust | Seat K-10 | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 65-86% Cellulose 1-5% Synthetic Fibers 3-10% Vermiculite/ mica 10-20% Miscellaneous Particles No Asbestos Detected |
| LLMV- 08 | Settled dust | Seat N-27 | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 40-50% Cellulose 50-60% Miscellaneous Particles No Asbestos Detected |
| LLMV- 09 | Settled dust | Above door casing at exit Northeast corner | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 65-80% Cellulose 10-20% Synthetic Fibers 10-15% Miscellaneous Particles No Asbestos Detected |
| LLMV- 10 | Settled dust | At brickwork south wall (West End) | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 70-80% Cellulose 20-30% Miscellaneous particles No Asbestos Detected |
| UCSB VAC-10 | Settled dust | Theatre- Above door still at S.W. Corner | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 55-69% Cellulose 1-5% Synthetic Fibers Trace Sand* 30-40% Miscellaneous Particles No Asbestos Detected |
| UCSB VAC-11 | Settled dust | Theatre- Seat- S.E. area below ceiling penetration | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 40-55% Cellulose 10-20% Synthetic Fibers 35-40% Miscellaneous Particles No Asbestos Detected |
| UCSB VAC-12 | Settled dust | Stage - Intake grill of exhaust duct, S. E. | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 35-49% Cellulose 1-5% Synthetic Fibers Trace Diatomaceous Earth* 50-60% Miscellaneous Particles No Asbestos Detected |

(* Trace indicates less than 1%)

# Rebuttal Report of Roger G. Morse A.I.A.

## UC Santa Barbara Music Building
Claim 9874 (Continued)

| Sample Description | | | Claimed ACM | | |
| --- | --- | --- | --- | --- | --- |
| Sample ID | Material | Location of Sample | ACM | Composition | Dust Composition |
| UCSB VAC-14 | Settled dust | Stage curtain | Fireproofing Monokote-3 | 12% Chrysotile Asbestos 36% Vermiculite 52% Binder (Gypsum with fine carbonate) | 60-70% Cellulose 15-30% Synthetic Fibers 10-15% Miscellaneous Particles No Asbestos Detected |

# Rebuttal Report of Roger G. Morse A.I.A.

## Kark Building
Claim 9913

| Sample Description | | | Claimed ACM | | |
|---|---|---|---|---|---|
| Sample ID | Material | Location of Sample | ACM | Composition | Dust Composition |
| Sample 036-V2-1 | Dust | Second Floor Dust Sample | Fireproofing Monokote-3 | 12% Chrysotile Asbestos<br>36% Vermiculite<br>52% Binder (Gypsum with fine carbonate) | Asbestos: None Detected<br>2% Fiberglass<br>1% Mica<br>97% Other |
| Sample 036-V2-2 | Dust | Second Floor Dust Sample | Fireproofing Monokote-3 | 12% Chrysotile Asbestos<br>36% Vermiculite<br>52% Binder (Gypsum with fine carbonate) | <1% Chrysotile<br><1% Cellulose<br><1% Fiberglass<br>1% Mica<br>99% Other |
| Sample 036-V2-3 | Dust | Second Floor Dust Sample | Fireproofing Monokote-3 | 12% Chrysotile Asbestos<br>36% Vermiculite<br>52% Binder (Gypsum with fine carbonate) | Asbestos: None Detected<br><1% Cellulose<br>100% Other |
| Sample 036-V2-4 | Dust | Third Floor Dust Sample | Fireproofing Monokote-3 | 12% Chrysotile Asbestos<br>36% Vermiculite<br>52% Binder (Gypsum with fine carbonate) | Asbestos: None Detected<br><1% Fiberglass<br>1% Synthetic Fibers<br>1% Mica<br>98% Other |
| Sample 036-V2-5 | Dust | Third Floor Dust Sample | Fireproofing Monokote-3 | 12% Chrysotile Asbestos<br>36% Vermiculite<br>52% Binder (Gypsum with fine carbonate) | Asbestos: None Detected<br><1% Cellulose<br>1% Fiberglass<br><1% Kaolin<br>99% Other |
| Sample 036-V2-6 | Dust | Third Floor Dust Sample | Fireproofing Monokote-3 | 12% Chrysotile Asbestos<br>36% Vermiculite<br>52% Binder (Gypsum with fine carbonate) | Asbestos: None Detected<br><1% Cellulose<br>1% Fiberglass<br>1% Vermiculite<br>99% Other |

**Rebuttal Report of Roger G. Morse A.I.A.**

**APPENDIX D**
Extension of PCM Air Sample Data from the Longo Report to Regulatory
Exposure Times

# Rebuttal Report of Roger G. Morse A.I.A.

| Extension of PCM Air Sample Data from the Longo Report to Regulatory Exposure Times | | | | | | |
|---|---|---|---|---|---|---|
| **Tucson Convention Center Music Hall**<br>**Tests of 10/09/06** | **Air Sample** | | **30 minute Excursion** | | **8 hour Time Weighted Average** | |
| | Number of Fibers Counted | Mean Concentration f/cc | Equivalent Concentration f/cc | OSHA Permissible Exposure Limit | Equivalent Concentration f/cc | OSHA Permissible Exposure Limit |
| **Trial I - Rag Cleaning of HVAC Duct** | | | | | | |
| PCM | **238.5** | **3.81** | **0.51** | **1** | **0.03** | **0.1** |
| TEM Structures > 5 um | 25 | 3.14 | 0.42 | 1 | 0.03 | 0.1 |
| PCM Equivalent by TEM | 4 | **0.61** | **0.08** | **1** | **0.01** | **0.1** |
| **Trial II - Hand Brushing of HVAC Duct** | | | | | | |
| PCM | **154** | **2.62** | **0.35** | **1** | **0.02** | **0.1** |
| TEM Structures > 5 um | 23 | 2.66 | 0.35 | 1 | 0.02 | 0.1 |
| PCM Equivalent by TEM | 4 | **0.84** | **0.11** | **1** | **0.01** | **0.1** |
| **Trial III - Compressed Air Blow Off of HVAC Duct** | | | | | | |
| PCM | **322.5** | **7.05** | **0.71** | **1** | **0.06** | **0.1** |
| TEM Structures > 5 um | 32 | 5.42 | 0.54 | 1 | 0.03 | 0.1 |
| PCM Equivalent by TEM | 9 | **1.94** | **0.19** | **1** | **0.01** | **0.1** |
| **Trial IV - Insulation Batt Removal & Replacement** | | | | | | |
| PCM | **326.5** | **5.52** | **0.74** | **1** | **0.05** | **0.1** |
| TEM Structures > 5 um | 46 | 6.90 | 0.92 | 1 | 0.06 | 0.1 |
| PCM Equivalent by TEM | 15 | **2.35** | **0.31** | **1** | **0.02** | **0.1** |

Lab Data sheets were not provided for Samples M40816-007 - 009.  Thus, PCME counts could not be determined for these samples.