IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>Debtors. | ) ) ) ) ) ) ) ) ) ) Chapter 11<br>Case No. 01-01139 (JKF) |

**CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' PRELIMINARY DESIGNATION OF FACT AND EXPERT WITNESSES RELATING TO THE DEBTORS' OBECTIONS TO CLAIMS BASED ON LACK OF PRODUCT IDENTIFICATION AND EXPIRATION OF STATUTE OF LIMITATIONS PURSUANT TO THE AMENDED ORDER SETTING VARIOUS DEADLINES REGARDING OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS**

Pursuant to this Court's Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims dated October 13, 2006, Claimant State of California, Department of General Services (the "Claimant"), by and through its counsel, Hahn & Hessen LLP, submits the following designation of fact and expert witnesses relating to the Debtors' objections to claims based on lack of product identification and expiration of the statute of limitations, which Claimant reserves the right to supplement or correct at any time before trial.

1. **Individuals Likely To Be Called By Claimant As Fact Witnesses**

    a. Claimant presently intends to call the following individuals as fact witnesses:

| Name | Contact Information | Subject |
|---|---|---|
| Bob Yoachum | Department of General Services<br>Professional Services Branch<br>707 3rd Street 4-062<br>West Sacramento, California | (a) Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of all Proofs of Claim filed by Claimant; and (b) issues relating to the Debtors' statute of |

| | | |
|---|---|---|
| | | limitations objection to Claimants' Proofs of Claim |
| Dan Hood | Department of General Services Professional Services Branch 707 3rd Street 4-062 West Sacramento, California | (a) Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of all Proofs of Claim filed by Claimant; and (b) issues relating to the Debtors' statute of limitations objection to Claimants' Proofs of Claim |
| Vince Paul | Environmental Safety Health Operations Program Manager DGS Real Estate Services Division, Building and Property Management Branch 707 3rd Street, 5th Floor West Sacramento, California | (a) Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of all Proofs of Claim filed by Claimant; and (b) issues relating to the Debtors' statute of limitations objection to Claimants' Proofs of Claim |
| Glenn Connor | Department of General Services Professional Services Branch 707 3rd Street 4-062 West Sacramento, California (916) 375-4900 | (a) Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of all Proofs of Claim filed by Claimant; and (b) issues relating to the Debtors' statute of limitations objection to Claimants' Proofs of Claim |
| M.S. Ramage | 10333 El Camino Real Atascadero, California (805) 468-2204 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proof of Claim No. 10650 |
| Art Blankenship | 10333 El Camino Real Atascadero, California (805) 461-2203 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim No. 10650 |
| Jenny Hullihen | Department of Mental Health 1600 9th Street, Room 120 Sacramento, California | Presence of asbestos-containing materials manufactured by the |

|  | (916) 654-2655 | Debtors in the buildings subject of Claimant's Proof of Claim No. 10650 |
|---|---|---|
| Fred Lambert | Department of Forestry<br>1021 O Street Room A 301<br>Sacramento, California<br>(916) 324-1183 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10651 and 10659 |
| Lee Delap | 1234 E. Shaw Avenue<br>Fresno, California<br>(559) 222-3714 ext. 4123 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10651 and 10659 |
| Terry Counts | 714 P Street<br>Sacramento, California<br>(916) 654-6271 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10652 and 10662 |
| Bob Masters | 7650 South Newcastle Road<br>Stockton, California<br>(209) 944-6351 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10653 and 14411 |
| Bill Franz | 7650 South Newcastle Road<br>Stockton, California<br>(209) 944-6351 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim No. 10653 and 14411 |
| Corey Yep | California Youth Authority<br>4241 Williamsbourgh Drive, Suite 17<br>Sacramento, California<br>(916) 262-2946 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10653, 10658 and 14411 |
| Doug Yee | Developmental Services<br>Facilities Planning Branch | Presence of asbestos-containing materials |

|  | 1600 9th Street<br>Sacramento, California<br>(916) 654-1734 | manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10654 and 10655 |
|---|---|---|
| Mike Cevola | Department of Corrections<br>1515 S Street, Room 139-S<br>Sacramento, California<br>(916) 323-5483 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10656, 10657, 10660 |
| Gary Alexander | 31 East Channel Street<br>Stockton, California<br>(209) 948-7730 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim No. 10661 |
| Harold Jackson | 2501 Harbor Blvd.<br>Costa Mesa, California<br>(714) 957-5217 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10654 and 10655 |
| Bill Yates | 5100 O'Bynes Ferry Rd.<br>Jamestown, California<br>(209) 984-5291 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim No. 10656 |
| Terry Edward | End of Hwy 202 @ Cummings Valley<br>Tehachapi, California<br>(805) 822-4402 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10657 and 10660 |
| Terry Olson | 3100 Wright Road<br>Camarillo, California<br>(805) 485-7951 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim No. 10660 |

b.      Claimant also presently intends to call any individuals that may be identified by the Official Committee of Asbestos Property Damage Claimants as fact witnesses on the subject matters identified by the Committee.

c.      Finally, Claimant presently intends to call any individuals identified by the Debtors, including but not limited to, current or former officers of the Debtors, and witnesses in prior litigations in which the Debtors were involved arising out of the Debtors' use of asbestos in their products, on the subject matters identified by the Debtors.

2. **Individuals Likely To Be Called By Claimant As Expert Witnesses**

a.      Claimant presently intends to call as expert witnesses those expert witnesses identified by the Committee or by any other claimant whose property damage claim is pending at the time of the hearings on the Debtors' gateway objections based on lack of product identification and expiration of the statute of limitations.

b.      Furthermore, Claimant presently intends to call the following as expert witnesses:

| Name | Contact Information | Subject |
|---|---|---|
| Tim Vander Wood | MVA, Inc.<br>3300 Breckinridge Blvd., Ste. 400<br>Duluth, Georgia 30096<br>(770) 662-8509 | Matters contained in the reports of MVA, Inc. attached as Exhibit B to Claimant's October 24, 2005 response to the Debtors' Fifteenth Omnibus Objection and as Exhibit B to Claimant's November 30, 2005 supplemental response to the Debtors' Fifteenth Omnibus Objection, including the presence of the Debtors' asbestos-containing materials in the buildings subject of Claimant's Proofs of Claim. |
| Franco Seif | Clark Seif Clark<br>21732 Devonshire Street, Suite B<br>Chatsworth, California 91311<br>(818) 727-2553 | Presence and condition of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim |

Dated: New York, New York
November 6, 2006

        HAHN & HESSEN LLP
        Counsel for Claimant
        State of California, Dep't of General Services

        By: _____
             Steven J. Mandelsberg
             Christina J. Kang

        488 Madison Avenue
        New York, New York 10022
        (212) 478-7200

TO:

Janet S. Baer, Esq.
David Bernick, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
Co-Counsel for the Debtors
(via E-mail and First Class Mail)

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, Delaware 19899-8705
Co-Counsel for the Debtors
(via E-mail and First Class Mail)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>     Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Christina J. Kang, certify that on the 6th day of November, 2006, I caused a copy of *Claimant State of California, Department of General Services' Preliminary Designation of Fact and Expert Witnesses Relating to the Debtors' Objections to Claims Based on Lack of Product Identification and Expiration of Statute of Limitations Pursuant to the Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims* to be served on the following in the manner indicated:

Janet S. Baer, Esq.
David Bernick, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
Co-Counsel for the Debtors
Via Facsimile and First Class Mail

Jay Sakalo, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340
Counsel for Property Damage Committee
Via First Class Mail

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, Delaware 19899-8705
Co-Counsel for the Debtors
Via Facsimile and First Class Mail

_____
Christina J. Kang

970255.002 - 1226883.1