# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | CASE NO. 01-01139 (JKF) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |
| | ) | **NOTICE OF SERVICE OF** |
| | ) | **BUILDING LABORERS LOCAL 310** |
| | ) | **PRELIMINARY WITNESS DISCLOSURES** |
| | ) | **FOR DEBTORS' FIFTEENTH OMNIBUS** |
| | ) | **OBJECTION TO ASBESTOS** |
| | ) | **PROPERTY DAMAGE CLAIMS** |

Now comes Claimant, Building Laborers Local 310, by and through the undersigned counsel, and certifies that the Preliminary Designation of Fact and Expert Witnesses with respect to Claim #2785 and Claim #879 were served via regular U.S. Mail on the following:

David M. Bernick
Michelle Browdy
Janet S. Baer
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, IL 60601
Counsel for Debtors

Lisa L. Coggins
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street
Suite 904
Wilmington, DE 19801
Local Counsel for Official Committee of Asbestos Property Claimants

Laura Davis Jones
James E. O'Neill
PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Local Counsel for Debtors

Scott M. Baena
Jay Sakalo
BILZIN, SUMBERG, BAENA, PRICE & AXELROD, LLP
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-5340
Counsel for Official Committee of Asbestos Property Claimants

Frank J. Perch
844 King Street
Suite 2313, Lockbox 35
Wilmington, DE 19801
Lead Attorney, United States Trustee

Respectfully submitted,

ROTATORI, BENDER, GRAGEL, STOPER
& ALEXANDER CO., L.P.A.
By:    Cara L. Santosuosso (#0069635)
Leader Building, Suite 800
526 Superior Avenue, Cleveland, Ohio 44114
Telephone: (216) 928-1010
csantosuosso@rotatori.com
Counsel for Claimant Laborers Local 310

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Service of Building Laborers' Union, Local No. 310 Preliminary Witness Disclosures for Debtors' Fifteenth Omnibus Objection to Asbestos Property Damage Claims was served by First Class U.S. Mail this 13th day of November, 2006 upon:

David M. Bernick
Michelle Browdy
Janet S. Baer
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, IL 60601
Counsel for Debtors

Laura Davis Jones
James E. O'Neill
PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Local Counsel for Debtors

Frank J. Perch
844 King Street
Suite 2313, Lockbox 35
Wilmington, DE 19801
Lead Attorney, United States Trustee

Lisa L. Coggins
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street
Suite 904
Wilmington, DE 19801
Local Counsel for Official Committee of
Asbestos Property Claimants

Scott M. Baena
Jay Sakalo
BILZIN, SUMBERG, BAENA, PRICE &
AXELROD, LLP
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-5340
Counsel for Official Committee of Asbestos
Property Claimants

/s/ Cara L. Santosuosso

CARA L. SANTOSUOSSO

An Attorney for Claimant Laborers Local 310