```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
IN RE: KAISER ALUMINUM CORP
CN# 02-10429(JKF)
CH: 11
```

# AFFIDAVIT

## GENERAL

THIS SPACE IS FOR COURT USE ONLY

2006 NOV 14 AM 11:03

STATE OF DELAWARE } ss.
County of Wilmington }

BEING FIRST DULY SWORN, deposes and says:

Hearing Date 12-18-2006
Response Date 11-20-2006

On Behalf Of "WAREHOUSE HOLDINGS(546)"

I Vincent E. Rhynes Testify Under Oath That I Am The Owner And Sole Proprietorship With All Rights And Duties Of The Business Here In Known As "WAREHOUSE HOLDINGS 546."

1# Warehouse Holdings (546) Opposes The Debtor(s) Motion for an Order On It's 31 Omnibus Objection To Disallowing "WAREHOUSE HOLDINGS 546" Filed "PROOF OF INTEREST."

2# "UNDER SECTION 546(i)(1)OF THE BANKRUPTCY CODE IT STATES THAT A WAREHOUSEMAN'S LIEN MAY NOT BE AVOIDED." See Section 546 OF THE BANKRUPTCY CODE.

3# Warehouse Holdings 546 Is A Business With The Status As Found Under Section 546(i)(1) Of The Bankruptcy Code And It's Filed Proof Of Interest Should Be "ALLOWED"BY THE BANKRUPTCY COURT.

- PRAYER REQUESTED-

THAT WAREHOUSE HOLDINGS 546 FILED PROOF OF INTEREST BE ALLOWED BY ORDER OF THE BANKRUPTCY COURT(etc).

THAT THE DEBTOR(S) (KAISER ALUMINUM CORP) 31 OMNIBUS OBJECTION FOR AN ORDER TO DISALLOWING WAREHOUSE HOLDINGS 546 FILED PROOF OF INTEREST BE "DENIED" WITH PREJUDICE.

-BASIS FOR PRAYER-

SECTION 501(a) & 502(a) OF THE BANKRUPTCY CODE.
SECTION 546(i)(1)OF THE BANKRUPTCY CODE &
SECTION 1142(a)&(b)OF THE BANKRUPTCY CODE.
SECTION 105(a) OF THE BANKRUPTCY CODE RESPECTFULLY.

WAREHOUSE HOLDINGS(546)

*Vincent E. Rhynes*

Vincent E. Rhynes (Owner)

FREDERICK L. PALM
COMM. # 1651337
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAR. 26, 2010

SUBSCRIBED and sworn to before me this 9th day of November, 2006

State of California

County of Las Angeles

On 11-9-06 before me, Frederick L. Palm Notary Public personally appeared Vincent E. Rhynes "WHS" proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal

*Frederick L. Palm*
Signature of Notary Public

FREDERICK L. PALM
COMM. # 1651337
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAR. 26, 2010

| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| WAREHOUSE HOLDINGS (546)<br>1522 W. Manchester AVE<br>Los Angeles CALIF, 90047 | (323)971-6063 | |

| ATTORNEY FOR: |
|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE<br>COUNTY OF WILMINGTON |

| PLAINTIFF(S)/PETITIONER(S): |
|---|
| WAREHOUSE HOLDINGS(546) |

| DEFENDANT(S)/RESPONDENT(S): |
|---|
| KAISER ALUMINUM CORP. |

**PROOF OF SERVICE BY MAIL**

CASE NUMBER: 02-10429(JKF)

Hearing: Date 12-18-2006
Time 11:30 a.m.
Dept. (JKF)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1514 W. Manchester AVE Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): General Affidavit of Response

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 11-10-2006

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows:
Richards, Layton & Finger
one Rodney Square P.O.Box 551
Wilmington, Delaware 19899
Attn: Daniel J. Defranceschi
Attn: Jones Day

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 11-10-2006, at (place) Los Angeles, California.

Mark Rhynes
Type or Print Name

Signature

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL