# EXHIBIT C

061115124014.DOC

## EXHIBIT "C"

The individuals set forth below performed asbestos related inspections and may testify regarding those matters discussed in Paragraph Roman Numeral I above and regarding acquisition of ACM bulk samples including the bulk sample data sheet and chain of custody log for bulk samples for which MAS performed micro-analytical product identification testing and issued reports which were filed with the applicable proofs of claim forms. Additionally, these witnesses may be called to testify concerning product identification related issues such as those relating to the presence of the Grace in-place ACM and/or bulk samples and their characteristics and/or appearance.

1.  **Kenneth L. Pigg**. Mr. Pigg is Owner and President of Construction Inspectors, Inc. ("CI, Inc."), a company which provides asbestos and construction-related inspections, management planning, air monitoring and other services. CI, Inc. has provided inspection-related services to numerous counties, cities, school districts, public universities and state agencies. Mr. Pigg is an EPA Accredited and Licensed Asbestos Building Inspector. He has supervised teams of inspectors who have performed asbestos inspections in over 12,000 public buildings owned by state agencies, public colleges and universities, counties, cities, community colleges, port authorities and various political subdivisions.

Mr. Pigg was a Staff Sergeant in the United States Air Force, Strategic Air Command ("SAC") and served as a Quality Control Inspector and Evaluator on the Minuteman Missile System as well as a Missile Mechanic on the Guidance and Control System as well as the Nuclear Warhead. He received an Air Force Wing Commendation Award for Outstanding Technical Ability.

2.  **John C. Mertian**. Mr. Mertian is employed by CI, Inc., a company which provides asbestos and construction-related inspections, management planning, air monitoring and other services. He is a Senior Licensed and EPA Accredited Asbestos Building Inspector. Mr. Mertian has conducted asbestos related inspections in over 1,500 public buildings. Further, Mr. Mertian is an EPA Certified Asbestos Air Monitoring Technician. Mr. Mertian has participated in asbestos fiber release simulation experiments together with nationally recognized certified industrial hygiene expert witnesses sponsored by State of Hawaii Attorney General (2001). Mr. Mertian holds a BS degree from Sul Ross University.

3.  **Thomas F. Manning.** Mr. Manning is a contract employee of CI, Inc., a company which provides asbestos and construction-related inspections, management planning, air monitoring and other services. Mr. Manning is an Accredited and Licensed Asbestos Building Inspector. Mr. Manning has participated in asbestos related inspections in various public buildings. Mr. Manning has conducted asbestos related inspections in hundreds of public buildings.

4.  **Wade Anderson**. Mr. Anderson is a Vice President, Operations, of Gobbell Hays Partners, Inc. Mr. Anderson is certified as an EPA Asbestos Inspector/Management Planner, an EPA Asbestos Contractor/Supervisor/Project Designer, as well as an Air Monitoring Specialist for the State of Colorado.

Mr. Anderson has conducted asbestos inspections and airborne/settled dust exposure assessments for general industry, educational facilities, state and federal governments, and health care facilities. He also develops pre-renovation/pre-demolition project designs for contractors to follow, mediates project progress meetings with owners and contractors, and manages environmental remediation projects.

Mr. Anderson's experience in industrial hygiene and environmental health and safety includes: conducting industrial hygiene and environmental health sampling and surveys; instruction in general employee safety orientations; development of healthcare facility safety policies and procedures; conducting work site safety audits; development and supervision of asbestos air sampling program; conducting surveys and sampling for asbestos, lead, mold, ventilation, radon, PCB's, airborne pathogens, and other work place hazards.

Mr. Anderson also has considerable training and lecture experience as a member of the faculty for environmental continuing education at the University of Kansas at Lawrence, Georgia Technical Institute in Atlanta, and locally at Red Rocks Community College. He has additionally provided training classes to the EPA, U.S. Air Force, U.S. Navy, state educational institutions, and health care facilities including environmental remediation, and OSHA health and safety compliance.