# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 3, 2006** |
| | ) | **Hearing Date: TBD if objections filed** |

## SUMMARY OF THE VERIFIED APPLICATION OF
## RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
## OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM
## PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | January 1, 2006 through January 31, 2006 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 7,125.00 |
| Amount of Expenses Reimbursement: | $ 38.40 |

This is a: X monthly _ interim _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

2

| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |

This is the Fortieth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 57.0 | $7,125.00 |
| TOTALS | | | | | 57.0 | $7,125.00 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Travel–Non-working 22-ZAI Science Trial | 57.0 | $7,125.00 |
| TOTALS | 57.0 | $7,125.00 |

3

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Internal Copy Charges | $ 38.40 |
| Total | $ 38.40 |

Dated:  March 10, 2006
     Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

/s/     *William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

**RICHARDSON, PATRICK
WESTBROOK & BRICKMAN**

Edward J. Westbrook, Esq.
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 3, 2006 |
| | ) | Hearing Date:  TBD if objections filed |

FEE DETAIL FOR THE VERIFIED APPLICATION OF
RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM
PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006

02/24/2006

1

# Time report
## 01/01/2006 - 01/31/2006

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | | Matter No. | Description | | | |

**Transaction:**        L106

### Day:                01/03/2006

| 01/03/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Inputting ZAI jobsite invoices in ZAI Jobsites database | | | |

### Day:                01/05/2006

| 01/05/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Inputting ZAI jobsite invoices in ZAI Jobsites database | | | |

### Day:                01/09/2006

| 01/09/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Inputting ZAI jobsite invoices in ZAI Jobsites database (3.5); review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices (1.5) | | | |

### Day:                01/10/2006

| 01/10/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices (1.5) | | | |

### Day:                01/12/2006

| 01/12/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices (3.0); research RJ Lee NOA Report, El Dorado, CA (2) | | | |

### Day:                01/17/2006

| 01/17/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices (4); Review Grace POCs to see if any include PD neighborgoods surrounding Grace expanding plants (1) | | | |

### Day:                01/19/2006

| 01/19/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | | 0000 | Phone calls and emails to ZAI homeowners (2); review articles regarding Trenton, NJ plant neighbors and PD claims (2); search for Hamilton / Trenton, NJ plant information (1) | | | |

### Day:                01/23/2006

02/24/2006                                                                                          2

# Time report
### 01/01/2006 - 01/31/2006

| Date | Client No. | | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | | Matter No. | | Description | | | |
| 01/23/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices | | | |
| **Day:** | | | **01/24/2006** | | | | |
| 01/24/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | | 0000 | | Searching ZAI Defense Expert depositions (Lees, VanCura, Mlynarek, Corn) to identify all companies and individuals involved in Grace simulation work (looking to see if AAR Contractors involved in work) | | | |
| **Day:** | | | **01/26/2006** | | | | |
| 01/26/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices (4); Review Grace ZAI simulation information for any notes taken (.5); email ZAI homeowner regarding request for ZAI information (.5) | | | |
| **Day:** | | | **01/30/2006** | | | | |
| 01/30/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices | | | |
| **Day:** | | | **01/31/2006** | | | | |
| 01/31/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices | | | |

| | |
|---|---|
| **Grand Total:** | **$7,125.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$7,125.00** |
| **Total Hours/Report:** | **57.00** |
| **Count:** | **12** |

03/03/2006

1

# Expense report
### 01/01/2006 - 01/31/2006

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | | Matter No. | Description | | | |
| **Day:** | | **01/31/2006** | | | | |
| 01/31/2006 | 200106 | Zonolite Science Trial | E360 | $0.20 | 192.00 | $38.40 |
| kjones | | 0000 | Internal copy charges for the month of January 2006 | | | |

| | | |
|---|---|---|
| **Grand Total:** | | **$38.40** |
| **Expense Grand Total:** | | **$38.40** |
| **Time Grand Total:** | | **$0.00** |
| **Total Hours/Report:** | | **0.00** |
| **Count:** | | **1** |

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 27th day of February, 2006.

Kimberly anderson-garcia
Notary Public for South Carolina
My Commission expires February 4, 2014

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 3, 2006 |
| | ) | Hearing Date:  TBD if objections filed |

### CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing

*Application of Richardson, Patrick, Westbrook and Brickman for Compensation for*

*Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim*

*Period from January 1, 2006 through January 31, 2006* to be served the upon those

parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to be true and correct under the penalty of perjury

Dated: March 10, 2006

*/s/      William D. Sullivan*
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801
dcarickhoff@pszyj.com

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
james_sprayregen@chicago.kirkland.com
james_kapp@chicago.kirkland.com

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
mlastowski@duanemorris.com

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102
wkatchen@duanemorris.com

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
syoder@bayardfirm.com

Scott L. Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
jsakalo@bilzin.com

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
hrafatjoo@pszyj.com

David B. Seigel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
william.sparks@grace.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
elawler@stroock.com

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
david.heller@lw.com
carol.hennessey@lw.com

Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
ttacconelli@ferryjoseph.com

Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

2

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022
pvnl@capdale.com

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801
currier@klettrooney.com

David M. Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886
jrestivo@reedsmith.com

Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201
whsmith@whsmithlaw.com

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022
pbentley@kramerlevin.com

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801
collins@rlf.com

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
phillips@pglaw.com

3

# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 5, 2006 |
| | | Hearing Date: TBD only if necessary |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2006 <u>THROUGH FEBRUARY 28, 2006</u>

Name of Applicant:        Richardson Patrick Westbrook
       & Brickman, LLC

Authorized to Provide Professional Services to:      Zonolite Attic Insulation Claimants

Date of Appointment:        July 22, 2002

Period for which compensation and
Reimbursement is sought:        February 1, 2006 through
       February 28, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:        $ 10,907.50

Amount of Expenses Reimbursement:        $ 0

This is a: <u>X</u> monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31/2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
|  | 1/1/2006-1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |

This is the Forty-first RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 6.3 | $4,095.00 |
| TOTALS | | | | | 6.3 | $4,095.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 54.5 | $6,812.50 |
| TOTALS | | | | | 54.5 | $6,812.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 60.8 | $10,907.50 |
| TOTALS | 60.8 | $10,907.50 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated:  November  15 , 2006

William D. Sullivan, Esq. (No.  2820 )
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone:  (302) 428-8191
FAX:  (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

*Emailed to Steve Bossay Kaj*

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 25ᵗʰ day of August, 2006.

_____
Notary Public for South Carolina

**My Commission Expires
February 4, 2014**

08/22/2006

# Time and Expense report
## 02/01/2006 - 02/28/2006

1

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |

### Day: 02/02/2006

| 02/02/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|---|---|---|---|---|---|---|
| Ikerrison | 0000 | | Review ZAI database for invoices, coding for state and year and copying individual ZAI homeowners invoices | | | |

### Day: 02/06/2006

| 02/06/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| Ikerrison | 0000 | | Review ZAI database for invoices, coding for state and year and copying individual ZAI homeowners invoices (4); call and answer emails to ZAI homeowners (1) | | | |

### Day: 02/09/2006

| 02/09/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| Ikerrison | 0000 | | Research and memo on SC vermiculite mines and plants | | | |

### Day: 02/13/2006

| 02/13/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| Ikerrison | 0000 | | Research and memo on SC vermiculite mines and plants | | | |

### Day: 02/14/2006

| 02/14/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
|---|---|---|---|---|---|---|
| Ikerrison | 0000 | | Research and memo on SC vermiculite mines and plants (3); call and answer emails to ZAI homeowners (1.5); review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices (1) | | | |

### Day: 02/15/2006

| 02/15/2006 | 200106 | Zonolite Science Trial | L106 | $650.00 | 4.20 | $2,730.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Draft, review and revise response to Grace status report and add exhibit quotes, communications with co-counsel regarding same; finalize papers | | | |

### Day: 02/16/2006

| 02/16/2006 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.10 | $1,365.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Participation in conference call regarding Grace, discussions with Darrell Scott regarding ZAI draft papers | | | |
| 02/16/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices | | | |

08/22/2006

# Time and Expense report
### 02/01/2006 - 02/28/2006

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **02/20/2006** | | | | |
| 02/20/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices | | | |
| **Day:** | | **02/21/2006** | | | | |
| 02/21/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices | | | |
| **Day:** | | **02/23/2006** | | | | |
| 02/23/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices | | | |
| **Day:** | | **02/27/2006** | | | | |
| 02/27/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices (4); call and answer emails to ZAI homeowners (1) | | | |
| **Day:** | | **02/28/2006** | | | | |
| 02/28/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices | | | |

| | |
|---|---|
| **Grand Total:** | **$10,907.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$10,907.50** |
| **Total Hours/Report:** | **60.80** |
| **Count:** | **13** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Verified Application of Richardson Patrick Westbrook & Brickman, LLC*

*for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for*

*the Interim Period from February 1, 2006 through February 28, 2006* to be made this

November 15, 2006 upon the parties identified on the attached service list, in the manner

indicated:


*November 15, 2006*                               ___*/s/ William D. Sullivan*___
Date                                                      William D. Sullivan

## SERVICE LIST

*E-mail:* smcfarland@pszyj.com
(Counsel for Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201
whsmith@whsmithlaw.com

*Federal Express and E-mail:*
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire

The Bayard Firm
*E-mail:* meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage
Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:*
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

## SERVICE LIST

***E-mail:*** jsakalo@bilzin.com
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

***E-mail:*** pbentley@kramerlevin.com
(Counsel to Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

# **EXHIBIT C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: December 5, 2006** |
| | | **Hearing Date: TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2006
THROUGH MARCH 31, 2006**

Name of Applicant:                                 Richardson Patrick Westbrook
                                                              & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                              July 22, 2002

Period for which compensation and
Reimbursement is sought:                          March 1, 2006 through
                                                              March 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                        $ 6,975.00

Amount of Expenses Reimbursement:                 $ 0

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31/2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003 - 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003 - 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003 - 5/31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003 - 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003 - 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003 - 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003 - 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003 - 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003 - 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003 - 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004 - 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004 - 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004 - 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004 - 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004 - 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004 - 6/30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004 - 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004 - 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004 - 9/30/2004 | $31,334.00 | $374.29 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004 - 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004 - 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004 - 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 1/1/2006-1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
| | 2/1/2006 –2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |

This is the Forty-second RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 55.8 | $6,975.00 |
| TOTALS | | | | | 55.8 | $6,975.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Travel–Non-working 22-ZAI Science Trial | 55.8 | $6,975.00 |
| TOTALS | 55.8 | $6,975.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated: November 15, 2006

William D. Sullivan, Esq. (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

*O'LY. MUP*
*Emailed to Steve*
*Bossacy*
*Kay*

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 25ᵀᴴ day of august, 2006.

_____
Notary Public for South Carolina

**My Commission Expires**
February 4, 2014

08/22/2006                                                                                          1

# Time and Expense report
### 03/01/2006 - 03/31/2006

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | **03/02/2006** | | | | |
| 03/02/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.30 | $662.50 |
| Ikerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowner invoices (5); conversation with Rob Turkewitz regarding Enoree plant (.3) | | | |
| **Day:** | | **03/06/2006** | | | | |
| 03/06/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| Ikerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices (3); various emails to ZAI homeowners (.5); research Grace database for documents regarding Enoree mine/plant fiber counts (2) | | | |
| **Day:** | | **03/07/2006** | | | | |
| 03/07/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices (2); research 7/31/01 Senate hearing for Enoree mine fiber counts reported by EPA (1); research Libby ore use in Travelers Rest and Kearney/Enoree plants (1); research Libby ore use in Tampa, Florida plant (1) | | | |
| **Day:** | | **03/09/2006** | | | | |
| 03/09/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| Ikerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices (3.5);  research Libby ore use in Travelers Rest and Kearney/Enoree plants (1); research Libby ore use in Tampa, Florida plant (1) | | | |
| **Day:** | | **03/13/2006** | | | | |
| 03/13/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices (4); Email and phone conversations with ZAI homeowners (1) | | | |
| **Day:** | | **03/14/2006** | | | | |
| 03/14/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices (4);  Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking to find repeats (1) | | | |
| **Day:** | | **03/16/2006** | | | | |
| 03/16/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |

08/22/2006

# Time and Expense report
### 03/01/2006 - 03/31/2006

2

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| Ikerrison | 0000 | | Research Enoree published McDonald study, Environmental Working Group information on vermiculite, discussion regarding idiopathic mesotheliomas in ZAI MSJ hearing, information on Santoquin / Verxite product (2.5); update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking to find duplicates (3) | | | |
| **Day:** | | **03/20/2006** | | | | |
| 03/20/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Emails to ZAI homeowners (1); update ZAO homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates (4) | | | |
| **Day:** | | **03/21/2006** | | | | |
| 03/21/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Update ZAO homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates (5) | | | |
| **Day:** | | **03/27/2006** | | | | |
| 03/27/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Update ZAO homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates (5) | | | |
| **Day:** | | **03/28/2006** | | | | |
| 03/28/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Update ZAO homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates (5) | | | |

| | |
|---|---|
| **Grand Total:** | **$6,975.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$6,975.00** |
| **Total Hours/Report:** | **55.80** |
| **Count:** | **11** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Verified Application of Richardson Patrick Westbrook & Brickman, LLC*

*for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for*

*the Interim Period from March 1, 2006 through March 31, 2006* to be made this November 15,

2006 upon the parties identified on the attached service list, in the manner indicated:


*November 15, 2006*                          */s/ William D. Sullivan*
Date                                         William D. Sullivan

## SERVICE LIST

*E-mail:* smcfarland@pszyj.com
(Counsel for Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201
whsmith@whsmithlaw.com

*Federal Express and E-mail:*
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire

The Bayard Firm
*E-mail:* meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage
Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:*
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

# SERVICE LIST

***E-mail:*** jsakalo@bilzin.com
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

***E-mail:*** pbentley@kramerlevin.com
(Counsel to Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

# **EXHIBIT D**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 23, 2006 |
| | ) | Hearing Date: TBD only if necessary |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006

Name of Applicant:    Richardson Patrick Westbrook
                                                  & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:    July 22, 2002

Period for which compensation and
Reimbursement is sought:    April 1, 2006 through
                                            April 30, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:    $ 6,125.00

Amount of Expenses Reimbursement:    $ 0

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5/31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6/30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objections served on counsel | No objections served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| 2/28/2005 | 1/1/2005-<br>1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/2005 | 2/1/2005-<br>2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-<br>3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-<br>4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-<br>5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-<br>6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-<br>7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-<br>8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-<br>9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-<br>10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-<br>11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-<br>12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
|  | 1/1/2006-<br>1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
|  | 2/1/2006 –<br>2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
|  | 3/1/2006 –<br>3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |

This is the Forty-third RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 49.0 | $6,125.00 |
| TOTALS |  |  |  |  | 49.0 | $6,125.00 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant<br>20-Travel–Non-working<br>22-ZAI Science Trial | 49.0 | $6,125.00 |
| TOTALS | 49.0 | $6,125.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated:   November 3, 2006

William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone:  (302) 428-8191
FAX:  (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

08/22/2006

1

# Time and Expense report
## 04/01/2006 - 04/30/2006

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | : **04/03/2006** | | | | |
| 04/03/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates (5) | | | |
| **Day:** | | **04/04/2006** | | | | |
| 04/04/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates | | | |
| **Day:** | | **04/06/2006** | | | | |
| 04/06/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates (4.7); called ZAI jobsite Metro Housing Authority regarding invoices for their projects (.3) | | | |
| **Day:** | | **04/10/2006** | | | | |
| 04/10/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates | | | |
| **Day:** | | **04/11/2006** | | | | |
| 04/11/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates | | | |
| **Day:** | | **04/13/2006** | | | | |
| 04/13/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
| Ikerrison | 0000 | | Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates | | | |
| **Day:** | | **04/17/2006** | | | | |
| 04/17/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates (4.5); update ZAI homeowner database - begin inputting new ZAI jobsites (.5) | | | |

08/22/2006

2

# Time and Expense report
### 04/01/2006 - 04/30/2006

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name<br>Description | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **04/18/2006** | | | | |
| 04/18/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Update ZAI homeowner database - inputting new ZAI jobsites | | | |
| **Day:** | | **04/20/2006** | | | | |
| 04/20/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| Ikerrison | 0000 | | Update ZAI homeowner database - inputting new ZAI jobsites (2); email ZAI homeowners and organize ZAI email files (1) | | | |
| **Day:** | | **04/24/2006** | | | | |
| 04/24/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Update ZAI homeowner database - inputting new ZAI jobsites | | | |
| **Day:** | | **04/25/2006** | | | | |
| 04/25/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Update ZAI homeowner database - inputting new ZAI jobsites | | | |

| | |
|---|---|
| **Grand Total:** | **$6,125.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$6,125.00** |
| **Total Hours/Report:** | **49.00** |
| **Count:** | **11** |

VERIFICATION

STATE OF SOUTH CAROLINA    )
                                                )
COUNTY OF CHARLESTON      )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 6th day of October, 2006.

_____
Notary Public for South Carolina

**My Commission Expires
February 4, 2014**

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from April 1, 2006 through April 30, 2006* to be made this November 3, 2006 upon the parties identified on the attached service list, in the manner indicated:

*November 3, 2006*                              */s/ William D. Sullivan*
Date                                                       William D. Sullivan

## SERVICE LIST

*E-mail:* smcfarland@pszyj.com
(Counsel for Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail:* meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage
Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:*
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

## SERVICE LIST

*E-mail:* jsakalo@bilzin.com
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail:* pbentley@kramerlevin.com
(Counsel to Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

# EXHIBIT E

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| Debtors. | ) | Objection Deadline: November 23, 2006 |
| | | Hearing Date:  TBD only if necessary |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006

Name of Applicant:                                         Richardson Patrick Westbrook
                                                                           & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                       July 22, 2002

Period for which compensation and
Reimbursement is sought:                                May 1, 2006 through
                                                                          May 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                             $ 5,125.00

Amount of Expenses Reimbursement:                $ 0

This is a:  X monthly    _ interim   _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31/2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6/30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
|  | 1/1/2006-1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
|  | 2/1/2006 –2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
|  | 3/1/2006 –3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
|  | 4/1/2006-4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |

This is the Forty-fourth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 41.0 | $5,125.00 |
| TOTALS | | | | | 41.0 | $5,125.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Tvel–Non-working | | |
| 22-ZAI Science Trial | 41.0 | $5,125.00 |
| TOTALS | 41.0 | $5,125.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated:  November 3, 2006

William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone:  (302) 428-8191
FAX:  (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

08/22/2006

1

# Time and Expense report
## 05/01/2006 - 05/31/2006

| Date<br>Timekeeper | Client No.<br> | Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|---|

**Transaction:**          L106

**Day:**                  05/08/2006

| 05/08/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 3.50 | $437.50 |
| lkerrison | | 0000 | | Update ZAI homeowner database - inputting new ZAI jobsites (1.5); research ZAI medical monitoring claims and MN ZAI claims (2) | | | |

**Day:**                  05/09/2006

| 05/09/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| lkerrison | | 0000 | | Draft letter to Zonolite plant neighbors regarding ZAI, research for doucments on Ellwood City, PA plant, draft memo regarding medical monitoring claim (Dorrington) and MN claim (McMurchie) (3.5); call and answer emails to ZAI homeowners (2) | | | |

**Day:**                  05/11/2006

| 05/11/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | | Draft letter to Zonolite plant neighbors regarding ZAI, research for doucments on Ellwood City, PA plant, draft memo regarding medical monitoring claim (Dorrington) and MN claim (McMurchie) (3.5); call and answer emails to ZAI homeowners (2) | | | |

**Day:**                  05/15/2006

| 05/15/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | | 0000 | | Contact ZAI homeowners regarding inquiries (1); update ZAI homeowner database - input new ZAI jobsites (3) | | | |

**Day:**                  05/16/2006

| 05/16/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | | 0000 | | Update ZAI homeowner database - input new ZAI jobsites | | | |

**Day:**                  05/18/2006

| 05/18/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | | Update ZAI homeowner database - input new ZAI jobsites (4); call and answer emails to ZAI homeowners (1) | | | |

**Day:**                  05/22/2006

| 05/22/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | | Update ZAI homeowner database - input new ZAI jobsites | | | |

**Day:**                  05/23/2006

| 05/23/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | | 0000 | | Update ZAI homeowner database - input new ZAI jobsites | | | |

08/22/2006                                                                        2

# Time and Expense report
### 05/01/2006 - 05/31/2006

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **05/25/2006** | | | | |
| 05/25/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Update ZAI homeowner database - input new ZAI jobsites (4); email ZAI homeowners regarding inquiries (1) | | | |

|  | | | |
|---|---|
| **Grand Total:** | **$5,125.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$5,125.00** |
| **Total Hours/Report:** | **41.00** |
| **Count:** | **9** |

VERIFICATION

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this _6th_ day of _October_, 2006.

_Kimberly a. garus_
Notary Public for South Carolina

**My Commission Expires
February 4, 2014**

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from May 1, 2006 through May 31, 2006* to be made this November 3, 2006 upon the parties identified on the attached service list, in the manner indicated:

*November 3, 2006*                                    */s/ William D. Sullivan*
Date                                                              William D. Sullivan

## SERVICE LIST

*E-mail:* smcfarland@pszyj.com
(Counsel for Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail:* meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage
Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:*
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

# SERVICE LIST

***E-mail:*** jsakalo@bilzin.com
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

***E-mail:*** pbentley@kramerlevin.com
(Counsel to Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

# **EXHIBIT F**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| ⋮ **Debtors.** | ) | Objection Deadline: November 23, 2006 |
| | | Hearing Date:  TBD only if necessary |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JUNE 1, 2006 THROUGH <u>JUNE 30, 2006</u>

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | June 1, 2006 through June 30, 2006 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 4,312.50 |
| Amount of Expenses Reimbursement: | $ 0 |

This is a: <u>X</u> monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003 - 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003 - 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003 - 5/31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003 - 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003 - 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003 - 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003 - 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003 - 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003 - 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003 - 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004 - 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004 - 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004 - 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004 - 4/30/2003 | $327.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004 - 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004 - 6/30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004 - 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004 - 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004 - 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004 - 10/31/2004 | $210,386.00 | $23,723.43 | No objection served on counsel | No objection served on counsel |
| 1/12/2005 | 11/1/2004 - 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004 - 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 1/1/2006-1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
| | 2/1/2006 –2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 3/1/2006 –3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 4/1/2006-4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 5/1/2006-5/31/2006 | $5,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |

This is the Forty-fifth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 34.5 | $4,312.50 |
| TOTALS | | | | | 34.5 | $4,312.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Tvel-Non-working | | |
| 22-ZAI Science Trial | 34.5 | $4,312.50 |
| TOTALS | 34.5 | $4,312.50 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated:   November 3, 2006

William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone:  (302) 428-8191
FAX:  (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

08/22/2006                                                                                                      1

# Time report
### 06/01/2006 - 06/30/2006

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| : **Day:** | | **06/12/2006** | | | | |
| 06/12/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Call and answer emails to ZAI homeowners (1.5); Research in ZAI database and Libby database on Diversified Insulation - ZAI homeowner in Minnesota found Diversified Vermiculite base in attic (3.5) | | | |
| **Day:** | | **06/13/2006** | | | | |
| 06/13/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Call and answer emails to ZAI homeowners (2); review ZAI jobsites database tags to verify consistency in tagging (3) | | | |
| **Day:** | | **06/15/2006** | | | | |
| 06/15/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Update ZAI homeowner database - input new ZAI jobsites (3); call and answer emails from ZAI homeowner (1); searching for Grace employee depositions requested by EPA (1) | | | |
| **Day:** | | **06/20/2006** | | | | |
| 06/20/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| Ikerrison | 0000 | | Calls to ZAI homeowners (.5); Compile and organize Grace employee depositions requested by EPA (3.5) | | | |
| **Day:** | | **06/22/2006** | | | | |
| 06/22/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| Ikerrison | 0000 | | Update ZAI homeowner database - input new ZAI jobsites (4); Call and answer emails from ZAI homeowners (1.5) | | | |
| **Day:** | | **06/27/2006** | | | | |
| 06/27/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Update ZAI homeowner database - input new ZAI jobsites (5) | | | |
| **Day:** | | **06/29/2006** | | | | |
| 06/29/2006  200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Update ZAI homeowner database - input new ZAI jobsites (5) | | | |

08/22/2006

2

# Time report
### 06/01/2006 - 06/30/2006

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | | Matter No. | Description | | | |
| | | | **Grand Total:** | | | **$4,312.50** |
| | | | **Expense Grand Total:** | | | **$0.00** |
| | | | **Time Grand Total:** | | | **$4,312.50** |
| | | | **Total Hours/Report:** | | | **34.50** |
| | | | **Count:** | | | **7** |

<u>VERIFICATION</u>

STATE OF SOUTH CAROLINA )
)
COUNTY OF CHARLESTON )

       Edward J. Westbrook, after being duly sworn according to law, deposes and says:

       a)     I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

       b)     I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

       c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                                          Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 6th day of October, 2006.

Kimberly a. garcia
Notary Public for South Carolina

**My Commission Expires
February 4, 2014**

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Verified Application of Richardson Patrick Westbrook &*

*Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead*

*Special Counsel for the Interim Period from June 1, 2006 through June 30, 2006* to be made this

November 3, 2006 upon the parties identified on the attached service list, in the manner

indicated:


*November 3, 2006*                            ___ */s/ William D. Sullivan* ___
Date                                          William D. Sullivan

## SERVICE LIST

***E-mail:*** smcfarland@pszyj.com
(Counsel for Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

***Hand Delivery***
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

***Hand Delivery***
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

***Federal Express***
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

***Federal Express and E-mail:***
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

***E-mail:*** syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

***E-mail:*** meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

***E-mail:*** ttacconelli@ferryjoseph.com
(Counsel for Property Damage
Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

***E-mail:*** mlastowski@duanemorris.com
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

***E-mail:*** currier@klettrooney.com
(Counsel for Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

***E-mail:***
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

***E-mail:*** pvnl@capdale.com
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

***E-mail:*** elawler@stroock.com
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

***E-mail:*** carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

# SERVICE LIST

***E-mail:*** jsakalo@bilzin.com
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

***E-mail:*** pbentley@kramerlevin.com
(Counsel to Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

# **<u>EXHIBIT G</u>**

11/14/2006                                                                                                              1

# Time and Expense report
## 01/01/2006 - 06/30/2006

| Date | Client No. | | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|---|-------------|------------------|------|---------|-------|
| Timekeeper | | Matter No. | | Description | | | |

**Transaction:** E360

### Day: 01/31/2006

| 01/31/2006 | 200106 | | Zonolite Science Trial | E360 | $0.20 | 192.00 | $38.40 |
|------------|--------|--|------------------------|------|-------|--------|--------|
| kjones | | 0000 | | Internal copy charges for the month of January 2006 | | | |

**Transaction:** L106

### Day: 01/03/2006

| 01/03/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|------------|--------|--|------------------------|------|---------|------|---------|
| lkerrison | | 0000 | | Inputting ZAI jobsite invoices in ZAI Jobsites database | | | |

### Day: 01/05/2006

| 01/05/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|------------|--------|--|------------------------|------|---------|------|---------|
| lkerrison | | 0000 | | Inputting ZAI jobsite invoices in ZAI Jobsites database | | | |

### Day: 01/09/2006

| 01/09/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|------------|--------|--|------------------------|------|---------|------|---------|
| lkerrison | | 0000 | | Inputting ZAI jobsite invoices in ZAI Jobsites database (3.5); review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices (1.5) | | | |

### Day: 01/10/2006

| 01/10/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|------------|--------|--|------------------------|------|---------|------|---------|
| lkerrison | | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices (1.5) | | | |

### Day: 01/12/2006

| 01/12/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|------------|--------|--|------------------------|------|---------|------|---------|
| lkerrison | | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices (3.0); research RJ Lee NOA Report, El Dorado, CA (2) | | | |

### Day: 01/17/2006

| 01/17/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|------------|--------|--|------------------------|------|---------|------|---------|
| lkerrison | | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices (4); Review Grace POCs to see if any include PD neighborgoods surrounding Grace expanding plants (1) | | | |

### Day: 01/19/2006

| 01/19/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|------------|--------|--|------------------------|------|---------|------|---------|

11/14/2006 12:46 PM Jones, Kimberly

(1)

11/14/2006

2

# Time and Expense report
### 01/01/2006 - 06/30/2006

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **01/23/2006** | | | | |
| 01/23/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices | $125.00 | 5.00 | $625.00 |
| **Day:** | | **01/24/2006** | | | | |
| 01/24/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Searching ZAI Defense Expert depositions (Lees, VanCura, Mlynarek, Corn) to identify all companies and individuals involved in Grace simulation work (looking to see if AAR Contractors involved in work) | $125.00 | 4.00 | $500.00 |
| **Day:** | | **01/26/2006** | | | | |
| 01/26/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices (4); Review Grace ZAI simulation information for any notes taken (.5); email ZAI homeowner regarding request for ZAI information (.5) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **01/30/2006** | | | | |
| 01/30/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices | $125.00 | 5.00 | $625.00 |
| **Day:** | | **01/31/2006** | | | | |
| 01/31/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners' invoices | $125.00 | 5.00 | $625.00 |
| **Day:** | | **02/02/2006** | | | | |
| 02/02/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and copying individual ZAI homeowners invoices | $125.00 | 4.00 | $500.00 |
| **Day:** | | **02/06/2006** | | | | |
| 02/06/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for invoices, coding for state and year and copying individual ZAI homeowners invoices (4); call and answer emails to ZAI homeowners (1) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **02/09/2006** | | | | |
| 02/09/2006<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Research and memo on SC vermiculite mines and plants | $125.00 | 5.00 | $625.00 |
| **Day:** | | **02/13/2006** | | | | |

11/14/2006 12:46 PM Jones, Kimberly

| lkerrison | 0000 | | Research and memo on SC vermiculite mines and plants | | | |

3

# Time and Expense report
## 01/01/2006 - 06/30/2006

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **02/14/2006** | | | | |
| 02/14/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| lkerrison | 0000 | | Research and memo on SC vermiculite mines and plants (3); call and answer emails to ZAI homeowners (1.5); review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices (1) | | | |
| **Day:** | | **02/15/2006** | | | | |
| 02/15/2006 | 200106 | Zonolite Science Trial | L106 | $650.00 | 4.20 | $2,730.00 |
| ewestbrook | 0000 | | Draft, review and revise response to Grace status report and add exhibit quotes, communications with co-counsel regarding same; finalize papers | | | |
| **Day:** | | **02/16/2006** | | | | |
| 02/16/2006 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.10 | $1,365.00 |
| ewestbrook | 0000 | | Participation in conference call regarding Grace, discussions with Darrell Scott regarding ZAI draft papers | | | |
| 02/16/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices | | | |
| **Day:** | | **02/20/2006** | | | | |
| 02/20/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices | | | |
| **Day:** | | **02/21/2006** | | | | |
| 02/21/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices | | | |
| **Day:** | | **02/23/2006** | | | | |
| 02/23/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices | | | |
| **Day:** | | **02/27/2006** | | | | |
| 02/27/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices (4); call and answer emails to ZAI homeowners (1) | | | |

| 02/28/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |

11/14/2006                                                                                          4

# Time and Expense report
**01/01/2006 - 06/30/2006**

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices | | | |

| | | | | | | |
|--|--|--|--|--|--|--|
| **Day:** | | **03/02/2006** | | | | |

| 03/02/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.30 | $662.50 |
|------|-----------|-------------|------------------|------|---------|-------|
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowner invoices (5); conversation with Rob Turkewitz regarding Enoree plant (.3) | | | |

| **Day:** | | **03/06/2006** | | | | |
|------|-----------|-------------|------------------|------|---------|-------|

| 03/06/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
|------|-----------|-------------|------------------|------|---------|-------|
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices (3); various emails to ZAI homeowners (.5); research Grace database for documents regarding Enoree mine/plant fiber counts (2) | | | |

| **Day:** | | **03/07/2006** | | | | |
|------|-----------|-------------|------------------|------|---------|-------|

| 03/07/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|------|-----------|-------------|------------------|------|---------|-------|
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices (2); research 7/31/01 Senate hearing for Enoree mine fiber counts reported by EPA (1); research Libby ore use in Travelers Rest and Kearney/Enoree plants (1); research Libby ore use in Tampa, Florida plant (1) | | | |

| **Day:** | | **03/09/2006** | | | | |
|------|-----------|-------------|------------------|------|---------|-------|

| 03/09/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
|------|-----------|-------------|------------------|------|---------|-------|
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices (3.5);  research Libby ore use in Travelers Rest and Kearney/Enoree plants (1); research Libby ore use in Tampa, Florida plant (1) | | | |

| **Day:** | | **03/13/2006** | | | | |
|------|-----------|-------------|------------------|------|---------|-------|

| 03/13/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|------|-----------|-------------|------------------|------|---------|-------|
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices (4);  Email and phone conversations with ZAI homeowners (1) | | | |

| **Day:** | | **03/14/2006** | | | | |
|------|-----------|-------------|------------------|------|---------|-------|

| 03/14/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|------|-----------|-------------|------------------|------|---------|-------|
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and organizing individual ZAI homeowners' invoices (4);  Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking to find repeats (1) | | | |

| **Day:** | | **03/16/2006** | | | | |
|------|-----------|-------------|------------------|------|---------|-------|

| 03/16/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
|------|-----------|-------------|------------------|------|---------|-------|

11/14/2006 12:46 PM Jones, Kimberly

organizing copies of new ZAI invoices by state and checking to find duplicates (3)

# Time and Expense report
### 01/01/2006 - 06/30/2006

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | | Matter No. | Description | | | |
| **Day:** | | **03/20/2006** | | | | |
| 03/20/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | Emails to ZAI homeowners (1); update ZAO homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates (4) | | | |
| **Day:** | | **03/21/2006** | | | | |
| 03/21/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | Update ZAO homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates (5) | | | |
| **Day:** | | **03/27/2006** | | | | |
| 03/27/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | Update ZAO homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates (5) | | | |
| **Day:** | | **03/28/2006** | | | | |
| 03/28/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | Update ZAO homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates (5) | | | |
| **Day:** | | **04/03/2006** | | | | |
| 04/03/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates (5) | | | |
| **Day:** | | **04/04/2006** | | | | |
| 04/04/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates | | | |
| **Day:** | | **04/06/2006** | | | | |
| 04/06/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates (4.7); called ZAI jobsite Metro Housing Authority regarding invoices for their projects (.3) | | | |
| **Day:** | | **04/10/2006** | | | | |
| 04/10/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates | | | |

11/14/2006 12:46 PM Jones, Kimberly

| **Day:** | | **04/11/2006** | | | | |
|------|-----------|-------------|------------------|------|---------|-------|

# Time and Expense report
## 01/01/2006 - 06/30/2006

| Date | Client No. | | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|---|-------------|------------------|------|---------|-------|
| Timekeeper | | Matter No. | | Description | | | |
| 04/11/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | | Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates | | | |
| **Day:** | | | **04/13/2006** | | | | |
| 04/13/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
| lkerrison | | 0000 | | Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates | | | |
| **Day:** | | | **04/17/2006** | | | | |
| 04/17/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | | Update ZAI homeowner database - organizing copies of new ZAI invoices by state and checking for duplicates (4.5); update ZAI homeowner database - begin inputting new ZAI jobsites (.5) | | | |
| **Day:** | | | **04/18/2006** | | | | |
| 04/18/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | | Update ZAI homeowner database - inputting new ZAI jobsites | | | |
| **Day:** | | | **04/20/2006** | | | | |
| 04/20/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| lkerrison | | 0000 | | Update ZAI homeowner database - inputting new ZAI jobsites (2); email ZAI homeowners and organize ZAI email files (1) | | | |
| **Day:** | | | **04/24/2006** | | | | |
| 04/24/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | | Update ZAI homeowner database - inputting new ZAI jobsites | | | |
| **Day:** | | | **04/25/2006** | | | | |
| 04/25/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | | 0000 | | Update ZAI homeowner database - inputting new ZAI jobsites | | | |
| **Day:** | | | **05/08/2006** | | | | |
| 05/08/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 3.50 | $437.50 |
| lkerrison | | 0000 | | Update ZAI homeowner database - inputting new ZAI jobsites (1.5); research ZAI medical monitoring claims and MN ZAI claims (2) | | | |
| **Day:** | | | **05/09/2006** | | | | |
| 05/09/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| lkerrison | | 0000 | | Draft letter to Zonolite plant neighbors regarding ZAI, research for doucments on Ellwood City, PA plant, draft memo regarding medical monitoring claim (Dorrington) and | | | |

11/14/2006

7

# Time and Expense report
### 01/01/2006 - 06/30/2006

| Date | Client No. | | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|---|-------------|------------------|------|---------|-------|
| Timekeeper | | Matter No. | | Description | | | |

### Day: 05/11/2006

| 05/11/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|---|
| lkerrison | | 0000 | | Draft letter to Zonolite plant neighbors regarding ZAI, research for doucments on Ellwood City, PA plant, draft memo regarding medical monitoring claim (Dorrington) and MN claim (McMurchie) (3.5); call and answer emails to ZAI homeowners (2) | | | |

### Day: 05/15/2006

| 05/15/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|---|---|---|---|---|---|---|---|
| lkerrison | | 0000 | | Contact ZAI homeowners regarding inquiries (1); update ZAI homeowner database - input new ZAI jobsites (3) | | | |

### Day: 05/16/2006

| 05/16/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|---|---|---|---|---|---|---|---|
| lkerrison | | 0000 | | Update ZAI homeowner database - input new ZAI jobsites | | | |

### Day: 05/18/2006

| 05/18/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|---|
| lkerrison | | 0000 | | Update ZAI homeowner database - input new ZAI jobsites (4); call and answer emails to ZAI homeowners (1) | | | |

### Day: 05/22/2006

| 05/22/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|---|
| lkerrison | | 0000 | | Update ZAI homeowner database - input new ZAI jobsites | | | |

### Day: 05/23/2006

| 05/23/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|---|---|---|---|---|---|---|---|
| lkerrison | | 0000 | | Update ZAI homeowner database - input new ZAI jobsites | | | |

### Day: 05/25/2006

| 05/25/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|---|
| lkerrison | | 0000 | | Update ZAI homeowner database - input new ZAI jobsites (4); email ZAI homeowners regarding inquiries (1) | | | |

### Day: 06/12/2006

| 06/12/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|---|
| lkerrison | | 0000 | | Call and answer emails to ZAI homeowners (1.5); Research in ZAI database and Libby database on Diversified Insulation - ZAI homeowner in Minnesota found Diversified Vermiculite base in attic (3.5) | | | |

### Day: 06/13/2006

| 06/13/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|---|

11/14/2006                                                                                                                    8

# Time and Expense report
### 01/01/2006 - 06/30/2006

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **06/15/2006** | | | | |
| 06/15/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Update ZAI homeowner database - input new ZAI jobsites (3); call and answer emails from ZAI homeowner (1); searching for Grace employee depositions requested by EPA (1) | | | |
| **Day:** | | **06/20/2006** | | | | |
| 06/20/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Calls to ZAI homeowners (.5); Compile and organize Grace employee depositions requested by EPA (3.5) | | | |
| **Day:** | | **06/22/2006** | | | | |
| 06/22/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| lkerrison | 0000 | | Update ZAI homeowner database - input new ZAI jobsites (4); Call and answer emails from ZAI homeowners (1.5) | | | |
| **Day:** | | **06/27/2006** | | | | |
| 06/27/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Update ZAI homeowner database - input new ZAI jobsites (5) | | | |
| **Day:** | | **06/29/2006** | | | | |
| 06/29/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Update ZAI homeowner database - input new ZAI jobsites (5) | | | |

|  |  |
|---|---|
| **Grand Total:** | **$40,608.40** |
| **Expense Grand Total:** | **$38.40** |
| **Time Grand Total:** | **$40,570.00** |
| **Total Hours/Report:** | **298.10** |
| **Count:** | **64** |