**EXHIBIT B**

**Asset Analysis & Recovery (4.7 Hours; $ 3,572.00)**

Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**          4.7

**Business Operations (.1 Hours; $ 76.00)**

Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**          .1

**Case Administration (153.7 Hours; $ 42,716.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**          153.7

**Claim Analysis Objection & Resolution (Asbestos) (23.9 Hours; $ 18,130.50)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**          23.9

**Claim Analysis Objection & Resolution (Non-Asbestos) (.6 Hours; $ 456.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**          .6

**Committee, Creditors', Noteholders' or Equity Holders' (.7 Hours; $ 584.50)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07            .7**

### Employee Benefits/Pension (.7 Hours; $ 532.00)

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08            .7**

### Fee Applications, Applicant (15.7 Hours; $ 4,564.50)

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          15.7**

### Hearings (38.0 Hours; $ 30,110.00)

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15       38.0**

### Litigation and Litigation Consulting (948.5 Hours; $ 377,750.50)

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  948.5**

### Plan & Disclosure Statement (14.0 Hours; $ 7,491.00)

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

{D0076204.1 }

**Total Task Code .17  14.0**

**Tax Issues (.8 Hours; $ 460.00)**

       Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19**                  **.8**

**Travel Non-working (45.0 Hours; $ 15,052.75)**

       Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  45.0**