## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $267.36 |
| Outside Local Deliveries | $83.49 |
| Research Material | $77.92 |
| Professional Fees & Expert Witness Fees | $59,533.27 |
| Charge of Cell and/or Home Phone Useage | $28.82 |
| Air & Train Transportation | $3,435.20 |
| Meals Related to Travel | $142.35 |
| Conference Meals | $337.82 |
| Outside Photocopying/Duplication Service | $10,541.97 |
| Miscellaneous: Client Advances | $24.87 |
| Travel Expenses - Hotel Charges | $453.72 |
| Travel Expenses - Ground Transportation | $808.59 |
| Local Transportation - DC | $87.00 |
| Database Research | $8,181.56 |
| Xeroxing | $2,448.10 |
| Postage | $6.15 |
| Telecopier/Equitrac | $69.45 |
| Long Distance-Equitrac In-House | $27.99 |
| NYO Long Distance Telephone | $1,050.80 |
| **Total for Report** | **$87,606.43** |

{D0076205.1 }