IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF TWENTY-SECOND INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2006 THROUGH SEPTEMBER 30, 2006**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury
                                                                                         Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  July 1, 2006 through September 30, 2006

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $501,495.75

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $87,606.43

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $401,196.60

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $87,606.43

Total Amount of Holdback Fees Sought for applicable period:  $100,299.15

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2006 THROUGH SEPTEMBER 30, 2006**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 8/29/06; 13090 | 7/1/06-7/31/06 | $ 111,716.00 (80% of $139,645.00) | $9,631.15 | $ 111,716.00 (80% of $139,645.00) | $9,631.15 |
| 9/29/06; 13321 | 8/1/06-8/31/06 | $132,832.40 (80% of $166,040.50) | 16,135.48 | **Pending** | **Pending** |
| 410/30/06; 13533 | 9/1/06-9/30/06 | $156,648.20 (80% of $195,810.25) | 61,839.80 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative July to September, 2006 Hours | Cumulative July to September, 2006 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | 4.7 | $ 3,572.00 | 6.8 | $ 4,991.50 |
| Asset Disposition | .0 | .00 | 2.6 | 1,668.00 |
| Business Operations | .1 | 76.00 | 17.3 | 7,535.00 |
| Case Administration | 153.7 | 42,716.00 | 2,594.6 | 634,982.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 23.9 | 18,130.50 | 1,534.8 | 506,926.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .6 | 456.00 | 12.6 | 7,669.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .7 | 584.50 | 102.6 | 60,175.00 |
| Employee Benefits/Pension | .7 | 532.00 | 13.4 | 8,007.00 |
| Employment | .0 | .00 | 45.1 | 11,352.50 |

| | | | | |
|---|---|---|---|---|
| Applications, Applicant | | | | |
| Employment Applications, Others | .0 | .00 | 45.5 | 18,061.00 |
| Fee Applications, Applicant | 15.7 | 4,564.50 | 374.9 | 97,831.00 |
| Fee Applications, Others | .0 | .00 | 116.2 | 44,161.50 |
| Financing | .0 | .00 | 4.1 | 3,387.00 |
| Hearings | 38.0 | 30,110.00 | 139.00 | 93,198.00 |
| Litigation and Litigation Consulting | 948.5 | 377,750.50 | 5,812.3 | 2,062,520.00 |
| Plan & Disclosure Statement | 14.0 | 7,491.00 | 652.2 | 313,373.50 |
| Relief from Stay Proceedings | .0 | .00 | 2.6 | 1,648.00 |
| Tax Issues | .8 | 460.00 | 71.0 | 23,961.50 |
| Tax Litigation | .0 | .00 | 29.5 | 10,076.00 |
| Travel-Non-Working | 45.0 | 15,052.75 | 569.0 | 125,693.50 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | .0 | .00 | 21.5 | 9,054.50 |
| **Totals** | **1,246.4** | **$501,495.75** | **12,179.5** | **$4,051,905.50** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 7/1/09 – 9/30/06 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $ 8,181.56 | $ 132,898.58 |
| Research Material | 77.92 | 5,797.98 |
| Air Freight & Express Mail | 267.36 | 11,243.73 |
| Outside Local Deliveries | 83.49 | 1,010.87 |
| Filing Fees | .00 | 144.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 337.82 | 2,889.91 |
| Outside Photocopy Service | 10,541.97 | 161,513.39 |
| Professional Fees & Expert Witness Fees | 59,533.27 | 127,918.43 |
| Court Reporting/Transcript Service | .00 | 6,826.92 |
| Miscellaneous Client Advances | 24.87 | 1,410.03 |
| Air & Train Transportation | 3,435.20 | 72,108.13 |
| Meals Related to Travel | 142.35 | 7,169.27 |
| Travel Expenses – Hotel Charges | 453.72 | 21,929.47 |
| Travel Expenses – Ground Transportation | 808.59 | 12,644.29 |
| Travel Expenses – Miscellaneous | .00 | 142.75 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,121.91 |
| Local Transportation -  DC | 87.00 | 500.45 |
| Local Transportation – NY | .00 | 267.09 |
| Xeroxing | 2,448.10 | 52,586.15 |
| Postage | 6.15 | 184.63 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 69.45 | 2,199.70 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 27.99 | 1,979.88 |
| NYO Long Distance Telephone | 1,050.80 | 6,300.53 |
| Use of Cell/Home Phone | 28.82 | 716.34 |
| **TOTAL** | **$ 87,606.43** | **$ 632,625.27** |