# EXHIBIT A
# ORRICK'S MONTHLY FEE
# APPLICATION FOR THE PERIOD
# <u>JULY 1-31, 2006</u>

.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| Debtors. | Objection Deadline: September 21, 2006 at 4:00 p.m. |
| | Hearing: Schedule If Necessary (Negative Notice) |

### NOTICE OF FILING OF
### SIXTH MONTHLY INTERIM APPLICATION OF
### ORRICK, HERRINGTON & SUTCLIFFE LLP, COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Orrick, Herrington & Sutcliffe LLP, counsel to David T. Austern, Future Claimants'

Representative (the "FCR"), has filed and served its Sixth Monthly Application of Orrick,

Herrington & Sutcliffe LLP for Compensation for Services Rendered and Reimbursement of

Expenses as counsel to the FCR for the time period July 1, 2006 through July 31, 2006, seeking

payment of fees in the amount of $145,585.60 (80% of $181,982.00) and expenses in the amount

of $11,934.45, for a total amount of $157,520.05 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **September 21, 2006 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell &

-2-

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: September 1, 2006          By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

—and—

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

-3-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: September 21, 2006 at 4:00p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO SIXTH MONTHLY INTERIM APPLICATION OF
ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JULY 1, 2006 THROUGH JULY 31, 2006**

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP ("Orrick") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of February 6, 2006 pursuant to Order entered by Court on May 8, 2006 |
| Period for which compensation is sought: | July 1, 2006 through July 31, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $181,982.00 |
| 80% of fees to be paid: | $145,585.60[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  11,934.45 |
| Total Fees @ 80% and 100% Expenses: | $157,520.05 |

This is an:  ____ interim    X   monthly    ____ final application.

---

[1] Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 19.00 hours and the corresponding fees are $3,555.50 and $192.62 in expenses for Orrick's fee applications and 17.00 hours and $2,908.00 in fees and $117.62 in expenses for the FCR and/or his other professionals' fee applications.   Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Orrick's Sixth interim fee application for the period June 1-30, 2006.  Orrick has previously filed the following interim fee applications with the Court:

| Interim Period | Fees @ 100% | Fees @ 80% | Expenses @ 100% | Total Fees @ 100% & Expenses |
|---|---|---|---|---|
| First Interim Period February 6-28, 2006 | $89,026.00 | $71,220.80 | $0.00 | $71,220.80 |
| Second Interim Period March 1-31, 2006 | $117,266.25 | $93,813.00 | $7,501.32 | $101,314.32 |
| Third Interim Period April 1-30, 2006 | $125,362.50 | $100,290.00 | $1,783.43 | $102,073.43 |
| Fourth Interim Period May 1-31, 2006 | $136,416.00 | $109,132.80 | $6,389.80 | $142,805.80 |
| Fifth Interim Period June 1-30, 2006 | $194,266.75 | $155,413.40 | $6,395.69 | $200,662.44 |

To date, Orrick has received payments from the Debtors in the following amounts:
- $71,220.80 representing 80% of fees and 100% of expenses for February 2006
- $101,314.32 representing 80% of fees and 100% of expenses for March 2006
- $102,073.43 representing 80% of fees and 100% of expenses for April 2006

## COMPENSATION SUMMARY
### JUNE 1-30, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Stephen G. Foresta | Partner, 8 years in position; 17 years relevant experience; 1988, Litigation | $675 | .2 | $135.00 |
| Roger Frankel | Partner, 23 years in position; 35 years relevant experience; 1971, Bankruptcy | $725 | 59.6 | $42,485.00[2] |
| Garret G. Rasmussen | Partner, 24 years in position; 32 years relevant experience; 1974, Litigation | $645 | 13.3 | $8,578.50 |
| Raymond G. Mullady, Jr. | Partner, 13 years in position; 23 years relevant experience; 1983, Litigation | $660 | 29.4 | $19,404.00 |

---

2 This amount reflects a reduction of $725.00 for the 50% discount rate for non-working travel.

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Richard H. Wyron | Partner, 17 years in position; 27 years relevant experience; 1979, Bankruptcy | $645 | 28.3 | $18,253.50 |
| Debra L. Felder | Associate, 4 years in position; 4 years relevant experience; 2002, Bankruptcy | $405 | 148.6 | $59,292.00[3] |
| Katherine Thomas | Associate, 3 years in position; 3 years relevant experience; 2003, Bankruptcy | $325 | 1 | $325.00 |
| Shannon D. Venegas | Associate, 2 years in position; 2 years relevant experience; 2004, Litigation | $325 | 30.2 | $9,815.00 |
| Christopher A. Britt | Summer Associate | $235 | 54.0 | $12,690.00 |
| Rachael M. Barainca | Legal Assistant | $140 | 49.5 | $6,930.00 |
| Debra O. Fullem | Senior Legal Assistant | $210 | 19.4 | $4,074.00 |
| Total | | | 433.50 | $181,982.00 |
| Blended Rate: $419.80 | | | | |

## COMPENSATION BY PROJECT CATEGORY
### JUNE 1-30, 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 22.8 | $3,542.00 |
| Insurance | 14.3 | $7,765.50 |
| Litigation | 367.7 | $163,859.50 |
| Compensation of Professionals-Other | 8.4 | $1,651.00 |
| Retention of Professionals-Orrick | 2.9 | $870.00 |
| Compensation of Professionals-Orrick | 11.0 | $2,678.00 |
| Travel Time (Non-Working) | 6.4 | $1,616.00 |
| TOTAL | 433.5 | $181,982.00 |

-3-

---

3 This amount reflects a reduction of $891.00 for the 50% discount rate for non-working travel.

**EXPENSE SUMMARY**
**JUNE 1-30, 2006**

| Expense Category | Total |
|---|---|
| Duplicating and Facsimile Charges | $1,405.40 |
| Facsimile | $2.00 |
| Postage/Express Delivery | $920.25 |
| Telephone | $68.45 |
| Travel - Air Fare/Train | $1,799.62 |
| Travel - Taxi | $31.1 |
| Westlaw and Lexis Research | $7,667.50 |
| **TOTAL** | **$11,934.45** |

Orrick's Client Charges and Disbursements Policy effective January 1, 2006, is as follows:

a.    *Duplicating* -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 15¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

b.    *Long Distance Telephone and Facsimile Charges* -- Orrick charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions are charged at $1.50 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

c.    *Messenger and Courier Service* -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

d.    *Overtime* -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional. It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime. Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances. Orrick utilized secretarial assistance in connection with monitoring and updating case dockets and downloading, circulating and printing of pleadings filed in the case. Thus, certain charges were incurred by secretaries for overtime. (Note: These charges are at rates less than that charged by Orrick paralegals or other professional staff who may have otherwise performed this type of work.)

e. ***Computerized Research*** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so. The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick. Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost. There is no separate charge for free internet research.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: September ⎯, 2006          By:⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC  20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

      Roger Frankel, after being duly sworn according to law, deposes and says:

      1.    I am a partner of the applicant law firm Orrick, Herrington & Sutcliffe LLP ("Orrick") and have been admitted *pro hac vice* to appear in these cases.

      2.    I have personally performed many of the legal services rendered by Orrick as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Orrick as set forth in the invoices attached as Exhibit A to Orrick's monthly interim application.

      3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

                                             Roger Frankel

SWORN AND SUBSCRIBED TO BEFORE ME

THIS l st DAY OF SEPTEMBER, 2006

*Cheryl L. Best*
Notary Public

My commission expires: 11-14-10

# EXHIBIT A



# ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

August 15, 2006
Client No. 17367
Invoice No. 1027529

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through July 31, 2006 in connection with the matters described on the attached pages: | $ | 181,982.00 |
| DISBURSEMENTS as per attached pages: | | 11,934.45 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | 193,916.45 |

Matter(s): 17367/11, 12, 13, 15, 2, 7, 8

## DUE UPON RECEIPT

*Do Not Pay - For
Informational Purposes Only
(Subject to Court Approval)*

The following is for information only:
Previous Balance not included in this invoice:
$318,705.13

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP
4253 Collections Center Drive
Chicago, IL 60693
Reference: 17367/ Invoice: 1027529
E.I.N. 94-2952627
Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number 0260-0959-3
Bank of America
100 West 33rd Street, NY, NY 10001
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499-4-10382
Reference: 17367/ Invoice: 1027529
E.I.N. 94-2952627*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number 121-000358
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499-4-10382
Reference: 17367/ Invoice: 1027529
E.I.N. 94-2952627*



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

August 15, 2006
Client No. 17367
Invoice No. 1027529

Orrick Contact: Roger Frankel

For Legal Services Rendered Through July 31, 2006 in Connection With:

Matter: 2 - Case Administration

| 07/03/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/03/06 | R. Barainca | Update pleadings folders. | 1.70 |
| 07/05/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/06/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/06/06 | D. Fullem | Review docket updates for the week to prepare updated case calendar. | 0.30 |
| 07/07/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/07/06 | D. Fullem | Update Grace case calendar. | 1.00 |
| 07/10/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/10/06 | D. Fullem | Review e-mail regarding updated case calendar. | 0.10 |
| 07/11/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/12/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/13/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/13/06 | D. Fullem | Review docket updates for the week in order to begin preparation of calendar. | 0.20 |
| 07/13/06 | D. Fullem | Review and respond to e-mail from T. Grosko regarding update to Grace case calendar. | 0.10 |
| 07/14/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/14/06 | D. Fullem | Prepare update to case calendar and circulate to R. Wyron, D. Felder and others. | 1.00 |
| 07/17/06 | D. Fullem | Review Bankruptcy and District Court case dockets; download recent filings and circulate by e-mail to parties. | 0.20 |
| 07/18/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/18/06 | R. Barainca | Update pleadings folders. | 0.30 |
| 07/18/06 | D. Fullem | Confer with D. Felder regarding case calendar updates. | 0.10 |
| 07/19/06 | R. Barainca | Update pleadings folders. | 6.00 |
| 07/19/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/20/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/20/06 | D. Fullem | Confer with R. Barainca regarding project for R. Frankel for hearing on Monday. | 0.10 |
| 07/21/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |

# O
# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

August 15, 2006
Invoice No. 1027529

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/21/06 | D. Fullem | Confer with R. Barainca regarding update on charts for R. Frankel for hearing on Monday. | 0.20 |
| 07/21/06 | D. Fullem | Review docket updates (.2); confer with D. Felder regarding pleadings (.1); prepare updated case calendar (.9); forward to D. Felder (.1). | 1.30 |
| 07/24/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/25/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/25/06 | R. Barainca | Update pleadings folders. | 2.00 |
| 07/26/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/27/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/27/06 | R. Barainca | Update pleadings binders. | 4.00 |
| 07/28/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/31/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 07/31/06 | D. Fullem | Review case calendar update. | 0.20 |
| 07/31/06 | D. Fullem | Review tickler reports from last week. | 0.20 |

Total Hours                22.80
Total For Services                                $3,542.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 17.80 | 140.00 | 2,492.00 |
| Debra O. Fullem | 5.00 | 210.00 | 1,050.00 |
| Total All Timekeepers | 22.80 | $155.35 | $3,542.00 |

Disbursements
  Duplicating Expense                                41.55
  Facsimile                                         2.00
  Postage                                           1.26
                          Total Disbursements        $44.81


                          Total For This Matter       $3,586.81



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

August 15, 2006
Invoice No. 1027529

For Legal Services Rendered Through July 31, 2006 in Connection With:

**Matter:  7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 07/04/06 | R. Wyron | Review e-mails on Equitas settlement/release of premise coverages and outline points for argument. | 0.90 |
| 07/05/06 | S. Foresta | Review e-mail exchange between R. Wyron and J. Baer re indemnification provision in Equitas settlement agreement; draft e-mail to R. Wyron re same. | 0.20 |
| 07/13/06 | R. Wyron | Review Equitas issue for Monday conference call, and e-mails regarding same. | 0.60 |
| 07/14/06 | R. Wyron | Review e-mails on Equitas issue and follow-up in advance of 7/17 call. | 0.60 |
| 07/17/06 | R. Wyron | Review Equitas data and e-mails (.3); participate in conference call on Equitas terms, and follow-up e-mails (1.1). | 1.40 |
| 07/20/06 | R. Wyron | Review draft settlement on Equitas deal and organize comments (.7); call with Debtors and others re Equitas (.9); follow-up with R. Horkovich on indemnification (.3). | 1.90 |
| 07/24/06 | R. Wyron | Review status of Equitas deal and calls re same. | 0.60 |
| 07/25/06 | D. Felder | Review motion and related pleadings regarding settlement agreement with Equitas (1.4); telephone conference with R. Wyron, M. Hurford and B. Horkovich regarding same (1.0); review KWELMBS settlement materials and hearing transcripts and prepare e-mail summary regarding same (3.7). | 6.10 |
| 07/25/06 | R. Wyron | Participate in call on Equitas and follow-up e-mails. | 1.20 |
| 07/26/06 | R. Wyron | Review e-mails on Equitas issues. | 0.40 |
| 07/28/06 | R. Wyron | Confer with P. Connors on NOL issues re Equitas. | 0.40 |

|  |  |  |
|---|---|---|
| Total Hours | 14.30 | |
| Total For Services | | $7,765.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 6.10 | 405.00 | 2,470.50 |
| Stephen G. Foresta | 0.20 | 675.00 | 135.00 |
| Richard H. Wyron | 8.00 | 645.00 | 5,160.00 |
| Total All Timekeepers | 14.30 | $543.04 | $7,765.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

August 15, 2006
Invoice No. 1027529

**Total For This Matter**                    **$7,765.50**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

August 15, 2006
Invoice No. 1027529

For Legal Services Rendered Through July 31, 2006 in Connection With:

**Matter:  8 - Litigation**

| | | | |
|---|---|---|---|
| 06/30/06 | R. Frankel | Review various pleadings, including motion for key employees re LTIP (1.1); review and sort files (.5). | 1.60 |
| 07/01/06 | D. Felder | Continue drafting joint supplemental objection to exclusivity. | 1.50 |
| 07/01/06 | G. Rasmussen | Outline legal issues relating to claim estimation based on the Owens Corning case. | 1.50 |
| 07/02/06 | D. Felder | Continue drafting joint supplemental objection and proposal regarding exclusivity. | 2.50 |
| 07/03/06 | R. Barainca | Digest Grace SEC Filings from 1999-2006 for information on related asbestos liabilities. | 0.80 |
| 07/03/06 | D. Felder | Continue drafting joint supplemental objection and proposal regarding exclusivity (2.5); review pleadings regarding same (1.3); research case law regarding same (1.0). | 4.80 |
| 07/03/06 | R. Mullady, Jr. | Review estimation briefs and materials. | 2.00 |
| 07/04/06 | R. Wyron | Review and revise confidentiality memo for D. Austern (.3); review draft exclusivity pleading (.9). | 1.20 |
| 07/04/06 | R. Frankel | Review and revise draft objection to further extension of exclusivity (1.9); review schedule attached (.3). | 2.20 |
| 07/05/06 | R. Barainca | Digest Grace SEC Filings from 1999-2006 for information on related asbestos liabilities. | 0.90 |
| 07/05/06 | K. Thomas | Research treatment of retiree benefit claims (.3); discuss same with D. Felder (.1); draft summary of research and forward to D. Felder (.6). | 1.00 |
| 07/05/06 | S. Venegas | Review previous estimation cases. | 0.80 |
| 07/05/06 | D. Felder | Review briefs regarding estimation methodology and retrieve related materials for litigation team (2.5); conference with K. Thomas regarding research on post-retirement health benefits and review e-mail summary regarding same (.4); revise supplemental objection to exclusivity and telephone conference with R. Frankel and R. Wyron regarding same (6.2). | 9.10 |
| 07/05/06 | R. Wyron | Work on exclusivity pleadings (1.4); review Equitas language and outline issues (.7); review status on LTIP (.3); review discovery mediation e-mails and respond (.3). | 2.70 |
| 07/05/06 | R. Mullady, Jr. | E-mails to/from R. Wyron (.2). | 0.20 |
| 07/05/06 | R. Frankel | Review memo re priority of post-retirement health benefit plans; notes re same. | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    August 15, 2006
17367                                                                  Invoice No. 1027529
page 6

| 07/05/06 | R. Frankel | Review revisions to draft in preparation for conference call (.6); conference call with R. Wyron and D. Felder re draft response to exclusivity (.8). | 1.40 |
|---|---|---|---|
| 07/05/06 | R. Frankel | Review issues re exclusivity, argument, hearing preparation, notes re same. | 0.60 |
| 07/05/06 | R. Frankel | Series of e-mails re draft opposition to exclusivity. | 0.70 |
| 07/06/06 | S. Venegas | Review Federal Mogul case. | 0.60 |
| 07/06/06 | D. Felder | Review e-mail correspondence regarding LTIP motion (.1); review e-mail correspondence regarding exclusivity pleading (.1); review case management order circulated by Debtors and prepare e-mails to R. Wyron and R. Mullady regarding same (.5); telephonic participation in discovery mediation regarding questionnaire responses (3.0); review document request and letter from Debtors regarding plan discussions (.1); telephone conference with R. Wyron regarding same (.1);  review pleading regarding exclusivity in preparation for call (.5). | 4.40 |
| 07/06/06 | D. Felder | Telephone conferences with R. Frankel regarding exclusivity pleading (.2); review and revise same (2.5). | 2.70 |
| 07/06/06 | R. Wyron | Review e-mails on bar date and related materials, and organize for call (.4); e-mails with D. Austern re confidential materials (.3). | 0.70 |
| 07/06/06 | R. Mullady, Jr. | Review e-mails from N. Finch, D. Felder, B. Harding and R. Wyron (.4). | 0.40 |
| 07/06/06 | R. Frankel | Review notes from questionnaire mediation (.3); review chart with new dates for CMO (.4). | 0.70 |
| 07/06/06 | R. Frankel | Telephone conference with S. Baena re supplemental objection (.4); telephone conferences with D. Felder, R. Wyron re changes to objection (.5); notes re same (.2). | 1.10 |
| 07/06/06 | R. Frankel | Review discovery request re PI/PD agreement. | 0.60 |
| 07/06/06 | R. Frankel | Review revised draft of supplemental objection. | 1.20 |
| 07/07/06 | R. Barainca | Digest Grace SEC Filings from 1999-2006 for information on related asbestos liabilities. | 0.80 |
| 07/07/06 | D. Felder | Review, revise and finalize supplemental objection regarding exclusivity (8.6); telephone conferences with PI and PD Committees regarding same (.3); finalize exhibit to supplemental objection (1.0); review e-mail correspondence regarding discovery and request from Debtors regarding same (.3). | 10.20 |
| 07/07/06 | R. Wyron | Call with J. Radecki on LTIP and follow-up (.3); review e-mails on discovery and exclusivity, and follow-up (.4). | 0.70 |
| 07/07/06 | R. Mullady, Jr. | Review and reply to e-mails regarding scheduling order and other issues. | 0.50 |

# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

August 15, 2006
Invoice No. 1027529

| | | | |
|---|---|---|---|
| 07/07/06 | R. Frankel | Review revised supplemental objection to further exclusivity extension. | 1.20 |
| 07/07/06 | R. Frankel | Telephone conference with E. Inselbuch, S. Baena, D. Felder, others to finalize supplemental objection; notes re same. | 0.50 |
| 07/07/06 | R. Frankel | Telephone conferences, e-mails with D. Felder re finalization of supplement objection; read final pleading. | 0.80 |
| 07/08/06 | R. Mullady, Jr. | E-mail to A. Venegas regarding status. | 0.10 |
| 07/09/06 | R. Wyron | Review pleadings and e-mails on CMO and bar date, and organize responses (.9); review Equitas language (.2); review LTIP language (.2). | 1.30 |
| 07/10/06 | R. Barainca | Digest Grace SEC Filings from 1999-2006 for information on related asbestos liabilities. | 3.60 |
| 07/10/06 | S. Venegas | Review debtors' supplemental brief in support of a further exclusivity extension. | 1.30 |
| 07/10/06 | D. Felder | Begin review of Debtors' pleadings and hearing transcripts regarding exclusivity and estimation process (3.0); review expert stipulation, bar date materials and PI CMO (1.2); review docket and recently filed pleadings (.5); prepare for conference call with PI Committee's counsel (.5); conference call with PI Committee's counsel, R. Mullady and G. Rasmussen regarding expert stipulation, PI CMO and bar date materials (.5); conference call with Debtors, PI Committee's counsel, R. Mullady and G. Rasmussen regarding same (.5); prepare summary e-mail to R. Frankel, R. Wyron, R. Mullady and G. Rasmussen regarding same (.5). | 6.70 |
| 07/10/06 | G. Rasmussen | Review of proposed CMO prepared by debtor; review of debtor's comments on expert stipulation; review of debtor's proposals for notice of claim submission bar date. | 0.80 |
| 07/10/06 | G. Rasmussen | Conference with counsel for ACC in preparation for conference call with all counsel. | 0.50 |
| 07/10/06 | G. Rasmussen | Conference call with counsel for all parties on CMO, discovery issues, and expert stipulation. | 0.60 |
| 07/10/06 | R. Wyron | Review bar date materials and e-mails; follow-up with D. Felder on conference call; review summary. | 0.90 |
| 07/10/06 | R. Mullady, Jr. | Review revised CMO and e-mail from debtor's counsel (.5); review bar date materials (.2); e-mails to/from D. Felder and N. Finch (.3); telephone conversation with J. Leissner (.2); prepare for and participate in conference call with all counsel regarding CMO and bar date materials (1.5). | 2.70 |
| 07/10/06 | R. Frankel | Telephone conference with E. Inselbuch re status (.1); review memo re discovery, bar date issues (.3); notes re same (.2). | 0.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

August 15, 2006
Invoice No. 1027529

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/10/06 | R. Frankel | Review dockets re filings re exclusivity, PD objections. | 0.40 |
| 07/11/06 | R. Barainca | Digest Grace SEC Filings from 1999-2006 for all related asbestos liabilities. | 2.30 |
| 07/11/06 | D. Fullem | Review and respond to e-mail from R. Wyron regarding status of certain motions on the case calendar relating to the 15th omnibus objection to claims; confer with D. Felder regarding same; prepare e-mail to M. Browdy at Kirkland with list of motions and request status of motions and current hearing date. | 0.60 |
| 07/11/06 | S. Venegas | Review Peterson report on opinions (4.0); review objections to bar date (.3). | 4.30 |
| 07/11/06 | D. Felder | Conference with R. Frankel regarding exclusivity issues (.1); continue reviewing pleadings and hearing transcripts regarding same (5.8). | 5.90 |
| 07/11/06 | R. Mullady, Jr. | Review Grace's motion to extend exclusivity period (.5); e-mail to A. Venegas regarding research needed for estimation methodology issue (.4); review and reply to e-mail from D. Felder (.2). | 1.10 |
| 07/11/06 | R. Frankel | Review issues, including issues with D. Felder, re Grace brief in support of exclusivity. | 0.40 |
| 07/11/06 | R. Frankel | Review docket entries, sort files. | 0.30 |
| 07/11/06 | R. Frankel | Review Grace brief in support of further extension of exclusivity. | 1.20 |
| 07/12/06 | R. Barainca | Print and prepare transcripts for D. Felder. | 0.50 |
| 07/12/06 | C. Britt | Research on allowance and estimation issues. | 6.20 |
| 07/12/06 | C. Britt | Meet with A. Venegas to discuss assignment. | 0.30 |
| 07/12/06 | S. Venegas | Meet with C. Britt re research project and follow up (.5); review motion for bar date (1.0). | 1.50 |
| 07/12/06 | D. Felder | Review Debtors' supplemental brief regarding exclusivity and numerous pleadings and hearing transcripts regarding same (5.9); review bar date materials and telephone conference with R. Frankel regarding same (.4); e-mail correspondence with J. Liesemer regarding bar date materials (.2). | 6.50 |
| 07/12/06 | R. Mullady, Jr. | Review e-mails regarding bar date materials. | 0.20 |
| 07/12/06 | R. Frankel | Review exhibits to Grace pleading in support of exclusivity extension. | 2.20 |
| 07/12/06 | R. Frankel | Review, edit bar date order; telephone conference with D. Felder re same. | 0.60 |
| 07/12/06 | R. Frankel | Review objections to questionnaires. | 0.70 |
| 07/12/06 | R. Frankel | Begin outline of oral argument for exclusivity hearing. | 1.60 |
| 07/13/06 | C. Britt | Research cases that concern due process in "common issues" trials and estimation materials. | 7.00 |

ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

August 15, 2006
Invoice No. 1027529

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/13/06 | S. Venegas | Meeting with C. Britt re assignment (.1); continue reviewing "Bar Date" pleading (.3). | 0.40 |
| 07/13/06 | D. Felder | Continue reviewing numerous hearing transcripts regarding estimation and exclusivity (7.0); review bar date materials (.2). | 7.20 |
| 07/13/06 | R. Mullady, Jr. | Review e-mails regarding bar date materials. | 0.20 |
| 07/13/06 | R. Frankel | Review objections to questionnaire. | 0.50 |
| 07/13/06 | R. Frankel | Prepare notes re hearing on exclusivity. | 0.80 |
| 07/14/06 | C. Britt | Conduct research and draft memo on allowance and estimation in bankruptcy cases. | 6.20 |
| 07/14/06 | S. Venegas | Confer with C. Britt and D. Felder re estimation and allowance (.5); review estimation pleadings (3.2). | 3.70 |
| 07/14/06 | D. Felder | Continue reviewing hearing transcripts regarding estimation and exclusivity (1.6); telephone conferences with J. Liesemer regarding PI CMO and expert stipulation (.2); review revised PI CMO, expert stipulation and bar date materials and e-mail correspondence regarding same (1.7); conferences with A. Venegas and C. Britt regarding estimation research and review regarding same (1.0); review pleadings regarding exclusivity filed by Tort Victims' Law Firm and Queen (.5). | 5.00 |
| 07/14/06 | G. Rasmussen | Review of debtor's revisions to expert stipulation and CMO and exchange of e-mails with R. Mullady. | 0.30 |
| 07/14/06 | R. Wyron | Review e-mails and CoC on LTIP, and follow-up (.4); review various pleadings objecting to exclusivity (.8). | 1.20 |
| 07/14/06 | R. Mullady, Jr. | Review and comment on draft CMO and expert stipulation, including discussions with D. Felder and counsel for ACC. | 1.00 |
| 07/14/06 | R. Frankel | Prepare outline of notes for July 24 hearing. | 1.70 |
| 07/14/06 | R. Frankel | Review plaintiff firms' opposition to further extension (.6); confer with R. Wyron re argument (.3). | 0.90 |
| 07/15/06 | R. Mullady, Jr. | E-mails to/from C. Britt. | 0.20 |
| 07/16/06 | C. Britt | Conduct research on "common issues" trial and constitutional objections. | 0.50 |
| 07/16/06 | G. Rasmussen | Analyze Federal Mogul case and outline points we will have to cover at the estimation proceeding. | 4.50 |
| 07/16/06 | R. Wyron | Review case calendar and organize scheduling memo. | 0.40 |
| 07/17/06 | C. Britt | Research and prepare memo on estimation methodology. | 7.50 |
| 07/17/06 | S. Venegas | Review assignment with C. Britt (.2); review literature on estimating claims. (.8). | 1.00 |
| 07/17/06 | D. Felder | Review Debtors' reply regarding exclusivity (.2); review numerous hearing transcripts and pleadings in preparation for argument on exclusivity (7.9). | 8.10 |
| 07/17/06 | R. Frankel | Review issues, series of e-mails in preparation for conference call re hearing. | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -          August 15, 2006
17367                                                                        Invoice No. 1027529
page 10

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/18/06 | C. Britt | Draft memo on estimation methodology and common issues trials. | 3.10 |
| 07/18/06 | S. Venegas | Read estimation materials. | 0.50 |
| 07/18/06 | D. Felder | Review bar date materials, motion by asbestos claimants to amend CMO and Debtors' motion to compel responses to questionnaires (1.7); review hearing transcripts and pleadings in preparation for argument on exclusivity, research case law regarding estimation, and begin preparing memorandum regarding same (8.4). | 10.10 |
| 07/18/06 | R. Mullady, Jr. | E-mails to/from D. Fullem and D. Felder. | 0.30 |
| 07/18/06 | R. Frankel | Review series of e-mails re preparation for hearing, production of documents. | 0.50 |
| 07/19/06 | C. Britt | Work on memo on estimation issues. | 3.30 |
| 07/19/06 | D. Felder | Continue reviewing Debtors' motion to compel questionnaire responses (.5); review various estimation related documents (.4). | 0.90 |
| 07/19/06 | R. Frankel | Review with R. Wyron issues re Equitas settlement. | 0.40 |
| 07/19/06 | R. Frankel | Review various pleadings in Montana criminal proceedings in connection with estimation, exclusivity hearing. | 1.20 |
| 07/19/06 | R. Frankel | Review Piper Jaffray report re stock price and exclusivity. | 0.70 |
| 07/19/06 | R. Frankel | Review e-mails re record of previous exclusivity hearings in preparation for hearing. | 0.40 |
| 07/20/06 | R. Barainca | Prepare exhibits for hearing on July 24. | 12.00 |
| 07/20/06 | R. Barainca | Confer with D. Felder regarding exhibits for July 24 hearing (several different occasions). | 1.50 |
| 07/20/06 | C. Britt | Research common issues question for memo. | 2.70 |
| 07/20/06 | C. Britt | Meet with R. Mullady to discuss memo. | 0.30 |
| 07/20/06 | S. Venegas | Review estimation materials. | 1.10 |
| 07/20/06 | D. Felder | Review daily docket (.2); conference with R. Frankel regarding exhibits for hearing on July 24, 2006 (.5); conference with R. Barainca regarding same (.5); telephone conference with R. Frankel, S. Baena, J. Sakalo, E. Inselbuch and P. Lockwood regarding July 24, 2006 hearing and follow-up conference with R. Frankel regarding same (.8); prepare exhibits for hearing on July 24, 2006 (15.5). | 17.50 |
| 07/20/06 | R. Frankel | Preparation for oral argument on exclusivity. | 1.30 |
| 07/20/06 | R. Frankel | Review notes from D. Felder regarding argument (.8); confer with D. Felder regarding display slides for agreement (.4); prepare notes regarding slides (.4). | 1.60 |
| 07/20/06 | R. Frankel | Telephone conference with E. Inselbuch, S. Baena, D. Felder, Lockwood regarding preparation for oral agreement on exclusivity; notes regarding same. | 0.90 |
| 07/20/06 | R. Frankel | Review cases, issues regarding exclusivity. | 1.10 |

O

**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

August 15, 2006
Invoice No. 1027529

| | | | |
|---|---|---|---|
| 07/21/06 | R. Barainca | Edit exhibits for hearing on July 24. | 1.50 |
| 07/21/06 | R. Barainca | Confer with D. Felder and R. Wyron in regard to exhibits for hearing on July 24. | 0.50 |
| 07/21/06 | C. Britt | Continue research on "common issues" trials. | 6.50 |
| 07/21/06 | D. Felder | Revise and finalize exhibits for hearing on July 24, 2006 and telephone conferences with J. Sakalo, R. Frankel and J. Brownstein regarding same (7.1); review solvency analysis and various SEC filings (2.0). | 9.10 |
| 07/21/06 | R. Wyron | Review slides for exclusivity argument and revise with D. Felder (1.2); review issues re Equitas for follow-up discussions with Grace (.4). | 1.60 |
| 07/21/06 | R. Mullady, Jr. | Review exclusivity papers and prepare for status conference on 1/24 (1.5); review estimation briefs and research memorandum prepared by C. Britt (1.0); meet with C. Britt (.2). | 2.70 |
| 07/21/06 | R. Frankel | Preparation of notes, outline for oral argument (1.9); review cases regarding cancer-only estimations (1.7). | 3.60 |
| 07/21/06 | R. Frankel | Review Grace brief, status report in preparation for hearing. | 1.20 |
| 07/21/06 | R. Frankel | Review, edit slides for oral argument (1.3); telephone conference with D. Felder regarding same (.3). | 1.60 |
| 07/22/06 | R. Frankel | Preparation and finalization of outline for oral argument. | 1.90 |
| 07/23/06 | D. Felder | Review revised bar date materials (.3); review various SEC filings and update estimation chart regarding same (1.5). | 1.80 |
| 07/23/06 | R. Wyron | Review case calendar and identify issues and scheduling matters. | 0.40 |
| 07/23/06 | R. Frankel | Edit outline for oral argument; review background materials. | 2.30 |
| 07/24/06 | R. Barainca | Edit exhibits for hearing on July 24. | 1.00 |
| 07/24/06 | C. Britt | Research estimation arguments in preparation for Wilmington status hearing. | 2.00 |
| 07/24/06 | D. Felder | Review and prepare materials for omnibus hearing (2.6); attend omnibus hearing (5.9). | 8.50 |
| 07/24/06 | R. Wyron | Attend hearing (telephonically) on Equitas and exclusivity, and follow-up. | 4.30 |
| 07/24/06 | R. Mullady, Jr. | Prepare for and attend omnibus status conference before Judge Fitzgerald (7.0); travel to/from Wilmington, DE while preparing for hearing and discussing planned brief attacking debtors estimation (3.0). | 10.00 |
| 07/24/06 | R. Frankel | Review file, outline, slides in final preparation for oral argument regarding exclusivity. | 1.70 |
| 07/24/06 | R. Frankel | Confer with D. Austern during travel to hearing (1.1); review file in preparation for hearing, exclusivity (.3). | 1.40 |
| 07/24/06 | R. Frankel | Confer with Messrs. Baena, Inselbuch and Austern in preparation for hearing, exclusivity issues. | 1.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

August 15, 2006
Invoice No. 1027529

| | | | |
|---|---|---|---|
| 07/24/06 | R. Frankel | Attend Omnibus Hearing in Wilmington. | 5.50 |
| 07/24/06 | R. Frankel | Preparation of notes regarding hearing, confer with D. Felder regarding modifications to slides. | 1.50 |
| 07/25/06 | C. Britt | Draft summary of status hearing. | 1.10 |
| 07/25/06 | C. Britt | Continue work on estimation memo. | 4.40 |
| 07/25/06 | S. Venegas | Review remainder of "Estimating Mass Torts" materials. | 3.00 |
| 07/25/06 | R. Mullady, Jr. | Review memorandum from C. Britt summarizing omnibus status conference (.3); e-mails to/from D. Felder (.2); discuss status conference developments with R. Frankel and R. Wyron (.4). | 0.90 |
| 07/25/06 | R. Frankel | Telephone conference with D. Austern regarding status (.2); review status of case post-omnibus hearing (.4). | 0.60 |
| 07/26/06 | C. Britt | Continue work on estimation memo. | 0.60 |
| 07/26/06 | S. Venegas | Review background materials on estimation. | 6.50 |
| 07/26/06 | D. Felder | Review various recently filed pleadings. | 2.50 |
| 07/26/06 | R. Mullady, Jr. | E-mails to/from D. Felder and A. Venegas regarding strategy. | 0.20 |
| 07/26/06 | R. Frankel | Review open issues re experts, estimation. | 0.50 |
| 07/27/06 | C. Britt | Finish estimation memo. | 1.10 |
| 07/27/06 | S. Venegas | Review last of materials including hearing on questionnaire (2.8); review memo from C. Britt (.2). | 3.00 |
| 07/27/06 | R. Mullady, Jr. | Telephone conversations and e-mail to D. Felder regarding conference call scheduled for 7/28. | 0.50 |
| 07/28/06 | C. Britt | Meet with R. Mullady and A. Venegas to discuss case strategy. | 1.20 |
| 07/28/06 | S. Venegas | Confer with R. Mullady and C. Britt re assignment (.5); review transcripts and other materials (1.6); confer with D. Felder (.4). | 2.50 |
| 07/28/06 | D. Felder | Telephone conference with R. Wyron, R. Mullady, D. Cohn, N. Finch and J. Liesemer regarding various Libby issues (1.0); follow-up conference with R. Wyron and R. Mullady regarding same (.3); conference with R. Mullady and G. Rasmussen in preparation for telephone conference with J. Biggs (.3); telephone conference with R. Mullady, G. Rasmussen, J. Biggs and M. Chung regarding update and status (1.5); review various materials from Sealed Air litigation (2.5). | 5.60 |
| 07/28/06 | G. Rasmussen | Preparation for and participation in conference with R. Mullady to identify further discovery needed regarding Tillinghast analysis. | 1.30 |

**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

August 15, 2006
Invoice No. 1027529

| | | | |
|---|---|---|---|
| 07/28/06 | R. Wyron | Participate in conference call with Libby and ACC counsel and follow-up (1.2); confer with OHS lawyers on estimation issues (.7); review proposed exclusivity order and review and respond to e-mails re same (.4); continue review of e-mails and issues re CARD Clinic data (.4). | 2.70 |
| 07/28/06 | R. Mullady, Jr. | Conference call with Libby and ACC counsel (1.2); conference call with J. Biggs (1.1); e-mail to/from J. Leisemer (.2). | 3.50 |
| 07/29/06 | R. Mullady, Jr. | E-mails to/from A. Venegas regarding estimation methodology research. | 0.50 |
| 07/30/06 | G. Rasmussen | Review of PI's interrogatories and document requests and Debtor's responses; identification of areas where we will need to take additional discovery. | 1.50 |
| 07/30/06 | R. Mullady, Jr. | E-mails to/from R. Wyron regarding estimation methodology issues (.3); e-mails to/from R. Frankel and J. Guy (.2). | 0.50 |
| 07/31/06 | D. Felder | Begin reviewing Sealed Air materials and deposition transcripts (7.3); review e-mail correspondence from R. Mullady and prepare comments regarding same (.2). | 7.50 |
| 07/31/06 | G. Rasmussen | Preparation for and participation in conference call with counsel for Libby and ACC regarding further discovery. | 2.30 |
| 07/31/06 | R. Mullady, Jr. | Conference call with ACC and Libby counsel regarding discovery (1.0); e-mails to/from B. Harding and N. Finch (.5); meet with J. Guy regarding discovery (.2). | 1.70 |
| 07/31/06 | R. Frankel | Review, sort files from 7/24 hearing. | 0.60 |

|  |  |  |
|---|---|---|
| Total Hours | 367.70 | |
| Total For Services | | $163,859.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 25.40 | 140.00 | 3,556.00 |
| Christopher A. Britt | 54.00 | 235.00 | 12,690.00 |
| Debra Felder | 138.10 | 405.00 | 55,930.50 |
| Roger Frankel | 57.60 | 725.00 | 41,760.00 |
| Debra O. Fullem | 0.60 | 210.00 | 126.00 |
| Raymond G. Mullady, Jr. | 29.40 | 660.00 | 19,404.00 |
| Garret G. Rasmussen | 13.30 | 645.00 | 8,578.50 |
| Katherine S. Thomas | 1.00 | 325.00 | 325.00 |
| Shannon Dawn Venegas | 30.20 | 325.00 | 9,815.00 |
| Richard H. Wyron | 18.10 | 645.00 | 11,674.50 |
| Total All Timekeepers | 367.70 | $445.63 | $163,859.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

August 15, 2006
Invoice No. 1027529

Disbursements

| | |
|---|---|
| Binding Expense | 3.50 |
| Duplicating Expense | 758.40 |
| Express Delivery | 17.10 |
| Lexis Research | 5,546.50 |
| Local Taxi Expense | 31.10 |
| Out of Town Business Meals | 40.13 |
| Postage | 279.57 |
| Telephone | 68.45 |
| Travel Expense, Air Fare | 707.38 |
| Travel Expense, Local | 521.00 |
| Travel Expense, Out of Town | 571.24 |
| Westlaw Research | 2,121.00 |
| Total  Disbursements | $10,665.37 |

**Total For This Matter**          **$174,524.87**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

August 15, 2006
Invoice No. 1027529

For Legal Services Rendered Through July 31, 2006 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/06/06 | D. Fullem | Review D. Austern's billing for May and June and prepare same in format to attach to and file with fee applications (.5); prepare May and June monthly fee applications (1.0); prepare e-mail and forward fee applications to D. Austern for review, comment, approval (.2); update R. Wyron regarding same (.1). | 1.80 |
| 07/07/06 | R. Barainca | Edit Tillinghast's May 2006 fee application. | 0.80 |
| 07/07/06 | D. Fullem | Review signed May and June fee applications from D. Austern; update objection deadline and prepare for filing next week. | 0.20 |
| 07/11/06 | D. Fullem | Review and reply to e-mail from D. Felder regarding wrong hearing date on docket for D. Austern's fifth quarterly fee application; prepare e-mail to C. Hartman regarding correction to same. | 0.50 |
| 07/11/06 | D. Fullem | Coordinate finalizing, filing and serving of D. Austern's May fee application. | 0.30 |
| 07/13/06 | R. Barainca | Prepare Tillinghast's May 2006 monthly fee application for filing. | 1.40 |
| 07/13/06 | D. Fullem | Review package from Piper Jaffray of May fee application; prepare updates to same with regard to objection deadlines and service dates; provide to R. Wyron for review and signature; update parties regarding filing. | 0.50 |
| 07/14/06 | D. Fullem | Coordinate filing and serving of Piper Jaffray May fee application. | 0.20 |
| 07/21/06 | D. Fullem | Review and respond to e-mail from N. Guzman at Swidler/Bingham regarding recent payment received from Debtors. | 0.20 |
| 07/25/06 | R. Barainca | Prepare Certificates of No Objection for Tillinghast's March and April 2006 monthly fee applications. | 1.00 |
| 07/27/06 | R. Wyron | Review dockets and CNOs for Tillinghast March and April fee applications. | 0.40 |
| 07/31/06 | R. Barainca | Prepare Certificates of No Objection for Meyer Lustenberger for filing. | 0.90 |
| 07/31/06 | D. Fullem | Review and coordinate filing and serving of Tillinghast CNOs on Mar and Apr fee apps. | 0.20 |

Total Hours          8.40



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

August 15, 2006
Invoice No. 1027529

Total For Services

$1,651.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 4.10 | 140.00 | 574.00 |
| Debra O. Fullem | 3.90 | 210.00 | 819.00 |
| Richard H. Wyron | 0.40 | 645.00 | 258.00 |
| Total All Timekeepers | 8.40 | $196.55 | $1,651.00 |

Disbursements
    Duplicating Expense    102.75
    Express Delivery    185.84
    Postage    9.86

Total Disbursements    $298.45

**Total For This Matter**    **$1,949.45**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

August 15, 2006
Invoice No. 1027529

For Legal Services Rendered Through July 31, 2006 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 07/21/06 | D. Fullem | Review matters in e-mail from R. Wyron, R. Frankel and others regarding Orrick representation of Goodwin Procter (.2); discuss with R. Wyron (.1); review Grace bankruptcy docket for Goodwin Procter role in case (.3); download related documents (.2); prepare e-mail to R. Wyron regarding the firm's role (.2); draft supplemental disclosure (1.0); forward to R. Wyron for review and comment (.1). | 2.10 |
| 07/21/06 | R. Wyron | Review disclosure on Goodwin Proctor and review e-mails re same. | 0.60 |
| 07/31/06 | D. Fullem | Review signed Supplemental Declaration by R. Frankel (.10); prepare e-mail to R. Frankel and R. Wyron regarding status and filing of same. | 0.20 |

|  | | |
|---|---|---|
| Total Hours | 2.90 | |
| Total For Services | | $870.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra  O. Fullem | 2.30 | 210.00 | 483.00 |
| Richard  H. Wyron | 0.60 | 645.00 | 387.00 |
| Total All Timekeepers | 2.90 | $300.00 | $870.00 |

**Total For This Matter**                                     **$870.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

August 15, 2006
Invoice No. 1027529

For Legal Services Rendered Through July 31, 2006 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 07/06/06 | D. Fullem | Prepare e-mail to R. Wyron to follow up on status of Orrick's May fee application; review reply thereto. | 0.20 |
| 07/07/06 | D. Fullem | Begin review of Orrick's June prebills. | 0.80 |
| 07/09/06 | R. Wyron | Review May monthly fee application and provide comments. | 0.60 |
| 07/10/06 | D. Fullem | Continue review of June prebills; forward to R. Wyron for review. | 0.80 |
| 07/10/06 | D. Fullem | Review e-mail from R. Wyron regarding status of June prebills. | 0.10 |
| 07/10/06 | D. Fullem | Review e-mail from R. Wyron regarding edits to Orrick's May fee statement. | 0.10 |
| 07/11/06 | D. Fullem | Coordinate finalizing, filing and serving of Orrick's May fee application. | 0.20 |
| 07/11/06 | R. Wyron | Review June prebill and provide comments. | 0.60 |
| 07/17/06 | D. Fullem | Review June invoices and prepare summary of same; prepare June fee application. | 1.20 |
| 07/18/06 | R. Barainca | Create chart of Orrick fees and expenses from February 2006 to present. | 1.00 |
| 07/18/06 | R. Barainca | Confer with D. Fullem in regard to Chart of Orrick Fees and Expenses. | 0.20 |
| 07/18/06 | D. Fullem | Review status of Orrick's fee application filings and related deadlines for objections thereto (.2;) confirm CNOs filed on all fee apps as appropriate (.1); download CNOs (.2); determine with accounting if any payments have been received to date (.1); prepare e-mail to J. Port at W.R. Grace regarding payments due to Orrick at this time pursuant to the Administrative Order in this case and attach related CNOs (.6). | 1.20 |
| 07/18/06 | D. Fullem | Follow up on expense items in Orrick's June invoices and review detailed backup on those certain expense items. | 0.50 |
| 07/18/06 | D. Fullem | Confer with R. Barainca regarding preparation of spreadsheet for tracking Orrick's fees and expenses. | 0.20 |
| 07/18/06 | D. Fullem | Review and revise Orrick's June fee application. | 1.00 |
| 07/21/06 | D. Fullem | Confer with R. Wyron regarding status of Orrick's fee applications filed in the case. | 0.10 |
| 07/27/06 | R. Barainca | Locate and send a copy of Orrick's W-9 form to Grace. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

August 15, 2006
Invoice No. 1027529

| | | | |
|---|---|---|---|
| 07/31/06 | R. Barainca | Prepare Orrick's June 2006 monthly fee application for filing. | 0.70 |
| 07/31/06 | D. Fullem | Review final draft of June fee application (.2); finalize same (.6); obtain R. Frankel's signature (.1); prepare for filing and service on parties (.3.) | 1.20 |

Total Hours                  11.00
Total For Services                                    $2,678.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 2.20 | 140.00 | 308.00 |
| Debra O. Fullem | 7.60 | 210.00 | 1,596.00 |
| Richard H. Wyron | 1.20 | 645.00 | 774.00 |
| Total All Timekeepers | 11.00 | $243.45 | $2,678.00 |

Disbursements
   Duplicating Expense                        499.20
   Express Delivery                           203.07
   Postage                                    223.55
                           Total Disbursements                 $925.82


                           **Total For This Matter**            **$3,603.82**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

August 15, 2006
Invoice No. 1027529

For Legal Services Rendered Through July 31, 2006 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| 07/24/06 | D. Felder | Non-working travel from Washington, DC to Wilmington, DE. | 2.20 |
| 07/24/06 | D. Felder | Non-working travel from Wilmington, DE to Washington, DC. | 2.20 |
| 07/24/06 | R. Frankel | Travel to and from DC and Wilmington. | 2.00 |

|  | Total Hours | 6.40 |  |
|  | Total For Services |  | $1,616.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 4.40 | 202.50 | 891.00 |
| Roger Frankel | 2.00 | 362.50 | 725.00 |
| Total All Timekeepers | 6.40 | $252.50 | $1,616.00 |

**Total For This Matter**                     **$1,616.00**

**\* \* \* COMBINED TOTALS \* \* \***

| Total Hours | 433.50 |  |
| Total Fees, all Matters |  | $181,982.00 |
| Total Disbursements, all Matters |  | $11,934.45 |
| Total Amount Due |  | $193,916.45 |