# EXHIBIT B
# ORRICK'S MONTHLY FEE APPLICATION FOR THE PERIOD <u>AUGUST 1-31, 2006</u>

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: October 30, 2006 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## SEVENTH MONTHLY INTERIM APPLICATION OF
## ORRICK, HERRINGTON & SUTCLIFFE LLP, COUNSEL TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Orrick, Herrington & Sutcliffe LLP, counsel to David T. Austern, Future Claimants'

Representative (the "FCR"), has filed and served its Seventh Monthly Application of Orrick,

Herrington & Sutcliffe LLP for Compensation for Services Rendered and Reimbursement of

Expenses as counsel to the FCR for the time period August 1, 2006 through August 31, 2006,

seeking payment of fees in the amount of $121,633.20 (80% of $152,041.50) and expenses in the

amount of $5,711.17, for a total amount of $127,344.37 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **October 30, 2006 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell &

-2-

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: October 10, 2006          By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

—and—

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

-3-

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: October 30, 2006 at 4:00p.m. |
| | ) | Hearing: Schedule If Necessary (Negative Notice) |

### COVER SHEET TO SEVENTH MONTHLY INTERIM APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP ("Orrick") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of February 6, 2006 pursuant to Order entered by Court on May 8, 2006 |
| Period for which compensation is sought: | August 1, 2006 through August 31, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $152,041.50 |
| 80% of fees to be paid: | $121,633.20[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   5,711.17 |
| Total Fees @ 80% and 100% Expenses: | $127,344.37 |

This is an:  ____  interim     X   monthly     ____  final application.

---

[1] Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 13.10 hours and the corresponding fees are $2,398.00 and $1,110.91 in expenses for Orrick's fee applications and 18.00 hours and $3,337.50 in fees and $91.52 in expenses for the FCR and/or his other professionals' fee applications. Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Orrick's Seventh interim fee application for the period August 1-31, 2006. Orrick has previously filed the following interim fee applications with the Court:

| Interim Period | Fees @ 100% | Fees @ 80% | Expenses @ 100% | Total Fees @ 100% & Expenses |
|---|---|---|---|---|
| First Interim Period February 6-28, 2006 | $89,026.00 | $71,220.80 | $0.00 | $71,220.80 |
| Second Interim Period March 1-31, 2006 | $117,266.25 | $93,813.00 | $7,501.32 | $101,314.32 |
| Third Interim Period April 1-30, 2006 | $125,362.50 | $100,290.00 | $1,783.43 | $102,073.43 |
| Fourth Interim Period May 1-31, 2006 | $136,416.00 | $109,132.80 | $6,389.80 | $142,805.80 |
| Fifth Interim Period June 1-30, 2006 | $194,266.75 | $155,413.40 | $6,395.69 | $200,662.44 |
| Sixth Interim Period August 1-30, 2006 | $181,982.00 | $145,585.60 | $11,934.45 | $193,916.45 |

To date, Orrick has received payments from the Debtors in the following amounts:

- $71,220.80 representing 80% of fees and 100% of expenses for February 2006
- $101,314.32 representing 80% of fees and 100% of expenses for March 2006
- $102,073.43 representing 80% of fees and 100% of expenses for April 2006
- $115,522.60 representing 80% of fees and 100% of expenses for April 2006

## COMPENSATION SUMMARY
### AUGUST 1-31, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Roger Frankel | Partner, 23 years in position; 35 years relevant experience; 1971, Bankruptcy | $725 | 34.2 | $24,795.00 |
| Adam W. Goldberg | Partner, 2 years in position 12 Years relevant experience; 1994, Litigation | $570 | 3.6 | $2,052.00 |
| Jonathan P. Guy | Partner, 6 years in position; 13 years relevant experience; 1993, Bankruptcy | $605 | 2.6 | $1,573.00 |
| Garret G. Rasmussen | Partner, 24 years in position; 32 years relevant experience; 1974, Litigation | $645 | 42.7 | $27,541.50 |
| Raymond G. Mullady, Jr. | Partner, 13 years in position; 23 years relevant experience; 1983, Litigation | $660 | 9.2 | $6,072.00 |

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Richard H. Wyron | Partner, 17 years in position; 27 years relevant experience; 1979, Bankruptcy | $645 | 24.0 | $15,480.00 |
| Debra L. Felder | Associate, 4 years in position; 4 years relevant experience; 2002, Bankruptcy | $405 | 122.6 | $49,653.00 |
| Katherine Thomas | Associate, 3 years in position; 3 years relevant experience; 2003, Bankruptcy | $325 | 16.2 | $5,265.00 |
| Shannon D. Venegas | Associate, 2 years in position; 2 years relevant experience; 2004, Litigation | $325 | 5.0 | $1,625.00 |
| Rachael M. Barainca | Legal Assistant | $140 | 79.1 | $11,074.00 |
| Debra O. Fullem | Senior Legal Assistant | $210 | 32.1 | $6,741.00 |
| Aurora M. Hamilton | Senior Legal Assistant | $190 | 4.6 | $875.00 |
| Total | | | 375.9 | $152,041.50 |
| Blended Rate: $404.47 | | | | |

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 1-31, 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 46.3 | $7,322.00 |
| Insurance | 12.0 | $7,868.00 |
| Litigation | 282.3 | $130,016.50 |
| Compensation of Professionals-Other | 13.1 | $2,398.00 |
| Retention of Professionals-Orrick | 4.2 | $1,099.50 |
| Compensation of Professionals-Orrick | 18.0 | $3,337.50 |
| TOTAL | 375.9 | $152,041.50 |

## EXPENSE SUMMARY
## AUGUST 1-31, 2006

| Expense Category | Total |
|---|---|
| Business Meals | $56.13 |
| Duplicating | $2,255.59 |
| Facsimile | $13.00 |
| Parking | $18.00 |
| Postage/Express Delivery | $818.81 |
| Telephone | $18.74 |
| Travel - Air Fare/Train | $361.00 |
| Travel - Taxi | $133.40 |
| Westlaw and Lexis Research | $2,036.50 |
| TOTAL | $5,711.17 |

Orrick's Client Charges and Disbursements Policy effective January 1, 2006, is as follows:

a.    ***Duplicating*** -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 15¢ per page in order to comply with the Local Rules of this Court.  This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

b.    ***Long Distance Telephone and Facsimile Charges*** -- Orrick charges clients for long distance telephone calls but not for local telephone calls.  Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill.  Out-going facsimile transmissions are charged at $1.50 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

c.    ***Messenger and Courier Service*** -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

d.    ***Overtime*** -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional. It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime. Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances.   Orrick utilized secretarial assistance in connection with monitoring and updating case dockets and downloading, circulating and printing of pleadings filed in the case.  Thus, certain charges were incurred by secretaries for overtime.  (Note: These charges are at rates less than that charged by Orrick paralegals or other professional staff who may have otherwise performed this type of work.)

   e.    ***Computerized Research*** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so.  The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick.  Use of fee based internet research services other than Lexis and Westlaw are charged at Orrick's cost.  There is no separate charge for free internet research.


Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: October 10, 2006         By:_____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC  20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

### VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Orrick, Herrington & Sutcliffe LLP ("Orrick") and have been admitted *pro hac vice* to appear in these cases.

2.      I have personally performed many of the legal services rendered by Orrick as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Orrick as set forth in the invoices attached as Exhibit A to Orrick's monthly interim application.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

Roger Frankel

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 12th DAY OF OCTOBER, 2006

Cheryl L. Best
Notary Public

My commission expires: 11-14-10

# EXHIBIT A



# ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

September 15, 2006
Client No. 17367
Invoice No. 1031232

Orrick Contact: Roger Frankel

FOR SERVICES RENDERED through August 31, 2006 in connection
with the matters described on the attached pages:

$        152,041.50

DISBURSEMENTS as per attached pages:

5,711.17

**TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount):     $        157,752.67

Matter(s): 17367/11, 12, 13, 2, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$416,075.49

In order to ensure proper credit to your account,
please reference your **INVOICE and CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1031232*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number 0260-0959-3*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499-4-10382*
*Reference: 17367/ Invoice: 1031232*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number 121-000358*
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499-4-10382*
*Reference: 17367/ Invoice: 1031232*
*E.I.N. 94-2952627*



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

September 15, 2006
Client No. 17367
Invoice No. 1031232

Orrick Contact: Roger Frankel

For Legal Services Rendered Through August 31, 2006 in Connection With:

**Matter:  2 - Case Administration**

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/01/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/01/06 | D. Fullem | Review docket updates from last week. | 0.20 |
| 08/02/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/03/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/03/06 | D. Fullem | Review docket entries and prepare updated case calendar; circulate to R. Wyron and others for review. | 1.00 |
| 08/04/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/07/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 08/07/06 | R. Barainca | Update pleadings folders. | 2.60 |
| 08/07/06 | D. Fullem | Review docket update. | 0.10 |
| 08/08/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/08/06 | R. Barainca | Update pleadings folders. | 1.20 |
| 08/08/06 | D. Fullem | Review case calendar and update with hearing information. | 0.20 |
| 08/08/06 | D. Fullem | Organize files and notes. | 1.00 |
| 08/09/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/09/06 | R. Barainca | Update pleadings folders. | 1.60 |
| 08/10/06 | R. Barainca | Update pleadings folders. | 5.60 |
| 08/10/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/10/06 | D. Fullem | Review docket updates (.2); prepare updated case calendar and circulate to D. Felder for review and comment (.9); review and prepare revisions as per D. Felder (.2); review scheduling order for plans and disclosure statements (.2); circulate to R. Wyron and others (.1). | 1.60 |
| 08/11/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/11/06 | R. Barainca | Update pleadings folders. | 6.00 |
| 08/14/06 | R. Barainca | Update pleadings binder. | 1.80 |
| 08/14/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/14/06 | D. Fullem | Review Grace docket update. | 0.10 |
| 08/14/06 | D. Fullem | Update and organize pleadings and related files. | 1.00 |
| 08/15/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/15/06 | R. Barainca | Update pleadings folders. | 5.00 |
| 08/16/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

September 15, 2006
Invoice No. 1031232

| 08/16/06 | R. Barainca | Update pleadings folder. | 2.00 |
| 08/17/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/17/06 | D. Fullem | Review docket updates to prepare updated case calendar. | 0.50 |
| 08/17/06 | D. Fullem | Prepare case calendar update. | 1.00 |
| 08/18/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/18/06 | R. Barainca | Confer with D. Fullem regarding calendar matters. | 0.30 |
| 08/18/06 | R. Barainca | Update pleadings folders. | 0.90 |
| 08/18/06 | D. Fullem | Prepare revisions to case calendar and circulate to R. Wyron and others. | 1.00 |
| 08/18/06 | D. Fullem | Confer with R. Barainca and D. Felder regarding certain adversary case docket update issues and corrections. | 0.30 |
| 08/21/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/21/06 | D. Fullem | Update case calendar. | 0.50 |
| 08/22/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/22/06 | D. Fullem | Review docket update. | 0.10 |
| 08/22/06 | D. Fullem | Prepare case calendar update. | 0.50 |
| 08/22/06 | D. Fullem | Organize and update files. | 1.00 |
| 08/23/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/23/06 | R. Barainca | Update pleadings folders. | 1.50 |
| 08/24/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/24/06 | D. Fullem | Review docket updates and update case calendar. | 1.00 |
| 08/25/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/28/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/28/06 | D. Fullem | Review Grace case calendar update. | 0.20 |
| 08/28/06 | D. Fullem | Review and respond to e-mail from D. Felder regarding case calendar update. | 0.20 |
| 08/28/06 | D. Fullem | Review docket update. | 0.20 |
| 08/29/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 08/29/06 | D. Fullem | Review docket update. | 0.10 |
| 08/30/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/31/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 08/31/06 | D. Fullem | Review docket update. | 0.20 |

Total Hours                46.30
Total For Services                                    $7,322.00

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Rachael Barainca | 34.30 | 140.00 | 4,802.00 |
| Debra O. Fullem | 12.00 | 210.00 | 2,520.00 |
| Total All Timekeepers | 46.30 | $158.14 | $7,322.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

September 15, 2006
Invoice No. 1031232

Disbursements

| | |
|---|---|
| Duplicating Expense | 465.30 |
| Facsimile | 2.00 |
| Outside Services | 396.24 |
| Postage | 162.15 |
| Telephone | 0.50 |
| Total Disbursements | $1,026.19 |

| | |
|---|---|
| **Total For This Matter** | **$8,348.19** |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

September 15, 2006
Invoice No. 1031232

For Legal Services Rendered Through August 31, 2006 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 08/01/06 | R. Wyron | Follow-up on status of Equitas settlement and review e-mails regarding same. | 0.30 |
| 08/02/06 | R. Frankel | Review issues re Equitas settlement. | 0.40 |
| 08/10/06 | R. Wyron | Review e-mails and provide comments on Grace's Equitas proposal. | 0.80 |
| 08/10/06 | R. Wyron | Review Equitas proposal and respond (.9); e-mail and call to R. Horkowich and follow-up (.4). | 1.30 |
| 08/10/06 | R. Frankel | Review with R. Wyron issues re Equitas; review indemnity issues re same. | 0.60 |
| 08/11/06 | R. Wyron | Review revised Equitas agreement and e-mails regarding same. | 1.10 |
| 08/13/06 | R. Wyron | Review revised Equitas agreement and related order (.6); review proposed language changes from Grace and e-mails regarding Grace proposal and response (.3). | 0.90 |
| 08/14/06 | R. Wyron | Review issues and drafts for call on Equitas issues and follow-up (1.2); participate in conference call and e-mails regarding case (.9). | 2.10 |
| 08/17/06 | R. Wyron | Continue review of Equitas issues in advance of hearing and work on issues (.6); conference calls regarding same, and follow-up notes (.5). | 1.10 |
| 08/18/06 | R. Wyron | Prepare for 8/21 omnibus hearing on Equitas, estimation discussion and other matters set (1.8); review agenda and follow-up on additional items (.4); review issues on exclusivity argument and respond (.6). | 2.80 |
| 08/18/06 | R. Frankel | Review series of e-mails re Equitas settlement (.4); telephone conference with R. Wyron re same (.2). | 0.60 |

Total Hours     12.00
Total For Services     $7,868.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 1.60 | 725.00 | 1,160.00 |
| Richard H. Wyron | 10.40 | 645.00 | 6,708.00 |
| Total All Timekeepers | 12.00 | $655.67 | $7,868.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

September 15, 2006
Invoice No. 1031232

**Total For This Matter**                    **$7,868.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

September 15, 2006
Invoice No. 1031232

For Legal Services Rendered Through August 31, 2006 in Connection With:

**Matter:  8 - Litigation**

| | | | |
|---|---|---|---|
| 08/01/06 | D. Felder | Review correspondence and related documents regarding estimation discovery in preparation for conference call with Debtors and various committees (1.5); telephone conference with R. Mullady and J. Guy with Debtors and various committees regarding estimation discovery issues and follow-up regarding same (1.0); review Sealed Air exhibits and documents from Boston repository (2.5); continue review of Sealed Air deposition transcripts (3.4). | 8.40 |
| 08/01/06 | J. Guy | Conference with R. Mullady, D. Felder, ACC, and debtors, and various committees re discovery on estimation litigation (1.0); review background materials and analyze issues pertinent to estimation of asbestos cases (.7). | 1.70 |
| 08/01/06 | R. Mullady, Jr. | Conference call with all counsel regarding discovery matters (1.0); follow-on discussions with litigation team (.5). | 1.50 |
| 08/02/06 | D. Felder | Review and revise letter to ACC and Libby Claimants (.9); review pro hac vice applications for G. Rasmussen and R. Mullady (.3). | 1.20 |
| 08/02/06 | J. Guy | Review correspondence on discovery and e-mails re same (.2); strategize re next steps (.3). | 0.50 |
| 08/02/06 | R. Wyron | Review Libby letter in connection with estimation. | 0.30 |
| 08/02/06 | R. Mullady, Jr. | Review draft letter to debtor's counsel on discovery issues, provide comments to litigation team and review others' comments on same. | 0.60 |
| 08/03/06 | D. Felder | Review Sealed Air exhibits and materials from Boston repository. | 4.50 |
| 08/03/06 | D. Felder | Review recently filed pleadings and e-mail to D. Fullem regarding same. | 0.80 |
| 08/04/06 | K. Thomas | Review memorandum opinion re stigma claims; discuss same with R. Frankel. | 0.30 |
| 08/04/06 | S. Venegas | Review omnibus hearing transcripts. | 3.00 |
| 08/04/06 | J. Guy | Review article re recent ruling by Judge Fitzgerald on stigma claims and opinion; various e-mails re same to R. Frankel and R. Wyron; review prior e-mails and correspondence re discovery requests for debtors on analyses of asbestos claims. | 0.40 |
| 08/04/06 | R. Frankel | Review revised order, notice, etc. re PI Bar Date. | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

September 15, 2006
Invoice No. 1031232

| 08/04/06 | R. Frankel | Review memorandum opinion re Biersdorf PD claims. | 0.80 |
|---|---|---|---|
| 08/07/06 | D. Felder | Review various recently filed pleadings (1.2); continue review of Sealed Air exhibits and deposition transcripts (3.0); finalize letter to Libby and ACC (.3). | 4.50 |
| 08/07/06 | R. Wyron | Review e-mails on PD issues and follow-up. | 0.40 |
| 08/07/06 | R. Mullady, Jr. | Review Libby claimants' proposed edits to non-aggression letter and e-mail Libby and ACC counsel regarding same (.4); e-mail to/from R. Wyron and D. Felder regarding proposed CMO for PD estimation proceeding (.5); review proposed PD CMO (.3). | 1.20 |
| 08/07/06 | R. Frankel | Review e-mails re PD CMO, bar date, insurance motion. | 0.70 |
| 08/08/06 | D. Felder | Continue reviewing Sealed Air exhibits and various articles regarding estimation. | 3.50 |
| 08/08/06 | R. Mullady, Jr. | Review e-mail from J. Biggs and discuss same with G. Rasmussen and D. Felder (.3); review e-mails between property damage claimants' counsel and debtor's counsel (.2). | 0.50 |
| 08/09/06 | A. Hamilton | Confer with D. Felder regarding creation of database for W.R. Grace documents. | 0.40 |
| 08/09/06 | A. Hamilton | Review data for contents. | 0.40 |
| 08/09/06 | A. Hamilton | Confer with Litigation Support Group. | 0.30 |
| 08/09/06 | D. Felder | Review revised bar date materials (1.0); review PD CMO (.3); conference with A. Hamilton regarding deposition transcripts and exhibits (.1); conference call with counsel for Debtors and various committees regarding PD issues (.9). | 2.30 |
| 08/10/06 | D. Felder | Review various recently filed pleadings and e-mail correspondence to D. Fullem regarding same (1.2); review Sealed Air deposition transcripts (2.5). | 3.70 |
| 08/10/06 | R. Mullady, Jr. | Review e-mail from J. Biggs (.2); e-mail to N. Finch (.2). | 0.40 |
| 08/11/06 | R. Mullady, Jr. | E-mails to/from N. Finch. | 0.40 |
| 08/12/06 | G. Rasmussen | Consider whether to designate other experts; review resumes of epidemiologists. | 0.80 |
| 08/12/06 | G. Rasmussen | Update outline of proof for the estimation proceeding (1.0); compare our approach with Federal Mogul approach (1.0). | 2.00 |
| 08/12/06 | R. Mullady, Jr. | E-mails to/from G. Rasmussen regarding expert witness candidates for trial. | 0.40 |
| 08/13/06 | G. Rasmussen | Analyze Federal Mogul and Eagle Picher in order to determine points that need to be covered by Biggs (3.0); prepare for conference with Biggs on status of her expert report (.5); outline of material her report must cover (.5). | 4.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -            September 15, 2006
17367                                                                        Invoice No. 1031232
page 8

| 08/14/06 | D. Felder | Research regarding estimation and e-mail to G. Rasmussen regarding same (.8); telephone conferences with various potential experts and conferences with G. Rasmussen regarding same (4.3); conference with G. Rasmussen regarding various estimation issues (.2); telephone conference with N. Finch, J. Liesemer and G. Rasmussen regarding estimation issues and strategy (.5); various telephone conferences with J. Biggs and G. Rasmussen and with N. Finch and J. Liesemer regarding estimation issues and strategy (2.0); review materials regarding estimation and expert stipulation (1.5); review various Sealed Air deposition transcripts and exhibits (2.4). | 11.70 |
| 08/14/06 | A. Goldberg | Work with G. Rasmussen and D. Felder on expert issues, including telephone call with current claimants' counsel and actuarial experts. | 2.30 |
| 08/14/06 | G. Rasmussen | Consideration of experts (.5); conference with N. Finch and J. Leisimeir (.5); conference with Jenni Biggs on experts on whom she has relied (.5); conferences with A. Goldberg and D. Felder on experts (.3); review of Eagle Picher and other cases to determine experts the court relied upon (3.0); interview potential experts (1.0). | 5.80 |
| 08/14/06 | G. Rasmussen | Review of open discovery issues and plan for discovery regarding product ID issues. | 2.50 |
| 08/14/06 | R. Mullady, Jr. | Telephone conversation with G. Rasmussen regarding expert issues (.2); review e-mails from N. Finch and team (.2). | 0.40 |
| 08/15/06 | K. Thomas | Review settlement agreement for indemnity provisions; discuss same with D. Felder. | 0.20 |
| 08/15/06 | D. Felder | Review KWELMBS settlement agreement and related pleadings and e-mail to R. Wyron regarding same (.8); review agenda for August 21, 2006 omnibus hearing (.1); review Sealed Air deposition transcripts (1.0); telephone conference with B. Harding regarding expert stipulation and e-mails to counsel for ACC regarding same (.4); telephone conference with J. Biggs regarding estimation issues (.2); telephone conferences with G. Rasmussen and various potential expert witnesses for PI estimation hearing (2.1); review materials regarding various potential expert witnesses (2.4). | 7.00 |
| 08/15/06 | A. Goldberg | Work with G. Rasmussen on expert issues. | 0.30 |
| 08/15/06 | G. Rasmussen | Research regarding, and interview of, potential experts for estimation process. | 6.50 |
| 08/15/06 | R. Wyron | Begin to prepare for 8/21 hearing on Equitas, estimation, and related issues. | 1.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

September 15, 2006
Invoice No. 1031232

| | | | |
|---|---|---|---|
| 08/15/06 | R. Mullady, Jr. | Attention to expert witness issues. | 0.40 |
| 08/16/06 | A. Hamilton | Blowback images from database. | 2.00 |
| 08/16/06 | D. Felder | Telephone conference with D. Austern, G. Rasmussen and R. Mullady regarding estimation issues and strategy (.5); follow-up meeting with G. Rasmussen and R. Mullady (.3); telephone conference with J. Biggs regarding same (.3); review background materials regarding potential expert witnesses for estimation hearing (4.3); telephone conference with D. Graham regarding same (.1); finalize pro hac vice applications for R. Mullady and G. Rasmussen and e-mails to C. Hartman regarding same (.3). | 5.80 |
| 08/16/06 | A. Goldberg | Review memoranda re estimation issues. | 1.00 |
| 08/16/06 | G. Rasmussen | Read Bankruptcy article on estimation process. | 0.80 |
| 08/16/06 | G. Rasmussen | Research regarding experts (2.8); interviews of potential experts (.3); recommendations to D. Austern (.2). | 3.30 |
| 08/16/06 | R. Mullady, Jr. | Conference call with D. Austern regarding same (.5); meet with G. Rasmussen and D. Felder regarding same (.3); telephone calls to prospective experts (.4); review article by D. Samet and provide comments to G. Rasmussen (.4); e-mails to and from J. Leissmer. | 1.40 |
| 08/17/06 | R. Barainca | Edit exhibits for upcoming exclusivity hearing. | 0.70 |
| 08/17/06 | S. Venegas | Meeting with R. Mullady (.2); review Armstrong opinion (1.8). | 2.00 |
| 08/17/06 | D. Felder | Review materials regarding potential expert witnesses for PI estimation hearing (1.5); telephone conferences with G. Rasmussen and potential expert witnesses and e-mails regarding same (1.0); review pleadings in preparation for August 21 omnibus hearing and prepare e-mail summary to R. Frankel and R. Wyron regarding same (.8); telephone conference with J. Biggs regarding claims database (.2); telephone conference with counsel for the ACC, experts and FCR's litigation team regarding various estimation issues (1.5); review Sealed Air depositions (2.0); review pleadings for hearing on August 25 (1.8). | 8.80 |
| 08/17/06 | G. Rasmussen | Calls to potential experts and follow-up with them. | 1.30 |
| 08/17/06 | G. Rasmussen | Prepare for and participate in conference call among experts. | 1.50 |
| 08/17/06 | R. Mullady, Jr. | Conference call with ACC counsel, M. Peterson and J. Biggs (.7); meet with A. Venegas regarding estimation methodology research and Daubert motion (.3); review status of third-party discovery (.2). | 1.20 |
| 08/18/06 | R. Barainca | Edit exhibits for upcoming exclusivity hearing. | 3.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

September 15, 2006
Invoice No. 1031232

| 08/18/06 | D. Felder | Review pleadings in preparation for August 21 and August 25 hearing (.2); telephone conference with J. Liesemer regarding bar date materials (.3) telephone conferences to various potential expert witnesses and research regarding same (3.5); e-mails to G. Rasmussen and R. Mullady regarding same (1.4); review bar date materials and prepare e-mail summary to R. Wyron regarding same (1.0); review various recently filed pleadings (1.3). | 7.70 |
|---|---|---|---|
| 08/18/06 | G. Rasmussen | Review Eric Stallard's book and consider him as an expert witness. | 3.00 |
| 08/18/06 | R. Mullady, Jr. | Review ACC's draft expert witness disclosures (.2); e-mail to N. Finch regarding same (.2); review status of FCR's efforts to locate epidemiologist expert to support J. Biggs' opinions (.2 ). | 0.60 |
| 08/18/06 | R. Frankel | Review series of e-mails, related issues re hearing on exclusivity, AWI opinion. | 0.70 |
| 08/20/06 | R. Frankel | Review Montana opinion re asbestos in USDC criminal case v. Grace. | 0.90 |
| 08/20/06 | R. Frankel | Review series of e-mails re experts for estimation trial; notes re same. | 0.50 |
| 08/21/06 | K. Thomas | Attend (on behalf of D.Felder) via telephone omnibus hearing re PI claims. | 0.20 |
| 08/21/06 | D. Felder | Review materials regarding potential expert witnesses (.5); review amended agenda and bar date materials and prepare summary e-mails to R. Wyron regarding same (1.2); various telephone conferences with G. Rasmussen and potential expert witnesses for PI estimation hearing (2.6); prepare and finalize designation of expert witnesses for PI estimation and e-mail correspondence regarding same (1.7); review J. Robreno's opinion on estimation and confirmation of plan in preparation for Grace's PI estimation hearing (1.0); telephonic participation in omnibus hearing (7.7). | 14.70 |
| 08/21/06 | G. Rasmussen | Final interviews with experts and selection of experts (2.0); skim writings of potential experts (4.5). | 6.50 |
| 08/21/06 | R. Wyron | Prepare for omnibus hearing (.8); review e-mails from D. Felder re bar date materials and follow-up on status (.3); attend omnibus hearing (7.8). | 8.90 |
| 08/21/06 | R. Wyron | Travel to and from omnibus hearing. | 2.80 |
| 08/21/06 | R. Frankel | Review ACC expert designations. | 0.30 |
| 08/21/06 | R. Frankel | Review pleadings re Canadian PD claims. | 0.40 |
| 08/21/06 | R. Frankel | Review ACC submissions with exhibits re PI Bar Date Order, differences with debtor. | 1.40 |
| 08/21/06 | R. Frankel | Review submission of experts list for estimation trial. | 0.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

September 15, 2006
Invoice No. 1031232

| 08/22/06 | D. Felder | Telephone conference with G. Rasmussen and expert witness regarding estimation issues (.6); telephone conference with R. Frankel and counsel for the ACC and PD Committee regarding strategy (1.0); conference with R. Frankel regarding follow-up (.2); review e-mail correspondence in preparation for opposition to Debtors' 2004 motion (3.5). | 5.30 |
|---|---|---|---|
| 08/22/06 | G. Rasmussen | Conference with J. Jacoby regarding issues on which he may be asked to testify. | 0.80 |
| 08/22/06 | R. Wyron | Draft report to D. Austern on 8/21 omnibus hearing (.3); review e-mails on hearing and results, and respond (.2). | 0.50 |
| 08/22/06 | R. Frankel | Review slides for exclusivity hearing. | 0.50 |
| 08/22/06 | R. Frankel | Review summary of hearing (.3); telephone conference with R. Wyron re hearing, follow-up (.3). | 0.60 |
| 08/22/06 | R. Frankel | Review various expert designations, including that of debtor. | 0.60 |
| 08/22/06 | R. Frankel | Telephone conference with Messrs. Inselbuch, Lockwood and Baena re exclusivity (.8); review with D. Felder changes to presentation (.5). | 1.30 |
| 08/22/06 | R. Frankel | Review AWI confirmation opinion in connection with estimation and exclusivity (1.4); notes re same (.3). | 1.70 |
| 08/23/06 | R. Barainca | Edit exhibits for upcoming exclusivity hearing. | 1.50 |
| 08/23/06 | R. Barainca | Confer and edit exhibits for upcoming hearing with D. Felder. | 1.00 |
| 08/23/06 | K. Thomas | Discuss background for research re employment of pension professional. | 0.30 |
| 08/23/06 | K. Thomas | Review treatises and legal research re scope of 327 employment for non-reorganization expert. | 1.70 |
| 08/23/06 | D. Felder | Review materials in preparation for hearing on September 11 (.2); review materials in preparation to opposition to Debtors' 2004 motion (3.8); prepare and revise materials in preparation for hearing on September 11 and conferences with R. Barainca regarding same (2.4); telephone conference with J. Biggs regarding update (.5). | 6.90 |
| 08/23/06 | G. Rasmussen | Review other parties' expert designations. | 0.30 |
| 08/23/06 | R. Wyron | Review discovery request from Debtors and e-mails potentially responsive. | 1.60 |
| 08/23/06 | R. Mullady, Jr. | Review e-mails from J. Heberling and N. Finch regarding Libby issues. | 0.20 |
| 08/23/06 | R. Frankel | Review expert designations, equity committee submission. | 0.40 |
| 08/23/06 | R. Frankel | Review motion for production, related discovery from Grace (.9); review series of e-mails re same (.3). | 1.20 |
| 08/24/06 | R. Barainca | Edit exhibits for upcoming exclusivity hearing. | 4.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -         September 15, 2006
17367                                                                       Invoice No. 1031232
page 12

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/24/06 | R. Barainca | Review the docket for employment application for Watson Wyatt. | 0.20 |
| 08/24/06 | K. Thomas | Conference with R. Wyron re initial research results (.2); conference with D. Felder re research (.3). | 0.50 |
| 08/24/06 | K. Thomas | Legal research applications to employ non-reorganization expert. | 2.20 |
| 08/24/06 | D. Felder | Review e-mail correspondence in preparation for response to Debtors' 2004 motion (5.2); review and revise materials in preparation for September 11 hearing (.5); conference with K. Thomas regarding expert witness research (.4); conference with R. Frankel regarding materials for September 11 hearing (.2). | 6.30 |
| 08/24/06 | G. Rasmussen | Review of other party's expert designations. | 0.30 |
| 08/24/06 | R. Frankel | Revise slides for exclusivity argument (1.1); confer with D. Felder re same (.3). | 1.40 |
| 08/25/06 | R. Barainca | Edit exhibits for upcoming exclusivity hearing. | 1.70 |
| 08/25/06 | K. Thomas | Research re standards for applications to employ non-reorganization expert. | 1.50 |
| 08/25/06 | D. Felder | Conference with R. Barainca regarding materials for September 11 hearing (.1); e-mails to G. Rasmussen, R. Mullady and R. Wyron regarding mediation regarding Debtors' motion to compel (.1); e-mail correspondence to Debtors regarding same (.1). | 0.30 |
| 08/25/06 | G. Rasmussen | Letter to B. Harding regarding need for changes in Rust database. | 0.10 |
| 08/25/06 | G. Rasmussen | Identification of projects for J. Jacoby regarding questionnaire. | 0.20 |
| 08/25/06 | R. Wyron | Continue review of e-mails potentially responsive to Debtors' document request. | 1.10 |
| 08/25/06 | R. Frankel | Review docket entries. | 0.30 |
| 08/25/06 | R. Frankel | Review revised exclusivity slides, make edits re same. | 1.20 |
| 08/25/06 | R. Frankel | Review prior notes for argument re exclusivity (.7); telephone conference with E. Inselbuch re agreement (.1). | 0.80 |
| 08/26/06 | D. Felder | Review various recently filed pleadings. | 1.30 |
| 08/26/06 | R. Frankel | Update and modify outline, notes for oral argument re exclusivity. | 1.20 |
| 08/28/06 | R. Barainca | Retrieve documents related to Motion to Compel Asbestos Personal Injury Claimants to Respond to Questionnaire for D. Felder and organize for hearing. | 2.20 |
| 08/28/06 | D. Fullem | Confer with A. Hamilton regarding Concordance project re CDs of information from Casner Edwards and Caplin Drysdale. | 0.20 |
| 08/28/06 | K. Thomas | Continue legal research re non-reorganization experts. | 1.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    September 15, 2006
17367                                                                                                              Invoice No. 1031232
page 13

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/28/06 | K. Thomas | Draft memorandum re expert retention for non-reorganization expert. | 4.00 |
| 08/28/06 | D. Felder | Review materials by E. Stallard (2.5); review pleadings regarding Debtors' motion to compel responses to questionnaires in preparation for mediation regarding same (2.6); review pro hac vice motion (.1). | 5.20 |
| 08/28/06 | R. Wyron | Review e-mails and notes on estimation issues and respond. | 0.60 |
| 08/29/06 | R. Barainca | Research information on the FCR's Expert Witnesses. | 4.90 |
| 08/29/06 | D. Fullem | Confer with D. Felder regarding list of experts designed by the FCR and research to be performed on individuals (.1); confer with R. Barainca regarding same (.1); review e-mail from D. Felder with background information on J. Jakoby (.2); confer with R. Barainca regarding articles and information (.6). | 1.00 |
| 08/29/06 | D. Fullem | Confer with D. Felder regarding calendar update and status of matters heard at August 21 hearing; discuss review of hearing transcript for disposition of matters. | 0.50 |
| 08/29/06 | D. Fullem | Confer with A. Hamilton regarding CDs of information to be compiled into database; confer with D. Felder regarding project and deadline. | 0.50 |
| 08/29/06 | D. Fullem | Confer with R. Barainca regarding questions on the FCR's expert witness research project. | 0.20 |
| 08/29/06 | D. Fullem | Confer with D. Felder regarding FCR's expert witnesses and research regarding same; confer with R. Barainca regarding project; review e-mail from D. Felder on information on J. Jacoby. | 0.60 |
| 08/29/06 | K. Thomas | Draft memorandum re employment of non-reorganization experts. | 1.60 |
| 08/29/06 | D. Felder | Conference with K. Thomas regarding retention of experts and review memorandum regarding same (1.0); conference with D. Fullem regarding materials on various experts (.1); telephonic participation in mediation regarding Debtors' motion to compel responses to questionnaire (5.0); review notes and prepare e-mail summary to R. Frankel, R. Wyron, G. Rasmussen and R. Mullady regarding same (.4); conference with R. Frankel regarding preparation for exclusivity argument on September 11 (.3). | 6.80 |
| 08/29/06 | R. Wyron | Review power point slides on exclusivity (.3); notes on estimation issues (.3); review summary of questionnaire mediation session (.3). | 0.90 |
| 08/29/06 | R. Frankel | Review e-mail re questionnaire mediation, review with D. Felder (.3); review and modify slides for argument (.5). | 0.80 |
| 08/30/06 | R. Barainca | Edit exhibits for upcoming exclusivity hearing. | 2.20 |
| 08/30/06 | K. Thomas | Revise draft of memorandum. | 2.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                        September 15, 2006
17367                                                                                         Invoice No. 1031232
page 14

| | | | |
|---|---|---|---|
| 08/30/06 | K. Thomas | Discuss initial draft of memorandum with R. Wyron. | 0.30 |
| 08/30/06 | D. Felder | Conference with J. Guy regarding update on estimation process (.3); review and revise documents for September 11 hearing and conferences with R. Frankel and R. Barainca regarding same (1.0); review August 21, 2006 hearing transcript (1.0); research and prepare memorandum regarding exclusivity (1.8). | 4.10 |
| 08/30/06 | G. Rasmussen | Read V. Roggli's book on asbestos. | 3.00 |
| 08/30/06 | R. Wyron | Review research and memo on Court approval of litigation experts (.8); work on engagement agreement issues (.3); review slides and outline on exclusivity issues, and provide comments (.9). | 2.00 |
| 08/30/06 | R. Frankel | Revise slides for oral argument (1.0); revise outline of notes for oral argument (1.0); review issues with D. Felder (.2). | 2.20 |
| 08/31/06 | R. Barainca | Edit exhibits for upcoming exclusivity hearing. | 2.50 |
| 08/31/06 | R. Barainca | Confer with D. Felder regarding the presentation of the exhibits used in the upcoming exclusivity hearing. | 1.00 |
| 08/31/06 | A. Hamilton | Review CD from W.R. Grace to determine database construction (1.0); confer with D. Felder regarding loading same to share drive (.3); demonstrate load procedures to D. Felder (.2). | 1.50 |
| 08/31/06 | D. Fullem | Confer with A. Hamilton regarding database project involving Concordance. | 0.50 |
| 08/31/06 | D. Fullem | Prepare CDs in preparation for building database in Concordance. | 3.00 |
| 08/31/06 | D. Felder | Review and revise materials for September 11 hearing and conferences with R. Barainca regarding same (1.5); e-mail correspondence with ACC and R. Frankel regarding same (.3). | 1.80 |
| 08/31/06 | R. Wyron | Review e-mails and information regarding experts and privilege issues. | 0.70 |
| 08/31/06 | R. Frankel | Series of e-mails with E. Inselbuch and S. Baena re exclusivity argument, slides, production request (1.3); revise slides for argument (.5); prepare notes re open issues (.5). | 2.30 |

|                  |                  |
|------------------|------------------|
| Total Hours      | 282.30           |
| Total For Services | $130,016.50    |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 24.90 | 140.00 | 3,486.00 |
| Debra Felder | 122.60 | 405.00 | 49,653.00 |
| Roger Frankel | 23.40 | 725.00 | 16,965.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

September 15, 2006
Invoice No. 1031232

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 6.50 | 210.00 | 1,365.00 |
| Adam W. Goldberg | 3.60 | 570.00 | 2,052.00 |
| Jonathan P. Guy | 2.60 | 605.00 | 1,573.00 |
| Aurora M. Hamilton | 4.60 | 190.00 | 874.00 |
| Raymond G. Mullady, Jr. | 9.20 | 660.00 | 6,072.00 |
| Garret G. Rasmussen | 42.70 | 645.00 | 27,541.50 |
| Katherine S. Thomas | 16.20 | 325.00 | 5,265.00 |
| Shannon Dawn Venegas | 5.00 | 325.00 | 1,625.00 |
| Richard H. Wyron | 21.00 | 645.00 | 13,545.00 |
| Total All Timekeepers | 282.30 | $460.56 | $130,016.50 |

Disbursements

| | |
|---|---|
| Duplicating Expense | 55.05 |
| Express Delivery | 71.08 |
| Facsimile | 11.00 |
| Lexis Research | 791.25 |
| Local Taxi Expense | 133.40 |
| Other Business Meals | 37.38 |
| Out of Town Business Meals | 18.75 |
| Outside Services | 385.99 |
| Parking Expense | 18.00 |
| Telephone | 18.24 |
| Travel Expense, Air Fare | 183.00 |
| Travel Expense, Local | 178.00 |
| Westlaw Research | 1,245.25 |

Total Disbursements          $3,146.39

**Total For This Matter**          **$133,162.89**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

September 15, 2006
Invoice No. 1031232

For Legal Services Rendered Through August 31, 2006 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 08/01/06 | R. Barainca | Review Tillinghast's Thirteenth Monthly. | 0.60 |
| 08/01/06 | D. Fullem | Confer with R. Barainca regarding status of fee applications to be filed for professionals. | 0.20 |
| 08/02/06 | R. Barainca | Review and edit Tillinghast's Sixth Quarterly fee application. | 1.20 |
| 08/02/06 | R. Barainca | Prepare Certificates of No Objection for Tillinghast, Austern, Orrick, and Piper's May 2006 Monthly fee applications. | 2.10 |
| 08/04/06 | D. Fullem | Discuss with R. Barainca the status of fee application filings and schedule for quarterly hearings. | 0.10 |
| 08/04/06 | D. Fullem | Review drafts of Tillinghast June monthly and second quarterly for the period April-June 2006. | 0.30 |
| 08/07/06 | R. Barainca | Edit Tillinghast's Sixth Quarterly fee application. | 0.30 |
| 08/11/06 | R. Barainca | Confer with D. Fullem in regard to Certificates of No Objection to be filed. | 0.20 |
| 08/11/06 | R. Barainca | Prepare Certificates of No Objection for R. Wyron to review. | 0.20 |
| 08/16/06 | R. Barainca | Edit Tillinghast's Sixth Quarterly fee application. | 0.70 |
| 08/16/06 | R. Barainca | File Certificates of No Objection for Tillinghast, D. Austern and Piper Jaffray. | 0.70 |
| 08/18/06 | R. Barainca | Review and edit Tillinghast's July 2006 monthly fee applications. | 0.80 |
| 08/18/06 | D. Fullem | Prepare updated objection deadlines and coordinate filing and serving of Piper Jaffray June monthly and quarterly fee applications. | 0.80 |
| 08/21/06 | R. Barainca | Prepare Tillinghast's Sixth Quarterly and June Monthly fee applications for filing. | 1.20 |
| 08/21/06 | R. Frankel | Review applications for Tillinghast (quarterly). | 0.20 |
| 08/25/06 | R. Barainca | Prepare Tillinghast's July 2006 Monthly fee application for filing. | 1.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

September 15, 2006
Invoice No. 1031232

| 08/29/06 | D. Fullem | Confer with R. Wyron regarding call from S. Bossay, fee auditor, regarding status of CIBC quarterly for first quarter this year (.1); review file regarding same (.1); prepare e-mail to R. Gray at CIBC regarding status of quarterly (.1); review response from R. Gray (.1); update R. Wyron regarding same (.1); review e-mail from R. Chatterjee at PJC with eighth quarterly fee application (.1); reply to same (.1); telephone call to S. Bossay to update on status (.1); prepare notice of filing of eighth quarterly (.2). | 1.00 |
|---|---|---|---|
| 08/31/06 | D. Fullem | Telephone call from R. Chatterjee regarding CIBC's final fee application; prepare e-mail with deadlines relating to next fee hearing. | 0.20 |
| 08/31/06 | D. Fullem | Review e-mail from UST relating to issues concerning Swidler's final fee application; review e-mail from R. Wyron regarding same; review charts from UST. | 0.50 |
| 08/31/06 | D. Fullem | Review and respond to e-mails from R. Chatterjee and R. Gray regarding CIBC's eighth quarterly. | 0.40 |
| 08/31/06 | R. Wyron | Review and respond to e-mails regarding Swidler's final fee application. | 0.40 |

Total Hours                13.10
Total For Services                                              $2,398.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 9.00 | 140.00 | 1,260.00 |
| Roger Frankel | 0.20 | 725.00 | 145.00 |
| Debra O. Fullem | 3.50 | 210.00 | 735.00 |
| Richard H. Wyron | 0.40 | 645.00 | 258.00 |
| Total All Timekeepers | 13.10 | $183.05 | $2,398.00 |

Disbursements
    Duplicating Expense                     609.60
    Express Delivery                         46.46
    Outside Services                        125.84
    Postage                                 329.01
                            Total Disbursements              $1,110.91


                            Total For This Matter            $3,508.91



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

September 15, 2006
Invoice No. 1031232

For Legal Services Rendered Through August 31, 2006 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 08/01/06 | D. Fullem | Review and revise certificate of service for R. Frankel's supplemental disclosure relating to Goodwin Procter LLP; coordinate filing of same with C. Hartman and service on parties with C. Best. | 0.50 |
| 08/10/06 | D. Fullem | Review Court docket for notices of appearances and fee applications filed from January 2006 to present for purposes of updating conflict lists. | 0.50 |
| 08/11/06 | D. Fullem | Prepare list of notice of appearance parties for purposes of updating conflict list. | 0.20 |
| 08/17/06 | D. Fullem | Review docket for notices of appearance and fee application in order to update conflict party list. | 0.80 |
| 08/17/06 | R. Wyron | Confirm ethical wall memo; review disclosures. | 0.50 |
| 08/18/06 | D. Fullem | Review e-mail from B. Breen regarding ethical wall relating to Z. Baucus (.2); confer with R. Wyron regarding same (.1); prepare draft of supplemental disclosure for this matter (.8); provide draft to R. Wyron for review and comment (.1). | 1.20 |
| 08/21/06 | D. Fullem | Review and prepare R. Frankel's second supplemental declaration to application to employ for filing and serving. | 0.50 |

Total Hours         4.20

Total For Services       $1,099.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 3.70 | 210.00 | 777.00 |
| Richard H. Wyron | 0.50 | 645.00 | 322.50 |
| Total All Timekeepers | 4.20 | $261.79 | $1,099.50 |

Disbursements
    Duplicating Expense          115.20
    Outside Services            59.68
    Postage                  161.28

Total Disbursements      $336.16



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

September 15, 2006
Invoice No. 1031232

**Total For This Matter**

**$1,435.66**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

September 15, 2006
Invoice No. 1031232

For Legal Services Rendered Through August 31, 2006 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 08/02/06 | R. Barainca | Prepare Orrick's Second Quarterly fee application. | 3.20 |
| 08/03/06 | R. Barainca | Continue preparing Orrick Second Quarterly fee application. | 2.50 |
| 08/04/06 | D. Fullem | Discuss with R. Barainca the status of fee application filings and schedule for quarterly hearings. | 0.10 |
| 08/04/06 | D. Fullem | Review July prebills. | 0.80 |
| 08/07/06 | D. Fullem | Review summary of Orrick fees and expenses from February through June; note correction to fee hearing date; confer with R. Barainca regarding same. | 0.60 |
| 08/07/06 | D. Fullem | Continue review of Orrick July prebills (.8); follow up with several attorneys regarding clarifying time entries (.3). | 1.10 |
| 08/14/06 | D. Fullem | Review and update spreadsheet of fees and expenses. | 0.50 |
| 08/15/06 | D. Fullem | Review fee spreadsheet and update same. | 0.20 |
| 08/16/06 | R. Barainca | Edit Orrick's Second Quarterly fee application. | 0.70 |
| 08/16/06 | R. Barainca | File a Certificate of No Objection for Orrick. | 0.30 |
| 08/16/06 | R. Wyron | Review July pre-bill and provide comments. | 0.50 |
| 08/17/06 | D. Fullem | Review status of unpaid fees and expenses; confer with accounting regarding same; prepare e-mail to J. Port at Grace regarding payments currently due. | 0.80 |
| 08/21/06 | R. Barainca | Prepare Orrick's Second Quarterly fee application for filing. | 0.50 |
| 08/21/06 | D. Fullem | Review and organize fee application files. | 1.00 |
| 08/21/06 | R. Frankel | Review application for Orrick (quarterly). | 0.20 |
| 08/22/06 | D. Fullem | Prepare CNO for Orrick's June fee statement; coordinate signature by R. Frankel; coordinate with R. Barainca regarding filing and serving. | 0.50 |
| 08/22/06 | D. Fullem | Check status of final July invoices; coordinate with R. Barainca regarding preparation of fee application. | 0.40 |
| 08/23/06 | R. Barainca | Prepare Certificate of No Objection for Orrick's Fifth Monthly to be filed. | 1.00 |
| 08/25/06 | R. Barainca | Prepare Orrick's July 2006 Monthly fee application. | 0.70 |
| 08/28/06 | R. Barainca | Continue preparing Orrick's July 2006 Monthly fee application. | 1.50 |
| 08/28/06 | D. Fullem | Review updated Orrick fee and expense spreadsheet. | 0.20 |
| 08/29/06 | D. Fullem | Review e-mail from R. Barainca along with Orrick updated chart of fees and expenses; note certain revisions thereto; confer with R. Barainca regarding same. | 0.20 |
| 08/31/06 | R. Barainca | Edit Orrick's July 2006 Monthly fee application. | 0.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 21

September 15, 2006
Invoice No. 1031232

|  | Total Hours | 18.00 |  |
|---|---|---|---|
|  | Total For Services |  | $3,337.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 10.90 | 140.00 | 1,526.00 |
| Roger Frankel | 0.20 | 725.00 | 145.00 |
| Debra O. Fullem | 6.40 | 210.00 | 1,344.00 |
| Richard H. Wyron | 0.50 | 645.00 | 322.50 |
| Total All Timekeepers | 18.00 | $185.42 | $3,337.50 |

Disbursements

| Duplicating Expense | 29.25 |  |
|---|---|---|
| Express Delivery | 46.46 |  |
| Outside Services | 13.44 |  |
| Postage | 2.37 |  |
| Total Disbursements |  | $91.52 |

|  | Total For This Matter | $3,429.02 |
|---|---|---|

**\* \* \* COMBINED TOTALS \* \* \***

| Total Hours | 375.90 |  |
|---|---|---|
| Total Fees, all Matters |  | $152,041.50 |
| Total Disbursements, all Matters |  | $5,711.17 |
| Total Amount Due |  | $157,752.67 |