THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | Objection Date: March 16, 2007 @ 4:00 pm |
| | ) | Hearing Date: April 2, 2007 @ 2:00 pm |

**COVER SHEET THIRD QUARTERLY INTERIM FEE APPLICATION OF
PIPER JAFFRAY & CO., AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF JULY 1, 2006 THROUGH SEPTEMBER 30, 2006**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | July 1, 2006 – September 30, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary: | $300,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $3,000.26 |

This is a    ___ monthly        _x_ interim        ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

July 1, 2006 – September 30, 2006

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 307.8 | NA |
| Financial Analysis / Financial Review | 189.3 | NA |
| Hearing Attendance / Meeting | 16.0 | NA |
| TOTAL | 513.0 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

July 1, 2006 – September 30, 2006

| Expense Category | Total |
|---|---|
| Airfare | $1,525.61 |
| Travel Meals | 103.17 |
| Transportation (taxi, car rental, toll charges) | 251.91 |
| Hotel | 404.46 |
| Telephone | 511.47 |
| Electronic Data Services | 203.64 |
| TOTAL | $3,000.26 |

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2