# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 9/1/2006 | 1.0 | Business operations | Internal discussions re: case issues |
| Geoffrey Zbikowski | 9/1/2006 | 2.0 | Business operations | Review specialty chemicals industry research; internal discussions re: case issues |
| Geoffrey Zbikowski | 9/4/2006 | 6.0 | Business operations | Various financial analysis relating to chemicals M&A activity |
| Jonathan Brownstein | 9/5/2006 | 2.0 | Financial analysis/review | Review various financial analysis relating to chemicals M&A activity |
| Geoffrey Zbikowski | 9/6/2006 | 3.5 | Financial analysis/review | Various analysis related to competitor companies |
| Ritwik Chatterjee | 9/7/2006 | 2.0 | Business operations | Review specialty chemicals industry research; internal discussions re: case issues |
| Joseph Radecki | 9/8/2006 | 3.0 | Business operations | Preparation for hearing/Review docket items |
| Jonathan Brownstein | 9/8/2006 | 1.0 | Business operations | Internal discussions regarding case issues |
| Ritwik Chatterjee | 9/8/2006 | 6.3 | Business operations | Review specialty chemicals industry research; internal discussions re: case issues; conduct research and prepare materials in anticipation of upcoming hearing |
| Joseph Radecki | 9/11/2006 | 4.0 | Hearing attendance | Attend hearing/follow-up discussions |
| Joseph Radecki | 9/12/2006 | 4.0 | Business operations | Review documents received from Blackstone re: CCHP; conf. call relating to same |
| Jonathan Brownstein | 9/12/2006 | 4.3 | Business operations | Conference call regarding CCHP issues/review materials from Company and advisor regarding the same |
| Ritwik Chatterjee | 9/12/2006 | 4.0 | Business operations | Review documents received from Blackstone re: CCHP settlement; conference call re: same; various other analysis |
| Geoffrey Zbikowski | 9/12/2006 | 5.3 | Business operations | Receive and review documents received regarding CCHP settlement; conference call re: same |
| Ritwik Chatterjee | 9/13/2006 | 4.3 | Business operations | Review recent merger & acquisition activity in the specialty chemicals sector |
| Geoffrey Zbikowski | 9/13/2006 | 2.8 | Business operations | Review research on specialty chemicals sector |
| Joseph Radecki | 9/15/2006 | 3.0 | Financial analysis/review | Review pension info from Blackstone |
| Jonathan Brownstein | 9/15/2006 | 3.3 | Financial analysis/review | Review pension documents & analysis from company and advisor |
| Ritwik Chatterjee | 9/15/2006 | 3.0 | Financial analysis/review | Receive pension-related materials from Blackstone; financial analysis re: same |
| Geoffrey Zbikowski | 9/15/2006 | 4.8 | Business operations | Receive and review pension data and slides from The Blackstone Group; conduct related research |
| Joseph Radecki | 9/18/2006 | 2.0 | Business operations | Review analysis regarding pension strategy of comparable companies |
| Jonathan Brownstein | 9/18/2006 | 2.8 | Business operations | Review comparison of comparable companies' pension strategies |
| Ritwik Chatterjee | 9/18/2006 | 4.0 | Business operations | Review pension programs of competitor firms; related analysis |
| Jonathan Brownstein | 9/19/2006 | 2.0 | Business operations | Review comparison of comparable companies' pension strategies |
| Ritwik Chatterjee | 9/19/2006 | 5.8 | Business operations | Review pension programs of competitor firms |
| Geoffrey Zbikowski | 9/19/2006 | 5.8 | Business operations | Review research on long-term retiree programs and industry trends relating to such |
| Jonathan Brownstein | 9/20/2006 | 1.8 | Financial analysis/review | Review pension analysis |
| Ritwik Chatterjee | 9/20/2006 | 4.3 | Business operations | Pension-related research within specialty chemicals sector |
| Geoffrey Zbikowski | 9/20/2006 | 4.3 | Business operations | Pension-related research within specialty chemicals sector |
| Joseph Radecki | 9/22/2006 | 2.8 | Business operations | Review documents received from Company/Blackstone Group about potential divesting of business |
| Jonathan Brownstein | 9/22/2006 | 3.0 | Business operations | Review documents received Company and advisor regarding potential Grace business divestiture |
| Ritwik Chatterjee | 9/22/2006 | 3.3 | Business operations | Review documents received from Blackstone re: potential divestiture |
| Geoffrey Zbikowski | 9/22/2006 | 4.0 | Business operations | Review documents received from The Blackstone Group regarding potential divestiture |
| Joseph Radecki | 9/25/2006 | 4.0 | Financial analysis/review | Conference call with Company/Blackstone regarding divestiture |
| Joseph Radecki | 9/25/2006 | 4.0 | Hearing attendance | Attend hearing telephonically/follow-up discussions |
| Jonathan Brownstein | 9/25/2006 | 5.5 | Financial analysis/review | Conference call regarding potential Grace business divestiture/review financial analysis about the divestiture/court hearing |
| Ritwik Chatterjee | 9/25/2006 | 4.0 | Financial analysis/review | Conference call re: potential divestiture/financial analysis re: same |
| Geoffrey Zbikowski | 9/25/2006 | 4.0 | Financial analysis/review | Conference call with Company and advisors regarding a divestiture opportunity |
| Joseph Radecki | 9/26/2006 | 1.0 | Financial analysis/review | Internal follow-up discussions regarding various issues |
| Jonathan Brownstein | 9/26/2006 | 1.3 | Financial analysis/review | Discussions regarding M&A activity in industry |
| Ritwik Chatterjee | 9/26/2006 | 2.0 | Financial analysis/review | Financial analysis on divestiture; follow-up discussions re: same |
| Geoffrey Zbikowski | 9/26/2006 | 5.3 | Financial analysis/review | Analysis on divestiture; calls re: same |
| Jonathan Brownstein | 9/27/2006 | 2.3 | Financial analysis/review | Review financial releases of competitors |
| Ritwik Chatterjee | 9/27/2006 | 2.3 | Financial analysis/review | Review earnings report of comparable company (RPM) |
| Geoffrey Zbikowski | 9/27/2006 | 3.5 | Financial analysis/review | Research on comparable company - RPM Int. |
| Joseph Radecki | 9/28/2006 | 2.0 | Business operations | Review specialty chemicals industry research |
| Jonathan Brownstein | 9/28/2006 | 3.0 | Business operations | Internal discussions regarding various case issues |
| Ritwik Chatterjee | 9/28/2006 | 3.0 | Business operations | Review specialty chemicals industry research; internal discussions re: case issues |
| Geoffrey Zbikowski | 9/28/2006 | 3.3 | Financial analysis/review | Various analysis related to competitor companies |
| Geoffrey Zbikowski | 9/29/2006 | 4.5 | Business operations | Review recent M&A deals in the chemicals industry |

| Jonathan Brownstein | 8/1/2006 | 2.3 | Business Operations | Review chemicals industry research |
|---|---|---|---|---|
| Geoffrey Zbikowski | 8/2/2006 | 2.8 | Business Operations | Review Industry research |
| Ritwik Chatterjee | 8/3/2006 | 2.8 | Business Operations | Review specialty chemicals industry research |
| Geoffrey Zbikowski | 8/3/2006 | 1.0 | Financial analysis/review | Various financial analysis |
| Ritwik Chatterjee | 8/4/2006 | 0.3 | Business Operations | Review specialty chemicals industry research |
| Joseph Radecki | 8/7/2006 | 0.5 | Business Operations | PJC team meeting regarding various case issues |
| Jonathan Brownstein | 8/7/2006 | 4.0 | Business Operations | Review Albemarle Corp business results; review Rohm & Haas transactions in market; internal discussions re: case issues |
| Ritwik Chatterjee | 8/7/2006 | 6.5 | Business Operations | Review Albemarle 10-Q filing; related financial analysis; review Rohm & Haas M&A transactions; related financial analysis; internal meetings |
| Geoffrey Zbikowski | 8/7/2006 | 5.0 | Business Operations | Review Albemarle 10-Q filing and perform comparable company analysis |
| Joseph Radecki | 8/8/2006 | 4.3 | Business Operations | Review recent Albemarle transaction and its quarterly results; review R&H deal |
| Ritwik Chatterjee | 8/8/2006 | 2.0 | Business Operations | Review Albemarle transaction with International Chemical Investors Group |
| Joseph Radecki | 8/9/2006 | 3.0 | Financial analysis/review | Reading of WR Grace's quarterly financial materials / Review Degussa AG quarterly financial results |
| Jonathan Brownstein | 8/9/2006 | 6.0 | Financial analysis/review | Receive and review Company's quarterly briefing packet; review Degussa's earnings results; review Albemarle Corp's transaction |
| Ritwik Chatterjee | 8/9/2006 | 6.3 | Financial analysis/review | Receive and review Company's quarterly briefing packet; review Degussa's earnings results |
| Geoffrey Zbikowski | 8/9/2006 | 5.0 | Financial analysis/review | Analysis and review based on Grace's quarterly financial package |
| Joseph Radecki | 8/10/2006 | 2.0 | Business Operations | RPM international Inc's annual filing review / review market valuation of such |
| Jonathan Brownstein | 8/10/2006 | 4.0 | Business Operations | Review RPM International's business results; review financial analysis re: same as well as comparables |
| Ritwik Chatterjee | 8/10/2006 | 4.5 | Business Operations | Review RPM Int. Inc's 10-K filing; related financial analysis |
| Geoffrey Zbikowski | 8/10/2006 | 4.8 | Business Operations | Financial analysis based on Degussa AG financial results; various other research on comparable company announcements and results |
| Joseph Radecki | 8/11/2006 | 3.3 | Financial analysis/review | Review follow-up WR Grace financial analysis of quarter; PJC internal discussions regarding the same |
| Jonathan Brownstein | 8/11/2006 | 3.3 | Business Operations | Review financial analysis and industry research; internal discussions re: same and case issues |
| Ritwik Chatterjee | 8/11/2006 | 3.5 | Financial analysis/review | Financial analysis of Company quarterly results |
| Geoffrey Zbikowski | 8/11/2006 | 3.0 | Business Operations | RPM International annual results filing; update comparable company analysis re: same; PJC discussions re: Grace results |
| Joseph Radecki | 8/14/2006 | 1.8 | Business Operations | Review Valspar annual filing / review market valuation of such |
| Jonathan Brownstein | 8/14/2006 | 2.0 | Business Operations | Review Valspar Corporation's business results |
| Ritwik Chatterjee | 8/14/2006 | 3.0 | Business Operations | Review Valspar Corp.'s financial results; related financial analysis |
| Geoffrey Zbikowski | 8/14/2006 | 5.5 | Business Operations | Review Valspar Corp.'s financial results; update comparable company analysis re: same; other financial analysis |
| Joseph Radecki | 8/15/2006 | 3.0 | Financial analysis/review | Conf. Call with WR Grace regarding quarterly financial materials / review of related material |
| Jonathan Brownstein | 8/15/2006 | 1.0 | Financial analysis/review | Conference call with Debtor about quarterly earnings |
| Ritwik Chatterjee | 8/15/2006 | 5.0 | Financial analysis/review | Call with Company re: quarterly results; financial analysis re current and historical results |
| Geoffrey Zbikowski | 8/15/2006 | 6.0 | Financial analysis/review | Call with Company re: quarterly results; financial results related to same |
| Jonathan Brownstein | 8/16/2006 | 4.0 | Business Operations | Review chemicals industry research |
| Joseph Radecki | 8/17/2006 | 2.5 | Financial analysis/review | Review of industry and WR Grace-specific financial analysis |
| Jonathan Brownstein | 8/17/2006 | 2.0 | Financial analysis/review | Review follow-up analysis based on Debtor's financial results |
| Ritwik Chatterjee | 8/17/2006 | 4.5 | Financial analysis/review | Follow-up analysis based on quarterly call |
| Geoffrey Zbikowski | 8/17/2006 | 4.0 | Financial analysis/review | Comparable company analysis and research |
| Geoffrey Zbikowski | 8/18/2006 | 6.3 | Financial analysis/review | Comparable company analysis and research |
| Joseph Radecki | 8/21/2006 | 0.5 | Business Operations | PJC team meeting regarding various case issues |
| Joseph Radecki | 8/21/2006 | 2.0 | Hearing attendance | Attend hearing via telephone; related discussions with counsel |
| Jonathan Brownstein | 8/21/2006 | 0.5 | Business Operations | Internal discussions re: case issues |
| Jonathan Brownstein | 8/21/2006 | 2.0 | Hearing attendance | Telephonic attendance of court hearing: incl. discussions re: same |
| Ritwik Chatterjee | 8/21/2006 | 1.3 | Business Operations | Review specialty chemicals industry research; internal discussions re: case issues |
| Geoffrey Zbikowski | 8/21/2006 | 0.5 | Business Operations | Internal discussions with PJC team members |
| Ritwik Chatterjee | 8/22/2006 | 3.3 | Financial analysis/review | Comparable company valuation analysis |
| Ritwik Chatterjee | 8/23/2006 | 4.5 | Financial analysis/review | Comparable company valuation analysis |
| Joseph Radecki | 8/24/2006 | 2.0 | Financial analysis/review | Review comparable company data and related analysis / review chemicals industry research |
| Jonathan Brownstein | 8/24/2006 | 2.3 | Financial analysis/review | Review comparable company analysis |
| Geoffrey Zbikowski | 8/24/2006 | 3.3 | Financial analysis/review | Comparable company valuation analysis |

| | | | | |
|---|---|---|---|---|
| Joseph Radecki | 8/25/2006 | 2.3 | Financial analysis/review | Review comparable company data and related analysis / review chemicals industry research |
| Jonathan Brownstein | 8/25/2006 | 2.0 | Financial analysis/review | Prepare financial analysis for counsel re: Debtor's plan of reorganization |
| Ritwik Chatterjee | 8/25/2006 | 3.0 | Financial analysis/review | Prepare financial analysis for counsel in anticipation of court hearing |
| Jonathan Brownstein | 8/28/2006 | 1.3 | Financial analysis/review | Review equity and debt performance of comparable companies |
| Jonathan Brownstein | 8/29/2006 | 2.3 | Business Operations | Review chemicals industry research |
| Joseph Radecki | 8/30/2006 | 3.0 | Business Operations | Review materials prepared by counsel for Court hearing |
| Jonathan Brownstein | 8/31/2006 | 1.0 | Financial analysis/review | Prepare financial analysis for counsel re: hearing |
| Ritwik Chatterjee | 8/31/2006 | 2.0 | Financial analysis/review | Prepare financial analysis for counsel in anticipation of court hearing |
| Joseph Radecki | 7/3/2006 | 1.8 | Financial analysis | Review merger activity and related analysis (including Degussa-BASF deal) |
| Ritwik Chatterjee | 7/3/2006 | 2.0 | Financial analysis | Review industry M&A activity (Degussa AG's sale of construction chemicals business to BASF) |
| Geoffrey Zbikowski | 7/3/2006 | 6.8 | Financial analysis | Review of BASF's acquisition construction chemicals business/ related financial analysis/ review financial info and valuation regarding same |
| Jonathan Brownstein | 7/4/2006 | 2.5 | Financial analysis | Review Degussa AG's sale of construction chemicals business to BASF; review related analysis |
| Geoffrey Zbikowski | 7/4/2006 | 1.5 | Financial analysis | Various financial analysis related to M&A activity in the specialty chemicals industry |
| Joseph Radecki | 7/5/2006 | 1.8 | Financial analysis | Received and reviewed monthly reporting package from Grace |
| Jonathan Brownstein | 7/5/2006 | 2.0 | Financial analysis | Review Company's financial reporting package |
| Ritwik Chatterjee | 7/5/2006 | 2.0 | Financial analysis | Received monthly financial reporting package; review of same |
| Geoffrey Zbikowski | 7/5/2006 | 4.8 | Financial analysis | Received monthly financial reporting package; review of same/ further review of recent chemicals industry merger and acquisition activity |
| Joseph Radecki | 7/6/2006 | 3.0 | Business operations | Review information from Blackstone Group re: potential LTIP changes / Review financial analysis re: similar topics |
| Jonathan Brownstein | 7/6/2006 | 2.0 | Business operations | Info from Grace's financial advisor regarding LTIP |
| Ritwik Chatterjee | 7/6/2006 | 3.8 | Business operations | Review information from Blackstone re: Company incentive plan changes / Related and other financial analysis |
| Geoffrey Zbikowski | 7/6/2006 | 5.0 | Business operations | Review information from Blackstone regarding long term employee plans - review industry practices of the same |
| Joseph Radecki | 7/7/2006 | 2.0 | Business operations | Review specialty chemicals industry reports |
| Geoffrey Zbikowski | 7/7/2006 | 2.0 | Business operations | Prepare summary of various chemicals industry research |
| Jonathan Brownstein | 7/10/2006 | 3.3 | Business operations | Review Wall St. research regarding specialty chemicals space |
| Geoffrey Zbikowski | 7/10/2006 | 1.8 | Financial analysis | Various financial analysis |
| Joseph Radecki | 7/12/2006 | 3.0 | Business operations | Review information from Blackstone Group re: potential acquisition |
| Jonathan Brownstein | 7/12/2006 | 4.0 | Business operations | Info from Grace's financial advisor regarding potential acquisition; Review of earnings release of Ferro Corp; Review related financial analysis |
| Ritwik Chatterjee | 7/12/2006 | 5.3 | Business operations | Review information from Blackstone re: potential acquisition and related information / Review of earnings release of comparable Company (Ferro Corp.) |
| Jonathan Brownstein | 7/13/2006 | 2.0 | Business operations | Review Info from Grace's financial advisor regarding potential acquisition |
| Ritwik Chatterjee | 7/13/2006 | 2.0 | Business operations | Review information from Blackstone re: potential acquisition and related information |
| Geoffrey Zbikowski | 7/13/2006 | 5.3 | Business operations | Review information from Blackstone re: possible acquisition /conduct related analysis and research |
| Joseph Radecki | 7/14/2006 | 2.8 | Business operations | Review specialty chemicals industry reports |
| Jonathan Brownstein | 7/14/2006 | 0.5 | Business operations | Review Info from Grace's financial advisor regarding potential acquisition |
| Ritwik Chatterjee | 7/14/2006 | 2.8 | Business operations | Review specialty chemicals industry reports |
| Joseph Radecki | 7/18/2006 | 2.0 | Business operations | Review analysis re: historical financial performance of Grace |
| Jonathan Brownstein | 7/18/2006 | 3.3 | Business operations | Discussions with counsel re: case issues; review related analysis |
| Ritwik Chatterjee | 7/18/2006 | 4.0 | Business operations | Financial analysis for counsel / review ratings downgrade of comparable company |
| Geoffrey Zbikowski | 7/18/2006 | 3.0 | Business operations | Review ratings of comparable company set |
| Ritwik Chatterjee | 7/19/2006 | 2.3 | Financial analysis | Various financial analysis related to M&A activity in the specialty chemicals industry |
| Geoffrey Zbikowski | 7/19/2006 | 0.8 | Financial analysis | Various financial analysis |
| Geoffrey Zbikowski | 7/20/2006 | 4.0 | Financial analysis | Financial analysis re:equity prices/valuation in industry |

| Joseph Radecki | 7/21/2006 | 3.8 | Financial analysis | Review analysis and research re: equity prices of specialty chemicals/asbestos-related credits |
| Ritwik Chatterjee | 7/21/2006 | 3.3 | Financial analysis | Analysis re: Company equity price |
| Geoffrey Zbikowski | 7/21/2006 | 4.8 | Financial analysis | Financial analysis re:equity prices/valuation in industry |
| Jonathan Brownstein | 7/23/2006 | 0.5 | Business Operations | Review news release of Degussa's expansion in Asia |
| Ritwik Chatterjee | 7/23/2006 | 0.8 | Business Operations | Review announcement of comparable company re: expansion in Asia (Degussa) |
| Joseph Radecki | 7/24/2006 | 3.0 | Business Operations | Review of earnings packets of Albemarle Corp. & RPM International |
| Joseph Radecki | 7/24/2006 | 2.0 | Hearing attendance | Attending omnibus hearing via telephone / follow-up internal discussions |
| Jonathan Brownstein | 7/24/2006 | 3.8 | Business Operations | Review of earnings announcement of Albemarle Corp; related research |
| Jonathan Brownstein | 7/24/2006 | 2.0 | Hearing attendance | Telephone attendance for Omnibus hearing; related discussions |
| Ritwik Chatterjee | 7/24/2006 | 4.3 | Business Operations | Review of earnings release of comparable Companies (Albemarle Corp. & RPM Int. Inc.) |
| Geoffrey Zbikowski | 7/24/2006 | 4.3 | Business Operations | Review of earnings release of comparable Companies (Albemarle Corp. & RPM Int. Inc.) |
| Joseph Radecki | 7/25/2006 | 2.0 | Business Operations | Review industry research and analysis |
| Jonathan Brownstein | 7/25/2006 | 3.0 | Business Operations | RPM International financial announcement; Earnings call for Rohm & Haas |
| Ritwik Chatterjee | 7/25/2006 | 4.8 | Business Operations | Earnings call for comparable company (Rohm & Haas) / Research of industry situation |
| Geoffrey Zbikowski | 7/25/2006 | 4.8 | Business Operations | Earnings call for comparable company (Rohm & Haas) / Research of industry situation |
| Joseph Radecki | 7/26/2006 | 3.0 | Business Operations | Review financial announcement - International Flavors & Fragrance |
| Jonathan Brownstein | 7/26/2006 | 3.0 | Business Operations | Review earnings results for comparable company (IFF Inc.) |
| Ritwik Chatterjee | 7/26/2006 | 3.0 | Business Operations | Review new financials of comparable company (IFF Inc.) / Review M&A activity of comparable company (Valspar Corp) |
| Geoffrey Zbikowski | 7/26/2006 | 3.8 | Business Operations | Review M&A activity of in comparable industry space |
| Joseph Radecki | 7/27/2006 | 1.3 | Business Operations | Review industry acquisition activity |
| Jonathan Brownstein | 7/27/2006 | 2.5 | Business operations | Research on M&A activity - VAI. |
| Joseph Radecki | 7/28/2006 | 2.3 | Business Operations | Review information sent by the Blackstone Group re: Grace's environmental issues |
| Jonathan Brownstein | 7/28/2006 | 3.5 | Business Operations | Review data sent by Company regarding environmental issues |
| Ritwik Chatterjee | 7/28/2006 | 4.0 | Business Operations | Review information from Blackstone re: environmental issues / related financial analysis |
| Geoffrey Zbikowski | 7/28/2006 | 4.0 | Business Operations | Review environmental data sent by Blackstone Group; related analysis and industry research |
| Geoffrey Zbikowski | 7/29/2006 | 3.0 | Business operations | Analysis and industry research on environmental issues |