# EXHIBIT B

## W.R. Grace & Co.
### PJC Expense Detail Report (July 1, 2006 – September 30, 2006)

(Dates Represent Posting Date of Expense)

### July

**Telephone**
| | | |
|---|---|---|
| Jonathan Brownstein | 7/13/06 | $ 49.69 |
| Ritwik Chatterjee | 7/31/06 | 27.06 |

### August

**Data Services and Research**
| | | |
|---|---|---|
| Geoffrey Zbikowski | 8/20/06 | 203.64 |

**Telephone**
| | | |
|---|---|---|
| Geoffrey Zbikowski | 8/02/06 | 77.70 |
| Joseph Radecki | 8/24/06 | 106.03 |
| Joseph Radecki | 8/24/06 | 104.64 |

**Air fare**
| | | |
|---|---|---|
| Joseph Radecki | 8/16/06 | 818.31 |
| Joseph Radecki | 8/16/06 | 707.30 |

**Travel Meals**
| | | |
|---|---|---|
| Joseph Radecki | 8/07/06 | 7.23 |
| Joseph Radecki | 8/07/06 | 6.59 |

**Transportation**
| | | |
|---|---|---|
| Joseph Radecki | 8/07/06 | 110.81 |
| Joseph Radecki | 8/07/06 | 8.00 |
| Joseph Radecki | 8/16/06 | 18.45 |

### September

**Telephone**
| | | |
|---|---|---|
| Ritwik Chatterjee | 9/13/06 | 76.11 |
| Joseph Radecki | 9/20/06 | 70.24 |

**Hotel**
| | | |
|---|---|---|
| Joseph Radecki | 9/22/06 | 215.46 |
| Joseph Radecki | 9/22/06 | 189.00 |

Travel Meals
| | | |
|---|---|---|
| Joseph Radecki | 9/22/06 | 21.73 |
| Joseph Radecki | 9/22/06 | 16.85 |
| Joseph Radecki | 9/22/06 | 13.72 |
| Joseph Radecki | 9/22/06 | 37.05 |

Transportation
| | | |
|---|---|---|
| Joseph Radecki | 9/22/06 | <u>114.65</u> |

**TOTAL EXPENSES:**                      **$3,000.26**