# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: November 30, 2006 at 4:00 pm |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### AMENDED SIXTH MONTHLY INTERIM APPLICATION OF
### PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, in his capacity as the

Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and

served its Amended Sixth Monthly Application of Piper Jaffray & Co. for Compensation for

Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time

period July 1, 2006 through July 31, 2006 seeking payment of fees in the amount of $80,000.00

(80% of $100,000.00) and expenses in the amount of $76.75 (the "Amended Application"). PJC

had previously filed an application for this same period entered as Docket No. 13384. This

Amended Application amends, replaces and corrects its earlier July application filing.

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **November 30, 2006 at 4:00 p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington, & Sutcliffe 3050 K Street, NW, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to

2

the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800,

Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of

Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN:

Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor,

Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080,

Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

ORRICK, HERRINGTON, & SUTCLIFFE LLP

By: _____

Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: November 10, 2006

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtor. | ) | Objection Date: November 30, 2006 at 4:00 pm |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## AMENDED[1] SIXTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2006 THROUGH JULY 31, 2006

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | July 1, 2006 – July 31, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $76.75 |

This is a     x  monthly              __ interim                  ____ final application

---

1 This fee application amends Piper Jaffray & Co.'s ("PJC") July fee application filed October 10, 2006 at Docket No. 13384. PJC realized that it had erroneously included certain expense items in its earlier fee application and have removed and corrected the same by this amended fee application. PJC has not yet been reimbursed for those expenses from the July monthly period.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### JULY 1-31, 2006

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 125.0 | NA |
| Financial Analysis/Review Related | 45.5 | NA |
| Hearing Attendance Related | 4.0 | NA |
| **TOTAL** | **174.5** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Telephone                                        $76.75

TOTAL:                                            $76.75

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____
    Jonathan L. Brownstein
    405 Lexington Avenue
    New York, New York 10174
    (212) 284-9575
    Financial Advisor to David T. Austern
    Future Claimants' Representative

Dated: Nov. 6, 2006

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## <u>AFFIDAVIT</u>

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

Jonathan L. Brownstein being duly sworn, deposes and says:

1.      I am a principal of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2.      No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3.      I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.      I have reviewed the Eighth Monthly Interim Application of Piper Jaffray & Co.

for the time period September 1, 2006 through September 30, 2006 and state that the information

set forth therein is true and correct to the best of my knowledge, information and belief.

_____

Jonathan L. Brownstein

Sworn to and subscribed before me
this 3ʳᵈ day of _Nov._, 2006

_____

My commission expires:

Cori A. LaRuffa
Notary Public, State of New York
No. 01LA6148999
Commission Expires 07/24/2010

2

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 7/3/2006 | 1.8 | Financial analysis | Review merger activity and related analysis (including Degussa-BASF deal) |
| Ritwik Chatterjee | 7/3/2006 | 2.8 | Financial analysis | Review industry M&A activity (Degussa AG's sale of construction chemicals business to BASF) |
| Geoffrey Zbikowski | 7/3/2006 | 6.8 | Financial analysis | Review of BASF's acquisition construction chemicals business/ related financial analysis/ review financial info and valuation regarding same |
| Jonathan Brownstein | 7/4/2006 | 2.5 | Financial analysis | Review Degussa AG's sale of construction chemicals business to BASF; review related analysis |
| Geoffrey Zbikowski | 7/4/2006 | 1.5 | Financial analysis | Various financial analyses related to M&A activity in the specialty chemicals industry |
| Joseph Radecki | 7/5/2006 | 1.8 | Financial analysis | Received and reviewed monthly reporting package from Grace |
| Jonathan Brownstein | 7/5/2006 | 2.0 | Financial analysis | Review Company's financial reporting package |
| Ritwik Chatterjee | 7/5/2006 | 2.0 | Financial analysis | Received monthly financial reporting package; review of same |
| Geoffrey Zbikowski | 7/5/2006 | 4.5 | Financial analysis | Received monthly financial reporting package, review of same / further review of recent chemicals industry merger and acquisition activity |
| Joseph Radecki | 7/6/2006 | 3.0 | Business operations | Review information from Blackstone Group re: potential LTIP changes / Review financial analysis re: similar topics |
| Jonathan Brownstein | 7/6/2006 | 2.0 | Business operations | Info from Grace's financial advisor regarding LTIP |
| Ritwik Chatterjee | 7/6/2006 | 3.5 | Business operations | Review information from Blackstone re: Company incentive plan changes / Related and other financial analysis |
| Geoffrey Zbikowski | 7/6/2006 | 5.0 | Business operations | Review information from Blackstone regarding long term employee plans - review industry practices of the same |
| Joseph Radecki | 7/7/2006 | 2.0 | Business operations | Review specialty chemicals industry reports |
| Geoffrey Zbikowski | 7/7/2006 | 2.0 | Business operations | Prepare summary of various chemicals industry research |
| Jonathan Brownstein | 7/10/2006 | 3.3 | Business operations | Review Wall St. research regarding specialty chemicals space |
| Geoffrey Zbikowski | 7/10/2006 | 1.8 | Financial analyses | Various financial analyses |
| Joseph Radecki | 7/12/2006 | 3.0 | Business operations | Review information from Blackstone Group re: potential acquisition |
| Jonathan Brownstein | 7/12/2006 | 4.0 | Business operations | Info from Grace's financial advisor regarding potential acquisition, Review of earnings release of Ferro Corp; Review related financial analysis |
| Ritwik Chatterjee | 7/12/2006 | 5.3 | Business operations | Review information from Blackstone re: potential acquisition and related information / Review of earnings release of comparable Company (Ferro Corp.) |
| Jonathan Brownstein | 7/13/2006 | 2.0 | Business operations | Review info from Grace's financial advisor regarding potential acquisition |
| Ritwik Chatterjee | 7/13/2006 | 2.0 | Business operations | Review information from Blackstone re: potential acquisition and related information |
| Geoffrey Zbikowski | 7/13/2006 | 5.3 | Business operations | Review information from Blackstone re: possible acquisition /conduct related analysis and research |
| Joseph Radecki | 7/14/2006 | 2.8 | Business operations | Review specialty chemicals industry reports |
| Jonathan Brownstein | 7/14/2006 | 0.5 | Business operations | Review info from Grace's financial advisor regarding potential acquisition |
| Ritwik Chatterjee | 7/14/2006 | 2.8 | Business operations | Review specialty chemicals industry reports |
| Joseph Radecki | 7/18/2006 | 2.0 | Business operations | Review analysis re: historical financial performance of Grace |
| Jonathan Brownstein | 7/18/2006 | 3.3 | Business operations | Discussions with counsel re: case issues, review related analysis |
| Ritwik Chatterjee | 7/18/2006 | 4.0 | Business operations | Financial analysis for counsel / review ratings downgrade of comparable company |
| Geoffrey Zbikowski | 7/18/2006 | 3.0 | Business operations | Review ratings of comparable company set |
| Ritwik Chatterjee | 7/19/2006 | 2.3 | Financial analysis | Various financial analysis related to M&A activity in the specialty chemicals industry |
| Geoffrey Zbikowski | 7/19/2006 | 0.8 | Financial analysis | Various financial analysis |
| Geoffrey Zbikowski | 7/20/2006 | 4.0 | Financial analysis | Financial analysis re equity prices/valuation in industry |
| Joseph Radecki | 7/21/2006 | 3.8 | Financial analysis | Review analysis re: equity prices of specialty chemicals/asbestos-related credits |
| Ritwik Chatterjee | 7/21/2006 | 3.3 | Financial analysis | Analysis re: Company equity price |
| Geoffrey Zbikowski | 7/21/2006 | 4.8 | Financial analysis | Financial analysis re equity prices/valuation in industry |
| Jonathan Brownstein | 7/23/2006 | 0.5 | Business Operations | Review news release of Degussa's expansion in Asia |
| Ritwik Chatterjee | 7/23/2006 | 0.8 | Business Operations | Review announcement of comparable company re: expansion in Asia (Degussa) |
| Joseph Radecki | 7/24/2006 | 3.0 | Business Operations | Review of earnings partners of Albemarle Corp. & RPM International |
| Joseph Radecki | 7/24/2006 | 2.0 | Hearing attendance | Attending omnibus hearing via telephone / follow-up internal discussions |
| Jonathan Brownstein | 7/24/2006 | 3.8 | Business Operations | Review of earnings announcement of Albemarle Corp; related research |
| Jonathan Brownstein | 7/24/2006 | 2.0 | Hearing attendance | Telephone attendance for Omnibus hearing; related discussions |
| Ritwik Chatterjee | 7/24/2006 | 4.5 | Business Operations | Review of earnings release of comparable Companies (Albemarle Corp. & RPM Int. Inc.) |
| Geoffrey Zbikowski | 7/24/2006 | 4.3 | Business Operations | Review of earnings release of comparable Companies (Albemarle Corp. & RPM Int. Inc.) |
| Joseph Radecki | 7/25/2006 | 2.0 | Business Operations | Review industry research and analysis |
| Jonathan Brownstein | 7/25/2006 | 3.0 | Business Operations | RPM International financial announcement, Earnings call for Rohm & Hass |
| Ritwik Chatterjee | 7/25/2006 | 4.8 | Business Operations | Earnings call for comparable company (Rohm & Haas) / Research of industry situation |
| Geoffrey Zbikowski | 7/25/2006 | 4.8 | Business Operations | Earnings call for comparable company (Rohm & Haas) / Research of industry situation |
| Joseph Radecki | 7/26/2006 | 3.0 | Business Operations | Review financial announcement - International Flavors & Fragrance |
| Jonathan Brownstein | 7/26/2006 | 3.0 | Business Operations | Review earnings results for comparable company (IFF Inc.) |
| Ritwik Chatterjee | 7/26/2006 | 3.0 | Business Operations | Review new financials of comparable company (IFF Inc.) / Review M&A activity of comparable company (Valspar Corp) |
| Geoffrey Zbikowski | 7/26/2006 | 3.8 | Business Operations | Review M&A activity of in comparable industry space |
| Joseph Radecki | 7/27/2006 | 1.3 | Business Operations | Review industry acquisition activity |
| Jonathan Brownstein | 7/27/2006 | 2.5 | Business operations | Research on M&A activity - VAL |
| Joseph Radecki | 7/28/2006 | 2.3 | Business Operations | Review information sent by the Blackstone Group re: Grace's environmental issues |
| Jonathan Brownstein | 7/28/2006 | 3.5 | Business Operations | Review data sent by Company regarding environmental issues |
| Ritwik Chatterjee | 7/28/2006 | 3.0 | Business Operations | Review information from Blackstone re: environmental issues / related financial analysis |
| Geoffrey Zbikowski | 7/28/2006 | 4.0 | Business Operations | Review environmental data sent by Blackstone Group, related analysis and industry research |
| Geoffrey Zbikowski | 7/29/2006 | 3.0 | Business operations | Analysis and industry research on environmental issues |

# EXHIBIT B

### W.R. Grace & Co.
### Expense Detail Report
### (Date Represents Posting Date)

<u>Telephone</u>

| | | |
|---|---|---|
| Jonathan Brownstein | 7/13/06 | $49.69 |
| Ritwik Chatterjee | 7/31/06 | 27.06 |
| | **Total Telephone:** | **$76.75** |

| | |
|---|---|
| **TOTAL EXPENSES:** | **$76.75** |