# EXHIBIT D

f IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: October 30, 2006 at 4:00 pm |
| | ) | Hearing: Scheduled If Necessary (Negative Notice) |

NOTICE OF FILING OF
SEVENTH MONTHLY INTERIM APPLICATION OF
PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:     (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
        (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
        (5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
        (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
        Debtors-in-Possession Lender; and (8) the Fee Auditor

        Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, in his capacity as the

Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and

served its Seventh Monthly Application of Piper Jaffray & Co. for Compensation for Services

Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period

August 1, 2006 through August 31, 2006 seeking payment of fees in the amount of $80,000.00

(80% of $100,000.00) and expenses in the amount of $2,168.70 (the "Application").

        This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Administrative Order").

        Objections or responses to the Application, if any, must be made in writing and filed with

the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **October 30, 2006 at 4:00 p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington, & Sutcliffe 3050 K Street, NW, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

2

Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN:

Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor,

Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080,

Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

ORRICK, HERRINGTON, & SUTCLIFFE LLP

By:_____

Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: October 10, 2006

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtor.** | ) | Objection Date: October 30, 2006 at 4:00 pm |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### SEVENTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>AUGUST 1, 2006 THROUGH AUGUST 31, 2006</u>

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | August 1, 2006 – August 31, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $2,168.70 |

This is a   <u>x</u>  monthly       __ interim       ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### AUGUST 1-31, 2006

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 76.0 | NA |
| Financial Analysis/Review Related | 89.0 | NA |
| Hearing Attendance Related | 4.0 | NA |
| TOTAL | 169.0 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Data Services and Research | $   203.64 |
| Telephone | 288.37 |
| Air fare | 1,525.61 |
| Travel Meals | 13.82 |
| Transportation | 137.26 |
| | |
| TOTAL | $2,168.70 |

Respectfully submitted,

PIPER JAFFRAY & CO.

By:_____

Joseph J. Radecki
405 Lexington Avenue
New York, New York 10174
(212) 284-9575
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: 10/3, 2006

---

1 Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

Joseph J. Radecki being duly sworn, deposes and says:

1.      I am a managing director of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2.      No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3.      I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.     I have reviewed the Seventh Monthly Interim Application of Piper Jaffray & Co.

for the time period August 1, 2006 through August 31, 2006 and state that the information set

forth therein is true and correct to the best of my knowledge, information and belief.

Joseph J. Radecki

Sworn to and subscribed before me
this 3rd day of October, 2006

My commission expires:

Cori A. LaRuffa
Notary Public, State of New York
No. 01LA6149999
Commission Expires 07/24/2010

2

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 8/1/2006 | 2.3 | Business Operations | Review chemicals industry research |
| Geoffrey Zbikowski | 8/2/2006 | 2.8 | Business Operations | Review industry research |
| Ritwik Chatterjee | 8/3/2006 | 2.8 | Business Operations | Review specialty chemicals industry research |
| Geoffrey Zbikowski | 8/3/2006 | 1.0 | Financial analysis/review | Various financial analysis |
| Ritwik Chatterjee | 8/4/2006 | 0.3 | Business Operations | Review specialty chemicals industry research |
| Joseph Radecki | 8/7/2006 | 0.5 | Business Operations | PJC team meeting regarding various case issues |
| Jonathan Brownstein | 8/7/2006 | 4.0 | Business Operations | Review Albemarle Corp business results; review Rohm & Haas transactions in market; internal discussions re: case issues |
| Ritwik Chatterjee | 8/7/2006 | 6.5 | Business Operations | Review Albemarle 10-Q filing; related financial analysis; review Rohm & Haas M&A transactions; related financial analysis; internal meetings |
| Geoffrey Zbikowski | 8/7/2006 | 5.0 | Business Operations | Review Albemarle 10-Q filing and perform comparable company analysis |
| Joseph Radecki | 8/8/2006 | 4.3 | Business Operations | Review recent Albemarle transaction and its quarterly results; review R&H deal |
| Ritwik Chatterjee | 8/8/2006 | 2.0 | Business Operations | Review Albemarle transaction with International Chemical Investors Group |
| Joseph Radecki | 8/9/2006 | 3.0 | Financial analysis/review | Reading of WR Grace's quarterly financial materials; Review Degussa AG quarterly financial results |
| Jonathan Brownstein | 8/9/2006 | 6.0 | Financial analysis/review | Receive and review Company's quarterly briefing packet; review Degussa's earnings results; review Albemarle Corp's transaction |
| Ritwik Chatterjee | 8/9/2006 | 6.3 | Financial analysis/review | Receive and review Company's quarterly briefing packet; review Degussa's earnings results |
| Geoffrey Zbikowski | 8/9/2006 | 5.0 | Financial analysis/review | Analysis and review based on Grace's quarterly financial package |
| Joseph Radecki | 8/10/2006 | 2.0 | Business Operations | RPM International Inc's annual filing review / review market valuation of such |
| Jonathan Brownstein | 8/10/2006 | 4.0 | Business Operations | Review RPM International's business results; review financial analysis re: same as well as comparables |
| Ritwik Chatterjee | 8/10/2006 | 4.5 | Business Operations | Review RPM Int. Inc's 10-K filing; related financial analysis |
| Geoffrey Zbikowski | 8/10/2006 | 4.8 | Business Operations | Financial analysis based on Degussa AG financial results; various other research on comparable company announcements and results |
| Joseph Radecki | 8/11/2006 | 3.3 | Financial analysis/review | Review follow-up WR Grace financial analysis of quarter; PJC internal discussions regarding the same |
| Jonathan Brownstein | 8/11/2006 | 3.3 | Business Operations | Review financial analysis and industry research; internal discussions re: same and case issues |
| Ritwik Chatterjee | 8/11/2006 | 3.5 | Financial analysis/review | Financial analysis of Company quarterly results |
| Geoffrey Zbikowski | 8/11/2006 | 3.0 | Business Operations | RPM International annual results filing; update comparable company analysis re: same; PJC discussions re: Grace results |
| Joseph Radecki | 8/14/2006 | 1.8 | Business Operations | Review Valspar annual filing / review market valuation of such |
| Jonathan Brownstein | 8/14/2006 | 2.0 | Business Operations | Review Valspar Corporation's business results |
| Ritwik Chatterjee | 8/14/2006 | 3.0 | Business Operations | Review Valspar Corp's financial results; related financial analysis |
| Geoffrey Zbikowski | 8/14/2006 | 5.5 | Business Operations | Review Valspar Corp's financial results; update comparable company analysis re: same; |
| Joseph Radecki | 8/15/2006 | 3.0 | Financial analysis/review | Conf. Call with WR Grace regarding quarterly financial materials - review of related |
| Jonathan Brownstein | 8/15/2006 | 1.0 | Financial analysis/review | Conference call with Debtor about quarterly earnings |
| Ritwik Chatterjee | 8/15/2006 | 5.0 | Financial analysis/review | Call with Company re: quarterly results; financial analysis re current and historical results |
| Geoffrey Zbikowski | 8/15/2006 | 6.0 | Financial analysis/review | Call with Company re: quarterly results; financial results related to same |
| Jonathan Brownstein | 8/16/2006 | 4.0 | Business Operations | Review chemicals industry research |
| Joseph Radecki | 8/17/2006 | 2.5 | Financial analysis/review | Review of industry and WR Grace-specific financial analysis |
| Jonathan Brownstein | 8/17/2006 | 2.0 | Financial analysis/review | Review follow-up analysis based on Debtor's financial results |
| Ritwik Chatterjee | 8/17/2006 | 4.5 | Financial analysis/review | Follow-up analysis based on quarterly call |
| Geoffrey Zbikowski | 8/17/2006 | 4.0 | Financial analysis/review | Comparable company analysis and research |
| Geoffrey Zbikowski | 8/18/2006 | 6.3 | Financial analysis/review | Comparable company analysis and research |
| Joseph Radecki | 8/21/2006 | 0.5 | Business Operations | PJC team meeting regarding various case issues |
| Joseph Radecki | 8/21/2006 | 2.0 | Hearing attendance | Attend hearing via telephone; related discussions with counsel |
| Jonathan Brownstein | 8/21/2006 | 0.5 | Business Operations | Internal discussions re: case issues |
| Jonathan Brownstein | 8/21/2006 | 2.0 | Hearing attendance | Telephonic attendance of court hearing; incl. discussions re: same |
| Ritwik Chatterjee | 8/21/2006 | 1.5 | Business Operations | Review specialty chemicals industry research; internal discussions re: case issues |
| Geoffrey Zbikowski | 8/21/2006 | 0.5 | Business Operations | Internal discussions with PJC team members |
| Ritwik Chatterjee | 8/22/2006 | 3.3 | Financial analysis/review | Comparable company valuation analysis |
| Ritwik Chatterjee | 8/23/2006 | 4.5 | Financial analysis/review | Comparable company valuation analysis |
| Joseph Radecki | 8/24/2006 | 2.0 | Financial analysis/review | Review comparable company data and related analysis - review chemicals industry research |
| Jonathan Brownstein | 8/24/2006 | 2.3 | Financial analysis/review | Review comparable company analysis |
| Geoffrey Zbikowski | 8/24/2006 | 3.3 | Financial analysis/review | Comparable company valuation analysis |
| Joseph Radecki | 8/25/2006 | 2.3 | Financial analysis/review | Review comparable company data and related analysis / review chemicals industry research |
| Jonathan Brownstein | 8/25/2006 | 2.0 | Financial analysis/review | Prepare financial analysis for counsel re: Debtor's plan of reorganization |
| Ritwik Chatterjee | 8/25/2006 | 3.0 | Financial analysis/review | Prepare financial analysis for counsel in anticipation of court hearing |
| Jonathan Brownstein | 8/28/2006 | 1.3 | Financial analysis/review | Review equity and debt performance of comparable companies |
| Jonathan Brownstein | 8/29/2006 | 2.3 | Business Operations | Review chemicals industry research |
| Joseph Radecki | 8/30/2006 | 3.0 | Business Operations | Review materials prepared by counsel for Court hearing |
| Jonathan Brownstein | 8/31/2006 | 1.0 | Financial analysis/review | Prepare financial analysis for counsel re: hearing |
| Ritwik Chatterjee | 8/31/2006 | 2.0 | Financial analysis/review | Prepare financial analysis for counsel in anticipation of court hearing |

# EXHIBIT B

## W.R. Grace & Co.
## Expense Detail Report
## (Date Represents Posting Date)

Data Services and Research
| | | |
|---|---|---|
| Geoffrey Zbikowski | 8/20/06 | $ 203.64 |

Telephone
| | | |
|---|---|---|
| Geoffrey Zbikowski | 8/02/06 | $  77.70 |
| Joseph Radecki | 8/24/06 | $ 106.03 |
| Joseph Radecki | 8/24/06 | $ 104.64 |

Air fare
| | | |
|---|---|---|
| Joseph Radecki | 8/16/06 | $ 818.31 |
| Joseph Radecki | 8/16/06 | $ 707.30 |

Travel Meals
| | | |
|---|---|---|
| Joseph Radecki | 8/07/06 | $  7.23 |
| Joseph Radecki | 8/07/06 | $  6.59 |

Transportation
| | | |
|---|---|---|
| Joseph Radecki | 8/07/06 | $ 110.81 |
| Joseph Radecki | 8/07/06 | $  8.00 |
| Joseph Radecki | 8/16/06 | $  18.45 |

**TOTAL EXPENSES:**                    **$2,168.70**