# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Date: November 30, 2006 at 4:00 pm |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## EIGHTH MONTHLY INTERIM APPLICATION OF
## PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Piper Jaffray & Co. ("PJC"), financial advisor to David T. Austern, in his capacity as the Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its Eighth Monthly Application of Piper Jaffray & Co. for Compensation for Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period September 1, 2006 through September 30, 2006 seeking payment of fees in the amount of $80,000.00 (80% of $100,000.00) and expenses in the amount of $754.81 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **November 30, 2006 at 4:00 p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington, & Sutcliffe 3050 K Street, NW, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

ORRICK, HERRINGTON, & SUTCLIFFE LLP

By: _____
Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: November 10, 2006

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| | Jointly Administered |
| Debtor. | Objection Date: November 30, 2006 at 4:00 pm |
| | Hearing: Scheduled if Necessary (Negative Notice) |

## EIGHTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | September 1, 2006 – September 30, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $754.81 |

This is a   _x_ monthly         __ interim            __ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### SEPTEMBER 1-30, 2006

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 106.8 | NA |
| Financial Analysis/Review Related | 54.8 | NA |
| Hearing Attendance Related | 8.0 | NA |
| **TOTAL** | **169.5** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Telephone | $ 146.35 |
| Hotel | 404.46 |
| Meals | 89.35 |
| Transportation | 114.65 |
| TOTAL | $754.81 |

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____

Jonathan L. Brownstein
405 Lexington Avenue
New York, New York 10174
(212) 284-9575
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: Nov. 6, 2006

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

## AFFIDAVIT

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Jonathan L. Brownstein being duly sworn, deposes and says:

1. I am a principal of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4. I have reviewed the Eighth Monthly Interim Application of Piper Jaffray & Co. for the time period September 1, 2006 through September 30, 2006 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

_____
Jonathan L. Brownstein

Sworn to and subscribed before me
this 3rd day of Nov., 2006

_____

My commission expires:

Cori A. LaRuffa
Notary Public, State of New York
No. 01LA6149999
Commission Expires 07/24/2010

2

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 9/1/2006 | 1.0 | Business operations | Internal discussions re: case issues |
| Geoffrey Zbikowski | 9/1/2006 | 2.0 | Business operations | Review specialty chemicals industry research; internal discussions re: case issues |
| Geoffrey Zbikowski | 9/4/2006 | 6.0 | Business operations | Various financial analysis relating to chemicals M&A activity |
| Jonathan Brownstein | 9/5/2006 | 2.0 | Financial analysis/review | Review various financial analysis relating to chemicals M&A activity |
| Geoffrey Zbikowski | 9/6/2006 | 3.5 | Financial analysis/review | Various analysis related to competitor companies |
| Ritwik Chatterjee | 9/7/2006 | 2.0 | Business operations | Review specialty chemicals industry research; internal discussions re: case issues |
| Joseph Radecki | 9/8/2006 | 3.0 | Business operations | Preparation for hearing/Review docket items |
| Jonathan Brownstein | 9/8/2006 | 1.0 | Business operations | Internal discussions regarding case issues |
| Ritwik Chatterjee | 9/8/2006 | 6.3 | Business operations | Review specialty chemicals industry research; internal discussions re: case issues; conduct research and prepare materials in anticipation of upcoming hearing |
| Joseph Radecki | 9/11/2006 | 4.0 | Hearing attendance | Attend hearing/follow-up discussions |
| Joseph Radecki | 9/12/2006 | 4.0 | Business operations | Review documents received from Blackstone re: CCHP; conf. call relating to same |
| Jonathan Brownstein | 9/12/2006 | 4.3 | Business operations | Conference call regarding CCHP issues/review materials from Company and advisor regarding the same |
| Ritwik Chatterjee | 9/12/2006 | 4.0 | Business operations | Review documents received from Blackstone re: CCHP settlement; conference call re: same; various other analysis |
| Geoffrey Zbikowski | 9/12/2006 | 5.3 | Business operations | Receive and review documents received regarding CCHP settlement; conference call re: same |
| Ritwik Chatterjee | 9/13/2006 | 4.3 | Business operations | Review recent merger & acquisition activity in the specialty chemicals sector |
| Geoffrey Zbikowski | 9/13/2006 | 2.8 | Business operations | Review research on specialty chemicals sector |
| Joseph Radecki | 9/15/2006 | 3.0 | Financial analysis/review | Review pension info from Blackstone |
| Jonathan Brownstein | 9/15/2006 | 3.3 | Financial analysis/review | Review pension documents & analysis from company and advisor |
| Ritwik Chatterjee | 9/15/2006 | 3.0 | Financial analysis/review | Receive pension-related materials from Blackstone; financial analysis re: same |
| Geoffrey Zbikowski | 9/15/2006 | 4.8 | Business operations | Receive and review pension data and slides from The Blackstone Group; conduct related research |
| Joseph Radecki | 9/18/2006 | 2.0 | Business operations | Review analysis regarding pension strategy of comparable companies |
| Jonathan Brownstein | 9/18/2006 | 2.8 | Business operations | Review comparison of comparable companies' pension strategies |
| Ritwik Chatterjee | 9/18/2006 | 4.0 | Business operations | Review pension programs of competitor firms; related analysis |
| Jonathan Brownstein | 9/19/2006 | 2.0 | Business operations | Review comparison of comparable companies' pension strategies |
| Ritwik Chatterjee | 9/19/2006 | 5.8 | Business operations | Review pension programs of competitor firms |
| Geoffrey Zbikowski | 9/19/2006 | 5.8 | Business operations | Review research on long-term retiree programs and industry trends relating to such |
| Jonathan Brownstein | 9/20/2006 | 1.8 | Financial analysis/review | Review pension analysis |
| Ritwik Chatterjee | 9/20/2006 | 4.3 | Business operations | Pension-related research within specialty chemicals sector |
| Geoffrey Zbikowski | 9/20/2006 | 4.3 | Business operations | Pension-related research within specialty chemicals sector |
| Joseph Radecki | 9/22/2006 | 2.8 | Business operations | Review documents received from Company/Blackstone Group about potential divesting of business |
| Jonathan Brownstein | 9/22/2006 | 3.0 | Business operations | Review documents received Company and advisor regarding potential Grace business divestiture |
| Ritwik Chatterjee | 9/22/2006 | 3.3 | Business operations | Review documents received from Blackstone re: potential divestiture |
| Geoffrey Zbikowski | 9/22/2006 | 4.0 | Business operations | Review documents received from The Blackstone Group regarding potential divestiture |
| Joseph Radecki | 9/25/2006 | 4.0 | Financial analysis/review | Conference call with Company/Blackstone regarding divestiture |
| Joseph Radecki | 9/25/2006 | 4.0 | Hearing attendance | Attend hearing telephonically/follow-up discussions |
| Jonathan Brownstein | 9/25/2006 | 5.5 | Financial analysis/review | Conference call regarding potential Grace business divestiture/review financial analysis about the divestiture/court hearing |
| Ritwik Chatterjee | 9/25/2006 | 4.0 | Financial analysis/review | Conference call re: potential divestiture/financial analysis re: same |
| Geoffrey Zbikowski | 9/25/2006 | 4.0 | Financial analysis/review | Conference call with Company and advisors regarding a divestiture opportunity |
| Joseph Radecki | 9/26/2006 | 1.0 | Financial analysis/review | Internal follow-up discussions regarding various issues |
| Jonathan Brownstein | 9/26/2006 | 1.3 | Financial analysis/review | Discussions regarding M&A activity in industry |
| Ritwik Chatterjee | 9/26/2006 | 2.0 | Financial analysis/review | Financial analysis on divestiture; follow-up discussions re: same |
| Geoffrey Zbikowski | 9/26/2006 | 5.3 | Financial analysis/review | Analysis on divestiture; calls re: same |
| Jonathan Brownstein | 9/27/2006 | 2.3 | Financial analysis/review | Review financial releases of competitors |
| Ritwik Chatterjee | 9/27/2006 | 2.3 | Financial analysis/review | Review earnings report of comparable company (RPM) |
| Geoffrey Zbikowski | 9/27/2006 | 3.5 | Financial analysis/review | Research on comparable company - RPM Int. |
| Joseph Radecki | 9/28/2006 | 2.0 | Business operations | Review specialty chemicals industry research |
| Jonathan Brownstein | 9/28/2006 | 3.0 | Business operations | Internal discussions regarding various case issues |
| Ritwik Chatterjee | 9/28/2006 | 3.0 | Business operations | Review specialty chemicals industry research; internal discussions re: case issues |
| Geoffrey Zbikowski | 9/28/2006 | 3.3 | Financial analysis/review | Various analysis related to competitor companies |
| Geoffrey Zbikowski | 9/29/2006 | 4.5 | Business operations | Review recent M&A deals in the chemicals industry |

# EXHIBIT B

### W.R. Grace & Co.
### Expense Detail Report
### (Date Represents Posting Date)

| | | |
|---|---|---|
| **Telephone** | | |
| Ritwik Chatterjee | 9/13/06 | $ 76.11 |
| Joseph Radecki | 9/20/06 | $ 70.24 |
| **Total Telephone:** | | **$ 146.35** |
| | | |
| **Hotel** | | |
| Joseph Radecki | 9/22/06 | $ 215.46 |
| Joseph Radecki | 9/22/06 | $ 189.00 |
| **Total Hotel:** | | **$ 404.46** |
| | | |
| **Travel Meals** | | |
| Joseph Radecki | 9/22/06 | $ 21.73 |
| Joseph Radecki | 9/22/06 | $ 16.85 |
| Joseph Radecki | 9/22/06 | $ 13.72 |
| Joseph Radecki | 9/22/06 | $ 37.05 |
| **Total Travel Meals:** | | **$ 89.35** |
| | | |
| **Transportation** | | |
| Joseph Radecki | 9/22/06 | $ 114.65 |
| **Total Transportation:** | | **$ 114.65** |
| | | |
| **TOTAL EXPENSES:** | | **$ 754.81** |

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## AFFIDAVIT

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

Jonathan L. Brownstein being duly sworn, deposes and says:

1. I am a principal of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or

other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4. I have reviewed the Third Quarterly Interim Application of Piper Jaffray & Co. for the time period July 1, 2006 through September 30, 2006 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

Jonathan L. Brownstein

Sworn to and subscribed before me
this 3rd day of November, 2006

My commission expires:

Cori A. LaRuffa
Notary Public, State of New York
No. 01LA6149999
Commission Expires 07/24/2010

2