IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) | Jointly Administered |
| | ) | |
| Debtors-in-Possession. | ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the Plaintiffs are withdrawing the Motion for Extension of Time filed on November 13, 2006, by Wm.Roberts Wilson, Jr., P.A., bearing document number 13655.

THIS, the 16th day of November, 2006.

Respectfully submitted,

/s/Wm. Roberts Wilson, III
WM. ROBERTS WILSON, III (MSB#101194)
WM. ROBERTS WILSON, JR., P.A.
Post Office Drawer 321414
213 Katherine Drive
Flowood, MS 39232
(601)948-1111 (Telephone)
(601)936-4406 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2006, I electronically filed the following with the Clerk of the Court using the ECF system, which sent notification of such filing to the Defendants.

This the 16th day of November, 2006.

                                         /s/Wm. Roberts Wilson, III
                                      WM. ROBERTS WILSON, III (MSB# 101194)