IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-1139 (PJW) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Objection Date: Dec. 6 , 2006, at 4:00 p.m. |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) |

**TENTH MONTHLY APPLICATION OF DELOITTE TAX LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**

Name of Applicant:   Deloitte Tax LLP ("Deloitte Tax").

Authorized to Provide Professional Services to:  The above-captioned debtors and debtors-in-possession.

Date of Retention:   December 20, 2004.

Period for which Compensation and Reimbursement is Sought: November 1, 2005 through November 31, 2005.

| | |
|---|---|
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $6,690.00 |
| Less 20% Holdback for Hourly Rate Services: | ($1,338.00) |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

-1-

<u>Fees Sought Hereunder</u>                                              $5,352.00

<u>Amount of Expenses Sought Hereunder</u>                                $202.50

<u>Total Amount of Payment Sought Hereunder</u>:                          $5,554.50

This is a:       <u>xx</u> monthly          __ interim          __ final application.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. **01-1139 (PJW)** |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) **Objection Date:** _____, 2006, at ____ **p.m.** | |
| | ) **Hearing Date: Scheduled if Necessary (Negative Notice)** | |

**TENTH MONTHLY APPLICATION OF DELOITTE TAX LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005**

This tenth monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax")

is for compensation for services rendered in connection with Deloitte Tax's provision of tax

services and custom procedures review services to the Debtors during the period from November

1, 2005 through November 30, 2005. Deloitte Tax's records indicate that it did not render

services to the Debtors during the three month period from October 1, 2005 through October 31,

2005. Accordingly, Deloitte Tax served no fee monthly application requesting fees for this

monthly period. In the event that Deloitte Tax subsequently discovers that it incurred fees during

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

this monthly period, a request for payment of such fees will be included in future monthly statements or interim fee applications of Deloitte Tax. Attached hereto as Exhibit A is the Verification of Tim Tuerff of Deloitte Tax.

## BACKGROUND

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors Nunc Pro Tunc to August 22, 2004 was entered by this Court on December 21, 2004. Prior to August 22, 2004, tax advisory services, along with customs procedures review services, for which compensation and expense reimbursement is sought hereunder were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no longer providing tax services or compensation procedures review services to the Debtors.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Attached hereto as Exhibit B is a summary of fees sought by Deloitte Tax, reflecting each Deloitte Tax professional providing tax advisory services and customs procedures services during this tenth monthly period, their position, total hours billed, hourly billing rate, and total fees sought, along with expenses.

Also attached hereto is Exhibit C which sets forth, on a daily basis, each professional providing tax advisory services and customs procedures review services, the applicable project category, a description of the services, the hours expended, the professionals' hourly billing rates, and the total fees incurred.

91100-001\DOCS_DE:79005.1

Dated: November 13, 2006

DELOITTE TAX LLP


Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone:  (202) 378-5223
Facsimile:   (202) 661- 1934

Tax service providers for Debtors and Debtors in
Possession

## EXHIBIT A

### VERIFICATION

WASHINGTON                    :
                             :
DISTRICT OF COLUMBIA   :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant firm of Deloitte Tax LLP.

b)      I have personal knowledge of Deloitte Tax LLP's retention as tax service
providers to the Debtors in these Chapter 11 cases.

c)      I have reviewed the foregoing Application and the facts set forth therein are true
and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed
Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and
331 Establishing Revised Procedures for Interim Compensation and Reimbursement of
Expenses for Professionals and Official Committee Members', signed April 17, 2002, and
submit that the Application substantially complies with such Rule and Order.


                                        Tim Tuerff
                                        Partner


SWORN AND SUBSCRIBED
before me this 13th day of November, 2006.


Notary Public
My Commission Expires: 3|14|2010


91100-001\DOCS_DE:79005.1

-6-

EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Person**
**November 1, 2005 through November 30, 2005 (Deloitte Tax LLP)**

| Professional | Position | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|
| **Total Customs & International Trade Services Fees** | | 0.0 | | $        - | $      - |
| Bryan Collins | Partner | 4.0 | $600 | $   2,400.00 | |
| Jonathan Forrest | Senior Manager | 3.0 | $515 | $   1,545.00 | |
| Matthew Gareau | Senior | 3.0 | $515 | $   1,545.00 | |
| John Keenan | Director | 2.0 | $600 | $   1,200.00 | |
| **Total National Tax Services Fees** | | 12.0 | | $   6,690.00 | $      - |
| **Total Monthly Statement & Fee Application Fees** | | 12.0 | | $   6,690.00 | $      - |
| **Total Deloitte Tax LLP Fees for November** | | 12.0 | | $   6,690.00 | $      - |
| | | | Blended Rate | $      557.50 | |

EXHIBIT C

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|-------------------|----------|
| 11/10/05 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Call with Carol Finke. | 1.0 | $600 | $ 600.00 | |
| 11/10/05 | FORREST, JONATHAN | Protest of IRS Proposed Adjustment | Call with Carol Finke. | 1.0 | $515 | $ 515.00 | |
| 11/10/05 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Conference call with Carol Finke re: Lonely Parent NOPA | 1.0 | $515 | $ 515.00 | |
| 11/14/05 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Conference call with John Keenan; Jon Forrest and Matt Gareau on various procedural questions. | 1.5 | $600 | $ 900.00 | |
| 11/14/05 | FORREST, JONATHAN | Protest of IRS Proposed Adjustment | Conference call with John Keenan; Bryan Collins and Matt Gareau on various procedural questions. | 1.0 | $515 | $ 515.00 | |
| 11/14/05 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Call with J Keenan re: NOPA | 1.0 | $515 | $ 515.00 | |
| 11/14/05 | KEENAN, JOHN | Protest of IRS Proposed Adjustment | Conference call with Bryan Collins; Jon Forrest and Matt Gareau on various procedural questions. | 1.0 | $600 | $ 600.00 | |
| 11/16/05 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Conference call with client re: Lonley Parent issue. | 1.5 | $600 | $ 900.00 | |
| 11/16/05 | FORREST, JONATHAN | Protest of IRS Proposed Adjustment | Conference call with C. Finke, J. Keenan, B. Collins, and M. Gareau re: Lonely Parent NOPA | 1.0 | $515 | $ 515.00 | |
| 11/16/05 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Conference call with C. Finke, J. Keenan, B. Collins, and J. Forrest re: Lonely Parent NOPA | 1.0 | $515 | $ 515.00 | |
| 11/16/05 | KEENAN, JOHN | Protest of IRS Proposed Adjustment | Conference call to discuss IRS procedures w/Carol Fink from Grace and Bryan Collings, Jon Forrest and Matt Gareau | 1.0 | $600 | $ 600.00 | |
| | | **TOTALS:** | | **12.0** | | **$ 6,690.00** | **$ -** |