# SIGN-IN SHEET

CASE NAME: WR Grace    COURTROOM NO.: 6

CASE NO.: 01-1139    DATE: 3/21/05

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Pasquale | Stroock + Stroock + Lavan LLP | Creditors Committee |
| Frank Perch | US DOJ/USTE | |
| Richard Riley | Duane Morris | Creditors Committee |
| Mark Left | Campbell + Levine LLC | Asbestos P.I. Costum |
| Bob Cohn | Cozen O'Connor | Fed Ins Co. |
| Kevin Mangan | Monzack & Monaco | State of Montana |
| Dale Cockerell | McDermott Will & Emery | Fresenius |
| Gary M. Becker | Kramer, Levin, Naftalis & Frankel LLP | EQUITY COMMITTEE |
| Scott Baena | Bilzin Sumberg | Property Damage Committee |
| Jay Sakalo | " " | " " |
| Joseph Radecki | CIBC World Market | Future Representative |
| Theodore McConnell | Ferry Joseph & Pearce PA | Property Damage Committee |
| Janet Baer | Kirkland & Ellis | Debtor |
| Scotta McFarland | PSZYJW | " |

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

# SIGN-IN SHEET

CASE NAME: WR Grace  COURTROOM NO.: 2
CASE NO.: 01-1139  DATE:

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jack Phillips | Phillips Goldman | FCR |
| Roger Frankel | Swidler Berlin | FCR |
| Peter Lockwood | Caplin Drysdale | ACC |
| William D Sullivan | Buchanan Ingersoll | ZAI |
| Max Phillis | Connolly Bove Lodge & Hutz | Maryland Casualty Company |

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!