Dated: November 17, 2006                Respectfully submitted,

                                        BARON & BUDD, P.C.


                                        By:_____/s/_____
                                               Alan B. Rich

                                        3102 Oak Lawn Avenue, Suite 1100
                                        Dallas, Texas 75247
                                        (214) 521-3605
                                        (214) 520-1181 (Fax)

                                        **STUTZMAN, BROMBERG, ESSERMAN &**
                                        **PLIFKA, A Professional Corporation**

                                        Sander L. Esserman
                                        Van J. Hooker
                                        David A. Klingler
                                        David J. Parsons

                                        2323 Bryan Street, Suite 2200
                                        Dallas, Texas 75201
                                        (214) 969-4900
                                        (214) 969-4999 (Fax)

                                        **Co-Counsel for Baron & Budd, P.C. and**
                                        **Silber Pearlman, LLP**


                          <u>**CERTIFICATE OF SERVICE**</u>

        The undersigned certifies that a copy of the foregoing instrument was served upon
counsel of record for the Debtor, the United States Trustee, and counsel for Official Committees,
and all other counsel of record registered in the ECF system, through the ECF system, on this 17th
day of November, 2006.


                                _____/s/_____
                                      Alan B. Rich