THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby withdraws with prejudice its proof of claim against W. R. Grace & Co. and/or one or more of its related debtor affiliates filed in Case No. 01-01140, on or about August 12, 2002, proof of claim numbered 1754, in the amount of $776,147.28. No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

November 17, 2006
Date

_____
Authorized Signature/ Title
an attorney for
Charlotte Transit Center, Inc.
Creditor Name

214 North Tryon St
Address

Charlotte NC 28202
City, State, Zip Code

(704) 331-7429
Telephone Number