# EXHIBIT A

*Exhibit A: Prudential's Remaining Time-Barred Claims*
*\*6 Claims\**

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Prop Address | State of Prop | Objection Exhibit |
|---|---|---|---|---|---|---|---|
| 006946 | The Prudential Insurance Company Of America - 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | Southdale Office Complex | 6800 France Avenue Edina, MN 55435 | MN | C-2, C-3 (d), C-4, D-2, D-4, D-5, D-6, E-2, |
| 006947 | The Prudential Insurance Company Of America - 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | Northwest Financial Center | 7900 Xerxes Avenue Bloomington, MN 55431 | MN | C-4, D-2, D-4, D-5, D-6, E-2, |
| 006949 | The Prudential Insurance Company 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | Brookhollow I | 2800 North Loop West Houston, TX 77092 | TX | C-4, D-2, D-4, D-6, E-3, |
| 006950 | The Prudential Insurance Company of America 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | | 1100 Milam Houston, TX 77001 | TX | C-4, D-2, D-4, D-6, E-3, |
| 006951 | The Prudential Insurance Company 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | First Florida Tower | 111 East Madison Street Tampa, FL 33602 | FL | C-4, D-2, D-3, D-4, D-6, E-3, |
| 006952 | The Prudential Insurance Company of America 751 Broad Street 21st Floor Newark, NJ 07102 | Robert J Gilson | Riker Danzig Scherer Hyland & PC | Short Hills Building | 51 John F Kennedy Parkway Short Hills NJ 07078 | NJ | C-4, D-2, D-4, D-6, E-1, |