# EXHIBIT B

# WR Grace
## Property Damage
### Index Sheet

SR00000507

| Claim Number: | 00006946 | Receive Date: | 03/27/2003 |
|---|---|---|---|

**Multiple Claim Reference**

| Claim Number | | | | |
|---|---|---|---|---|
| | ☐ | MMPOC | Medical Monitoring Claim Form | |
| | ☐ | PDPOC | Property Damage | |
| | ☐ | NAPO | Non-Asbestos Claim Form | |
| | ☐ | | Amended | |

| Claim Number | | | | |
|---|---|---|---|---|
| | ☐ | MMPOC | Medical Monitoring Claim Form | |
| | ☐ | PDPOC | Property Damage | |
| | ☐ | NAPO | Non-Asbestos Claim Form | |
| | ☐ | | Amended | |

**Attorney Information**

| Firm Number: | 00115 | Firm Name: | Riker Danzig Scherer Hyland & P |
|---|---|---|---|
| Attorney Number: | 00170 | Attorney Name: | Robert J Gilson |
| Zip Code: | 07962 | | |

Cover Letter Location Number: SR00000507

| Attachments<br>Medical Monitoring | Attachments<br>Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |
| **Other** | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRPD0005/WRPD0017                    Document Number: WRPD000847

006946-000001

# WR Grace
## Property Damage
### Index Sheet

SR00000507

Claim Number: 00006947

Receive Date: 03/27/2003

## Multiple Claim Reference

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

Firm Number: 00115                Firm Name: Riker Danzig Scherer Hyland & P

Attorney Number: 00170            Attorney Name: Robert J Gilson

Zip Code: 07962

Cover Letter Location Number: SR00000507

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [X] Other Attachments | |

**Other**

- [ ] Non-Standard Form
- [ ] Amended
- [ ] Post-Deadline Postmark Date

Box/Batch: WRPD0005/WRPD0017                Document Number: WRPD000848

006947-000001

# WR Grace
## Property Damage
### Index Sheet

SR00000508

| Claim Number: | 00006949 | Receive Date: | 03/27/2003 |
|---|---|---|---|

**Multiple Claim Reference**

| Claim Number | | | | |
|---|---|---|---|---|
| | | ☐ | MMPOC | Medical Monitoring Claim Form |
| | | ☐ | PDPOC | Property Damage |
| | | ☐ | NAPO | Non-Asbestos Claim Form |
| | | ☐ | | Amended |

| Claim Number | | | | |
|---|---|---|---|---|
| | | ☐ | MMPOC | Medical Monitoring Claim Form |
| | | ☐ | PDPOC | Property Damage |
| | | ☐ | NAPO | Non-Asbestos Claim Form |
| | | ☐ | | Amended |

**Attorney Information**

| Firm Number: | 00115 | Firm Name: | Riker Danzig Scherer Hyland & P |
|---|---|---|---|
| Attorney Number: | 00170 | Attorney Name: | Robert J Gilson |
| Zip Code: | 07962 | | |

Cover Letter Location Number: SR00000508

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |

**Other**

☐ Non-Standard Form
☐ Amended
☐ Post-Deadline Postmark Date

Box/Batch: WRPD0005/WRPD0017

Document Number: WRPD000850

006949-000001

# WR Grace
## Property Damage
### Index Sheet

SR00000508

| Claim Number: | 00006950 | Receive Date: | 03/27/2003 |

**Multiple Claim Reference**

Claim Number: _____
- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number: _____
- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

**Attorney Information**

Firm Number: 00115          Firm Name: Riker Danzig Scherer Hyland & P
Attorney Number: 00170      Attorney Name: Robert J Gilson
Zip Code: 07962

Cover Letter Location Number: SR00000508

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
|  | [X] Other Attachments | |
| **Other** | [ ] Non-Standard Form | |
|  | [ ] Amended | |
|  | [ ] Post-Deadline Postmark Date | |

Box/Batch: WRPD0005/WRPD0018          Document Number: WRPD000851

006950-000001

# WR Grace
## Property Damage
### Index Sheet

SR00000508

| Claim Number: | 00006951 | Receive Date: | 03/27/2003 |
|---|---|---|---|

**Multiple Claim Reference**

Claim Number _____
- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

Claim Number _____
- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

**Attorney Information**

| Firm Number: | 00115 | Firm Name: | Riker Danzig Scherer Hyland & P |
|---|---|---|---|
| Attorney Number: | 00170 | Attorney Name: | Robert J Gilson |

Zip Code: 07962

Cover Letter Location Number: SR00000508

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |
| **Other** | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRPD0005/WRPD0018

Document Number: WRPD000852

006951-000001

# WR Grace
## Property Damage
### Index Sheet

SR00000508

| Claim Number: | 00006952 | Receive Date: | 03/27/2003 |
|---|---|---|---|

**Multiple Claim Reference**

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

**Attorney Information**

| Firm Number: | 00115 | Firm Name: | Riker Danzig Scherer Hyland & P |
|---|---|---|---|
| Attorney Number: | 00170 | Attorney Name: | Robert J Gilson |

Zip Code: 07962

Cover Letter Location Number: SR00000508

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [x] Other Attachments | |

**Other**

- [ ] Non-Standard Form
- [ ] Amended
- [ ] Post-Deadline Postmark Date

Box/Batch: WRPD0005/WRPD0018                Document Number: WRPD000853