# EXHIBIT C

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   Street Address: 5800 FRANCE AVENUE

   City: EDINA    State (Province): MN    Zip Code (Postal Code): 55435

   Country: USA

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   [X] Yes    [ ] No

3. Do you currently own the property listed in Question 1, above?

   [ ] Yes    [X] No

4. When did you purchase the property?    09 - __ - 1981    SEE ADDENDUM
   Month  Day  Year

5. What is the property used for (check all that apply)
   - [ ] Owner occupied residence
   - [ ] Residential rental
   - [X] Commercial
   - [ ] Industrial    Specify: ____
   - [ ] Other    Specify: ____

6. How many floors does the property have?    008

7. What is the approximate square footage of the property?    00020 9667

8. When was the property built?
   - [ ] Before 1969
   - [X] 1969 - 1973
   - [ ] After 1973

9. What is the structural support of the property?
   - [ ] Wood frame
   - [ ] Structural concrete
   - [ ] Brick
   - [X] Steel beam/girder
   - [ ] Other    Specify: ____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    [X] Yes    [ ] No

9276102

1018573

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   Street Address: 7900 XERXES AVENUE

   City: BLOOMINGTON    State (Province): MN    Zip Code (Postal Code): 55431

   Country: USA

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☒ Yes    ☐ No

3. Do you currently own the property listed in Question 1, above?

   ☐ Yes    ☒ No

4. When did you purchase the property?    Month __ - Day __ - Year 1972    SEE ADDENDUM

5. What is the property used for (check all that apply)
   - ☐ Owner occupied residence
   - ☐ Residential rental
   - ☒ Commercial
   - ☐ Industrial    Specify:
   - ☐ Other    Specify:

6. How many floors does the property have? 004

7. What is the approximate square footage of the property? 000175051

8. When was the property built?
   - ☐ Before 1969
   - ☒ 1969 - 1973
   - ☐ After 1973

9. What is the structural support of the property?
   - ☐ Wood frame
   - ☐ Structural concrete
   - ☐ Brick
   - ☒ Steel beam/girder
   - ☐ Other    Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☒ Yes    ☐ No

9276102

1018577

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   **Street Address:** 2800 NORTH LOOP WEST
   **City:** HOUSTON
   **State:** TX
   **Zip Code:** 77092
   **Country:** UNITED STATES OF AMERICA

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   [X] Yes   [ ] No

3. Do you currently own the property listed in Question 1, above?
   [ ] Yes   [X] No

4. When did you purchase the property?   05 - 15 - 1970   See Addendum
   Month   Day   Year

5. What is the property used for (check all that apply)
   [ ] Owner occupied residence
   [ ] Residential rental
   [X] Commercial
   [ ] Industrial   Specify:
   [ ] Other   Specify:

6. How many floors does the property have?   012

7. What is the approximate square footage of the property?   0002 2 2 6 0

8. When was the property built?
   [ ] Before 1969
   [X] 1969 - 1973
   [ ] After 1973

9. What is the structural support of the property?
   [ ] Wood frame
   [ ] Structural concrete
   [ ] Brick
   [X] Steel beam/girder
   [ ] Other   Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    [X] Yes   [ ] No

9276102

1018578

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   **Street Address:** 1100 MILAM
   **City:** HOUSTON   **State:** TX   **Zip Code:** 77001
   **Country:** UNITED STATES OF AMERICA

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☒ Yes   ☐ No

3. Do you currently own the property listed in Question 1, above?

   ☐ Yes   ☒ No

4. When did you purchase the property?  __-__-____ Month Day Year   SEE ADDENDUM

5. What is the property used for (check all that apply)
   - ☐ Owner occupied residence
   - ☐ Residential rental
   - ☒ Commercial
   - ☐ Industrial   Specify: ____
   - ☐ Other   Specify: ____

6. How many floors does the property have?  052

7. What is the approximate square footage of the property?  00111 6630

8. When was the property built?
   - ☐ Before 1969
   - ☒ 1969 - 1973
   - ☐ After 1973

9. What is the structural support of the property?
   - ☐ Wood frame
   - ☐ Structural concrete
   - ☐ Brick
   - ☒ Steel beam/girder
   - ☐ Other   Specify: ____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☒ Yes   ☐ No

9276102

1018574

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   Street Address: 111 EAST MADISON STREET
   City: TAMPA
   State: FL
   Zip Code: 33602
   Country: UNITED STATES OF AMERICA

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☒ Yes    ☐ No

3. Do you currently own the property listed in Question 1, above?

   ☐ Yes    ☒ No

4. When did you purchase the property?   04 - 09 - 1984
   Month  Day  Year

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial   Specify: _____
   ☐ Other        Specify: _____

6. How many floors does the property have?  038

7. What is the approximate square footage of the property?  000770000

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other   Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☒ Yes    ☐ No

9276102

1018572

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   Street Address: 51 JOHN F. KENNEDY PARKWAY
   City: SHORT HILLS
   State (Province): NJ
   Zip Code (Postal Code): 07078
   Country: USA

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   [X] Yes   [ ] No

3. Do you currently own the property listed in Question 1, above?
   [ ] Yes   [X] No   **SEE ADDENDUM**

4. When did you purchase the property?   10-24-1979
   Month Day Year

5. What is the property used for (check all that apply)
   [ ] Owner occupied residence
   [ ] Residential rental
   [X] Commercial
   [ ] Industrial   Specify:
   [ ] Other        Specify:

6. How many floors does the property have?   006

7. What is the approximate square footage of the property?   00013500 0

8. When was the property built?
   [X] Before 1969
   [ ] 1969 - 1973
   [ ] After 1973

9. What is the structural support of the property?
   [ ] Wood frame
   [ ] Structural concrete
   [ ] Brick
   [X] Steel beam/girder
   [ ] Other   Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    [ ] Yes   [X] No

9276102

1018579