# EXHIBIT I



Page 1

N.J.S.A. 2A:14-1

C

**Effective: [See Text Amendments]**

New Jersey Statutes Annotated Currentness
  Title 2A. Administration of Civil and Criminal Justice (Refs & Annos)
    Subtitle 3. Limitation of Civil Actions; Adverse Possession
      Chapter 14. Limitation of Actions; Adverse Possession (Refs & Annos)
        Article 1. Various Actions (Refs & Annos)

→ **2A:14-1. 6 years**

Every action at law for trespass to real property, for any tortious injury to real or personal property, for taking, detaining, or converting personal property, for replevin of goods or chattels, for any tortious injury to the rights of another not stated in sections 2A:14-2 and 2A:14-3 of this Title, or for recovery upon a contractual claim or liability, express or implied, not under seal, or upon an account other than one which concerns the trade or merchandise between merchant and merchant, their factors, agents and servants, shall be commenced within 6 years next after the cause of any such action shall have accrued.

This section shall not apply to any action for breach of any contract for sale governed by section 12A:2-725 of the New Jersey Statutes.

CREDIT(S)

Amended by L.1961, c. 121, p. 723, § 1, eff. Jan. 1, 1963.

HISTORICAL AND STATUTORY NOTES

2000 Main Volume

**Source:** R.S. 2:24-1.

Rev.1877, p. 594, § 1 [C.S. p. 3162, § 1].

The 1961 amendment exempted breach for contract for sale under § 12A:2-725 from application of this section.

LAW REVIEW AND JOURNAL COMMENTARIES

Adverse possession of chattels--Holding periods of successive possessors tacked to bar conversion action. (1960) 14 Rutgers L.Rev. 443.

Claim by credit after expiration of statute of limitations--Sufficiency of maintenance of debts on balance sheets and income tax returns to toll statute. (1961) 16 Rutgers L.Rev. 171.

Is ours a statute of repose? 71 N.J.L.J. 52 (1948).

No ifs, ands or buts: Legal mal time limit is six years. Robert G. Seidenstein, 10 N.J.Law. 1035 (2001).

Limitation of actions for real estate damages by landlord or tenant. Roger A. Cunningham (1956) 11 Rutgers L.Rev. 288, 318.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

N.J.S.A. 2A:14-1

Limitations of actions applicable in strict products liability. (1979) 32 Rutgers L.Rev. 21, 54.

Six-year statute of limitations governs legal malpractice suits. Michael Booth, 164 N.J.L.J. 757 (2001).

Statute of limitation as bar to ratification of unauthorized suit. (1960) 14 Rutgers L.Rev. 445.

Survey of law of torts. Thomas A. Cowan (1954) 9 Rutgers L.Rev. 157.

Trust distinguished from debt--The problem of escheat. Robert A. Diab (1962) 16 Rutgers L.Rev. 352, 353.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.