# EXHIBIT J



V.T.C.A., Civil Practice & Remedies Code § 16.003

C

**Effective: September 01, 2005**

Vernon's Texas Statutes and Codes Annotated Currentness
  Civil Practice and Remedies Code (Refs & Annos)
    Title 2. Trial, Judgment, and Appeal
      Subtitle B. Trial Matters
        Chapter 16. Limitations
          Subchapter A. Limitations of Personal Actions (Refs & Annos)

→ § 16.003. Two-Year Limitations Period

(a) Except as provided by Sections 16.010, 16.0031, and 16.0045, a person must bring suit for trespass for injury to the estate or to the property of another, conversion of personal property, taking or detaining the personal property of another, personal injury, forcible entry and detainer, and forcible detainer not later than two years after the day the cause of action accrues.

(b) A person must bring suit not later than two years after the day the cause of action accrues in an action for injury resulting in death. The cause of action accrues on the death of the injured person.

CREDIT(S)

Acts 1985, 69th Leg., ch. 959, § 1, eff. Sept. 1, 1985. Amended by Acts 1995, 74th Leg., ch. 739, § 2, eff. June 15, 1995; Acts 1997, 75th Leg., ch. 26, § 2, eff. May 1, 1997; Acts 2005, 79th Leg., ch. 97, § 3, eff. Sept. 1, 2005.

REVISOR'S NOTE

2002 Main Volume

    (1) The revised law omits the reference to firms and public and private corporations in the source law. The Code Construction Act (V.A.C.S. Article 5429b-2) includes business entities and governmental entities within the definition of "person."

    (2) The revised law omits the source law material that provides for suits to be brought within two years of the effective date of V.A.C.S. Article 5526a (March 7, 1934) because the two-year period has expired.

HISTORICAL AND STATUTORY NOTES

2006 Electronic Pocket Part Update

2005 Legislation

Acts 2005, 79th Leg., ch. 97 in subsec. (a) added the cite to section 16.0031.

2002 Main Volume

The 1995 amendment, in subsec. (a), inserted "Except as provided by Section 16.0045,".

Acts 1997, 75th Leg., ch. 26, in subsec. (a), inserted a reference to § 16.010.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

V.T.C.A., Civil Practice & Remedies Code § 16.003

Section 3 of Acts 1997, 75th Leg., ch. 26 provides:

"(a) This Act applies to all actions:

"(1) commenced on or after the effective date of this Act; or

"(2) pending on that effective date and in which the trial, or any new trial or retrial following motion, appeal, or otherwise, begins on or after that effective date.

"(b) In an action commenced before the effective date of this Act, a trial, new trial, or retrial that is in progress on the effective date is governed by the law applicable to the trial, new trial, or retrial immediately before the effective date, and that law is continued in effect for that purpose."

**Prior Laws:**
Acts 1841, p. 163.
Acts 1852, p. 128.
P.D. 4604.
G.L. vol. 2, p. 627.
Rev.Civ.St.1879, arts. 3202 to 3212.
G.L. vol. 3, p. 1006.
G.L. vol. 10, p. 1066.

Rev.Civ.St.1895, arts. 3354 to 3363.
Acts 1897, p. 12.
Rev.Civ.St.1911, arts. 5687 to 5698.
Acts 1979, 66th Leg., p. 1768, ch. 716, § 1.
Vernon's Ann.Civ.St. art. 5526.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.