# EXHIBIT K

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |

**ORDER DISALLOWING AND EXPUNGING SIX (6) TIME
BARRED ASBESTOS PROPERTY DAMAGE CLAIMS FILED
BY PRUDENTIAL INSURANCE COMPANY OF AMERICA**

This matter coming before the Court on the Debtors' Motion for an Order Disallowing and Expunging Six Time-Barred Asbestos PD Claims That Were Filed Prudential Insurance Company of America (the "Motion") in the above-captioned bankruptcy cases; the Court having reviewed and considered the Motion; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) no further notice or hearing on the Motion being required:

IT IS HEREBY ORDERED THAT

1. The Motion is granted; and

2. Each of the Prudential Claims[12] is proscribed by the applicable statute of limitations;

---

[12] Any defined terms that are not otherwise defined in this Order shall have the meanings given to them in the Motion.

3. Claim No. 6951 is proscribed by the 4-year limitations-period provided in Fla. Stat. Ann. § 95.031(2)(b);

4. Claim Nos. 6946 and 6947 are proscribed by the 2-year limitations-period provided in Minn. State. Ann. § 541.051;

5. Claim No. 6952 is proscribed by the 4-year limitations-period provided in Del.C. §2-725;

6. Claim No. 6950 is proscribed by the 2-year limitations-period provided in Tex. Civ. Prac. & Rem. Code Ann. § 16.003;

7. Each of the Prudential Claims is disallowed and expunged, with prejudice; and

8. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order, which is final.

Wilmington, Delaware

Dated: _____, 2006           _____
                                        UNITED STATES BANKRUPTCY JUDGE