# EXHIBIT A

*Exhibit A: Time-Barred New York Claims*
*\*10 Claims\**

| Claim # | Claimant Name | Counsel | Firm Name | Building Name | Prop Address | State of Prop | Objection Exhibit |
|---|---|---|---|---|---|---|---|
| 006636 | F F Thompson Continuing Care Center Inc | Daniel A Speights | Speights & Runyan | | 350 Parish Street Canandaigua, NY 14424 | NY | C-2, D-2, D-6, E-1, F-2, |
| 009684 | Olympus 555 Properties LLC | Avrum J Rosen | Avrum J Rosen | | 555 Broad Hollow Rd Melville, NY 11747 | NY | C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| 010722 | Manufacturer Hanover | Daniel A Speights | Speights & Runyan | | Bridge Plazer North At 41st Street Long Island City, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010747 | Friendly Homes | Daniel A Speights | Speights & Runyan | | 3156 East Avenue Rochester NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010749 | Glen Oak Country Club | Daniel A Speights | Speights & Runyan | Glen Oak Country Club | 151 Post Avenue Old Westberry, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010767 | Oneida Co. Office Building | Daniel A Speights | Speights & Runyan | Oneida Co. Office Building | Oneida, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010947 | Cayuga Co. Office Building | Daniel A Speights | Speights & Runyan | Cayuga Co. Office Building | Auburn, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 011003 | Schuyler Hospital | Daniel A Speights | Speights & Runyan | Schuyler Hospital | Montour Falls, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 011243 | St Joseph's Hospital | Daniel A Speights | Speights & Runyan | St. Joseph's Hospital | 555 E. Market Street Elmira NY 14901 | NY | C-2, D-2, D-6, E-1, F-2, |
| 011703 | 310 W 43rd Street Building | Daniel A Speights | Speights & Runyan | 310 W 43rd Street Building | 310 W. 43rd Street New York, NY | NY | C-2, D-2, D-6, E-1, F-2, |