# EXHIBIT B

# WR Grace
## Property Damage
### Index Sheet

SR00000503

| Claim Number: | 00006636 | Receive Date: | 03/27/2003 |

**Multiple Claim Reference**

Claim Number  _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

Claim Number  _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

**Attorney Information**

Firm Number: 00131    Firm Name: Speights & Runyan
Attorney Number: 00168    Attorney Name: Amanda G Steinmeyer
Zip Code: 29924

Cover Letter Location Number: SR00000503

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |

| Other | ☐ Non-Standard Form |
| | ☐ Amended |
| | ☐ Post-Deadline Postmark Date |

Box/Batch: WRPD0003/WRPD0011    Document Number: WRPD000541

006636-000001

# WR Grace
## Property Damage
### Index Sheet

SR00000594

| Claim Number: | 00009684 | Receive Date: | 03/28/2003 |

## Multiple Claim Reference

**Claim Number** _____
- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

**Claim Number** _____
- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

## Attorney Information

| Firm Number: | 00342 | Firm Name: | Avrum J Rosen |
| Attorney Number: | 00218 | Attorney Name: | Avrum J Rosen |

Zip Code: 11743

Cover Letter Location Number: SR00000594

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |
| **Other** | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRPD0006/WRPD0023

Document Number: WRPD001144

009684-000001

# WR Grace
## Property Damage
### Index Sheet

SR00000610

| Claim Number: | 00010722 | Receive Date: | 03/31/2003 |

**Multiple Claim Reference**

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

**Attorney Information**

Firm Number: 00131           Firm Name: Speights & Runyan
Attorney Number: 00168       Attorney Name: Amanda G Steinmeyer
Zip Code: 29924
Cover Letter Location Number: SR00000610

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [x] Other Attachments | |

**Other**

- [ ] Non-Standard Form
- [ ] Amended
- [ ] Post-Deadline Postmark Date

Box/Batch: WRPD0011/WRPD0041                Document Number: WRPD002040

010722-000001

# WR Grace
## Property Damage
### Index Sheet

SR00000610

| | |
|---|---|
| Claim Number: 00010747 | Receive Date: 03/31/2003 |

**Multiple Claim Reference**

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

**Attorney Information**

Firm Number: 00131      Firm Name: Speights & Runyan
Attorney Number: 00168  Attorney Name: Amanda G Steinmeyer
Zip Code: 29924
Cover Letter Location Number: SR00000610

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [x] Other Attachments | |
| **Other** | [ ] Non-Standard Form | |
| | [ ] Amended | |
| | [ ] Post-Deadline Postmark Date | |

Box/Batch: WRPD0011/WRPD0042           Document Number: WRPD002065

010747-000001

# WR Grace
## Property Damage
### Index Sheet

SR00000610

| Claim Number: | 00010749 | Receive Date: | 03/31/2003 |
|---|---|---|---|

## Multiple Claim Reference

**Claim Number** _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

**Claim Number** _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

## Attorney Information

| Firm Number: | 00131 | Firm Name: | Speights & Runyan |
|---|---|---|---|
| Attorney Number: | 00168 | Attorney Name: | Amanda G Steinmeyer |

Zip Code: 29924

Cover Letter Location Number: SR00000610

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
|  | ☒ Other Attachments | |
| **Other** | ☐ Non-Standard Form | |
|  | ☐ Amended | |
|  | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRPD0011/WRPD0042                Document Number: WRPD002067

010749-000001

# WR Grace
## Property Damage
### Index Sheet

SR00000610

| Claim Number: | 00010767 | Receive Date: | 03/31/2003 |

**Multiple Claim Reference**

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

**Attorney Information**

| Firm Number: | 00131 | Firm Name: | Speights & Runyan |
| Attorney Number: | 00168 | Attorney Name: | Amanda G Steinmeyer |
| Zip Code: | 29924 | | |

Cover Letter Location Number: SR00000610

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [X] Other Attachments | |
| **Other** | [ ] Non-Standard Form | |
| | [ ] Amended | |
| | [ ] Post-Deadline Postmark Date | |

Box/Batch: WRPD0011/WRPD0042

Document Number: WRPD002085

010767-000001

# WR Grace
## Property Damage
### Index Sheet

SR00000616

**Claim Number:** 00010947  **Receive Date:** 03/31/2003

**Multiple Claim Reference**

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

**Attorney Information**

Firm Number: 00131  Firm Name: Speights & Runyan
Attorney Number: 00168  Attorney Name: Amanda G Steinmeyer
Zip Code: 29924
Cover Letter Location Number: SR00000616

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [X] Other Attachments | |

**Other**
- [ ] Non-Standard Form
- [ ] Amended
- [ ] Post-Deadline Postmark Date

Box/Batch: WRPD0012/WRPD0046  Document Number: WRPD002265

010947-000001

# WR Grace
## Property Damage
### Index Sheet

SR00000616

Claim Number: 00011003　　　　　　　　　　　Receive Date: 03/31/2003

## Multiple Claim Reference

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

Firm Number: 00131　　　Firm Name: Speights & Runyan

Attorney Number: 00168　　　Attorney Name: Amanda G Steinmeyer

Zip Code: 29924

Cover Letter Location Number: SR00000616

| Attachments<br>Medical Monitoring | Attachments<br>Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD<br>☐ TBD<br>☐ TBD<br>☐ TBD<br>☐ TBD | ☐ TBD<br>☐ TBD<br>☐ TBD<br>☐ TBD<br>☐ TBD<br>☒ Other Attachments | ☐ Other Attachments |
| **Other** | ☐ Non-Standard Form<br>☐ Amended<br>☐ Post-Deadline Postmark Date | |

Box/Batch: WRPD0012/WRPD0047　　　　　Document Number: WRPD002321

011003-000001

# WR Grace
## Property Damage
### Index Sheet

SR00000616

**Claim Number:** 00011243  **Receive Date:** 03/31/2003

## Multiple Claim Reference

**Claim Number:** _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

**Claim Number:** _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

**Firm Number:** 00131  **Firm Name:** Speights & Runyan
**Attorney Number:** 00168  **Attorney Name:** Amanda G Steinmeyer
**Zip Code:** 29924
**Cover Letter Location Number:** SR00000616

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [X] Other Attachments | |

**Other**
- [ ] Non-Standard Form
- [ ] Amended
- [ ] Post-Deadline Postmark Date

Box/Batch: WRPD0013/WRPD0052  Document Number: WRPD002659

011243-000001

# WR Grace
## Property Damage
### Index Sheet

SR00000614

| | |
|---|---|
| Claim Number: 00011703 | Receive Date: 03/31/2003 |

## Multiple Claim Reference

**Claim Number** _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

**Claim Number** _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

Firm Number: 00131     Firm Name: Speights & Runyan
Attorney Number: 00168     Attorney Name: Amanda G Steinmeyer
Zip Code: 29924
Cover Letter Location Number: SR00000614

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [x] Other Attachments | |
| **Other** | [ ] Non-Standard Form | |
| | [ ] Amended | |
| | [ ] Post-Deadline Postmark Date | |

Box/Batch: WRPD0016/WRPD0081     Document Number: WRPD003019

011703-000001