# EXHIBIT C

# PART 3: PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   `350 PARISH STREET`
   Street Address

   `CANANDAIGUA`                    `NY`    `14424`
   City                              State   Zip Code
                                    (Province) (Postal Code)

   `UNITED STATES`
   Country

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   ☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?
   ☒ Yes    ☐ No

4. When did you purchase the property?   ☐☐ - ☐☐ - `1970`
   Month  Day  Year

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify: _____
   ☐ Other         Specify: _____

6. How many floors does the property have?   `002`

7. What is the approximate square footage of the property?   `53544`

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other    Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    ☒ Yes    ☐ No

9276102                                              SERIAL #

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   Street Address: 555 BROADHOLLOW RD

   City: MELVILLE   State (Province): NY   Zip Code (Postal Code): 11747

   Country: USA

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   ☐ Yes   ☒ No

3. Do you currently own the property listed in Question 1, above?
   ☒ Yes   ☐ No

4. When did you purchase the property? 10-28-1996 (Month-Day-Year)

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial   Specify:
   ☐ Other   Specify:

6. How many floors does the property have? 004

7. What is the approximate square footage of the property? 60000

8. When was the property built?
   ☒ Before 1969
   ☐ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other   Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    ☐ Yes   ☒ No

9276102

1011101

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   **BRIDGE PLAZER NORTH AT 41ST STREET**
   *Street Address*

   **LONG ISLAND CITY**                          **NY**
   *City*                                         *State    Zip Code*
                                                  *(Province) (Postal Code)*
   **UNITED STATES**
   *Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   ☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?
   ☒ Yes    ☐ No

4. When did you purchase the property?    ☐☐ - ☐☐ - **1971**
   *Month   Day   Year*

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify: _____
   ☐ Other         Specify: _____

6. How many floors does the property have?    ☐☐☐    UNKNOWN

7. What is the approximate square footage of the property?    ☐☐☐☐☐☐☐    UNKNOWN

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other    Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    ☒ Yes    ☐ No

9276102                                                        SERIAL #

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   **Street Address:** 3156 EAST AVENUE
   **City:** ROCHESTER
   **State:** NY
   **Zip Code:**
   **Country:** UNITED STATES

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   ☐ Yes     ☒ No

3. Do you currently own the property listed in Question 1, above?
   ☒ Yes     ☐ No

4. When did you purchase the property?   __-__-1968   Month Day Year

5. What is the property used for (check all that apply):
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial   Specify:
   ☐ Other        Specify:

6. How many floors does the property have?   [  ]   UNKNOWN

7. What is the approximate square footage of the property?   [  ]   UNKNOWN

8. When was the property built?
   ☒ Before 1969
   ☐ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other   Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    ☒ Yes     ☐ No

9276102                                                     SERIAL #

# PART 3: PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   **151 POST AVENUE**
   *Street Address*

   **OLD WESTBERRY**                **NY**
   *City*                            *State*   *Zip Code*
                                    *(Province) (Postal Code)*

   **UNITED STATES**
   *Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   ☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?
   ☒ Yes    ☐ No

4. When did you purchase the property?  ☐☐ - ☐☐ - **1971**
   *Month   Day   Year*

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial   Specify: _____
   ☐ Other        Specify: _____

6. How many floors does the property have?  ☐☐☐   UNKNOWN

7. What is the approximate square footage of the property?  ☐☐☐☐☐☐☐☐   UNKNOWN

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other   Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    ☒ Yes    ☐ No

9276102                                              **SERIAL #**

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   Street Address: [blank]

   City: ONEIDA       State (Province): NY       Zip Code (Postal Code): [blank]

   Country: UNITED STATES

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   ☐ Yes   ☒ No

3. Do you currently own the property listed in Question 1, above?
   ☒ Yes   ☐ No

4. When did you purchase the property?   __ - __ - 1969   Month Day Year

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial   Specify:
   ☐ Other   Specify:

6. How many floors does the property have?   [ ]   UNKNOWN

7. What is the approximate square footage of the property?   [ ]   UNKNOWN

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other   Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    ☒ Yes   ☐ No

9276102                                                                        SERIAL #

# PART 3: PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

    *Street Address*

    AUBURN
    *City*

    NY
    *State / Zip Code*
    *(Province) (Postal Code)*

    UNITED STATES
    *Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
    - ☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?
    - ☒ Yes    ☐ No

4. When did you purchase the property?  __ - __ - 1968
   Month  Day  Year

5. What is the property used for (check all that apply)
    - ☐ Owner occupied residence
    - ☐ Residential rental
    - ☒ Commercial
    - ☐ Industrial    Specify: 
    - ☐ Other    Specify: 

6. How many floors does the property have?    UNKNOWN

7. What is the approximate square footage of the property?    UNKNOWN

8. When was the property built?
    - ☒ Before 1969
    - ☐ 1969 - 1973
    - ☐ After 1973

9. What is the structural support of the property?
    - ☐ Wood frame
    - ☐ Structural concrete
    - ☐ Brick
    - ☒ Steel beam/girder
    - ☐ Other    Specify: 

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    - ☒ Yes    ☐ No

9276102                                   **SERIAL #**

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   Street Address: 
   
   City: MONTOUR FALLS
   
   State (Province): NY
   
   Zip Code (Postal Code): 
   
   Country: UNITED STATES

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   
   ☐ Yes  ☒ No

3. Do you currently own the property listed in Question 1, above?
   
   ☒ Yes  ☐ No

4. When did you purchase the property?  Month __ - Day __ - Year 1971

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial  Specify: 
   ☐ Other  Specify: 

6. How many floors does the property have? [  ]  UNKNOWN

7. What is the approximate square footage of the property? UNKNOWN

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other  Specify: 

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    
    ☒ Yes  ☐ No

9276102                                                                SERIAL #

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   Street Address: `555 E. MARKET STREET`
   City: `ELMIRA`   State: `NY`   Zip Code: `14901`
   Country: `UNITED STATES`   (Province) (Postal Code)

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   ☐ Yes   ☒ No

3. Do you currently own the property listed in Question 1, above?
   ☒ Yes   ☐ No

4. When did you purchase the property?   ☐☐ - ☐☐ - ☐☐☐☐
   Month  Day  Year

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial   Specify: 
   ☐ Other    Specify: 

6. How many floors does the property have? ☐☐☐  UNKNOWN

7. What is the approximate square footage of the property? `UNKNOWN`

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other   Specify: 

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    ☒ Yes   ☐ No

9276102                                    SERIAL #

# PART 3: PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   **310 W. 43RD STREET**
   Street Address

   **NEW YORK**     **NY**
   City     State     Zip Code
       (Province) (Postal Code)

   **UNITED STATES**
   Country

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   ☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?
   ☒ Yes    ☐ No

4. When did you purchase the property?   __-__-**1969**
       Month Day Year

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify: _____
   ☐ Other    Specify: _____

6. How many floors does the property have?  [ ] UNKNOWN

7. What is the approximate square footage of the property? [ ] UNKNOWN

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other    Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    ☒ Yes    ☐ No

9276102        **SERIAL #**