# EXHIBIT G

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

### ORDER DISALLOWING AND EXPUNGING TEN TIME-BARRED ASBESTOS PD CLAIMS THAT WERE FILED ON ACCOUNT OF BUILDINGS LOCATED IN THE STATE OF NEW YORK

This matter coming before the Court on the Debtors' Motion for an Order Disallowing and Expunging Ten Time-Barred Asbestos PD Claims That Were Filed on Account of Buildings Located in the State of New York (the "Motion") in the above-captioned bankruptcy cases; the Court having reviewed and considered the Motion; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) no further notice or hearing on the Motion being required:

IT IS HEREBY ORDERED THAT

1. The Motion is granted; and

2. Each of the NY Claims[8] is proscribed by N.Y. Civ. Prac. L&R § 214, which provides a three-year statute of limitations for each of the NY Claims;

3. Each of the NY Claims is disallowed and expunged, with prejudice; and

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order, which is final.

Wilmington, Delaware

Dated: _____, 2006          _____
                                UNITED STATES BANKRUPTCY JUDGE

---

[8] Any defined terms that are not otherwise defined in this Order shall have the meanings given to them in the Motion.