# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF DR. DAVID WEILL

DR. DAVID WEILL, M.D., first being duly sworn, deposes on his oath and states as follows:

1. I am Dr. David Weill, M.D.. My address is 565 Washington Ave. Palo Alto, CA 94301. I am executing this affidavit on behalf of W.R. Grace in the bankruptcy proceeding styled *In re W.R. Grace & Co. et al.*, Case No. 01-1139 (JKF). I have personal knowledge of all statements made in this affidavit. I would be willing to testify at trial and under oath as to all statements contained in this affidavit.

2. I specialize in pulmonary and critical care medicine. I am the Director, Lung and Heart-Lung Transplant Program at Stanford University. In my capacity of Director, I have primary responsibility for assessing whether individuals are appropriate candidates for lung transplants based on a review of that individual's medical charts, x-rays, and HRCTs. Typically, the medical charts, x-rays, and HRCTs are sent to Stanford Hospital for my review and then subsequently returned to the treating physician, hospital, or custodian of the medical records. I am also an Associate Professor, Division of Pulmonary and Critical Care Medicine, at Stanford University.

3. My curriculum vitae is attached as Exhibit A.

4. My research has focused on heart and lung transplant as well as occupational lung diseases, including asbestos-related diseases. I have published numerous articles in peer review journals, including articles about diagnosing non-malignant diseases related to asbestos. A list of all of my publications is included in Exhibit A.

5. I am certified in Pulmonary Medicine by the American Board of Internal Medicine. I am a certified Transplant Physician by the United Network for Organ Sharing. I am also a certified NIOSH B-reader.

6. The chest x-ray is an important diagnostic tool, especially in the context of assessing somebody who may have interstitial lung disease or a malignancy in the lung or pleura. All clinical chest physicians recognize the importance of having an original high quality chest radiograph as opposed to a copy of the radiograph. When assessing a potential lung transplant candidate, I request that a physician, hospital, or custodian of the medical records send an original x-ray as opposed to a copy.

7. Sending original x-rays to a medical professional for a medical assessment is a common practice in the medical community. As Director of the Stanford Lung and Heart Transplant Program, I have assessed approximately 240 referrals to the transplant program. When we assess a potential referral, we are sent all of that patient's original x-rays as well as any HRCTs that exist for that patient. I do not recall ever relying on an x-ray copy. In each instance, the x-rays have been read and returned to the proper custodian. We have not misplaced any x-rays for these approximately 240 potential transplant candidates.

8. Individuals diagnosed with a respiratory illness typically have more than one x-ray. This is especially true for individuals with a malignancy who may have as many as 50 x-rays as well as HRCTs. Accordingly, it is unlikely that if a medical emergency arose while an

2

individual's x-ray was in the possession of the central repository that a doctor would not have access to an x-ray for a given patient. Moreover, to the extent that there is an HRCT for that patient, in the clinical setting, a doctor would be more likely to rely on the HRCT as opposed to the x-ray when assessing the patient.

9. In determining whether lung cancer is asbestos-attributable, the chest radiograph plays an essential role. More specifically, it is my opinion that lung cancer can only be asbestos attributable if there is radiographic evidence of asbestosis. Accordingly, if an individual does not have radiographic evidence of asbestosis, it is my opinion that the individual's lung malignancy was not caused by asbestos exposure.

DATED this 17 day of November, 2006.

_____
Dr. David Weill

SUBSCRIBED AND SWORN to me before this ___ day of November, 2006.

*Please see california jurat wording at left*

_____
Notary Public for the State of California
Residing at:

My Commission Expires:_____

**State of California County of**
**SANTA CLARA**
Subscribed and sworn to (or affirmed)
Before me on this __17__ day of __NOV__, 20_06_, by
__DAVID WEILL__
~~personally known to me or~~ proved to me on
the basis of satisfactory evidence to be the
person(s) who appeared before me.
Signature _Julie E. Rex_
(Seal)

JULIE E. REX
Commission # 1522404
Notary Public - California
Santa Clara County
My Comm. Expires Oct 28, 2008

3

# CURRICULUM VITAE

# DAVID WEILL, M.D.

## PERSONAL DATA

| | |
|---|---|
| Date of Birth: | March 25, 1964 |
| Place of Birth: | New Orleans, Louisiana |
| Social Security: | 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 |
| Office Phone: | 650-725-7329 |
| Office Fax: | 650-725-5489 |
| Electronic mail: | dweill@stanford.edu |

## APPOINTMENTS

January 2006

> Associate Professor, Division of Pulmonary and Critical Care Medicine
> Director, Lung and Heart – Lung Transplant Program
> Stanford University Hospital and Clinics
> Palo Alto, California
>
> Mailing address:
> Division of Pulmonary and Critical Care Medicine
> Stanford University Medical Center
> 300 Pasteur Drive, Rm H3143
> Stanford, CA 94305-5236

## EXPERIENCE

June 2002 – Present

> Associate Professor, Division of Pulmonary and Critical Care Medicine

        Associate Director, Lung Transplant Program
        Attending Physician, Surgical Intensive Care Unit
        University of Colorado Health Sciences Center
        Denver, Colorado

December 1999 – May 2002

        Associate Professor, Division of Pulmonary and Critical Care Medicine
        Medical Director, Lung Transplant Program
        University of Alabama at Birmingham
        Birmingham, AL

July 1996 – November 1999

        Medical Director, Lung Transplant Program
        Director, Pulmonary Rehabilitation
        Medical City Hospital
        Dallas, TX

## JOURNAL EDITORSHIPS

Associate Editor, The Journal of Heart and Lung Transplantation
1999 – Present

Associate Editor, Current Cardiology Reviews
2004 – Present

Editorial Consultant, Asbestosis
Physicians' Information and Education Resource, American College of Physicians
2005 – Present

## VISITING PROFESSORSHIP

2004        National Institute of Occupational Medicine and Poison Control
           Beijing, China

## EDUCATION

| | |
|---|---|
| 1990 | MD, Tulane University School of Medicine |
| 1985 | BA, Tulane University |

## PROFESSIONAL TRAINING

| | |
|---|---|
| 1995-1996 | Fellow, Lung Transplant Program<br>University of Colorado Health Sciences Center<br>Denver, CO |
| 1993-1996 | Fellow, Division of Pulmonary and Critical Care Medicine<br>University of Colorado Health Sciences Center<br>Denver, CO |
| 1990-1993 | Resident, Internal Medicine<br>University of Texas Southwestern Medical Center<br>Dallas, TX |

## CERTIFICATIONS

| | |
|---|---|
| 2005 | B Reader<br>National Institute of Occupational Safety and Health |
| 1996 | Transplant Physician<br>United Network for Organ Sharing |
| 1996 | Pulmonary Medicine<br>American Board of Internal Medicine |
| 1993 | Internal Medicine<br>American Board of Internal Medicine |

# LICENSURE

| | |
|---|---|
| California | # C 52127 |
| Alabama | #23173 |
| Texas | #K1127 (inactive) |
| Colorado | #33593 |
| Louisiana | #021066 (inactive) |

# PROFESSIONAL AFFILIATIONS

American Society of Transplant Physicians
American Thoracic Society
American College of Chest Physicians
International Society of Heart and Lung Transplantation

# LABORATORY EXPERIENCE

Webb–Waring Lung Institute
Mentor: John E. Repine, M.D.
University of Colorado Health Sciences Center
1994-1995

# AWARDS

Best Doctors in America, 2003 -2004

# GRANTS

Nostix, Inc.
Non-Invasive Critical Care Monitor
Principal Investigator
2002-Present

Fujisawa Healthcare, Inc.
Comparison of a de novo tacrolimus/sirolimus/prednisone regimen versus tacrolimus/azathioprine/prednisone immunosuppressive regimen in lung transplantation
Principal Investigator

2001-2003

Medimmune
The Efficacy of Combination Prophylaxis in Preventing CMV Infections
Principal Investigator
2000-2001

Roche Laboratories
The Pharmocokinetics of Mycophenolate Mofetil Following Lung Transplantation
Principal Investigator
2000-2002

Novartis Pharma AG
Multi-Center Study Comparing Rapamycin to Azathioprine in Lung Transplant Patients at Risk for Bronchiolitis Obliterans Syndrome
Co-Principal Investigator
2000-2002

Sangstat Medical Corporation
Celsior Storage Solution for Donor Lungs Prior to Lung Transplantation
Co-Principal Investigator
2000-2001

## JOURNAL REVIEW ACTIVITIES

The Journal of Heart and Lung Transplantation
American Journal of Transplantation
Chest

## CONSULTING

Governmental:

Senate Judiciary Committee Testimony
Asbestos and Mixed Dust Disease
February 2005

Texas State Legislature Testimony
House Bill 8 Regarding Asbestos and Silica
March 2005

## SCIENTIFIC ADVISORY COMMITTEES

Medical Technologies International, Inc.
2003 – present

Sangstat
Polyclonal Antibodies in Heart and Lung Transplantation
1996-2001

Medimmune
Role of Cytomegalovirus Hyperimmune Globulin after Lung Transplantation
1996-2001

## NATIONAL COMMITTEES

National Lung Review Board
UNOS
2005 - present

United Resources Network
United Healthcare
Thoracic Transplant Advisory Committee
2004-present

Aetna Thoracic Transplant Advisory Committee
Aetna Insurance Company
2003-present

Working Group on Primary Lung Graft Failure
International Society of Heart and Lung Transplantation
2003-present

American Society of Transplantation
Maximizing Cadaveric Organ Utilization, Lung Section
Crystal City, Virginia
2001

## HOSPITAL COMMITTEES

Finance Committee
Division of Pulmonary and Critical Care

University of Colorado Heath Sciences Center
2004 – present

Antimicrobial Subcommittee, Pharmacy and Therapeutics Committee
University of Colorado Health Sciences Center
June 2002 - Present

## NONPROFIT ORGANIZATIONS

Board Member
Legacy Donor Foundation
New Orleans, Louisiana
2000 - 2002

Council Member
Benevolent Fund
University of Alabama at Birmingham
2000 - 2002

Mentor
Minority Medical Education Program
University of Alabama at Birmingham
2000 - 2002

## PUBLICATIONS

### ORIGINAL RESEARCH

**Weill D**, Hodges TN, Torres F, and Zamora MR. **Acute native lung hyperinflation is not associated with a poor outcome following single lung transplantation for emphysema**
Journal of Heart and Lung Transplantation 1999;18:1080-1087

**Weill D**, McGiffin DC, Zorn GL, Alexander CB, Early LJ, Kirklin JK, and Young KR. **The utility of open lung biopsy following lung transplantation**
Journal of Heart and Lung Transplantation 2000;19(9):852-857

**Weill D**, Mack MJ, Roth J, Swisher S, Proksch, Merritt J, and Nemunaitis J. Adenoviral-mediated p53 gene transfer to non-small cell lung cancer through endobronchial injection
Chest 2000;118:966-70

**Weill D** and Zamora MR. Comparison of the efficacy and cost effectiveness of preemptive therapy as directed by CMV antigenemia and prophylaxis with ganciclovir in lung transplant recipients (letter)
Journal of Heart and Lung Transplantation 2000;19(8):815-6

**Weill D**, Dey GC, Hicks RA, Young KR, Zorn GL, Kirklin JK, Early L, and McGiffin DC. A positive donor gram stain does not predict outcome following lung transplantation
Journal of Heart and Lung Transplantation 2002;21(5):555-8

**Weill D**, Lock BJ, Wewers DL, Young KR, Zorn GL, Early L, Kirklin JK, and McGifffin DC. Combination prophylaxis with ganciclovir and cytomegalovirus immune globulin after lung transplantation: Effective CMV prevention following daclizumab induction
American Journal of Transplantation 2003;3(4):492-496

**Weill D** and Weill H. Diagnosis and initial management of nonmalignant diseases related to asbestos.
Am J Respir Crit Care Med. 2005 Mar 1;171(5):527-528

Astor TL and **Weill D**. Extracorporeal photopheresis in lung transplantation.
Journal of Cutaneous Medicine and Surgery 2003 Sep 9

Dransfield MT, Garver RI, and **Weill D**. Standardized guidelines for surveillance bronchoscopy reduce complications in lung transplant recipients
Journal of Heart and Lung Transplantation 2004; 23(1):110-4

Zamora MR, Nicolls MR, Hodges TN, Marquesen J, Astor TL, Grazia T, and **Weill D**. Following Universal Prophylaxis with Intravenous Ganciclovir and Cytomegalovirus Immune Globulin, Valganciclovir is Safe and Effective for Prevention of CMV Infection Following Lung Transplantation.
American Journal of Transplantation 2004 Oct;4(10):1635-42

Christie JD, Carby M, Bag R, Corris P, Hertz M, and **Weill D**. Report of the ISHLT Working Group on Primary Lung Graft Dysfunction Part II: Definition. A Consensus Statement of the International Society for Heart and Lung Transplantation.
Journal of Heart and Lung Transplantation 2005 Oct;24(10):1454-9

Beaver TM, Fullerton DA, <u>Weill D</u>, and Grover FL. Colon perforation after lung transplantation
Annals of Thoracic Surgery 1996;62:839-843

Terada LS, Hybertson BM, <u>Weill D</u>, and Repine JE. XO increases neutrophil adherence to endothelial cells by a dual mechanism
Journal of Applied Physiology 1997;82(3):866-873

Badesch DB, Zamora MR, <u>Weill D</u>, and Schwarz MI. Pulmonary capillaritis: a possible histologic form of acute allograft rejection
Journal of Heart and Lung Transplantation 1998;17(4):415-422

Nemunaitis J, Swisher SG, Mack M, <u>Weill D</u>, Merritt J, and Roth J. Adenovirus-mediated p53 gene transfer in sequence with cisplatin to tumors of patients with non-small cell lung cancer
Journal of Clinical Oncology 2000;18(3):609-622

Schmidt F, McGiffin DC, Zorn G, Young KY, <u>Weill D</u>, and Kirklin JK. Management of congenital abnormalities of the donor lung
Annals of Thoracic Surgery 2001;72(3):935-7

Zorn GL, McGiffin DC, Young KR, Alexander CB, <u>Weill D</u>, and Kirklin JK. Pulmonary transplantation for advanced bronchioloalveolar carcinoma
Journal of Thoracic and Cardiovascular Surgery 2003;125(1):45-8

Astor TL, <u>Weill D</u>, Schwarz MI, Cool C, Teitlebaum I, and Zamora MR. Pulmonary capillaritis in lung transplant recipients: response to therapy and effect on long-term allograft function
Accepted, Journal of Heart and Lung Transplantation, 2005

## EDITORIALS and REVIEWS

<u>Weill D</u>. Role of cytomegalovirus in cardiac allograft vasculopathy
Transplant Infectious Disease 2001 Suppl 2:3:44-48

<u>Weill D</u> and Keshavjee S. Lung Transplantation for Emphysema: Two Lungs or One
Journal of Heart and Lung Transplantation 2001;20(7):739-742

<u>Weill D</u>. Donor criteria in lung transplantation: an issue revisited
Chest 2002;121:2029-2031

<u>Weill D</u>. Twenty years of lung transplantation: areas of improvements and challenges
Minerva Pneumologica 2003;42:139-57

**Weill D** and Zamora MR. The role of respiratory viruses in lung transplantation
Invited Review, American Journal of Transplantation, 2004

# CHAPTERS

**Weill D** and Make B. Oxygen Conserving Devices
Long-Term Oxygen Therapy, New York: Marcel Dekker,1994;234-256

**Weill D** and Zamora MR. Postoperative care in lung transplantation
Seminars in Respiratory Medicine 1996;17(2):159-165

**Weill D**, Rose C, and King TE. Treatment and prognosis of hypersensitivity pneumonitis
UPTODATE in Pulmonary and Critical Care Medicine,1997, American Thoracic Society

**Weill D**, Mack MJ, and Tennison D. Adverse effects of medications commonly administered to thoracic surgical patients
Chest Surgery Clinics of North America, Medical Complications of Thoracic Surgery, August, 1998

**Weill D**. Lung Transplantation
Textbook of Critical Care, 5th Edition, Editors: Fink, Abraham, Vincent, Kochanek, 2005

Astor TL and **Weill D**. Oxidative Lung Injury
Textbook of Critical Care, 5th Edition, Editors: Fink, Abraham, Vincent, Kochanek, 2005

# SELECTED ABSTRACTS

**Weill D**, Lock B, McGiffin DC, Zorn GL, Wewers DL, Early LJ, Kirklin JK, and Young KR. Combination prophylaxis using CMV IVIG and ganciclovir reduces the incidence of cytomegalovirus infection following lung transplantation
Presented at the American Transplant Congress, April 2002, Washington, D.C.

**Weill D**, McGiffin DC, Zorn GL, Alexander CB, Early LJ, Kirklin JK, and Young KR. The utility of open lung biopsy following lung transplantation
Presented at the 4th International Congress on Lung Transplantation, September 2000, Paris, France

Zorn GL, McGiffin DC, Young KR, Alexander CB, **Weill D**, and Kirklin JK. Pulmonary transplantation for bronchioloalveolar carcinoma

Presented at Annual Meeting, American Society of Transplant Surgeons, May 2000, Chicago, IL

**Borker SS, Zorn GL, McGiffin DC, Young KR, Weill D, and Kirklin JK. Native lung volume reduction after single lung transplant for emphysema**
Presented at Annual Meeting, American Society of Transplant Surgeons, May 2000, Chicago, IL

## SELECTED PRESENTATIONS

An Update on Lung Transplantation
University of West Virginia Medical School, Pulmonary Grand Rounds
December, 2004

Current Aspects of Lung Transplantation
University of Texas-Southwestern, Pulmonary Grand Rounds
September, 2004

Post Transplant Thoracic Malignancies
Texas Transplant Society Annual Meeting
June, 2003

An Update on Bronchiolitis Obliterans Syndrome
University of Southern California Medical School, Pulmonary Grand Rounds
June, 2003

Expanding the Donor Pool
American Society of Transplant Physicians and Surgeons
March, 2003

Lung Transplantation for COPD: Two Lungs, One, or None
Cardiothoracic Transplantation: An International Update
February, 2003

Photopheresis in Lung Transplantation
Johns Hopkins Medical School
November, 2002

Lung Transplantation: An Update
University of Colorado Health Sciences Center, Medical Grand Rounds
October, 2002

Expanding the Donor Pool
Oregon Health Sciences Center Transplant Grand Rounds

February, 2002

Cytomegalovirus Infections in Thoracic Transplantation
University of Texas – San Antonio Transplant Grand Rounds
February, 2002

An Update on Immunosuppression
Indiana University/Methodist Hospital Transplant Grand Rounds
December, 2001

A Positive Donor Gram Stain Does Not Predict the Development of Pneumonia, Oxygenation, or Duration of Mechanical Ventilation Following Lung Transplantation
International Society of Heart and Lung Transplantation
April, 2001

Lung Transplantation for Bronchioloalveolar Carcinoma
Cardiothoracic Transplantation 2001: An International Update
February, 2001

The Utility of Open Lung Biopsy Following Lung Transplantation
4th International Congress on Lung Transplantation
September, 2000

Late Complications Following Lung Transplantation
Lung Transplantation 2000, Mount Sinai Medical Center
September, 2000

Current Aspects of Lung Transplantation
Medical Grand Rounds, University of Alabama-Birmingham
July, 2000

Impact of Donor Gram Stain on Recipient Outcome Following Lung Transplantation
International Society of Heart and Lung Transplantation
April, 2000

Acute Native Lung Hyperinflation Following Single Lung Transplantation for Emphysema
International Society of Heart and Lung Transplantation
April, 1999

p53 Oncogene Transfers to Non-Small Cell Lung Cancers
American Association of Thoracic Surgeons
May, 1998

Tolerance to Acute Lung Injury

Louisiana State University Pulmonary Grand Rounds
June, 1997

## SELECTED SESSION CHAIRMANSHIPS

Moderator, Controversies in Cardiothoracic Transplantation
Cardiothoracic Transplantation: An International Update, Vail, CO
February 22, 2003

Moderator, Moderated Poster Session, Clinical Lung Transplantation
International Society for Heart and Lung Transplantation, Osaka, Japan
April 6, 2000

## EDUCATIONAL ACTIVITIES

Trainees:
    Todd Astor, M.D.
    July 2002-June 2004
    Lung Transplant Fellowship, UCHSC

    Kevin Leon, M.D.
    July 2001-June 2002
    Lung Transplant Fellowship, UAB

    Keith Wille, M.D.
    July 2000-June 2001
    Lung Transplant Fellowship, UAB

Curriculum Development:

    Lung Transplant Fellowship, University of Alabama – Birmingham
    1999-2002

# AREAS OF INTEREST

Lung Transplantation
Occupational Lung Diseases
Cystic Fibrosis
Pulmonary Hypertension