# Exhibit G

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.,* | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF DR. DANIEL A. HENRY

1.  My name is Daniel A. Henry, M.D., F.A.C.R., and I am executing this affidavit on behalf of W.R. Grace in the bankruptcy proceeding styled *In re W.R. Grace & Co. et al.,* Case No. 01-1139 (JKF). I have personal knowledge of all statements made in this affidavit. I would be willing to testify at trial and under oath as to all statements contained in this affidavit.

2.  I am a Chest Radiologist and Section Chief of Thoracic Imaging in the Department of Radiology at the Medical College of Virginia School of Medicine at Virginia Commonwealth University. I obtained my medical degree from the St. Louis University School of Medicine. I served an internship at the St. Louis University Group Hospitals, and a radiology residency at the Medical College of Virginia. Upon completion of my residency, I served two years in the U.S. Air Force, attaining the rank of Major, and returned to the Medical College of Virginia as a faculty member in 1977. My academic career has been solely confined to the teaching of and practice of imaging of the chest for the past 30 years.

3.  In 1985, I was certified by the National Institute of Occupational Safety & Health ("NIOSH") as a B-reader and have been continuously recertified as a B-reader for the last 21 years. Since 1990, I have been a Member of the American College of Radiology ("ACR") Committee (Task Force) on Pneumoconioses, and I have been the Chairman of the ACR Pneumoconioses Committee since 2005. For many years, the ACR Pneumoconioses Committee

in collaboration with NIOSH, has periodically taught an educational course for physicians who wish to be certified or recertified as a B-reader. As a member of the ACR Pneumoconioses Committee faculty for that course, I teach a segment of the B-reader course dedicated to asbestos-related disorders.

4.    I am a cofounder and member of the Virginia Commonwealth University Occupational Pulmonary Committee. In this capacity I interpret chest x-rays for the Workers' Compensation Committee of the Commonwealth of Virginia. Since 1995, I have been an on-going participant in the NIOSH coal miners' health surveillance programs and continue to act as consultant for their pneumoconioses chest radiography instruction programs. I am also a Member of the Radiological Society of North America, American Roentgen Ray Society, Society of Thoracic Radiology, and a member and Fellow of the American College of Radiology.

5.    My curriculum vitae is attached as Exhibit A.

6.    Based on my experience as a radiologist, it is my opinion that any court ordered x-ray evaluation  program should require the production of original chest x-rays as opposed to copies of chest x-rays. Chest x-rays are a critical component of the medical data. Copying conventional x-rays is not a simple systematic process, such as copying a piece of paper presenting pulmonary function tests or physician notes. On the contrary, copying x-rays is subjective, and copied films can either enhance or detract from the information in the original x-ray. The chest x-ray is a unique anatomic image of the lung architecture peculiar to each individual. The chest x-ray is one of the most difficult images to satisfactorily copy due to the anatomic detail presented and the significant variation in the original exposure technique. Using copies of conventional x-rays will compromise the evaluation process.

2

7.     When evaluating a copied x-ray, there is no way to determine whether the copy is representative of the original film. Even a well-executed copy will lose some information that would be contained in the original x-ray film. This would undermine the purpose of a chest x-ray evaluation process seeking subtle changes in lung architecture. In individuals who have demonstrable disease from an imaging perspective, we want to take steps to insure that the chest x-ray findings are identifiable and that the chest x-ray quality does not have to be downgraded due to the copying process and thus influence the interpretation. Evaluation of the original chest x-ray benefits the individual claimant.

8.     As discussed in my expert report and in the medical literature, there is inter- and intra-reader variability with respect to x-ray readings performed using the ILO Classifications. Using copies of x-ray films rather than original x-rays will merely add an unnecessary layer of variability to the x-ray evaluation.

9.     In my practice, when I am given a copy of an x-ray, I request an original film. My colleagues and I, as members of the Virginia Commonwealth University Occupational Pulmonary Committee, routinely reject evaluation of copy films for the Workers' Compensation Committee of the Commonwealth of Virginia, designating them as unreadable (U/R). This has been our policy for many years. Copied films are suitable for teaching exercises and conferences but when clinical or compensation decisions are to be made predicated on the evaluation of the chest x-ray, original images are mandatory.

10.     As a tertiary referral institution, VCU frequently receives x-ray images that accompany patients transferred for definitive care or consultation from other hospitals. It is not uncommon to repeat the imaging studies provided on copied film since the copied image quality is inadequate for decision-making or the copying process is incomplete.

3

DATED this __17th__ day of November, 2006.

Daniel A. Henry, M.D., FACR

SUBSCRIBED AND SWORN to me before this __17th__ day of November, 2006.

Notary Public for the Commonwealth of
Virginia
Residing at: VCUHS

My Commission Expires: __11/30/2009__



4

## CURRICULUM VITAE

### DANIEL ANTHONY HENRY, M.D.

**PERSONAL INFORMATION:**

| | |
|---|---|
| Date and Place of Birth: | August 5, 1944, St. Louis, MO |
| Citizenship: | United States |
| Social Security Number: | 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 |
| Marital Status: | Married, two children |
| Home Address and Phone: | 14441 Leafield Drive<br>Midlothian, Virginia 23113<br>(804) 794-7692 |
| Office Address and Phone: | Medical College of Virginia Hospitals/<br>VCU Medical Center<br>Department of Radiology<br>Main Hospital, 3rd Floor<br>1250 E. Marshall St.<br>PO Box 980615<br>Richmond, Virginia 23298-0615<br>(804) 828-5096<br>(804) 628-1132 (fax) |

**LICENSURE:**

| | State and Number: |
|---|---|
| 12/04/72-8/31/06 | Virginia, #22582 |
| Issued 6/24/72 (Inactive) | Missouri, #34647 |
| 1972-present | National Board of Medical Examiners, #129256 |
| | Board Certification: |
| June, 1975 | American Board of Radiology |

**EDUCATION:**

| | |
|---|---|
| 9/1967 – 6/1971 | St. Louis University, School of Medicine, M.D. |
| 9/1962 – 6/1966 | St. Louis University, B.S. |

1

**MILITARY SERVICE:**

Major, USAF MC, July 2, 1975 to July 1, 1977 (active duty)

Faculty, Department of Radiology, Chief, Section of Pediatric Radiology and Residency Training in Pediatric Radiology, Wilford Hall USAF Medical Center, Lackland AFB, Texas

**POST-DOCTORAL TRAINING:**

Chief Resident, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, April, 1974 to June, 1975

Mini-Fellowship, Armed Forces Institute of Pathology, Radiologic-Pathologic Correlation, January to March, 1974

Radiology Residency, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, July, 1972 to June, 1975

Straight Medicine Internship, St. Louis University Group Hospitals, July, 1971 to June, 1972

**ACADEMIC APPOINTMENTS:**

Director, Thoracic and Cardiac Radiology, Department of Radiology, Medical College of Virginia Hospitals/VCU Medical Center, July, 1998 **to present**

Associate Professor of Radiology, Division of Diagnostic Radiology, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, July, 1984 **to present**

Consultant in Radiology, McGuire Veterans Administration Hospital, Richmond, Virginia, July, 1977 **to present**

Divisional Chairman, Division of Diagnostic Radiology, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, October, 1999 to July, 2001

Chairman, Division of Diagnostic Radiology, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, December, 1990 to April, 1998

Interim Chairman, Division of Diagnostic Radiology, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, July, 1989 to November, 1990

2

Director, Section of Chest Radiology, Division of Diagnostic Radiology, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, December, 1986 to June, 1989

Acting Chairman, Division of Diagnostic Radiology, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, April, 1983 to December, 1984

Assistant Professor of Radiology, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, Richmond, Virginia, July, 1977 to June, 1984

Director, Section of Chest Radiology, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, Richmond, Virginia, July, 1978 to August, 1984

Director, Radiology-Adult Section, E. G. Williams Hospital, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, Richmond, Virginia, July, 1978 to 1982

Chief, Section of Pediatric Radiology, Department of Radiology, Wilford Hall USAF Medical Center, Lackland AFB, Texas, July, 1975 to June, 1977

## SOCIETY MEMBERSHIPS:

American College of Radiology (Fellow)
Richmond Radiological Society
Radiological Society of North America
Society of Thoracic Radiology
American Roentgen Ray Society
Secretary-Treasurer, Richmond Radiological Society, 1990
Vice President, Richmond Radiological Society, 1991
President, Richmond Radiological Society, 1992

## SPECIAL AWARDS:

Fellow, American College of Radiology, September, 1997 **to present**

Recipient, Letter of Recognition for Excellence in Teaching, from Housestaff, Department of Medicine, Medical College of Virginia/Virginia Commonwealth University, 1979 and 1980

Awarded "Honorable Mention" for exhibit: Multiple imaging evaluation of cardiovascular and tracheobronchial sarcoidosis by the Radiological Society of North America, Washington, DC, November, 1984 (See "Exhibits")

Awarded "Certificate of Merit" for exhibit: Orthotopic Cardiac Transplantation: Radiographic Evaluation, by Radiological Society of North America, Chicago, Illinois, November, 1987 (See "Exhibits")

3

Awarded "Silver Medal" for exhibit: Orthotopic Cardiac Transplantation: Radiographic Evaluation, by the American Roentgen Ray Society, San Francisco, California, May, 1988 (See "Exhibits")

Awarded "Certificate of Merit" for exhibit: The post-cardiac surgery chest radiograph: A clinically integrated approach, by the American Roentgen Ray Society, Washington, DC, May, 1990 (See "Exhibits")

Awarded funding for development of "Radiology Image Processing and Transmission System," Virginia State Council of Higher Education, $430,000, August, 1992

Awarded $92,000 for "Digital Imaging Network" from Siemens Medical Systems, 1992

Co-investigator, Technology Development for Digital Medical Imaging; user liaison for public programs and education, coordinator for Medical College of Virginia/Virginia Commonwealth University programs. Center for Innovative Technology, State of Virginia. J.R. Brookeman, Ph.D., Department of Radiology, University of Virginia, Principal Investigator. Award sought $1,499,033, 1993. Approved but not funded.

Awarded $150,000 for "Cardiac MR Research and Clinical Applications" Siemens Medical Systems, 1995

Editorial Advisory Panel, American Journal of Roentgenology, 1998 **to present**

Radiology Editor's Recognition Award for reviewing with "Distinction," 1998

Awarded $10,000 for Cardiac MR Research in Patients Undergoing Radiofrequency Ablation for Atrial Fibrillation from Guidant Catheter Co.

Radiology Editor's Recognition Award for reviewing with "Distinction," 1999

Radiology Editor's Recognition Award for reviewing with "Distinction," 2000

"Recognition of Extraordinary Teaching and Dedication to Pulmonary Disease." Pulmonary Medicine and Critical Care Division, Department of Internal Medicine, and Virginia Commonwealth University Chest Physicians, December 4, 2002

**MAJOR COMMITTEES:**

Billing Committee Meeting, Radiology Department, MCV Hospitals/VCU Medical Center, June 2005 **to present**

Occupational Pulmonary Disease Committee, Medical College of Virginia/Virginia Commonwealth University, May 1998 **to present**

4

Member, Faculty Senate, Virginia Commonwealth University, 1981 to 1982

Quality Control Committee, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, 1982 to 1983

Residency Evaluation Committee, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, 1983

University Radiologists Executive Committee, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, 1983

Nuclear Magnetic Resonance Investigation/Planning Committee, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, 1983

Radiology Information Systems Planning Committee, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, 1983

Credentials Committee, Medical College of Virginia/Virginia Commonwealth University, 1984 to 2001

Occupational Pulmonary Disease Committee, Medical College of Virginia/Virginia Commonwealth University, 1984 to 1995; 1998 **to present**

Medical School Curriculum Reform Steering Committee-MIV, Medical College of Virginia/Virginia Commonwealth University, 1986 to 1987

Member, Board of Directors, Virginia Commonwealth University Radiology Association, 1986 to 1987

Medical Care Evaluation Committee, Medical College of Virginia/ Virginia Commonwealth University, 1987 to 1995

Radiology Information Systems Planning Committee, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, 1987 to 1993

Coordinator, Development and Implementation, Quality Assurance Program, Department of Radiology, Medical College of Virginia/ Virginia Commonwealth University, 1987 to 1998

Radiology Representative, Medical School AIDS Committee, Medical College of Virginia/Virginia Commonwealth University, 1988 to 1989

Elected to Faculty Caucus of the University Council as alternate, Virginia Commonwealth University, 1988 to 1990

Member, Respiratory Subject Matter Committee, School of Medicine, Medical College of Virginia/Virginia Commonwealth University, 1988 to 1990

Member, Board of Directors, Virginia Commonwealth University Radiology Association, 1989 to 1997

Trauma Care Committee, Medical College of Virginia/Virginia Commonwealth University, 1993

Emergency Medical Services Committee, Medical College of Virginia/ Virginia Commonwealth University, 1990 to 1992

Radiology Residency Selection Committee, Medical College of Virginia/Virginia Commonwealth University, 1989 to 2001

Practice Effectiveness Committee, Medical College of Virginia/ Virginia Commonwealth University, May 1990 to 1992

Safe Medical Device Task Force, Medical College of Virginia/Virginia Commonwealth University, 1991

Medical College of Virginia Associated Physicians Malpractice Claims Review Committee, Medical College of Virginia/Virginia Commonwealth University, 1992 to 1995

Safe Medical Device Multidisciplinary Committee, Medical College of Virginia/Virginia Commonwealth University, 1991 to 1992

Continuous Quality Improvement Team: ER process of care evaluation, Medical College of Virginia/Virginia Commonwealth University, August 1992 - March 1994

Medical Center Strategic Planning Committee for Internal Cooperation, Medical College of Virginia/Virginia Commonwealth University, 1992

Medical Center Strategic Planning Committee for Faculty Performance Evaluation (Chairman), Medical College of Virginia/Virginia Commonwealth University, 1992

Medical Center Reengineering Task Force on Diagnostics, Medical College of Virginia/Virginia Commonwealth University, August, 1994 to February, 1995

Medical College of Virginia Associated Physicians Clinical Practice Committee, Medical College of Virginia/Virginia Commonwealth University, 1995 to 1999

Medical College of Virginia Hospital Radiology Patient Care Committee, Chairman, Medical College of Virginia/Virginia Commonwealth University, 1996 to 1998

Emergency Admissions Review and Transition Help Committee, Medical College of Virginia/Virginia Commonwealth University, 1996

Emergency Admissions Review Transition Help Sub-Committee for Diagnostics, Medical College of Virginia/Virginia Commonwealth University, 1996

Department of Emergency Medicine/Radiology Process Action Team, Medical College of Virginia/Virginia Commonwealth University, 1996

Department of Emergency Medicine/Radiology Utilization Review Committee, Medical College of Virginia/Virginia Commonwealth University, 1996

Stony Point Executive Council Committee, Medical College of Virginia/Virginia Commonwealth University, 1996 to 1998

Search Committee Member, Office of Vice Provost for Information Technology, Virginia Commonwealth University, October, 1996

Interim Chair, Credentials Committee, Medical College of Virginia/Virginia Commonwealth University, December, June, 1998 to October, 1998; Committee member through June 30, 2000

Radiology Residency Evaluation Committee, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, 1999 to 2001

Departmental Executive Committee, 1999 to 2001

Radiology Department Operations Committee, 2000 to 2001

**OTHER SIGNIFICANT SCHOLARLY, RESEARCH OR ADMINISTRATIVE EXPERIENCE:**

Continuous Quality Improvement Training, Medical College of Virginia/Virginia Commonwealth University, August, 1992

Counselor, Radiological Society of North America, 1991 to 1997

Member, Editorial Board and Chairman, selection panel for Chest Imaging for RadioGraphics, January, 1987 to 1990

Designated "A" Reader, Department of Health and Human Services, National Institute of Occupational Safety and Health, December, 1981 to July, 1985

Designated "B" Reader, Department of Health and Human Services, National Institute of Occupational Safety and Health, July 1, 1985. Recertified: 1989, 1993, 1997, 2001

Member, American College of Radiology Task Force on Pneumoconiosis of the Commission on Education, July, 1990 **to present**

7

Member, American College of Radiology Program Committee of the Task Force on Pneumoconiosis, July, 1990 **to present**

Manuscript Reviewer, RadioGraphics, 1987 **to present**

Manuscript Reviewer, Clinical Imaging, 1990 **to present**

Manuscript Reviewer, Journal of Thoracic Imaging, 1994 **to present**

Manuscript Reviewer, American Journal of Roentgenology, 1995 **to present**

Manuscript Reviewer, Radiology, 1997 **to present**

Appointed to Editorial Advisory Panel, American Journal of Roentgenology, 1998 **to present**

Appointed Section Editor, Section III, for Imaging, In Ayers S, Grenvik A, Holbrook P, Shoemaker W: <u>Textbook of Critical Care</u>, 4th edition

Chairman, American College of Radiology Task Force on Pneumoconiosis of the Commission on Education, 2004 **to present**


## BIBLIOGRAPHY

### PAPERS:

1. Roth FJ, Ranniger K, Beachley MC and Henry DA: Angiographic demonstration of a primary sarcoma of the pulmonary artery. Fortshr, GEB, Roentgenstr Nuklearmed, 1975; 22 (1):47-50.

2. Dietzler DN, Leckie M, Lais CJ, Henry DA, Rothert JH and Ferguson RM: Periodic inventory review as a strategy for survival in Escherichia Coli. J Biol Chem 1979; 254 (17):8288-8294.

3. LaSalle AJ, Andrassy RJ, Page CP, Henry DA and Buckley CJ: Intussusception of the appendiceal stump. Clin Ped 1980; 19 (6) 432-435.

4. Henry DA: Pulmonary cysts in progressive systemic sclerosis (Scleroderma). Revista Interamericana de Radiologica 1980;5:113-116.

5. Cho SR, Henry DA and Beachley MC: Round (helical) atelectasis. Br J Radiol 1981; 54:643-650.

6. Cho SR, Henry DA, Shaw CI and Liu CI: Vanishing esophageal intraluminal diverticulum. G.I. Radiol 1982; 7:315-317.

7.  Cho SR, Turner MA and Henry DA: Diabetic gastric neuropathy- gastroparesis diabeticorum.  J Can Assoc Rad 1983; 34:32-35.

8.  Cho SR, Henry DA, Schneider V, Turner MA: Polypoid carcinoma of the esophagus:  a distinct radiological and histopatho- logical entity.  Am J Gastroenterol 1983; 78:476-480.

9.  Henry DA and Cho SR: Tracheal stenosis in sarcoid.  South Med J 1983; 76:1323-1324.

10.  Lewis TD and Henry DA: Needle embolus:  A unique complication of drug abuse.  Ann Emerg Med 1985; 14:906-908.

11.  Henry D, Kiser P, Scheer C, Cho S, Tisnado J: Multiple Imaging Evaluation of Sarcoidosis: I. Airway Involvement.  RadioGraphics 1986; 6:75-85.  II. Cardiovascular Involvement.  RadioGraphics 1986; 6:85-95.

12.  Henry D, LeBolt S: Invasive hemodynamic monitoring: Radiologist's perspective.  RadioGraphics 1986; 6:535-572.

13.  Cho SR, Tisnado J, Cockrell C, Beachley M, Fratkin M, Henry D: Angiographic evaluation of patients with unilateral massive perfusion defects on lung scan.  RadioGraphics 1987; 7:729-745.

14.  Robinson J, Knoll R, Henry D: Intrathoracic granular cell myoblastoma:  Southern Medical Journal, 1988; 81:1453-1457.

15.  Jolles H, Henry D, Rupp S: RSNA case of the day.  Cor Triatriatum.  RadioGraphics 1988; 8:1227-1231.

16.  Henry D, Corcoran H, Lewis T, Barnhart G, Szentpetery S, Lower R: 0rthotopic cardiac transplantation: Evaluation with CT.  Radiology, 1989; 170:343-350.

17.  Henry D, Jolles H, Berberich J, Schmelzer V: The post cardiac surgery chest radiograph:  A clinically integrated approach.  J Thorac Imag, 1989; 4(3): 20-41.

18.  Henry DA: Uninvited guests: Cardiovascular foreign bodies.  New York J Med 1990, 90:347-48.

19.  Sabri MN, Henry DA, Wechsler AS, Disciascio G, Vetrovec GW: Late complications involving the ascending aorta after cardiac surgery - recognition and management.  Amer Heart J, 1991; 121:1779-1783.

20.  Bousamra M, Olak J, Henry DA, Wechsler AS: Vascular lesions of the mediastinum.  Chest Surgery Clinics of North America, 1992; 2:57-88.

21. Byrne K, Tatum J, Henry DA, Crossland M, Barnes T, Hirsch J, Thompson JA, Young J, Sugerman HJ: Increased morbidity with increased pulmonary albumin flux in septic adult respiratory distress syndrome. Critical Care Medicine, 1992; 20:28-35.

22. Cole T, Henry D, Jolles H, Proto A: Normal and abnormal vascular structures that simulate neoplasms on chest radiographs: Clues to diagnosis. Radiographics, 1995; 15: 867-891.

23. Simonetti O, Finn P, White R, Laub G, Henry D: "Black Blood" t2-weighted Inversion - Recovery MR Imaging of the Heart. Radiology, 1996; 199:49-57.

24. Jolles H, Henry D, Roberson J, Cole T, Spratt J. Mediastinitis Following Median Sternotomy: CT findings. Radiology, 1996; 201:463-466.

25. Henry DA. Chest Imaging in the Neurosciences Intensive Care Unit. Respiratory Care, 1999; 44:1064-1078.

26. Henry DA. International Labor Office Classification System in the Age of Imaging: Relevant or Redundant? J Thorac Imag, 2002; 17(3):179-188.

27. Wood MA, Wittkamp M, Henry DA, Martin R, Nixon JV, Shepard RK, Ellenbogen KA: A Comparison of Pulmonary Vein Ostial Anatomy by Computerized Tomography, Echocardiography, and Venography in Patients with Atrial Fibrillation Having Radiofrequency Catheter Ablation. Am J Cardiol 2004; 93:49-53.

28. Okum E, Henry D, Kasirajan V, DeAnda A: Cardiac Pheochromocytoma. J Thorac and Cardiovasc Surg 2005; 129:674-5.

29. DeAnda A, Kasirajan V, Henry D, Meyers S: Complete Regression of an Intramural Hematoma of the Aorta Following Distal Reperfusion. J Vasc Surg 2005; 42:149-52.

**ABSTRACTS:**

1. Cho SR, Henry DA, Beachley MC and Brooks JW: Round (helical) atelectasis. Radiology 142:816, March, 1982

2. Cho SR, Henry DA, Shaw CI, et al: Vanishing intraluminal diverticulum of the esophagus. Act Internat de Gastro-entero 4:193, 1983

3. Kiser PE, Henry DA, Scheer CE, Cho SR, Tisnado J: Multiple imaging evaluation of tracheobronchial and cardiovascular sarcoidosis. Radiology 153 (p) 353, November, 1984

4. Henry D, Lebolt S: Invasive hemodynamic monitoring: Radiologist's perspective. Radiology 157 (p) 351, 1985

5.  Henry D, Prasad U: Right upper lobectomy: Apical fissure realignment.  Radiology 161 (p) 237, 1986

6.  Tisnado J, Cho SR, Beachley M. Henry D: Complications of central venous pressure catheter placement.  Radiology 161 (p) 399, 1986

7.  Cho SR, Tisnado J, Cockrell C, Beachley M, Fratkin M, Henry D: Angiographic evaluation of patients with unilateral massive perfusion defects on the lung scan.  Radiology 161 (p) 395, 1986

8.  Henry D, Corcoran H, Lewis T: 0rthotopic cardiac trans-plantation: Evaluation with CT.  Radiology 165 (p) 82, 1987

9.  Henry D, Lewis T, Corcoran H, Proto A: 0rthotopic cardiac transplantation: Radiographic evaluation.  Radiology 165 (p) 393, 1987

10.  Henry DA, Jolles H, Berberich JJ, Schmelzer V: The post- cardiac surgery chest radiograph: a clinically integrated approach.  Radiology 173 (p) 456, 1989

11.  Henry DA, Jolles H, Berberich JJ, Schmelzer V: The post- cardiac surgery chest radiograph: a clinically integrated approach. Year Book of Diagnostic Radiology, 1991

12.  Henry DA: Imaging of critically ill patients: Radiology of the patient after cardiac surgery.  Radiology 189 (p) 86, 1993

13.  Henry DA: Imaging of critically ill patients.  Radiologic Critical Care: Clinically Focused.  Radiology 193 (p) 47, 1994

14.  Henry DA, Blinder R, Finn P, Simonetti O: Breath-held Cardiac MR Imaging.  Radiology 193 (p) 380, 1994

15.  Simonetti O, Finn P, Henry D, Laub G: Motion - artifact - free STIR Imaging of the Heart.  Radiology 193 (p) 160, 1994

16.  Cole T, Henry D, Jolles H, Proto A: Normal and abnormal vascular structures that simulate neoplasms on chest radiographs: Clues to diagnosis. Radiology 193 (p) 415, 1994

17.  Jolles H, Henry D, Roberson J, Cole T, Spratt J: Mediastinitis: Radiologic Facts and Fiction. Radiology 193 (p) 417, 1994

18.  Henry DA: Imaging of critically ill patients.  Radiology 197 (p) 95, 1995

19.  Jolles H, Henry D, Cole T: Clinically driven priority system for portable chest radiography.  Radiology 201 (p) 479, 1996

11

**BOOKS AND MONOGRAPHS:**

1.  Henry DA: Thoracic sarcoidosis. Syllabus, 17th Annual Radiology Postgraduate Course, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University: Chest Radiology, 36-37, March, 1981

2.  Henry DA: Chest Trauma. Syllabus, 17th Annual Radiology Postgraduate Course, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University: Chest Radiology, 60-62, March, 1981

3.  Henry DA: Computed tomography of the chest. Syllabus, Winter Retreat: Update on Pulmonary Disorders, Department of Medicine, Medical College of Virginia/Virginia Commonwealth University, 27-36, February, 1984

4.  Henry DA: Thoracic trauma: Radiologic triage of the chest radiograph. In: Proto A, Greene R, eds. Syllabus, Categorical course on Chest Radiology. American Roentgen Ray Society, 1986; 13-22

5.  Henry DA: Thoracic manifestations of AIDS. Syllabus, 22nd Annual Radiology Postgraduate Course. Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, 57-65, May, 1986

6.  Henry DA: The Swan-Ganz catheter: What the radiologist needs to know. Syllabus, Annual Postgraduate Course, Thoracic imaging. Society of Thoracic Radiology, 107-109, February, 1987

7.  Henry DA: The Swan-Ganz catheter: Radiologic evaluation. Syllabus, 23rd Annual Radiology Postgraduate Course, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University. The Chest, 103-105, April, 1987

8.  Henry DA: Chest Trauma. Syllabus, 23rd Annual Radiology Postgraduate Course, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University. The Chest, 53-66, April, 1987

9.  Henry DA: Acute care chest radiography. Syllabus, Emergency medicine for the primary care physician, Department of Surgery, Medical College of Virginia/Virginia Commonwealth University. April, 1987

10. Henry DA: The post-cardiac surgery chest radiograph. Syllabus, Thoracic Imaging, Annual Postgraduate Course, Society of Thoracic Radiology. May, 1991

11. Coppage L, Jolles H, Henry DA. Imaging of the Chest in the Intensive Care Setting, In Ayers S, Grenvik A, Holbrook P, Shoemaker W: Textbook of Critical Care, 3rd Edition. W.B. Saunders, Philadelphia, 1995, 332-346

12. Henry DA: CQI and the process of portable chest radiography. Syllabus. Thoracic Imaging, 1995, Society of Thoracic Radiology, 1995, 387-389

13. Henry DA: Radiologic evaluation of the patient following cardiac surgery. In Goodman L, Kuzo R. Critical Care Chest Radiography, Radiologic Clinics of North America, W. B. Saunders, Philadelphia, 1996, 34(1):119-135

14. Henry DA: Pulmonary Radiology in the Critical Care Patient Unit by Unit: The Neurosurgery ICU. Syllabus. Thoracic Imaging 1998, Society of Thoracic Radiology, 1998, 609-611

15. Jolles H, Henry DA, Coppage L, Cole T: Critical Care Imaging of the Chest, In Ayers S, Grenvik A, Holbrook P, Shoemaker W: Textbook of Critical Care, 4th edition. W.B. Saunders, Philadelphia, 2000, 397-417

16. Henry DA: Section Editor for Imaging, In Ayres S, Grenvik A, Holbrook P, Shoemaker W: Textbook of Critical Care, 4th edition. W.B. Saunders, Philadelphia, 2000, 392-506

17. Henry DA: Imaging in the New Millennium, In Critical Care Clinics, ICU Bedside Technology, a Look into the 21st Century. Halpern N, Pastores S, Cropello J (eds). W.B. Saunders, Philadelphia, 2000, 16:4:579-599

**SCIENTIFIC EXHIBITS:**

1. Henry DA and Beachley MC: Intravascular air in the neonate, presented to the Radiological Society of North America, Dallas, Texas, November, 1980.

2. Henry DA and Beachley MC: Intravascular air in the neonate, presented to the American Roentgen Ray Society, San Francisco, California, March, 1981.

3. Kiser PA, Henry DA, Cho SR and Tisnado J: Multiple imaging evaluations of cardiovascular and tracheobronchial sarcoidosis, presented to the American Roentgen Ray Society, Las Vegas, Nevada, April, 1984.

4. Kiser PA, Henry DA, Cho SR and Tisnado J: Multiple imaging evaluations of cardiovascular and tracheobronchial sarcoidosis, presented to the Radiological Society of North America, Washington, D.C., November, 1984, Awarded Honorable Mention.

5. Cho SR, Tisnado J, Cockrell CH, Beachley MC, Fratkin MJ, Henry DA, Kiser PE: Angiographic evaluation of patients with unilateral massive perfusion defects in the lung scan, presented to the American Roentgen Ray Society, Boston, Massachusetts, April, 1985.

6. Cho SR, Tisnado J, Cockrell CH, Beachley MC, Fratkin MJ, Henry DA, Kiser PE: Angiographic evaluation of patients with unilateral massive perfusion defects in the lung scan, presented to the International Congress of Radiology, Honolulu, Hawaii, July, 1985.

7. Henry D, LeBolt S: Invasive Hemodynamic monitoring: Radiologist's perspective. Presented to the Radiological Society of North America, Chicago, Ill, November, 1985.

8. Henry D, LeBolt S: Invasive Hemodynamic monitoring: Radiologist's perspective. Presented to the American Roentgen Ray Society, Washington, D.C., April, 1986.

9. Cho SR, Tisnado J, Cockrell CH, Beachley MC, Fratkin MJ, Henry D: Angiographic evaluation of patients with unilateral massive perfusion defects in lung scan. Presented to the Canadian Association of Radiologists, Halifax, N.S., June, 1986.

10. Cho SR, Tisnado J, Cockrell CH, Beachley MC, Fratkin MJ, Henry D: Angiographic evaluation of patients with unilateral massive perfusion defects in lung scan. Presented to the Radiologic Society of North America, Chicago, Ill, December, 1986.

11. Tisnado J, Cho SR, Beachley M, Henry D: Complications of central venous pressure catheter placement. Presented to the Radiologic Society of North America, Chicago, Ill, December, 1986.

12. Cho SR, Tisnado J, Beachley M, Henry D: Complications of central venous pressure catheter placement. Presented to the American Roentgen Ray Society, Miami, Florida, May, 1987.

13. Cho SR, Tisnado J, Beachley M, Henry D: Complications of central venous pressure catheter placement. Presented to the Canadian Association of Radiologists, Ottawa, Ontario, June, 1987.

14. Henry DA, Lewis TD, Corcoran HL, Proto AV: Orthotopic cardiac transplantation: Radiographic evaluation. Presented to the Radiological Society of North America and awarded "Certificate of Merit," Chicago, Illinois, November, 1987.

15. Henry DA, Lewis TD, Corcoran HL, Proto AV: Orthotopic cardiac transplantation: Radiographic evaluation. Presented to the American Ray Society and awarded the "Silver Medal," San Francisco, California, May, 1988.

16. Henry DA, Jolles H, Berberich JJ, Schmelzer V: The post-cardiac surgery chest radiograph: a clinically integrated approach. Presented to the Radiologic Society of North America, Chicago, Illinois, November, 1989.

17. Henry DA, Jolles H, Berberich JJ, Schmelzer V: The post- cardiac surgery chest radiograph: a clinically integrated approach. Presented to the American Roentgen Ray Society, Washington, D.C., May, 1990.

18. Henry D, Blinder R, Finn P, Simonetti O. Breath-held Cardiac MR Imaging. Presented to the Radiological Society North America, Chicago, Illinois, November, 1994.

14

19. Cole T, Henry D, Jolles H, Proto A: Normal and abnormal vascular structures that simulate neoplasms on chest radiographs: Clues to diagnosis. Presented to the Radiologic Society of North America, Chicago, Illinois, November, 1994.

20. Jolles H, Henry D, Roberson J, Cole T, Spratt J: Mediastinitis: Radiologic Facts and Fiction. Presented to the Radiological Society of North America, Chicago, Illinois, November, 1994.

21. Jolles H, Henry D, Cole T: Clinically driven priority system for portable chest radiography. Presented to the Radiological Society of North America, Chicago, Illinois, December, 1996.

22. Henry D, Shaw de Paredes E, Narla L, Turner M, May D, Smoker W, Tisnado J: What a Great Teaching Case! Seven Academic Radiologists Share Memorable Cases. Presented to the Radiological Society of North America, Chicago, Illinois, December, 2001.

## PAPERS PRESENTED:

1. Henry DA: Helical (round) Atelectasis, presented to the Virginia Chapter of the American College of Radiology, Hot Springs, Virginia, May, 1980.

2. Henry DA: Intravascular air in the neonate, presented to the Virginia Chapter of the American College of Radiology, Williamsburg, Virginia, May, 1981.

3. Henry DA: Post thromboembolic pulmonary edema: A study of focal and asymmetric edema patterns, presented to the Society of Thoracic Radiology, Newport Beach, California, February, 1986.

4. Henry DA: Right upper lobectomy: Apical fissure realignment. Presented to the Radiologic Society of North America, Chicago, Ill, December, 1986.

5. Henry DA: Thoracic computed tomography following cardiac transplantation. Presented to the Society of Thoracic Radiology, Orlando, Florida, February, 1987.

6. Henry DA: Orthotopic cardiac transplantation: Evaluation with CT. Presented to the Radiological Society of North America, Chicago, Illinois, November, 1987.

7. Henry DA, Jolles H, Barnett M: The cardiopulmonary bypass pseudo nodule. Presented to the Society of Thoracic Radiology, Naples, Florida, January, 1990.

8. Simonetti O, Finn P, Henry D, Laub G: Motion - artifact - free STIR Imaging of the Head. Presented to the Radiological Society of North America, Chicago, Illinois, November, 1994.

9. Mulvaney J, Cothran S, Henry D: Design Concept for Radiology Archive on the IBM Digital Library. Presented to the International Society for Optical Engineering, Newport Beach, CA, February, 1997.

10. Mulvaney J, Cothran S, Henry D: Clinical PACS using ATM for local and wide area networks. Presented to the International Society for Optical Engineering, Newport Beach, CA, February, 1997.

11. Ellenbogen K, Henry D, Wood M, Calkins H, Kay G, Hall J: Cardiac Magnetic Resonance Imaging (MRI) findings after right sided catheter maze procedures for atrial fibrillation using phased radiofrequency (RF) emergency. Presented to the American Heart Association, Atlanta, GA, October, 1999.

12. DeAnda A, Kasirajan V, Henry D, Meyers S: Complete Regression of an Intramural Hematoma of the Aorta Following Distal Reperfusion. Presented at the 29th Annual Meeting for the Southern Association for Vascular Surgery, Marco Island, FL, January 19-22, 2005.

**INVITED LECTURES:**

1. Henry DA: Mediastinum: A Radiologic Approach, Blackstone Family Practice Clinic, Blackstone, Virginia, March, 1979

2. Henry DA: Pulmonary Sarcoidosis, 17th Annual Radiology Postgraduate Course, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, Williamsburg, Virginia, March, 1981

3. Henry DA: Chest Trauma, 17th Annual Radiology Postgraduate Course, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, Williamsburg, Virginia, March, 1981

4. Henry DA: Thoracic Sarcoid - A Radiological Approach for Non-radiologists, Blackstone Family Practice Clinic, Blackstone, Virginia, April, 1981

5. Henry DA: A Targeted Approach to Chest Trauma, Richmond Radiologic Society, Richmond, Virginia, May, 1981

6. Henry DA: Thoracic Sarcoidosis - Old and New. Grand Rounds, McGuire Veterans Administration Hospital, Richmond, Virginia, November, 1981

7. Henry DA: Panelist, Pulmonary Case Conference, 30th Annual Conference on Pulmonary Disease, Virginia Thoracic Society, Arlington, Virginia, September, 1982

8. Henry DA: Computed Tomography of the Chest, Winter Retreat: Update on Pulmonary Disorders, Department of Medicine, Medical College of Virginia/Virginia Commonwealth University, Wintergreen, Virginia, February, 1984

9. Henry DA: Workshop on Intensive Care Radiology, Society of Thoracic Radiology, Newport Beach, California, February, 1986

16

10. Henry DA: Chest Trauma: Triage of the Chest Radiograph. Categorical course on Chest Radiology, American Roentgen Ray Society, Washington, DC, April, 1986

11. Henry DA: Thoracic Manifestations of AIDS. 22nd Annual Post-graduate Course in Radiology. Department of Radiology, Medical College of Virginia/Virginia Commonwealth University, Williamsburg, VA, May 1986

12. Henry DA: The Swan-Ganz Catheter. What the Radiologist Needs to Know. Annual Postgraduate Course in Thoracic Imaging, Society of Thoracic Radiology, Orlando, Florida, February, 1987

13. Henry DA: Chest Trauma. 23rd Annual Radiology Postgraduate Course, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University. The Chest, Richmond, Virginia, April, 1987

14. Henry DA: The Swan-Ganz Catheter. Radiologic evaluation. 23rd Annual Radiology Postgraduate Course, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University. The Chest, Richmond, Virginia, April, 1987

15. Henry DA: Post Thromboembolic Edema. A Study of Focal and Asymmetric Edema Patterns. 23rd Annual Radiology Post-graduate Course, Department of Radiology, Medical College of Virginia/Virginia Commonwealth University. The Chest, Richmond, Virginia, April, 1987

16. Henry DA: Acute Care Chest Radiography. Emergency Medicine for the Primary Care Physician, Department of Surgery, Medical College of Virginia/Virginia Commonwealth University, Williamsburg, Virginia, April, 1987

17. Henry DA: Hemodynamic Invasive Monitoring. Radiologist's perspective. Department of Radiology, University of Florida, Jacksonville, November 17, 1988

18. Henry DA: Chest Trauma. Triage of the Chest Radiograph. Department of Radiology, University of Florida, Jacksonville, November 17, 1988

19. Henry DA: Radiographic Staging of Lung Cancer. Department of Radiology, University of Florida, Jacksonville, November 18, 1988

20. Henry DA: The Post-Cardiac Surgery Chest Radiograph. Annual Postgraduate Course in Thoracic Imaging, Society of Thoracic Radiology, Toronto, May, 1991

21. Henry DA: Clinical Integration of the Post-Cardiac Surgery Chest Radiograph. Annual Guest Lecture, Department of Radiology, St. Mary's Hospital, Richmond, Virginia, July, 1991.

22. Henry DA: Asbestos Film Interpretation. American College of Radiology Symposium on the Radiology of the Pneumoconioses. Arlington, Virginia, September, 1991

23. Henry DA: Clinical Integration of the Post-Cardiac Surgery Chest Radiograph. Radiology Grand Rounds, Department of Radiology, Jefferson Medical College, Philadelphia, Pennsylvania, October 1, 1991

24. Henry DA: Asbestos Film Interpretation. American College of Radiology Symposium on the Radiology of the Pneumoconioses. Arlington, Virginia, November, 1992

25. Henry DA: Asbestos Film Interpretation. American College of Radiology Symposium on the Radiology of the Pneumoconioses. New Orleans, Louisiana, October, 1993

26. Henry DA: Imaging of Critically Ill Patients: Radiology of the Patient after Cardiac Surgery. Refresher course, Radiological Society of North America, Chicago, Illinois, December, 1993

27. Henry DA: Imaging of Critically Ill Patients: Clinically Focused. Refresher Course, Radiological Society of North America, Chicago, Illinois, November, 1994

28. Henry DA: Asbestos Film Interpretation. American College of Radiology Symposium on the Radiology of the Pneumoconioses, Arlington, Virginia, March, 1995

29. Henry DA: CQI and the Process of Portable Chest Radiography, Society of Thoracic Radiology, Amelia Island, Florida, March, 1995

30. Henry DA: Imaging of Critically Ill Patients: Clinically Focused. Refresher Course, Radiological Society of North America, Chicago, Illinois, November, 1995

31. Henry DA: Practical Cardiac MR Imaging, MRI Continuing Education Seminar, St. Mary's Hospital, Richmond, VA, August, 1996

32. Henry DA: Asbestos film interpretation. American College of Radiology Symposium on the Radiology of the Pneumoconiosis, Tyson's Corner, Virginia, October, 1996

33. Henry DA: PACS for the Enterprise, Focus on Teleradiology, ACR Virginia Chapter Meeting, Williamsburg, Virginia, May, 1997

34. Henry DA: Advances in Cardiac MRI, annual meeting of the Virginia Society of Radiologic Technologists, Charlottesville, Virginia, May, 1997

35. Henry DA: Pulmonary Radiology in the Critical Care Patient Unit by Unit: The Neurosurgery ICU. Annual meeting of the Society of Thoracic Radiology, San Juan, Puerto Rico, March, 1998

36. Henry DA: Asbestos film interpretation. American College of Radiology Symposium on the Radiology of the Pneumoconiosis, Tyson's Corner, Virginia, October, 1998

37. Henry DA: CT for Pulmonary Embolism Valid or Vapor. Virginia Thoracic Society Meeting, Richmond, Virginia, October, 2000

18

38. Henry DA: Asbestos film interpretation.  American College of Radiology Symposium on the Radiology of the Pneumoconiosis, Tyson's Corner, Virginia, October, 2001

39. Henry DA: Current Applications and Innovations in Chest CT. Interventional Bronchoscopy Seminar, Pulmonary Medicine Critical Care Division, Department of Internal Medicine, Virginia Commonwealth University Health System, Richmond, Virginia, October 2002

40. Henry DA, Brath LK, Parker MS: Chest Radiographic Signs: Case-Based Discussion for the Chest Physician. Chest 2002/American College of Chest Physicians, San Diego, California, November, 2002

## VISITING PROFESSOR

1.  Department of Radiology, University of Florida at Jacksonville, November 17-18, 1988

2.  Department of Radiology, Jefferson Medical College, Philadelphia, Pennsylvania, October 1, 1991

## VIDEOTAPED LECTURES

1.  Henry DA: Radiologic Critical Care: Clinically Focused, Radiological Society of North America, Chicago, Illinois, RSP 483, 1995

Revised 10/28/05

19