# Exhibit I



# W. R. Grace
## Asbestos Personal Injury
## Questionnaire

RE:                          **REDACTED**

Goldberg, Persky & White, P.C.
4800 Fashion Square Boulevard
Suite 260
Saginaw, MI 48604-2602

REC'D JAN 1 6 2006



000630031665


WR GRACE-PIQ 002332-002

[THIS PAGE INTENTIONALLY LEFT BLANK.]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE



WR GRACE-PIQ 002332-003

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

YOU HAVE RECEIVED THIS QUESTIONNAIRE BECAUSE GRACE BELIEVES THAT YOU HAD SUED ONE OR MORE OF THE DEBTORS LISTED IN APPENDIX A ATTACHED TO THIS QUESTIONNAIRE BEFORE GRACE FILED FOR BANKRUPTCY ON APRIL 2, 2001 FOR AN ASBESTOS-RELATED PERSONAL INJURY OR WRONGFUL DEATH CLAIM, AND THAT CLAIM WAS NOT FULLY RESOLVED.

IF YOU HAVE SUCH A CLAIM, YOU MUST COMPLETE AND SUBMIT THIS QUESTIONNAIRE BY JANUARY 12, 2006 TO RUST CONSULTING, INC., THE CLAIMS PROCESSING AGENT, AT ONE OF THE FOLLOWING ADDRESSES:

| IF SENT BY U.S. MAIL | IF SENT BY FEDERAL EXPRESS, UNITED PARCEL SERVICE, OR A SIMILAR HAND DELIVERY SERVICE |
|---|---|
| RUST CONSULTING, INC. | RUST CONSULTING, INC. |
| CLAIMS PROCESSING AGENT | CLAIMS PROCESSING AGENT |
| RE: W.R. GRACE & CO. BANKRUPTCY | RE: W.R. GRACE & CO. BANKRUPTCY |
| P.O. BOX 1620 | 201 S. LYNDALE AVE. |
| FARIBAULT, MN 55021 | FARIBAULT, MN 55021 |

A QUESTIONNAIRE (AND ANY AMENDMENTS OR ADDITIONAL DOCUMENTS IN SUPPORT OF THE QUESTIONNAIRE) WILL NOT BE CONSIDERED UNLESS RECEIVED BY RUST CONSULTING, INC. BY JANUARY 12, 2006.

THIS QUESTIONNAIRE IS AN OFFICIAL DOCUMENT APPROVED BY THE COURT IN CONNECTION WITH ESTIMATING GRACE'S ASBESTOS-RELATED PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AS A WHOLE. THE QUESTIONNAIRE IS BEING USED BY W. R. GRACE AS A MEANS TO SEEK INFORMATION ABOUT YOUR ASBESTOS CLAIM. BY TIMELY RETURNING THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE, GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION.

THE COURT HAS ORDERED THAT, AS PART OF THE DISCOVERY PROCESS, ALL HOLDERS OF PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS MUST COMPLETE AND RETURN THIS QUESTIONNAIRE. THUS, FAILURE TO TIMELY RETURN THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE MAY RESULT IN SANCTIONS AND/OR OTHER RELIEF AVAILABLE UNDER APPLICABLE FEDERAL RULES.

BECAUSE YOUR CLAIM WILL BE EVALUATED IN ACCORDANCE WITH THE TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION, COMPLETION OF THIS QUESTIONNAIRE DOES NOT MEAN THAT YOUR CLAIM WILL EITHER BE ALLOWED OR PAID. TO THE EXTENT YOU ATTACH TO THIS QUESTIONNAIRE DOCUMENTS ALSO NEEDED BY THE TRUST TO PROCESS YOUR CLAIM, SUCH DOCUMENTS WILL BE PROVIDED TO THE TRUST AND YOU WILL NOT NEED TO RESUBMIT THEM.

i



## INSTRUCTIONS

**A. GENERAL**

1.  This Questionnaire refers to any lawsuit that you filed before April 2, 2001 for an "asbestos-related personal injury or wrongful death claim." This term is intended to cover any lawsuit alleging any claim for personal injuries or damages that relates to: (a) exposure to any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors (or any of their respective past or present affiliates, or any of the predecessors of any of the Debtors or any of their respective past or present affiliates), or (b) exposure to vermiculite mined, milled or processed by the Debtors (or any of their respective past or present affiliates, any of the predecessors of any of the Debtors or any of their predecessors' respective past or present affiliates). It includes claims in the nature of or sounding in tort, or under contract, warranty, guarantee, contribution, joint and several liability, subrogation, reimbursement, or indemnity, or any other theory of law or equity, or admiralty for, relating to, or arising out of, resulting from, or attributable to, directly or indirectly, death, bodily injury, sickness, disease, or other personal injuries or other damages caused, or allegedly caused, directly or indirectly, and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors. It includes all such claims, debts, obligations or liabilities for compensatory damages such as loss of consortium, personal or bodily injury (whether physical, emotional or otherwise), wrongful death, survivorship, proximate, consequential, general, special, and punitive damages.

2.  Your Questionnaire will be deemed filed only when it has been received by Rust Consulting Inc., the Claims Processing Agent, via U.S. Mail, Federal Express, United Parcel Service or a similar hand delivery service. A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will **not** be accepted and will **not** be deemed filed.

    **Do not** send any Questionnaire to the Debtors, counsel for the Debtors, the Future Claimants Representative, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel. Questionnaires that are filed with or sent to anyone other than Rust Consulting, Inc. will be deemed not to have been submitted, and such Questionnaires will not be considered.

3.  Your completed Questionnaire must (i) be written in English, and (ii) attach relevant supporting materials as instructed further below.

4.  All holders of claims described on page i (and as described in further detail in Instruction A (1) above) are required to file this Questionnaire by Jan. 12, 2006. Your Questionnaire will be used in connection with the estimation hearing to be conducted by the Court pursuant to the Estimation Procedures Order (a copy of which is attached as Appendix B).

5.  Any subsequent amendment to the Questionnaire will not be considered for any purpose unless received by Jan. 12, 2006.

**B. PART I -- Identity of Injured Person and Legal Counsel**

Respond to all applicable questions. If you are represented by a lawyer, then in Part I (b), please provide your lawyer's name and the name, telephone number and address of his/her firm. If you are represented by a lawyer, he/she must assist in the completion of this Questionnaire. Also, if you would prefer that the Debtors send any additional materials only to your lawyer, instead of sending such materials to you, then check the box indicating this in Part I (b).

All references to "you" or the like in Parts I through X shall mean the injured person. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete this Questionnaire.

**C. PART II -- Asbestos-Related Condition(s)**

Please indicate all asbestos-related medical conditions for which you have been diagnosed. To complete questions related to injuries, medical diagnoses, and/or conditions, please use the following categories of customarily diagnosed conditions:

- Mesothelioma
- Asbestos-Related Lung Cancer
- Other Cancer (colon, laryngeal, esophageal, pharyngeal, or stomach)
- Clinically Severe Asbestosis
- Asbestosis
- Other Asbestos Disease

If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**Supporting Documents for Diagnosis:** This Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that support or conflict with your diagnosis.

**X-rays and B-reads:** Please attach all x-ray readings and reports. You may, but are not required to, attach chest x-rays. The court, however, has ruled that Grace may seek access to chest x-rays upon request.

**Pulmonary Function Tests:** Please attach all pulmonary function test results, including the actual raw data and all spirometric tracings, on which the results are based.

NR GRACE-PIQ 002332-005

**D. PART III – Direct Exposure to Grace Asbestos-Containing Products**

In Part III, please provide the requested information for the job and site at which yo_____ce asbestos-containing products. Indicate the dates of exposure to each Grace asbestos-containing product. If your exposure was a result of your employment, use the list of occupation and industry codes below to indicate your occupation and the industry in which you worked at each site. If you allege exposure to Grace asbestos-containing products at multiple sites, the Court has ordered that you must complete a separate Part III for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

Attach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the disease.

## Occupation Codes

01. Air conditioning and heating installer/maintenance
02. Asbestos miner
03. Asbestos plant worker/asbestos manufacturing worker
04. Asbestos removal/abatement
05. Asbestos sprayer/spray gun mechanic
06. Assembly line/factory/plant worker
07. Auto mechanic/bodywork/brake repairman
08. Boilermaker
09. Boiler repairman
10. Boiler worker/cleaner/inspector/engineer/installer
11. Building maintenance/building superintendent
12. Brake manufacturer/installer
13. Brick mason/layer/hod carrier
14. Burner operator
15. Carpenter/woodworker/cabinetmaker
16. Chipper
17. Clerical/office worker
18. Construction - general
19. Custodian/janitor in office/residential building
20. Custodian/janitor in plant/manufacturing facility
21. Electrician/inspector/worker
22. Engineer
23. Firefighter
24. Fireman
25. Flooring installer/tile installer/tile mechanic
26. Foundry worker
27. Furnace worker/repairman/installer
28. Glass worker
29. Heavy equipment operator (includes truck, forklift, & crane)
30. Insulator

31. Iron worker
32. Joiner
33. Laborer
34. Longshoreman
35. Machinist/machine operator
36. Millwright/mill worker
37. Mixer/bagger
38. Non-asbestos miner
39. Non-occupational/residential
40. Painter
41. Pipefitter
42. Plasterer
43. Plumber - install/repair
44. Power plant operator
45. Professional (*e.g.*, accountant, architect, physician)
46. Railroad worker/carman/brakeman/machinist/conductor
47. Refinery worker
48. Remover/installer of gaskets
49. Rigger/stevedore/seaman
50. Rubber/tire worker
51. Sandblaster
52. Sheet metal worker/sheet metal mechanic
53. Shipfitter/shipwright/ship builder
54. Shipyard worker (md. repair, maintenance)
55. Steamfitter
56. Steelworker
57. Warehouse worker
58. Welder/blacksmith
59. Other

## Industry Codes

001. Asbestos abatement/removal
002. Aerospace/aviation
100. Asbestos mining
101. Automotive
102. Chemical
103. Construction trades
104. Iron/steel
105. Longshore
106. Maritime
107. Military (other than U.S. Navy)
108. Non-asbestos products manufacturing

109. Petrochemical
110. Railroad
111. Shipyard-construction/repair
112. Textile
113. Tire/rubber
114. U.S. Navy
115. Utilities
116. Grace asbestos manufacture or milling
117. Non-Grace asbestos manufacture or milling
118. Other

WR GRACE-PIQ 002332-006

**E. PART IV – Indirect Exposure to Grace Asbestos-Containing Products**

In Part IV, please provide the information requested for any injury alleged to have been caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person. If you allege exposure through contact/proximity with multiple injured persons, please complete a separate Part IV for each injured person. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.

**F. PART V -- Exposure to Non-Grace Asbestos-Containing Products**

In Part V, please provide the requested information for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate Part V for each party. If exposure was in connection with your employment, use the list of occupation and industry codes in Part III to indicate your occupation and the industry in which you worked. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

**G. PART VI -- Employment History**

In Part VI, please provide the information requested for each industrial job you have held, other than jobs already listed in Parts III or V. Use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked for each job. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**H. PART VII -- Litigation and Claims Regarding Asbestos and/or Silica**

In Part VII, please describe any lawsuits and/or claims that were filed by you or on your behalf regarding asbestos or silica.

**I. PART VIII -- Claims by Dependents or Related Persons**

Part VIII is to be completed only by dependents or related persons (such as spouse or child) of an injured person who sued the Debtors before April 2, 2001 for an asbestos-related personal injury or wrongful death claim against Grace not involving physical injury to him-/herself on account of his/her own exposure. One example of such a claim would be a claim for loss of consortium. If you are asserting such a claim, complete the entire Questionnaire, providing all information and documentation regarding the injured person.

**J. PART IX -- Supporting Documentation**

In Part IX, please mark the boxes next to each type of document that you are submitting with this Questionnaire. As indicated in the instructions to Parts II and III, this Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that (a) support or conflict with your diagnosis and/or (b) establish exposure to Grace asbestos-containing products as having a substantial causal role in the development of the medical diagnoses and/or conditions claimed. Original documents provided to Grace will be returned within a reasonable time after its professionals and experts have reviewed the documents.

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such cost.

**K. PART X -- Attestation that Information is True, Accurate and Complete**

By signing Part X, you, the injured person, are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Questionnaire is true, accurate and complete. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete and sign Part X on behalf of the injured person.

The legal representative of the injured person must complete and sign Part X where indicated.

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL



WR GRACE-PIQ 002332-007

### a. GENERAL INFORMATION

Claimant objects to this Questionnaire for multiple reasons. The questionnaire is unduly burdensome especially given the time frame in which claimant is required to answer. Much of the information requested is equally accessible to WR Grace and claimant is being requested in many instances to compile, categorize and summarize information from documents that WR Grace can analyze as readily as claimant. The request for information include detailed requests for discovery information normally obtained as part of a discovery process in the underlying state court action, but claimant has been precluded from obtaining individual discovery against WR Grace by virtue of the bankruptcy stay. As such, the discovery requests violate claimant's fundamental due process rights and, if used in any fashion to determine the merits of the claim itself, claimant's right to a trial by jury. Parts of the information requested are privileged and confidential, Without waiving these objections, claimant is responding to this Questionnaire for the purposes indicated in the Preface to the Questionairre, i.e. "...GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION." Claimant objects to the use of this information for any reason to deny the merits of the claim and specifically limits the use of the information to "...prioritize" the claim as represented in the Questionairre.

1. Name of Claimant: _____    2. Gender: [X] Male [ ] Female

   First                MI              Last

3. Race (for purposes of evaluating Pulmonary Function Test results): ........................ [ ] White/Caucasian

   [ ] African American

   [ ] Other

4. Last Four Digits of Social Security Number:    **REDACTED**    5. Birth Date:

6. Mailing Address: _____

   Address              City         State/Province      Zip/Postal Code

7. Daytime Telephone Number: ...........................................................

### b. LAWYER'S NAME AND FIRM

1. Name of Lawyer:    Lane Clack

2. Name of Law Firm With Which Lawyer is Affiliated:  Goldberg, Persky & White, P.C.

3. Mailing Address of Firm:  4800 Fashion Square Boulevard, Suite 260  Saginaw, MI 48604-2602

   Address           City        State/Province    Zip/Postal Code

4. Law Firm's Telephone Number or Lawyer's Direct Line:......................................( 989) 799-4848

   [X] Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? ...................................................: [X] Living [ ] Deceased

   If deceased, date of death:................................................................ 12:00:00 AM

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:

   Primary Cause of Death (as stated in the Death Certificate): _____

   Contributing Cause of Death (as stated in the Death Certificate): _____

1

**PART II: ASBESTOS-RELATED CONDITION(S)**    WR GRACE-PIQ 002332-008

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1.  **Please check the box next to the condition being alleged:**

    ☐ Asbestos-Related Lung Cancer          ☐ Mesothelioma

    ☑ Asbestosis                            ☑ Other Cancer (cancer not related to lung cancer or mesothelioma)

    ☐ Other Asbestos Disease                ☐ Clinically Severe Asbestosis

    a.  **Mesothelioma:**    If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

        ☐ diagnosis from a pathologist certified by the American Board of Pathology

        ☐ diagnosis from a second pathologist certified by the American Board of Pathology

        ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

        ☐ other (please specify): _____



**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

**b.  Asbestos-Related Lung Cancer:**  If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

- ☐ findings by a pathologist certified by the American Board of Pathology
- ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health
- ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health
- ☐ evidence of asbestosis determined by pathology
- ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health
- ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health
- ☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)
- ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer
- ☐ other (please specify):_____

**c.  Other Cancer:**

(i)  If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:
- ☑ colon   ☐ pharyngeal   ☐ esophageal   ☐ laryngeal   ☐ stomach cancer
- ☐ other, please specify:_____

(ii)  Were you diagnosed with the above-indicated cancer based on the following (check all that apply):
- ☑ findings by a pathologist certified by the American Board of Pathology
- ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health
- ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health
- ☐ evidence of asbestosis determined by pathology
- ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer
- ☐ other (please specify):_____

3



WR GRACE-PIQ 002332-010

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

d.  **Clinically Severe Asbestosis:**  If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a  second B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify):_____

e.  **Asbestosis:**  If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a  second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify):_____



WR GRACE-PIQ 002332-011

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

**f.  Other Asbestos Disease:**  If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐  diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐  diagnosis determined by pathology

☐  a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐  a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐  a chest x-ray reading  other than those described above

☐  a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐  a pulmonary function test other than that discussed above

☐  a supporting  medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐  a CT Scan or similar testing

☐  a diagnosis other than those above

☐  other (please specify): _____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

PART II: ASBESTOS-RELATED CONDITION(S) (Continued)



WR GRACE-PIQ 002332-012

**2.  Information Regarding Diagnosis**

Claimant objects for the reason that the information requested  below is equally accessible to WR Grace from the attached medical records and reports and claimant refers WR Grace to the attached medical records and reports.  Claimant also objects because it would be unduly burdensome to require claimant to reproduce the information in summary fashion which is readily contained in the attached medical reports.  Claimant further objects because this case has not yet been set for trial as to WR Grace and full trial workup as to WR Grace may not yet have been completed.  WR Grace's discovery request is therefore untimely under applicable state law and may not reflect the evidence to be adduced against WR Grace at trial.

Date of Diagnosis: .................................................................... _5_/____/1994_

Diagnosing Doctor's Name: _Vargus_

Diagnosing Doctor's Specialty: _Pathologist    Surgeon_

Diagnosing Doctor's Mailing Address: _Pennock Hospital_
  <span style="margin-left:4em;">Address</span>

_Hastings_                          _mi_
City                               State/Province                      Zip/Postal Code

Diagnosing Doctor's Daytime Telephone Number: ....................................( ___ ) ___ - _____

**With respect to your relationship to the diagnosing doctor, check all applicable boxes:**

Was the diagnosing doctor your personal physician? .................................................................... [X] Yes   ☐ No

Claimant objects to the term "personal physician" for the reason that it is vague. Without waiving the objection, claimant interprets "personal" to mean a physician who reviewed information personal to claimant, and claimant asserts that the physicians who found asbestos-related disease in claimant reviewed personal information concerning claimant.  Claimant has attached copies of medical reports and records, and claimant refers WR Grace to such records to determine the nature of the relationship

Was the diagnosing doctor paid for the diagnostic services that he/she performed? .................................... [X] Yes   ☐ No

*If yes, please indicate who paid for the services performed:* Claimant has responsibility for payment for all services. If medical consultation was provided in connection with claimant's legal claim, the costs of such services are normally advanced by claimant's law firm and deducted from any settlements received

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? .......... ☐ Yes   ☐ No

Claimant objects for the reason that information concerning the attorney/client relationship is privileged.

Was the diagnosing doctor referred to you by counsel? .................................................................... ☐ Yes   [X] No

See the attached medical reports and records.

Are you aware of any relationship between the diagnosing doctor and your legal counsel? ......................... ☐ Yes   [X] No

*If yes, please explain:* _____

_____

WR GRACE-PIQ 002332-013

Claimant objects for the reason that the identity of the medical doctors is disclosed in the attached me___ and claimant refers WR Grace to such records. WR Grace has equal accessibility to the national registries which list board certifications for medical providers. Claimant is informed and believes that medical providers consulted by claimant's counsel are board certified in their appropriate fields. Claimant does not have personal knowledge concerning medical providers not consulted by counsel, but assumes this knowledge is accessible to WR Grace from the appropriate certification entities.

Claimant refers WR Grace to the attached medical reports or records to determine if the medical doctor performed a physical examination. Claimant further objects because this case has not yet been set for trial as to WR Grace and full trial workup as to WR Grace may not yet have been completed. WR Grace's discovery request is therefore untimely under applicable state law and may not reflect the evidence to be adduced against WR Grace at trial..

    **Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis?** ........................................................................................ ☐ Yes ☑ No

See attached medical records and reports

    **Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?** ........................................................................................ ☑ Yes ☐ No

See attached medical records and reports

    **Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis?** ........................................................................................ ☑ Yes ☐ No

See attached medical records and reports

    **Did the diagnosing doctor perform a physical examination?** ........................................ ☑ Yes ☐ No

See attached medical records and reports

**Do you currently use tobacco products?** ........................................................... ☐ Yes ☑ No
**Have you ever used tobacco products?** ............................................................. ☑ Yes ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

☑ Cigarettes   Packs Per Day (half pack = .5) _____5_____   Start Year _1930_ End Year _1991_

☐ Cigars   Cigars Per Day _____   Start Year _____   End Year _____

☐ If Other Tobacco Products, please specify (e.g., chewing tobacco): _____

    Amount Per Day _____   Start Year _____   End Year _____

**Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")?** ............... ☐ Yes ☑ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

_____

**3.**   **Information Regarding Chest X-Ray**

Claimant objects for the reason that claimant it is unclear what "your chest x-ray" refers to. In response to the question and without waiving the objection, claimant refers WR Grace to the attached medical records and reports.

**Please check the box next to the applicable location where your chest x-ray was taken (check one):**

☐ Mobile laboratory   ☐ Job site   ☐ Union Hall   ☐ Doctor office   ☐ Hospital   ☐ Other: _____

Address where chest x-ray taken: _____
                                     Address

City                                      State/Province                     Zip/Postal Code

PART II:  ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE-PIQ  002332-014

**4.   Information Regarding Chest X-Ray Reading**

Claimant objects for the reason that the information requested  below is equally accessible to WR Grace from the attached medical records and reports and claimant refers WR Grace to the attached medical records and reports. Additionally, it would be unduly burdensome to require that claimant's reproduce in summary form the evidence which is readily obtainable from the attached records. The information requested is contained to the extent available in the attached medical records and reports

Date of Reading: ___ / ___ / _____                ILO score: _____

Name of Reader: _____

Reader's Daytime Telephone Number: ................................... ( ___ ) ___ - ____

Reader's Mailing Address: _____
                                                    Address

_____
City                                                    State/Province                        Zip/Postal Code

**With respect to your relationship to the reader, check all applicable boxes:**

Was the reader paid for the services that he/she performed ..................................... [X] Yes   [ ] No

*If yes, please indicate who paid for the services performed:* Claimant has responsibility for payment for all services. If medical consultation was provided in connection with claimant's legal claim, the costs of such services are normally advanced by claimant's law firm and deducted from any settlements received

Did you retain counsel in order to receive any of the services performed by the reader? ........................... [ ] Yes   [ ] No

Claimant objects for the reason that information concerning the attorney-client relationship is privileged

Was the reader referred to you by counsel? ................................................... [ ] Yes   [ ] No

See the attached medical reports and records.

Are you aware of any relationship between the reader and your legal counsel? ....................... [ ] Yes   [X] No

*If yes, please explain:* _____

**Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?**
.................................................................................................... [ ] Yes   [ ] No

Claimant objects for the reason the information requested is equally accessible to WR Grace from the attached medical reports and the NIOSH list of certified B readers. Claimant is informed and believes that doctors consulted by counsel who complete ILO forms are generally NIOSH certified readers.

*If the reader is not a certified B-reader, please describe the reader's occupation,  specialty, and the method through which the reading was made:* _____

Claimant objects for the reasons stated in the previous question and claimant refers WR Grace to the attached medical records for the information requested.

**5.   Information Regarding Pulmonary Function Test:** ............................ Date of Test:  ___ / ___ / _____

Claimant objects for the reason that the information requested below is equally accessible to WR Grace from the attached medical records and reports and claimant refers WR Grace to the attached medical records and reports. Additionally, it would be unduly burdensome to require that claimant's reproduce in summary form the evidence which is readily obtainable from the attached records.   Claimant further objects because this case has not yet been set for trial as to WR Grace and full trial workup as to WR Grace may not yet have been completed.  WR Grace's discovery request is therefore untimely under applicable state law and may not reflect the evidence to be adduced against WR Grace at trial.
See the attached medical records and reports for the information  that is available.

List your height in feet and inches when test given: ............................................ _____ ft _____ inches

List your weight in pounds when test given: .................................................................... _____ lbs

WR GRACE-PIQ 002332-015

**Total Lung Capacity (TLC):** ...................................................................................... _____

**Forced Vital Capacity (FVC):** ................................................................................ _____ % of predicted

**FEV1/FVC Ratio:** ...................................................................................................... _____ % of predicted

**Name of Doctor Performing Test (if applicable):** _____

**Doctor's Specialty:** _____

**Name of Clinician Performing Test (if applicable):** _____

**Testing Doctor or Clinician's Mailing Address:** _____
                                                                                              Address

_____
City                                                    State/Province                                     Zip/Postal Code

**Testing Doctor or Clinician's Daytime Telephone Number:** ........................ ( __ __ __ ) __ __ __ - __ __ __ __

**Name of Doctor Interpreting Test:** _____

**Doctor's Specialty:** _____

**Interpreting Doctor's Mailing Address:** _____
                                                                            Address

_____
City                                                    State/Province                                     Zip/Postal Code

**Interpreting Doctor's Daytime Telephone Number:** ................................... ( __ __ __ ) __ __ __ - __ __ __ __

WR GRACE-PIQ 002332-016

## PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

**With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:**

If the test was performed by a doctor, was the doctor your personal physician? ........................................ ☐ Yes ☐ No

Claimant objects to the term "personal physician" for the reason that it is vague. Without waiving the objection, claimant interprets "personal" to mean a physician who reviewed information personal to claimant, and claimant asserts that the physicians who found asbestos-related disease in claimant reviewed personal information concerning claimant. Claimant has attached copies of medical reports and records, and claimant refers WR Grace to such records to determine the nature of the relationship.

Was the testing doctor and/or clinician paid for the services that he/she performed? ............................... ☒ Yes ☐ No

*If yes, please indicate who paid for the services performed:* <u>Claimant has responsibility for payment for all services. If medical consultation was provided in connection with claimant's legal claim, the costs of such services are normally advanced by claimant's law firm and deducted from any settlements received</u>

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician?.. ☐ Yes ☐ No

Claimant objects for the reason that information concerning the attorney-client relationship is privileged.

Was the testing doctor or clinician referred to you by counsel? .................................................................... ☐ Yes ☐ No

See the attached medical reports and records.

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ........... ☐ Yes ☒ No

*If yes, please explain:* _____

**Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?** ..................................................................................... ☐ Yes ☐ No

Claimant objects for the reason that the identity of the medical doctors is disclosed in the attached medical reports or records and claimant refers WR Grace to such records. WR Grace has equal accessibility to the national registries which list board certifications for medical providers. Claimant is informed and believes that medical providers consulted by claimant's counsel are board certified in their appropriate fields. Claimant does not have personal knowledge concerning medical providers not consulted by counsel, but assumes this knowledge is accessible to WR Grace from the appropriate certification entities.

**With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:**

Was the doctor your personal physician? ........................................................................................................ ☒ Yes ☐ No

Claimant objects to the term "personal physician" for the reason that it is vague. Without waiving the objection, claimant interprets "personal" to mean a physician who reviewed information personal to claimant, and claimant asserts that the physicians who found asbestos-related disease in claimant reviewed personal information concerning claimant. Claimant has attached copies of medical reports and records, and claimant refers WR Grace to such records to determine the nature of the relationship.

Was the doctor paid for the services that he/she performed? ....................................................................... ☒ Yes ☐ No

*If yes, please indicate who paid for the services performed:* <u>Claimant has responsibility for payment for all services. If medical consultation was provided in connection with claimant's legal claim, the costs of such services are normally advanced by claimant's law firm and deducted from any settlements received</u>

Did you retain counsel in order to receive any of the services performed by the doctor?........................... ☐ Yes ☐ No

Claimant objects for the reason that information concerning the attorney-client relationship is privileged.

Was the doctor referred to you by counsel? .................................................................................................. ☐ Yes ☐ No

See the attached medical reports and records.

Are you aware of any relationship between the doctor and your legal counsel? ........................................ ☐ Yes ☒ No

WR GRACE-PIQ 002332-017

*If yes, please explain* _____

**Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?** ............................ ☐ Yes ☐ No

Claimant objects for the reason that the identity of the medical doctors is disclosed in the attached medical reports or records and claimant refers WR Grace to such records. WR Grace has equal accessibility to the national registries which list board certifications for medical providers. Claimant is informed and believes that medical providers consulted by claimant's counsel are board certified in their appropriate fields. Claimant does not have personal knowledge concerning medical providers not consulted by counsel, but assumes this knowledge is accessible to WR Grace from the appropriate certification entities.

**6.  Information Regarding Pathology Reports:**

Claimant objects for the reason that the information requested below is equally accessible to WR Grace from the attached medical records and reports and claimant refers WR Grace to the attached medical records and reports. Additionally, it would be unduly burdensome to require that claimant's reproduce in summary form the evidence which is readily obtainable from the attached records. Claimant further objects because this case has not yet been set for trial as to WR Grace and full trial workup as to WR Grace may not yet have been completed. WR Grace's discovery request is therefore untimely under applicable state law and may not reflect the evidence to be adduced against WR Grace at trial.
See the attached medical records and reports for information that is available.

Date of Pathology Report: .......................... 9 /10/ 1997

Findings: Pleural Plaque Colon Cancer

Name of Doctor Issuing Report: Jaywant Pemar MD

Doctor's Specialty: Pathologist

Doctor's Mailing Address: 953 National Rd d
_____Address_____

Wheeling                    WV              26043
City                    State/Province          Zip/Postal Code

Doctor's Daytime Telephone Number: .......................... (304) 234-1099

**With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:**

Was the doctor your personal physician? ........................................... ☒ Yes ☐ No

Claimant objects to the term "personal physician" for the reason that it is vague. Without waiving the objection, claimant interprets "personal" to mean a physician who reviewed information personal to claimant, and claimant asserts that the physicians who found asbestos-related disease in claimant reviewed personal information concerning claimant. Claimant has attached copies of medical reports and records, and claimant refers WR Grace to such records to determine the nature of the relationship.

Was the doctor paid for the services that he/she performed? ........................................... ☒ Yes ☐ No

*If yes, please indicate who paid for the services performed:* Claimant has responsibility for payment for all services. If medical consultation was provided in connection with claimant's legal claim, the costs of such services are normally advanced by claimant's law firm and deducted from any settlements received.

Did you retain counsel in order to receive any of the services performed by the doctor? ........................ ☐ Yes ☐ No

Claimant objects for the reason that information concerning the attorney-client relationship is privileged.

Was the doctor referred to you by counsel? ........................................... ☐ Yes ☐ No

See the attached medical reports and records.

Are you aware of any relationship between the doctor and your legal counsel? ........................................... ☐ Yes ☒ No

*If yes, please explain:* _____

WR GRACE-PIQ 002332-018

**Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?**

...................................................................................................................................................... ☑ Yes ☐ No

Claimant objects for the reason that the identity of the medical doctors is disclosed in the attached medical reports or records and claimant refers WR Grace to such records. WR Grace has equal accessibility to the national registries which list board certifications for medical providers. Claimant is informed and believes that medical providers consulted by claimant's counsel are board certified in their appropriate fields. Claimant does not have personal knowledge concerning medical providers not consulted by counsel, but assumes this knowledge is accessible to WR Grace from the appropriate certification entities.

PART II:  ASBESTOS-RELATED CONDITION(S) (Continued)  ·

WR GRACE-PIQ  002332-019

7.  **With respect to the condition alleged, have you received medical treatment from a doctor for the condition?**
................................................................................................................ ☑ Yes ☐ No

Objection for the reason that it is unclear what is meant by the term "medical treatment".  Claimant believes that all work reflected in the attached medical records and reports involves medical treatments.  Without waiving the objection, Claimant refers WR Grace to the attached medical reports and records for work performed by the medical doctor.

*If yes, please complete the following:*

Name of Treating Doctor:  Vanuw

Treating Doctor's Specialty:  Oncologist / Surgeon / General Medicine

Treating Doctor's Mailing Address:  Pennuck  Hospite)
_____  Address
Hestings _____  MI _____
City                                    State/Province                    Zip/Postal Code

Treating Doctor's Daytime Telephone number: ................................ ( _ _ _ ) _ _ _ - _ _ _ _

Was the doctor paid for the services that he/she performed?................................ ☒ Yes ☐ No

*If yes, please indicate who paid for the services performed:*  Claimant has responsibility for payment for all services.  If medical condition was provided in connection with claimant's legal claim, the costs of such services are normally advanced by claimant's law firm and deducted from any settlements received.

Did you retain counsel in order to receive any of the services performed by the doctor?.................... ☐ Yes ☒ No

Claimant objects for the reason that information concerning the attorney-client relationship is privileged.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WR GRACE-PIQ 002332-020

# PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Claimant objects for the reason that the request is unduly burdensome give the time constraints claimant has to provide the information. For many years prior to WR Grace's bankruptcy, claimant through claimant's counsel had a tolling agreement with WR Grace which prevented litigation and discovery against WR Grace. Claimant is now being requested to produce trial ready evidence without the ability to individually discover evidence against WR Grace concerning specific job sites worked at by claimant and in a time frame that is unrealistically short. In addition, WR Grace historically has resolved claims for exposure at the job sites at issue, and WR Grace has access to the information concerning exposure which has been provided to WR Grace as part of prior administrative settlements. This request is therefore redundant and the information is as readily available to WR Grace as to claimant. Without waiving these objections, see attached for the exposure information currently available to claimant. In addition, claimant refers WR Grace to the Master Product Identification Evidence which has been submitted for all claimants and is incorporated herein by reference.

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products
(b) A worker who personally removed or cut Grace asbestos-containing products
(c) A worker who personally installed Grace asbestos-containing products
(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or by others
(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

Site of Exposure:

Site Name: _____    Location: _____

Site Type: ☐ Residence ☐ Business    Site Owner: _____

Employer During Exposure: _____

Unions of which you were a member during your employment: _____

| Job Description | Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code | Industry Code | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| Job 1 Description: Commercial Jobs | Zonolite | Co-workers | 1949-1972 | 13 | 103 | Yes Close proximity | d |
| Job 2 Description: Jons Slate | Zonolite | Co-workers | 1960's | 13 | 103 | Yes Close proximity | d |

14

WR GRACE-PIQ 002332-021

| Job 3 Description: | (Wsbroml) Zenolt-k | Cruwkes | 19605 | 13 | 143 | Close proximity | 1 |
| Job 4 Description: | Ou Chmeol Zenolit | Cruwkes | 1949-1970 | 13 | 113 | Obex proximity | D |
| Job 5 Description: | Zenilite Nucleor | Cruwkes | 1970 | 13 | 115 | Obex proximity | Q |
| Job 6 Description: | | | | | | | |
| Job 7 Description: | | | | | | | |
| Job 8 Description: | | | | | | | |
| Job 9 Description: | | | | | | | |
| Job 10 Description: | | | | | | | |
| Job 11 Description: | | | | | | | |
| Job 12 Description: | | | | | | | |
| Job 13 Description: | | | | | | | |
| Job 14 Description: | | | | | | | |
| Job 15 Description: | | | | | | | |
| Job 16 Description: | | | | | | | |

15

## PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODU

WR GRACE-PIQ 002332-022

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person?...................................................................................... ☐ Yes ☒ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: _____ Gender: ☐ Male ☐ Female

   Last Four Digits of Social Security Number: __ __ __ __          Birth Date: __ __ / __ __ / __ __

3. What is your Relationship to Other Injured Person:................................................☐ Spouse  ☐ Child  ☐ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:

   _____

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:

   From: __ __ / __ __ / __ __ __ __  To: __ __ / __ __ / __ __ __ __

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:

   _____

7. Has the Other Injured Person filed a lawsuit related to his/her exposure? ............................☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   Caption: _____

   Case Number: _____ File Date: __ __ / __ __ / __ __ __ __

   Court Name: _____

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:

   _____

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:

   From: __ __ / __ __ / __ __ __ __  To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:

    _____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

16

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Claimant objects for the reason that the request is unduly burdensome and equally accessible to WR Grace as claimant. Claimant is being requested to produce trial ready evidence in an unrealistically short time frame and in a time frame that does not necessarily track the discovery schedules of the underlying tort case. Further, this information is not necessary to determine exposure to a WR Grace product and would be irrelevant in determining whether a prima facie case exists against WR Grace. Additionally, WR Grace has equal access to this information. Without waiving these objections, claimant refers WR Grace to claimant's complaint in the underlying tort case which contains claimant's allegations of exposure and defendants' responses and motions concerning complaint's allegations.

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

**Party Against which Lawsuit or Claim was Filed:** _____

| Products(s) | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code (If Code 390 specify) | Industry Code (If Code 118 specify) | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If yes, please indicate your regular proximity to such areas. | Nature of Exposure |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Site of Exposure 1**

Site Name: _____

Address: _____

City and State: _____

Site Owner: _____

Job 1 Description: _____

Job 2 Description: _____

Job 3 Description: _____

**Site of Exposure 2**

Site Name: _____

Address: _____

City and State: _____

Site Owner: _____

Job 1 Description: _____

Job 2 Description: _____

Job 3 Description: _____

WR GRACE-PIQ 002332-023

17



WR GRACE-PIQ  002332-024

| Site of Exposure 3 | Job 1 Description: | | |
|---|---|---|---|
| Site Name: | | | |
| Address: | Job 2 Description: | | |
| City and State: | | | |
| Site Owner: | Job 3 Description: | | |

18

## PART VI: EMPLOYMENT HISTORY


WR GRACE-PIQ 002332-025

See attached work history.

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Occupation Code:** _13_  If Code 59, specify: _____

**Industry Code:** _103_  If Code 118, specify: _____

**Employer:** John B Rossi

**Beginning of Employment:** ___/___/1949    **End of Employment:** ___/___/1972

**Location:** Various
Address

Grand Rapids ; Muskegon; Holland; South Haven MI
City                                State/Province              Zip/Postal Code

**Occupation Code:** _13_  If Code 59, specify: _____

**Industry Code:** _103_  If Code 118, specify: _____

**Employer:** John B Rossi

**Beginning of Employment:** ___/___/1960's    **End of Employment:** ___/___/1960's

**Location:** Ferns State University Western Michigan
Address

University
City                                State/Province              Zip/Postal Code

**Occupation Code:** _13_  If Code 59, specify: _____

**Industry Code:** _102_  If Code 118, specify: _____

**Employer:** John B Rossi

**Beginning of Employment:** ___/___/1969    **End of Employment:** ___/___/1970

**Location:** Dow Chemical Company
Address

Midland                        MI
City                                State/Province              Zip/Postal Code

**Occupation Code:** _13_  If Code 59, specify: _____

**Industry Code:** _115_  If Code 118, specify: _____

**Employer:** John B Rossi

**Beginning of Employment:** ___/___/1970    **End of Employment:** ___/___/1970

**Location:** Palisades Nuclear Power
Address

South Haven        MI
City                                State/Province              Zip/Postal Code

**PART VII: LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR S**

WR GRACE-PIQ 002332-026

### a. LITIGATION

1. Have you ever been a plaintiff in a lawsuit regarding asbestos or silica? ............................................. [X] Yes ☐ No

   *If yes, please complete the rest of this Part VII(a) for each lawsuit. For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2. Please provide the caption, case number, file date, and court name for the lawsuit you filed:

   Caption:

   REDACTED

   Case Number: .                                      File Date:_ 2/27/1997

   Court Name:__ Bay County Circuit Court

3. Was Grace a defendant in the lawsuit? ............................................................................. [X] Yes ☐ No

4. Was the lawsuit dismissed against any defendant? ............................................................. ☐ Yes ☐ No

   Claimant objects because this request is unduly burdensome. As WR Grace well-knows, during the course of a lawsuit defendants are dismissed or added as evidence develops. In order to accurately answer this question, claimant would have to review the docket of the entire case which WR Grace can do as readily as claimant.

   *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*
   Claimant objects for the reasons stated above

5. Has a judgment or verdict been entered? ............................................................................ ☐ Yes [X] No

   Claimant interprets "judgment or verdict" to mean a finding of liability after a trial on the merits of an unliquidated claim. Based upon this understanding the answer is "no".

   *If yes, please indicate verdict amount for each defendant(s):* _____

6. Was a settlement agreement reached in this lawsuit? ......................................................... [X] Yes ☐ No

   Claimant objects for the reason that such information is confidential and is not reasonably calculated to lead to the discovery of admissible evidence. Moreover, the disclosure of such settlement information would chill settlement discussions with any remaining defendants. Claimant also objects because such information is not discoverable under controlling state law at this stage of litigation.

   *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*
   a. Settlement amount for each defendant: _____
   b. Applicable defendants: _____
   c. Disease or condition alleged: _____
   d. Disease or condition settled (if different than disease or condition alleged):_____

7. Were you deposed in this lawsuit? .................................................................................... [X] Yes ☐ No

   *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

**b.  CLAIMS**

WR GRACE-PIQ 002332-027

1.  Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? ........................................................................... [X] Yes ☐ No

    *If yes, please complete the rest of this Part VII(b).  If no, please skip to Part VIII.*

Claimant objects on the basis that the information requested is confidential and is not reasonably calculated to lead to the discovery of any admissible evidence.  In addition, by violating the confidentiality of settlements, disclosure of such information would chill settlement discussions with other defendants. The request is also unduly burdensome.  Claimant further objects because the information, if not confidential, would be equally accessible to WR Grace by subpoena.  It would be as burdensome for claimant to assemble the information as for WR Grace to do it.

2.  Date the claim was submitted: ...................................................................................... __ __ / __ __ / __ __ __ __

3.  Person or entity against whom the claim was submitted: _____

4.  Description of claim:  _____

5.  Was claim settled? ............................................................................................................... ☐ Yes ☐ No

6.  Please indicate settlement amount: ............................................................. $ _____

7.  Was the claim dismissed or otherwise disallowed or not honored? ...................................... ☐ Yes ☐ No

    *If yes, provide the basis for dismissal of the claim:* _____



NR GRACE-PIQ 002332-028

## PART VIII: CLAIMS BY DEPENDENTS OR RELATED PERSONS

Objection for the reason that the requested information is vague. Claimant is unclear about what is meant by the term "dependents or related persons". Because of this lack of clarity, claimant will answer only with respect to individuals claimed as dependents on IRS income tax returns currently if the asbestos victim is alive or prior to the time of death if the asbestos victim is deceased.

Name of Dependent or Related Person: _____    Gender: ☐ Male ☐ Female

Last Four Digits of Social Security Number: __ __ __ __    Birth Date: __ __ / __ __ / __ __ __ __

Financially Dependent: .................................................................................................................☐ Yes ☐ No

Relationship to Injured Party: ☐ Spouse ☐ Child ☐ Other  If other, please specify _____

Mailing Address: _____
Address

_____

City                                          State/Province                          Zip/Postal Code

Daytime Telephone number: .................................................... ( __ __ __ ) __ __ __ - __ __ __ __

## PART IX: SUPPORTING DOCUMENTATION

Please use the checklists below to indicate which documents you are submitting with this form.

Copies:
☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☑ Pathology reports
☑ Supporting documentation of exposure to Grace asbestos-containing products
☐ Supporting documentation of other asbestos exposure

☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Depositions from lawsuits indicated in Part VII of this Questionnaire
☐ Death Certification

Originals:
☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products

☐ Supporting documentation of other asbestos exposure
☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

_____

**PART X: ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE**

WR GRACE-PIQ 002332-029

The information provided in this Questionnaire must be accurate and truthful. This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim. The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 & 3571. **TO BE COMPLETED BY THE INJURED PERSON.**

I swear, <u>under penalty of perjury</u>, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete.

Signature: _Mildred J. Chase (P.R.)_  Date: _1/11/06_

Please Print Name: _

**TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.**

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: _____  Date: 11/30/2005

Please Print Name: _Lane Clack_

REDACTED



**Goldberg, Persky & White, P.C. - Michigan**

Trial Sheet

WR GRACE-PIQ 002332-030

| Client Name: | **REDACTED** | Cost/Matter/File: | B2598 - 1 - 1435 |
|---|---|---|---|
| Client SSN: | | ClientID: 569 | CaseID: 62261 |
| Client DOB: | Age if Living: 92 | Case Status: | SettledBankruptReman |
| Client DOD: | Age if Dec: | Referring Atty: | N/A |
| | Death Cert. ☐    LOA ☐    WDIF ☐ | Lien: | N/A |

| Client Status: | Single | Trial Date: | 11/25/1997 |
|---|---|---|---|
| Spouse Name: | | Jurisdiction: | MI: Bay |
| SS#: | DOB: | Date of Filing: | 2/27/1997 |
| PR Name: | | Case#: | 97-3160-NP-S |
| SS#: | DOB: | Judge: | Kenneth W. Schmidt |
| | | 1st Def: | 20th Century Glove Corp. of Texas |

☑ ─────    **REDACTED**    ──────────
☑

**Notes:**

| | CK Reqsted | Ordered | w/BTO | Mailed | Employer: | |
|---|---|---|---|---|---|---|
| SSPO: | | 2/21/1994 | | 5/17/1994 | Occupation: | Bricklayer |
| | Due Date: | | Completed: | | Union: | |
| Interrogs: | | | | | Begin Year: | 1945 |
| Brochure: | | | | | End Year: | 1971 |
| Meds: | | | | | Job Sites: | |
| Witness Lists: | | | | | | |
| Deposition: | | 10/2/1997 | | | | |

| Primary Disease: | Colon CA | Diag. Date: | | Approx. ☐ | Diag. Dr: |
|---|---|---|---|---|---|
| Secondary Disease: | | Diag. Date: | | | Diag. Dr: |

ILO:

| FVC: | FEV1FVC: | TLC: | DLCO: | FEF2575: | FEV1: | FEV3: |
|---|---|---|---|---|---|---|

Autopsy Report:

Other Med Reports: Dr. Mintek; Dr. Spindler; Pennock Hospital
(NOTE, ORIGINALLY WE THOUGHT THIS CASE WAS A MESOTHELIOMA, HOWEVER, IT WAS RULED OUT)

Plaintiff Expert: PARMAR: 1st Report=surgical procedure to remove plrl plq which is a marker of asbestos exposure & colon cancer. PARMAR ADDENDUM REPORT: links colon cancer to asbestosis, diagnosed pathologically & radiologically.

Defense Expert: CRISSMAN: asb.-related plrl plq. Colon CA not=asb exp. ECHNHRN: plrl change=asb exp. PRLBRG: 2/1/94 CXR=plr findings ?able asb exp.; no prnchyml.

Death Certificate:

NonSmoker ☐    Smoked: ☐    Started Smoking:    Quit Smoking:

Smoking Notes: Cigarettes, 1/2 PPD from 1930 to 1991.

**Goldberg, Persky & White, P.C. - Michigan**

Trial Sheet

WR GRACE-PIQ 002332-031

| | | | |
|---|---|---|---|
| Client Name: | REDACTED | Cost/Matter/File: | B2598 - 1 - 1435 |
| Client SSN: | | ClientID: 569 | CaseID: 62261 |
| Client DOB: | Age if Living: 92 | Case Status: | SettledBankruptReman |
| Client DOD: | Age if Dec: | Referring Atty: | N/A |
| | Death Cert. ☐   LOA ☐   WDIF ☐ | Lien: | N/A |

| | | | |
|---|---|---|---|
| Client Status: | Single | Trial Date: | 11/25/1997 |
| Spouse Name: | | Jurisdiction: | MI: Bay |
| | SS#:            DOB: | Date of Filing: | 2/27/1997 |
| PR Name: | | Case#: | 97-3160-NP-S |
| | SS#:            DOB: | Judge: | Kenneth W. Schmidt |
| | | 1st Def: | 20th Century Glove Corp. of Texas |

☑
☑   REDACTED

Notes:

| | CK Reqsted | Ordered | w/BTO | Mailed | | |
|---|---|---|---|---|---|---|
| SSPO: | | 2/21/1994 | | 5/17/1994 | Employer: | |
| | | | | | Occupation: | Bricklayer |
| | Due Date: | Completed: | | | Union: | |
| Interrogs: | | | | | Begin Year: | 1945 |
| Brochure: | | | | | End Year: | 1971 |
| Meds: | | | | | Job Sites: | |
| Witness Lists: | | | | | | |
| Deposition: | | 10/2/1997 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Primary Disease: | Colon CA | Diag. Date: | | Approx. ☐ | Diag. Dr: | | |
| Secondary Disease: | | Diag. Date: | | | Diag. Dr: | | |
| ILO: | | | | | | | |
| FVC: | FEV1FVC: | TLC: | DLCO: | FEF2575: | FEV1: | FEV3: | |
| Autopsy Report: | | | | | | | |

**Other Med Reports:** Dr. Mintek; Dr. Spindler; Pennock Hospital
(NOTE, ORIGINALLY WE THOUGHT THIS CASE WAS A MESOTHELIOMA, HOWEVER, IT WAS RULED OUT)

**Plaintiff Expert:** PARMAR: 1st Report=surgical procedure to remove plrl plq which is a marker of asbestos exposure & colon cancer. PARMAR ADDENDUM REPORT: links colon cancer to asbestosis, diagnosed pathologically & radiologically.

**Defense Expert:** CRISSMAN: asb.-related plrl plq. Colon CA not=asb exp. ECHNHRN: plrl change=asb exp. PRLBRG: 2/1/94 CXR=plr findings ?able asb exp.; no prnchyml.

**Death Certificate:**
NonSmoker ☐      Smoked: ☐      Started Smoking:            Quit Smoking:
Smoking Notes:    Cigarettes, 1/2 PPD from 1930 to 1991.

Goldberg, Persky & White, P.C. - Michigan

Label Sheet



WR GRACE-PIQ 002332-032

Client Name:          **REDACTED**          | Cost/Matter/File:   B2598   -  1  - 1435

# PENDING INFORMATION

| | | | |
|---|---|---|---|
| Initial Contact: | 1/18/1994 | InitialInterviewer: | |
| Union Mailing: | | W/DCL 4 CXR appt: | |
| Date Ques to Client: | | DR Clinic Appt: | / |
| Date Retainer to Client: | | Date Retainer Returned: | |
| Have CXR No Retainer: | | Date CXR taken: | |
| Date CXR to Dr: | | X-ray Facility Code: | |
| Date Open Letter: | | Date Closed Letter: | |
| | | Letter Type (1/P/C): | |
| Retainer follow-up letter: | | CXR follow-up letter: | |
| Init Contact Follow-up Letter: | | Responded Init Contact Ltr | |
| PR Follow-up Letter: | | | |



WR GRACE-PIQ 002332-033

# WR Grace - Client Job Summary   B2598-1

**Client:**    REDACTED

| Approximate Work Years | Job |
|---|---|
| 1960 to 1960 | Ferris State University, Big Rapids, MI |
| 1970 to 1970 | Consumers Power Palisades Nuclear Power Plant, South Haven, MI |
| 1969 to 1970 | Dow Chemical, Midland, MI |
| 1965 to 1965 | Western Michigan University, Kalamazoo, MI |

*WR Grace ClaimID:*  000630031665

PLAINTIFF'S DISCOVERY BROCHURE



NR GRACE-PIQ  002332-034

**PLAINTIFF:**                           **REDACTED**

**OCCUPATION:**  Tile Setter

**EMPLOYER(S):**  John B. Rossi Company

**WORK PLACE(S):** Various   Commercial   and   Industrial   jobs throughout the State of Michigan

**PERIOD WORKED:** 1949-1972

**JOB CONDITIONS:** Open and enclosed, inside and outside areas.

**NATURE OF EXPOSURE TO ASBESTOS:** Continuous involvement in (1) the handling and use of asbestos containing insulation, gasketing and packing products; (2) working in cooperation with an in close proximity to co-workers, in-house plant personnel and/or other tradesmen such as Asbestos Insulators, Pipefitters, Bricklayers, Drywall Construction Tradesmen, Boilermakers and Laborers involved in the handling, mixing, fabrication and application of asbestos containing insulation, drywall materials, refractories and castables consisting of pipecovering, block, cements, textiles, gasketing material, sheet asbestos, firebrick and refractory cements; (3) disturbance, deterioration, friability and removal of asbestos products previously installed; (4) shipping, handling and storage of asbestos products; (5) housekeeping of asbestos products; (6) contamination of asbestos dusts in the work place resulting from plant operations and the above existing conditions.



WR GRACE-PIQ 002332-035

JOB NUMBER: 1
PERIOD WORKED: 1949-1972
JOB SITE AND LOCATION: Various commercial jobs including:
Schools, Churches,
                    and Hospitals in the following areas:
Grand Rapids,
                    Muskegon, Holland, South Haven, Grand
Haven, Wolverine,
                    Black Lake, Traverse City, Ludington
and Cadillac, MI area
EMPLOYER: John B. Rossi Co.
LENGTH OF EXPOSURE: Approximately 20 years

        Plaintiff's investigation to date has identified the
following products as having been used significantly on this
job:

CONTRACTORS/DISTRIBUTORS/JOBBERS   PRESENT   AT   THE   JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS   SUCH   AS   BLOCK,   PIPECOVERING,   CEMENTS,   GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:   Bond Supply; Alexander Stafford; Acme Insulations;
Evert Asbestos; Harrison Piping; Duro Supply; Hi-Temp (Asbestos
Specialties)

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Illinois |
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 85% Mag pipecovering & block | Armstrong Cork (Armstrong World Industries) |
| 85% Mag pipecovering, block and cements | Johns-Manville |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| 85% Mag pipecovering, block and cements | Mundet Cork (Crown Cork & Seal) |
| 85% Mag pipecovering, block and cement | Pabco (Fibreboard) |
| Super 66 cement | Eagle Picher |
| 85% Mag pipecovering, block and cements | Philip Carey (Celotex/Rapid-American) |
| 7M-90 cement | Philip Carey (Celotex/Rapid-American) |
| Zonolite insulation | W.R. Grace |
| Insulating cement | A.P. Green |



WR GRACE-PIQ 002332-036

| Products: | | Manufacturers: |
|-----------|---|----------------|
| Asbestos paper | | Grant Wilson |
| Asbestos rope | | Grant Wilson |
| Insulating cement | | Grant Wilson |
| Insulating cement | | M.H. Detrick |
| Joint compounds | U.S. | Gypsum |
| Joint compounds | Gold | Bond (National Gypsum) |
| Asbestos containing gaskets and packing | | Garlock |
| Asbestos containing gaskets and packing | | Anchor Packing |
| Asbestos containing gaskets and packing | | Palmetto (Green Tweed) |
| Asbestos containing gaskets and packing | | Durabla |
| Asbestos containing gaskets and packing | | A.W. Chesterton |
| Oakum 310 and 310A | | Sealite |

Initial contacts with witnesses leads Plaintiff to believe that the following witnesses will be able to identify at least the following products. Further, it is anticipated that the following witnesses will also testify relative to the presence of distributors/contractors and/or jobbers as identified above although, unless noted, the witnesses have not been interviewed regarding distributors/jobbers and/or contractors:

## REDACTED

Will confirm exposures to those above identified asbestos-containing products.

*Merritt W. Bergklint, 960 Center Street, Muskegon, MI 49442 616-773-3283

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Harrison Piping

| Products: | | Manufacturers: |
|-----------|---|----------------|
| Kaylo pipecovering and block | | Owens-Illinois |
| Kaylo pipecovering and block | | Owens-Corning Fiberglas |
| Zonolite insulation | | W.R. Grace |
| Joint compounds | U.S. | Gypsum |
| Joint compounds | Gold | Bond (National Gypsum) |

---

(*) Denotes Plaintiff in an asbestos lawsuit.

3



WR GRACE-PIQ 002332-037

| Products: | Manufacturers: |
|---|---|
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets and packing | Anchor Packing |
| Asbestos containing gaskets and packing | Palmetto (Green Tweed) |
| Asbestos containing gaskets and packing | Durabla |
| Asbestos containing gaskets and packing | A.W. Chesterton |
| Oakum 310 and 310A | Sealite |

*Alvin W. Malone, 807 Merry Lane Terrace, Greenville, MI 48838
616-754-5459

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:  Harrison Piping

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Illinois |
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| 85% Mag pipecovering & block | Armstrong Cork (Armstrong World Industries) |
| 85% Mag pipecovering, block and cements | Johns-Manville |
| 85% Mag pipecovering, block and cements (Celotex/Rapid- | Philip Carey American) |
| 7M-90 cement (Celotex/Rapid- | Philip Carey American) |
| Zonolite insulation | W.R. Grace |
| Insulating cement | A.P. Green |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets and packing | Anchor Packing |
| Asbestos containing gaskets and packing | Palmetto (Green Tweed) |

---

(*) Denotes Plaintiff in an asbestos lawsuit.

4



WR GRACE-PIQ 002332-038

| Asbestos containing gaskets and packing | Durabla |
| Asbestos containing gaskets and packing | A.W. Chesterton |
| Oakum 310 and 310A | Sealite |

*John Westerhof, 5139 Marlowe, Kentwood, MI 49548 616-534-2247

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Illinois |
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| 85% Mag pipecovering & block | Armstrong Cork (Armstrong World Industries) |
| 85% Mag pipecovering, block and cements | Johns-Manville |
| 85% Mag pipecovering, block and cements (Celotex/Rapid- | Philip        Carey American) |
| Zonolite insulation | W.R. Grace |
| Insulating cement | A.P. Green |
| Asbestos rope | Grant Wilson |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets and packing | Anchor Packing |
| Asbestos containing gaskets and packing | Palmetto (Green Tweed) |
| Asbestos containing gaskets and packing | Durabla |
| Asbestos containing gaskets and packing | A.W. Chesterton |
| Oakum 310 and 310A | Sealite |

*Daniel H. Bergeron, 4710 Wheat Drive, Lowell, MI 49331 (616) 897-5891

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES:  Bond Supply; Harrison Piping; Asbestos Specialties (Hi-Temp Products); Duro Supply

| Products: | Manufacturers: |
|---|---|

---

(*) Denotes Plaintiff in an asbestos lawsuit.

5



WR GRACE-PIQ  002332-039

| | |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Asbestos rope | Grant Wilson |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets and packing | Anchor Packing |
| Products: | Manufacturers: |
| | |
| Asbestos containing gaskets and packing | Palmetto (Green Tweed) |
| Asbestos containing gaskets and packing | Durabla |
| Oakum 310 and 310A | Sealite |

\*Garth E. Crump, 1862 Rondo S.E., Kentwood, MI 49508 (616) 455-9544

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES:  Bond Supply; Harrison Piping; Asbestos Specialties (Hi-Temp Products)

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Asbestos rope | Grant Wilson |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets and packing | Anchor Packing |
| Asbestos containing gaskets and packing | Palmetto (Green Tweed) |
| Asbestos containing gaskets and packing | Durabla |
| Oakum 310 and 310A | Sealite |

\*Garold E. Myers, 1121 South Lake Reedy Boulevard, Frostproof, FL 33843 (813) 635-3579

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,

---

(\*) Denotes Plaintiff in an asbestos lawsuit.

6

WR GRACE-PIQ 002332-040

PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:   Bond Supply; Harrison Piping; Asbestos Specialties
(Hi-Temp Products)

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Asbestos rope | Grant Wilson |
| Joint compounds          U.S. | Gypsum |

| Products: | Manufacturers: |
|---|---|
| Joint compounds          Gold | Bond (National Gypsum) |
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets and packing | Anchor Packing |
| Asbestos containing gaskets and packing | Palmetto (Green Tweed) |
| Asbestos containing gaskets and packing | Durabla |
| Oakum 310 and 310A | Sealite |

*Bernard McWilliams, 1988 4 Mile Road, N.W., Garnd Rapids, MI
49507 (616) 784-0537

CONTRACTORS/DISTRIBUTORS/JOBBERS   PRESENT   AT   THE   JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS   SUCH   AS   BLOCK,   PIPECOVERING,   CEMENTS,   GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:  Alexander Stafford; Acme Insulations; Evert Asbestos

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Illinois |
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 85% Mag pipecovering & block | Armstrong   Cork   (Armstrong World Industries) |
| 85% Mag pipecovering, block and cements | Johns-Manville |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| 85% Mag pipecovering, block and cements | Mundet   Cork   (Crown   Cork   & Seal) |
| 85% Mag pipecovering, block | |

---

(*) Denotes Plaintiff in an asbestos lawsuit.

7

WR GRACE-PIQ 002332-041

|  | | |
|---|---|---|
| and cement | Pabco (Fibreboard) | |
| Super 66 cement | Eagle Picher | |
| 85% Mag pipecovering, block | | |
| and cements | Philip | Carey |
| (Celotex/Rapid- | | |
| | American) | |
| 7M-90 cement | Philip | Carey |
| (Celotex/Rapid- | | |
| | American) | |
| Zonolite insulation | W.R. Grace | |

(*) Denotes Plaintiff in an asbestos lawsuit.


WR GRACE-PIQ 002332-042

| Products: | Manufacturers: |
|---|---|
| Insulating cement | A.P. Green |
| Insulating cement | M.H. Detrick |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |

*Willis McWilliams, 1922 4 Mile Road, N.W., Grand Rapids, MI 48504 (616) 784-0536

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Alexander Stafford; Acme Insulations; Evert Asbestos

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Illinois |
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 85% Mag pipecovering & block | Armstrong Cork (Armstrong World Industries) |
| 85% Mag pipecovering, block and cements | Johns-Manville |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| 85% Mag pipecovering, block and cements | Mundet Cork (Crown Cork & Seal) |
| 85% Mag pipecovering, block and cement | Pabco (Fibreboard) |
| Super 66 cement | Eagle Picher |
| 85% Mag pipecovering, block and cements | Philip Carey (Celotex/Rapid-American) |
| 7M-90 cement | Philip Carey (Celotex/Rapid-American) |
| Zonolite insulation | W.R. Grace |
| Insulating cement | A.P. Green |
| Insulating cement | M.H. Detrick |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |

---

(*) Denotes Plaintiff in an asbestos lawsuit.

9

WR GRACE-PIQ 002332-043

(*) Denotes Plaintiff in an asbestos lawsuit.

WR GRACE-PIQ  002332-044

Richard Hodapp, 61 North Crooked Lake Road, Kalamazoo, MI 49007

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Alexander Stafford; Acme Insulations; Evert Asbestos

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Illinois |
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 85% Mag pipecovering & block | Armstrong Cork (Armstrong World Industries) |
| 85% Mag pipecovering, block and cements | Johns-Manville |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| 85% Mag pipecovering, block and cements | Mundet Cork (Crown Cork & Seal) |
| 85% Mag pipecovering, block and cement | Pabco (Fibreboard) |
| Super 66 cement | Eagle Picher |
| 85% Mag pipecovering, block and cements | Philip Carey (Celotex/Rapid-American) |
| 7M-90 cement | Philip Carey (Celotex/Rapid-American) |
| Zonolite insulation | W.R. Grace |
| Insulating cement | A.P. Green |
| Insulating cement | M.H. Detrick |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |

(*) Denotes Plaintiff in an asbestos lawsuit.

11

WR GRACE-PIQ 002332-045

*Richard Cramer, 4475 Fruitvale Rd., Montague, MI 48437 (616) 843-4845

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES:  Bond Supply; Alexander Stafford; Acme Insulations; Evert Asbestos

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| Super 66 cement | Eagle Picher |
| 7M-90 cement | Philip Carey (Celotex/Rapid-American) |
| Zonolite insulation | W.R. Grace |
| Insulating cement | A.P. Green |
| Asbestos paper | Grant Wilson |
| Insulating cement | Grant Wilson |
| Insulating cement | M.H. Detrick |

*Anthony Deboer, 1514 Winslow, N.W, Grand Rapids, MI 49504

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES:  Bond Supply; Alexander Stafford; Acme Insulations; Evert Asbestos; Duro Supply

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| Super 66 cement | Eagle Picher |
| 7M-90 cement | Philip Carey |

---

(*) Denotes Plaintiff in an asbestos lawsuit.

12


WR GRACE-PIQ 002332-046

(Celotex/Rapid-

| | |
|---|---|
| Zonolite insulation | American) |
| Products: | W.R. Grace |
| Insulating cement | Manufacturers: |
| Asbestos paper | A.P. Green |
| Insulating cement | Grant Wilson |
| Insulating cement | Grant Wilson |
| | M.H. Detrick |

*Wayne Vugteveen, 511 Lan Kamp, N.W., Grand Rapids, MI 49504 (616) 361-2406

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES:   Bond Supply; Alexander Stafford; Acme Insulations; Evert Asbestos; Duro Supply

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| Super 66 cement | Eagle Picher |
| 7M-90 cement | Philip     Carey |

(Celotex/Rapid-

| | |
|---|---|
| Zonolite insulation | American) |
| Insulating cement | W.R. Grace |
| Asbestos paper | A.P. Green |
| Insulating cement | Grant Wilson |
| Insulating cement | Grant Wilson |
| | M.H. Detrick |

*Daniel Ruell, 3351 East Morristown Road, Lake City, MI 49651 (616) 229-4223

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES:   Bond Supply; Alexander Stafford; Acme Insulations; Evert Asbestos; Duro Supply

| Products: | Manufacturers: |
|---|---|

---

(*) Denotes Plaintiff in an asbestos lawsuit.

13



WR GRACE-PIQ 002332-047

Kaylo pipecovering and block    Owens-Corning Fiberglas
Calsilite pipecovering and
        block                   Ruberoid (GAF)

(*) Denotes Plaintiff in an asbestos lawsuit.

14



WR GRACE-PIQ 002332-048

| Products: | Manufacturers: |
|---|---|
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| Super 66 cement | Eagle Picher |
| 7M-90 cement | Philip Carey (Celotex/Rapid-American) |
| Zonolite insulation | W.R. Grace |
| Insulating cement | A.P. Green |
| Asbestos paper | Grant Wilson |
| Insulating cement | Grant Wilson |
| Insulating cement | M.H. Detrick |

*Wayne Terberg, 209 Meadows Dr., Augusta, MI (616) 731-4934

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Alexander Stafford; Acme Insulations; Evert Asbestos

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Illinois |
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 85% Mag pipecovering & block | Armstrong Cork (Armstrong World Industries) |
| 85% Mag pipecovering, block and cements | Johns-Manville |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| 85% Mag pipecovering, block and cements | Mundet Cork (Crown Cork & Seal) |
| 85% Mag pipecovering, block and cement | Pabco (Fibreboard) |
| Super 66 cement | Eagle Picher |
| 85% Mag pipecovering, block and cements | Philip Carey (Celotex/Rapid-American) |
| 7M-90 cement | Philip Carey |

_____

(*) Denotes Plaintiff in an asbestos lawsuit.

15



WR GRACE-PIQ 002332-049

(Celotex/Rapid-

|  |  |
|---|---|
|  | American) |
| Zonolite insulation | W.R. Grace |
| Insulating cement | A.P. Green |
| Products: | Manufacturers: |
|  |  |
| Insulating cement | M.H. Detrick |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |

*Edward Ruell, 4932 Lawrence Road, Route 3, Nashville, MI 49073 (517) 852-9821

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Alexander Stafford; Acme Insulations; Evert Asbestos

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Illinois |
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 85% Mag pipecovering & block | Armstrong Cork (Armstrong World Industries) |
| 85% Mag pipecovering, block and cements | Johns-Manville |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| 85% Mag pipecovering, block and cements | Mundet Cork (Crown Cork & Seal) |
| 85% Mag pipecovering, block and cement | Pabco (Fibreboard) |
| Super 66 cement | Eagle Picher |
| 85% Mag pipecovering, block and cements | Philip Carey (Celotex/Rapid-American) |
| 7M-90 cement | Philip Carey (Celotex/Rapid-American) |
| Zonolite insulation | W.R. Grace |
| Insulating cement | A.P. Green |
| Insulating cement | M.H. Detrick |

---

(*) Denotes Plaintiff in an asbestos lawsuit.

16

NR GRACE-PIQ 002332-050

Joint compounds          U.S. Gypsum
Joint compounds          Gold Bond (National Gypsum)

---

(*) Denotes Plaintiff in an asbestos lawsuit.

17



WR_GRACE-PIQ 002332-051

*Jack Wilson, 53682 Flatbush Rd., Marcellus, MI 49067 (616) 279-5914

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Alexander Stafford; Acme Insulations; Evert Asbestos

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Illinois |
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 85% Mag pipecovering & block | Armstrong Cork (Armstrong World Industries) |
| 85% Mag pipecovering, block and cements | Johns-Manville |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| 85% Mag pipecovering, block and cements | Mundet Cork (Crown Cork & Seal) |
| 85% Mag pipecovering, block and cement | Pabco (Fibreboard) |
| Super 66 cement | Eagle Picher |
| 85% Mag pipecovering, block and cements | Philip Carey (Celotex/Rapid-American) |
| 7M-90 cement | Philip Carey (Celotex/Rapid-American) |
| Zonolite insulation | W.R. Grace |
| Insulating cement | A.P. Green |
| Insulating cement | M.H. Detrick |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |

*Leon Norris, O-6325 8th Ave., Grandville, MI 49418 (616) 457-9107

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Illinois |

_____

(*) Denotes Plaintiff in an asbestos lawsuit.

18



WR GRACE-PIQ 002332-052

Kaylo pipecovering and block    Owens-Corning Fiberglas
Calsilite pipecovering and
        block                 Ruberoid (GAF)

(*) Denotes Plaintiff in an asbestos lawsuit.

19



WR GRACE-PIQ 002332-053

| Products: | Manufacturers: |
|---|---|
| 85% Mag pipecovering & block | Armstrong Cork (Armstrong World Industries) |
| 85% Mag pipecovering, block and cements | Johns-Manville |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| 85% Mag pipecovering, block and cements | Mundet Cork (Crown Cork & Seal) |
| 85% Mag pipecovering, block and cement | Pabco (Fibreboard) |
| Super 66 cement | Eagle Picher |
| 85% Mag pipecovering, block and cements | Philip                 Carey (Celotex/Rapid-American) |
| 7M-90 cement | Philip                 Carey (Celotex/Rapid-American) |
| Zonolite insulation | W.R. Grace |
| Insulating cement | A.P. Green |
| Insulating cement | M.H. Detrick |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |

William Wells, 9717 4 Mile Road, Plainwell, MI 49080

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES:  Bond Supply; Harrison Piping; Duro Supply

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets and packing | Anchor Packing |
| Asbestos containing gaskets and packing | Palmetto (Green Tweed) |
| Asbestos containing gaskets | |

(*) Denotes Plaintiff in an asbestos lawsuit.

20



WR GRACE-PIQ 002332-054

                          and packing              Durabla
           Oakum 310 and 310A                      Sealite

*John Irwin, P.O. Box 552, Rockford, MI 49341

CONTRACTORS/DISTRIBUTORS/JOBBERS     PRESENT     AT     THE     JOBSITE
SUPPLYING  AND/OR  INSTALLING  ASBESTOS  CONTAINING  INSULATION
MATERIALS   SUCH   AS   BLOCK,   PIPECOVERING,   CEMENTS,   GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:  Bond Supply; Harrison Piping; Duro Supply; Hi-Temp
(Asbestos Specialties)

        Products:                     Manufacturers:

        Kaylo pipecovering and block  Owens-Corning Fiberglas
        Joint compounds        U.S. Gypsum
        Joint compounds        Gold Bond (National Gypsum)
        Asbestos containing gaskets
            and packing               Garlock
        Asbestos containing gaskets
            and packing               Anchor Packing
        Asbestos containing gaskets
            and packing               Palmetto (Green Tweed)
        Asbestos containing gaskets
            and packing               Durabla
        Oakum 310 and 310A            Sealite


*William Collick, 51805 Finch Road, Marcellus, MI 49067 (616)
646-9834

CONTRACTORS/DISTRIBUTORS/JOBBERS     PRESENT     AT     THE     JOBSITE
SUPPLYING  AND/OR  INSTALLING  ASBESTOS  CONTAINING  INSULATION
MATERIALS   SUCH   AS   BLOCK,   PIPECOVERING,   CEMENTS,   GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:  Bond Supply; Harrison Piping; Duro Supply; Hi-Temp
(Asbestos Specialties)

        Products:                     Manufacturers:

        Kaylo pipecovering and block  Owens-Corning Fiberglas
        Joint compounds        U.S. Gypsum
        Joint compounds        Gold Bond (National Gypsum)
        Asbestos containing gaskets
            and packing               Garlock
        Asbestos containing gaskets
            and packing               Anchor Packing
        Asbestos containing gaskets


        ─────────────────────────────────────────
        (*) Denotes Plaintiff in an asbestos lawsuit.

                                                        21



WR GRACE-PIQ 002332-055

| | |
|---|---|
| and packing | Palmetto (Green Tweed) |
| Asbestos containing gaskets | |
| and packing | Durabla |
| Oakum 310 and 310A | Sealite |

**JOB NUMBER: 2**
**PERIOD WORKED: Early-Mid 1960s**
**JOB SITE AND LOCATION:** Ferris State College, Big Rapids, Michigan
**EMPLOYER:** John B. Rossi Co.
**LENGTH OF EXPOSURE:** 4-6 months

Plaintiff's investigation to date has identified the following products as having been used significantly on this job:

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Alexander Stafford; Acme Insulations; Evert Asbestos

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| 7M-90 cement | Philip                    Carey |
| (Celotex/Rapid- | |
| | American) |
| Joint compounds         U.S. | Gypsum |
| Joint compounds         Gold | Bond (National Gypsum) |
| Asbestos containing gaskets | |
| and packing | Garlock |
| Asbestos containing gaskets | |
| and packing | Anchor Packing |
| Asbestos containing gaskets | |
| and packing | Palmetto (Green Tweed) |
| Zonolite insulation | W.R. Grace |

Initial contacts with witnesses leads Plaintiff to believe that the following witnesses will be able to identify at least the following products. Further, it is anticipated that the following witnesses will also testify relative to the presence of distributors/contractors and/or jobbers as identified above although, unless noted, the witnesses have not been interviewed regarding distributors/jobbers and/or contractors:

---

(*) Denotes Plaintiff in an asbestos lawsuit.

WR GRACE-PIQ 002332-056

*Alvin W. Malone, 807 Merry Lane Terrace, Greenville, MI 48838
616-754-5459

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| 7M-90 cement | Philip            Carey |
| (Celotex/Rapid- | |
| | American) |
| Joint compounds            U.S. | Gypsum |
| Joint compounds            Gold | Bond (National Gypsum) |
| Asbestos containing gaskets | |
|     and packing | Garlock |
| Asbestos containing gaskets | |
|     and packing | Anchor Packing |
| Asbestos containing gaskets | |
|     and packing | Palmetto (Green Tweed) |
| Zonolite insulation | W.R. Grace |

*Gary Aldrich, 407 West Jenny, Bay City, MI 48706 517-894-7921

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Alexander Stafford; Acme Insulations; Evert Asbestos

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Illinois |
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| 85% Mag pipecovering, block | |
|     and cements | Philip            Carey |
| (Celotex/Rapid- | |
| | American) |
| 85% Mag pipecovering, block | |
|     and cements | Johns-Manville |
| 85% Mag pipecovering, block | |
|     and cements | Mundet Cork (Crown Cork & |
| | Seal) |
| Insulating cement | North American Refractories |
| Asbestos block insulation Plibrico | |
| Insulating cement | Plibrico |
| Asbestos containing gaskets | |
|     and packing | Garlock |
| Asbestos containing gaskets | |
|     and packing | Anchor Packing |
| Asbestos containing gaskets | |
|     and packing | Palmetto (Green Tweed) |

---

(*) Denotes Plaintiff in an asbestos lawsuit.

23

```
                                              WR GRACE-PIQ 002332-057
```

|                                        |            |
|----------------------------------------|------------|
| Asbestos containing gaskets and packing | Durabla    |
| Zonolite insulation                    | W.R. Grace |

*Willis McWilliams, 1922 4 Mile Road, N.W., Grand Rapids, MI 48504 (616) 784-0536

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Alexander Stafford; Acme Insulations; Evert Asbestos

| Products:                                        | Manufacturers:                     |
|--------------------------------------------------|------------------------------------|
| Kaylo pipecovering and block                     | Owens-Illinois                     |
| Kaylo pipecovering and block                     | Owens-Corning Fiberglas            |
| 85% Mag pipecovering, block and cements          | Philip                Carey (Celotex/Rapid-American) |
| 85% Mag pipecovering, block and cements          | Johns-Manville                     |
| 85% Mag pipecovering, block and cements          | Mundet Cork (Crown Cork & Seal)    |
| Insulating cement                                | North American Refractories        |
| Asbestos block insulation                        | Plibrico                           |
| Insulating cement                                | Plibrico                           |
| Asbestos containing gaskets and packing          | Garlock                            |
| Asbestos containing gaskets and packing          | Anchor Packing                     |
| Asbestos containing gaskets and packing          | Palmetto (Green Tweed)             |
| Asbestos containing gaskets and packing          | Durabla                            |
| Zonolite insulation                              | W.R. Grace                         |

*Bernard McWilliams, 1988 4 Mile Road, N.W., Grand Rapids, MI 49507 (616) 784-0537

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Alexander Stafford; Acme Insulations; Evert Asbestos

| Products:      | Manufacturers:   |
|----------------|------------------|

_____

(*) Denotes Plaintiff in an asbestos lawsuit.

24

WR GRACE-PIQ 002332-058

| Kaylo pipecovering and block | Owens-Illinois |
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| 85% Mag pipecovering, block and cements (Celotex/Rapid- | Philip                    Carey American) |

| Products: | Manufacturers: |
|---|---|
| 85% Mag pipecovering, block and cements | Johns-Manville |
| 85% Mag pipecovering, block and cements | Mundet Cork (Crown Cork & Seal) |
| Insulating cement | North American Refractories |
| Asbestos block insulation | Plibrico |
| Insulating cement | Plibrico |
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets and packing | Anchor Packing |
| Asbestos containing gaskets and packing | Palmetto (Green Tweed) |
| Asbestos containing gaskets and packing | Durabla |
| Zonolite insulation | W.R. Grace |

*Leon Norris, O-6325 8th Ave., Grandville, MI 49418 (616) 457-9107

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Alexander Stafford; Acme Insulations; Evert Asbestos

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Illinois |
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| 85% Mag pipecovering, block and cements (Celotex/Rapid- | Philip                    Carey American) |
| 85% Mag pipecovering, block and cements | Johns-Manville |
| 85% Mag pipecovering, block and cements | Mundet Cork (Crown Cork & Seal) |
| Insulating cement | North American Refractories |
| Asbestos block insulation | Plibrico |

---

(*) Denotes Plaintiff in an asbestos lawsuit.

25

| | |
|---|---|
| Insulating cement | Plibrico |
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets and packing | Anchor Packing |
| Asbestos containing gaskets and packing | Palmetto (Green Tweed) |
| Asbestos containing gaskets and packing | Durabla |
| Zonolite insulation | W.R. Grace |

WR GRACE-PIQ 002332-059

(*) Denotes Plaintiff in an asbestos lawsuit.

WR GRACE-PIQ 002332-060

JOB NUMBER: 3
PERIOD WORKED: Early 1960s - 1972
JOB SITE AND LOCATION: Various commercial jobs including: Schools, Churches,
Hospitals in the Saginaw, Bay City and Essexville, MI area
EMPLOYER: John. B. Rossi
LENGTH OF EXPOSURE: Approximately 1 years

Plaintiff's investigation to date has identified the following products as having been used significantly on this job:

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon Devisser; Owens-Corning Fiberglas; Hollinger & Co.; Bay City Hardware; Jennison Hardware; Harrison Piping; Asbestos Specialties (Hi-Temp Products); Duro Supply

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| 85% Mag pipecovering, block and cement | Keasbey & Mattison/Turner & Newall |
| 85% Mag pipecovering, block and cements | Mundet Cork (Crown Cork & Seal) |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| Careytemp pipecovering and block | Philip Carey (Celotex/Rapid-American) |
| 7M-90 cement | Philip Carey (Celotex/Rapid-American) |
| Asbestos block insulation | M.H. Detrick |
| Insulating cement | M.H. Detrick |
| Stic-tite cement | Combustion Engineering |
| Insulating cement | A.P. Green |
| Insulating cements | GREFCO (General Refractories) |
| Insulating cement | Grant Wilson |
| Asbestos refractory cement | Rutland Fireclay |
| Kilnoise accoustical plaster | Basic Inc. |
| Kilnoise accoustical plaster | Pfizer |
| Accoustical plaster | U.S. Gypsum |
| Joint compounds | U.S. Gypsum |
| Accoustical plaster | Gold Bond (National Gypsum) |

_____

(*) Denotes Plaintiff in an asbestos lawsuit.

27



WR GRACE-PIQ 002332-061

| Products: | Manufacturers: |
|---|---|
| Joint compounds | Gold Bond (National Gypsum) |
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets and packing | Anchor Packing |
| Asbestos containing gaskets and packing | Palmetto (Green Tweed) |
| Asbestos containing gaskets and packing | Durabla |
| Zonolite insulation | W.R. Grace |
| Monokote fireproofing | W.R. Grace |
| Accoustical plaster | W.R. Grace |
| Cafco sprayed asbestos | U.S. Mineral Products |

Initial contacts with witnesses leads Plaintiff to believe that the following witnesses will be able to identify at least the following products. Further, it is anticipated that the following witnesses will also testify relative to the presence of distributors/contractors and/or jobbers as identified above although, unless noted, the witnesses have not been interviewed regarding distributors/jobbers and/or contractors:

## REDACTED

Will confirm exposures to those above identified asbestos-containing products.

*Richard Gage, 22580 Marion Rd., Brant, MI 48614

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon Devisser; Owens-Corning Fiberglas; Hollinger & Co.; Bay City Hardware; Jennison Hardware

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| 7M-90 cement (Celotex/Rapid-American) | Philip Carey |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets and packing | Anchor Packing |
| Asbestos containing gaskets | |

---

(*) Denotes Plaintiff in an asbestos lawsuit.

WR GRACE-PIQ 002332-062

| | |
|---|---|
| and packing | Palmetto (Green |
| Asbestos containing gaskets | |
| and packing | Durabla |
| Zonolite insulation | W.R. Grace |

Lloyd Fox, 503 Harvard, Bay City, MI   48706

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon Devisser; Owens-Corning Fiberglas; Hollinger & Co.; Bay City Hardware; Jennison Hardware.

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| 7M-90 cement | Philip                    Carey |
| (Celotex/Rapid- | |
| | American) |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Asbestos containing gaskets | |
| and packing | Garlock |
| Asbestos containing gaskets | |
| and packing | Anchor Packing |
| Asbestos containing gaskets | |
| and packing | Palmetto (Green Tweed) |
| Asbestos containing gaskets | |
| and packing | Durabla |
| Zonolite insulation | W.R. Grace |

*Joseph G. Endstrasser, 312 South Lynn, Bay City, MI 48706 517-893-0150

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| 7M-90 cement | Philip                    Carey |
| (Celotex/Rapid- | |
| | American) |
| Insulating cement | A.P. Green |
| Insulating cements | GREFCO          (General |
| Refractories) | |
| Asbestos refractory cement | Rutland Fireclay |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Zonolite insulation | W.R. Grace |

Eugene Lauria, 416 Pinconning Rd., Pinconning, MI   48650

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| 7M-90 cement | Philip                    Carey |

(*) Denotes Plaintiff in an asbestos lawsuit.

29

(Celotex/Rapid-


WR GRACE-PIQ 002332-063

                                    American)
    Insulating cement              A.P. Green
    Insulating cements             GREFCO              (General
Refractories)
    Asbestos refractory cement     Rutland Fireclay
    Joint compounds        U.S. Gypsum
    Joint compounds        .  Gold Bond (National Gypsum)
    Zonolite insulation            W.R. Grace

*Niel A. Detloff, Sr., 1799 South River Road, Midland, MI 48640
517-835-6515

    Products:                      Manufacturers:

    Kaylo pipecovering and block   Owens-Corning Fiberglas
    Asbestos block insulation M.H. Detrick
    Insulating cement              M.H. Detrick
    Stic-tite cement               Combustion Engineering
    Insulating cement              A.P. Green
    Insulating cements             GREFCO              (General
Refractories)
    Asbestos refractory cement     Rutland Fireclay
    Kilnoise accoustical plaster   Basic Inc.
    Kilnoise accoustical plaster   Pfizer
    Accoustical plaster            U.S. Gypsum
    Joint compounds        U.S. Gypsum
    Accoustical plaster            Gold Bond (National Gypsum)
    Joint compounds        Gold Bond (National Gypsum)
    Zonolite insulation            W.R. Grace
    Monokote fireproofing          W.R. Grace
    Accoustical plaster            W.R. Grace
    Cafco sprayed asbestos         U.S. Mineral Products

*Albert L. Hildebrandt, 3140 North Thomas, Freeland, MI 48623
517-781-1211

    Products:                      Manufacturers:

    Kaylo pipecovering and block   Owens-Corning Fiberglas
    Asbestos block insulation M.H. Detrick
    Insulating cement              M.H. Detrick
    Stic-tite cement               Combustion Engineering
    Insulating cement              A.P. Green
    Insulating cements             GREFCO              (General
Refractories)
    Asbestos refractory cement     Rutland Fireclay
    Kilnoise accoustical plaster   Basic Inc.
    Kilnoise accoustical plaster   Pfizer
    Accoustical plaster            U.S. Gypsum
    Joint compounds        U.S. Gypsum
    Accoustical plaster            Gold Bond (National Gypsum)
    Joint compounds        Gold Bond (National Gypsum)
    Zonolite insulation            W.R. Grace

_____

    (*) Denotes Plaintiff in an asbestos lawsuit.



WR GRACE-PIQ 002332-064

| | |
|---|---|
| Monokote fireproofing | W.R. Grace |
| Accoustical plaster | W.R. Grace |
| Cafco sprayed asbestos | U.S. Mineral Products |

*Leo E. Smith, 4450 Stello Road, Saginaw, MI 48609 517-865-9488

| Products: | Manufacturers: |
|---|---|
| Monokote fireproofing | W.R. Grace |
| Accoustical plaster | W.R. Grace |
| Cafco sprayed asbestos | U.S. Mineral Products |
| Kaylo pipecovering and block | Owens-Corning Fiberglas |

| Products: | Manufacturers: |
|---|---|
| Kilnoise accoustical plaster | Basic Inc. |
| Kilnoise accoustical plaster | Pfizer |
| Accoustical plaster | U.S. Gypsum |
| Accoustical plaster | Gold Bond (National Gypsum) |

*Emery L. Chartier, 539 Dodson Court, BayCity, MI 48708 (517) 893-4390

| Products: | Manufacturers: |
|---|---|
| Monokote fireproofing | W.R. Grace |
| Accoustical plaster | W.R. Grace |
| Cafco sprayed asbestos | U.S. Mineral Products |
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Kilnoise accoustical plaster | Basic Inc. |
| Kilnoise accoustical plaster | Pfizer |
| Accoustical plaster | U.S. Gypsum |
| Accoustical plaster | Gold Bond (National Gypsum) |

*Howard V. Sova, 809 Caravelle, Saginaw, MI 48604 (517) 755-4965

| Products: | Manufacturers: |
|---|---|
| Monokote fireproofing | W.R. Grace |
| Accoustical plaster | W.R. Grace |
| Cafco sprayed asbestos | U.S. Mineral Products |
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Kilnoise accoustical plaster | Basic Inc. |
| Kilnoise accoustical plaster | Pfizer |
| Accoustical plaster | U.S. Gypsum |
| Accoustical plaster | Gold Bond (National Gypsum) |

*Eugene Thomas, 4000 Harold #113, Saginaw, MI 48601 (517) 752-7627

| Products: | Manufacturers: |
|---|---|
| Monokote fireproofing | W.R. Grace |
| Accoustical plaster | W.R. Grace |
| Cafco sprayed asbestos | U.S. Mineral Products |

(*) Denotes Plaintiff in an asbestos lawsuit.

WR GRACE-PIQ 002332-065

| | |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Kilnoise accoustical plaster | Basic Inc. |
| Kilnoise accoustical plaster | Pfizer |
| Accoustical plaster | U.S. Gypsum |
| Accoustical plaster | Gold Bond (National Gypsum) |

(*) Denotes Plaintiff in an asbestos lawsuit.

32

*William R. Glass, P.O. Box 2211, Port Charlotte, 
(813) 627-4363

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon Devisser; Owens-Corning Fiberglas; Bay City Hardware; Jennison Hardware; Duro Supply

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| 85% Mag pipecovering, block and cement | Keasbey & Mattison/Turner & Newall |
| Careytemp pipecovering and block | Philip Carey (Celotex/Rapid-American) |
| 7M-90 cement | Philip Carey (Celotex/Rapid-American) |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Zonolite insulation | W.R. Grace |

*Gerald H. Duquette, 4877 Simpson Road, Owosso, MI 48867
517-725-9033

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| 7M-90 cement | Philip Carey (Celotex/Rapid-American) |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Zonolite insulation | W.R. Grace |

(*) Denotes Plaintiff in an asbestos lawsuit.

*Robert Abbs, 312 North Trumbull, Bay City, MI 487
6345

WR GRACE-PIQ 002332-067

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:   Coon Devisser; Owens-Corning Fiberglas; Bay City
Hardware; Jennison Hardware; Duro Supply

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| 85% Mag pipecovering, block and cement | Keasbey & Mattison/Turner & Newall |
| Careytemp pipecovering and block | Philip Carey (Celotex/Rapid-American) |
| 7M-90 cement | Philip Carey (Celotex/Rapid-American) |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Zonolite insulation | W.R. Grace |

*Robert Salois, 5439 Baxman Rd., Bay City, MI 48706 (517)
786-0020

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:   Coon Devisser; Owens-Corning Fiberglas; Bay City
Hardware; Jennison Hardware; Duro Supply

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| 85% Mag pipecovering, block and cement | Keasbey & Mattison/Turner & Newall |
| Careytemp pipecovering and block | Philip Carey (Celotex/Rapid-American) |
| 7M-90 cement | Philip Carey (Celotex/Rapid-American) |
| Joint compounds | U.S. Gypsum |

(*) Denotes Plaintiff in an asbestos lawsuit.

34