

Joint compounds          Gold Bond (National
Zonolite insulation      W.R. Grace

*Jerome Dasky, 564 W. Salzburg Road, Auburn, MI 48611 (517) 662-6908

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon Devisser; Owens-Corning Fiberglas; Hollinger & Co.; Bay City Hardware; Jennison Hardware

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Zonolite insulation | W.R. Grace |

*Ralph Machleit, 11753 Grass Lake Road, Barryton, MI 49305

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon Devisser; Owens-Corning Fiberglas; Hollinger & Co.; Bay City Hardware; Jennison Hardware

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| 85% Mag pipecovering, block and cement | Keasbey & Mattison/Turner & Newall |
| 85% Mag pipecovering, block and cements | Mundet Cork (Crown Cork & Seal) |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| Careytemp pipecovering and block | Philip Carey (Celotex/Rapid-American) |

_____

(*) Denotes Plaintiff in an asbestos lawsuit.

WR GRACE-PIQ 002332-069

```
7M-90 cement                     Philip
(Celotex/Rapid-
                                 American)
Asbestos block insulation M.H. Detrick
Insulating cement                M.H. Detrick
Products:                        Manufacturers:

Stic-tite cement                 Combustion Engineering
Insulating cement                A.P. Green
Insulating cements (Refractories) GREFCO                (General
                                 Refractories)
Joint compounds                  U.S. Gypsum
Joint compounds                  Gold Bond (National Gypsum)
Zonolite insulation              W.R. Grace
```

*Duane Vizina, Box 4, Afton, MI 49705 (616) 238-9616

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon Devisser; Owens-Corning Fiberglas; Hollinger & Co.; Bay City Hardware; Jennison Hardware

```
Products:                        Manufacturers:

Kaylo pipecovering and block     Owens-Corning Fiberglas
Calsilite pipecovering and
     block                       Ruberoid (GAF)
7M cement                        Ruberoid (GAF)
85% Mag pipecovering, block
     and cement                  Keasbey & Mattison/Turner &
                                      Newall
85% Mag pipecovering, block
     and cements                 Mundet Cork (Crown Cork &
                                      Seal)
Thermobestos pipecovering and
     block                       Johns-Manville
352 cement                       Johns-Manville
Careytemp pipecovering and
     block                       Philip Carey (Celotex/Rapid-
                                      American)
7M-90 cement                     Philip              Carey
(Celotex/Rapid-
                                 American)
Joint compounds                  U.S. Gypsum
Joint compounds                  Gold Bond (National Gypsum)
Zonolite insulation              W.R. Grace
```

(*) Denotes Plaintiff in an asbestos lawsuit.

WR GRACE-PIQ 002332-070

*Pat Kelley, 3292 Ponemah Dr., Fenton, MI 48430 (313

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES:  Coon Devisser; Owens-Corning Fiberglas

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Asbestos block insulation | M.H. Detrick |
| Insulating cement | M.H. Detrick |
| Stic-tite cement | Combustion Engineering |
| Insulating cement | A.P. Green |
| Insulating cements | GREFCO                    (General Refractories) |
| Insulating cement | Grant Wilson |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Zonolite insulation | W.R. Grace |

*Jim Noykos, Box 393, Beaverton, 48612 MI (517) 435-9974

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES:  Coon Devisser; Owens-Corning Fiberglas; Bay City Hardware; Jennison Hardware; Duro Supply

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| 85% Mag pipecovering, block and cement | Keasbey & Mattison/Turner & Newall |
| Careytemp pipecovering and block | Philip Carey (Celotex/Rapid-American) |
| 7M-90 cement | Philip                    Carey (Celotex/Rapid-American) |
| Insulating cement | A.P. Green |
| Insulating cements | GREFCO                    (General Refractories) |
| Asbestos refractory cement | Rutland Fireclay |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Zonolite insulation | W.R. Grace |

---

(*) Denotes Plaintiff in an asbestos lawsuit.

WR GRACE-PIQ 002332-071

(*) Denotes Plaintiff in an asbestos lawsuit.

*Ronald Holcomb, 2547 Shaffer Road, Midland, MI 689-3555

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon Devisser; Owens-Corning Fiberglas; Hollinger & Co.; Bay City Hardware; Jennison Hardware

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| Stic-tite cement | Combustion Engineering |
| Insulating cement | A.P. Green |
| Insulating cements | GREFCO (General Refractories) |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Zonolite insulation | W.R. Grace |

*Derwin Finney, 2430 S. Five Mile Road, Midland, MI 48640

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon Devisser; Owens-Corning Fiberglas; Hollinger & Co.; Bay City Hardware; Jennison Hardware

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Zonolite insulation | W.R. Grace |

(*) Denotes Plaintiff in an asbestos lawsuit.

39



WR GRACE-PIQ 002332-073

*Robert Mason, 6725 Marion Street, Palm Point, 33533 (813) 697-0056

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon Devisser; Owens-Corning Fiberglas

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Asbestos block insulation | M.H. Detrick |
| Insulating cement | M.H. Detrick |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Zonolite insulation | W.R. Grace |

*Frank Egan, 1955 Mack Rd., Saginaw, MI 48601 (517) 755-2003

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon Devisser; Owens-Corning Fiberglas

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Asbestos block insulation | M.H. Detrick |
| Insulating cement | M.H. Detrick |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Zonolite insulation | W.R. Grace |

Donald Krenz, 9860 Woodland Drive, Box 194, Bayport, MI 48720

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon Devisser; Owens-Corning Fiberglas

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Asbestos block insulation | M.H. Detrick |
| Insulating cement | M.H. Detrick |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Zonolite insulation | W.R. Grace |

_____

(*) Denotes Plaintiff in an asbestos lawsuit.

*Ronald Hebert, 806 West Borton Road, Essexvil 
(517)
893-9227

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:  Coon Devisser; Owens-Corning Fiberglas; Hollinger &
Co.; Bay City Hardware; Jennison Hardware

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Zonolite insulation | W.R. Grace |

Donald Schultz, 21 Valentine Ct., Saginaw, MI 48603  (517)
792-4228

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| 85% Mag pipecovering, block and cement | Keasbey & Mattison/Turner & Newall |
| 85% Mag pipecovering, block and cements | Mundet Cork (Crown Cork & Seal) |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| 7M-90 cement | Philip          Carey (Celotex/Rapid-American) |
| Asbestos block insulation | M.H. Detrick |
| Insulating cement | M.H. Detrick |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Zonolite insulation | W.R. Grace |

(*) Denotes Plaintiff in an asbestos lawsuit.



*Roy Cherry, 836 South Boutell, Essexville, MI 487
2326

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| 85% Mag pipecovering, block and cement | Keasbey & Mattison/Turner & Newall |
| 85% Mag pipecovering, block and cements | Mundet Cork (Crown Cork & Seal) |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| 7M-90 cement | Philip           Carey (Celotex/Rapid-American) |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Zonolite insulation | W.R. Grace |

*James M. Kelly, 447 South Lincoln, Bay City, MI 48708 (517)
893-7088

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering | Owens-Corning Fiberglas |
| Kilnoise accoustical plaster | Basic Inc. |
| Kilnoise accoustical plaster | Pfizer |
| Accoustical plaster | U.S. Gypsum |
| Accoustical plaster | Gold Bond (National Gypsum) |

*Edwin Bigelow, 3970 East Britton Road, Bancroft, MI 48414
(517)
634-9097

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering | Owens-Corning Fiberglas |
| Kilnoise accoustical plaster | Basic Inc. |
| Kilnoise accoustical plaster | Pfizer |
| Accoustical plaster | U.S. Gypsum |
| Accoustical plaster | Gold Bond (National Gypsum) |

*Roger R. Richard, 5224 Riverview Drive, Bridgeport, MI 48722
517-777-3093

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering | Owens-Corning Fiberglas |
| Kilnoise accoustical plaster | Basic Inc. |
| Kilnoise accoustical plaster | Pfizer |

_____

(*) Denotes Plaintiff in an asbestos lawsuit.

| | |
|---|---|
| Accoustical plaster | U.S. Gypsum |
| Accoustical plaster | Gold Bond (Na[...] |

WR GRACE-PIQ 002332-076

*Clarence Richard, 1376 North Center, Saginaw, MI 58603 (517) 792-7820

Products:                          Manufacturers:

Kaylo pipecovering               Owens-Corning Fiberglas
Kilnoise accoustical plaster     Basic Inc.
Kilnoise accoustical plaster     Pfizer
Accoustical plaster              U.S. Gypsum
Accoustical plaster              Gold Bond (National Gypsum)

Blaine LaVigne, 745 Campbell, Flint, MI

Products:                          Manufacturers:

Kaylo pipecovering               Owens-Corning Fiberglas
Kilnoise accoustical plaster     Basic Inc.
Kilnoise accoustical plaster     Pfizer
Accoustical plaster              U.S. Gypsum
Accoustical plaster              Gold Bond (National Gypsum)

Hubert Cushman, 4376 South Belsay Road, Flint, MI

Products:                          Manufacturers:

Kaylo pipecovering               Owens-Corning Fiberglas
Kilnoise accoustical plaster     Basic Inc.
Kilnoise accoustical plaster     Pfizer
Accoustical plaster              U.S. Gypsum
Accoustical plaster              Gold Bond (National Gypsum)

*Charles W. Apsey, 4826 Leaside Drive, Saginaw, MI 48603 (517) 792-5227

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon Devisser; Owens-Corning Fiberglas; Bay City Hardware; Jennison Hardware; Harrison Piping; Asbestos Specialties (Hi-Temp Products); Duro Supply

Products:                          Manufacturers:

Kaylo pipecovering and block     Owens-Corning Fiberglas
Asbestos block insulation M.H.   Detrick
Insulating cement                M.H. Detrick
Stic-tite cement                 Combustion Engineering
Insulating cement                A.P. Green
Insulating cements               GREFCO              (General
Refractories)

_____

(*) Denotes Plaintiff in an asbestos lawsuit.

43

WR GRACE-PIQ 002332-077

| Products: | Manufacturers: |
|---|---|
| Insulating cement | Grant Wilson |
| Asbestos refractory cement | Rutland Fireclay |
| Joint compounds | U.S. Gypsum |
| Joint compounds | Gold Bond (National Gypsum) |
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets and packing | Anchor Packing |
| Asbestos containing gaskets and packing | Palmetto (Green Tweed) |
| Asbestos containing gaskets and packing | Durabla |
| Zonolite insulation | W.R. Grace |

(*) Denotes Plaintiff in an asbestos lawsuit.

44

JOB NUMBER: 4
PERIOD WORKED: Mid 1960s
JOB SITE AND LOCATION: Western Michigan University, Kalamazoo, Michigan
EMPLOYER: John B. Rossi Co.
LENGTH OF EXPOSURE: 4-6 months

WR GRACE-PIQ 002332-078

Plaintiff's investigation to date has identified the following products as having been used significantly on this job:

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Owens-Corning Fiberglas; Kalamazoo Asbestos; Bond Supply; Galloup Pipe & Supply

| Products: | Manufacturers: | |
|---|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas | |
| Calsilite pipecovering and block | Ruberoid (GAF) | |
| 7M cement | Ruberoid (GAF) | |
| Super 66 cement | Eagle Picher | |
| Monoblock, Super Powerhouse and No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) | |
| Thermobestos pipecovering and block | Johns-Manville | |
| 352 cement | Johns-Manville | |
| 7M-90 cement | Philip | Carey |
| (Celotex/Rapid- | American) | |
| Joint compounds | U.S. Gypsum | |
| Joint compounds | National Gypsum | |
| Zonolite insulation | W.R. Grace | |

Initial contacts with witnesses leads Plaintiff to believe that the following witnesses will be able to identify at least the following products. Further, it is anticipated that the following witnesses will also testify relative to the presence of distributors/contractors and/or jobbers as identified above although, unless noted, the witnesses have not been interviewed regarding distributors/jobbers and/or contractors:

## REDACTED

Will confirm exposures to those above identified asbestos-containing products.

---

(*) Denotes Plaintiff in an asbestos lawsuit.

*Ward A. Apple, 7059 West Harrison Road, Alm
517-463-1948

WR GRACE-PIQ 002332-079

Products:                                   Manufacturers:

Kaylo pipecovering and block    Owens-Corning Fiberglas
7M-90 cement                            Philip                    Carey
(Celotex/Rapid-
                                                   American)
Joint compounds                    U.S. Gypsum
Joint compounds                    National Gypsum
Zonolite insulation                  W.R. Grace

*Luther E. Hilliard, 317 Berry Avenue, Lansing, MI 48910
517-882-7685

Products:                                   Manufacturers:

Kaylo pipecovering and block    Owens-Corning Fiberglas
7M-90 cement                            Philip                    Carey
(Celotex/Rapid-
                                                   American)
Joint compounds                    U.S. Gypsum
Joint compounds                    National Gypsum
Zonolite insulation                  W.R. Grace

*William Barker, 14661 Barton Lake Drive, Vicksburg, MI 49097
(616) 649-0318

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:  Owens-Corning Fiberglas; Kalamazoo Asbestos; Bond
Supply; Galloup Pipe & Supply

Products:                               Manufacturers:
Kaylo pipecovering and block    Owens-Corning Fiberglas
Calsilite pipecovering and
        block                              Ruberoid (GAF)
7M cement                               Ruberoid (GAF)
Super 66 cement                      Eagle Picher
Monoblock, Super Powerhouse
        and No. 1 Plus cement      Baldwin-Ehret-Hill (Keene)
Thermobestos pipecovering and
        block                              Johns-Manville
352 cement                            Johns-Manville
7M-90 cement                         Philip                    Carey
(Celotex/Rapid-
                                                   American)
Joint compounds                    U.S. Gypsum
Joint compounds                    National Gypsum

(*) Denotes Plaintiff in an asbestos lawsuit.

46

Zonolite insulation                W.R. Grace



NR GRACE-PIQ 002332-080

Doug Matteson, 524 Prosperity Dr., Portage, MI 490

CONTRACTORS/DISTRIBUTORS/JOBBERS    PRESENT    AT    THE    JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS    SUCH    AS    BLOCK,    PIPECOVERING,    CEMENTS,    GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:   Owens-Corning Fiberglas; Kalamazoo Asbestos; Bond
Supply; Galloup Pipe & Supply

| Products: | Manufacturers: |
|-----------|----------------|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| Super 66 cement | Eagle Picher |
| Monoblock, Super Powerhouse and No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| 7M-90 cement | Philip            Carey |
| (Celotex/Rapid- | American) |
| Joint compounds | U.S. Gypsum |
| Joint compounds | National Gypsum |
| Zonolite insulation | W.R. Grace |

Chris Koets, 1213 Jenks Blvd., Kalamazoo, MI  49007

CONTRACTORS/DISTRIBUTORS/JOBBERS    PRESENT    AT    THE    JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS    SUCH    AS    BLOCK,    PIPECOVERING,    CEMENTS,    GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:   Owens-Corning Fiberglas; Kalamazoo Asbestos; Bond
Supply; Galloup Pipe & Supply

| Products: | Manufacturers: |
|-----------|----------------|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| Super 66 cement | Eagle Picher |
| Monoblock, Super Powerhouse and No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 cement | Johns-Manville |
| 7M-90 cement | Philip            Carey |
| (Celotex/Rapid- | American) |
| Joint compounds | U.S. Gypsum |

_____
     (*) Denotes Plaintiff in an asbestos lawsuit.

Joint compounds          National Gypsum
Zonolite insulation        W.R. Grace


WR GRACE-PIQ 002332-081

*Edward Ruell, 4932 Lawrence Road, Route 3, Nashville, MI 49073
(517) 852-9821

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:  Owens-Corning Fiberglas; Kalamazoo Asbestos; Bond
Supply; Galloup Pipe & Supply

Products:                          Manufacturers:

Kaylo pipecovering and block    Owens-Corning Fiberglas
Calsilite pipecovering and
    block                          Ruberoid (GAF)
7M cement                             Ruberoid (GAF)
Super 66 cement                  Eagle Picher
Monoblock, Super Powerhouse
    and No. 1 Plus cement        Baldwin-Ehret-Hill (Keene)
Thermobestos pipecovering and
    block                        Johns-Manville
352 cement                       Johns-Manville
7M-90 cement                        Philip                Carey
(Celotex/Rapid-
                                   American)
Joint compounds              U.S. Gypsum
Joint compounds              National Gypsum
Zonolite insulation             W.R. Grace

*Daniel Ruell, 3351 East Morristown Road, Lake City, MI 49651
(616) 229-4223

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES:  Owens-Corning Fiberglas; Kalamazoo Asbestos; Bond
Supply; Galloup Pipe & Supply

Products:                          Manufacturers:

Kaylo pipecovering and block    Owens-Corning Fiberglas
Calsilite pipecovering and
    block                          Ruberoid (GAF)
7M cement                             Ruberoid (GAF)
Super 66 cement                  Eagle Picher

Monoblock, Super Powerhouse
    and No. 1 Plus cement        Baldwin-Ehret-Hill (Keene)
Thermobestos pipecovering and

_____

(*) Denotes Plaintiff in an asbestos lawsuit.

48

WR GRACE-PIQ 002332-082

| | |
|---|---|
| block | Johns-Manville |
| 352 cement | Johns-Manville |
| 7M-90 cement | Philip |
| (Celotex/Rapid- | Carey |

| | American) |
| **Products:** | **Manufacturers:** |

| | |
|---|---|
| Joint compounds | U.S. Gypsum |
| Joint compounds | National Gypsum |
| Zonolite insulation | W.R. Grace |

*Wayne Terberg, 209 Meadows Dr., Augusta, MI (616) 731-4934

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Owens-Corning Fiberglas; Kalamazoo Asbestos; Bond Supply; Galloup Pipe & Supply

| **Products:** | **Manufacturers:** |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Calsilite pipecovering and | |
| block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| Super 66 cement | Eagle Picher |
| Monoblock, Super Powerhouse | |
| and No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| Thermobestos pipecovering and | |
| block | Johns-Manville |
| 352 cement | Johns-Manville |
| 7M-90 cement | Philip          Carey |
| (Celotex/Rapid- | |
| | American) |
| Joint compounds | U.S. Gypsum |
| Joint compounds | National Gypsum |
| Zonolite insulation | W.R. Grace |

(*) Denotes Plaintiff in an asbestos lawsuit.

49



WR GRACE-PIQ 002332-083

JOB NUMBER: 5
PERIOD WORKED: 1969 - 1970
JOB SITE AND LOCATION: Dow Chemical Plant, Midland, Michigan
EMPLOYER: John B. Rossi Co.
LENGTH OF EXPOSURE: 3 months

Plaintiff's investigation to date has identified the following products as having been used significantly on this job:

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Austin Company; Hollinger & Company; Jennison Hardware; Alexander Stafford; Acme Insulations; Coon Devisser; Industrial Insulations, Inc.; Harrison Piping; Bay City Hardware; Asbestos Specialties (Hi-Temp Products); Duro Supply

| Products: | Manufacturers: |
|---|---|
| Unibestos pipecovering | Pittsburgh Corning |
| Kaylo pipecovering and block | Owens       Corning |
| Fiberglas | |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| Careytemp pipecovering and block | Philip       Carey |
| (Celotex/Rapid American) | |
| 7M-90 cement | Philip Carey (Celotex/Rapid |
| American) | |
| Caltemp pipecovering and block | Pabco (Fibreboard) |
| Monoblock | Baldwin-Ehret-Hill (Keene) |
| No. 1 Plus cement | Baldwin-Ehret-Hill |
| (Keene) | |
| Thermasil pipecovering and block | Baldwin-Ehret- |
| Hill (Keene) | |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 and 450 cements | Johns-Manville |
| Super 66 cement | Eagle Picher |
| Insulating cement | A.P. Green |
| Asbestos block insulation | Plibrico |
| Insulating cement | Plibrico |
| Insulating cement | GREFCO       (General |
| Refractories) | |
| Insulating cement | North       American |
| Refractories | |
| Stic-tite cement | Combustion Engineering |
| Refractory cement | Rutland Fireclay |
| Asbestos containing gaskets and packing | John Crane |
| Asbestos containing gaskets and packing | Anchor Packing |
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets and packing | A.W. Chesterton |
| Asbestos containing gaskets and packing | Durabla |
| Asbestos containing gaskets | Flexitallic |

(*) Denotes Plaintiff in an asbestos lawsuit.



| Products: | Manufacturers: |
|---|---|
| Oakum 310 and 310A | Sealite |
| Zonolite Insulation | W.R. Grace |
| Asbestos wrapped/lined boilers | Riley Stoker |
| Asbestos wrapped/lined boilers | Babcock & Wilcox |
| Asbestos wrapped/lined boilers | Combustion Engineering |
| Asbestos wrapped/lined turbines and generators | General Electric |

Initial contacts with witnesses leads Plaintiff to believe that the following witnesses will be able to identify at least the following products. Further, it is anticipated that the following distributors/contractors and/or jobbers as identified above although, unless noted, the witnesses have not been interviewed regarding distributors/jobbers and/or contractors:

### REDACTED

Will confirm exposures to those above identified asbestos-containing products.

*Thomas E. Garlick, 43705 Harris, Belleville, MI   48111 (313) 697-7879

| Products: | Manufacturers: |
|---|---|
| Unibestos pipecovering | Pittsburgh Corning |
| Kaylo pipecovering and block | Owens          Corning |
| Fiberglas | |
| Asbestos wrapped/lined boilers | Riley Stoker |
| Asbestos wrapped/lined boilers | Babcock & Wilcox |
| Asbestos wrapped/lined boilers | Combustion Engineering |
| Asbestos wrapped/lined turbines and generators | General Electric |

*Gary D. Aldrich, 407 West Jenny, Bay City, MI 48706 (517) 894-7921

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Austin Company; Hollinger & Company; Jennison Hardware; Acme Insulations; Industrial Insulations, Inc.; Harrison Piping; Asbestos Specialties (Hi-Temp Products); Duro Supply

| Products: | Manufacturers: |
|---|---|
| Unibestos pipecovering | Pittsburgh Corning |
| Kaylo pipecovering and block | Owens          Corning |
| Fiberglas | |
| Careytemp pipecovering and block | Philip          Carey |

---

(*) Denotes Plaintiff in an asbestos lawsuit.

51

(Celotex/Rapid American)

Products:                                     Manufacturers:

WR GRACE-PIQ 002332-085

7M-90 cement                                  Philip Carey (Celotex/Rapid
American)
Thermobestos pipecovering and block Johns-Manville
352 and 450 cements                           Johns-Manville
Asbestos containing gaskets and packing Anchor Packing
Asbestos wrapped/lined boilers        Riley Stoker

*Dean A. Kinsella, 984 Schust Road, Saginaw, MI    48604  (517)
744-6908

CONTRACTORS/DISTRIBUTORS/JOBBERS    PRESENT    AT    THE    JOBSITE
SUPPLYING  AND/OR  INSTALLING  ASBESTOS  CONTAINING  INSULATION
MATERIALS   SUCH   AS   BLOCK,   PIPECOVERING,   CEMENTS,   GASKETS,
PACKING,  TAPE,  WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Austin Company

Products:                                     Manufacturers:

Unibestos pipecovering                        Pittsburgh Corning
Kaylo pipecovering and block                  Owens           Corning
Fiberglas
7M-90 cement                                  Philip Carey (Celotex/Rapid
American)
Asbestos wrapped/lined boilers                Riley Stoker
Asbestos wrapped/lined turbines
    and generators                            General Electric

*James R. Seaver, 8955 Carter Road, Freeland, MI    48623  (517)
695-9513

CONTRACTORS/DISTRIBUTORS/JOBBERS    PRESENT    AT    THE    JOBSITE
SUPPLYING  AND/OR  INSTALLING  ASBESTOS  CONTAINING  INSULATION
MATERIALS   SUCH   AS   BLOCK,   PIPECOVERING,   CEMENTS,   GASKETS,
PACKING,  TAPE,  WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Austin Company; Hollinger & Company; Coon Devisser;
Industrial Insulations, Inc.

Products:                                     Manufacturers:

Unibestos pipecovering                        Pittsburgh Corning
Kaylo pipecovering and block                  Owens           Corning
Fiberglas
Calsilite pipecovering and block              Ruberoid (GAF)
7M cement                            Ruberoid (GAF)
Careytemp pipecovering and block              Philip       Carey
(Celotex/Rapid American)
7M-90 cement                                  Philip Carey (Celotex/Rapid
American)
Thermobestos pipecovering and block Johns-Manville
352 and 450 cements                           Johns-Manville
Zonolite Insulation                           W.R. Grace

(*) Denotes Plaintiff in an asbestos lawsuit.

52

| Products: | Manufacturers: |
|---|---|
| Asbestos wrapped/lined boilers | Riley Stok |
| Asbestos wrapped/lined boilers | Babcock & Wilcox |
| Asbestos wrapped/lined boilers | Combustion Engineering |
| Asbestos wrapped/lined turbines and generators | General Electric |

WR GRACE-PIQ 002332-086

*James W. Calkins, 1004 James Street, Harrison, MI    48625
(517) 539-2243

CONTRACTORS/DISTRIBUTORS/JOBBERS    PRESENT    AT    THE    JOBSITE
SUPPLYING   AND/OR   INSTALLING   ASBESTOS   CONTAINING   INSULATION
MATERIALS   SUCH   AS   BLOCK,   PIPECOVERING,   CEMENTS,   GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Austin Company

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens            Corning. |
| Fiberglas | |
| 7M-90 cement | Philip Carey (Celotex/Rapid |
| Insulating cement | A.P. Green |
| Asbestos block insulation | Plibrico |
| Insulating cement | Plibrico |
| Insulating cement | GREFCO            (General |
| Refractories) | |
| Insulating cement | North            American |
| Refractories | |
| Stic-tite cement | Combustion Engineering |
| Refractory cement | Rutland Fireclay |
| Zonolite Insulation | W.R. Grace |

*Robert J. Beach, 552 South Eleven Mile, Midland, MI    48640

CONTRACTORS/DISTRIBUTORS/JOBBERS    PRESENT    AT    THE    JOBSITE
SUPPLYING   AND/OR   INSTALLING   ASBESTOS   CONTAINING   INSULATION
MATERIALS   SUCH   AS   BLOCK,   PIPECOVERING,   CEMENTS,   GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Austin Company

| Products: | Manufacturers: |
|---|---|
| | Pittsburgh Corning |
| Unibestos pipecovering | Owens            Corning |
| Kaylo pipecovering and block | |
| Fiberglas | Philip Carey (Celotex/Rapid |
| 7M-90 cement | |
| American) | A.P. Green |
| Insulating cement | Plibrico |
| Asbestos block insulation | Plibrico |
| Insulating cement | Manufacturers: |
| Products: | |

---

(*) Denotes Plaintiff in an asbestos lawsuit.

53

Insulating cement
Refractories)
    Insulating cement
Refractories
    Stic-tite cement
    Refractory cement
    Zonolite Insulation

GREFCO                          

North                           American

Combustion Engineering
Rutland Fireclay
W.R. Grace

*Richard C. Hull, 4779 Joy Road, Midland, MI   48642 (517) 496-3243

CONTRACTORS/DISTRIBUTORS/JOBBERS   PRESENT   AT   THE   JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Austin Company

**Products:**                          **Manufacturers:**

Unibestos pipecovering               Pittsburgh Corning
Kaylo pipecovering and block         Owens           Corning
Fiberglas
    7M-90 cement                  Philip Carey (Celotex/Rapid
American)
    Insulating cement             A.P. Green
    Asbestos block insulation     Plibrico
    Insulating cement             Plibrico
    Insulating cement             GREFCO           (General
Refractories)
    Insulating cement             North           American
Refractories
    Stic-tite cement              Combustion Engineering
    Refractory cement             Rutland Fireclay
    Zonolite Insulation           W.R. Grace

*William R. Glass, P.O. Box 2211, Port Charlotte, FL   33949 (813) 627-4363

CONTRACTORS/DISTRIBUTORS/JOBBERS   PRESENT   AT   THE   JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Austin Company; Hollinger & Company; Jennison Hardware; Industrial Insulations, Inc.; Bay City Hardware

**Products:**                          **Manufacturers:**

Unibestos pipecovering               Pittsburgh Corning
Kaylo pipecovering and block         Owens           Corning
Fiberglas
Calsilite pipecovering and block     Ruberoid (GAF)
7M cement                            Ruberoid (GAF)
**Products:**                          **Manufacturers:**

———————————————————————————————————————

(*) Denotes Plaintiff in an asbestos lawsuit.

Careytemp pipecovering and block          Philip [barcode]
(Celotex/Rapid American)                   [WR GRACE-PIQ 002332-088]
      7M-90 cement                     Philip Carey (Celotex, Rapid
American)
      Thermobestos pipecovering and block Johns-Manville
      352 and 450 cements                 Johns-Manville
      Super 66 cement                  Eagle Picher
      Zonolite Insulation              W.R. Grace
      Asbestos wrapped/lined boilers   Riley Stoker

*Henry Boyer, 9539 South Harrison Avenue, Farwell, MI 48622
(517) 386-9782

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Austin Company; Jennison Hardware; Harrison Piping;
Bay City Hardware; Asbestos Specialties (Hi-Temp Products);
Duro Supply

Products:                              Manufacturers:

      Unibestos pipecovering           Pittsburgh Corning
      Kaylo pipecovering and block     Owens            Corning
Fiberglas
      Asbestos pipecovering, block     Johns-Manville
         and cement                    A.P. Green
      Insulating cement                Garlock
      Asbestos containing gaskets and packing Flexitallic
      Asbestos containing gaskets      W.R. Grace
      Zonolite Insulation              Riley Stoker
      Asbestos wrapped/lined boilers   Babcock & Wilcox
      Asbestos wrapped/lined boilers   Combustion Engineering
      Asbestos wrapped/lined boilers

(*) Denotes Plaintiff in an asbestos lawsuit.

55

*Timoroy Hazen, 1318 Bookness, Midland, MI 48640 (517)

WR GRACE-PIQ 002332-089

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Austin Company; Jennison Hardware; Harrison Piping; Bay City Hardware; Asbestos Specialties (Hi-Temp Products); Duro Supply

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens Corning |
| Fiberglas | |
| Asbestos pipecovering, block and cements | Johns-Manville |
| Asbestos containing gaskets and packing | Anchor Packing |
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets and packing | A.W. Chesterton |

*Carlos Espitia, Jr., 1606 Borton Avenue, Essexville, MI 48732 (517) 893-4150

| Products: | Manufacturers: |
|---|---|
| Unibestos pipecovering | Pittsburgh Corning |
| Kaylo pipecovering and block | Owens Corning |
| Fiberglas | |
| Insulating cement | A.P. Green |
| Insulating cement | GREFCO (General |
| Refractories) | |
| Insulating cement | North American |
| Refractories | |
| Stic-tite cement | Combustion Engineering |
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets | Flexitallic |
| Zonolite Insulation | W.R. Grace |
| Asbestos wrapped/lined boilers | Riley Stoker |
| Asbestos wrapped/lined boilers | Babcock & Wilcox |
| Asbestos wrapped/lined boilers | Combustion Engineering |

(*) Denotes Plaintiff in an asbestos lawsuit.



WR GRACE-PIQ 002332-090

*William Pippo, 1479 Midland Road, Saginaw, MI 793-8386

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Coon Devisser; Harrison Piping; Duro Supply

Products:                              Manufacturers:

Kaylo pipecovering and block        Owens          Corning
Fiberglas
Insulating cement                   A.P. Green
Asbestos containing gaskets and packing   John Crane
Asbestos containing gaskets and packing   Anchor Packing
Asbestos containing gaskets and packing   Garlock
Asbestos containing gaskets and packing   A.W. Chesterton
Asbestos containing gaskets and packing   Durabla
Asbestos containing gaskets          Flexitallic
Oakum 310 and 310A                  Sealite
Zonolite Insulation                 W.R. Grace
Asbestos wrapped/lined boilers      Riley Stoker
Asbestos wrapped/lined boilers      Babcock & Wilcox
Asbestos wrapped/lined boilers      Combustion Engineering

*Paul Nimphie, P.O. Box 54, Sterling, MI 48659 (517) 654-2295

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Austin Company; Jennison Hardware; Coon Devisser; Harrison Piping; Bay City Hardware; Duro Supply

Products:                              Manufacturers:

Kaylo pipecovering and block        Owens          Corning
Fiberglas
Calsilite pipecovering and block        Ruberoid (GAF)
7M cement                           Ruberoid (GAF)
Careytemp pipecovering and block        Philip      Carey
(Celotex/Rapid American)
7M-90 cement                        Philip Carey (Celotex/Rapid
American)
Caltemp pipecovering and block      Pabco (Fibreboard)
Thermobestos pipecovering and block Johns-Manville
352 and 450 cements                 Johns-Manville
Insulating cement                   A.P. Green
Refractory cement                   Rutland Fireclay
Asbestos containing gaskets and packing John Crane
Products:                              Manufacturers:

Asbestos containing gaskets and packing Anchor Packing

_____

(*) Denotes Plaintiff in an asbestos lawsuit.

Asbestos containing gaskets and packing Garloc[k]
Asbestos containing gaskets and packing A.W. Ch[...]
Asbestos containing gaskets            Flexitallic
Oakum 310 and 310A        Sealite
Zonolite Insulation               W.R. Grace
Asbestos wrapped/lined boilers    Riley Stoker

*George Such, 3212 Lowell, Saginaw, MI    48601 (517) 753-3056

CONTRACTORS/DISTRIBUTORS/JOBBERS    PRESENT    AT    THE    JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS   SUCH   AS   BLOCK,   PIPECOVERING,   CEMENTS,   GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Austin Company; Harrison Piping; Asbestos Specialties
(Hi-Temp Products); Duro Supply

Products:                          Manufacturers:

Kaylo pipecovering and block       Owens                Corning
Fiberglas
Calsilite pipecovering and block       Ruberoid (GAF)
7M cement                      Ruberoid (GAF)
7M-90 cement                   Philip Carey (Celotex/Rapid
American)
Asbestos containing gaskets and packing  John Crane
Asbestos containing gaskets and packing  Anchor Packing
Asbestos containing gaskets and packing  Garlock
Asbestos containing gaskets and packing  A.W. Chesterton
Asbestos containing gaskets            Flexitallic

*Harry Heitman, 705 Burns Street, Essexville, MI 48732 (517)
893-2272

CONTRACTORS/DISTRIBUTORS/JOBBERS    PRESENT    AT    THE    JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS   SUCH   AS   BLOCK,   PIPECOVERING,   CEMENTS,   GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Austin Company; Harrison Piping; Asbestos Specialties
(Hi-Temp Products); Duro Supply

Products:                          Manufacturers:

Kaylo pipecovering and block       Owens                Corning
Fiberglas
Calsilite pipecovering and block       Ruberoid (GAF)
7M-90 cement                   Philip Carey (Celotex/Rapid
American)
Products:                          Manufacturers:

Super 66 cement               Eagle Picher
Asbestos containing gaskets and packing  John Crane
Asbestos containing gaskets and packing  Anchor Packing
Asbestos containing gaskets and packing  Garlock
Asbestos containing gaskets and packing  A.W. Chesterton

_____

(*) Denotes Plaintiff in an asbestos lawsuit.

Asbestos containing gaskets                    Flexi

WR GRACE-PIQ 002332-092

*James George, 530 E. Washington, Freeland, MI
695-9216

CONTRACTORS/DISTRIBUTORS/JOBBERS   PRESENT   AT   THE   JOBSITE
SUPPLYING  AND/OR  INSTALLING  ASBESTOS  CONTAINING  INSULATION
MATERIALS   SUCH   AS   BLOCK,   PIPECOVERING,   CEMENTS,   GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Austin Company; Harrison Piping; Asbestos Specialties
(Hi-Temp Products); Duro Supply

Products:                          Manufacturers:

Kaylo pipecovering and block        Owens            Corning
Fiberglas
Calsilite pipecovering and block       Ruberoid (GAF)
7M-90 cement                       Philip Carey (Celotex/Rapid
American)
Super 66 cement                     Eagle Picher
Asbestos containing gaskets and packing  John Crane
Asbestos containing gaskets and packing  Anchor Packing
Asbestos containing gaskets and packing  Garlock
Asbestos containing gaskets and packing  A.W. Chesterton
Asbestos containing gaskets           Flexitallic


*Henry Wardwell, 1632 S. Leaton Road, Mt. Pleasant, MI 48858
(517) 773-3163

CONTRACTORS/DISTRIBUTORS/JOBBERS   PRESENT   AT   THE   JOBSITE
SUPPLYING  AND/OR  INSTALLING  ASBESTOS  CONTAINING  INSULATION
MATERIALS   SUCH   AS   BLOCK,   PIPECOVERING,   CEMENTS,   GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Austin Company; Harrison Piping; Asbestos Specialties
(Hi-Temp Products); Duro Supply

Products:                          Manufacturers:

Kaylo pipecovering and block        Owens            Corning
Fiberglas
Calsilite pipecovering and block       Ruberoid (GAF)
7M-90 cement                       Philip Carey (Celotex/Rapid
American)
Products:                          Manufacturers:

Super 66 cement                     Eagle Picher
Asbestos containing gaskets and packing  John Crane
Asbestos containing gaskets and packing  Anchor Packing
Asbestos containing gaskets and packing  Garlock
Asbestos containing gaskets and packing  A.W. Chesterton
Asbestos containing gaskets           Flexitallic

*Robert Salois, 5439 Baxman Rd., Bay City, MI 48706 (517) 786-

_____

(*) Denotes Plaintiff in an asbestos lawsuit.

59

WR GRACE-PIQ 002332-093

0020

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Alexander Stafford; Austin Co.; Hollinger & Co.; Acme Insulations; Coon Devisser; Industrial Insulations, Inc.

| Products: | Manufacturers: |
|---|---|
| Unibestos pipecovering | Pittsburgh Corning |
| Kaylo pipecovering and block | Owens          Corning |
| Fiberglas | |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| Careytemp pipecovering and block | Philip          Carey |
| (Celotex/Rapid American) | |
| 7M-90 cement | Philip Carey (Celotex/Rapid |
| American) | |
| Caltemp pipecovering and block | Pabco (Fibreboard) |
| Monoblock | Baldwin-Ehret-Hill (Keene) |
| No. 1 Plus cement | Baldwin-Ehret-Hill |
| (Keene) | |
| Thermasil pipecovering and block | Baldwin-Ehret- |
| Hill (Keene) | |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 and 450 cements | Johns-Manville |
| Super 66 cement | Eagle Picher |
| Zonolite Insulation | W.R. Grace |
| Asbestos wrapped/lined boilers | Riley Stoker |

William Dvorak, 3374 Winter St., Saginaw, MI 48604 (517) 754-6357

| Products: | Manufacturers: |
|---|---|
| Unibestos pipecovering | Pittsburgh Corning |
| Kaylo pipecovering and block | Owens          Corning |
| Fiberglas | |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| Careytemp pipecovering and block | Philip          Carey |
| (Celotex/Rapid American) | |
| 7M-90 cement | Philip Carey (Celotex/Rapid |
| American) | |
| Caltemp pipecovering and block | Pabco (Fibreboard) |

| Products: | Manufacturers: |
|---|---|
| Monoblock | Baldwin-Ehret-Hill (Keene) |
| No. 1 Plus cement | Baldwin-Ehret-Hill |
| (Keene) | |
| Thermasil pipecovering and block | Baldwin-Ehret- |
| Hill (Keene) | |
| Thermobestos pipecovering and block | Johns-Manville |

(*) Denotes Plaintiff in an asbestos lawsuit.

60

352 and 450 cements
Super 66 cement
Asbestos wrapped/lined boilers

Johns-Man
Eagle Picher
Riley Stoker

WR GRACE-PIQ 002332-094

*Max Bowman, 4675 Orchard Manor, Apt. #6, Bay City, MI   48706
  (517) 684-5737

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Hollinger & Company; Acme Insulations; Coon Devisser;
Industrial Insulations, Inc.

| Products: | Manufacturers: |
|---|---|
| Unibestos pipecovering | Pittsburgh Corning |
| Kaylo pipecovering and block | Owens Corning Fiberglas |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| Careytemp pipecovering and block | Philip Carey (Celotex/Rapid American) |
| 7M-90 cement | Philip Carey (Celotex/Rapid American) |
| Caltemp pipecovering and block | Pabco (Fibreboard) |
| Monoblock | Baldwin-Ehret-Hill (Keene) |
| No. 1 Plus cement (Keene) | Baldwin-Ehret-Hill |
| Thermasil pipecovering and block (Keene) | Baldwin-Ehret-Hill (Keene) |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 and 450 cements | Johns-Manville |
| Super 66 cement | Eagle Picher |
| Asbestos wrapped/lined boilers | Riley Stoker |
| Asbestos wrapped/lined boilers | Babcock & Wilcox |
| Asbestos wrapped/lined boilers | Combustion Engineering |

(*) Denotes Plaintiff in an asbestos lawsuit.

61


WR GRACE-PIQ 002332-095

*Michael Willman, 7210 Deborah Drive, Saginaw, MI    48603
(517) 781-3775

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Hollinger & Company; Acme Insulations; Coon Devisser;
Industrial Insulations, Inc.

| Products: | Manufacturers: |
|---|---|
| Unibestos pipecovering | Pittsburgh Corning |
| Kaylo pipecovering and block | Owens Corning |
| Fiberglas | |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| Careytemp pipecovering and block | Philip Carey |
| (Celotex/Rapid American) | |
| 7M-90 cement | Philip Carey (Celotex/Rapid American) |
| Monoblock | Baldwin-Ehret-Hill (Keene) |
| No. 1 Plus cement | Baldwin-Ehret-Hill |
| (Keene) | |
| Thermasil pipecovering and block | Baldwin-Ehret-Hill (Keene) |
| Thermobestos pipecovering and block | Johns-Manville |
| 352 and 450 cements | Johns-Manville |
| Super 66 cement | Eagle Picher |
| Asbestos wrapped/lined boilers | Babcock & Wilcox |
| Asbestos wrapped/lined boilers | Combustion Engineering |

*John Wagar, 707 Warner, Bay City, MI 48706    (517) 895-5738

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Hollinger & Company; Acme Insulations; Coon Devisser;
Industrial Insulations, Inc.

| Products: | Manufacturers: |
|---|---|
| Unibestos pipecovering | Pittsburgh Corning |
| Kaylo pipecovering and block | Owens Corning |
| Fiberglas | |
| Calsilite pipecovering and block | Ruberoid (GAF) |
| 7M cement | Ruberoid (GAF) |
| Careytemp pipecovering and block | Philip Carey |
| (Celotex/Rapid American) | |
| 7M-90 cement | Philip Carey (Celotex/Rapid American) |
| Caltemp pipecovering and block | Pabco (Fibreboard) |
| Monoblock | Baldwin-Ehret-Hill (Keene) |
| No. 1 Plus cement | Baldwin-Ehret-Hill |
| (Keene) | |

---

(*) Denotes Plaintiff in an asbestos lawsuit.

62

WR GRACE-PIQ 002332-096

Thermasil pipecovering and block      Baldwin-Ehret-Hill (Keene)
Thermobestos pipecovering and block Johns-Manville

**Products:**            **Manufacturers:**

352 and 450 cements        Johns-Manville
Super 66 cement       Eagle Picher
Zonolite Insulation      W.R. Grace

*Jerome Dasky, 564 W. Salzburg Road, Auburn, MI 48611    (517) 662-6908

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Hollinger & Company

**Products:**            **Manufacturers:**

Unibestos pipecovering     Pittsburgh Corning
Kaylo pipecovering and block   Owens        Corning Fiberglas
Calsilite pipecovering and block    Ruberoid (GAF)
Careytemp pipecovering and block    Philip       Carey (Celotex/Rapid American)
7M-90 cement      Philip Carey (Celotex/Rapid American)
Caltemp pipecovering and block    Pabco (Fibreboard)
Monoblock      Baldwin-Ehret-Hill (Keene)
No. 1 Plus cement      Baldwin-Ehret-Hill (Keene)
Thermasil pipecovering and block     Baldwin-Ehret-Hill (Keene)
Thermobestos pipecovering and block Johns-Manville
352 and 450 cements     Johns-Manville
Super 66 cement    Eagle Picher
Asbestos wrapped/lined boilers    Riley Stoker
Asbestos wrapped/lined boilers    Babcock & Wilcox

*James Noykos, Box 393, Beaverton, MI   48612

**Products:**            **Manufacturers:**

Unibestos pipecovering     Pittsburgh Corning
Kaylo pipecovering and block   Owens        Corning Fiberglas
Calsilite pipecovering and block    Ruberoid (GAF)
Careytemp pipecovering and block    Philip     Carey (Celotex/Rapid American)
7M-90 cement      Philip Carey (Celotex/Rapid American)
Caltemp pipecovering and block    Pabco (Fibreboard)
Monoblock      Baldwin-Ehret-Hill (Keene)

---

(*) Denotes Plaintiff in an asbestos lawsuit.

No. 1 Plus cement                    Baldwin-H
(Keene)
     Thermasil pipecovering and block        Baldwin Direc
Hill (Keene)
     Thermobestos pipecovering and block Johns-Manville
     352 and 450 cements                 Johns-Manville
**Products:**                        **Manufacturers:**

Super 66 cement                 Eagle Picher
Asbestos wrapped/lined boilers   Riley Stoker
Asbestos wrapped/lined boilers   Babcock & Wilcox

WR GRACE-PIQ 002332-097

(*) Denotes Plaintiff in an asbestos lawsuit.

64

JOB NUMBER: 6
PERIOD WORKED: 1970
JOB SITE AND LOCATION: Palasades Nuclear Plant, South Haven, Michigan
EMPLOYER: John B. Rossi Co.
LENGTH OF EXPOSURE: 3 months

WR GRACE-PIQ 002332-098

Plaintiff's investigation to date has identified the following products as having been used significantly on this job:

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Acme Insulations; Alexander Stafford

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Unibestos pipecovering | Pittsburgh Corning |
| Super 66 cement | Eagle Picher |
| One Cote cement | Eagle Picher |
| No. 1 Plus cement | Baldwin-Ehret-Hill (Keene) |
| 352 cement | Johns-Manville |
| 301 cement | Johns-Manville |
| Asbestos containing gaskets and packing | Garlock |
| Asbestos containing gaskets and packing | Anchor Packing |
| Asbestos containing gaskets and packing | Palmetto (Green Tweed) |
| Asbestos pipecovering, block and cement | Supplied by Acme Insulation |

Initial contacts with witnesses leads Plaintiff to believe that the following witnesses will be able to identify at least the following products. Further, it is anticipated that the following witnesses will also testify relative to the presence of distributors/contractors and/or jobbers as identified above although, unless noted, the witnesses have not been interviewed regarding distributors/jobbers and/or contractors:

REDACTED

Will confirm exposures to those above identified asbestos-containing products.

---

(*) Denotes Plaintiff in an asbestos lawsuit.

*Earl  E.  Fulk,  8150  Independence,  Cadilla[c]
616-779-1238

WR GRACE-PIQ 002332-099

CONTRACTORS/DISTRIBUTORS/JOBBERS  PRESENT  AT  THE  JOBSITE
SUPPLYING  AND/OR  INSTALLING  ASBESTOS  CONTAINING  INSULATION
MATERIALS  SUCH  AS  BLOCK,  PIPECOVERING,  CEMENTS,  GASKETS,
PACKING,  TAPE,  WICK  AND/OR  ASBESTOS  WRAPPED/LINED  BOILERS  FOR
FURNACES:  Acme Insulations; Alexander Stafford

Products:

Kaylo pipecovering and block
Unibestos pipecovering
Super 66 cement
One Cote cement
No. 1 Plus cement
352 cement
301 cement

Manufacturers:

Owens-Corning Fiberglas
Pittsburgh Corning
Eagle Picher
Eagle Picher
Baldwin-Ehret-Hill (Keene)
Johns-Manville
Johns-Manville

*Thomas  E.  Atkinson,  6283  Egypt  Valley,  Rockford,  MI  49341
616-874-6678

CONTRACTORS/DISTRIBUTORS/JOBBERS  PRESENT  AT  THE  JOBSITE
SUPPLYING  AND/OR  INSTALLING  ASBESTOS  CONTAINING  INSULATION
MATERIALS  SUCH  AS  BLOCK,  PIPECOVERING,  CEMENTS,  GASKETS,
PACKING,  TAPE,  WICK  AND/OR  ASBESTOS  WRAPPED/LINED  BOILERS  FOR
FURNACES:  Acme Insulations; Alexander Stafford

Products:

Kaylo pipecovering and block
Unibestos pipecovering
Super 66 cement
One Cote cement
No. 1 Plus cement
352 cement
301 cement

Manufacturers:

Owens-Corning Fiberglas
Pittsburgh Corning
Eagle Picher
Eagle Picher
Baldwin-Ehret-Hill (Keene)
Johns-Manville
Johns-Manville

*Harold  W.  Parker,  4922  Henry  Steet,  Muskegon,  MI  49441
616-798-2944

Products:

Kaylo pipecovering and block
Asbestos containing gaskets
    and packing
Asbestos containing gaskets
    and packing
Asbestos containing gaskets
    and packing

Manufacturers:

Owens-Corning Fiberglas

Garlock

Anchor Packing

Palmetto (Green Tweed)

*Salvatore Zarb, 9054 Arnold Ira, MI 48023

(*) Denotes Plaintiff in an asbestos lawsuit.

WR GRACE-PIQ 002332-100

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |

*Kenneth Stickney, 39934 County Road 390, Bloomingdale, MI 49026

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |

*Chester Boyd, 11589 U.S. 23 North, Alpena, MI 49707

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |

*Carl Henni, 9871 Citadel Lane South, Apt. 208, Bonita Springs, FL 33923

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |

*William Burns, 1410 Lonfellow, Jackson, MI 49202 (517) 782-3977

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES: Acme Insulations; Alexander Stafford

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Unibestos pipecovering | Pittsburgh Corning |
| Super 66 cement | Eagle Picher |
| One Cote cement | Eagle Picher |
| 352 cement | Johns-Manville |
| 301 cement | Johns-Manville |

(*) Denotes Plaintiff in an asbestos lawsuit.

67

*Pat Loftus, 15 Ashery Drive, Schoolcraft, MI
679-4537

WR GRACE-PIQ 002332-101

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Acme Insulations; Alexander Stafford

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Unibestos pipecovering | Pittsburgh Corning |
| Super 66 cement | Eagle Picher |
| One Cote cement | Eagle Picher |
| 352 cement | Johns-Manville |
| 301 cement | Johns-Manville |

*Louis Oravitz, 456 Ault St., Hemlock, MI 48626 (517) 642-5022

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Acme Insulations; Alexander Stafford

| Products: | Manufacturers: |
|---|---|
| Kaylo pipecovering and block | Owens-Corning Fiberglas |
| Unibestos pipecovering | Pittsburgh Corning |
| Super 66 cement | Eagle Picher |
| One Cote cement | Eagle Picher |
| 352 cement | Johns-Manville |
| 301 cement | Johns-Manville |

(*) Denotes Plaintiff in an asbestos lawsuit.

*Robert Salois, 5439 Baxman Rd., Bay City, MI
786-0020

MR GRACE-PIQ 002332-102

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Acme Insulations; Alexander Stafford

Products:                           Manufacturers:

Kaylo pipecovering and block     Owens-Corning Fiberglas
Unibestos pipecovering            Pittsburgh Corning
Super 66 cement                  Eagle Picher
One Cote cement                  Eagle Picher
No. 1 Plus cement                     Baldwin-Ehret-Hill (Keene)
352 cement                       Johns-Manville
301 cement                       Johns-Manville
Asbestos pipecovering, block
    and cement                   Supplied by Acme Insulation

*Anthony Deboer, 1514 Winslow, N.W, Grand Rapids, MI 49504

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Acme Insulations; Alexander Stafford

Products:                           Manufacturers:

Kaylo pipecovering and block   Owens-Corning Fiberglas

Daniel Salois, 303 Revilo, Bay City, MI 48706

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE
SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION
MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS,
PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR
FURNACES: Acme Insulations; Alexander Stafford

Products:                           Manufacturers:

Kaylo pipecovering and block   Owens-Corning Fiberglas

──────────────────────────────────
(*) Denotes Plaintiff in an asbestos lawsuit.

69



*Preston Sammons, 3540 4th Street North, St. Pe
33704

CONTRACTORS/DISTRIBUTORS/JOBBERS   PRESENT   AT   THE   JOBSITE
SUPPLYING   AND/OR   INSTALLING   ASBESTOS   CONTAINING   INSULATION
MATERIALS   SUCH   AS   BLOCK,   PIPECOVERING,   CEMENTS,   GASKETS,
PACKING,   TAPE,   WICK   AND/OR   ASBESTOS   WRAPPED/LINED   BOILERS   FOR
FURNACES:  Acme Insulations; Alexander Stafford

    Products:                 Manufacturers:

    Kaylo pipecovering and block   Owens-Corning Fiberglas


*Robert Paull, 13463 128th Street, Grand Haven, MI 49417

CONTRACTORS/DISTRIBUTORS/JOBBERS   PRESENT   AT   THE   JOBSITE
SUPPLYING   AND/OR   INSTALLING   ASBESTOS   CONTAINING   INSULATION
MATERIALS   SUCH   AS   BLOCK,   PIPECOVERING,   CEMENTS,   GASKETS,
PACKING,   TAPE,   WICK   AND/OR   ASBESTOS   WRAPPED/LINED   BOILERS  FOR
FURNACES:  Acme Insulations; Alexander Stafford

    Products:                 Manufacturers:

    Kaylo pipecovering and block   Owens-Corning Fiberglas


*Donald Simmons, 1690 West Lakewood Blvd., Holland, MI 49423

    Products:                 Manufacturers:

    Kaylo pipecovering and block   Owens-Corning Fiberglas

---

(*) Denotes Plaintiff in an asbestos lawsuit.



WR GRACE-PIQ 002332-104

*Roy McElvany, 370 Teal Drive, Coldwater, MI 4903

CONTRACTORS/DISTRIBUTORS/JOBBERS PRESENT AT THE JOBSITE SUPPLYING AND/OR INSTALLING ASBESTOS CONTAINING INSULATION MATERIALS SUCH AS BLOCK, PIPECOVERING, CEMENTS, GASKETS, PACKING, TAPE, WICK AND/OR ASBESTOS WRAPPED/LINED BOILERS FOR FURNACES:  Acme Insulations; Alexander Stafford

<u>Products:</u>                          <u>Manufacturers:</u>

Kaylo pipecovering and block   Owens-Corning Fiberglas


                              Respectfully submitted,




                              RUSSELL R. BEAUDOEN (P41185)
                              Attorney for Plaintiffs
                              280 N. Woodward, Ste. 406
                              Birmingham, MI 48009
                              (810) 647-6966


DATED:  September 30, 2005







_____
     (*) Denotes Plaintiff in an asbestos lawsuit.

WR GRACE-PIQ 002332-105



B 2598

# JAYWANT P. PARMAR, MD, INC.
## CONSULTATION IN PATHOLOGY

DIPLOMATE AMERICAN BOARD OF
ANATOMIC AND CLINICAL PATHOLOGY

DIPLOMATE AMERICAN BOARD OF
FORENSIC MEDICINE

DIPOLOMATE AMERICAN BOARD OF
FORENSIC EXAMINERS

953 NATIONAL RD.
SUITE 205
WHEELING, WV 26003

PHONE 304-234-1899
FAX 304-234-1849

September 10, 1997

Ms. Susan E. Jurik
Legal/Medical Records Assistant
Goldberg, Persky, Jennings & White, P.C.
Plaza North
4800 Fashion Square Boulevard, Suite 260
Saginaw, MI  48604-2602

RE:                    **REDACTED**

Dear Ms. Jurik:

At your request, in a letter to me dated September 2, 1997, I have reviewed various medical records and pathology slides on the above-captioned plaintiff.

Medical records submitted consists of the following:

1.  Your letter which includes an occupational history and a smoking history.

2.  An ILO B Reader report by Doctor Ray Harron on a chest film dated February 1, 1994 and read by him on February 14, 1994.

3.  Hospitalization records for a hospitalization to Pennock Hospital in Hastings, Michigan between May 10, 1994 and May 20, 1994.  This hospitalization record includes a history and physical with discharge summary and a pulmonary function study with interpretation.

4.  Various hospitalization records subsequent to May 1994, also at the Pennock Hospital in Hastings, Michigan during which time various additional biopsies were performed including a left colon resection for a colonic adenocarcinoma.

Pathology material submitted include the following:

1.  A set of slides labeled 94S-847, six slides with the six corresponding blocks and the accompanying report dated May 10, 1994, the report signed by Pathologist Cassell who diagnoses pleural plaque from the chest wall and diaphragm.



WR GRACE-PIQ 002332-106

Goldberg, Persky, Jennings & White, P.C.
Re:
September 10, 1997          **REDACTED**
Page 2 of 5

Following a review of these slides, I prepared two
photomicrographs depicting the pleural plaque.

2.  The thoracotomy and pleural decortication procedure
    resulting in the preceding tissue specimen was
    preceded on March 22, 1994 with a fine needle
    aspiration biopsy of what was suspected to be a
    right pleural lesion.  The biopsy report, 94S-539,
    is accompanied by three slides which are non-
    diagnostic and negative.

3.  A bronchoscopy was also performed, bronchial
    washings and cell block evaluated on three slides,
    94-C-1177.  The three slides have been reviewed and
    read as negative for malignancy.

4.  A surgical pathology report 95S-1783 dated August
    16, 1995 where three skin lesion have been removed,
    all being diagnosed as benign without evidence of
    malignancy by Pathologist Cassell.  Slides
    corresponding to this report are not received.

5.  A surgical pathology report 95S-2818, without
    accompanying slides representing a sigmoid colon
    segment where there is a moderately well-
    differentiated adenocarcinoma invading the submucosa
    but not the underlying muscle.  Lymph nodes are
    negative.

6.  A surgical pathology report 96S-1902 dated August
    23, 1996 where the two-part specimen consists of a
    hyperplastic polyp and an ileocecal valve biopsy
    showing non-specific inflammation.

7.  A surgical pathology report dated December 5, 1995
    received in two parts, the first being a sigmoid
    colon polyp; and the second a biopsy of the
    descending colon where the diagnosis of malignancy
    was initially made on December 6, 1995.  Slides have
    not been received relative to this biopsy.

8.  A surgical pathology report 95S-2427 representing
    gastric biopsies on October 27, 1995, the biopsies



WR GRACE-PIQ 002332-107

Goldberg, Persky, Jennings & White, P.C.
Re:                                    REDACTED
September 10, 1997
Page 3 of 5

being read by Pathologist Cassell as showing moderate inflammation, but no evidence of malignancy. Slides do not accompany this gastric biopsy.

Unfortunately, lung parenchyma is not available for study in the thoracotomy specimen and therefore, I cannot confirm or exclude the presence of asbestos bodies or parenchymal fibrosis on pathological grounds.

The photomicrographs mentioned above have been taken in duplicate and one set is included with this report for your use.

Based on these reviews and studies, the following are noted to be the pertinent medical facts in this case:

**REDACTED**

1.                       was an 80 year old male when he underwent a right thoracotomy for partial pleural decortication on May 10, 1994. The surgical procedure resulted in the identification of thick, dense, pleural plaque on the right side, which was initially considered to be either carcinoma or a mesothelioma. The suspected pulmonary nodule which led to this thoracotomy was subjected to a fine needle aspiration biopsy and the bronchoscopy, both procedures, however, being negative and my own review of the fine needle aspiration biopsy and the bronchoscopic washings leads me to confirm the fact that there is no evidence of malignancy.

The thoracotomy resulting in the submission of pleural plaque tissue for an evaluation on 94S-847 showed multiple pieces of a rubbery, thick, soft tissue which microscopically, showed classical pleural plaque, both with and without calcific change. Doctor Cassell correctly identifies these structures considered to be both radiological and pathological markers of asbestos exposure. There is no evidence of malignancy.

2. An ILO B Reader report by Doctor Ray Harron shows



WR GRACE-PIQ 002332-108

Goldberg, Persky, Jennings & White, P.C.
Re:
September 10, 1997                    **REDACTED**
Page 4 of 5

        pleural changes consistent with asbestosis in that
there is right and bilateral diaphragmatic pleural
plaque formation.

3.   A pulmonary function study performed prior to the
thoracotomy shows possible, mild, restrictive
ventilatory defect and a superimposed, early,
obstructive pulmonary defect. There is also a
moderate diffusion defect. These features are
consistent with asbestosis.

**REDACTED**

4.   Your letter to me indicates that         was
occupationally exposed to asbestos fiber inhalation
between 1945 and 1971 while working as a bricklayer.
During this time, he had continuous exposure to
asbestos doing the various, documented jobs. He was
exposed both directly and indirectly to asbestos.

5.   Also of significance is the fact that        was
a cigarette smoker having smoked a half pack of
cigarettes per day from 1930 to 1991.

6.   A past history indicates that previous surgical
procedures included a right hip replacement in 1984
and a transurethral resection of his prostate the
same year. He also, at that time, had an umbilical
herniorrhaphy and a left inguinal herniorrhaphy.

7.   A surgical pathology report dated December 11, 1995,
95S-2818, describes a segment of sigmoid colon which
displays a moderately differentiated adenocarcinoma
invading the submucosa and where there are six
negative regional lymph nodes. Doctor Cassell notes
that the margins of resection are clear. A follow-
up since that time shows no apparent tumor
metastasis or progression.

My opinions and conclusions, therefore, based with a
reasonable degree of medical certainty on the observations
and studies recorded above are as follows:

1.               is an 82 year old male who has
undergone a surgical decortication procedure to



WR GRACE-PIQ 002332-109

Goldberg, Persky, Jennings & White, P.C.
Re:
September 10, 1997          **REDACTED**
Page 5 of 5

remove pleural plaque which is considered to be a
radiological and pathological marker of asbestos
exposure.

2.          has a documented colon cancer which has
been surgically excised about twenty months ago.
Prognosis is guarded.

**REDACTED**

3.   In addition to colon cancer recurrence,
     is at significantly increased risk for the
development of a lung cancer and also for the
development of malignant mesothelioma of either
pleura or peritoneum.

4.   It is recognized and established in the medical
literature that asbestos exposure causes lung cancer
and also malignant mesothelioma and many observers
conclude that there is a three times greater risk of
developing colon cancer in people who are heavily
exposed to asbestos.  A close follow up is indicated
to monitor for the development of these possible
malignancies and the potential recurrence of the
colon cancer.

Thank you for submitting this case to me for review.  Please
let me know if there is any additional information I can
provide.  The slides and blocks are being returned to you
along with two photomicrographs depicting classical pleural
plaque.

Sincerely,

Jaywant P. Parmar, MD, FCAP, BCFM
Chairman and Medical Director Pathology Department
Ohio Valley Medical Center


JPP:sjv

WR GRACE-PIQ 002332-110

B 2598



# JAYWANT P. PARMAR, MD, INC.
### CONSULTATION IN PATHOLOGY

DIPLOMATE AMERICAN BOARD OF
ANATOMIC AND CLINICAL PATHOLOGY
DIPLOMATE AMERICAN BOARD OF
FORENSIC MEDICINE
DIPLOMATE AMERICAN BOARD OF
FORENSIC EXAMINERS

963 NATIONAL RD.
SUITE 208
WHEELING, WV 26003

PHONE 304-234-1599
FAX 304-234-1849

September 23, 1997

Ms. Susan E. Jurik
Legal/Medical Records Assistant
Goldberg, Persky, Jennings & White, P.C.
Plaza North
4800 Fashion Square Boulevard, Suite 260
Saginaw, MI   48604-2602

RE:    Addendum Report               **REDACTED**

Dear Ms. Jurik:

This letter is being sent as clarification relative to my previous report dated September 10, 1997.

As documented pathologically,                    has had a colectomy in December of 1995 for a moderately well-differentiated adenocarcinoma with six negative regional nodes.  A major and significant cause for the development of this colon cancer is his occupational exposure to asbestos fiber inhalation while working as a bricklayer between 1945 and 1971.  Pathological evidence of asbestos exposure is documented in the demonstration of bilateral, calcified pleural plaques also surgically removed following a decortication procedure.

As a conclusion, I have stated in my previous report that colon cancer is related to asbestos exposure and there is up to a three times greater risk for developing colon cancer in people who are heavily exposed to asbestos as compared to the general non-exposed population.

Please let me know if there is any additional information you require.

Sincerely,

Jaywant P. Parmar, MD, FCAP, BCFM
Chairman and Medical Director Pathology Department
Ohio Valley Medical Center

WR GRACE-P12 002332-111

|  | TYPE OF READING | FACILITY IDENTIFICATION |
|---|---|---|
| WORKER'S Social Security number | A X P | 4 6 0 4 7 |

Ramona Radiology

| 1A. DATE OF X-RAY | 1B. FILM QUALITY | 1C. IS FILM COMPLETELY NEGATIVE? |
|---|---|---|
| 2 2 0 1 | 1 2 3 4 | YES ___ NO ☒ |

| 2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS? | YES ___ | NO ☒ | PROCEED TO SECTION 3 |
|---|---|---|---|

**2B. SMALL OPACITIES**

a. SHAPE/SIZE

| PRIMARY | SECONDARY |
|---|---|
| P S | P S |
| Q T | Q T |
| R U | R U |

b. ZONES

R L

c. PROFUSION

0/- 0/0 0/1
1/0 1/1 1/2
2/1 2/2 2/3
3/2 3/3 3/+

**2C. LARGE OPACITIES**

SIZE O A B C

PROCEED TO SECTION 3

| 3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS? | YES ☒ | NO ___ | PROCEED TO SECTION 4 |
|---|---|---|---|

**3B. PLEURAL THICKENING**

a. DIAPHRAGM (plaque)
SITE O R L

b. COSTOPHRENIC ANGLE
SITE O R L

**3C. PLEURAL THICKENING ... Chest Wall**

a. CIRCUMSCRIBED (plaque)

| | R | | L |
|---|---|---|---|
| SITE | O X | | X L |
| IN PROFILE | O A B C | | O A B C |
| L. WIDTH | O 1 2 3 | | O 1 2 3 |
| B. EXTENT | O 1 2 3 | | O 1 2 3 |
| FACE ON | O 1 2 3 | | O 1 2 3 |
| BI. EXTENT | O 1 2 3 | | O 1 2 3 |

b. DIFFUSE

| | R | | L |
|---|---|---|---|
| SITE | O R | | X L |
| IN PROFILE | O A B C | | O A B C |
| L. WIDTH | O 1 2 3 | | O 1 2 3 |
| B. EXTENT | O 1 2 3 | | O 1 2 3 |
| FACE ON | O 1 2 3 | | O 1 2 3 |
| BI. EXTENT | O 1 2 3 | | O 1 2 3 |

**3D. PLEURAL CALCIFICATION**

| | R | EXTENT |
|---|---|---|
| SITE | X R | |
| a. DIAPHRAGM | | O 1 2 3 |
| b. WALL | | O 1 2 3 |
| c. OTHER SITES | | O 1 2 3 |

| | L | EXTENT |
|---|---|---|
| SITE | X L | |
| a. DIAPHRAGM | | O 1 2 3 |
| b. WALL | | O 1 2 3 |
| c. OTHER SITES | | O 1 2 3 |

PROCEED TO SECTION 4

| 4A. ANY OTHER ABNORMALITIES? | YES ☒ | NO ___ | PROCEED TO SECTION 5 |
|---|---|---|---|

**4B. OTHER SYMBOLS (OBLIGATORY)**

O ax bu ca ca cp cv di ef em es fr hi ho id ih kl px rp tb

Report items which may be of present clinical significance in this section.

SPECIFY od.)
OD Lo S. ILL

Date Personal Physician notified?
2 1 7 97

**4C. OTHER COMMENTS**

☐ No asbestos
☐ Consistent with asbestosis
☒ Other ... asbestos related disease

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C.    YES ___ NO ☒

PROCEED TO SECTION 5

| 5. FILM READER'S INITIALS | PHYSICIAN'S SOCIAL SECURITY NUMBER* | DATE OF READING |
|---|---|---|
| R A H | 0 5 5 2 6 1 2 9 4 | 2 1 7 97 |

Complete if social security number is not furnished.

NAME (LAST — FIRST — MIDDLE)    Ray H Harron, MD

STREET ADDRESS        CITY        STATE    ZIP CODE



1435

WR GRACE-PIQ 002332-112

ASBESTOS DOCKET

STATE OF MICHIGAN
,
IN THE CIRCUIT COURT FOR THE COUNTY OF BAY

REDACTED

Case No. 97-3160-NP-S

Plaintiff,

vs.

20TH CENTURY GLOVE CORP. OF TEXAS, a/k/a GUARD LINE, INC., a Texas corporation;
A-BEST PRODUCTS COMPANY, an Ohio corporation;
ACME INSULATIONS, INCORPORATED, a Michigan corporation;
ALEXANDER STAFFORD CORPORATION, a Michigan corporation;
AMERICAN OPTICAL CORPORATION, a Delaware corporation;
ANCHOR PACKING COMPANY, a Delaware corporation;
ARGO PACKING COMPANY, a Pennsylvania corporation
ATLAS TURNER, INC., f/k/a ATLAS ASBESTOS COMPANY, a Canadian corporation;
AUSTIN COMPANY, an Ohio corporation;
BASIC, INCORPORATED, a Delaware corporation;
BAY CITY HARDWARE COMPANY, a Michigan corporation;
BIGELOW-LIPTAK CORPORATION, a Michigan corporation;
THE CARBORUNDUM COMPANY, INCORPORATED, a Delaware corporation;
CHICAGO FIREBRICK CO., a Delaware corporation;
COON DEVISSER COMPANY, a Michigan corporation;
CORHART REFRACTORIES COMPANY GLASS REFRACTORIES, a Delaware corporaton;
CROWN CORK & SEAL COMPANY, a New York corporation;
DRESSER INDUSTRIES, INC., f/k/a HARBISON AND WALKER REFRACTORIES, a Delaware corporation;
DURABLA MANUFACTURING COMPANY, a foreign corporation;
F.B. WRIGHT CO., a Michigan corporation;
FOSECO, INC., a Delaware corporation, in its own right and as successor to GIBSON-HOMANS CO., BALTIMORE ENNIS LAND CO., INC., and as Subsidiary of FOSECO PLC;
FOSTER WHEELER CORPORATION, a New York corporation;
GARLOCK INC., an Ohio corporation;
GENERAL ELECTRIC COMPANY, a New York corporation;
GENERAL REFRACTORIES, COMPANY, a foreign corporation;
GRANT WILSON, INCORPORATED, an Illinois corporation;
HARRISON PIPING SUPPLY COMPANY, a Michigan corporation;
HERCULES CHEMICAL CORPORATION, a Delaware corporation;
HI-TEMP PRODUCTS, INC., f/k/a ASBESTOS SPECIALITIES CO., a Michigan corporation;
HOLLINGER & CO., a Michigan corporation;
J.H. FRANCE REFRACTORIES COMPANY, a Pennsylvania corporation;
JENNISON HARDWARE COMPANY, a Michigan corporation;
JOHN CRANE-HOUDAILLE, INC., a Delaware corporation, in its own right and as successor to CRANE PACKING COMPANY, an Illinois

- 1 -



WR GRACE-PIQ 002332-113

corporation;
**JOHN E. GREEN COMPANY,** a Michigan corporation;
**KAISER ALUMINUM AND CHEMICAL CORPORATION,** in its own right and as
successor to KAISER REFRACTORIES a Division of KAISER ALUMINUM, a
Delaware corporation;
**METROPOLITAN LIFE INSURANCE COMPANY,** a Delaware corporation a/k/a
METROPOLITAN INSURANCE COMPANY;
**M.H. DETRICK COMPANY,** a Delaware corporation;
**MIDLAND ROSS CORPORATION,** an Ohio corporation;
**NL INDUSTRIES INC.,** f/k/a NATIONAL LEAD COMPANY, in its own right
and as successor in interest to CHAS. TAYLOR SONS CO., and as
contractually responsible for the liabilities of CHAS. TAYLOR SONS
CO.
**NORTH AMERICAN REFRACTORIES COMPANY,** an Ohio corporation;
**OGLEBAY NORTON COMPANY,** a Delaware corporation, and its division,
FERRO ENGINEERING;
**OWENS-CORNING FIBERGLAS  CORPORATION,** a Delaware corporation;
**OWENS-ILLINOIS, INC.,** an Ohio corporation;
**PITTSBURGH CORNING CORPORATION,** a Pennsylvania corporation;
**PLIBRICO COMPANY,** a Delaware corporation;
**RAPID-AMERICAN CORPORATION,** a Delaware corporation, in its own
right and as successor to PHILIP CAREY MANUFACTURING COMPANY, and
to PANACON CORPORATION, and to PHILIP CAREY CORPORATION;
**REX/ROTO CORPORATION,** a Michigan corporation;
**RUTLAND FIRE CLAY COMPANY,** a Vermont corporation;
**SCHAD BOILER SETTING COMPANY,** D/B/A SCHAD REFRACTORY CONSTRUCTION
COMPANY, a Michigan corporation;
**STANDARD FUEL ENGINEERING COMPANY,** a Delaware corporation;
**THIEM CORPORATION,** a Delaware corporation;
**TOWNSEND & BOTTUM, INC.,** a Michigan corporation;
**UNIROYAL, INC.,** a New Jersey corporaiton, a/k/a UNITED STATES
RUBBER COMPANY, INC.;
**UNITED STATES MINERAL PRODUCTS CO.,**   a/k/a UNITED STATES MINERAL
PRODUCTS COMPANY, f/k/a UNITED STATES MINERAL WOOL COMPANY, a New
Jersey corp., in  its own right and as successor to and/or f/k/a
COLUMBIA ACOUSTICS AND FIREPROOFING COMPANY;
**W.R. GRACE & CO.,** a Connecticut corporation, in its own right and
as successor to ZONOLITE CO., a foreign corporation;
<u>**A.P. GREEN REFRACTORIES CO.,**</u> a Delaware corporation;
<u>**ARMSTRONG WORLD INDUSTRIES, INC.,**</u> f/k/a ARMSTRONG CORK COMPANY, a
Pennsylvania corporation;
<u>**ASBESTOS  CLAIMS  MANAGEMENT  CORPORATION**</u> f/k/a NATIONAL GYPSUM
COMPANY, a Delaware corporation;
<u>**FLEXITALLIC GASKET COMPANY, INC.,**</u> a Connecticut corporation;
<u>**GAF CORPORATION,**</u> a Delaware corporation, in its own right and as
successor to THE RUBEROID COMPANY;
<u>**UNITED STATES GYPSUM COMPANY,**</u> a Delaware corporation, in its own
right and as successor in interest to U.S. GYPSUM COMPANY, an
Illinois corporation;

WR GRACE-PIQ 002332-114

Jointly and severally,

Defendants.

_____/

GOLDBERG, PERSKY,
JENNINGS & WHITE, P.C.
Attorneys for Plaintiff
By: Joel Persky (P41160)
    Lane A. Clack (P38835)

_____/

### PLAINTIFF'S AMENDED COMPLAINT AND CAPTION

There is no other pending or resolved civil action
arising out of the transaction or occurrence alleged in
the complaint.

NOW COMES Plaintiff by and through his respective counsel
state for his Complaint as follows:

### GENERAL ALLEGATIONS

1. That all or part of this cause of action arose in the
County of Bay, State of Michigan.  **REDACTED**

2. That the Plaintiff,                      during the times
herein mentioned and complained of, to-wit: from 1945 to 1971 was
a resident of the State of Michigan, presently residing at

**REDACTED**                              , and that the significant
injurious exposures to asbestos took place as a result of asbestos
fiber released at job sites located within Bay County, within the
State of Michigan.

3. That Plaintiff has contracted Mesothelioma and/or other
asbestos related diseases as a result of exposure to asbestos.

4. That Plaintiff says that during the years 1945 to 1971,
Plaintiff was employed as a Bricklayer, and that in the course of
his duties in such capacities, he was required to handle and

- 3 -



WR GRACE-PIQ 002332-115

otherwise be exposed to and come into contact with large quantities of asbestos dust and fibers mined, produced, installed, prescribed, engineered, specified, licensed, sold and/or distributed by the above named defendants, installed and/or being installed and/or used in his work environs.    That in addition to the fact that Plaintiff,    **REDACTED**    actually removed, applied, and otherwise used some of the products mined, produced, specified, manufactured, prescribed, engineered, distributed, installed, licensed and/or sold by the above named defendants, and specifically many and various construction products containing asbestos, Plaintiff says that on many jobs, while Plaintiff did not use the specific products mined, produced, manufactured, prescribed, engineered, distributed, specified, installed, licensed and/or sold by Defendants, Plaintiff was nevertheless exposed to the dangerous materials, and especially, asbestos fibers from such products which were used by his employers or by other workers on job sites serviced by the Plaintiff in his aforesaid vocations.

5.    That during the period of time in which Plaintiff was employed as a Bricklayer, from on or about the years 1945 to 1971, in the course of his employment, due to the negligence and carelessness of the Defendants, he was caused to come in contact with the said asbestos products specified, mined, produced, engineered, manufactured, licensed, installed, distributed and/or sold by the defendants, and directly in consequence of said negligence and carelessness of the defendants, did sustain severe, permanent and disabling injuries, resulting in total, permanent and


WR GRACE-PIQ 002332-116

progressive disability, and a serious impairment of his earning capacity.

6.    That venue is proper in Bay County because at least one Defendant resides or has a place of business, or conducts business in said county or has a registered office in said county, or pursuant to other facts and circumstances satisfies the requirements of MCLA §600.1621, 600.1627, and 600.1629.

7.    That all Defendants are subject to the jurisdiction of the State of Michigan by virtue of their activities within this State.

8.    The amount in controversy exceeds Ten Thousand ($10,000.00) Dollars exclusive of costs, interest and attorneys fees.

9.    Plaintiff consents to jurisdiction in the State of Michigan.



WR GRACE-PIQ 002332-117

## COUNT I

### NEGLIGENCE

10. Plaintiff hereby incorporates and adopts by reference all allegations in all Counts of this Complaint as if set out in full.

11. At all times and places mentioned herein, Defendants were miners, millers, manufacturers, distributors, processors, importers, convertors, compounders, merchants and promoters of asbestos and asbestos-containing products.

12. Plaintiff has been exposed to asbestos-containing products of Defendants, which Plaintiff inhaled or otherwise ingested.

13. Plaintiff's exposures were foreseeable by Defendants.

14. At all times material hereto, Defendants, jointly and severally, owed a duty to Plaintiff and to all others similarly situated, to design, manufacture, formulate, develop standards, prepare, process, inspect, test, market, advertise, package and label the above-mentioned products in a manner reasonably calculated to permit said asbestos products to be used without endangering the health and safety of persons such as the Plaintiff in the use of such products. Furthermore, Defendants owed a duty to warn and instruct regarding the use of such products.

15. Defendants, jointly and severally, breached their duty to Plaintiff in the following particulars:

a. failed to adequately warn Plaintiff of the dangerous characteristics of asbestos and asbestos-containing products;

b. failed to provide Plaintiff with information as to

- 6 -


WR GRACE-PIQ 002332-118

what would be reasonably safe and sufficient wearing apparel and proper protective equipment and appliances, to protect Plaintiff from being harmed and disabled by exposure to asbestos and asbestos containing materials;

c.    failed to place adequate warnings on containers of said asbestos and asbestos-containing materials to warn of the health hazards associated with coming into contact with said asbestos and asbestos-containing materials;

d.    failed to take reasonable precaution or exercise reasonable care to publish, adopt and enforce safety plans and/or a safe method of handling and installing asbestos and asbestos-containing materials;

e.    failed to adopt and utilize a substitute material to eliminate asbestos fibers in the products produced;

f.    failed to test asbestos and asbestos-containing materials to determine their disease causing propensities prior to releasing these products for sale and, if in fact any Defendant tested these products, then said Defendants were negligent in concealing the results from the public;

g.    failed to properly design and manufacture the products;

h.    failed to formulate the products so as to minimize or eliminate their toxic effects upon their users;

i.    failed to properly prepare, inspect and process said products so that they would not be transferred from the manufacturers' possession in a defective state and that said

- 7 -



WR GRACE-PIQ 002332-119

products would be reasonably fit for the particular purpose intended and of merchantable quality;

    j.   failed to properly prepare, process and manufacture the products;

    k.   failed to properly package the products;

    l.   failed to adequately label and give adequate warnings and instructions regarding the composition and use of the products and their possible toxic affects upon their users;

    m.   failed to properly market and advertise said products;

    n.   failed to advise and warn of the scientifically recognized synergism between exposure to asbestos in conjunction with smoking, alcohol and other agents;

    o.   failed to act in a reasonable and prudent manner.

16. As a direct and proximate result of Defendants' aforementioned tortious acts, Plaintiff has sustained serious, incurable and progressive asbestos related disease.

17. Plaintiff has contracted an asbestos related disease and suffers other bodily injuries including great pain of mind and body, shock, disgrace, outrage, humiliation, indignity, disability, loss of the joys, pleasures and vitalities of life and will continue to do so into the future.

18. Plaintiff is at great risk or has developed lung cancer, and/or mesothelioma, and/or other malignant cancers and as a result is extremely fearful of developing such cancers.

19. Plaintiff experiences severe mental anguish regarding his



WR GRACE-PIQ 002332-120

greater risk of developing numerous forms of cancer and/or progressive shortness of breath.

20. That as a result of Plaintiff's asbestos related condition, he/she is substantially at risk of premature death and as a result suffers from great pain of mind and body.

21. Plaintiff incurred medical bills and other expenses and will continue to do so in the future.

22. Plaintiff sustained wage losses and will continue to sustain wage losses in an undetermined amount, which amount will be demonstrated at trial.

23. Plaintiff suffers from such other injuries and damages as hereinabove set forth.

24. Defendants are jointly and severally liable to Plaintiff for injuries and damages.

WHEREFORE, Plaintiff prays for a judgment against Defendants of actual, consequential, and exemplary damages in whatever amount in excess of Ten Thousand ($10,000.00) Dollars Plaintiff is deemed to be entitled by this Honorable Court and/or Jury, together with costs, interest and attorneys fees.



WR GRACE-PIQ 002332-121

## COUNT II

### CONCERT OF ACTION

25. Plaintiff hereby incorporates and adopts by reference all allegations in all Counts of this Complaint as if set out in full.

26. That at all times herein mentioned one, several or all of the Defendants named above, their officers, directors, employees, agents or servants acting on their behalf, engaged in concerted activities, namely express or implied agreements regarding the mining, milling, manufacturing, designing, engineering, licensing, producing, assembling, marketing, supplying, installing, delivering, promoting, and/or retarding the development of industry-wide standards relating to the use of asbestos and asbestos-containing products which Defendants knew, or in the exercise of reasonable care, should have known, were deleterious , poisonous, and highly harmful to Plaintiff.

27. Plaintiff may not be able to identify all of the asbestos containing products of the various Defendants due to the generic similarity of such products as produced as promoted by these Defendants.

28. That as a result of the said concerted activities in which Defendants engaged, the Plaintiff was injured though the use and/or exposure to asbestos or asbestos-containing products of Defendants.

29. That due to the concert of action among each of the various Defendants, each is liable to the Plaintiff for injuries sustained even if there was no direct exposure to, and use of,

- 10 -



WR GRACE-PIQ 002332-122

products produced by a particular Defendant.

30.  Defendants are jointly and severally liable to the Plaintiff for the injuries and damages sustained by Plaintiff.

31.  As a direct and proximate result of Defendants aforementioned tortious acts, Plaintiff has sustained serious, incurable and progressive asbestos related disease.

32.  Plaintiff has contracted an asbestos related disease and suffered other bodily injuries including great pain of mind and body, shock, disgrace, outrage, humiliation, and indignity and will continue to do so into the future.

33.  Plaintiff is at great risk to or has developed lung cancer, and/or mesothelioma and/or other malignant cancers and as a result is extremely fearful of developing such cancers.

34.  Plaintiff experiences severe mental anguish regarding his greater risk to develop numerous forms of cancer and/or progressive shortness of breath.

35.  That as a result of Plaintiff's asbestos related condition he/she is substantially at risk of a premature death and as a result suffers from great pain of mind and body.

36.  Plaintiff incurred medical bills and other expenses and will continue to do so in the future.

37.  Plaintiff sustained wage losses and will continue to sustain wage losses in an undetermined amount, which amount will be demonstrated at trial.

38.  Plaintiff suffers from such other injuries and damages as hereinabove set forth.

- 11 -



WR GRACE-PIQ 002332-123

39.  Defendants are jointly and severally liable to Plaintiff for injuries and damages.

WHEREFORE, Plaintiff prays for a judgment against Defendants of actual, consequential, and exemplary damages in whatever amount in excess of Ten Thousand ($10,000.00) Dollars Plaintiff is deemed to be entitled by this Honorable Court and/or Jury, together with costs, interest and attorneys fees.

- 12 -



WR GRACE-PIQ 002332-124

## COUNT III

### CONSPIRACY

40. Plaintiff hereby incorporates and adopts by reference all allegations in all Counts of this Complaint as if set out in full.

41. The Defendants did conspire by willfully and wantonly placing into the stream of commerce instrumentalities which they knew or reasonably should have known would cause unlawful, serious and permanent bodily injury or death to Plaintiff or others similarly situated.

42. Many decades ago the Defendants became aware that asbestos would cause serious, debilitating, life shortening and life ending health problems.

43. Notwithstanding said knowledge in the possession of the Defendants they knowingly, maliciously, wantonly and for mercenary reasons, entered into an agreement tacit or otherwise, to conceal said knowledge and further, did agree to continue on as vendors of asbestos and asbestos-containing products thereby furthering the ends of their conspiracy.

44. That this agreement and course of conduct on the part of the several Defendants originated in the period of 1930, or earlier, and has continued to the present.

45. That each Defendant at some time relevant to Plaintiff's cause of action, acted in furtherance of said conspiracy.

46. Pursuant to the conspiracy between the several Defendants, they retained control of the existing and developing markets, retarded the development of industry wide standards and

- 13 -



WR GRACE-PIQ 002332-125

through products which they knew were hazardous , feloniously caused great bodily harm and/or death.

47. As a direct and proximate result of Defendants' aforementioned tortious and illegal acts, Plaintiff has sustained serious, incurable and progressive asbestos related disease.

48. Plaintiff has contracted an asbestos related disease and suffered other bodily injuries including great pain of mind and body, shock, disgrace, outrage, humiliation and indignity and will continue to do so into the future.

49. Plaintiff is a great risk to or has developed lung cancer, and/or mesothelioma and/or other malignant cancers and as a result is extremely fearful of developing cancers.

50. Plaintiff experiences severe mental anguish regarding his greater risk of developing numerous forms of cancer and/or progressive shortness of breath.

51. That as a result of Plaintiff's asbestos related condition he is substantially at risk of a premature death and as a result suffers from great pain of mind and body.

52. Plaintiff incurred medical bills and other expenses and will continue to do so in the future.

53. Plaintiff sustained wage losses and will continue to sustain wage losses in an undetermined amount, which amount will be demonstrated at trial.

54. Plaintiff suffers from such other injuries and damages as hereinabove set forth.

55. Defendants are jointly and severally liable to Plaintiff

- 14 -



WR GRACE-PIQ 002332-126

for injuries and damages.

WHEREFORE, Plaintiff prays for a judgment against Defendants of actual, consequential, and exemplary damages in whatever amount in excess of Ten Thousand ($10,000.00) Dollars Plaintiff is deemed to be entitled by this Honorable Court and/or Jury, together with costs, interest and attorneys fees.



WR GRACE-P1Q 002332-127

## COUNT IV

### ALTERNATIVE LIABILITY

56. Plaintiff hereby incorporates and adopts by reference all allegations in all Counts of this Complaint as if set out in full.

57. Defendants, acting independently have concurrently breached a duty owed to Plaintiff in their manufacture, design, selection, assembly, marketing, distribution, sale, supply, delivery and promotion of asbestos-containing products which were generically similar and fungible in nature.

58. Defendants, acting independently and concurrently each breached the same duty to Plaintiff by contributing to the placement of asbestos-containing products into the stream of interstate commerce, which products were independently the direct and proximate cause of the injuries and damages sustained by Plaintiff.

59. Plaintiff is unable to identify the specific Defendant responsible for placing specific asbestos or asbestos-containing products into the stream of commerce.

60. Defendants were each in a position to mitigate and alleviate the danger to Plaintiff from exposure to the asbestos-containing products produced and promoted by each of them, but each Defendant, independently and concurrently failed to so mitigate that risk.

61. Defendants are jointly and severally liable to Plaintiff, for the injuries and damages.

62. As a direct and proximate result of aforementioned

- 16 -


WR GRACE-PIQ 002332-128

tortious acts, Plaintiff has sustained serious, incurable and progressive asbestos related disease.

63. Plaintiff has contracted an asbestos related disease and suffered other bodily injuries including great pain of mind and body, shock, disgrace, outrage, humiliation and indignity and will continue to do so into the future.

64. Plaintiff is a great risk to or has developed lung cancer, and/or mesothelioma and/or other malignant cancers and as a result is extremely fearful of developing cancers.

65. Plaintiff experiences severe mental anguish regarding his greater risk of developing numerous forms of cancer and/or progressive shortness of breath.

66. That as a result of Plaintiff's asbestos related condition he is substantially at risk of a premature death and as a result suffers from great pain of mind and body.

67. Plaintiff incurred medical bills and other expenses and will continue to do so in the future.

68. Plaintiff sustained wage losses and will continue to sustain wage losses in an undetermined amount, which amount will be demonstrated at trial.

69. Plaintiff suffers from such other injuries and damages as hereinabove set forth.

70. Defendants are jointly and severally liable to Plaintiff for injuries and damages.

WHEREFORE, Plaintiff prays for a judgment against Defendants of actual, consequential, and exemplary damages in whatever amount

- 17 -



WR GRACE-PIQ  002332-129

in excess of Ten Thousand ($10,000.00) Dollars Plaintiff is deemed

to be entitled by this Honorable Court and/or Jury, together with

costs, interest and attorneys fees.



WR GRACE-PIQ 002332-130

## COUNT V

### ENTERPRISE LIABILITY

71. Plaintiff hereby incorporates and adopts by reference all allegations in all Counts of this Complaint as if set out in full.

72. That all Defendants herein agreed to or independently adhered to an industry wide practice or custom not to warn of the dangers of asbestos.

73. Plaintiff cannot identify the specific Defendant responsible for the asbestos products to which he was exposed.

74. Plaintiff's injuries and damages complained of were directly and proximately caused by exposure to asbestos-containing products produced and/or promoted by the several Defendants under and in adherence to said insufficient and inadequate industry wide standards.

75. The several Defendants, controlled various shares of the asbestos industry market within the geographical region in which Plaintiff was employed.

76. Defendants are jointly liable to Plaintiff for injuries and damages sustained.

77. As a direct and proximate result of aforementioned tortious acts, Plaintiff has sustained serious, incurable and progressive asbestos related disease.

78. Plaintiff has contracted an asbestos related disease and suffered other bodily injuries including great pain of mind and body, shock, disgrace, outrage, humiliation and indignity and will continue to do so into the future.



WR GRACE-PIQ 002332-131

79. Plaintiff is a great risk to or has developed lung cancer, and/or mesothelioma and/or other malignant cancers and as a result is extremely fearful of developing cancers.

80. Plaintiff experiences severe mental anguish regarding his greater risk of developing numerous forms of cancer and/or progressive shortness of breath.

81. That as a result of Plaintiff's asbestos related condition he is substantially at risk of a premature death and as a result suffers from great pain of mind and body.

82. Plaintiff incurred medical bills and other expenses and will continue to do so in the future.

83. Plaintiff sustained wage losses and will continue to sustain wage losses in an undetermined amount, which amount will be demonstrated at trial.

84. Plaintiff suffers from such other injuries and damages as hereinabove set forth.

85. Defendants are jointly and severally liable to Plaintiff for injuries and damages.

WHEREFORE, Plaintiff prays for a judgment against Defendants of actual, consequential, and exemplary damages in whatever amount in excess of Ten Thousand ($10,000.00) Dollars Plaintiff is deemed to be entitled by this Honorable Court and/or Jury, together with costs, interest and attorneys fees.

- 20 -



WR GRACE-PIQ 002332-132

## COUNT VI

### STRICT LIABILITY

86.  Plaintiff hereby incorporates and adopts by reference all allegations in all Counts of this Complaint as if set out in full.

87.  At all times and places mentioned herein, Defendants collectively and individually were engaged in the asbestos industry.

88.  The asbestos and asbestos-containing products manufactured, designed, assembled, maintained for sale, marketed, distributed, sold, supplied, delivered and promoted by Defendants wa used by Plaintiff and those similarly situated in a foreseeable manner.

89.  At all times pertinent hereto, the said asbestos products were unreasonably dangerous and in a defective condition.

90.  Defendants' unreasonably dangerous and defective products were a direct and proximate cause of the injuries sustained by Plaintiff.

91.  Defendants are jointly and severally strictly liable to the Plaintiff for injuries and damages.

92.  As a direct and proximate result of aforementioned tortious acts, Plaintiff has sustained serious, incurable and progressive asbestos related disease.

93.  Plaintiff has contracted an asbestos related disease and suffered other bodily injuries including great pain of mind and body, shock, disgrace, outrage, humiliation and indignity and will continue to do so into the future.

- 21 -

WR GRACE-PIQ 002332-133

94. Plaintiff is a great risk to or has developed lung cancer, and/or mesothelioma and/or other malignant cancers and as a result is extremely fearful of developing cancers.

95. Plaintiff experiences severe mental anguish regarding his greater risk of developing numerous forms of cancer and/or progressive shortness of breath.

96. That as a result of Plaintiff's asbestos related condition he is substantially at risk of a premature death and as a result suffers from great pain of mind and body.

97. Plaintiff incurred medical bills and other expenses and will continue to do so in the future.

98. Plaintiff sustained wage losses and will continue to sustain wage losses in an undetermined amount, which amount will be demonstrated at trial.

99. Plaintiff suffers from such other injuries and damages as hereinabove set forth.

100. Defendants are jointly and severally liable to Plaintiff for injuries and damages.

WHEREFORE, Plaintiff prays for a judgment against Defendants of actual, consequential, and exemplary damages in whatever amount in excess of Ten Thousand ($10,000.00) Dollars Plaintiff is deemed to be entitled by this Honorable Court and/or Jury, together with costs, interest and attorneys fees.

- 22 -



WR GRACE-PIQ 002332-134

## COUNT VII

### WARRANTY

101. Plaintiff hereby incorporates and adopts by reference all allegations in all Counts of This Complaint as if set out in full.

102. The Defendants herein, jointly and severally owe the Plaintiff a contractual duty to dispense a product which comported with the implied or express warranties attached to said product. The warranties which were attached to Defendant's products at the time of manufacture, design, distribution, sale, supply, delivery, marketing and promotion of asbestos-containing products, were that said products are:

    a.   of good and merchantable quality;

    b.   properly designed and manufactured;

    c.   fit for the ordinary purposes for which such goods are/were used;

    d.   adequately contained;

    e.   adequately packaged;

    f.   adequately labeled;

    g.   conformed to the promises or affirmation of fact made on the container, labeling, advertising, product specification data or informational literature;

    h.   fit for the particular and intended purpose for which the goods are required, the buyer having relied upon Defendants' judgment in selecting and furnishing suitable goods.

103. That notwithstanding said duty the Defendants, jointly and severally, did violate same in that their products:

- 23 -



WR GRACE-PIQ 002332-141

MN 550 2-01

SHIPPING ORIGIN MN  1 OF 10

UPS GROUND
TRACKING #: 1Z 467 EW3 03 5457 4434

BILLING: P/P

17 LB

FROM:
MATT HOOVER
(989) 759-4848
GOLDBERG, PERSKY & WHITE, P.C.
4800 FASHION SQUARE BOULEVARD
SAGINAW ™ MI 48604-2602

SHIP TO:
W.R. GRACE & CO. BANKRUPTCY
RUST CONSULTING, INC.
201 S. LYNDALE AVE.
FARIBAULT MN 55021

RECEIVED JAN 1 6 2006

REF 1: MLH Bank R
REF 2: WR Grace