IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## [PROPOSED] ORDER

It is **ORDERED** as follows:

1. Each Claimant alleging an asbestos-related cancer other than mesothelioma (the "Claimant" or "Claimants") is hereby ordered to send to Rust Consulting ("Rust") the original posterior-anterior view chest x-ray that serves as the basis for the contention that his or her cancer is related to exposure to asbestos. If the x-ray is in the possession of Claimant's treating physician, it is acceptable to provide copies of that x-ray; and it is further ordered that

2. Claimants must send their original x-rays to Rust no later than January 12, 2007; and it is further ordered that

3. Rust, under the direction of this Court or one of its agents, shall establish an x-ray repository to be administered by a medical professional designated by this Court and in compliance with a protocol approved by this Court; and it is further ordered that

4. The x-rays shall be reviewed by a panel of three or more independent B-readers; and it is further ordered that

5. All x-rays shall be returned to the Claimants no later than April 12, 2007;

   **IT IS SO ORDERED.**

   _____
   JUDITH K. FITZGERALD
   United States Bankruptcy Judge

Wilmington, Delaware
December _____, 2006