**Exhibit A**

## Claims Filed by WEITZ & LUXENBERG PC

| Claimant Name |
| --- |
| ABRAHAMIAN, LEVON |
| ACCARDI SR, ANTHONY |
| ACCOLLA, JOSEPH |
| ACOCELLA, JOSEPH |
| AFFLISIO, JOHN |
| AGINSKY, DAVID A |
| AGNES, JOHN L |
| AINSWORTH, MARY G |
| ALBANESE, THOMAS C |
| ALBANO, JACK A |
| ALBINO, JOSEPH |
| ALLEN SR, SHERMAN J |
| ALLEYNE, LISLE |
| ALPHONSE, ANNIBALE |
| ALVIÑO, ARMANDO A |
| AMANCIO, CLIFFORD N |
| AMICO, JOSEPH |
| ANCEWICZ, EDWARD |
| ANDERSON, UTHER |
| ANDREWS, DONALD |
| ANTOLINO, ANTONIO |
| ANTONOPOLOUS, APOSTOLOS |
| ARSENAULT, EDWARD J |
| AUCH, JOHN |
| AUSTIN, EDWARD J |
| AVARAS, PETER |
| AYLWIN, ANDREW J |
| BABINEAU, ALFRED |
| BAKER, HOWARD |
| BAKER, ROBERT |
| BALES, ARTHUR E |
| BANCROFT, BENJAMIN |
| BARBERIAN, JOSEPH |
| BARONE, ANTHONY C |
| BARRON, LEO F |
| BARTALINI, ALADINO |
| BASS, ROBERT C |
| BAX, JOHN |
| BAYES, RICHARD |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*

| Claimant Name |
| --- |
| BEATON, JOSEPH W |
| BEAULIEU, RAYMOND J |
| BEAULIEU, WILFRED J |
| BECKER, EDMUND |
| BELANGER, ROLAND |
| BELL, ULYS L |
| BENEVENTO, FREDERICK |
| BENSON, HYMAN |
| BERENGER, CHARLES |
| BERG, WILLIAM |
| BERGER, JAMES A |
| BERKO, MIKE |
| BERMAN, HAROLD |
| BERNARD, RODERICK J |
| BIGLER, GARY J |
| BILGORAY, REUVEN |
| BIRD, LEONARD A |
| BLACE, ANTE |
| BLAIKIE JR, GEORGE W |
| BLANCO, AMILCAR |
| BLANDINI, JOSEPH |
| BLOCK, HYMAN |
| BOCHICCHIO, WILLIAM |
| BOCHICHIO, ANTHONY |
| BOCHICHIO, LUCIAN K |
| BOISVERT, WARREN |
| BONGIOVANNI, PHILIP R |
| BORNSTEIN, HENRY |
| BORNSTEIN, LOUIS |
| BOSIA, ROBERT A |
| BOSSIO, FRANCIS D |
| BOWMAN, FRANCIS |
| BOYLE SR, WILLIAM J |
| BRADFORD, MICHAEL T |
| BRANNAN, HAWLEY |
| BREAULT, RICHARD |
| BREDA, UGO |
| BRENNAN, WILLIAM |
| BRICE, CHARLES F |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*

| Claimant Name |
| --- |
| BRICE, JAMES |
| BRIENZE SR, JOSEPH |
| BROCK, JARVIS D |
| BROWN, JAMES |
| BRUNDAGE, LEWIS |
| BRYANT, DAVID |
| BUCKLEY, THOMAS J |
| BUHAGIAR, CHARLES |
| BURKE, ARTHUR T |
| BURKE, JOHN |
| BURKE, WILLIAM J |
| BURNETTE, ERNEST |
| BURNS, JAMES J |
| BYNOE, RONALD |
| CABLE, WALTER |
| CACACE, ARISTO |
| CAIXERO, JOHN |
| CALIERI, CHARLES J |
| CAMARDELLA, FRANK J |
| CAMILLO SR, HENRY |
| CAMMARATA, VINCENT F |
| CAMPBELL, DONALD |
| CAMPBELL, GERALD |
| CAMPBELL, LOUIS |
| CAMPBELL, WILLIAM |
| CAMPITELLI, CARMINE C |
| CANCELLARO, JAMES V |
| CANGIAMILA, VINCENT T |
| CANNON, EDWARD |
| CANSLER, JEAN |
| CANTY, DANIEL |
| CAPODILUPO SR, ROBERT A |
| CAPOZIO, JOHN T |
| CAPPRINI, STANLEY |
| CAPRIO, FRANK |
| CARDARELLI, DANIEL |
| CARLEY, FREDERICK F |
| CAROLLO, DENNIS |
| CARPENTIER, JOSEPH |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*

| Claimant Name |
| --- |
| CARR, JUSTINE M |
| CARROLL, JOHN |
| CARROZZA, DAVID |
| CASSARA, JACOB J |
| CASTEL, WILLIAM A |
| CASTLEBERRY, RICHARD E |
| CATALDO, CARLO |
| CATANO, LOUIS P |
| CATARIUS, EDWARD |
| CATARUZOLO, ANTONIO |
| CAVA, WILLIAM |
| CAVALLUZZI, LUKE N |
| CAVICCHIO, JAMES A |
| CAWEIN, GLENN W |
| CEGLIO, MARVIN J |
| CELLA, EDWARD |
| CERRATO, ANTHONY J |
| CERRONE, CHARLES R |
| CERUZZI, ALEX |
| CERVI, ROMEO |
| CHAPMAN, ELWOOD I |
| CHASE, WALTER E |
| CHEW, WILLIAM |
| CHICCARELLI, JAMES |
| CHIERA, RALPH |
| CHIRONNO, JOHN  J |
| CHRISOS, CHARLES |
| CHRISTIE, GEORGE J |
| CIAMPA, CHARLES |
| CIAMPA, ROCCO |
| CIANCHI, NEMO |
| CIANCIULLI, ROCCO A |
| CIBELLI, FRED |
| CIOTTI, GERMANO |
| CIPRIANI, DOMINICK |
| CLANCY, THOMAS |
| CLATTENBURG, ROBERT L |
| CLEARWATER, EDWARD V |
| COATES, ROBERT |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*

| Claimant Name |
| --- |
| COCCIA, JOHN |
| COELHO, NICHOLAS |
| COHEN, ALBERT |
| COHEN, SAMUEL P |
| COLANGELO, DANIEL W |
| COLLINS, BRIAN J |
| COLLINS, GERARD A |
| COLWELL, CHARLES |
| CONDENZIO, PETER W |
| CONDON, WILLIAM |
| CONNELLY, MATTHEW |
| CONSTANTINO, CHARLES J |
| CONTE, ANTHONY |
| CONTINO, JOSEPH |
| CONWAY, DENNIS |
| COOMBS, CHESTER |
| COPPOLA, FRANK J |
| COPPOLA, GEORGE |
| CORALLO, SALVATORE |
| CORAZZINI, HENRY |
| CORELLA, DOMINIC |
| CORES, ANGEL |
| CORMIER, NORMAN |
| CORREA, SANTIAGO |
| CORTINOVIERI, ALFRED |
| COSTA, JOSE |
| COSTANZO, RAYMOND S |
| COX, ANTHONY D |
| COX, GEORGE J |
| COYMAN, RICHARD G |
| CRANSHAW, JAMES H |
| CRAWFORD, ROBERT D |
| CREWS, GEORGE |
| CRICONES, DENO |
| CRITELLI, ANTONIO |
| CROCCO, RAYMOND |
| CROCE SR, JOSEPH A |
| CROCKER, MAX |
| CROSS SR, RALPH |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*

6

| Claimant Name |
| --- |
| CRUZ, CLIFFORD |
| CUCUZZO, JOSEPH T |
| CURRAN, ED |
| CURRY JR, FRANCIS |
| CUTRO, CARL |
| CYRAN, BERNARD |
| CZAJKOWSKI, JOHN |
| DADDAZIO, JOSEPH |
| DALBIS, VINCENZO |
| DANIELI, ARTHUR |
| DANKO, PAUL |
| DAVIE, EVAN |
| DAZET, THOMAS |
| DE LUTIES SR, RUDOLPH J |
| DEAMELIO, ANTHONY J |
| DEANGELO, VINCENT J |
| DEBELLO, AMERIGO |
| DECARVALHO, FRANK |
| DEFLORIO SR, GAETANO |
| DEGANNES, EUGENE |
| DEGROODT, WILLIAM |
| DELGORIO, JOSEPH |
| DELLADONNA, SAMUEL |
| DELMONACO, MARIO |
| DELUCA, ANTONIO |
| DEMARZO, JOSEPH L |
| DEMCHAK, ALBERT C |
| DENAGEL, EUGENE R |
| DENLY, FREDERICK M |
| DEPALMA, ANTHONY |
| DEROTA, RALPH |
| DESANTIS, DOMINICK |
| DESANTIS, FRANCESCO |
| DEVEAU, RICHARD P |
| DEVIDO, JOHN |
| DEVINE, THOMAS M |
| DEVINE-DROUIN, GLORIA J |
| DEYO, ALLAN |
| DIBIASI, FRANK |

*Duplicate claims have not been excluded*

## *Claims Filed by WEITZ & LUXENBERG PC*

| Claimant Name |
| --- |
| DIBIASI, JOHN |
| DICALOGERO, JOHN |
| DICHIARA, NICHOLAS |
| DIFILIPPO, ANNA |
| DIGENNARO, ANTONIO |
| DIGIACOMO, ARNOLD |
| DIGRAZIA, PETER |
| DIMARCO, GIOVANNI |
| DINAPOLI, PASQUALE |
| DIORIO, ANTHONY |
| DOLGE, DOMINIC F |
| DONNELLY, WILLIAM J |
| DORANT, JOSEPH |
| DOTY, DEXTER |
| DOYLE, PHILIP J |
| DRILLIS JR, NICHOLAS |
| DRISCOLL, JOHN |
| DUBIN, LEONARD |
| DUFFY, FRANK |
| DUVERNEY, FRED |
| EBINGER, JAY J |
| EDDY, NORMAN C |
| EDGE, FREDERICK |
| EDGERLY, FRANK J |
| EDGERLY, LOUIS |
| EDMONSON, EDWARD |
| EGAN, JOHN J |
| ENDELMAN, GEORGE |
| ERVOLINO, JOSEPH |
| EVEVDKYE, GORDON |
| EYDENBERG, FRANCIS A |
| FABRIZIO, DOMENIC |
| FAGONE, FRANK |
| FAIRBANKS, JAMES F |
| FALCONE, DANIEL A |
| FALSHENBURG, EDWIN |
| FANIZZI, FRANK |
| FARMAN, DANA |
| FARRAHER, JOHN |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*                    8

| Claimant Name |
| --- |
| FARRAND, WILLIAM |
| FARRARA, GEORGE |
| FAUCHER, JOSEPH R |
| FEENEY, JOHN A |
| FEMINO, CHARLES |
| FERRARIS, GEORGE |
| FERRATUSCO, VINCENT |
| FERTIK, RICHARD |
| FINKELSTEIN, HARVEY |
| FINN, THOMAS H |
| FINUOLI, JOSEPH R |
| FISK, FRANKLIN E |
| FISKE, LAWRENCE |
| FITZPATRICK, FRANK |
| FITZPATRICK, JAMES B |
| FKIARAS, COSTA |
| FLAVIN, JOHN |
| FLETCHER SR, WALTER E |
| FLOMP, CATHERINE |
| FLYNN, CHARLES |
| FOLEY, EDWARD W |
| FOLEY, MICHAEL J |
| FONZI, CARMINE |
| FOPPIANO JR, WILLIAM |
| FORSHAY, SAMUEL |
| FOSSEY, REGINALD L |
| FOUGERE, PAUL |
| FRANCO, RICHARD |
| FRANKLIN, WILLIAM T |
| FRANZOSO, MARIO A |
| FRAWLEY, DONALD |
| FREEDMAN, WILLIAM S |
| FREID, DAVID H |
| FRIZZI, ANTHONY |
| FRONGILLO, ROBERT W |
| FURRER, JESSIE |
| GAETA, BENNIE |
| GAETANI, ROBERT |
| GALARDI, AMERICO |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*

| Claimant Name |
| --- |
| GALLAGHER, FRANCIS J |
| GALLAGHER, PATRICK B |
| GALLANT, JOSEPH |
| GALLETTO, GABRIEL |
| GALLIMORE, ALVIN E |
| GALLIS, ISIDORE |
| GALVIN SR, JAMES J |
| GAMBARDELLA, SALVE |
| GARABEDIAN, LAWRENCE |
| GARIERI, GRAZIANO |
| GARIERI, VITO |
| GASTON, ARNOLD |
| GAVIN, JAMES H |
| GEIST, JOHN |
| GENTILE, JOSEPHINE F |
| GERLACH, KARL P |
| GESSELLI, EUGENE |
| GIANGREGORIO, ORLANDO |
| GIANNINI, ANTONIO |
| GIBSON, GLADYS A |
| GIGLIO, LEONARD D |
| GILBERTO SR, ANTHONY M |
| GILES, TOMMIE |
| GIORDANO, SAL |
| GISONDA, ANGELO |
| GIUFFRE, ANTHONY |
| GLIDEWELL, WALTER E |
| GOICHMAN, ED |
| GOLDSMITH, GERALD A |
| GONZALEZ, DAVID |
| GOODWIN, ROBERT |
| GORDON, DAVID T |
| GOTTLIEB, MORTON |
| GOUDREAU, GEORGE |
| GRABLIAUSKAS, EDWARD J |
| GRANDE, ANTHONY J |
| GRANT, ROBERT |
| GRANT, WILLIAM |
| GRASSELLI, JOSEPH J |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*

| Claimant Name |
| --- |
| GRASSELLI, ROBERT L |
| GRASSI, LUIGI |
| GRECO, JOSEPH |
| GREGO, LUIGI |
| GREGORY, ANGELO |
| GRICCI, JAMES |
| GRIECO, BENNY |
| GRIFFIN, THOMAS F |
| GROLICH, RUDI E |
| GUASTELLA, BIAGINO |
| GUERRIERO, LOUIS J |
| GULDAN, ARTHUR K |
| GULLOTA, ANTHONY |
| HABERSHAM, JOSEPH |
| HANLEY, PATRICK |
| HANSON, DAVID |
| HARDIMAN JR, MARTIN J |
| HARPER, GLENN |
| HARRIS, PERRY A |
| HARRIS, TRUBY R |
| HARTIGAN, GERARD W |
| HARTNETT, EMMET F |
| HAUGH, ANTHONY |
| HAYES, HILTON F |
| HAYES, NORMAN |
| HAYES, ROBERT F |
| HEELAN, JOHN W |
| HEESE, NORMAN |
| HENDRICK, CLAUDINE |
| HENNING, JOHN Q |
| HEYD, PETER |
| HILL, ALBERT J |
| HILL, JAMES L |
| HOGAN, PATRICK J |
| HOLLAND, ROY P |
| HOMAN, WAYNE C |
| HUNTER, JAMES |
| IGLTHALER, CARL |
| INCROVATO, FRANCIS H |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*    **11**

| Claimant Name |
| --- |
| INNESS, JOHN |
| IOIMO, RICHARD |
| IRVING, RALPH E |
| JAKSINA, JOHN |
| JANES, ERICH |
| JANNOTTI, THOMAS |
| JENKINS JR, BERTON |
| JENNINGS, MICHAEL |
| JOHNSON, CARL |
| JOHNSON, ROBERT |
| JONES, JOHN H |
| JONES, THOMAS |
| JORDAN DEC'D, ROBERT |
| JOSEPH, SIDNEY |
| JOSLOWITZ, MARTIN |
| JULIANO, FRANK |
| JUSTUS, DANIEL J |
| KACZMARSKI, JOHN P |
| KAEHLER, ROBERT K |
| KALAJIAN, MICHAEL |
| KATZ, ALFRED |
| KAYARIAN, HENRY |
| KAYE, WILLIAM |
| KEARNEY, JAMES F |
| KEEFE SR, DENNIS |
| KEELER, FRANK |
| KEENAN, FRANK P |
| KELLEGREW, WILLIAM |
| KELLEY, JOHN E |
| KELLEY, KEVIN J |
| KELLEY, PHILIP |
| KELLEY, WALTER |
| KELLY, FRANCIS B |
| KELLY, THOMAS W |
| KENNEDY, WILLIAM |
| KILROY, ARTHUR W |
| KILROY, MICHAEL R |
| KINNON, LAWRENCE |
| KIRBY, JOSEPH |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| KLAUSNER, DANIEL |
| KOZIOL, WALTER |
| KRUSE JR, JOSEPH J |
| LACHAPELLE, ARTHUR |
| LADUCA, JOSEPH |
| LAIACONA, GUY |
| LANCTOT, GEORGE |
| LANDRY, MARIE |
| LANDRY, WILLIAM |
| LANGIS, ROBERT A |
| LAPINTA, THOMAS G |
| LAQUIDARA, CHARLES |
| LARE, WALTER |
| LATELLA, FRANK |
| LATINO, MATTHEW |
| LAUBSCH, PAUL |
| LAVIN, THOMAS |
| LEARY, JOHN |
| LECLAIR, ABEL |
| LEEDS, KENNETH M |
| LEILI, BALTHASAR B |
| LEONARD, JAMES |
| LEONE, ESTELLE E |
| LEONE, VINCENT |
| LERNER, NATHAN |
| LETTUS, ANDREW |
| LEVY, ROBERT |
| LEWIS, ROBERT J |
| LICCARDI, WILLIAM |
| LINDH, SIDNEY R |
| LINDSEY, JOHN L |
| LIOSI, ALFRED |
| LISIKATOS, GEORGE |
| LOCKET, BENJAMIN |
| LOCURTO, SALVATORE |
| LOMBARDI, GEORGE |
| LOMBARDI, JOSEPH |
| LONERGAN, GEORGE |
| LONGO, FRANK |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*          **13**

| Claimant Name |
| --- |
| LONGO, JOSEPH |
| LOPARRINO, ALFRED |
| LOPILATO, FRANK |
| LOVINGER, WALTER |
| LOWRY SR, MICHAEL J |
| LUNDBERG, ALLEN |
| LUNETTA DEC D, SALVATORE |
| LUSSIER, RONALD F |
| LYNCH, JAMES J |
| LYNCH, JOSEPH C |
| LYNCH, WILLIAM A |
| LYONS, FRANCIS P |
| MACDONALD, KENNETH |
| MACDONALD, MALCOLM |
| MACDONALD, RICHARD E |
| MACLARTY, FRANK |
| MAHONEY, EDWARD |
| MAHONEY, FRANCIS A |
| MAHONEY, WILLIAM T |
| MAINZI, JOHN R |
| MALASPINA, VINCENT |
| MANCINI, MICHAEL |
| MANN SR, TRUEMAN B |
| MANZI, ANTHONY |
| MARAFIOTI, JOHN J |
| MARANI, MARION E |
| MARANIAN, MICHAEL |
| MARCHESE, JOSEPH |
| MARESCO, ANTHONY J |
| MARINACCIO, ANGELO |
| MARKOWITZ, BEN |
| MARONE, JERRY |
| MARTIN, CHRISTOPHER |
| MARTIN, JAMES W |
| MARTIN, WILLIAM M |
| MARTINO, VINNIE |
| MARTON, STEVEN |
| MASTRANTUONO, GIOVANNI |
| MATAWA, GERALD R |

*Duplicate claims have not been excluded*

## Claims Filed by WEITZ & LUXENBERG PC

| Claimant Name |
| --- |
| MAY, ROBERT C |
| MAZONSON, MAX |
| MAZUREK, ADAM C |
| MAZZONE, FRANCISCO |
| MAZZONE, PHILIP |
| MCCABE, PATRICK H |
| MCCARTHY, GERARD L |
| MCCARTHY, JAMES |
| MCCARTHY, JAMES T |
| MCCARTHY, ROBERT |
| MCCORMACK, THOMAS |
| MCCRUDDEN, JOHN D |
| MCDERMOTT, DANIEL |
| MCDONALD, DONALD R |
| MCGLINCHEY, MATTHEW |
| MCGOWAN, FRANCIS J |
| MCGOWAN, FRANCIS P |
| MCINERNEY, RICHARD |
| MCISAAC, FRANCIS |
| MCKENNA SR, JEREMIAH |
| MCLAUGHLIN, GEORGE M |
| MCLAUGHLIN, WILLIAM P |
| MCLENNAN, ROBERT |
| MCMAHON, HENRY J |
| MCNALLY, PETER A |
| MCNULTY, JAMES J |
| MCQUAID, PATRICK |
| MCQUILLAN, PHILIP J |
| MCSHEA, DONALD |
| MCSHEA, THOMAS |
| MEDEIROS, ROBERT P |
| MEHLROSE, RICHARD H |
| MELANSON, JOHN |
| MELANSON, WILLIAM |
| MELLEMSTRAND, INGBUR |
| MEMMOLO, JOHN M |
| MENOCAL, GUSTAVE |
| MERCIER, OLOF L |
| MERMELSTEIN, MILTON |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*

| Claimant Name |
| --- |
| MILLER, HARRY F |
| MILO, CHARLES W |
| MILONE, JOSEPH |
| MINOR, LAWRENCE E |
| MITCHELL, ROSIE |
| MITIDES, NICHOLAS |
| MONDELLO, ROCCO |
| MONICA, RICHARD D |
| MONTANA, ROSOLINO |
| MONTGOMERY, EARLIE S |
| MOONEY, BARTLEY |
| MOONEY, DENNIS |
| MORABITO, JOHN P |
| MORGAN, JOHN |
| MORRELL SR, EDWARD V |
| MORRIS, RONALD |
| MORZILLO, PASQUALE |
| MUGLINI, ANGELO |
| MUIR, LAWRENCE |
| MULLALY, STANTON |
| MULVEY, WILLIAM P |
| MULVEY, WILLIAM P |
| MURPHY, DONALD C |
| MURPHY, FRANCIS L |
| MURPHY, JAMES J |
| MURPHY, JOHN A |
| MURRY, THOMAS P |
| MURTAGH SR, JAMES |
| NAPOLITANO, ANGELO |
| NASHAWATY, EDWARD |
| NEILSON, GUNNAR |
| NELSON, RICHARD |
| NEWCOMB, HAROLD F |
| NICASTRO, SALVATORE |
| NICHOLS, GEORGE |
| NICHOLSON, THOMAS |
| NIEDDA, JAMES V |
| NORRIS, ALEXANDER D |
| NOTARANGELO, MATTHEW J |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*  16

| Claimant Name |
|---|
| NOTARO, NICOLA |
| OBRIEN, ROBERT |
| OBRIEN, ROBERT P |
| OCONNELL, ROY |
| OCONNOR, DENNIS |
| OLENICK, HARRY J |
| OLESCZUK, FRANK P |
| OLIVE, GENE W |
| OLIVEIRA, EDWIN J |
| OLSEN, JAMES G |
| OLSON, FREDERICK |
| ONEAL, JESSE |
| ONEIL, EUGENE |
| ORINSKI, EDWARD |
| ORLANDO, ANTHONY |
| ORLOWSKY, STEFAN |
| ORMOND, FRANCIS J |
| OTTEN, REINHARD |
| OWENS, STANLEY |
| PACI, CHARLES |
| PACYNA, ANDREW |
| PAGE, GEORGE |
| PALIMERI, JOSEPH A |
| PALLANTE, JOSEPH |
| PALMER, ELIJAH |
| PALMIETTO, ALFONSO |
| PAOLELLI, ARMANDO |
| PAOLERCIO JR, HARRY F |
| PAPARESTA, PASQUALE |
| PARASCAK, ALEC |
| PARISEAU, DOUGLAS J |
| PARKER, DAVID F |
| PARKER, ROBERT |
| PARKS, CYRUS |
| PARMENTER, HENRY |
| PARSONS, STEPHEN |
| PASCALE, PAUL |
| PASQUARELLA, RICHARD A |
| PATTI, FRANCIS J |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*

| Claimant Name |
| --- |
| PAYNE, ARTHUR L |
| PEARSALL, FELTON |
| PEARSE, CHARLOTTE |
| PEASE, ROBERT |
| PECORARO, RONALD J |
| PEDOTO, EUGENE T |
| PEDRIN, ALBERT |
| PEDUTO, BENJAMIN |
| PEED, BURNICE B |
| PELLEGRINO, ALFIO |
| PELLETIER, JOSEPH |
| PELUSI, FRANK |
| PELUSO, FRANK J |
| PENCOLA, CHARLES |
| PENHOLLOW, WILLIAM |
| PENIOWICH, JOHN |
| PEPICELLI, JAMES |
| PERISA, JOHN |
| PERKINS, HERBERT E |
| PERKINS, JAMES |
| PERNICE, FRANK |
| PERRETTO, JOSEPH J |
| PERRIN, GORDON L |
| PERRONE, RALPH |
| PERROTTA, PIETRO |
| PERRY, MELVIN |
| PERSONS, GERALD J |
| PERTELESI, QUINTO |
| PETELL, PAUL J |
| PETERS, NICHOLAS T |
| PETERS, ROBERT |
| PETERS, VOLKERT |
| PETERS, WILLIAM M |
| PETRINEC, MICHAEL |
| PETROSKY, JOSEPH |
| PETRYLAK, MYKOLA |
| PETYAK, JOHN S |
| PEYTON, BRIAN T |
| PFAFFENBACH, RAYMOND J |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| PFEIFFER, JOHN |
| PFEIFFER, ROBERT C |
| PFEIL, CHRISTIAN |
| PHELAN, GEORGE F |
| PHILIP, RICHARD |
| PHILLIP, HARRY |
| PHILLIPS, JAMES R |
| PICCINICH, ALFONSO |
| PICCIOTTO, BENEDICT |
| PICOGNA, CHARLES |
| PIDGEON, LAWRENCE G |
| PIECZYNSKI, HENRY |
| PIERCE, HARRY M |
| PIETRZAK, ROBERT V |
| PILATO, HENRY |
| PINCKNEY, JESSE |
| PINKOS, JOSEPH |
| PINKOWSKI, ROBERT S |
| PISELLI, RAYMOND |
| PITTELLI, PETER A |
| PIZZANO SR, RAYMOND |
| PLAUS, DAVID |
| POIRIER, JOSEPH |
| POLESKY, ROBERT |
| POMYKACZ, FREDERICK |
| POSTUPAK, MICHAEL |
| POTTER, NORMOND |
| POTTS JR, JOSEPH |
| POWELL DEC`D, GEORGE |
| POWER, JOHN M |
| PREUSS, HOWARD |
| PRICE, CHARLES |
| PUOPOLO, JOHN |
| PUSEY, CHARLES |
| QUAGLIA, MODESTINO |
| QUATTROCCHI, CIRO |
| QUINN, ROBERT |
| RAINONE, VITO |
| RAITI, JOSEPH |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*   **19**

| Claimant Name |
| --- |
| RANSOM, PAUL T |
| RAPUANO, RALPH |
| RAYMORE, ALBERT C |
| REAGAN, ANTHONY M |
| REDDIN, HENRY |
| REDDY, ROBERT J |
| REDLER, GEORGE |
| REEBEL, JAMES |
| REED, LEE A |
| REED, TIMOTHY |
| REEVES, GEORGE |
| REGAN, JAMES D |
| REHAK, WILLIAM F |
| REHILL, JAMES |
| REID, JOHN H |
| REPPUCCI, CARL |
| RESINO, SAL |
| RESTIVO, CHARLES |
| REYNAR SR, CHARLETON T |
| REYNOLDS, STEPHEN |
| RICHARDS, BENJAMIN F |
| RICKER, EDWARD |
| RIEDY, ROBERT J |
| RIESCHER, FRANK |
| ROBBINS, RUSSELL E |
| ROBERT, FRANCIS |
| ROBINSON, WALTER |
| ROBINSON, WILLIAM J |
| ROBINSON, WINSTON C |
| ROCHE, TERRENCE |
| ROCHLER, FRANK M |
| RODACK, MICHAEL |
| RODINO, EVELIO |
| RODINO, ROBERT |
| RODRIGUEZ, EMILIO |
| ROE, ALTON L |
| ROGAN, MARTIN |
| ROGERS JR, CHARLES E |
| ROGERS, FULTON |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*

| Claimant Name |
|---|
| ROGERS, JAMES R |
| ROGERS, ROBERT C |
| ROKSVOLD, RICHARD R |
| ROMAGNOLO, JOHN |
| ROMAN, JOHN R |
| ROMANIK, JOHN |
| ROMANYSZYN, EUGENE |
| ROOT, EDWARD |
| ROSE JR, JOSEPH D |
| ROSE, RONALD N |
| ROSENTHAL, THOMAS |
| ROTELLA, JOHN P |
| ROTH, RAYMOND |
| ROTHMAN, ALLAN |
| ROTHMAN, NEIL |
| ROTHWELL, EDWARD F |
| ROY, ALYRE |
| RUBIN, LEONARD |
| RUDOLPH, DONALD |
| RUFO, GAETANO |
| RUSSELL SR, ARTHUR J |
| RUSSELL, PAUL |
| RUZZI, LEO A |
| SADLER, WILLIAM |
| SALMIERI, FRANK |
| SALVATE, NUNZIO |
| SAMMARCO, FRANK |
| SANDSTROM, ALFRED T |
| SANDSTROM, EDGAR |
| SANFEDELE, CHARLES |
| SANICOLA, PETER |
| SANIGER, JOHN |
| SANTANGELO, JAMES |
| SANTOMERO, LUIGI |
| SANTORELLI, ROBERT |
| SARAMA, THADDEUS |
| SARRO, GEORGE |
| SCAGLIONE, RALPH |
| SCALA, RALPH |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*                    21

| Claimant Name |
| --- |
| SCHELL JR, CHARLES E |
| SCHRAFFA, VICTOR E |
| SCHWAKE, WERNER H |
| SCHWARTZ, LOUIS |
| SCIULLO, DONATO |
| SCUTERI, PETER |
| SELTENRIGHT, HOMER |
| SENDRA, VINCENT |
| SERINO, NAZZARO |
| SERRAINO, ANTONIO |
| SGOBBO, JOHN |
| SHANNON, JAMES M |
| SHAPIRO, EDWARD |
| SHARFF, MORRIS |
| SHARP, GEORGE |
| SHARP, WALTER M |
| SHATTUCK, MILTON |
| SHAW, THOMAS E |
| SHEA, EDWARD |
| SHEA, WILLIAM |
| SHEPARDSON, ROBERT W |
| SILVA, ANTHONY |
| SILVA, HERBERT |
| SILVESTRI, DOMENICO |
| SILVESTRI, HELEN R |
| SINCLAIR, GEORGE R |
| SINNOTT, JOHN J |
| SMITH, ALFRED A |
| SMITH, FRANK |
| SMITH, HARRY |
| SMITH, HENRY W |
| SMITH, WILLIAM D |
| SNIFFEN, RONALD |
| SOLIMINI, VITO |
| SOLIS, MARJORIE A |
| SOLOMON, MICHAEL |
| SONDIKE, JOSEPH |
| SORRENTO, JOSEPH |
| SOUED, ANTHONY |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*

| Claimant Name |
| --- |
| SPANGENBERG, JOAN |
| SPARKS, EDWARD C |
| SPERLING, RALPH |
| STAHL, JOHN |
| STANEVICZ, ANTHONY |
| STAPLETON, MARIE |
| STARETZ, SAMUEL |
| STASZAK, CASIMIR R |
| STEFANICK, RICHARD T |
| STEWARD, CHARLES |
| STEWARD, LEROY |
| STEWART, CHARLES |
| STRAUCH, JOHN G |
| STRONG, KENNETH W |
| SUDALTER, SAMUEL H |
| SUFFECOOL, HENRY E |
| SULLIVAN, F J |
| SULLIVAN, JOSEPH |
| SWANN, RAYMOND A |
| SYLVESTER, JON |
| TALCOF, HOWARD L |
| TANNENBAUM, IRVING |
| TAURASI JR, PAUL |
| TAYLOR JR, JAMES |
| TAYLOR, MALCOLM B |
| TEAGUE, RAYMOND |
| TEAL, ROBERT |
| TENAGLIA, JOHN J |
| TERLECKI, FRANK F |
| TESFAYOHANES, ANDREA |
| TETI, FRANCESCO |
| THEETGE, LEONARD |
| THIME, ROBERT E |
| TOLAND, NEIL |
| TOLOMEO, JACK |
| TOONE, HERBERT A |
| TOOTHAKER, FRED W |
| TORNAMBE, IGNACIO |
| TORSNEY, RICHARD |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*    23

| Claimant Name |
| --- |
| TRAINOR, JAMES |
| TRANI, LOUIS |
| TRENT, THOMAS |
| TRESGALLO, ALFRED |
| TREVISONE SR, MICHAEL |
| TRIFARI, WALTER J |
| TROUTMAN, DENNIS |
| TROVATTO, JOSEPH |
| TUBMAN, CAROL M |
| TUBMAN, NADINE C |
| TUCKER, WILLIAM |
| TUFARO, LEONARD |
| TURNER, LINDSEY |
| UCCI, FRED |
| UOMOLEALE, RICHARD |
| VAIL, LAWRENCE |
| VANDE VEERDONK, NICHOLAS |
| VASTA, JOSEPH |
| VASTA, SALVATORE J |
| VEITH, ROBERT J |
| VENDOLA, MICHAEL L |
| VENTOLA, JAMES |
| VERNAGALLO, JOSEPH |
| VERRELL, FREDERICK H |
| VESPERMAN, MERVIN L |
| VICKERMAN, RICHARD |
| VICKERS, WILLIAM E |
| VINCIGUERRA, GIACOMO |
| VIOLANTE, FERNANDO |
| VOLPACCHIO, JOHN |
| VOLZ, FRED |
| WALKER, LEON |
| WALSH JR, JOSEPH M |
| WALSH, JOHN J |
| WALSH, ROBERT H |
| WALSH, THOMAS |
| WATKINS, ALAN |
| WATSON, KENNETH |
| WATTS, HAROLD J |

*Duplicate claims have not been excluded*

*Claims Filed by WEITZ & LUXENBERG PC*

| Claimant Name |
| --- |
| WATTS, LAWRENCE |
| WEBB, LEO |
| WEEKS JR, JAMES |
| WELCH, ARTHUR E |
| WEST, ROBERT |
| WHEELER, CLYDE |
| WHITE, EARL |
| WHITE, EDWARD |
| WHITEHOUSE, HAROLD |
| WIESENBERG, ALEXANDER P |
| WILCHER, THEODORE R |
| WILLIAMS, RAYMOND L |
| WILMONT, A J |
| WILSON, HENRY A |
| WILSON, JAMES |
| WISWALL, JAMES |
| WOLODKOWICZ, MICHAEL |
| WOOLSEY, HERBERT |
| WOZNIAK, JOSEPH F |
| WRIGHT, GEORGE |
| XAVIER, ROBERT |
| XEPOLITOS, LOUIS |
| YANOFF, BELLA |
| YOELSON, SANFORD |
| YOERGER, KENNETH E |
| ZACCAGNINO, DOMINICK |
| ZACCONE, PETER T |
| ZALESKI, ANDREW |
| ZUCKERBERG, MAX |

*Duplicate claims have not been excluded*