# Exhibit B

## Claims Filed by SIMMONSCOOPER LLC

1

| Claimant Name |
|---|
| ALDRIDGE, WARNER N |
| ALEXANDER III, PAUL |
| ALEXANDER, WILLIE J |
| ALLRED, WILLIAM G |
| ANGLE, ORVILLE E |
| APPLEGATE, EDGAR G |
| BAKA SR, THOMAS |
| BALL, CHARLES M |
| BARKLEY, JAMES C |
| BARNETT, BOBBY G |
| BARRON, JAMES E |
| BARTH, DONALD C |
| BATHMAN, DELNITA M |
| BECKER, RONALD G |
| BELT, GEORGE |
| BESENJAK, FRANK |
| BLACKWELL, IRVIN V |
| BLAIR, NORMAN A |
| BLAND, AUGUST J |
| BLOUNT, DONALD G |
| BOCK, CLARENCE W |
| BORDER, GERALD J |
| BOSWELL, DALLAS W |
| BOTKIN, KENNETH |
| BRAMSTEDT, ARTHUR R |
| BROWN SR, JOHN W |
| BUCKLES, CHARLES L |
| BURCH, ROLAND |
| BUSCHSCHULTE, WILFRED J |
| BUTLER, BOBBIE J |
| CALDWELL, JULIUS T |
| CANANT JR, JOHN B |
| CANNON, CHARLIE D |
| CARPENTER, DONALD W |
| CARSON JR, RICHARD |
| CASH, CLYDE W |
| CHERRY SR, JAMES H |
| CHICK, PATRICIA A |
| COLEMAN, RYAN I |

*Duplicate claims have not been excluded*

## Claims Filed by SIMMONSCOOPER LLC

2

| Claimant Name |
|---|
| COLLINS, LARRY A |
| COX, RICHARD R |
| CRAIG, DONALD R |
| CRISMAS, ROBERT L |
| CRONIN, RICHARD J |
| CROSS JR, WALTER |
| CROWLEY, JAMES |
| CUTSOUKOS, ALEX |
| DAILY, ARVIL A |
| DAVIDSON, ALBERT G |
| DEMOND, MARION E |
| DICKERSON, WILLIAM J |
| DIEKEMPER, PAUL J |
| DIETSCH, JAMES J |
| DOHT SR, ALVIN J |
| DOSSETT, DONALD T |
| DRAEGE, KEVIN D |
| DUSTMAN SR, MARION J |
| DYKSTRA, CORNELIUS C |
| EBERLE, MELDON |
| EDWARDS, BERNARD P |
| EVANS, CHESTER L |
| EXENDINE, EARNEST M |
| FAATZ, GAYLE C |
| FAIRLY, DONALD E |
| FAULKNER, PAUL E |
| FENNEWALD, HOWARD A |
| FINDLEY, JESSE |
| FINK, DOYLE D |
| FITE, WESLEY |
| FITZPATRICK, CHARLES E |
| FONDREN, BEN L |
| FORSTING, EARL E |
| GEYER, BENJAMIN J |
| GIDEON, RICHARD L |
| GIVENS, DONALD H |
| GORDON, PETER D |
| GRAY, BILLY W |
| HABERER, WESLEY E |

*Duplicate claims have not been excluded*

## Claims Filed by SIMMONSCOOPER LLC

3

| Claimant Name |
|---|
| HALL, JAMES A |
| HALTERMAN, ALLAN D |
| HAMM JR, LAWRENCE |
| HAMMONS, DENNIS S |
| HARBIN, JAMES K |
| HARD, KENNETH L |
| HARPER, BOBBY |
| HEALY, BESSIE |
| HELTON, JOHN |
| HENDRIX, FONNIE G |
| HERZING, LARRY E |
| HERZING, WILLARD G |
| HICKEY, JACK H |
| HILL SR, DORSEY G |
| HILL, JOHN P |
| HOOVER, DONALD D |
| HORSTMANN SR, RALPH C |
| HUELSMANN, ROBERT S |
| HUGHES, ARTHUR L |
| HULTZ, JIMMIE O |
| HUTCHINGS, CLARENCE D |
| IRVING SR, ROOSEVELT |
| ISLAND, MARVIN L |
| JACKSON, LEE F |
| JACKSON, TROY L |
| JOHNSON SR, STANLEY R |
| JOHNSON, EDWIN E |
| JONES, VERLEON L |
| JORDAN, ERNEST D |
| JOYCE, ROBERT J |
| KAEGI, WENDELL L |
| KOZICKI, CRAIG S |
| KRATOCHVIL, DONALD R |
| KRAUSE, RICHARD J |
| KRAUSHAAR, ROBERT D |
| KRAUSHAAR, RONALD D |
| KRETZER, MARTIN P |
| KRONE, WALTER |
| KRULL, EDWARD |

*Duplicate claims have not been excluded*

*Claims Filed by SIMMONSCOOPER LLC* 4

| Claimant Name |
|---|
| KUJAWA, STANLEY E |
| KUROWSKI JR, WALTER L |
| LAND, WILLIAM F |
| LASSEN, HAROLD A |
| LAUB III, FRANK J |
| LEE, WALTER H |
| LEEPER, DEAN H |
| LEIDENHEIMER, HAROLD F |
| LINDLEY, DALE W |
| LIVINGSTON, ALLEN |
| LOVELACE, MILTON H |
| LUCAS, EUGENE R |
| LUEBBERT, DUDLEY T |
| MABREY, WILLIAM E |
| MALONE, RICHARD D |
| MALONEY, RICHARD |
| MANTZ, GARY G |
| MARCRUM, JOE S |
| MARIETTA, ROBERT W |
| MARION, LARRY W |
| MATKINS, EDGAR S |
| MATTHEWS, DAVID J |
| MCBURNEY, ROBERT F |
| MCCLAIN, WALTER S |
| MCCORMICK, GERALD D |
| MCCORMICK, JOHN |
| MCDOLE, RICHARD D |
| MCGEE, BOBBIE J |
| MCGUIRE, ROBERT R |
| MCINTYRE, CAROL |
| MCINTYRE, ROBERT A |
| MCKEAND, GERALD S |
| MEIKAMP, EUGENE |
| MENKE, CLARENCE J |
| MERCER, RAYMOND L |
| MIDDLETON, STEVEN A |
| MILLER SR, WALTER F |
| MILLER, JESSE E |
| MISURACA, JOSEPH J |

*Duplicate claims have not been excluded*

*Claims Filed by SIMMONSCOOPER LLC* 5

| Claimant Name |
|---|
| MOORE, HAROLD |
| MOORE, JAMES W |
| MOORE, LESLIE L |
| MOORE, MANLEY L |
| MORELAND, JAMES C |
| MORRIS, ERVIN L |
| MORRIS, GABE D |
| MORRIS, TEDDY S |
| MOSER, ROBERT A |
| MOSES, BOB D |
| MOULTON SR, RICHARD M |
| MUELLER, GERALD C |
| NEAL, WILLIE |
| NEELY, ROY S |
| NEWMAN, ASHTON H |
| OLIGSCHLAEGER, JOHN L |
| OVERTURF, ROBERT L |
| PARHAM JR, MONROE |
| PARISI, JOHN P |
| PAYNE, HENRY F |
| PEEBELS, AFTON D |
| PENN, KENNETH K |
| PETERMAN, JOHN R |
| PETERSEN, EVERETT R |
| PHILLIPS SR, ROBERT C |
| PHILLIPS, WILLIAM J |
| PICKETT, MICHAEL A |
| PLACE, RUSSELL J |
| POLITTE, STEPHEN W |
| POPOV SR, JOHN W |
| PORTER, CARL E |
| POSTON, RONALD E |
| POWELL, ORIS C |
| PUCKETT JR, JOHN H |
| RAHN, EARL W |
| RATHBURN, WILLIAM A |
| RATICAN, WALTER |
| REDMON, ROSEMARY |
| REEVES, ROBERT L |

*Duplicate claims have not been excluded*

*Claims Filed by SIMMONSCOOPER LLC* 6

| Claimant Name |
|---|
| REHAGEN, ALBERT J |
| RICHARDSON JR, JOSEPH W |
| RINGLING, ROBERT G |
| ROE JR, JAMES E |
| ROGERS, JOHN W |
| ROLAND, EDGAR A |
| ROMEO, THOMAS |
| RUNDLE, LESLIE L |
| RUSHING, JOHN C |
| SALMONS, MARVIN L |
| SAULTERS, HAROLD T |
| SCHRAER, NORMAN W |
| SCHUBERT, HERMAN H |
| SCHUBKEGEL, ROGER E |
| SCHUETZ JR, JOSEPH |
| SCHUFF, ROBERT E |
| SCOTT, CHARLES E |
| SELF, BOB E |
| SELLARS, PAUL D |
| SHAW, DWAIN A |
| SIMMS, BARNEY |
| SIMMS, EDWARD |
| SMITH, JOHN J |
| SMITH, VERNON T |
| SNYDER, WILBUR D |
| SPINNER, ERNEST E |
| SPRINGER, JAMES D |
| SPUHL, CAROLE |
| STAINBACK, TOMMIE L |
| STEGE JR, ROBERT |
| STEIN, JAMES L |
| STEVENS, LAWRENCE L |
| STOVER, HAROLD |
| STRANGHOENER, WILLIAM |
| STUART, GEORGE A |
| SWALLEY, WILLIAM C |
| SWENNEY, CARL C |
| SWIETLIK, JEROME P |
| SYKES, WILLIE L |

*Duplicate claims have not been excluded*

*Claims Filed by SIMMONSCOOPER LLC* 7

| Claimant Name |
| --- |
| TALKEN, JEROME B |
| TALLEY, NORMAN S |
| THOMAS SR, JAMES |
| TIEMANN, ROSS A |
| TRESTER, DENNIS L |
| TUTTEROW, DOROTHY G |
| UPCHURCH, DONALD W |
| UTLEY, HARVEY |
| WALKER, CLIFTON |
| WALKER, JAMES E |
| WALKER, PHYLLIS J |
| WARD, WILLIE C |
| WARE SR, CURTISS E |
| WARREN, ROY C |
| WEINZETTLE, JOHN P |
| WEISS, HELEN E |
| WELBORN, DAVID R |
| WHITE, LESTER L |
| WILLIAMS JR, BENJAMIN |
| WILLIAMS, JAMES A |
| WILLIAMS, ROBERT E |
| WILLIAMS, ROY D |
| WILMONT, LEONARD |
| WILSON, MARVIN N |
| WILSON, ROBERT W |
| WOLF SR, CHARLES J |
| WRIGHT, VAL J |
| YORK, MILFORD E |
| YOUNG, EDWARD E |
| ZELLIN, HAROLD A |

*Duplicate claims have not been excluded*