# Exhibit C

**Claims Filed by WILENTZ GOLDMAN & SPITZER**     1

| Claimant Name |
|---|
| ABBOTT, RICHARD |
| AHRENS, MICHAEL R |
| ALAIMO, ANGELO |
| ALLOTTA, EDWARD J |
| ALTADONNA, NUNZIO |
| AMATO, GIUSEPPE |
| AMBROSINI, MICHAEL |
| AMISANO, CONRAD A |
| ANDERSON, THOMAS |
| ANTONITTI, NICOLO |
| AUTERI, ROSARIO |
| AVERSANO, JOSEPH |
| BABECKI, FRANK |
| BADER, RICHARD |
| BAKER, WILLIAM |
| BALE, RICHARD |
| BARBARO, DANIEL E |
| BARKER, HILTON S |
| BARNETT, RICHARD |
| BARRY, MICHAEL P |
| BARTOLOMA, THOMAS |
| BEAVER, STEPHEN |
| BECHTOLD, JOHN |
| BELLA, ANTHONY |
| BENAVIDES, HENRY |
| BENDER, CHARLES W |
| BERGEN, MARTIN T |
| BERTANI, RONALD D |
| BIANCANIELLO, ANTONIO |
| BIANCANIELLO, MARIA |
| BIANCANIELLO, RAFFAELE |
| BIANCO, ONOFRIO |
| BIENICWICZ, EDWARD J |
| BIGLEY, JAMES |
| BINI, CRISTOFARO |
| BITTLE, ROBERT |
| BOHN, ROBERT |
| BONELLI, RALPH |
| BONIFACE, FRANK |

*Duplicate claims have not been excluded*

*Claims Filed by WILENTZ GOLDMAN & SPITZER*                           2

| Claimant Name |
|---|
| BOSSOTTI, JOSEPH |
| BOTT, JOHN F |
| BOUCHARD, WILLIAM F |
| BOURGADE, CHARLES J |
| BOWDEN, CHARLES |
| BRACCHI, ANDREW |
| BRADLEY, JAMES J |
| BRADLEY, JOSEPH H |
| BRADLEY, LEON |
| BRADLEY, PETER E |
| BRADSHAW, JOHN |
| BRADY, EDWARD T |
| BRAND, JAMES |
| BREITKREUTZ, ROBERT |
| BRENNAN, JOHN |
| BRENNAN, JOSEPH |
| BRETANA, FREDERICK |
| BRIGGS, GORDON |
| BRODOCK, MARTIN |
| BROWN, FRED L |
| BROWN, JAMES |
| BRUNO, DANIEL T |
| BRUZCESE, PATRICK |
| BUEHLER, FRANK |
| BUONO, MILDRED |
| BURGOS, HECTOR R |
| BURKHARDT, ROBERT |
| BURNETT, WILLIAM N |
| BURNS, MICHAEL |
| BURNSIDE, WILLIAM L |
| BUSSANICH, OTTAVIO |
| BUTCHER, ENRICO A |
| BYRNE, JULIA |
| CABAN, ELVIN A |
| CADDLE, EDWARD |
| CAGGIANO, RICHARD S |
| CALDARONE, MARIA |
| CALISI, GIUSEPPE |
| CANCRO, VINCENT R |

*Duplicate claims have not been excluded*

*Claims Filed by WILENTZ GOLDMAN & SPITZER* 3

| Claimant Name |
|---|
| CANDIANO, CARMELO |
| CAPACCIO, MATTEO |
| CAPASSO, PASQUALE M |
| CAPRARA, FRANK P |
| CAPRARIO, SALVATORE |
| CARLO, ROCCO |
| CARROLL, CORNELIUS |
| CASCIO, SAL F |
| CASEY SR, KEVIN |
| CASSANITI, SALVATORE |
| CASTORO, PASQUALE J |
| CATUOGNO, GAETANO |
| CENDALI, RICHARD |
| CHANDLER, EDWARD H |
| CHIAPPA, EDWARD J |
| CHIAPPONE, PHILIP T |
| CHILTON, HARRY C |
| CHURCHILL, CHRISTIAN J |
| CHURCHWELL, CHARLES C |
| CIANCIO, ALFREDO |
| CIMMINO, FRANK E |
| CINATTI, JOHN R |
| CINQUEMANI, PAUL |
| CLEMENTE, DOMINICK |
| CLEMENTE, FRANK |
| CMAR, JOSEPH J |
| COFFEY, JOHN P |
| COLELLA, VITO |
| COLUCCIO, MARIO |
| CONBOY, BRENDAN |
| CONIGLIARO, JOSEPH |
| CONNOR, THERESA |
| CONWAY, THOMAS P |
| COOPER, ROBERT |
| COTRONE, STEVE |
| CRAPPSE, STEPHEN |
| CREAN, WILLIAM |
| CUMMINGS, JOHN |
| CURRAN, PHILIP J |

*Duplicate claims have not been excluded*

*Claims Filed by WILENTZ GOLDMAN & SPITZER* 4

| Claimant Name |
|---|
| CURTIN, ROBERT |
| DACUNTO, ANDREW |
| DAGOSTINO, FRANK |
| DAMATO, RALPH |
| DAMBRA, LEONARD |
| DANELLIS, GEORGE |
| DANGELO, GIUSEPPE N |
| DANGELO, NICOLA |
| DANIEL, RALSTON |
| DANNA, SALVATORE |
| DAVID, FRANK |
| DAVIES, WILLIAM |
| DEFEO, LOUIS R |
| DEFILIPPO, LORRAINE |
| DEFONDE, SAMUEL |
| DELANEY, TOM |
| DEMASO, NICHOLAS |
| DEUTSCH, JOHN |
| DEVIVO, JOSEPH V |
| DEVIVO, PAOLO |
| DIBIASE, ANGELO |
| DICKOVER, WILLIAM C |
| DIDONNA, SALVATORE |
| DIMEO, CASIMO |
| DIPAOLO, ANTHONY E |
| DIPERI, JOSEPH |
| DIRICO, VINCENZO |
| DIVENUTO, ROBERT |
| DIXON, JAMES S |
| DOCHERTY, THOMAS |
| DONNELLY, FRANK R |
| DONNELLY, KEVIN |
| DOOLING, CHARLES |
| DORAN, JOHN |
| DORSEY, THOMAS |
| DOUGHERTY, JAMES |
| DREW, CAMERON |
| DUBOIS, RICHARD H |
| DUNPHY, JAMES G |

*Duplicate claims have not been excluded*

*Claims Filed by WILENTZ GOLDMAN & SPITZER*                5

| Claimant Name |
| --- |
| DURKEL, PETER A |
| DWYER, JOSEPH |
| DYER, LUTHER H |
| EDWARDS, JAMES T |
| ELUKOWICZ, ALEXANDER |
| ENLUND, LEONARD |
| ERDBRINK, JAMES R |
| ESPOSITO, ROBERT A |
| ESPOSITO, WALTER J |
| FAGLIO, SALVATORE |
| FAHAY, RICHARD |
| FARACI, RICHARD V |
| FARRAUTO, ANGELO J |
| FARRELL, JAMES E |
| FELDER, CLIFTON |
| FERRARA, RAIMONDO |
| FERRARO, NICHOLAS |
| FERRI, JOSEPH |
| FILETTO, GIUSEPPE |
| FINKELSTEIN, RAYMOND |
| FIORENZA, CHARLES |
| FITZGERALD, DANIEL |
| FLAGIELLO, ANTHONY |
| FLANSBURG, LAWRENCE S |
| FORM, CHARLES A |
| FORMICHELLI, JOSEPH |
| FRANCO, THOMAS |
| FRANK, JAMES G |
| FRANKLIN, ARVIN L |
| FRARACCIO, ANTONIO |
| FRENI, MATTHEW F |
| FRIGEL, FRED |
| FRONGILLO, GIOVANNI |
| FULLER, RAYMOND |
| GACKENBACK, ROBERT |
| GALLIGAN, FRANK A |
| GARCIA, NIRIO |
| GARCIA, PEDRO J |
| GARCIA, WILLIAM |

*Duplicate claims have not been excluded*

*Claims Filed by WILENTZ GOLDMAN & SPITZER* 6

| Claimant Name |
|---|
| GARDNER, JOSEPH P |
| GARGANO, NICHOLAS |
| GARZETTA, JOSEPH |
| GASPICH, FRANK L |
| GEORGE, DANIEL |
| GIAMBALVO, PETER |
| GIANTIEMPO, ORLANDO |
| GIBBS, JOHN P |
| GIBSON, WILLIAM E |
| GICK, GUSTAVUS |
| GINSBURG, ROY |
| GIOBBIE, FLORENCE |
| GIOVANNIELLO, NICOLA |
| GOLDSTEIN, JACOB |
| GOMEZ SR, EDWARD |
| GOODICH, MICHAEL E |
| GORHAN, MARY T |
| GORHAN, WAYNE |
| GORMAN, JOSEPH |
| GRAHAM, SHARON S |
| GREEN, HERBERT |
| GREENE, ROGER |
| GREENFIELD, VINCENT |
| GREENWOOD, ROBERT A |
| GRIBBIN, FRANCIS |
| GRIFONETTI, IDA |
| GUINNESS, RICHARD W |
| GUITTARD, SIDNEY |
| GURCIULLO, RICHARD |
| GURNICK, JOHN H |
| GUTHREAU, WALTER |
| GUTMAN, IGOR |
| HAIN, WILLIAM |
| HAMMEL JR, ROBERT W |
| HAMPTON, WILLIAM E |
| HANGAN, ALEXANDER |
| HARNEY, JOHN |
| HARRIS, EUGENE |
| HEILWEIL, DAVID |

*Duplicate claims have not been excluded*

*Claims Filed by WILENTZ GOLDMAN & SPITZER*  7

| Claimant Name |
|---|
| HELLER JR, JOHN |
| HELMS, L J |
| HETZEL, EGON |
| HEVERIN, JAMES A |
| HEWITT, BURBON |
| HEYL, KENNETH C |
| HICKMAN, GEORGE D |
| HIMMELREICH, THOMAS |
| HINTZEN, RICHARD L |
| HOGAN, MICHAEL |
| HOLLIDAY, CARMEN |
| HOWARD, WALTER J |
| HUNKER, JAMES |
| HURST, WALLACE |
| HUTTER, JACOB |
| IACONA, PASQUALE |
| IACOVIELLO, PASQUALE |
| IAFFALDANO, NICOLA |
| IANNO, FRANK |
| IMPAGLIAZZO, ANDREW |
| IORIO, MICHAEL |
| JACKSON, WILLIAM J |
| JASILI, EDMUND |
| JAVETT, DONALD |
| JIMENEZ, EMILIO |
| JOHANSON, WALLACE |
| JOHN, ALAN |
| JOHNSON JR, JAMES |
| JOHNSON, LANE |
| JOHNSON, RICHARD V |
| JOHNSON, SAMUEL |
| JONES, HARRISON B |
| JOUDY, RAYMOND D |
| KAJETANOWICZ, RICHARD R |
| KELLY, FRANK W |
| KELLY, MATTHEW M |
| KENNY, CHRISTOPHER T |
| KERSHNER, LESLIE |
| KEUPP SR, GEORGE J |

*Duplicate claims have not been excluded*

*Claims Filed by WILENTZ GOLDMAN & SPITZER*  8

| Claimant Name |
| --- |
| KILLEEN, FRANCIS T |
| KISHBAUGH, NORMAN |
| KITSAKOS, SPERO |
| KLING, RICHARD C |
| KOCH, THOMAS F |
| KOCHMAN, FERDINAND |
| KOEPKE, KURT |
| KOERNER, RONALD |
| KOMONIEWSKI, BERNARD |
| KOPEIKIN, SOL |
| KROHN SR, JOHN |
| KUDRYCKI, SIGISMUND J |
| LAFOREY, DONALD |
| LAGALANTE, NICHOLAS |
| LAMONT, JOHN |
| LARDARO, CAESAR C |
| LAROCCO, JOSEPH |
| LAUFER SR, ARTHUR J |
| LAVADERA, ANTONIO |
| LAWLER, STELLA J |
| LENHART SR, JOSEPH C |
| LENKERSDORF, HERMAN T |
| LEONARD, DONALD |
| LEVINE, LESLIE M |
| LEVINE, ROBERT |
| LEWIS, BARRY |
| LEWIS, EVERETT L |
| LOGAN, JAKE |
| LOHAN, RICHARD E |
| LOUISSAINT, JOSEPH |
| LOW, PETRINA |
| LUCCIOLA, PLINIO |
| LUFRANO, NICHOLAS |
| LUPARELLA, NICHOLAS |
| LYNCH, FRANCIS |
| MACCARONE, ANTHONY |
| MACGREGOR, MEREDITH E |
| MACIEJEWSKI, EDWIN |
| MACIOCIA, LEWIS W |

*Duplicate claims have not been excluded*

*Claims Filed by WILENTZ GOLDMAN & SPITZER* 9

| Claimant Name |
| --- |
| MACKEN, PHILIP B |
| MAJEWSKI, EDWARD W |
| MANCUSO JR, ERNEST |
| MARAGNI, ANGELO |
| MARINO, ANTHONY J |
| MARINO, LUIGI |
| MAROTTA, ANTHONY |
| MARSHALL, JOHN W |
| MASTROGIOVANNI, NICOLANGELO |
| MASTROPIETRO, JOSEPH |
| MATERASSO, STEVEN |
| MAYER, PETER J |
| MAZUR, STANLEY |
| MAZZOCCHI, JOSEPH |
| MCALISTER, ALLEN |
| MCBRIDE, THEODORE |
| MCCAFFREY, THOMAS E |
| MCCANN, THOMAS M |
| MCCOURT, JOHN |
| MCCROSSAN, GEORGE |
| MCGEE, FRANK |
| MCGOWAN, JOHN F |
| MCGRAIL, GREGORY |
| MCLELLAN, IRENE T |
| MCMAHON, BERNARD J |
| MCMAHON, JAMES J |
| MCNULTY, ANDREW |
| MEEKINS, EDGAR |
| MEGARGEE IV, JOHN A |
| MELENDEZ, PABLO |
| MELITO, KENNETH |
| MESLIN, CHARLES J |
| METZGER, FREDERICK R |
| MEYERS, PAUL |
| MIELE, RAYMOND A |
| MIGLIACCIO, QUERINO |
| MIGLIORE, ANTHONY |
| MILLER, RICHARD |
| MINCIN, SILENO |

*Duplicate claims have not been excluded*

*Claims Filed by WILENTZ GOLDMAN & SPITZER* 10

| Claimant Name |
|---|
| MOFFITT, DENNIS |
| MONACELLI, GEORGE W |
| MONAHAN, RICHARD |
| MONTILLI, ANTHONY |
| MONTONI, NUNZIO |
| MOONEY, JAMES T |
| MORAN, EDWARD L |
| MORAN, JAMES |
| MORAN, PATRICK T |
| MORGAN, JOHN |
| MOSS, EDWIN |
| MUNGE, GIUSEPPE |
| MURPHY, ALLAN T |
| MURPHY, VINCENT |
| NACCARI, STEPHEN |
| NAGY, GEORGE F |
| NAVARRO, PAULA |
| NEGRON JR, JOSE A |
| NEGRON, ELI |
| NEUMEYER, ROBERT |
| NIKIC, DODA |
| NIMETZ, DANIEL J |
| NOVELLI, JOHN |
| NOVELLI, RAYMOND |
| NURSE, EUGENE |
| OLIVADOTTI, ROBERT |
| OLSEN, JOHN |
| OLSON, SIDNEY G |
| OREILLY, JOHN |
| OTRUBA, JERRY F |
| PACE, GENNARO |
| PADICH, WILLIAM B |
| PANZELLA, BENJAMIN F |
| PAOLINA, LOUIS A |
| PARKER, HUBERT |
| PATERNINA, CALIXTO |
| PATTNOSH, VINCENT S |
| PATTONA, BRUCE |
| PAUL, STEVEN |

*Duplicate claims have not been excluded*

*Claims Filed by WILENTZ GOLDMAN & SPITZER* 11

| Claimant Name |
|---|
| PAWLOWSKI, FRANK J |
| PEDONE, ANTHONY |
| PEDONE, ANTONIO |
| PENNACCHIO, DENNIS A |
| PEPE, JAMES |
| PEREZ, EDWIN A |
| PERLZAK JR, FRANK |
| PERNIOLA, RICHARD |
| PERNIOLA, VINCENT |
| PERRONE, KENNETH J |
| PERRONE, VINCENT |
| PESCE, MICHAEL |
| PHILLIPS, JAMES |
| PIETSCH, HENRY J |
| PINELLI, ANTHONY T |
| PINSKY, MARTIN L |
| PINSKY, ROBERT A |
| PORSELLO, JOSEPH |
| PRANO, ANTHONY |
| PRICE, THOMAS R |
| RAIO, ANGELO |
| RAMOS, JOSE G |
| RAMPANELLI, ALBERT |
| RANALDO, MICHAEL |
| RANDOLPH, LEON |
| RAYMOND, GEORGE |
| RENEO, ANTONIO |
| REPACI SR, ROBERT J |
| REPETTI, WILLIAM |
| RETTAGLIATA, GEORGE |
| REUTLINGER, WALTER |
| RIBERTELLI, JOSEPH |
| RICCIARDI, FRANK |
| RICCIO, MICHAEL J |
| RICE, GEORGE |
| RILEY, RICHARD M |
| RILEY, WILLIAM H |
| RINKOWSKI, ROBERT |
| RIPOL, BONI |

*Duplicate claims have not been excluded*

*Claims Filed by WILENTZ GOLDMAN & SPITZER* 12

| Claimant Name |
|---|
| RISHKEL, JOSEPH |
| ROBERTS, WILLIE |
| RODRIGUEZ, JUAN |
| ROELL, PETER |
| ROLDAN, PAUL |
| ROMANO, ANTHONY |
| ROMANO, ROBERT P |
| ROSS, ROBERT |
| ROSSETTI, JOHN |
| ROSSI JR, JOSEPH |
| ROSSI, PHILIP |
| ROTH, KENNETH |
| RUSS, JOHN W |
| SALAUN, LOUIS M |
| SAPIETA, JOHN P |
| SASSO, ROBERT J |
| SAWYER, EDWARD |
| SCHNEIDER, JOSEPH |
| SCHNEIDER, RUSSELL |
| SCHWARTZ, SOL |
| SCHWINN, ADAM |
| SCIALFA, DOMINIC |
| SCIOSCIA, REGGIE |
| SEYFRIED, TIMOTHY |
| SGUEGLIA, ANTHONY |
| SHANLEY, GERALD L |
| SHAUGHNESSY, FRANCIS |
| SHEPPARD, GEORGE |
| SHEPPERSON, THEODORE L |
| SHERLOCK, THOMAS |
| SHERMAN, MORRIS |
| SHMYR, JOHN |
| SHORTT, BERNARD |
| SIEGEL, ISRAEL |
| SIMEONE, ALEXANDER |
| SIMMONS, HOWARD |
| SINATRA, MARTIN F |
| SINNOTT JR, EDWARD |
| SKIDMORE, EDWARD |

*Duplicate claims have not been excluded*

*Claims Filed by WILENTZ GOLDMAN & SPITZER* 13

| Claimant Name |
|---|
| SLIVKA, GEORGE |
| SLUTTER, RONALD |
| SMITH, DONALD |
| SMITH, EDWARD |
| SOCCOA, LOUIS |
| SOLOW, LEONARD |
| SPENCER, GUY H |
| SREDL, FRED L |
| STAPLETON, ROBERT J |
| STEIGLER, WILLIAM R |
| STEININGER, ARTHUR J |
| STEPHENS, JOHN |
| STEWART, CHARLES M |
| STIMPSON, RAYMOND |
| SZAKACS, ROBERT F |
| TALLMAN, FLOYD |
| TARANTO, ROBERT |
| TASSA, ROBERT J |
| TAUSS SR, ALFRED E |
| TAYLOR, WILLIAM A |
| TERRY, ODELL |
| THOMAS, MAURICE A |
| THOMPSON, LOWELL |
| TIRIOLO, FRANK |
| TORNINCASO, JOSEPH |
| TOY, DONALD |
| TRAENDLY, JAMES H |
| TRENNER, FRED |
| TULLO, VITO |
| UDIN, RONALD J |
| URCIUOLI, LOUIS |
| VAIANO, SALVATORE |
| VALENTINE, ANTHONY L |
| VERNI, LUCA |
| VINCIQUERRA, ANDREW |
| VINES, JAMES F |
| VINSKO, RAYMOND E |
| VIVIANI, SALVATORE |
| VOGEL, CHARLES |

*Duplicate claims have not been excluded*

*Claims Filed by WILENTZ GOLDMAN & SPITZER*    14

| Claimant Name |
|---|
| VOGEL, CHARLES W |
| WAINWRIGHT, CHAUNCEY |
| WALLACE, KENNETH |
| WALSH, JOHN |
| WALSH, PATRICK |
| WALTON, DANIEL |
| WANZEL, THOMAS F |
| WEST, ADAM B |
| WILLIAMS, DONALD L |
| WILSON, WILLIAM L |
| WING, JOSEPH |
| WIRES, BEACH |
| WOLFF, LOUIS M |
| WRIGHT, EDWARD J |
| YODICE, JOHN |
| ZEOLI, ANTHONY |
| ZYBURO, JOSEPH |

*Duplicate claims have not been excluded*