**Exhibit F**

# W. R. Grace
# Asbestos Personal Injury Questionnaire



WR GRACE PIQ 44059-0001



10315607058408

RE:

Weitz & Luxenberg P C
180 Maiden Lane
New York NY 10038-4925

**REDACTED**

REC'D JUL 1 3 2006



001019058408

WR GRACE PIQ 44069-0002

[THIS PAGE INTENTIONALLY LEFT BLANK.]

REDACTED                              REDACTED



WR GRACE PIQ 44069-0003

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | |

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

YOU HAVE RECEIVED THIS QUESTIONNAIRE BECAUSE GRACE BELIEVES THAT YOU HAD SUED ONE OR MORE OF THE DEBTORS LISTED IN APPENDIX A ATTACHED TO THE QUESTIONNAIRE BEFORE GRACE FILED FOR BANKRUPTCY ON APRIL 2, 2001 FOR AN ASBESTOS-RELATED PERSONAL INJURY OR WRONGFUL DEATH CLAIM, AND THAT CLAIM WAS NOT FULLY RESOLVED.

IF YOU HAVE SUCH A CLAIM, YOU MUST COMPLETE AND SUBMIT THE QUESTIONNAIRE BY JANUARY 12, 2006 TO RUST CONSULTING, INC., THE CLAIMS PROCESSING AGENT, AT ONE OF THE FOLLOWING ADDRESSES:

<table>
<tr><td>IF SENT BY U.S. MAIL</td><td>IF SENT BY FEDERAL EXPRESS, UNITED PARCEL SERVICE, OR A SIMILAR HAND DELIVERY SERVICE</td></tr>
<tr><td>RUST CONSULTING, INC.<br>CLAIMS PROCESSING AGENT<br>RE: W.R. GRACE & CO. BANKRUPTCY<br>P.O. BOX 1620<br>FARIBAULT, MN  55021</td><td>RUST CONSULTING, INC.<br>CLAIMS PROCESSING AGENT<br>RE: W.R. GRACE & CO. BANKRUPTCY<br>201 S. LYNDALE AVE.<br>FARIBAULT, MN  55021</td></tr>
</table>

A QUESTIONNAIRE (AND ANY AMENDMENTS OR ADDITIONAL DOCUMENTS IN SUPPORT OF THE QUESTIONNAIRE) WILL NOT BE CONSIDERED UNLESS RECEIVED BY RUST CONSULTING, INC. BY JANUARY 12, 2006.

THIS QUESTIONNAIRE IS AN OFFICIAL DOCUMENT APPROVED BY THE COURT IN CONNECTION WITH ESTIMATING GRACE'S ASBESTOS-RELATED PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AS A WHOLE. THE QUESTIONNAIRE IS BEING USED BY W.R. GRACE AS A MEANS TO SEEK INFORMATION ABOUT YOUR ASBESTOS CLAIM. BY TIMELY RETURNING THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE, GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION.

THE COURT HAS ORDERED THAT, AS PART OF THE DISCOVERY PROCESS, ALL HOLDERS OF PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS MUST COMPLETE AND RETURN THIS QUESTIONNAIRE. THUS, FAILURE TO TIMELY RETURN THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE MAY RESULT IN SANCTIONS AND/OR OTHER RELIEF AVAILABLE UNDER APPLICABLE FEDERAL RULES.

BECAUSE YOUR CLAIM WILL BE EVALUATED IN ACCORDANCE WITH THE TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION, COMPLETION OF THIS QUESTIONNAIRE DOES NOT MEAN THAT YOUR CLAIM WILL EITHER BE ALLOWED OR PAID. TO THE EXTENT YOU ATTACH TO THIS QUESTIONNAIRE DOCUMENTS ALSO NEEDED BY THE TRUST TO PROCESS YOUR CLAIM, SUCH DOCUMENTS WILL BE PROVIDED TO THE TRUST AND YOU WILL NOT

**NEED TO RESUBMIT THEM.**

## INSTRUCTIONS

### A. GENERAL

1. This Questionnaire refers to any lawsuit that you filed before April 2, 2001 for an "asbestos-related personal injury or wrongful death claim." This term is intended to cover any lawsuit alleging any claim for personal injuries or damages that relates to: (a) exposure to any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors (or any of their respective past or present affiliates, or any of the predecessors of any of the Debtors or any of their respective past or present affiliates), or (b) exposure to vermiculite mined, milled or processed by the Debtors (or any of their respective past or present affiliates, any of the predecessors of any of the Debtors or any of their predecessors' respective past or present affiliates). It includes claims in the nature of or sounding in tort, or under contract, warranty, guarantee, contribution, joint and several liability, subrogation, reimbursement, or indemnity, or any other theory of law or equity, or admiralty for, relating to, or arising out of, resulting from, or attributable to, directly or indirectly, death, bodily injury, sickness, disease, or other personal injuries or other damages caused, or allegedly caused, directly or indirectly, and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors. It includes all such claims, debts, obligations or liabilities for compensatory damages such as loss of consortium, personal or bodily injury (whether physical, emotional or otherwise), wrongful death, survivorship, proximate, consequential, general, special, and punitive damages.

2. Your Questionnaire will be deemed filed only when it has been received by Rust Consulting Inc., the Claims Processing Agent, via U.S. Mail, Federal Express, United Parcel Service or a similar hand delivery service. A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will **not** be accepted and will **not** be deemed filed.

3. Your completed Questionnaire must (i) be written in English, and (ii) attached relevant supporting materials as instructed further below.

4. All holders of claims described on page i (and as described in further detail in Instruction A (1) above) are required to file this Questionnaire by Jan. 12, 2006. Your Questionnaire will be used in connection with the estimation hearing to be conducted by the Court pursuant to the Estimation Procedures Order (a copy of which is attached as Appendix B).

5. Any subsequent amendments to the Questionnaire will not be considered for any purpose unless received by Jan. 12, 2006.

### B. PART I -- Identity of Injured Person and Legal Counsel

Respond to all applicable questions. If you are represented by a lawyer, then in Part I (b), please provide your lawyer's name and the name, telephone number and address of his/her firm. If you are represented by a lawyer, he/she must assist in the completion of this Questionnaire. Also, if you would prefer that the Debtors send any additional materials only to your lawyer, instead of sending such materials to you, then check the box indicating this in Part I (b).

All references to "you" or the like in Parts I through X shall mean the injured person. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete this Questionnaire.

### C. PART II – Asbestos-Related Condition(s)

Please indicate all asbestos-related medical conditions for which you have been diagnosed. To complete questions related to injuries, medical diagnoses, and/or conditions, please use the following categories of customarily diagnosed conditions:

- Mesothelioma
- Asbestos-Related Lung Cancer
- Other Cancer (colon, laryngeal, esophageal, pharyngeal, or stomach)
- Clinically Severe Asbestosis
- Other Asbestos Disease

If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**Supporting Documents for Diagnosis:** This Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that support or conflict with your diagnosis.

**X-rays and B-reads:** Please attach all x-ray readings and reports. You may, but are not required to, attach chest x-rays. The court, however, has ruled that Grace may seek access to chest x-rays upon request.

**Pulmonary Function Tests:** Please attach all pulmonary function test results, including the actual raw data and all spirometric tracings, on which the results are based.

REDACTED                                          REDACTED



WR GRACE PIQ 44069-0006

## D. PART III – Direct Exposure to Grace Asbestos-Containing Products

In Part III, please provide the requested information for the job and site at which you were exp___ asbestos-containing products. Indicate the dates of exposure to each Grace asbestos-containing product. If your exposure was a result of your employment, use the list of occupation and industry codes below to indicate your occupation and the industry in which you worked at each site. If you allege exposure to Grace asbestos-containing products at multiple sites, the Court has ordered that you must complete a separate Part III for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

Attach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the disease.

### Occupation Codes

| | |
|---|---|
| 01. Air conditioning and heating installer/maintenance | 31. Iron worker |
| 02. Asbestos miner | 32. Joiner |
| 03. Asbestos plant worker/asbestos manufacturing worker | 33. Laborer |
| 04. Asbestos removal/abatement | 34. Longshoreman |
| 05. Asbestos sprayer/spray gun mechanic | 35. Machinist/machine operator |
| 06. Assembly line/factory/plant worker | 36. Millwright/mill worker |
| 07. Auto mechanic/bodywork/brake repairman | 37. Mixer/bagger |
| 08. Boilermaker | 38. Non-asbestos miner |
| 09. Boiler repairman | 39. Non-occupational/residential |
| 10. Boiler worker/cleaner/inspector/engineer/installer | 40. Painter |
| 11. Building maintenance/building superintendent | 41. Pipefitter |
| 12. Brake manufacturer/installer | 42. Plasterer |
| 13. Brick mason/layer/hod carrier | 43. Plumber - install/repair |
| 14. Burner operator | 44. Power plant operator |
| 15. Carpenter/woodworker/cabinetmaker | 45. Professional (e.g., accountant, architect, physician) |
| 16. Chipper | 46. Railroad worker/carman/brakeman/machinist/conductor |
| 17. Clerical/office worker | 47. Refinery worker |
| 18. Construction - general | 48. Remover/installer of gaskets |
| 19. Custodian/janitor in office/residential building | 49. Rigger/stevedore/seaman |
| 20. Custodian/janitor in plant/manufacturing facility | 50. Rubber/tire worker |
| 21. Electrician/inspector/worker | 51. Sandblaster |
| 22. Engineer | 52. Sheet metal worker/sheet metal mechanic |
| 23. Firefighter | 53. Shipfitter/shipwright/ship builder |
| 24. Fireman | 54. Shipyard worker (md. repair, maintenance) |
| 25. Flooring installer/tile installer/tile mechanic - | 55. Steamfitter |
| 26. Foundry worker | 56. Steelworker |
| 27. Furnace worker/repairman/installer | 57. Warehouse worker |
| 28. Glass worker | 58. Welder/blacksmith |
| 29. Heavy equipment operator (includes truck, forklift, & crane) | 59. Other |
| 30. Insulator | |

### Industry Codes

| | |
|---|---|
| 001. Asbestos abatement/removal | 109. Petrochemical |
| 002. Aerospace/aviation | 110. Railroad |
| 100. Asbestos mining | 111. Shipyard-construction/repair |
| 101. Automotive | 112. Textile |
| 102. Chemical | 113. Tire/rubber |
| 103. Construction trades | 114. U.S. Navy |
| 104. Iron/steel | 115. Utilities |
| 105. Longshore | 116. Grace asbestos manufacture or milling |
| 106. Maritime | 117. Non-Grace asbestos manufacture or milling |
| 107. Military (other than U.S. Navy) | 118. Other |
| 108. Non-asbestos products manufacturing | |

WR GRACE PIQ 44069-0006

**E.  PART IV -- Indirect Exposure to Grace Asbestos-Containing Products**

In Part IV, please provide the information requested for any injury alleged to have been caused by exp. asbestos-containing products through contact/proximity with another injured person.  If you allege exposure through contact/proximity with multiple injured persons, please complete a separate Part IV for each injured person.  For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.

**F.  PART V -- Exposure to Non-Grace Asbestos-Containing Products**

In Part V, please provide the requested information for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products.  If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate Part V for each party.  If exposure was in connection with your employment, use the list of occupation and industry codes in Part III to indicate your occupation and the industry in which you worked.  For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

**G.  PART VI -- Employment History**

In Part VI, please provide the information requested for each industrial job you have held, other than jobs already listed in Part III or V.  Use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked for each job.  Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**H.  PART VII -- Litigation and Claims Regarding Asbestos and/or Silica**

In Part VII, please describe any lawsuits and/or claims that were filed by your or on your behalf regarding asbestos or silica.

**I.  PART VIII -- Claims by Dependents or Related Persons**

Part VIII is to be completed only by dependents or related persons (such as spouse or child) of an injured person who sued the Debtors before April 2, 2001 for an asbestos-related personal injury or wrongful death claim against Grace not involving physical injury to him-/herself on account of his/her own exposure.  One example of such a claim would be a claim for loss of consortium.  If you are asserting such a claim, complete the entire Questionnaire, providing all information and documentation regarding the injured person.

**J.  PART IX -- Supporting Documentation**

In Part IX, please mark the boxes next to each type of document that you are submitting with this Questionnaire.  As indicated in the instructions to Parts II and III, this Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that (a) support or conflict with your diagnosis and/or (b) establish exposure to Grace asbestos-containing products as having a substantial causal role in the development of the medical diagnoses, and/or conditions claimed.  Original documents provided to Grace will be returned within a reasonable time after its professionals and experts have reviewed the documents.

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided in Grace in prior litigation.  Please indicate the documents for which you are seeking reimbursement and attach a receipt for such cost.

**K.  PART X -- Attestation that Information is True, Accurate and Complete**

By signing Part X, you, the injured person, are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Questionnaire is true, accurate and complete.  If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete and sign Part X on behalf of the injured person.

The legal representative of the injured person must complete and sign Part X where indicated.

REDACTED

REDACTED

**PART I:  IDENTITY OF INJURED PERSON AND LEGAL COUNSEL**

WR GRACE  PIQ  44069-0007

**a.   GENERAL INFORMATION**

1.  Name of Claimant: _____   2. Gender: ☒ Male ☐ Female
       First                    MI                    Last

3.  Race (for purposes of evaluating Pulmonary Function Test results): ................................. ☐ White/Caucasian

☒ African American

☐ Other

4.  Last Four Digits of Social Security Number:            5.  Birth Date:

6.  Mailing Address:
       Address                    City                    State/Province        Zip/Postal Code

7.  Daytime Telephone Number:

**b.   LAWYER'S NAME AND FIRM**

1.  Name of Lawyer:  Arthur Luxenberg, Esq.

2.  Name of Law Firm With Which Lawyer is Affiliated:  Weitz & Luxenberg, P.C.

3.  Mailing Address of Firm:  180 Maiden Lane      New York          NY          10038
                             Address               City              State/Province   Zip/Postal Code

4.  Law Firm's Telephone Number or Lawyer's Direct Line: ........................... ( 2  1  2 ) 5  5  8 - 5  5  0  0

☒ Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

**c.   CAUSE OF DEATH (IF APPLICABLE)**

1.  Is the injured person living or deceased? .................................................................☒ Living  ☐ Deceased
    If deceased, date of death: ___ / ___ / ___ ___ ___ ___

2.  If the injured person is deceased, then attach a copy of the death certificate to this Questionnaire and complete the following:
       Primary Cause of Death (as stated in the Death Certificate): _____
       Contributing Cause of Death (as stated in the Death Certificate): _____

**PART II:  ASBESTOS-RELATED CONDITION(S)**

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire.  If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis.  For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1.  Please check the box next to the condition being alleged:
    ☐ Asbestos-Related Lung Cancer          ☐ Mesothelioma
    ☒ Asbestosis                            ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
    ☐ Other Asbestos Disease                ☐ Clinically Severe Asbestosis

    a.  **Mesothelioma:**  If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):
        ☐ diagnosis from a pathologist certified by the American Board of Pathology
        ☐ diagnosis from a second pathologist certified by the American Board of Pathology
        ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial casual role in the development of the condition
        ☐ other (please specify): _____

1

REDACTED                                    REDACTED

WR GRACE PIQ 44069-0008

b. **Asbestos-Related Lung Cancer:** If alleging Asbestos-Related Lung Cancer, were you diagnos[ed with] lung cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ evidence of asbestosis-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

☐ other (please specify): _____

c. **Other Cancer:**

(i) If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon      ☐ pharyngeal      ☐ esophageal      ☐ laryngeal      ☐ stomach cancer

☐ other, please specify: _____

(ii) Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

☐ other (please specify): _____

2

REDACTED   REDACTED

WR GRACE PIQ  44069-0009

d. **Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis based o (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Pathology

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

e. **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply): <u>**Subject to the foregoing objections, one or more of the following may apply. The answer may be derived from the attached medical documentation.**</u>

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

REDACTED
REDACTED

f.   **Other Asbestos Disease:** If alleging any asbestos-related injuries, medical diagnoses, and/or condit those above, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ asbestosis determined by pathology

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading other than those described above

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a pulmonary function test other than that discussed above

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐ a CT Scan or similar testing

☐ a diagnosis other than those above

☐ other (please specify): _____

[REMAINDER OF PAGE INTENTIONALLY BLANK]

**REDACTED**                                    **REDACTED**



WR GRACE PIQ 44069-0011

PART II:  ASBESTOS-RELATED CONDITION(S)

2.  Information Regarding Diagnosis <u>Subject to the foregoing objections, please refer to the responses below and the medical reports attached hereto.</u>

Date of Diagnosis: ..................................................................................... <u>0 7</u> / <u>1 3</u> / <u>1 9 9 8</u>

Diagnosing Doctor's Name: <u>See attached Medical Report.</u>

Diagnosing Doctor's Specialty: <u>See attached Medical Report.</u>

Diagnosing Doctor's Mailing Address: <u>See attached Medical Report.</u>
<div style="margin-left:2em;">Address</div>

| City | State/Province | Zip/Postal Code |
|---|---|---|

Diagnosing Doctor's Daytime Telephone Number: ........................................ ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the diagnosing doctor, check all applicable boxes: <u>Subject to the foregoing objections, please refer to the responses below.</u>

Was the diagnosing doctor your personal physician? ..................................................................... ☐ Yes  ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? ................... ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? <u>Please refer to the foregoing objections.</u> .................................................................................. ☐ Yes  ☐ No

Was the diagnosing doctor referred to you by counsel? <u>Claimant objects to this question as being vague and ambiguous. The doctor was retained by Claimant through Claimant's Counsel to provide expert medical opinions in Claimant's Asbestos Lawsuit. Please refer to foregoing objections.</u> ............... ☐ Yes  ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel? <u>Claimant objects to this question as being vague and ambiguous. The doctor was retained by Claimant through Claimant's Counsel to provide expert medical opinions in Claimant's Asbestos Lawsuit. Please refer to foregoing objections.</u> ☐
Yes.......................................................................................................................................... ☐ No

*If yes, please explain:* _____

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis? <u>See attached medical documentation, if applicable.</u> .............................. ☐ Yes  ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis? <u>See attached medical documentation, if applicable.</u> ........................................... ☐ Yes  ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? <u>See attached medical documentation, if applicable.</u> .............................................. ☐ Yes  ☐ No

Did the diagnosing doctor perform a physical examination? <u>See attached medical documentation, if applicable.</u> ........................................................................................................................................ ☐ Yes  ☐ No

Do you currently use tobacco products? ........................................................................................ ☐ Yes  ☐ No

Have you ever used tobacco products? ........................................................................................ ☒ Yes  ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

☒ Cigarettes   Packs Per Day (half pack = .5) <u>2</u>   Start Year <u>1 9 4 8</u>   End Year <u>1 9 5 9</u>

☐ Cigars   Cigars Per Day _____   Start Year __ __ __ __   End Year __ __ __ __

☐ If Other Tobacco Products, please specify (e.g., chewing tobacco): _____

Amount Per Day _____   Start Year __ __ __ __   End Year __ __ __ __

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? ................. ☐ Yes  ☐ No
<u>See attached medical documentation, if applicable.</u>

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*
<u>See attached medical documentation, if applicable.</u>

**REDACTED**                                    **REDACTED**

WR GRACE PIQ  44059-0012

3.   Information Regarding Chest X-Ray  Subject to the foregoing objections, please refer to attache
available, and attached medical documentation.

   Please check the box next to the applicable location where your chest x-ray was taken (check one):

   ☐ Mobile laboratory  ☐ Job site  ☐ Union Hall  ☐ Doctor office  ☐ Hospital  ☐ Other: _____

   Address where chest x-ray taken: _____
                                         Address

   _____
   City                                    State/Province                    Zip/Postal Code

4.   Information Regarding Chest X-Ray Reading

   Date of Reading: __ __ / __ __ / __ __ __ __          ILO score: _____

   Name of Reader: _____

   Reader's Daytime Telephone Number: ................................................... ( __ __ __ ) __ __ __ - __ __ __ __

   Reader's Mailing Address: _____
                                 Address

   _____
   City                                    State/Province                    Zip/Postal Code

   With respect to your relationship to the reader, check all applicable boxes:

   Was the reader paid for the services that he/she performed ...................................................... ☐ Yes   ☐ No

   *If yes, please indicate who paid for the services performed:* _____

   Did you retain counsel in order to receive any of the services performed by the reader?  Please refer to the foregoing
   objections. ...................................................................................................................☐Yes   ☐No

   Was the reader referred to you by counsel?  Claimant objects to this question as being vague and ambiguous. The
   doctor was retained by Claimant through Claimant's Counsel to provide expert medical opinions in Claimant's
   Asbestos Lawsuit.  Please refer to foregoing objections. ...............................................☐Yes   ☐No

   Are you aware of any relationship between the reader and your legal counsel?  Claimant objects to this question as
   being vague and ambiguous. The doctor was retained by Claimant through Claimant's Counsel to provide expert
   medical opinions in Claimant's Asbestos Lawsuit.  Please refer to foregoing objections. .................☐ Yes   ☐ No

   *If yes, please explain:* _____

   Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?
   ...........................................................................................................................☐ Yes   ☐No

   *If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through
   which the reading was made:* _____

5.   Information Regarding Pulmonary Function Test: Subject to the foregoing objections, please refer to the
responses below and the medical reports attached hereto. ........................... Date of Test: 0 9 / 2 5 / 2 0 0 0

   List your height in feet and inches when test given: ................................................ 6 __ ft  0 __ inches

   List your weight in pounds when test given: ................................................................ 172 __ lbs

   Total Lung Capacity (TLC): ................................................................................. 58 __ % of predicted

   Forced Vital Capacity (FVC): ............................................................................ 137.5 __ % of predicted

   FEV1/FVC Ratio: ............................................................................................ 105.5 __ % of predicted

   Name of Doctor Performing Test (if applicable): See attached PFT, if applicable. _____

   Doctor's Specialty: See attached PFT, if applicable. _____

   Name of Clinician Performing Test (if applicable): See attached Medical Report. _____

   Testing Doctor or Clinician's Mailing Address: See attached PFT, if applicable. _____
                                                      Address

   _____

REDACTED                                        REDACTED

City _____  State/Province _____  Zip ___

Testing Doctor or Clinician's Daytime Telephone Number: .................... (__ __) __ __ - __ __ __

Doctor's Specialty:  See attached PFT, if applicable. _____

Name of Doctor Interpreting Test:  See attached PFT, if applicable. _____

Interpreting Doctor's Mailing Address: See attached PFT, if applicable. _____
                                        Address

City _____  State/Province _____  Zip/Postal Code _____

Interpreting Doctor's Daytime Telephone Number: ........................... (__ __) __ __ - __ __ __

With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:  Subject to the foregoing objections, please refer to the responses below and the medical reports attached hereto.

If the test was performed by a doctor, was the doctor your personal physician? ............................... ☐ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ...................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician? ☐ Yes ☐ No

Was the testing doctor or clinician referred to you by counsel? Claimant objects to this question as being vague and ambiguous. The doctor was retained by Claimant through Claimant's Counsel to provide expert medical opinions in Claimant's Asbestos Lawsuit.  Please refer to foregoing objections. ...................... ☐ Yes ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? Claimant objects to this question as being vague and ambiguous. The doctor was retained by Claimant through Claimant's Counsel to provide expert medical opinions in Claimant's Asbestos Lawsuit.  Please refer to foregoing objections. ☐
Yes. ...................................................................................... ☐ No

*If yes, please explain:* _____

Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test? ................................................... ☐ Yes ☐ No

With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:

Was the doctor your personal physician? ................................................... ☐ Yes ☒ No

Was the doctor paid for the services that he/she performed? ................................ ☒ Yes ☐ No

*If yes, please indicate who paid for the services performed:*  Claimant paid for the services through his/her counsel.

Did you retain counsel in order to receive any of the services performed by the doctor? Please refer to the foregoing objections. ...................................................................................... ☐ Yes ☐ No

Was the doctor referred to you by counsel? Claimant objects to this question as being vague and ambiguous. The doctor was retained by Claimant through Claimant's Counsel to provide expert medical opinions in Claimant's Asbestos Lawsuit.  Please refer to foregoing objections. ........................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? Claimant objects to this question as being vague and ambiguous. The doctor was retained by Claimant through Claimant's Counsel to provide expert medical opinions in Claimant's Asbestos Lawsuit.  Please refer to foregoing objections. .................. ☐ Yes ☐ No

*If yes, please explain:* _____

Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed? ............................... ☐ Yes ☐ No

6. **Information Regarding Pathology Reports:**   Please Refer to Part II, Question 2, and attach documentation.

Date of Pathology Report: ............................................................................ __ __ / __ __ /

Findings: _____

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____
Address

City                              State/Province                    Zip/Postal Code

Doctor's Daytime Telephone Number: ........................................... (__ __ __) __ __ __ - __ __ __ __

With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

Was the doctor your personal physician? ............................................................ ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? ............................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ................ ☐ Yes ☐ No

Was the doctor referred to you by counsel? Claimant objects to this question as being vague and ambiguous. The doctor was retained by Claimant through Claimant's Counsel to provide expert medical opinions in Claimant's Asbestos Lawsuit.  Please refer to foregoing objections. ........................................ ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? Claimant objects to this question as being vague and ambiguous. The doctor was retained by Claimant through Claimant's Counsel to provide expert medical opinions in Claimant's Asbestos Lawsuit.  Please refer to foregoing objections. ...................... ☐ Yes ☐ No

*If yes, please explain:* _____

Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?
.................................................................................................................... ☐ Yes ☐ No

7. With respect to the condition alleged, have you received medical treatment from a doctor for the condition? Please refer to the foregoing objections. ................................................................ ☐ Yes ☐ No

*If yes, please complete the following:*

Name of Treating Doctor: _____

Treating Doctor's Specialty: _____

Treating Doctor's Mailing Address: _____
Address

City                              State/Province                    Zip/Postal Code

Treating Doctor's Daytime Telephone Number: ............................. (__ __ __) __ __ __ - __ __ __ __

Was the doctor paid for the services that he/she performed? ............................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ................ ☐ Yes ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

REDACTED

REDACTED

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

Site of Exposure:  Subject to the foregoing objections, please refer to the attached PFH interrogatory responses, Statement of Earnings and/or depositions, if applicable and if available.

Site Name: _____  Location: _____

Site Type: ☐ Residence  ☐ Business    Site Owner: _____

Employer During Exposure: _____  Unions of which you were a member during your employment: _____

| Products | Basis for Identification of each Grace Product | Dates and Frequency of Exposure (hours/days/days/years) | Occupation Code (Codes listed in Part III) | Industry Code (Codes listed in Part III) | Was exposure due to working in or around areas where product was being installed, mixed, removed or cut? If yes, please indicate how long and how frequently you were present. | Nature of Exposure |
|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| Job 4 Description: | | | | | | |
| Job 5 Description: | | | | | | |
| Job 6 Description: | | | | | | |

9

WR GRACE PIQ 44069-0016

REDACTED                                      REDACTED



PART IV:  INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

WR GRACE PIQ 44069-0016

1.  Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person?  <u>Subject to the foregoing objections please refer to attached PEH, interrogatory responses and deposition, if applicable and if available.</u>..................................................................☐ Yes  ☐ No

*If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products.  For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2.  Please indicate the following information regarding the other injured person: <u>Subject to the foregoing objections please refer to attached PEH, interrogatory responses and deposition, if applicable and if available.</u>

Name of Other Injured Person: _____  Gender: ☐ Male ☐ Female

Last Four Digits of Social Security Number: __ __ __ __      Birth Date: __ __ / __ __ / __ __

3.  What is your Relationship to Other Injured Person:  <u>Subject to the foregoing objections please refer to attached PEH, interrogatory responses and deposition, if applicable and if available.</u>............☐ Spouse ☐ Child ☐ Other

4.  Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products: <u>Subject to the foregoing objections please refer to attached PEH, interrogatory responses and deposition, if applicable and if available.</u>

_____

5.  Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products: <u>Subject to the foregoing objections please refer to attached PEH, interrogatory responses and deposition, if applicable and if available.</u>

From: __ __ / __ __ / __ __ __ __      To: __ __ / __ __ / __ __ __ __

6.  Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:

_____

7.  Has the Other Injured Person filed a lawsuit related to his/her exposure?  <u>Subject to the foregoing objections please refer to attached PEH, interrogatory responses and deposition, if applicable and if available.</u>....................................................................................................................☐ Yes  ☐ No

*If yes, please provide caption, case number, file date, and court name for the lawsuit:*

Caption: _____

Case Number: _____  File Date: __ __ / __ __ / __ __ __ __

Court Name: _____

8.  Nature of Your Own Exposure to Grace Asbestos-Containing Product: <u>Subject to the foregoing objections please refer to attached PEH, interrogatory responses and deposition, if applicable and if available.</u>

_____

9.  Dates of Your Own Exposure to Grace Asbestos-Containing Product: <u>Subject to the foregoing objections please refer to attached PEH, interrogatory responses and deposition, if applicable and if available.</u>

From: __ __ / __ __ / __ __ __ __      To: __ __ / __ __ / __ __ __ __

10.  Your Basis for Identification of Asbestos-Containing Product as Grace Product: <u>Subject to the foregoing objections please refer to attached PEH, interrogatory responses and deposition, if applicable and if available.</u>

_____

[REMAINDER OF PAGE INTENTIONALLY BLANK]

REDACTED

REDACTED

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products

(b) A worker who personally removed or cut Non-Grace asbestos-containing products

(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

| Party Against Which Lawsuit or Claim was Filed: See attached List of Parties Against Which Lawsuit or Claim Was Filed. | | Products | Duration and Frequency of Exposure (hours/days/years) | Occupation Code | Industry Code | Was exposure due to working in or around areas where product was being installed, mixed, removed or cut? (Yes, please indicate your exposure proximity to such areas.) Nature of Exposure |
|---|---|---|---|---|---|---|
| **Site of Exposure 1** Site Name: ____ Address: ____ City and State: ____ Site Owner: ____ | Job 1 Description: ____ | | | | | |
| | Job 2 Description: ____ | | | | | |
| | Job 3 Description: ____ | | | | | |
| **Site of Exposure 2** Site Name: ____ Address: ____ City and State: ____ Site Owner: ____ | Job 1 Description: ____ | | | | | |
| | Job 2 Description: ____ | | | | | |
| | Job 3 Description: ____ | | | | | |
| **Site of Exposure 3** Site Name: ____ Address: ____ City and State: ____ Site Owner: ____ | Job 1 Description: ____ | | | | | |
| | Job 2 Description: ____ | | | | | |
| | Job 3 Description: ____ | | | | | |

11

WR GRACE PIQ  44059-0017

REDACTED                                    **REDACTED**

WR GRACE PIQ 44059-0018

## PART VI: EMPLOYMENT HISTORY

Other than jobs listed in Part III or IV, please complete this Part VI for all of your prior industrial work experience, including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed. **Subject to the foregoing objections, please refer to the attached Itemized Statement of Earnings, PEH and/or depositions, if applicable and if available.**

Occupation Code: _____    If Code 59, specify: _____

Industry Code: _____    If Code 118, specify:_____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __          End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
          Address

_____
City                                    State/Province              Zip/Postal Code


Occupation Code: _____    If Code 59, specify: _____

Industry Code: _____    If Code 118, specify:_____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __          End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
          Address

_____
City                                    State/Province              Zip/Postal Code


Occupation Code: _____    If Code 59, specify: _____

Industry Code: _____    If Code 118, specify:_____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __          End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
          Address

_____
City                                    State/Province              Zip/Postal Code


Occupation Code: _____    If Code 59, specify: _____

Industry Code: _____    If Code 118, specify:_____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __          End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
          Address

_____
City                                    State/Province              Zip/Postal Code

REDACTED                                                                    REDACTED



**PART VII:  LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR SILICA**

**a.** **LITIGATION** Subject to the foregoing objections, please refer to Claimant's responses below.  Claimant's responses are limited to the asbestos-related lawsuit where Debtor was sued.

1. Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?........................................ ☒ Yes ☐ No

   *If yes, please complete the rest of this Part VII(a) for each lawsuit.  For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2. Please provide the caption, case number, file date, and court name for the lawsuit you filed:

   Caption:                              v. A.O. SMITH WATER PRODUCTS CO. et. al.

   Case Number: 10397399                              File Date: 0 2 / 2 6 / 1 9 9 9

   Court Name:  SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK

3. Was Grace a defendant in the lawsuit? ...................................................................................... ☒ Yes ☐ No

4. Was the lawsuit dismissed against any defendant? Subject to the foregoing objections, see attached List of Parties, if applicable. ........................................................................................................ ☐ Yes ☐ No

   *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*

   Please refer to the foregoing objections.

5. Has a judgment or verdict been entered?    Subject to the foregoing objections, see attached List of Parties, if applicable. ........................................................................................................................ ☐ Yes ☐ No

   *If yes, please indicate verdict amount for each defendant(s):* _____

6. Was a settlement agreement reached in this lawsuit?    Subject to the foregoing objections, see attached List of Parties, if applicable. ........................................................................................................ ☐ Yes ☐ No

   *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

   a. Settlement amount for each defendant:  Please refer to the foregoing objections.

   b. Applicable defendants: Subject to the foregoing objections, see attached List of Parties, if applicable.

   c. Disease or condition alleged:  Subject to the foregoing objections, see attached List of Parties, if applicable.

   d. Disease or condition settled (if different than disease or condition alleged): Subject to the foregoing objections, see attached List of Parties, if applicable.

7. Were you deposed in this lawsuit? ............................................................................................. ☐ Yes ☐ No

   *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

**b.** **CLAIMS** Subject to the foregoing objections, please refer to Claimant's responses below.  Claimant's responses are limited to asbestos-related personal injury claims.

1. Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? ...................................................... ☒ Yes ☐ No

   *If yes, please complete the rest of this Part VII(b).  If no, please skip to Part VIII.*

2. Date the claim was submitted: Subject to the foregoing objections, see attached List of Parties, if applicable.

   .................................................................................................... __ / ___ / __ __ __ __

3. Person or entity against whom the claim was submitted: Subject to the foregoing objections, see attached List of Parties, if applicable.

4. Description of claim:   Subject to the foregoing objections, see attached List of Parties, if applicable.

5. Was claim settled? Subject to the foregoing objections, see attached List of Parties, if applicable. ..... ☐ Yes ☐ No

**REDACTED**                                                    **REDACTED**

6.  Please indicate settlement amount:  <u>Please refer to the foregoing objections.</u> ........... $_____

7.  Was the claim dismissed or otherwise disallowed or not honored? <u>Subject to the foregoing objection</u>
    <u>List of Parties, if applicable.</u> ........................................................................................................ ☐ Yes ☐ No

    *If yes, provide the basis for dismissal of the claim:* _____

## PART VIII:  CLAIMS BY DEPENDENTS OR RELATED PERSONS

<u>Subject to the foregoing objections, please see below for information regarding spouse, if applicable and to attached</u>
<u>interrogatory responses of other dependents if applicable.</u>

Name of Dependent or Related Person:  _____   Gender: ☐ Male ☒ Female

Last Four Digits of Social Security Number:  _____   Birth Date: _____

Financially dependent: ..................................................................................................... ☐ Yes ☐ No

Relationship to Injured Party: ☒ Spouse ☐ Child ☐ Other  If other, please specify _____

Mailing  Address:  _____
                              Address

City _____ State/Province _____ Zip/Postal Code _____

Daytime Telephone Number:  ..........................................

## PART IX:  SUPPORTING DOCUMENTATION

Please use the checklists below to indicate which documents you are submitting with this form.

<u>Copies:</u>

☒ Medical records and/or report containing a diagnosis      ☐ X-rays
☒ Lung function test results                                ☒ X-ray reports/interpretations
☒ Lung function test interpretations                        ☐ CT scans
☐ Pathology reports                                         ☐ CT scan reports/interpretations
☐ Supporting documentation of exposure to Grace            ☐ Depositions from lawsuits indicated in Part VII
   asbestos-containing products                                of this Questionnaire
☐ Supporting documentation of other asbestos exposure      ☐ Death Certification

<u>Originals:</u>

☐ Medical records and/or report containing a diagnosis      ☐ Supporting documentation of other asbestos exposure
☐ Lung function test results                                ☐ X-rays
☐ Lung function test interpretations                        ☐ X ray reports/interpretations
☐ Pathology reports                                         ☐ CT scans
☐ Supporting documentation of exposure to Grace            ☐ CT scan reports/interpretations
   asbestos-containing products                             ☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in
which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigations.  Please
indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

REDACTED                                          REDACTED

| PART X:  ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE |
|---|

WR GRACE PIQ  44069-0021

The information provided in this Questionnaire must be accurate and truthful.  This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim.  The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both.  18 U.S.C. §§ 152 & 3571.
**TO BE COMPLETED BY THE INJURED PERSON.**

I swear, <u>under penalty of perjury</u>, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete.

Signature:        **REDACTED**     Date: 7 _ 9 _ 2001

Please Print Name:

**TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.**

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature:        **REDACTED**     Date: 7 _ 9 _ 2001

Please Print Name:

15

**REDACTED**                                              **REDACTED**



WR GRACE PIQ 44069-0022

# Please use the following Codes to fill out the attached Plaintiff Exposure History

| Code | Nature Of Exposure | Code | WR Grace Products |
|------|--------------------|------|-------------------|
| a | A worker who personally mixed Grace asbestos-containing products | 1 | Ari-Zonolite Board Texture (1961 - 1964) |
| b | A worker who personally removed or cut Grace asbestos-containing products | 2 | Ari-Zonolite Natura |
| c | A worker who personally installed Grace asbestos-containing products | 3 | Ari-Zonolite Oyster White |
| d | A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others | 4 | Econo-White 65 and Econo-White 70 -- Econo-White Acoustical Texture; Econo- White Super White |
| e | A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others | 5 | Hi-Sorb Acoustical Plaster (1966 - 1973) -- XX White Hi-Sorb; Oyster White Hi- Sorb |
| f | If other, please specify. | 6 | Ari-Zonolite Nu-White |
|  |  | 7 | Perlcoustic (1966 - 1973) |
|  |  | 8 | Perltex Spray Surfaces (19 ?? - 1973) -- PlasterTex; Perltex Super-40 Spray Surfacer; Perltex Super-40; Gun Coat Spray Surfacer |
|  |  | 9 | Perltex Super-40 Fog (19 ?? - 1973) -- Perltex Fog (Prior to 1968) |
|  |  | 10 | Perltex Super-40 Perltex (19 ?? - 1973) -- Perltex Perlite; Super-40 Perlite |
|  |  | 11 | Perltex Super-40 Polycoarse -- Perltex Polycoarse (Prior to 1988) |
|  |  | 12 | Perltex Super-40 SAV (19 ?? - 1973) -- Perltex SAV; Super-40 SAV |
|  |  | 13 | Prep-Coat #3; Prep-Coat #5 |
|  |  | 14 | Satin White |
|  |  | 15 | Spra-Wyt a/k/a Spra-Wyt Finish, Spra-Wyt Acoustical, Spra-Wyt Acoustical Finish |
|  |  | 16 | Vermiculite Acoustical Plaster; Vermiculite Acoustical Plastic |
|  |  | 17 | Versakote -- Prep Coat #4 |
|  |  | 18 | Z-Tex (1958 - 1962) -- EX-Tex; Z-Tex 2; Z-Tex 2 Super White |
|  |  | 19 | Zono-Coustic (1960-1973) -- Zono-Coustic 1; Zonocoustic 2; Zonocoustic 3; Zonocoustic Type Z; and Zonocoustic (MK2) |
|  |  | 20 | Zonolite Acoustical Plaster (1945 - 1972) -- Zonolite Acoustical Plastic; Zonolite Board of Education Texture (1962 - 1963) -- Board of Education Hard Texture |
|  |  | 21 | Zonolite Acoustical Plaster (1945 - 1972) -- Zonolite Acoustical Plastic; Zonolite Board of Education Texture (1962 - 1963) -- Board of Education Hard Texture |
|  |  | 22 | Zonolite Finish Coat (1956 - 1970) -- Decorator's White |
|  |  | 23 | Zonolite Finish Coat (1961 - 1973) -- Decorator's White Extra Hard |
|  |  | 24 | Zonolite Finishing Cement |
|  |  | 25 | Zonolite High Temperature Insulating Cement (1938 - 1971) -- Hi Temp Insulating Cement; Zonolite Hi-Temperature Cement; Zonolite High Temperature Cement |
|  |  | 26 | Zonolite Mono-Kote (MK-1) (1958 - 1962) -- Mono-Kote (generic name) |
|  |  | 27 | Zonolite Mono-Kote 3 (MK-3) (1959 - 1973) -- Mono-Kote (generic name) |
|  |  | 28 | Zonolite Spra-Insulation (1959 - 1973) -- Mono-Kote (MK-2) |
|  |  | 29 | Zonolite Spra-Tex -- Regular (1955 - 1972) -- Zonolite Spra-Tex EH |
|  |  | 30 | Zonolite Spra Tex -- Extra Hard (1961 - 1972) |

REDACTED

## REDACTED

Plaintiff Exposure History

PART IIa: DIRECT EXPOSURE TO GRACE ASBESTOS CONTAINING PRODUCTS

| Job Site | City | St | From | To | Code | Code Description | Job | Nature of Exposure | Purchase(s) |
|---|---|---|---|---|---|---|---|---|---|
| AMERICAN BRASS | | NY | | | | | | | |
| BETHLEHEM STEEL | | NY | | | | | | | |
| DONNA & HANNA COKE | | NY | | | | | | | |
| LOCAL 210 | | NY | | | | | | | |
| REPUBLIC STEEL | | NY | | | | | | | |
| TONAWANDA IRON | | | | | | | | | |

WR GRACE PIQ 44059-0023

REDACTED                    REDACTED



WR GRACE PIQ 44069-0024

## PART V: EXPOSURE TO NON-GRACE ASBESTOS CONTAINING PRODUCTS

| Defendant | Defendant Status | Disease Alleged | Disease Settled |
|---|---|---|---|
| A.O. SMITH WATER PRODUCTS CO. | Unresolved | | |
| A.P. GREEN INDUSTRIES, INC. | Unresolved | | |
| A.P. GREEN SERVICES, INC. | Unresolved | | |
| A.W. CHESTERTON CO. | Unresolved | | |
| AC & S INC., | Unresolved | | |
| ADIENCE, INC., AS SUCCESSOR IN INTEREST TO ADIENCE CO., LP, AS SUCCE | Unresolved | | |
| AMCHEM PRODUCTS, INC. | Unresolved | | |
| AMERICAN OPTICAL CORPORATION | Unresolved | | |
| AMERICAN STANDARD, INC. | Unresolved | | |
| ANCHOR PACKING CO. | Unresolved | | |
| ARMSTRONG WORLD INDUSTRIES, IN | Unresolved | | |
| ASBESTOS CLAIMS MANAGEMNT CORP | Unresolved | | |
| AVOCET ENTERPRISES, INC. | Unresolved | | |
| BMCB INC. | Unresolved | | |
| BURNHAM CORPORATION | Unresolved | | |
| BURNS AND ROE ENTERPRISES, INC. | Unresolved | | |
| CERTAINTEED CORP. | Unresolved | | |
| CLEAVER BROOKS COMPANY | Unresolved | | |
| CONGOLEUM CORPORATION | Unresolved | | |
| CONSOLIDATED EDISON COMPANY OF | Unresolved | | |
| COURTER & COMPANY, INC. | Unresolved | | |
| CRANE PACKING COMPANY | Unresolved | | |
| CROWN CORK & SEAL CO. | Settled | Non-Malignant Disease | Non-Malignant Disease |
| DANA CORPORATION | Unresolved | | |
| DB RILEY | Unresolved | | |
| DRESSER INDUSTRIES, INC. | Settled | Non-Malignant Disease | Non-Malignant Disease |
| DURABLA MANUFACTURING COMPANY | Unresolved | | |
| EASTCO INDUSTRIAL SAFETY CORPORATION | Unresolved | | |
| EASTERN REFRACTORIES COMPANY, INC. | Unresolved | | |
| EMPIRE ACE INSULATION MANUFACT | Unresolved | | |
| ERICSSON RADIO SYSTEMS INC., as successor in interest to ANACONDA- | Unresolved | | |
| FLEXITALLIC INC. | Unresolved | | |
| FOSTER WHEELER CORPORATION | Unresolved | | |
| FULTON BOILER WORKS, INC. | Unresolved | | |
| GAF CORP. | Unresolved | | |
| GARLOCK, INC. | Settled | Non-Malignant Disease | Non-Malignant Disease |
| GENERAL ELECTRIC COMPANY | Unresolved | | |
| GIBRALTAR INDUSTRIAL SERVICES, INC. | Unresolved | | |
| GOODYEAR CANADA, INC. | Dismissed | | |
| GOODYEAR TIRE AND RUBBER COMPANY | Dismissed | | |
| GOULD PUMPS, INC. | Unresolved | | |
| H.B. FULLER COMPANY | Unresolved | | |
| HARBISON WALKER REFRACTORIES, | Settled | Non-Malignant Disease | Non-Malignant Disease |
| I.U. NORTH AMERICA, INC. | Unresolved | | |
| INGERSOLL-RAND COMPANY | Unresolved | | |
| J.H. FRANCE REFRACTORIES COMPANY | Settled | Non-Malignant Disease | Non-Malignant Disease |
| JANOS IND. INSULATION | Unresolved | | |
| KAISER ALUMINUM & CHEMICAL COR | Unresolved | | |
| KEELER-DORR-OLIVER BOILER COMPANY | Unresolved | | |
| KEEWANEE BOILER MANUFACTURING CO. | Unresolved | | |
| KENTILE FLOORS, INC. | Unresolved | | |
| KEYSPAN CORP. | Unresolved | | |
| KOHLER COMPANY | Unresolved | | |
| LOCKHEED MARTIN CORP.aka MARTIN MARIETTA CORP/AMERICAN MARIETTA CORP | Unresolved | | |
| MARIO & DIBONO PLASTERING CO. | Unresolved | | |
| MINNESOTA MINING AND MANUFACTURING COMPANY | Dismissed | | |