IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| ) | |
| ) | |
| Debtors. ) | |
| ) | Related Docket No. |
| ) | |

**ORDER GRANTING DEBTORS' MOTION TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS REPRESENTED BY WEITZ & LUXENBURG, P.C., SIMMONSCOOPER, LLP AND WILENTZ GOLDMAN & SPITZER P.A. TO RESPOND TO THE W. R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE**

Upon consideration of the Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented by Weitz & Luxenburg, P.C., SimmonsCooper, LLP And Wilentz Goldman & Spitzer P.A. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire (the "Motion") and due and adequate notice having been given under the circumstances; and it appearing that no further notice need be given; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that the relief requested herein is in the best interests of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that any and all objections to the Questionnaire lodged by the Claimants represented by Weitz & Luxenburg, P.C., SimmonsCooper, LLP and Wilentz Goldman & Spitzer P.A. are overruled; and it is further

ORDERED that the Claimants are directed to provide the required information on or before January 12, 2007; and it is further

ORDERED that this Court shall retain exclusive jurisdiction to enforce the terms of this Order.

Dated: _____, 2006            BY THE COURT:

_____
The Honorable Judith K. Fitzgerald