# Exhibit A

*Claims Filed by KAZAN MCCLAIN ABRAMS FERNANDEZ LYONS FARRISE* 1

| Claimant Name |
|---|
| ABBOTT, MICHAEL D |
| BARRERA, JESUS B |
| BURROUGHS, KENNETH P |
| FAVORITO, JOSEPH A |
| JEFFREY, FRANK |
| JEFFREY, FRANK E |
| MCNALLY, PATRICIA Q |
| REICH, JULIUS M |

*Duplicate claims have not been excluded*