# Exhibit B

| Claimant Name |
|---|
| ADAMS, LESTER E |
| ALDRIDGE, BILLY |
| ALEXANDER, ALEXANDER |
| ALLEN, HENRY |
| ANDERSEN, RONALD |
| ANDERSON, HAROLD |
| ARMSTRONG, CHARLES |
| ARROWOOD, EDGAR |
| ASHPOLE, OTTO |
| BABINEAUX, MILTON |
| BADEN, RICHARD |
| BAGIN, DANIEL |
| BAILEY, HAROLD |
| BARKER, WESLEY |
| BARLOW, JOHN |
| BARNES, THOMAS |
| BARTLETT, ROY B |
| BATES, WELDON |
| BATSON, DOYLA |
| BATTEN, LINDA |
| BISHOP, TED |
| BLAKELY, GARY |
| BLOOMINGDALE, JOSEPH |
| BOL, MARK |
| BOOTH, RAYMOND |
| BOWERS, DONALD |
| BOYLE, RICHARD |
| BRAME, PAUL |
| BRANDENBURG, KENNETH |
| BREAUX, JOSEPH |
| BRENNAN, ROBERT |
| BROADBENT, KEN |
| BROUILLETTE, LOUIS |
| BROWN, NATHANIEL |
| BRYANT, PAUL |
| BURDO, RICHARD |
| BURLEIGH, LINDLEY W |
| BURNEY, JOHNNY L |
| BUTCHER, VINCENT |

*Duplicate claims have not been excluded*

*Claims Filed by WATERS & KRAUS LLP*　　2

| Claimant Name |
|---|
| BYE, RONALD D |
| CALES, RUSSELL |
| CAMDEN, ELLEN |
| CARON, ROBERT |
| CARTE, ELIZABETH |
| CARTER, MARVIN |
| CHAPA, PETE |
| CHOPP, WILLIE M |
| CHURCH, FRANKLIN |
| CICHOCKI, THEODORE |
| CLARK JR, FLOYD |
| COLVIN, MURRAY |
| COMBS, CHARLES |
| COWARD, FREDERICK |
| COY, DONALD J |
| COYLE, PAUL |
| CRABTREE, CLIFFORD |
| DALBEC, MARGARET |
| DARNOLD, LEVAUGHN |
| DAVIDSON, WILLIAM C |
| DEBOISE, WILLIAM |
| DEGOLIER, FENTON |
| DIAZ, VIGIL |
| DIVER, CHARLES H |
| DONAKOWSKI, PHILIP |
| DONALDSON, GEORGE |
| DORI, JOHN |
| DOUGHTY, THOMAS P |
| DOUGLAS JR, ALBERT |
| DUNLAP, JAMES C |
| EDMONDS, ROBERT |
| ENSIGN JR, GEORGE |
| ERDMAN, LAWRENCE |
| ERVIN, NOLLY |
| ESTRADA, JESSIE |
| FAGAN, ODIS |
| FAGG, CHARLES A |
| FAHRNKOPF, JOHN |
| FAUST, R L |

**Duplicate claims have not been excluded**

| Claimant Name |
|---|
| FIGGATT, HENRY |
| FINE, KENNETH |
| FINNEY, ROBERT T |
| FISHER, FREDRICK |
| FLANNERY, WILLIAM |
| FLATOFF, WALTER |
| FOX, CHARLES |
| FREDERICK, PHILLIP |
| FREEMAN, DOUGLAS F |
| FREEMAN, JERRY |
| FUDOLI, ROBERT |
| GABBERT, WILLIAM |
| GAINES SR, JACK |
| GALBREATH, RICHARD |
| GANTT, LAWRENCE |
| GARCIA, LUIS |
| GARRISON, JEFF |
| GARZA, ADAN R |
| GASH, WILBERT |
| GEMKOW, THOMAS |
| GIBSON JR, RAY L |
| GILBERT, ARTHUR |
| GILL, ROBERT |
| GLOEDE, GUSTAVE |
| GOETZ, CARL G |
| GOFF, HAROLD |
| GOUPILL, MAURICE |
| GRAHAM, BRYAN L |
| GREENSAGE, HERMAN B |
| GREER JR, JACK |
| GREER, DONALD |
| GRIFFEN, JACK |
| GRIMM, HENRY |
| GRINDSTAFF, JOHN |
| GROHOSKE, ROY L |
| GROSSMAN JR, RUDY J |
| GRUNDMEYER, ARTHUR |
| HALL, RAYMOND T |
| HANAWALT, CLYDE |

**Duplicate claims have not been excluded**

| Claimant Name |
|---|
| HANSON, SANDRA |
| HARBOUR, FREDERICK |
| HARDEN, MATTHEW |
| HARRIS, JOHN L |
| HARRIS, LAWRENCE |
| HARTHCOCK, BOBBY |
| HARVELL, ANGELINA |
| HAUSE, BENTLEY L |
| HAVARD, VESTER L |
| HAWTHORNE, ROBERT W |
| HAYES, DOUGLAS C |
| HAYNES, JOHNNY |
| HEMMITT SR, RUDOLPH |
| HENDERSON, JOHN |
| HENSON, WELDON G |
| HERSHBERGER, JACK |
| HIGHWOOD, BERT |
| HILL, RAYMOND |
| HODUR, NORMAN |
| HOELSCHER, LEON |
| HOLLAS, LOUIS W |
| HOLMES, MILTON H |
| HOSEK, JERRY A |
| HOWARD, LEWIS |
| HRBACEK, PAUL V |
| HUBBLE, WAYNE D |
| HUGGINS, JUNIOR |
| HUGHES, REX L |
| HUNT, KERMIT |
| HUOTARI, WILFRED |
| HUTSON, BILLY |
| HYDER, HARRY J |
| INNERARITY, BOYCE |
| IRISH SR, VERNON L |
| JACKSON, GARLAND |
| JACKSON, JAMES |
| JANAK, CHARLES J |
| JASSO, JUAN L |
| JEFFERS, JAMES V |

**Duplicate claims have not been excluded**

*Claims Filed by WATERS & KRAUS LLP*                                5

| Claimant Name |
| --- |
| JETER, CHARLES |
| JIMENEZ, ELVA |
| JIMENEZ, MIKE A |
| JOHNS, VAL |
| JOHNSON, NORMAN |
| JOHNSTON, WILFORD |
| JONES, DONALD L |
| JONES, GEORGE A |
| JONES, GEORGE W |
| JONES, KENNETH |
| JONES, REX |
| KEENAN, MARVIN |
| KELLEY, HARMON A |
| KELLY, CHARLES B |
| KENNAMER, COULTER |
| KIESLING, DELMA |
| KING, ERNEST |
| KLEKAR, AUGUST E |
| KLONTZ, ROLLAND E |
| KLOTZ, ALFRED |
| KNIGHT, JERRELL W |
| KOPETSKY, BILLY W |
| KOPRIVA JR, ALTON L |
| KORANDA, JUDITH |
| KOSTROUN, WILLIAM |
| KOWALIK, ARCHIE |
| KRHOVJAK, WILBUR M |
| KRUSSELL, GERALD |
| KUBIAK, FRANK A |
| KUCHTA, PAUL G |
| KWASNIK, DOUGLAS |
| LAABS, CHARLES R |
| LABOUNTY, MARTIN H |
| LANDERS, JAMES |
| LANGE SR, EMERY N |
| LANGER, ROBERT W |
| LANSFORD, JAMES |
| LANTZSCH, JAMES |
| LAUZON, BERNARD |

**Duplicate claims have not been excluded**

*Claims Filed by WATERS & KRAUS LLP* 6

| Claimant Name |
|---|
| LAY, PERRY J |
| LAYMON, LARRY K |
| LEFF, RONALD |
| LEHNHOFF, RAYMOND |
| LEITCH, LEO |
| LENHART, CHARLES W |
| LETT, WILLIAM G |
| LEWIS, THOMAS W |
| LIMMER, WALTER W |
| LIPSCOMB JR, EDWARD |
| LOGSDON, RAYMOND |
| LOOMIS, WENDELL |
| LUCKO, WILBERT W |
| LUNAK, FRANK |
| MACK, HINTON |
| MALTIAS, JIM |
| MANEY, ROBERT S |
| MANGEL, MICHAEL E |
| MANNING, JAMES E |
| MARCHESANI, JOSEPH |
| MAREK, DANIEL R |
| MARTIN, JAMES W |
| MARTIN, LARRY |
| MATHIAS, GEORGE |
| MATULA, CHARLES J |
| MATYSEK, EDWIN E |
| MCBRIDE, CHARLIE |
| MCBRIDE, EMMETT J |
| MCCONNAUGHEY, CHARLES R |
| MCCORMICK, EDWARD E |
| MCCULLOUGH, ROBERT I |
| MCDOWELL, ALEX |
| MCDOWELL, EVA |
| MCIRVIN, ROBERT |
| MCNIEL, VAN H |
| MCWHORTER, HELEN R |
| MEARS, JERRY |
| MEINARDUS, RONNY J |
| MELTON, JOHN L |

**Duplicate claims have not been excluded**

| Claimant Name |
|---|
| MERRILL, WALTER |
| MESSENHEIMER, KENNETH |
| MEYER, OTIS A |
| MILLER, CAROLYN |
| MILLER, JOSEPH E |
| MILLER, MICHAEL |
| MITCHELL, JOHN |
| MITSCHKE, LARRY |
| MOORE, KENNETH D |
| MOORE, RICHARD |
| MOORE, ROBERT |
| MORTON, JOHN W |
| MOSELEY, JOHN F |
| MUELLER, REINHOLD |
| MULLEN, JAMES |
| MUNOZ JR, LUCIO |
| MURPHY, CECIL |
| MUSTON, DAVID O |
| NATE, THOMAS |
| NELL, KENNETH |
| NEWMAN, CLYDE E |
| NORMENT SR, JAMES |
| NORRIS, JAMES |
| OAKES, BETTY |
| OAKES, RONNIE |
| OLBRICH, LEROY O |
| OLDHAM, ALFRED C |
| OLIVER, DOYLE |
| ONEY JR, FLOYD J |
| OPREA, MARGARET |
| ORTIZ, JAKE |
| OSBORNE, GEORGE |
| PATTERSON SR, JERRY L |
| PAWSON, FLOYD |
| PAYNE, JACK |
| PEACOCK, DAWN |
| PEACOCK, WAYNE |
| PECUKONIS, JOSEPH |
| PEEVEY, SOLON B |

**Duplicate claims have not been excluded**

| Claimant Name |
| --- |
| PELTZER, MICHAEL |
| PEPPER, WILLIAM |
| PERRIN, RICHARD |
| PEVEHOUSE, CHARLES R |
| PHELPS, ROBERT M |
| PICKERING, WILLIAM |
| PLESSINGER, BENNIE |
| PLUMMER, HENRY |
| PODOLNY, DANIEL |
| POLACH, JOHNNY F |
| POLITE, L J |
| POORE, RANDY |
| PORTER, CHARLES |
| PORTER, HENRY |
| POSPISIL, RAYMOND |
| POWERS, DAVID |
| POWERS, JACKIE |
| PRATT, CHARLES |
| PREE, JAMES |
| PRESLEY, EDWARD A |
| PRINCE, RALEIGH |
| PYBURN, WILLIAM T |
| RADTKE, WILLIAM |
| RAMSEY, CHARLES |
| REDDEN, JAMES |
| REESE, BILLY L |
| REKIETA, STASH P |
| RHODES, CARL |
| RICCIARDELLI, JOSEPH |
| RIDENOUR, PAULINE |
| RIEMAN, WILLIAM |
| RIFFE, JAMES |
| RIVERA, ANTONIO C |
| RIXSE, FRANK |
| ROBBINS, RICHARD |
| ROBERTS, OZELL |
| ROBERTSON, CLAUDE |
| RODRIGUEZ, ERNEST |
| ROEPKE, RODNEY A |

**Duplicate claims have not been excluded**

| Claimant Name |
|---|
| ROLAND, CLEVELAND J |
| ROSKEY, HENRY C |
| ROSMIS, GEORGE A |
| ROSS, SAMUEL L |
| ROSSON, BILL |
| ROWAN, ROBERT R |
| ROWELL, PHILLIP M |
| ROYER, ELMER L |
| ROZMARYKOWSKI, EUGENE |
| RUBAC, DENSON D |
| RUCKER, ROBERT |
| RYAN, GLENN |
| SAMS, PAUL |
| SCHRAMM, FRANKLIN A |
| SCOTT, EUGENE |
| SCOTT, FRANCES |
| SCOTT, MICHAEL V |
| SEABACK, ALMA |
| SECCHIARI, BETTY |
| SECOR, HAROLD |
| SHAW, JOHN |
| SHEFFIELD, RAYMOND |
| SHINN, GARY |
| SKINNER, MERVYN |
| SLUDER JR, DENNIS |
| SMITH JR, RUSSELL E |
| SMITH, DAVID |
| SMITH, DONALD R |
| SMITH, ELDO B |
| SMITH, HOWARD |
| SMITH, SAM E |
| SMITH, STEPHEN |
| SMITH, THURMAN |
| SNOW, HARRY |
| SONNIER, HUEY J |
| SORENSEN, THOMAS |
| SPIKES, OSCAR |
| SPRING, SHIVER |
| SPURGEON, CARL L |

**Duplicate claims have not been excluded**

| Claimant Name |
|---|
| STEARNS, WILLIAM |
| STEENBERGEN, RODNEY |
| STEPHENS, JOHNNY L |
| STERLING, JOHN |
| STEWART, ARTHUR |
| STEWART, BRUCE |
| STOUT, JAMES |
| STRAIN, HAROLD P |
| STRINGER, JOHN |
| SUDBERRY, RICHARD E |
| SURRATT, AARON |
| TAPAS, NICHOLAS |
| TAYLOR, JAMES E |
| TAYLOR, OLIVER W |
| TELG, THEO |
| THOMAS, GERALD E |
| THOMAS, ROBERT L |
| THOMPSON, EARLINE |
| THOMPSON, JOHN |
| THORNTON, GEORGE |
| TIPPS, CLARENCE |
| TODD, JAMES |
| TOWLER, JESSE M |
| TRDY, LEWIS |
| TRISLER, RICHARD |
| TUCKER, CLAUDE |
| TURLEY, CARL |
| TUTTLE, WILLARD |
| TYLER, JOHNNY M |
| VANHORN, MICHAEL |
| VANORSDALE, JOHN |
| VANSA, ADOLPH |
| VASEK, ROBERT R |
| VOLKMANN, WILLIAM |
| WAGNER, FLOYD |
| WAGNER, FRANK |
| WALKER, JACK |
| WALL, CHARLES E |
| WALTERSON, SYLVANUS |

**Duplicate claims have not been excluded**

| Claimant Name |
|---|
| WARD, JIMMY G |
| WARREN, ARNOLD C |
| WAYNE, EUGENE |
| WEBB, JAMES L |
| WESTFALL, MANUEL |
| WHARTON, WARREN D |
| WHEELER, LARRY |
| WHEELER, ROBERT |
| WHITE, FREDERICK |
| WICKER, GORDEN |
| WIESER, ALFRED F |
| WIGGINTON, TERRY |
| WILGANOWSKI, ALVIN J |
| WILHITE, EDWARD |
| WILKERSON, J K |
| WILKINSON SR, PAUL W |
| WILLIAMS, EUGENE L |
| WILLIAMS, SAMUEL C |
| WILLIAMSON, RAYMOND |
| WILSON, LEONARD |
| WINGATE, KATHRYN |
| WINGFIELD, FLOYD |
| WINNER, LESLIE |
| WIRTS, JOSEPH |
| WISHCOP, FORREST |
| WOOD, FLORA V |
| WOOD, NATHAN |
| WYATT, ALVIN |
| YEIDER, CHARLES A |
| YEZAK, JAMES A |
| YORK, HANSELL |
| YOUNG JR, LEO G |
| YOUNG, BARKLEY L |
| ZACK, RICHARD |

*Duplicate claims have not been excluded*