# Exhibit C

Claims Filed by *HOBIN SHINGLER & SIMON LLP*    1

| Claimant Name |
|---|
| CROWLEY JR, EUGENE L |
| MOORE, JAMES M |

*Duplicate claims have not been excluded*