# Exhibit D

**Claims Filed by PAUL HANLEY & HARLEY** 1

| Claimant Name |
|---|
| ACOSTA, CARLOS J |
| ADAMS, ARTHUR B |
| ALLEN, LEONARD |
| ANGELL, ANTHONY J |
| APLEY, MAURICE W |
| AREND, DONALD |
| AZEVEDO, RALPH |
| BENGIVENGO, JOSEPH J |
| BERRY, JAMES H |
| BERRY, JOHN |
| BINGHAM, CORDELL |
| BLAIR, BRUCE |
| BOND, GILBERT C |
| BOROWIEC, JOHN J |
| BOSWELL, LOGAN H |
| BRANDT, MICHAEL A |
| BRENNER, WILLIAM |
| BROOKS, CARL M |
| BROWN, DOUGLAS |
| BROWN, LELAND |
| BUCHANAN, CHARLES R |
| BULLOCK, DONALD O |
| BURNS, POLLY |
| CARMAN, RUSSELL |
| CARNEY, MARK L |
| CARTER, PAUL |
| CASE, RAYMOND |
| CASKEY, ALBERT |
| CASTELHANO, LIONEL A |
| CHAMPAGNE, RONALD |
| CISNEROS, ORLANDO A |
| COLLINS, CURTIS |
| CORTEZ, DOUGLAS R |
| COURT, WILLIAM |
| COVERT, TOM R |
| CRAWFORD, PAUL A |
| CRONIN, MICHAEL J |
| CRUZAN, URDON |
| CURRIER, JAMES D |

*Duplicate claims have not been excluded*

*Claims Filed by PAUL HANLEY & HARLEY* 2

| Claimant Name |
|---|
| CURTIS, ALBERT E |
| DAVIS, DAVID L |
| DAVIS, DUANE D |
| DAVIS, NORMAN C |
| DAVISON, RONALD L |
| DEMAN, GLADYS B |
| DERN, ROBERT C |
| DERY, ROBERT |
| DINGWALL, DAN M |
| DOMINGUEZ, ANTHONY H |
| DOVAL, ROLANDO |
| DUKE, JAMES H |
| DYER, WILLIAM J |
| EDMISTON, ALICE |
| FASSETT, DEAN E |
| FERGUSON, WILLIAM |
| FERNANDES, ALFRED J |
| FIORI, ANTHONY J |
| FITZSIMMONS, ROBERT |
| FLETCHER, MARTIN |
| FLIGHT, ROSE L |
| FOGLEMAN III, WILLIAM G |
| FOLEY, FRANCIS K |
| FOWLER, VAL D |
| FUHRMANN, HAROLD R |
| GAITHER, ROBERT |
| GARCIA, GENE |
| GENOLIO, JOHN |
| GIMENEZ, FRANK |
| GLOVER, BILLY A |
| GOLDBERG, MARVIN |
| GRANT, ALAN P |
| GREEN, MAURICE D |
| HALEY, WILLIAM B |
| HAMILTON, JOHN D |
| HARHAY, PAUL |
| HARRIS, RODGER A |
| HARRISON, JOHN M |
| HARRISON, OLDRICH E |

**Duplicate claims have not been excluded**

*Claims Filed by PAUL HANLEY & HARLEY* 3

| Claimant Name |
|---|
| HEARN, WILLIAM C |
| HENCLEY, RICHARD L |
| HESS, GEORGE A |
| HICKS, CHARLES |
| HINTZ, FLORA M |
| HOFFMAN, MARCUS |
| HOGUE, LAWRENCE |
| HOUX, MERLE |
| HUNTER, JAMES F |
| HUSTON, DONALD S |
| JAGODA, JOHN P |
| JOHNSON, WILLIAM |
| JONES, DONALD L |
| JORDAN, ROBERT L |
| JULSON, JOHN W |
| KEEN, ROBERT W |
| KEFFER, RICHARD |
| KEIM, DEWEY L |
| KENNEDY JR, HUBERT T |
| KINSMAN, RAY |
| KIPP, JOHN D |
| KIRKENDALL, FRED |
| KIZER, DALLAS J |
| KROLL, CHARLES D |
| LACEY, JAMES |
| LADRA, LAWRENCE D |
| LAFRANCE, BERNARD A |
| LANE, JAMES O |
| LAUDERDALE, VERNON M |
| LAWSON, LAWRENCE M |
| LEWIS, MARK |
| LIEGL, ARTHUR |
| LOCHER, WILLIAM |
| LOW, ANTHONY |
| LOWERY, DANIEL |
| LUCIDO, PETER E |
| LUOMALA, LEONARD E |
| LYONS, LUCIUS C |
| MACAL, JOHN |

*Duplicate claims have not been excluded*

*Claims Filed by PAUL HANLEY & HARLEY* 4

| Claimant Name |
|---|
| MACHADO, GEORGE |
| MACKING, SILAS |
| MANISCALCO, LUCIANO |
| MARTIN, GEORGE |
| MASTRO, JAMES A |
| MCELHANEY, GRACE |
| MCMAHON, ANTHONY J |
| MCVAY, PAUL |
| MEDEIROS, RICARDO J |
| MEISENHOELDER, WALTER J |
| MELVILLE, TOWNSEND H |
| MITCHELL, THOMAS |
| MONZO, RONALD W |
| MORRIS, GARY B |
| MORTON, GARY R |
| MOSLEY, ALLEN C |
| MULLER, JAKOB |
| MULLIS, WILLIAM |
| MUNDT, DONALD L |
| NELSON, FLOYD |
| NENELIST, WILLIAM J |
| NOVAK, GEORGE T |
| NUNN, ANNA |
| NUNN, MARY G |
| PARENT, VERN |
| PATTERSON, CHARLES A |
| PEARSON, THOMAS M |
| PERRY, STEVE F |
| PIGOTT, LEO T |
| PITT, DAVID B |
| PLANTS, WILLIAM E |
| PLITZ, RONALD |
| PRINS, RALPH A |
| PRIOR, M R |
| QUIETT, DONALD E |
| QUINDAG, TORIBIO |
| QUINTANA, DONALD G |
| RANIERI, LIDO M |
| RAPP, ROBERT J |

**Duplicate claims have not been excluded**

| Claimant Name |
|---|
| RASMUSSEN, LOWELL |
| RAYBURN, LEWIS J |
| REIFF, GERALD |
| REUBEN, MARIAN |
| ROJAS, JOHN J |
| ROOF, VERLE W |
| ROSENTHAL, JOEL A |
| ROSSI, MARIO |
| RUARK, MELVIN D |
| RYDBERG, JOHN |
| SALAZAR, JESSE |
| SANTOS, LOUIS |
| SCOTT, MARTIN L |
| SHERIDAN, HARRY M |
| SHIRLEY, CHARLES K |
| SIGLER, JOHN W |
| SLADE, ROLF |
| SMITH, TOMMY |
| SMITH, WILLIAM L |
| SNODDERLY, DENNIS R |
| STAINBROOK, HARVEY D |
| STALKER, KENNETH C |
| STALLINGS, DONALD L |
| STARETS, JOHN |
| STEINBERG, ALBERT L |
| STROCK, CRAIG A |
| TATE, JACK E |
| TAYLOR, DAVID |
| THOMPSON, JAMES |
| TIEGS, RONALD W |
| TOTH, AMBROSE B |
| TRAHAN SR, BILLY R |
| TRIMM, FORREST L |
| TUCKER, CECIL E |
| UBEDA, JOSE |
| UPTON, BEN G |
| VASQUEZ, MAX |
| VEEVALU, ONOSAI |
| VENTI, WESLEY G |

*Duplicate claims have not been excluded*

*Claims Filed by PAUL HANLEY & HARLEY*    6

| Claimant Name |
| --- |
| VINAL, WILLIAM J |
| WALKER JR, OLICER |
| WALKER, GEORGE K |
| WALKER, JAMES D |
| WEBER, WILLIAM D |
| WELLS, DONALD K |
| WILLIAMS, DOYLE |
| WILMOT, WILLIAM |
| WILTZ, ONEAL |
| WINKLER, ALFRED |
| WIRTHMAN, PHILLIP S |
| WISE, MICHAEL B |
| WITMER, DALE |
| WOOD, GEORGE C |
| WOOD, MARREL R |
| WOODWORTH, PAUL A |
| WULBERN, MARVIN |
| YOUNG, CHARLES |

**Duplicate claims have not been excluded**