# Exhibit E

*Claims Filed by EARLY LUDWICK SWEENEY & STRAUSS LLC*                    1

| Claimant Name |
|---|
| ACQUAVIVA, MAURICE J |
| AGUIRRE, SALVADOR |
| AHERN, MARTIN J |
| AHERN, MICHAEL |
| ALBRIGHT, RICHARD N |
| AMBROSE, PAUL |
| AMENTA, SEBASTIAN |
| ANDERSON, HAROLD F |
| APPELL, FRANK |
| ARIEL, ALAN |
| ARMSTRONG, ROBERT T |
| ATTARDO, CHARLES |
| AUGERI, JOSEPH |
| BADAMO, ALBERT |
| BAGGE, EDWARD |
| BARBEE, KEN |
| BARLETTA, LOUIS |
| BARRETT, THOMAS F |
| BARTHOLOMEW, ARTHUR |
| BATTISTA, EMILIO |
| BEAUSOLEIL, ALBERT R |
| BECKWITH, DOROTHY |
| BEIRO, SANDY |
| BELCHER, BARBARA |
| BENDOLPH, HENDERSON |
| BENDOLPH, HENDERSON |
| BENNETT, ROBERT |
| BEST, LEO |
| BIELLO, THOMAS |
| BIGL, WILFRED |
| BILOTTA, ARNOLD F |
| BILY, JOHN |
| BIRSEN, KENNETH |
| BORSAY, WILLIAM J |
| BOYER, PAUL A |
| BOYLE, JOHN W |
| BREWSTER, JACK |
| BREYMAYER, GERHARDT |
| BROOKS, DUANE |

*Duplicate claims have not been excluded*

*Claims Filed by EARLY LUDWICK SWEENEY & STRAUSS LLC*   2

| Claimant Name |
| --- |
| BROWN, FRED |
| BROWN, HENRY H |
| BROWN, JAMES O |
| BRUNO, JOSEPH |
| BUDINICH, RICHARD E |
| BUFFERY, CHARLES |
| BUGLIONE, FRANK |
| BULLOCK, LAWRENCE |
| BUNNELL, MICHAEL |
| BURBANK, STEPHEN |
| BUSCHI, LOUIS G |
| BYCZEK, MARION |
| CAFANO, GEORGE |
| CAMPBELL, CHARLES J |
| CAMPBELL, JOSEPH E |
| CAMPBELL, JOSEPH E |
| CAPECE, WILLIAM M |
| CAROFANO, RALPH |
| CASSELLA, JAMES |
| CASTELLANO, JOSEPH |
| CASTRIGNANO, THOMAS |
| CATANZARO, WILLIAM |
| CAVALIERE, JOHN |
| CELIA, FRANCIS J |
| CESLIK, GENE |
| CHAGNOT, RENE |
| CHAPMAN, ROGER L |
| CHIARITO, WILLIAM |
| CHRISTIANSON, BERNARD |
| CIARLO, MICHELANGELO |
| CIARLO, MICHELANGELO |
| CIRILLO, RALPH |
| CIVITELLO, ALFRED J |
| CLANCY, ANDREW |
| CLARK, RAYMOND |
| COFFEY, JAMES J |
| COHEN, MAURICE W |
| COLAVECCHIO, DONATO |
| COLLISHAW, RICHARD |

*Duplicate claims have not been excluded*

*Claims Filed by EARLY LUDWICK SWEENEY & STRAUSS LLC* 3

| Claimant Name |
| --- |
| CONBOY, RICHARD |
| CONCELMO, JOSEPH |
| CONDON, JAMES G |
| CONROY, EUGENE |
| CONVERTITO, VINCENT |
| CORCORAN, JAMES J |
| CORNACCHIA, ANTONIO S |
| CORVO, LOUIS |
| CORWIN, MICHAEL |
| COTE, RAYMOND |
| COUGHANOUR, FRANK W |
| COYNE, PATRICK |
| CRANDALL, LYSLE C |
| CREAN, THOMAS |
| CROFOOT, WARREN |
| CRONICK, ALBERT |
| CROUCH, JAMES |
| CULLIS, JAMES |
| CULLIS, JAMES |
| DAMATO, ALFRED |
| DAMORE, FRANK |
| DANIELY, RUFUS |
| DASILVA, ARMANDO |
| DELGRANDE, WALTER M |
| DELGRANDE, WALTER M |
| DENTON, ROBERT |
| DEPEW, ALLEN |
| DESLAURIERS, MARY L |
| DEVITO, ROOSEVELT E |
| DIFONZO, RAFFAELE |
| DIGIOIA, SILVIO |
| DILLON, PHILIP |
| DILLON, PHILIP |
| DIMAURO, RUDOLPH |
| DINAPOLI, ALFRED |
| DOHONEY, EDWARD A |
| DOLCEACQUA, FRANK |
| DONOHOE, JOHN T |
| DOOLEY, JOHN J |

*Duplicate claims have not been excluded*

| Claimant Name |
|---|
| DUBREUIL, ALPHONSE |
| DUKSIS, KARLIS L |
| DUPUIS, LEO A |
| DURAND, HORACE |
| DURESS, RUSSELL |
| DYER, RICHARD |
| EAGER, RALPH J |
| EICHELKRAUT, GERTRUDE C |
| EISENHANDLER, MELVIN |
| ELLIOTT, JOHN D |
| ELLIOTT, RICHARD D |
| ELLIOTT, WARREN |
| EMERTHAL, ALBERT |
| ERESHENA, FRANK |
| ESPOSITO, DOMINIC |
| ESPOSITO, NICHOLAS |
| EXTER, MORTON |
| FANTASIA, FRANK |
| FARAGO, RICHARD |
| FARRELL, JAMES J |
| FASOLO, FRANK |
| FECTEAU, EDWARD E |
| FEEST, EDWARD |
| FESSINA, ANTONIO |
| FESSINA, ANTONIO |
| FEULNER, CHARLES |
| FISCO, JOSEPH |
| FISH, ALFRED J |
| FITZGERALD, JEAN |
| FLEISCHAUER, WILLIAM |
| FLOWERDEW, KENNETH D |
| FONTANELLA, JOHN |
| FOOTE, EDWARD |
| FORMICA, ANTHONY |
| FRASER, WILLIAM |
| FRAWLEY, JAMES |
| FRAWLEY, JAMES |
| FREEMAN, WILBUR |
| FRENCH, JAMES W |

*Duplicate claims have not been excluded*

*Claims Filed by EARLY LUDWICK SWEENEY & STRAUSS LLC*  5

| Claimant Name |
| --- |
| GALLETTI, FRANK |
| GALLETTI, FRANK |
| GARELLICK, SAM |
| GARRABRANT, ROBERT J |
| GEHNRICH, CHARLES H |
| GENGA, ALBO |
| GEORGE, RAYMOND |
| GERACI, NICHOLAS |
| GERVASCIO, FRANK J |
| GIORDANO, FRANK |
| GIUNTA, JOSEPH |
| GOLDBERG, STUART |
| GOLLSNEIDER, WILLIAM |
| GORSKI, LEONARD |
| GRADY, FREDERICK |
| GRANDEL, JOSEPH |
| GRANT, DANIEL |
| GRANT, DANIEL |
| GRAY, MARTIN J |
| GUAGLIANONE, AMEDEO S |
| GULICK, PETER |
| GUTHRIE, JOSEPH |
| HAFNER, FRANK |
| HAJNAL, JOSEPH |
| HALL, JOSEPH D |
| HAMPTON, NATHANIEL C |
| HAMPTON, NATHANIEL C |
| HANLON, EDWARD M |
| HANSEN, RAYMOND |
| HARVARD, WILLIAM |
| HAWKINS, JOHN |
| HEMPELMAN, HARRY |
| HERBACH, DONALD |
| HERBACH, DONALD |
| HERING, HOWARD |
| HICKMAN, DONALD W |
| HILLEN, JOHN |
| HODGKINS, CURTIS |
| HOLEWIAK, EDWARD |

*Duplicate claims have not been excluded*

*Claims Filed by EARLY LUDWICK SWEENEY & STRAUSS LLC*  6

| Claimant Name |
| --- |
| HOLTZER, BARRY |
| HORAN, JOHN |
| HORTON, DONALD R |
| HORTON, DONALD R |
| HUSKISSON, KENNETH |
| HYLINSKI, STEVEN |
| INGALA, CHARLES |
| IVEY, ALBERT J |
| JACQUES, ADELARD |
| JIRKOVSKY, LAWRENCE |
| JOHN, MARTIN |
| JOHNSON, MARTIN |
| JOHNSON, MARTIN |
| JOLIN, ALFRED M |
| JOLIN, ALFRED M |
| JOLIN, GENEVIEVE |
| JORDAN, JOHN |
| JORDAN, ULYSSES |
| KAES, KAAREL |
| KAMMERER, GEORGE |
| KARAGEORGE, PETER |
| KAY, DAVID |
| KAY, WILLIAM |
| KAYE, DAVID |
| KAYE, RICHARD |
| KEANE, MICHAEL |
| KEARNS, THOMAS O |
| KEEGAN, KIERAN |
| KEEGAN, KIERAN |
| KILLARD, JOHN |
| KILLARD, JOHN |
| KILLENBECK, CLINTON |
| KILLERAN, EDWARD R |
| KILLERAN, EDWARD R |
| KINBAR, JACOB M |
| KING, SANFORD |
| KNAPP, VINCENT |
| KNECHTEL, FRED |
| KONKOSKI, EUGENE |

*Duplicate claims have not been excluded*

*Claims Filed by EARLY LUDWICK SWEENEY & STRAUSS LLC*  7

| Claimant Name |
| --- |
| KOPKE, GERALD |
| KOPKE, GEROLD A |
| KOROLYSHUN, RUSSELL T |
| KOSLOWSKI, WILLIAM |
| KOSLOWSKI, WILLIAM |
| KOVNER, HYMAN |
| KUCHTA, FRANCIS |
| KUMNICK, ROBERT |
| KUZNIAR, JOAN M |
| LABONIA, MICHAEL |
| LABONIA, MICHAEL |
| LAMBERTON, JOHN T |
| LANE, WILLIAM |
| LANNI, JAMES |
| LANTIERI, SALVATORE |
| LARSEN, BERRY |
| LARSEN, BERRY |
| LARSEN, LAWRENCE E |
| LAVRIK, CHESTER T |
| LEBRIE, JOSEPH M |
| LEBRON, JOSE |
| LEFEBVRE, ROGER |
| LEIGHTON, CLARK |
| LEONG, HARRY |
| LESSOR, GLENN |
| LIMEHOUSE, ARTHUR J |
| LLOYD, ROBERT |
| LOMAZZO, NICOLA |
| LORENZ, MICHAEL |
| LUCHENBILL, ROBERT |
| LUCIBELLO, ALPHONSE |
| LUEDEE, CHARLES |
| LUSSIER, ROGER |
| MACDONALD, RUSSELL D |
| MACHADO, FRANK |
| MACINTYRE, JOHN |
| MACSUGA, RICHARD |
| MADDEN, MICHAEL |
| MAHUNIK, EUGENE |

**Duplicate claims have not been excluded**

| Claimant Name |
|---|
| MALFITONE, JOHN |
| MANCINI, ELIO |
| MARASA, LEONARD |
| MARCATO, JOHN E |
| MARINI, PASQUALE D |
| MARLAND, DAVID |
| MASEK, RICHARD P |
| MASTAN, THOMAS L |
| MASTROIANNI, STEPHEN |
| MATHEWSON, HOWARD P |
| MATHIAU, JOSEPH |
| MATHIAU, JOSEPH |
| MATTIOLI, CONSTANTINE |
| MATTOX, BEDFORD |
| MCCAFFREY, JAMES H |
| MCCONNON, JOHN |
| MCCORMICK, DAVID M |
| MCGOOHAN, WILLIAM F |
| MCKIRDY, DONALD |
| MCLAUGHLIN, WALTER J |
| MCSHEA, THOMAS |
| MCSWAIN, CLIFTON |
| MELONI, AGOSTINO |
| MEROLA, ROBERT |
| METANIAS, GEORGE |
| MEZZO, ANTHONY |
| MICALE, FRANK |
| MICHAUD, JOSEPH |
| MICHNICH, STEPHEN |
| MICICH, JOYCE |
| MILLER, DAVID E |
| MORIN, ROGER |
| MORINO, PHILIP |
| MORRO, TONY |
| MORRONE, AMERIGO O |
| MOSES, MICHAEL |
| MULIERO, MATTHEW C |
| MURO, ANGELO P |
| MURRAY, WILLIAM |

*Duplicate claims have not been excluded*

| Claimant Name |
|---|
| NEDAB, MOSES |
| NELSON, WILLIAM |
| NEWTON, CHARLES E |
| NICASTRO, PAULA |
| NIETO, JOSEPH A |
| NOWAK, EDWIN |
| O'ROURKE, THOMAS |
| OCONNOR, MAURICE |
| OKEEFE, FRANCIS J |
| OLEARY, WILLIAM |
| OSETH, JOHN |
| OSSO, RAYMOND |
| OTERO, ALBERT |
| OZGA, RICHARD J |
| PALUMBO, ANGELA |
| PANTORE, MICHAEL J |
| PARADIS, JEANNE |
| PARDEE, JAMES |
| PARKER, JOE |
| PARKER, JOE |
| PARKER, MARGARET |
| PASCARELLA, RALPH |
| PATARO, BENITO |
| PATENAUDE, GEORGE |
| PATERNOSTRO, MARY |
| PATERNOSTRO, ROCCO |
| PATRICK, ANDREW |
| PATTEN, JOSEPH F |
| PATTI, MICHAEL |
| PAWLOWSKI, WILLIAM |
| PELLEGRINO, MICHELE |
| PELLETIER, JOSEPH |
| PELLETIER, RICHARD |
| PELUSO, ALFRED |
| PERRICONE, VINCENT |
| PERUSSE, EDWARD A |
| PETERSON, TORSTEN |
| PETRELLA, PASCO |
| PETRUCCI, ROBERT J |

*Duplicate claims have not been excluded*

| Claimant Name |
|---|
| PETRUZZELLI, RALPH |
| PETTWAY, DANIEL |
| PHILIMORE, STEPHEN |
| PHILLIPS, DUNCAN |
| PIRES, ANTONIO B |
| PIRIZ, LUIS |
| PIRO, GEORGE J |
| PIROLLI, RUGGIERO A |
| PLATINSKY, LESLIE |
| PLITSCH, ROBERT |
| POHORENCE SR, EDWARD |
| POLCHINSKI, FREDERICK |
| PONTELLO, TONY |
| POOLE, NATHANIEL |
| POULOS, NICHOLAS |
| PRADO, FELIPE |
| PRESSEAU, ERNEST |
| PRICE, WILLIAM |
| PROTO, MARIO |
| PURGATORE, VINCENT |
| QUINN, ROBERT |
| QUINN, ROBERT |
| QUINN, TERRENCE |
| QUINT, CHARLES M |
| REICHMANN, HENRY |
| RELLA, FRANK |
| RENNERS, WILLIAM |
| REVELL, EUGENE |
| RIEGER, ALEXANDER |
| RISPOLI, JOHN |
| RIVICCIO, PRINCIPIO |
| ROBINSON, BLANCHARD W |
| ROZUM, ANDREW |
| RUOTOLO, DONALD |
| RUSSO, CARMINE |
| RYAN, ANNABELLE |
| RYAN, JOSEPH |
| RYBACZEK, JOSEPH A |
| SADOWSKI, LEONARD |

*Duplicate claims have not been excluded*

| Claimant Name |
|---|
| SASSO, ALBERT |
| SAVETSKY, STANLEY |
| SCALICE, SIMONE |
| SCANNELL, DENNIS F |
| SCHWARTZ, IRVING |
| SENATORE, PETER |
| SEXTON, JOHN |
| SHARKEY, PATRICK |
| SHEPHERD, BILLY |
| SHINE, FREDERICK J |
| SHIPMAN, J T |
| SIMEONE, FRANCIS |
| SLANE, BRUCE |
| SMITH, GEORGE A |
| SPANGENBERGER, RAYMOND |
| SPINA, SALVATORE |
| SPODNIK, STEVEN |
| ST MICHEL, ROCH |
| STANCAVAGE, WINFIELD |
| STATTON, ROBERT |
| STEVENSON, EDWARD |
| STEVENSON, EDWARD W |
| STEWARD, ANDREW |
| STILU, MYRTLE D |
| STODDER, LORI |
| SULLIVAN, JOHN J |
| SULLIVAN, JOHN J |
| SURACE, JOSEPH |
| SUTHERLAND, JEFFREY |
| SWARIN, PAUL V |
| TARALLO, JOSEPH |
| TARINI, CELSO |
| TAYLOR, BEN |
| TEDESCO, DOMENIC |
| TENNENT, THOMAS |
| TENNIHAN, JOSEPH |
| TESIK, JOHN J |
| THOMAS SR, JAMES W |
| THOMPSON, LEE D |

*Duplicate claims have not been excluded*

*Claims Filed by EARLY LUDWICK SWEENEY & STRAUSS LLC* 12

| Claimant Name |
|---|
| TODISCO, THOMAS C |
| TOPPS, JOHN |
| TOTMAN, JAMES |
| TULLY, JOHN F |
| TURNER, GEORGE |
| ULBINSKY, RAYMOND J |
| URBAN, CHARLES |
| URGITIS, JOHN A |
| VACCARO, ANDREW |
| VALENTI, PHILIP |
| VARGAS, ESTHER M |
| VAZQUEZ, LOUIS |
| VELARDI, LOUIS C |
| VELORA, ALBERT G |
| VILLECCO, HUGO G |
| VIOLETTE, GERALD N |
| VIOLETTE, JOSEPH |
| VITELLO, ANTHONY |
| VOISINE, JOSEPH |
| VOTOLATO, MARIO |
| WAGNER, REINHOLD |
| WAITE, JOSEPH |
| WALDRON, JOHN E |
| WALKER, HERBERT A |
| WALLER, JOHN F |
| WANCIAK, RICHARD |
| WARGO, JAMES C |
| WASHBURN, EDWARD |
| WASHINGTON, HUGH |
| WATERS, ROSCOE W |
| WATSON, JAMES |
| WAYLAND, GEORGE |
| WEINER, LOUIS A |
| WEINER, LOUIS A |
| WEIR, WILNA M |
| WESTERVELT, JOHN |
| WHEELER, LEE J |
| WHITE, THOMAS |
| WHYTE, JOHN J |

*Duplicate claims have not been excluded*

| Claimant Name |
| --- |
| WILKINSON, CHARLOTTE |
| WILSON, THOMAS J |
| WITTSTEIN, MARTIN |
| WLASZKIEWICZ JR, ADOLPH |
| WNEK, MITCHELL |
| WRIGHT, WILBUR |
| WROBLEWSKI, JOHN |
| WYNE, FRED E |
| YELINEK, JOHN |
| YELINEK, JOHN |
| YIANDSELIS, GEORGE |
| ZADORA, JOHN |
| ZADORA, JOHN |
| ZADORA, JOHN E |
| ZARICZNY, HARRIETT |

*Duplicate claims have not been excluded*