# Exhibit F

| Claimant Name |
|---|
| FORD, NORMAN |

*Duplicate claims have not been excluded*