# Exhibit G

**Claims Filed by WARTNICK LAW FIRM** 1

| Claimant Name |
|---|
| ACKERMAN, DAVID |
| ALBAKRI, ALI M |
| ALBERIGI, WILLIAM |
| ALEXANDER, THURMAN L |
| ANDERSON, ROBERT R |
| ANDERSON, ROY |
| ASBORNO, MARIO V |
| ATTAWAY, BILLY |
| BARRINEAU, WILLIAM O |
| BEASLEY, ALFRED |
| BEASLEY, ELMO |
| BECK, ROBERT |
| BECKER, WAYNE |
| BEGGS, EUGENE |
| BERK, WILLIAM E |
| BICHLER, JACOB |
| BILLINGS, WARREN |
| BITTLE, GERALD |
| BJERKE, HOWARD |
| BLACK, ROBERT |
| BLAKE, MERLE F |
| BOOK, WILLIAM |
| BORGEN, WILLIAM |
| BOUYEA, ROGER |
| BRANDT, ARTHUR L |
| BRATTON, WILLIE |
| BRIGHAM, EDWIN |
| BRISCOE, TWILVER |
| BROWN, BILLIE C |
| BROWN, GLEN |
| BROWN, JOHN T |
| BROWN, LEONARD |
| BUNCUM, JIMMIE |
| BURKE, THOMAS R |
| BURNS, ROBERT |
| BURTON, MATTHEW |
| CABRAL, THOMAS F |
| CARR JR, CLARENCE C |
| CASSOU, MARCEL |

**Duplicate claims have not been excluded**

*Claims Filed by WARTNICK LAW FIRM* 2

| Claimant Name |
|---|
| CASTOR, JAMES |
| CHASE, MAURICE |
| CLINTON, RICHARD |
| COLLINS, FRANCIS G |
| COLWELL, PERRY |
| COOKS, FELTON |
| COZBY, WILSON E |
| CRAWFORD, ROBERT R |
| DEWEESE, DALL D |
| DUNBAR, D D |
| DYER, DALE E |
| ECKSTEIN, KENNETH |
| EKBERG, JACK V |
| ELLIS, DAVID L |
| ELLIS, STANLEY |
| ELSA, GEORGE T |
| EMMANUEL, JAMES |
| ENROTH, TOIVO F |
| EVERETT, LOUIS E |
| FAIR, JAY W |
| FAITH, MELVIN S |
| FARLEY, RICHARD |
| FISCHER, MCKINLEY |
| FLUSS, WILLIAM P |
| FORREST, BILLY J |
| FORWARD, EDDIE C |
| FRANKLIN, FRED O |
| FREEMAN, ALFRED |
| GATTON, JERALD A |
| GAULT, LEROY E |
| GIBSON, DANNY |
| GISHIZKY, LEV |
| GLADER, SIDNEY B |
| GOLDSTEIN, ABRAHAM |
| GOMES, WILLIAM F |
| GRAHAM, FRED |
| GREEN, FELICIA D |
| GREEN, GROVER H |
| GRIZZLE, JESSY |

**Duplicate claims have not been excluded**

*Claims Filed by WARTNICK LAW FIRM* 3

| Claimant Name |
|---|
| GROSSICH, HERBERT |
| HAGAN, WILLIAM |
| HALE, JAMES L |
| HALLIGAN, ROBERT |
| HAMMERLEE, RAYMOND |
| HARMON, BARBARA L |
| HAY, WILLIAM F |
| HAYES, LESLIE |
| HAZELWOOD, C D |
| HEBERT, JAMES L |
| HENDERSON, HELEN J |
| HOGUE, RICHARD D |
| HOKE, WOODROW C |
| HUMMEL, HOWARD S |
| HUNTER, FRANKLIN P |
| HYDE, EDWIN |
| IGNE, ALFRED M |
| JACKSON, EUGENE |
| JAMES, ROBERT |
| JAMES, THOMAS |
| JOHNSON, JAMES |
| JOHNSON, NATHAN C |
| JOHNSON, T C |
| JONES, NORRIS |
| JUNIEL, ALBERT |
| KEELING, OTTO R |
| KEISCOME, RAYMOND |
| KENNEDY, ROBERT F |
| KIRK, WILLIAM K |
| KRAFT, CLAUDE |
| KUKAGA, MALO A |
| LANE, JACK |
| LAZAR, ABEL |
| LEHMAN, HAROLD |
| LEWIS, VICTOR |
| LILIENTHAL, ANNA |
| LIVINGSTON, PHILLIP |
| LOCKETT, CHARLES L |
| LOGUE, JOHN |

**Duplicate claims have not been excluded**

*Claims Filed by WARTNICK LAW FIRM* 4

| Claimant Name |
| --- |
| LOPES, CONFESSOR |
| LUKSYS, FRANCIS |
| MACDONALD, ROBERT |
| MAKHOBEY, WALTER |
| MANNING, RICHARD C |
| MANSELL, ROBERT T |
| MARTIN, FRANK R |
| MARTIN, STANLEY |
| MAYBACK, RODNEY |
| MCCLOSKEY, CONNIE |
| MCCORMICK, JAMES |
| MCDANIEL, JOHN |
| MCDERMOTT, JAMES |
| MCGIRR, THEODORE W |
| MCGREW, FRED |
| MCLOUD, FRED |
| MEDEMA, WILLIAM |
| MILES, LEE P |
| MONTANO, JOHN H |
| MOOREHOUSE, LAURENCE W |
| MORA, SALVADOR S |
| MORENO, RALPH |
| MORRIS, FLORENCE J |
| NAU, FRED |
| NELSON, DONALD L |
| NETTLES, ROOSEVELT |
| NEY, RICHARD |
| NICHOLS, CALVIN W |
| NIX, DEAN A |
| NORBERG, JOHN |
| OGDEN, RAYBURN |
| ORTIZ, JOSE |
| OVERLY, ROBERT H |
| PARK, JOHN |
| PATUREL, RICHARD |
| PERHAM, BILLIE |
| PERRY, EDWARD J |
| PETERSON, CARL |
| PHILLIPS, DOYLE P |

*Duplicate claims have not been excluded*

*Claims Filed by WARTNICK LAW FIRM* 5

| Claimant Name |
|---|
| PHILLIPS, PHILLIP |
| PIRILLIS, CHRIS |
| PISTOL, DALLAS M |
| POOL, GEORGE |
| POZNANOVICH, JOHN J |
| PRENTICE, JOHN F |
| PRESTON, RODNEY R |
| PRICE, GEORGE |
| PRICE, NORTON S |
| PRINGLE, CHARLES |
| PULASKI, CHESTER C |
| QUESADA, LOUIS |
| RANDLE, FRANK M |
| RANKIN, BRUCE |
| REECE, REBECCA |
| RENNER, WARREN S |
| RICE, WILLIE |
| RIVERA, CESAR J |
| ROBERTS, JAMES T |
| ROBERTS, WILLIAM C |
| ROBINSON, FLOYD |
| ROBINSON, WALTER |
| RODKEY, EDWARD |
| ROGERS, FLOYD |
| ROLLING, ARLESTER |
| ROVAI, DOLORES D |
| RUSSELL, DANIEL |
| SCHLINK, CLIFFORD |
| SCHMIDT, LEONARD |
| SCHWARTZ, JOHN |
| SCOTT, JOE L |
| SELLERS, DONALD |
| SENKLE, LEROY |
| SHAFFER, DONALD E |
| SHANNON, MICHAEL T |
| SHARP, ULESS |
| SIMONS, EDWARD |
| SLAIGHT, ROBERT M |
| SLATER, HENRY |

*Duplicate claims have not been excluded*

*Claims Filed by WARTNICK LAW FIRM* 6

| Claimant Name |
| --- |
| SMITH, ALEXANDRIA |
| SMITH, GLEN V |
| SMITH, RICHARD J |
| SMITH, RICHARD W |
| SOLIS, FRANK |
| STANBERRY, TROY M |
| STANDIFER, JAMES A |
| STASHIN, FRANK D |
| STITT, CARL |
| STROBEL, ROBERT F |
| SVETIK, CHARLES R |
| TATUM, ALMORD |
| TEMPLE, RALPH |
| TERRY, ALLAN K |
| TERRY, ARCHIE D |
| THOMPSON, O'BRIEN |
| THROWER, H C |
| TILLMAN, A C |
| TORDJMAN, HENRI |
| TWETEN, KENNETH |
| VERKERK, OTTO |
| VIDULICK, FRANK M |
| WAECHTLER, ARTHUR A |
| WAGGONER, JOHN K |
| WALDORF, VIRGIL |
| WALLACE, LAWRENCE |
| WARRECKER, JULIE |
| WATSON, HENRY |
| WHEELER, RICHARD |
| WHITE, FULTON |
| WILLIAMS, ROBERT |
| WILSON, JOHN |
| WILSON, STEVE |
| WOONS, MATT |
| YARNELL, ELMORE |
| YOUNG, SONNY |

**Duplicate claims have not been excluded**