1    **RESPONSE TO INTERROGATORY NO. 73:**

2        Plaintiff prefers not to release such photographs at this time.

3    **RESPONSE TO INTERROGATORY NO. 74:**

4        Plaintiff worked seasonally as a cashier for a catering company from 1968 to 1983, then for

5    the Arkansas Racing Commission in Little Rock, AR from approximately 1984 to 1993.

6    **RESPONSE TO INTERROGATORY NO. 75:**

7.        Yes.

8    **RESPONSE TO INTERROGATORY NO. 76:**

9        (a)    March 2, 2001;

10        (b)    Decedent did not attempt to revoke or invalidate his will;

11        (c)    No;

12        (d)                                          **REDACTED**

13    **RESPONSE TO INTERROGATORY NO. 77:**

14        No.

15    **RESPONSE TO INTERROGATORY NO. 78:**

16        No.

17    **RESPONSE TO INTERROGATORY NO. 79:**

18        (a)                                          **REDACTED**

19        (b)   All twelve months

20    **RESPONSE TO INTERROGATORY NO. 80:**

21        No.

22    **RESPONSE TO INTERROGATORY NO. 81:**

23        Plaintiff objects to this interrogatory because it is irrelevant to the subject matter herein and

24    not likely to lead to admissible evidence.

25    **RESPONSE TO INTERROGATORY NO. 82:**

26        No.

27    **RESPONSE TO INTERROGATORY NO. 83:**

28        No.

KAZAN, McCLAIN,
EDISES, SIMON &
ABRAMS
A PROFESSIONAL
LAW CORPORATION
171 TWELFTH STREET
THIRD FLOOR
OAKLAND, CA 94607
(510) 465-7728
(510) 893-7211
FAX (510) 835-4913



**REDACTED**

**RESPONSE TO INTERROGATORY NO. 84:**

The decedent provided love, care, comfort, guidance, personal services, and financial support to his wife and to his daughter  These services were provided to his wife throughout their marriage, and to his daughter for which he received no compensation other than the love, care and comfort they provided.

**RESPONSE TO INTERROGATORY NO. 85:**

Yes.  Plaintiff will seek the guidance of a jury to compute the value of the love, care, society, personal services, and guidance lost by the death of the decedent.  Discovery is continuing.

**RESPONSE TO INTERROGATORY NO. 86:**

and                          were married for over fifty-three years, and shared a loving and caring relationship.  They enjoyed travel together in their R.V., fishing, visiting friends and relatives, golf, and socializing.

**RESPONSE TO INTERROGATORY NO. 87:**

Plaintiff and decedent have always lived together; thus plaintiff spent each day with decedent during the last five years of his life.

**RESPONSE TO INTERROGATORY NO. 88:**

Plaintiff objects to this interrogatory because it is vague and ambiguous.

**RESPONSE TO INTERROGATORY NO. 89:**

No.

**RESPONSE TO INTERROGATORY NO. 90:**

Plaintiff objects to this interrogatory because it seeks information which is protected from disclosure by Revenue and Tax Code Section 19542.  Without waiving this objection, plaintiff responds: See response to Interrogatory No. 54 herein as well as decedent's response to Interrogatories Nos. 50 and 54 of his Responses to Standard Defense Interrogatories, and his deposition testimony.

//

//

//

KAZAN, McCLAIN,
EDISES, SIMON &
ABRAMS
A PROFESSIONAL
LAW CORPORATION
171 TWELFTH STREET
THIRD FLOOR
OAKLAND, CA 94607
(510) 465-7728
(510) 893-7211
FAX (510) 835-4913

WR GRACE PIQ 60269-0062

1    RESPONSE TO INTERROGATORY NO. 91:

2        KAZAN, McCLAIN, EDISES, SIMON & ABRAMS, A Professional Law Corporation,

3    171 Twelfth Street. Third Floor, Oakland, California 94607, telephone (510) 465-7728.

4    DATED:  December ___, 2001        KAZAN, McCLAIN, EDISES, SIMON & ABRAMS
                                       A Professional Law Corporation

5

6                                  By  _____
                                       GORDON D. GREENWOOD
7

8                                  Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

KAZAN, McCLAIN,
EDISES, SIMON &
ABRAMS
A PROFESSIONAL
LAW CORPORATION
171 TWELFTH STREET
THIRD FLOOR
OAKLAND, CA 94607
(510) 465-7728
(510) 893-7211
FAX (510) 835-4913
27

28



WR GRACE PIQ 60269-0063

## Exhibit A
### U.S. Navy - *U.S.S. Gansevoort*

Elwin E. Ake
Dean F. Arnold
Len Gean Bailey
David J. Bell
William R. Brown
Holt F. Cox
James F. Cutting
Walter L. Dean
Thomas E. De Loach, Jr.
Francis C. Doherty
John C. Doten
Andrew Dowyak
Donald P. Eklund
Carl H. Erickson
Havard W. Evans
William D. Garrison
Richard J. Godfrey
Richard I. Hatten
William D. Haupt, Jr.
Jack Kronenberg
Clifton J. Lemonie, Jr.
James D. Lofton
James S. Marino
Francis M. Matson
Bennett D. Mc Corkle, Jr.
John L. Mello
Sherman R. North
Sam A. Novello
Gayle K. Osborne
Rocco L. Pagnozzi
Hubert W. Price
Franklin J. Riggs
Edward A. Savage
Adelaido G. Segura
Joseph Sobel
John M. Steinbeck
Harold W. Thorpe
Clayton "D" Thrash
Nealy L. Vinson
Dwight F. Wear
John A. Willoughby
Chester B. Wisecup
Raymond Witten

Donald R. Woods
Ferry Woods
David H. Woollum
Gordon D. Yoakum
Richard M. Yost



WR GRACE PIQ 60289-0064

## Exhibit B
## U.S. Airforce - Rescue Boats

Lester Adams
Robert Adams
Joel Alford
Nat Banks
James Cameron
Robert Dalton
Nils Diaz
George Fogle
Ras Friend
Frank Hudson
Hillard Montgomery
Joseph Muller
Ed Orr
Fred A. Primo
Stanley Seacord
William Simpson
John Whiteford





WR GRACE PIQ 60269-0055

# HUNTERS POINT NAVAL SHIPYARD

| | | | |
|---|---|---|---|
| Richard Aceves | John Cabral | Charles E. Black | Thomas Hawkins |
| Ken Adams | John Capitolo | James E. Clark | Nathaniel Hayler |
| Raymond Aguilar | John Carter | Jack Eggiman | Enoch Henderson |
| George Alexander | Ocle Carter | Richard Elsa | Richard Herrera |
| Reedy Alvis | J.C. Caruthers | Gilbert Estrada | Tom Hixon |
| Willie Ambrose, Jr. | Jerry Casaba | Columbus Evans | Maurice Hoffman |
| John Anderson | Mann Christian | Stokes Evans | Robert Hogberg |
| Richard Anderson | Leon Clapp | Chris F. Burmer | Joseph Hoke |
| Joseph Andrade | Leon Clark | William F. Michels | Martin Honore |
| John Arnett | M.C. Clinton | Phil Facciola | William Hopkins |
| Leo Ashley | Alvin Collins | Jack Fahrney | William Hopkins |
| August Avanzino | Harvey Collins | Elbert Fairbanks | L. Hue Crosby |
| Roosevelt B. Jones | Edward Converse | Everett Ferguson | Edwin Hunt |
| William B. Green | Thomas Corey | Richard Finlayson | Jack Irasmith |
| Roger Bailey | Ed Costello | Charles Fladger | L.C. Isome |
| Herman Banneit | Wilson Coxby | Robert Flippen | Sidney J. Fogerty |
| Louis Barella | Lehman Cozby | Mario Franco | Earl Jackson |
| John Baron | George Craig | Edward Gardner | Gaylord Jesmer |
| Joe Barty | John Crane | Eldridge Gardner | William Johnson |
| David Batis | Alanza Cribbs | John Gaucci | Elbert Jones |
| Plumer Bell | William Crittenden | Ernest Gill | Joseph Jones |
| Ruby Belton | Owen Crocker | G.J. Giona | Joseph Kelley |
| Milton Belway | Belton Currington | Julius Gladysz | Ralph Kesler |
| Alan Bendowski | Benjamin | Sanford Goldstein | Arnold Klahn |
| John Benson | Davenport | George Gonzales | Julius Klpeenger |
| Nelson Best | Clyde Davis | Bennie Grandy | John Knutson |
| Jack Blanchard | Lawrence Davis | Travis Green | Herbert Krause |
| Jack Bloss | John Davis | Louis Greer | John Kyle |
| Ambrose Bottarini | Leon Deal | Otis Griffin | Everett L. Lund |
| David Boynton | Donald Dean | Jim Groins | Rose Lange |
| Harrison Bozman | Harry Delay (dec) | Tony Guardino | Rocky Larocca |
| Harold Brett | Bernard Delley | Nathaniel Hagler | Luciano LaRocca |
| Dominic Britz | Nathaniel Dew | Sevrin Halgreen | Victor Lawrence |
| Joseph Brooks | Frank Dride | Victor Hamilton | Isaac Lawson |
| Herman Burkett | Alonzo Dukes | Edward Hannon | Walter Lee |
| S.B. Burks | Harry Duskey | Milton Harry Lysher | Ozel Lee |
| Aarthur Burnett | Harry Dutton | Joseph Hathaway | Richard Long |



# HUNTERS POINT NAVAL SHIPYARD



WR GRACE PIQ 60269-0066

| | | |
|---|---|---|
| James Louis Porter | Edward Pfeil | John Sutton |
| Eddie M. Jackson | Floyd Pittman | Booker T. Rockett |
| George Maillot | William Pitts | Moses T. Hall |
| Ore Maoline | Ira Porter | Ed Therrian |
| Joseph Marenco | David Prescott | Leon Thibeaux |
| Shedrick Martin | John Purdy | Carl Turk |
| David Mason | Clyde Ramsey | Leo Vanderhorst |
| Joseph McCloskey | Leland Ray | Joseph Vaultz |
| Vincent McDayle | Ed Realini | Columbus Walton |
| Henry McDonald | Nelson Reed | Calvin Warner |
| Marvin McFadden | Fred Reichardt | Carrell Washington |
| R.G. McGarvey | Dean Reimers | James Weaver |
| Patrick McKenna | Ray Richetti | David Welch, Jr. |
| Barney Meek | Jospeh Ritchie | George Werdahl |
| Olan Meeker | Steve Robertson | Herb Werner |
| R.G. Mercado | Nathan Robinson | Otis Wesley |
| Gino Micheli | John Rojas | Elmer West |
| Daniel Mills | Eugene Rosa Riggs | Elmer West |
| John Moore | William Rounds | Manuel Williams |
| Lamy Moran | Ernest Russell | Elwood Wilson |
| Joseph Joseph | David S. Lewis | Robert Winkler |
| Mossaki | Zephaniah Samm | Del Wittner |
| Frank Moreno | Joseph Sandoval | Albert Wong |
| John Morse | Martin Schlichting | William Woolley |
| Ralph Morse | Raymond | Matt Woons |
| Lou Mossi | Schnittger | Fred Yam |
| Mose Mouton | Robert Sebanc | Shubert Yee |
| Randolph Mundy | George Sell | Frank Young |
| John Musante | Frank Sikie | George Young |
| De Nelson Durr | Arthur Skinner | Leonard Zumel |
| William Newcomb | William Smith | |
| Bernie Orey | Bill Smith | |
| Kenneth Osako | William Sparks | |
| Willie Parler | Howard Stovall | |
| Dwight Partell | John Straba | |
| Lester Patton | Fred Strickland | |
| Arthur Peterson | Robert Studivant | |



## Mare Island Naval Shipyard

| | | |
|---|---|---|
| Adams, Alvin | Barron, Hubert | Bozman, Harrison |
| Adams, John | Barty, Joseph | Brajkovich, William |
| Adams, Ray | Bataeff, George | Brink, Roger |
| Aguilar, Raymond P. | Beckman, Gary | Bruiribaugh, William |
| Aim, Robert | Beebe, Ralph | Burns, George Aaron |
| Alvis, Reedy | BentLey, David | Bushick, Fred |
| Antibolo, Andy | Bernardo, Pedro | Caldwell, Raymond |
| Antraccoli, Alvin | Bertorello, John | Calgary, Tony |
| Anzalone, Anthony | Bertotti, Joseph | Cambell, Don |
| Authenrieth, Ron | Bertsch, Gideon | Campagna, Salvatore |
| AveLlar, Arthur | Best, Nelson | Capitolo, John |
| Badger, Fred | Biagi, Albert | Caplener, George |
| Bailey, James | Bickford, Ivan | Carter, Ocie |
| Bair, Gerald | Black, Charles E. | Casaba, Jerry |
| Bakke, Gilbert | Btanchard, Jack | Casagranda, Oliver |
| Banneit, Herman | Blanton, Wade L. | Caudill, Cloid |
| Barella, Louis | Boillot, Howard | Chestney, James A. |
| Barnes, William | Bonwell, Howard | Chong, Henry |
| Baron, John | Boone, Everett | Christian, Mann |
| Barrett, Jesse James | Bouser, Lloyd | Clark, Raymond |
| Barrios, Rudolph | Boynton, David | Collins, Alvin |



WR GRACE PIQ 60269-0068

### Mare Island Naval Shipyard

| | | |
|---|---|---|
| Collins, Herbert | Doda, Edwin | Frensky, Lloyd |
| Corey, Thomas | Dolby, Allan | Furlong, Clement |
| Costello, Ed | Dunn, Wiley | Gable, Richard (Dick) |
| Crackel, James | Dutra, Manuel Joseph | Gann, Marvin |
| Craig, George | Dutton, Harry | Gardner, Edward |
| Crane, James M. | Dyer, Harvey | Gertz, Gustav |
| Crane, John | Dykes, Mary | Gibson, Danny |
| Crittenden, William | Enos, Robert | Gilman, Frank |
| Crosby, L. Hue | Ericksen, Edward | Glocker, Frank |
| Cullum, William | Raymond | Glover, John |
| Davalos, Vince | Evans, Clement | Glym, William |
| Davenport, Benjamin | Farmer, Don | Goforth, Derald |
| DeCosse, Bernie | Fey, Ephraim | Grandy, Bennie |
| DeVita, Leo | Flood, William | Granzella, Bruno |
| Deever, Hank | Folkard, Timothy | Grassman, Otto |
| Delley, Bernard | Folkman, Stewart | Graybeal, William |
| Dennis, David | Ford, Irvin | Green, Oscar |
| Dennis, Harold | Fortenberry, Elton | Green, Travis |
| Devita, Leo | Foster, Greg | Green, William B. |
| Dickhaus, Harry A. | Fox, William | Green, William K. |
| Dinsdale, Paul | Francom, Allen Lee | Greer, Louis |



WR GRACE PIQ 60269-0059

## Mare Island Naval Shipyard

| | | |
|---|---|---|
| Gregory, Gary | Hodges, Donald | Kelleher, Walter |
| Greig, William | Hoffman, Maurice | Keller, Robert |
| Grider, Theodore | Holcomb, Raymond | Kelley, Clifford |
| Griffs, Jesse | Hoppestock, Frederick | Kelley, Joseph |
| Groins, Jim | Horper, Earman-Hill | Kerr, Newton |
| Grundvic, Fred | Horvath, George | Kesler, Ralph |
| Guisto, Thomas (Tom) | Howard, Harry | Kimball, Blaire |
| Gullock, Donald | Hunt, Edwin | Kimball, Keith |
| Hagg, Robert | Hurley, John P. | King, Darryl |
| Hall, Moses T. | Irasmith, Jack | King, Jim Big Bear |
| Hallmark, Stanley | Irvin, George | Klahn, Arnold |
| Harris, Earl | Isaacs, Stanley | Kolda, Joe |
| Harris, Fred | Isome, L.C. | Kozak, John |
| Hayes, Cleveland | Jackson, Eddie M. | Lambly, Neil |
| Heitman, Otto | Jacobs, Jerry | Lang, Peter |
| Henderson, Charles | Jennings, George | Lawrence, Victor |
| Herger, Joseph | Jesmer, Gaylord | Lawson, Isaac |
| Hickman, Jack | Jesus, Ed | Lee, Ozel |
| Hildreth, Joseph | Jones, Roosevelt B. | Lennon, Joe |
| Hinshaw, Charles | Jordison, Harry | Lewis, David S. |
| Hixson, Tom | Joseph, William | Lineberry, Artie |

57639


WR GRACE PIQ 60269-0060

## Mare Island Naval Shipyard

| | | |
|---|---|---|
| Loane, Douglas | McLay, Douglas | Olson, C.T. |
| Locarnini, Henry (dec) | Mcouen, Carlye | Olson, Olaf |
| Lockner, Frank | Mercado, R.G. | Pacheco, Rick |
| Lone, Doug | Michels, William F. | Page, Ben |
| Loyd, Charles | Miller, Adolph | Pappadakis, Joseph |
| Ludlow, William (Bill) | Miller, Edgar | Pearson, John |
| Luport, Steve | Miller, Theodore | Perniz, John |
| Lysher, Milton Harry | Montour, George | Peterson, Arthur |
| MacDonald, William | Moore, John W., Jr. | Pfeil, Edward |
| MacLain, John | Moreno, Frank | Pittman, Floyd |
| Manley, Marvin | Mouton, Mose | Powers, William |
| Martin, Otto | Moyer, Phil | Prevost, Warren |
| Mason, David | Munson, William (Bill) | Pryor, Gerald |
| May, Allen (dec) | Musante, John | Quinn, Louis |
| McCloskey, Joseph | Neal, Jesse | Quintana, Delfino |
| McDonald, Henry | Neff, Elaine | Ramachiotti, EIo |
| McDowell, Henry | Newcont, William | Ray, Leland |
| McElheney, James | Newman, Mitchell | Reed, Milton |
| McElhenney, James | Nugent, Andrew | Reichstein, Boyd |
| McFadden, Marvin | O'Connell, Dan | Reid, Grady |
| McKenna, Patrick | Ochs, James | Riggs, Eugene Rosa |



WR GRACE PIQ 60269-0061

## Mare Island Naval Shipyard

| | | |
|---|---|---|
| Riggs, William | Shields, Leo | Truax, Donald |
| Robinson, Chester | Shriver, Robert "Bob" | Turk, Carl |
| Robinson, Curtis Lee | Smith, Alexander | Uhlich, Fred |
| Robinson, Jess | Smith, Charles Francis | Ulrich, Fred |
| Robinson, John | Smith, Freddie | Vanderhorst, Leo |
| Robinson, Nathan | Smith, James | Vanmeter, David |
| Robinson, Willie | Smith, Richard "Dick" | Vasquez, Phillip |
| Rodriquez, Martin | Sockwell, Shady | Villa, Frank |
| Rogers, Paul | Spirlock, James | Wakeman, Thomas |
| Roy, Rob | Stanislawski, Nick | Ward, Tom |
| Sadler, Ernest | Stewart, Sherman | Waterman, Robert |
| Salsman, Fred | Stillman, Kenneth L. | Weaver, James |
| Sam, Zephaniah | Stovall, Howard | Welch, Lawrence "Larry" |
| Samuels, John Piercy | Sutton, John | Werdahl, George |
| Saunders, Stephan | Svob, Victor | Wesley, Otis |
| Schlichting, Martin | Sylwesiuk, Walter | Wetzel, William |
| Scott, Ray | Thorburn, John | White, William |
| Scott, Wayne | Tracey, George | Williams, Don |
| Sell, George | Treantafel, James | Williams, Evan Elias |
| Sern, James (Jim) | Trembley, Paul | Williams, Joseph (Joe) |
| Shewman, William | Trimmer, Jack | Williams, L.B. |



WR GRACE PIQ 00268-0062

**Mare Island Naval Shipyard**

Williams, Louis

Williams, Robert

Wilson Eugene Cozby

Wilson, Elwood

Winegar, Lester

Winkler, Robert

Wolson, Robert

Wong, Walter

Woo, Ronald

Wright, Harmon

Yarbrough, Herbert C.

Yatchmenoff, Wally

Yee, Shubert

Young, Frank

Young, George T.

57639                    6.

**Social Security Administration**  
Retirement, Survivors and Disability Insurance
Earnings Record Information

From:  Office of Central Operations
      300 North Greene Street, Baltimore, Maryland 21201

    KAZAN, MCCLAIN, EDISES, SIMON & ABRAMS      Date: 10-31-2000
    171 12TH STREET
    3RD FLOOR                Refer to:  S2RB1G
    OAKLAND, CA 94607

                                      Your Reference:

We are sending you the statement of earnings you requested for the number holder shown below.

Number Holder's Name:         **REDACTED**      Social Security Number:

If we recently received earnings information, it may not yet be shown on this statement.

Please read the back of this letter for more information about Social Security records.

If you have any questions, you should call, write or visit any Social Security office.  If you visit, please bring this letter.  It will help us answer questions.

Enclosures:
Original Letter
Earnings Statement

Control Number:  00209150137
Remittance CTL Number:

Department of Health and Human Services                Form SSA-L460 (4-91) Destroy Prior Editions
Social Security Administration

REDACTED





# SOCIAL SECURITY

S2RB1G

KAZAN MCCLAIN EDISES
SIMON AND ABRAMS
ATTN: VICTORIA EDISES ESQ
171 12TH STREET 3RD FLOOR
OAKLAND  CA 94607

REDACTED

Dear· Madam:

Enclosed is a statement of earnings now recorded for          Social Security
Number

We received your $104.00 payment for your request of earnings information.  Your payment
exceeded the required amount as shown on the fee schedule.

The Treasury·Department will refund your overpayment of $12.00.

Gloria Heise,
Deputy Division Director
Division of Earnings Record Operations
Office of Central Operations

Control #  00226131230
Remittance # 200008130088

WR GRACE PIQ 60269-0065

SSA-1826          ITEMIZED STATEMENT OF EARNINGS    JOB:
VERSION 1984.002 * * *      FOR SSN
                                **REDACTED**      * *


FROM:  SOCIAL SECURITY ADMINISTRATION
       OFFICE OF CENTRAL RECORDS OPERATIONS
       BALTIMORE, MARYLAND  21235-0000


VICTORIA EDISES ESQ KAZAN MCCLAIN EDISES NUMBER HOLDER NAME:

171 12TH ST 3RD FL              **REDACTED**


OAKLAND                 CA  94607

PERIOD REQUESTED   JANUARY 1937  THRU  DECEMBER 1999

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|

EMPLOYER NUMBER:  35-0690290
STOKELY-VAN CAMP INC
% QUAKER OATS CO
PO BOX 04900 STE 18 1
CHICAGO  IL 60604-9001

| 1939 | | | 118.76 | 36.55 $ | 155.31 |

EMPLOYER NUMBER:  71-0139374
ARKANSAS BEVERAGE CO
PO BOX 3364
LONGVIEW  TX 75606-3364

| 1941 | | | 48.16 | $ | 48.16 |

EMPLOYER NUMBER:  75-0521890
REYNOLDS AND SUTFON
BOX 1005
TYLOR  TX 00000-0000

| 1941 | | | | 10.65 $ | 10.65 |

EMPLOYER NUMBER:  23-0443060
BUDD COMPANY
3155 W BIG BEAVER
TROY  MI 48084-3002

| 1947 | | | 57.87 | 774.47 $ | 832.34 |

PAGE 001



```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
VERSION 1984.002 * * *      FOR SSN
```

**REDACTED**

```
YEAR   JAN - MARCH  APRIL -JUNE  JULY - SEPT   OCT - DEC      TOTAL


EMPLOYER NUMBER:  84-0464669
U S AIR FORCE
3800 YORK ST
DENVER  CO 00000-0000

1957      829.40       842.40      842.40       842.40 $   3,356.60
1958      842.40       871.60                          $   1,714.00

EMPLOYER NUMBER:  84-9990000
U S AIR FORCE ACTIVE DUTY
 DFAS-DE-FJFAB
% BARBARA GRIESS
6760 E IRVINGTON PL
DENVER  CO 80279-0001

1958                               930.00       930.00 $   1,860.00
1959      950.00       975.00      975.00       975.00 $   3,875.00
1960      975.00       975.00      975.00       975.00 $   3,900.00
1961      995.00     1,020.00    1,020.00     1,020.00 $   4,055.00
1962    1,020.00     1,020.00    1,020.00     1,020.00 $   4,080.00
1963      936.84       341.34                          $   1,278.18

EMPLOYER NUMBER:  59-0968676
BARFIELD INDUSTRIES INC
PO BOX 908
ALACHUA  FL 32615-0908

1964                               214.88        57.75 $     272.63

EMPLOYER NUMBER:  47-0484924
FOOD HOST USA INC
500 TERMINAL BLVD
LINCOLN  NE 68508-0000

1964                                            415.00 $     415.00

                              PAGE 002
```



SSA-1826          ITEMIZED STATEMENT OF EARNINGS
VERSION 1984.002 * * *      FOR SSN

**REDACTED**

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|

EMPLOYER NUMBER:  59-1097767
JOSEPH C TEAGUE
CONTRACT SERVICE
2139 NW 28TH PLACE
GAINESVILLE  FL 32601-0000

| Year | Jan-March | April-June | July-Sept | Oct-Dec | Total |
|------|-----------|------------|-----------|---------|-------|
| 1966 | 117.00 | | | | $ 117.00 |

EMPLOYER NUMBER:  69-0500001
STATE OF FLORIDA
CHAIRMAN FLA INDUSTRIAL COMM
CALDWELL BUILDING
TALLAHASSEE  FL 32301-0000

| Year | Jan-March | April-June | July-Sept | Oct-Dec | Total |
|------|-----------|------------|-----------|---------|-------|
| 1966 | | 1,050.00 | 1,050.00 | 1,050.00 $ | 3,150.00 |
| 1967 | 1,200.00 | 1,350.00 | 1,405.00 | 1,331.77 $ | 5,286.77 |
| 1968 | | | 1,209.68 | 1,500.00 $ | 2,709.68 |

EMPLOYER NUMBER:  36-6132684
TURF CATERING CO INC
% M J GOLDMAN & CO LTD
450 SKOKIE BLVD SUITE 903
NORTHBROOK  IL 60062-2815

| Year | Jan-March | April-June | July-Sept | Oct-Dec | Total |
|------|-----------|------------|-----------|---------|-------|
| 1968 | 36.00 | 81.00 | | $ | 117.00 |
| 1969 | 503.00 | 524.00 | | $ | 1,027.00 |
| 1970 | 600.00 | 235.00 | | $ | 835.00 |
| 1971 | 539.00 | 156.00 | | $ | 695.00 |
| 1972 | 520.00 | 156.00 | | 237.50 $ | 913.50 |
| 1973 | 494.00 | 315.50 | | 270.00 $ | 1,079.50 |
| 1974 | 481.00 | 309.00 | | 248.00 $ | 1,038.00 |
| 1975 | 555.00 | 373.00 | | $ | 928.00 |
| 1976 | 592.00 | 192.00 | | $ | 784.00 |
| 1977 | 592.00 | 192.00 | | $ | 784.00 |
| 1978 | - | - | - | - $ | 816.24 |
| 1979 | - | - | - | - $ | 1,019.56 |
| 1980 | - | - | - | - $ | 945.44 |

PAGE 003

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
VERSION 1984.002 * * *     FOR SSN
                                    REDACTED
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|

EMPLOYER NUMBER:  59-0686670
ABC LIQUORS INC
PO BOX 593688
ORLANDO  FL 32859-3688

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|
| 1968 | | | | 74.96 | $ | 74.96 |
| 1969 | 46.88 | | | | $ | 46.88 |

EMPLOYER NUMBER:  61-0170590
DADE PARK JOCKEY CLUB
 4 MILES N OF HENDERSON US HWY 41
PO BOX 33
HENDERSON  KY 42420-0033

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|
| 1972 | | | 782.46 | | $ | 782.46 |
| 1973 | | | 964.37 | | $ | 964.37 |
| 1974 | | | 1,171.75 | - | $ | 1,171.75 |
| 1975 | | | 1,604.13 | | $ | 1,604.13 |
| 1976 | | | 1,554.50 | | $ | 1,554.50 |
| 1977 | | | 1,532.75 | | $ | 1,532.75 |
| 1978 | - | - | - | - | $ | 1,556.70 |
| 1979 | - | - | - | - | $ | 1,668.25 |

SELF EMPLOYMENT:

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|------|-------------|--------------|-------------|-----------|---|-------|
| 1963 | - | - | - | - | $ | 1,990.82 |
| 1964 | - | - | - | - | $ | 776.79 |

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER   1998 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

```
                        PAGE 004 END
```

WR GRACE PIQ 60269-0069

**REDACTED**

## **PROOF OF SERVICE**

I declare that:

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 171 Twelfth Street, Third Floor, Oakland, California  94607.

On December 7 2001, I served the following document(s):

RESPONSES TO JOINT DEFENSE INTERROGATORIES (Wrongful Death)

by transmitting a true copy to:

See attached list

via the following method:

_____   (By Facsimile Machine [FAX])  By personally transmitting a true copy thereof via an electronic facsimile machine between the hours of 9:00 a.m. and 5:00 p.m.

___x___   (By Mail)  I am readily familiar with this office's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  This document, which is in an envelope addressed as stated above, will be sealed with postage fully prepaid and will be deposited with the United States Postal Service this date in the ordinary course of business.

_____   (By Personal Service)  By personally delivering a true copy thereof to the office of the addressees attached.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2001 at Oakland, California.

JAMES MURRAY

KAZAN, McCLAIN,
EDISES & SIMON
A PROFESSIONAL
LAW CORPORATION
171 TWELFTH STREET
THIRD FLOOR
OAKLAND, CALIF. 94607
(510) 465-7728
(510) 893-7211
FAX (510) 835-4913

# REDACTED

SERVICE LIST   CASE:                                    ACTION #: 2001-02532●      Decer

WR GRACE PIQ  60269-0070

FAX: (510) 835-3117

BERRY & BERRY
P.O. Box 16070, Oakland, CA 94610
FOR: DESIGNATED DEFENSE COUNSEL

BROBECK, PHLEGER & HARRISON                              PH: (415) 442-0900
#1 Market Place, 23rd Floor, San Francisco, CA 94105     FAX: (415) 442-1010
FOR: FIBREBOARD - NSP, MACARTHUR CO./sii/pac/W.ASB,BAY CITIES ASB,W.MAC., MACARTHUR
CO/W.ASB/BAY CITIES, MACARTHUR COMPANY, OWENS CORNING NSP, WESTERN ASBESTOS,
WESTERN MACARTHUR, WESTERN MACARTHUR CO/sii/W.ASB.CO.& BAY CITIES ASB

GLASPY & GLASPY                                          PH: (925) 947-1300
One Walnut Creek Center, 100 Pringle Ave Ste 750, Walnut Creek, CA 94596     FAX: (925) 947-1594
FOR: CONGOLEUM CORP/sii/CONGOLEUM-NAIRN INC, GARLOCK, INC.

KNIGHT, BOLAND & RIORDAN                                 PH: (415) 522-8600
1390 Market Street, Suite 310, San Francisco, CA 94102   FAX: (415) 701-7801
FOR: METROPOLITAN LIFE INSURANCE COMPANY

MORGENSTEIN & JUBELIRER                                  PH: (415) 901-8700
One Market St. , 32nd Floor, San Francisco, CA 94105     FAX: (415) 901-8701
FOR: GENERAL REFRACTORIES

PRINDLE, DECKER & AMARO                                  PH: (415) 788-8354
369 Pine Street, Suite 800, San Francisco, CA 94104      FAX: (415) 788-3625
FOR: A.P. GREEN SERVICES, INC/sii/BIGELOW-LIPTAK CORP.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM                     PH: (212) 735-3000
Four Times Square, New York, NY 10036-6522               FAX: (212) 735-7354
FOR: METROPOLITAN LIFE INSURANCE COMPANY

THELEN, REID & PRIEST                                    PH: (415) 371-1200
101 Second Street, Suite 1800, San Francisco, CA 94105   FAX: (415) 644-6519
FOR: RAPID AMERICAN CORPORATION, RAPID AMERICAN/CAREY CAN MINES, RAPID
AMERICAN/CAREY CANADA, RAPID AMERICAN/PANACON, RAPID AMERICAN/PHILIP CAREY, RAPID
AMERICAN/PHILIP CAREY MA.


End of Service List


WR GRACE  PIQ  60269-0071

# Death Certificate

STATE OF FLORIDA

WR GRACE PIQ 60289-0072

**OFFICE of VITAL STATISTICS**

CERTIFIED COPY

**CERTIFICATE OF DEATH**
**FLORIDA**

LOCAL FILE NO.

| 1. DECEDENT'S NAME | FIRST | MIDDLE | LAST | 2. SEX |
|---|---|---|---|---|
| | | | | Male |

| 3. DATE OF DEATH (Month, Day, Year) | 4. SOCIAL SECURITY NUMBER | 5a. AGE-Last Birthday | 5b. UNDER 1 YEAR Months / Days | 5c. UNDER 1 Day Hours / Minutes |
|---|---|---|---|---|

| 6. DATE OF BIRTH (Month, Day, Year) | 7. BIRTHPLACE (City and State or Foreign Country) | 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or No) Yes |
|---|---|---|

| 9a. PLACE OF DEATH (Check only one; see instructions on other side) HOSPITAL X Inpatient ER/Outpatient DOA OTHER: Nursing Home Residence Other (Specify) | 9b. INSIDE CITY LIMITS? (Yes or No) Yes |
|---|---|

| 9c. FACILITY NAME (If not Institution, give street and number) | 9d. CITY, TOWN, OR LOCATION OF DEATH | 9e. COUNTY OF DEATH |
|---|---|---|

| 10a. DECEDENT'S USUAL OCCUPATION Master Sergeant | 10b. KIND OF BUSINESS/INDUSTRY U.S. Military | 11. MARITAL STATUS - Married, Never Married, Widowed, Divorced (Specify) Married | 12. SURVIVING SPOUSE (If wife, give maiden name) |
|---|---|---|---|

| 13a. RESIDENCE - STATE | 13b. COUNTY | 13c. CITY, TOWN, OR LOCATION | 13d. STREET AND NUMBER |
|---|---|---|---|

| 13e. INSIDE CITY LIMITS (Yes or No) | 13f. ZIP CODE | 14. WAS DECEDENT OF HISPANIC OR HAITIAN ORIGIN? (Specify No or Yes — If yes, specify Haitian, Cuban, Mexican, Puerto Rican, etc.) X No Yes Specify: | 15. RACE — American Indian, Black, White, etc. White | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) 12 College (1-4 or 5 +) |
|---|---|---|---|---|

| 17. FATHER'S NAME (First, Middle, Last) | 18. MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|

| 19a. INFORMANT'S NAME (Type or Print) | 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|

| 20a. METHOD OF DISPOSITION X Burial Cremation Removal from State Donation Other (Specify) | 20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) Florida National Cemetery | 20c. LOCATION – City or Town, State Bushnell, Florida |
|---|---|---|

| 21a. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH (Signature and Title) ▸ | 21b. LICENSE NUMBER (of Licensee) 4353 | 21c. NAME AND ADDRESS OF FACILITY Rhodes Funeral Directors, Inc. 800 East Druid Rd Clearwater, Fl 33756 |
|---|---|---|

| 22a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) as stated. (Signature and Title) ▸ | 22b. DATE SIGNED (Mo., Day, Yr.) 3/29/01 | 22c. HOUR OF DEATH 1:15 AM M | 23a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) and manner as stated. (Signature and Title) ▸ | 23b. DATE SIGNED (Mo., Day, Yr.) | 23c. HOUR OF DEATH M |
|---|---|---|---|---|---|

| 22d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) | 23d. MEDICAL EXAMINER'S CASE # |
|---|---|

| 24. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER) (Type or Print) Brian G. Salisbury M.D. 510 East Druid Road Clearwater, Florida 33756 |
|---|

| 25a. SUBREGISTRAR'S SIGNATURE AND DATE | 25b. LOCAL REGISTRAR'S SIGNATURE | 25c. DATE REGISTERED MAR 6, 2001 |
|---|---|---|

| 26. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line. | Approximate Interval Between Onset and Death |
|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | Congestive heart FAilure 12 weeks |
| DUE TO (OR AS A CONSEQUENCE OF: | Hypertensive cardiomyopathy 1 month |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST | Hypertension |

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I: Mesothelioma | 27a. WAS AN AUTOPSY PERFORMED? (Yes or No) No | 27b. WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? (Yes or No) | 28. CASE REPORTED TO MEDICAL EXAMINER? (Yes or No) No |
|---|---|---|---|

| 29. IF FEMALE, WAS THERE A PREGNANCY IN THE PAST 3 MONTHS? Yes No | 30a. IF SURGERY IS MENTIONED IN PART I or II, ENTER CONDITION FOR WHICH IT WAS PERFORMED | 30b. DATE OF SURGERY (Mo., Day, Year) |
|---|---|---|

| 31. PROBABLE MANNER OF DEATH (Specify) Natural, accident, suicide, homicide, or undetermined. Natural | 32a. DATE OF INJURY (Month, Day, Year) | 32b. TIME OF INJURY | 32c. WAS AT WORK? (Yes or No) | 32d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| | 32e. PLACE OF INJURY – At home, farm, street, factory, etc. (Specify) | 32f. LOCATION (Street and Number or Rural Route Number, City or Town, State) |

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE

ISSUED: April 6, 2001
State Registrar

Chief Deputy Registrar, Pinellas County

**WARNING:** THIS DOCUMENT IS PRINTED ON PHOTOCOPIED OR SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

8766731

THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND AND GOLD EMBOSSED SEAL. THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

DOH FORM 1554A (3/99)

REDACTED

VOID IF ALTERED OR ERASED

FLORIDA DEPARTMENT OF HEALTH

WR GRACE PIQ 60269-0073



Depositions


WR GRACE PIQ 60269-0074

```
00001
 1  0:1
    0:1    IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2             IN AND FOR THE COUNTY OF ALAMEDA
    0:2
 3  0:3            REDACTED
    0:4
 4

 5         Plaintiffs,

 6    vs.

 7    ACandS, Inc., et al.,

 8         Defendants.
    0:9                      /
 9  0:10

10  0:12

11  0:13

12  0:14

13  0:15    VIDEOTAPED DEPOSITION OF          REDACTED

14  0:16        Monday, November 6, 2000

15  0:17          :13 a.m. to 5:40 p.

16  0:18          Marriott Hotel

17           1001 North Westshore Boulevard

18  0:19          Tampa, Florida

19  0:20

20  0:21

21  0:22

22  0:23

23    Reported by:

24  0:24

25    Susan C. McGee

26  2:25  Notary Public, State of Florida
```

REDACTED

Page 1



WR GRACE PIQ 60289-0076

00221

REDACTED

1  221:220

221:1        CERTIFICATE OF REPORTER

2  221:2

221:3  STATE OF FLORIDA        )

3  221:4  COUNTY OF HILLSBOROUGH  )

221:5

4  221:6        I, Susan C. McGee, a Notary Public in and
for the State of Florida at Large, certify that I

5  221:7  was authorized to and did stenographically report
the foregoing proceedings; and that the transcript

6  221:8  is a true record of the testimony given by the
witness.

7  221:9

I further certify that I am not a

8  221:10  relative, employee, attorney, or counsel of any of
the parties, nor am I a relative or employee of any

9  221:11  of the parties' attorneys or counsel connected with
the action, nor am I financially interested in the

10  221:12  action.

11  221:13        Dated this 14th day of November, 2000.

12  2

13  2

14  2

15  2

16        STATE OF FLORIDA        )

17  221:18  COUNTY OF HILLSBOROUGH )

18  221:19        I, the undersigned authority, certify

19  that                    personally appeared before

20  221:20  me and was duly sworn.

21  221:21        WITNESS my hand and official seal this

22  14th day of November, 2000.

23  2

24  2

25  2

26  2

REDACTED

Page 221



WR GRACE PIQ 60269-0076

# Additional Supporting Documentation



WR GRACE PIQ 60268-0077

*Mountain Jr. High School, Allentown, Pa. Zonolite Concrete Aggregate used for roof and floors. Zonolite Insulating Fill was used under floor of basketball court.*

# Zonolite Insulating Fill

Many school boards have found Zonolite Insulating Fill an effective answer to today's high heating costs in new as well as older uninsulated schools where there is considerable heat loss.

Zonolite Insulating Fill is a granular mineral made by expanding vermiculite ore. It is a lightweight, free-flowing material, installed between attic joists and in side walls between studs. Zonolite vermiculite Insulating Fill uniformly flows to the proper density without seams or joints. Simply pour from bag and level. Installation costs are lowest with Zonolite. Your maintenance men can install it in free time.

## Outstanding Characteristics:

- EFFICIENCY—Dual insulating value from many air chambers and reflective surfaces.
- PERMANENT—Inorganic, sterile, will not rot or decompose.
- LIGHTWEIGHT—Only 4½ to 8 pounds per cubic foot.
- FIREPROOF—The most fire safe material available for building. Fusion point is 2560°.
- ROTPROOF, VERMINPROOF—No rats, termites or other pests can harm Zonolite vermiculite.
- ECONOMICAL—Gives many added benefits, yet often costs less than material it replaces.
- SOUND-DEADENING—Millions of tiny dead air cells trap unwanted noise.



*Zonolite Insulating Fill flows snugly around wiring, braces, pipes. Cannot pack down. Leaves no money-draining heat leaks. 100% fireproof...*

20091206



OTHER ZONOLITE PRODUCTS THAT HELP CUT BUILDING COSTS
GIVE ADDED INSULATION AND FIRE PROTECTION

INSULPAVE                    ZONALITE

WR GRACE PIQ 60269-0078

# Representative List of Schools
# which have used Zonolite Products

**Zonolite Plaster Aggregate**

Ala., Auburn, Alabama Polytech Institute
Ala., Tuscumbia, Negro Elementary School
Calif., Altadena, Audubon Elementary School
Conn., Waterford, Waterford School
Conn., Hartford, Duffy School
Conn., Hartford, Trinity College Library
Conn., Southbury, Southbury State School
Conn., New Haven, West Rock School
Fla., Orlando, Orlando High School
Fla., Ft. Pierce, Ft. Pierce High School
Fla., Gainesville, University of Florida
Ga., Donaldsonville, Donaldsonville High School
Ga., Hogansville, Hogansville High School
Idaho, Moscow, University of Idaho,
    Home Economics Bldg.
Ill., Decatur, Brush College
Ill., Decatur, Lakeview School
Ia., Des Moines, St. Joseph Acad. Nurs. Schl.
Ky., Louisville, University of Louisville
    Natural Science Bldg.
Ky., Owensboro, Owensboro High School
Ky., Powderly, Muhlenberg County School
Ky., Hopkinsville, St. Peter & Paul School
Mass., Springfield, Mary O. Pottenger School
Mass., Williamstown, Williams College
Mass., Florida, Florida Grade School
Mich., Fowlerville, Fowlerville Elem. School
Mich., Dearborn, Samuel B. Long Elem. School
Mich., East Lansing, Michigan State College
    Veterinary Science Bldg.
Mich., Detroit, Arthur School
Mich., Detroit, Wayne Univ., Science Bldg.
Minn., St. Paul, St. Luke Elementary School
Miss., Greenville, Susie F. Trigg School
Mont., Missoula, University of Montana,
    Journalism & Chemistry Bldgs.
Mont., Dilling, Dilling High School
Nebr., Mitchell, Elementary School
N. Y., Plattsburg, Plattsburg St. Teach. Dorm.
N. Y., Troy, Russell Sage College
N. Y., Oneonta, Oneonta State Teachers Coll.
N. Y., Glens Falls, Glens Falls High School
N. Y., Plattsburg, South End School
N. Y., Perth, Perth Grade School
N. Y., Canajoharie, Canajoharie Central School
N. Y., Auburn, St. Alphonsus Elem. School
N. Y., Syracuse, McKinley School Addition
N. Car., Charlotte, Berry Hill School
N. Car., Thomasville, Thomasville Elem. School
N. Car., Hillsboro, Hillsboro Grade School
N. Dak., Grand Forks, Lincoln School
Ohio, Lorain, St. Stanislaus School
Ohio, Parma, Thoro School
Ohio, Xenia, South Elementary School
Oreg., Portland, Scott Harvey School
Oreg., Portland, Lincoln High School
Pa., Elizabethtown, Elizabethtown College
Pa., Lansdale, St. Stanislaus Parochial School
Pa., Grove City, Grove City College
Pa., Penn State College Men's Dormitory
S. Car., Anderson, Anderson Jr. High School
S. Car., Greenville, Bob Jones University
Tenn., Chattanooga, Univ. of Chattanooga
Texas, Dallas, Pleasant Grove School
Texas, Lamesa, Lamesa School
Texas, Wichita Falls, McCaha School
Va., Lynchburg, E. C. Glass High School
Va., Wise, Gladeville High School
Wash., Tomasket, Senior High School
W. Va., Buckhannon, Wesleyan Coll. Music Hall

**Zonolite Acoustical Plastic**

Calif., Dinuba, Dinuba High School
Calif., Reedley, Washington Elementary School
Calif., Altadena, Audubon School
Calif., Reedley, Mennonite Brethren School
Conn., Bridgeport, Billard Haven St. Ted. Schl.
Conn., Bristol, Farmington Avenue School
Fla., Orlando, Orlando High School
Fla., Orlando, Orlando Negro High School
Fla., Winter Park, Winter Park High School
Ga., Columbus, Johnson Elementary School

Ill., Calumet City, Thorton Frac. High School
Ill., Chicago, St. Gertrude's Gym & School
Ia., Dubuque, Loras College
Ia., Iowa City, University of Iowa
Ia., Sioux City, Morningside Coll. Science Bldg.
Ia., Wapello, Public High School
Maine, Portland, Helen M. King Jr. High Schl.
Mass., Springfield, Mary O. Pottenger School
Mich., Pontiac, Bagley Street School
Mich., Detroit, St. Peters Evan. Luth. School
Minn., Mankato, Bethany Lutheran College
Minn., Minneapolis, Woodlake School
Minn., St. Cloud, St. Cloud Teachers College
Minn., St. Paul, St. Lukes Parochial School
Mont., University of Montana, Business
    Administration & Education Bldgs.
Nebr., North Platte, Junior High School
Nebr., Scottsbluff, Bryan School
Nebr., Lincoln, N. E. High School
N. Y., New Scotland, Clarksville School
N. Y., South Glens Falls, South Glens Falls Schl.
N. Y., Buffalo, New York State Teachers Coll.
N. Y., Brighton, Allyn's Creek School
N. Y., Bronxville, Sarah Lawrence College
    Student Art Center
N. Car., Charlotte, North High School
N. Car., Charlotte, Berry Hill School
N. Car., Lumberton, Lumberton Elem. School
N. Car., Fayetteville, State Teachers College
N. Dak., Wahpeton, Public School
Ohio, Akron, Fairlawn School Addition
Ohio, Akron, Windemere School
Ohio, Columbus, Ohio State University
    Student Union Bldg.
Oreg., Salem, State School for the Blind
Pa., Robertstown, Robertstown Public School
Pa., Lewisburg, Lewisburg Grade School
Pa., Hazelton, St. Gabriel's Parochial School
S. Car., Greenville, Bob Jones University
S. Dak., Rapid City, Black Hills Teachers Coll.
S. Dak., Rapid City, Canyon Lake School
Tenn., Knoxville, South Knoxville High School
Texas, Brownfield, Union School
Texas, Denton, State Teachers Col. for Women
Texas, Henderson, Henderson High School
Texas, Wichita Falls, Ben Franklin School
Vt., Brattleboro, Brattleboro High School
Wash., Tacoma, Alice C. Mason School
Wash., Lynden, Lynden Elementary School
Wash., Aberdeen, Central Park School
Wash., Spokane, St. Charles School
W. Va., Burnsville, Burnsville Jr. High School
Wisc., Appleton, St. Joseph's School
Wisc., Greenfield, Town of Greenfield School
Wyo., Laramie, Wyoming Univ. Agric. Bldg.

**Zonolite Concrete Aggregate**

Ark., Leachville, Leachville Elementary School
Ark., Little Rock, Oak Forest School
Calif., Redding, Sequoia Elementary School
Calif., Sacramento, Bell Avenue School
Conn., Mansfield, Mansfield State Trg. School
Conn., Middletown, Welsyan Univ. Dorms.
Fla., Belle Glade, Belle Glade Colored School
Fla., Delray, Delray-Boynton Jr. High School
Fla., Haines City, Haines City High School
Ga., Smyrna, Campbell High School
Ga., Carrollton, Carrollton School
Ga., College Park, Georgia Military Academy.
Ill., Marshall, Marshall High School
Ill., Westchester, Britton School
Ia., Des Moines, Windsor School Auditorium
Ia., Ft. Madison, Jefferson School
Kans., Wichita, St. Joseph School
Kans., Wichita, Meade School
Kans., Garden City, Garden City School
Ky., Louisville, St. Raphael School
Ky., Louisville, University of Louisville
    Natural Science Bldg.
Ky., Owensboro, Owensboro Grade School
La., Baton Rouge, Istrouma High School
La., New Orleans, St. Dominic Par. School
Mass., Greenfield, Greenfield High School
Mich., East Lansing, East Lansing School

Mich., Vanderbilt, Vanderbilt School
Mich., Traverse City, Traverse City School
Mich., Ann Arbor, Eberwhite Elem. School
Mich., Ann Arbor, University of Michigan
Minn., Faribault, Shattuck School
Minn., St. Paul, St. Bernard School
Minn., Wadena, Wadena School
Miss., Greenville, Susie F. Trigg School
Miss., Hernandville, Woodlawn School
Mont., Missoula, Univ. of Mont. Women's Ctr.
Nebr., Lincoln, Northeast High School
N. J., Verona, Laning Ave. Elem. Schl. Add.
N. J., Rutley, Our Lady of Mt. Carmel School
N. Y., Bergholtz, Bergholtz School
N. Y., Chestertown, Chestertown School
N. Y., Buffalo, Grand Island School
N. Car., Charlotte, West High School
N. Car., Double Oaks School
N. Car., Raleigh, N. C. St. Coll. Text. Bldg.
N. Car., Wayne County, Pikeville School
N. Dak., Fargo, Agassiz Jr. High School
Ohio, Elyria, West River Road School
Ohio, Bucherton, V. L. Light School
Ohio, Painesville, St. Mary's School
Ohio, Columbus, O. St. Univ., Cen. Ser. Bldg.
Ohio, Burlington, Burlington High School
Oreg., Corvallis, Oregon State College
Oreg., Eugene, University of Oregon
Pa., Allentown, Mountain Junior High School
Pa., Williamsport, Dickinson College
    Women's Dorm.
Pa., Aliquippa, Franklin Junior High School
S. Car., Camden, Camden Junior High School
S. Car., Sumter, Willow Drive Elem. School
S. Car., Graysville, Bob Jones University
Tenn., Taxewell, Tazewell School
Texas, Andrews, Andrews School
Texas, Austin, University of Texas
Texas, Ft. Worth, Castleberry Elem. School
Utah, Wellington, Wellington Grade School
Va., Rocky Mount, Consolidated Elem. School
Wash., Spokane, Longfellow School
Wash., Tacoma, Senior High School
W. Va., Bethany, Bethany Coll. P-nt. House

**Zonolite Insulating Fill**

Conn., Fremont, Pomferet School
Minn., Eveleth, Independent Schl. Dist. No. 39
N. Y., North Haledon, N. Haledon Mem. Schl.
N. Y., Tribes Hill, Tribes Hill School
N. Car., Charlotte, East High School
Pa., Allentown, Mountain Junior High School
    Basketball Court
Texas, Brownfield, Union School
Texas, Cleburne, Cleburne School
Texas, Longview, White Oak School
Texas, Refugio, Refugio School
Texas, Taft, Taft School
Vt., Charlotte, Charlotte School
Vt., Brattleboro, Brattleboro High School

**Zonolite**

Ala., Ozark, Ozark City School
Fla., Panama City, Panama City Elem. School
Fla., Tyndall Field, Tyndall Field Elem. Schl.
Fla., Shalimar, Shalimar High School
Ga., Cave Springs, Cave Springs School
Ga., Atlanta, Hoke Smith School
Ga., Atlanta, Mt. Vernon School
Ga., Atlanta, D. N. Sevilla School
Ohio, Kings Creek, Kings Creek School
Pa., Hazeltown, Walnut Street Grade School
Pa., Hazeltown, Parochial School
S. Car., Beaufort, Hatcher School
S. Car., Felton, Felton High School
Tenn., Chattanooga, John A. Patton School
Va., Galax, Oakland School
Va., Montgomery County, Price's Fork School

**Insulpave**

Calif., University of California Stadium
Mich., Trenton, Slocum-Truax High School
N. Y., Canton, St. Lawrence University

20091207

WR GRACE PIQ 60269-0079

1  Steven Kazan, Esq. (C.S.B. #46855)
   KAZAN, McCLAIN, ABRAMS, FERNANDEZ,
2    LYONS, FARRISE & GREENWOOD
   A Professional Law Corporation
3  171 Twelfth Street, Third Floor
   Oakland, California 94607
4  Telephone: (510) 465-7728

5  Attorneys for Claimant
   DOROTHY BURROUGHS

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF DELAWARE

10

11 In Re:                          Chapter 11

12 W.R. GRACE & CO., et al.,        Case No. 01-01139 (JKF)

13        Debtors.

                                    CLAIMANT'S RESPONSES AND
14                                  OBJECTIONS TO W.R. GRACE ASBESTOS
                                    PERSONAL INJURY QUESTIONNAIRE
15

16

17      Claimant,                    by and through her attorneys of record, KAZAN,

18 McCLAIN, ABRAMS, FERNANDEZ, LYONS, FARRISE & GREENWOOD, hereby responds

19 with supplemental information and objections to W.R. GRACE & CO.'s Asbestos Personal Injury

20 Questionnaire:

21 **PART II. 2:**

22      The injured party,                    , was diagnosed with malignant

23 mesothelioma. Claimant's assertions of injury are based on the diagnosis of this disease, not upon

24 any lesser non-malignant asbestos-related pulmonary condition, and as such, claimant's counsel

25 has not reviewed or further investigated the information related to these conditions, and does not

26 provide responses to these inquiries. Claimant refers debtor to the medical records pertaining to

27 the injured party for additional information.

28 //

REDACTED

REDACTED

KAZAN, McCLAIN,
ABRAMS,
FERNANDEZ,
LYONS & FARRISE
A PROFESSIONAL
LAW CORPORATION
171 TWELFTH STREET
THIRD FLOOR
OAKLAND, CA 94607
(510)302-1000
(510)465-7728
FAX (510) 835-4913

1   <u>**PART II, 3 - 5:**</u>              **REDACTED**



2       The injured party,                  , was diagnosed with malignant

3   mesothelioma.  Claimant's assertions of injury are evidenced by the pathology report issued by a

4   physician certified in the field of pathology.  A pathological diagnosis of the disease is the

5   preferred, accepted standard of proof in any claims process.  Claimant's counsel has not reviewed

6   radiology or pulmonary function test records in preparing responses for this questionnaire as such

7   information is redundant.  Claimant's counsel contends that such a review would be overly

8   burdensome and require unfair and unnecessary expenditure of investigative time, preparation and

9   cost, and therefore declines to provide responses to this area of inquiry.  Claimant refers debtor to

10  the medical records pertaining to the injured party for additional information.

11  <u>**PART II/ 2, 4, 5, 6 & 7:**</u>

12      The injured party,    **REDACTED**    , was seen by numerous physicians for

13  mesothelioma.  Claimant presumes that all physicians were paid in the ordinary course by the

14  injured party/claimant(s), an insurance plan and/or government program; however such

15  information is not readily available.  Claimant contends that such a review would be overly

16  burdensome and require unfair and unnecessary expenditure of investigative time, preparation and

17  cost to substantiate a further response which would be of no use in any event.  Claimant refers

18  debtor to the interrogatory responses and medical records pertaining to the injured party for

19  additional information.

20  <u>**PART III:**</u>

21      Claimant contends that it is irrelevant whether the injured party was exposed to asbestos-

22  containing product manufactured or sold by W.R. Grace at more than one work site.  Exposure at

23  one such site is sufficient for purposes of a claim, and any additionally requested identification is

24  immaterial and irrelevant.  For purposes of this questionnaire, claimant's counsel has not reviewed

25  or further investigated information related to exposure at any additional work sites.  Claimant's

26  counsel contends that such a review would be overly burdensome and require unfair and

27  unnecessary expenditure of investigative time, preparation and cost.  Moreover, W.R. Grace's

28  liability to claimant is determined by California substantive tort law, which does not require any

KAZAN, MCCLAIN,
ABRAMS,
FERNANDEZ,
LYONS & FARRISE
A PROFESSIONAL
LAW CORPORATION
171 TWELFTH STREET
THIRD FLOOR
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913



1  exposure to a defendant's product or direct conduct. As pled in the underly;

2  claimant alleges that defendant W.R. Grace acted in concert with others and conspired to, inter

3  alia, suppress knowledge of the dangers of asbestos and the risks of exposure thereto, which is a

4  sufficient basis for the imposition of liability.

5  **PART V:**

6      Claimant declines to provide information responsive to this part on the grounds that it is

7  wholly irrelevant and immaterial to the claim made upon this debtor. Further, providing such

8  information is overly burdensome, is invasive of attorney-client and attorney work-product

9  privileges, and privacy rights. Claimant's counsel contends that to provide such information

10  would be overly burdensome and require unfair and unnecessary expenditure of investigative time,

11  preparation and cost.

12  **PART VI:**

13      Claimant's work history is thoroughly detailed in the provided "Joint Defense"

14  Interrogatories. Claimant declines to provide additional information responsive to this part with

15  respect to all other occupational work history of the injured party on the grounds that is wholly

16  irrelevant and immaterial to the claim made upon this debtor. Further, providing such information

17  is overly burdensome, is invasive of attorney-client and attorney work-product privileges, and

18  privacy rights. The injured party                    , worked for numerous employers,

19  all of which, except as provided, is irrelevant to the claim for injuries sustained as the result of

20  exposure to debtor's asbestos-containing products. Claimant's counsel contends that to provide

21  such information would be overly burdensome and require unfair and unnecessary expenditure of

22  investigative time, preparation and cost.

23  **PART VII, a, 4:**

24      Claimant declines to provide information responsive to this part on the grounds that is

25  wholly irrelevant and immaterial to the claim made upon this debtor. Further, providing such

26  information is overly burdensome, is invasive of attorney-client and attorney work-product

27  privileges, and privacy rights. Claimant's counsel contends that to provide such information

28  would be overly burdensome and require unfair and unnecessary expenditure of investigative time,

REDACTED

KAZAN, McCLAIN,
ABRAMS,
FERNANDEZ,
LYONS & FARRISE
A PROFESSIONAL
LAW CORPORATION
171 TWELFTH STREET
THIRD FLOOR
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913



1  preparation and cost.  Claimant's counsel refers debtor to the Alameda County

2  for this matter for the information requested.

3  **PART VII, a, 6:**

4      Claimant declines to respond to provide information responsive to this part on the grounds

5  that the information sought is irrelevant and immaterial to the claim made upon this debtor.  The

6  questionnaire seeks information relating to plaintiffs' settlements with entities that are no longer a

7  party to claimant's action.  The responses to these questions are protected by the right of privacy

8  under *Hinshaw, Winkler, Draa, Marsh & Still v. Superior Court* (1996) 51 Cal.App. 4th 233.

9  Further, providing such information would on its face be a violation of binding confidentiality

10 agreement(s), is overly burdensome, is invasive of attorney-client, settlement and attorney work-

11 product privileges, and an invasion of privacy rights.

12 **PART VII, b, 2 - 7:**

13      · Claimant has responded to sub-part (1) only.  Claimant declines to respond to sub-parts (2)

14 through (7) on the grounds that the information sought is irrelevant and immaterial to the claim

15 made upon this debtor.  Further, providing such information is overly burdensome, is invasive of

16 attorney-client, settlement and attorney work-product privileges, and an invasion of privacy rights.

17 **PART IX:**

18      Claimant has provided the caption pages for all deposition transcripts taken of testimony

19 given by plaintiffs in either the personal injury or wrongful death actions.  Claimant has not

20 provided full transcripts pursuant to the standard custom, practice and policy in California State

21 Court litigation, which prohibit parties from circulating or otherwise reproducing official

22 deposition transcripts, the contents of which are the property of the Certified Court Reporter

23 identified in the caption page, from whom copies may be purchased.

24 //

25 //

26 //

27 //

28 //

KAZAN, MCCLAIN,
ABRAMS,
FERNANDEZ,
LYONS & FARRISE
A PROFESSIONAL
LAW CORPORATION
171 TWELFTH STREET
THIRD FLOOR
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

CLAIMANT'S RESPONSES AND OBJECTIONS TO W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

**PART X:**

Only claimant's counsel has signed this questionnaire, as he is autho[...] of claimant. The process of obtaining claimant signatures for this questionnaire is impractical, unnecessary, overly time consuming and burdensome.

DATED:  July 10 _____, 2006          KAZAN, McCLAIN, ABRAMS, FERNANDEZ,
                                     LYONS, FARRISE & GREENWOOD
                                     A Professional Law Corporation


                                     By _____
                                         Steven Kazan

                                     Attorneys for Claimants

KAZAN, McCLAIN,
ABRAMS,
FERNANDEZ,
LYONS & FARRISE
A PROFESSIONAL
LAW CORPORATION
171 TWELFTH STREET
THIRD FLOOR
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

# KAZAN, McCLAIN, ABRAMS, FERNAND[
# LYONS, FARRISE & GREENWOOD

*A Professional Law Corporation*

WR GRACE PIQ 60269-0084

Steven Kazan
David M. McClain
Denise Abrams
Francis E. Fernandez
Dianna Lyons
Simona A. Farrise, LL.M
Gordon D. Greenwood

171 Twelfth Street, Third Floor
Oakland, California 94607
(510) 302-1000 • (510) 465-7728
FAX: (510) 835-4913
e-mail: postmaster@kazanlaw.com
www.kazanlaw.com

Of Counsel
Frances C. Schreiberg
Terry N. Gross
James L. Oberman*

Andrea Huston
Petra DeJesus
Catosha Woods
Ian A. Rivamonte
Autumn A. Mesa
Matthew L. Thiel
Barbra Ferre
Justin A. Bosl

July 11, 2006

***Via FedEx Overnight Mail***

Rust Consulting, Inc.
Claims Processing Agent
Re: W.R. Grace & Co. Bankruptcy
201 S. Lyndale Avenue
Faribault, MN  55021

Re:    **W.R. Grace & Co Asbestos Personal Injury Questionnaires**

Dear Sir or Madam:

As it is our understanding that we may submit our questionnaires in electronic form (on a CD with the pages scanned in .pdf format), enclosed please find a CD with completed questionnaires and supporting documentation in .pdf format, as well as supporting documentation for those cases which questionnaires are not provided for as explained below.  If you experience any difficulty in opening any of the documents, please contact me immediately.  A hard copy of these items is also being sent via US Mail.

Included also on the CD and enclosed are copies of Claimant's Responses and Objections to W.r. Grace Asbestos Personal Injury Questionnaire.  The originals are included with the hard copy that is being mailed.

Our office received 31 questionnaires to be completed.  Of these 31 cases, only eight remain active cases with our law firm.  Enclosed please find completed personal injury questionnaires for those eight:  Abbott, Michael; Anetsky, Lawrence; Barrera, Jesus; Favorito, Jospeh; Jeffrey, Frank; McNally, Patricia; and Reich, Julius.

W.R. Grace was dismissed from the following 10 cases:  Blank, William (Ex. 1); Brady, Joy (Ex. 2); Carboni, Achille (Ex. 3); Anderson, Kathleen (Curtis, Kenneth) (Ex. 4); Harris, Lois (Harris, Jessie) (Ex. 5); Kaiser, Robert (Ex. 6); McIntyre, Glenn (Ex. 7); Plocher, Wilda (Ex. 8); Rich, Joyce (Rich, George) (Ex. 9); Robertson, Jr., Lemuel (Ex. 10); Thomas, James (Ex. 11); Thorson, Harry (Ex. 12); and Wahab, Howard (Ex. 13). A copy of each dismissal or register of Actions from the Alameda County Superior Court website (Domainweb) http://apps.alameda.courts.ca.gov, is attached as the indicated exhibit. Questionnaires are not submitted for these cases.

REDACTED

DMAVROGIANIS/282384.1

*Certified Appellate Specialist, The State Bar of California Board of Legal Specialization



WR GRACE PIQ  60269-0086

Rust Consulting, Inc.
July 11, 2006
Page 2

The following cases have been referred to other counsel: Alger, John (Ex. 14); Correa, Herman (Ex. 15); Dudy, John (Ex. 16); Lynch, John (Ex. 17); Michels, William (Ex. 18); and Oross, Adeline (Ex. 19).   Substitution of Attorney pleadings are attached. Questionnaires are not submitted for these cases.

The following cases have settled with W.R. Grace:  Mountain, Jacqueline (Ex. 20); and Perkins, Robert (Ex. 21).  Questionnaires are not submitted for these cases.

We withdrew as counsel for the Bruce Geer case.   Copy of Order attached (Ex. 22).

The Linda Seiler case was referred to our offices.  The referring office will be submitting the questionnaire.

If you should have any questions regarding the above, please do not hesitate to contact me.

Very truly yours,

Donna Mavrogianis
Settlements Administrator

/dm
Enclosures



ER ENCLOS
39.32 POSTAL MANUAL

WR GRACE PIQ    60269-0086

KAZAN, McCLAIN, ABRAMS, FERNANDEZ,
LYONS, FARRISE & GREENWOOD

A Professional Law Corporation
171 Twelfth Street, Third Floor
Oakland, California 94607
(510) 302-1000 • (510) 465-7728

TO:

Rust Consulting, Inc.
Claims Processing Agent
Re: W.R. Grace & Co. Bankruptcy
201 S. Lyndale Avenue
Faribault, MN  55021

RECEIVED JUL 14 2006

Return Postage Guaranteed

WR GRACE PIQ 015262-0001

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

WR GRACE PIQ 015262-0002

[THIS PAGE INTENTIONALLY LEFT BLANK.]



WR GRACE PIQ 015262-0003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

YOU HAVE RECEIVED THIS QUESTIONNAIRE BECAUSE GRACE BELIEVES THAT YOU HAD SUED ONE OR MORE OF THE DEBTORS LISTED IN APPENDIX A ATTACHED TO THIS QUESTIONNAIRE BEFORE GRACE FILED FOR BANKRUPTCY ON APRIL 2, 2001 FOR AN ASBESTOS-RELATED PERSONAL INJURY OR WRONGFUL DEATH CLAIM, AND THAT CLAIM WAS NOT FULLY RESOLVED.

IF YOU HAVE SUCH A CLAIM, YOU MUST COMPLETE AND SUBMIT THIS QUESTIONNAIRE BY JANUARY 12, 2006 TO RUST CONSULTING, INC., THE CLAIMS PROCESSING AGENT, AT ONE OF THE FOLLOWING ADDRESSES:

<table>
<tr><td><u>IF SENT BY U.S. MAIL</u></td><td>IF SENT BY FEDERAL EXPRESS, UNITED PARCEL SERVICE, OR A SIMILAR HAND DELIVERY SERVICE</td></tr>
<tr><td>RUST CONSULTING, INC.<br>CLAIMS PROCESSING AGENT<br>RE: W.R. GRACE & CO. BANKRUPTCY<br>P.O. BOX 1620<br>FARIBAULT, MN  55021</td><td>RUST CONSULTING, INC.<br>CLAIMS PROCESSING AGENT<br>RE: W.R. GRACE & CO. BANKRUPTCY<br>201 S. LYNDALE AVE.<br>FARIBAULT, MN  55021</td></tr>
</table>

A QUESTIONNAIRE (AND ANY AMENDMENTS OR ADDITIONAL DOCUMENTS IN SUPPORT OF THE QUESTIONNAIRE) WILL <u>NOT</u> BE CONSIDERED UNLESS RECEIVED BY RUST CONSULTING, INC. BY JANUARY 12, 2006.

THIS QUESTIONNAIRE IS AN OFFICIAL DOCUMENT APPROVED BY THE COURT IN CONNECTION WITH ESTIMATING GRACE'S ASBESTOS-RELATED PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AS A WHOLE. THE QUESTIONNAIRE IS BEING USED BY W. R. GRACE AS A MEANS TO SEEK INFORMATION ABOUT YOUR ASBESTOS CLAIM. BY TIMELY RETURNING THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE, GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION.

THE COURT HAS ORDERED THAT, AS PART OF THE DISCOVERY PROCESS, ALL HOLDERS OF PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS MUST COMPLETE AND RETURN THIS QUESTIONNAIRE. THUS, FAILURE TO TIMELY RETURN THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE MAY RESULT IN SANCTIONS AND/OR OTHER RELIEF AVAILABLE UNDER APPLICABLE FEDERAL RULES.

BECAUSE YOUR CLAIM WILL BE EVALUATED IN ACCORDANCE WITH THE TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION, COMPLETION OF THIS QUESTIONNAIRE DOES <u>NOT</u> MEAN THAT YOUR CLAIM WILL EITHER BE ALLOWED OR PAID. TO THE EXTENT YOU ATTACH TO THIS QUESTIONNAIRE DOCUMENTS ALSO NEEDED BY THE TRUST TO PROCESS YOUR CLAIM, SUCH DOCUMENTS WILL BE PROVIDED TO THE TRUST AND YOU WILL NOT NEED TO RESUBMIT THEM.

WR GRACE PIQ 015262-0004

## INSTRUCTIONS

A. GENERAL

1. This Questionnaire refers to any lawsuit that you filed before April 2, 2001 for an "asbestos-related personal injury or wrongful death claim." This term is intended to cover any lawsuit alleging any claim for personal injuries or damages that relates to: (a) exposure to any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors (or any of their respective past or present affiliates, or any of the predecessors of any of the Debtors or any of their respective past or present affiliates), or (b) exposure to vermiculite mined, milled or processed by the Debtors (or any of their respective past or present affiliates, any of the predecessors of any of the Debtors or any of their predecessors' respective past or present affiliates). It includes claims in the nature of or sounding in tort, or under contract, warranty, guarantee, contribution, joint and several liability, subrogation, reimbursement, or indemnity, or any other theory of law or equity, or admiralty for, relating to, or arising out of, resulting from, or attributable to, directly or indirectly, death, bodily injury, sickness, disease, or other personal injuries or other damages caused, or allegedly caused, directly or indirectly, and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors. It includes all such claims, debts, obligations or liabilities for compensatory damages such as loss of consortium, personal or bodily injury (whether physical, emotional or otherwise), wrongful death, survivorship, proximate, consequential, general, special, and punitive damages.

2. Your Questionnaire will be deemed filed only when it has been received by Rust Consulting Inc., the Claims Processing Agent, via U.S. Mail, Federal Express, United Parcel Service or a similar hand delivery service. A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will not be accepted and will not be deemed filed.

   Do not send any Questionnaire to the Debtors, counsel for the Debtors, the Future Claimants Representative, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel. Questionnaires that are filed with or sent to anyone other than Rust Consulting, Inc. will be deemed not to have been submitted, and such Questionnaires will not be considered.

3. Your completed Questionnaire must (i) be written in English, and (ii) attach relevant supporting materials as instructed further below.

4. All holders of claims described on page i (and as described in further detail in Instruction A (1) above) are required to file this Questionnaire by Jan. 12, 2006. Your Questionnaire will be used in connection with the estimation hearing to be conducted by the Court pursuant to the Estimation Procedures Order (a copy of which is attached as Appendix B).

5. Any subsequent amendment to the Questionnaire will not be considered for any purpose unless received by Jan. 12, 2006.

B. PART I -- Identity of Injured Person and Legal Counsel

Respond to all applicable questions. If you are represented by a lawyer, then in Part I (b), please provide your lawyer's name and the name, telephone number and address of his/her firm. If you are represented by a lawyer, he/she must assist in the completion of this Questionnaire. Also, if you would prefer that the Debtors send any additional materials only to your lawyer, instead of sending such materials to you, then check the box indicating this in Part I (b).

All references to "you" or the like in Parts I through X shall mean the injured person. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete this Questionnaire.

C. PART II -- Asbestos-Related Condition(s)

Please indicate all asbestos-related medical conditions for which you have been diagnosed. To complete questions related to injuries, medical diagnoses, and/or conditions, please use the following categories of customarily diagnosed conditions:

- Mesothelioma
- Asbestos-Related Lung Cancer
- Other Cancer (colon, laryngeal, esophageal, pharyngeal, or stomach)
- Clinically Severe Asbestosis
- Asbestosis
- Other Asbestos Disease

If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

Supporting Documents for Diagnosis: This Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that support or conflict with your diagnosis.

X-rays and B-reads: Please attach all x-ray readings and reports. You may, but are not required to, attach chest x-rays. The court, however, has ruled that Grace may seek access to chest x-rays upon request.

Pulmonary Function Tests: Please attach all pulmonary function test results, including the actual raw data and all spirometric tracings, on which the results are based.

ii

WR GRACE PIQ 016262-0005

## D. PART III -- Direct Exposure to Grace Asbestos-Containing Products

In Part III, please provide the requested information for the job and site at which you were exposed to Grace asbestos-containing products. Indicate the dates of exposure to each Grace asbestos-containing product. If your exposure was a result of your employment, use the list of occupation and industry codes below to indicate your occupation and the industry in which you worked at each site. If you allege exposure to Grace asbestos-containing products at multiple sites, the Court has ordered that you must complete a separate Part III for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

Attach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the disease.

### Occupation Codes

| | |
|---|---|
| 01. Air conditioning and heating installer/maintenance | 31. Iron worker |
| 02. Asbestos miner | 32. Joiner |
| 03. Asbestos plant worker/asbestos manufacturing worker | 33. Laborer |
| 04. Asbestos removal/abatement | 34. Longshoreman |
| 05. Asbestos sprayer/spray gun mechanic | 35. Machinist/machine operator |
| 06. Assembly line/factory/plant worker | 36. Millwright/mill worker |
| 07. Auto mechanic/bodywork/brake repairman | 37. Mixer/bagger |
| 08. Boilermaker | 38. Non-asbestos miner |
| 09. Boiler repairman | 39. Non-occupational/residential |
| 10. Boiler worker/cleaner/inspector/engineer/installer | 40. Painter |
| 11. Building maintenance/building superintendent | 41. Pipefitter |
| 12. Brake manufacturer/installer | 42. Plasterer |
| 13. Brick mason/layer/hod carrier | 43. Plumber - install/repair |
| 14. Burner operator | 44. Power plant operator |
| 15. Carpenter/woodworker/cabinetmaker | 45. Professional (e.g., accountant, architect, physician) |
| 16. Chipper | 46. Railroad worker/carman/brakeman/machinist/conductor |
| 17. Clerical/office worker | 47. Refinery worker |
| 18. Construction - general | 48. Remover/installer of gaskets |
| 19. Custodian/janitor in office/residential building | 49. Rigger/stevedore/seaman |
| 20. Custodian/janitor in plant/manufacturing facility | 50. Rubber/tire worker |
| 21. Electrician/inspector/worker | 51. Sandblaster |
| 22. Engineer | 52. Sheet metal worker/sheet metal mechanic |
| 23. Firefighter | 53. Shipfitter/shipwright/ship builder |
| 24. Fireman | 54. Shipyard worker (md. repair, maintenance) |
| 25. Flooring installer/tile installer/tile mechanic | 55. Steamfitter |
| 26. Foundry worker | 56. Steelworker |
| 27. Furnace worker/repairman/installer | 57. Warehouse worker |
| 28. Glass worker | 58. Welder/blacksmith |
| 29. Heavy equipment operator (includes truck, forklift, & crane) | 59. Other |
| 30. Insulator | |

### Industry Codes

| | |
|---|---|
| 001. Asbestos abatement/removal | 109. Petrochemical |
| 002. Aerospace/aviation | 110. Railroad |
| 100. Asbestos mining | 111. Shipyard-construction/repair |
| 101. Automotive | 112. Textile |
| 102. Chemical | 113. Tire/rubber |
| 103. Construction trades | 114. U.S. Navy |
| 104. Iron/steel | 115. Utilities |
| 105. Longshore | 116. Grace asbestos manufacture or milling |
| 106. Maritime | 117. Non-Grace asbestos manufacture or milling |
| 107. Military (other than U.S. Navy) | 118. Other |
| 108. Non-asbestos products manufacturing | |

WR GRACE PIQ 016262-0006

**E.  PART IV – Indirect Exposure to Grace Asbestos-Containing Products**
In Part IV, please provide the information requested for any injury alleged to have been caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person.  If you allege exposure through contact/proximity with multiple injured persons, please complete a separate Part IV for each injured person.  For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.

**F.  PART V – Exposure to Non-Grace Asbestos-Containing Products**
In Part V, please provide the requested information for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products <u>other than</u> Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate Part V for each party.  If exposure was in connection with your employment, use the list of occupation and industry codes in Part III to indicate your occupation and the industry in which you worked.  For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

**G.  PART VI -- Employment History**
In Part VI, please provide the information requested for each industrial job you have held, other than jobs already listed in Parts III or V.  Use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked for each job.  Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**H.  PART VII – Litigation and Claims Regarding Asbestos and/or Silica**
In Part VII, please describe any lawsuits and/or claims that were filed by you or on your behalf regarding asbestos or silica.

**I.  PART VIII – Claims by Dependents or Related Persons**
Part VIII is to be completed only by dependents or related persons (such as spouse or child) of an injured person who sued the Debtors before April 2, 2001 for an asbestos-related personal injury or wrongful death claim against Grace <u>not</u> involving physical injury to him-/herself on account of his/her own exposure.  One example of such a claim would be a claim for loss of consortium.  If you are asserting such a claim, complete the entire Questionnaire, providing all information and documentation regarding the injured person.

**J.  PART IX -- Supporting Documentation**
In Part IX, please mark the boxes next to each type of document that you are submitting with this Questionnaire.  As indicated in the instructions to Parts II and III, this Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that (a) support or conflict with your diagnosis and/or (b) establish exposure to Grace asbestos-containing products as having a substantial causal role in the development of the medical diagnoses, and/or conditions claimed.  Original documents provided to Grace will be returned within a reasonable time after its professionals and experts have reviewed the documents.

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation.  Please indicate the documents for which you are seeking reimbursement and attach a receipt for such cost.

**K.  PART X -- Attestation that Information is True, Accurate and Complete**
By signing Part X, you, the injured person, are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Questionnaire is true, accurate and complete.  If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete and sign Part X on behalf of the injured person.

The legal representative of the injured person must complete and sign Part X where indicated.

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

**WR GRACE PIQ 015262-0007**

### GENERAL INFORMATION

**REDACTED**

1. Name of Claimant: _____    2. Gender: [X] Male [ ] Female

   First          MI          Last

3. Race (for purposes of evaluating Pulmonary Function Test results): .................. [ ] White/Caucasian

   [ ] African American

   [ ] Other

4. Last Four Digits of Social Security Number: _____    5. Birth Date: _____

6. Mailing Address: _____

   Address          City          State/Province          Zip/Postal Code

7. Daytime Telephone Number: ................................................ ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

### LAWYER'S NAME AND FIRM

1. Name of Lawyer: **Michelle Norton**

2. Name of Law Firm With Which Lawyer is Affiliated: **Waters & Kraus LLP**

3. Mailing Address of Firm: **3219 McKinney Ave. Dallas TX 75204**

   Address          City          State/Province          Zip/Postal Code

4. Law Firm's Telephone Number or Lawyer's Direct Line: .................. ( **214** ) **357-6244**

   [X] Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? ................................................ [ ] Living [ ] Deceased

   If deceased, date of death: ____ / ____ / ____

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:

   Primary Cause of Death (as stated in the Death Certificate): _____

   Contributing Cause of Death (as stated in the Death Certificate): _____

### PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged:

   [ ] Asbestos-Related Lung Cancer          [ ] Mesothelioma

   [ ] Asbestosis          [ ] Other Cancer (cancer not related to lung cancer or mesothelioma)

   [ ] Other Asbestos Disease          [ ] Clinically Severe Asbestosis

   a. **Mesothelioma**: If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

   [ ] diagnosis from a pathologist certified by the American Board of Pathology

   [ ] diagnosis from a second pathologist certified by the American Board of Pathology

   [ ] diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

   [ ] other (please specify): _____

1

**REC'D JUL 1 1 2006**

REDACTED

PART II: ASBESTOS-RELATED CONDITION(S) (Continued)    WR GRACE PIQ 016282-0008

b. **Asbestos-Related Lung Cancer:** If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

☐ other (please specify): _____

c. **Other Cancer:**

(i) If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon    ☐ pharyngeal    ☐ esophageal    ☐ laryngeal    ☐ stomach cancer

☐ other, please specify: _____

(ii) Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

☐ other (please specify): _____

2

PART II:  ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE PIQ 015282-0009

d.  **Clinically Severe Asbestosis:**  If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine .

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

e.  **Asbestosis:**  If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

3

PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE PIQ 015282-0010

f.  **Other Asbestos Disease:**  If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ diagnosis determined by pathology

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs of Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs of Pneumoconioses* (2000)

☐ a chest x-ray reading  other than those described above

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing: Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a pulmonary function test other than that discussed above

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐ a CT Scan or similar testing

☐ a diagnosis other than those above

☐ other (please specify): _____

[REMAINDER OF PAGE INTENTIONALLY BLANK]

4

PART II:  ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE PIQ 015282-0011

2.  **Information Regarding Diagnosis**

Date of Diagnosis: ................................................................ __ __ / __ __ / __ __ __ __

Diagnosing Doctor's Name:  _____

Diagnosing Doctor's Specialty: _____

Diagnosing Doctor's Mailing Address: _____
Address

City                                          State/Province                          Zip/Postal Code

Diagnosing Doctor's Daytime Telephone Number: ..................................... ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the diagnosing doctor, check all applicable boxes:**

Was the diagnosing doctor your personal physician? ..............................................................☐ Yes  ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? ......................☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? ..........☐ Yes  ☐ No

Was the diagnosing doctor referred to you by counsel? ..........................................................☐ Yes  ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel? ......................☐ Yes  ☐ No

*If yes, please explain:* _____

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis? ..........................................................☐ Yes  ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis? ..........................................................☐ Yes  ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? ..........................................................☐ Yes  ☐ No

Did the diagnosing doctor perform a physical examination? ..........................................................☐ Yes  ☐ No

Do you currently use tobacco products? ..........................................................☐ Yes  ☐ No

Have you ever used tobacco products? ..........................................................☐ Yes  ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

☐  Cigarettes          Packs Per Day (half pack = .5) _____     Start Year __ __ __ __  End Year __ __ __ __

☐  Cigars               Cigars Per Day _____               Start Year __ __ __ __  End Year __ __ __ __

☐  If Other Tobacco Products, please specify (e.g., chewing tobacco): _____
                        Amount Per Day _____             Start Year __ __ __ __  End Year __ __ __ __

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? ..................☐ Yes  ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

_____

3.  **Information Regarding Chest X-Ray**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐  Mobile laboratory  ☐ Job site  ☐ Union Hall  ☐ Doctor office  ☐ Hospital  ☐ Other: _____

Address where chest x-ray taken: _____
Address

City                                          State/Province                          Zip/Postal Code

5

PART II:  ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE PIQ 015262-0012

4.  **Information Regarding Chest X-Ray Reading**

Date of Reading:  __ __ / __ __ / __ __ __ __                 ILO score: _____

Name of Reader: _____

Reader's Daytime Telephone Number: .......................................... ( __ __ __ ) __ __ __ - __ __ __ __

Reader's Mailing Address: _____
Address

_____
City                                          State/Province                          Zip/Postal Code

With respect to your relationship to the reader, check all applicable boxes:

Was the reader paid for the services that he/she performed ................................................ ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the reader? ................ ☐ Yes  ☐ No

Was the reader referred to you by counsel? ........................................................................ ☐ Yes  ☐ No

Are you aware of any relationship between the reader and your legal counsel? ........................ ☐ Yes  ☐ No

*If yes, please explain:* _____

Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?

........................................................................................................................................ ☐ Yes  ☐ No

*If the reader is not a certified B-reader, please describe the reader's occupation,  specialty, and the method through which the reading was made:* _____

5.  **Information Regarding Pulmonary Function Test:** .......................... Date of Test: __ __ / __ __ / __ __ __ __

List your height in feet and inches when test given: .................................................. _____ ft _____ inches

List your weight in pounds when test given: ........................................................................... _____ lbs

Total Lung Capacity (TLC): ...................................................................................... _____ % of predicted

Forced Vital Capacity (FVC): .................................................................................... _____ % of predicted

FEV1/FVC Ratio: ..................................................................................................... _____ % of predicted

Name of Doctor Performing Test (if applicable): _____

Doctor's Specialty: _____

Name of Clinician Performing Test (if applicable): _____

Testing Doctor or Clinician's Mailing Address: _____
Address

_____
City                                          State/Province                          Zip/Postal Code

Testing Doctor or Clinician's Daytime Telephone Number: .......................... ( __ __ __ ) __ __ __ - __ __ __ __

Name of Doctor Interpreting Test: _____

Doctor's Specialty: _____

Interpreting Doctor's Mailing Address: _____
Address

_____
City                                          State/Province                          Zip/Postal Code

Interpreting Doctor's Daytime Telephone Number: .......................... ( __ __ __ ) __ __ __ - __ __ __ __

6

**PART II:  ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE PIQ 016262-0013

With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:

If the test was performed by a doctor, *was the doctor your personal physician?*........................................ ☐ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? .............................. ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician? .. ☐ Yes ☐ No

Was the testing doctor or clinician referred to you by counsel? ............................................................. ☐ Yes ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ........... ☐ Yes ☐ No

*If yes, please explain:* _____

Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?............................................................................... ☐ Yes ☐ No

With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:

Was the doctor your personal physician? ........................................................................................ ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed?............................................................. ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ............................ ☐ Yes ☐ No

Was the doctor referred to you by counsel?..................................................................................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ................................... ☐ Yes ☐ No

*If yes, please explain* _____

Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?.............................. ☐ Yes ☐ No

6.  Information Regarding Pathology Reports:

Date of Pathology Report:.................................................................. __ __ / __ __ / __ __ __ __

Findings: _____

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____
Address

City                                                          State/Province                        Zip/Postal Code

Doctor's Daytime Telephone Number: ............................................... ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

Was the doctor your personal physician? ........................................................................................ ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed?............................................................. ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ............................ ☐ Yes ☐ No

Was the doctor referred to you by counsel? ..................................................................................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ................................... ☐ Yes ☐ No

*If yes, please explain:* _____

Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?

....................................................................................................................................... ☐ Yes ☐ No

PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE PIQ 015262-0014

7.  With respect to the condition alleged, have you received medical treatment from a doctor for the condition?
................................................................................................................................☐ Yes  ☐ No

*If yes, please complete the following:*

Name of Treating Doctor: _____

Treating Doctor's Specialty: _____

Treating Doctor's Mailing Address: _____
                                                            Address

City                                    State/Province                        Zip/Postal Code

Treating Doctor's Daytime Telephone number: ..................................... ( __ __ __ ) __ __ __ - __ __ __ __

Was the doctor paid for the services that he/she performed? ................................................☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ..................☐ Yes  ☐ No


[REMAINDER OF PAGE INTENTIONALLY BLANK]

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site in which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a)  A worker who personally mixed Grace asbestos-containing products

(b)  A worker who personally removed or cut Grace asbestos-containing products

(c)  A worker who personally installed Grace asbestos-containing products

(d)  A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e)  A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f)  If other, please specify.

Site of Exposure:

Site Name: _____

Location: _____

Site Type: ☐ Residence  ☐ Business    Site Owner: _____

Employer During Exposure: _____

Unions of which you were a member during your employment: _____

| Job Description | Product(s) If Business Installed Mixed, or Cut, Grace Product(s) | Dates of Exposure (Approx.) Month/Day/Year | Occupation Codes | Industry Codes | Nature of Exposure (please work the letter(s) from above that corresponds to the exposure(s)) | Nature of Exposure |
|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| Job 4 Description: | | | | | | |
| Job 5 Description: | | | | | | |
| Job 6 Description: | | | | | | |

WR GRACE PIQ 015262-0016

9