## PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

WR GRACE PIQ 015262-0018

1.  Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person? ........................................................................................................☐ Yes ☐ No

    *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2.  Please indicate the following information regarding the other injured person:

    Name of Other Injured Person: _____ Gender: ☐ Male ☐ Female

    Last Four Digits of Social Security Number: __ __ __ __        Birth Date: __ __ / __ __ / __ __ __ __

3.  What is your Relationship to Other Injured Person: ......................................☐ Spouse ☐ Child ☐ Other

4.  Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:

    _____

5.  Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:

    From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

6.  Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:

    _____

7.  Has the Other Injured Person filed a lawsuit related to his/her exposure? ..........................................☐ Yes ☐ No

    *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

    Caption: _____

    Case Number: _____ File Date: __ __ / __ __ / __ __ __ __

    Court Name: _____

8.  Nature of Your Own Exposure to Grace Asbestos-Containing Product:

    _____

9.  Dates of Your Own Exposure to Grace Asbestos-Containing Product:

    From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:

    _____


[REMAINDER OF PAGE INTENTIONALLY BLANK]

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker who personally removed or cut by others
(e) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.



WR GRACE PIQ 016262-0017

Party Against which Lawsuit or Claim was Filed:

Site of Exposure 1
Site Name:
Address:
City and State:
Site Owner:

Site of Exposure 2
Site Name:
Address:
City and State:
Site Owner:

Site of Exposure 3
Site Name:
Address:
City and Shinc:
Site Owner:

Job 1 Description:
Job 2 Description:
Job 3 Description:

11

# PART VI: EMPLOYMENT HISTORY



WR GRACE PIQ 015262-0018

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

Occupation Code: _____    If Code 59, specify: _____

Industry Code: _____    If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __        End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
                    Address

City                                    State/Province                    Zip/Postal Code

Occupation Code: _____    If Code 59, specify: _____

Industry Code: _____    If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __        End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
                    Address

City                                    State/Province                    Zip/Postal Code

Occupation Code: _____    If Code 59, specify: _____

Industry Code: _____    If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __        End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
                    Address

City                                    State/Province                    Zip/Postal Code

Occupation Code: _____    If Code 59, specify: _____

Industry Code: _____    If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __        End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
                    Address

City                                    State/Province                    Zip/Postal Code

12

PART VII:  LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR



WR GRACE PIQ 016262-0019

## LITIGATION

1.  Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?........................................ ☐ Yes ☐ No

    *If yes, please complete the rest of this Part VII(a) for each lawsuit.  For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2.  Please provide the caption, case number, file date, and court name for the lawsuit you filed:

    Caption: _____

    Case Number: _____    File Date: __ __ / __ __ / __ __ __ __ _ _

    Court Name: _____

3.  Was Grace a defendant in the lawsuit? ............................................................................................... ☐ Yes ☐ No

4.  Was the lawsuit dismissed against any defendant? ........................................................................... ☐ Yes ☐ No

    *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*

    _____

    _____

5.  Has a judgment or verdict been entered?.............................................................................................. ☐ Yes ☐ No

    *If yes, please indicate verdict amount for each defendant(s):* _____

6.  Was a settlement agreement reached in this lawsuit? ........................................................................ ☐ Yes ☐ No

    *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

    a.   Settlement amount for each defendant: _____

    b.   Applicable defendants:_____

    c.   Disease or condition alleged: _____

    d.   Disease or condition settled (if different than disease or condition alleged):_____

7.  Were you deposed in this lawsuit? .................................................................................................... ☐ Yes ☐ No

    *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

## CLAIMS

1.  Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? ........................................................... ☐ Yes ☐ No

    *If yes, please complete the rest of this Part VII(b).  If no, please skip to Part VIII.*

2.  Date the claim was submitted:....................................................................................... __ __ / __ __ / __ __ __ __

3.  Person or entity against whom the claim was submitted:_____

4.  Description of claim: _____

5.  Was claim settled? ............................................................................................................................. ☐ Yes ☐ No

6.  Please indicate settlement amount: _____ $_____

7.  Was the claim dismissed or otherwise disallowed or not honored? ................................................... ☐ Yes ☐ No

    *If yes, provide the basis for dismissal of the claim:* _____

WR GRACE PIQ 015262-0020

## PART VIII: CLAIMS BY DEPENDENTS OR RELATED PERSONS

Name of Dependent or Related Person: _____    Gender: ☐ Male ☐ Female

Last Four Digits of Social Security Number: __ __ __ __    Birth Date: __ __ / __ __ / __ __ __ __

Financially Dependent: .................................................................................................☐ Yes ☐ No

Relationship to Injured Party: ☐ Spouse ☐ Child ☐ Other If other, please specify _____

Mailing Address: _____
      Address

_____
City                               State/Province                 Zip/Postal Code

Daytime Telephone number: .................................................... ( __ __ __ ) __ __ __ - __ __ __ __

## PART IX: SUPPORTING DOCUMENTATION

Please use the checklists below to indicate which documents you are submitting with this form.

**Copies:**

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products
☐ Supporting documentation of other asbestos exposure

☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Depositions from lawsuits indicated in Part VII of this Questionnaire
☐ Death Certification

**Originals:**

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products

☐ Supporting documentation of other asbestos exposure
☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

_____

## PART X: ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE

The information provided in this Questionnaire must be accurate and truthful. This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim. The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 & 3571. TO BE COMPLETED BY THE INJURED PERSON.

I swear, <u>under penalty of perjury</u>, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete.

Signature: _____    Date: 12 / 17 / 05

Please Print Name: __    **REDACTED**

TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: _Michelle M_____    Date: 12 / 28 / 2005

Please Print Name: _Michelle Novian_____

14

# REDACTED

## SETTLEMENT INFORMATION

WR GRACE PIQ 015282-0021

Claimant Name: .                                    Last Four Digits of SSN:

The following is a list of Defendants in which settlements have been reached in the above referenced case.

Halliburton

Total received or expected to be received to date $36,472.02

# HARVARD MEDICAL SCHOOL    ❧    MASSACHUSETTS GENERAL HOSPITA

EUGENE J. MARK, M. D.
*Pathologist*
*Associate Professor*
*Director of Autopsy Service*



Massachusetts General Hosph
Boston, Massachusetts 02114-2·
Office Telephone - (617) 726-85
Department Fax - (617) 726-74

WR GRACE PIQ 016262-0022

Your # OA-94-009 and others,
North Carolina

Patient:                    **REDACTED**

. My # GM 5516

27 September 1996

Ness, Motley, Loadholt, Richardson & Poole
151 Meeting Street, Suite 600
Charleston, SC 29402

Diagnosis: Lung, autopsy: Adenocarcinoma, bronchioloalveolar subtype, mucinous.

Dear Sirs:

I have reviewed approximately two hundred pages of medical records and reports pertaining to            . These come principally from Pitt County Memorial Hospital, Greenville, North Carolina. I have reviewed microscopically approximately fifteen glass slides, the most salient of which are six slides which represent lung tissue sampled at autopsy. Three slides of the lung at autopsy have been stained with hematoxylin and eosin, and the other three have been stained with prussian blue for iron.

Histopathologically, the lung contains an adenocarcinoma of bronchioloalveolar subtype with extensive mucus production. The malignant cells have large smudged hyperchromatic nuclei and voluminous vacuolar basophilic cytoplasm. The malignant cells line up parallel and tightly apposed one to another along alveolar walls. Abundant mucus occupies the majority of the malignant cells, whose nuclei rest basally. Abundant basophilic mucus fills and distends alveolar airspaces.

Histopathologically, the lung contains asbestos bodies, which are long and brown and beaded on the slides stained with hematoxylin and eosin and long and blue and beaded on the slides stained with prussian blue. The asbestos bodies lie singly and in groups of two and three. Some of the asbestos bodies lie in fibrous scar around blood vessels and others in mucus. The majority of the lung tissue is tumorous, and the asbestos bodies are present at a concentration of approximately two per square centimeter of tumor.

REDACTED

BMX 7489

Page.2
GM 5518


W.R GRACE PIQ 015262-0023

Histopathologically, a previous transbronchial biopsy shows the same adenocarcinoma of bronchioloalveolar subtype with extensive mucus production. The carcinoma cells fill lymphatics. An asbestos body is present in perivascular vascular scar in the biopsy. I have placed a circle with black ink upon the coverslip of the slide to identify the asbestos body.

Cytopathologically, bronchial washings contain mucus and inflammatory cells and are not diagnostic.

The patient developed persistent cough productive of white sputum of a few months duration in 1994 when he was 68 years old. He had a history of renal calculi and calcified pleural plaques secondary to exposure to asbestos. Radiographic studies of the chest showed multiple nodules in both lungs. Transbronchial biopsy and washings were obtained. A histological diagnosis of adenocarcinoma of possible bronchioloalveolar type was made. Chemotherapy was administered. The patient developed progressive respiratory distress and died approximately three months after initial histopathological diagnosis of malignancy. The cause of death was adenocarcinoma of lung according to the Certificate of Death in the State of North Carolina.

The patient smoked cigarettes for many years and had not smoked for approximately the last thirty years according to the medical records, according to a report of L. Christine Oliver, M.D. dated 5 June 1996, according to a report of Stephen H. Dikman, M.D. dated 24 June 1996, and according to a smoking history on a separate sheet of paper. The patient was exposed to asbestos for many years and many years previously according to the medical records, according to the report of Dr. Oliver, according to the report of Dr. Dikman, and according to a work history on a separate sheet of paper. Lung tissue was analyzed for asbestos, and the results indicated a low level occupational exposure to asbestos according to a report of Victor L. Roggli, M.D. dated 13 March 1995. The pathology indicated an exposure to asbestos of levels which are above background levels according to a report of Philip T. Cagle, M.D. dated 8 July 1996. Cigarette smoke and asbestos each can cause carcinoma of the lung including adenocarcinoma. Together, cigarette smoke and asbestos act in a synergistic manner to cause carcinoma of the lung.

Page 3
GM 5516



WR GRACE PIQ 016262-0024

I conclude that the patient developed an adenocarcinoma of the lung. I conclude that he inhaled asbestos. I conclude that the cigarette smoke which he reportedly inhaled and the asbestos which he inhaled together caused the adenocarcinoma of the lung. I conclude that the contribution of the cigarette smoke was less because he had not smoked for many years than if he had continued to smoke up until the clinical appearance of the carcinoma. I conclude that the adenocarcinoma spread within the lung and caused death.

The pathological materials and the majority of the medical records are hereby returned. Please return the slides when you have completed your need for them, so that they can become part of our permanent collection in pulmonary pathology for teaching and research.

Sincerely yours,

Eugene J. Mark, M.D.

EJM/emw

Enc.

Nov-04-96 06:45P The Hendler Law Firm    512-480-2209

WR GRACE PIQ 016262-0026

NORTH CAROLINA DEPARTMENT OF ENVIRONMENT, HEALTH, AND NATURAL RESOURCES
DIVISION OF EPIDEMIOLOGY — VITAL RECORDS SECTION

## CERTIFICATE OF DEATH

Registration
District No. 0740    Local No.

1049

**REDACTED** (left margin)    **REDACTED** (right margin)

| DECEDENT'S NAME (First, Middle, Last) | | | SEX M | DATE OF DEATH (Month, Day, Year) 9/21/94 |
|---|---|---|---|---|

**DECEDENT**

SOCIAL SECURITY NUMBER | AGE — Last Birthday (Years) 68 | UNDER 1 YEAR Months / Days | UNDER 1 DAY Hours / Minutes | DATE OF BIRTH (Month, Day, Year) | BIRTHPLACE (County and State)

WAS DECEDENT EVER IN U.S. ARMED FORCES (Yes or No) Yes

5a. PLACE OF DEATH (Check only one)
HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA    OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify)

FACILITY NAME (If not institution, give street and number) Pitt County Memorial Hospital | CITY, TOWN, OR LOCATION OF DEATH Greenville | INSIDE CITY LIMITS (Yes or No) | COUNTY OF DEATH Pitt

MARITAL STATUS—Married, Never Married, Widowed, Divorced (Specify) | SURVIVING SPOUSE (If wife, give maiden name) | DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life, do not use retired) Craftsman | KIND OF BUSINESS/INDUSTRY Textile Plant

RESIDENCE — STATE | COUNTY | CITY, TOWN, OR LOCATION | STREET AND NUMBER

INSIDE CITY LIMITS (Yes or No) Yes | ZIP CODE | Was Decedent of Hispanic Origin? (Specify No or Yes—If yes, specify Cuban, Mexican, Puerto Rican, etc.) ☐ No ☐ Yes (Specify) No | RACE — American Indian, Black, White, etc. (Specify) White | DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) 15 Years    College (13-17+)

**PARENTS**

FATHER'S NAME (First, Middle, Last) | MOTHER'S NAME (First, Middle, Maiden Surname)

**INFORMANT**

INFORMANT'S NAME (Type/Print) | MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code)

**CAUSE OF DEATH**

PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line.

IMMEDIATE CAUSE (Final disease or condition resulting in death) ——→ Adeno Carcinoma of lung

DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST.

DUE TO (OR AS A CONSEQUENCE OF):

DUE TO (OR AS A CONSEQUENCE OF):

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

AUTOPSY (Yes or No) | If yes, were findings considered in determining cause of death? | Was case referred to Medical Examiner? (Yes or No) | TIME OF DEATH

NOTICE: STATE LAW REQUIRES THAT ALL DEATHS DUE TO TRAUMA, ACCIDENT, HOMICIDE, SUICIDE, OR UNDER SUSPICIOUS, UNUSUAL, OR UNNATURAL CIRCUMSTANCES BE REPORTED TO, AND CERTIFIED BY A MEDICAL EXAMINER OR A MEDICAL EXAMINER'S CERTIFICATE OF DEATH, AND DEATHS FALLING INTO THESE CATEGORIES IS WITHIN THE MEDICAL EXAMINER'S JURISDICTION REGARDLESS OF THE LENGTH OF SURVIVAL FOLLOWING THE UNDERLYING INJURY.

**CERTIFIER**

SIGNATURE AND TITLE OF CERTIFIER J. Thomas Lee MD | J. Thomas Lee, MD | DATE SIGNED (Month, Day, Year) 9-21-94

NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH. ITEM 23 (Type or Print) J. Thomas Lee
620 S. Memorial Drive, Greenville NC 27834

**DISPOSITION**

METHOD OF DISPOSITION ☒ Burial ☐ Cremation ☐ Removal ☐ Donation ☐ Other | PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) Pinewood Mausoleum | LOCATION — City or Town, State, Zip Code Greenville, NC 27836

NAME AND ADDRESS OF FUNERAL HOME S.G. Wilkerson & Sons, Greenville, NC 27836 | SIGNATURE OF FUNERAL DIRECTOR Charles V. Wilkerson, III | LICENSE NUMBER 1975

REGISTRAR'S SIGNATURE Timothy Wood M.D. | DATE FILED (Month, Day, Year) SEP 23 1994 | SIGNATURE OF EMBALMER Charles V. Wilkerson, III | LICENSE NUMBER 1975

OSHM 1877 (Revised 7/92) VITAL RECORDS

---

NORTH CAROLINA: PITT COUNTY

I, Annie G. Holder, Register of Deeds for Pitt County, N.C. do hereby
certify that the foregoing is a true and correct copy of the record on file
in this office as recorded in Volume 80 Page 1049.

WITNESS my hand and official seal this 2nd day of December , 1994.

ANNIE G. HOLDER, PITT COUNTY REGISTER OF DEEDS

(S E A L)    BY Karen W. Ennis Deputy

B/N: 1407

Received: 11/ 4/96;    6:54PM;    512 480 2209 -> Andrew Meters;    #2

Nov-04-96 06:45P The Hendler Law Firm    512 '80-2209

WR GRADE PIO 015282-0026

# STATE OF NORTH CAROLINA

Pitt
_____ County

File No.

In The General Court Of Justice
Superior Court Division
Before The Clerk

| In The Matter Of The Estate Of: | **LETTERS** |
|---|---|
| Name | TESTAMENTARY |
| **REDACTED** | |
| | G.S. 28A-6-1 |

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon applicatic of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters b issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

REDACTED

| Name And Title Of Fiduciary | Date Of Qualification |
|---|---|
| (Executrix) | October 12, 1994 |
| Address | Clerk Of Superior Court |
| | Sandra Gaskins |
| City, State, Zip | |
| Name And Title Of Fiduciary | EX OFFICIO JUDGE OF PROBATE |
| Address | Date Of Issuance |
| | October 12, 1994 |
| City, State, Zip | Signature |
| | ☐ Deputy CSC    ☒ Assistant CSC |

SEAL

AOC-E-403
Rev. 6/87



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-1139 (JFK) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 9301, 11023, 11403 |
| | ) | |

### GENERAL OBJECTIONS AND RESPONSES TO DEBTORS' ASBESTOS PERSONAL INJURY QUESTIONNAIRE

, Individually and as Personal Representative of the Heirs and Estate of

, referred to hereafter as "claimant," makes the following general objections to

debtors "standard questionnaire" to personal injury claimants:

    1.    Claimant objects to the jurisdiction of this Court and that of the United States

Bankruptcy Court for the District of Delaware. By filing these answers and objections, claimant

does not submit to these Courts' jurisdiction, and reserves all objections to such jurisdiction.

    2.    Claimant objects to the questionnaire to the extent that it seeks information

broader or more extensive than that properly discoverable in the cases in the tort system in which

claimants are seeking, or have sought, compensation for the injuries in question. Since state law

governs claimants' claims, information that would not be discoverable under state law is likewise

not discoverable in this proceeding.

    3.    Claimant hereby incorporates, as additional objections, all objections and

arguments set forth in any other parties or committees' objections.



WR GRACE PIQ 015282-0028

4.    Claimant objects to the questionnaire pursuant to Fed. R. Civ. Proc. 26(b)(2), on the ground that it is unduly burdensome, and that the burden and expense of providing this information outweighs its likely benefit in any permissible bankruptcy estimation proceeding.

5.    Claimant objects to any part of the questionnaire that seeks production of confidential information such as settlements with other defendants.

Subject to and without waiving these objections, claimant attaches the interrogatory answers and other discovery products filed by claimant in the case filed by claimant in the tort system. All of the information within claimant's knowledge that is responsive to the questionnaire is contained in these interrogatory answers and their exhibits. Cf. Fed. R. Civ. Proc. 33(d) and 26(b)(2). All objections in the attached interrogatories are incorporated herein as well.

Dated: July 1, 2006.

Respectfully submitted,

_____

Charles S. Siegel
State Bar No. 18341875
WATERS & KRAUS, LLP
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 (Fax)

Attorneys for Claimant

**waters**kraus



WR GRACE PIQ 016282-0029

**PARTNERS**

C. Andrew Waters KA,DC,NC,TX

Peter A. Kraus TX,MO

Charles S. Siegel MO

Troyce G. Wolf MO

Michael L. Armitage CA,MO

B. Scott Kruka MO

Leslie C. MacLean MO

**ASSOCIATES**

Michelle B. Norton MO

Nelda Talamantes Cacciotti MO

Paul C. Cook CA

Charles E. Valles MO,CO

Greg W. Lisemby CA

Kyla Gail Cole MO

Jay E. Stuemke MO

Loren Jacobson MN,TO

Joy Sparling EU

Demetria Frank MS

Kevin M. Loew MT

Sharon J. Zinns MO

Allison D. Dyess MN

Julie L. Celum MO

John S. Janofsky CA, CO

Daniel Amos CO

Michael B. Curren KM

Marc L. Willick CO

Dimitri N. Nichols CO

Benjamin R. Couture MO

Rhonda Bartlett MA

D. Dawn Benjamin CO

**OF COUNSEL**

Jonathan A. George CA,TX,KM

Mary H. Keyes MO

Gary M. Paul CO

<u>Via Federal Express: 8566 0084 9769</u>

July 7, 2006

Rust Consulting, Inc.
Claims Processing Agent
RE: W.R. Grace & Co. Bankruptcy
201 S. Lyndale Ave.
Faribault, MN 55021

     RE:    WR Grace Asbestos Personal Injury Questionnaire

Dear Claims Processing Agent:

Pursuant to your request, Waters & Kraus, LLP, is forwarding your office thirty-two (32) boxes containing our responses to various client questionnaires, attached hereto as Exhibit A.

Each box will contain a confirming cover letter and exhibit list for clients included in that specific box.

Additionally, pursuant to the amended orders, we will not be including responses for clients who held previously unpaid settlements. I am attaching a list of these clients as Exhibit B and can provide supporting documentation of the unpaid settlement upon your request.

Should you have any questions, please do not hesitate to contact me.

Best wishes,

Tracie Patton Whetstone
Bankruptcy Manager

Attachments

# waters kraus



WR GRACE PIQ 015262-6030

**PARTNERS**
C. Andrew Waters (CA,DC,HC,TX)
Peter A. Kraus (TX,WI)
Charles S. Siegel (TX)
Troyce G. Wolf (TX)
Michael L. Armitage (CA,MI)
B. Scott Kruka (TX)
Leslie C. MacLean (TX)

**ASSOCIATES**
Michelle B. Norton (CO)
Nelda Talamantes Cacciotti (TX)
Paul C. Cook (CA)
Charles E. Valles (TX,TX)
Greg W. Lisemby (TX)
Kyla Gail Cole (TX)
Jay E. Stuemke (TX)
Loren Jacobson (TX,CO)
Joy Sparling (TX)
Demetria Frank (TX)
Kevin M. Loew (TX)
Sharon J. Zinns (GA)
Allison D. Dyess (TX)
Julie L. Celum (CO)
John S. Janofsky (CA & CO)
Daniel Amos (CA)
Michael B. Gurien (CA)
Marc I. Willick (CA)
Dimitri N. Nichols (CA)
Benjamin R. Couture (CO)
Rhonda Bartlett (TX)
D. Dawn Benjamin (TX,WI)

**OF COUNSEL**
Jonathan A. George (CA,TX,VA)
Mary H. Keyes (MD)
Gary M. Paul (CA)

## Via Federal Express: 8566 0084 9508

July 7, 2006

Rust Consulting, Inc.
Claims Processing Agent
201 S. Lyndale Avenue
Faribault, MN 55021

RE:    WR Grace & Co., Bankruptcy

Dear Claims Processing Agent:

As mentioned in our cover letter, enclosed in this box 1 of 32, please find responses to the WR Grace questionnaire for clients on the attached list.

Should you have any further questions, please do not hesitate to contact me.

Best wishes,

*Tracie Patton Whetstone*

Tracie Patton Whetstone
Bankruptcy Manager

Attachement



# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

WR GRACE-PIQ 002326-001

10315607078084

RE:
Hobin & Shingler, LLP
1101 A Street
Antioch, CA 94509

**REDACTED**

000645078084

WR GRACE-PIQ 002326-002

[THIS PAGE INTENTIONALLY LEFT BLANK.]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

WR GRACE-PIQ 002326-003

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

YOU HAVE RECEIVED THIS QUESTIONNAIRE BECAUSE GRACE BELIEVES THAT YOU HAD SUED ONE OR MORE OF THE DEBTORS LISTED IN APPENDIX A ATTACHED TO THIS QUESTIONNAIRE BEFORE GRACE FILED FOR BANKRUPTCY ON APRIL 2, 2001 FOR AN ASBESTOS-RELATED PERSONAL INJURY OR WRONGFUL DEATH CLAIM, AND THAT CLAIM WAS NOT FULLY RESOLVED.

IF YOU HAVE SUCH A CLAIM, YOU MUST COMPLETE AND SUBMIT THIS QUESTIONNAIRE BY JANUARY 12, 2006 TO RUST CONSULTING, INC., THE CLAIMS PROCESSING AGENT, AT ONE OF THE FOLLOWING ADDRESSES:

| IF SENT BY U.S. MAIL | IF SENT BY FEDERAL EXPRESS, UNITED PARCEL SERVICE, OR A SIMILAR HAND DELIVERY SERVICE |
|---|---|
| RUST CONSULTING, INC. | RUST CONSULTING, INC. |
| CLAIMS PROCESSING AGENT | CLAIMS PROCESSING AGENT |
| RE: W.R. GRACE & CO. BANKRUPTCY | RE: W.R. GRACE & CO. BANKRUPTCY |
| P.O. BOX 1620 | 201 S. LYNDALE AVE. |
| FARIBAULT, MN 55021 | FARIBAULT, MN 55021 |

A QUESTIONNAIRE (AND ANY AMENDMENTS OR ADDITIONAL DOCUMENTS IN SUPPORT OF THE QUESTIONNAIRE) WILL NOT BE CONSIDERED UNLESS RECEIVED BY RUST CONSULTING, INC. BY JANUARY 12, 2006.

THIS QUESTIONNAIRE IS AN OFFICIAL DOCUMENT APPROVED BY THE COURT IN CONNECTION WITH ESTIMATING GRACE'S ASBESTOS-RELATED PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AS A WHOLE. THE QUESTIONNAIRE IS BEING USED BY W. R. GRACE AS A MEANS TO SEEK INFORMATION ABOUT YOUR ASBESTOS CLAIM. BY TIMELY RETURNING THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE, GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION.

THE COURT HAS ORDERED THAT, AS PART OF THE DISCOVERY PROCESS, ALL HOLDERS OF PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS MUST COMPLETE AND RETURN THIS QUESTIONNAIRE. THUS, FAILURE TO TIMELY RETURN THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE MAY RESULT IN SANCTIONS AND/OR OTHER RELIEF AVAILABLE UNDER APPLICABLE FEDERAL RULES.

BECAUSE YOUR CLAIM WILL BE EVALUATED IN ACCORDANCE WITH THE TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION, COMPLETION OF THIS QUESTIONNAIRE DOES NOT MEAN THAT YOUR CLAIM WILL EITHER BE ALLOWED OR PAID. TO THE EXTENT YOU ATTACH TO THIS QUESTIONNAIRE DOCUMENTS ALSO NEEDED BY THE TRUST TO PROCESS YOUR CLAIM, SUCH DOCUMENTS WILL BE PROVIDED TO THE TRUST AND YOU WILL NOT NEED TO RESUBMIT THEM.

## INSTRUCTIONS

**A. GENERAL**

1. This Questionnaire refers to any lawsuit that you filed before April 2, 2001 for an "ast y or wrongful death claim." This term is intended to cover any lawsuit alleging any claim f ages that relates to: (a) exposure to any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors (or any of their respective past or present affiliates, or any of the predecessors of any of the Debtors or any of their respective past or present affiliates), or (b) exposure to vermiculite mined, milled or processed by the Debtors (or any of their respective past or present affiliates, any of the predecessors of any of the Debtors or any of their predecessors' respective past or present affiliates). It includes claims in the nature of or sounding in tort, or under contract, warranty, guarantee, contribution, joint and several liability, subrogation, reimbursement, or indemnity, or any other theory of law or equity, or admiralty for, relating to, or arising out of, resulting from, or attributable to, directly or indirectly, death, bodily injury, sickness, disease, or other personal injuries or other damages caused, or allegedly caused, directly or indirectly, and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors. It includes all such claims, debts, obligations or liabilities for compensatory damages such as loss of consortium, personal or bodily injury (whether physical, emotional or otherwise), wrongful death, survivorship, proximate, consequential, general, special, and punitive damages.

2. Your Questionnaire will be deemed filed only when it has been received by Rust Consulting Inc., the Claims Processing Agent, via U.S. Mail, Federal Express, United Parcel Service or a similar hand delivery service. A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will **not** be accepted and will **not** be deemed filed.

   Do **not** send any Questionnaire to the Debtors, counsel for the Debtors, the Future Claimants Representative, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel. Questionnaires that are filed with or sent to anyone other than Rust Consulting, Inc. will be deemed not to have been submitted, and such Questionnaires will not be considered.

3. Your completed Questionnaire must (i) be written in English, and (ii) attach relevant supporting materials as instructed further below.

4. All holders of claims described on page i (and as described in further detail in Instruction A (1) above) are required to file this Questionnaire by Jan. 12, 2006. Your Questionnaire will be used in connection with the estimation hearing to be conducted by the Court pursuant to the Estimation Procedures Order (a copy of which is attached as Appendix B).

5. Any subsequent amendment to the Questionnaire will not be considered for any purpose unless received by Jan. 12, 2006.

**B. PART I -- Identity of Injured Person and Legal Counsel**

Respond to all applicable questions. If you are represented by a lawyer, then in Part I (b), please provide your lawyer's name and the name, telephone number and address of his/her firm. If you are represented by a lawyer, he/she must assist in the completion of this Questionnaire. Also, if you would prefer that the Debtors send any additional materials only to your lawyer, instead of sending such materials to you, then check the box indicating this in Part I (b).

All references to "you" or the like in Parts I through X shall mean the injured person. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete this Questionnaire.

**C. PART II -- Asbestos-Related Condition(s)**

Please indicate all asbestos-related medical conditions for which you have been diagnosed. To complete questions related to injuries, medical diagnoses, and/or conditions, please use the following categories of customarily diagnosed conditions:

- Mesothelioma
- Asbestos-Related Lung Cancer
- Other Cancer (colon, laryngeal, esophageal, pharyngeal, or stomach)
- Clinically Severe Asbestosis
- Asbestosis
- Other Asbestos Disease

If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**Supporting Documents for Diagnosis:** This Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that support or conflict with your diagnosis.

**X-rays and B-reads:** Please attach all x-ray readings and reports. You may, but are not required to, attach chest x-rays. The court, however, has ruled that Grace may seek access to chest x-rays upon request.

**Pulmonary Function Tests:** Please attach all pulmonary function test results, including the actual raw data and all spirometric tracings, on which the results are based.

## D. **PART III – Direct Exposure to Grace Asbestos-Containing Products**

In Part III, please provide the requested information for the job and site at which you asbestos-containing products. Indicate the dates of exposure to each Grace asbestos-containing products. If your was a result of your employment, use the list of occupation and industry codes below to indicate your occupation and the industry in which you worked at each site. If you allege exposure to Grace asbestos-containing products at multiple sites, the Court has ordered that you must complete a separate Part III for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

Attach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the disease.

### Occupation Codes

| | |
|---|---|
| 01. Air conditioning and heating installer/maintenance | 31. Iron worker |
| 02. Asbestos miner | 32. Joiner |
| 03. Asbestos plant worker/asbestos manufacturing worker | 33. Laborer |
| 04. Asbestos removal/abatement | 34. Longshoreman |
| 05. Asbestos sprayer/spray gun mechanic | 35. Machinist/machine operator |
| 06. Assembly line/factory/plant worker | 36. Millwright/mill worker |
| 07. Auto mechanic/bodywork/brake repairman | 37. Mixer/bagger |
| 08. Boilermaker | 38. Non-asbestos miner |
| 09. Boiler repairman | 39. Non-occupational/residential |
| 10. Boiler worker/cleaner/inspector/engineer/installer | 40. Painter |
| 11. Building maintenance/building superintendent | 41. Pipefitter |
| 12. Brake manufacturer/installer | 42. Plasterer |
| 13. Brick mason/layer/hod carrier | 43. Plumber - install/repair |
| 14. Burner operator | 44. Power plant operator |
| 15. Carpenter/woodworker/cabinetmaker | 45. Professional (e.g., accountant, architect, physician) |
| 16. Chipper | 46. Railroad worker/carman/brakeman/machinist/conductor |
| 17. Clerical/office worker | 47. Refinery worker |
| 18. Construction - general | 48. Remover/installer of gaskets |
| 19. Custodian/janitor in office/residential building | 49. Rigger/stevedore/seaman |
| 20. Custodian/janitor in plant/manufacturing facility | 50. Rubber/tire worker |
| 21. Electrician/inspector/worker | 51. Sandblaster |
| 22. Engineer | 52. Sheet metal worker/sheet metal mechanic |
| 23. Firefighter | 53. Shipfitter/shipwright/ship builder |
| 24. Fireman | 54. Shipyard worker (incl. repair, maintenance) |
| 25. Flooring installer/tile installer/tile mechanic | 55. Steamfitter |
| 26. Foundry worker | 56. Steelworker |
| 27. Furnace worker/repairman/installer | 57. Warehouse worker |
| 28. Glass worker | 58. Welder/blacksmith |
| 29. Heavy equipment operator (includes truck, forklift, & crane) | 59. Other |
| 30. Insulator | |

### Industry Codes

| | |
|---|---|
| 001. Asbestos abatement/removal | 109. Petrochemical |
| 002. Aerospace/aviation | 110. Railroad |
| 100. Asbestos mining | 111. Shipyard-construction/repair |
| 101. Automotive | 112. Textile |
| 102. Chemical | 113. Tire/rubber |
| 103. Construction trades | 114. U.S. Navy |
| 104. Iron/steel | 115. Utilities |
| 105. Longshore | 116. Grace asbestos manufacture or milling |
| 106. Maritime | 117. Non-Grace asbestos manufacture or milling |
| 107. Military (other than U.S. Navy) | 118. Other |
| 108. Non-asbestos products manufacturing | |

WR GRACE-PIQ 002326-005

**E.  PART IV – Indirect Exposure to Grace Asbestos-Containing Products**
In Part IV, please provide the information requested for any injury alleged to have  to Grace asbestos-containing products through contact/proximity with another injured person WR GRACE-PIQ 002326-006 through contact/proximity with multiple injured persons, please complete a separate Part IV for each injured person.  For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.

**F.  PART V -- Exposure to Non-Grace Asbestos-Containing Products**
In Part V, please provide the requested information for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products.  If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate Part V for each party.  If exposure was in connection with your employment, use the list of occupation and industry codes in Part III to indicate your occupation and the industry in which you worked.  For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

**G.  PART VI -- Employment History**
In Part VI, please provide the information requested for each industrial job you have held, other than jobs already listed in Parts III or V.  Use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked for each job.  Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**H.  PART VII -- Litigation and Claims Regarding Asbestos and/or Silica**
In Part VII, please describe any lawsuits and/or claims that were filed by you or on your behalf regarding asbestos or silica.

**I.  PART VIII -- Claims by Dependents or Related Persons**
Part VIII is to be completed only by dependents or related persons (such as spouse or child) of an injured person who sued the Debtors before April 2, 2001 for an asbestos-related personal injury or wrongful death claim against Grace not involving physical injury to him-/herself on account of his/her own exposure.  One example of such a claim would be a claim for loss of consortium.  If you are asserting such a claim, complete the entire Questionnaire, providing all information and documentation regarding the injured person.

**J.  PART IX -- Supporting Documentation**
In Part IX, please mark the boxes next to each type of document that you are submitting with this Questionnaire.  As indicated in the instructions to Parts II and III, this Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that (a) support or conflict with your diagnosis and/or (b) establish exposure to Grace asbestos-containing products as having a substantial causal role in the development of the medical diagnoses, and/or conditions claimed.  Original documents provided to Grace will be returned within a reasonable time after its professionals and experts have reviewed the documents.

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation.  Please indicate the documents for which you are seeking reimbursement and attach a receipt for such cost.

**K.  PART X -- Attestation that Information is True, Accurate and Complete**
By signing Part X, you, the injured person, are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Questionnaire is true, accurate and complete.  If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete and sign Part X on behalf of the injured person.

The legal representative of the injured person must complete and sign Part X where indicated.

| PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL |
|---|

**WR GRACE-PIQ 002326-007**

**a.  GENERAL INFORMATION**               **REDACTED**

1.  **Name of Claimant** _____  _____  _____   2. **Gender:** ☒ Male ☐ Female
    First                MI                Last.

3.  **Race** (for purposes of evaluating Pulmonary Function Test results):...................☒ White/Caucasian
                                                                                          ☐ African American
                                                                                          ☐ Other

4.  **Last Four Digits of Social Security Number:** _____   5. **Birth Date:**   **REDACTED**

6.  **Mailing Address:** _____
        Address              City         State/Province    Zip/Postal Code

7.  **Daytime Telephone Number:** ................................................. ( ___ ) ___ - ____

**b.  LAWYER'S NAME AND FIRM**

1.  **Name of Lawyer:**  *Ronald Shingler*
2.  **Name of Law Firm With Which Lawyer is Affiliated:** *Hobin, Shingler & Simon LLP*
3.  **Mailing Address of Firm:** *1011 A. Street  Antioch  CA  94509*
        Address              City         State/Province    Zip/Postal Code
4.  **Law Firm's Telephone Number or Lawyer's Direct Line:** ....................... *(925) 757-7020*

    ☒ Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in
    lieu of sending such materials to you.

**c.  CAUSE OF DEATH (IF APPLICABLE)**

1.  Is the injured person living or deceased?.............................................. ☐ Living  ☒ Deceased
    If deceased, date of death: ................................................................ *08/06/2000*

2.  If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete
    the following:
        Primary Cause of Death (as stated in the Death Certificate): *Carcinoma of right lung*

        Contributing Cause of Death (as stated in the Death Certificate): _____

| *See attached*   PART II: ASBESTOS-RELATED CONDITION(S) |
|---|

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the
instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and
diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis
and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your
convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1.  Please check the box next to the condition being alleged:
    ☒ Asbestos-Related Lung Cancer            ☐ Mesothelioma
    ☐ Asbestosis                              ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
    ☐ Other Asbestos Disease                  ☐ Clinically Severe Asbestosis

    a.  **Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the
        following (check all that apply):
        ☐ diagnosis from a pathologist certified by the American Board of Pathology
        ☐ diagnosis from a second pathologist certified by the American Board of Pathology
        ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial
          causal role in the development of the condition
        ☐ other (please specify): _____

1

*please see attached packet*

**PART II: ASBESTOS-RELATED CONDITION(S) (Contir**

‖‖‖‖‖‖‖‖‖‖‖‖
WR GRACE-PIQ 002326-008

b. **Asbestos-Related Lung Cancer:** If alleging Asbestos-Related Lung Cancer, w ̶ ̶ imary lung cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

☐ other (please specify):_____

c. **Other Cancer:**

(i) If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon   ☐ pharyngeal   ☐ esophageal   ☐ laryngeal   ☐ stomach cancer

☐ other, please specify: _____

(ii) Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

☐ other (please specify): _____

2

## PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE-PIQ    002326-009

**d.    Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis (check all that apply):

☐    diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐    a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐    a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a  second  B-reader certified by the National Institute for Occupational Safety and Health

☐    asbestosis determined by pathology

☐    a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

☐    a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐    a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐    other (please specify): _____

**e.    Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐    diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐    a chest x-ray reading   conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐    a chest x-ray reading   conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a  second  B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐    asbestosis determined by pathology

☐    a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐    a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐    other (please specify): _____

3

PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE-PIQ 002326-010

**f.    Other Asbestos Disease:** If alleging any asbestos-related injuries, medical diagnoses, a. those above, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ diagnosis determined by pathology

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  other than those described above

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVl/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a pulmonary function test other than that discussed above

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐ a CT Scan or similar testing

☐ a diagnosis other than those above

☐ other (please specify): _____

[REMAINDER OF PAGE INTENTIONALLY BLANK]

*please see attached packet, especially medical reports +*

## PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

WR_GRACE-PIQ 002326-011

**2. Information Regarding Diagnosis**

Date of Diagnosis: ~~...~~ *04/12/2000*

Diagnosing Doctor's Name: *Dr. DeLeon*

Diagnosing Doctor's Specialty: _____

Diagnosing Doctor's Mailing Address: *1479 Ygnacio Valley Rd #201*
Address

*Walnut Creek*                                    *CA*
City                                 State/Province          Zip/Postal Code

Diagnosing Doctor's Daytime Telephone Number: .......... *(925) 932-1018*

With respect to your relationship to the diagnosing doctor, check all applicable boxes:

Was the diagnosing doctor your personal physician?......................... *unknown* ☐ Yes ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed?........... " ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* " _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor?........... ☐ Yes ☒ No

Was the diagnosing doctor referred to you by counsel?........................... ☐ Yes ☒ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel?............. ☐ Yes ☒ No

*If yes, please explain:* _____ *↓unknown at this time*

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis?........................... ☐ Yes ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?........................... ☐ Yes ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis?........................... ☐ Yes ☐ No

Did the diagnosing doctor perform a physical examination?........................... ☐ Yes ☐ No

Do you currently use tobacco products?........................... ☐ Yes ☒ No

Have you ever used tobacco products?........................... ☒ Yes ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

☒ Cigarettes    Packs Per Day (half pack = .5) _*1*_   Start Year _*1937*_ End Year _*1956*_

☐ Cigars    Cigars Per Day _____   Start Year _____ End Year _____

☐ If Other Tobacco Products, please specify (e.g., chewing tobacco): _____
Amount Per Day _____    Start Year _____    End Year _____

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")?......... *unknown* ☐ Yes ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*
_____

**3. Information Regarding Chest X-Ray** *See attached*

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐ Mobile laboratory  ☐ Job site  ☐ Union Hall  ☐ Doctor office  ☐ Hospital  ☐ Other: _____

Address where chest x-ray taken: _____
Address

_____
City                                 State/Province          Zip/Postal Code

5

*please see attached packet*

PART II: ASBESTOS-RELATED CONDITION(S) (Continu

WR GRACE-PIQ 002326-012

**4. Information Regarding Chest X-Ray Reading**

Date of Reading: __ __ / __ __ / __ __ __ __                    ILO score: _____

Name of Reader: _____

Reader's Daytime Telephone Number:.......................................... ( __ __ __ ) __ __ __ - __ __ __ __

Reader's Mailing Address: _____
　　　　　　　　　　　　　　　　Address

_____
City                                          State/Province                          Zip/Postal Code

With respect to your relationship to the reader, check all applicable boxes:

Was the reader paid for the services that he/she performed.............................................................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the reader? ............................☐ Yes ☐ No

Was the reader referred to you by counsel?.............................................................................☐ Yes ☐ No

Are you aware of any relationship between the reader and your legal counsel? .......................................☐ Yes ☐ No

*If yes, please explain:* _____

Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?

.............................................................................................................................☐ Yes ☐ No

*If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* _____

**5. Information Regarding Pulmonary Function Test:** .............................Date of Test: __ __ / __ __ / __ __ __ __

List your height in feet and inches when test given: ........................................ _____ ft _____ inches

List your weight in pounds when test given: ........................................................................ _____ lbs

Total Lung Capacity (TLC):.................................................................................._____% of predicted

Forced Vital Capacity (FVC): ............................................................................_____% of predicted

FEV1/FVC Ratio: .........................................................................................._____% of predicted

Name of Doctor Performing Test (if applicable): _____

Doctor's Specialty: _____

Name of Clinician Performing Test (if applicable):_____

Testing Doctor or Clinician's Mailing Address: _____
　　　　　　　　　　　　　　　　　　　　　Address

_____
City                                          State/Province                          Zip/Postal Code

Testing Doctor or Clinician's Daytime Telephone Number: ........................ ( __ __ __ ) __ __ __ - __ __ __ __

Name of Doctor Interpreting Test: _____

Doctor's Specialty: _____

Interpreting Doctor's Mailing Address: _____
　　　　　　　　　　　　　　　　　　Address

_____
City                                          State/Province                          Zip/Postal Code

Interpreting Doctor's Daytime Telephone Number: ................................ ( __ __ __ ) __ __ __ - __ __ __ __

*plerase see attached packet*

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued**

WR GRACE-PIQ 002326-013

With respect to your relationship to the doctor or clinician who performed the pulmo[nary] [all] applicable boxes:

If the test was performed by a doctor, was the doctor your personal physician? ..................................... ☐ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ..................................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician?.. ☐ Yes ☐ No

Was the testing doctor or clinician referred to you by counsel? ..................................... ☐ Yes ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ............. ☐ Yes ☐ No

*If yes, please explain:* _____

Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test? ..................................... ☐ Yes ☐ No

With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:

Was the doctor your personal physician? ..................................... ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? ..................................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ..................................... ☐ Yes ☐ No

Was the doctor referred to you by counsel? ..................................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ..................................... ☐ Yes ☐ No

*If yes, please explain* _____

Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed? ..................................... ☐ Yes ☐ No

6.  **Information Regarding Pathology Reports:**

Date of Pathology Report: ..................................... __ __ / __ __ / __ __ __ __

Findings: _____

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____
                          Address

_____
City                          State/Province                          Zip/Postal Code

Doctor's Daytime Telephone Number: ..................................... ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

Was the doctor your personal physician? ..................................... ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? ..................................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ..................................... ☐ Yes ☐ No

Was the doctor referred to you by counsel? ..................................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ..................................... ☐ Yes ☐ No

*If yes, please explain:* _____

Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?

..................................... ☐ Yes ☐ No

7

*See attached packet*

**PART II: ASBESTOS-RELATED CONDITION(S) (Contin**

WR GRACE-PIQ 002326-014

7.  With respect to the condition alleged, have you received medical treatment from a ............................................................................................................... ☐ Yes ☐ No

*If yes, please complete the following:*

Name of Treating Doctor: _____

Treating Doctor's Specialty: _____

Treating Doctor's Mailing Address: _____

_____
Address

_____
City                                    State/Province                          Zip/Postal Code

Treating Doctor's Daytime Telephone number: ......................................... ( __ __ __ ) __ __ __ - __ __ __ __

Was the doctor paid for the services that he/she performed? ............................................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ..................... ☐ Yes ☐ No

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

Additional copy of --

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products
(b) A worker who personally removed or cut Grace asbestos-containing products
(c) A worker who personally installed Grace asbestos-containing products
(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

WR GRACE-PIQ 002326-015

Site of Exposure:
Site Name: Paso Robles School for Boys   Location: Paso Robles, CA

Site Type: ☐ Residence ☑/Business _papie_   Site Owner: _State_

Employer During Exposure: _papie_ ___ Unions of which you were a member during your employment: _n/a_

| Job Description | Product(s) Identification of Grace Products | Dates of Exposure (Approx.) Month/Day/Year | Occupation Code | Industry Code | Nature of Exposure | Total Hours You Worked at the Site Where Grace Products Were Being Installed, Mixed, Removed or Cut |
|---|---|---|---|---|---|---|
| Job 1 Description: Spray applied fireproofing foreman | Cliemant | on-going | 24 | 118 school | Kes installed, removed per above letters asbestos-containing products | 6 , c |
| Job 2 Description: fire spray system | " | " | 55 | " " | | 6 , c |
| Job 3 Description: chief engineer | " | " | 22 | " " | | 6 , c |
| Job 4 Description: | | | | | | |
| Job 5 Description: | | | | | | |
| Job 6 Description: | | | | | | |

9

Additional copy of

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify:

Site of Exposure:

Site Name: California Institute for Women   Location: Ontario, CA

Site Type: ☐ Residence   ☒ Business   Site Owner: same

Employer During Exposure: same   Unions of which you were a member during your employment: unknown N/A

| Job Description | Industry Code (see Instructions for Part III) | Occupation Code (see Instructions for Part III) | Dates of Exposure at this Site (Month/Year to Month/Year) | Occupation Code (see Instructions for Part III) | Industry Code (see Instructions for Part III) | Nature of Exposure (see descriptions above) |
|---|---|---|---|---|---|---|
| Job 1 Description: Foreman ceiling textures firefoofing | Per. Claimant | on-going | 24 | 118 school | Yes-installed + removed asbestos-containing products | b, c |
| Job 2 Description: steam fitter | " | " | 55 | 118 school | " | b, c |
| Job 3 Description: chief engineer | " | " | 22 | 118 school | " | b, c |
| Job 4 Description: | | | | | | |
| Job 5 Description: | | | | | | |
| Job 6 Description: | | | | | | |

9

WR GRACE-PIQ 002326-016

*Additional copy of*

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

Site of Exposure:

Site Name: _California State University_   Location: _Hayward, CA_

Site Type: ☐ Residence  ☑ Business   Site Owner: _same_

Employer During Exposure: _same_   Unions of which you were a member during your employment: _____

WR GRACE-PIQ 002326-017

| | Products | Basis [identification of product] | Dates of exposure | Occupation Code | Industry Code | Nature of Exposure | Description |
|---|---|---|---|---|---|---|---|
| Job 1 Description: Fireman & fireproofing | spray-applied fire fittings & fireproofing | per claimed | on-going | 24 | 116 university | b-c | Yes - installed and removed asbestos-containing products |
| Job 2 Description: steam fitter | " | " | " | 55 | " | " | |
| Job 3 Description: chief engineer | " | " | " | 22 | " | " | |
| Job 4 Description: | | | | | | | |
| Job 5 Description: | | | | | | | |
| Job 6 Description: | | | | | | | |

9

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products
(b) A worker who personally removed or cut Grace asbestos-containing products
(c) A worker who personally installed Grace asbestos-containing products
(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

**Site of Exposure:**

Site Name: _Amarillo State Hospital_   Location: _Camarillo, CA_

Site Type: ☐ Residence  ☒ Business   Site Owner: _Same_

Employer During Exposure: _Same_   Unions of which you were a member during your employment: _Not available_

| | Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 59, specify. | Industry Code If Code 118, specify. | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| Job 1 Description: steam fitter | Spray-applied ceiling fixtures fireman + fireproofing | per claimant | on-going | 24 | 118 hos pital | yes installed + removed asbestos-containing products | b – c |
| Job 2 Description: chief engineer | " | " | " | 55 | " | " | " |
| Job 3 Description: | " | " | " | 22 | " | " | " |
| Job 4 Description: | | | | | | | |
| Job 5 Description: | | | | | | | |
| Job 6 Description: | | | | | | | |

WR GRACE-PIQ 002326-018

9

**PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING**

WR GRACE-PIQ  002326-019

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person? ..................................................................................... ☒ Yes ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: ~~not available (N/A)~~    Gender: ☐ Male ☐ Female N/A

   Last Four Digits of Social Security Number: _ _ _ _ N/A    Birth Date: N/A / _ _ / _ _

3. What is your Relationship to Other Injured Person: ......~~Co-worker(s)~~...... ☐ Spouse ☐ Child ☒ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:
   b, c, d ~ e

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products: unknown N/A

   From: _ _ / _ _ / _ _ _ _    To: _ _ / _ _ / _ _ _ _

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:
   unknown N/A

7. Has the Other Injured Person filed a lawsuit related to his/her exposure? ......N/A unknown...... ☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   Caption: _____

   Case Number: _____    File Date: _ _ / _ _ / _ _ _ _

   Court Name: _____

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:
   b, c, d ~ e (per letters on reverse of this page

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:
   From: _ _ / _ _ / 1 9 4 8 To: _ _ / _ _ / 1 9 5 7

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:
    great probability Grace products were in use here at this site


**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

*Additional copy of*  *California State University*

## PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCT

WR GRACE-PIQ 002326-020

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact with another injured person? ........................................................................................ ☒ Yes ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: *not available (N/A)*  Gender: ☐ Male ☐ Female *N/A*

   Last Four Digits of Social Security Number: ____ ____ ____ ____ *N/A*  Birth Date: __ / __ / __ *N/A*

3. What is your Relationship to Other Injured Person: *Co-worker(s)* ☐ Spouse ☐ Child ☒ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:
   *b, c, d + e*

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products: *N/A*
   From: __ / __ / ____  To: __ / __ / ____

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:
   *N/A*

7. Has the Other Injured Person filed a lawsuit related to his/her exposure? ...*N/A*... ☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   Caption: _____

   Case Number: _____  File Date: __ / __ / ____

   Court Name: _____

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:
   *b, c, d and e - per letters on preceding page*

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:
   From: __ / __ / 1969 To: __ / __ / 1975

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:
    *great probability Grace products were in use here*

[REMAINDER OF PAGE INTENTIONALLY BLANK]

10

*Additional copy of*                                            *Paso Robles School for Boys*

**PART IV. INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCT**

NR GRACE-PIQ 002326-021

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through ... with another injured person? ........................................................................................................ ☒ Yes ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: *not available (N/A)*     Gender: ☐ Male ☐ Female *N/A*

   Last Four Digits of Social Security Number: _ _ _ _ *N/A*     Birth Date: _ _/_ _/_ _ *N/A*

3. What is your Relationship to Other Injured Person: *co-worker(s)* ☐ Spouse ☐ Child ☒ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:
   *b, c, d and e*

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products: *unknown – N/A*
   From: _ _/_ _/_ _ _ _    To: _ _/_ _/_ _ _ _

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:
   *N/A*

7. Has the Other Injured Person filed a lawsuit related to his/her exposure? *N/A* .................... ☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   Caption: _____

   Case Number: _____    File Date: _ _/_ _/_ _ _ _

   Court Name: _____

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:
   *b, c, d + e – per letters on preceding page*

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:
   From: _ _/_ _/1959 To: _ _/_ _/1964

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:
    *great probability Grace products were in use at this site*

[REMAINDER OF PAGE INTENTIONALLY BLANK]

10

*Additional copy of:*                                          *California Institute
                                                               for
                                                               Women*

**PART IV INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS**

WR GRACE-PIQ 002326-022

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products throu[gh] ____ with another injured person? ...........................................................................................  ☒ Yes  ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: *not available (N/A)*    Gender: ☐ Male ☐ Female  *N/A*

   Last Four Digits of Social Security Number: ___ ___ ___ ___  *N/A*    Birth Date: ___/___/___  *N/A*

3. What is your Relationship to Other Injured Person: *Co-worker(s)*  ☐ Spouse ☐ Child ☒ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:
   *b, c, d & e*

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products: *N/A*
   From: ___/___/_____ To: ___/___/_____

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:
   *N/A*

7. Has the Other Injured Person filed a lawsuit related to his/her exposure? *N/A* ........... ☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   Caption: _____

   Case Number: _____  File Date: ___/___/_____

   Court Name: _____

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:
   *b, c, d & e - per letters on preceding page*

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:
   From: ___/___/*1964* To: ___/___/*1969*

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:
    *great probability Grace products were in use here*

[REMAINDER OF PAGE INTENTIONALLY BLANK]

10

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products

(b) A worker who personally removed or cut Non-Grace asbestos-containing products

(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-bontaining products were being installed, mixed, removed or cut by others

(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

WR GRACE-PIQ 002326-023

| Party Against which Lawsuit or Claim was Filed: | | Product(s) | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 59, specify. | Industry Code If Code 118, specify. | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| **Site of Exposure 1** | Job 1 Description: | | | | | | |
| Site Name: | | | | | | | |
| Address: | Job 2 Description: | | | | | | |
| City and State: | | | | | | | |
| Site Owner: | Job 3 Description: | | | | | | |
| **Site of Exposure 2** | Job 1 Description: | | | | | | |
| Site Name: | | | | | | | |
| Address: | Job 2 Description: | | | | | | |
| City and State: | | | | | | | |
| Site Owner: | Job 3 Description: | | | | | | |
| **Site of Exposure 3** | Job 1 Description: | | | | | | |
| Site Name: | | | | | | | |
| Address: | Job 2 Description: | | | | | | |
| City and State: | | | | | | | |
| Site Owner: | Job 3 Description: | | | | | | |

11

## PART VI: EMPLOYMENT HISTORY

WR GRACE-PIQ 002326-024

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior ind ~~~~ :o and including your current employment. For each job, include your employer, location of employ~~~~, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

Occupation Code: __24__ If Code 59, specify: _____

Industry Code: __114__ If Code 118, specify: _____

Employer: _US Navy_

Beginning of Employment: __ __/__ __/_1937_    End of Employment: __ __/__ __/_1941_

Location: _____

_Sitka, Ak_ for 18 mos. also served on _USS Langley_,
Address
_USS Memphis, USS Meal Destroye, USS Wyoming, USS Texas_
City                                    State/Province                    Zip/Postal Code

Occupation Code: __41__ If Code 59, specify: _____

Industry Code: __103__ If Code 118, specify: _____

Employer: _San Diego Marine Construction Co_

Beginning of Employment: __ __/__ __/_1942_    End of Employment: __ __/__ __/_1943_

Location: _____
Address

_____
City                                    State/Province                    Zip/Postal Code

Occupation Code: _22 + 24_ If Code 59, specify: _____

Industry Code: __106__ If Code 118, specify: _____

Employer: _United States Merchant Marines_

Beginning of Employment: __ __/__ __/_1943_    End of Employment: __ __/__ __/_1945_

Location: _____
Address

_____
City                                    State/Province                    Zip/Postal Code

Occupation Code: _____ If Code 59, specify: _____

Industry Code: _____ If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __    End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
Address

_____
City                                    State/Province                    Zip/Postal Code

12

**PART VII: LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR SILICA**

WR GRACE-PIQ 002326-025

**a.  LITIGATION**

1.  Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?........................................ ☒ Yes  ☐ No

    *If yes, please complete the rest of this Part VII(a) for each lawsuit.  For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2.  Please provide the caption, case number, file date, and court name for the lawsuit you filed:

    Caption:  _See attached  docket_

    Case Number: _____   **REDACTED**   _____  File Date: _____

    Court Name: _____

3.  Was Grace a defendant in the lawsuit?  _Yes_ ................................................ ☒ Yes  ☐ No

4.  Was the lawsuit dismissed against any defendant? ........................................ ☒ Yes  ☐ No

    *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*
    _See attached  Exhibit A_

5.  Has a judgment or verdict been entered?........................................ ☐ Yes  ☒ No

    *If yes, please indicate verdict amount for each defendant(s):* _____

6.  Was a settlement agreement reached in this lawsuit? ........................................ ☒ Yes  ☐ No

    *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

    a.  Settlement amount for each defendant:  _Confidential_

    b.  Applicable defendants:  _See attached_

    c.  Disease or condition alleged:  _Carcinoma of right lung_

    d.  Disease or condition settled (if different than disease or condition alleged):  _on death certificate_

7.  Were you deposed in this lawsuit? ........................................ ☒ Yes  ☐ No

    *If yes and Grace was not a party in the lawsuit, please attach a copy of your ~~deposition~~ to this Questionnaire*
    _Grace was a party AND Plaintiff's Responses to Interrogatories_

**b.  CLAIMS** _are attached_

1.  Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? ........................................ ☒ Yes  ☐ No

    *If yes, please complete the rest of this Part VII(b).  If no, please skip to Part VIII.*

2.  Date the claim was submitted: _Various_ ___ / ___ / _____

3.  Person or entity against whom the claim was submitted: _Harbison Walker Refractories Co_

4.  Description of claim: _Chapter 11_    _Western Macarthur Plant Insulation_

5.  Was claim settled? _In proces_    _Todd Shepyards_    ☐ Yes  ☐ No
    _United States Mineral Products_

6.  Please indicate settlement amount: _privileged_    $ _N/A_

7.  Was the claim dismissed or otherwise disallowed or not honored? _In proces_    ☐ Yes  ☐ No

    *If yes, provide the basis for dismissal of the claim:* _____

13

REDACTED

REDACTED

WR GRACE-PIQ 002326-026

## PART VIII: CLAIMS BY DEPENDENTS OR RELATED PERS

Name of Dependent or Related Person: _____    Gender: ☐ Male ☒ Female

Last Four Digits of Social Security Number: __ __ __ __    Birth Date: __ __ / __ / _____

Financially Dependent: ................................................................................ ☒ Yes ☐ No

Relationship to Injured Party: ☒ Spouse ☐ Child ☐ Other If other, please specify _____

Mailing Address: _____
Address

City _____    State/Province _____    Zip/Postal Code _____

Daytime Telephone number: *Please Call Ronald Shingler Esq* (925) 757-7020

## PART IX: SUPPORTING DOCUMENTATION

Please use the checklists below to indicate which documents you are submitting with this form.

Copies:

☒ *work history*

☒ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products
☐ Supporting documentation of other asbestos exposure

☒ X-rays
☒ X-ray reports/~~interpretations~~
☐ CT scans
☐ CT scan reports/interpretations
☐ Depositions from lawsuits indicated in Part VII of this Questionnaire
☒ Death Certification

*X response to interrogatories*

Originals:

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products

*X Caption of complaint*

☐ Supporting documentation of other asbestos exposure
☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

_____

## PART X: ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE

The information provided in this Questionnaire must be accurate and truthful. This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim. The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 & 3571. **TO BE COMPLETED BY THE INJURED PERSON.**

I swear, **under penalty of perjury**, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete.

Signature: _____    Date: __ __ / __ __ / __ __ __ __

Please Print Name: _____

**TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.**

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: *Ronald Shingler*    Date: 0 1 / 0 1 / 2 0 0 6

Please Print Name: *Ronald Shingler*

14



WR GRACE-PIQ 002326-027

# W.R. GRACE & CO.
# ASBESTOS MEDICAL MONITORING
# PROOF OF CLAIM FORM

*The United States Bankruptcy Court for the District of Delaware*
*In re: W.R. Grace & Co., et al., Debtors, Case No. 01-01139 (JKF)*
*(Jointly Administered)*

## SUBMIT COMPLETED CLAIMS TO:

**Claims Processing Agent**
**Re: W.R. Grace & Co. Bankruptcy**
**PO Box 1620**
**Faribault, MN 55021-1620**

For a complete list of the Debtors in this case, please see "The Debtors" section of the *General Instructions for Completing Proof of Claim Forms.* The Debtors in this case are collectively referred to in this document as "Grace".

If you have a current claim against Grace for medical monitoring, but not personal injury, due to alleged significant exposure to hazardous asbestos fibers as a result of the acts or omissions of Grace, THIS ASBESTOS MEDICAL MONITORING PROOF OF CLAIM FORM MUST BE RECEIVED ON OR BEFORE 4:00 P.M. EASTERN TIME ON MARCH 31, 2003, or you will be forever barred from asserting or receiving payment for your claim.

PremierView™ forms by NCS Pearson MM243847-2    65432    Printed in U.S.A.   Copyright © 2002 NCS Pearson, Inc.  All rights reserved.

## INSTRUCTIONS FOR FILING THE W. R. GRACE & CO. ASBESTOS MEDICAL MONITORING PROOF OF CLAIM



WR GRACE-PIQ 002326-028

## WHO SHOULD USE THIS ASBESTOS MEDICAL MONITORING PROOF OF CLAIM FORM

1. This Asbestos Medical Monitoring Proof of Claim Form (referred to in this document as the "Form") applies only to claims being made against Grace by or on behalf of those who have not as of the Claim Bar Date suffered any personal injury but who are alleging that Grace wrongfully caused them to be significantly exposed to hazardous asbestos fibers, that this exposure significantly increased the claimant's risk of contracting a serious latent disease, that medical monitoring could reasonably be expected to result in early detection of the onset and mitigation of the severity of such disease, and that because of this exposure it is necessary for the claimant to be examined by a physician or receive medical testing more often than he or she otherwise would.

2. The Bar Date does not apply to Asbestos Personal Injury Claims, Settled Asbestos Claims or Zonolite Attic Insulation Claims. Those claims will be subject to a separate claim submission process and should not be filed at this time.

3. This form should not be used for claims for an Asbestos Property Damage Claim or a Non-Asbestos Claim. Instead, separate specialized proof of claim forms for these claims should be completed.

4. Please do not distribute this form to others. Please call the Claims Processing Agent at 1-800-432-1909 to request additional forms if they are needed.

## GENERAL INSTRUCTIONS

1. This form must be signed by the claimant or authorized agent of the claimant. THIS FORM MUST BE RECEIVED ON OR BEFORE 4:00 PM EASTERN TIME ON MARCH 31, 2003, or you forever will be precluded from asserting your claim(s) against or receiving payment from Grace. Return your completed form to the Claims Processing Agent, Re: W.R. Grace & Co. Bankruptcy, P.O. Box 1620, Faribault MN 55021-1620. If you are returning this form by mail, allow sufficient time so that this form is received on or before March 31, 2003. Forms that are postmarked before March 31, 2003 but received after March 31, 2003 will not be accepted. Only original forms will be accepted for filing. Forms transmitted by facsimile will not be accepted for filing.

2. If you cannot fit all information in any particular section or page, please make a copy of that page before filling it out and attach as many additional pages as needed.

3. This form must be filled out completely using BLACK or BLUE ink or may be typewritten.

   • Please print clearly using capital letters only.     • Do not use a felt tip pen.

   • Skip a box between words.     • Do not bend or fold the pages of the form.

   • Do not write outside of the boxes or blocks.

4. Because this form will be read by a machine, please print characters using the examples below. For optimum accuracy, please print in capital letters and avoid contact with the edge of the character boxes.

5. Mark check boxes with an "X" (example at right).     ☒     NAME HERE

6. Be accurate and truthful. A Proof of Claim Form is an official court document that may be used as evidence in any legal proceeding regarding your claim. The penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to five years or both. 18 U.S.C. §§ 152 & 3571.

7. Make a copy of your completed Form to keep for your records. Send only original Forms to the Claims Agent at the following address: Claims Processing Agent, Re: W.R. Grace & Co. Bankruptcy
   P.O. Box 1620
   Faribault MN 55021-1620.

8. You will receive written notification of the proof of claim number assigned to this claim once it has been processed.

## PART I: CLAIMANT IDENTIFICATION

**NAME:** REDACTED

WR GRACE-PIQ 002326-029

*First*          *Middle*          *Last*          *Jr/Sr/III*

**GENDER:** ☒ MALE   ☐ FEMALE

**SOCIAL SECURITY NUMBER:**      **BIRTH DATE:**

*Month  Day   Year*

**Residential Address:**      REDACTED

*Street Address*

*City*      *State /Province*   *Zip Code /Postal Code*

*Country (if not U.S.)*

**Day Time Telephone**

(     )     -

*Area Code*

## PART II: ATTORNEY INFORMATION

*If an attorney is representing this claimant or the representative of this claimant, complete this section.*
*(You do not need to be represented by an attorney to submit a claim.)*

**Law Firm Name**

HOBIN SHINGLER J SIMON LLP

**Attorney Name**

RONALD | J | SHINGLER

*First*      *MI*   *Last*

**Mailing Address for Claim-Related Correspondence**

1011 A STREET

*Street Address*

ANTIOCH | CA | 94509

*City*      *State /Province*   *Zip Code /Postal Code*

*Country (if not U.S.)*

**Telephone Number**      **Fax Number**

(925) 757-7585      (925) 757-0153

*Area Code*      *Area Code*

**E-Mail Address**

MARYN@HSLAW.NET

3847101      2007276

## PART III: Questions Applicable To Persons Claiming Exposure To Asbestos In The Libby, Montana Area (Lincoln County.

### A. RESIDENCE/EMPLOYMENT INFORMATION

WR GRACE-PIQ 002326-030

**1. Were you ever a resident of Lincoln County, Montana?**

☐ Yes    ☒ No

During what period of time?  What was/were your residential address(es) during each such period of time?

**Start Date**

☐☐ - ☐☐☐☐
*Month   Year*

**End Date**

☐☐ - ☐☐☐☐
*Month   Year*

**Residential Address:**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
*Street Address*

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐    ☐☐☐☐☐
*City*                                                                 *Zip Code /Postal Code*

**Start Date**

☐☐ - ☐☐☐☐
*Month   Year*

**End Date**

☐☐ - ☐☐☐☐
*Month   Year*

**Residential Address:**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
*Street Address*

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐    ☐☐☐☐☐
*City*                                                                 *Zip Code /Postal Code*

**Start Date**

☐☐ - ☐☐☐☐
*Month   Year*

**End Date**

☐☐ - ☐☐☐☐
*Month   Year*

**Residential Address:**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
*Street Address*

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐    ☐☐☐☐☐
*City*                                                                 *Zip Code /Postal Code*

2.  **List your jobs, employers and employment locations during each period of time in which you lived in Lincoln County.**

1.  **Employment Dates:**

    From  [  |  ] - [  |  |  |  ]        To  [  |  ] - [  |  |  |  ]
          *Month   Year*                      *Month   Year*

    `WR GRACE-PIQ 002326-031`

2.  **Occupation:**

    [ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ]

    *description*

    [                                                              ]

3.  **Claimant's Employer**

    [ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ]

4.  **Employment Location:**

    [ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ]

    *Street Address*

    [ | | | | | | | | | | | | | | | | | | | | ]        [ | | | | | ]

    *City*                                            *Zip Code /Postal Code*

---

1.  **Employment Dates:**

    From  [  |  ] - [  |  |  |  ]        To  [  |  ] - [  |  |  |  ]
          *Month   Year*                      *Month   Year*

2.  **Occupation:**

    [ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ]

    *description*

    [                                                              ]

3.  **Claimant's Employer**

    [ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ]

4.  **Employment Location:**

    [ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | ]

    *Street Address*

    [ | | | | | | | | | | | | | | | | | | | | ]        [ | | | | | ]

    *City*                                            *Zip Code /Postal Code*

Continue on next page > > >

**2.  continued...**

WR GRACE-PIQ 002326-032

1.  **Employment Dates:**
From

Month  Year              To

Month  Year

2.  **Occupation:**

description

3.  **Claimant's Employer**

4.  **Employment Location:**

Street Address

City                                                                                          Zip Code
/Postal Code

3.  Were you or any member(s) of your household an employee of W.R. Grace while you lived in Lincoln County?
☐ Yes        ☐ No

4.  If you were an employee of W.R. Grace, did you work:
a.  In the mining of vermiculite ore?
☐ Yes        ☐ No

If yes, during what time period?   What jobs did you perform?

**Start Date**              **End Date**

Month  Year                Month  Year

Occupation:

description

Continue on next page > > >

3847104

2007276

4. continued...

**b. In the milling or screening of vermiculite ore?**

☐ Yes        ☐ No

WR GRACE-PIQ 002326-033

If yes, during what time period?   What jobs did you perform?

**Start Date**                    **End Date**

*Month* - *Year*              *Month* - *Year*

Occupation:

*description*

**c. In the vermiculite expansion plant?**

☐ Yes        ☐ No

If yes, during what time period?   What jobs did you perform?

**Start Date**                    **End Date**

*Month* - *Year*              *Month* - *Year*

Occupation:

*description*

**d. If employed at any other W.R. Grace location, please specify.    What jobs did you perform?**

Site Name:

Site Owner:

Site Address:

*Street Address*

*City*                                                          *Zip Code /Postal Code*

Occupation:

*description*

## B. OTHER CLAIMS OR LITIGATION

WR GRACE-PIQ  002326-034

Have you ever brought or filed any worker's compensation claims against Grace?

☐ Yes    ☒ No

If yes, answer this section.

1. Describe the injury for which you sought compensation.

2. When was the claim filed?  Date

Month - Year

3. What was the result of the claim?

☐ Claim Paid          ☐ Pending
☐ Claim Denied     ☐ Other (please describe)

Have you ever filed any other claims or lawsuits against Grace?

☐ Yes    ☐ No

If yes, answer this section.

1. Please describe the claim or lawsuit.

2. When was the claim or lawsuit filed?  Date

Month - Year

3. Where was the claim or lawsuit filed (court or other claims authority)?
Court or Claims Authority:

Name

City                                                                                    State /Province

4. What was the result of the lawsuit or claim?

☐ Judgement or Verdict Entered   ☐ Settled Not Paid   ☐ Other (please describe)
☐ Settled and Paid                        ☐ Pending

3847106

2007276