**D. PART III – Direct Exposure to Grace Asbestos-Containing Products**

In Part III, please provide the requested information for the job and site at which you. asbestos-containing products. Indicate the dates of exposure to each Grace asbestos-containing products was a result of your employment, use the list of occupation and industry codes below to indicate industry in which you worked at each site. If you allege exposure to Grace asbestos-containing products at multiple sites, the Court has ordered that you must complete a separate Part III for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.



Attach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the disease.

### Occupation Codes

| | |
|---|---|
| 01. Air conditioning and heating installer/maintenance | 31. Iron worker |
| 02. Asbestos miner | 32. Joiner |
| 03. Asbestos plant worker/asbestos manufacturing worker | 33. Laborer |
| 04. Asbestos removal/abatement | 34. Longshoreman |
| 05. Asbestos sprayer/spray gun mechanic | 35. Machinist/machine operator |
| 06. Assembly line/factory/plant worker | 36. Millwright/mill worker |
| 07. Auto mechanic/bodywork/brake repairman | 37. Mixer/bagger |
| 08. Boilermaker | 38. Non-asbestos miner |
| 09. Boiler repairman | 39. Non-occupational/residential |
| 10. Boiler worker/cleaner/inspector/engineer/installer | 40. Painter |
| 11. Building maintenance/building superintendent | 41. Pipefitter |
| 12. Brake manufacturer/installer | 42. Plasterer |
| 13. Brick mason/layer/hod carrier | 43. Plumber – install/repair |
| 14. Burner operator | 44. Power plant operator |
| 15. Carpenter/woodworker/cabinetmaker | 45. Professional (e.g., accountant, architect, physician) |
| 16. Chipper | 46. Railroad worker/carman/brakeman/machinist/conductor |
| 17. Clerical/office worker | 47. Refinery worker |
| 18. Construction - general | 48. Remover/installer of gaskets |
| 19. Custodian/janitor in office/residential building | 49. Rigger/stevedore/seaman |
| 20. Custodian/janitor in plant/manufacturing facility | 50. Rubber/tire worker |
| 21. Electrician/inspector/worker | 51. Sandblaster |
| 22. Engineer | 52. Sheet metal worker/sheet metal mechanic |
| 23. Firefighter | 53. Shipfitter/shipwright/ship builder |
| 24. Fireman | 54. Shipyard worker (md. repair, maintenance) |
| 25. Flooring installer/tile installer/tile mechanic | 55. Steamfitter |
| 26. Foundry worker | 56. Steelworker |
| 27. Furnace worker/repairman/installer | 57. Warehouse worker |
| 28. Glass worker | 58. Welder/blacksmith |
| 29. Heavy equipment operator (includes truck, forklift, & crane) | 59. Other |
| 30. Insulator | |

### Industry Codes

| | |
|---|---|
| 001. Asbestos abatement/removal | 109. Petrochemical |
| 002. Aerospace/aviation | 110. Railroad |
| 100. Asbestos mining | 111. Shipyard-construction/repair |
| 101. Automotive | 112. Textile |
| 102. Chemical | 113. Tire/rubber |
| 103. Construction trades | 114. U.S. Navy |
| 104. Iron/steel | 115. Utilities |
| 105. Longshore | 116. Grace asbestos manufacture or milling |
| 106. Maritime | 117. Non-Grace asbestos manufacture or milling |
| 107. Military (other than U.S. Navy) | 118. Other |
| 108. Non-asbestos products manufacturing | |

**E. PART IV – Indirect Exposure to Grace Asbestos-Containing Products**

In Part IV, please provide the information requested for any injury alleged to have been cau asbestos-containing products through contact/proximity with another injured person.  If yo contact/proximity with multiple injured persons, please complete a separate Part IV for each convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.

WR GRACE-PIQ 001106-006

**F. PART V – Exposure to Non-Grace Asbestos-Containing Products**

In Part V, please provide the requested information for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products.  If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate Part V for each party.  If exposure was in connection with your employment, use the list of occupation and industry codes in Part III to indicate your occupation and the industry in which you worked.  For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

**G. PART VI – Employment History**

In Part VI, please provide the information requested for each industrial job you have held, other than jobs already listed in Parts III or V.  Use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked for each job.  Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**H. PART VII – Litigation and Claims Regarding Asbestos and/or Silica**

In Part VII, please describe any lawsuits and/or claims that were filed by you or on your behalf regarding asbestos or silica.

**I. PART VIII – Claims by Dependents or Related Persons**

Part VIII is to be completed only by dependents or related persons (such as spouse or child) of an injured person who sued the Debtors before April 2, 2001 for an asbestos-related personal injury or wrongful death claim against Grace not involving physical injury to him-/herself on account of his/her own exposure.  One example of such a claim would be a claim for loss of consortium.  If you are asserting such a claim, complete the entire Questionnaire, providing all information and documentation regarding the injured person.

**J. PART IX – Supporting Documentation**

In Part IX, please mark the boxes next to each type of document that you are submitting with this Questionnaire.  As indicated in the instructions to Parts II and III, this Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that (a) support or conflict with your diagnosis and/or (b) establish exposure to Grace asbestos-containing products as having a substantial causal role in the development of the medical diagnoses, and/or conditions claimed.  Original documents provided to Grace will be returned within a reasonable time after its professionals and experts have reviewed the documents.

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation.  Please indicate the documents for which you are seeking reimbursement and attach a receipt for such cost.

**K. PART X – Attestation that Information is True, Accurate and Complete**

By signing Part X, you, the injured person, are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Questionnaire is true, accurate and complete.  If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete and sign Part X on behalf of the injured person.

The legal representative of the injured person must complete and sign Part X where indicated.

## PART I:  IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

WR GRACE-PIQ 001106-007

**a.  GENERAL INFORMATION**     **REDACTED**

1.  Name of Claimant: _____   _____   _____     **2. Gender:** ☑Male ☐Female
                        First         MI          Last

3.  Race (for purposes of evaluating Pulmonary Function Test results):...................☐ White/Caucasian

                                                                        ☐ African American

                                                                        ☐ Other

4.  Last Four Digits of Social Security Number: _____     **5.  Birth Date:** _____

6.  Mailing Address: C/o Warthick Law Firm 650 California 15th Fl SF CA
                     Address              City           State/Province   Zip/Postal Code  94108

7.  Daytime Telephone Number:.....................................................( 415 ) 986 - 5566

**b.  LAWYER'S NAME AND FIRM**

1.  Name of Lawyer: _____Stephen Tigerman_____

2.  Name of Law Firm With Which Lawyer is Affiliated: _Warthick Law Firm._

3.  Mailing Address of Firm: 650 California 15th Fl   SF  CA 94108
                            Address        City       State/Province  Zip/Postal Code

4.  Law Firm's Telephone Number or Lawyer's Direct Line: .....................( 415 ) 986 - 5566

    ☐ Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in
       lieu of sending such materials to you.

**c.  CAUSE OF DEATH (IF APPLICABLE)**

1.  Is the injured person living or deceased?....................................☐ Living ☑Deceased
    If deceased, date of death: .........................................................02/11/1991

2.  If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete
    the following:
       Primary Cause of Death (as stated in the Death Certificate): _____
       Contributing Cause of Death (as stated in the Death Certificate): _____

## PART II:  ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the
instructions to this Questionnaire.  If you have been diagnosed with multiple conditions and/or if you received diagnoses and
diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis
and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis.  For your
convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1.  Please check the box next to the condition being alleged:
    ☑ Asbestos-Related Lung Cancer             ☐ Mesothelioma
    ☐ Asbestosis                               ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
    ☐ Other Asbestos Disease                   ☐ Clinically Severe Asbestosis

    **a.  Mesothelioma:**  If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the
        following (check all that apply):
        ☐  diagnosis from a pathologist certified by the American Board of Pathology
        ☐  diagnosis from a second pathologist certified by the American Board of Pathology
        ☐  diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial
           causal role in the development of the condition
        ☐  other (please specify): _____

<div align="center">1</div>

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE-PIQ 001106-008

**b. Asbestos-Related Lung Cancer:** If alleging Asbestos-Related Lung Cancer, were y₁ lung cancer based on the following (check all that apply):

☑ findings by a pathologist certified by the American Board of Pathology

☑ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

☐ other (please specify):_____

**c. Other Cancer:**

(i) If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon    ☐ pharyngeal    ☐ esophageal    ☐ laryngeal    ☐ stomach cancer

☐ other, please specify:_____

(ii) Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

☐ other (please specify):_____

2

---

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE-PIQ   001106-009

**d.** • **Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing: Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing: Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

**e.** **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading   conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading   conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing: Selection of Reference Values and Interpretive Strategies,* demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

3

**PART II:  ASBESTOS-RELATED CONDITION(S) (Continued)**

f.  **Other Asbestos Disease:**  If alleging any asbestos-related injuries, medical diagnoses, and/or those above, was your diagnosis based on the following (check all that apply):

☐  diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐  diagnosis determined by pathology

☐  a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses (2000)*

☐  a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses (2000)*

☐  a chest x-ray reading  other than those described above

☐  a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐  a pulmonary function test other than that discussed above

☐  a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐  a CT Scan or similar testing

☐  a diagnosis other than those above

☐  other (please specify): _____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

4

**PART II:  ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE-PIQ 001106-011

2.  **Information Regarding Diagnosis**

Date of Diagnosis: ........................................................ __ __ / __ __ / __ __ __ __

Diagnosing Doctor's Name: _____

Diagnosing Doctor's Specialty: _____

Diagnosing Doctor's Mailing Address: _____
                                        Address

City                                State/Province                    Zip/Postal Code

Diagnosing Doctor's Daytime Telephone Number: ....................... ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the diagnosing doctor, check all applicable boxes:

Was the diagnosing doctor your personal physician?............................................ ☐ Yes  ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed?............ ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor?........... ☐ Yes  ☐ No

Was the diagnosing doctor referred to you by counsel? ..................................... ☐ Yes  ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel?........................ ☐ Yes  ☐ No

*If yes, please explain:* _____

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis? ....................................................... ☐ Yes  ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis? ....................................................... ☐ Yes  ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? ....................................................... ☐ Yes  ☐ No

Did the diagnosing doctor perform a physical examination? ......................... ☐ Yes  ☐ No

Do you currently use tobacco products? ........................................... ☐ Yes  ☐ No

Have you ever used tobacco products? ........................................... ☐ Yes  ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

☐  **Cigarettes**     **Packs Per Day (half pack = .5)** _____  **Start Year** __ __ __ __  **End Year** __ __ __ __

☐  **Cigars**     **Cigars Per Day** _____      **Start Year** __ __ __ __  **End Year** __ __ __ __

☐  **If Other Tobacco Products, please specify (e.g., chewing tobacco):** _____
        **Amount Per Day** _____    **Start Year** __ __ __ __  **End Year** __ __ __ __

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? .................. ☐ Yes  ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

_____

3.  **Information Regarding Chest X-Ray**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐  Mobile laboratory  ☐ Job site  ☐ Union Hall  ☐ Doctor office  ☐ Hospital  ☐ Other: _____

Address where chest x-ray taken: _____
                                    Address

City                                State/Province                    Zip/Postal Code

5

**PART II:  ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE-PIQ 001106-012

4.  **Information Regarding Chest X-Ray Reading**

Date of Reading:  __ __ / __ __ / __ __ __ __          ILO score: _____

Name of Reader: _____

Reader's Daytime Telephone Number: ..................................... ( __ __ __ ) __ __ __ - __ __ __ __

Reader's Mailing Address: _____
                                          Address

_____
City                                        State/Province                    Zip/Postal Code

**With respect to your relationship to the reader, check all applicable boxes:**

Was the reader paid for the services that he/she performed ................................ ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed*: _____

Did you retain counsel in order to receive any of the services performed by the reader? ............ ☐ Yes  ☐ No

Was the reader referred to you by counsel? ................................................ ☐ Yes  ☐ No

Are you aware of any relationship between the reader and your legal counsel? ............ ☐ Yes  ☐ No

*If yes, please explain:* _____

**Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?**
.......................................................................................... ☐ Yes  ☐ No

*If the reader is not a certified B-reader, please describe the reader's occupation,  specialty, and the method through which the reading was made:* _____

5.  **Information Regarding Pulmonary Function Test:** ........................... Date of Test:  __ __ / __ __ / __ __ __ __

List your height in feet and inches when test given: ................................ _____ ft _____ inches

List your weight in pounds when test given: ................................................. _____ lbs

Total Lung Capacity (TLC): ........................................................... _____% of predicted

Forced Vital Capacity (FVC): ......................................................... _____% of predicted

FEV1/FVC Ratio: ......................................................................... _____% of predicted

Name of Doctor Performing Test (if applicable): _____

Doctor's Specialty: _____

Name of Clinician Performing Test (if applicable): _____

Testing Doctor or Clinician's Mailing Address: _____
                                                              Address

_____
City                                        State/Province                    Zip/Postal Code

Testing Doctor or Clinician's Daytime Telephone Number: ................ ( __ __ __ ) __ __ __ - __ __ __ __

Name of Doctor Interpreting Test: _____

Doctor's Specialty: _____

Interpreting Doctor's Mailing Address: _____
                                                     Address

_____
City                                        State/Province                    Zip/Postal Code

Interpreting Doctor's Daytime Telephone Number: ..................... ( __ __ __ ) __ __ __ - __ __ __ __

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE-PIQ 001106-013

With respect to your relationship to the doctor or clinician who performed the pulmonar applicable boxes:

If the test was performed by a doctor, was the doctor your personal physician? ............................... ☐ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ...................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician?.. ☐ Yes ☐ No

Was the testing doctor or clinician referred to you by counsel?................................................ ☐ Yes ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ............ ☐ Yes ☐ No

*If yes, please explain:* _____

Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test? .............................................................. ☐ Yes ☐ No

With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:

Was the doctor your personal physician? .................................................................. ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? ............................................. ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ................... ☐ Yes ☐ No

Was the doctor referred to you by counsel? ............................................................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ........................... ☐ Yes ☐ No

*If yes, please explain* _____

Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?............................ ☐ Yes ☐ No

6.  **Information Regarding Pathology Reports:**

Date of Pathology Report: ............................................................ __ __ / __ __ / __ __ __ __

Findings: _____

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____
          Address

City                                   State/Province                    Zip/Postal Code

Doctor's Daytime Telephone Number: .................................................... ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

Was the doctor your personal physician? .................................................................. ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? ............................................. ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ................... ☐ Yes ☐ No

Was the doctor referred to you by counsel? ............................................................... ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ........................... ☐ Yes ☐ No

*If yes, please explain:* _____

Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?

.............................................................................................. ☐ Yes ☐ No

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE-PIQ  001106-014

7. With respect to the condition alleged, have you received medical treatment from a doctor f .................................................................................................................................. ☐ Yes ☐ No

*If yes, please complete the following:*

Name of Treating Doctor: _____

Treating Doctor's Specialty: _____

Treating Doctor's Mailing Address: _____

_____
                   Address

| City | State/Province | Zip/Postal Code |
|------|----------------|-----------------|

Treating Doctor's Daytime Telephone number: .......................................... ( _ _ _ ) _ _ _ - _ _ _ _

Was the doctor paid for the services that he/she performed? ............................................................. ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ..................... ☐ Yes ☐ No

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a)  A worker who personally mixed Grace asbestos-containing products

(b)  A worker who personally removed or cut Grace asbestos-containing products

(c)  A worker who personally installed Grace asbestos-containing products

(d)  A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e)  A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f)  If other, please specify.

Site of Exposure:

Site Name: _____    Location: _____

Site Type: ☐ Residence  ☐ Business    Site Owner: _____

Employer During Exposure: _____

Unions of which you were a member during your employment: _____

| | Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code *If Code 59, specify.* | Industry Code *If Code 118, specify.* | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? *If Yes, please indicate your regular proximity to such areas* | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | | |
| Job 2 Description: | | | | | | | |
| Job 3 Description: | | | | | | | |
| Job 4 Description: | | | | | | | |
| Job 5 Description: | | | | | | | |
| Job 6 Description: | | | | | | | |

9

WR GRACE-PIQ 001106-015

**PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRC**

WR GRACE-PIQ 001106-016

1.  Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person? ............................................................................................ ☐ Yes ☐ No

    *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2.  Please indicate the following information regarding the other injured person:

    Name of Other Injured Person: _____ Gender: ☐ Male ☐ Female

    Last Four Digits of Social Security Number: __ __ __ __     Birth Date: __ __ / __ __ / __ __

3.  What is your Relationship to Other Injured Person: .................................................. ☐ Spouse ☐ Child ☐ Other

4.  Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:

    _____

5.  Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:

    From: __ __ / __ __ / __ __ __ __     To: __ __ / __ __ / __ __ __ __

6.  Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:

    _____

7.  Has the Other Injured Person filed a lawsuit related to his/her exposure? ............................................. ☐ Yes ☐ No

    *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

    Caption: _____

    Case Number: _____     File Date: __ __ / __ __ / __ __ __ __

    Court Name: _____

8.  Nature of Your Own Exposure to Grace Asbestos-Containing Product:

    _____

9.  Dates of Your Own Exposure to Grace Asbestos-Containing Product:

    From: __ __ / __ __ / __ __ __ __     To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:

    _____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

WR GRACE-PIQ 001106-017

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

| Party Against which Lawsuit or Claim was Filed: | Product(s) | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 59, specify. | Industry Code If Code 118, specify. | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|
| **Site of Exposure 1** Site Name: ___ Address: ___ City and State: ___ Site Owner: ___ | Job 1 Description: ___ | | | | | |
| | Job 2 Description: ___ | | | | | |
| | Job 3 Description: ___ | | | | | |
| **Site of Exposure 2** Site Name: ___ Address: ___ City and State: ___ Site Owner: ___ | Job 1 Description: ___ | | | | | |
| | Job 2 Description: ___ | | | | | |
| | Job 3 Description: ___ | | | | | |
| **Site of Exposure 3** Site Name: ___ Address: ___ City and State: ___ Site Owner: ___ | Job 1 Description: ___ | | | | | |
| | Job 2 Description: ___ | | | | | |
| | Job 3 Description: ___ | | | | | |

11

## PART VI: EMPLOYMENT HISTORY



WR GRACE-PIQ 001106-018

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Occupation Code:** _____    If Code 59, specify: _____

**Industry Code:** _____    If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
            Address

City                          State/Province              Zip/Postal Code

**Occupation Code:** _____    If Code 59, specify: _____

**Industry Code:** _____    If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
            Address

City                          State/Province              Zip/Postal Code

**Occupation Code:** _____    If Code 59, specify: _____

**Industry Code:** _____    If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
            Address

City                          State/Province              Zip/Postal Code

**Occupation Code:** _____    If Code 59, specify: _____

**Industry Code:** _____    If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __    **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
            Address

City                          State/Province              Zip/Postal Code

## PART VII:  LITIGATION AND CLAIMS REGARDING ASBESTOS AND/O[...]

WR GRACE-PIQ  001106-019

### a.  LITIGATION

1. Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?...................☐ Yes ☐ No
   *If yes, please complete the rest of this Part VII(a) for each lawsuit.   For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2. Please provide the caption, case number, file date, and court name for the lawsuit you filed:
   Caption: _____
   Case Number: _____  File Date: __ __ / __ __ / __ __ __ __
   Court Name: _____

3. Was Grace a defendant in the lawsuit? ...........................................................☐ Yes ☐ No

4. Was the lawsuit dismissed against any defendant? ...............................................☐ Yes ☐ No
   *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*
   _____
   _____

5. Has a judgment or verdict been entered?.........................................................☐ Yes ☐ No
   *If yes, please indicate verdict amount for each defendant(s):* _____

6. Was a settlement agreement reached in this lawsuit?...........................................☐ Yes ☐ No
   *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*
   a.  Settlement amount for each defendant: _____
   b.  Applicable defendants:_____
   c.  Disease or condition alleged: _____
   d.  Disease or condition settled (if different than disease or condition alleged):_____

7. Were you deposed in this lawsuit? ..................................................................☐ Yes ☐ No
   *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

### b.  CLAIMS

1. Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? .............................................☐ Yes ☐ No
   *If yes, please complete the rest of this Part VII(b).  If no, please skip to Part VIII.*

2. Date the claim was submitted:........................................................ __ __ / __ __ / __ __ __ __

3. Person or entity against whom the claim was submitted: _____

4. Description of claim: _____

5. Was claim settled? ....................................................................................☐ Yes ☐ No

6. Please indicate settlement amount: _____ $_____

7. Was the claim dismissed or otherwise disallowed or not honored? ............................☐ Yes ☐ No
   *If yes, provide the basis for dismissal of the claim:* _____

WR GRACE-PIQ 001106-020

## PART VIII: CLAIMS BY DEPENDENTS OR RELATED PERSONS

Name of Dependent or Related Person: _____  Gender: ☐ Male ☐ Female

Last Four Digits of Social Security Number: __ __ __ __    Birth Date: __ __ / __ __ / __ __ __ __

Financially Dependent: ......................................................................................................☐ Yes ☐ No

Relationship to Injured Party: ☐ Spouse ☐ Child ☐ Other  If other, please specify _____

Mailing Address: _____
  Address

_____

City                              State/Province              Zip/Postal Code

Daytime Telephone number: ..................................... ( __ __ __ ) __ __ __ - __ __ __ __

## PART IX: SUPPORTING DOCUMENTATION

Please use the checklists below to indicate which documents you are submitting with this form.

**Copies:**

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products
☐ Supporting documentation of other asbestos exposure

☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Depositions from lawsuits indicated in Part VII of this Questionnaire
☐ Death Certification

**Originals:**

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products

☐ Supporting documentation of other asbestos exposure
☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

_____

## PART X: ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE

The information provided in this Questionnaire must be accurate and truthful. This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim. The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 & 3571.
**TO BE COMPLETED BY THE INJURED PERSON.**

I swear, **under penalty of perjury,** that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete.

Signature: _____  Date: __ __ / __ __ / __ __ __ __

Please Print Name: _____

**TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.**

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: *Jane Koegel*                        Date: 01, 04, 2006

Please Print Name: *Jane Koegel*

14

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

WR GRACE-PIQ 001106-021

| **PART II:  ASBESTOS-RELATED CONDITION(S)** |

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire.  If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis.  For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1.  **Please check the box next to the condition being alleged:**

☐ Asbestos-Related Lung Cancer          ☐ Mesothelioma

☐ Asbestosis                                      ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

☐ Other Asbestos Disease                  ☐ Clinically Severe Asbestosis

a.  **Mesothelioma:**  If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

☐ diagnosis from a pathologist certified by the American Board of Pathology

☐ diagnosis from a second pathologist certified by the American Board of Pathology

☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

☐ other (please specify): _____

b.  **Asbestos-Related Lung Cancer:**  If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

☐ other (please specify): _____

1

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

**PART II:  ASBESTOS-RELATED CONDITION(S)**

WR GRACE-PIQ 001106-022

Name of Claimant: _____ Last 4 Digits of SSN: __ __ __ __

c.  **Other Cancer:**

    (i)  If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

        ☐ colon    ☐ pharyngeal    ☐ esophageal    ☐ laryngeal    ☐ stomach cancer

        ☐ other, please specify: _____

    (ii)  Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

        ☐ findings by a pathologist certified by the American Board of Pathology

        ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

        ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a  second B-reader certified by the National Institute for Occupational Safety and Health

        ☐ evidence of asbestosis determined by pathology

        ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

        ☐ other (please specify): _____

d.  **Clinically Severe Asbestosis:**  If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

    ☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

    ☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

    ☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a  second B-reader certified by the National Institute for Occupational Safety and Health

    ☐ asbestosis determined by pathology

    ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

    ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

    ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

    ☐ other (please specify): _____

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

PART II: ASBESTOS-RELATED CONDITION(S)

WR GRACE-PIQ 001106-023

Name of Claimant: _____                                    Last 4 Digits of SSN: __ __ __ __

e.  **Asbestosis:**  If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

f.  **Other Asbestos Disease:**  If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ diagnosis determined by pathology

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  other than those described above

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a pulmonary function test other than that discussed above

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐ a CT Scan or similar testing

☐ a diagnosis other than those above

☐ other (please specify): _____

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**



WR GRACE-PIQ   001106-024

**PART II: ASBESTOS-RELATED CONDITION(S)**

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

2. **Information Regarding Diagnosis**

   Date of Diagnosis: ........................................................................... __ __ / __ __ / __ __ __ __

   Diagnosing Doctor's Name: _____

   Diagnosing Doctor's Specialty: _____

   Diagnosing Doctor's Mailing Address: _____

   _____
   Address

   _____
   City                              State/Province                        Zip/Postal Code

   Diagnosing Doctor's Daytime Telephone Number: ....................................... ( __ __ __ ) __ __ __ - __ __ __ __

   **With respect to your relationship to the diagnosing doctor, check all applicable boxes:**

   Was the diagnosing doctor your personal physician? ...................................................☐ Yes  ☐ No

   Was the diagnosing doctor paid for the diagnostic services that he/she performed? ............☐ Yes  ☐ No

   *If yes, please indicate who paid for the services performed:* _____

   Did you retain counsel in order to receive any of the services performed by the diagnosing doctor?...........☐ Yes  ☐ No

   Was the diagnosing doctor referred to you by counsel? ...........................................☐ Yes  ☐ No

   Are you aware of any relationship between the diagnosing doctor and your legal counsel?.........................☐ Yes  ☐ No

   *If yes, please explain:* _____

   Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis?..................................................................☐ Yes  ☐ No

   Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?..................................................................☐ Yes  ☐ No

   Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? ..................................................................☐ Yes  ☐ No

   Did the diagnosing doctor perform a physical examination? ......................................☐ Yes  ☐ No

   Do you currently use tobacco products? ............................................................☐ Yes  ☐ No

   Have you ever used tobacco products? ...............................................................☐ Yes  ☐ No

   *If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

   ☐  **Cigarettes**      **Packs Per Day (half pack = .5)** _____   **Start Year** __ __ __ __   **End Year** __ __ __ __

   ☐  **Cigars**          **Cigars Per Day** _____                   **Start Year** __ __ __ __   **End Year** __ __ __ __

   ☐  **If Other Tobacco Products, please specify (e.g., chewing tobacco):** _____
                          **Amount Per Day** _____                   **Start Year** __ __ __ __   **End Year** __ __ __ __

   Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? ...................☐ Yes  ☐ No

   *If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

   _____

3. **Information Regarding Chest X-Ray**

   **Please check the box next to the applicable location where your chest x-ray was taken (check one):**

   ☐  Mobile laboratory  ☐ Job site  ☐ Union Hall  ☐ Doctor office  ☐ Hospital  ☐ Other: _____

   Address where chest x-ray taken: _____
                          Address

   _____
   City                              State/Province                        Zip/Postal Code

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**



WR GRACE-PIQ 001106-025

| PART II:  ASBESTOS-RELATED CONDITION(S) |

Name of Claimant: _____     Last 4 Digits of SSN: __ __ __ __

**4.**   **Information Regarding Chest X-Ray Reading**

Date of Reading: __ __ / __ __ / __ __ __ __     ILO score: _____

Name of Reader: _____

Reader's Daytime Telephone Number: ............................. ( __ __ __ ) __ __ __ - __ __ __ __

Reader's Mailing Address: _____
   Address

_____
City                               State/Province                Zip/Postal Code

With respect to your relationship to the reader, check all applicable boxes:

Was the reader paid for the services that he/she performed ...................................☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the reader?............☐ Yes  ☐ No

Was the reader referred to you by counsel?.................................................☐ Yes  ☐ No

Are you aware of any relationship between the reader and your legal counsel? ............☐ Yes  ☐ No

*If yes, please explain:* _____

Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?

......................................................................................................☐ Yes  ☐ No

*If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* _____

**5.**   **Information Regarding Pulmonary Function Test:** ..................Date of Test: __ __ / __ __ / __ __ __ __

List your height in feet and inches when test given:................................ _____ ft _____ inches

List your weight in pounds when test given:....................................................... _____ lbs

Total Lung Capacity (TLC): ...................................................._____ % of predicted

Forced Vital Capacity (FVC): ..................................................._____ % of predicted

FEV1/FVC Ratio: ..................................................................._____ % of predicted

Name of Doctor Performing Test (if applicable): _____

Doctor's Specialty: _____

Name of Clinician Performing Test (if applicable): _____

Testing Doctor or Clinician's Mailing Address: _____
   Address

_____
City                               State/Province                Zip/Postal Code

Testing Doctor or Clinician's Daytime Telephone Number: ............... ( __ __ __ ) __ __ __ - __ __ __ __

Name of Doctor Interpreting Test: _____

Doctor's Specialty: _____

Interpreting Doctor's Mailing Address: _____
   Address

_____
City                               State/Province                Zip/Postal Code..

Interpreting Doctor's Daytime Telephone Number: .................. ( __ __ __ ) __ __ __ - __ __ __ __

APPENDIX C
**Additional Copies of Part II of the Questionnaire**


WR GRACE-PIQ 001106-026

**PART II: ASBESTOS-RELATED CONDITION(S)**

Name of Claimant: _____ Last 4 Digits of SSN: __ __ __ __

**With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:**

If the test was performed by a doctor, was the doctor your personal physician?........................................... ☐ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ................................ ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:*_____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician?.. ☐ Yes ☐ No

Was the testing doctor or clinician referred to you by counsel? ................................................................ ☐ Yes ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ............. ☐ Yes ☐ No

*If yes, please explain:* _____

**Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?**........................................................................................ ☐ Yes ☐ No

**With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:**

Was the doctor your personal physician? ................................................................................................. ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed?................................................................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ........................ ☐ Yes ☐ No

Was the doctor referred to you by counsel?............................................................................................ ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ...................................... ☐ Yes ☐ No

*If yes, please explain* _____

**Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?**.............................. ☐ Yes ☐ No

6. **Information Regarding Pathology Reports:**

Date of Pathology Report:........................................................................ __ __ / __ __ / __ __ __ __

Findings: _____

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____
Address

_____
City                                    State/Province                          Zip/Postal Code

Doctor's Daytime Telephone Number: ................................... ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:**

Was the doctor your personal physician? ................................................................................................. ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed?................................................................... ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ........................ ☐ Yes ☐ No

Was the doctor referred to you by counsel?............................................................................................ ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ...................................... ☐ Yes ☐ No

*If yes, please explain:* _____

**Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?**

.................................................................................................................................................. ☐ Yes ☐ No

## APPENDIX C
### Additional Copies of Part II of the Questionnaire

WR GRACE-PIQ 001106-027

### PART II:  ASBESTOS-RELATED CONDITION(S)

Name of Claimant: _____     Last 4 Digits of SSN: __ __ __ __

7.  **With respect to the condition alleged, have you received medical treatment from a doctor for the condition?**
    ....................................................................................................................☐ Yes  ☐ No

*If yes, please complete the following:*

Name of Treating Doctor: _____

Treating Doctor's Specialty:_____

Treating Doctor's Mailing Address: _____
                                    Address

_____
City                                State/Province                Zip/Postal Code

Treating Doctor's Daytime Telephone number:.......................... ( __ __ __ ) __ __ __ - __ __ __ __

Was the doctor paid for the services that he/she performed?..................................☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:._____*

Did you retain counsel in order to receive any of the services performed by the doctor? ....................☐ Yes  ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WR GRACE-PIQ 001106-028

[THIS PAGE INTENTIONALLY LEFT BLANK]

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**



| PART II: ASBESTOS-RELATED CONDITION(S) |
|---|

Name of Claimant: _____     Last 4 Digits of SSN: __ __ __ __

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1.  **Please check the box next to the condition being alleged:**

☐ Asbestos-Related Lung Cancer          ☐ Mesothelioma

☐ Asbestosis          ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

☐ Other Asbestos Disease          ☐ Clinically Severe Asbestosis

    **a.  Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

        ☐ diagnosis from a pathologist certified by the American Board of Pathology

        ☐ diagnosis from a second pathologist certified by the American Board of Pathology

        ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

        ☐ other (please specify):_____

    **b.  Asbestos-Related Lung Cancer:** If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

        ☐ findings by a pathologist certified by the American Board of Pathology

        ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

        ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

        ☐ evidence of asbestosis determined by pathology

        ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

        ☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

        ☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

        ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

        ☐ other (please specify):_____

**APPENDIX C**

**Additional Copies of Part II of the Questionnaire**



WR GRACE-PIQ 001106-030

**PART II: ASBESTOS-RELATED CONDITION(S)**

Name of Claimant: _____   Last 4 Digits of SSN: __ __ __ __

c.  **Other Cancer:**

    (i)  If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

       ☐ colon    ☐ pharyngeal    ☐ esophageal    ☐ laryngeal    ☐ stomach cancer

       ☐ other, please specify: _____

    (ii)  Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

       ☐ findings by a pathologist certified by the American Board of Pathology

       ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

       ☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

       ☐ evidence of asbestosis determined by pathology

       ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

       ☐ other (please specify): _____

d.  **Clinically Severe Asbestosis:**  If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

    ☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

    ☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

    ☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

    ☐ asbestosis determined by pathology

    ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

    ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

    ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

    ☐ other (please specify): _____

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

WR GRACE-PIQ 001106-031

| PART II: ASBESTOS-RELATED CONDITION(S) |
|---|

Name of Claimant: _____   Last 4 Digits of SSN: __ __ __ __

e.  **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted.

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

☐ other (please specify): _____

f.  **Other Asbestos Disease:** If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ diagnosis determined by pathology

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  other than those described above

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a pulmonary function test other than that discussed above

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐ a CT Scan or similar testing

☐ a diagnosis other than those above

☐ other (please specify): _____

**APPENDIX C**
<u>Additional Copies of Part II of the Questionnaire</u>



**PART II:  ASBESTOS-RELATED CONDITION(S)**

Name of Claimant: _____     Last 4 Digits of SSN: __ __ __ __

**2.   Information Regarding Diagnosis**

Date of Diagnosis: ................................................................ __ __ / __ __ / __ __ __ __

Diagnosing Doctor's Name: _____

Diagnosing Doctor's Specialty: _____

Diagnosing Doctor's Mailing Address: _____
<div style="margin-left:2em;">Address</div>

_____
City                                        State/Province                          Zip/Postal Code

Diagnosing Doctor's Daytime Telephone Number: ........................................ ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the diagnosing doctor, check all applicable boxes:**

Was the diagnosing doctor your personal physician? .................................................................... ☐ Yes   ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? ................... ☐ Yes   ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? ........... ☐ Yes   ☐ No

Was the diagnosing doctor referred to you by counsel? ............................................................ ☐ Yes   ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel? ........................ ☐ Yes   ☐ No

*If yes, please explain:* _____

_____

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis? ................................................................................. ☐ Yes   ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis? ....................................................................................................... ☐ Yes   ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? ....................................................................................................... ☐ Yes   ☐ No

Did the diagnosing doctor perform a physical examination? ................................................ ☐ Yes   ☐ No

Do you currently use tobacco products? ............................................................................... ☐ Yes   ☐ No

Have you ever used tobacco products? ................................................................................. ☐ Yes   ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

☐  **Cigarettes**       Packs Per Day (half pack = .5) _____    Start Year __ __ __ __    End Year __ __ __ __

☐  **Cigars**          Cigars Per Day _____               Start Year __ __ __ __    End Year __ __ __ __

☐  **If Other Tobacco Products, please specify (e.g., chewing tobacco):** _____
<div style="text-align:center;">Amount Per Day _____    Start Year __ __ __ __    End Year __ __ __ __</div>

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? .................. ☐ Yes   ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

**3.   Information Regarding Chest X-Ray**

**Please check the box next to the applicable location where your chest x-ray was taken (check one):**

☐  Mobile laboratory   ☐ Job site   ☐ Union Hall   ☐ Doctor office   ☐ Hospital   ☐ Other: _____

Address where chest x-ray taken: _____
<div style="margin-left:2em;">Address</div>

_____
City                                        State/Province                          Zip/Postal Code

**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

| PART II: ASBESTOS-RELATED CONDITION(S) | WR GRACE-PIQ 001106-033 |

Name of Claimant: _____ Last 4 Digits of SSN: __ __ __ __

4.  **Information Regarding Chest X-Ray Reading** .

   Date of Reading: __ __ / __ __ / __ __ __ __        ILO score: _____

   Name of Reader: _____

   Reader's Daytime Telephone Number: ................................................ ( __ __ __ ) __ __ __ - __ __ __ __

   Reader's Mailing Address: _____
   ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
   <br>Address

   _____
   City                                    State/Province                          Zip/Postal Code

   With respect to your relationship to the reader, check all applicable boxes:

   Was the reader paid for the services that he/she performed ......................................... ☐ Yes ☐ No

   *If yes, please indicate who paid for the services performed:* _____

   Did you retain counsel in order to receive any of the services performed by the reader? ............. ☐ Yes ☐ No

   Was the reader referred to you by counsel? ............................................................ ☐ Yes ☐ No

   Are you aware of any relationship between the reader and your legal counsel? .................... ☐ Yes ☐ No

   *If yes, please explain:* _____

   Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?
   ......................................................................................................... ☐ Yes ☐ No

   *If the reader is not a certified B-reader, please describe the reader's occupation,  specialty, and the method through which the reading was made:* _____

5.  **Information Regarding Pulmonary Function Test:** ........................Date of Test: __ __ / __ __ / __ __ __ __

   List your height in feet and inches when test given: .................................. _____ ft _____ inches

   List your weight in pounds when test given: ................................................................ _____ lbs

   Total Lung Capacity (TLC): ................................................................. _____ % of predicted

   Forced Vital Capacity (FVC): ............................................................... _____ % of predicted

   FEV1/FVC Ratio: .............................................................................. _____ % of predicted

   Name of Doctor Performing Test (if applicable): _____

   Doctor's Specialty: _____

   Name of Clinician Performing Test (if applicable): _____

   Testing Doctor or Clinician's Mailing Address: _____
   <br>Address

   _____
   City                                    State/Province                          Zip/Postal Code

   Testing Doctor or Clinician's Daytime Telephone Number: ........................ ( __ __ __ ) __ __ __ - __ __ __ __

   Name of Doctor Interpreting Test: _____

   Doctor's Specialty: _____

   Interpreting Doctor's Mailing Address: _____
   <br>Address

   _____
   City                                    State/Province                          Zip/Postal Code..
   Interpreting Doctor's Daytime Telephone Number: ................................ ( __ __ __ ) __ __ __ - __ __ __ __

## APPENDIX C
### Additional Copies of Part II of the Questionnaire
### PART II: ASBESTOS-RELATED CONDITION(S)



WR GRACE-PIQ  001106-034

Name of Claimant: _____    Last 4 Digits of SSN: _____

**With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:**

If the test was performed by a doctor, was the doctor your personal physician?........................................☐ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? .................................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:.* _____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician?..☐ Yes ☐ No

Was the testing doctor or clinician referred to you by counsel? ...............................................................☐ Yes ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ............☐ Yes ☐ No

*If yes, please explain:* _____

**Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?**.............................................................................................☐ Yes ☐ No

**With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:**

Was the doctor your personal physician? ..........................................................................................☐ Yes ☐ No

Was the doctor paid for the services that he/she performed?................................................................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ...........................☐ Yes ☐ No

Was the doctor referred to you by counsel? ........................................................................................☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? .......................................☐ Yes ☐ No

*If yes, please explain* _____

**Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?**............................☐ Yes ☐ No

6.  **Information Regarding Pathology Reports:**

Date of Pathology Report:.............................................................................. __ __ / __ __ / __ __ __ __

Findings:  _____

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____
        Address

City                        State/Province                Zip/Postal Code

Doctor's Daytime Telephone Number: .............................................. ( __ __ __ ) __ __ __ - __ __ __ __

**With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:**

Was the doctor your personal physician? ..........................................................................................☐ Yes ☐ No

Was the doctor paid for the services that he/she performed?................................................................☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ...........................☐ Yes ☐ No

Was the doctor referred to you by counsel? ........................................................................................☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? .......................................☐ Yes ☐ No

*If yes, please explain:* _____

**Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?**

................................................................................................................................☐ Yes ☐ No



### APPENDIX C
### Additional Copies of Part II of the Questionnaire

**PART II: ASBESTOS-RELATED CONDITION(S)**

Name of Claimant: _____    Last 4 Digits of SSN: _ _ _ _

7. **With respect to the condition alleged, have you received medical treatment from a doctor for the condition?**
...................................................................................................................... ☐ Yes ☐ No

*If yes, please complete the following:*

Name of Treating Doctor: _____

Treating Doctor's Specialty: _____

Treating Doctor's Mailing Address: _____
<br>                  Address

_____

City                      State/Province               Zip/Postal Code

Treating Doctor's Daytime Telephone number:............................................. ( _ _ _ ) _ _ _ - _ _ _ _

Was the doctor paid for the services that he/she performed?............................................. ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

**Did you retain counsel in order to receive any of the services performed by the doctor?** ..................... ☐ Yes ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WR GRACE-PIQ 001106-036

[THIS PAGE INTENTIONALLY LEFT BLANK]

**APPENDIX D**

Additional Copies of Part III of the Questionnaire    Name of Claimant: _____    Last 4 Digits of SSN: _____

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a)   A worker who personally mixed Grace asbestos-containing products

(b)   A worker who personally removed or cut Grace asbestos-containing products

(c)   A worker who personally installed Grace asbestos-containing products

(d)   A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e)   A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f)   If other, please specify.

Site of Exposure:

Site Name: _____    Location: _____

Site Type: ☐ Residence   ☐ Business    Site Owner: _____

Employer During Exposure: _____   Unions of which you were a member during your employment: _____

| | Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code *If Code 59, specify.* | Industry Code *If Code 118, specify.* | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? *If Yes, please indicate your regular proximity to such areas* | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | | |
| Job 2 Description: | | | | | | | |
| Job 3 Description: | | | | | | | |
| Job 4 Description: | | | | | | | |
| Job 5 Description: | | | | | | | |
| Job 6 Description: | | | | | | | |

WR GRACE-PIQ 001106-037

WR GRACE-PIQ 001106-038

ENDIX D

itional Copies of Part III of the Questionnaire

Name of Claimant: _____    Last 4 Digits of SSN: _ _ _ _

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

te the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete rt for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(d)  A worker who personally mixed Grace asbestos-containing products
(e)  A worker who personally removed or cut Grace asbestos-containing products
(f)  A worker who personally installed Grace asbestos-containing products

(g)  A worker who personally installed Grace asbestos-containing products were being installed, mixed, removed or cut by others
(h)  A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others
(i)  If other, please specify.

Site of Exposure:

Site Name: _____    Location: _____

Site Type:  ☐ Residence   ☐ Business    Site Owner: _____

Employer During Exposure: _____    Unions of which you were a member during your employment: _____

| Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/days, days/year) | Occupation Code If Code 59, specify. | Industry Code If Code 118, specify. | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| Job 4 Description: | | | | | | |
| Job 5 Description: | | | | | | |
| Job 6 Description: | | | | | | |


WR GRACE-PIQ  001106-039

**APPENDIX E**
**Additional Copies of Part IV of the Questionnaire**

**PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS**

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person?............................................................................................□ Yes □ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: _____    Gender: □ Male □ Female

   Last Four Digits of Social Security Number: __ __ __ __    Birth Date: __ __ / __ __ / __ __

3. What is your Relationship to Other Injured Person:.................................□ Spouse □ Child □ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:

   _____

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:
   From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:

   _____

7. Has the Other Injured Person filed a lawsuit related to his/her exposure? ............................□ Yes □ No
   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*
   Caption: _____

   Case Number: _____    File Date: __ __ / __ __ / __ __ __ __

   Court Name: _____

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:

   _____

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:
   From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:

   _____


**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

APPENDIX E
Additional Copies of Part IV of the Questionnaire



PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING ~~~~

Name of Claimant: _____    Last 4 Digits of SSN: __ __ __ __

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person? ................................................................................ ☐ Yes ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: _____    Gender: ☐ Male ☐ Female

   Last Four Digits of Social Security Number: __ __ __ __    Birth Date: __ __ / __ __ / __ __

3. What is your Relationship to Other Injured Person: ................................ ☐ Spouse ☐ Child ☐ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:
   _____

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:
   From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:
   _____

7. Has the Other Injured Person filed a lawsuit related to his/her exposure? ........................... ☐ Yes ☐ No
   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   Caption: _____

   Case Number: _____    File Date: __ __ / __ __ / __ __ __ __

   Court Name: _____

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:
   _____

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:
   From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:
    _____

[REMAINDER OF PAGE INTENTIONALLY BLANK]

**APPENDIX F**

Additional Copies of Part V of the Questionnaire

Name of Claimant: _____    Last 4 Digits of SSN: _____

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

| Party Against which Lawsuit or Claim was Filed: | | Product(s) | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 59, specify. | Industry Code If Code 118, specify. | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| **Site of Exposure 1** Site Name: _____ | Job 1 Description: _____ | | | | | | |
| Address: _____ | Job 2 Description: _____ | | | | | | |
| City and State: _____ | | | | | | | |
| Site Owner: _____ | Job 3 Description: _____ | | | | | | |
| **Site of Exposure 2** Site Name: _____ | Job 1 Description: _____ | | | | | | |
| Address: _____ | Job 2 Description: _____ | | | | | | |
| City and State: _____ | | | | | | | |
| Site Owner: _____ | Job 3 Description: _____ | | | | | | |
| **Site of Exposure 3** Site Name: _____ | Job 1 Description: _____ | | | | | | |
| Address: _____ | Job 2 Description: _____ | | | | | | |
| City and State: _____ | | | | | | | |
| Site Owner: _____ | Job 3 Description: _____ | | | | | | |

WR GRACE-PIQ 001106-041

WR GRACE-PIQ 001106-042

IDIX F

mal Copies of Part V of the Questionnaire       Name of Claimant: _____       Last 4 Digits of SSN: __ __ __ __

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

...mplete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits ...iims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked. In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(d) A worker who personally mixed Non-Grace asbestos-containing products

(e) A worker who personally removed or cut Non-Grace asbestos-containing products

(f) A worker who personally installed Non-Grace asbestos-containing products

(g) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others

(h) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others

(i) If other, please specify.

| Party Against which Lawsuit or Claim was Filed: | Product(s) | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code *If Code 59, specify.* | Industry Code *If Code 118, specify.* | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? *If Yes, please indicate your regular proximity to such areas* | Nature of Exposure |
|---|---|---|---|---|---|---|
| **Site of Exposure 1** | | | | | | |
| Site Name: | | | | | | |
| Address: | | | | | | |
| City and State: | | | | | | |
| Site Owner: | | | | | | |
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| **Site of Exposure 2** | | | | | | |
| Site Name: | | | | | | |
| Address: | | | | | | |
| City and State: | | | | | | |
| Site Owner: | | | | | | |
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| **Site of Exposure 3** | | | | | | |
| Site Name: | | | | | | |
| Address: | | | | | | |
| City and State: | | | | | | |
| Site Owner: | | | | | | |
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |

## APPENDIX G
### Additional Copies of Part VI of the Questionnaire
### PART VI: EMPLOYMENT HISTORY


WR GRACE-PIQ 001106-043

Name of Claimant: _____     Last 4 Digits of SSN: __ __ __ __

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Occupation Code:** _____     If Code 59, specify: _____

**Industry Code:** _____     If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __     **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
      Address

_____     _____     _____
City                                          State/Province                        Zip/Postal Code

**Occupation Code:** _____     If Code 59, specify: _____

**Industry Code:** _____     If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __     **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
      Address

_____     _____     _____
City                                          State/Province                        Zip/Postal Code

**Occupation Code:** _____     If Code 59, specify: _____

**Industry Code:** _____     If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __     **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
      Address

_____     _____     _____
City                                          State/Province                        Zip/Postal Code

**Occupation Code:** _____     If Code 59, specify: _____

**Industry Code:** _____     If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __     **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
      Address

_____     _____     _____
City                                          State/Province                        Zip/Postal Code



**APPENDIX G**
Additional Copies of Part VI of the Questionnaire
**PART VI: EMPLOYMENT HISTORY**

WR GRACE-PIQ 001106-044

Name of Claimant: _____     Last 4 Digits of SSN: __ __ __ __

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

Occupation Code: _____     If Code 59, specify: . _____

Industry Code: _____     If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __     End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
   Address

_____
City         State/Province     Zip/Postal Code

Occupation Code: _____     If Code 59, specify: . _____

Industry Code: _____     If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __     End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
   Address

_____
City         State/Province     Zip/Postal Code

Occupation Code: _____     If Code 59, specify: . _____

Industry Code: _____     If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __     End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
   Address

_____
City         State/Province     Zip/Postal Code

Occupation Code: _____     If Code 59, specify: . _____

Industry Code: _____     If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __     End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
   Address

_____
City         State/Province     Zip/Postal Code



### OSCAR R. SCHERER, M.D.
and
### BARRY R. HORN, M.D.
Professional Corporation

3001 COLBY STREET
BERKELEY, CA 94705
(415) 540-1473

Diplomates,
American Board of Internal
Medicine and Pulmonary Disease

June 24, 1991

Mr. Harry Wartnick
Attorney at Law
101 California Street, Suite 2600
San Francisco, CA 94111          RE:      **REDACTED**

Dear Mr. Wartnick:

At your request, I have reviewed a series of films on              ·  The first
set of films is dated October 22, 1982 and represents a chest PA and lateral
from the Thomas-Davis Clinic in Tucson, Arizona.            . was 58 years of
age.  The heart size is at the upper limits of normal.  There is no pulmonary
vascular congestion.  A 1 x 1.5 cm mass density can be seen in the right
lower lung field on the PA film.  On the lateral film, it appears to be in
the right middle lobe anteriorly.  The borders of this lesion are smooth and
there is a suggestion that there is calcification in the lesion.  The films
are not a full inspiration.  Taking that into account, the interstitial
markings appear to be at the upper limits of normal corresponding to an ILO
classification of s/t 0/1 borderline opacities.  No definite pleural disease
is identified.

I have reviewed a chest PA and lateral dated July 6, 1983.            had a
deeper inspiration.  The previously described mass lesion in the right middle
lobe is again seen and appears to be the same size.  It is definitely present
in the right middle lobe on the lateral film.  The interstitial markings
remain at the upper limits of normal corresponding to an ILO classification
of t/s 0/1 borderline opacities in the lower two thirds of the lung fields
bilaterally.  The heart size remains at the upper limits of normal.  No
definite pleural disease is seen.

I have reviewed a chest PA and lateral dated January 12, 1984.  The films
were again done at the Thomas-Davis Clinic.  The previously described mass
density in the right middle lobe is seen.  The interstitial markings have the
appearance of being increased corresponding to an ILO classification of t/s
1/0 irregular opacities in the lower two thirds of the lung fields
bilaterally.  The heart size is again at the upper limits of normal.

I have reviewed a chest PA and lateral dated January 8, 1985.  The films are
somewhat underpenetrated.  My best estimate is that the interstitial markings
are at the upper limits of normal.

**REDACTED**

WR GRACE-PIQ 001106-046

Mr. Harry Wartnick
June 24, 1991
Page 2

RE:

**REDACTED**

<u>Review of Chest X-rays</u> (cont.)

I have reviewed a chest PA and lateral dated June 20, 1986. These films appear similar to previous films. The interstitial markings are mildly increased corresponding to an ILO classification of t/t 1/0 irregular opacities in the lower two-thirds of the lung fields bilaterally. The heart size remains at the upper limits of normal. There is a mass again seen in the right middle lobe unchanged from the previous films. No definite pleural disease is identified.

The next set of films is dated May 1, 1990. These films appear considerably different than the previous films. A mass lesion can now be seen in the left mid lung field peripherally. On the PA film, it is 4.5 x 4.5 cm in size. On the lateral film, the mass appears in the superior segment of the left lower lobe. There is prominence of the left hilum suggesting adenopathy. The film is somewhat underpenetrated, so interpreting the interstitium is difficult. There is a definite increase in interstitial markings in the lower two thirds of the lung fields bilaterally probably best categorized by an ILO classification of t/t 1/1 irregular opacities. However, again the film is difficult to interpret because of its technique. The heart size remains at the upper limits of normal. No definite pleural disease is seen.

I have reviewed a chest PA and lateral dated July 9, 1990. The left mid lung field mass lesion appears somewhat smaller in size. There is some scarring radiating toward the left hilum. The interstitial markings are definitely increased bilaterally corresponding to an ILO classification of t/t 1/1 irregular opacities. The heart size is again at approximately the upper limits of normal to perhaps slightly enlarged.

I have reviewed a chest PA and lateral dated October 26, 1990. The previously described mass lesion in the left mid lung field is again seen. It is approximately the same size as on the previous film. The PA film is somewhat rotated so is difficult to compare with the previous films. The interstitial markings are definitely increased bilaterally corresponding to an ILO classification of t/t 1/1 irregular opacities in the lower two thirds of the lung fields. No definite pleural disease is identified.

The next set of films is dated November 13, 1990. A mass lesion is again seen in the left mid lung field laterally although it is clearly less defined than on previous films. It can again be seen in the posterior segment on the lateral film. There is a questionable nodular density on the lateral film anteriorly in the chest. The interstitial markings appear more prominent than on previous films. My best estimate is that there are t/t 2/1 irregular opacities in the lower two thirds of the lung fields bilaterally. The heart borders are ill-defined.



WR GRACE-PIQ 001106-047

Mr. Harry Wartnick
June 24, 1991
Page 3

RE:  **REDACTED**

Review of Chest X-rays (cont.)

The last set of films is dated January 9, 1991.  Very extensive interstitial
changes are seen bilaterally in all lung fields corresponding to an ILO
classification of t/t 2/2 irregular opacities.  The interstitial changes are
most prominent peripherally.  The heart border is ill-defined.  There is a
suggestion of honeycombing on these films as there was on the November 13th
films, although it is more prominent on the January 9th films.  No definite
pleural disease is identified.

Sincerely,

Barry R. Horn, M.D.

BRH/js

OSCAR R. SCHERER, M.D.
and
BARRY R. HORN, M.D.
Professional Corporation



2450 ASHBY AVENUE
BERKELEY, CA 94705-2066
(510) 204-1473

Diplomates,
American Board of Internal
Medicine and Pulmonary Disease

September 22, 1994



Mr. Harry Wartnick
Attorney at Law
101 California Street, Suite 2600
San Francisco, CA 94111

RE:        REDACTED

Dear Mr. Wartnick:

Thank you for referring the case of            or my evaluation. At your request, I have
reviewed medical records on

<u>Records of Thomas Davis Medical Center</u>. He was seen on October 22, 1982. He was 58
years of age. He had a past medical history of hypertension. He had myocardial infarction
in 1973. He had a malignant bladder tumor removed in 1973. He had a history of
diverticulitis with a colon resection. He had an abdominal aortic aneurysm repaired in 1980.
He had a blood clot in his right eye five years previously. He was on hydrochlorothiazide,
Dyrenium, potassium and vitamin C. Both parents had myocardial infarctions. He did not
smoke. On physical examination, his lungs were clear. Cardiac examination was normal.

A chest film was done on October 22, 1982. The copy is extremely poor. Under
impression, I am able to determine that there was a moderate sized non-calcified non-
cavitated nodule in the right middle lobe.

         was seen on October 29, 1982. He was 58 years of age. He had low grade
bladder malignancy 10 years previously. He had routine cystoscopy. He was in fairly good
health although he had a history of hypertension, a repaired aortic aneurysm, diverticulitis
which was resected and atherosclerotic heart disease. He was on a number of medications.
Cystoscopy was recommended.

         was seen on February 14, 1983 by Dr. Rundle. One month previously, he noted
the sudden onset of lightheadedness intermittently which occurred with changing a position.
Two weeks previously, he developed vertigo. He was on antihypertensive medications
including hydrochlorothiazide, Dyrenium, Inderal and Isordil. Neurologic examination was
normal. He was diagnosed with having vascular vertigo.

A chest film was obtained on July 6, 1983. There was a moderately large sliding hiatal
hernia on the lateral view. The aorta was mildly tortuous. There was no cardiomegaly.

REDACTED

REDACTED


WR GRACE-PIQ 001106-049

Mr. Harry Wartnick
September 22, 1994
Page 2

RE:    **REDACTED**

Chest films were obtained on January 12, 1984. The heart size was normal. There was a nodule in the right lower lung. Both lungs demonstrated some mild fibrosis. The hilar regions were normal.

He was seen on December 11, 1984 complaining of a recurrent cough productive of scant amounts of sputum. He also had yellow nasal drainage. On examination, the nasal mucosa was congested. There were fine inspiratory rhonchi. A diagnosis of bronchitis was made and he was started on amoxicillin.

A chest film was obtained on January 8, 1985. The heart size was normal. There was some fibrosis in both lungs. A 1.5 cm nodule was seen in the right lower lung.

I have reviewed a discharge summary to Tucson Medical Center.                was hospitalized from April 7 to April 10, 1985. He had a period of vertigo. He was brought to the emergency room. An EKG showed multi-focal PVC's. In the emergency room, he developed ventricular tachycardia and was admitted to the hospital. He had a history of arteriosclerotic heart disease. He was started on Lidocaine which was not successful. He was then placed on procainamide. He was discharged on Isordil, hydrochlorothiazide, Dyrenium, potassium, allopurinol, Tenormin and Procan.

I have reviewed a consultation note during this admission.                was 68 years of age. He had an inferior wall myocardial infarction 13 years previously. He had frequent PVC's. In the emergency room, his potassium was 2.6. Ventricular tachycardia was not documented. The serum potassium was corrected. He then had 5 to 6 PVC's in succession. On examination, his lungs were clear. He was not thought to have had a myocardial infarction although it needed to be ruled out. A stress test was recommended.

I have reviewed an admission history and physical dated April 7, 1985. He had an episode of dizziness and near syncopal episode. He had a history of a myocardial infarction 12 years previously. He had smoked cigarettes up until 20 years previously and then stopped. He very rarely drank. He had an aneurysm resection four and a half years previously. He had cancer of the bladder in 1973. He had surgery for diverticulitis seven years previously. On examination, his chest was clear.

He was seen on May 21, 1985. Blood pressure was 132/84. He weighed 205 pounds. He denied shortness of breath or orthopnea. He was on hydrochlorothiazide, Isordil, Dyrenium, potassium, allopurinol, Tenormin and quinaglute. A diagnosis of arteriosclerotic heart disease was made.

REDACTED


WR GRACE-PIQ 001106-050

Mr. Harry Wartnick
September 22, 1994
Page 3

RE:

**REDACTED**

He was seen on June 20, 1986. He was 62 years of age. His blood pressure was 124/82. Pulse was 76/minute. He weighed 198 pounds. He complained of occasional dizziness. Sigmoidoscopy was performed and was negative. The diagnoses were hypertension, arteriosclerotic heart disease, blindness in the right eye and status post cancer of the bladder.

Chest x-rays were obtained on June 20, 1986. The heart size was normal. There was minimal linear change in the left mid lung. The previously described nodule was again seen. The hilar regions were normal.

A barium enema was done on June 23, 1986. There was moderately extensive diverticulosis.

⎯⎯⎯⎯⎯ was seen on October 20, 1986. He had some tinnitus in the past month along with headache. He had no chest pain. He was having some diarrhea from the quinaglute. He was diagnosed with arteriosclerotic heart disease and osteoarthritis. He was treated with quinaglute, potassium, Tenormin, Isordil, hydrochlorothiazide, Dyrenium, allopurinol and Clinoril.

A Holter monitor tracing was done on October 29, 1986. There was sinus bradycardia. There were sporadic PVCs. There was trigeminy and quadrigeminy during waking hours.

I have reviewed an admission note to Tucson Medical Center dated July 5, 1987. He had right sided chest pain. He had been admitted in August, 1986 for chest pain. He had a definite history of arteriosclerotic heart disease with a myocardial infarction. He was on medications to control hypertension, angina and arrhythmias. He had multiple admissions for ventricular tachycardia. In the past he had a lupus reaction to procainamide and was currently taking quinaglute. On examination, his chest was clear. His EKG was unchanged. He was admitted to rule out a myocardial infarction.

A portable chest film was done on July 5, 1987. The heart was enlarged. There was no evidence of pulmonary vascular congestion. There was a small nodular density at the right base. There was no evidence of heart failure.

Coronary angiography was done on July 7, 1987. The left ventricular end diastolic pressure was 11. The left ventricular chamber size was increased. There was akinesia of the entire inferior wall. The proximal septum and anterior wall were mildly hypokinetic. The distal two-thirds of the anterior wall septum and the entire apex were severely hypokinetic. The left ventricular ejection fraction was about 20%. There was no mitral regurgitation. The left main coronary artery was normal. There was a 50% stenosis and a large first obtuse marginal branch of the circumflex. The second obtuse marginal branch of the circumflex

REDACTED

WR GRACE-PIQ 001106-051

Mr. Harry Wartnick
September 22, 1994
Page 4

RE:           REDACTED

REDACTED

was significantly smaller and had a 90% stenosis. The left anterior descending vessel had moderate disease in its proximal portion and had a subtotal occlusion in its mid portion with slow distal filling. The coronary artery was a large dominant vessel with severe diffuse disease. The cardiologist concluded that           had a severe impairment in left ventricular function and had three vessel coronary artery disease.

I have reviewed a discharge note from a hospitalization from July 5 to July 11, 1987. He was admitted because of right sided chest pain which was non-radiating. Physical examination was normal. Serial enzymes were normal. Catheterization was performed during the hospitalization. The risk of surgery precluded doing surgery. He was discharged on Coumadin.

He was seen on July 13, 1987 following a hospital admission. He was on Coumadin. He was not having any chest pain. His blood pressure was normal.

He was seen on August 5, 1987. His diagnoses were arteriosclerotic heart disease with angina. He was not in heart failure. He was on Coumadin, Tenormin, allopurinol, potassium, quinaglute, Dyrenium and hydrochlorothiazide.

I have reviewed a discharge summary to Tucson Medical Center.           was hospitalized from September 20 to September 23, 1987. He presented to the emergency room with sharp right sided chest pain and was hospitalized to rule out a myocardial infarction. It was ruled out. He had no further episodes of pain. He was discharged on Procardia, Dyrenium, Isordil, quinaglute, potassium, allopurinol, Tenormin and hydrochlorothiazide.

He was seen in follow-up on October 1, 1987. His blood pressure had fallen since he had been started on Procardia. The hydrochlorothiazide and Dyrenium were stopped.

He was seen on November 2, 1987. He was still having angina. The Tenormin dose was increased. He was seen on November 16, 1987. He was complaining of right parasternal pain relieved in part by nitroglycerin. The Procardia dose was increased. He was seen the next week. His chest pain was much better.

He was seen in January, 1988. He denied any chest pain. He was diagnosed with arteriosclerotic heart disease.

He was seen on March 17, 1988. He complained of some chest pressure. He had diarrhea as well. He was not short of breath. His quinidine level was checked.

WR GRACE-PIQ 001106-052

Mr. Harry Wartnick
September 22, 1994
Page 5                                    RE:          REDACTED

He was seen on April 28, 1988.  His blood pressure was 106/72.  His pulse was 56/minute.
He was not tolerating the quinidine because of diarrhea.  He was also allergic to Procan.
The quinidine was stopped.  He was placed on Mexitil.

He was seen in the summer of 1988.  He was on Norpace, Procardia, Tenormin, allopurinol
and Coumadin.  He was still having PVC's.  He was not in heart failure.

A Holter monitor tracing was done on August 16, 1988.  He had sinus bradycardia.  He had
an average of 511 PVC's per hour.

          was seen in November, 1988.  He had been complaining of some abdominal pain.
He was diagnosed with cholelithiasis.

An abdominal ultrasound was done on November 3, 1988.  There were multiple gallstones
seen.

I have reviewed a note from Tucson Medical Center dated June 14, 1989.
developed bright red blood in his stools.  He had a history of bleeding on and off for most
of his life.  He was on Coumadin, Norpace, Procardia, Tenormin and allopurinol.  His chest
was clear.  He was diagnosed with GI bleeding, severe coronary artery disease, blindness
of the right eye, history of cancer of the bladder and a past history of diverticulosis with
resection.  The bleeding was thought to be from hemorrhoids.  His prothrombin time level
was therapeutic.

Colonoscopy was performed on June 15, 1989.    The only abnormality noted was
diverticulosis.

I have reviewed a note dated June 16, 1989.          was diagnosed as having lower GI
bleeding secondary to diverticulosis.

He was seen in early 1990 complaining of left axillary pressure.  On physical examination,
his chest was clear.

          was seen on May 1, 1990.  He was 66 years of age.  He had two tumors in his left
eye.  He had left dorsal spine pain with pain in the left axilla and left parasternal area made
worse by deep breathing or with movement.  He also complained of some peri-umbilical
abdominal pain.  On examination, his lungs were clear.  He had some tenderness over his
left ribs.  X-rays were ordered.



Mr. Harry Wartnick
September 22, 1994
Page 6                                                    RE:          REDACTED

REDACTED

REDACTED

Chest films were obtained on May 1, 1990. There was a new 4.5 cm mass lesion with irregular margins in the left posterior lung. There was mild fullness in the left hilar area. A small nodule was seen in the right lung unchanged from 1986. This was thought to be a granuloma. There was also a question of another small nodule on the PA view. There was mild cardiomegaly.

A chemistry panel was done on May 1, 1990. There were a few abnormal values. The alkaline phosphatase was mildly elevated at 135. The cholesterol was at the upper limits of normal at 200.

An EKG was done on May 1, 1990. It was interpreted as showing evidence of an old inferior wall myocardial infarction with some apical ischemia. There was sinus bradycardia.

I have reviewed a letter by Dr. George Novalis, an ophthalmologist. The letter is dated May 1, 1990. A mass lesion was seen in the left eye. This was thought to possibly be a metastatic tumor. Examination for a primary lesion was recommended.

A note on May 2 indicates that his chest x-ray demonstrated a large lemon sized opacity in the left chest with left hilar adenopathy.

I have reviewed a consultation note dated May 10, 1990 by Dr. Joseph Smith, a pulmonologist.                    had an abnormality in his left eye thought to represent a metastatic tumor. Chest x-ray showed a left upper lobe lesion. He noted pain in his left axilla when recumbent. He had smoked to the age of 40. He smoked two packs a day for 22 years. On examination, there were a few rales at the bases. Chest x-rays from Thomas-Davis Clinic were reviewed. They demonstrated a 4.2 x 5 cm nodule involving the posterior segment of the left upper lobe. The heart was not enlarged. Dr. Smith concluded that          had some degree of chronic obstructive pulmonary disease. He recommended that the Coumadin be stopped and the patient bronchoscoped.

I have reviewed a bronchial biopsy report dated May 10, 1990. A diagnosis of adenocarcinoma was made. Alveolar cell carcinoma could not be excluded.

A note on May 10 indicates that he was diagnosed as having carcinoma of the lung.

On May 11, he was referred to another physician for chemotherapy. He received cis-platinum and Decadron.

I have reviewed a dictated note dated May 11, 1990.                    was 68 years of age. He was recently diagnosed with adenocarcinoma of the lung proven on bronchoscopy biopsy at

Mr. Harry Wartnick
September 22, 1994
Page 7

RE:        REDACTED

St. Joseph's Hospital. The biopsy was done by Dr. Joseph Smith. He complained of left lateral and posterior chest pain of a mild degree. He had a slight cough. He lost a few pounds. He also developed visual impairment in his good left eye. He previously lost most of his vision in his right eye because of retinal detachment. With regard to his past history, he had resection of an aortic aneurysm. He had severe cardiac arrhythmias but was doing well recently. Blood tests showed a mild elevation in alkaline phosphatase. On physical examination, his lungs were described as being fairly clear. He was diagnosed as having adenocarcinoma of the lung with hilar involvement, a metastatic nodule in the lung and in the left retina. The oncologist recommended mitomycin, cis-platinum and VP16. He was also referred to a radiation oncologist, Dr. Ralph Jackson.

I have reviewed a consultation note by Dr. Robert Cassidy dated May 11, 1990. was 66 years of age. He had a 45 pack year history of smoking but stopped smoking 25 years previously. He developed constant sharp pleuritic left sided chest pain five months previously. The pain gradually increased in severity and was only partially relieved with Tylenol. He also developed blurred vision in his left eye with a black spot. The ocular symptoms gradually worsened. Two months previously, he developed a nonproductive cough and fatigue. A chest film showed a mass in the left mid lung with left hilar adenopathy. Bronchoscopy was performed. Biopsy demonstrated adenocarcinoma.

With regard to his past medical history, he had hemorrhage in his right eye in 1979 resulting in blindness. He had two vessel coronary artery disease. He had a history of a myocardial infarction in 1973. He had a transurethral resection of an early bladder tumor in 1973. He had an elective repair of an aortic aneurysm in 1980. He was on Norpace, Procardia, Tenormin, allopurinol and Coumadin. He did not drink alcohol. He worked as a building contractor. He indicated he was exposed to asbestos. He lived in Tucson for 17 years. He was not exposed to radon gas. On examination, the right pupil was fixed and dilated. The left pupil reacted to light. There was a 1.5 cm lymph node palpable in the left axilla. There were fine crackles present at the base of the right lung. The heart rhythm was regular. There were no murmurs or gallops. The abdomen was soft. There were no masses. There was no cyanosis, or edema. Palliative radiation to the left retina was recommended and begun. A CT scan of the brain and a bone scan were recommended.

Dr. Jackson saw          on May 15, 1990. He received two radiation therapy treatments to the left eye and his vision was thought to be possibly better. He was to receive cis-platinum and VP16 that day.

I have reviewed the report of a CT scan of the brain obtained on May 17, 1990. No acute changes were identified.

REDACTED

REDACTED