IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139(JKF) |
| | ) | |
| Debtors, | ) | (Jointly Administered) |

**AFFIDAVIT OF DISINTERESTEDNESS OF DAVID M. SETTER
IN SUPPORT OF SOCHA, PERCZAK, SETTER & ANDERSON, P.C.'S
<u>RETENTION AS AN ORDINARY COURSE PROFESSIONAL</u>**

| | |
|---|---|
| STATE OF COLORADO | ) |
| | ) ss. |
| COUNTY OF DENVER | ) |

I, DAVID M. SETTER, being duly sworn, deposes and says:

1. I am a shareholder of Socha, Perczak, Setter & Anderson, P.C., located at 1775 Sherman Street, Suite 1925, Denver, Colorado 80203 (the "Firm").

2. The Debtor has requested that the Firm provide legal services for the defense of asbestos cases and other types of matters including product claims to the Debtor, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these Chapter 11 cases, for persons that are parties in interest in the Debtor's Chapter 11 cases. As part of its customary practices, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtor, claimants and parties in interest in these Chapter 11 cases. The Firm does not perform services for any such

1

person in connection with these Chapter 11 cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtor or its estate.

4.  Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principals or regular employees of the Firm.

5.  Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estates.

6.  The Debtor owes no money to the Firm.

7.  The Firm has read the **Order Pursuant to U.S.C. § 1107(a) and 1108 Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Business** dated May 3, 2001, and the **Amended Order Authorizing the Debtors to Employ and Compensate Certain Professional Utilized in the Ordinary Course of the Debtors' Business** dated December 10, 2002, and understands the limitations on compensation allowed to be paid to an ordinary course professional.

8.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

2

I declare under penalty of perjury that the foregoing is true and correct.

                                              SOCHA, PERCZAK,
                                              SETTER & ANDERSON, P.C.

                                          By: _____
                                              David M. Setter
                                              Title: Attorney

Sworn to and subscribed before me on this __13__ day of November, 2006.

_____
Notary Public

My Commission Expires: __10/2/09__