IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br>         Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered |
| W.R. GRACE & CO.-CONN.,<br>         Plaintiff<br>V.<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.<br>         Defendant | Adv. No. 02-01657 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>  Third Party and Joinder Plaintiff,<br><br>V.<br><br>REAUD, MORGAN & QUINN, INC. and ENVIRONMENTAL LITIGATION GROUP, P.C.,<br><br>  Third Party and Joinder Defendants. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 27, 2006, AT 1:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD, IN PITTSBURGH, PENNSYLVANIA**

PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY
WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES
AND HEARING SCHEDULE* [Docket No. 7709]

**CONTESTED MATTERS**

1. Motion for Entry of Judgment Filed by Reaud, Morgan & Quinn, Inc and Environmental Litigation Group, P.C. [Filed: 6/16/06] (Adv. Pro. No. 02-01657, Docket No. 58)

Related Documents:

a. [Signed] Order Regarding Briefing Schedule for Motion for Entry of Judgment of Reaud, Morgan & Quinn, Inc. and Environmental Litigation Group, P.C. [Filed: 7/25/06] (Adv. Pro. No. 02-01657, Docket No. 61)

b. Notice of Completion of Briefing [Filed: 8/15/06] (Adv. Pro. No. 02-01657, Docket No. 67)

Response Deadline: August 4, 2006, at 4:00 p.m.

Responses Received:

a. Answering Brief of National Union Fire Insurance Company of Pittsburgh, PA in Opposition to Reaud, Morgan & Quinn, Inc.'s and Environmental Litigation Group, P.C.'s Motion for Entry of Judgment [Filed: 8/4/06] (Adv. Pro. No. 02-01657, Docket No. 62)

b. Debtors' Response to Reaud, Morgan & Quinn et al.'s Motion for Entry of Judgment [Filed: 8/4/06] (Docket No. 63)

Reply Deadline: August 15, 2006, at 4:00 p.m.

Replies Received:

a. Reply of Reaud, Morgan & Quinn, Inc. and Environmental Litigation Group, P.C. to National Union's Answering Brief and Debtors' Response to Motion for Entry of Judgment [Filed: 8/15/06] (Adv. Pro. No. 02-01657, Docket No. 66)

**Scheduling Order on Further Briefing:** [1]

**(a) [Signed] Scheduling Order Regarding Reaud, Morgan & Quinn et al's Motion for Entry of Judgment [Filed: 11/14/06] (Adv. Pro. No. 02-01657, Docket No. 81)**

**Further Briefing:**

**Opening Briefs:**

**a. Supplemental Answering Brief of National Union Fire Insurance Company of Pittsburgh, PA in Opposition to Reaud, Morgan & Quinn, Inc.'s and Environmental Litigation Group, P.C.'s Motion for Entry of Judgment [Filed: 10/25/06] (Adv. Pro. No. 02-01657, Docket No. 74)**

**b. Debtors' Supplemental Brief in Opposition to Claimants' Motion for Summary Judgment [Filed: 10/25/06] (Adv. Pro. No. 02-01657, Docket No. 73)**

---

[1] Current briefing is in bold.

**Responses Received:**

a. **Responsive Brief of Reaud, Morgan & Quinn, Inc. and Environmental Litigation Group, P.C. to National Union's Answering Brief and Debtors' Response to Motion for Entry of Judgment [Filed: 10/30/06] (Adv. Pro. No. 02-01657, Docket No. 78)**

**Replies Received:**

a. **Supplemental Reply Brief of National Union Fire Insurance Company of Pittsburgh, PA in Opposition to Reaud, Morgan & Quinn, Inc.'s and Environmental Litigation Group, P.C.'s Motion for Entry of Judgment [Filed: 11/13/06] (Adv. Pro. No. 02-01657, Docket No. 80)**

**Status:** **This matter will go forward with respect to argument on the further briefing items above.**

2. National Union Fire Insurance Company of Pittsburgh, PA's Motion (A) for Leave to Substitute "Replacement Section III" of Supplemental Answering Brief of National Union Fire Insurance Company of Pittsburgh, PA in Opposition to Reaud, Morgan & Quinn, Inc. and Environmental litigation Group, P.C.'s Motion for Entry of Judgment or, in Alternative, (B) to Amend Supplemental Answering Brief [Filed: 10/25/06] (Adv. Pro. No. 02-01657, Docket No. 75)

   Related Documents:

   a. [Proposed] Order Approving National Union Fire Insurance Company of Pittsburgh, PA's Motion (A) for Leave to Substitute "Replacement Section III" of Supplemental Answering Brief of National Union Fire Insurance Company of Pittsburgh, PA in Opposition to Reaud, Morgan & Quinn, Inc. and Environmental litigation Group, P.C.'s Motion for Entry of Judgment or, in Alternative, (B) to Amend Supplemental Answering Brief [Filed: 10/25/06] (Adv. Pro. No. 02-01657, Docket No. 75)

   b. Certificate of No Objection Regarding National Union Fire Insurance Company of Pittsburgh, PA's Motion (A) for Leave to Substitute "Replacement Section III" of Supplemental Answering Brief of National Union Fire Insurance Company of Pittsburgh, PA in Opposition to Reaud, Morgan & Quinn, Inc. and Environmental litigation Group, P.C.'s Motion for Entry of Judgment or, in Alternative, (B) to Amend Supplemental Answering Brief [Filed: 10/25/06] (Adv. Pro. No. 02-01657, Docket No. 79)

   c. **[Signed] Order Approving National Union Fire Insurance Company of Pittsburgh, PA's Motion (A) for Leave to Substitute "Replacement Section III" of Supplemental Answering Brief of National Union Fire Insurance Company of Pittsburgh, PA in Opposition to Reaud, Morgan & Quinn, Inc. and Environmental litigation Group, P.C.'s Motion for Entry of Judgment or, in Alternative, (B) to Amend Supplemental Answering Brief [Filed: 11/20/06] (Adv. Pro. No. 02-01657, Docket No. 82)**

   Response Deadline: November 8, 2006, at 4:00 p.m.

Responses Received: None.

**Status: The Court has entered an Order approving this Motion. This matter will not go forward.**

Dated: November 20, 2006

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ James E. O'Neill/*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

91100-001\DOCS_DE:122809.3