IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139-JJF |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective October 1, 2006 the name of the law firm serving as counsel of record for SIEBEL SYSTEMS, INC., currently Cooley Godward LLP, has been changed to "Cooley Godward Kronish LLP." SIEBEL SYSTEMS, INC. is now known as ORACLE USA, INC.

PLEASE TAKE FURTHER NOTICE that Cooley Godward Kronish LLP relocated its San Francisco office and changed its facsimile number as shown below:

> 101 California Street, 5th Floor
> San Francisco, CA  94111-5800
> Telephone: (415) 693-2000
> Facsimile: (415) 693-2222

PLEASE TAKE FURTHER NOTICE that SIEBEL SYSTEMS, INC., a creditor in the above-referenced bankruptcy case, filed a claim on January 10, 2002 in the amount of $33,744.95. Please update your claim records to reflect the following claimant information:

> Oracle USA, Inc. (fka Siebel Systems, Inc.)
> c/o Robert L. Eisenbach III
> Cooley Godward Kronish LLP
> 101 California Street, 5th Floor
> San Francisco, CA  94111-5800

All notices and other documents regarding this action should be sent to the above address and faxed to the above facsimile number to the attention of *Mr. Robert L. Eisenbach III*.

Dated: November 20, 2006              COOLEY GODWARD KRONISH LLP

                                       /s/  Robert L. Eisenbach III
                                       Robert L. Eisenbach III (CA State Bar #124896)
                                       101 California Street, 5th Floor
                                       San Francisco, CA  94111-5800
                                       Telephone: (415) 693-2000
                                       Facsimile: (415) 693-2222

                                       Attorneys for Creditor ORACLE USA, INC.
                                       (fka SIEBEL SYSTEMS, INC.)

1012754 v1/SF

**PROOF OF SERVICE**

I, Kris Tsao Cachia, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800.

On November 20, 2006, I served the foregoing document(s) described as:

**Notice of Change of Firm Name and Address**

on the interested parties in this action by placing a true copy(ies) thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing as described below, and addressed and served in the manner indicated on the attached service list.

__XX__   (BY FIRST CLASS MAIL)  I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

* * * * * * *

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 20, 2006 at San Francisco, California.

       /s/  Kris Tsao Cachia
       Kris Tsao Cachia

## SERVICE LIST

*Debtor*
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

*Debtor's Counsel*
Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Debtor's Co-Counsel*
Janet S. Baer
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*U.S. Trustee*
David Klauder
Office of the U.S. Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

*Creditors Committee Counsel*
Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Creditors Committee Local Counsel*
Michael R. Lastowski
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Claims Agent*
Rust Consulting, Inc.
Claims Processing Agent
Re: W. R. Grace & Co. Bankruptcy
PO Box 1620
Faribault, MN 55021-1620

1012754 v1/SF