IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF SERVICE OF W. R. GRACE & CO.'S RESPONSE TO THE
OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS'
FIRST SET OF REQUESTS FOR ADMISSION AND SUPPLEMENTAL
INTERROGATORY DIRECTED TO THE DEBTORS**

W.R. Grace & Co. *et al.*, debtors and debtors in possession in the above captioned

cases, by and through their counsel, hereby state that the following documents were served on

November 20, 2006, on the parties noted on the attached service list, in the manner indicated

thereon:

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Debtor W. R. Grace & Co.'s Response to the Official Committee of Asbestos Personal Injury Claimants' First Set of Requests for Admission and Supplemental Interrogatory Directed to the Debtors.*

Dated: November 20, 2006

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

Laura Davis Jones (#2436)
James E. O'Neill (#4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

## SERVICE VIA E-MAIL AND OVERNIGHT DELIVERY

Mark T. Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE  19801
mhurford@camlev.com

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
ei@capdale.com

Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005
pvnl@capdale.com

## SERVICE VIA E-MAIL

David Bernick
dbernick@kirkland.com

Amanda Basta
ABasta@kirkland.com

Barbara Harding
bharding@kirkland.com

Andrea Johnson
ALJohnson@kirkland.com

Salvatore Bianca
sbianca@kirkland.com

Michael Lastowski
mlastowski@duanemorris.com

Laura Davis Johnes
ljones@pszyjw.com

John Phillips, Jr.
JCP@pgslaw.com

Richard Wyron
rwyron@orrick.com

Scott Baena
sbaena@bilzin.com

Roger Frankel
rfrankel@orrick.com

Jay Sakalo
jsakalo@bilzin.com

Raymond Mullady, Jr.
rmullady@orrick.com

TeresaCurrier
currier@klettrooney.com

Debra Felder
dfelder@orrick.com

William Sullivan
bill@williamdsullivanllc.com

Garret Rasmussen
grasmussen@orrick.com

Philip Bentley
pbentley@kramerlevin.com

Lewis Kruger
lkruger@stroock.com

David Klauder
david.klauder@usdoj.gov

Arlene Krieger
akrieger@stroock.com

Kenneth Pasquale
kpasquale@stroock.com

Jacob Cohn
jcohn@cozen.com

Brian Stansbury
BStansbury@Kirkland.com

Adam Van Grack
alv@capdale.com

David Smith
DBS@capdale.com

Dan Cohn
cohn@ckmw.com

Adam Landis
landis@lrclaw.com

Danielle Graham
dkg@capdale.com

Matthew Kramer
mkramer@bilzin.com

Christopher Rizek
csr@capdale.com

Theodora Tacconelli
ttacconeli@ferryjoseph.com

Janet Baer
jbaer@kirkland.com

Jamie O'Neill
joneill@pszyj.com

Nathan Finch
ndf@capdale.com

Jeffrey Liesemer
JAL@capdale.com

Marla Rosoff Eskin
meskin@camlev.com

David Mendelson
dmendelson@kirkland.com

Gary M. Becker
gbecker@kramerlevin.com

Walter Slocombe
wbs@capdale.com

Rita Tobin
ret@capdale.com

Mindy Mora
mmora@bilzin.com

2