# EXHIBIT A

In re: **W.R. GRACE & CO., et al**
OMNIBUS 5 - EXHIBIT A - CONTINUED

Hearing Date: Monday, November 20, 2006

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01139<br>W.R. GRACE & CO. | 1694 | $351,758.00 | (A) | NO LIABILITY EXPUNGE | CONTINUED TO 12/18/2006 2:00PM |
| 2 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 1695 | $351,758.00 | (A) | NO LIABILITY EXPUNGE | CONTINUED TO 12/18/2006 2:00PM |
| 3 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01139<br>W.R. GRACE & CO. | 1719 | $351,758.00 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 12/18/2006 2:00PM |
| 4 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 1720 | $351,758.00 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 12/18/2006 2:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured