# EXHIBIT A

Hearing Date: Monday, November 20, 2006

## In re: W.R. GRACE & CO., et al
## OMNIBUS 17 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | D L PETERSON TRUST<br>5924 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 | 01-01139<br>W.R. GRACE & CO. | 9221 | $228.14 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 2 | GORDON ALTMAN WEITZEN SHAVLOV &<br>WEIN LLP<br>114 WEST 47TH ST<br>NEW YORK NY 10036-1510 | 01-01139<br>W.R. GRACE & CO. | 14054 | $15,532.20 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 3 | SCHULKE, EARL<br>404 E 6TH ST<br>LIBBY MT 59923-2255 | 01-01140<br>W.R. GRACE & CO.-CONN. | 955 | $0.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 1

11/13/2006 1:05:43 PM