# EXHIBIT B

Hearing Date: Monday, November 20, 2006

## In re: W.R. GRACE & CO., et al
## OMNIBUS 17 - EXHIBIT B - SUSTAINED - REDUCE AND ALLOW

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | KENT HOLDING LLC<br>C/O JOHN D DEMMY ESQ<br>STEVENS & LEE PC<br>1105 N MARKET ST<br>WILMINGTON, DE 19801-1216 | 01-01139<br>W.R. GRACE & CO. | 13948 | $412,173.60 (U) | REDUCE AND ALLOW | $252,095.00 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
  (P) - Priority            (U) - Unsecured

Page 1 of 1                                11/13/2006 1:07:24 PM