# EXHIBIT C

In re: W.R. GRACE & CO., et al
OMNIBUS 17 - EXHIBIT C - OBJECTION WITHDRAWN

Hearing Date: Monday, November 20, 2006

| | Creditor Name / Address | Case Number / Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1 | CUMMINGS PROPERTIES LLC<br>C/O SUSAN F BRAND ESQ<br>200 W CUMMINGS PARK<br>WOBURN MA 01801 | 01-01140    4242<br>W.R. GRACE & CO.-CONN. | UNKNOWN | (U) | NO LIABILITY EXPUNGE | OBJECTION WITHDRAWN |
| 2 | CUMMINGS PROPERTIES LLC<br>C/O SUSAN F BRAND ESQ<br>200 W CUMMINGS PARK<br>WOBURN MA 01801 | 01-01140    4242<br>W.R. GRACE & CO.-CONN. | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | OBJECTION WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 1

11/13/2006 1:11:44 PM