# EXHIBIT D

Hearing Date: Monday, November 20, 2006

## In re: W.R. GRACE & CO., et al
## OMNIBUS 17 - EXHIBIT D - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | CSX TRANSPORTATION<br>ATTN: RUTH C SALTER<br>BELLSOUTH TOWER J-220<br>301 W BAY ST 21ST FL<br>JACKSONVILLE FL 32202 | 01-01139<br>W.R. GRACE & CO. | 673 | $24,648.04 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 12/18/2006 2:00PM |
| 2 | CSX TRANSPORTATION<br>ATTN: RUTH C SALTER<br>BELLSOUTH TOWER J-220<br>301 W BAY ST 21ST FL<br>JACKSONVILLE FL 32202 | 01-01139<br>W.R. GRACE & CO. | 673 | $24,648.04 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 12/18/2006 2:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
  (P) - Priority         (U) - Unsecured

Page 1 of 1

11/13/2006 1:14:29 PM