# EXHIBIT A

Case 01-01139-AMC    Doc 13726-1    Filed 11/21/06    Page 2 of 2

Hearing Date: Monday, November 20, 2006

## In re: W.R. GRACE & CO., et al
## OMNIBUS 18 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | FLEET CAPITAL LEASING<br>LEASE ADMIN CENTER<br>PO BOX 7023<br>TROY MI 48007-7023 | 01-01140<br><br>W.R. GRACE & CO.-CONN. | 619 | $2,468.45<br>$739.14<br>515,965.95 | (S)<br>(P)<br>(U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 1

11/13/2006 1:26:01 PM