# EXHIBIT B

Hearing Date: Monday, November 20, 2006

## In re: W.R. GRACE & CO., et al
## OMNIBUS 18 - EXHIBIT B - SUSTAINED - REDUCE/RECLASSIFY

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | AVAYA FKA LUCENT TECHNOLOGIES<br>C/O D&BRMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 2956 | $2,031.72 (U) | REDUCE AND ALLOW | $211.67 | (U) | SUSTAINED |
| 2 | BALTIMORE GAS AND ELECTRIC<br>PO BOX 1475<br>BALTIMORE MD 21203 | 01-01139<br>W.R. GRACE & CO. | 15320 | $179,719.73 (U) | REDUCE AND ALLOW | $160,948.24 | (U) | SUSTAINED |
| 3 | COMED<br>ATTN BANKRUPTCY SEC SYSTEM<br>2100 SWIFT ROAD<br>OAKBROOK IL 60523 | 01-01140<br>W.R. GRACE & CO.-CONN. | 125 | $106,489.25 (U) | REDUCE AND ALLOW | $95,297.55 | (U) | SUSTAINED |
| 4 | DOW CORNING CORPORATION<br>C/O MS KATHALEEN M SMITH<br>PO BOX 994 MAIL # CO 1242<br>MIDLAND MI 48686-0994 | 01-01139<br>W.R. GRACE & CO. | 15326 | $16,173.80 (U) | REDUCE AND ALLOW | $16,094.40 | (U) | SUSTAINED |
| 5 | EXELON ENERGY<br>21425 NETWORK PL<br>CHICAGO IL 60673-1214 | 01-01139<br>W.R. GRACE & CO. | 8595 | $4,658.41 (P) | RECLASSIFY, REDUCE & ALLOW | $3,855.24 | (U) | SUSTAINED |
| 6 | EXELON ENERGY INC<br>21425 NETWORK PL<br>CHICAGO IL 60673-1214 | 01-01139<br>W.R. GRACE & CO. | 13299 | $7,394.76 (P) | RECLASSIFY AND ALLOW | $7,394.76 | (U) | SUSTAINED |
| 7 | EXELON ENERGY INC<br>21425 NETWORK PL<br>CHICAGO IL 60673-1214 | 01-01139<br>W.R. GRACE & CO. | 8593 | $26,272.61 (P) | RECLASSIFY, REDUCE & ALLOW | $23,442.59 | (U) | SUSTAINED |
| 8 | EXELON ENERGY INC<br>21425 NETWORK PL<br>CHICAGO IL 60673-1214 | 01-01139<br>W.R. GRACE & CO. | 8594 | $15,387.13 (P) | RECLASSIFY, REDUCE & ALLOW | $14,904.87 | (U) | SUSTAINED |
| 9 | EXELON ENERGY INC<br>21425 NETWORK PL<br>CHICAGO IL 60673-1214 | 01-01139<br>W.R. GRACE & CO. | 13300 | $44,492.89 (U) | REDUCE AND ALLOW | $43,854.45 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority    (U) - Unsecured

Page 1 of 2

11/13/2006 1:27:45 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 18 - EXHIBIT B - SUSTAINED - REDUCE/RECLASSIFY

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 10 | GEORGIA PACIFIC CORPORATION<br>ATTN: CREDIT MANAGER<br>133 PEACHTREE ST NE 303303<br>PO BOX 105605<br>ATLANTA GA 30348-5605 | 01-01140<br>W.R. GRACE & CO.-CONN. | 367 | $70,264.82 | (U) | REDUCE AND ALLOW | $63,736.57 | (U) | SUSTAINED |
| 11 | LAB SAFETY SUPPLY<br>401 S WRIGHT RD<br>JANESVILLE WI 53546 | 01-01139<br>W.R. GRACE & CO. | 907 | $8,365.35 | (U) | REDUCE AND ALLOW | $7,296.68 | (U) | SUSTAINED |
| 12 | MCI WORLDCOM AND ITS AFFILIATES<br>ATTN: BRIAN H BENJET ESQ<br>1133 19TH ST NW<br>WASHINGTON DC 20036 | 01-01139<br>W.R. GRACE & CO. | 315 | $49,530.13 | (S) | RECLASSIFY, REDUCE & ALLOW | $43,631.03 | (U) | SUSTAINED |
| 13 | RHODIA INC<br>259 PROSPECT PLAINS RD<br>CRANBURY NJ 08512 | 01-01139<br>W.R. GRACE & CO. | 3269 | $21,843.20 | (P) | RECLASSIFY, REDUCE & ALLOW | $21,651.20 | (U) | SUSTAINED |
| 14 | WELL SAFE INC<br>100 PETROLEUM DR STE 200<br>LAFAYETTE LA 70508 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1557 | BLANK | (P) | RECLASSIFY AND ALLOW | $1,522.05 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

11/13/2006 1:27:45 PM