# EXHIBIT C

Hearing Date: Monday, November 20, 2006

## In re: W.R. GRACE & CO., et al
## OMNIBUS 18 - EXHIBIT C - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | HAMPSHIRE CHEMICAL CORP<br>C/O DILWORTH PAXSON LLP<br>ANNE MARIE P KELLEY ESQ<br>LIBERTYVIEW-STE 700<br>457 HADDONFIELD RD PO BOX 2570<br>CHERRY HILL NJ 08034 | 01-01140<br>W.R. GRACE & CO.-CONN. | 13934 | $6,500,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 12/18/2006 2:00PM |
| 2 | NL INDUSTRIES INC<br>C/O JOHN N FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01185<br>HOMCO INTERNATIONAL INC. | 2625 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 12/18/2006 2:00PM |
| 3 | NL INDUSTRIES INC<br>C/O JOHN V FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01194<br>REMEDIUM GROUP, INC. | 2626 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 12/18/2006 2:00PM |
| 4 | NL INDUSTRIES INC<br>C/O JOHN V FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01139<br>W.R. GRACE & CO. | 2627 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 12/18/2006 2:00PM |
| 5 | NL INDUSTRIES INC<br>C/O JOHN N FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01185<br>HOMCO INTERNATIONAL INC. | 2625 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 12/18/2006 2:00PM |
| 6 | NL INDUSTRIES INC<br>C/O JOHN V FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01194<br>REMEDIUM GROUP, INC. | 2626 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 12/18/2006 2:00PM |
| 7 | NL INDUSTRIES INC<br>C/O JOHN V FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01139<br>W.R. GRACE & CO. | 2627 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 12/18/2006 2:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured