# SIGN-IN-SHEET

**CASE NAME**  W.R. Grace

**COURTROOM LOCATION:** Courtroom: 3rd fl.

**CASE NO.:** 01-1139(JKF)

**DATE:** November 20, 2006 @ 2:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klauder | U.S. Trustee | U.S. Trustee |
| Judy G.Z. Liu | Weil Gotshal & Manges | Ad Hoc Committee of Equity Sec. Holders |
| Gary M. Becker | Kramer Levin Naftalis & Frankel LLP | Equity Committee |
| Ray Mullady | Orrick | FCR |
| Nate Finch | Caplin & Drysdale | ACC |
| Mark T. Hurford | Campbell + Levine | ACC |
| Hermann Mulder | Wysock & Murray — Cerrullo / Mullang | Fireman's Fnd Insur. Co. |
| Tom Wilber | Stevens & Lee | Anderson Hospital |
| Dan Speights | Speights & Runyan | PD Comm. |
| Scott Baena | Bilzin Sumberg | PD Committee |
| Theodore Macconell | Ferry Joseph Pearce | Prudential |
| Laurie Pollock | Jaspan Schlesinger Hoffman | |
| Noel Burnham | Montgomery McCracken Walker Rhoads | Grace CC |
| James O'Neill | PSZYJW | DBNRF |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME** W.R. Grace  **COURTROOM LOCATION:** Courtroom:3rd fl.

**CASE NO.:** 01-1139(JKF)  **DATE:** November 20, 2006 @2:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Janet S Baer | Kirkland & Ellis | Debtor |
| David Benick | " | " |
| LEWIS KRUGER | STROOCK & STROOCK & LAVAN | OFFICIAL UNSEC CREDITORS COMMITTEE |
| Kathryn Sallie | the Bayard Firm | Ad Hoc Equity Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Judith Fitzgerald (Visiting) Courtroom

Calendar Date: 11/20/2006
Calendar Time: 02:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1540898 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan, LLP | (New Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1540911 | Ken Pasquale | 212-806-5562 | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1541487 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1541488 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick, Herrington & Sutcliffe | David T. Austern, Future Claimants Rep. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1541489 | Debra Felder | 202-339-8567 | Orrick, Herrington & Sutcliffe | David T. Austern The Future Claimants Rep. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1541490 | Ritwik D. Chatterjee | 212-284-9576 | Piper Jaffray & Co. | Future Claimants Representative / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1541503 | Paul J. Norris | 410-531-4404 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1541504 | David Siegel | 802-253-9264 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1541507 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1541543 | John O'Connell | 212-583-5677 | The Blackstone Group | Financial Advisor to the Debtor / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1541700 | Guy Baron | 212-301-8312 | Dune Capital Management | Investor / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1541821 | Oscar Mockridge | 212-303-9499 | Halcyon Asset Management, LLC | Halcyon Asset Management, LLC / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1541911 | Andrew Chan | 212-526-4503 | Lehman Brothers | Lehman Brothers / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1541967 | Steven Eisman | 917-934-1770 | Front Point Management, Inc. | Front Point Management, Inc. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1542336 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & | Various Claimant Firms / LIVE |

Raymond Reyes

CourtConfCal

| Case Name | Case Number | Proceeding | Confirmation ID | Name | Firm Name | Telephone | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1542337 | Sander Esserman | Stutzman, Bromberg, Esserman & | 214-969-4910 | Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1542340 | Marti Murray | Murray Capital Management, Inc. | 212-582-5505 | Murray Capital Management, Inc. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1542424 | Narayan Becher | Narayan Bech | 212-389-2340 | Interested Party/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1543045 | Alex Mueller | Mendes & Mount | 212-261-8296 | London Market Companies / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1543046 | Jay Hughes | W. R. Grace & Co. | 617-498-3826 | W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1543047 | Stephen B. Vogel | Willkie Farr & Gallagher LLP | 212-728-8961 | DK Acquisition Partners / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1539409 | Elizabeth DeCristofaro | Ford Marrin Esposito Witmeyer & | 212-269-4900 | Continental Casualty Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1539969 | Robert M. Horkovich | Anderson Kill & Olick | 212-278-1000 | Official Committee of Asbetos Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1539982 | Andrew Craig | Cuyler Burk, LLP | 973-734-3200 | Allstate Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1540001 | Daniel Glosband | Goodwin Procter LLP | 617-570-1930 | CNA / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1540010 | Peter Shawn | Tocqueville Asset Management | 212-698-0822 | Share Holder for W.R Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1540012 | Amelia Wong | Rockbay Capital Management | 212-332-4235 | Rockbay Capital / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1540016 | Jonathan Baron | Rockbay Capital Management | 212-332-4235 | Rockbay Capital/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1540264 | Matthew Kramer | Bilzin, Sumberg, Baena, Price & | 305-350-7246 | Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1540274 | Darrell Scott | Scott Law Group | 509-455-3966 | Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1540306 | Sean Walsh | LECG | 202-973-9381 | Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1540315 | Brian L. Kasprzak | Marks, O'Neill, O'Brien & Courtney | 302-658-6538 | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1540320 | Mark Plevin | Crowell & Moring, LLP | 202-624-2689 | Everest Reinsurance Co. & McKinley Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1540326 | Leslie A. Epley | Crowell & Moring, LLP | 202-624-2500 | Everest Reinsurance Co. & McKinley Insurance Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1540465 | Kenneth Thomas | Kenneth Thomas | 707-553-9817 | Pro Se, Kenneth Thomas / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1540517 | Walter Slocombe | Caplin & Drysdale, Chartered | 202-862-5000 | Official Committee of Asbestos Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1540719 | Christopher M. Candon | Cohn Whitesell & Goldberg, LLP | 617-951-2505 | Co-Counsel to the Libby Claimants / LISTEN ONLY |

Raymond Reyes     CourtConfCal

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | | 1540769 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1540845 | Stephanie Kwong | 212-808-7465 | Korn Capital, LLC | Investor / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1540865 | Robert Ryan | 212-847-6414 ext. 0000 | Bank of America Securities | Bank of America Securities / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1543058 | Michael Lastowski | 302-657-4942 | Duane Morris, LLP | Official Committee of Unsecured Creditors / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1543157 | R. Jeff Carlisle | 213-624-8700 | Lynberg & Watkins (Los Angeles) | A.I.G / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1538735 | Craig Gilbert | 646-840-3506 | Linden Advisors, LP | Linden Advisors, LP / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1538856 | Lori Sinanyan | 213-680-8209 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1538861 | Barbara Harding | 202-879-5081 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1538880 | Barbara Seniawski | 212-455-3835 | Simpson Thacher & Bartlett LLP | Travelers Casualty Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1538881 | Theodore Freedman | 212-446-4800 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1538886 | Sal Bianca | 312-861-2248 | Kirkland & Ellis (CC-913) | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1538893 | Sam Blatnick | 312-861-2359 | Kirkland & Ellis, LLP | W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1533919 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Scotts Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1363033 | Robert Guttman (ext. 637) | 212-223-0400 | Zeichner Ellman & Krause, LLP | AIG / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | | 1363059 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | AIG / LIVE |