**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: November 20, 2006 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 13544**

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the Sixty-Third Interim Application of Bilzin Sumberg

Baena Price & Axelrod, LLP (the "Applicant") for Compensation for Services Rendered and

Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage

Claimants for the Period from September 1, 2006 through September 30, 2006 ("the

Application"). The undersigned further certifies that she has caused the Court's docket in this

case to be reviewed and no answer, objection or other responsive pleading to the Application

appears thereon. Pursuant to the Application, objections to the Application were to be filed and

served no later than November 20, 2006 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $126,433.40 which represents 80% of the fees ($158,041.75)

and $73,668.70 which represents 100% of the expenses requested in the Application for the

period September 1, 2006 through September 30, 2006 upon the filing of this certification and

without the need for entry of a Court order approving the Application.

Dated: November 21, 2006    Scott L. Baena, Esquire
                 Jay M. Sakalo, Esquire
                 BILZIN, SUMBERG, BAENA, PRICE
                  & AXELROD, LLP
                 2500 Wachovia Financial Center
                 200 South Biscayne Boulevard
                 Miami, FL 33131-2336
                 Tel: (305) 374-7580
                 Fax: (305) 374-7593

                 -and-

                 FERRY, JOSEPH & PEARCE, P.A.

                  /s/ Lisa L. Coggins
                 Michael B. Joseph (No. 392)
                 Theodore J. Tacconelli (No. 2678)
                 Lisa L. Coggins (No. 4234)
                 824 Market Street, Suite 904
                 P.O. Box 1351
                 Wilmington, DE. 19899
                 Tel: (302) 575-1555
                 Fax: (302) 575-1714

                 Co-Counsel to the Official Committee of Asbestos
                 Property Damage Claimants