# EXHIBIT 1

**KIRKLAND & ELLIS LLP**

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200

November 15, 2006

**By Overnight Delivery**

Re: W. R. Grace Bankruptcy

Dear Counsel:

On October 23, 2006, I wrote to firms representing claimants alleging non-mesothelioma asbestos-related cancers and requested original chest x-rays upon which claimants based their allegations that their cancer was attributable to asbestos exposure. Some of you have responded by providing the requested information, while others have objected, requested additional time, or proposed alternative protocols for the viewing of x-rays. Grace attempted to negotiate a satisfactory protocol with the Official Committee of Asbestos Personal-Injury Claimants and certain high-volume firms represented by Stutzman Bromberg Esserman & Plifka P.C., and Montgomery McCracken Walker & Rhoads, LLP, with the intention of offering that same protocol to the remaining firms. We have not been able to reach an agreement. As a result, on Friday, November 17, 2006, Grace will submit its proposed protocol to the Court relating to this issue. It will be discussed at the December 5, 2006 hearing and the Court is expected to reach a determination regarding the protocol.

If you should have any questions, please do not hesitate to call at (202) 652-3720.

Sincerely,

[signature]

Barbara Mack Harding

cc: Nathan D. Finch, Esq.
Richard Wyron, Esq.
Matthew Kramer, Esq.
Gary Becker, Esq.
Kenneth Pasquale, Esq.
Daniel Cohn, Esq.
Raymond Mullady, Esq.
Sander Esserman, Esq.
Natalie Ramsey, Esq.

**EXHIBIT 2**

# for WR Grace PI

**Total number of parties: 167**

## Exhibit 2 - WR PI Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22133 | ALLEN, WILLIAM B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060 | DHL Overnight |
| 22133 | ARDORN, JULIE A, LOCKS LAW FIRM PLLC, 110 E 55TH ST, NEW YORK, NY, 10022 | DHL Overnight |
| 22133 | BERG, JENNIFER, PAUL HANLEY & HARLEY, 1608 4TH ST STE 300, BERKELEY, CA, 94710 | DHL Overnight |
| 22133 | BERRY, KEVIN, WILENTZ GOLDMAN & SPITZER, WALL STREET PLAZA 88 PINE ST, NEW YORK, NY, 10005 | DHL Overnight |
| 22133 | BEVAN, THOMAS, BEVAN & ASSOCIATES, 10360 NORTHFIELD RD, NORTHFIELD, OH, 44067 | DHL Overnight |
| 22133 | BEZOU, JACQUES, THE BOGDAN LAW FIRM, 8866 GULF FREEWAY STE 515, HOUSTON, TX, 77017 | DHL Overnight |
| 22133 | BLACK, JANET W, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401 | DHL Overnight |
| 22133 | BOECHLER, JEANETTE, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 | DHL Overnight |
| 22133 | BOGDAN, ERIC, THE BOGDAN LAW FIRM, 8866 GULF FREEWAY STE 515, HOUSTON, TX, 77017 | DHL Overnight |
| 22133 | BORRES, ANTONIO, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 | USPS Express Mail |
| 22133 | BRAYTON, ALAN R, BRAYTON PURCELL, 222 RUSH LANDING RD PO BOX 6169, NOVATO, CA, 94948-6169 | USPS Express Mail |
| 22133 | BRENNER, DAVID, HOWARD BRENNER & NASS, 1608 WALNUT ST STE 1700, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 22133 | BRITTON-MEHLISCH, SCOTT A, HUMPHREY FARRINGTON & MCCLAIN PC, 221 W LEXINGTON STE 400, PO BOX 900, INDEPENDENCE, MO, 64051 | USPS Express Mail |
| 22133 | BRUEGGER, JOSEPH F, BRUEGGER & MCCULLOUGH PC, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 | DHL Overnight |
| 22133 | BURNS, JAMES, LAW OFFICES OF JAMES D BURNS, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087 | DHL Overnight |
| 22133 | BYRNE, KATHY, LAW OFFICES COONEY & CONWAY, 120 N LASALLE ST 30TH FLOOR, CHICAGO, IL, 60602 | DHL Overnight |
| 22133 | CARLILE, DAVID C, THE CARLILE LAW FIRM LLP, 400 S ALAMO, MARSHALL, TX, 75670 | DHL Overnight |
| 22133 | CARONA, J DONALD JR, J DONALD CARONA JR, 1009 W GREEN AVE, ORANGE, TX, 77630-5697 | DHL Overnight |
| 22133 | CASCINO, MICHAEL P, CASCINO VAUGHAN LAW OFFICES, 220 SOUTH ASHLAND, CHICAGO, IL, 60607 | DHL Overnight |
| 22133 | CLACK, LANE, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604 | DHL Overnight |
| 22133 | CLAPPER, JACK K, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965 | DHL Overnight |
| 22133 | CLOUD, IAN P, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS SUITE 3100, HOUSTON, TX, 77002 | DHL Overnight |
| 22133 | COADY, EDWARD PAUL, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 | DHL Overnight |
| 22133 | COHAN, LAWRENCE R, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 22133 | COHEN, MITCHELL S, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FLR, PHILADELPHIA, PA, 19102 | DHL Overnight |
| 22133 | COLAFELLA, STEPHEN D, STEPHEN D COLAFELLA AND ASSOCIATES, 113 GOLFVIEW DR, MONACA, PA, 15061 | DHL Overnight |
| 22133 | COLEMAN, ALICE W, BRENT COON & ASSOCIATES, ONE JACKSON PLACE STE 1375, 188 E CAPITAL ST, JACKSON, MS, 39201 | DHL Overnight |
| 22133 | COLEMAN, CRAIG E, CAROSELLI BEACHLER MCTIERNAN&CONBOY, 312 BLVD OF THE ALLIES 8TH FLOOR, PITTSBURGH, PA, 15222-1916 | DHL Overnight |
| 22133 | CROCE, MICHAEL J, LAW OFFICES OF JOHN C DEARIE &, ASSOCIATES, 515 MADISON AVE STE 1118, NEW YORK, NY, 10022 | DHL Overnight |
| 22133 | CUPIT, DANNY E, LAW OFFICES OF DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225 | USPS Express Mail |
| 22133 | CURTIS, FRANCINE, PAUL HANLEY & HARLEY, 1608 4TH ST STE 300, BERKELEY, CA, 94710 | DHL Overnight |
| 22133 | DANIEL C COHN, COHN WHITESELL & GOLDBERG, LLP, 101 ARCH STREET, BOSTON, MA, 02110 | DHL Overnight |
| 22133 | DEPAOLIS, PETER C, KOONZ MCKENNEY JOHNSON DEPAOLIS &, LIGHTFOOT, 10300 EATON PL #200, FAIRFAX, VA, 22030 | DHL Overnight |
| 22133 | DEROBERTIS, L R, GALIHER DEROBERTIS ONO, 610 WARD AVENUE SUITE 200, HONOLULU, HI, 96814-3308 | DHL Overnight |

**Exhibit 2 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22133 | DOUGLAS, GLENN M, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY STE 3500, HOUSTON, TX, 77010 | DHL Overnight |
| 22133 | DUNCAN, JENA LEBLANC, LAW OFFICES LEBLANC & WADDELL, 2711 N HASKELL AVE 5TH FL - LB 32, DALLAS, TX, 75204 | DHL Overnight |
| 22133 | DUNCAN, NATALIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 | DHL Overnight |
| 22133 | DUSICH, BERNIE M, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2495 | DHL Overnight |
| 22133 | ELICK, JOHN, TAUNIA THOMPSON ELICK, 7 NORTH HARRIS ST PO BOX 803, BELLVILLE, TX, 77418 | USPS Express Mail |
| 22133 | EMBRY, STEPHEN C, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FLR, 265 CHURCH ST PO BOX 1866, NEW HAVEN, CT, 06508 | USPS Express Mail |
| 22133 | EMBRY, STEPHEN C, EMBRY & NEUSNER, 118 POQUONNOCK RD, GROTON, CT, 06340 | DHL Overnight |
| 22133 | FABIAN, JAMES J, PFEIFER & FABIAN, 326 ST PAUL PL STE 100, BALTIMORE, MD, 21202-2131 | DHL Overnight |
| 22133 | FOSTER & SEARS, 360 PLACE OFFICE PARK, 1201 N WATSON RD STE 145, ARLINGTON, TX, 76006 | DHL Overnight |
| 22133 | GARY BECKER, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY, 10036 | DHL Overnight |
| 22133 | GEORGE, LINDA, LAUDIG GEORGE RUTHERFORD & SIPES, 156 EAST MARKET ST, STE 600, INDIANAPOLIS, IN, 46204 | DHL Overnight |
| 22133 | GIBSON III, CHARLES E, THE GIBSON LAW FIRM, PO BOX 6005, RIDGELAND, MS, 39158-6005 | USPS Express Mail |
| 22133 | GOLDBERG, THEODORE, GOLDBERG PERSKY & WHITE, 1030 FIFTH AVE THIRD FLOOR, PITTSBURGH, PA, 15219-6295 | DHL Overnight |
| 22133 | GORI, RANDY L, GOLDENBERG MILLER HELLER &ANTOGNOLI, 2227 S STATE RT 157, EDWARDSVILLE, IL, 62025 | DHL Overnight |
| 22133 | GRAHAM, WILLIAM M, WALLACE AND GRAHAM, 525 N MAIN ST, SALISBURY, NC, 28144 | DHL Overnight |
| 22133 | GRAYZEL, RONALD B, LEVINSON AXELROD PA, 2 LINCOLN HWY, EDISON, NJ, 08818 | DHL Overnight |
| 22133 | GREENSTONE, DAVID C, WATERS & KRAUS, 3219 MCKINNEY AVE, DALLAS, TX, 75204 | DHL Overnight |
| 22133 | GRELL, CHRISTOPHER E, LAW OFFICES OF CHRISTOPHER E GRELL, 360 22ND ST STE 320, OAKLAND, CA, 94612 | DHL Overnight |
| 22133 | HA-LEY, PHILIP A, PAUL HANLEY & HARLEY, 1608 4TH ST STE 300, BERKELEY, CA, 94710 | DHL Overnight |
| 22133 | HALL, PHILIP J, HARALSON MILLER PITT FELDMAN &, MCANALLY, ONE S CHURCH AVE STE 900, TUCSON, AZ, 85701 | DHL Overnight |
| 22133 | HANNERS, MICHAEL J, SILBER PEARLMAN LLP, 2711 N HASKELL AVE 5TH FL LB32, DALLAS, TX, 75204 | DHL Overnight |
| 22133 | HARLEY, PHILIP A, PAUL HANLEY & HARLEY, 1608 4TH ST STE 300, BERKELEY, CA, 94710 | DHL Overnight |
| 22133 | HARLEY, ROBERT, PAUL HANLEY & HARLEY, 1608 4TH ST STE 300, BERKELEY, CA, 94710 | DHL Overnight |
| 22133 | HART, JOHN W, ROSSBACH HART BECHTOLD PC, PO BOX 8988, MISSOULA, MT, 59807-8988 | USPS Express Mail |
| 22133 | HARVILLE JR, DAVID O, DAVID ODELL HARVILLE JR, 820 JORDAN STE 480, SHREVEPORT, LA, 71101 | DHL Overnight |
| 22133 | HATTEN, ROBERT R, PATTTEN WORNOM HATTEN & DIAMONSTEIN, 12350 JEFFERSON AVE STE 300, NEWPORT NEWS, VA, 23602 | DHL Overnight |
| 22133 | HEBERLING, JON L, MCGARVEY HEBERLING SULLIVAN &, MCGARVEY, 745 SOUTH MAIN, KALISPELL, MT, 59901 | DHL Overnight |
| 22133 | HENDERSON, PAUL D, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630 | DHL Overnight |
| 22133 | HENDRICKS, SHEILA, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX DRAWER 21387, WACO, TX, 76702 | USPS Express Mail |
| 22133 | HERTOGS, SCOTT J, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2495 | DHL Overnight |
| 22133 | HESSION, JAMES, LAW OFFICE OF JAMES HESSION, 202 N SAGINAW ST, SAINT CHARLES, MI, 48655 | DHL Overnight |
| 22133 | HUMPHREYS, JAMES F, JAMES F HUMPHREYS & ASSOCIATES, UNITED CENTER STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301 | DHL Overnight |
| 22133 | IOLA, MARK H, SHINABERRY & MEADE, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 | DHL Overnight |
| 22133 | JAGOLINZER, DAVID A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146 | DHL Overnight |
| 22133 | JENSEN, MARGARET H, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD STE 557, SOUTHFIELD, MI, 48075 | DHL Overnight |
| 22133 | JOHNSON, TERRENCE M, TERRENCE M JOHNSON, 455 E ILLINOIS STE 361, CHICAGO, IL, 60611 | DHL Overnight |
| 22133 | JULIAN, JOHN B, WISE & JULIAN PC, 3555 COLLEGE AVENUE, PO BOX 1108, ALTON, IL, 62002 | USPS Express Mail |

**Exhibit 2 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22133 | KAESKE, MICHAEL L JR, KAESKE LAW FIRM, 6301 GASTON AVE STE 735, DALLAS, TX, 75214 | DHL Overnight |
| 22133 | KEAHEY, G PATTERSON, G PATTERSON KEAHEY PC, ONE INDEPENDENCE PLAZA STE 612, BIRMINGHAM, AL, 35209 | DHL Overnight |
| 22133 | KEAHEY, PAT, G PATTERSON KEAHEY PC, 1 INDEPENDANCE PLZ STE 612, BIRMINGHAM, AL, 35209 | DHL Overnight |
| 22133 | KELLY, ANDREW, WALKER & WYLDER LTD, 207 W JEFFERSON ST, PO BOX 3455, BLOOMINGTON, IL, 61701 | USPS Express Mail |
| 22133 | KENDALL, GARY W, MICHIE HAMLETT LOWRY RASMUSSEN &, TWEEL, 500 COURT SQUARE STE 300, CHARLOTTESVILLE, VA, 22902-0298 | DHL Overnight |
| 22133 | KENNETH PASQUALE, STROOCK & STROOCK & LAVAN LLP, 180 MAIDEN LANE, NEW YORK, NY, 10038-4982 | DHL Overnight |
| 22133 | KENNEY, BRIAN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FLR, 265 CHURCH ST PO BOX 1866, NEW HAVEN, CT, 06508 | USPS Express Mail |
| 22133 | KEYS, SUZANNE, BYRD & ASSOCIATES, PO BOX 19, JACKSON, MS, 39205 | USPS Express Mail |
| 22133 | KITTEL, JOHN I, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334 | DHL Overnight |
| 22133 | KIZIS, LYNNE M, WILENTZ GOLDMAN & SPITZER, 90 WOODBRIDGE CENTER DR, WOODBRIDGE, NJ, 07095 | DHL Overnight |
| 22133 | KLAMANN, JOHN M, KLAMANN & HUBBARD PA, 7101 COLLEGE BLVD, OVERLAND PARK, KS, 66210 | DHL Overnight |
| 22133 | KOMITOR, ROBERT I, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FLR, NEW YORK, NY, 10022 | DHL Overnight |
| 22133 | KREMER, JOSEPH T, LIPSITZ GREEN FAHRINGER ROLL, SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202 | DHL Overnight |
| 22133 | KRIEGER, ROBERT C, WYSOKER GLASSNER WEINGARTNER, GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901 | DHL Overnight |
| 22133 | LANGSTON, KEITH L, NIX PATTERSON & ROACH, 205 LINDA DR, DAINGERFIELD, TX, 75638 | DHL Overnight |
| 22133 | LANIER, W MARK, THE LANIER LAW FIRM, 6810 FM 1960 W, HOUSTON, TX, 77069 | DHL Overnight |
| 22133 | LAVERDIERE, RICHARD A, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2495 | DHL Overnight |
| 22133 | LEH, MICHAEL B, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102 | DHL Overnight |
| 22133 | LEWIS, TOM L, LEWIS SLOVAK & KOVACICH, PO BOX 2325 725 3RD AVE NORTH, GREAT FALLS, MT, 59403 | USPS Express Mail |
| 22133 | LINDHEIM, JERRY A, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102 | DHL Overnight |
| 22133 | LIPMAN, DAVID M, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143 | DHL Overnight |
| 22133 | LIPSITZ, JOHN N, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE, STE 210, BUFFALO, NY, 14202 | DHL Overnight |
| 22133 | LISEMBY, GREG, WATERS & KRAUS, 3219 MCKINNEY AVE, DALLAS, TX, 75204 | DHL Overnight |
| 22133 | LOVE IV, CHARLES M, THE MASTERS LAW FIRM LC, 181 SUMMERS ST, CHARLESTON, WV, 25301 | DHL Overnight |
| 22133 | LUCKEY, ALWYN H, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 | USPS Express Mail |
| 22133 | LUXENBERG, ARTHUR, WEITZ & LUXENBERG, 180 MAIDEN LANE, NEW YORK, NY, 10038 | DHL Overnight |
| 22133 | MACH, SCOTT W, THE POPHAM LAW FIRM PC, 323 W 8TH ST STE 200, KANSAS CITY, MO, 64105 | DHL Overnight |
| 22133 | MACLEAN, LESLIE, WATERS & KRAUS, 3219 MCKINNEY AVE, DALLAS, TX, 75204 | DHL Overnight |
| 22133 | MADEKSHO, LAWRENCE, THE MADEKSHO LAW FIRM, 8866 GULF FREEWAY #440, HOUSTON, TX, 77017 | DHL Overnight |
| 22133 | MAHER II, JOSEPH C, LAW OFFICES OF JOSEPH C MAHER II, 1925 CENTURY PARK EAST STE 500, LOS ANGELO, CA, 90067 | DHL Overnight |
| 22133 | MATHENY, PAUL M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 | DHL Overnight |
| 22133 | MATTHEW KRAMER, BILZIN SUMBERG, 200 S BISCAYNE BOULEVARD, STE 2500, MIAMI, FL, 33131-5340 | DHL Overnight |
| 22133 | MATTHEWS, SHARON, CAMP FIORANTE MATTHEWS, 555 W GEORGIA ST STE 400, VANCOUVER, BC, V6B1Z6CANADA | DHL Overnight |
| 22133 | MCKAY, JOHN F, MCKAY LAW FIRM, 7465 EXCHANGE PLACE, BATON ROUGE, LA, 70806 | DHL Overnight |
| 22133 | MEADE, DAVID L, SHINABERRY & MEADE, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 | DHL Overnight |
| 22133 | METCALF, J CONARD, TRINE & METCALF, 1435 ARAPAHOE AVE, BOULDER, CO, 80302-6390 | DHL Overnight |
| 22133 | MICKEY P LANDRY, LANDRY & SWARR, LLC, 1010 COMMON STREET, SUITE 2050, NEW ORLEANS, LA, 70112 | DHL Overnight |

## Exhibit 2 - WR PI Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22133 | MOODY, EDWARD O, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201 | DHL Overnight |
| 22133 | MOORE, COLIN D, PROVOST UMPHREY, 490 PARK ST, PO BOX 4905, BEAUMONT, TX, 77704 | USPS Express Mail |
| 22133 | MORGAN, GLEN W, REAUD MORGAN & QUINN, PO BOX 26005, BEAUMONT, TX, 77720-6005 | USPS Express Mail |
| 22133 | MULRONEY, WILLIAM F, ASHCRAFT & GEREL, 10 E BALTIMORE ST, BALTIMORE, MD, 21202 | DHL Overnight |
| 22133 | MUTNICK, JEFFREY S, LANDYE BENNETT BLUMSTEIN LLP, 1300 SW 5TH AVE STE 3500, PORTLAND, OR, 97201 | DHL Overnight |
| 22133 | NATALIE RAMSEY, AVENUE OF THE ARTS, 123 SOUTH BROAD STREET, PHILADELPHIA, PA, 19109 | DHL Overnight |
| 22133 | NATHAN D FINCH, CAPLIN & DRYSDALE, CHARTERED, ONE THOMAS CIRCLE, NW, 27TH FLOOR, WASHINGTON, DC, 20005 | DHL Overnight |
| 22133 | NICHOL, H DOUGLAS, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DRIVE, KNOXVILLE, TN, 37919 | DHL Overnight |
| 22133 | NORTON, MICHELLE, WATERS & KRAUS, 3219 MCKINNEY AVE, DALLAS, TX, 75204 | DHL Overnight |
| 22133 | NUTT, DAVID H, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD, RIDGELAND, MS, 39157 | DHL Overnight |
| 22133 | OBRIEN, JAMES M, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003 | DHL Overnight |
| 22133 | OLDAKER, BRADLEY R, BAILEY STULTZ OLDAKER & GREENE, PO DRAWER 1310, WESTON, WV, 26452 | USPS Express Mail |
| 22133 | PARKS, CHRIS, CHRIS PARKS & ASSOCIATES, 1 PLAZA SQUARE 2ND FLOOR, PORT ARTHUR, TX, 77642 | DHL Overnight |
| 22133 | PARRON, DAVID D, THE PARRON FIRM, 404 E FIRST STREET, ARLINGTON, TX, 76010 | DHL Overnight |
| 22133 | PAUL, ROBERT E, PAUL REICH & MYERS, 1608 WALNUT ST STE 500, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 22133 | PEIRCE JR, ROBERT N, PEIRCE RAIMOND & COULTER PC, 2500 GULF TOWER, 707 GRANT ST, PITTSBURGH, PA, 15219-1918 | DHL Overnight |
| 22133 | PERKINS, CHARLIE, LAW OFFICES OF DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225 | USPS Express Mail |
| 22133 | PHILLIPS, ROBERT W, SIMMONS COOPER LLC, 707 BERKSHIRE BLVD, PO BOX 521, EAST ALTON, IL, 62024 | USPS Express Mail |
| 22133 | POLK, MICHAEL S, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2495 | DHL Overnight |
| 22133 | PRYOR, ANITA C, TERRELL HOGAN, 233 E BAY ST, BLACKSTONE BLDG 8TH FLR, JACKSONVILLE, FL, 32202 | DHL Overnight |
| 22133 | RANTA, BRUCE A, LYONS & RANTA, 150 N SUNNYSLOPE RD STE 270, BROOKFIELD, WI, 53005 | DHL Overnight |
| 22133 | RAYMOND MULLADY, ORRICK, HERRINGTON & SUTCLIFFE LLP, WASHINGTON HARBOUR, 3050 K STREET, NW, WASHINGTON, DC, 20007-5135 | DHL Overnight |
| 22133 | RICE, JANET L, SCHROETER GOLDMARK & BENDER, 810 3RD AVE #500, SEATTLE, WA, 98104 | DHL Overnight |
| 22133 | RICHARD WYRON, ORRICK, HERRINGTON & SUTCLIFFE LLP, WASHINGTON HARBOUR, 3050 K STREET, NW, WASHINGTON, DC, 20007-5135 | DHL Overnight |
| 22133 | RILEY, J MICHAEL, MARTIN & JONES, 410 GLENWOOD AVE, RALEIGH, NC, 27603 | DHL Overnight |
| 22133 | ROBERT JACOBS, JACOBS & CRUMPLAR PA, 2 EAST 7TH STREET, SUITE 400, WILMINGTON, DE, 19807 | DHL Overnight |
| 22133 | ROSEN, DAVID A, ROSE KLEIN & MARIAS LLP, 801 SOUTH GRAND AVENUE 18TH FLOOR, LOS ANGELES, CA, 90017 | DHL Overnight |
| 22133 | SADLER, PAUL L, WELLBORN HOUSTON, 300 WEST MAIN, HENDERSON, TX, 75652 | DHL Overnight |
| 22133 | SAKALARIOS, ANTHONY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 | DHL Overnight |
| 22133 | SALES, KENNETH L, SALES TILLMAN WALLBAUM CATLETT &, SATTERLEY PLLC, 1900 WATERFRONT PLAZA 325 W MAIN ST, LOUISVILLE, KY, 40202 | DHL Overnight |
| 22133 | SAMS, LINDA C, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410 | DHL Overnight |
| 22133 | SANDER ESSERMAN, SUITE 2200, 2323 BRYAN STREET, DALLAS, TX, 75201 | DHL Overnight |
| 22133 | SANDLER, CARY L, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQUARE W 17TH FLR, 30 SOUTH 15TH ST, PHILADELPHIA, PA, 19102 | DHL Overnight |
| 22133 | SATTERLEY, JOSEPH D, SALES TILLMAN WALLBAUM CATLETT &, SATTERLEY PLLC, 1900 WATERFRONT PLAZA 325 W MAIN ST, LOUISVILLE, KY, 40202 | DHL Overnight |
| 22133 | SCHWARTZ, WILLIAM K, HARVIT & SCHWARTZ, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 | DHL Overnight |
| 22133 | SERLING, MICHAEL B, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009 | DHL Overnight |

**Exhibit 2 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22133 | SHEIN, BENJAMIN P, SHEIN LAW CENTER LTD, 121 S BROAD ST 21ST FLR, PHILADELPHIA, PA, 19107 | DHL Overnight |
| 22133 | SHINGLER, RONALD J, HOBIN SHINGLER & SIMON LLP, 1101 A STREET, ANTIOCH, CA, 94509 | DHL Overnight |
| 22133 | SKAGGS, JOHN H, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302 | DHL Overnight |
| 22133 | SOUTH, JACKEY W, LUNDY & DAVIS, 501 BROAD ST PO BOX 3010, LAKE CHARLES, LA, 70602 | USPS Express Mail |
| 22133 | STAMOS, GREGORY, ROSE KLEIN & MARIAS LLP, 401 E OCEAN BLVD STE 300, PO BOX 22792, LONG BEACH, CA, 90801-5792 | USPS Express Mail |
| 22133 | STROM, MICHAEL R, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2495 | DHL Overnight |
| 22133 | SUTTER, JOHN E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 | DHL Overnight |
| 22133 | SWARTZFAGER, JON A, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE PO BOX 131, LAUREL, MS, 39441 | USPS Express Mail |
| 22133 | TAVENS, JAMES E, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122 | DHL Overnight |
| 22133 | TAYLOR II, ROBERT G, ROBERT G TAYLOR II, PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002 | DHL Overnight |
| 22133 | THORNTON, MICHAEL P, THORNTON & NAUMES LLP, 100 SUMMER ST 30TH FLR, BOSTON, MA, 02110 | DHL Overnight |
| 22133 | TIGERMAN, STEPHEN M, HAROWITZ & TIGERMAN LLP, 450 SANSOME 3RD FLR, SAN FRANCISCO, CA, 94111 | DHL Overnight |
| 22133 | TIGERMAN, STEPHEN M, WARTNICK LAW FIRM, 650 CALIFORNIA 15TH FLR, SAN FRANCISCO, CA, 94108 | DHL Overnight |
| 22133 | VALLE, RICHARD, BRANCH LAW FIRM, 2025 RIO GRANDE BLVD NW, ALBUQUERQUE, NM, 87104 | DHL Overnight |
| 22133 | VARAS, JEFFREY A, LAW OFFICE OF JEFFREY A VARAS, 119 CALDWELL DR, PO BOX 886, HAZELHURST, MS, 39083 | USPS Express Mail |
| 22133 | VINCENT, RODNEY P, GERTLER GERTLER VINCENT & PLOTKIN, 127-129 CARONDELET ST, NEW ORLEANS, LA, 70130 | DHL Overnight |
| 22133 | WALSH, JANET, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102 | DHL Overnight |
| 22133 | WALSH, JANET, LOCKS LAW FIRM, 110 E 55TH ST, NEW YORK, NY, 10022 | DHL Overnight |
| 22133 | WERT, SCOTT W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011 | DHL Overnight |
| 22133 | WHYLAND, CHRISTOPHER, 4500 BRICKYARD FALLS RD, MANLIUS, NY, 13104 | DHL Overnight |
| 22133 | WILSON, KENNETH J, RICHARDSON, PATRICK, WESTBROOK AND BRICKMAN, PO BOX 1368, BARNWELL, SC, 29812 | USPS Express Mail |
| 22133 | WILSON, THOMAS M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114 | DHL Overnight |
| 22133 | WINBURN, RUSSELL B, ODOM & ELLIOT, 1 E MOUNTAIN, FAYETTEVILLE, AR, 72701 | DHL Overnight |

**Subtotal for this group: 167**