IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Hearing Date: December 5, 2006 at 8:30 a.m. in Pittsburgh, PA**

Re: Docket Nos. 13598, 13619, 13620, 13621, 13622, 13623, 13624, 13625, 13626, 13627, 13628

## NOTICE OF RESCHEDULED HEARING TIME

**PLEASE TAKE NOTICE** that all of the below listed matters which were previously scheduled to be heard in the above-captioned case on December 5, 2006 hearing at 1:00 p.m. has been rescheduled for **December 5, 2006 at 8:30 a.m.**, before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 5414 U.S. Steel Building, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matters Rescheduled for Hearing

1. Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents (FILED UNDER SEAL) [Filed: 11/7/06] (Docket No. 13598);

2. Debtors' Notice of Failure to Reach Agreement and Request for Entry of Debtors' Proposed Protocol Concerning Production of Chest X-Rays of Asbestos Personal injury, Pre-Petition Claimants with Non-Mesothelioma, Malignant Claims [Filed: 11/17/06] (Docket No. 13702)

3. Motion to Compel Asbestos Personal Injury Claimants Represented By Kelley & Ferraro, LLP/or Ferraro & Associates, PA to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/9/06] (Docket No. 13619);

4. Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Hartley & O'Brien, PLLC. Provost Umphrey LLP, and the Law Offices of Peter G. Angelos, P.C. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/9/06] (Docket No. 13620);

5. Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Goldberg Persky & White P.C. and Michael B. Serling, P.C. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/9/06] (Docket No. 13621);

6. Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Cooney & Conway to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13622);

7. Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Lipsitz Ponterio, LLC to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13623);

8. Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Thornton & Naumes LLP and Alwyn H. Luckey, P.A. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13624);

9. Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By James F. Humphreys & Associates, L.C. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13625);

10. Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Edward O. Moody, P.A., Foster & Sear L.L.P., Motley Rice LLC, and Williams Bailey Law Firm, LLP to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed; 11/10/06] (Docket No. 13626);

11. Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Morris, Sakalarios & Blackwell, PLLC to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13627);

12. Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Baron & Budd, P.C., LeBlanc & Waddell, and Silber Pearlman, LLP to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13628);

13. Motion to Compel the MMWR Firms' Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/17/06] (Docket No. 13703)

14. Motion to Compel Asbestos Personal injury Claimants Represented By Weitz & Luxenburg, P.C., Simmonscooper, LLP and Wilentz Goldman & Spitzer P.A. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/17/06] (Docket No. 13704)

Dated: November 21, 2006

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession