IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #9**

IN RE: W. R. Grace & Co., et al.

|  |  |  |
|---|---|---|
| Official Committee of Asbestos Personal Injury Claimants | ) ) ) ) | |
| Appellant | ) | Civil Action No.   06-689 |
| v. | ) ) ) | |
| W. R. Grace & Co., et al. | ) ) | |
| Appellee | ) ) | Bankruptcy Case No.  01-1139 Appeal No. 06-63 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 9/11/06 was docketed in the District Court on 11/13/06:

Interim Order Pursuant to Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods in which to file a Chapter 11 Plan and to Solicit Votes thereon

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply.  **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief**.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

**Appellant's Brief is due 12/1/06**
Peter T. Dalleo
Clerk of Court

Date: November 13, 2006
To: U.S. Bankruptcy Court
    Counsel