IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on November 22, 2006, the Co-Counsel to Official Committee of Equity Holders (the "Equity Committee") filed a Certification of No Objection under the incorrect category of Affidavit/Declaration of Service [D.I. No. 13736].

PLEASE TAKE FURTHER NOTICE that the Equity Committee hereby withdraws D.I. #13736.

BUCHANAN INGERSOLL & ROONEY, PC
A Professional Corporation


By:  /s/ Teresa K.D. Currier
    Teresa K.D. Currier (No. 3080)
    The Brandywine Building
    1000 West Street, Suite 1410
    Wilmington, DE  19801
    (302) 552-4200

        -and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Gary M. Becker, Esquire
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Counsel to Official Committee of Equity Holders

Krls/wilm 55201.1

Dated: November 22, 2006