# SIGN-IN-SHEET

**CASE NAME** W.R. Grace **COURTROOM LOCATION: Courtroom:3rd fl.**

**CASE NO.:** 01-1139(JKF) **DATE: November 20, 2006 @2:00 p.m.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klauder | U.S. Trustee | U.S. Trustee |
| Judy G.Z. Liu | Weil Gotshal + Manges | Ad Hoc Committee of Equity Sec. Holders |
| Gary M. Becker | Kramer Levin Naftalis & Frankel LLP | Equity Committee |
| Ray Mullady | Orrick | FCR |
| Nate Finch | Caplin + Drysdale | ACC |
| Mark T. Hurford | Campbell + Levine | ACC |
| Mark Minuti | Monzack & Monaco | Canada / Montana |
| Tom Whalen | Stevens & Lee | Fireman's Fund Insur. Co. |
| Dan Speights | Speights & Runyan | Anderson Hospital |
| Scott Baena | Bilzin Sumberg | PD Comm. |
| Theodore Tacconelli | Ferry Joseph & Pearce | PD Committee |
| Laurie Polleck | Jaspan Schlesinger Hoffman | Prudential |
| Noel Burnham | Montgomery McCracken Walker Rhoads | Grace CCC |
| James O'Neill | PSZYJW | Debtor |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME** W.R. Grace

**COURTROOM LOCATION:** Courtroom:3rd fl.

**CASE NO.:** 01-1139(JKF)

**DATE:** November 20, 2006 @2:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Janet S Baer | Kirkland & Ellis | Debtor |
| David Bernick | " | " |
| LEWIS KRUGER | STROOCK & STROOCK & LAVAN | OFFICIAL UNSEC CREDITORS COMMITTEE |
| Kathryn Sallie | the Bayard Firm | Ad Hoc Equity Committee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**