# APPENDIX 1

# TO

# EXHIBIT A

PHILLIP E. RUSSELL

Education:

| | |
|---|---|
| Ph.D. | Materials Science and Engineering, December, 1982, University of Florida, Gainesville, Florida |
| M.S. | Physics, May, 1977, West Virginia University, Morgantown, West Virginia |
| B.S. | Physics/Education, May, 1975, Appalachian State University, Boone, NC |

Professional Experience:

| | |
|---|---|
| 1986–Present | Professor ('91-present); Associate Professor ('86-'90) of Materials Science and Engineering, Director of Analytical Instrumentation Facility, and Faculty of Precision Engineering Center, Director of MS&E Undergraduate programs (1995-6), North Carolina State University, Raleigh, North Carolina. Highlights: NSF Presidential Young Investigator Award (1987) and Sigma Xi Outstanding Young Scientist Research Award (1988). |
| 1988-Present | Director and Consultant, Materials Analytical Services, Inc. Development of new technologies for semiconductor and analytical instrumentation fields. Successfully implemented programs in electron optical systems, focused ion beam (FIB) technology and Scanned probe microscopy (STM and AFM). |
| 1994 | Visiting Professor of Mechanical Engineering and Engineering Science, University of North Carolina at Charlotte. Sabbatical leave appointment. Worked primarily in the Precision Engineering laboratory. Developed a graduate level Mechanical Engineering course in Scanned Probe Microscopy and Metrology. |
| 1982–1985 | Manager: New Products Department, Systems Group and Semiconductor Applications Laboratory, Electron Optics Division JEOL, USA, Peabody, Massachusetts. Starting position: Semiconductor Application Specialist. Successfully developed electron optics product lines for the semiconductor industry including metrology, testing and failure analysis systems. Highlight: Awarded Silver Award by parent company (JEOL, LTD) for developing applications and marketing aspects of JSM 840 scanning electron microscope line (1984). |

1980–1982        Staff Scientist and Group Manager for Materials Analysis. Photovoltaic Devices and Measurements Branch, Solar Energy Research Institute (now National Renewable Energy Laboratory), Golden, Colorado. Developed photovoltaics materials characterization laboratory including SEM, STEM, EPMA and Ion Microprobe capabilities. Initiated and directed internal research programs for measurement improvement and materials studies. Highlight: Awarded 1982 Outstanding Achievement Award for research contributions.



SOH PSEM 001207

Scholarly and Professional Honors :
- Heinrich Award; Outstanding MAS Scientist; from Microbeam Analysis Society (1993)
- Cecil Hall Award from Microscopy Society of America (1993)
- Macres Award from Microbeam Analysis Society (1990)
- National Technology University Outstanding Instructor Award (1990)
- Outstanding Alumni Award, Appalachian State University (1989)
- Distinguished Scholarly Achievement Certificate; NCSU University Honors Convocation (1988)
- Sigma Xi: The Scientific Research Society: Outstanding Young Scientist Research Award (1988)
- National Science Foundation: Presidential Young Investigator Award (1987)

Honor Society Memberships:
- Tau Beta Pi; Engineering Honor Society
- Kappa Delta Pi; Education Honor Society
- Sigma Xi Sigma; Physics Honor Society
- Alpha Sigma Mu; Materials Engineering Honor Society
- Keramos; Ceramics Honor Society

Professional Memberships:
- Microbeam Analysis Society
  - Director (1991-93), Program Chair (1989)
  - Education Committee chair (1992-present)
- Microscopy Society of America
- Materials Research Society
- American Vacuum Society
  - Executive Committee, Nanometer Science and Technology Division (1993-1995)
- NC Society for Microscopy & Microbeam Analysis
  - President (1992-94)
- Electron, Ion, Photons and Nanotechnology
  - Section Head, Metrology, 1990-present

Academic Courses Taught:
- MAT 201 Introduction to Materials Engineering
- MAT 331 Electronic Properties of Materials
- MAT 333 Electronic Properties Laboratory
- MAT 512/712 Scanning Electron Microscopy
- MAT 515 Transmission Electron Microscopy
- MAT 595 Electron Microscopy Laboratory
- MAT 612 Advanced SEM and Surface Analysis
- MAT 692 Scanned Probe Microscopy

Short Courses Developed and Taught for numerous industrial sites and:
- North Carolina State University
- Lehigh University,
- University of Florida,
- American Vacuum Society,
- Precision Engineering Society,
- Microscopy Society of America,
- Microbeam Analysis Society,
- Continuing Education Institute of Europe
- Microscopical Society of Australia

More than 70 publications in microscopy, microanalysis, nanotechnology and microfabrication.

SOH PSEM 001208