**EXHIBIT B**

## EXHIBIT "B"

| Name | Address and Phone Number (If Known) | Subjects of Testimony |
|---|---|---|
| **Claimant: State of Arizona** | | |
| Ms. Barbara Loza | State of Arizona<br>Dept. of Administration<br>General Services Division<br>100 North 15th Avenue, Suite 202<br>Phoenix, AZ 85007<br>(602) 542-1936 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| Mr. Roger Berna | State of Arizona<br>Dept. of Administration<br>Building and Planning Svs<br>100 North 15th Avenue, Suite 202<br>Phoenix, AZ 85007<br>(602) 542-1954 | |
| Mr. Don Fitzpatrick | State of Arizona<br>Dept. of Administration<br>Building and Planning Svs<br>100 North 15th Avenue, Suite 202<br>Phoenix, AZ 85007<br>(602) 542-4805 | |
| Mr. C. Alex Bruneing | State of Arizona<br>Dept. of Corrections<br>1601 W. Jefferson<br>MC 870<br>Phoenix, AZ 85007<br>(602) 364-3811 | |
| Mr. John Sempert | State of Arizona<br>Dept. of Administration<br>Building and Planning Svs<br>100 North 15th Avenue, Suite 202<br>Phoenix, AZ 85007<br>(602) 542-0074 | |
| Ms. Doris Stockton | State of Arizona<br>Dept. of Economic Security<br>815 N. 18th Street<br>Phoenix, AZ 85007<br>(602) 542-3447 | |
| Mr. Tom Peterson | State of Arizona<br>Historical Society Museum<br>949 E. 2nd Street<br>Tucson, AZ 85719<br>(520) 628-5774 | |

| Name | Address and Phone Number (If Known) | Subjects of Testimony |
|---|---|---|
| Mr. Dave Manoz | State of Arizona<br>Arizona Dept. of Health Services<br>2500 E. Van Buren<br>Phoenix, AZ 85008<br>(602) 220-6312 | |
| Mr. Dean Hoffman | State of Arizona<br>Arizona Dept. of Health Services<br>2500 E. Van Buren<br>Phoenix, AZ 85008<br>(602) 244-1331 | |
| Mr. Gordon Luttrell | State of Arizona<br>Veterans Memorial Coliseum<br>1826 W. McDowell<br>Phoenix, AZ 85007<br>(602) 252-6771 | |
| **Claimant: State of Arkansas** | | |
| Mr. Jerry Simmons | State of Arkansas<br>501 South Woodlane, Suite G-2<br>Little Rock, AR 72201<br>(501) 682-2509 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| Mr. Floyd Farmer | State of Arkansas<br>Arkansas State Bldg Services<br>501 Woodlane, Suite V G-2<br>Little Rock, AR 72201<br>(501) 682-5563 | |
| Mr. Rex Morris | Morris and Associates<br>5005 Highway 161<br>P.O. Box 242<br>Scott, AR 72142<br>(501) 961-1003 | |
| Mr. John Fugere | State of Arkansas<br>Dept. of Human Services<br>Division of Mental Health Services<br>6701 Highway 67<br>Benton, AR 72015-8489<br>(501) 860-0587 | |
| Mr. Allen Rushing | State of Arkansas<br>Dept. of Human Services<br>Division of Mental Health Services<br>6701 Highway 67<br>Benton, AR 72015-8489<br>(501) 860-0587 | |

| Mr. Ben Moore | State of Arkansas<br>Dept. of Human Services<br>Arkansas State Hospital<br>4313 W. Markham<br>Little Rock, AR 72205<br>(501) 686-9571 | |
|---|---|---|
| Ms. May Atkins | State of Arkansas<br>Dept. of Human Services<br>Arkansas State Hospital<br>4313 W. Markham<br>Little Rock, AR 72205<br>(501) 944-7271 | |
| Mr. Flur Landsell | State of Arkansas<br>Dept. of Human Services<br>Arkansas State Hospital<br>4313 W. Markham<br>Little Rock, AR 72205<br>(501) 686-9571 | |
| Mr. Mark Mullenax | State of Arkansas<br>Conway Human Development Center<br>150 E. Siebenmorgan Road<br>Conway, AR 72032-4000<br>(501) 450-4414 | |
| Mr. Brandon Rushing | State of Arkansas<br>Conway Human Development Center<br>150 E. Siebenmorgan Road<br>Conway, AR 72032-4000<br>(501) 450-4414 | |
| Mr. Kelly Glover | State of Arkansas<br>Conway Human Development Center<br>150 E. Siebenmorgan Road<br>Conway, AR 72032-4000<br>(501) 450-4414 | |
| Mr. Jim Wood | Maintenance Engineer<br>400 East Capitol<br>Little Rock, AR 72203<br>(501) 375-3200 | |
| Mr. Hugh Roberts | Arkansas Teacher Retirement System<br>1400 West Third Street<br>Little Rock, AR 72201<br>(501) 682-1517 | |

| | | |
|---|---|---|
| Mr. Aaron Thomas | State of Arkansas<br>General Service – Revenue Division<br>1800 West 7th Street<br>Little Rock, AR 72203<br>(501) 682-4663 | |
| Mr. Stan Bryant | State of Arkansas<br>Arkansas School for the Deaf<br>2400 West Markham<br>Little Rock, AR 72205<br>(501) 324-9506 | |
| Mr. Ron Hoofman | State of Arkansas<br>Arkansas School for the Deaf<br>2400 West Markham<br>Little Rock, AR 72205<br>(501) 324-9525 | |
| Mr. Mickey Hicks | State of Arkansas<br>Boonville Human Development Ctr<br>447 Carey Road<br>Booneville, AR 72927<br>(501) 675-1481 | |
| Ms. Damita Casey | State of Arkansas<br>501 West Arch<br>Searcy, AR 72143<br>(501) 682-3730 | |
| **Claimant: State of Connecticut** | | |
| Gerald Glassman | State of Connecticut<br>Department of Public Works<br>165 Capitol Ave.<br>Suite 275<br>Hartford, Ct. 06106<br>860-713-5709 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| Gregory Ennis | State of Connecticut<br>Supreme Court Facilities<br>231Capitol Ave.<br>Hartford, Ct. 06106<br>860-757-2266 | |

| Claimant: State of Oklahoma | | |
|---|---|---|
| Laurie Allen | State of Oklahoma<br>Department of Labor<br>Asbestos Division<br>4101 Lincoln Blvd.<br>Oklahoma City, Ok 73105<br>405-528-1500 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| Joe Lamb | State of Oklahoma<br>Department of Labor<br>Asbestos Division<br>4101 Lincoln Blvd.<br>Oklahoma City, Oklahoma 73105<br>405-528-1500 | |
| James Gaylor | State of Oklahoma<br>Department of Central Services<br>Asbestos Division<br>2401 Lincoln Blvd.<br>Oklahoma City, Ok 73105<br>405-521-3525 | |
| Norvell Lee | State of Oklahoma<br>Department of Corrections<br>201 E. Cherokee<br>McAlester, Ok. 74501<br>918-423-4144 | |
| Bill Pharaoh | State of Oklahoma<br>Department of Corrections<br>201 E. Cherokee<br>McAlester, Ok. 74501<br>918-423-4144 | |
| W. Scott Haycox | State of Oklahoma<br>Department of Corrections<br>WCR Asbestos Unit<br>3555 N.W. 58th St., Ste 500<br>Oklahoma City, Ok. 73112<br>405-949-8710 | |

| **Claimant: State of Oregon** | | |
|---|---|---|
| Paul W. Finke | Western Oregon University<br>345 N. Monmouth Ave.<br>Monmouth, Oregon 97361<br>503-838-8129 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| Ken G. Brien | Lake Oswego Insulation Co.<br>0425 S.W. Iowa St.<br>Portland, Or 97201<br>503-245-6460 | |
| Gregg Taylor | Southern Oregon University<br>351 Walker Avenue<br>Ashland, Oregon 97520<br>541-552-6231 | |
| Skip King | Southern Oregon University<br>351 Walker Avenue<br>Ashland, Oregon 97520<br>541-552-6231 | |
| Donald Ludwig | Oregon Health & Science Univ.<br>3310 S.W. US Veteran Hosp. Rd<br>Portland, Oregon 97201<br>503-494-7795 | |
| Larry Mayer | Oregon Health & Science Univ.<br>Facilities Mgmt & Construction<br>3505 SW US Veterans Hosp. Rd.<br>Portland, Oregon 97201<br>503-494-2232 | |
| Chuck Cooper | Portland State University<br>Facilities Department<br>University Services Building<br>617 SW Montgomery St.<br>Portland, Oregon 97201<br>503-725-4312 | |
| Francis McBride | Portland State University<br>Facilities Department<br>617 SW Montgomery St.<br>Portland, Oregon 97201<br>503-725-4312 | |
| Chris Cooksey | Portland State University<br>Facilities Department<br>University Services Building<br>617 SW Montgomery St.<br>Portland, Oregon 97201<br>503-725-4312 | |

| Steve Pelkey | University of Oregon<br>Facility Services<br>1295 Franklin Blvd.<br>Eugene, Or. 97403<br>541-913-2329 | |
| --- | --- | --- |
| Ken Peters | University of Oregon<br>Facility Services<br>1295 Franklin Blvd.<br>Eugene, Or. 97403<br>541-913-2329 | |
| Andrew Gray | Oregon State University<br>O.S.U. Facilities Services<br>100 Adams Hall<br>Corvallis, Oregon<br>541-731-7651 | |
| Steve LeBoeuf | Oregon State University<br>O.S.U. Facilities Services<br>100 Adams Hall<br>Corvallis, Or 97331<br>541-731-7651 | |
| Matt Graves | Eastern Oregon State University<br>Facilities & Planning<br>One University Blvd.<br>Le Grande, Or. 97850<br>541-962-3367 | |
| **Claimant: City of Amarillo, Texas** | | |
| Mr. Richard E. McCollum | City of Amarillo Airport<br>10801 Airport Blvd.<br>Amarillo, TX 79111<br>(806) 335-1671 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| Mr. Geno Wilson | City of Amarillo<br>1000 S. Polk<br>Amarillo, TX 79105<br>(806) 378-4298 | |

| Claimant: City of Houston, Texas | | |
|---|---|---|
| Gabriel Mussio | City of Houston<br>Sixteenth Floor<br>611 Walker Street<br>Houston, Texas 77002<br>713-247-3232 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| Thomas D. Bryant | City of Houston<br>Building Services Department<br>611 Walker, 18th Floor<br>Houston, Texas 77002<br>713-837-0535 | |
| **Claimant: Coleman Housing Authority** | | |
| Ms. Linda Brady | Coleman Housing Authority<br>605 W. 2nd Street<br>Coleman, TX 76834<br>(915) 625-5018 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| **Claimant: El Paso County, Texas** | | |
| Mr. Ernesto Carrizal | El Paso County<br>500 East San Antonio<br>El Paso, TX 79901<br>(915) 546-2015 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| **Claimant: Harlington Housing Authority** | | |
| Mr. Blas Cantu, Jr. | Harlingen Housing Authority<br>1221 East Polk<br>Harlingen, TX 78550<br>(956) 423-2521 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |

| **Claimant: Sabine River Authority** | | |
|---|---|---|
| Donnie Henson | Sabine River Authority of Texas<br>P.O. Box 579<br>Orange, TX 77630<br>(409) 746-2192 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| **Claimant: City of Phoenix, Arizona** | | |
| Mr. Samuel Pignato | City of Phoenix, AZ<br>Risk Management<br>251 W. Washington St., 8th Floor<br>Phoenix, AZ 85003<br>(602) 262-7166 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| Ms. Julie Rogers | City of Phoenix, AZ<br>111 N. 3rd Street<br>Phoenix, AZ 85004<br>(602) 262-6202 | |
| Mr. Steve Ater | City of Phoenix, AZ<br>111 N. 3rd Street<br>Phoenix, AZ 85004<br>(602) 526-2596 | |
| Mr. Richard Storm | City of Phoenix, AZ<br>Aviation Dept.<br>2515 E. Buckeye Rd.<br>Phoenix, AZ 85034<br>(602) 273-2027 | |
| Mr. Corey Riley | City of Phoenix, AZ<br>Aviation Dept.<br>2515 E. Buckeye Rd.<br>Phoenix, AZ 85034<br>(602) 273-2027 | |
| Mr. Jim Coghenour | City of Phoenix, AZ<br>Waste Treatment Plant<br>5615 S. 91st Avenue<br>Phoenix, AZ 85353 | |

| Claimant: City of Tucson, Arizona | | |
|---|---|---|
| Ms. Janet G. McLay | City of Tucson, Arizona<br>Risk Management Division<br>255 W. Alameda<br>P.O. Box 27210<br>Tucson, AZ 85726-7210<br>(520) 791-4343 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| Mr. Ron Ballard | City of Tucson, Arizona<br>Dept. of Facilities, Design and Management Division<br>4004 South Park Avenue, Bldg. 2<br>Tucson, AZ 85714<br>(520) 791-4724 | |
| Mr. Rick Villelas | City of Tucson, Arizona<br>Risk Management Division<br>255 W. Alameda<br>P.O. Box 27210<br>Tucson, AZ 85726-7210<br>(520) 791-4343 | |
| **Claimant: Maricopa County, Arizona** | | |
| Mr. Peter J. Crowley | Maricopa County Risk Management<br>222 N. Central Ave., Suite 1110<br>Phoenix, AZ 85004<br>(602) 506-8226 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| Ms. Rita Neill | Maricopa County Risk Management<br>222 N. Central Ave., Suite 1110<br>Phoenix, AZ 85004<br>(602) 506-5063 | |
| Mr. Lyddell Black | Maricopa County<br>Facilities Management<br>401 W. Jefferson Street<br>Phoenix, AZ 85003<br>(602) 768-8964 | |
| Mr. John Hamlett | Maricopa County<br>Facilities Management<br>401 W. Jefferson Street<br>Phoenix, AZ 85003<br>(602) 768-9808 | |
| Mr. Peter F. Allard | SA&B Consultants<br>3001 W. Indian School Rd., Suite 312<br>Phoenix, AZ 85017<br>(602) 263-0045 | |

| | | |
|---|---|---|
| Mr. Tom Russell | Maricopa County Public Health 1845 E. Roosevelt Phoenix, AZ 85006 (602) 506-6900 | |
| **Claimant: Cook County, Illinois** | | |
| Mr. Tom Maloney | Cook County 2245 West Ogden Avenue Chicago, IL 60612 (312) 433-4557 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| **Claimant: City of Eugene, Oregon** | | |
| Chuck Solin | City of Eugene Oregon Human Resource & Risk Services 777 Pearl Street, Rm 101 Eugene, Oregon 97401 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| **Claimant: Six Hundred Building Ltd.** | | |
| Mr. Will Brannen | 600 Leopard Street, Ste 924 Corpus Christi, TX 78473 (361) 883-0600 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |

| **Claimant: BNC Forum LP Texas Limited Partnership** | | |
|---|---|---|
| Mr. Richard Gelbart | 2775 Via De La Valle, Suite 205<br>Delmar, CA 92014<br>(858) 481-3000 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| **Claimant: EPEC Realty Inc.** | | |
| Mr. Greg Schindler | El Paso Energy Corporation<br>1001 Louisiana<br>Houston, TX 77002<br>(713) 420-3972 | Claimant Representative and/or Custodian of Records: Authentification of Product Identification Documentary and/or Other Corroborative Evidence (Paragraph Roman Numerals I & II above) |
| Mr. Ed Valverde | El Paso Energy Corporation<br>1001 Louisiana<br>Houston, TX 77002<br>(713) 420-3972 | |
| Mr. Jim Boden | El Paso Energy Corporation<br>1001 Louisiana<br>Houston, TX 77002<br>(713) 420-3972 | |
| Mr. Jeff French | El Paso Energy Corporation<br>1001 Louisiana<br>Houston, TX 77002<br>(713) 420-3972 | |