# EXHIBIT D

## **EXHIBIT "D"**

1.    Richard Finke, Senior Litigation Counsel, W.R. Grace & Co., One Town Center Road, Boca Raton, Florida 33486-1010.

2.    James Greer, former owner/operator of Vermiculite of Houston, Inc. Deposition taken on August 19, 1991 in connection with *Cullen Center, Inc., Dresser-Cullen Venture, and Dresser Industries, Inc. v. W.R. Grace & Co., et al.*, No. 90-011693, in the 295th Judicial District Court of Harris County, Texas; Deposition taken on December 2, 1991 in connection with *Dayton Independent School District, et al. v. W.R. Grace & Co., et al. ("Dayton I")*, No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division; and Deposition taken on December 2, 1991 and December 5, 1991 in connection with *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division.

3.    John S. Hamilton, Jr., Grace employee. Deposition taken on December 11, 1987 in connection with *Anchorage School District v. W.R. Grace & Company*, No. A85-098 CIU, in the United States District Court for the District of Alaska; Deposition taken on September 6, 1989 in connection with *Cheshire Medical Center v. W.R. Grace & Company*, No. C-88-516-D, United States District Court for the District of New Hampshire; Deposition taken on December 5, 1989 in connection with *State of Maryland v. Keene Corporation, et al.*, No. 1108600, State of Maryland, in the Circuit Court for Anne Arundell County; Deposition taken on August 13, 1991 in connection with *Cullen Center, Inc., et al. v. W.R. Grace & Co., et al.*, No. 90-011693, in the 295th Judicial District Court, Harris County, Texas; and Deposition taken on January 31, 1992 and March 12, 1992 in connection with *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division.

4.    Kenneth Young Millian, Grace representative. Deposition taken on March 1 and/or March 11, 1992 in connection with *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division.

5.    Steve Sheeran, former Grace sales, marketing employee. Deposition taken on March 13, 1992 in connection with *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division.

6.    Julie Yang, Grace research director. Deposition taken on January 29, 1986 in connection with *The Corporation of Mercer University v. National Gypsum Co., et al.*, No. 85-126-3-MAC (M.D. Ga. 1986); and Deposition taken on February 1-2, 2000 in connection with *State of Hawaii v. W.R. Grace & Co.-Conn., et al.*, No. 93-4161-10, in the Circuit Court of the First Circuit, State of Hawaii.

7.      John York, Former President, Hawaii Vermiculite. Deposition taken on April 14, 1999 in connection with *State of Hawaii v. W.R. Grace & Co.-Conn., et al.*, No. 93-4161-10, in the Circuit Court of the First Circuit, State of Hawaii.

8.      Ralph Bragg, Grace research employee. Deposition taken on November 5, 1986 in connection with *Dayton Independent School District, et al. v. W.R. Grace & Co., et al. ("Dayton I")*, No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division; Deposition taken on November 14, 1986 in connection with *Dayton Independent School District, et al. v. W.R. Grace & Co., et al. ("Dayton I")*, No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division; Deposition taken on May 5, 1987 in connection with *Anchorage School District v. W.R. Grace & Co.*, C.A. No. A85-098-CIV, in the United States District Court for the District of Alaska; Deposition taken on August 20, 1987 in connection with *Adams-Arapahoe School District No. 28-J v. Celotex Corporation, et al.*, No. 84-C-1974, United States District Court, District of Colorado; and Deposition taken on December 9, 1988 in connection with *3250 Wilshire Boulevard Building, et al. v. Metropolitan Life Insurance Company, et al.*, No. 87-06048 WMB (GHKx), in the United States District Court for the Central District of California.

9.      William Culver, Former President of Vermiculite Northwest, Seattle, Washington. Deposition taken on December 12, 1988 in connection with *The 3250 Wilshire Boulevard Building, et al. v. Metropolitan Life Insurance Company, et al.*, No. 87-06048 WMB (CHKX), in the United States District Court for the Central District of California.

10.     Thomas Egan, Grace employee. Deposition taken on September 22, 1986 in connection with *School District of Independence, Missouri, No. 30 v. United States Gypsum Company, et al.*, No. CV84-05334, in the Circuit Court of Jackson County, Missouri.

11.     Thomas P. Feit, Grace employee. Deposition taken on December 18, 1985 in connection with *The Corporation of Mercer University v. National Gypsum Co., et al.*, No. 85-126-3-MAC (M.D. Ga. 1986); and Deposition taken on May 7, 1987 in connection with *Dayton Independent School District, et al. v. W.R. Grace & Co., et al. ("Dayton I")*, No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division.

12.     Stan Fulfer, employee of Vermiculite of Houston, Inc. Deposition taken on January 31, 1992 in connection with *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al., ("Dayton II")*, No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division.

13.     Curtis Gipson, employee of Texas Vermiculite. Deposition taken on January 27, 1992 in connection with *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al., ("Dayton II")*, No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division.

14. Robert Junker, former employee of Texas Vermiculite. Deposition taken on November 29, 1989 in connection with *John E. Corbally, James M. Furman, and Philip M. Grace, Liquidating Trustees v. W.R. Grace & Co.*, No. CA 3-88-1884-H, in the District Court of the United States for the Northern District of Texas, Dallas Division; Deposition taken on October 23, 1991 in connection with *H. Wally Shipley and Faye Shipley; Weldon Cook and Billye Cook; VIrgel Leon Zimmerman and Ruth Zimmerman; Herbert Williams and Inez Williams; Arthur James Davis; and J.R. Gentle v. Armstrong World Industries, Inc., et al.*, No. 90-1760-H, in the 160th Judicial District Court of Dallas County, Texas; and Deposition taken on December 11, 1991 in connection with *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division.

15. Dale Moll, Grace employee. Deposition taken on April 17, 1990 in connection with *In re: Minnesota Personal Injury Asbestos Cases*, in the District Court, State of Maryland; Deposition taken on August 7-8, 1990 in connection with *Boulder Valley School District No. RE-2, et al. v. W.R. Grace & Co., et al.*, No. 87-M-1783, In the United States District Court for the District of Colorado.

16. Bruce Williams, Grace representative. Deposition taken on January 19, 1989 in connection with *3250 Wilshire Boulevard Building, et al. v. Metropolitan Life Insurance Company, et al.*, No. 87-06048 WMB (GHKx), in the United States District Court for the Central District of California.

17. Seth N. Diltz. Oral deposition taken on January 30, 1992 in *Dayton Independent School District, et al. v. W.R. Grace & Co., et al. ("Dayton I")*, No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division.

18. Walter Payment. Deposition taken on November 4, 1986 in connection with *Dayton Independent School District, et al. v. W.R. Grace & Co., et al. ("Dayton I")*, No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division.

19. Ian Stewart. Deposition taken on July 14, 1998 (Volume I) in connection with *State of Hawaii v. W.R. Grace & Co.-Conn., et al.*, No. 93-4161-10, in the Circuit Court of the First Circuit, State of Hawaii; Deposition taken on July 15, 1998 (Volume II) in connection with *State of Hawaii v. W.R. Grace & Co.-Conn., et al.*, No. 93-4161-10, in the Circuit Court of the First Circuit, State of Hawaii; and Deposition taken on July 16, 1998 (Volume III) in connection with *State of Hawaii v. W.R. Grace & Co.-Conn., et al.*, No. 93-4161-10, in the Circuit Court of the First Circuit, State of Hawaii.

Dies & Hile Claimants hereby incorporate in addition all fact witnesses listed on Exhibit "E" and in addition hereby designate such individuals.