IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al.[1] ) | Case No. 01-01139 (JFK) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Objection Date: December 11, 2006 at 4:00p.m. |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Matter)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044  

October 19, 2006  
Client/Matter # 01246-011548  
Invoice # 112892  
Federal ID# 52-1247549  

For Legal Services Rendered Through 09/30/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/01/06 | P. Marks | 1.00 | Track and evaluate case law developments. |
| 09/07/06 | P. Marks | 1.25 | Review P. Bucens emailed information re technical issues; evaluate and reply to same. |
| 09/12/06 | P. Marks | 1.00 | Prepare for meeting with L. Duff. |
| 09/13/06 | K. Bourdeau | 0.25 | Communication with P. Marks re strategy. |
| 09/13/06 | P. Marks | 3.50 | Conference with L. Duff; followup conference with M. Obradovic re strategic issues; evaluate same; schedule followup meeting; coordinate with K. Bourdeau. |
| 09/15/06 | K. Bourdeau | 1.00 | Conference with P. Marks re strategy and tasks. |
| 09/15/06 | P. Marks | 1.25 | Telephone conference with K.Bourdeau re developments and strategy; followup evaluation re same. |
| 09/18/06 | P. Marks | 4.00 | Evaluate legal research, issues and strategy. |
| 09/19/06 | K. Bourdeau | 1.50 | Conference call with P. Marks, L. Duff and bankruptcy counsel re strategy; follow-up with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 112892
October 19, 2006
PAGE 2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/19/06 | P. Marks | 1.25 | Telephone conference with client team re strategic and procedural issues; evaluation with K. Bourdeau re same. |
| 09/20/06 | K. Bourdeau | 0.50 | Review P. Marks re analysis of issues; prepare list of issues re same. |
| 09/20/06 | P. Marks | 2.00 | Prepare and organize case information; evaluate technical information associated with RWDA; email to L. Duff re same. |
| 09/21/06 | K. Bourdeau | 1.25 | Conference with P. Marks re issues; prepare email to P. Marks re additional issues to address; follow-up conference with P. Marks re strategy. |
| 09/21/06 | P. Marks | 3.00 | Evaluate strategic and research issues; telephone conference with K. Bourdeau re same; telephone conference with S. Brull re research. |
| 09/21/06 | S. Brull | 0.25 | Conference with P. Marks re research assignment. |
| 09/22/06 | P. Marks | 2.25 | Conference with S. Brull re research; telephone conference with L. Duff re strategy; evaluate same. |
| 09/22/06 | S. Brull | 3.25 | Legal research; conference with P. Marks re goals of research. |
| 09/25/06 | K. Bourdeau | 2.75 | Conference with L. Duff, M. Obradovic and P. Marks re strategy; conference with P. Marks on preparation for that conference call; review of related documents. |
| 09/25/06 | P. Marks | 4.00 | Evaluate issues and prepare for client telephone conference; conduct telephone conference; follow up tasks. |
| 09/26/06 | S. Brull | 1.50 | Legal research; conference with P. Marks re same. |
| 09/27/06 | P. Marks | 1.00 | Conference with S. Brull re research; review case law. |
| 09/27/06 | S. Brull | 5.25 | Legal research. |
| 09/28/06 | P. Marks | 1.00 | Evaluate research issues and strategy. |

BEVERIDGE & DIAMOND, P.C.                              INVOICE #  112892
                                                       October 19, 2006
                                                       PAGE   3

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/29/06 | P. Marks | 1.50 | Prepare for and conduct telephone conference with J. Freeman (DOT); direct S. Brull re research; telephone conference with L. Duff re issues. |
| 09/29/06 | S. Brull | 5.25 | Legal research; conference with P. Marks re same. |

                              Total Hours :              50.75

                              Total Fees  :         $16,551.25

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  112892
                                                             October 19, 2006
                                                             PAGE   4

**Disbursements:**

| | |
|---|---|
| Long Distance Telephone | 4.60 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK - Inv EA243767 dated 8/2/06 for product usage | 116.32 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA247483 dated 9/1/06 for courtlink transactional usage | 133.77 |

                                  Total Disbursements :         $254.69

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 7.25 | $525.00 | $3,806.25 |
| P. Marks | 28.00 | $350.00 | $9,800.00 |
| S. Brull | 15.50 | $190.00 | $2,945.00 |

                                  Total Fees :               $16,551.25
                                  Total Disbursements :         $254.69

                                  TOTAL DUE :                $16,805.94

# EXHIBIT B

**(Preparation of Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn             October 19, 2006
Attn: Lydia B. Duff, Esq.            Client/Matter #  01246-012629
7500 Grace Drive                     Invoice # 112893
Columbia, MD  21044                  Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/12/06 | P. Marks | 0.75 | Prepare fee applications. |
| 09/13/06 | P. Marks | 0.25 | Prepare fee applications. |
| 09/25/06 | P. Marks | 0.25 | Prepare fee application. |

Total Hours :          1.25

Total Fees :        $437.50

BEVERIDGE & DIAMOND, P.C.                                          INVOICE #  112893
                                                                   October 19, 2006
                                                                   PAGE   2


**Disbursements:**

| | |
|---|---:|
| Postage | 3.81 |
| Duplicating | 15.40 |
| Express Delivery | 13.93 |

|  |  |
|---|---:|
| **Total Disbursements :** | $33.14 |


**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Marks | 1.25 | $350.00 | $437.50 |

|  |  |
|---|---:|
| **Total Fees :** | $437.50 |
| **Total Disbursements :** | $33.14 |
| **TOTAL DUE :** | **$470.64** |