# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: December 11, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## SIXTIETH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/397624

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 15, 2006

Bill Number 98970
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through September 30, 2006

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/01/06 | RAM | Email from expert re: personnel files of two former Libby workers; note to MTM re; same (.1). Read updated bankruptcy court docket entries to select documents to read (.3). | 0.40 Hrs | $110.00 |
| 09/01/06 | ARA | Document control. | 2.30 Hrs | $230.00 |
| 09/02/06 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | $275.00 |
| 09/05/06 | RAM | Conference with MTM re: expert's request for additional information re: former Libby worker (.1). Read selected documents filed in bankruptcy court (.1). | 0.20 Hrs | $55.00 |
| 09/05/06 | MTM | Review emails from expert re: former Libby employee (.2); compare documents to ore shipment binders re: PI claims estimation project (3.3); receipt and review of email from Holme Roberts paralegal re: 60 Minutes segment on Libby (.2). | 3.70 Hrs | $888.00 |
| 09/06/06 | RAM | Conference with MTM re: job site search done for NY area (.1); search for results of searches (.2). | 0.30 Hrs | $82.50 |
| 09/06/06 | DBM | Discussion with MTM re: past work on large job site search in NYC area. | 0.10 Hrs | $24.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/06/06 | MTM | Review and respond to email from K&E attorney re: discovery responses to personal injury creditors' committee (.2); participate in conference call with K&E counsel and counsel for personal injury creditors' committee (3.0); work on job site list issue re: same (1.2); conference with RAM re: job site list issue (.2). | 4.60 Hrs | $1,104.00 |
| 09/07/06 | MTM | Telephone call from K&E counsel re: meeting at Boston repository next week (.3); receipt and review of emails from K&E counsel re: conference call last Tuesday and jobsite list issue (.3); work on jobsite list issue (2.0); conference with RAM re: requests from expert (.1). | 2.70 Hrs | $648.00 |
| 09/08/06 | DBM | Search for documents re: Libby employee. | 0.70 Hrs | $171.50 |
| 09/08/06 | MTM | Email from in-house Grace counsel re: discovery in ERISA matter (.2); review file and email to local counsel re: same (.5); telephone call to in-house Grace counsel re: same (.2); prepare for conference call re: ERISA matter on Monday (.9); work on discovery issues re: personal injury creditors' committee (1.1). | 2.90 Hrs | $696.00 |
| 09/09/06 | RAM | Review list of documents that mention former Libby worker; emails to expert and MTM re: same. | 0.30 Hrs | $82.50 |
| 09/11/06 | MTM | Review document re: former Libby employees per request of expert (.4); telephone call to ARA re: same (.3); review additional documents re: PICC discovery issues (2.0); conference call with Grace local counsel re: ERISA discovery matters (1.1); gather documents requested by local counsel re: same (1.5); receipt and respond to email from K&E counsel re: database for documents produced to personal injury creditors' committee (.4); telephone call to copy company re: same (.2). | 5.90 Hrs | $1,416.00 |
| 09/11/06 | ARA | Per MTM's instructions, search for and obtain documents re: former Libby employees. | 6.70 Hrs | $670.00 |
| 09/12/06 | RAM | Telephone call from and telephone conference with MTM re: what documents re: former Libby worker to send to expert. | 0.10 Hrs | $27.50 |
| 09/12/06 | MTM | Receipt and respond to emails from K&E counsel re: conference call with creditors' committee and trip to repository on Thursday (.4); conference with ARA re: copies of former Libby employee documents (.2); telephone call from K&E counsel re: meeting at repository on Thursday (.3); review files at Winthrop Square re: jobsite search issue (.9); prepare repository for meeting later this week (1.9); exchange emails with RAM re: meeting at repository with K&E and in-house counsel (.3); review copies of documents at Winthrop | 5.00 Hrs | $1,200.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | Square re: former Libby employee (.8); telephone call with RAM and draft letter to expert re: same (.2). | | |
| 09/12/06 | ARA | Review documents re: former Libby employees and check for duplicates (2.3); discuss documents with MTM (.2). Per MTM's request, search for file for another former Libby employee (.3). Per MTM, prepare repository for K&E review of documents (3.5). Inventory "copy all" boxes from PICC production (.6). | 6.90 Hrs | $690.00 |
| 09/13/06 | RAM | Read email re: document issues in ERISA case. | 0.10 Hrs | $27.50 |
| 09/13/06 | MTM | Telephone call from in-house counsel re: disclosure of OP products (.3); prepare Winthrop Square for meeting tomorrow (1.3). | 1.60 Hrs | $384.00 |
| 09/13/06 | ARA | Prepare documents in repository for K&E visit. | 9.70 Hrs | $970.00 |
| 09/14/06 | RAM | Meet with attorneys from Kirkland & Ellis, in-house counsel and MTM re: document issues (.5). Read emails and letters to expert forwarding documents re: two former Libby workers (.1). Read updated bankruptcy court docket entries to select documents to read (.3). Review answers to interrogatories in 1987 case for any reference to particular studies (.2). Conference with in-house counsel re: document and other issues (.3). Read email re: disclosure of privilege lists (.1). Emails from and note to MTM re: additional files requested by expert re: former Libby worker (.1). | 1.60 Hrs | $440.00 |
| 09/14/06 | MTM | Meeting with in-house counsel and K&E counsel at Winthrop Square to discuss discovery issues (8.0); receipt and review of request from expert for personnel file for former Libby employee (.2); review privilege log issues (.5); letter to K&E counsel re: privilege log issue (.7). | 9.40 Hrs | $2,256.00 |
| 09/14/06 | ARA | Prepare repository for K&E's visit (3.0). Locate former Libby employee's file requested by MTM (.3). Quality control workers' compensation documents that were redacted for PICC production (2.1). Per email from MTM, search for another Libby personnel file; telephone call to MTM re: cannot locate file (1.3). | 6.70 Hrs | $670.00 |
| 09/15/06 | RAM | Read emails re: producing privilege lists to creditors' committee. | 0.10 Hrs | $27.50 |
| 09/15/06 | MTM | Receipt and respond to email from K&E counsel re: privilege lists (.3); work on locating old discovery answers disclosing OP products (1.3); gather privilege lists for K&E counsel (.9); locate complete Baron & Budd and Ness Motley exhibit collections at Winthrop Square (1.3); conference with ARA re: same (.3); review earlier files re: plaintiffs' exhibit collections re: same (.4); email to K&E | 4.80 Hrs | $1,152.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | counsel re: plaintiffs' exhibit collections (.3). | | |
| 09/15/06 | ARA | Continue to inventory "copy all" boxes from PICC production (6.0). Discussion with MTM re: copying Ness Motley exhibits; arrange with Merrill to copy exhibits (.6). | 6.60 Hrs | $660.00 |
| 09/18/06 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $110.00 |
| 09/18/06 | MTM | Letter to K&E counsel re: privilege lists (.3); review files re: request for F. Hyde sales documents from Rice (1.1); letter to Nate Finch re: jobsite lists issue (.4); work on project to identify discovery responses disclosing OP products (3.0); telephone call from ARA re: plaintiffs' exhibit collection project (.2). | 5.00 Hrs | $1,200.00 |
| 09/18/06 | ARA | Document control (1.0). Receipt of Ness Motley Exhibits (.3). Review Baron & Budd exhibits, eliminate duplicates and compare exhibits with list to see if set is complete (5.3). | 6.60 Hrs | $660.00 |
| 09/19/06 | RAM | Read emails from/to expert re: Libby personnel work (.1). Read selected documents filed in bankruptcy court (.1). | 0.20 Hrs | $55.00 |
| 09/19/06 | MTM | Review Ness Motley and Baron & Budd exhibits at Winthrop Square for K&E (2.0); review Canadian documents for F. Hyde documents at Winthrop Square (1.3); review and respond to emails from K&E counsel re: revised draft discovery response letter (.2); email comments re: same (.6). | 4.10 Hrs | $984.00 |
| 09/19/06 | ARA | Review Baron & Budd exhibits, eliminate duplicates and compare exhibits with list to see if set is complete | 6.60 Hrs | $660.00 |
| 09/20/06 | RAM | Conference with MTM re: Libby personnel files. | 0.20 Hrs | $55.00 |
| 09/20/06 | DBM | Search Canadian documents for F. Hyde documents per MTM. | 1.00 Hrs | $245.00 |
| 09/20/06 | MTM | Email from in-house counsel re: request for F. Hyde sales documents (.2); telephone call to second in-house counsel re: same (.2); conference with ARA re: obtaining F. Hyde documents (.5); review list of Canadian documents (1.2); review Canadian documents re: request for Hyde sales documents (1.8); telephone call from in-house counsel re: OP product disclosure and discovery issue (.2); work on OP product disclosure in discovery project (1.9). | 6.00 Hrs | $1,440.00 |
| 09/20/06 | ARA | Document control (1.2). Per MTM's instructions, search Canadian documents for F. Hyde documents (3.2). | 4.40 Hrs | $440.00 |
| 09/21/06 | RAM | Telephone calls from/to and with in-house counsel re: availability to attend meeting at K&E on 10/4. | 0.20 Hrs | $55.00 |

Page 4

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/21/06 | MTM | Work on OP product disclosure issue (1.4); telephone call from ARA re: obtaining F. Hyde documents (.3); receipt and review of draft discovery letter to Nate Finch (.3); telephone call to ARA re: search for certain original F. Hyde documents (.2); review Canadian documents at Winthrop Square for F. Hyde documents (3.3). | 5.50 Hrs | $1,320.00 |
| 09/21/06 | ARA | Continue to search Canadian documents for F. Hyde documents (3.3); telephone conferences with MTM re: same (.5). | 3.80 Hrs | $380.00 |
| 09/22/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $27.50 |
| 09/22/06 | DBM | Search Canadian documents for F. Hyde documents per MTM. | 0.50 Hrs | $122.50 |
| 09/22/06 | MTM | Continue review Canadian documents for F. Hyde documents (4.4); review emails re: comments on draft discovery letter to Nate Finch (.4); email to in-house counsel re: F. Hyde documents (.5); conference with ARA re: OP product discovery disclosure matter (.3); email to K&E counsel re: plaintiffs' exhibit collections (.2); draft letter to K&E counsel re: same (.5). | 6.30 Hrs | $1,512.00 |
| 09/22/06 | ARA | Document control (2.7). Receipt of Baron & Budd exhibits from copy service (.4); telephone call to and from MTM re: same (.2). Per MTM's request, search for Florida and California cases to locate particular discovery responses (3.1). | 6.40 Hrs | $640.00 |
| 09/25/06 | RAM | Read letter re: old New York area job site search (.1). Read selected documents filed in bankruptcy court (.2). | 0.30 Hrs | $82.50 |
| 09/25/06 | MTM | Locate copies of discovery responses disclosing OP products (2.9); email from in-house counsel re: F. Hyde documents (.3); work on locating same (1.3); meeting with ARA re: review of documents gathered by Canadian counsel for F. Hyde documents (.5); continue review of Canadian documents for F. Hyde documents (1.2). | 6.20 Hrs | $1,488.00 |
| 09/25/06 | ARA | Per MTM's request, search for and locate documents from Ohio and Florida to locate particular discovery responses (2.4). Document control (3.2); Per MTM's instructions, review California general files for particular discovery responses (1.5). Discuss F. Hyde document project with MTM (.5). | 7.60 Hrs | $760.00 |
| 09/26/06 | MTM | Work on discovery issues from K&E (1.9); work on OP product disclosure project (1.0); telephone call from in-house counsel re: F. Hyde document request (.3). | 3.20 Hrs | $768.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/26/06 | ARA | Continue to review California general files to locate particular discovery responses of Grace. | 5.70 Hrs | $570.00 |
| 09/27/06 | MTM | Work on F. Hyde document request (1.6); telephone call from K&E re: exhibit collections from Ness Motley and Baron & Budd (.3); conference with ARA re: OP product disclosure issue (.4); review old discovery responses re: same (1.2). | 3.50 Hrs | $840.00 |
| 09/27/06 | ARA | Continue to review California and Texas cases for particular Grace discovery responses (5.7). Per MTM's call, determine the difference between Baron & Budd and Ness Motley exhibits for K&E (.6). Produce particular discovery responses to MTM and conference with MTM re: same (.7). | 7.00 Hrs | $700.00 |
| 09/28/06 | RAM | Telephone calls from/to in-house counsel and MTM re: sending expert's material to in-house counsel. | 0.10 Hrs | $27.50 |
| 09/28/06 | DBM | Conferences with MTM re: vermiculite testing. | 0.20 Hrs | $49.00 |
| 09/28/06 | MTM | Conference with in-house counsel re: meeting in DC re: various discovery issues (.2); telephone call from K&E counsel re: same (.4); telephone call from RAM re: question from in-house counsel re: vermiculite issues (.1); locate various binders on vermiculite product testing re: same (1.9); conferences with DBM re: same (.2); email from K&E counsel re: request from criminal defense counsel for information on former employee's file folders (.9); conference call with in-house counsel and RAM re: expert's materials (.1); work on K&E discovery issues (1.5) | 5.30 Hrs | $1,272.00 |
| 09/28/06 | ARA | Continue to review California and Texas cases for particular discovery responses (6.6). Obtain expert's binders for MTM's review (.3). Per telephone call from MTM, search for binders re: testing of vermiculite products (.4). | 7.30 Hrs | $730.00 |
| 09/29/06 | RAM | Telephone conference with MTM re: expert's material. | 0.10 Hrs | $27.50 |
| 09/29/06 | MTM | Review expert's materials at Winthrop Square (.8); telephone calls to in-house counsel and RAM re: same (.2); work on OP product disclosure issue (1.7); work on various discovery matters for meeting at K&E next week (3.3). | 6.00 Hrs | $1,440.00 |
| 09/29/06 | ARA | Telephone calls to and from MTM re: copying expert's binders (.2); quality control binders and deliver binders to copy service (1.8). Quality control particular Grace discovery responses (1.4) and produce same to MTM (.3). Review Canadian documents for F. Hyde documents (2.7). | 6.40 Hrs | $640.00 |

Mark A. Shelnitz

|  |  | TOTAL LEGAL SERVICES | $34,258.00 |
|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 5.70 Hrs | 275/hr | $1,567.50 |
| DONNA B. MACKENNA | 2.50 Hrs | 245/hr | $612.50 |
| MATTHEW T. MURPHY | 91.70 Hrs | 240/hr | $22,008.00 |
| ANGELA R. ANDERSON | 100.70 Hrs | 100/hr | $10,070.00 |
| | 200.60 Hrs | | $34,258.00 |

|  | TOTAL THIS BILL | $34,258.00 |
|---|---|---|

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 10, 2006

Bill Number 98917
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through September 30, 2006

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 09/01/06 | RAM | Work on July fee application. | 0.50 Hrs | $137.50 |
| 09/02/06 | RAM | Work on July fee application. | 0.10 Hrs | $27.50 |
| 09/05/06 | RAM | Work on July fee application (.3); send it to in-house counsels to review (.1); telephone conference with in-house counsel that application may be filed (.1). | 0.50 Hrs | $137.50 |
| 09/08/06 | RAM | Finalize July fee application and send it to Delaware counsel to file. | 0.20 Hrs | $55.00 |
| 09/14/06 | RAM | Read fee auditor's final report re: applications for 20th interim period; read emails from/to fee auditor re: spreadsheet for same period. | 0.10 Hrs | $27.50 |
| 09/26/06 | RAM | Work on August fee application. | 0.80 Hrs | $220.00 |
| 09/27/06 | RAM | Work on August fee application. | 1.60 Hrs | $440.00 |
| 09/29/06 | RAM | Work on August fee application. | 0.70 Hrs | $192.50 |

Page 1

Mark A. Shelnitz

|  |  |  | TOTAL LEGAL SERVICES | $1,237.50 |
|---|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 4.50 Hrs | 275/hr | $1,237.50 |
|---|---|---|---|
|  | 4.50 Hrs |  | $1,237.50 |

|  |  |  | TOTAL THIS BILL | $1,237.50 |
|---|---|---|---|---|

# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 10, 2006

Bill Number 98918
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through September 30, 2006

| | | | |
|---|---|---:|---:|
| EXCESS POSTAGE | | | $2.07 |
| | | | |
| **OUTSIDE PHOTOCOPYING** | | | |
| 09/25/06 | MERRILL COMM - Privilege lists for K & E (9/15/06). | 156.87 | |
| | | | $156.87 |
| | | | |
| **PHOTOCOPYING** | | | |
| 09/11/06 | 5 copies at .12 per copy | 0.60 | |
| 09/12/06 | 1 copies at .12 per copy | 0.12 | |
| 09/13/06 | 19 copies at .12 per copy | 2.28 | |
| 09/13/06 | 35 copies at .12 per copy | 4.20 | |
| 09/14/06 | 41 copies at .12 per copy | 4.92 | |
| 09/22/06 | 1 copies at .12 per copy | 0.12 | |
| 09/25/06 | 124 copies at .12 per copy | 14.88 | |
| 09/25/06 | 4 copies at .12 per copy | 0.48 | |
| 09/29/06 | 61 copies at .12 per copy | 7.32 | |
| | | | $34.92 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through September 30, 2006

TELEPHONE

| | | | |
|---|---|---|---:|
| 09/08/06 | 329 | 5613621568 | 0.88 |
| 09/12/06 | 329 | 2028795167 | 1.65 |
| 09/14/06 | 364 | 3019122201 | 7.59 |
| 09/20/06 | 329 | 9173192202 | 0.88 |
| 09/26/06 | 329 | 5613621533 | 0.99 |
| 09/27/06 | 329 | 2022202559 | 0.55 |

$12.54

RENT REIMBURSEMENT

| | | | |
|---|---|---:|---:|
| 09/01/06 | Rent and utilities for document repository at One Winthrop Square- September 2006. | 12,523.32 | |
| | | | $12,523.32 |

MISCELLANEOUS

| | | | |
|---|---|---:|---:|
| 09/08/06 | RECORDKEEPER ARCHIVE-July 2006 Delivery Charges | 54.00 | |
| 09/26/06 | RECORDKEEPER ARCHIVE-Storage from 8/01/06-8/31/06. | 408.30 | |
| | | | $462.30 |
| | TOTAL DISBURSEMENTS | | $13,192.02 |
| | TOTAL THIS BILL | | $13,192.02 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 10, 2006

Bill Number 98919
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through September 30, 2006

PHOTOCOPYING

| | | |
|---|---|---|
| 09/08/06 86 copies at .12 per copy | 10.32 | |
| | $10.32 | |
| TOTAL DISBURSEMENTS | | $10.32 |
| TOTAL THIS BILL | | $10.32 |