**EXHIBIT 2**

# BMC Group
## WR Grace
## MONTHLY SUMMARY OF EXPENSES
### For the Month of May 2006

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| **B-Linx/Data Storage** | $850.00 |
| **Document Storage** | $562.60 |
| **Postage/Shipping** | $15.30 |
| Monthly Total: | $1,427.90 |

# BMC Group

WR Grace

MONTHLY SUMMARY OF EXPENSES

For the Month of May 2006

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,427.90 |

EXHIBIT 2

BMC GROUP

WR GRACE
EXPENSE SUMMARY

MAY 2006

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_060531 | WR Grace | BMC, BMC | BMC | $850.00 | 31-May-06 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_060531 | WR Grace | BMC10, bmc | BMC | $562.60 | 31-May-06 | Document Storage | 388 boxes |
| 21_060531 | WR Grace | Jafarine, Andrea | World Wide Express | $15.30 | 15-May-06 | Postage/Shipping | Shipment of Personal Injury Questionnaire to Gina Washburn of Rust Cnslting |
| | | | | $1,427.90 | | | |

EXHIBIT 2

| BMC GROUP | WR GRACE<br>PRODUCTION SUMMARY | MAY 2006 |

**WR Grace May Production**

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20060505-1 | 5/5/2006 | $876.65 |
| 021-20060515-1 | 5/15/2006 | $81.35 |
| 021-20060519-1 | 5/19/2006 | $27.48 |
|  | Total: | $985.48 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

MAY 2006

| Job Type | Job Item | Pages / Par Step | | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Order Modifying CMO re: PI Liabilities | 2 / 1,120 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 1119 Pieces @ $.39 each | $436.41 |
| | | | | USPS - International | 1 Piece @ $.84 each | $0.84 |
| | | | Production | Copy | 2240 Pieces @ $.12 each | $268.80 |
| | | | | Fold and Stuff | 1120 Pieces @ $.05 each | $56.00 |
| | | | Supplies | Inkjet and Envelope - #10 | 1120 Pieces @ $.08 each | $89.60 |
| | | | | | Total | $876.65 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

MAY 2006

| Job Type | Job item | Pages / Par Step | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | PI Questionnaire - preprinted | 20 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | DHL/Airborne Exp | 1 Piece @ $54.82 each | $54.82 |
| | | | | USPS - 1st Class | 1 Piece @ $1.35 each | $1.35 |
| | | | Production | Stuff and Mail | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - Catalog | 1 Piece @ $.13 each | $0.13 |
| | | | | | Total | $81.35 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

MAY 2006

| Job Type | Job Item | Pages / Par Step | | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 12447 - 21st Omni 5 Continuation Order | 6 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.39 each | $0.78 |
| | | | Production | Copy | 12 Pieces @ $.12 each | $1.44 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |
| | | | | | | $27.48 |

EXHIBIT 2