**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**September 2006**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended September 30, 2006**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $656.00 | 15.8 | $ 10,364.80 |
| Robert Keehan | Audit Partner | 18 | Integrated Audit | $656.00 | 1.0 | $ 656.00 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $586.00 | 4.4 | $ 2,578.40 |
| Robert Eydt | Risk Partner | 25+ | Integrated Audit | $865.00 | 2.0 | $ 1,730.00 |
| Cody L. Smith | Risk Partner | 25+ | Integrated Audit | $899.00 | 3.0 | $ 2,697.00 |
| Lisa Slotznick | Director | 26 | Integrated Audit | $551.00 | 0.5 | $ 275.50 |
| Thomas Kalinosky | Director - SEC Reviewer | 25+ | Integrated Audit | $467.00 | 2.0 | $ 934.00 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $376.00 | 12.0 | $ 4,512.00 |
| Samara Linsky | Risk Senior Manager | 20+ | Integrated Audit | $656.00 | 5.0 | $ 3,280.00 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.00 | 62.5 | $ 17,812.50 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.00 | 1.5 | $ 427.50 |
| Matthew G. Bosseler | Audit Manager | 9 | Integrated Audit | $295.00 | 7.3 | $ 2,153.50 |
| Josef Van Wyk | Audit Manager | 11 | Integrated Audit | $273.00 | 11.0 | $ 3,003.00 |
| Raul Quiroz | Advisory Manager | 6 | Integrated Audit | $295.00 | 1.0 | $ 295.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $314.00 | 14.6 | $ 4,584.40 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $208.00 | 4.0 | $ 832.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $207.90 | 123.5 | $ 25,675.65 |

| Name | Title | | Project | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $202.00 | 20.0 | $ 4,040.00 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $196.00 | 22.1 | $ 4,331.60 |
| Christopher W Park | Audit Senior Associate | 2 | Integrated Audit | $183.00 | 4.0 | $ 732.00 |
| Diana Ravitz | Tax Senior Associate | 3 | Integrated Audit | $221.00 | 3.0 | $ 663.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $145.00 | 133.7 | $ 19,386.50 |
| Adam Gale | Audit Associate | 2 | Integrated Audit | $148.00 | 16.0 | $ 2,368.00 |
| Lindsey Waldron | Audit Associate | 1 | Integrated Audit | $133.00 | 50.9 | $ 6,769.70 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $140.00 | 67.0 | $ 9,380.00 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $112.00 | 79.0 | $ 8,848.00 |
| Heather Mitchell | Audit Associate | <1 | Integrated Audit | $112.00 | 51.0 | $ 5,712.00 |
| Phillip Crosby | Audit Associate | <1 | Integrated Audit | $140.00 | 37.0 | $ 5,180.00 |
| Youhan Lee | Audit Associate | <1 | Integrated Audit | $140.00 | 37.1 | $ 5,194.00 |
| Zachary Creighton | Audit Associate | <1 | Integrated Audit | $112.00 | 10.5 | $ 1,176.00 |
| Kelly deMayo | Advisory Associate | 1 | Integrated Audit | $191.00 | 2.0 | $ 382.00 |
| | | **TOTAL** | | | **804.4** | **155,974.1** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 12.5 | | | | | $ 1,225.00 |
|---|---|---|---|---|---|---|

## Summary of PwC's Fees By Project Category:
## September 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |

| | | |
|---|---|---|
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | 12.5 | $1,225.00 |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | 804.4 | $155,974.10 |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | 816.9 | $157,199.10 |

**Expense Summary**
**September 2006**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| | | |

| | | |
|---|---|---|
| **Transportation** | **N/A** | **$1,577.07** |
| **Lodging** | **N/A** | **$878.82** |
| **Sundry** | **N/A** | **$48.77** |
| **Business Meals** | **N/A** | **$287.96** |
| **TOTAL:** | | **$2,792.62** |