# EXHIBIT - A

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost |
|---|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | | |
| | | | | | |
| **Name:  Ryan Neice** | | | | | |
| | | | | | |
| **9/7/2006** | 2.0 | | $ | 98.00 | $      196.00 |
| **9/8/2006** | 3.9 | | $ | 98.00 | $      382.20 |
| **9/11/2006** | 2.1 | | $ | 98.00 | $      205.80 |
| **9/14/2006** | 0.9 | | $ | 98.00 | $       88.20 |
| **9/15/2006** | 3.6 | | $ | 98.00 | $      352.80 |
| | **12.5** | | | | |
| | | | | | |
| **Totals** | **12.5** | **Total Grace Time Tracking Charged Hours** | | | **$      1,225.00** |

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended September 30, 2006**

| Name | Position with | Number of Years | Project | Hourly | Total | Total |
|------|---------------|-----------------|---------|--------|-------|-------|
| of  Professional | the Firm | in Profession | | Bill Rate | Hours | Compensation |
| William Bishop | Audit Partner | 27 | Integrated Audit | $656.00 | 15.8 | $ 10,364.80 |
| Robert Keehan | Audit Partner | 18 | Integrated Audit | $656.00 | 1.0 | $ 656.00 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $586.00 | 4.4 | $ 2,578.40 |
| Robert Eydt | Risk Partner | 25+ | Integrated Audit | $865.00 | 2.0 | $ 1,730.00 |
| Cody L. Smith | Risk Partner | 25+ | Integrated Audit | $899.00 | 3.0 | $ 2,697.00 |
| Lisa  Slotznick | Director | 26 | Integrated Audit | $551.00 | 0.5 | $ 275.50 |
| Thomas Kalinosky | Director - SEC Reviewer | 25+ | Integrated Audit | $467.00 | 2.0 | $ 934.00 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $376.00 | 12.0 | $ 4,512.00 |
| Samara Linsky | Risk Senior Manager | 20+ | Integrated Audit | $656.00 | 5.0 | $ 3,280.00 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.00 | 62.5 | $ 17,812.50 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.00 | 1.5 | $ 427.50 |
| Matthew G. Bosseler | Audit Manager | 9 | Integrated Audit | $295.00 | 7.3 | $ 2,153.50 |
| Josef Van Wyk | Audit Manager | 11 | Integrated Audit | $273.00 | 11.0 | $ 3,003.00 |
| Raul Quiroz | Advisory Manager | 6 | Integrated Audit | $295.00 | 1.0 | $ 295.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $314.00 | 14.6 | $ 4,584.40 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $208.00 | 4.0 | $ 832.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $207.90 | 123.5 | $ 25,675.65 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $202.00 | 20.0 | $ 4,040.00 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $196.00 | 22.1 | $ 4,331.60 |
| Christopher W Park | Audit Senior Associate | 2 | Integrated Audit | $183.00 | 4.0 | $ 732.00 |
| Diana Ravitz | Tax Senior Associate | 3 | Integrated Audit | $221.00 | 3.0 | $ 663.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $145.00 | 133.7 | $ 19,386.50 |
| Adam Gale | Audit Associate | 2 | Integrated Audit | $148.00 | 16.0 | $ 2,368.00 |
| Lindsey Waldron | Audit Associate | 1 | Integrated Audit | $133.00 | 50.9 | $ 6,769.70 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $140.00 | 67.0 | $ 9,380.00 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $112.00 | 79.0 | $ 8,848.00 |
| Heather Mitchell | Audit Associate | <1 | Integrated Audit | $112.00 | 51.0 | $ 5,712.00 |
| Phillip Crosby | Audit Associate | <1 | Integrated Audit | $140.00 | 37.0 | $ 5,180.00 |
| Youhan Lee | Audit Associate | <1 | Integrated Audit | $140.00 | 37.1 | $ 5,194.00 |
| Zachary Creighton | Audit Associate | <1 | Integrated Audit | $112.00 | 10.5 | $ 1,176.00 |
| Kelly deMayo | Advisory Associate | 1 | Integrated Audit | $191.00 | 2.0 | $ 382.00 |
| | | TOTAL | | | 804.4 | 155,974.1 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/5/2006 | 2.0 | Attend audit planning meeting with J Newstead, J Van Wyk, D Parker, M de Guzman, P Reinhardt and J Afuang (PwC) |
| 9/5/2006 | 0.5 | Review first draft of Summary Plan & Results |
| 9/6/2006 | 0.7 | Review attachments to SEC comment letter |
| 9/6/2006 | 1.0 | Discuss SEC comment letter response with B Eydt, C Smith, S Linsky, M de Guzman and D Parker (PwC) |
| 9/7/2006 | 0.3 | Review attachments to SEC comment letter response |
| 9/7/2006 | 0.5 | Discuss SEC comment letter response with B Dockman, M Brown (Grace) and D Parker (PwC) |
| 9/12/2006 | 0.5 | Review Grace's response to SEC comment letter |
| 9/18/2006 | 1.5 | Attend fraud brainstorming session with M de Guzman, G Prokop and E Ko (PwC) |
| 9/18/2006 | 0.2 | Discuss internal audit status with E Bull (Grace) |
| 9/18/2006 | 0.3 | Discuss accounting for surcharges with M de Guzman and M McDonnell (PwC) |
| 9/18/2006 | 0.5 | Review audit independence status related to nonaudit services |
| 9/19/2006 | 0.3 | Correspond with PwC - China about audit of Grace China |
| 9/19/2006 | 0.3 | Review planning meeting presentation materials |
| 9/19/2006 | 1.9 | Review Summary Plan & Results |
| 9/21/2006 | 1.0 | Attend audit planning meeting |
| 9/21/2006 | 0.8 | Discuss audit status and planning with M de Guzman (PwC) |
| 9/21/2006 | 0.9 | Discuss current accounting issues with M Brown (Grace) and M de Guzman (PwC) |
| 9/21/2006 | 0.8 | Discuss status of internal audit quality assurance review with E Bull (Grace) |
| 9/23/2006 | 1.2 | Read September Board of Directors meeting materials |
| 9/26/2006 | 0.6 | Discuss status of Grace - China with B Kenny (Grace) and M de Guzman (PwC) |
| | **15.8** | **Total Grace Integrated Audit Charged Hours** |
| | **15.8** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Robert Keehan**

| 9/21/2006 | 1.0 | Participation in team planning meeting |
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/5/2006 | 2.0 | documentary review and prep for planning meeting |
| 9/6/2006 | 1.0 | planning  call Ed Bull WR Grace |
| 9/11/2006 | 0.6 | emails re scoping |
| 9/18/2006 | 0.1 | email |
| 9/20/2006 | 0.7 | IT document review |
| | **4.4** | **Total Grace Integrated Audit Charged Hours** |
| | **4.4** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Robert Eydt**

| 9/6/2006 | 2.0 | Review of SEC Comment letter. |
|----------|-----|-------------------------------|
|  | **2.0** | **Total Grace Integrated Audit Charged Hours** |
|  | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Cody Smith**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/6/2006 | 1.5 | Review of SEC Comment letter. |
| 9/7/2006 | 0.5 | Review of SEC Comment letter. |
| 9/11/2006 | 0.5 | Review of SEC Comment letter. |
| 9/12/2006 | 0.5 | Review of SEC Comment letter. |
| | 3.0 | **Total Grace Integrated Audit Charged Hours** |
| | 3.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Lisa Slotznick**

| 9/7/2006 | 0.3 | Prepare for phone call to discuss self-insurance reserves |
| 9/15/2006 | 0.2 | Participate in phone call to discuss self-insurance reserves. |
| | **0.5** | **Total Grace Integrated Audit Charged Hours** |
| | **0.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Thomas Kalinosky**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **9/1/2006** | 1.5 | Review of environment reserves. |
| **9/11/2006** | 0.5 | Review of environment reserves. |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Douglas Parker**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9/5/2006 | 1.5 | Engagement team meeting to develop audit plan strategy |
| 9/6/2006 | 2.0 | Procedures related to SEC comment letter received by Grace |
| 9/7/2006 | 1.0 | Call with B. Dockman to discyuss SEC comment letter |
| 9/18/2006 | 1.5 | Meeting with FR&C to discuss Grace SAS 99 procedures |
| 9/21/2006 | 6.0 | Grace SP&R reveniew / audit strategy memo |
| | **12.0** | **Total Grace Integrated Audit Charged Hours** |
| | **12.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name:  Samara Linsky**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 9/1/2006 | 1.1 | Review company's SEC comment letter response on segments and review CODM reporting package. |
| 9/5/2006 | 0.2 | Review company's SEC comment letter response on segments and review CODM reporting package. |
| 9/6/2006 | 0.6 | Review company's SEC comment letter response on segments and review CODM reporting package. |
| 9/6/2006 | 1.2 | Conference call with W.Bishop, D.Parker, B. Eydt, C. Smith to discuss SEC comment letter |
| 9/11/2006 | 1.6 | Review company's SEC comment letter response on segments and review CODM reporting package. |
| 9/12/2006 | 0.3 | Review company's SEC comment letter response on segments and review CODM reporting package. |
| | **5.0** | **Total Grace Integrated Audit Charged Hours** |
| | **5.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Marvin deGuzman**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9/1/2006 | 4.0 | Preparation and review of audit summary plan |
| | 1.0 | Review of scoping for audit summary plan |
| 9/5/2006 | 1.5 | Meeting on Audit Strategy PwC - William Bishop, John Newstead, Douglas Parker, Josef Van Wyk, Pamela Reinhardt, Cindy Chen |
| 9/6/2006 | 1.0 | Call for SEC Comment Letter - PwC - William Bishop, Doug Parker, Bob Eydt, Cody Smith and Samara Linsky |
| | 2.5 | Review of controls matrix and classification of controls for testing by worms.  Classification of controls, database and 2nd quarter workdone |
| | 0.5 | Coordinating the requirement of HongKong to corporate |
| 9/7/2006 | 1.0 | Review of June filing |
| | 1.0 | Revising the schedule for 404 |
| | 1.0 | Coordinating the Company Level Control Reviews in Europe |
| 9/8/2006 | 1.0 | Coordinating Inventory counts |
| 9/11/2006 | 1.0 | Coordinating the requirements of international teams with Ed Bull |
| 9/12/2006 | 1.0 | Inventory call for Elkridge with Jo Afuang (PwC), Erica Margolius(PwC), Dena Nolte(Grace), Ken Greeley (Grace) and other Grace folks |
| 9/13/2006 | 1.0 | Coordinating company level controls review in Singapore |
| | 1.0 | Coordinating the scope of international work required to be done in the UK |
| 9/14/2006 | 1.0 | Review of July filing |
| | 2.0 | Review of revised scoping for 2006 audit approach |
| | 5.0 | Review of planning materials, ASM and SPR |
| 9/18/2006 | 2.0 | Brainstorming meeting for Fraud with William Bishop (PwC), Esther Ko (PwC) and George Prokop (PwC) |
| | 1.0 | Coordinating international requirement with Ed Bull and Brian Kenny |
| | 1.0 | Coordinating CLC review in the UK |
| | 1.0 | Follow up on Libby Reserves with Lyn Gardner (Grace) |
| | 1.0 | Call with Owen Venter (PwC) to discuss scope for this year and CLC review |
| | 2.0 | Review of Summary Planning Results |
| 9/19/2006 | 6.0 | Updating planning materials (ASM and SPR) |
| | 1.0 | Call with Matt Bossler (PwC) to discuss GL testing |
| | 1.0 | Coordinating the CLC review in the UK |
| 9/20/2006 | 1.0 | Call with PwC Uk to discuss CLC reviews and scope |
| | 1.0 | IT Kick off meeting with Josef Van Wyk (PwC), Cindy Chen (PwC), Barb Summerson (Grace) and other Grace IT guys. |
| | 6.0 | Review of planning documents |
| 9/21/2006 | 4.0 | Group Planning Meeting for PwC with Bill Bishop, Doug Parker, Jo Afuang, Josef Van Wyk, Chris Park, Erica Margolius, Cindy Chen, Esther Ko, etc. |
| | 1.0 | Coordinating timing of meeting between PwC audit teams and Internal Audit |
| | 1.0 | Meeting with Michael Brown (Grace) and Bill Bishop (PwC) to discuss 3rd quarter issues. |
| | 1.0 | Meeting with Ed Bull to discuss on IA updates and Quality Review done on IA |
| | 1.0 | Coordinating the requirements of the Boston team as part of the 3rd quarter planning. |
| 9/26/2006 | 1.0 | Meeting with Brian Kenny (Grace) and Bill Bishop (PwC) to discuss on updates in Asia and Fraud incidents, if any. |
| | 3.0 | Review of international instructions |
| | **62.5** | **Total Grace Integrated Audit Charged Hours** |
| | **62.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name:  Sandra David**

| | | |
|------|------|---------------|
| **9/21/2006** | 1.00 | Q3 planning. |
| **9/22/2006** | 0.50 | Q3 planning. |
| | **1.5** | **Total Grace Integrated Audit Charged Hours** |
| | **1.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Matt Bosseler**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/1/2006 | 0.3 | SAS 99 testing via Computerized Assisted Audit Techniques |
| 9/6/2006 | 1.0 | SAS 99 testing via Computerized Assisted Audit Techniques |
| 9/8/2006 | 0.3 | SAS 99 testing via Computerized Assisted Audit Techniques |
| 9/11/2006 | 0.5 | SAS 99 testing via Computerized Assisted Audit Techniques |
| 9/12/2006 | 0.9 | SAS 99 testing via Computerized Assisted Audit Techniques |
| 9/13/2006 | 2.3 | SAS 99 testing via Computerized Assisted Audit Techniques |
| 9/19/2006 | 0.5 | SAS 99 testing via Computerized Assisted Audit Techniques |
| 9/21/2006 | 1.0 | SAS 99 testing via Computerized Assisted Audit Techniques |
| 9/22/2006 | 0.5 | SAS 99 testing via Computerized Assisted Audit Techniques |
| | **7.3** | **Total Grace Integrated Audit Charged Hours** |
| | **7.3** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Josef Van Wyk**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/5/2006 | 4.0 | Planning for 2006 IT audit, understanding, defining and updating approach and scope. |
| 9/20/2006 | 1.0 | 2006 IT audit kick off meeting with the following Grace employees:  B. Summerson, G. Bollock, C. Tremblay(phone), V. Mrozek; PwC - J.VanWyk and C. Chen |
| 9/20/2006 | 2.0 | Review Grace 2006 database, work on budget and audit planning memo |
| 9/21/2006 | 2.0 | Attending WR Grace PwC team planning meeting:  B.Billshop, J.Afuang, E.Margolious, D.Parker, C.Parker, J.VanWyk, C.Chen, N. Heisler |
| 9/21/2006 | 1.0 | Review Grace 2006 database |
| 9/22/2006 | 1.0 | Phone call with the PwC SPA team for internal team kick-off meeting:  J.VanWyk, C.Chen, N.Heisler, P.Crosby,Y.Lee |

|  | **11.0** | **Total Grace Integrated Audit Charged Hours** |
|--|----------|-------------------------------------------------|

|  | **11.0** | **Total Hours** |
|--|----------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Raul Quiroz**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/21/2006 | 1.0 | Meet with M. Guzman, P. Reinhardt, J. Afuang, and other PwC audit members to coordinate and plan work with Data Management Group. |
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Daniel Spratt**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9/15/2006 | 1.5 | Reviewing the Darex tax provisions for the years 2002 and 2003. |
| 9/18/2006 | 0.1 | Reviewing the Darex tax provisions for the years 2002 and 2003. |
| 9/25/2006 | 1.0 | Reviewing the Darex tax provisions for the years 2002 and 2003. |
| 9/26/2006 | 2.5 | Reviewing the Darex tax provisions for the years 2002 and 2003. |
| 9/27/2006 | 1.5 | Reviewing the Darex tax provisions for the years 2002 and 2003. |
| 9/28/2006 | 4.0 | Reviewing the Darex tax provisions for the years 2002 and 2003. |
| 9/29/2006 | 4.0 | Reviewing the Darex tax provisions for the years 2002 and 2003. |
| | **14.6** | **Total Grace Integrated Audit Charged Hours** |
| | **14.6** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Pamela Reinhardt**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/5/2006 | 2.0 | Meeting with Grace team to review planning for the 2006 year end audit |
| 9/8/2006 | 1.0 | Meeting for physical inventory testing |
| 9/21/2006 | 1.0 | Attending the planning meeting for Grace |
| | **4.0** | **Total Grace Integrated Audit Charged Hours** |
| | **4.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Maria Afuang**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9/5/2006 | 3.2 | Organizing materials for the planning meeting |
| | 2.0 | Planning meeting with the Grace Team |
| | 0.8 | Coordinating and organizing inventory count for GPC |
| | | Discuss with the Michael Brown (Grace) and Rebecca Del Bianco (Grace) regarding Co. 543 |
| 9/72006 | 2.1 | Account 2810; analyze data available |
| | 5.9 | Document Summary of Plan and Results |
| 9/8/2006 | 1.9 | Organize year end planning meeting |
| | 1.1 | Update 404 schedule |
| | 4.2 | Document Summary of Plan and Results |
| | 0.5 | Organize staff for the inventory count |
| 9/11/2006 | 1.1 | Obtaining and analyzing of account activity for Co. 543 |
| | 1.2 | Reviewing PBC list and test plan for Curtis Bay |
| | 2.6 | Review prior year's inventory count-Elkridge |
| | 3.1 | Document the Summary of Plan and Results |
| 9/12/2006 | 1.6 | Review 2006 inventory count procedures and last years issues |
| | 0.6 | Meet with the Davison Team for the Inventory Count for Elkridge |
| | 5.6 | Document Summary of Plan and Results |
| 9/13/2006 | 2.9 | Document the Summary of Plan and Results |
| | 1.1 | Discuss with Victor Leon (Grace) regarding Inventory Count - GPC |
| | 1.2 | Request and assign staff for inventory counts |
| 9/14/2006 | 2.2 | Organize paper files |
| | 2.9 | Prepare materials for the planning meeting |
| 9/15/2006 | 6.5 | Perform Inventory Count - Elkridge |
| 9/18/2006 | 0.9 | Perform walkthrough for Procurement with John Hunter (Grace) |
| | 3.9 | Document the Summary of Plan and Results |
| | 3.2 | Review the Curtis Bay Risk Matrix |
| | 1.0 | Tele conference regarding the GPC Inventory count with the Grace GPC Team |
| 9/19/2006 | 1.8 | Prepare Summary of Plan and Results |
| | 4.2 | Prepare slides for planning meeting presentation |
| | 3.0 | Perform walkthrough with Steve Davis (Grace) |
| 9/20/2006 | 0.8 | Perform walkthrough with Terry Keefe (Grace) and Adam Lueck (PwC) |
| | 1.5 | Perform walkthrough with IPeng Chow and Angus McIntire (Grace) and Adam Lueck (PwC) |
| | 2.1 | Finalize slides and print materials for the planning meeting |
| | 4.6 | Document walkthroughs performed |
| 9/21/2006 | 1.0 | Planning meeting with the Grace Team (PwC) |
| | 4.3 | Perform walkthrough with Steve Davis (Grace) |
| | 1.1 | Obtain and review internal audit documentation |
| | 2.6 | Documentation of walkthroughs performed |
| 9/22/2006 | 5.1 | Perform walkthroughs with Jennifer Trentley, Steve Davis, Brian (Grace) |
| | 2.9 | Document walkthroughs performed |
| 9/25/2006 | 4.0 | Rollforward and deploy third quarter database |
| | 1.2 | Perform testing of Hydro Inventory |
| 9/26/2006 | 4.8 | Update audit strategy memo |
| | 1.2 | Prepare third quarter PBC List |
| | 0.9 | Prepare third quarter Responsibility matrix |
| | 1.1 | Arranging the loose Grace files |
| 9/27/2006 | 1.2 | Perform walkthrough with Mark LeBelle (Grace) |
| | 1.5 | Review Inventory observation guidance |
| | 5.3 | Update Summary of Plan and Results |
| 9/29/2006 | 4.0 | Document walkthroughs performed |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Cindy Y Chen** | | |
| **9/20/2006** | 1.0 | 2006 IT audit kick off meeting with the following Grace employees:  B. Summerson, G. Bollock, C. Tremblay(phone), V. Mrozek; PwC - J.VanWyk and C. Chen |
| | 2.0 | Review Grace 2006 database, work on budget and audit planning memo |
| **9/21/2006** | 2.0 | Attending WR Grace PwC team planning meeting:  B.Billshop, J.Afuang, E.Margolious, D.Parker, C.Parker, J.VanWyk, C.Chen, N. Heisler |
| **9/22/2006** | 1.0 | Phone call with the PwC SPA team for internal team kick-off meeting:  J.VanWyk, C.Chen, N.Heisler, P.Crosby,Y.Lee |
| **9/25/2006** | 4.0 | Review ITGC Security |
| **9/26/2006** | 4.0 | Review ITGC control bucketing, select controls to test, review request list |
| **9/27/2006** | 2.0 | Work on UNIX and Oracle workprogram |
| **9/28/2006** | 2.0 | Review IT SAP and SOAR change management control walkthrough |
| **9/29/2006** | 2.0 | Review WAN security and Infrastructure change management |
| | **20.0** | **Total Grace Integrated Audit Charged Hours** |
| | **20.0** | **Total Grace Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Michael McDonnell**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9/11/2006 | 1.0 | Meeting with Grace Management regarding audit plan, timing and inventory rollforwards |
|  | 1.0 | Meeting with grace, coordianting times to meet with different cycles, |
|  | 3.0 | Team planning meeting and walkthough of the database and the different cycles (inv, AR, treasury etc) |
| 9/12/2006 | 1.0 | Meeting with Credit manager preforming walkthrough |
|  | 0.8 | Performing the SOP walkthrough Barry Conlon |
|  | 0.5 | Coordinating inventory counts and discussions with PwC and Grace |
|  | 0.5 | Timesheet for July |
|  | 1.8 | Reviewing set up of 404 templates, and walkthrough documentation |
| 9/13/2006 | 1.5 | Reviewing updates walkthough scripts and the testing set ups |
| 9/14/2006 | 1.0 | Reviewing prelim Procurement and cash walkthroughs 1 |
|  | 2.0 | Reviewing surcharge receivables |
|  | 0.5 | Meeting with Grace management to discuss the recognition of surcharge revenue. |
|  | 1.0 | Communicating preliminary results to 404 walkthroughs and testing to management and corp teams |
| 9/15/2006 | 0.5 | Zobs walkthrough |
|  | 1.0 | Financial close walkthrough |
|  | 0.5 | Reviewing the financial close documentation |
| 9/20/2006 | 3.0 | Reviewing the matricies and flow charts, and documentation of walkthroughs for inventory, financial close, and treasury. |
| 9/21/2006 | 1.0 | Planning Meeting |
| 9/28/2006 | 0.5 | Third quarter request list. |
|  | **22.1** | **Total Grace Integrated Audit Charged Hours** |
|  | **22.1** | **Total Grace Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Christopher W Park**

| | | |
|------|------|----------------------------------|
| **9/21/2006** | 3.0 | Draft 2006 International Instruction Letter and Deliverables |
| **9/25/2006** | 1.0 | Draft 2006 International Instruction Letter and Deliverables |
| | **4.0** | **Total Grace Integrated Audit Charged Hours** |
| | **4.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Diana Ravitz**

| 9/15/2006 | 3.0 | Familiarizing  myself with the py FAS 109 wps |
|-----------|-----|----------------------------------------------|
|           | **3.0** | **Total Grace Integrated Audit Charged Hours** |
|           | **3.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Erica Margolius**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9/1/2006 | 1.7 | Perform research on remediation and update testing in PwC audit guide. |
| | 1.5 | Rollforward the update testing memorandum for Sarbanes Oxley for 2006. Email to P. Reinhardt & M. de Guzman (PwC). |
| | 2.8 | Complete the following matrices for 404 testing: Curtis Bay FCC, Corporate Treasury, Lake Charles Procurement. |
| 9/5/2006 | 1.0 | Select controls for testing for Curtis Bay FCC. |
| | 1.0 | Select controls for testing for Curtis Bay Polyolefins. |
| | 1.0 | Select controls for testing for Curtis Bay Hydroprocessing. |
| | 1.0 | Select controls for testing for Curtis Bay Silicas. |
| | 2.5 | Create the Curtis Bay 404 testing document request list, including selections for internal audit reperformance controls. Email G. Demory, Grace, the selection of reperformance controls in order to obtain documentation of their selections and make appropriate samples. |
| | 0.4 | Email J. Afuang, M. De Guzman, & P. Reinhardt (PwC) the preliminary draft of the Curtis Bay document request list for 404 testing. |
| | 1.2 | Review responses from PwC Grace outside teams for documentation of their 404 testing. |
| | 0.6 | Email M. McDonnell, PwC, to discuss upcoming 404 testing in Cambridge for GPC. |
| 9/6/2006 | 0.5 | Email B. Magrin, Grace, concerning Curtis Bay 404 testing performed by internal audit. Inquire as to the removal of the production posting control as a key control. |
| | 2.0 | Scan in Lake Charles Sales Order Processing support documents for the walkthrough. Update database with walkthrough and support. Complete documentation and mark step as complete. |
| | 0.4 | Email K. Greeley, Grace, concerning the schedule of the Curtis Bay 404 visit. |
| | 1.0 | Review documentation in internal audit's 404 database concerning the classification of production logs postings as a key control. Email B. Magrin, Grace, concerning its status as a key control. |
| | 0.7 | Complete draft of Worms 404 testing. Email R. Worster, PwC, the test plan for Germany 404 testing in Worms. |
| | 1.9 | Review internal audit's 404 selections for purposes of reperformance for Curtis Bay site visit. Make selections from internal audit's sample and update Curtis Bay PBC list. Create an internal audit reperformance list. |
| | 2.5 | Review M. de Guzman's, PwC, comments concerning Germany 404 controls selections for testing and reperformance. Update Germany's test plan and matrices. |
| 9/7/2006 | 1.0 | Finalize Germany's 404 test plan. Email R. Worster, PwC, updated plan. |
| | 0.5 | Review P. Reinhardt's emails concerning scheduling of 404 testing and any additional controls which have been downgraded to non-key per earlier discussions between internal audit and PwC. |
| | 0.4 | Email D. Deacon, Grace, concerning 404 testing and physical inventory observation at Chicago 71st St. for the week beginning October 23. |
| | 1.5 | Create the accounts payable integrated audit matrix for Lake Charles. Email to C. Park, PwC, to update with test plan and manual testing. |
| | 2.1 | Update year end database steps for processes requiring a service organization and remediation testing. Mark relevant steps completed. |
| 9/8/2006 | 0.6 | Email C. Chen, Grace, to discuss automated control bucket classifications for 404 testing. Review response and set up time for meeting. |
| | 0.5 | Review internal audit's 404 sample sizes for goods issue & goods receipt testing at Curtis Bay. Review methodology in PwC Audit Guide on individual locations. Email B. Magrin, Grace, selections for reperformance of internal audit's work at Curtis Bay along with sample size concerns. |
| | 1.2 | Complete document request list for 404 testing for Curtis Bay site visit. Email K. Greeley, Grace, finalized document request list. |
| | 0.6 | Meet with E. Bull, Grace, concerning internal audit sample size selections and methodology at Curtis Bay. |

|  |  |  |
|---|---|---|
|  | 0.9 | Review PwC Audit guide for methodology surrounding testing of remediated controls. Email E. Bull, Grace, to note that daily controls may be remediated within 2 months of year end. |
| **9/11/2006** | 0.4 | Review K. Greeley, Grace, email concerning contacts at Curtis Bay for subprocesses. Update document request list with contact references. |
|  | 1.0 | Email the Curtis Bay document request list to all key contacts as included on the document request list; email includes expectations for walkthrough and controls testing. |
|  | 0.2 | Meeting with I-Peng Chow, Grace, about controls selections for Curtis Bay Polyolefins and scheduling of walkthroughs. |
|  | 2.6 | Run report in SAP for goods issue testing for FCC 404 testing. Email to self from Grace portal and make 35 selections from total population for testing. |
|  | 1.5 | Run report in SAP for goods issue testing for Polyolefins and ART 404 testing. Email to self from Grace portal and make 35 selections from total population for testing. |
|  | 1.0 | Make final selecitons and email goods issue selections for ART, Polyolefins & FCC to key contacts at Curtis Bay for upcoming 404 testing & walkthroughs. |
|  | 0.3 | Email M. McDonnell, PwC, to discuss timing and schedule of GPC inventories in Chicago (51st St. & 65th St). |
| **9/12/2006** | 1.0 | Review inventory count procedures sent by K. Greeley, Grace, for Elkridge inventory prior to conference call. |
|  | 1.5 | Conference call with A. Awad, K. Caldwell, D. Godbold, D. Nolte, W. Mckenzie (Grace) and J. Afuang (PwC) to set expectations and understanding for Elkridge inventory observation. |
|  | 0.8 | Respond to PwC Germany's questions in email about 404 testing in Germany. |
|  | 0.5 | Email K. Greeley, R. Cleary, & M. LeBelle, Grace, documents PwC needs to receive for physical inventory observation at Elkridge following the conference call. |
| **9/13/2006** | 0.9 | Email Z. Creighton and N. Amchan, PwC, details for the Elkridge physical inventory observation, including test plan and inventory instructions. |
|  | 1.0 | Follow up with L. Breaux, Grace, to obtain additional testing items for Lake Charles 404 testing and any outstanding issues. |
|  | 1.5 | Scan in Lake Charles 404 walkthrough documents. Update walkthrough documentation and step with support. |
| **9/14/2006** | 0.5 | Print out materials for Elkridge physical inventory to be performed 9/15. |
|  | 3.0 | Update the second quarter scoping document for classification of Grace subsidiaries as level 1, 2, or 3 using revenue and total assets as the main benchmarks. Email updated document to M. De Guzman, PwC. |
|  | 0.2 | Email key contacts for Elkridge inventory to ensure that pre-inventory reports are run. |
|  | 0.7 | Create tentative walkthrough schedule for Curtis Bay walkthroughs and testing. Email out to key Grace and PwC personnel. |
|  | 0.8 | Clarify requested documents for additional Lake Charles 404 testing. Email responses to L. Breaux, Grace. |
| **9/15/2006** | 16.0 | Elkridge physical inventory observation. |
| **9/18/2006** | 0.6 | Conference call with GPC Chicago 51st St. Darex contacts to set expectations for upcoming GPC physical inventory observation. |
|  | 0.8 | Procurement walkthrough at Curtis Bay with John Hunter, John Abrahamson, Grace |
|  | 1.2 | Review internal audit work for open purchase order testing support. Email B. Magrin, Grace, concerning whereabouts of documentaiton. |
|  | 1.0 | Perform procurement testing for Curtis Bay internal controls review. |
|  | 2.0 | Begin to document procurement walkthrough for Curtis Bay. |
|  | 2.3 | Begin to tie-out Elkridge inventory. |
|  | 0.8 | Email A. Gale, PwC, details for Chicago GPC Darex inventory. |
| **9/19/2006** | 0.4 | Call with J. Cavolaski, Grace, to discuss timing of walkthrough and necessary support documents. |
|  | 2.0 | Print out the presentation materials and summary of planning and results in Columbia, MD. Print out flowcharts and controls listings for walkthroughs at Curtis Bay. |
|  | 1.0 | Commute to Curtis Bay from Columbia. |
|  | 0.3 | Follow up with J. Hunter, Grace, concerning long outstanding open purchase orders from review of open purchase order report. Update documentation in testing and walkthrough. |
|  | 2.5 | Perform walkthrough of Silicas inventory process at Curtis Bay with J. Cavolaski, Grace. |
|  | 1.0 | Meet with N. Wright, Grace, to discuss physical inventory process for Curtis Bay. |
|  | 0.6 | Continue to document procurement walkthrough. |
|  | 0.5 | Discuss with J. Mullen, Grace, timing of walkthroughs and necessary documents for controls testing. |

| | | |
|---|---:|---|
| | 0.5 | Phone call with A. Jordan, Grace, to discuss timing of walkthroughs and necessary documents for controls testing. |
| 9/20/2006 | 1.0 | Perform follow-up silicas inventory process walkthrough with R. Cleary for goods receipts and customer returns on a high level basis, along with bill of materials. |
| | 1.4 | Meet with S. Garrett, Grace, to walk through goods issue, goods receipt, customer returns, and consignment process for Silicas at Curtis Bay. |
| | 2.3 | Review controls testing for mapping to testing performed for the financial audit. Format in word document and email to M. De Guzman and J. Afuang, PwC. |
| | 1.4 | Scan in documents for procurement walkthrough for Curtis Bay 404 walkthrough support. Attach in database, update documentation, and mark step as complete. |
| | 0.4 | Update dates for integrated audit scheduling for Grace. Forward to J. Afuang, PwC. |
| | 2.0 | Rollforward the Silicas inventory walkthrough for 2006. Begin documenting walkthrough. |
| | 1.2 | Meet with K. Greeley, Grace, to discuss the review procedures for accrual of raw materials at the end of the quarter. Copy support and perform testing of control. |
| 9/21/2006 | 1.5 | WR Grace 2006 audit planning meeting. |
| | 1.0 | Commute to Curtis Bay from Columbia kick-off meeting. |
| | 2.0 | Perform FCC inventory walkthrough with A. Lueck, PwC, and A. Jordan, Grace. |
| | 2.5 | Review FACTIVA articles on W R Grace; take notes for purposes of the legal update in the third quarter. |
| | 0.5 | Review testing documents received from Grace. Update document request list for status of outstandings. |
| 9/22/2006 | 1.2 | Perform internal audit reperformance testing for Curtis Bay. Update document request list for outstanding items. |
| | 1.0 | Continue to document silicas inventory walkthrough. |
| | 0.8 | Create a status update report for K. Greeley, Grace, as a closing meeting for Curtis Bay 404 work. Email to K. Greeley, Grace. |
| | 0.7 | Review physical inventory adjustments in SAP for controls testing of Curtis Bay, MD. |
| 9/24/2006 | 2.5 | Commute to Chicago from Baltimore for GPC inventory. |
| 9/25/2006 | 10.0 | GPC Darex inventory. |
| 9/26/2006 | 6.0 | GPC Darex inventory. |
| | 2.5 | Commute back to Baltimore, MD from Chicago, IL for GPC inventory. |
| 9/28/2006 | 1.5 | Roll forward Chicago - Darex physical inventory checklist based on 9/25 & 9/26 physical inventory observation. |
| | 1.3 | Review questions sent by C. Falcenberg and R. Worster, PwC, concerning sarbanes oxley testing in Germany. |
| | 0.4 | Email B. Magrin, Grace, an update for 404 testing in Curtis Bay Grace plant. |
| | 2.0 | Continue to update walkthroughs and testing for Curtis Bay. |
| 9/29/2006 | 0.7 | Review categorization of Epernon as a level 1 or 2 site. Discuss with M. De Guzman, PwC, how France should perform testing for sarbanes oxley. Email R. Bejot, PwC, concerning the performance of 404 testing. |

| | |
|---:|---|
| **133.7** | **Total Grace Integrated Audit Charged Hours** |

| | |
|---:|---|
| **133.7** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Adam Gale**

| | | |
|------|-------|----------------------------------|
| **9/25/2006** | 8.0 | Physical Inventory at 6050 W. 51st Street, Chicago, IL |
| **9/26/2006** | 8.0 | Physical Inventory at 6050 W. 51st Street, Chicago, IL |
| | **16.0** | **Total Grace Integrated Audit Charged Hours** |
| | **16.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Lindsey Waldron**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 9/11/2006 | 1.0 | Initial client introductions |
|  | 0.5 | Tour of building & client contact offices |
|  | 5.0 | Organization of control cycles and initial matrix set-up |
|  | 1.5 | Review of control narratives |
| 9/12/2006 | 0.5 | Meeting with Jack McGee - Fixed Asset Walkthrough |
|  | 0.5 | Meeting with Barry - SOP walkthrough |
|  | 1.0 | meeting with Charlie - Credit and Collections Walkthrough |
|  | 1.5 | Documentation of SOP Walkthrough |
|  | 1.5 | Documentation of Credit & Collections Walkthrough |
|  | 1.0 | Review of narratives prior to meetings |
| 9/13/2006 | 1.0 | Review of Cycles prior to meetings |
|  | 0.5 | Walkthrough with Dewa for Cash Management narrative |
|  | 1.0 | Walkthrough with Marybeth Lauretti for Procurement narrative |
|  | 0.3 | Walkthrough with Bob Doyle for Procurement narrative |
|  | 0.3 | Walkthrough with Mike Wilson for Payroll narrative |
|  | 0.5 | Documentation of Credit & Collections Narrative |
|  | 1.5 | Credit & Collections controls testing |
|  | 0.5 | Selections for Balance Sheet Accounts - GL Close Cycle testing |
| 9/14/2006 | 1.5 | Meeting with Charlie Sebestyen - credit & collections |
|  | 0.5 | Meeting with Karen Mitchell - cash management |
|  | 2.5 | Documentation/review of walkthroughs performed |
|  | 1.0 | Credit & Collections testing |
| 9/15/2006 | 1.0 | Meeting w/German Huerta about Financial Close Cycle & inventory control walkthrough |
|  | 1.0 | Documentation of Financial Close Walkthrough |
|  | 1.5 | Testing of Financial Close & Inventory Controls |
|  | 3.5 | Additional/revised documentation of walkthrough performed (inventory, credit/collections, SOP) |
| 9/18/2006 | 1.0 | Meeting w/Michelle Hayward regarding inventory controls |
|  | 1.4 | Testing of Financial Close Controls |
|  | 0.5 | Meeting w/Beth Dellorca regarding Out-of-Balance report and review conducted |
|  | 3.0 | Documentation of walkthroughs and testing completed |
|  | 0.5 | Organization of support obtained & tested |
|  | 0.5 | Coaching new associate |
| 9/19/2006 | 2.5 | Documentation of walkthroughs & testing into PwC database |
|  | 0.5 | Organization of wps for 404 |
| 9/20/2006 | 5.0 | Documentation of walkthroughs & testing into PwC database |
|  |  | (rest was BU related) |
| 9/21/2006 | 1.0 | meeting with Dewa to discuss balance sheet reconciliations |
|  | 1.0 | review of inventory controls testing - monthly manufacturing analysis reports |
|  |  | (rest was BU related) |
| 9/22/2006 | 2.0 | Wrapping up 404 potential exceptions, organizing binder |
|  |  | (rest was BU related) |

| | | |
|---|---|---|
| | **50.9** | **Total Grace Integrated Audit Charged Hours** |

| | | |
|---|---|---|
| | **50.9** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Nicole Heisler**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9/11/2006 | 3.0 | Planning for engagement (requesting db access/independence, adjusting budget, creating agendas) |
| 9/12/2006 | 3.0 | Database prep for SPA steps/ database roll forward |
| 9/15/2006 | 2.5 | Control Mapping/ Extracting IA info from Portal |
| | 0.5 | Updating agenda/followup |
| 9/18/2005 | 8.0 | Preparing document request list |
| 9/19/2006 | 4.5 | Control Mapping/ Extracting IA info from Portal |
| 9/20/2006 | 1.5 | Scheduling walkthrough meetings with Cambridge personnel |
| | 3.0 | Reviewing walkthroughs/test plans and bucketing controls |
| | 1.5 | Engagement kick-off meeting |
| 9/22/2006 | 0.5 | IT Kick off meeting w/in PwC (C Chen, J VanWyk, Y Lee, P Crosby) |
| 9/25/2006 | 0.5 | Safety meeting PwC - P Crosby, Y Lee; Grace - Safety person |
| | 1.0 | Templating and reviewing walkthrough procedures |
| | 1.0 | Assisting P Crosby with using the Grace Portal |
| | 2.0 | Budget Adjsutment, schedule adjustment, documenting status overview of planning work performed, and informing all team members |
| | 1.0 | Setting up and templating Management Testing step in database |
| | 1.3 | Reviewing controls for UNIX walkthrough/testing |
| | 0.2 | Setting up meeting for Columbia Data Center review |
| | 1.0 | Assisting p Crosby with extracting Grace info from Portal |
| | 1.0 | Reviewing Grace IT controls for upcoming meetings |
| 9/26/2006 | 0.9 | Preparing for walkthrough meeting for SOAR controls |
| | 0.8 | Walkthrough meeting for SOAR; PwC - Y. Lee; Grace - M Krist, G Convington |
| | 0.5 | Creating/sending request for SOAR evidence |
| | 0.6 | Preparing for walkthrough meeting for Operating System |
| | 1.2 | Walkthrough meeting for Operating System controls; PwC - Y Lee; Grace - P Wood |
| | 0.6 | Creating/sending request for Operating System |
| | 2.5 | Documenting SOAR walkthrough |
| | 2.9 | Documenting Operating System walkthrough |
| 9/27/2006 | 0.5 | Preparing for data center walkthrough |
| | 0.5 | Creating a temporary step in the database |
| | 0.5 | Preparing for WAN walkthrough meeting |
| | 0.5 | Walkthrough data center; PwC - P Crosby; Grace - P Wood, B Dicristofaro |
| | 0.5 | Prepare/send data center requests |
| | 0.8 | Walkthrough meeting for WAN; PwC - Y Lee; Grace - A Barquin |
| | 0.5 | Prepare/send requests to A Barquin |
| | 1.5 | Document WAN walkthrough |
| | 0.5 | Prepare for SAP walkthrough |
| | 1.1 | Walkthrough meeting for SAP; PwC - Y Lee; Grace - G Convington, S Vanga |
| | 2.5 | Document SAP walkthrough meeting |
| | 0.6 | Assist Y Lee with pulling SAP requests |
| 9/28/2006 | 0.5 | Document SAP walkthrough meeting |
| | 0.5 | Prepare for Infrastructure meeting |
| | 1.0 | Review work done by P Crosby |
| | 1.0 | Assist P Crosby with operations testing |
| | 1.0 | Infrastruce walkthrough meeting; PwC - Y Lee; Grace - R Schoff |
| | 2.0 | Test SAP controls |
| | 2.0 | Docuemt SAP testing |
| | 1.0 | Testing for OS |
| | 1.0 | Document OS testing |

67.0    **Total Grace Integrated Audit Charged Hours**

67.0    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Adam Lueck**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9/18/2006 | 2.20 | I am updating the Grace Annual Kick-off Meeting presentation. |
| | 0.80 | Jo Afuang (PwC), Erica Margolius (PwC) & I are walking through the procurement process with John Abrahamson (Grace) & John Hunter (Grace). |
| | 3.00 | I am updating the Inventory Walkthrough spreadsheets for Polyolefins, Fluid Cracking Catalysts & Central. |
| 9/19/2006 | 1.00 | Jo Afuang (PwC) & I are walking through the Recording Shipments process with I-Peng Chow (Grace). |
| | 1.00 | I am reviewing the Recording Shipments documentation provided by I-Peng Chow (Grace) and documenting the the walkthrough. |
| | 2.83 | I am creating the Annual Kick-off Meeting agenda and presentation. |
| | 3.17 | I am researching Grace and its industry through prior year databases and client resources (i.e. financial statements and Grace.com. |
| 9/20/2006 | 1.00 | Jo Afuang (PwC) & I are walking through the Recording Goods Receipts process with Angus McIntire (Grace). |
| | 1.00 | Jo Afuang (PwC) & I are walking through the Customer Returns process with Angus McIntire (Grace). |
| | 6.00 | I am reviewing the Recording Goods Receipts reports and creating walkthrough documentation. |
| 9/21/2006 | 1.00 | Jo Afuang & I are preparing for the Annual Team Kick-off Meeting. |
| | 1.50 | I am attending the Annual Team Kick-off Meeting with the global PwC Grace Team. |
| | 1.00 | I am commuting from Grace Columbia to Grace Curtis Bay. |
| | 3.50 | I am creating the walkthrough documentation for the Polyolefins Inventory process. |
| | 2.00 | I am walking through the Fluid Cracking Catalysts Inventory process with Erica Margolius (PwC) and Anton Jordan (Grace). |
| 9/22/2006 | 4.00 | I am testing Fluid Cracking Catalysts documentation. |
| | 2.00 | I am walking through the Central Inventory process and completing Fluid Cracking Catalysts walkthrough documentation follow-ups with Anton Jordan (Grace). |
| | 0.80 | I am walking through the Polyolefins Inventory process with Jeff Mullen (Grace). |
| | 1.20 | I am creating the documentation for the Fluid Cracking Catalysts Inventory process walkthrough. |
| 9/25/2006 | 6.00 | I am testing Polyolefins Inventory supporting documents. |
| | 2.00 | I am creating the documentation for the Polyolefins Inventory process walkthrough. |
| 9/26/2006 | 7.00 | I am creating the documentation for and testing the Grace provided documentation for the Polyolefins Inventory process. |
| | 1.00 | I am testing the Fluid Cracking Catalysts Inventory documents provided by Grace. |
| 9/27/2006 | 1.30 | I am walking through the Annual Polyolefins Inventory process, Polyolefins Recording Shipments and Hydro-Processing Customer returns process with Mark Lebelle (Grace) and Jo Afuang (PwC). |
| | 1.00 | I am commuting from Grace Elkridge to Grace Columbia. |
| | 5.30 | I am creating the Annual Polyolefins Inventory walkthrough documentation. |
| | 0.40 | I am creating the Central walkthrough documentation. |
| 9/28/2006 | 1.00 | I am updating the Grace Internal Audit schedule for PwC reference. |
| | 7.00 | I am creating the Fluid Cracking Catalysts and Polyolefins walkthrough documentation. |
| | 4.00 | I am completing the Fluid Cracking Catalysts walkthrough documentation. |
| | 4.00 | I am Completing the Central walkthrough documentation. |

| | 79.0 | **Total Grace Integrated Audit Charged Hours** |
|--|------|--------------------------------|

| | 79.0 | **Total Hours** |
|--|------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Heather Mitchell**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/11/2006 | 1.0 | Initial Client Introductions |
| | 0.5 | Tour of Building and Client Contact Offices |
| | 4.5 | Organization of control cycles and initial matrix set up |
| | 1.0 | Review of Control narratives |
| | 1.0 | Selections of Fixed Assets Additions for testing |
| 9/12/2006 | 0.5 | Printing Flow Charts and Narratives |
| | 0.5 | Meeting with Jack McGee reagarding Fixed assets |
| | 0.5 | Review of Control narratives |
| | 1.0 | Updating database with flow charts |
| | 0.5 | Reviewing selections made for Fixed Asset testings - open orders |
| | 5.0 | Documenting meeting with Jack McGee-Fixed Assets section |
| 9/13/2006 | 0.5 | Printing Flow Charts and Narratives |
| | 0.5 | Walkthrough with Dewa with Cash Management Narrative |
| | 1.0 | Walkthrough with MaryBeth Lauretti with Procurement Narrative |
| | 0.3 | Walkthrough with Boy Doyle for Procurement Narrative |
| | 0.3 | Walkthrough with Mike Wilson for Payroll Narrative |
| | 1.5 | Fixed Assets Testing- Additions/Transfers |
| | 1.0 | Cash Management testing-Bank Reconcilations |
| | 1.5 | Documenting Procurement meeting walkthroughs |
| | 1.5 | Documenting Cash Management walkthrough |
| 9/14/2006 | 1.5 | Procurement Testing |
| | 1.0 | Walkthrough with Maureen Dalton |
| | 1.0 | Documenting Procurement testing |
| | 1.0 | Input cash management testing information into database |
| | 1.0 | Input procurement testing into database |
| | 1.0 | Document walkthrough with Maureen Dalton |
| | 0.5 | Meet with Dewa/Jack for following questions reagarding testing |
| | 1.0 | Updating database with flowcharts/martix |
| 9/15/2006 | 1.5 | Inventory Documentation - Maureen Dalton |
| | 1.0 | Documentation for Fixed Assets / Finish Testing |
| | 1.0 | Financial Reporting Controls - Testing |
| | 1.0 | Input matrix into database |
| | 1.0 | Meeting with Jack McGee with questoins from Fixed Asset Additions |
| 9/18/2006 | 2.0 | Documenting Procurement controls in database |
| | 1.5 | Finish Financial Reporting Controls-Testing |
| | 1.5 | Finish testing/documenting of Fixed Assets in database |
| | 1.0 | Input charts/matrix and document cash management in database |
| 9/19/2006 | 2.0 | Finish testing/documenting 404 items |
| | 2.0 | Financial Assertions/CAVR input |
| | 1.0 | Inputing correct spreadsheets in database |
| | 0.5 | testing reconciliations for 404 |
| | 1.0 | Put together external binder |
| | 1.0 | Checking database to make sure all steps complete |
| | **51.0** | **Total Grace Financial Statement Audit Charged Hours** |
| | **51.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Phillip Crosby** | | |
| 9/25/2006 | 0.6 | Initiation,Introduction to key parts of building.  Facility tour from Cindy |
| | 0.5 | Introduction to controls, initial review of WR Grace Controls to gain understanding |
| | 6.8 | Obtaining Management's documentation from Portal, saved to hard drive, disburse CM to Youhan, OPS and SEC to Nicole |
| | 1.6 | Updated Database with management's documentation |
| 9/26/2006 | 0.9 | Updated database with management's documentation |
| | 1.1 | Created Bucketing Controls Percentages/Spreadsheet |
| | 2.0 | Analyze data obtained vs. data still needed to populate in request list |
| | 2.2 | Bucketing spreadsheet revisions |
| | 4.3 | Reperformance testing |
| 9/27/2006 | 3.7 | Reperformance testing |
| | 0.5 | Walkthrough of Data Center for control 10.1.2.9.2 |
| | 1.0 | Documenting walkthrough and testing of data center control 9.2 |
| | 2.7 | Determine mgmts missing documentation |
| | 1.1 | New Hire Testing sampling |
| 9/28/2006 | 1.0 | Observations tracking for reperformance testing |
| | 0.2 | Reviewing Security testing procedures/walkthroughs |
| | 3.2 | Security and OPS testing formatting and updating |
| | 1.0 | SEC_OS testing control 1.4 |
| | 2.0 | SEC_OS testing control 3.1 and 1.6 |
| | 0.6 | SAP_ security testing |
| | **37.0** | **Total Grace Integrated Audit Charged Hours** |
| | **37.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Youhan Lee**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9.25.2006 | 0.5 | Attended Grace Safety Training. |
| | | Obtain Client Documentation from portal. |
| | | Review Meeting Schedules. |
| | | Review testing and walkthrough templates. |
| | | Review client documentation (Policies procedures) for walkthrough preparation to gain understanding of client. |
| | 8.5 | |
| 9.26.2006 | 0.8 | Walkthrough Meeting with Marty Krist (Grace) and Nicole Heisler (PwC) regarding SOAR Change Management |
| | 1.2 | Walkthrough Meeting with Peter Wood (Grace) and Nicole Heisler (PwC) regarding Unix Change Management |
| | 1.0 | Preparation for SOAR walkthrough meeting. Print out policies and procedures and review documentation. |
| | 0.8 | Prep for SAP walkthrough meeting.  Print out policies and review documentation. |
| | 6.4 | Prepare and submit evidence requests and documented walkthroughs |
| 9.27.2006 | 0.8 | Walkthrough Meeting with Augie Barquin (Grace) and Nicole Heisler (PwC) regarding Infrastructure Change Management |
| | 2.5 | Prep for Infrastructure Change Management, prepare walkthrough documentation. Print out policies related to infrastructure change. |
| | 1.1 | Walkthrough Meeting with Greg Covington (Grace) and Nicole Heisler (PwC) regarding SAP Change Management |
| | 2.0 | Prep for SAP Change Management Walkthrough.  Review SAP related documenation to gain understanding.  Print Policies and procedures related to SAP CM. |
| | 2.7 | Evidence request and submitions for SAP and Infrastructure Change Testing.  Documenting Walkthroughs, reviewing documentation for design evaluations. |
| 9.28.2006 | 1.0 | Walkthrough Meeting with Renee Schoff (Grace) and Nicole Heisler (PwC) regarding Infrastructure Change Management. |
| | 1.0 | Prep for Meeting with Renee.  Print Documentation. Review documentation |
| | 2.8 | Design review documenation. |
| | 4.0 | Prepare requests and submit requests for additional evidence related to testing samples. |

| | 37.1 | **Total Grace Integrated Audit Charged Hours** |

| | 37.1 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Zachary Creighton**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/15/2006 | 1.0 | One hour is allocated for travel to the client site in Elkridge, Maryland from McLean, Virginia to complete inventory observation procedures (3:05 PM to 4:05 PM). |
| 9/15/2006 | 7.9 | 7.9 hours is allocated to my assistance in the completion of the physical inventory observation (4:05 PM to 12:00 AM). |
| 9/16/2006 | 1.6 | 1.6 hours is allocated to my assistance in the completion of the physical inventory observation (12:00 AM  to 1:36 AM). |
|  | **10.5** | **Total Grace Integrated Audit Charged Hours** |
|  | **10.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended September 30, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Kelly deMayo**

| 9/6/2006 | 2.0 | Time incurred performing the SAS99 journal entry testing. |
|----------|-----|-----------------------------------------------------------|
|          | **2.0** | **Total Grace Integrated Audit Charged Hours** |
|          | **2.0** | **Total Hours** |