# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended September 30, 2006**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| **Nicole Heisler** | Integrated Audit | 9/21/2006 | $ 33.82 | | | | Travel to and from PwC office/Grace office |
| | Integrated Audit | 9/25/2006 | $ 33.82 | | | | Travel to and from PwC office/Grace office |
| | Integrated Audit | 9/26/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 9/27/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 9/28/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| **Phillip Crosby** | Integrated Audit | 9/25/06 | $ 43.62 | | | | travel to and from Wr Grace from Ashburn, VA |
| | Integrated Audit | 9/26/06 | $ 43.62 | | | | travel to and from Wr Grace from Ashburn, VA |
| | Integrated Audit | 9/27/06 | $ 43.62 | | | | travel to and from Wr Grace from Ashburn, VA |
| | Integrated Audit | 9/28/06 | $ 43.62 | | | | travel to and from Wr Grace from Ashburn, VA |
| **Zachary H. Creighton** | Integrated Audit | 9/14/06 | | | $ 41.90 | | Purchased steel-toed boots for safety in completing physicial inventory observation |
| | Integrated Audit | 9/15/06 | $ 16.47 | | | | Mileage reimbursement for personal automobile travel to client site to complete physical inventory observa |
| | Integrated Audit | 9/16/06 | $ 16.47 | | | | Mileage reimbursement for personal automobile travel from client site upon completion of the physical inventory observation. |
| **Maria J. Afuang** | Integrated Audit | 9/5/06 | $ 8.90 | | | | Mileage in exces of normal commute {(52-32)*.445} |
| | Integrated Audit | 9/7/06 | $ 8.90 | | | | Mileage in exces of normal commute {(52-32)*.445} |
| | Integrated Audit | 9/8/06 | $ 8.90 | | | | Mileage in exces of normal commute {(52-32)*.445} |
| | Integrated Audit | 9/11/06 | $ 8.90 | | | | Mileage in exces of normal commute {(52-32)*.445} |
| | Integrated Audit | 9/12/06 | $ 8.90 | | | | Mileage in exces of normal commute {(52-32)*.445} |
| | Integrated Audit | 9/13/06 | $ 8.90 | | | | Mileage in exces of normal commute {(52-32)*.445} |
| | Integrated Audit | 9/14/06 | $ 8.90 | | | | Mileage in exces of normal commute {(52-32)*.445} |
| | Integrated Audit | 9/15/06 | $ 18.25 | | | | Mileage in exces of normal commute {(73-32)*.445} |
| | Integrated Audit | 9/16/06 | $ 8.90 | | | | Mileage in exces of normal commute {(52-32)*.445} |
| | Integrated Audit | 9/17/06 | $ 8.90 | | | | Mileage in exces of normal commute {(52-32)*.445} |
| | Integrated Audit | 9/18/06 | $ 8.90 | | | | Mileage in exces of normal commute {(52-32)*.445} |
| | Integrated Audit | 9/19/06 | $ 8.90 | | | | Mileage in exces of normal commute {(52-32)*.445} |
| | Integrated Audit | 9/20/06 | $ 8.90 | | | | Mileage in exces of normal commute {(52-32)*.445} |
| **Michael McDonnell** | Integrated Audit | 9/11/2006 | $ 7.80 | | | | 13 milles net of normal commute + $1 toll two and from grace |
| | Integrated Audit | 9/12/2006 | $ 7.80 | | | | 13 milles net of normal commute + $1 toll two and from grace |
| | Integrated Audit | 9/13/2006 | $ 7.80 | | | | 13 milles net of normal commute + $1 toll two and from grace |
| | Integrated Audit | 9/14/2006 | $ 7.80 | | | | 13 milles net of normal commute + $1 toll two and from grace |
| | Integrated Audit | 9/15/2006 | $ 7.80 | | | | 13 milles net of normal commute + $1 toll two and from grace |
| **Erica Margolius** | Integrated Audit | 9/5/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 9/6/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 9/7/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 9/8/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 9/11/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 9/12/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 9/13/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 9/14/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 9/15/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 9/18/2006 | $ 27.15 | | | | Mileage in excess of normal commute (90.2-29.2 miles * $.445/mile) for Curtis Bay site visit |
| | Integrated Audit | 9/19/2006 | $ 27.15 | | | | Mileage in excess of normal commute (90.2-29.2 miles * $.445/mile) for Curtis Bay site visit |
| | Integrated Audit | 9/20/2006 | $ 27.15 | | | | Mileage in excess of normal commute (90.2-29.2 miles * $.445/mile) for Curtis Bay site visit |
| | Integrated Audit | 9/21/2006 | $ 27.15 | | | | Mileage in excess of normal commute (90.2-29.2 miles * $.445/mile) for Curtis Bay site visit |
| | Integrated Audit | 9/22/2006 | $ 27.15 | | | | Mileage in excess of normal commute (90.2-29.2 miles * $.445/mile) for Curtis Bay site visit |
| | Integrated Audit | 9/24/2006 | | | | $ 23.00 | Dinner in Chicago, IL for GPC inventory observation. |
| | Integrated Audit | 9/25/2006 | $ 337.10 | | | | Roundtrip Airfare from BWI Airport in Baltimore, MD to Midway Airport in Chicago, IL for GPC inventory observation. |
| | Integrated Audit | 9/25/2006 | | | | $ 19.00 | Lunch in Chicago, IL for GPC inventory observation. |
| | Integrated Audit | 9/25/2006 | | | | $ 30.00 | Dinner in Chicago, IL for GPC inventory observation. |
| | Integrated Audit | 9/26/2006 | $ 185.14 | | | | Rental car in Chicago, IL for GPC inventory observation from 9/24-9/26. |
| | Integrated Audit | 9/26/2006 | $ 60.00 | | | | Parking at hotel in Chicago, IL for GPC inventory observation. |
| | Integrated Audit | 9/26/2006 | | $ 376.98 | | | Stay at hotel in Chicago, IL for GPC inventory observation (Sunday, September 24 - Tuesday September 26) |
| | Integrated Audit | 9/26/2006 | $ 34.00 | | | | Parking at BWI airport for GPC inventory observation (3 days). Sunday through Tuesday, September 26. |
| **Marvin de Guzman** | Integrated Audit | 9/14/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.445 |
| | Integrated Audit | 9/20/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.445 |
| | Integrated Audit | 9/21/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.445 |
| | Integrated Audit | 9/26/06 | $ 32.93 | | | | Milleage in excess of normal commute (80 miles- 6 miles*.445 |
| | Integrated Audit | 9/28/06 | | | | $ 88.00 | Team Lunch with Jo Afuang, Chris Park, Erica Margolius (9-14-06 |
| | Integrated Audit | 9/28/06 | | | | $ 16.96 | Lunch with Josef Van Wyk (9-01-06) |
| | Integrated Audit | 9/28/06 | | $ 356.11 | | | Hotel in Memphis trip - Hilton (9-01-06 |
| | Integrated Audit | 9/28/06 | | | | $ 32.00 | Dinner for Memphis trip (8-31-06) |
| | Integrated Audit | 9/28/06 | | | | $ 79.00 | Dinner for Memphis trip with Tom Kalinosky and Jon Sax (8-30-06 |
| | Integrated Audit | 9/28/06 | | | $ 6.87 | | Internet charges for trip in Memphis (8-31-06 |
| | Integrated Audit | 9/28/06 | | $ 145.73 | | | Hotel for Boca trip - Marriot (8-09-06 |
| | Integrated Audit | 9/26/2006 | $ 34.00 | | | | Parking at BWI airport for GPC inventory observation (3 days). Sunday through Tuesday, September 26. |
| **Summary** | | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | | $ 2,792.62 | $ 1,577.07 | $ 878.82 | $ 48.77 | $ 287.96 | |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
**For the Month Ended September 30, 2006**

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| **Nicole Heisler** | 9/21/2006 | Audit Associate | $ 33.82 | Travel to and from PwC office/Grace office |
| | 9/25/2006 | Audit Associate | $ 33.82 | Travel to and from PwC office/Grace office |
| | 9/26/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 9/27/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 9/28/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | | | **$ 163.76** | |
| **Phillip Crosby** | 9/25/06 | Audit Associate | $ 43.62 | travel to and from Wr Grace from Ashburn, VA |
| | 9/26/06 | Audit Associate | $ 43.62 | travel to and from Wr Grace from Ashburn, VA |
| | 9/27/06 | Audit Associate | $ 43.62 | travel to and from Wr Grace from Ashburn, VA |
| | 9/28/06 | Audit Associate | $ 43.62 | travel to and from Wr Grace from Ashburn, VA |
| | | | **$ 174.48** | |
| **Zachary H. Creighton** | 9/14/06 | Audit Intern | $ 41.90 | Purchased steel-toed boots for safety in completing physicial inventory observation. |
| | 9/15/06 | Audit Intern | $ 16.47 | Mileage reimbursement for personal automobile travel to client site to complete physical inventory observation. |
| | 9/16/06 | Audit Intern | $ 16.47 | Mileage reimbursement for personal automobile travel from client site upon completion of the physical inventory observation. |
| | | | **$ 74.84** | |
| **Maria J. Afuang** | 9/5/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 9/7/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 9/8/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 9/11/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 9/12/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 9/13/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 9/14/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 9/15/06 | Audit Senior | $ 18.25 | Mileage in exces of normal commute {(73-32)*.445} |
| | 9/16/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 9/17/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 9/18/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 9/19/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | 9/20/06 | Audit Senior | $ 8.90 | Mileage in exces of normal commute {(52-32)*.445} |
| | | | **$ 125.05** | |
| **Michael McDonnell** | 9/11/2006 | Audit Senior | $ 7.80 | 13 milles net of normal commute + $1 toll two and from grace |
| | 9/12/2006 | Audit Senior | $ 7.80 | 13 milles net of normal commute + $1 toll two and from grace |
| | 9/13/2006 | Audit Senior | $ 7.80 | 13 milles net of normal commute + $1 toll two and from grace |
| | 9/14/2006 | Audit Senior | $ 7.80 | 13 milles net of normal commute + $1 toll two and from grace |
| | 9/15/2006 | Audit Senior | $ 7.80 | 13 milles net of normal commute + $1 toll two and from grace |
| | | | **$ 39.00** | |
| **Erica Margolius** | 9/5/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 9/6/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 9/7/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 9/8/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 9/11/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 9/12/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 9/13/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 9/14/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 9/15/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 9/18/2006 | Audit Associate | $ 27.15 | Mileage in excess of normal commute (90.2-29.2 miles * $.445/mile) for Curtis Bay site visit |
| | 9/19/2006 | Audit Associate | $ 27.15 | Mileage in excess of normal commute (90.2-29.2 miles * $.445/mile) for Curtis Bay site visit |
| | 9/20/2006 | Audit Associate | $ 27.15 | Mileage in excess of normal commute (90.2-29.2 miles * $.445/mile) for Curtis Bay site visit |
| | 9/21/2006 | Audit Associate | $ 27.15 | Mileage in excess of normal commute (90.2-29.2 miles * $.445/mile) for Curtis Bay site visit |
| | 9/22/2006 | Audit Associate | $ 27.15 | Mileage in excess of normal commute (90.2-29.2 miles * $.445/mile) for Curtis Bay site visit |
| | 9/24/2006 | Audit Associate | $ 23.00 | Dinner in Chicago, IL for GPC inventory observation. |
| | 9/25/2006 | Audit Associate | $ 337.10 | Roundtrip Airfare from BWI Airport in Baltimore, MD to Midway Airport in Chicago, IL for GPC inventory observation. |
| | 9/25/2006 | Audit Associate | $ 19.00 | Lunch in Chicago, IL for GPC inventory observation. |
| | 9/25/2006 | Audit Associate | $ 30.00 | Dinner in Chicago, IL for GPC inventory observation. |
| | 9/26/2006 | Audit Associate | $ 185.14 | Rental car in Chicago, IL for GPC inventory observation from 9/24-9/26. |
| | 9/26/2006 | Audit Associate | $ 60.00 | Parking at hotel in Chicago, IL for GPC inventory observation. |
| | 9/26/2006 | Audit Associate | $ 376.98 | Stay at hotel in Chicago, IL for GPC inventory observation (Sunday, September 24 - Tuesday September 26) |
| | 9/26/2006 | Audit Associate | $ 34.00 | Parking at BWI airport for GPC inventory observation (3 days). Sunday through Tuesday, September 26. |
| | | | **$ 1,325.10** | |
| **Marvin de Guzman** | 9/14/06 | Audit Manager | $ 32.93 | |
| | 9/20/06 | Audit Manager | $ 32.93 | |
| | 9/21/06 | Audit Manager | $ 32.93 | |
| | 9/26/06 | Audit Manager | $ 32.93 | |
| | 9/28/06 | Audit Manager | $ 88.00 | |
| | 9/28/06 | Audit Manager | $ 16.96 | |
| | 9/28/06 | Audit Manager | $ 356.11 | |
| | 9/28/06 | Audit Manager | $ 32.00 | |
| | 9/28/06 | Audit Manager | $ 79.00 | |
| | 9/28/06 | Audit Manager | $ 6.87 | |
| | 9/28/06 | Audit Manager | $ 145.73 | |
| | 9/26/2006 | Audit Manager | $ 34.00 | |
| | | | **$ 890.39** | |
| | | **Grand Total** | **$ 2,792.62** | |