**EXHIBIT 1**

# BMC Group
WR GRACE
Monthly Invoice

## June 2006 -- Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/1/2006 | 0.5 | $105.00 | Review property damage claims spreadshee (.3); follow up with M Rosenberg (.2) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/6/2006 | 2.0 | $420.00 | Review property damage claims discrepancies and K&E notes and status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/9/2006 | 2.0 | $420.00 | Review K&E comments re status of property damage claim review and comparison |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/9/2006 | 0.5 | $105.00 | E-mail to M Rosenberg re property damage status comparison |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/13/2006 | 1.0 | $210.00 | Investigation re property damage response filed per K&E request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/13/2006 | 0.1 | $21.00 | E-mail to M Rosenberg re property damage response investigation |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/14/2006 | 0.1 | $21.00 | Discussion with M Rosenberg re property damage claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/15/2006 | 1.0 | $210.00 | Review property damage claims status per K&E insturctions |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/15/2006 | 0.2 | $42.00 | Discussion with M Rosenberg re property damage claims status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/15/2006 | 0.1 | $21.00 | Communication with Rust Consulting re status of Speights & Runyan claims amendments |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/15/2006 | 0.1 | $21.00 | Discussion with M Rosenberg re Speights & Runyan amendments |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/16/2006 | 2.5 | $525.00 | Update property damage claims per discussion with M Rosenberg |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/20/2006 | 0.2 | $42.00 | Discussion with M Rosenberg re Speights & Runyan amendments |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/20/2006 | 0.1 | $21.00 | Follow up with Rust Consulting re Speights & Runyan amendments |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/21/2006 | 0.5 | $105.00 | Investigation re Locke claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/21/2006 | 0.2 | $42.00 | Discussions with H Bull re Locke claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/23/2006 | 0.5 | $105.00 | Update Wauconda claims per Order |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/26/2006 | 1.5 | $315.00 | Prepare environmental reports (.5); review for accuracy (1.0) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/30/2006 | 1.0 | $210.00 | Review property damage scheduling order and related claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/30/2006 | 0.7 | $147.00 | Review active/inactive/reclassified property damage claims for preparation of update |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/30/2006 | 0.3 | $63.00 | Discussions with M Grimmett re property damage updates |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/30/2006 | 0.1 | $21.00 | E-mail to M Rosenberg re property damage claims update |
| | | | Asbestos Claims Total: | 15.2 | $3,192.00 | |

## June 2006 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| CORAZON DEL PILAR - CAS | | $45.00 | 6/1/2006 | 0.1 | $4.50 | Process 4 pieces returned mail - no COA |
| LILIANA ANZALDO - CAS | | $45.00 | 6/1/2006 | 0.1 | $4.50 | Identify COA returned mail for further processing |

# BMC Group
WR GRACE
Monthly Invoice

## June 2006 -- Case Administration

| Name Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 6/1/2006 | 0.2 | $19.00 | Review Court docket report for any updates to the 2002 List or updates to claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/1/2006 | 2.5 | $525.00 | Prepare spreadsheet of active claims to add category, and subcategory (1.3); review for accuracy (1.2) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/1/2006 | 1.0 | $210.00 | Revise claims summaries |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/1/2006 | 0.1 | $21.00 | E-mail to H Bull re revised claims summaries |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/1/2006 | 0.5 | $105.00 | Investigation re claims status per WR Grace request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/1/2006 | 0.1 | $21.00 | E-mail to L Gardner re claims status information |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/1/2006 | 0.5 | $105.00 | Prepare documents for binders for 6/8/06 meeting |
| LILIANA ANZALDO - CAS | $45.00 | 6/2/2006 | 2.0 | $90.00 | Organize trade claims in preparation for reconciliation meeting |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 6/2/2006 | 0.3 | $28.50 | Post Omni 16 Objection to BMC website per request from S Herrschaft (.2); consolidate PDF files prior to posting (.1) |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 6/2/2006 | 0.2 | $19.00 | Review Court docket report for any updates to claims or the 2002 List |
| SUSAN BURNETT - CONSULTANT | $150.00 | 6/2/2006 | 1.0 | $150.00 | Review Court docket for recent motions, orders and notices of hearings |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/2/2006 | 1.0 | $210.00 | Court docket review |
| BLANCA JINDRICH - CASE_INFO | $45.00 | 6/5/2006 | 0.1 | $4.50 | Telephone with Ardell Williams at (908) 282-9198 re her husband's claim with WR Grace (husband is deceased) and status of the claim |
| BRIANNA TATE - CAS | $45.00 | 6/5/2006 | 0.1 | $4.50 | Telephone with Ardell Williams at (908) 282-9198 re questions about the questionnaire she received and what was wrong with the way she filled it out, will fax document |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 6/5/2006 | 0.2 | $19.00 | Review Court docket report for any updates to claim or the 2002 List |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 6/5/2006 | 1.2 | $114.00 | Assist with preparing all binder side tabs and title sheets for the 4 sets of WR Grace binders re "Remaining Non-Asbestos Claims as of 6/1/06" |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 6/5/2006 | 1.0 | $95.00 | Assist with production of first binder containing side tabs and title sheets for the first set of WR Grace binders re "Remaining Non-Asbestos Claims as of 6/1/06" |
| LUCINA SOLIS - CAS | $45.00 | 6/5/2006 | 0.1 | $4.50 | Identify COA returned mail for further processing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/5/2006 | 0.2 | $42.00 | Discussion with H Bull re preparations for 6/8/06 meeting |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/5/2006 | 3.0 | $630.00 | Review table of contents (1.2); organize reports for binder preparation (1.8) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/5/2006 | 1.0 | $210.00 | Review sample binder for completeness and accuracy |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/5/2006 | 1.0 | $210.00 | Review returned mail |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/5/2006 | 1.0 | $210.00 | Review BERT reports |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/5/2006 | 0.3 | $63.00 | Discussion with L Ruppaner re binder preparation |
| BLANCA JINDRICH - CASE_INFO | $45.00 | 6/6/2006 | 0.1 | $4.50 | Telephone with Merrrian Rattliffe at (310) 835-4629 re questions re bankruptcy |
| BLANCA JINDRICH - CASE_INFO | $45.00 | 6/6/2006 | 0.1 | $4.50 | Telephone with Ardell Williams at (908) 282-9198 re transmitting docs by fax and problems with faxing |

# BMC Group
WR GRACE
Monthly Invoice

## June 2006 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| BRIANNA TATE - CAS | | $45.00 | 6/6/2006 | 0.1 | $4.50 | Telephone with Merriam Ratcliffe at (310) 835-4629 and (310) 384-7161 re returned call |
| BRIANNA TATE - CAS | | $45.00 | 6/6/2006 | 0.1 | $4.50 | Telephone with Ardell Williams at (908) 282-9198 re confirmation of fax number |
| BRIANNA TATE - CAS | | $45.00 | 6/6/2006 | 0.1 | $4.50 | Telephone with Ardell Williams at (908) 282-9198 re returned call |
| LILIANA ANZALDO - CAS | | $45.00 | 6/6/2006 | 3.0 | $135.00 | Assemble documents with tabs, assemble binders per L Ruppaner request |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/6/2006 | 2.7 | $256.50 | Assist with the production and assembly of binders, including side tabs and title sheets for the 5 sets of WR Grace binders re "Remaining Non-Asbestos Claims as of 6/1/06" (1.0); check all binders to verify tabs and title pages are correct (1.0); prepare binders for shipment via Fed Ex per request from S Herrschaft (.7) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/6/2006 | 0.3 | $28.50 | Review Court docket report for any updates to claims or the 2002 List |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/6/2006 | 0.2 | $19.00 | Read (.1) and respond (.1) as needed to all new case correspondence re binders and upcoming deadlines |
| LUCINA SOLIS - CAS | | $45.00 | 6/6/2006 | 0.5 | $22.50 | Prepare tabs for binders per L Ruppaner equest |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/6/2006 | 0.2 | $42.00 | Discussion with L Ruppaner re binder prep and shipping documents for claims review meeting |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/6/2006 | 1.0 | $210.00 | Preparations for claims review meeting |
| TRINA CARTER - CASE_SUPPORT | | $45.00 | 6/6/2006 | 1.5 | $67.50 | Assist with assembly of binders containing side tabs and title sheets corresponding to 4 sets of WR Grace Binders entitled "Remaining Non-Asbestos Claims as of 6/1/06" - check all binders to verify tabs are correct and prepare binders for shipment via Fed Ex per S Herrschaft request |
| LUCINA SOLIS - CAS | | $45.00 | 6/7/2006 | 0.1 | $4.50 | Identify COA returned mail for further processing |
| MARQUIS MARSHALL - CAS | | $45.00 | 6/7/2006 | 0.1 | $4.50 | Archive processed WR Grace returned mail pieces |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/7/2006 | 2.0 | $420.00 | Review claims review meeting binders for accuracy |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/7/2006 | 3.5 | $735.00 | Final preparations for claims review meeting |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/7/2006 | 0.5 | $105.00 | Discussion with A Sherr re reporting needs for claims review meeting |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/7/2006 | 0.1 | $21.00 | E-mail to P Cuniff re 2002 List |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/7/2006 | 0.1 | $21.00 | E-mail to L Devault re 2002 List request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/7/2006 | 1.0 | $210.00 | Review May time entries |
| BRIANNA TATE - CAS | | $45.00 | 6/8/2006 | 0.1 | $4.50 | Telephone with Tia Gulifer of Sierra Capital at (888) 622-1144 x 28 re returned call |
| DUSTEE DECKER - REC_TEAM | | $75.00 | 6/8/2006 | 0.1 | $7.50 | Telephone with Tia Gulifer of Sahara Capital at (888) 622-1144 re information on a claim for TSI Solutions |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/8/2006 | 0.3 | $28.50 | Review Court docket report for any updates to claims or the 2002 List |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/8/2006 | 1.0 | $210.00 | Claims review meeting - set up |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/8/2006 | 8.0 | $1,680.00 | Claims review meeting with J Baer, H Bull, L Sinanyan, R Finke |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/8/2006 | 1.5 | $315.00 | Case management and organization |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/9/2006 | 0.3 | $28.50 | Review Court docket report for any updates to claims or the 2002 List |

# BMC Group
WR GRACE
Monthly Invoice

## June 2006 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| SUSAN BURNETT - CONSULTANT | | $150.00 | 6/9/2006 | 1.5 | $225.00 | Review Court docket for recent motions, orders and notices of hearings |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/9/2006 | 0.1 | $21.00 | Call to S Kjontvedt re K&E data inquiry |
| BRIANNA TATE - CAS | | $45.00 | 6/12/2006 | 0.1 | $4.50 | Telephone with Ardell Williams at (908) 282-9198 re returned call |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/12/2006 | 0.3 | $28.50 | Review Court docket report for any updates to claims or the 2002 List |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 6/12/2006 | 1.0 | $150.00 | Review Court docket for recent motions, orders and notices of hearings |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/12/2006 | 2.5 | $525.00 | Log stipulations and orders for K&E follow up |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/12/2006 | 1.5 | $315.00 | Case management and organization |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/13/2006 | 0.2 | $19.00 | Review Court docket report for any updates to claims or the 2002 List |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/13/2006 | 0.2 | $19.00 | Read (.1) and respond (.1) to all new case correspondence as needed |
| LUCINA SOLIS - CAS | | $45.00 | 6/13/2006 | 0.1 | $4.50 | Identify COA returned mail for further processing |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 6/13/2006 | 0.5 | $75.00 | Review Court docket for recent motions, orders and notices of hearings |
| PATRICK CLELAND - VDR | | $65.00 | 6/14/2006 | 0.2 | $13.00 | Prepare CD of claims per S Herrschaft request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/14/2006 | 0.2 | $42.00 | Discussion with A Wick re data file review |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/14/2006 | 0.1 | $21.00 | Discussion with P Cleland re CD production |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/14/2006 | 0.2 | $42.00 | Review CD for accuracy |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/14/2006 | 0.2 | $42.00 | Prepare CD for shipping |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/14/2006 | 1.0 | $210.00 | Review returned mail |
| ANGELIC KRUSE - CASE_INFO | | $45.00 | 6/15/2006 | 0.1 | $4.50 | Telephone with Debra Perze at (773) 254-3929 re status on her proof of claim form in WR Grace |
| BRIANNA TATE - CAS | | $45.00 | 6/15/2006 | 0.1 | $4.50 | Telephone with Debra Perze at (773) 254-3929 re returned call |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/15/2006 | 0.3 | $28.50 | Review Court docket report for any updates to claims or the 2002 List |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 6/16/2006 | 1.5 | $225.00 | Review Court docket for recent motions, orders and notices of hearings |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/16/2006 | 1.0 | $210.00 | Court docket review |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/16/2006 | 0.1 | $21.00 | Discussion with L Sinanyan re claims images and indemnification claims |
| BLANCA JINDRICH - CASE_INFO | | $45.00 | 6/19/2006 | 0.1 | $4.50 | Telephone with Moushumi Mehta of Bevan and Associates at (330) 467-8571 re deadline for the questionnaires to be submitted |
| BRIANNA TATE - CAS | | $45.00 | 6/19/2006 | 0.1 | $4.50 | Telephone with Moushumi Mehta of Bevan and Associates at (330) 467-8571 re the deadline to send in the questionnaire |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/19/2006 | 0.3 | $28.50 | Read (.1) and respond (.2) to all new case correspondence including electronic notices sent from the Court via electronic mail |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/19/2006 | 0.2 | $19.00 | Submit request to have various claims appended with change of address notifications and any order impacting the status of such claims (.1); prepare new cover sheet for each request (.1) |

# BMC Group
WR GRACE
Monthly Invoice

## June 2006 -- Case Administration

| Name                              | Type | Hourly Rate | Date      | Hours | Total Amount | Description |
|-----------------------------------|------|-------------|-----------|-------|--------------|-------------|
| LISA RUPPANER - CASE_SUPPORT      |      | $95.00      | 6/19/2006 | 0.2   | $19.00       | Review Court docket report for any updates to claims or the 2002 List |
| SUSAN HERRSCHAFT - SR_CONSULTANT  |      | $210.00     | 6/19/2006 | 1.0   | $210.00      | Prepare report of active claims per H Bull request (.5); review for accuracy (.5) |
| SUSAN HERRSCHAFT - SR_CONSULTANT  |      | $210.00     | 6/19/2006 | 0.5   | $105.00      | Prepare report of indemnification flagged claims (.2); review for accuracy (.3) |
| SUSAN HERRSCHAFT - SR_CONSULTANT  |      | $210.00     | 6/19/2006 | 1.0   | $210.00      | Compare indemnification flagged claims to those identified at 6/8/06 meeting for possible additions |
| SUSAN HERRSCHAFT - SR_CONSULTANT  |      | $210.00     | 6/19/2006 | 0.1   | $21.00       | E-mail to H Bull re indemnification report |
| SUSAN HERRSCHAFT - SR_CONSULTANT  |      | $210.00     | 6/19/2006 | 0.1   | $21.00       | Follow up with Rust Consulting re claims request from K&E |
| SUSAN HERRSCHAFT - SR_CONSULTANT  |      | $210.00     | 6/19/2006 | 1.0   | $210.00      | Case management and organization |
| SUSAN HERRSCHAFT - SR_CONSULTANT  |      | $210.00     | 6/19/2006 | 0.5   | $105.00      | Review BERT reports |
| BELINDA RIVERA - CAS              |      | $45.00      | 6/20/2006 | 0.3   | $13.50       | Populate MF 20034 with Dkt No 12680 affected parties |
| BRIANNA TATE - CAS                |      | $45.00      | 6/20/2006 | 0.1   | $4.50        | Telephone with Meriam Ratcliffe at (310) 835-4629 re status of her claim |
| LISA RUPPANER - CASE_SUPPORT      |      | $95.00      | 6/20/2006 | 0.2   | $19.00       | Review Court docket report for any updates to claims or the 2002 List and report all findings to the S Herrschaft |
| LISA RUPPANER - CASE_SUPPORT      |      | $95.00      | 6/20/2006 | 0.2   | $19.00       | Review Court docket report for any updates to claims or the 2002 List (.1); send corresponding report to S Herrschaft (.1) |
| ORTAVIA LEE - CAS                 |      | $45.00      | 6/20/2006 | 0.5   | $22.50       | Prepared Dkt No 12680 - 22nd Continued Order re Omni 5 Objections for service |
| ORTAVIA LEE - CAS                 |      | $45.00      | 6/20/2006 | 0.1   | $4.50        | Prepare and reply to emails re Dkt No 12680 |
| SUSAN BURNETT - CONSULTANT        |      | $150.00     | 6/20/2006 | 1.5   | $225.00      | Review Court docket for recent motions, orders and notices of hearings |
| SUSAN HERRSCHAFT - SR_CONSULTANT  |      | $210.00     | 6/20/2006 | 0.2   | $42.00       | Review production sheet, mail files to approve for production |
| SUSAN HERRSCHAFT - SR_CONSULTANT  |      | $210.00     | 6/20/2006 | 3.0   | $630.00      | Prepare updated claims summary by type and category (1.0); review for accuracy (2.0) |
| TEMEKA CURTIS - CAS               |      | $65.00      | 6/20/2006 | 0.2   | $13.00       | Image and attache 2 Certification of Counsel to claims |
| BELINDA RIVERA - CAS              |      | $45.00      | 6/21/2006 | 0.3   | $13.50       | Prepare DHL/Airborne Package to P Cuniff with Cover Letter and Original POS Package for Dkt No 12680 - 22nd Continued Order re Omni 5 Objections (.2); e-mail scanned copy of POS to P Cuniff, S Herrschaft and Y Knopp (.1) |
| JAMES MYERS - CAS                 |      | $65.00      | 6/21/2006 | 0.1   | $6.50        | Dkt 12680- Proofread Declaration of Service |
| JAMES MYERS - CAS                 |      | $65.00      | 6/21/2006 | 0.1   | $6.50        | Dkt 12680- Notarize Declaration of Service |
| JAMES MYERS - CAS                 |      | $65.00      | 6/21/2006 | 0.1   | $6.50        | Dkt 12680- electronically document notarized Declaration of Service |
| ORTAVIA LEE - CAS                 |      | $45.00      | 6/21/2006 | 0.7   | $31.50       | Drafted Delcaration of Service for Dkt No 12680 - 22nd Continued Order re Omni 5 Objections |
| SUSAN HERRSCHAFT - SR_CONSULTANT  |      | $210.00     | 6/21/2006 | 0.8   | $168.00      | Update claims with new type per K&E instructions |
| SUSAN HERRSCHAFT - SR_CONSULTANT  |      | $210.00     | 6/21/2006 | 1.0   | $210.00      | Review claims summary by type |
| SUSAN HERRSCHAFT - SR_CONSULTANT  |      | $210.00     | 6/21/2006 | 0.2   | $42.00       | Discussion with M Grimmett re subtype revisions |
| LISA RUPPANER - CASE_SUPPORT      |      | $95.00      | 6/22/2006 | 0.2   | $19.00       | Review Court docket report to ensure the 2002 List and all claim updates are current |

## BMC Group
WR GRACE
Monthly Invoice

### June 2006 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/22/2006 | 1.3 | $123.50 | Prepare Litigation Summary Reports for appending to corresponding litigation claims (.4); save all PDF files to centralized location for future claim reporting purposes (.3); prepare claim cover sheet for each new request (.2); submit all requests to claims imaging department for claims appending (.1); create corresponding reconciliation notes in the claims database to reflect image updates (.3) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/22/2006 | 0.2 | $19.00 | Meet with S Herrschaft to discuss litigation claims appending project and other case related deadlines |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/22/2006 | 0.2 | $42.00 | Discussion with L Ruppaner re litigation summaries and binder preparation |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/22/2006 | 0.5 | $105.00 | Review indemnification list to identify type changes per K&E request |
| CORAZON DEL PILAR - CAS | | $45.00 | 6/23/2006 | 0.1 | $4.50 | Process 4 pieces returned mail - no COA |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/23/2006 | 0.3 | $28.50 | Prepare Litigation Summary Reports for appending to corresponding litigation claims |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/23/2006 | 0.2 | $19.00 | Review Court docket report for any updates to claims, claims transfer notices, change of address notifications, or updates to the 2002 List |
| MARQUIS MARSHALL - CAS | | $45.00 | 6/23/2006 | 0.1 | $4.50 | Archive processed 3 WR Grace returned mail pieces |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/23/2006 | 2.5 | $525.00 | Complete revisions of claims summary by type and category (1.2); review for accuracy (1.3) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/23/2006 | 1.0 | $210.00 | Court docket review |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/23/2006 | 0.5 | $105.00 | Prepare master claims summary (.2); review for accuracy (.3) |
| TEMEKA CURTIS - CAS | | $65.00 | 6/23/2006 | 0.7 | $45.50 | Image and attache 20 Ligitation Summary documents to claims |
| JAMES MYERS - CAS | | $65.00 | 6/26/2006 | 0.1 | $6.50 | PI Letter to Counsel re Mediation- review and respond to e-mail from S Kjontvedt transmitting doc for service |
| JAMES MYERS - CAS | | $65.00 | 6/26/2006 | 0.1 | $6.50 | PI Letter to Counsel re Mediation- prepare e-mail to A Wick requesting population of AP MF |
| JAMES MYERS - CAS | | $65.00 | 6/26/2006 | 0.1 | $6.50 | PI Letter to Counsel re Mediation- review and respond to e-mail from S Kjontvedt requesting previously provided service doc will be changing |
| JAMES MYERS - CAS | | $65.00 | 6/26/2006 | 0.1 | $6.50 | PI Letter to Counsel re Mediation- set up noticing system/production folder/instructions |
| JAMES MYERS - CAS | | $65.00 | 6/26/2006 | 0.1 | $6.50 | PI Letter to Counsel re Mediation- prepare electronic version of doc as served and transmit copy to Call Center |
| JAMES MYERS - CAS | | $65.00 | 6/26/2006 | 0.1 | $6.50 | PI Letter to Counsel re Mediation- review production copy of document |
| JAMES MYERS - CAS | | $65.00 | 6/26/2006 | 0.1 | $6.50 | PI Letter to Counsel re Mediation- review e-mail from A Wick confirming population of AP MF |
| JAMES MYERS - CAS | | $65.00 | 6/26/2006 | 0.1 | $6.50 | PI Letter to Counsel re Mediation- prepare e-mail to S Kjontvedt approving service doc |
| JAMES MYERS - CAS | | $65.00 | 6/26/2006 | 0.1 | $6.50 | PI Letter to Counsel re Mediation- review e-mail from S Kjontvedt approving service doc |
| JAMES MYERS - CAS | | $65.00 | 6/26/2006 | 0.1 | $6.50 | PI Letter to Counsel re Mediation- review and respond to e-mail from S Kjontvedt transmitting revised service doc |

# BMC Group
WR GRACE
Monthly Invoice

## June 2006 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JAMES MYERS - CAS | | $65.00 | 6/26/2006 | 0.3 | $19.50 | PI Letter to Counsel Re Mediation- prepare draft of Declaration of Service |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/26/2006 | 0.2 | $19.00 | Review Court docket report for any updates to claims or the 2002 List |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/26/2006 | 0.4 | $84.00 | Investigation re claims status per K&E request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/26/2006 | 0.1 | $21.00 | E-mail to H Bull re claims status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/26/2006 | 0.3 | $63.00 | Discussion with A Wick re Omni 9 notice address |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/26/2006 | 1.0 | $210.00 | Print reports and organize for binder preparation |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/26/2006 | 0.6 | $126.00 | Revise table of contents for binder |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/26/2006 | 0.5 | $105.00 | Update claims summary by type and category |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/27/2006 | 0.2 | $19.00 | Read and respond to all new case correspondence as needed |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/27/2006 | 1.0 | $210.00 | Case management and organization |
| JAMES MYERS - CAS | | $65.00 | 6/28/2006 | 0.1 | $6.50 | PI Lletter to Counsel re Mediation- electronically document notarized Declaration of Service |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/28/2006 | 0.3 | $28.50 | Review Court docket report for any updates to claims or the 2002 List |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/28/2006 | 0.2 | $19.00 | Review Court docket report for any updates to claims or the 2002 List |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/28/2006 | 0.3 | $28.50 | Provide updates to the 2002 List and the Master Mailing List per most recent notice listed on the Court docket and another related correspondence |
| MARQUIS MARSHALL - CAS | | $45.00 | 6/28/2006 | 0.1 | $4.50 | Archive processed 3 WR Grace returned mail pieces |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/28/2006 | 2.0 | $420.00 | Review 6/19/06 hearing transcript |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/28/2006 | 2.0 | $420.00 | Review master claims action chart (1.0); compare to b-Linx claims reports (1.0) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/28/2006 | 2.0 | $420.00 | Case management and organization |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/28/2006 | 0.2 | $42.00 | Discussion with H Bull re claims updates |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/28/2006 | 0.5 | $105.00 | Investigation re claim request per K&E request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/28/2006 | 0.1 | $21.00 | E-mail to J Baer re claims information request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/28/2006 | 0.5 | $105.00 | Discussion with M Grimmett re claims summary update |
| YVETTE KNOPP - CAS | | $90.00 | 6/28/2006 | 0.1 | $9.00 | Review and approval of Declaration of Service re Letter to Counsel re Mediation served on 6/26/2006 |
| YVETTE KNOPP - CAS | | $90.00 | 6/28/2006 | 0.1 | $9.00 | Notarize Declaration of Service re Letter to Counsel re Mediation served on 6/26/2006 |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/29/2006 | 2.0 | $420.00 | Review master claims action chart (.5); compare to b-Linx reports (.6); update claims as needed or note discrepancy (.9) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/29/2006 | 0.5 | $105.00 | Review returned mail |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/29/2006 | 0.5 | $105.00 | Case management and organization |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/30/2006 | 1.0 | $210.00 | Court docket review |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/30/2006 | 0.5 | $105.00 | E-mail to H Bull re action chart items |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/30/2006 | 0.5 | $105.00 | Review action chart items comments |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/30/2006 | 0.5 | $105.00 | Discussions with A Wick re schedule preparation and printing tool |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/30/2006 | 0.5 | $105.00 | Investigation re claim request |

# BMC Group
WR GRACE
Monthly Invoice

## June 2006 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| | | Case Administration Total: | | 103.0 | $17,492.50 | |

## June 2006 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNA WICK - SR_ANALYST | | $110.00 | 6/1/2006 | 0.1 | $11.00 | PI Update returned mail records to b-Linx |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/1/2006 | 0.2 | $22.00 | PI Update additional returned mail record (including change of address) to b-Linx which were not previously matched on ID |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/2/2006 | 0.1 | $11.00 | PI Update returned mail records to b-Linx |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/2/2006 | 0.7 | $77.00 | Review revised transfer split function in b-Linx |
| ARRIE SHERR - SR_ANALYST | | $110.00 | 6/5/2006 | 3.9 | $429.00 | Research WR Grace advanced reporting tool |
| ARRIE SHERR - SR_ANALYST | | $110.00 | 6/5/2006 | 3.5 | $385.00 | Reviewed WR Grace Art Reporting |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/6/2006 | 0.2 | $22.00 | PI Update additional returned mail record to b-Linx which were not previously matched on ID |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/6/2006 | 0.2 | $22.00 | Update claims register report to allow external filter check |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/6/2006 | 0.2 | $22.00 | Update data exception report tool to find records with missing deemed amount |
| ARRIE SHERR - SR_ANALYST | | $110.00 | 6/6/2006 | 2.5 | $275.00 | Review reports for WR Grace with M Grimmett |
| ARRIE SHERR - SR_ANALYST | | $110.00 | 6/6/2006 | 3.6 | $396.00 | Prepare reports for WR Grace meeting |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/7/2006 | 0.1 | $11.00 | PI Update returned mail records to b-Linx |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/8/2006 | 0.5 | $55.00 | Review transfer list claims display in b-Linx, analyze change of data display for users |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/8/2006 | 0.3 | $33.00 | Update claims/creditor data management tool, review change of exception report filter |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/8/2006 | 0.2 | $22.00 | Change total claim count to not include voided claims for claims register |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/8/2006 | 0.2 | $22.00 | Update claims/creditor data management tool, review change of exception report filter |
| JACQUELINE BUSH - SR_ANALYST | | $95.00 | 6/8/2006 | 0.3 | $28.50 | Review and verify creditor records re additional notice party information |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/9/2006 | 0.2 | $22.00 | Review and analyze excel file output for claims register |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/9/2006 | 0.1 | $11.00 | Change deem notes field to memo at request of M Grimmett |
| JOSH BERMAN - TECH | | $200.00 | 6/12/2006 | 0.7 | $140.00 | Data and report review, resource coordination with B Bosack, A Sherr |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/13/2006 | 0.5 | $55.00 | PI Review pty_ID source info from original source file to tblCRD at request from S Herrschaft |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/13/2006 | 0.7 | $77.00 | Create copy of all records from creditor table with PIQ barcode, CRDID, pty_ID, original source file name at request of S Herrschaft |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/14/2006 | 0.7 | $77.00 | Confirm source data and excluded records counts for S Herrschaft for all source files |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/14/2006 | 0.1 | $11.00 | Update returned mail records to b-Linx |
| JACQUELINE BUSH - SR_ANALYST | | $95.00 | 6/16/2006 | 0.9 | $85.50 | Preparation of report verifying proofs of claim/scheduled creditor, amount, objection and image information grouping |

# BMC Group
WR GRACE
Monthly Invoice

## June 2006 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNA WICK | SR_ANALYST | $110.00 | 6/19/2006 | 0.3 | $33.00 | Review additional notice parties records link table, remove duplicates |
| ANNA WICK | SR_ANALYST | $110.00 | 6/19/2006 | 0.2 | $22.00 | Update liability reporting tool |
| ANNA WICK | SR_ANALYST | $110.00 | 6/19/2006 | 0.5 | $55.00 | Review changes to claims reconciliation function in b-Linx |
| ANNA WICK | SR_ANALYST | $110.00 | 6/20/2006 | 0.7 | $77.00 | Review changes to estimated allowed amount edit function at request of S Herrschaft to inprove update speed |
| ANNA WICK | SR_ANALYST | $110.00 | 6/20/2006 | 1.0 | $110.00 | PI Match list of claimants to personal injury questionnaire sent to David Duke/Duke Law Firm |
| ANNA WICK | SR_ANALYST | $110.00 | 6/20/2006 | 0.1 | $11.00 | Read and handle correspondence for todays notice requests |
| ANNA WICK | SR_ANALYST | $110.00 | 6/20/2006 | 1.0 | $110.00 | SQL database maintanance, review logs, update tables fields, views and user defined functions for b-Linx |
| ANNA WICK | SR_ANALYST | $110.00 | 6/20/2006 | 1.0 | $110.00 | PI SQL database maintanance, review logs, update tables fields, viewes and user defined functions |
| JACQUELINE BUSH | SR_ANALYST | $95.00 | 6/20/2006 | 0.1 | $9.50 | Review and verification of service information for completed mail files |
| JOSH BERMAN | TECH | $200.00 | 6/20/2006 | 0.6 | $120.00 | Report review request with M Grimmett, A Sherr |
| ANNA WICK | SR_ANALYST | $110.00 | 6/21/2006 | 0.7 | $77.00 | PI Query Duke Law Office records to update report including addresses at request of S Herrschaft |
| ANNA WICK | SR_ANALYST | $110.00 | 6/21/2006 | 1.0 | $110.00 | Review claim type and sub type values at request of S Herrschaft (.5); confer with M Grimmett on changes to views and user defined functions, review data (.5) |
| ANNA WICK | SR_ANALYST | $110.00 | 6/21/2006 | 0.1 | $11.00 | Update mailfile data to master service list in SQL database |
| ANNA WICK | SR_ANALYST | $110.00 | 6/22/2006 | 1.7 | $187.00 | PI Manual review of Duke Law claimant list at request of S Herrschaft |
| ANNA WICK | SR_ANALYST | $110.00 | 6/23/2006 | 0.2 | $22.00 | Review WR Grace Client Questioner List_4.xls with S Herrschaft, confirm numbers and misspelled names |
| ANNA WICK | SR_ANALYST | $110.00 | 6/23/2006 | 0.2 | $22.00 | PI Review Duke report results update data at request of S Herrschaft |
| ANNA WICK | SR_ANALYST | $110.00 | 6/26/2006 | 0.1 | $11.00 | Load mailfile 20108 based on 19298 from database for todays mailing |
| ANNA WICK | SR_ANALYST | $110.00 | 6/26/2006 | 1.5 | $165.00 | Review 20108 data add new records since 19298 mailing to 20108 |
| ANNA WICK | SR_ANALYST | $110.00 | 6/26/2006 | 0.1 | $11.00 | PI Read and handle correspondence for todays notice requests |
| ANNA WICK | SR_ANALYST | $110.00 | 6/26/2006 | 0.2 | $22.00 | Research history and change history for claim 9566 at request of S Herrschaft |
| ANNA WICK | SR_ANALYST | $110.00 | 6/26/2006 | 0.1 | $11.00 | PI Update returned mail records to b-Linx |
| ANNA WICK | SR_ANALYST | $110.00 | 6/27/2006 | 0.1 | $11.00 | PI Update returned mail records to b-Linx |
| ANNA WICK | SR_ANALYST | $110.00 | 6/27/2006 | 0.1 | $11.00 | PI Update mailfile data to master service list in SQL database |
| ANNA WICK | SR_ANALYST | $110.00 | 6/27/2006 | 0.1 | $11.00 | PI Update additional returned mail record to b-Linx which were not previously matched on ID |
| MIKE GRIMMETT | SR_CONSULT_DATA | $175.00 | 6/27/2006 | 1.8 | $315.00 | Update WR Grace Claims Summary Report with changes requested by S Herrschaft |

## BMC Group
WR GRACE
Monthly Invoice

### June 2006 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNA WICK - SR_ANALYST | | $110.00 | 6/28/2006 | 1.0 | $110.00 | Review and analyse transferred claims data and reports. |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/29/2006 | 0.2 | $22.00 | Review liability report |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/30/2006 | 0.1 | $11.00 | PI Update returned mail records to b-Linx |
| BRENDA REED - CONSULTANT | | $140.00 | 6/30/2006 | 0.5 | $70.00 | Create report showing inactive deem status amounts and original amounts per request from B Daniels |
| | | Data Analysis Total: | | 36.0 | $4,189.50 | |

### June 2006 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/29/2006 | 3.0 | $630.00 | Review draft Feb 06 fee app and exhibits (1.0); revise Feb 06 fee app pleading (.8); revise Feb 06 fee app invoice exhibit data (.8); prepare new Feb 06 fee app time detail and activity summary (.4) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/30/2006 | 1.0 | $210.00 | February fee application review |
| | | Fee Applications Total: | | 4.0 | $840.00 | |

### June 2006 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/1/2006 | 1.5 | $315.00 | Prepare trade claims for 6/8/06 meeting (1.4); coordinate printing with Y Knopp (.1) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/1/2006 | 3.0 | $630.00 | Prepare and organize settlement documents for 6/8/06 meeting |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/2/2006 | 3.5 | $735.00 | Prepare documents and claims reports for compilation in binders |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/2/2006 | 1.0 | $210.00 | Review trade claims and organize for 6/8/06 meeting |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/2/2006 | 2.5 | $525.00 | Prepare additional claims reports for 6/8/06 claims reconciliation meeting |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/2/2006 | 0.2 | $42.00 | Discussion with L Ruppaner re posting objection documents to website |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/5/2006 | 0.6 | $126.00 | Review tax claim settlement to identify claim |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/5/2006 | 0.2 | $42.00 | Discussion with H Bull re tax claim settlement |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/6/2006 | 1.5 | $315.00 | Review allowed claims for responsible party |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/6/2006 | 0.5 | $105.00 | Review Circle Bar Ranch letter and claim for revised status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/7/2006 | 1.0 | $210.00 | Claims modifications per e-mail review |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/9/2006 | 1.5 | $315.00 | Review claims review meeting notes for claims modifications |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/12/2006 | 0.5 | $105.00 | Revise Omni 5 status chart per J Oneill request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/12/2006 | 0.1 | $21.00 | E-mail to J Oneill re Omni 5 status chart |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/12/2006 | 0.4 | $84.00 | Update Omni 5 claims for exhibit preparation |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/12/2006 | 0.5 | $105.00 | Prepare Omni 5 exhibit (.2); review for accuracy (.3) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/12/2006 | 0.5 | $105.00 | Prepare report of objections referred to Pachulski (.2); review for accuracy (.3) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/12/2006 | 0.1 | $21.00 | E-mail to H Bull re objections referred to Pachulski |

# BMC Group
WR GRACE
Monthly Invoice

## June 2006 -- Non-Asbestos Claims

| Name Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 6/13/2006 | 0.5 | $47.50 | Research most recent claim transfer notices listed on the Court docket (.3); verify that all corresponding claims are updated in the claims database (.2) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/13/2006 | 0.1 | $21.00 | E-mail to H Bull, J Oneill re Omni 5 exhibit |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/13/2006 | 2.5 | $525.00 | Update contracts claims per 6/8/06 meeting and K&E instructions |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/14/2006 | 0.5 | $105.00 | Update claims to refer to Pachulski |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/14/2006 | 0.7 | $147.00 | Prepare report of claims for Pachulski to handle (.3); review for accuracy (.4) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/14/2006 | 0.1 | $21.00 | E-mail to H Bull re Pachulski claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/14/2006 | 2.5 | $525.00 | Update claims per 6/8/06 meeting and K&E instructions |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/15/2006 | 7.0 | $1,470.00 | Update claims information per 6/8/06 meeting and K&E instructions |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/16/2006 | 0.8 | $168.00 | Review notes from 6/8/06 meeting (.3); compare with K&E notes and identify discrepancies (.5) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/16/2006 | 0.2 | $42.00 | Discussion with H Bull re claims status discrepancies |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/16/2006 | 1.0 | $210.00 | Prepare updated claims summary (.4); review for accuracy (.6) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/16/2006 | 2.0 | $420.00 | Update claims per 6/8 meeting and K&E instructions |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/16/2006 | 0.1 | $21.00 | E-mail to M Rosenberg re Omni 14 claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/16/2006 | 1.0 | $210.00 | Review Omni 14 claims to identify database changes |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/19/2006 | 2.0 | $420.00 | Update trade claims per 6/8/06 meeting and K&E instructions |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/20/2006 | 0.5 | $105.00 | Review Omni 14 claims list for update per M Rosenberg |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/20/2006 | 0.2 | $42.00 | Prepare mail request form and documents for service of Omni 5 order |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/20/2006 | 1.5 | $315.00 | Update claim status per 6/8/06 meeting and K&E instruction |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/21/2006 | 3.5 | $735.00 | Review Omni 14 list from K&E (1.0); compare with b-Linx and docket (2.5) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/22/2006 | 0.1 | $21.00 | E-mail to L Sinanyan re non-asbestos claims and indemnification claims status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/22/2006 | 0.6 | $126.00 | Final review of Omni 14 list for accuracy |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/22/2006 | 0.1 | $21.00 | E-mail to M Rosenberg re Omni 14 claims status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/22/2006 | 2.0 | $420.00 | Review litigation summaries (1.6); forward to L Ruppaner for appending to claims (.4) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/22/2006 | 1.5 | $315.00 | Prepare revised reports for money loaned and tax claims (.6); review for accuracy (.9) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/22/2006 | 0.5 | $105.00 | Identify claims matches/issues re litigation summaries |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/23/2006 | 2.0 | $420.00 | Prepare revised trade claim reports (.7); review for accuracy (1.3) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/23/2006 | 1.0 | $210.00 | Update indemnification claims list (.6); review for accuracy (.4) |
| AIRGELOU ROMERO - CAS | $65.00 | 6/26/2006 | 1.8 | $117.00 | Research Orders affecting claims (1.0); update claims from Dkt Nos 12385, 12482, 12492 (.8) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | $210.00 | 6/26/2006 | 0.5 | $105.00 | Investigation re Omni 9 notice per K&E request |

# BMC Group
WR GRACE
Monthly Invoice

## June 2006 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/26/2006 | 0.1 | $21.00 | E-mail to H Bull re Omni 9 notice |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/26/2006 | 1.5 | $315.00 | Prepare contracts reports (.7); review for accuracy (.8) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/26/2006 | 1.5 | $315.00 | Prepare litigation reports (.6); review for accuracy (.9) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/26/2006 | 0.7 | $147.00 | Prepare indemnification reports (.3); review for accuracy (.4) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/27/2006 | 1.1 | $104.50 | Print out all new claim transfer requests (.2); research all claims associated with each request (.2); provide updates in the claims database where needed (.2); create Transfer Notice (.3); prepare Transfer Notice for serve on all affected parties (.2) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/27/2006 | 0.5 | $105.00 | Investigation re trade claims classification |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/27/2006 | 0.1 | $21.00 | E-mail to H Bull re trade claims classification |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/27/2006 | 0.5 | $105.00 | Discussion with L Sinanyan re indemnification claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/27/2006 | 1.5 | $315.00 | Complete claims modifications per K&E request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/27/2006 | 0.1 | $21.00 | Discussion with M John re claims transfers |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/27/2006 | 0.1 | $21.00 | Discussion with L Ruppaner re counsel notification re claims transfers |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/27/2006 | 0.1 | $21.00 | E-mail to H Bull re counsel notification re claims transfers |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/28/2006 | 0.2 | $19.00 | Review status of all pending claims transfer notices and transfer defective notices (.1); provide copy of most recent notice to K&E per S Herrschaft request (.1) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/28/2006 | 1.0 | $210.00 | Complete and review claims summary updates |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/29/2006 | 1.1 | $104.50 | Print out all new claim transfer requests (.2); begin to research all claims associated with each request (.2); provide updates in the claims database where needed (.2); create Transfer Notice (.3); prepare Transfer Notices for service on all affected parties (.2) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 6/30/2006 | 0.1 | $9.50 | Communications with S Herrschaft re status of all pending claim transfer requests |
| | Non-Asbestos Claims Total: | | | 66.1 | $13,275.00 | |

## June 2006 -- Travel-Non Working

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $105.00 | 6/6/2006 | 6.0 | $630.00 | Travel from LA - Chicago |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $105.00 | 6/9/2006 | 6.0 | $630.00 | Travel from Chicago to LA |
| | Travel-Non Working Total: | | | 12.0 | $1,260.00 | |

## June 2006 -- WRG Asbestos PI Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/12/2006 | 0.2 | $42.00 | Discussion with A Basta re personal injury data |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/12/2006 | 0.1 | $21.00 | Discussion with S Kjontvedt re personal injury data |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/14/2006 | 1.0 | $210.00 | Review personal injury data file for accuracy |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/14/2006 | 0.6 | $126.00 | Final review of personal injury data file |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/19/2006 | 0.3 | $63.00 | Investigation re change of address for personal injury counsel |

# BMC Group
WR GRACE
Monthly Invoice

## June 2006 -- WRG Asbestos PI Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/19/2006 | 0.1 | $21.00 | E-mail to A Basta re change of address |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/21/2006 | 1.3 | $273.00 | Review Duke PI claims list for identification of barcodes |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/21/2006 | 0.5 | $105.00 | Discussions with A Wick re Duke list and barcode identification |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/21/2006 | 0.5 | $105.00 | Review revised Duke list for accuracy |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/22/2006 | 2.0 | $420.00 | Review Duke list and barcodes for accuracy |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/22/2006 | 0.1 | $21.00 | Discussion with A Wick re Duke claims and modifications |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/22/2006 | 0.1 | $21.00 | E-mail to A Basta re Duke claims status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/23/2006 | 2.0 | $420.00 | Final review of Duke personal injury list and formatting |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/23/2006 | 0.2 | $42.00 | E-mail to A Basta re Duke personal injury list |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 6/26/2006 | 1.0 | $140.00 | Coordinate mailing of the Mediation Letter to Counsel |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/26/2006 | 0.3 | $63.00 | Discussion with S Kjontvedt re service of personal injury claim letter |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/26/2006 | 0.2 | $42.00 | Review personal injury letter for service |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/26/2006 | 0.5 | $105.00 | Discussion with A Wick re mail files for serivce of personal injury letter |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/26/2006 | 0.2 | $42.00 | Review mail file for personal injury letter service |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/27/2006 | 1.0 | $210.00 | Investigation re W Burks service |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 6/27/2006 | 0.1 | $21.00 | Discussion with G Vogt re Burks service |
| | WRG Asbestos PI Claims Total: | | | 12.3 | $2,513.00 | |
| | | | June 2006 Total: | 248.6 | $42,762.00 | |

# BMC Group
WR GRACE
Monthly Invoice

| | | |
|---|---|---|
| Grand Total: | 248.6 | $42,762.00 |

## BMC Group
WR GRACE
Professional Activity Summary
Date Range: 6/1/2006 thru 6/30/2006

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Asbestos Claims** | | | |
| SR_CONSULTANT | | | |
| Susan Herrschaft | $210.00 | 15.2 | $3,192.00 |
| Total: | | 15.2 | $3,192.00 |
| **Case Administration** | | | |
| CAS | | | |
| Lucina Solis | $45.00 | 0.8 | $36.00 |
| Marquis Marshall | $45.00 | 0.3 | $13.50 |
| CAS | | | |
| Belinda Rivera | $45.00 | 0.6 | $27.00 |
| Brianna Tate | $45.00 | 0.9 | $40.50 |
| Corazon Del Pilar | $45.00 | 0.2 | $9.00 |
| James Myers | $65.00 | 1.7 | $110.50 |
| Liliana Anzaldo | $45.00 | 5.1 | $229.50 |
| Ortavia Lee | $45.00 | 1.3 | $58.50 |
| Temeka Curtis | $65.00 | 0.9 | $58.50 |
| Yvette Knopp | $90.00 | 0.2 | $18.00 |
| VDR | | | |
| Patrick Cleland | $65.00 | 0.2 | $13.00 |
| SR_CONSULTANT | | | |
| Susan Herrschaft | $210.00 | 69.3 | $14,553.00 |
| CONSULTANT | | | |
| Susan Burnett | $150.00 | 7.0 | $1,050.00 |
| REC_TEAM | | | |
| Dustee Decker | $75.00 | 0.1 | $7.50 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 12.4 | $1,178.00 |
| Trina Carter | $45.00 | 1.5 | $67.50 |
| CASE_INFO | | | |
| Angelic Kruse | $45.00 | 0.1 | $4.50 |
| Blanca jindrich | $45.00 | 0.4 | $18.00 |
| Total: | | 103.0 | $17,492.50 |
| **Data Analysis** | | | |
| SR_CONSULT_DATA | | | |
| Mike Grimmett | $175.00 | 1.8 | $315.00 |
| CONSULTANT | | | |
| Brenda Reed | $140.00 | 0.5 | $70.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 17.6 | $1,936.00 |
| Arrie Sherr | $110.00 | 13.5 | $1,485.00 |
| Jacqueline Bush | $95.00 | 1.3 | $123.50 |
| TECH | | | |
| Josh Berman | $200.00 | 1.3 | $260.00 |
| Total: | | 36.0 | $4,189.50 |

# BMC Group
## WR GRACE
### Professional Activity Summary
### Date Range: 6/1/2006 thru 6/30/2006

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Fee Applications** | | | |
| SR_CONSULTANT | | | |
| Susan Herrschaft | $210.00 | 1.0 | $210.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 3.0 | $630.00 |
| | Total: | 4.0 | $840.00 |
| **Non-Asbestos Claims** | | | |
| CAS | | | |
| Airgelou Romero | $65.00 | 1.8 | $117.00 |
| SR_CONSULTANT | | | |
| Susan Herrschaft | $210.00 | 61.3 | $12,873.00 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 3.0 | $285.00 |
| | Total: | 66.1 | $13,275.00 |
| **Travel-Non Working** | | | |
| SR_CONSULTANT | | | |
| Susan Herrschaft | $210.00 | 12.0 | $1,260.00 |
| | Total: | 12.0 | $1,260.00 |
| **WRG Asbestos PI Claims** | | | |
| SR_CONSULTANT | | | |
| Stephenie Kjontvedt | $140.00 | 1.0 | $140.00 |
| Susan Herrschaft | $210.00 | 11.3 | $2,373.00 |
| | Total: | 12.3 | $2,513.00 |
| | Grand Total: | 248.6 | $42,762.00 |