**EXHIBIT 2**

# BMC Group
## WR Grace
## MONTHLY SUMMARY OF EXPENSES
### For the Month of June 2006

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| **Airline** | $366.35 |
| **B-Linx/Data Storage** | $850.00 |
| **Breakfast** | $76.51 |
| **Dinner - BMC/Client** | $115.80 |
| **Document Storage** | $562.00 |
| **Lodging - BMC/Client** | $1,993.60 |
| **Lunch** | $79.99 |
| **Pacer** | $63.28 |
| **Phone/ISP** | $3.63 |
| **Postage/Shipping** | $414.86 |
| **Taxi** | $45.00 |
| **Tips** | $15.00 |
| Monthly Total: | $4,586.02 |

# BMC Group
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of June 2006

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| Grand Total: | $4,586.02 |

BMC GROUP

WR GRACE
EXPENSE DETAIL

JUNE 2006

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_060630 | WR Grace | Booth, Mike | Verizon Wireless | $3.63 | 6/9/06 | Phone/ISP | June 2006 Cell Statement / 05/09 - 06/09 |
| 21_060630 | WR Grace | BMC10, BMC | FedEx | $107.42 | 6/12/06 | Postage/Shipping | Shipment of Court docs for WR Grace mtg with K&E - tracking # 791011635610 |
| 21_060630 | WR Grace | BMC10, BMC | FedEx | $62.76 | 6/12/06 | Postage/Shipping | Shipment of Court docs to L Sinanyan/K&E - tracking #79196600268 |
| 21_060630 | WR Grace | zzCAMEX-Sherrschaft, sherrschaft | Hotel Allegro Chicago | $30.22 | 6/6/06 | Dinner - BMC/Client | SH in room 6/6/06 |
| 21_060630 | WR Grace | BMC, BMC | BMC | $850.00 | 6/30/06 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_060630 | WR Grace | BMC10, bmc | BMC | $562.00 | 6/30/06 | Document Storage | 388 boxes |
| 21_060630 | WR Grace | zzCAMEX-Sherrschaft, sherrschaft | Bubba Gump | $49.95 | 6/7/06 | Dinner - BMC/Client | Dinner/meeting prep |
| 21_060630 | WR Grace | zzCAMEX-Sherrschaft, sherrschaft | Corner Bakery | $60.52 | 6/8/06 | Breakfast | Breakfast for client/counsel meeting. Original receipt has been lost. |
| 21_060630 | WR Grace | zzCAMEX-Sherrschaft, sherrschaft | Cosi | $79.99 | 6/8/06 | Lunch | Lunch for client/counsel meeting |
| 21_060630 | WR Grace | zzCAMEX-Sherrschaft, sherrschaft | LaCreperie | $35.63 | 6/8/06 | Dinner - BMC/Client | SH travel meal |
| 21_060630 | WR Grace | zzCAMEX-Sherrschaft, sherrschaft | Hotel Allegro | $1,993.60 | 6/10/06 | Lodging - BMC/Client | SH 6/6-9/06 |
| 21_060630 | WR Grace | BMC10, BMC | World Wide Express | $95.16 | 6/5/06 | Postage/Shipping | Shipment of binders for meeting with K&E - tracking # 1515814377 |
| 21_060630 | WR Grace | BMC10, BMC | FedEx | $149.52 | 6/5/06 | Postage/Shipping | 14 Binders of WR Grace documents for meeting with K&E |
| 21_060630 | WR Grace | Herrschaft, Susan | Yellow Cab | $45.00 | 6/6/06 | Taxi | Taxi from ORD to 77 W Wacker |
| 21_060630 | WR Grace | Herrschaft, Susan | Hudson News LAX | $12.80 | 6/6/06 | Breakfast | SH travel meal |
| 21_060630 | WR Grace | Herrschaft, Susan | McDonalds | $3.19 | 6/9/06 | Breakfast | Travel Breakfast/Lunch |
| 21_060630 | WR Grace | Herrschaft, Susan | Miscellaneous | $15.00 | 6/9/06 | Tips | Miscellaneous tips |
| 21_060630 | WR Grace | zzCAMEX-Sherrschaft, sherrschaft | American | $366.35 | 6/6/06 | Airline | SH LAX-ORD 6/6-9/06 |
| 21_060630 | WR Grace | BMC10, bmc | Pacer | $63.28 | 6/30/06 | Pacer | qtrly court doc dwnloads 4/1-6/30/06 |

EXHIBIT 2

| BMC GROUP | WR GRACE<br>PRODUCTION SUMMARY | JUNE 2006 |
|---|---|---|

WR GRACE June Production

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20060620-1 | 6/20/2006 | $26.76 |
| 021-20060626-1 | 6/26/2006 | $1,021.36 |
| | Total: | $1,048.12 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

JUNE 2006

| Job Type | Job Item | Pages / Par Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 12680 - 22nd Omni Continuation Order | 3 / 2 | | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class | 2 Pieces @ $.39 each | $0.78 |
| | | Production | Copy | 6 Pieces @ $.12 each | $0.72 |
| | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |
| | | | | Total | $26.76 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

JUNE 2006

| Job Type | Job Item | Pages / Par Step | | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Letter to Counsel re Mediation | 2 / 1,119 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 1118 Pieces @ $.39 each | $436.02 |
| | | | | USPS - International | 1 Piece @ $.84 each | $0.84 |
| | | | Production | Copy | 2238 Pieces @ $.12 each | $268.56 |
| | | | | Fold and Stuff | 2238 Pieces @ $.05 each | $111.90 |
| | | | Supplies | Inkjet and Envelope - #10 | 2238 Pieces @ $.08 each | $179.04 |
| | | | | | Total | $1,021.36 |

EXHIBIT 2