IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 13457** |

**DEBTOR'S COUNTER DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD FOR THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S APPEAL OF THE BANKRUPTCY COURT'S OCTOBER 24, 2006 ORDER**

Pursuant to Federal Bankruptcy Rule 8006, Debtor-Appellee, W. R. Grace & Co. ("Grace"), hereby files its Counter Designation of Items to be Included in the Record on Appeal in response to the Statement of Issues to be Presented on Appeal and Designation of Items to be Included in Record on Appeal of Appellant, Prudential Insurance Company of America ("Prudential"), (Docket No. 13656, filed November 13, 2006) and Prudential's Notice of Appeal #06-07 from the October 24, 2006 Order of United States Bankruptcy Court Judge Judith K. Fitzgerald.

| Item No. | Docket No. | Description |
|---|---|---|
| 1. | 11552 | Notice of Agenda of Matters Scheduled for Hearing on January 24, 2006 at 9:00 a.m., January 25, 2006 at 1:30 p.m. and January 26, 2006 at 9:00 a.m. in Pittsburgh, Pennsylvania Before the Honorable Judith K. Fitzgerald |
| 2. | 13251 | Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald scheduled for 9/25/2006 at 02:00 PM at US District Court, 844 King St., Courtroom #5, Wilmington, Delaware |

| 3. | 13429 | Certification of Counsel Regarding Order Disallowing and Expunging as Time-Barred Two Asbestos PD Claims Filed by Prudential Insurance Company on Account of Buildings Located in Georgia |
|---|---|---|

Respectfully Submitted:

Dated: November 22, 2006

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Samuel L. Blatnick
200 East Randolph Drive
Chicago, IL 60601-6636
Telephone: (202) 861-2000
Facsimile: (202) 861-2200

Christopher Landau
Elizabeth M. Locke
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession