# EXHIBIT 2

# for WR Grace PI

Total number of parties: 167

## Exhibit 2 - WR PI Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22183 | ALLEN, WILLIAM B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060 | DHL Overnight |
| 22183 | ARDORN, JULIE A, LOCKS LAW FIRM PLLC, 110 E 55TH ST, NEW YORK, NY, 10022 | DHL Overnight |
| 22183 | BERG, JENNIFER, PAUL HANLEY & HARLEY, 1608 4TH ST STE 300, BERKELEY, CA, 94710 | DHL Overnight |
| 22183 | BERRY, KEVIN, WILENTZ GOLDMAN & SPITZER, WALL STREET PLAZA 88 PINE ST, NEW YORK, NY, 10005 | DHL Overnight |
| 22183 | BEVAN, THOMAS, BEVAN & ASSOCIATES, 10360 NORTHFIELD RD, NORTHFIELD, OH, 44067 | DHL Overnight |
| 22183 | BEZOU, JACQUES, THE BOGDAN LAW FIRM, 8866 GULF FREEWAY STE 515, HOUSTON, TX, 77017 | DHL Overnight |
| 22183 | BLACK, JANET W, DONALDSON & BLACK, 208 W WENDOVER AVE, GREENSBORO, NC, 27401 | DHL Overnight |
| 22183 | BOECHLER, JEANETTE, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 | DHL Overnight |
| 22183 | BOGDAN, ERIC, THE BOGDAN LAW FIRM, 8866 GULF FREEWAY STE 515, HOUSTON, TX, 77017 | DHL Overnight |
| 22183 | BORRES, ANTONIO, WOODS & WOODS, PO BOX 193600, SAN JUAN, PR, 00919-3600 | USPS Express Mail |
| 22183 | BRAYTON, ALAN R, BRAYTON PURCELL, 222 RUSH LANDING RD PO BOX 6169, NOVATO, CA, 94948-6169 | USPS Express Mail |
| 22183 | BRENNER, DAVID, HOWARD BRENNER & NASS, 1608 WALNUT ST STE 1700, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 22183 | BRITTON-MEHLISCH, SCOTT A, HUMPHREY FARRINGTON & MCCLAIN PC, 221 W LEXINGTON STE 400, PO BOX 900, INDEPENDENCE, MO, 64051 | USPS Express Mail |
| 22183 | BRUEGGER, JOSEPH F, BRUEGGER & MCCULLOUGH PC, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 | DHL Overnight |
| 22183 | BURNS, JAMES, LAW OFFICES OF JAMES D BURNS, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087 | DHL Overnight |
| 22183 | BYRNE, KATHY, LAW OFFICES COONEY & CONWAY, 120 N LASALLE ST 30TH FLOOR, CHICAGO, IL, 60602 | DHL Overnight |
| 22183 | CARLILE, DAVID C, THE CARLILE LAW FIRM LLP, 400 S ALAMO, MARSHALL, TX, 75670 | DHL Overnight |
| 22183 | CARONA, J DONALD JR, J DONALD CARONA JR, 1009 W GREEN AVE, ORANGE, TX, 77630-5697 | DHL Overnight |
| 22183 | CASCINO, MICHAEL P, CASCINO VAUGHAN LAW OFFICES, 220 SOUTH ASHLAND, CHICAGO, IL, 60607 | DHL Overnight |
| 22183 | CLACK, LANE, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604 | DHL Overnight |
| 22183 | CLAPPER, JACK K, CLAPPER & PATTI, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965 | DHL Overnight |
| 22183 | CLOUD, IAN P, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS SUITE 3100, HOUSTON, TX, 77002 | DHL Overnight |
| 22183 | COADY, EDWARD PAUL, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 | DHL Overnight |
| 22183 | COHAN, LAWRENCE R, ANAPOL SCHWARTZ, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 22183 | COHEN, MITCHELL S, LOCKS LAW FIRM, 1500 WALNUT ST 20TH FLR, PHILADELPHIA, PA, 19102 | DHL Overnight |
| 22183 | COLAFELLA, STEPHEN D, STEPHEN D COLAFELLA AND ASSOCIATES, 113 GOLFVIEW DR, MONACA, PA, 15061 | DHL Overnight |
| 22183 | COLEMAN, ALICE W, BRENT COON & ASSOCIATES, ONE JACKSON PLACE STE 1375, 188 E CAPITAL ST, JACKSON, MS, 39201 | DHL Overnight |
| 22183 | COLEMAN, CRAIG E, CAROSELLI BEACHLER MCTIERNAN&CONBOY, 312 BLVD OF THE ALLIES 8TH FLOOR, PITTSBURGH, PA, 15222-1916 | DHL Overnight |
| 22183 | CROCE, MICHAEL J, LAW OFFICES OF JOHN C DEARIE &, ASSOCIATES, 515 MADISON AVE STE 1118, NEW YORK, NY, 10022 | DHL Overnight |
| 22183 | CUPIT, DANNY E, LAW OFFICES OF DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225 | USPS Express Mail |
| 22183 | CURTIS, FRANCINE, PAUL HANLEY & HARLEY, 1608 4TH ST STE 300, BERKELEY, CA, 94710 | DHL Overnight |
| 22183 | DANIEL C COHN, COHN WHITESELL & GOLDBERG, LLP, 101 ARCH STREET, BOSTON, MA, 02110 | DHL Overnight |
| 22183 | DEPAOLIS, PETER C, KOONZ MCKENNEY JOHNSON DEPAOLIS &, LIGHTFOOT, 10300 EATON PL #200, FAIRFAX, VA, 22030 | DHL Overnight |
| 22183 | DEROBERTIS, L R, GALIHER DEROBERTIS ONO, 610 WARD AVENUE SUITE 200, HONOLULU, HI, 96814-3308 | DHL Overnight |

## Exhibit 2 - WR PI Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22183 | DOUGLAS, GLENN M, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY STE 3500, HOUSTON, TX, 77010 | DHL Overnight |
| 22183 | DUNCAN, JENA LEBLANC, LAW OFFICES LEBLANC & WADDELL, 2711 N HASKELL AVE 5TH FL - LB 32, DALLAS, TX, 75204 | DHL Overnight |
| 22183 | DUNCAN, NATALIE, BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 | DHL Overnight |
| 22183 | DUSICH, BERNIE M, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2495 | DHL Overnight |
| 22183 | ELICK, JOHN, TAUNIA THOMPSON ELICK, 7 NORTH HARRIS ST PO BOX 803, BELLVILLE, TX, 77418 | USPS Express Mail |
| 22183 | EMBRY, STEPHEN C, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FLR, 265 CHURCH ST PO BOX 1866, NEW HAVEN, CT, 06508 | USPS Express Mail |
| 22183 | EMBRY, STEPHEN C, EMBRY & NEUSNER, 118 POQUONNOCK RD, GROTON, CT, 06340 | DHL Overnight |
| 22183 | FABIAN, JAMES J, PFEIFER & FABIAN, 326 ST PAUL PL STE 100, BALTIMORE, MD, 21202-2131 | DHL Overnight |
| 22183 | FOSTER & SEARS, 360 PLACE OFFICE PARK, 1201 N WATSON RD STE 145, ARLINGTON, TX, 76006 | DHL Overnight |
| 22183 | GARY BECKER, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY, 10036 | DHL Overnight |
| 22183 | GEORGE, LINDA, LAUDIG GEORGE RUTHERFORD & SIPES, 156 EAST MARKET ST, STE 600, INDIANAPOLIS, IN, 46204 | DHL Overnight |
| 22183 | GIBSON III, CHARLES E, THE GIBSON LAW FIRM, PO BOX 6005, RIDGELAND, MS, 39158-6005 | USPS Express Mail |
| 22183 | GOLDBERG, THEODORE, GOLDBERG PERSKY & WHITE, 1030 FIFTH AVE THIRD FLOOR, PITTSBURGH, PA, 15219-6295 | DHL Overnight |
| 22183 | GORI, RANDY L, GOLDENBERG MILLER HELLER &ANTOGNOLI, 2227 S STATE RT 157, EDWARDSVILLE, IL, 62025 | DHL Overnight |
| 22183 | GRAHAM, WILLIAM M, WALLACE AND GRAHAM, 525 N MAIN ST, SALISBURY, NC, 28144 | DHL Overnight |
| 22183 | GRAYZEL, RONALD B, LEVINSON AXELROD PA, 2 LINCOLN HWY, EDISON, NJ, 08818 | DHL Overnight |
| 22183 | GREENSTONE, DAVID C, WATERS & KRAUS, 3219 MCKINNEY AVE, DALLAS, TX, 75204 | DHL Overnight |
| 22183 | GRELL, CHRISTOPHER E, LAW OFFICES OF CHRISTOPHER E GRELL, 360 22ND ST STE 320, OAKLAND, CA, 94612 | DHL Overnight |
| 22183 | HA-LEY, PHILIP A, PAUL HANLEY & HARLEY, 1608 4TH ST STE 300, BERKELEY, CA, 94710 | DHL Overnight |
| 22183 | HALL, PHILIP J, HARALSON MILLER PITT FELDMAN &, MCANALLY, ONE S CHURCH AVE STE 900, TUCSON, AZ, 85701 | DHL Overnight |
| 22183 | HANNERS, MICHAEL J, SILBER PEARLMAN LLP, 2711 N HASKELL AVE 5TH FL LB32, DALLAS, TX, 75204 | DHL Overnight |
| 22183 | HARLEY, PHILIP A, PAUL HANLEY & HARLEY, 1608 4TH ST STE 300, BERKELEY, CA, 94710 | DHL Overnight |
| 22183 | HARLEY, ROBERT, PAUL HANLEY & HARLEY, 1608 4TH ST STE 300, BERKELEY, CA, 94710 | DHL Overnight |
| 22183 | HART, JOHN W, ROSSBACH HART BECHTOLD PC, PO BOX 8988, MISSOULA, MT, 59807-8988 | USPS Express Mail |
| 22183 | HARVILLE JR, DAVID O, DAVID ODELL HARVILLE JR, 820 JORDAN STE 480, SHREVEPORT, LA, 71101 | DHL Overnight |
| 22183 | HATTEN, ROBERT R, PATTTEN WORNOM HATTEN & DIAMONSTEIN, 12350 JEFFERSON AVE STE 300, NEWPORT NEWS, VA, 23602 | DHL Overnight |
| 22183 | HEBERLING, JON L, MCGARVEY HEBERLING SULLIVAN &, MCGARVEY, 745 SOUTH MAIN, KALISPELL, MT, 59901 | DHL Overnight |
| 22183 | HENDERSON, PAUL D, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630 | DHL Overnight |
| 22183 | HENDRICKS, SHEILA, CAMPBELL CHERRY HARRISON DAVIS DOVE, PO BOX DRAWER 21387, WACO, TX, 76702 | USPS Express Mail |
| 22183 | HERTOGS, SCOTT J, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2495 | DHL Overnight |
| 22183 | HESSION, JAMES, LAW OFFICE OF JAMES HESSION, 202 N SAGINAW ST, SAINT CHARLES, MI, 48655 | DHL Overnight |
| 22183 | HUMPHREYS, JAMES F, JAMES F HUMPHREYS & ASSOCIATES, UNITED CENTER STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301 | DHL Overnight |
| 22183 | IOLA, MARK H, SHINABERRY & MEADE, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 | DHL Overnight |
| 22183 | JAGOLINZER, DAVID A, THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146 | DHL Overnight |
| 22183 | JENSEN, MARGARET H, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD STE 557, SOUTHFIELD, MI, 48075 | DHL Overnight |
| 22183 | JOHNSON, TERRENCE M, TERRENCE M JOHNSON, 455 E ILLINOIS STE 361, CHICAGO, IL, 60611 | DHL Overnight |
| 22183 | JULIAN, JOHN B, WISE & JULIAN PC, 3555 COLLEGE AVENUE, PO BOX 1108, ALTON, IL, 62002 | USPS Express Mail |

## Exhibit 2 - WR PI Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22183 | KAESKE, MICHAEL L JR, KAESKE LAW FIRM, 6301 GASTON AVE STE 735, DALLAS, TX, 75214 | DHL Overnight |
| 22183 | KEAHEY, G PATTERSON, G PATTERSON KEAHEY PC, ONE INDEPENDENCE PLAZA STE 612, BIRMINGHAM, AL, 35209 | DHL Overnight |
| 22183 | KEAHEY, PAT, G PATTERSON KEAHEY PC, 1 INDEPANDANCE PLZ STE 612, BIRMINGHAM, AL, 35209 | DHL Overnight |
| 22183 | KELLY, ANDREW, WALKER & WYLDER LTD, 207 W JEFFERSON ST, PO BOX 3455, BLOOMINGTON, IL, 61701 | USPS Express Mail |
| 22183 | KENDALL, GARY W, MICHIE HAMLETT LOWRY RASMUSSEN &, TWEEL, 500 COURT SQUARE STE 300, CHARLOTTESVILLE, VA, 22902-0298 | DHL Overnight |
| 22183 | KENNETH PASQUALE, STROOCK & STROOCK & LAVAN LLP, 180 MAIDEN LANE, NEW YORK, NY, 10038-4982 | DHL Overnight |
| 22183 | KENNEY, BRIAN, EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FLR, 265 CHURCH ST PO BOX 1866, NEW HAVEN, CT, 06508 | USPS Express Mail |
| 22183 | KEYS, SUZANNE, BYRD & ASSOCIATES, PO BOX 19, JACKSON, MS, 39205 | USPS Express Mail |
| 22183 | KITTEL, JOHN I, MAZUR & KITTEL PLLC, 30665 NORTHWESTERN HWY, FARMINGTON HILLS, MI, 48334 | DHL Overnight |
| 22183 | KIZIS, LYNNE M, WILENTZ GOLDMAN & SPITZER, 90 WOODBRIDGE CENTER DR, WOODBRIDGE, NJ, 07095 | DHL Overnight |
| 22183 | KLAMANN, JOHN M, KLAMANN & HUBBARD PA, 7101 COLLEGE BLVD, OVERLAND PARK, KS, 66210 | DHL Overnight |
| 22183 | KOMITOR, ROBERT I, LEVY PHILLIPS & KONIGSBERG, 800 THIRD AVE 13TH FLR, NEW YORK, NY, 10022 | DHL Overnight |
| 22183 | KREMER, JOSEPH T, LIPSITZ GREEN FAHRINGER ROLL, SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202 | DHL Overnight |
| 22183 | KRIEGER, ROBERT C, WYSOKER GLASSNER WEINGARTNER, GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901 | DHL Overnight |
| 22183 | LANGSTON, KEITH L, NIX PATTERSON & ROACH, 205 LINDA DR, DAINGERFIELD, TX, 75638 | DHL Overnight |
| 22183 | LANIER, W MARK, THE LANIER LAW FIRM, 6810 FM 1960 W, HOUSTON, TX, 77069 | DHL Overnight |
| 22183 | LAVERDIERE, RICHARD A, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2495 | DHL Overnight |
| 22183 | LEH, MICHAEL B, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102 | DHL Overnight |
| 22183 | LEWIS, TOM L, LEWIS SLOVAK & KOVACICH, PO BOX 2325 725 3RD AVE NORTH, GREAT FALLS, MT, 59403 | USPS Express Mail |
| 22183 | LINDHEIM, JERRY A, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102 | DHL Overnight |
| 22183 | LIPMAN, DAVID M, DAVID M LIPMAN, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143 | DHL Overnight |
| 22183 | LIPSITZ, JOHN N, LIPSITZ AND PONTERIO, LLC, 135 DELAWARE AVE, STE 210, BUFFALO, NY, 14202 | DHL Overnight |
| 22183 | LISEMBY, GREG, WATERS & KRAUS, 3219 MCKINNEY AVE, DALLAS, TX, 75204 | DHL Overnight |
| 22183 | LOVE IV, CHARLES M, THE MASTERS LAW FIRM LC, 181 SUMMERS ST, CHARLESTON, WV, 25301 | DHL Overnight |
| 22183 | LUCKEY, ALWYN H, LAW FIRM OF ALWYN H LUCKEY, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 | USPS Express Mail |
| 22183 | LUXENBERG, ARTHUR, WEITZ & LUXENBERG, 180 MAIDEN LANE, NEW YORK, NY, 10038 | DHL Overnight |
| 22183 | MACH, SCOTT W, THE POPHAM LAW FIRM PC, 323 W 8TH ST STE 200, KANSAS CITY, MO, 64105 | DHL Overnight |
| 22183 | MACLEAN, LESLIE, WATERS & KRAUS, 3219 MCKINNEY AVE, DALLAS, TX, 75204 | DHL Overnight |
| 22183 | MADEKSHO, LAWRENCE, THE MADEKSHO LAW FIRM, 8866 GULF FREEWAY #440, HOUSTON, TX, 77017 | DHL Overnight |
| 22183 | MAHER II, JOSEPH C, LAW OFFICES OF JOSEPH C MAHER II, 1925 CENTURY PARK EAST STE 500, LOS ANGELO, CA, 90067 | DHL Overnight |
| 22183 | MATHENY, PAUL M, LAW OFFICES OF PETER G ANGELOS, UNION PARK CENTER 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 | DHL Overnight |
| 22183 | MATTHEW KRAMER, BILZIN SUMBERG, 200 S BISCAYNE BOULEVARD, STE 2500, MIAMI, FL, 33131-5340 | DHL Overnight |
| 22183 | MATTHEWS, SHARON, CAMP FIORANTE MATTHEWS, 555 W GEORGIA ST STE 400, VANCOUVER, BC, V6B1Z6CANADA | DHL Overnight |
| 22183 | MCKAY, JOHN F, MCKAY LAW FIRM, 7465 EXCHANGE PLACE, BATON ROUGE, LA, 70806 | DHL Overnight |
| 22183 | MEADE, DAVID L, SHINABERRY & MEADE, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 | DHL Overnight |
| 22183 | METCALF, J CONARD, TRINE & METCALF, 1435 ARAPAHOE AVE, BOULDER, CO, 80302-6390 | DHL Overnight |
| 22183 | MICKEY P LANDRY, LANDRY & SWARR, LLC, 1010 COMMON STREET, SUITE 2050, NEW ORLEANS, LA, 70112 | DHL Overnight |

**Exhibit 2 - WR PI Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22183 | MOODY, EDWARD O, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201 | DHL Overnight |
| 22183 | MOORE, COLIN D, PROVOST UMPHREY, 490 PARK ST, PO BOX 4905, BEAUMONT, TX, 77704 | USPS Express Mail |
| 22183 | MORGAN, GLEN W, REAUD MORGAN & QUINN, PO BOX 26005, BEAUMONT, TX, 77720-6005 | USPS Express Mail |
| 22183 | MULRONEY, WILLIAM F, ASHCRAFT & GEREL, 10 E BALTIMORE ST, BALTIMORE, MD, 21202 | DHL Overnight |
| 22183 | MUTNICK, JEFFREY S, LANDYE BENNETT BLUMSTEIN LLP, 1300 SW 5TH AVE STE 3500, PORTLAND, OR, 97201 | DHL Overnight |
| 22183 | NATALIE RAMSEY, AVENUE OF THE ARTS, 123 SOUTH BROAD STREET, PHILADELPHIA, PA, 19109 | DHL Overnight |
| 22183 | NATHAN D FINCH, CAPLIN & DRYSDALE, CHARTERED, ONE THOMAS CIRCLE, NW, 27TH FLOOR, WASHINGTON, DC, 20005 | DHL Overnight |
| 22183 | NICHOL, H DOUGLAS, LAW OFFICES NICHOL & ASSOCIATES, 6759 BAUM DRIVE, KNOXVILLE, TN, 37919 | DHL Overnight |
| 22183 | NORTON, MICHELLE, WATERS & KRAUS, 3219 MCKINNEY AVE, DALLAS, TX, 75204 | DHL Overnight |
| 22183 | NUTT, DAVID H, DAVID H NUTT AND ASSOCIATES, 605 CRESCENT BLVD, RIDGELAND, MS, 39157 | DHL Overnight |
| 22183 | OBRIEN, JAMES M, HARTLEY & OBRIEN, 2001 MAIN ST STE 600, WHEELING, WV, 26003 | DHL Overnight |
| 22183 | OLDAKER, BRADLEY R, BAILEY STULTZ OLDAKER & GREENE, PO DRAWER 1310, WESTON, WV, 26452 | USPS Express Mail |
| 22183 | PARKS, CHRIS, CHRIS PARKS & ASSOCIATES, 1 PLAZA SQUARE 2ND FLOOR, PORT ARTHUR, TX, 77642 | DHL Overnight |
| 22183 | PARRON, DAVID D, THE PARRON FIRM, 404 E FIRST STREET, ARLINGTON, TX, 76010 | DHL Overnight |
| 22183 | PAUL, ROBERT E, PAUL REICH & MYERS, 1608 WALNUT ST STE 500, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 22183 | PEIRCE JR, ROBERT N, PEIRCE RAIMOND & COULTER PC, 2500 GULF TOWER, 707 GRANT ST, PITTSBURGH, PA, 15219-1918 | DHL Overnight |
| 22183 | PERKINS, CHARLIE, LAW OFFICES OF DANNY E CUPIT PC, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225 | USPS Express Mail |
| 22183 | PHILLIPS, ROBERT W, SIMMONS COOPER LLC, 707 BERKSHIRE BLVD, PO BOX 521, EAST ALTON, IL, 62024 | USPS Express Mail |
| 22183 | POLK, MICHAEL S, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2495 | DHL Overnight |
| 22183 | PRYOR, ANITA C, TERRELL HOGAN, 233 E BAY ST, BLACKSTONE BLDG 8TH FLR, JACKSONVILLE, FL, 32202 | DHL Overnight |
| 22183 | RANTA, BRUCE A, LYONS & RANTA, 150 N SUNNYSLOPE RD STE 270, BROOKFIELD, WI, 53005 | DHL Overnight |
| 22183 | RAYMOND MULLADY, ORRICK, HERRINGTON & SUTCLIFFE LLP, WASHINGTON HARBOUR, 3050 K STREET, NW, WASHINGTON, DC, 20007-5135 | DHL Overnight |
| 22183 | RICE, JANET L, SCHROETER GOLDMARK & BENDER, 810 3RD AVE #500, SEATTLE, WA, 98104 | DHL Overnight |
| 22183 | RICHARD WYRON, ORRICK, HERRINGTON & SUTCLIFFE LLP, WASHINGTON HARBOUR, 3050 K STREET, NW, WASHINGTON, DC, 20007-5135 | DHL Overnight |
| 22183 | RILEY, J MICHAEL, MARTIN & JONES, 410 GLENWOOD AVE, RALEIGH, NC, 27603 | DHL Overnight |
| 22183 | ROBERT JACOBS, JACOBS & CRUMPLAR PA, 2 EAST 7TH STREET, SUITE 400, WILMINGTON, DE, 19807 | DHL Overnight |
| 22183 | ROSEN, DAVID A, ROSE KLEIN & MARIAS LLP, 801 SOUTH GRAND AVENUE 18TH FLOOR, LOS ANGELES, CA, 90017 | DHL Overnight |
| 22183 | SADLER, PAUL L, WELLBORN HOUSTON, 300 WEST MAIN, HENDERSON, TX, 75652 | DHL Overnight |
| 22183 | SAKALARIOS, ANTHONY, MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 | DHL Overnight |
| 22183 | SALES, KENNETH L, SALES TILLMAN WALLBAUM CATLETT &, SATTERLEY PLLC, 1900 WATERFRONT PLAZA 325 W MAIN ST, LOUISVILLE, KY, 40202 | DHL Overnight |
| 22183 | SAMS, LINDA C, LAW OFFICE OF LINDA C SAMS, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410 | DHL Overnight |
| 22183 | SANDER ESSERMAN, SUITE 2200, 2323 BRYAN STREET, DALLAS, TX, 75201 | DHL Overnight |
| 22183 | SANDLER, CARY L, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQUARE W 17TH FLR, 30 SOUTH 15TH ST, PHILADELPHIA, PA, 19102 | DHL Overnight |
| 22183 | SATTERLEY, JOSEPH D, SALES TILLMAN WALLBAUM CATLETT &, SATTERLEY PLLC, 1900 WATERFRONT PLAZA 325 W MAIN ST, LOUISVILLE, KY, 40202 | DHL Overnight |
| 22183 | SCHWARTZ, WILLIAM K, HARVIT & SCHWARTZ, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 | DHL Overnight |
| 22183 | SERLING, MICHAEL B, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009 | DHL Overnight |

## Exhibit 2 - WR PI Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22183 | SHEIN, BENJAMIN P, SHEIN LAW CENTER LTD, 121 S BROAD ST 21ST FLR, PHILADELPHIA, PA, 19107 | DHL Overnight |
| 22183 | SHINGLER, RONALD J, HOBIN SHINGLER & SIMON LLP, 1101 A STREET, ANTIOCH, CA, 94509 | DHL Overnight |
| 22183 | SKAGGS, JOHN H, THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302 | DHL Overnight |
| 22183 | SOUTH, JACKEY W, LUNDY & DAVIS, 501 BROAD ST PO BOX 3010, LAKE CHARLES, LA, 70602 | USPS Express Mail |
| 22183 | STAMOS, GREGORY, ROSE KLEIN & MARIAS LLP, 401 E OCEAN BLVD STE 300, PO BOX 22792, LONG BEACH, CA, 90801-5792 | USPS Express Mail |
| 22183 | STROM, MICHAEL R, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2495 | DHL Overnight |
| 22183 | SUTTER, JOHN E, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 | DHL Overnight |
| 22183 | SWARTZFAGER, JON A, LAW OFFICES OF JON A SWARTZFAGER, 442 N 6TH AVE PO BOX 131, LAUREL, MS, 39441 | USPS Express Mail |
| 22183 | TAVENS, JAMES E, ROBERT G TAYLOR II PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122 | DHL Overnight |
| 22183 | TAYLOR II, ROBERT G, ROBERT G TAYLOR II, PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002 | DHL Overnight |
| 22183 | THORNTON, MICHAEL P, THORNTON & NAUMES LLP, 100 SUMMER ST 30TH FLR, BOSTON, MA, 02110 | DHL Overnight |
| 22183 | TIGERMAN, STEPHEN M, HAROWITZ & TIGERMAN LLP, 450 SANSOME 3RD FLR, SAN FRANCISCO, CA, 94111 | DHL Overnight |
| 22183 | TIGERMAN, STEPHEN M, WARTNICK LAW FIRM, 650 CALIFORNIA 15TH FLR, SAN FRANCISCO, CA, 94108 | DHL Overnight |
| 22183 | VALLE, RICHARD, BRANCH LAW FIRM, 2025 RIO GRANDE BLVD NW, ALBUQUERQUE, NM, 87104 | DHL Overnight |
| 22183 | VARAS, JEFFREY A, LAW OFFICE OF JEFFREY A VARAS, 119 CALDWELL DR, PO BOX 886, HAZELHURST, MS, 39083 | USPS Express Mail |
| 22183 | VINCENT, RODNEY P, GERTLER GERTLER VINCENT & PLOTKIN, 127-129 CARONDELET ST, NEW ORLEANS, LA, 70130 | DHL Overnight |
| 22183 | WALSH, JANET, GREITZER & LOCKS, 1500 WALNUT ST, PHILADELPHIA, PA, 19102 | DHL Overnight |
| 22183 | WALSH, JANET, LOCKS LAW FIRM, 110 E 55TH ST, NEW YORK, NY, 10022 | DHL Overnight |
| 22183 | WERT, SCOTT W, FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011 | DHL Overnight |
| 22183 | WHYLAND, CHRISTOPHER, 4500 BRICKYARD FALLS RD, MANLIUS, NY, 13104 | DHL Overnight |
| 22183 | WILSON, KENNETH J, RICHARDSON, PATRICK, WESTBROOK AND BRICKMAN, PO BOX 1368, BARNWELL, SC, 29812 | USPS Express Mail |
| 22183 | WILSON, THOMAS M, KELLEY & FERRARO, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114 | DHL Overnight |
| 22183 | WINBURN, RUSSELL B, ODOM & ELLIOT, 1 E MOUNTAIN, FAYETTEVILLE, AR, 72701 | DHL Overnight |

**Subtotal for this group: 167**

WR Grace PI