## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket Nos. 13406, 13586** |
| | ) | |

## ACADIA PARISH SCHOOL BOARD'S
## SUPPLEMENTAL PRELIMINARY DESIGNATION
## OF FACT AND EXPERT WITNESSES REGARDING
## THE SCHEDULE FOR THE ADJUDICATION OF
## PRODUCT IDENTIFICATION AND LIMITATIONS PERIODS
## ISSUES, AS DESCRIBED IN THE 15TH OMNIBUS OBJECTIONS

Acadia Parish School Board (the "Acadia Parish") hereby makes its Supplemental Preliminary Designation of Fact and Expert Witnesses pursuant to the Amended Exhibit B To Order Setting Various Deadlines Regarding Objections To Asbestos Property Damage Claims, attached to the Amended Order Setting Various Deadlines Regarding Objections To Asbestos Property Damage Claims dated October 13, 2006, and more specifically with regard to the Phase for Adjudication Product Identification and Limitation Periods.

In addition to the witnesses designated in Exhibit "B" of The Louisiana Claimants' Joint Preliminary Designation of Fact and Expert Witnesses Regarding the Schedule for the Adjudication of Product Identification and Limitations Periods Issues, as Described in the 15th Omnibus Objection, docket no. 13586, Acadia Parish intends to call the following witness:

061122112405.DOC

| Name | Address and Phone Number (If Known) | Subjects of Testimony |
|---|---|---|
| **Claimant:  Acadia Parish School Board** | | |
| Mr. Dean Daigle | Maintenance (now retired) Acadia Parish School Board 793 Ferry Road Eagan, LA  70531 (337) 783-7377 | Claimant Representative and/or Custodian of Records:  Authentication of Product Identification Documentary and/or Other Corroborative Evidence |

Further, Acadia Parish reserves the right to call as an expert or fact witness any other such witness listed by any other party, including Claimants, the Debtor, or the PD Committee, and the subject of their testimony will be the same as that listed by such other party.

DATED:  November 22, 2006

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:      (302) 654-0248
Facsimile:       (302) 654-0728
Email:            loizides@loizides.com

*Local Counsel for Acadia Parish School Board*

-and-

Robert C. McCall
BAGGETT MCCALL BURGESS WATSON & GAUGHAN
3006 Country Club Road
Post Office Drawer 7820
Lake Charles, LA  70606-7820
Telephone:      (337) 478-8888
Facsimile:       (337) 478-8946

*General Counsel for Acadia Parish School Board*

061122112405.DOC