## **CERTIFICATE OF SERVICE**

I, Lisa L. Coggins, Esquire, hereby certify that on this 22nd day of November, 2006, I caused one copy of the foregoing Notice of Deposition, to be served upon the parties listed on the attached service list in the manner indicated.

Upon penalty of perjury I declare that the foregoing is true and correct.

    /s/ Lisa L. Coggins
Lisa L. Coggins (No. 4234)

## SERVICE LIST

| **By Hand Delivery:** | **First-Class U.S. Mail** |
|---|---|
| Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Pachulski, Stang, Ziehl, Young,<br> Jones & Weintraub LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 | Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Teresa K. D. Currier, Esquire<br>Buchanan Ingersoll & Rooney<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500 |
| Marla R. Eskin, Esquire<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 | Peter Van N. Lockwood, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 |
| Michael R. Lastowski, Esquire<br>Duane Morris, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801 | Thomas M. Mayer, Esquire<br>Kramer, Levin, Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| David M. Klauder, III, Esquire<br>Office of the United States Trustee<br>844 N. King Street, Room 2207<br>Wilmington, DE 19801 | Roger Frankel, Esquire<br>Richard H. Wyron, Esquire<br>The Washington Harbour<br>Orrick, Herrington & Sutcliffe LLP<br>3050 K Street, N.W., Suite 200<br>Washington, D.C. 20007-5135 |
| **By Facsimile & First-Class U.S. Mail:** | |
| David M. Bernick, Esquire<br>Janet S. Baer, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806 |