IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) ) | Case No. 01-01139 (JKF) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF INTENTION TO TAKE THE VIDEO TAPED DEPOSITION OF WILLIAM HUGHSON

To:   Defendant W.R. Grace & Co.

PLEASE TAKE NOTICE that the Asbestos Property Damage ("PD") Committee will take the video taped deposition of WILLIAM HUGHSON commencing at 9:00 a.m. on Friday, the 15th day of December, 2006, at the office of Reed Smith LLP, 435 Sixth Avenue, Pittsburgh, Pennsylvania 15219.  WILLIAM HUGHSON shall be required to produce at his deposition the documents set forth on the Subpoena Duces Tecum attached hereto as Exhibit A.  The deposition will be upon oral examination before a Notary Public or other officer authorized to administer oaths by the laws of the United States or the State of Pennsylvania.

You are invited to attend and cross-examine.

Dated this 22nd day of November, 2006.

> Respectfully submitted,
>
> DIES & HILE, L.L.P.
>
> Martin W. Dies, Esquire
> 1009 Green Avenue
> Orange, Texas  77630
> (409) 883-4394 telephone
> (409) 883-4814 fax

and

BILZIN SUMBERG DUNN BAENA
  PRICE & AXELROD LLP

Scott L. Baena (admitted pro hac vice)
Jay M. Sakalo (admitted pro hac vice)
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336
(303) 374-7580

and

FERRY, JOSEPH & PEACE, P.A.


 /s/ Lisa L. Coggins
Michael B. Joseph  (Del. Bar No. 392)
Theodore J. Tacconelli  (Del. Bar No. 2678)
Lisa L. Coggins  (Del. Bar No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
(302) 573-1555 telephone

Counsel for the Official Committee of Asbestos
Property Damage Claimants

Copies furnished to:

Atkinson-Baker, Inc. Court Reporting
Telephone 1-800-288-3376
Fax 1-800-925-5910

EXHIBIT A - HUGHSON

The witness, William Hughson (also referred to as "he"), shall be required to bring to the deposition the following documents:

1. All documents, data, objects, publications or other materials which the witness has been provided in connection with this bankruptcy case, or which he has reviewed or upon which he will rely for his opinions in connection with the "Methodology" issue and/or adjudication phase in this case, including without limitation any articles, studies, presented papers, correspondence, reports, draft reports, plans, protocols, guidelines, critiques, books, photographs, slides, videotapes, charts, data, testimonies, depositions, presentations, asbestos bulk, dust and/or air samples, or testimony results thereof.

2. All expert reports he has prepared in connection with this bankruptcy case, including but not specifically limited to: the October 12, 2005 Expert Witness Disclosure and Report of William G. Hughson, M.D., D. Phil. Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the January 18, 2006 Rebuttal Witness Disclosure of William G. Hughson, M.D., D. Phil., Pursuant to Federal Rule of Civil Procedure 26(a)(2).

3. The medical literature he referred to at page 2 of the October 12, 2005 Expert Witness Disclosure and Report of William G. Hughson, M.D., D. Phil. Pursuant to Federal Rule of Civil Procedure 26(a)(2).

4. The flip charts and hand drawings he referred to at page 4 of the October 12, 2005 Expert Witness Disclosure and Report of William G. Hughson, M.D., D. Phil. Pursuant to Federal Rule of Civil Procedure 26(a)(2).