# Exhibit A

# KIRKLAND & ELLIS LLP

*Fax Transmittal*

200 East Randolph Drive
Chicago, Illinois 60601
Phone: 312 861-2000
Fax: 312 861-2200

---

Please notify us immediately if any pages are not received.

**THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.**

**IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AT: 312 861-2356.**

| To: | Company: | Fax #: | Direct #: |
|---|---|---|---|
| Kevin M. Berry | Wilentz Goldman & Spitzer P.A. | 212/267-3828 | 212/267-3091 |
| **From:** | **Date:** | **Pages w/cover:** | **Fax #:** | **Direct #:** |
| Lisa G. Esayian | November 10, 2006 | 8 | 312 660-0663 | 312 861-2226 |

Message:

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

312 861-2000

www.kirkland.com

Lisa G. Esayian
To Call Writer Directly:
312 861-2226
lesayian@kirkland.com

Facsimile:
312 861-2200
Dir. Fax: 312 660-0663

November 10, 2006

## VIA FACSIMILE AND FIRST-CLASS MAIL

Kevin M. Berry, Esq.
Wilentz Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900
Box 10
Woodbridge, NJ 07095-0958

Re:   **W.R. Grace Settled Pre-Petition Asbestos Personal Injury Claims**

Dear Mr. Berry:

On behalf of W.R. Grace & Co. ("Grace" or "the Debtors"), we have examined the asbestos personal injury proofs of claim submitted by your firm to the claims processing agent, Rust Consulting, Inc. as Settled Pre-Petition Asbestos PI Claims and received by Rust on October 17, 2006. These claims are listed on the enclosure to this letter. In accordance with the August 24, 2006 Order as to All Pre-Petition Asbestos PI Litigation Claims, the Debtors have examined their records regarding these claimants.

For the following reasons, the Debtors dispute and contest that these are settled, unpaid claims. The Debtors' records do not reflect settled, unpaid claims for any of these claimants. In addition, for many of the claimants, you have not submitted signed release forms (and the Debtors' records do not reflect that these claims are settled unpaid claims). For some of the claimants, you have provided signed release forms, but the Debtors' records do not reflect that these claims are settled unpaid claims. In addition, some of your release forms are not dated. An example is enclosed.

Your proofs of claim do not state settlement amounts and the release forms do not state settlement amounts except for a nominal value of $1.00. Thus, given that these claims are not reflected in the Debtors' records, the Debtors do not know the settlement amounts that you are claiming.

For all of these reasons, in accordance with page 5 of the August 24, 2006 Order, the Debtors dispute and contest the settlements for any and all claimants submitted in your October 16 letter to Rust.

London    Los Angeles    Munich    New York    San Francisco    Washington, D.C.

## KIRKLAND & ELLIS LLP

Kevin M. Berry, Esq.
November 10, 2006
Page 2


      Based on your claim forms, it appears that you have already submitted Questionnaires for your claimants. If you have already submitted Questionnaires for such claimants, you do not need to re-submit them. However, if you believe that you do need to submit Questionnaires for any of your claimants, a Word version of the Questionnaire is available at www.graceclaims.com. Please see the August 24, 2006 Order for additional information.

                                        Very truly yours,

                                        Lisa G. Esayian


LGE
Enclosure (Claimant List and sample undated release form)
cc:    Jay Hughes, W.R. Grace (via e:mail)
       David M. Bernick, P.C. (via e:mail)
       Barbara M. Harding (via e:mail)

Wilentz, Goldman Spitzer
Asbestos PI Claims
10-16-6

| # | Case Name | Last | | First | Diagnosis | Agreement Date |
|---|-----------|------|---|-------|-----------|----------------|
| 1 | HOSEK V. ABB LUMMUS | Avitabile | | Dennis | lung cancer | 9/21/1999 |
| 2 | INGRISANI V. ABB LUMMU | Bailey | | Beatrice | lung cancer | 9/21/1999 |
| 3 | PARMIGIANI V. ABB LUMM | Barnes | | Charles | asbestosis | 9/21/1999 |
| 4 | MARCONI V. ABB LUMMUS | Barth | | Kim | asbestosis | 9/21/1999 |
| 5 | PARMIGIANI V. ABB LUMM | Berkowitz | | Benjamin | asbestosis | 9/21/1999 |
| 6 | INGRISANI V. ABB LUMMU | Buckley | | John | asbestosis | 9/21/1999 |
| 7 | PUTMAN V. ABB LUMMUS | Cogavin | | James | asbestosis | 9/21/1999 |
| 8 | CRISPINO V. ABB LUMMU | Crispino | | Benito | asbestosis | 9/21/1999 |
| 9 | IN RE BARTON | Curran | Jr | Philip | asbestosis | 9/21/1999 |
| 10 | IN RE BARTON | David-Reisch | | Mary | asbestosis | 9/21/1999 |
| 11 | NISBET V. ABB LUMMUS | DeLucia | | Anthony | asbestosis | 9/21/1999 |
| 12 | TEABO V. ABB LUMMUS C | DiBenedetto | | David | asbestosis | 9/21/1999 |
| 13 | PARMIGIANI V. ABB LUMM | Doyle | | John | asbestosis | 9/21/1999 |
| 14 | PARMIGIANI V. ABB LUMM | Edington | | Donald | laryngeal cancer | 9/21/1999 |
| 15 | INGRISANI V. ABB LUMMU | English | | John | asbestosis | 9/21/1999 |
| 16 | IN RE CRITCHLEY | Esposito | | Walter | asbestosis | 9/21/1999 |
| 17 | HOSEK V. ABB LUMMUS | Ferrara | | Arthur | asbestosis | 9/21/1999 |
| 18 | PARMIGIANI V. ABB LUMM | Gallo | | James | asbestosis | 9/21/1999 |
| 19 | HOSEK V. ABB LUMMUS | Garofalo | | William | asbestosis | 9/21/1999 |
| 20 | NISBET V. ABB LUMMUS | Griffin | | Thomas | asbestosis | 9/21/1999 |
| 21 | MARCONI V. ABB LUMMUS | Harkes | | James | asbestosis | 9/21/1999 |
| 22 | CRISPINO V. ABB LUMMU | Hazelet | | George | lung cancer | 9/21/1999 |
| 23 | PASSIONE V. ABB LUMMU | Jubie | | Myra | mesothelioma | 9/21/1999 |
| 24 | PASSIONE V. ABB LUMMU | Keenan | | Edward | asbestosis | 12/1/1997 |
| 25 | BRADY V. ABB LUMMUS C | Knott | | Clare | asbestosis | 9/21/1999 |
| 26 | TEABO V. ABB LUMMUS C | LaChase | | Pauline | lung cancer | 9/21/1999 |
| 27 | PASSIONE V. ABB LUMMU | LoVerde | | Lawrence | asbestosis | 9/21/1999 |
| 28 | PARMIGIANI V. ABB LUMM | Maglione | | Gerald | asbestosis | 9/21/1999 |
| 29 | PASSIONE V. ABB LUMMU | Martinez* | | Eugene | asbestosis | 9/21/1999 |
| 30 | PASSIONE V. ABB LUMMU | Marullo | | James | asbestosis | 8/31/1998 |
| 31 | ROMANO V. ABB LUMMUS | Materasso | | Steven | asbestosis | 9/21/1999 |
| 32 | INGRISANI V. ABB LUMMU | Murphy | | Thomas | asbestosis | 9/21/1999 |
| 33 | TEABO V. ABB LUMMUS C | Neenan | | Concetta | asbestosis | 9/21/1999 |
| 34 | HOSEK V. ABB LUMMUS | Nimphius | | Joan | lung cancer | 9/21/1999 |
| 35 | MARCONI V. ABB LUMMUS | Nowak | | Robert | asbestosis | 9/21/1999 |
| 36 | INGRISANI V. ABB LUMMU | O'Neill | | Vincent | lung cancer | 9/21/1999 |
| 37 | MARCONI V. ABB LUMMU | Owczarek | | Anthony | asbestosis | 9/21/1999 |
| 38 | PIUS V. ABB LUMMUS CR | Poirier | | Edward | asbestosis | 9/21/1999 |
| 39 | MARCONI V. ABB LUMMUS | Pollard | Jr | James | asbestosis | 9/21/1999 |
| 40 | PUTMAN V. ABB LUMMUS | Putman | | Robert | asbestosis | 9/21/1999 |
| 41 | PIUS V. ABB LUMMUS CR | Raynor | | Roger | asbestosis | 9/21/1999 |
| 42 | INGRISANI V. ABB LUMMU | Riley | | Charles | asbestosis | 9/21/1999 |
| 43 | PASSIONE V. ABB LUMMU | Rubin | | Gertrude | lung cancer | 9/21/1999 |
| 44 | PIUS V. ABB LUMMUS CR | Sainato | | Nicholas | asbestosis | 9/21/1999 |
| 45 | DEVITA V. ABB LUMMUS | Sangallo | | Joseph | asbestosis | 9/21/1999 |
| 46 | JAVORNICKY V. ABB LUM | Stapleton | | Robert | asbestosis | 11/28/1997 |
| 47 | MARCONI V. ABB LUMMUS | Stremel | | Richard | asbestosis | 8/21/1999 |
| 48 | INGRISANI V. ABB LUMMU | Taravella | | Thomas | asbestosis | 9/21/1999 |

10/16/2006

Wilentz, Goldman Spitzer
Asbestos PI Claims
10-16-6

| | Case Name | Last | First | Diagnosis | Agreement Date |
|---|---|---|---|---|---|
| 49 | INGRISANI V. ABB LUMMU | Tighe | John | asbestosis | 9/21/1999 |
| 50 | INGRISANI V. ABB LUMMU | Valenza | Bernadette | asbestosis | 9/21/1999 |
| 51 | PUTMAN V. ABB LUMMUS | Westerlind | Noel | asbestosis | 9/21/1999 |
| 52 | CRISPINO V. ABB LUMMU | Wyskochil | Elizabeth | asbestosis | 9/21/1999 |
| 53 | INGRISANI V. ABB LUMMU | Zabor | Chet | asbestosis | 9/21/1999 |
| 54 | PUTMAN V. ABB LUMMUS | Zeiger | Jerry | asbestosis | 9/21/1999 |
| 55 | PASSIONE V. ABB LUMMU | Becker | Sophie | asbestosis | 9/21/1999** |
| 56 | GIBLIN V. ABB LUMMUS C | Bradley | Leon | asbestosis | 9/21/1999** |
| 57 | GIBLIN V. ABB LUMMUS C | Cinquemani | Paul | asbestosis | 9/21/1999** |
| 58 | DEVITA V. ABB LUMMUS C | D'Angelo | Nicola | asbestosis | 9/21/1999** |
| 59 | GIBLIN V. ABB LUMMUS C | Franco | Thomas | asbestosis | 9/21/1999** |
| 60 | DEVITA V. ABB LUMMUS C | Galligan | Thomas | asbestosis | 9/21/1999** |
| 61 | PARMIGIANI V. ABB LUMM | Gonzales | Ronald | asbestosis | 9/21/1999** |
| 62 | DEVITA V. ABB LUMMUS C | Larkin | Patricia | lung cancer | 9/21/1999** |
| 63 | PUTMAN V. ABB LUMMUS | Meehan | Kenneth | asbestosis | 9/21/1999** |
| 64 | PARMIGIANI V. ABB LUMM | Parmigiani | John | asbestosis | 9/21/1999** |
| 65 | PIUS V. ABB LUMMUS CRI | Pius | Frederic | asbestosis | 9/21/1999** |
| 66 | DEVITA V. ABB LUMMUS C | Ruviluso | Elizabeth | asbestosis | 9/21/1999** |
| 67 | DEVITA V. ABB LUMMUS C | Zinser | Harold | asbestosis | 9/21/1999** |

** Please refer to the enclosed 2/2/01 correspondence re this agreement.

10/16/2006

STANDARD/NEW YORK/SINGLE

### GENERAL RELEASE

KNOW ALL MEN BY THESE PRESENTS, that John F. Buckley ("Releasor"), plaintiff in an action captioned Ingrisani, et al. v. ABB Lummus Crest, Inc., et al. pending in the Supreme Court of the State of New York, County of New York, and bearing the Index Number 107528/99, (the "Action"), for and in consideration of the sum of ONE DOLLAR ($1.00) and other good and valuable consideration (the "Settlement Amount"), paid by W.R. GRACE & CO.-CONN. and its past and present parents, affiliates and subsidiaries and its predecessors and successors in interest and its agents, heirs and assigns ("Releasee"), the receipt and sufficiency of which is hereby acknowledged, have and hereby do expressly covenant and agree forever to refrain from bringing any suit or proceeding at law or in equity against Releasee and hereby also release said Releasee from any and all claims of any kind whatsoever that they ever had or may ever have against Releasee as a result of Releasor's alleged exposure to asbestos fiber or products containing asbestos or dust therefrom, including, but not limited to, any and all claims which may arise for personal injuries or wrongful death ("the Claims") and is in complete satisfaction of the Claims, arising from this personal injury asbestos lawsuit.

It is understood and agreed that the payment of Releasee is made to compromise a doubtful and disputed claim and is not to be construed as an admission of liability on the part of Releasee by whom liability is expressly denied.

It is further understood and agreed that the within General Release is intended to release only said Releasee from the Claims and is not intended to release or benefit in any way any

#5500609

other defendants or third party defendants in the Action or any other persons or entities.

It is further understood and agreed that the payment of the Settlement Amount is not a full satisfaction of the Claims of Releasors for damages sought in the Action, but is fair and adequate consideration for a complete release of such Claims against Releasee.

Nothing in this Release nor the act of any party released hereby in accepting this Release shall be deemed to affect the claim of these parties against any other party, including the Johns-Manville Corporation and its related entities, which claims are expressly reserved and excluded from the terms and conditions of this Release.

In order to induce Releasee to enter into settlement, Releasors hereby do covenant and agree to hold Releasee harmless, to the full extent of the Settlement Amount received from Releasee as a result of this settlement, from any and all pending and potential claims, including claims of Releasor's employer or its insurance carrier asserted pursuant to the provisions of the New York Workers' Compensation Law which have been or may in the future be asserted against Releasee and which arise from any claimed injuries and/or damages which the plaintiffs have asserted in the action, excepting costs and attorneys' fees, and to indemnify Releasee in legal tender to the extent of the aforesaid funds, provided however, that Releasors do not covenant and do not agree to hold Releasee harmless, to any extent whatsoever, from any claims brought by any person or entity for indemnification from Releasee pursuant to any contractual agreement or undertaking, and nothing in this Release should be deemed to hold Releasee harmless from indemnity claims by others.

2

This Release has been explained to me carefully by my attorney. I understand that this Release is binding on me in every way. Among other things, I understand that, in return for receiving the Settlement Amount, I am giving up any claims I had or may have or may ever have against the companies called "Releasee" in the Release.

IN WITNESS WHEREOF, I have hereunto set my hands and seal this          day of                   , 20___.

                                    _____
                                    John F. Buckley

STATE OF          )
                  ; SS:
COUNTY OF         )

On this /4 th day of MAY          , before me personally appeared John F. Buckley residing at 7 Spartan Lane, Hauppauge, New York 11788 to me known and known to me to be the individual described herein, and who executed the foregoing Release and duly acknowledged to me that (s)he executed the same.

                                    _____
                                    NOTARY PUBLIC

                                    LOUISE LANGMAN
                                    Notary Public, State of New York
                                    No. 01LA5060241
                                    Qualified in Suffolk County
                                    Commission Expires May 20, 20 02

#SSD0609                    3