IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on this 22nd day of November, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**DEBTORS' MOTION FOR LEAVE FROM THIS COURT'S JANUARY 18, 2006 SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD OF MOTION FOR ENTRY OF AN ORDER authorizing DEBTORS TO FILE under seal W.R. GRACE & CO.'S OPPOSITION TO MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO COMPEL PRODUCTION OF DOCUMENTS.**

_/s/ James E. O'Neill_
James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:122675.40