# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 1.4 | $651.00 |
| | | | | | |
| **TOTAL** | | | | **1.4** | **$651.00** |



# FOLEY
# HOAG LLP
### ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 30, 2006
Invoice No.: 372553
Matter No.: 08743.00088

**Re:**   **Acton Site OU3**

For Professional Services rendered through September 30, 2006

| | |
|---|---|
| Fees | $651.00 |
| **Total Fees and Disbursements** | **$651.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 372553
October 30, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 09/26/06 | Jaffe | Review Acton Water District filing and emails with team regarding same (1.4). | 1.4 |
| | | **Total Hours** | **1.4** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 372553
October 30, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 1.4 |

| | |
|---|---|
| **Total Fees** | **$651.00** |

| | |
|---|---|
| **Total Fees** | **$651.00** |
| **Total Fees and Disbursements** | **$651.00** |



## FOLEY HOAG LLP
### ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 30, 2006
Invoice No.: 372553
Matter No.: 08743.00088

**Re:    Acton Site OU3**

**Total Fees and Disbursements**          **$651.00**

| **Remittance Address:** | **Fed-Ex Remittance Address:** |
|---|---|
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Box 83176 |
| Woburn, MA 01813-3176 | 100 Maple Street |
| | Stoneham, MA 02180-3125 |

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 372553
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 93 - Concord Landfill Closure

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 0.5 | $232.50 |
| | | | | | |
| TOTAL | | | | 0.5 | $232.50 |



## FOLEY HOAG LLP
### ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 30, 2006
Invoice No.: 372554
Matter No.: 08743.00093

**Re:** **Concord Landfill Closure**

For Professional Services rendered through September 30, 2006

| | |
|---|---|
| Fees | $232.50 |
| **Total Fees and Disbursements** | **$232.50** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 372554
October 30, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 09/05/06 | Jaffe | Emails with team and review MESA letter (0.5). | 0.5 |
| | | **Total Hours** | **0.5** |

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 372554<br>
October 30, 2006<br>
Page 3

## **TIMEKEEPER SUMMARY**

| **Timekeeper** | **Hours** |
|---|---|
| Jaffe | 0.5 |

**Total Fees**          $232.50

**Total Fees**          $232.50
**Total Fees and Disbursements**     <u>$232.50</u>



FOLEY
HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 30, 2006
Invoice No.: 372554
Matter No.: 08743.00093

Re:    **Concord Landfill Closure**

**Total Fees and Disbursements**          **$232.50**

| Remittance Address: | Fed-Ex Remittance Address: |
|---|---|
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Box 83176 |
| Woburn, MA 01813-3176 | 100 Maple Street |
| | Stoneham, MA 02180-3125 |

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00093, **Invoice #:** 372554
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 100 - Woburn Lease Environmental Issues**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 6.0 | $2,790.00 |
| | | | | | |
| **TOTAL** | | | | **6.0** | **$2,790.00** |



## FOLEY HOAG LLP
### ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 30, 2006
Invoice No.: 372555
Matter No.: 08743.00100

**Re:**    **Woburn Lease Environmental Issues**

For Professional Services rendered through September 30, 2006

|  |  |
|---|---|
| Fees | $2,790.00 |
| **Total Fees and Disbursements** | **$2,790.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

Matter No.: 08743.00100                                            Invoice No.: 372555
Re: Woburn Lease Environmental Issues                              October 30, 2006
                                                                             Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 09/05/06 | Jaffe | Telephone conference with Mr. Cheeseman (0.3); emails with team (0.3); review EPA claims (0.6). | 1.2 |
| 09/11/06 | Jaffe | Team telephone conference and prepare for same (1.3). | 1.3 |
| 09/14/06 | Jaffe | Emails with Ms. Johns (0.3). | 0.3 |
| 09/18/06 | Jaffe | Telephone conference with Mr. Freidenberg and telephone calls to Mr. Child and Ms. Johns regarding same (0.6); emails with Mr. Freidenberg and Ms. Finkelstein regarding same (0.2). | 0.8 |
| 09/20/06 | Jaffe | Telephone conference with Mr. Child and emails with team regarding same (1.3). | 1.3 |
| 09/22/06 | Jaffe | Review Mr. Child email and attachments and emails with team regarding same (1.1). | 1.1 |
| | | **Total Hours** | **6.0** |

Matter No.: 08743.00100
Re: Woburn Lease Environmental Issues

Invoice No.: 372555
October 30, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 6.0 |

**Total Fees**                                         $2,790.00

**Total Fees**                                         $2,790.00
**Total Fees and Disbursements**                       $2,790.00



**FOLEY HOAG** LLP
·ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 30, 2006
Invoice No.: 372555
Matter No.: 08743.00100

**Re:    Woburn Lease Environmental Issues**

**Total Fees and Disbursements**                     **$2,790.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00100, **Invoice #:** 372555
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth A. Rice | Paralegal | Bankruptcy | $175.00 | 0.6 | $105.00 |
| | | | | | |
| TOTAL | | | | 0.6 | $105.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 26.52 |
| | |
| TOTAL | $ 26.52 |



# FOLEY HOAG LLP
### ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 30, 2006
Invoice No.: 372556
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through September 30, 2006

| | |
|---|---|
| Fees | $105.00 |
| Disbursements | 26.52 |
| **Total Fees and Disbursements** | **$131.52** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 372556
October 30, 2006
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 09/06/06 | Rice | Review, revise and forward monthly fee application to local counsel. | 0.6 |
| | | **Total Hours** | **0.6** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 372556
October 30, 2006
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | |
|---|---|---|
| Rice | 0.6 | |
| **Total Fees** | | **$105.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 09/30/06 | In-House Photocopying | 26.52 |
| **Total Disbursements** | | **$26.52** |

| | |
|---|---|
| **Total Fees** | **$105.00** |
| **Total Disbursements** | **26.52** |
| **Total Fees and Disbursements** | **$131.52** |



**FOLEY HOAG** LLP
·ATTŌRNEYS AT LAW·

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 30, 2006
Invoice No.: 372556
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

**Total Fees and Disbursements**          **$131.52**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 372556
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com