# EXHIBIT 2

# BMC Group
## WR Grace
### MONTHLY SUMMARY OF EXPENSES
For the Month of April  2006

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $562.60 |
| PO Box Renewal | $434.00 |
| Postage/Shipping | $71.57 |
| Monthly Total: | $1,918.17 |

EXHIBIT 2

# BMC Group

## WR Grace
### MONTHLY SUMMARY OF EXPENSES
For the Month of April  2006

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,918.17 |

EXHIBIT 2

# BMC Group

WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of May  2006

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $562.60 |
| Postage/Shipping | $15.30 |
| Monthly Total: | $1,427.90 |

EXHIBIT 2

# BMC Group

## WR Grace
### MONTHLY SUMMARY OF EXPENSES
For the Month of May  2006

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,427.90 |

EXHIBIT 2

# BMC Group

## WR Grace
## MONTHLY SUMMARY OF EXPENSES
### For the Month of June 2006

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| **Airline** | $366.35 |
| **B-Linx/Data Storage** | $850.00 |
| **Breakfast** | $76.51 |
| **Dinner - BMC/Client** | $115.80 |
| **Document Storage** | $562.00 |
| **Lodging - BMC/Client** | $1,993.60 |
| **Lunch** | $79.99 |
| **Pacer** | $63.28 |
| **Phone/ISP** | $3.63 |
| **Postage/Shipping** | $414.86 |
| **Taxi** | $45.00 |
| **Tips** | $15.00 |
| Monthly Total: | $4,586.02 |

EXHIBIT 2

# BMC Group
### WR Grace
### MONTHLY SUMMARY OF EXPENSES
For the Month of June 2006

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| Grand Total: | $4,586.02 |

EXHIBIT 2

BMC GROUP
APRIL 2006

WR GRACE
EXPENSE DETAIL

| Invoice Nbr | Estimate/Reconcile? | CustomerID | ConsultantID | Vendor | Amount | InvDate | Expense Category | Description |
|---|---|---|---|---|---|---|---|---|
| 21_060430 | WR Grace | BMC, BMC | | BMC | $850.00 | 30-Apr-06 | B-Inv/Data Storage | B-Inv/Data Storage |
| 21_060430 | WR Grace | BMC, BMC | | BMC | $562.60 | 30-Apr-06 | Document Storage | 368 boxes |
| 21_060430 | WR Grace | Jafarine, Andrea | | USPS | $434.00 | 10-Apr-06 | PO Box Renewal | PO Box Rental fee for 6 months. |
| 21_060430 | WR Grace | Jafarine, Andrea | | FedEx | $22.39 | 01-Apr-06 | Postage/Shipping | FedEx of CD to Michael Rosenberg/K&E - tracking # 792694462837 |
| 21_060430 | WR Grace | Jafarine, Andrea | | FedEx | $49.18 | 18-Apr-06 | Postage/Shipping | FedEx shipment of Speights CDs to Michael Rosenberg/K&E - tracking # 791437307553 |

EXHIBIT 2

BMC GROUP

WR GRACE
EXPENSE SUMMARY

MAY 2006

| Project | Biller | Cost Claimant Name | Vendor | Amount | Date | Expense Category | Description |
|---|---|---|---|---|---|---|---|
| 21_060531 | WR Grace | BMC, BMC | BMC | $850.00 | 31-May-06 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_060531 | WR Grace | BMC10, bmc | BMC | $562.60 | 31-May-06 | Document Storage | 388 boxes |
| 21_060531 | WR Grace | Jafarrie, Andrea | World Wide Express | $15.30 | 15-May-06 | Postage/Shipping | Shipment of Personal Injury Questionnaire to Gina Washburn of Rust Cnsltng |
| | | | | $1,427.90 | | | |

EXHIBIT 2

BMC GROUP

WR GRACE
EXPENSE DETAIL

JUNE 2006

| Invoice No | Matter | Consultant | Vendor | Expense Type | Amount | Description |
|---|---|---|---|---|---|---|
| 21_060630 | WR Grace | Booth, Mike | Verizon Wireless | 6/9/06 Phone/ISP | $3.63 | June 2006 Cell Statement / 05/09 - 06/09 |
| 21_060630 | WR Grace | BMC10, BMC | FedEx | 6/12/06 Postage/Shipping | $107.42 | Shipment of Court docs for WR Grace mtg with K&E - tracking # 791011635610 |
| 21_060630 | WR Grace | BMC10, BMC | FedEx | 6/12/06 Postage/Shipping | $62.76 | Shipment of Court docs to L Sinanyan/K&E - tracking #791966002689 |
| 21_060630 | WR Grace | zzCAMEX-Sherrschaft, sherrschaft | Hotel Allegro Chicago | 6/6/06 Dinner - BMC/Client | $30.22 | SH in room 6/6/06 |
| 21_060630 | WR Grace | BMC, BMC | BMC | 6/30/06 B-Linx/Data Storage | $850.00 | B-Linx/Data Storage |
| 21_060630 | WR Grace | BMC10, bmc | BMC | 6/30/06 Document Storage | $562.00 | 388 boxes |
| 21_060630 | WR Grace | zzCAMEX-Sherrschaft, sherrschaft | Bubba Gump | 6/7/06 Dinner - BMC/Client | $49.95 | Dinner/meeting prep |
| 21_060630 | WR Grace | zzCAMEX-Sherrschaft, sherrschaft | Corner Bakery | 6/8/06 Breakfast | $60.52 | Breakfast for client/counsel meeting. Original receipt has been lost. |
| 21_060630 | WR Grace | zzCAMEX-Sherrschaft, sherrschaft | Cosi | 6/8/06 Lunch | $79.99 | Lunch for client/counsel meeting |
| 21_060630 | WR Grace | zzCAMEX-Sherrschaft, sherrschaft | LaCreperie | 6/8/06 Dinner - BMC/Client | $35.63 | SH travel meal |
| 21_060630 | WR Grace | zzCAMEX-Sherrschaft, sherrschaft | Hotel Allegro | 6/10/06 Lodging - BMC/Client | $1,993.60 | SH 6/6-9/06 |
| 21_060630 | WR Grace | BMC10, BMC | World Wide Express | 6/5/06 Postage/Shipping | $95.16 | Shipment of binders for meeting with K&E - tracking # 1515814370 |
| 21_060630 | WR Grace | BMC10, BMC | FedEx | 6/6/06 Postage/Shipping | $149.52 | 14 Binders of WR Grace documents for meeting with K&E |
| 21_060630 | WR Grace | Herrschaft, Susan | Yellow Cab | 6/6/06 Taxi | $45.00 | Taxi from ORD to 77 W Wacker |
| 21_060630 | WR Grace | Herrschaft, Susan | Hudson News LAX | 6/6/06 Breakfast | $12.80 | SH travel meal |
| 21_060630 | WR Grace | Herrschaft, Susan | McDonalds | 6/9/06 Breakfast | $3.19 | Travel Breakfast/Lunch |
| 21_060630 | WR Grace | Herrschaft, Susan | Miscellaneous | 6/9/06 Tips | $15.00 | Miscellaneous tips |
| 21_060630 | WR Grace | zzCAMEX-Sherrschaft, sherrschaft | American | 6/6/06 Airline | $366.35 | SH LAX-ORD 6/6-9/06 |
| 21_060630 | WR Grace | BMC10, bmc | Pacer | 6/30/06 Pacer | $63.28 | qrtly court doc dwnloads 4/1-6/30/06 |

EXHIBIT 2

BMC GROUP

WR GRACE April Production

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20060406-1 | 4/6/2006 | $7.89 |
| 021-20060407-2 | 4/7/2006 | $7.89 |
| 021-20060407-1 | 4/7/2006 | $296.89 |
| 021-20060419-2 | 4/19/2006 | $60.52 |
| 021-20060419-1 | 4/19/2006 | $27.24 |
| 021-20060424-1 | 4/24/2006 | $71.68 |
| | Total: | $472.11 |

EXHIBIT 2

BMC GROUP                           WR GRACE                           MAY 2006
                              PRODUCTION SUMMARY

WR Grace May Production

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20060505-1 | 5/5/2006 | $876.65 |
| 021-20060515-1 | 5/15/2006 | $81.35 |
| 021-20060519-1 | 5/19/2006 | $27.48 |
| | Total: | $985.48 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION SUMMARY

JUNE 2006

WR GRACE June Production

| InvoiceID | JobDate | InvoiceTotal |
|-----------|---------|--------------|
| 021-20060620-1 | 6/20/2006 | $26.76 |
| 021-20060626-1 | 6/26/2006 | $1,021.36 |
| | Total: | $1,048.12 |

EXHIBIT 2

BMC GROUP
APRIL 2006

WR GRACE
PRODUCTION DETAIL

| Job Type | Job Item | Pages / Par Step | | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Custom Personal Injury Questionnaire | 53 / 1 | Postage | USPS - 1st Class | 1 Piece @ $1.35 each | $1.35 |
| | | | Production | Copy | 53 Pieces @ $.12 each | $6.36 |
| | | | | Stuff and Mail | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - Catalog | 1 Piece @ $.13 each | $0.13 |
| | | | | | Total | $7.89 |

EXHIBIT 2

BMC GROUP
APRIL 2006

WR GRACE
PRODUCTION DETAIL

| Job Type | Job Item | Pages / Par Step | | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Letter to Counsel from B Harding | 3 / 53 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Certified Mail | 53 Pieces @ $4.64 each | $245.92 |
| | | | Production | Copy | 159 Pieces @ $.12 each | $19.08 |
| | | | | Fold and Stuff | 53 Pieces @ $.05 each | $2.65 |
| | | | Supplies | Inkjet and Envelope - #10 | 53 Pieces @ $.08 each | $4.24 |
| | | | | | Total | $296.89 |

EXHIBIT 2

BMC GROUP
APRIL 2006

WR GRACE
PRODUCTION DETAIL

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | (Corrected) Custom Personal Injusy Questionnaire | 53 / 1 | Postage | USPS - 1st Class | 1 Piece @ $1.35 each | $1.35 |
| | | | Production | Copy | 53 Pieces @ $.12 each | $6.36 |
| | | | | Stuff and Mail | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - Catalog | 1 Piece @ $.13 each | $0.13 |
| | | | | | Total | $7.89 |

EXHIBIT 2

BMC GROUP
APRIL 2006

WR GRACE
PRODUCTION DETAIL

| Job Type | Job Item | Pages / Par Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 12259 - 20th Omni 5 Continuation | 5 / 2 | Document/Data Preparation | 1 Task @ $25.00 each | $25.00 |
| | | | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | | |
| | | | USPS - 1st Class | 2 Pieces @ $.39 each | $0.78 |
| | | | Production | | |
| | | | Copy | 10 Pieces @ $.12 each | $1.20 |
| | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | | |
| | | | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |
| | | | Total | | $27.24 |

EXHIBIT 2

BMC GROUP
APRIL 2006

WR GRACE
PRODUCTION DETAIL

| Job Type | Job Item | Pagies / Pa Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 12260 - Omni 16 Order | 8 / 24 | | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class | 24 Pieces @ $.39 each | $9.36 |
| | | Production | Copy | 192 Pieces @ $.12 each | $23.04 |
| | | | Fold and Stuff | 24 Pieces @ $.05 each | $1.20 |
| | | Supplies | Inkjet and Envelope - #10 | 24 Pieces @ $.08 each | $1.92 |
| | | | Total | | $60.52 |

EXHIBIT 2

BMC GROUP
APRIL 2006

WR GRACE
PRODUCTION DETAIL

| Job Type | Job Item | Pages / Par Step | Task | Details | Total |
|----------|----------|------------------|------|---------|-------|
| Noticing Document | Suppl - Personal Injury Questionaire | 53 / 4 | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | DHL/Airborne Exp | 4 Pieces @ $11.42 each | $45.68 |
| | | Document/Data Preparation | Expedited Mail Handling | 4 Pieces @ $.25 each | $1.00 |
| | | Postage | | Total | $71.68 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

MAY 2006

| Job Type | Job Item | Pages / Par Step | | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Order Modifying CMO re: PI Liabilities | 2 / 1,120 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 1119 Pieces @ $.39 each | $436.41 |
| | | | | USPS - International | 1 Piece @ $.84 each | $0.84 |
| | | | Production | Copy | 2240 Pieces @ $.12 each | $268.80 |
| | | | | Fold and Stuff | 1120 Pieces @ $.05 each | $56.00 |
| | | | Supplies | Inkjet and Envelope - #10 | 1120 Pieces @ $.08 each | $89.60 |
| | | | | | Total | $876.65 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

MAY 2006

| Job Type | Job Item | Pages / Par Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | PI Questionnaire - preprinted | 20 / 2 | | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | DHL/Airborne Exp | 1 Piece @ $54.82 each | $54.82 |
| | | | USPS - 1st Class | 1 Piece @ $1.35 each | $1.35 |
| | | Production | Stuff and Mail | 1 Piece @ $.05 each | $0.05 |
| | | Supplies | Inkjet and Envelope - Catalog | 1 Piece @ $.13 each | $0.13 |
| | | | Total | | $81.35 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

MAY 2006

| Job Type | Job Item | Pages / Par Step | | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 12447 - 21st Omni 5 Continuation Order | 6 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.39 each | $0.78 |
| | | | Production | Copy | 12 Pieces @ $.12 each | $1.44 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |
| | | | | | | $27.48 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

JUNE 2006

| Job Type | Job Item | Pages / Par Step | | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 12680 - 22nd Omni Continuation Order | 3 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.39 each | $0.78 |
| | | | Production | Copy | 6 Pieces @ $.12 each | $0.72 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |
| | | | | | Total | $26.76 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

JUNE 2006

| Job Type | Job Item | Pages / Par Step | | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Letter to Counsel re Mediation | 2 / 1,119 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 1118 Pieces @ $.39 each | $436.02 |
| | | | | USPS - International | 1 Piece @ $.84 each | $0.84 |
| | | | Production | Copy | 2238 Pieces @ $.12 each | $268.56 |
| | | | | Fold and Stuff | 2238 Pieces @ $.05 each | $111.90 |
| | | | Supplies | Inkjet and Envelope - #10 | 2238 Pieces @ $.08 each | $179.04 |
| | | | | | Total | $1,021.36 |

EXHIBIT 2