# EXHIBIT A

July Fee Application

13212

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: October 4, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF THE FIFTY-EIGHTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM JULY 1, 2006 THROUGH JULY 31, 2006

Name of Applicant:                                   Casner & Edwards, LLP

Authorized to Provide Professional Services to:      W. R. Grace & Co., et al., Debtors and
                                                     Debtors-in-Possession

Date of Retention:                                   September 18, 2001,
                                                     effective as of September 18, 2001

Period for which compensation and                    July 1, 2006 through
reimbursement is sought:                             July 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $16,289.50  (80% = $13,031.60)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $15,153.31

This is an:    X monthly    __ interim    __ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |

| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | Pending | Pending |
| 9/14/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | Pending | Pending |

As indicated above, this is the fifty-eighth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $625.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 39 | Litigation | $250.00 | 10.20 | $2,550.00 |
| Donna B. MacKenna | Partner | 22 ½ | Litigation | $225.00 | 6.60 | $1,485.00 |
| Matthew T. Murphy | Associate | 18 | Litigation | $220.00 | 17.40 | $3,828.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 22 | Litigation | $95.00 | 88.70 | $8,426.50 |
| TOTALS | | | | | 122.90 | $16,289.50 |

**Total Fees:**        **$16,289.50**

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $4.20 |
| Federal Express | $479.76 |
| Pacer Online Search | $77.36 |
| Outside Photocopying | $3,039.54 |
| Photocopying ($0.12/page) | $21.24 |
| Rent Reimbursement | $11,126.91 |
| Miscellaneous | $404.30 |
| TOTAL | $15,153.31 |

**Total Expenses:**        **$15,153.31**

7

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 121.00 | $15,814.50 |
| Fee Applications, Applicant | 1.90 | $475.00 |
| Expenses | N/A | $15,153.31 |
| TOTALS | 122.90 | $31,442.81 |

Dated:  September 8, 2006

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/392427

8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: October 4, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## FIFTY-EIGHTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JULY 1, 2006 THROUGH JULY 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

September 6, 2006

Bill Number  96673
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through July 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/01/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $25.00 |
| 07/05/06 | RAM | Conference with MTM re: status of determining earliest dates when certain studies were in repository or disclosed in discovery (.2); review documents to try and ascertain dates (.6); conferences with MTM and DBM re: same (.5). Read selected documents filed in bankruptcy court (.7). | 2.00 Hrs | $500.00 |
| 07/05/06 | MTM | Work on project to establish earliest date for various documents' disclosure in discovery responses (2.0); conference with ARA re: same (.4); email from K&E paralegal re: various deposition transcripts (.2); review lists and respond to same (.5); conference with RAM re: project to establish earliest date certain documents disclosed in discovery (.5). | 3.60 Hrs | $792.00 |
| 07/05/06 | ARA | Review former Grace employee's depositions for references to particular studies, per MTM's request (5.6). Per MTM's request, review deposition binder for transcripts of plaintiffs' expert (.7). Document control (.4). | 6.70 Hrs | $636.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/06/06 | MTM | Review transcripts and inventories at Winthrop Square re: earliest date certain documents were disclosed in discovery responses. | 3.50 Hrs | $770.00 |
| 07/06/06 | ARA | Review former Grace employee's depositions for references to particular studies, per MTM's request. | 5.90 Hrs | $560.50 |
| 07/07/06 | ARA | Review former Grace employee's depositions for references to particular studies, per MTM's request. | 5.00 Hrs | $475.00 |
| 07/10/06 | RAM | Read selected documents filed in bankruptcy court (.4). Telephone conference with in-house counsel re: meeting with K&E to prepare for PI estimation trial and re: superseding indictment in criminal case (.2). | 0.60 Hrs | $150.00 |
| 07/10/06 | ARA | Review former Grace employee's depositions for references to particular studies, per MTM's request (5.4). Document control (.9). | 6.30 Hrs | $598.50 |
| 07/11/06 | MTM | Letter to K&E paralegal re: deposition transcripts. | 0.10 Hrs | $22.00 |
| 07/11/06 | ARA | Review and arrange for deposition transcripts of plaintiffs' expert to be copied (1.2); receipt of deposition transcripts from copy service (.2); quality control and return deposition transcripts to expert library (.3). Quality control other deposition transcripts and return them to the employee and expert libraries (3.3). | 5.00 Hrs | $475.00 |
| 07/12/06 | MTM | Email to Grace consultant re: document request from TCEQ. | 0.10 Hrs | $22.00 |
| 07/12/06 | ARA | Quality control documents from government exhibits project. | 6.80 Hrs | $646.00 |
| 07/13/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $25.00 |
| 07/14/06 | RAM | Read selected documents filed in bankruptcy court (.7); conference with MTM re: determining when each of certain studies was initially disclosed (.2); review memos re: same (.2); conference with MTM and read email re: earliest dates (.1). | 1.20 Hrs | $300.00 |
| 07/14/06 | DBM | Conference with MTM re: further inquiry on dates of first production/disclosure of certain documents. | 0.10 Hrs | $22.50 |
| 07/14/06 | MTM | Work on project to determine earliest dates certain documents were disclosed in discovery responses (2.8); conferences with RAM and DBM re: same (.3); review old interrogatory answers at Winthrop Square re: same (1.5); telephone call to in-house counsel re: same (.3); email to in-house counsel re: same (.4). | 5.30 Hrs | $1,166.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/18/06 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $25.00 |
| 07/18/06 | MTM | Telephone call to ARA re: search closed case files for earliest date certain documents were disclosed in discovery (.2). Receipt and review of email from paralegal for criminal defendant re: various depositions (.1). | 0.30 Hrs | $66.00 |
| 07/18/06 | ARA | Per MTM's request, search for certain closed Ohio cases (4.0). Telephone call from MTM re: criminal defense attorney's request for Government exhibit (.1); locate document requested and arrange to have document faxed to attorney (2.0); email to confirm fax received (.2). | 6.30 Hrs | $598.50 |
| 07/19/06 | MTM | Conference with ARA re: review of closed case files for copies of early discovery responses (.3); telephone call from and email from Holme Roberts paralegal re: certain documents of former Grace employee (.4); reply to same (.3). | 1.00 Hrs | $220.00 |
| 07/19/06 | ARA | Continue to review closed case binders for closed Ohio cases (2.1); conference with MTM re: same (.3); telephone call to request case files from Recordkeeper (.2). | 2.60 Hrs | $247.00 |
| 07/20/06 | DBM | Search for documents per MTM re: testimony of former Grace employee. | 2.80 Hrs | $630.00 |
| 07/20/06 | MTM | Conference with ARA re: reviewing old interrogatory answers for earliest date project (.3); conference with DBM and review email re: testimony of former Grace employee as requested by criminal defense counsel (.2). | 0.50 Hrs | $110.00 |
| 07/20/06 | ARA | Search for and locate documents per MTM's request re: former Grace employee's testimony (3.9); produce documents to MTM (.3). Conference with MTM re: reviewing interrogatory answers (.3). | 4.50 Hrs | $427.50 |
| 07/21/06 | DBM | Continue search for documents re: testimony of former Grace employee in no smoking arbitration (3.5); send email to MTM re: searches and results (.2). | 3.70 Hrs | $832.50 |
| 07/21/06 | MTM | Email to Holme Roberts paralegal re: testimony of former Grace employee (.2); email from DBM re: additional searches for same (.2); conference with ARA re: same (.2); review new documents re: same and email to Holme Roberts paralegal (.3). | 0.90 Hrs | $198.00 |
| 07/21/06 | ARA | Quality control closed case binders (2.0). Per MTM's call, search for and locate more documents re: former Grace employee's testimony (3.0). | 5.00 Hrs | $475.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/23/06 | MTM | Receipt and respond to email from in-house counsel re: product. | 0.10 Hrs | $22.00 |
| 07/24/06 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read motion to compel PI claimants to respond to questionnaire (.2). | 0.30 Hrs | $75.00 |
| 07/24/06 | MTM | Review boxes from storage for old interrogatory answers disclosing certain documents (.5); telephone call to ARA re: same (.2). | 0.70 Hrs | $154.00 |
| 07/24/06 | ARA | Conference with MTM re: boxes retrieved from Recordkeeper (.2); review binders for box numbers for MTM (.3). Quality control and return deposition binders to the deposition library (4.0). | 4.50 Hrs | $427.50 |
| 07/25/06 | RAM | Read selected documents filed in bankruptcy court (.5). Telephone conference with in-house counsel re: next week's meeting at K&E; prepare for same (.3). | 0.80 Hrs | $200.00 |
| 07/25/06 | MTM | Work on project to establish earliest date certain documents were disclosed in discovery. | 0.50 Hrs | $110.00 |
| 07/25/06 | ARA | Quality control documents in the production set (3.0). Discussion with MTM and review boxes retrieved from Recordkeeper re: Ohio closed cases (.6); telephone calls to DG (.3) and Recordkeeper (.2) re: sending correct boxes . Quality control and return more depositions to the employee deposition library (1.0). | 5.10 Hrs | $484.50 |
| 07/26/06 | RAM | Prepare for next week's meeting at Kirkland and Ellis. | 0.20 Hrs | $50.00 |
| 07/26/06 | MTM | Email from paralegal for criminal defense counsel re: various exhibits (.3); telephone call to ARA re: same (.2); email to paralegal for criminal defendant re: same (.3). | 0.80 Hrs | $176.00 |
| 07/26/06 | ARA | Quality control documents in the production set (4.0). Per telephone call from MTM, locate exhibits in former Grace employee's deposition binder for criminal defense attorney (1.6). Contact Recordkeeper re: location of boxes for closed Ohio cases (.2). | 5.80 Hrs | $551.00 |
| 07/27/06 | ARA | Receipt from copy service of exhibits from former Grace employee's deposition binders and quality control same (1.8); prepare copies of exhibits to be federal expressed to criminal defense attorney (.5); email attorney re: same (.2). Quality control documents in the production set re: TCEQ (3.7). | 6.20 Hrs | $589.00 |
| 07/28/06 | ARA | Quality control documents in the production set re: TCEQ. | 6.50 Hrs | $617.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/30/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $25.00 |
| 07/31/06 | RAM | Travel to airport and then to Washington, DC to hotel for meeting tomorrow with Kirkland & Ellis attorneys and in-house counsel (flight delayed 2 1/2 hours) (billed at 1/2 time). | 2.80 Hrs | $700.00 |
| 07/31/06 | ARA | Quality control documents in the production set re: TCEQ. | 6.50 Hrs | $617.50 |
| | | TOTAL LEGAL SERVICES | | $15,814.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 8.30 Hrs | 250/hr | $2,075.00 |
| DONNA B. MACKENNA | 6.60 Hrs | 225/hr | $1,485.00 |
| MATTHEW T. MURPHY | 17.40 Hrs | 220/hr | $3,828.00 |
| ANGELA R. ANDERSON | 88.70 Hrs | 95/hr | $8,426.50 |
| | 121.00 Hrs | | $15,814.50 |

TOTAL THIS BILL          $15,814.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 6, 2006

Bill Number 96674
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through July 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/02/06 | RAM | Work on May fee application. | 0.60 Hrs | $150.00 |
| 07/05/06 | RAM | Work on May fee application; send it to in-house counsels to review. | 0.10 Hrs | $25.00 |
| 07/08/06 | RAM | Prepare May fee application to be sent to Delaware counsel to file. | 0.20 Hrs | $50.00 |
| 07/13/06 | RAM | Email from in-house counsel that fee application may be filed. Send May fee application to Delaware counsel to file. | 0.10 Hrs | $25.00 |
| 07/25/06 | RAM | Work on June fee application. | 0.10 Hrs | $25.00 |
| 07/27/06 | RAM | Work on June fee application. | 0.60 Hrs | $150.00 |
| 07/30/06 | RAM | Work on June fee application. | 0.20 Hrs | $50.00 |
| | | | TOTAL LEGAL SERVICES | $475.00 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 1.90 Hrs | 250/hr | $475.00 |
|---|---|---|---|
| | 1.90 Hrs | | $475.00 |

TOTAL THIS BILL    $475.00

## EXHIBIT B
### (Expense Detail)

**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 6, 2006

Bill Number  96675
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

### FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

### DISBURSEMENTS

Through July 31, 2006

| | | | |
|---|---|---|---|
| EXCESS POSTAGE | | | $4.20 |
| **FEDERAL EXPRESS** | | | |
| 07/11/06 | To Remedium Group, Inc. from Casner and Edwards on 06/28/06 by MTM. | 213.74 | |
| 07/11/06 | To Arent Fox attorney from Casner and Edwards on 06/23/06 by MTM. | 76.12 | |
| 07/25/06 | To Kirkland & Ellis paralegal from Casner and Edwards on 6/30/06 by MTM. | 175.52 | |
| | | | $465.38 |
| PACER ONLINE SEARCH | | | $77.36 |
| **OUTSIDE PHOTOCOPYING** | | | |
| 07/11/06 | MERRILL COMM - Documents for Texas Commission on Environmental Quality (6/23/06) | 1,162.70 | |
| 07/11/06 | MERRILL COMM - Documents for Texas Commission on Environmental Quality (6/27/06) | 230.31 | |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through July 31, 2006

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 07/11/06 | MERRILL COMM - Privilege lists for local counsel in ERISA matter (6/26/06) | 415.98 | |
| 07/11/06 | MERRILL COMM - Documents for Texas Commission on Environmental Quality (6/21/06) | 288.76 | |
| 07/25/06 | MERRILL COMM - Documents requested by TCEQ (6/28/06). | 199.93 | |
| 07/25/06 | MERRILL COMM - Depositions requested by Kirkland & Ellis (6/29/06) | 741.86 | |
| | | | $3,039.54 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 07/20/06 | 22 copies at .12 per copy | 2.64 | |
| 07/24/06 | 2 copies at .12 per copy | 0.24 | |
| 07/25/06 | 60 copies at .12 per copy | 7.20 | |
| 07/27/06 | 2 copies at .12 per copy | 0.24 | |
| | | | $10.32 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 07/05/06 | Rent and utilities for document repository at One Winthrop Square - July 2006. | 11,126.91 | |
| | | | $11,126.91 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 07/11/06 | RECORDKEEPER ARCHIVE-Storage 7/01/06 through 7/31/06. | 404.30 | |
| | | | $404.30 |
| | | TOTAL DISBURSEMENTS | $15,128.01 |

Mark A. Shelnitz

**TOTAL THIS BILL**      **$15,128.01**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 6, 2006

Bill Number  96676
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through July 31, 2006

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 07/25/06 | To 919 North Market St., Pachulski Stang Ziehl Young, Patricia Cuniff from Casner and Edwards on 7/13/06 by RAM. | 14.38 | |
| | | | $14.38 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 07/13/06 | 91 copies at .12 per copy | 10.92 | |
| | | | $10.92 |
| | TOTAL DISBURSEMENTS | | $25.30 |

Mark A. Shelnitz

TOTAL THIS BILL          $25.30

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on this 12th day of September, 2006, I

caused a copy of the following document(s) to be served on the individuals on the attached

service list(s) in the manner indicated:

**Summary of the Fifty-Eighth Monthly Application of Casner & Edwards, LLP
for Compensation for Services and Reimbursement of Expenses as Special
Litigation Counsel to Debtors for the Period from July 1, 2006 through July
31, 2006**

James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:115005.43

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 33512
07 – Hand Delivery
10 – First Class Mail

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
Chase Manhatten Center
1201 Market Street
15th Floor
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*First Class Mail*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

*First Class Mail*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*First Class Mail*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201