# EXHIBIT B
August Fee Application

*13424*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: November 7, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY OF THE FIFTY-NINTH MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM AUGUST 1, 2006 THROUGH AUGUST 31, 2006**

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | August 1, 2006 through August 31, 2006 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $34,312.00  (80% = $27,449.60)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $14,214.01

This is an:   X monthly   __ interim   __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

3

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |

| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
|--------|---------------------------|------------|------------|--------------------------------|--------------------------------|
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/14/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | Pending | Pending |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | Pending | Pending |

As indicated above, this is the fifty-ninth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 3.6 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $990.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

## Fee Summary

### (see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 40 | Litigation | $275.00 | 23.30 | $6,407.50 |
| Robert A. Murphy | Senior Counsel | 40 | Litigation | No charge | 0.05 | $0.00 |
| Donna B. MacKenna | Partner | 23 ½ | Litigation | $245.00 | 9.70 | $2,376.50 |
| Matthew T. Murphy | Associate | 19 | Litigation | $240.00 | 60.70 | $14,568.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 23 | Litigation | $100.00 | 106.30 | $10,630.00 |
| Marci E. Venderheide | Paralegal | 6 | Litigation | $100.00 | 3.30 | $330.00 |
| TOTALS | | | | | 203.35 | $34,312.00 |

**Total Fees:**          **$34,312.00**

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $4.20 |
| Federal Express | $124.44 |
| Travel | $1,119.62 |
| Outside Photocopying | $230.97 |
| Photocopying ($0.12/page) | $87.36 |
| Telephone | $6.27 |
| Rent Reimbursement | $12,209.85 |
| Miscellaneous | $431.30 |
| TOTAL | $14,214.01 |

**Total Expenses:**      **$14,214.01**

8

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 200.35 | $33,487.00 |
| Fee Applications, Applicant | 3.00 | $825.00 |
| Expenses | N/A | $14,214.01 |
| TOTALS | 203.35 | $48,526.01 |

Dated:  October 13, 2006

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/394798.1

9

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: November 7, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## FIFTY-NINTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM AUGUST 1, 2006 THROUGH AUGUST 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 3, 2006

Bill Number 97647
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through August 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/01/06 | RAM | Meet with K&E attorneys and in-house counsel to discuss several issues re: PI estimation trial (5.7). Return to Boston office from meeting in DC (1.8 - travel at 1/2 time). | 7.50 Hrs | $2,062.50 |
| 08/01/06 | MTM | Telephone call to ARA re: retrieving interrogatory answers from off-site storage (.2); work on project to establish oldest date certain documents were in the repository (.8). | 1.00 Hrs | $240.00 |
| 08/01/06 | ARA | Quality control documents in the production set re: TCEQ (5.8). Per telephone call from MTM, check Recordkeeper lists to identify boxes containing interrogatory answers; call Recordkeeper to obtain boxes (.9). Answer Merrill billing questions for MTM (.2). | 6.90 Hrs | $690.00 |
| 08/02/06 | RAM | Read selected documents filed in bankruptcy court (.3). Conference with MTM and DBM re: things to do as a result of meeting at K&E (.6). | 0.90 Hrs | $247.50 |
| 08/02/06 | DBM | Conference with MTM and RAM re: searches for documents re: meeting at K&E (.6); conduct search for same (1.0). | 1.60 Hrs | $392.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/02/06 | MTM | Review storage boxes re: earliest date project (.5); telephone call to ARA re: same (.3). Conference with RAM and DBM re: K&E follow-up work (.6). | 1.40 Hrs | $336.00 |
| 08/02/06 | ARA | Telephone conference with MTM that boxes containing interrogatory answers were delivered by Recordkeeper (.3). Document control (1.5). | 1.80 Hrs | $180.00 |
| 08/03/06 | RAM | Conference with MTM re: follow-up actions re: meeting at Kirkland & Ellis. | 0.50 Hrs | $137.50 |
| 08/03/06 | MTM | Review printout from DBM re: non-CPD product notice documents (.9). Email to Holme Roberts paralegal re: ore shipment binder (.3); work on various requests from K&E re: PI claims estimation (2.3); conference with RAM re: same (.5). | 4.00 Hrs | $960.00 |
| 08/03/06 | ARA | Receipt of telephone call from MTM (.2) and obtain notice documents for K&E (4.4). Quality control invoices in the production set re: TCEQ (1.6). | 6.20 Hrs | $620.00 |
| 08/04/06 | MTM | Work on requests from K&E re: PI claims estimation. | 4.70 Hrs | $1,128.00 |
| 08/04/06 | ARA | Quality control invoices in the production set re: TCEQ. | 6.50 Hrs | $650.00 |
| 08/06/06 | RAM | Review privilege log for particular report. | 0.30 Hrs | $82.50 |
| 08/07/06 | RAM | Conference with MTM re: documents requested by criminal defense attorney (.2). Review privilege log for any reference to particular report (.3). | 0.50 Hrs | $137.50 |
| 08/07/06 | MTM | Receipt and respond to emails from Tyler Mace and criminal defense counsel re: possible trip to repository this week (.5); receipt and review of box list from criminal defense counsel (1.7); conference with RAM re: same (.2); review and respond to emails with criminal defense counsel re: same (.8); telephone call to ARA re: non-CPD product notice documents (.2); work on requests from K&E re: PI claims estimation (1.1); review indices for criminal defense counsel re: possible trip to repository (.9); telephone call to K&E counsel re: their document requests (.2); receipt and review of discovery letter from personal injury creditors' committee re: same (.3). | 5.90 Hrs | $1,416.00 |
| 08/07/06 | ARA | Per telephone call from MTM, produce and discuss notice documents obtained for K&E (1.5). Quality control invoices in the production set re: TCEQ (5.0). | 6.50 Hrs | $650.00 |
| 08/08/06 | RAM | Read updated bankruptcy court docket entries to select documents to read (.3). Read selected documents filed in bankruptcy court (.5). Conference with MTM re: obtaining historic discovery responses to review (.1). | 0.90 Hrs | $247.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/08/06 | MTM | Telephone call from criminal defense counsel re: possible repository trip (.3); email from Holme Roberts paralegal re: production of ore shipment binders (.3); email to Holme Roberts paralegal re: former employee's documents (.2); work on requests for information from K&E re: PI claims estimation (3.6); telephone call from criminal defense counsel re: possible trip to repository (.2). | 4.60 Hrs | $1,104.00 |
| 08/08/06 | ARA | Quality control documents in the production set. | 5.00 Hrs | $500.00 |
| 08/09/06 | RAM | Complete review of privilege log for any reference to particular report; conferences with MTM and MEV re: same. | 0.30 Hrs | $82.50 |
| 08/09/06 | MTM | Work on K&E document issues (2.8). Meeting with ARA at Winthrop Square re: review of Brayton production copy set for indictment documents (.8); email to in-house counsel re: oldest date certain documents were disclosed project (.5). | 4.10 Hrs | $984.00 |
| 08/09/06 | ARA | Quality control documents in the production set (3.7). Meet with MTM (.8) and review Brayton documents for those mentioned in indictment (2.2). | 6.70 Hrs | $670.00 |
| 08/09/06 | MEV | Review privilege log for reference to particular report. | 0.30 Hrs | $30.00 |
| 08/10/06 | RAM | Telephone conference with in-house counsel re: expert's deposition. | 0.10 Hrs | $27.50 |
| 08/10/06 | MTM | Receipt and review of bill from Merrill for copying and coding project for Canadian documents (.1); review file re: same (.2); work on K&E document issues and draft response to August 3 letter re: discovery issues (2.0); telephone call from K&E counsel re: draft response to August 3 letter (.2). | 2.50 Hrs | $600.00 |
| 08/10/06 | ARA | Review Brayton documents for those mentioned in indictment. | 8.00 Hrs | $800.00 |
| 08/10/06 | MEV | Review privilege log for reference to particular report. | 2.60 Hrs | $260.00 |
| 08/11/06 | RAM | Emails from/to expert re: information concerning 2 Libby employees; telephone conference with expert re: same (.2). Review documents re: 2 employees (.2). Work on obtaining information as a result of meeting at Kirkland & Ellis; read documents and memoranda re: same (1.1); conferences with MTM re: same (.7). | 2.20 Hrs | $605.00 |
| 08/11/06 | MTM | Conference with ARA re: Brayton production copy set and review of old interrogatory answers for references to particular study (.4); email to in-house counsel re: same (.5); receipt and review of email from Grace expert witness re: former Libby employees (.1); review inventory and telephone call to ARA re: personnel files re: same (.4); receipt and review of second email from Grace | 6.10 Hrs | $1,464.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | expert re: same (.2); review boxes from off-site storage for various document issues requested by K&E (3.8); conferences with RAM re: same (.7). | | |
| 08/11/06 | ARA | Per MTM's call, search for interrogatories that mention particular studies re: finding earliest disclosure date (2.4). Per MTM's request, search for Libby employees' personnel files (3.0). Per MTM's request, review past production binders for references to Kennell and Blough production (1.6). Continue Brayton document review for any mentioned in indictment (.6). | 7.60 Hrs | $760.00 |
| 08/11/06 | MEV | Review privilege log for reference to particular report. | 0.40 Hrs | $40.00 |
| 08/14/06 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.8). Conferences with MTM and MB re: locating historical exhibit lists and discovery responses to date disclosure of certain studies (.2); review many plaintiffs' exhibit lists for references to studies (1.4). | 2.50 Hrs | $687.50 |
| 08/14/06 | MTM | Work on K&E document issues (2.4); email from K&E counsel re: possible trip to repository next week (.2); search at Winthrop Square for early interrogatory answers mentioning particular study and review documents copied by personal injury creditors' committee (2.6); email to in-house counsel re: new set of early interrogatory answers mentioning particular study (.3). | 5.50 Hrs | $1,320.00 |
| 08/15/06 | RAM | Telephone conference with in-house counsel re: document review with K&E attorney next week. | 0.10 Hrs | $27.50 |
| 08/15/06 | MTM | Work on various document issue requests from K&E. | 3.60 Hrs | $864.00 |
| 08/16/06 | MTM | Work on various document requests from K&E. | 1.40 Hrs | $336.00 |
| 08/17/06 | MTM | Draft letter to in-house counsel re: status of project gathering documents/information requested by K&E re: PI claims estimation. | 2.60 Hrs | $624.00 |
| 08/18/06 | RAM | Review and comment on letter to in-house counsel re: status of completing work requested by K&E (.5); conference with MTM re: same (.1). Look for documents for K&E (.3). | 0.90 Hrs | $247.50 |
| 08/18/06 | MTM | Review expert's binder at Winthrop Square (.8); telephone call from in-house counsel requesting documents on certain high rise building fires (.2); conference with RAM re: draft letter to in-house counsel on PI claims estimation issues (.1); locate attachments to letter to in-house counsel re: same (1.0). | 2.10 Hrs | $504.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/19/06 | RAM | Read emails from/to expert re: his request for info re: 2 former Libby workers. | 0.20 Hrs | $55.00 |
| 08/21/06 | DBM | Search for documents on performance of MK in high rise fire, per MTM. | 0.50 Hrs | $122.50 |
| 08/21/06 | MTM | Email from K&E counsel re: question about original document in repository (.2); telephone call to ARA re: same (.2); email from Grace expert re: two former Libby workers (.2); review documents requested by K&E counsel (.3); receipt and respond to email from different K&E counsel re: possible trip to repository (.1); review document search re: performance of Monokote in high rise fires (.6). | 1.60 Hrs | $384.00 |
| 08/21/06 | ARA | Per MTM's call, search for and locate document requested by K&E (2.1). Review Brayton documents for those mentioned in indictment (3.5). | 5.60 Hrs | $560.00 |
| 08/22/06 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Telephone conference with in-house counsel re: contacting local counsels to obtain historic discovery responses and plaintiffs' exhibit lists re: disclosure of particular studies (.2). Conference with MTM re: in-house counsel's request for documents re: performance of MK in fires (.1); look for such documents (1.1). Review documents re: discovery in Baltimore City litigation for disclosure of particular studies (.2). | 1.80 Hrs | $495.00 |
| 08/22/06 | DBM | Review emails and discussion with MTM re: search for information on performance of MK in fires (.5); search for same (2.7). | 3.20 Hrs | $784.00 |
| 08/22/06 | MTM | Conference with ARA re: search for documents about MK and fires in high rises (.4); telephone call from in-house counsel re: same (.2); conference with ARA re: locating Grace annual reports re: same (.3); review annual reports for references to First Interstate fire (.4); conference with DBM re: searches for similar fires (.3); conference with RAM re: same (.1); locate copies of The Expander at Winthrop Square re: same (1.3); draft emails to and review emails from in-house counsel re: same (.5); email to K&E counsel re: upcoming meeting at repository (.2). | 3.70 Hrs | $888.00 |
| 08/22/06 | ARA | Per MTM's requests, locate documents in the repository for K&E (1.5) and locate WRG annual reports re: performance of MK in fires in high rises (1.6). Telephone call from MB re: locating Baltimore City plaintiffs' exhibits for RAM (.2). Review Brayton documents for those mentioned in the indictment (3.2). | 6.50 Hrs | $650.00 |

Mark A. Shelnitz

| 08/23/06 | RAM | Read selected documents filed in bankruptcy court (.7). Review Baltimore City exhibit lists and discovery responses for any reference to particular studies (.2). Conference with ARA re: same (.1). | 1.00 Hrs | $275.00 |
|----------|-----|------|----------|---------|
| 08/23/06 | DBM | Continue search for documents re: performance of MK in fires. | 3.40 Hrs | $833.00 |
| 08/23/06 | MTM | Work re: search for documents regarding fires in high rises protected with Monokote. | 1.40 Hrs | $336.00 |
| 08/23/06 | ARA | Per RAM, review Baltimore City pleading boards for references to plaintiffs' exhibit lists and discovery responses. | 6.50 Hrs | $650.00 |
| 08/24/06 | RAM | Read emails re: whether copies of two TV programs re: Libby are in repository; no. | 0.05 Hrs | No charge |
| 08/24/06 | MTM | Continue review of documents re: fires in Monokote protected buildings (.7); conference with ARA re: same (.2). | 0.90 Hrs | $216.00 |
| 08/24/06 | ARA | Continue to review Baltimore City files for plaintiffs' exhibit lists; produce documents to RAM (3.8). Discussion with MTM re: obtaining documents re: MK and fires (.2); search for and obtain documents (2.4). Return Grace annual reports to the reference library (.3). | 6.70 Hrs | $670.00 |
| 08/25/06 | RAM | Obtain exhibit lists to review for any reference to particular studies. | 0.10 Hrs | $27.50 |
| 08/25/06 | MTM | Continue to work on locating documents regarding fires in high rises protected with Monokote. | 1.20 Hrs | $288.00 |
| 08/25/06 | ARA | Per MTM's request, search for, obtain and review documents re: performance of MK in fires (4.2). Review Brayton documents for those mentioned in indictment (.5). | 4.70 Hrs | $470.00 |
| 08/28/06 | RAM | Review exhibit lists filed in Baltimore City cases for any reference to particular studies; brief conference with MTM re: same. | 0.30 Hrs | $82.50 |
| 08/28/06 | MTM | Work on project to identify documents re: fires in buildings protected by Monokote (.9); email to in-house counsel re: same (.3). | 1.20 Hrs | $288.00 |
| 08/28/06 | ARA | Review and organize Brayton documents re: those mentioned in indictment (2.0); produce list of documents to MTM (.3). Quality control documents in the production set (2.7). | 5.00 Hrs | $500.00 |
| 08/29/06 | RAM | Telephone conference with in-house counsel re: expert. | 0.20 Hrs | $55.00 |
| 08/29/06 | DBM | Discussion with MTM re: ore shipment records and search for same in repository. | 1.00 Hrs | $245.00 |
| 08/29/06 | MTM | Review letter to in-house counsel re: PI claims estimation document issues to identify open items (.2); conference with ARA re: ore shipment binder issue (.3); review lists of possible ore shipment binder pages in repository (.5); telephone call to ARA re: same (.2). | 1.20 Hrs | $288.00 |

Mark A. Shelnitz

| | | | | |
|---|---|---|---|---|
| 08/29/06 | ARA | Per MB's request, search for and locate Grace's responses to certain interrogatories (1.0). Per telephone call from MTM, review ore shipment binders (1.5). Receipt of email list of documents to obtain re: MTM's request (.7). | 3.20 Hrs | $320.00 |
| 08/30/06 | ARA | Per MTM's request, search for and obtain documents and produce to MTM (2.4). Quality control Baltimore City documents (.8). Document control (3.0). | 6.20 Hrs | $620.00 |
| 08/31/06 | ARA | Document control (2.7). Review inventories from productions re: PI creditors' committee (4.0). | 6.70 Hrs | $670.00 |
| | | | TOTAL LEGAL SERVICES | $33,487.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 20.30 Hrs | 275/hr | $5,582.50 |
| ROBERT A. MURPHY | 0.05 Hrs | 275/hr | No charge |
| DONNA B. MACKENNA | 9.70 Hrs | 245/hr | $2,376.50 |
| MATTHEW T. MURPHY | 60.70 Hrs | 240/hr | $14,568.00 |
| ANGELA R. ANDERSON | 106.30 Hrs | 100/hr | $10,630.00 |
| MARCI E. VANDERHEIDE | 3.30 Hrs | 100/hr | $330.00 |
| | 200.35 Hrs | | $33,487.00 |

TOTAL THIS BILL          $33,487.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 3, 2006

Bill Number 97648
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through August 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/05/06 | RAM | Work on June fee application. | 1.20 Hrs | $330.00 |
| 08/07/06 | RAM | Send June fee application to in-house counsels to review. | 0.10 Hrs | $27.50 |
| 08/08/06 | RAM | Work on quarterly fee application (.1). Telephone call from in-house counsel that June fee application may be filed; finalize same (.1). | 0.20 Hrs | $55.00 |
| 08/09/06 | RAM | Work on quarterly fee application (.2). Emails from/to in-house counsel re: June fee application (.1). | 0.30 Hrs | $82.50 |
| 08/10/06 | RAM | Telephone conference with second in-house counsel that June fee application may be filed; send June and quarterly fee applications to Delaware counsel to file. | 0.10 Hrs | $27.50 |
| 08/28/06 | RAM | Work on July fee application. | 1.10 Hrs | $302.50 |
| | | TOTAL LEGAL SERVICES | | $825.00 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 3.00 Hrs | 275/hr | $825.00 |
|---|---|---|---|
| | 3.00 Hrs | | $825.00 |

| | TOTAL THIS BILL | $825.00 |
|---|---|---|

# EXHIBIT B
### (Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 3, 2006

Bill Number  97649
File Number  0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through August 31, 2006

| | | |
|---|---|---|
| EXCESS POSTAGE | | $4.20 |

FEDERAL EXPRESS

| 08/07/06 | To Roe Cassidy Coates & Price, Linda C. Satcher from Casner and Edwards on 7/27/06 by ARA | 100.66 | |
|---|---|---|---|
| | | | $100.66 |

TRAVEL

| 08/03/06 | BANK OF AMERICA, FSB-RAM Delta airfare to/from Washington, D.C. for meeting at K & E on 8/01/06. | 534.60 | |
|---|---|---|---|
| 08/28/06 | ROBERT A MURPHY-Travel expenses for trip to Washington, D.C. to meet with In House Counsel and Kirkland & Ellis Attorneys to prepare for P.I. Estimation Trial and to discuss other issues. | 585.02 | |
| | | | $1,119.62 |

OUTSIDE PHOTOCOPYING

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through August 31, 2006

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 08/07/06 | MERRILL COMM - Deposition Transcript for K & E (7/11/06) | 25.99 | |
| 08/21/06 | MERRILL COMM - Exhibits requested by counsel for criminal defendant (7/26/06). | 204.98 | |
| | | | $230.97 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 08/02/06 | 3 copies at .12 per copy | 0.36 | |
| 08/04/06 | 12 copies at .12 per copy | 1.44 | |
| 08/09/06 | 98 copies at .12 per copy | 11.76 | |
| 08/09/06 | 8 copies at .12 per copy | 0.96 | |
| 08/14/06 | 235 copies at .12 per copy | 28.20 | |
| 08/21/06 | 21 copies at .12 per copy | 2.52 | |
| 08/21/06 | 20 copies at .12 per copy | 2.40 | |
| 08/21/06 | 161 copies at .12 per copy | 19.32 | |
| 08/21/06 | 4 copies at .12 per copy | 0.48 | |
| 08/28/06 | 5 copies at .12 per copy | 0.60 | |
| | | | $68.04 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 08/07/06 | 329 | 2022633385 | 2.42 | |
| 08/07/06 | 329 | 2028795167 | 0.99 | |
| 08/22/06 | 329 | 4105314355 | 0.66 | |
| | | | | $4.07 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 08/01/06 | Rent and utilities for document repository at One Winthrop Square - August 2006. | 12,209.85 | |
| | | | $12,209.85 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 08/07/06 | RECORDKEEPER ARCHIVE-June Delivery Charges | 27.00 | |
| 08/07/06 | RECORDKEEPER ARCHIVE- Storage 8/01/06 - 8/31/06. | 404.30 | |
| | | | $431.30 |

Mark A. Shelnitz

| | |
|---|---|
| TOTAL DISBURSEMENTS | $14,168.71 |
| TOTAL THIS BILL | $14,168.71 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 3, 2006

Bill Number 97650
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through August 31, 2006

FEDERAL EXPRESS

| 08/18/06 | To 919 N Market St., 17th Fl, Pachulski Stang Ziehl Young -Patricia Cuniff from Casner and Edwards on 08/10/06 by RAM | 23.78 | |
|---|---|---|---|
| | | | $23.78 |

PHOTOCOPYING

| 08/10/06 | 161 copies at .12 per copy | 19.32 | |
|---|---|---|---|
| | | | $19.32 |

TELEPHONE

| 08/10/06 | 357 | 4105314545 | 2.20 | |
|---|---|---|---|---|
| | | | | $2.20 |

Mark A. Shelnitz

| | |
|---|---|
| TOTAL DISBURSEMENTS | $45.30 |
| TOTAL THIS BILL | $45.30 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

  Rasheda S. Stewart, being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-

counsel for the Debtors, in the above-captioned action, and that on the 18th day of October 2006

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Fifty-Ninth Monthly Application of Casner & Edwards, LLP for
Compensation for Services and Reimbursement of Expenses as
Special Litigation Counsel to Debtors for the Period From August 1,
2006 through August 31, 2006**

Dated: October 18, 2006

Rasheda S. Stewart

Sworn to and subscribed before
me this 18th day of October, 2006

Notary Public
My Commission Expires: _____

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
12 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: elawler@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP