# ATTACHMENT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

SEVENTH MONTHLY APPLICATION OF BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM APRIL 1, 2006 THROUGH APRIL 30, 2006

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2006 through April 30, 2006 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $13,693.75 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $356.81 |

This is a:     __XX__ monthly     _____ interim     _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for preparation of this fee application is 0.25 hours and the corresponding compensation requested is $87.50.[2]

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | Pending | Pending |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[3] | $ 57.62 | Pending | Pending |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | Pending | Pending |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | Pending | Pending |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | Pending | Pending |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | Pending | Pending |

B&D PROFESSIONALS[5]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $525.00 | 3.75 | $1,968.75 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 33.50 | $11,725.00 |

Total Fees:      $13,693.75
Total Hours:           37.25
Blended Rate:       $368.00

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested are set forth in Attachment B.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] These amounts are the sum total from the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

2

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 37.25 | $13,693.75 |

## EXPENSE SUMMARY[6]

| Expense Category | Service Provider (if applicable)[7] | Total Expense |
|---|---|---|
| Long Distance Telephone | Verizon | $17.60 |
| Duplicating | | 58.40 |
| Postage | US Mail | 3.57 |
| Transportation | | 27.15 |
| Lexis/Nexis Court Link | Lexis/Nexis | 250.09 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period April 1, 2006 through April 30, 2006, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $13,693.75 and actual and necessary expenses in the amount of $356.81 for a total allowance of $14,050.56, and payment of $10,955.00 (80% of the allowed fees) and reimbursement of $356.81 (100% of the allowed expenses) be authorized for a total payment of $11,311.81, and for such other and further relief as this Court may deem just and proper.

Dated: June 14, 2006

BEVERIDGE & DIAMOND, P.C.

*Pamela D. Marks*
Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-3850
Facsimile: 410-230-3868
Counsel for Debtors and Debtors in Possession

---

[6] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[7] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

3

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 14th day of June, 2006.

_____
Notary Public
My Commission Expires: May 27, 2009

4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
APRIL 1, 2006 THROUGH APRIL 30, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Matter)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

May 25, 2006  
Client/Matter #  01246-011548  
Invoice # 110575  
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/04/06 | P. Marks | 5.00 | Meeting at Curtis Bay plant with team; telephone conference with J. Baer and L. Duff re legal issues. |
| 04/05/06 | P. Marks | 2.50 | Telephone conference with J. Freeman; prepare for and conduct conference with L. Duff; telephone conference with L. Duff and J. Baer. |
| 04/06/06 | K. Bourdeau | 0.25 | Review email from P. Marks re new developments and strategic implications. |
| 04/06/06 | P. Marks | 2.00 | Prepare for and conduct telephone conference with client team; prepare for followup meeting with client. |
| 04/07/06 | P. Marks | 2.50 | Conference with client team at Columbia office re building 23 remediation issues. |
| 04/20/06 | P. Marks | 2.00 | Communications with client re data issues; evaluation of same. |
| 04/21/06 | P. Marks | 2.50 | Evaluate data and RWDA issues; telephone conference with P. Bucens re same; voicemail message to J. Freeman; telephone conference with S. Platt re status; email exchanges with client team re evaluation of issues. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 110575  
May 25, 2006  
PAGE 2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/24/06 | K. Bourdeau | 0.25 | Review P. Marks email re recent call with J. Freeman re discussions between EPA and the Corps; leave voicemail message for P. Marks re same. |
| 04/24/06 | P. Marks | 2.50 | Voicemail exchange with K. Bourdeau; telephone conference with J. Freeman (DOJ) re negotiation developments; evaluate same and prepare memorandum to client team; email and voicemail exchanges re same. |
| 04/25/06 | K. Bourdeau | 0.75 | Conference with P. Marks re strategy. |
| 04/25/06 | P. Marks | 3.50 | Evaluate and research legal issues and new developments; telephone conference with K. Bourdeau re same. |
| 04/26/06 | P. Marks | 2.75 | Research re legal issues and CERCLA policies. |
| 04/27/06 | K. Bourdeau | 1.00 | Review briefs, legal research, and other preparations for strategy conference call with W.R. Grace. |
| 04/27/06 | P. Marks | 3.50 | Research and evaluate developments. |
| 04/28/06 | K. Bourdeau | 1.50 | Conference with client and P. Marks re strategic considerations and action items; legal research. |
| 04/28/06 | P. Marks | 4.50 | Prepare for and conduct telephone conference with client team and K. Bourdeau; perform followup tasks. |

Total Hours :        37.00

Total Fees :     $13,606.25

BEVERIDGE & DIAMOND, P.C.

INVOICE #  110575
May 25, 2006
PAGE  3

## Disbursements:

| | |
|---|---|
| Long Distance Telephone | 17.60 |
| Duplicating | 49.00 |
| Local Transportation | 27.15 |
| Information Service - VENDOR:LEXISNEXIS COURT LINK-Invoice #EA222842 dated 3/1/06 for case search and tracking services | 116.32 |
| Information Service - VENDOR:LEXISNEXIS COURT LINK-Invoice #EA226457 dated 4/3/06 for case tracking costs | 133.77 |

Total Disbursements :    $ 343.84

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 3.75 | $525.00 | $1,968.75 |
| P. Marks | 33.25 | $350.00 | $11,637.50 |

Total Fees :    $13,606.25

Total Disbursements :    $ 343.84

TOTAL DUE :    $13,950.09

# EXHIBIT B

**(Preparation of Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                    May 25, 2006
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012629
7500 Grace Drive                            Invoice # 110574
Columbia, MD  21044                         Federal ID# 52-1247549


For Legal Services Rendered Through 04/30/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application


04/21/06      P. Marks                 0.25      Prepare fee application.


                                       Total Hours :              0.25

                                       Total Fees :            $87.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  110574
May 25, 2006
PAGE   2

**Disbursements:**

| | |
|---|---|
| Postage | 3.57 |
| Duplicating | 9.40 |
| Total Disbursements : | $12.97 |

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.25 | $350.00 | $87.50 |
|  | Total Fees : |  | $87.50 |
|  | Total Disbursements : |  | $12.97 |
|  | **TOTAL DUE :** |  | **$ 100.47** |