# ATTACHMENT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

EIGHTH MONTHLY APPLICATION OF BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006

| Name of Applicant: | Beveridge & Diamond, P.C. |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2006 to May 31, 2006 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $28,261.25 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $227.37 |

This is a:    __XX__ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for preparation of this fee application is 0.25 hours and the corresponding compensation requested is $87.50.[2]

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | Pending | Pending |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[3] | $ 57.62 | Pending | Pending |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | Pending | Pending |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | Pending | Pending |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | Pending | Pending |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | Pending | Pending |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | Pending | Pending |

## B&D PROFESSIONALS[5]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $525.00 | 6.25 | $3,281.25 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 67.25 | $23,537.50 |
| Katherine B. Eller | Associate; joined Firm 2003; Member of MD bar since 2003 | $230.00 | 4.75 | $1,092.50 |
| Paul Edattel | Paralegal | $125.00 | .25 | $31.25 |
| Pamala Keller | Paralegal | $75.00 | 4.25 | $318.75 |

Total Fees:         $28,261.25
Total Hours:             82.75
Blended Rate:       $341.55

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested are set forth in Attachment B.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] These amounts are the sum total from the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

2

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 82.75 | $28,261.25 |

## EXPENSE SUMMARY[6]

| Expense Category | Service Provider (if applicable)[7] | Total Expense |
|---|---|---|
| Long Distance Telephone | Verizon | $87.65 |
| Duplicating | | 16.20 |
| Postage | US Mail | 7.19 |
| Lexis/Nexis Court Link | Lexis/Nexis | 116.33 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period May 1, 2006 through May 31, 2006, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $28,261.25 and actual and necessary expenses in the amount of $227.37 for a total allowance of $28,488.62, and payment of $22,609.00 (80% of the allowed fees) and reimbursement of $227.37 (100% of the allowed expenses) be authorized for a total payment of $22,836.37, and for such other and further relief as this Court may deem just and proper.

Dated: August 15, 2006

BEVERIDGE & DIAMOND, P.C.

_____
Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-3850
Facsimile: 410-230-3868
Counsel for Debtors and Debtors in Possession

---

[6] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[7] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

3

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks

SWORN AND SUBSCRIBED
before me this /5th day of August, 2006.

_____
Notary Public
My Commission Expires: May 27, 2009

4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
<u>MAY 1, 2006 THROUGH MAY 31, 2006</u>

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Matter)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

June 16, 2006
Client/Matter #  01246-011548
Invoice # 110884
Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/01/06 | P. Marks | 5.50 | Prepare letter re issues; telephone conference with K. Bourdeau re same and broader strategy; evaluate same; telephone conference with L. Duff re same. |
| 05/02/06 | K. Bourdeau | 0.50 | Email correspondence re letter to USACE. |
| 05/02/06 | P. Marks | 5.00 | Prepare letter and evaluate issues; correspondence with client team; telephone conference with L. Duff re legal evaluation under CERCLA; voice mail to J. Freeman. |
| 05/03/06 | K. Bourdeau | 1.50 | Review revised draft letter to USACE/DOJ and email correspondence re same; telephone conference with P. Marks re same; review further revised draft letter and email communications re same. |
| 05/03/06 | P. Marks | 5.50 | Evaluate issues and correspondence; telephone conferences with L. Duff re same; telephone conference with K. Bourdeau re same; email exchanges with client team re legal developments; review RWDA related documents; email exchanges with team re scheduling. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 110884
June 16, 2006
PAGE 2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/05/06 | P. Marks | 5.75 | Telephone conference with P. Bucens re RWDA issues; evaluate and research same; telephone conference with L. Duff re same. |
| 05/08/06 | K. Bourdeau | 0.50 | Conference with P. Marks re issues associated with Sledds Point. |
| 05/08/06 | P. Marks | 4.25 | Evaluate and research legal issues; telephone conference with K. Bourdeau re same. |
| 05/09/06 | K. Bourdeau | 0.50 | Telephone conference with P. Marks and email exchange re legal issues associated with Sledds Point. |
| 05/09/06 | P. Marks | 3.00 | Legal research and evaluation of remediation related issues; prepare client emails re same. |
| 05/10/06 | K. Bourdeau | 0.50 | Participate in telephone conferences re strategy with respect to Sledds Point and other USACE issues. |
| 05/10/06 | P. Marks | 3.00 | Prepare for and conduct conference call with client; case developments evaluation. |
| 05/10/06 | P. Edattel | 0.25 | Legal research pursuant to direction of P. Marks. |
| 05/11/06 | P. Marks | 1.50 | Prepare for client conference call; update to client re case developments. |
| 05/12/06 | P. Marks | 2.50 | Prepare for and conduct client conference call. |
| 05/15/06 | K. Bourdeau | 0.50 | Email exchange with P. Marks re results of conference with J. Freeman, path forward. |
| 05/15/06 | P. Marks | 6.25 | Evaluate RWDA FS related issues; prepare notes and evaluation re same; telephone conference with J. Freeman (DOJ); communications with client and K. Bourdeau re same. |
| 05/16/06 | P. Marks | 3.50 | Evaluate legal/factual issues related to RWDA FS; telephone conference with K. Katafiasz re same. |
| 05/17/06 | P. Marks | 1.75 | Prepare memorandum to client re RWDA FS process and issues. |
| 05/22/06 | P. Marks | 2.50 | Telephone conference with J. Freeman re status and correspondence; telephone conference with S. Platt re same; send correspondence to J. Freeman; correspondence with client re issues; preparation for client meeting. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  110884
June 16, 2006
PAGE   3

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/23/06 | P. Marks | 5.00 | Prepare for and attend meeting with client at Curtis Bay plant to prepare for technical teams meeting with Corps. |
| 05/24/06 | P. Marks | 3.00 | Research re CERCLA related issues; client email exchange re meeting with Corps. |
| 05/25/06 | K. Bourdeau | 0.25 | Email exchange re results of DOE FOIA response. |
| 05/25/06 | P. Marks | 4.50 | Research re CERCLA related issues; prepare memorandum to client re same; review and evaluate client emails; review and evaluate documents. |
| 05/25/06 | K. Eller | 0.75 | Conference with P. Marks re document research and FOIA issues; review documents; conference with P. Keller re same. |
| 05/25/06 | P. Keller | 0.25 | Conference with K. Eller re project re status of document research. |
| 05/26/06 | P. Marks | 0.50 | Email correspondence with P. Bucens, L. Duff and K. Bourdeau re legal and technical issues. |
| 05/26/06 | P. Keller | 3.00 | Evaluate status of certain document research; compile index of same. |
| 05/30/06 | K. Bourdeau | 2.00 | Conference with P. Marks re recent developments and strategy on document research; review relevant documents; follow-up conference with P. Marks re same; prepare list of strategic considerations re document research. |
| 05/30/06 | P. Marks | 4.00 | Conference with K. Bourdeau re case development issues; evaluate same; telephone conference with L. Duff re same; update case strategy internal memorandum; conference with K. Eller and P. Keller re document research. |
| 05/30/06 | K. Eller | 3.75 | Conference with P. Keller re document research; conference with P. Marks and P. Keller re research; conference with P. Marks re case status/strategy; legal research. |
| 05/30/06 | P. Keller | 0.50 | Conference with K. Eller re documents; conference with P. Marks and K. Eller re same. |
| 05/31/06 | K. Eller | 0.25 | Conference with P. Keller re document research issues; review correspondence re same. |
| 05/31/06 | P. Keller | 0.50 | Document research tasks pursuant to direction of K. Eller. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  110884
                                                             June 16, 2006
                                                             PAGE   4


                                    Total Hours :                    82.50

                                    Total Fees  :              $28,173.75

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  110884
                                                             June 16, 2006
                                                             PAGE   5

**Disbursements:**

| | |
|---|---:|
| Postage | 2.73 |
| Long Distance Telephone | 87.65 |
| Duplicating | 7.80 |
| Information Service - VENDOR:LEXISNEXIS COURT LINK-Invoice #EA230067 dated 5/1/06 for case tracking | 116.33 |

                                   Total Disbursements :         $ 214.51


**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 6.25 | $525.00 | $3,281.25 |
| P. Marks | 67.00 | $350.00 | $23,450.00 |
| K. Eller | 4.75 | $230.00 | $1,092.50 |
| P. Edattel | 0.25 | $125.00 | $31.25 |
| P. Keller | 4.25 | $75.00 | $ 318.75 |

                                   Total Fees :              $28,173.75

                              Total Disbursements :           $ 214.51

                                   TOTAL DUE :               $28,388.26

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  110885
                                                             June 16, 2006
                                                             PAGE   2


**Disbursements:**

    Postage                                              4.46
    Duplicating                                          8.40


                                            **Total Disbursements :**                      $12.86


**Time Summary:**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| P. Marks   | 0.25         | $350.00         | $87.50      |

                                            **Total Fees :**                              $87.50

                                            **Total Disbursements :**                     $12.86


                                            **TOTAL DUE :**                              $ 100.36

# EXHIBIT B

**(Preparation of Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

June 16, 2006  
Client/Matter #  01246-012629  
Invoice # 110885  
Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application

| | | | |
|---|---|---|---|
| 05/23/06 | P. Marks | 0.25 | Prepare fee application. |

Total Hours :   0.25

Total Fees :   $87.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  110885
June 16, 2006
PAGE  2

**Disbursements:**

| | |
|---|---|
| Postage | 4.46 |
| Duplicating | 8.40 |

Total Disbursements :  $12.86

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.25 | $350.00 | $87.50 |

Total Fees :  $87.50

Total Disbursements :  $12.86

**TOTAL DUE :**  $ 100.36