# ATTACHMENT 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | Objection Date: |

## NINTH MONTHLY APPLICATION OF BEVERIDGE & DIAMOND, P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006

| Name of Applicant: | Beveridge & Diamond, P.C. |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2006 TO June 30, 2006 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $10,103.75 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $285.26 |

This is a:    ___XX___ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for preparation of this fee application is 0.75 hours and the corresponding compensation requested is $262.50.[2]

### PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | Pending | Pending |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[3] | $ 57.62 | Pending | Pending |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | Pending | Pending |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | Pending | Pending |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | Pending | Pending |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | Pending | Pending |
| 6/06 | 4/1/06 – 4/30/06 | $13,693.75 | $ 356.81 | Pending | Pending |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | Pending | Pending |

### B&D PROFESSIONALS[5]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $525.00 | 4.00 | $2,100.00 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 17.75 | $6,212.50 |
| Katherine B. Eller | Associate; Joined Firm 2003; Member of MD Bar since 2003 | $230.00 | 3.75 | $862.50 |
| Heidi Price | Intern | $155.00 | 5.75 | $891.25 |
| Pamela Keller | Paralegal | $75.00 | .50 | $37.50 |

Total Fees:      $10,103.75
Total Hours:        31.75
Blended Rate:    $318.22

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested are set forth in Attachment B.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] These amounts are the sum total from the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 31.75 | $10,103.75 |

## EXPENSE SUMMARY[6]

| Expense Category | Service Provider (if applicable)[7] | Total Expense |
|---|---|---|
| Long Distance Telephone | Verizon | $2.60 |
| Duplicating | | 84.80 |
| Postage | US Mail | 3.15 |
| Lexis/Nexis Court Link | Lexis/Nexis | 127.96 |
| Express Delivery | Federal Express | 43.61 |
| Travel Expenses | | 23.14 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

June 1, 2006 through June 30, 2006, an interim allowance be made to Beveridge & Diamond,

P.C. for compensation in the amount of $10,103.75 and actual and necessary expenses in the

amount of $285.26 for a total allowance of $10,389.01, and payment of $8,083.00 (80% of the

allowed fees) and reimbursement of $285.26 (100% of the allowed expenses) be authorized for a

total payment of $8,368.26, and for such other and further relief as this Court may deem just and

proper.

Dated: September 14, 2006        BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-3850
Facsimile: 410-230-3868
Counsel for Debtors and Debtors in Possession

---

[6] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[7] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

3

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this _14_ day of September, 2006.

Notary Public
My Commission Expires:  May 27, 2009

4

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

## FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD JUNE 1, 2006 THROUGH JUNE 30, 2006

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Matter)

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

July 31, 2006
Client/Matter #  01246-011548
Invoice # 111720
Federal ID# 52-1247549

---

For Legal Services Rendered Through 06/30/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

## Curtis Bay FUSRAP Bankruptcy Claim Resolution

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/01/06 | K. Bourdeau | 2.75 | Legal research and analysis of recent cases; conference with P. Marks re strategic considerations; review and prepare comments to P. Marks on draft letter to USACE re Building 23; review final draft re same. |
| 05/26/06 | K. Bourdeau | 0.25 | Email correspondence re research documents. |
| 06/01/06 | P. Marks | 0.50 | Review client emails and memoranda. |
| 06/05/06 | K. Bourdeau | 0.75 | Monitor legal developments; followup research re same. |
| 06/05/06 | P. Marks | 1.00 | Monitor legal developments; followup research re same. |
| 06/06/06 | P. Marks | 0.25 | Communications re research and with client. |
| 06/12/06 | K. Eller | 0.25 | Conference with P. Keller re research. |
| 06/12/06 | P. Keller | 0.25 | Conference with K. Eller re research. |
| 06/13/06 | P. Keller | 0.25 | Conduct research; email to K. Eller re same. |
| 6/14/06 | P. Marks | 0.50 | Client email exchanges; evaluate same. |

BEVERIDGE & DIAMOND, P.C.

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/19/06 | P. Marks | 1.75 | Evaluate documents; telephone conference with M. Bourquin re same and re technical issues and meeting with Corps; email to L. Duff re same; direct K. Eller re research. |
| 06/19/06 | K. Eller | 1.25 | Conference with P. Marks re research; followup tasks re same. |
| 06/20/06 | P. Marks | 0.50 | Telephone conference with P. Bucens and L. Duff re Corps related issues. |
| 06/21/06 | K. Bourdeau | 0.25 | Communications with P. Marks re developments, legal issues. |
| 06/21/06 | P. Marks | 3.00 | Research legal and CERCLA issues; communications with client re same; document research and communications with K. Eller re same; conference with H. Price re research. |
| 06/21/06 | K. Eller | 2.00 | Conduct research; conference with P. Marks re same; organize documents re same. |
| 06/21/06 | H. Price | 0.50 | Conference with P. Marks re research. |
| 06/22/06 | H. Price | 2.50 | Research per P. Marks. |
| 06/23/06 | P. Marks | 0.50 | Conference with H. Price re research. |
| 06/23/06 | H. Price | 0.50 | Conference with P. Marks re research. |
| 06/26/06 | P. Marks | 3.25 | Legal research; telephone conference with S. Platt re contractor issues; draft letter re same; review emails re technical issues; prepare memoranda to client. |
| 06/26/06 | H. Price | 1.00 | Research per P. Marks. |
| 06/27/06 | P. Marks | 0.50 | Evaluate case developments. |
| 06/28/06 | P. Marks | 3.00 | Review and evaluate technical RWDA issues, minutes, documents and draft memoranda; telephone conference with P. Bucens re same and conduct legal review of technical memoranda. |
| 06/28/06 | K. Eller | 0.25 | Research re documents. |
| 06/29/06 | P. Marks | 0.25 | Telephone conference with L. Duff re developments. |
| 06/29/06 | H. Price | 1.25 | Preparation of memorandum to P. Marks re research. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  111720
July 31, 2006
PAGE  3

06/30/06     P. Marks                    2.00        Prepare for and conduct telephone conference
                                                      with L. Duff and J. Freeman; followup telephone
                                                      conference with L. Duff; email exchange re
                                                      same.


                                         Total Hours :                    31.00

                                         Total Fees :               $9,841.25

BEVERIDGE & DIAMOND, P.C.

INVOICE #  111720
July 31, 2006
PAGE  4

## Disbursements:

| | |
|---|---:|
| Postage | 0.78 |
| Long Distance Telephone | 2.60 |
| Duplicating | 71.40 |
| Express Delivery | 43.61 |
| Travel Expenses | 23.14 |
| Information Service - VENDOR:LEXISNEXIS COURT | 127.96 |
| LINK-Invoice #EA233688 dated 6/1/06 for | |
| Courtlink product usage | |

**Total Disbursements :**                    **$269.49**

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 4.00 | $525.00 | $2,100.00 |
| P. Marks | 17.00 | $350.00 | $5,950.00 |
| K. Eller | 3.75 | $230.00 | $862.50 |
| H. Price | 5.75 | $155.00 | $891.25 |
| P. Keller | 0.50 | $75.00 | $37.50 |

**Total Fees :**                    **$9,841.25**

**Total Disbursements :**                    **$269.49**

**TOTAL DUE :**                    **$10,110.74**

# EXHIBIT B

## (Preparation of Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

July 31, 2006
Client/Matter #  01246-012629
Invoice # 111721
Federal ID# 52-1247549

---

For Legal Services Rendered Through 06/30/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**     **BEVERIDGE & DIAMOND, P.C.**
                                  **SUITE 700**
                                  **1350 I STREET, N.W.**
                                  **WASHINGTON, D.C. 20005-3311**


**Bankruptcy Fee Application**


06/14/06     P. Marks              0.75      Client billing preparation and correspondence
                                             re same.


                                   Total Hours :              0.75

                                   Total Fees :            $262.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  111721
July 31, 2006
PAGE  2

**Disbursements:**

| | |
|---|---|
| Postage | 2.37 |
| Duplicating | 13.40 |

Total Disbursements :                     $15.77

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.75 | $350.00 | $262.50 |

Total Fees :          $262.50

Total Disbursements :          $15.77

TOTAL DUE :          $278.27