| Claimant | Law Firm | Last Four Digits of Claimant SSN | Date Received by Rust |
|---|---|---|---|
| Aleszcyk, Stainislaw | Cooney & Conway | 3007 | 10/16/2006 |
| Avila, Juan | Cooney & Conway | 1528 | 10/16/2006 |
| Baldi, John | Cooney & Conway | 9955 | 10/16/2006 |
| Baumann, Arthur | Cooney & Conway | 4883 | 10/16/2006 |
| Benning, Rudy | Cooney & Conway | 9553 | 10/16/2006 |
| Block, Russell | Cooney & Conway | 4882 | 10/16/2006 |
| Bowens, Robert | Cooney & Conway | 9030 | 10/16/2006 |
| Brazas, Vincent | Cooney & Conway | 9872 | 10/16/2006 |
| Brittin, Darrell | Cooney & Conway | 9727 | 10/16/2006 |
| Bucher, Fred | Cooney & Conway | 7138 | 10/16/2006 |
| Caldwell, William | Cooney & Conway | 7199 | 10/16/2006 |
| Caley, Gertrude | Cooney & Conway | 2239 | 10/16/2006 |
| Carlson, John | Cooney & Conway | 3747 | 10/16/2006 |
| Carlson, Thomas | Cooney & Conway | 3350 | 10/16/2006 |
| Casanova, Scott | Cooney & Conway | 5670 | 10/16/2006 |
| Casey, William | Cooney & Conway | 4400 | 10/16/2006 |
| Cavazos, Jose | Cooney & Conway | 6209 | 10/16/2006 |
| Cila, Rosemary | Cooney & Conway | 3743 | 10/16/2006 |
| Clarke, Joseph | Cooney & Conway | 5973 | 10/16/2006 |
| Conkwright, Jesse | Cooney & Conway | 7776 | 10/16/2006 |
| Cook, Eugene | Cooney & Conway | 0728 | 10/16/2006 |
| Coulter, James | Cooney & Conway | 7080 | 10/16/2006 |
| Craig, Edward | Cooney & Conway | 8112 | 10/16/2006 |
| Davidson, John | Cooney & Conway | 5733 | 10/16/2006 |
| Dobrowalski, Vincent | Cooney & Conway | 5659 | 10/16/2006 |



| Claimant | Law Firm | Last Four Digits of Claimant SSN | Date Received by Rust |
|---|---|---|---|
| Dresky, Dennis | Cooney & Conway | 7635 | 10/16/2006 |
| Dunn, John | Cooney & Conway | 0916 | 10/16/2006 |
| Eastep, Richard | Cooney & Conway | 8741 | 10/16/2006 |
| Edwards, John | Cooney & Conway | 5653 | 10/16/2006 |
| Ewing, Lawrence | Cooney & Conway | 4641 | 10/16/2006 |
| Fernandez, Leonico | Cooney & Conway | 6568 | 10/16/2006 |
| Flick, Louis | Cooney & Conway | 8543 | 10/16/2006 |
| Gagliardi, Jerry | Cooney & Conway | 8547 | 10/16/2006 |
| Gannon, John | Cooney & Conway | 6425 | 10/16/2006 |
| Gavrick, Louis | Cooney & Conway | 7025 | 10/16/2006 |
| Glienke, Harry | Cooney & Conway | 3092 | 10/16/2006 |
| Grams, Lee | Cooney & Conway | 3766 | 10/16/2006 |
| Green, Curtis | Cooney & Conway | 7000 | 10/16/2006 |
| Green, George | Cooney & Conway | 7484 | 10/16/2006 |
| Green, Lester | Cooney & Conway | 5844 | 10/16/2006 |
| Greenman, Josephine | Cooney & Conway | 4573 | 10/16/2006 |
| Hahn, Richard | Cooney & Conway | 4940 | 10/16/2006 |
| Hanafin, Dennis | Cooney & Conway | 2806 | 10/16/2006 |
| Handman, Joe | Cooney & Conway | 4757 | 10/16/2006 |
| Harston, Jacob | Cooney & Conway | 4275 | 10/16/2006 |
| Haworth, Holly | Cooney & Conway | 1199 | 10/16/2006 |
| Hays, Clifton | Cooney & Conway | 6112 | 10/16/2006 |
| Heard, Sidney | Cooney & Conway | 9875 | 10/16/2006 |
| Heavrin, Dennis | Cooney & Conway | 4771 | 10/16/2006 |
| Higgins, James | Cooney & Conway | 4393 | 10/16/2006 |
| Hogan, James | Cooney & Conway | 7600 | 10/16/2006 |

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Date Received by Rust |
|---|---|---|---|
| Holverson, Diane | Cooney & Conway | 2363 | 10/16/2006 |
| Hosman, Gerald | Cooney & Conway | 4318 | 10/16/2006 |
| Howard, Joe | Cooney & Conway | 6692 | 10/16/2006 |
| Jackson, Joseph | Cooney & Conway | 0427 | 10/16/2006 |
| Jarrett, Worda | Cooney & Conway | 3659 | 10/16/2006 |
| Jenkins, Charles | Cooney & Conway | 5409 | 10/16/2006 |
| Johnson, Leslie R. | Cooney & Conway | 3073 | 10/16/2006 |
| Jordan, Shole | Cooney & Conway | 2808 | 10/16/2006 |
| Kafka, George | Cooney & Conway | 7664 | 10/16/2006 |
| Kaiser, Gerhardt | Cooney & Conway | 2063 | 10/16/2006 |
| Kiaupa, Vilius | Cooney & Conway | 1729 | 10/16/2006 |
| Koeing, Wayne | Cooney & Conway | 8520 | 10/16/2006 |
| Koff, Burton | Cooney & Conway | 0565 | 10/16/2006 |
| Laboske, John | Cooney & Conway | 8879 | 10/16/2006 |
| Lawson, Eugene | Cooney & Conway | 4205 | 10/16/2006 |
| Lee, Newton | Cooney & Conway | 6731 | 10/16/2006 |
| Lucafo, Leonard | Cooney & Conway | 6731 | 10/16/2006 |
| Luczynski, Paul | Cooney & Conway | 0325 | 10/16/2006 |
| Ludington, George | Cooney & Conway | 5313 | 10/16/2006 |
| Madsen, Dorothy | Cooney & Conway | 3789 | 10/16/2006 |
| Marquez, Jose | Cooney & Conway | 0773 | 10/16/2006 |
| Martis, Elmer | Cooney & Conway | 4541 | 10/16/2006 |
| Mason, Daniel | Cooney & Conway | 8922 | 10/16/2006 |
| Massaro, Kim | Cooney & Conway | 8835 | 10/16/2006 |
| May, James | Cooney & Conway | 7495 | 10/16/2006 |
| McCann, Joseph | Cooney & Conway | 5072 | 10/16/2006 |

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Date Received by Rust |
|---|---|---|---|
| McCray, Arthur | Cooney & Conway | 7454 | 10/16/2006 |
| McGuire, Bernard | Cooney & Conway | 3295 | 10/16/2006 |
| McLean, Gilbert | Cooney & Conway | 9519 | 10/16/2006 |
| Merica, George | Cooney & Conway | 8850 | 10/16/2006 |
| Mobley, John | Cooney & Conway | 7119 | 10/16/2006 |
| Mortsenson, Duane | Cooney & Conway | 1179 | 10/16/2006 |
| Motkowicz, John | Cooney & Conway | 9408 | 10/16/2006 |
| Neahous, John | Cooney & Conway | 9549 | 10/16/2006 |
| Newsome, Delbert | Cooney & Conway | 6037 | 10/16/2006 |
| Nikodem, Daniel | Cooney & Conway | 7404 | 10/16/2006 |
| Nordike, Norma | Cooney & Conway | 7724 | 10/16/2006 |
| Norris, James | Cooney & Conway | 1074 | 10/16/2006 |
| Nosek, William | Cooney & Conway | 5846 | 10/16/2006 |
| Peck, Dorothy | Cooney & Conway | 2549 | 10/16/2006 |
| Pierce, James | Cooney & Conway | 4295 | 10/16/2006 |
| Prange, Ron | Cooney & Conway | 3741 | 10/16/2006 |
| Price, Moses | Cooney & Conway | 6361 | 10/16/2006 |
| Proudfoot, John | Cooney & Conway | 3119 | 10/16/2006 |
| Quinnett, Nicholas | Cooney & Conway | 8216 | 10/16/2006 |
| Rector, Harry | Cooney & Conway | 6356 | 10/16/2006 |
| Regalmuto, James | Cooney & Conway | 5700 | 10/16/2006 |
| Rexroad, Dewey | Cooney & Conway | 6535 | 10/16/2006 |
| Rogers, Anthony | Cooney & Conway | 1488 | 10/16/2006 |
| Roth, Glen | Cooney & Conway | 7349 | 10/16/2006 |
| Saks, George | Cooney & Conway | 4744 | 10/16/2006 |
| Salvatore, Louis | Cooney & Conway | 5677 | 10/16/2006 |

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Date Received by Rust |
|---|---|---|---|
| Sayers, Lowell | Cooney & Conway | 0724 | 10/16/2006 |
| Schandag, Henry | Cooney & Conway | 2525 | 10/16/2006 |
| Schauf, Leo | Cooney & Conway | 5177 | 10/16/2006 |
| Schwark, Frank | Cooney & Conway | 0389 | 10/16/2006 |
| Shales, Robert | Cooney & Conway | 6436 | 10/16/2006 |
| Simpson, Clark | Cooney & Conway | 8351 | 10/16/2006 |
| Sims, Bernard | Cooney & Conway | 2630 | 10/16/2006 |
| Suchy, Robert | Cooney & Conway | 2715 | 10/16/2006 |
| Tazelaar, Marvin | Cooney & Conway | 3979 | 10/16/2006 |
| Thomas, Lawrence | Cooney & Conway | 9543 | 10/16/2006 |
| Tooley, Thomas | Cooney & Conway | 3824 | 10/16/2006 |
| VanDien, Thomas | Cooney & Conway | 0331 | 10/16/2006 |
| Walinsi, Frank | Cooney & Conway | 3732 | 10/16/2006 |
| Ward, Robert | Cooney & Conway | 7295 | 10/16/2006 |
| Weaver, Arthur | Cooney & Conway | 6422 | 10/16/2006 |
| Weeks, Michael | Cooney & Conway | 0856 | 10/16/2006 |
| Wright, Charles | Cooney & Conway | 3608 | 10/16/2006 |
| Wright, John | Cooney & Conway | 9156 | 10/16/2006 |
| Wright, Tommie | Cooney & Conway | 8943 | 10/16/2006 |
| Zimmerman, Robert | Cooney & Conway | 3091 | 10/16/2006 |
| Zuniga-Gonzalez, Vincente | Cooney & Conway | 2398 | 10/16/2006 |