# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Lisa G. Esayian
To Call Writer Directly:
312 861-2226
lesayian@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dir. Fax: 312 660-0663

November 8, 2006

**VIA HAND DELIVERY**

Kathy Byrne, Esq.
Cooney & Conway
120 North LaSalle
30th Floor
Chicago, IL 60602

Re: **W.R. Grace Settled Pre-Petition Asbestos Personal Injury Claims**

Dear Ms. Byrne:

On behalf of W.R. Grace & Co. ("Grace" or "the Debtors"), we have examined the asbestos personal injury proofs of claim submitted by your firm to the claims processing agent, Rust Consulting, Inc. as Settled Pre-Petition Asbestos PI Claims and received by Rust on October 16, 2006 and we have compared these claims to Grace's records. These claims are identified in your October 12, 2006 letter to Rust, a copy of which is enclosed herewith.

For the claimants listed below, Grace's records do not reflect settlements:

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Date Received by Rust |
|---|---|---|---|
| Aleszcyk, Stainislaw | Cooney & Conway | 3007 | 10/16/2006 |
| Avila, Juan | Cooney & Conway | 1528 | 10/16/2006 |
| Baldi, John | Cooney & Conway | 9955 | 10/16/2006 |
| Baumann, Arthur | Cooney & Conway | 4883 | 10/16/2006 |
| Benning, Rudy | Cooney & Conway | 9553 | 10/16/2006 |
| Block, Russell | Cooney & Conway | 4882 | 10/16/2006 |
| Bowens, Robert | Cooney & Conway | 9030 | 10/16/2006 |



London    Los Angeles    Munich    New York    San Francisco    Washington, D.C.

## KIRKLAND & ELLIS LLP

Kathy Byrne, Esq.
November 8, 2006
Page 2

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Date Received by Rust |
|---|---|---|---|
| Brazas, Vincent | Cooney & Conway | 9872 | 10/16/2006 |
| Brittin, Darrell | Cooney & Conway | 8727 | 10/16/2006 |
| Bucher, Fred | Cooney & Conway | 7138 | 10/16/2006 |
| Caldwell, William | Cooney & Conway | 7199 | 10/16/2006 |
| Caley, Gertrude | Cooney & Conway | 2239 | 10/16/2006 |
| Carlson, John | Cooney & Conway | 3747 | 10/16/2006 |
| Carlson, Thomas | Cooney & Conway | 3350 | 10/16/2006 |
| Casanova, Scott | Cooney & Conway | 5670 | 10/16/2006 |
| Casey, William | Cooney & Conway | 4400 | 10/16/2006 |
| Cavazos, Jose | Cooney & Conway | 6209 | 10/16/2006 |
| Cila, Rosemary | Cooney & Conway | 3743 | 10/16/2006 |
| Clarke, Joseph | Cooney & Conway | 5973 | 10/16/2006 |
| Conkwright, Jesse | Cooney & Conway | 7776 | 10/16/2006 |
| Cook, Eugene | Cooney & Conway | 0728 | 10/16/2006 |
| Coulter, James | Cooney & Conway | 7080 | 10/16/2006 |
| Craig, Edward | Cooney & Conway | 8112 | 10/16/2006 |
| Davidson, John | Cooney & Conway | 5733 | 10/16/2006 |
| Dobrowalski, Vincent | Cooney & Conway | 5659 | 10/16/2006 |
| Dresky, Dennis | Cooney & Conway | 7635 | 10/16/2006 |

## KIRKLAND & ELLIS LLP

Kathy Byrne, Esq.
November 8, 2006
Page 3

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Date Received by Rust |
|---|---|---|---|
| Dunn, John | Cooney & Conway | 0916 | 10/16/2006 |
| Eastep, Richard | Cooney & Conway | 8741 | 10/16/2006 |
| Edwards, John | Cooney & Conway | 5653 | 10/16/2006 |
| Ewing, Lawrence | Cooney & Conway | 4641 | 10/16/2006 |
| Fernandez, Leonico | Cooney & Conway | 6568 | 10/16/2006 |
| Flick, Louis | Cooney & Conway | 8543 | 10/16/2006 |
| Gagliardi, Jerry | Cooney & Conway | 8547 | 10/16/2006 |
| Gannon, John | Cooney & Conway | 6425 | 10/16/2006 |
| Gavrick, Louis | Cooney & Conway | 7025 | 10/16/2006 |
| Glienke, Harry | Cooney & Conway | 3092 | 10/16/2006 |
| Grams, Lee | Cooney & Conway | 3766 | 10/16/2006 |
| Green, Curtis | Cooney & Conway | 7000 | 10/16/2006 |
| Green, George | Cooney & Conway | 7484 | 10/16/2006 |
| Green, Lester | Cooney & Conway | 5844 | 10/16/2006 |
| Greenman, Josephine | Cooney & Conway | 4573 | 10/16/2006 |
| Hahn, Richard | Cooney & Conway | 4940 | 10/16/2006 |
| Hanafin, Dennis | Cooney & Conway | 2806 | 10/16/2006 |
| Handman, Joe | Cooney & Conway | 4757 | 10/16/2006 |
| Harston, Jacob | Cooney & Conway | 4275 | 10/16/2006 |

## KIRKLAND & ELLIS LLP

Kathy Byrne, Esq.
November 8, 2006
Page 4

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Date Received by Rust |
|---|---|---|---|
| Haworth, Holly | Cooney & Conway | 1199 | 10/16/2006 |
| Hays, Clifton | Cooney & Conway | 6112 | 10/16/2006 |
| Heard, Sidney | Cooney & Conway | 9875 | 10/16/2006 |
| Heavrin, Dennis | Cooney & Conway | 4771 | 10/16/2006 |
| Higgins, James | Cooney & Conway | 4393 | 10/16/2006 |
| Hogan, James | Cooney & Conway | 7600 | 10/16/2006 |
| Holverson, Diane | Cooney & Conway | 2363 | 10/16/2006 |
| Hosman, Gerald | Cooney & Conway | 4318 | 10/16/2006 |
| Howard, Joe | Cooney & Conway | 6692 | 10/16/2006 |
| Jackson, Joseph | Cooney & Conway | 0427 | 10/16/2006 |
| Jarrett, Worda | Cooney & Conway | 3659 | 10/16/2006 |
| Jenkins, Charles | Cooney & Conway | 5409 | 10/16/2006 |
| Johnson, Leslie R. | Cooney & Conway | 3073 | 10/16/2006 |
| Jordan, Shole | Cooney & Conway | 2808 | 10/16/2006 |
| Kafka, George | Cooney & Conway | 7664 | 10/16/2006 |
| Kaiser, Gerhardt | Cooney & Conway | 2063 | 10/16/2006 |
| Kiaupa, Vilius | Cooney & Conway | 1729 | 10/16/2006 |
| Koeing, Wayne | Cooney & Conway | 8520 | 10/16/2006 |
| Koff, Burton | Cooney & Conway | 0565 | 10/16/2006 |

KIRKLAND & ELLIS LLP

Kathy Byrne, Esq.
November 8, 2006
Page 5

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Date Received by Rust |
|---|---|---|---|
| Laboske, John | Cooney & Conway | 8879 | 10/16/2006 |
| Lawson, Eugene | Cooney & Conway | 4205 | 10/16/2006 |
| Lee, Newton | Cooney & Conway | 2883 | 10/16/2006 |
| Lucafo, Leonard | Cooney & Conway | 6731 | 10/16/2006 |
| Luczynski, Paul | Cooney & Conway | 0325 | 10/16/2006 |
| Ludington, George | Cooney & Conway | 5313 | 10/16/2006 |
| Madsen, Dorothy | Cooney & Conway | 3789 | 10/16/2006 |
| Marquez, Jose | Cooney & Conway | 0773 | 10/16/2006 |
| Martis, Elmer | Cooney & Conway | 4541 | 10/16/2006 |
| Mason, Daniel | Cooney & Conway | 8922 | 10/16/2006 |
| Massaro, Kim | Cooney & Conway | 8835 | 10/16/2006 |
| May, James | Cooney & Conway | 7495 | 10/16/2006 |
| McCann, Joseph | Cooney & Conway | 5072 | 10/16/2006 |
| McCray, Arthur | Cooney & Conway | 7454 | 10/16/2006 |
| McGuire, Bernard | Cooney & Conway | 3295 | 10/16/2006 |
| McLean, Gilbert | Cooney & Conway | 9519 | 10/16/2006 |
| Merica, George | Cooney & Conway | 8850 | 10/16/2006 |
| Mobley, John | Cooney & Conway | 7119 | 10/16/2006 |
| Mortsenson, Duane | Cooney & Conway | 1179 | 10/16/2006 |

## KIRKLAND & ELLIS LLP

Kathy Byrne, Esq.
November 8, 2006
Page 6

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Date Received by Rust |
|---|---|---|---|
| Motkowicz, John | Cooney & Conway | 9408 | 10/16/2006 |
| Neahous, John | Cooney & Conway | 9549 | 10/16/2006 |
| Newsome, Delbert | Cooney & Conway | 6037 | 10/16/2006 |
| Nikodem, Daniel | Cooney & Conway | 7404 | 10/16/2006 |
| Nordike, Norma | Cooney & Conway | 7724 | 10/16/2006 |
| Norris, James | Cooney & Conway | 1074 | 10/16/2006 |
| Nosek, William | Cooney & Conway | 5846 | 10/16/2006 |
| Peck, Dorothy | Cooney & Conway | 2549 | 10/16/2006 |
| Pierce, James | Cooney & Conway | 4295 | 10/16/2006 |
| Prange, Ron | Cooney & Conway | 3741 | 10/16/2006 |
| Price, Moses | Cooney & Conway | 6361 | 10/16/2006 |
| Proudfoot, John | Cooney & Conway | 3119 | 10/16/2006 |
| Quinnett, Nicholas | Cooney & Conway | 8216 | 10/16/2006 |
| Rector, Harry | Cooney & Conway | 6356 | 10/16/2006 |
| Regalmuto, James | Cooney & Conway | 5700 | 10/16/2006 |
| Rexroad, Dewey | Cooney & Conway | 6535 | 10/16/2006 |
| Rogers, Anthony | Cooney & Conway | 1488 | 10/16/2006 |
| Roth, Glen | Cooney & Conway | 7349 | 10/16/2006 |
| Sak, Steve | Cooney & Conway | 4744 | 10/16/2006 |

## KIRKLAND & ELLIS LLP

Kathy Byrne, Esq.
November 8, 2006
Page 7

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Date Received by Rust |
|---|---|---|---|
| Salvatore, Louis | Cooney & Conway | 5677 | 10/16/2006 |
| Sayers, Lowell | Cooney & Conway | 0724 | 10/16/2006 |
| Schandag, Henry | Cooney & Conway | 2525 | 10/16/2006 |
| Schauf, Leo | Cooney & Conway | 5177 | 10/16/2006 |
| Schultz, Lloyd | Cooney & Conway | 8471 | 10/16/2006 |
| Schwark, Frank | Cooney & Conway | 0389 | 10/16/2006 |
| Shales, Robert | Cooney & Conway | 6436 | 10/16/2006 |
| Simpson, Clark | Cooney & Conway | 8351 | 10/16/2006 |
| Sims, Bernard | Cooney & Conway | 2630 | 10/16/2006 |
| Suchy, Robert | Cooney & Conway | 2715 | 10/16/2006 |
| Tazelaar, Marvin | Cooney & Conway | 3979 | 10/16/2006 |
| Thomas, Lawrence | Cooney & Conway | 9543 | 10/16/2006 |
| Tooley, Thomas | Cooney & Conway | 3824 | 10/16/2006 |
| VanDien, Thomas | Cooney & Conway | 0331 | 10/16/2006 |
| Walinksi, Frank | Cooney & Conway | 3732 | 10/16/2006 |
| Ward, Robert | Cooney & Conway | 7295 | 10/16/2006 |
| Weaver, Arthur | Cooney & Conway | 6422 | 10/16/2006 |
| Weeks, Michael | Cooney & Conway | 0856 | 10/16/2006 |
| Wright, Charles | Cooney & Conway | 3608 | 10/16/2006 |

## KIRKLAND & ELLIS LLP

Kathy Byrne, Esq.
November 8, 2006
Page 8

| Claimant | Law Firm | Last Four Digits of Claimant SSN | Date Received by Rust |
|---|---|---|---|
| Wright, John | Cooney & Conway | 9156 | 10/16/2006 |
| Wright, Tommie | Cooney & Conway | 8943 | 10/16/2006 |
| Zimmerman, Robert | Cooney & Conway | 3091 | 10/16/2006 |
| Zuniga-Gonzalez, Vincente | Cooney & Conway | 2398 | 10/16/2006 |

In accordance with page 5 of the August 24, 2006 Order, because the Debtors' records do not correspond with the settlements described in the proof of claims forms and supporting materials that Cooney & Conway submitted for the claimants listed above, the Debtors dispute and contest the settlements for these claimants. Enclosed is a Grace Asbestos Personal Injury Questionnaire, if you believe that your firm should submit a Questionnaire for any of these claims. Please see the August 24, 2006 Order for additional information.

With respect to all other claimants for whom you submitted proofs of claim for Settled Pre-Petition Asbestos PI Claims, the settlements correspond to the Debtors' records, and the Debtors do not dispute or contest the settlements.

Very truly yours,

Lisa G. Esayian

LGE
Enc. (W.R. Grace Asbestos Personal Injury Questionnaire)
cc:  Jay Hughes, W.R. Grace (via e:mail)
     David M. Bernick, P.C. (via e:mail)
     Barbara M. Harding (via e:mail)