**GRACE**
W.R. Grace & Co. - Conn.
5400 Broken Sound Blvd. N.W.
Boca Raton, FL 33487

First Union National Bank of North Carolina
Chapel Hill, NC 27514
66-158
531

00281399

VOID  VOID

| PAYMENT DATE | PAY THIS AMOUNT |
|---|---|
| 02/09/01 | $6,250,000.00 |

Six million two hundred fifty thousand and 00/100 Dollars

ONETIMECMS
PAY TO THE ORDER OF
Cooney & Conway, Trustees

W.R. Grace & Co. - Conn

Authorized signature

Authorized signature

⑆00281399⑆ ⑈053101561⑈ 20799200057 61⑈

