# AFFIDAVIT

Upon first being duly sworn on oath, I depose and state as follows:

1. My name is Kathy Byrne and my business address is 120 N. LaSalle Suite 3000 Chicago, IL 60602.

2. I am an attorney at Cooney and Conway and the supervising attorney for the W.R. Grace questionnaire project.

3. I was unable to electronically file this Objection since I was not registered to have access to the United States of Bankruptcy Court District of Delaware's Electronic Case Filing System.

If called, I could competently testify to the above facts.

FURTHER AFFIANT SAYESTH NOT

_____

Subscribed and Sworn to before
me this 21st day of November, 2006

_____
Notary Public

```
OFFICIAL SEAL
JULIE A JACKSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/25/10
```