IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Hearing Date: December 5, 2006 |

### JOINDER OF CLIENTS OF MICHAEL B. SERLING, P.C. IN RESPONSE TO MOTION TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS REPRESENTED BY GOLDBERG PERSKY & WHITE, P.C. AND MICHAEL B. SERLING, P.C. TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

NOW COMES Michael B. Serling, P.C. and, on behalf of its clients with claims pending in the above bankruptcy, hereby joins in Goldberg Persky & White, P.C.'s Response to Motion to Compel Asbestos Personal Injury Claimants Represented by Goldberg Persky & White, P.C. and Michael B. Serling, P.C. to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire.

Respectfully Submitted,

MICHAEL B. SERLING, P.C.

Philip J. Goodman (P14168)
Of Counsel
280 N. Old Woodward Avenue, Suite 407
Birmingham, MI 48009
248-647-9300
248-647-8481 fax

Dated: November 22, 2006
C:\Diane 2006\PJG\MBSPC\WR GRACE\Joinder.doc

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Hearing Date: December 5, 2006 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2006, I filed a copy of Joinder of Clients pf Michael B. Serling, P.C. in Response to Motion to Compel Asbestos Personal Injury Claimants Represented by Goldberg Persky & White, P.C. and Michael B. Serling, P.C. to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire with the Clerk of the United States Bankruptcy Court District of Delaware by Federal Express, and I furnished a copy of the foregoing document by regular mail to:

Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Mark T. Hurford
Campbell & Levine LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

David M. Bernick
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Barbara M. Harding
Kirkland & Ellis LLP
655 Fifteenth St., NW, Suite 1200
Washington, DC 20005

James E. O'Neill
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Philip J. Goodman
C:\Diane 2006\PJG\MBSPC\WR GRACE\Joinder Certificate of Service.doc

1