# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

**Barbara Mack Harding**
To Call Writer Directly:
202 879-5081
bharding@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200
Dir. Fax: 202 879-5200

October 23, 2006

**VIA OVERNIGHT DELIVERY**

Re:    W.R. Grace Bankruptcy -- Production of Chest X-rays

Dear Counsel:

I am contacting you because you represent one or more Claimants who have returned a W.R. Grace Asbestos Personal Injury Questionnaire ("Questionnaire") and assert a claim based on a diagnosis of a cancer (other than a diagnosis of mesothelioma) that is alleged to have been caused in whole or in part by exposure to asbestos or asbestos-containing material for which one or more of the Debtors are alleged to be legally responsible. As part of the Questionnaire, the Bankruptcy Court for the District of Delaware has provided that "Grace may seek access to chest x-rays upon request." Questionnaire at ii. This letter is served as that request.

Thus, for each Claimant you represent who has alleged a non-mesothelioma asbestos-related cancer, please provide any and all chest x-rays that support the Claimant's allegation that his or her cancer is asbestos-related, all chest x-rays that were taken within 2 years of the Claimant's diagnosis, and/or any chest x-ray that has been taken since the Claimant has been diagnosed with cancer, within 30 days of receiving this letter. Please send the x-rays to Rust Consulting, Inc., 201 S. Lyndale Ave., Faribault, MN, 55201. If an x-ray is in the possession of the Claimant's treating physician, it is acceptable to provide copies of that x-ray. If, however, an x-ray is in the possession of someone other than the Claimant's treating physician (*e.g.,* counsel for the Claimant, a physician other than a treating physician, or a screening company), originals of that x-ray must be provided. If original x-rays are provided, they "will be returned within a reasonable period of time" after "professionals and experts have reviewed the documents." Questionnaire at iv. If copies of the x-ray are provided, once a trust is formed, the x-rays will be provided to the trust and the Claimant need not resubmit them. *See* Questionnaire at i.

If you have any questions, please feel free to contact me.

Chicago        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

October 23, 2006
Page 2

Sincerely,

*Barbara Harding/acb*

Barbara Mack Harding

BMH/acb

Enclosures

cc:   Nathan D. Finch (via email)
      Rust Consulting, Inc. (via email)