FILE COPY

# MICHAEL B. SERLING, P.C.
*Attorneys and Counselors at Law*

MICHAEL B. SERLING
RUSSELL R. BEAUDOEN
THOMAS A. SMITH
ERIC B. ABRAMSON

280 NORTH OLD WOODWARD AVENUE, SUITE 406
BIRMINGHAM, MICHIGAN 48009

(248) 647-6966 • FAX (248) 647-9630

DOWNRIVER OFFICE
6715 PARK AVENUE • ALLEN PARK, MI 48101
(800) 995-6991

OF COUNSEL
THE LANIER LAW FIRM, P.C.
HOUSTON, TEXAS

OF COUNSEL
PHILIP J. GOODMAN, P.C.

November 3, 2006

Barbara Mack Harding, Attorney at Law
Lirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Re: W.R. Grace Bankruptcy – Request for Production of Chest X-Rays

Dear Ms. Harding:

    We are writing in response to your letter of October 23, 2006. As you noted in your letter, the Bankruptcy Court ruled that "Grace may seek access to chest x-rays upon request."

    We are willing to provide you the "access" you have requested to the x-rays of claimants asserting claims based on cancer (other than Mesothelioma). However, the request as set forth in paragraph 2 of your October 23, 2006 letter goes beyond the Court's authorization that Grace "may seek <u>access</u>" (Emphasis supplied), and would unreasonably burden our office and our clients with the task of obtaining the x-rays and/or copies and delivering them to your agent, Rust Consulting, Inc.

    While we are willing to work with you to make available for inspection the x-rays you have requested, we will do so only on terms and in places that are reasonable and acceptable. As you know, Federal Rule of Civil Procedure 34 requires only that a litigant produce documents or things "for inspection and copying", and at "a reasonable time, place and manner."

    We are willing to provide you the information necessary for you, or your agent, to request the x-rays from the medical facilities which possess them. For each of the claimants listed below, we have provided the name and address of the medical facility form which you can make this request.

    Since each medical facility may require a different form of release and/or other agreement in order to provide either copies or original x-rays, we are suggesting that you contact these medical facilities and obtain from them the appropriate form they require in order to release these x-rays. Once you have assembled the forms, you may send them to us and we will



MICHAEL B. SERLING, P.C.

Barbara Mack Harding, Attorney at Law
November 3, 2006
Page 2

forward them to our clients, ask them to sign them and return them to you for processing of your requests for these x-rays.

The claimants and the names and addresses of the medical facilities where their x-rays are located are as follows:

| CLAIMANT | MEDICAL FACILITY |
|---|---|
| ANTHONY, Joseph | MMRMC-Gladwin<br>515 S. Quarter St.<br>Gladwin, MI 48624 |
| KALSTEIN, Frederick, Deceased | Henry Ford Wyandotte<br>233 Biddle Ave.<br>Wyandotte, MI 48192 |
| KALINOFF, Steven, Deceased | Port Huron Hospital<br>1001 Kearney<br>Port Huron, MI 48060 |
| SCHMID, Walter | Northland Radiology<br>20905 Greenfield Rd., Ste. 105<br>Southfield, MI 48075 |
| PALMER, John, Deceased | Mercy Hospital<br>2601 Electric<br>Port Huron, MI 48060 |
| ROBERTSON, Donald | St. Joseph Mercy<br>15855 19 Mile Road<br>Clinton Twp., MI 48038 |
| GRYGINCZYK, Edmund, Deceased | St. John Macomb<br>22101 Moross<br>Detroit, MI 48236 |
| JONES, SR., Raymond, Deceased | Oakwood Annapolis Hospital<br>33155 Annapolis<br>Wayne, MI 48184 |
| MULLINS, Franklin, Deceased | Henry Ford Wyandotte<br>233 Biddle Ave.<br>Wyandotte, MI 48192 |
| REED, Marilyn, Deceased | St. Joseph Mercy Hospital<br>5301 E. Huron River Dr.<br>P.O. Box 995<br>Ann Arbor, MI 48106 |
| ZELENAK, III, John J., Deceased | Bi-County Hospital<br>13355 E. 10 Mile Rd.<br>Warren, MI 48089 |

MICHAEL B. SERLING, P.C.

Barbara Mack Harding, Attorney at Law
November 3, 2006
Page 3

| | |
|---|---|
| DAVIDSON, Robert C., Deceased | Henry Ford Hospital<br>2799 W. Grand Blvd.<br>Detroit, MI 48202 |
| LARRY, JR., Robert | Oakwood Health Center<br>15777 Northline Rd.<br>Southgate, MI 48195 |
| LAUZON, Edward, Deceased | Sharp Memorial Hospital<br>7901 Frost St.<br>San Diego, CA 92123 |
| SWICK, Lawrence, Deceased | VA Medical Center<br>3400 Lebanon Rd.<br>Murfeesboro, TN 37129 |

This procedure should enable you to obtain the x-rays to which you seek access.

Please call if you have any questions.

Sincerely,

MICHAEL B. SERLING, P.C.

Philip J. Goodman
Of Counsel

PJG/dfg
cc:   Nathan D. Finch, Esq.
      Thomas A. Smith, Esq.
      Joel A. Waterstone

C:\Diane 2006\PJG\MBSPC\WR GRACE\Harding, Barbara Mack 110206 xray access.doc