# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Hearing Date: December 5, 2006 |

## [PROPOSED] ORDER ALLOWING W.R. GRACE ACCESS TO CLAIMANTS' X-RAYS

**IT IS ORDERED** as follows:

1. For each claimant alleging an asbestos-related cancer other than Mesothelioma (the "Claimant" or "Claimants"), for which W.R. Grace & Co. ("Grace") seeks to review original posterior-anterior view chest x-rays which serve as a basis for the Claimants' contention that his or her cancer is related to asbestos exposure, such claimants shall provide to Grace or Rust the name and address of the facility or treating physician in possession of the x-ray(s).

2. Grace or Rust may obtain the original x-ray(s) directly from the medical facility or treating physician by providing the medical facility or physician with a release form routinely used by said medical facility or physician. At the request of Rust of Grace, each Claimant for whom such an x-ray is sought, shall complete and sign the required release and deliver it to Grace, Rust or the medical facility and/or treating physician (in a self-addressed, postage pre-paid envelopes provided by Grace or Rust).

3. Rust, under the direction of this Court or one of its agents, shall establish an x-ray repository to be administered by a medical professional designated by this Court and in compliance with a protocol approved by this Court.

4. The x-rays shall be reviewed by a panel of three or more independent B-readers.

5. All x-rays shall be returned to the medical facilities or treating physicians no later than April 12, 2007.

**IT IS SO ORDERED.**

JUDITH K. FITZGERALD
United States Bankruptcy Judge

2