IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Hearing Date: December 5, 2006 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2006, I filed a copy of Claimants' Represented by Michael B. Serling, P.C., ("Serling Claimaints") Request for Entry of Protocol Concerning Production of Chest X-Rays of Asbestos Personal Injury, Pre-Petition Claimants with Non-Mesothelioma, Malignant Claims with the Clerk of the United States Bankruptcy Court District of Delaware by Federal Express, and I furnished a copy of the foregoing document by regular mail to:

Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Mark T. Hurford
Campbell & Levine LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

David M. Bernick
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

Barbara M. Harding
Kirkland & Ellis LLP
655 Fifteenth St., NW, Suite 1200
Washington, DC  20005

James E. O'Neill
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801

Philip J. Goodman
C:\Diane 2006\PJG\MBSPC\WR GRACE\Protocol Certificate of Service.doc

1