# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# OCTOBER 1, 2006 THROUGH
# OCTOBER 31, 2006

Phillips, Goldman & Spence, P.A.

Page   2

November 9, 2006

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   64848

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 5.6 | 972.00 |
| LITIGATION | 17.2 | 6,121.00 |
| CASE ADMINISTRATION | 1.2 | 168.00 |
| Subtotal for FEES only: 10/31/06 | 24.0 | $7,261.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 16.60 | 16.60 | 6,225.00 | 0.00 | 0.00 |
| 140.00 | CAH | 7.40 | 7.40 | 1,036.00 | 0.00 | 0.00 |
| Totals | | 24.00 | 24.00 | 7,261.00 | 0.00 | 0.00 |

```
                    Phillips, Goldman & Spence, P.A.
                            1200 N. Broom Street
                            Wilmington, DE  19806
                              (302) 655-4200
                            EI #: 51-0328786
```

November 9, 2006

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                                         File   WRG-AUS/JCP
                                    Invoice number   64848
```

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
        Subtotal for FEES only: 10/31/06      $7,261.00
        Subtotal for COSTS only: 10/31/06       $358.99
                                             ------------
  CURRENT PERIOD FEES AND COSTS: 10/31/06     $7,619.99
                                             ------------
```

****************************************************************

Please remit duplicate copy with payment.  Thank you.

****************************************************************

WRG-AUS                              LEGALMASTER MIRC For Transactions                              11/09/06 Page 2
                                                    -Fees-

| Cl | Code Grouping code description | Act Emp | Trans Date | Transaction description | Grp Cd | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 10/03/06 | E-mail to D. Felder (4x) and R. Meade re: filing of Amended Li Appeal. | | 0.40 | 56.00 |
| WRG | LITIGATION | CAH | 10/03/06 | Download and file Amended Notice of Appeal; e-mail verification to D. Felder. | | 0.30 | 42.00 |
| WRG | LITIGATION | CAH | 10/05/06 | Download and file Notice of Deposition; e-mail to Rose re: Notice of Deposition was filed. | | 0.40 | 56.00 |
| WRG | LITIGATION | CAH | 10/11/06 | E-mail to and e-mail from D. Felder re: desination of record for appeal. | | 0.30 | 42.00 |
| | | | | | | 1.40 | 196.00 |
| WRG | LITIGATION | JCP | 10/02/06 | Review of miscellaneous pleadings; review of Debtors' Supplemental Brief in Opposition to Reaud Morgan Claimants' Motion for Summary Judgment (voluminous). | | 0.40 | 150.00 |
| WRG | LITIGATION | JCP | 10/03/06 | Review of miscellaneous pleadings; review of fully executed Stipulation re: Expert Discovery; Debtors' Certification of Counsel re: Order Extending Exclusivity; e-mail from Debbie Feider (2x); e-mail from Rose Meade with enclosure; review of Amended Notice of Appeal. | | 0.50 | 187.50 |
| WRG | LITIGATION | JCP | 10/04/06 | Review of 9/25/06 Hearing Transcript (voluminous)(.6), review of Order Extending Exclusivity (.2); review of Dr. Whiteside's expert report (.3); letter from counsel for Debtor re: extending deadline for initial expert reports with enclosure (.3); review of Amended CMO for Personal Injury Estimation (.2); e-mail from Rose Meade with enclosure (.2); review of 30(b)(6) Notice of Deposition (.2); review of Dr. Arthur Frank's expert report (.2); e-mail from counsel for Personal Injury Committee (.2); letter from counsel for Personal Injury Committee with enclosure (.2). | | 2.60 | 975.00 |
| WRG | LITIGATION | JCP | 10/06/06 | Review of miscellaneous pleadings; review of Debtors' Certification of Counsel re: Amended Order Modifying Deadlines for Objections to Property Damage Claims; review of proposed Order; review of counsel for Certification of Counsel re: Hearing dates for 2007; review of proposed Order re: calendar Hearing dates. | | 0.40 | 150.00 |
| WRG | LITIGATION | JCP | 10/07/06 | Review of Dr. Brody's expert report for Personal Injury Committee (.6); review of Dr. Laura Welch's expert report for Personal Injury Committee (.6). | | 1.20 | 450.00 |
| WRG | LITIGATION | JCP | 10/09/06 | Review of miscellaneous pleadings; review of counsel for Anderson Memorial's Certification of Counsel and proposed Order; review of counsel for Debtors' Certification of Counsel and proposed Order re: Debtors' Motion to Compel Personal Injury Claimants to Respond to Personal Injury | | 0.50 | 187.50 |

WRG-AUS                              LEGALMASTER MIRC For Transactions                                  11/09/06  Page 3
                                                    -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Grp Cd | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 10/11/06 | Review of FCR's / Personal Injury Committee's Designation of Items to be included in the Appeal Record. | | 0.20 | 75.00 |
| WRG LITIGATION | JCP | 10/12/06 | Review of Anderson Memorials' Relief from Stay Order; review of Notice of Deposition for Dr. Gaziano; e-mail from counsel for Debtor re: same. | | 0.20 | 75.00 |
| WRG LITIGATION | JCP | 10/13/06 | Review of Order Compelling Personal Injury Claimants to Answer Personal Injury Questionnaire. | | 0.10 | 37.50 |
| WRG LITIGATION | JCP | 10/14/06 | Review of miscellaneous pleadings; review of Debtors' Motion to File Reply Brief re: Protective Order as to Anderson Memorial's 30(b)(6) Notice of Deposition; review of Reply Brief; review of Amended Order; re: Deadlines for Objections to Property Damage Claims; memorandum to paralegal re: Hearing dates; review of Amended Notice re: Deadlines for Objections to Property Damage claims. | | 0.50 | 187.50 |
| WRG LITIGATION | JCP | 10/16/06 | Review of Amended Order Setting Various Deadlines re: Objections to Property Damage Claims; review of Amended Notice of same. | | 0.20 | 75.00 |
| WRG LITIGATION | JCP | 10/17/06 | Review of Debtors' 18 Omnibus Objection to Claims (voluminous); review of Agenda for 10/23/06 Hearing. | | 0.30 | 112.50 |
| WRG LITIGATION | JCP | 10/18/06 | E-mail from Rose Meade re: filing to be made on 10/18/06. | | 0.10 | 37.50 |
| WRG LITIGATION | JCP | 10/19/06 | Review of Frankel's 3rd Supplemental Declaration; review of Debtor's Certification of Counsel re: Order Disallowing Prudential's Claim re: 2 Buildings in Georgia; e-mail from counsel for Personal Injury Committee with enclosure; review of Personal Injury Committee's Request for Admissions and Supplemental Interrogatories. | | 0.50 | 187.50 |
| WRG LITIGATION | JCP | 10/20/06 | Review of Certification of Counsel re: Stipulation to Expunge Certain Speights and Runyan Property Damage Claims. | | 0.10 | 37.50 |
| WRG LITIGATION | JCP | 10/21/06 | E-mail from Defense Coordinator with enclosure; review of Notice of RTS' Rescheduled Deposition. | | 0.10 | 37.50 |
| WRG LITIGATION | JCP | 10/23/06 | Review of Agenda for 10/23/06 Hearing (.3); court appearance re: 10/23/06 Hearing (3.4); review of Certification of Counsel re: Order Denying Motion to Amend Personal Injury CMO (.2); review of Counter Designations for Appeal of Order Extending Exclusivity (.2). | | 4.10 | 1,537.50 |
| WRG LITIGATION | JCP | 10/24/06 | Review of miscellaneous pleadings; review of Notice of Rescheduled RTS deposition; review of Debtors' 21st Quarterly Report of Settlements; review of Debtors' 21st Quarterly Report of Asset Sales. | | 0.30 | 112.50 |
| WRG LITIGATION | JCP | 10/25/06 | Review of miscellaneous pleadings and 3 Orders. | | 0.30 | 112.50 |

LEGALMASTER MIRC For Transactions
-Fees-

11/09/06  Page 4

| WRG-AUS | | | | | | |
|---|---|---|---|---|---|---|
| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Grp Cd | Actual Hours | Actual Dollars |
| WRG LITIGATION | JCP | 10/27/06 | Review of Speights and Runyan's Designation of Expert Witnesses re: Methodology Issues (2x). | L1 | 0.20 | 75.00 |
| WRG LITIGATION | JCP | 10/28/06 | Review of Debtors' Request to Change Filing Date re: Rescheduled RTS Deposition (.3); review of Debtors' Requesting to Change Filing Date of Counter Designations (.3); review of National Union's Motion to Replace Portion of Brief with exhibits (.4); review of Dies and Hile's Designation of Experts and Submission of Expert Reports re: Property Damage Methodology Issue (extremely voluminous)(1.3); review of Certification of Counsel re: revised 2007 Omnibus Hearing Dates (.3), memorandum to paralegal re: same (.2). | | 2.80 | 1,050.00 |
| WRG LITIGATION | JCP | 10/31/06 | Review of miscellaneous pleadings and Order. | | 0.20 | 75.00 |
| | | | | | 15.80 | 5,925.00 |
| | | | | | 17.20 | 6,121.00 |

WRG-AUS                                   LEGALMASTER MIRC For Transactions                              11/09/06  Page 5
                                                      -Fees-

| WRG C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Grp Cd | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/02/06 | Scan, file and serve August Monthly Fee Application of Phillips, Goldman & Spence. | fa | 0.40 | 56.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/02/06 | Reconcile check received to Monthly Fee Applications. | | 0.40 | 56.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/10/06 | Download Orrick's August Fee Application, Towers' Perrin August Fee Application, Piper's July and August Fee Applications; file same. | | 0.60 | 84.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/16/06 | Download and file Certificate of No Objection for D. Austern's June Fee Application. | | 0.20 | 28.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/17/06 | Download and file Certificate of No Objection to Orrick's June Fee Application. | | 0.30 | 42.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/19/06 | Review of pre-bill to assure compliance with local rules. | | 0.30 | 42.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/27/06 | Download and file September Fee Application for Orrick Herrington. | | 0.30 | 42.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/27/06 | Phone conference with D. Fullem the download and file 4th Declaration of R. Frankel. | | 0.30 | 42.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/30/06 | Draft September Fee Application and Certificate of No Objection for August. | | 0.80 | 112.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/30/06 | File and serve Certificate of No Objection for Phillips, Goldman & Spence August Fee Application; file and serve September Fee Application. | | 0.40 | 56.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/30/06 | Download and file July, August and September for Quarterly Fee Application for D. Austern. | | 0.80 | 112.00 |
|  |  |  |  |  | 4.80 | 672.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 10/16/06 | Review of and revise September pre-bill. | | 0.20 | 75.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 10/19/06 | Review of Debtor's Certification of Counsel re: Corrected Order for 19th Quarterly Fee Application. | | 0.10 | 37.50 |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 10/30/06 | Review of, revise and execute Certification of Counsel re: Phillips, Goldman & Spence 27th Monthly Fee Application; review of, revise and execute Phillips, Goldman & Spence 28th Monthly Fee Application; conference with Celeste A. Hartman re: same. | | 0.50 | 187.50 |
|  |  |  |  |  | 0.80 | 300.00 |
|  |  |  |  |  | 5.60 | 972.00 |
|  |  |  |  |  | 24.00 | 7,261.00 |

44 records printed.

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

11/09/06 Page 1

Sort Fields:
   Grouping code   (Paginate)
   Client code
   Actual employee code   (Subtotals)
   Transaction date

Range Fields:
   Client code   I  WRG - WRG
   Case suffix   I  AUS - AUS
   Invoice Number   I  64848 - 64848

| Grp Cd | Code Grouping code description | Act Emp | Trans Date | Transaction description | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|
| Ca | CASE ADMINISTRATION | CAH | 10/16/06 | Update docket and e-mail R. Bello re: entry of wrong Order on docket for Mullady. | 0.30 | 42.00 |
| | CASE ADMINISTRATION | CAH | 10/16/06 | Merge original signatures into filed documents. | 0.30 | 42.00 |
| | CASE ADMINISTRATION | CAH | 10/18/06 | Download and file Third Supplemental Declaration of Roger Frankel (locate documents to relate back to). | 0.40 | 56.00 |
| | CASE ADMINISTRATION | CAH | 10/30/06 | Update docket to system. | 0.20 | 28.00 |
| | | | | | ------- | ------- |
| | | | | | 1.20 | 168.00 |
| | | | | | ------- | ------- |
| | | | | | 1.20 | 168.00 |

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# OCTOBER 1, 2006 THROUGH
# OCTOBER 31, 2006

Phillips, Goldman & Spence, P.A.

November 9, 2006

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   64848

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 10/01/06 | Federal Express | 32.77 |
| 10/01/06 | Long distance phone charges | 2.28 |
| 10/02/06 | Postage | 2.94 |
| 10/02/06 | Photocopies | 57.00 |
| 10/09/06 | Facsimile | 1.00 |
| 10/31/06 | Check No.: 32370 - John C. Phillips, Jr. - bankruptcy filing fee. | 255.00 |
| 10/31/06 | Check No.: 32370 - John C. Phillips, Jr. - parking. | 8.00 |
| | Subtotal for COSTS only: 10/31/06 | $358.99 |