

MotleyRice

John A. Baden IV
Licensed in SC
DIRECT DIAL 843.216.9124
DIRECT FAX 843.216.9450
JBaden@motleyrice.com

September 15, 2006

VIA FACSIMILE & REGULAR MAIL

David M. Bernick, Esq.
Kirkland & Ellis LLP
200 East Randolp Drive
Chicago, Illinois 60601

Re: WR Grace

Dear Mr. Bernick:

On July 10, 2006, Motley Rice LLC submitted to Rust Consulting, Inc. responses to WR Grace's Asbestos Personal Injury Questionnaires to Plaintiffs in re the WR Grace Bankruptcy. Please let us know which, if any, of our submissions you feel may be deficient at this time. Please be specific as to which questions the Debtor feels are not fully responded to by the documents attached to the Questionnaires. Also, to the extent any question was not responded to by Motley Rice LLC, please identify those individuals by full name, social security number, state of filing, or other unique information which will allow us to determine which of our similarly named clients are being requested to respond.

If you have any questions or concerns regarding our questionnaires, please do not hesitate to contact me.

As I am,

Sincerely,

John A. Baden IV

JAB/ljm

cc:   Joseph Rice, Esq.

www.motleyrice.com

Motley Rice LLC
Attorneys at Law

MT. PLEASANT
28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

BARNWELL
1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

PROVIDENCE
321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

HARTFORD
ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX

ATLANTA
600 WEST PEACHTREE ST.
SUITE 800
ATLANTA, GEORGIA 30308
404-201-6900
404-201-6959 FAX