## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____
                                        )
IN RE:                                  )          Chapter 11
                                        )
W.R. GRACE & CO., *et al*.              )          Case No. 01-01139 (JFK)
                        Debtors.        )          Jointly Administered
                                        )
                                        )
_____)

## CERTIFICATE OF SERVICE

      I, January E. Reif, hereby certify that I caused a true and correct copy of the within **RESPONSE AND OPPOSITION OF MOTLEY RICE LLC TO DEBTOR'S MOTION TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS REPRESENTED BY EDWARD O. MOODY, P.A., FOSTER & SEAR L.L.P., MOTLEY RICE LLC, AND WILLIAMS BAILEY LAW FIRM, LLP TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE AND MOTLEY RICE LLC'S JOINDER IN THE RESPONSES OF VARIOUS LAW FIRMS REPRESENTING ASBESTOS PERSONAL INJURY CLAIMANTS IN OPPOSITION TO DEBTOR'S MOTION TO COMPEL (D.I. 13626)** to be sent on November 27, 2006 to those on the attached list as indicated.

                                             */s/ January E. Reif*_____
                                             January E. Reif, Legal Assistant
                                             Heiman, Gouge & Kaufman, LLP
                                             800 King Street, Suite 303
                                             P.O. Box 1674
                                             Wilmington, DE 19899-1674
                                             (302) 658-1800