**Hand Delivery**

Laura Davis Jones, Esquire
James O'Neill, Esquire.
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

Theresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

David Klauder, Esq.
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19801

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine
800 N. King Street, Suite 300
Wilmington DE 19801

**Regular Mail**

David Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price
& Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Lewis Kruger, Esquire
Robert Raskin, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Philip Bentley, Esq.
Gary M. Becker, Esq.
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Barbara Harding, Esq.
Kirkland & Ellis, LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005-5793

Richard H. Wyron, Esq.
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW
Suite 300
Washington, DC 20007