THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No.: 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2006, I filed a copy of the Memorandum of Kelley & Ferraro LLP and The Ferraro Law Firm in Opposition to Motion to Compel Asbestos Personal Injury Claimants Represented by Kelley & Ferraro LLP and/or The Ferraro Law Firm to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire with the Clerk of the United States Bankruptcy Court District of Delaware by electronic filing, and I furnished a copy of the foregoing document by Ordinary U.S. Mail to:

Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Barbara M. Harding
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005

Mark T. Hurford
Campbell & Levine LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

James E. O'Neill
Pachulski Stang Ziehl Young Jones
& Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

David M. Bernick
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

/s/ Electronically filed Thomas M. Wilson
THOMAS M. WILSON (0038933)
2200 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 575-0777
(216) 575–0799 (fax)

I:\TMW\WR GRACE BANKRPTCY CERT SERV.doc