REDACTED

WR GRACE PIQ 44683-0007

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

### a. GENERAL INFORMATION

1. Name of Claimant: _____  2. Gender: ____
   First     MI     Last

3. Race (for purposes of evaluating Pulmonary Function Test results): .......... ☐ White/Caucasian
   Plaintiff raises objection as this interrogatory does not lead to discovery of admissible evidence ...... ☐ African American
   ☐ Other

4. Last Four Digits of Social Security Number: _____     5. Birth Date: _____

6. Mailing Address: _____
   Address          City          State/Province     Zip/Postal Code

7. Daytime Telephone Number: _____

### b. LAWYER'S NAME AND FIRM

1. Name of Lawyer: _____ Alwyn H. Luckey
2. Name of Law Firm With Which Lawyer is Affiliated: _____ Law Firm of Alwyn H. Luckey, P.A.
3. Mailing Address of Firm: _____ Post Office Box 724, Ocean Springs, MS 39566-0724
   Address    City    State/Province    Zip/Postal Code
4. Law Firm's Telephone Number or Lawyer's Direct Line: _____ ( 228 ) 875 - 3175

   xx  Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? .......... X Living ___ Deceased
   If deceased, date of death: _____

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:
   Primary Cause of Death (as stated in the Death Certificate):    See Death Certificate attached hereto
   Contributing Cause of Death (as stated in the Death Certificate):   See Death Certificate attached hereto

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged: See attached medical records for condition.
   ___ Asbestos-Related Lung Cancer          ___ Mesothelioma
   ___ Asbestosis                             ___ Other Cancer (cancer not related to lung cancer or mesothelioma)
   ___ Other Asbestos Disease                 ___ Clinically Severe Asbestosis

   a. Mesothelioma: If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):
      ___ diagnosis from a pathologist certified by the American Board of Pathology
      ___ diagnosis from a second pathologist certified by the American Board of Pathology
      ___ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition
      ___ other (please specify): See medical record(s) attached hereto.

REC'D JUL 12 2006

1


EXHIBIT A

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE PIQ  44583-0008

b. **Asbestos-Related Lung Cancer:** If alleging Asbestos-Related Lung Cancer, were you diagnosed w___ _____, lung cancer based on the following (check all that apply):

___ findings by a pathologist certified by the American Board of Pathology

___ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

___ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

___ evidence of asbestosis determined by pathology

___ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

___ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

___ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

___ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

___ other (please specify): See medical record(s) attached hereto.

c. **Other Cancer:**

(i) If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

___ colon    ___ pharyngeal    ___ esophageal    ___ laryngeal    ___ stomach cancer

___ other, please specify: _____

(ii) Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

___ findings by a pathologist certified by the American Board of Pathology

___ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

___ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

___ evidence of asbestosis determined by pathology

___ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

___ other (please specify): See medical record(s) attached hereto.

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE PIQ 44583-0009

d. **Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis ba_____ (check all that apply):

   __ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

   __ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health.

   __ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

   __ asbestosis determined by pathology

   __ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating total lung capacity less than 65% predicted

   __ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

   __ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

   __ other (please specify): <u>See medical record(s) attached hereto.</u>

e. **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

   __ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

   __ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

   __ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

   __ asbestosis determined by pathology

   __ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

   __ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

   __ other (please specify): <u>See medical records attached hereto.</u>

| PART II: ASBESTOS-RELATED CONDITION(S) (Continued) |
|---|

WR GRACE PIQ 44583-0010

f.  Other Asbestos Disease: If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

__ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

__ diagnosis determined by pathology

__ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

__ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

__ a chest x-ray reading other than those described above

__ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

__ a pulmonary function test other than that discussed above

__ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

__ a CT Scan or similar testing

__ a diagnosis other than those above

__ other (please specify): See medical record(s) attached hereto.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

| PART II: ASBESTOS-RELATED CONDITION(S) (Continued) |
|---|

WR GRACE PIQ 44583-0011

2. **Information Regarding Diagnosis**

   Date of Diagnosis: ..................................................................................................10/18/2004

   Diagnosing Doctor's Name: _____ Michael Crain

   Diagnosing Doctor's Specialty: See medical record(s) attached hereto. The requested information is as readily available to W. R. Grace as it is to the claimant.

   Diagnosing Doctor's Mailing Address: See medical record(s) or report(s) attached hereto.

   Diagnosing Doctor's Daytime Telephone Number: See medical record(s) attached hereto.

   With respect to your relationship to the diagnosing doctor, check all applicable boxes:

   Was the diagnosing doctor your personal physician? ............................................................. ☐ Yes  xx No

   Was the diagnosing doctor paid for the diagnostic services that he/she performed? ............. xx Yes  ☐ No

   *If yes, please indicate who paid for the services performed:* The plaintiff's law firm paid with reimbursement from client

   Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? .......... ☐ Yes  xx No

   Was the diagnosing doctor referred to you by counsel? .......................................................... ☐ Yes  xx No

   Are you aware of any relationship between the diagnosing doctor and your legal counsel? ........ xx Yes  ☐ No

   *If yes, please explain:* The relationship is one of the testing facility to recommends or suggests a law firm or the law firm schedules appointments on behalf of this plaintiff with the testing facility. This plaintiff has no documentation to indicate whether this plaintiff contacted the law firm or the testing facility first.

   Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis? ... See attached medical record(s). The requested information is as readily available to W. R. Grace as it is to the claimant ................................................................. ☐ Yes  ☐ No

   Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis? .... See medical record(s) attached hereto. The requested information is as readily available to W. R. Grace as it is to the claimant ........................................................................................ ☐ Yes  ☐ No

   Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? ..... See medical record(s) attached hereto ............................. + ............................. xx Yes  ☐ No

   Did the diagnosing doctor perform a physical examination? See medical record(s) attached .......... ☐ Yes  ☐ No

   Do you currently use tobacco products? ................................................................................... X Yes  _ No

   Have you ever used tobacco products? ..................................................................................... X Yes  X No

   *If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

   X  Cigarettes       Packs Per Day (half pack = .5) .5       Start Year 1935  End Year Present

   __ Cigars          Cigars Per Day                          Start Year       End Year Present

   __ If Other Tobacco Products, please specify (e.g., chewing tobacco):
                       Amount Per Day           Start Year                End Year

   Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? .................. ☐ Yes  ☐ No

   *If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

   _____

3. **Information Regarding Chest X-Ray**

   Please check the box next to the applicable location where your chest x-ray was taken (check one):

   xx  Mobile laboratory  ☐ Job site  ☐ Union Hall  ☐ Doctor office  ☐ Hospital  ☐ Other: _____

   Address where chest x-ray taken: The address is not recalled at this time.
                                    Address

   _____    _____    _____
   City                                State/Province             Zip/Postal Code

5

| PART II: ASBESTOS-RELATED CONDITION(S) (Continued) |
|---|

WR GRACE PIQ 44583-0012

4. Information Regarding Chest X-Ray Reading

   Date of Reading: See medical record(s) attached        ILO score: See medical record(s) attached

   Name of Reader:                                        See medical record(s) attached

   Reader's Daytime Telephone Number: ............................................... See medical record(s) attached

   Reader's Mailing Address: See medical record(s) attached

   With respect to your relationship to the reader, check all applicable boxes:

   Was the reader paid for the services that he/she performed ................................................ xx Yes ☐ No

   *If yes, please indicate who paid for the services performed*: The law firm paid with reimbursement by the client.

   Did you retain counsel in order to receive any of the services performed by the reader?.. See below........ ☐ Yes ☐ No

   Was the reader referred to you by counsel?....... See below...................................... ☐ Yes ☐ No

   Are you aware of any relationship between the reader and your legal counsel?................................ xx Yes ☐ No

   *If yes, please explain*: The relationship is one of the testing facility to recommends or suggests a law firm or the law firm schedules appointments on behalf of this plaintiff with the testing facility.

   Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading? See medical record(s) attached hereto. The requested information is as readily available to W. R. Grace as it is to the claimant ..............................................................................☐ Yes ☐ No

   *If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made*: See attached medical record(s). The requested information is as readily available to W. R. Grace as it is to the claimant. .

5. Information Regarding Pulmonary Function Test: .................................. Date of Test: See attached medical record(s)

   List your height in feet and inches when test given: ....................................... See attached medical record(s)

   List your weight in pounds when test given: ..................................... See attached medical record(s)

   Total Lung Capacity (TLC): ........................................................... See attached medical record(s)

   Forced Vital Capacity (FVC): ............................................................. See attached medical record(s)

   FEV1/FVC Ratio: ................................................................. See attached medical record(s)

   Name of Doctor Performing Test (if applicable): See attached medical record(s)

   Doctor's Specialty: See attached medical record(s). The requested information is as readily available to W. R. Grace as it is to the claimant

   Name of Clinician Performing Test (if applicable): See attached medical record(s)

   Testing Doctor or Clinician's Mailing Address: See attached medical record(s)
                                                 Address

   _____
   City                                 State/Province              Zip/Postal Code

   Testing Doctor or Clinician's Daytime Telephone Number: ..........................(See attached medical record(s)

   Name of Doctor Interpreting Test:                                See attached medical record(s)

   Doctor's Specialty: See attached medical record(s). The requested information is as readily available to W. R. Grace as it is to the claimant.

   Interpreting Doctor's Mailing Address: See attached medical record(s)
                                          Address

   _____
   City                                 State/Province              Zip/Postal Code

   Interpreting Doctor's Daytime Telephone Number: ................................. See attached medical record(s)

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE PIQ 44583-0013

With respect to your relationship to the doctor or clinician who performed the pulmonary function test, check all applicable boxes:

If the test was performed by a doctor, was the doctor your personal physician?.................................. ☐ Yes  xx No

Was the testing doctor and/or clinician paid for the services that he/she performed?........................... xx Yes  ☐ No
*If yes, indicate who paid for the services:* The law firm paid with actual or obligation of reimbursement by the client.

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician?.. ☐ Yes  xx No

Was the testing doctor or clinician referred to you by counsel? See below.................................. ☐ Yes  ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel?.......... xx Yes  ☐ No
*If yes, please explain:* The relationship is one of the testing facility to recommends or suggests a law firm or the law firm schedules appointments on behalf of this plaintiff with the testing facility.

Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test? See medical record(s) attached. The requested information is as readily available to W. R. Grace as it is to the claimant .................................................................................................. ☐ Yes ☐ No

With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:

Was the doctor your personal physician?................................................................................ ☐ Yes  xx No

Was the doctor paid for the services that he/she performed?.................................................... xx Yes  ☐ No

*If yes, please indicate who paid for the services performed:* ............... The law firm paid with reimbursement by the client.

Did you retain counsel in order to receive any of the services performed by the doctor?................... ☐ Yes  xx No

Was the doctor referred to you by counsel? See below............................................................ ☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel?........................... xx Yes  ☐ No
*If yes, please explain:* The relationship is one of the testing facility to recommends or suggests a law firm or the law firm schedules appointments on behalf of this plaintiff with the testing facility.

Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed? ..unknown............ ☐ Yes  ☐ No

6. **Information Regarding Pathology Reports:**

   Date of Pathology Report: .......................................................................See medical record(s) attached hereto.

   Findings:   See medical record(s) attached hereto.

   Name of Doctor Issuing Report:                          See medical record(s) attached hereto.

   Doctor's Specialty:    See medical record(s) attached hereto. The requested information is as readily available to W. R. Grace as it is to the claimant

   Doctor's Mailing Address: See medical record(s) attached hereto.

   Doctor's Daytime Telephone Number:........................................................See medical record(s) attached hereto.

   With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

   Was the doctor your personal physician?............................................................................ ☐ Yes  xx No

   Was the doctor paid for the services that he/she performed?.................................................. xx Yes  ☐ No

   *If yes, please indicate who paid for the services performed:*       The law firm paid with reimbursement by the client.

   Did you retain counsel in order to receive any of the services performed by the doctor?............... ☐ Yes  xx No

   Was the doctor referred to you by counsel? See below........................................................ ☐ Yes  ☐ No

   Are you aware of any relationship between the doctor and your legal counsel?........................ xx Yes  ☐ No
   *If yes, please explain:* The relationship is one of the testing facility to recommends or suggests a law firm or the law firm schedules appointments on behalf of this plaintiff with the testing facility.

   Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?
   See medical record(s) attached hereto. The requested information is as readily available to W. R. Grace as it is to the claimant. ................................................................................................................. ☐ Yes  ☐ No

7

| PART II: ASBESTOS-RELATED CONDITION(S) (Continued) |
|---|

WR GRACE PIQ 44583-0014

7. With respect to the condition alleged, have you received medical treatment from a doctor for the cond.................................................................................................................. ☐ Yes  xx  No

*If yes, please complete the following:*

Name of Treating Doctor: _____

Treating Doctor's Specialty: _____

Treating Doctor's Mailing Address: _____
                                         Address

_____
City                                        State/Province                  Zip/Postal Code

Treating Doctor's Daytime Telephone number:............................... (___ ___ ___) ___ ___ ___ - ___ ___ ___ ___

Was the doctor paid for the services that he/she performed?.................................................. ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ............ ☐ Yes ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products
(b) A worker who personally removed or cut Grace asbestos-containing products
(c) A worker who personally installed Grace asbestos-containing products
(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

**Site of Exposure:**

Site Name: Pullman Standard    Location: Bessemer AL

Site Type: ☐ Residence  xx Business

Site Owner: Pullman Standard

Employer During Exposure: Pullman Standard  Unions of which you were a member during your employment: _____

| | Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 59, specify | Industry Code If Code 118, specify | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure (b), (c), (d) and (e) |
|---|---|---|---|---|---|---|---|
| Job 1 Description: | Zonolite | Sight of product and/or logo; word of mouth as product was used | 1946 - 1949 | Sheet metal worker | | Yes, exposure was close enough to place plaintiff in a dusty area surrounding the product(s) | |
| Job 2 Description: | | | | | | | |
| Job 3 Description: | | | | | | | |
| Job 4 Description: | | | | | | | |
| Job 5 Description: | | | | | | | |
| Job 6 Description: | | | | | | | |

9

WR GRACE PIQ 44583-0015

## PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

WR GRACE PIQ 44583-0016

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person?...................................................................................................... xx Yes ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person: <u>unknown</u>            Gender: ☐ Male ☐ Female

   Last Four Digits of Social Security Number: <u>unknown</u>    Birth Date: <u>unknown</u>

3. What is your Relationship to Other Injured Person: .................................. ☐ Spouse ☐ Child xx Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:
   <u>While I was working alongside other craftsmen I was exposed to asbestos containing products with which they were working.</u>

5. Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products: From: <u>unknown</u> To: <u>unknown</u>

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:
   <u>Without further discovery, it is unknown as there are many co-workers that I believe were working with these products.</u>

7. Has the Other Injured Person filed a lawsuit related to his/her exposure? <u>Unknown</u> ............................ ☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*
   Caption:
   Case Number:        Date:           **REDACTED**
   Court Name:

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:
   <u>Please refer to page 9, category "nature of Exposure".</u>

   9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:
   ............................................................................................................ From: <u>Refer to page 9</u> To: <u>Refer to page 9</u>

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product: ............... <u>By sight of the products.</u>

[REMAINDER OF PAGE INTENTIONALLY BLANK]

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products *other than* Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked. In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products
(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

| Party Against which Lawsuit or Claim was Filed: | | Product(s) | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 59, specify | Industry Code If Code 118, specify | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If Yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| Site of Exposure 1 Site Name: Address: City and State: Site Owner: | Job 1 Description: | * | * | * | * | * | * |
| | Job 2 Description: | | | | | | |
| | Job 3 Description: | | | | | | |
| Site of Exposure 2 Site Name: Address: City and State: Site Owner: | Job 1 Description: | | | | | | |
| | Job 2 Description: | | | | | | |
| | Job 3 Description: | | | | | | |
| Site of Exposure 3 Site Name: Address: City and State: Site Owner: | Job 1 Description: | | | | | | |
| | Job 2 Description: | | | | | | |
| | Job 3 Description: | | | | | | |

\* Plaintiff objects to this Request as it is not designed to lead to discoverable evidence. Also, W. R. Grace is should be in possession of this information as it is contained [in] Plaintiff's Complaint and any amendments thereto.

11

WR GRACE PIQ 44583-0017

## PART VI: EMPLOYMENT HISTORY

WR GRACE PIQ 44583-0018

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Occupation Code:** _____ If Code 59, specify: _____

**Industry Code:** _____ If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** ___/___/_____     **End of Employment:** ___/___/_____

**Location:** _____
      Address

_____
City      State/Province      Zip/Postal Code

**Occupation Code:** _____ If Code 59, specify: _____

**Industry Code:** _____ If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** ___/___/_____     **End of Employment:** ___/___/_____

**Location:** _____
      Address

_____
City      State/Province      Zip/Postal Code

**Occupation Code:** _____ If Code 59, specify: _____

**Industry Code:** _____ If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** ___/___/_____     **End of Employment:** ___/___/_____

**Location:** _____
      Address

_____
City      State/Province      Zip/Postal Code

**Occupation Code:** _____ If Code 59, specify: _____

**Industry Code:** _____ If Code 118, specify: _____

**Employer:** _____

**Beginning of Employment:** ___/___/_____     **End of Employment:** ___/___/_____

**Location:** _____
      Address

_____
City      State/Province      Zip/Postal Code

## PART VII: LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR SILICA

WR GRACE PIQ 44583-0019

### a. LITIGATION

1. Have you ever been a plaintiff in a lawsuit regarding asbestos or silica? .................................................. xx Yes ☐ No

   *If yes, please complete the rest of this Part VII(a) for each lawsuit. For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2. Please provide the caption, case number, file date, and court name for the lawsuit you filed:

   Caption:

   Case Number:         REDACTED              File Date:

   Court Name:

3. Was Grace a defendant in the lawsuit? .................................................................................................. xx Yes ☐ No

4. Was the lawsuit dismissed against any defendant? ................................................................................. ☐ Yes ☐ No

   *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*
   This plaintiff raises objection as this interrogatory does not lead to the discovery of admissible evidence.

5. Has a judgment or verdict been entered? ............................................................................................... ☐ Yes xx No

   *If yes, please indicate verdict amount for each defendant(s):* _____

6. Was a settlement agreement reached in this lawsuit? This plaintiff raises objection as this interrogatory does not lead to the discovery of admissible evidence. The information is client/attorney privileged. ............................. ☐ Yes ☐ No

   *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

   a. Settlement amount for each defendant: _____
   b. Applicable defendants: _____
   c. Disease or condition alleged: _____
   d. Disease or condition settled (if different than disease or condition alleged): _____

7. Were you deposed in this lawsuit? ........................................................................................................ ☐ Yes xx No

   *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

### b. CLAIMS

1. Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? ................................................................. ☐ Yes ☐ No
   This plaintiff raises objection as this interrogatory does not lead to the discovery of admissible evidence.

   *If yes, please complete the rest of this Part VII(b). If no, please skip to Part VIII.*

2. Date the claim was submitted: ...................................................................... ___/___/_____

3. Person or entity against whom the claim was submitted: _____

4. Description of claim: _____

5. Was claim settled? .................................................................................................................................. ☐ Yes ☐ No

6. Please indicate settlement amount: ............................................................................ $_____

7. Was the claim dismissed or otherwise disallowed or not honored? ...................................................... ☐ Yes ☐ No

   *If yes, provide the basis for dismissal of the claim:* _____

13

WR GRACE PIQ 44583-0020

## PART VIII: CLAIMS BY DEPENDENTS OR RELATED PERSONS

Name of Dependent or Related Person: _____ Gender: ☐ Male ☐ Female

Last Four Digits of Social Security Number: _ _ _ _   Birth Date: ___/___/_____

Financially Dependent: ...................................................................................☐ Yes ☐ No

Relationship to Injured Party: ☐ Spouse ☐ Child ☐ Other  If other, please specify _____

Mailing Address: _____
                  Address

_____
City                              State/Province                    Zip/Postal Code

Daytime Telephone number: ................................................... (___)___-____

## PART IX: SUPPORTING DOCUMENTATION

Please use the checklists below to indicate which documents you are submitting with this form.

**Copies:**

☑ Medical records and/or report containing a diagnosis
☑ Lung function test results
☑ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products
☐ Supporting documentation of other asbestos exposure

☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Depositions from lawsuits indicated in Part VII of this Questionnaire
☐ Death Certification

**Originals:**

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products

☐ Supporting documentation of other asbestos exposure
☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation. Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

_____

## PART X: ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE

The information provided in this Questionnaire must be accurate and truthful. This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim. The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 & 3571. **TO BE COMPLETED BY THE INJURED PERSON.**

I swear, <u>under penalty of perjury</u>, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete.

Signature: **REDACTED** Date: _____

Please Print Name: _____

*Objection is raised as the signature is requested by virtue of the Responses being certified by counsel representing the claimant. Signature of this Response is not designed to lead to discoverable evidence.

**TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.**

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: _/s/ Alwyn H. Luckey_____ Date: 7/10/2006

Please Print Name: <u>ALWYN H. LUCKEY</u> or <u>R. MICHAEL CUNNINGHAM, II</u>