IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                                          :
In Re:                                                   :         Chapter 11
                                                          :
W. R. GRACE & CO., et al.                      :         Case No. 01-01139 (JFK)
                                                          :         Jointly Administered
         Debtors-in-possession.               :
_____

CERTIFICATE OF SERVICE

      I, Alwyn H. Luckey, hereby certify that I caused a true and correct copy of the within Opposition to Motion to Compel Asbestos Personal Injury Claimants Represented by Thornton & Naumes LLP and Alwyn H. Luckey, P.A. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire on behalf of the Law Firm of Alwyn H. Luckey, P.A. Claimants to be sent on November 27, 2006 to those on the attached list as indicated.

      Respectfully submitted,

      LAW FIRM OF ALWYN H. LUCKEY, P.A.
      A Professional Association
      2016 Bienville Blvd.
      Post Office Box 724
      Ocean Springs, Mississippi 39566-0724
      Telephone: (228) 875-3175
      Facsimile:  (228) 872-4719
      Attorneys for Claimants


      By:     /s/ Alwyn H. Luckey
            ALWYN H. LUCKEY