Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub, LLP
919 North Market St., 17th Floor
Wilmington, DE 19899-8705

Theresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 N. Market St., Suite 1200
Wilmington, DE 19801

David Klauder, Esquire
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 N. Market St., Suite 904
Wilmington, DE 19801

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence P.A.
1200 N. Broom Street
Wilmington, DE 19806

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine
800 N. King St., Suite 300
Wilmington, DE 19801

Barbara Harding, Esquire
Kirkland & Ellis, LLP
655 Fifteenth St., NW, Suite 1200
Washington, DC 20005-5793

David Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Madison Lane
New York NY 10038-4982

Philip Bentley, Esquire
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Richard H. Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007