# EXHIBIT 2

```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE


IN RE:                            .    Chapter 11
                                  .
W.R. GRACE & CO., et al.,         .    Case No. 01-01139(JKF)
                                  .    Jointly Administered
                                  .
         Debtors.                 .    April 17, 2006 (2:05 p.m.)
                                  .    (Wilmington)
```

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1    Do people have legitimate objections to providing some type

2    of information?  I don't know, maybe they do.  If they do,

3    I'm obviously going to have to hear them or the mediator,

4    actually, I think, is first going to have to hear them.  But,

5    to the extent that an objection is to the question that's

6    being asked, I don't expect either a mediator or me to have

7    to go through that.  I've already decided that's an

8    appropriate question to be asked.  You know, how the answers

9    come in, I don't know how the answers are going to come in.

10   Who does until you see them.

11          MR. BECKER: Your Honor, my point on this is that if

12   we hold off on addressing any of these issues about the

13   questions, the delay is more than just two months, and you

14   can put the response delay, the response deadline back two

15   months, but as I understand the way we've worked out the

16   whole process, it was that there would be answers to these

17   questions, and that the processors of the responses would be

18   able to put them in a data base and show us the responses -

19          THE COURT: Right.

20          MR. BECKER:  - in a relatively short time.  If we

21   wait until after the questionnaires are served and then

22   address, start to address the objections, that process will

23   be stretched out a lot longer than two months, Your Honor.

24          THE COURT: But, well, okay.  Maybe I'm

25   misunderstanding, but I don't even know how I can understand