# EXHIBIT 3

```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF DELAWARE

IN RE:                              . Case No.  01-1139 (JFK)
                                    .
                                    .
  W.R. GRACE & CO.,                 . Courtroom A, 54th Floor
                                    . U.S. Steel Tower
                                    . Pittsburgh, PA
                  Debtor.           .
                                    . July 19, 2005
. . . . . . . . . . . . . . . . . . 8:42 a.m.

                       TRANSCRIPT OF HEARING
                BEFORE HONORABLE JUDITH K. FITZGERALD
                 UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtors:            Pachulski, Stang, Ziehl, Jones &
                            Weintraub, P.C.
                            By:  DAVID CARICKHOFF, ESQ.
                            919 North Market Street, 16th Fl.
                            Wilmington, Delaware  19899

                            Kirkland & Ellis LLP
                            By:  DAVID BERNICK, ESQ.
                                 MICHELLE H. BROWDY, ESQ.
                                 JANET BAER, ESQ.
                                 BARBARA HARDING, ESQ.
                            200 East Randolph Drive
                            Chicago, Illinois  60601



Audio Operator:             Cathy Younker

 Proceedings recorded by electronic sound recording, transcript
               produced by transcription service.
```
_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@optonline.net**

**(609) 586-2311   Fax No.  (609) 587-3599**

1 anything that might relate?  I mean the word --

2          THE COURT:  Folks, I've made a ruling.

3          MR. LOCKWOOD:  -- relate is unbelievably.  Everything
4 relates to everything else, Your Honor.  I object.  When I get
5 those kind of discovery requests, I always object to the term
6 relate to.

7          THE COURT:  Well, then they can object to it if
8 that's what they want to do.

9          MR. LOCKWOOD:  I get sustained regularly, because
10 it's too broad and vague and undefined.

11          THE COURT:  But the standard is going to be whatever
12 they need to get through the Trust process that they can put in
13 this now they don't have to do again.  That should be a big
14 incentive, and on top of that they'll get their claim treated
15 first.  That should be a big incentive for them to go out and
16 get whatever documents that support this claim, so they don't
17 have to --

18          MR. LOCKWOOD:  I agree with that, Your Honor, but
19 again --

20          THE COURT:  -- do it again.

21          MR. LOCKWOOD:  -- this uses the word must.

22          THE COURT:  It says --

23          MR. LOCKWOOD:  It says the questionnaire must be
24 accompanied by it.  It doesn't say the questionnaire may be
25 accompanied by it.

**J&J COURT TRANSCRIBERS, INC.**