# EXHIBIT 4

```
                UNITED STATES BANKRUPTCY COURT
                     DISTRICT OF DELAWARE


IN RE:                            .  Case No. 01-1139(JKF)
                                  .  Chapter 11
W.R. GRACE, et al.,               .
                                  .  Bankruptcy Courtroom No. 2
                                  .  824 Market Street
                      Debtors.    .  Wilmington, Delaware 19801
                                  .
                                  .
                                  .  September 25, 2006
. . . . . . . . . . . . . . . . .   2:03 P.M.


                 TRANSCRIPT OF OMNIBUS HEARING
             BEFORE HONORABLE JUDITH K. FITZGERALD
                UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Debtors:            Kirkland & Ellis
                        By:  DAVID M. BERNICK, ESQ.
                             JANET BAER, ESQ.
                             SAMUEL BLATNICK, ESQ.
                             LISA G. ESAYIAN, ESQ.
                        200 East Randolph Drive
                        Chicago, Illinois 60601

                        Pachulski Stang Ziehl Young & Jones
                        By:  DAVID CARICKHOFF, JR., ESQ.
                        919 North Market Street, 16th Floor
                        Post Office Box 8705
                        Wilmington, Delaware 19899-8705



Audio Operator:         Brandon McCarthy


       Proceedings recorded by electronic sound recording,
          transcript produced by transcription service.
```
_____

**TRANSCRIPTS PLUS**
**435 Riverview Circle, New Hope, Pennsylvania 18938**
e-mail courttranscripts@aol.com

**215-862-1115   (FAX) 215-862-6639**

1  haven't --

2              THE COURT:  This process is to help anybody's expert
3  that the information that they need to try to convince me of
4  what the existing and future asbestos personal injury claims
5  will be, and how much it's going to cost to resolve them.
6  That's what this is for.  And nothing else.

7              I can't say, and I'm sure the debtor can't at this
8  point in time, who and what they're going to file motions for
9  summary judgment about.  That's not a proper request at this
10 point in time.

11             But the issue is if somebody checks other, yes, I
12 have lung cancer, but I don't know why and I don't have a
13 diagnosis, there is going to be a serious question as to
14 whether it's related to asbestos, isn't there?

15             MR. FINCH:  No, not if --
16             THE COURT:  Yes.
17             MR. FINCH:  If they've been exposed --
18             THE COURT:  Yes, there is.
19             MR. FINCH:  If they have been exposed to asbestos and
20 they have lung cancer --
21             THE COURT:  And they don't check anything that
22 indicates that they have exposed -- been exposed to asbestos
23 and they don't know why they have it, that claim is going to be
24 challenged by experts.  How can they put it into a package
25 related to asbestos if there isn't any information related to

1      **THE COURT: Well, it --**

2      **MR. BERNICK: I'll stipulate they'll collide.**

3      **THE COURT: All right, we're off this -- we are off**
4  **the subject. And I apologize. I don't know how I led us down**
5  **that path. We're off the subject.**

6      **The point was that this is for estimation purposes,**
7  **not for allowance and disallowance purposes. So, I don't**
8  **expect to see something like I'm not going to tell you that my**
9  **client also worked for U.S.G. because it's work product. Un-**
10 **un't. If your client worked for U.S.G., that's a fact. So,**
11 **put it in there.**

12     **MR. BERNICK: Your Honor, on the objections, counsel**
13 **pointed out -- just to get us back on track. Your Honor said**
14 **you want to know the objections within the 30-day**
15 **supplementation period.**

16     **Counsel then responded, well, a lot of those -- a lot**
17 **of objections have already been made. And it is true that when**
18 **people submitted responses to our motion to compel, the kind of**
19 **global motion to compel, they stated a bunch of objections to**
20 **the questionnaire. And some of them, as like lawyers do, maybe**
21 **are obliged to do, is I object to this, this, and this and**
22 **this.**

23     **Your Honor now has provided additional elucidation,**
24 **particularly with regard to the issue of relevance. And I**
25 **think that it's only fair if there are objections that Your**