## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | Related to Docket Nos. 13627 and 13805 |
|  | ) |  |
|  | ) | Hrg. Date: December 5, 2006 |

**JOINDER OF MORRIS, SAKALARIOS & BLACKWELL, PLLC, IN THE COMBINED RESPONSE OF FOSTER & SEAR, LLP., WILLIAMS BAILEY LAW FIRM, LLP, LAW OFFICES OF PETER G. ANGELOS, P.C., PROVOST UMPHREY LAW FIRM, LLP, BARON & BUDD, P.C., SILBER PEARLMAN, LLP, AND LEBLANC & WADDELL, LLP TO THE DEBTORS' MOTIONS TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS REPRESENTED BY (i) EDWARD O. MOODY, P.A., FOSTER & SEAR, LLP., MOTLEY RICE LLC AND WILLIAMS BAILEY LAW FIRM, LLP [DOCKET No. 13626], (ii) HARTLEY & O'BRIEN, PLLC, PROVOST UMPHREY, LLP AND THE LAW OFFICES OF PETER G. ANGELOS, P.C. [DOCKET No. 13620], AND (iii) BARON & BUDD, P.C., SILBER PEARLMAN, LLP, AND LEBLANC & WADDELL, P.C. [DOCKET No. 13628] TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE**

Morris, Sakalarios & Blackwell, PLLC, counsel for and on behalf of certain personal injury claimants ("Morris Sakalarios Claimants") by and through their undersigned attorneys, hereby respond to Grace's Motion to Compel Asbestos Personal Injury Claimants Represented by Morris, Sakalarios & Blackwell, PLLC to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire (the "Motion to Compel") (Docket No. 13627).  The Claimants join in the Response to Debtor's Separate Memorandum of Points and Authorities and Sections I and IV of the "**COMBINED RESPONSE OF FOSTER & SEAR, LLP., WILLIAMS BAILEY LAW FIRM, LLP, LAW OFFICES OF PETER G. ANGELOS, P.C., PROVOST UMPHREY LAW FIRM, LLP, BARON**

& BUDD, P.C., SILBER PEARLMAN, LLP, AND LEBLANC & WADDELL, LLP TO THE

DEBTORS' MOTIONS TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS

REPRESENTED BY (i) EDWARD O. MOODY, P.A., FOSTER & SEAR, LLP., MOTLEY RICE

LLC AND WILLIAMS BAILEY LAW FIRM, LLP [Docket No. 13626], (ii) HARTLEY &

O'BRIEN, PLLC, PROVOST UMPHREY, LLP AND THE LAW OFFICES OF PETER G.

ANGELOS, P.C. [Docket No. 13620], AND (iii) BARON & BUDD, P.C., SILBER PEARLMAN,

LLP, AND LEBLANC & WADDELL, P.C. [Docket No. 13628] TO RESPOND TO THE W.R.

GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE" filed herein at Docket No.

13806.

Grace claims that the settlement agreements between claimants and certain other defendants should not be kept confidential. According to *Davenport v. Ind. Masonic Home Found., Inc.*, "Settlement serves an important role in expediting and improving the efficiency of the litigation process. Thus, courts are generally reluctant to order disclosure of negotiations or documents related to a settlement agreement." Claimants assert that the many settlement agreements entered into with the firm of their attorneys are not relevant. *Davenport v. Ind. Masonic Home Found., Inc. 2003 U.S. Dist. LEXIS 6350 (U.S. Dist., 2003).* As these agreements are generally upheld to encourage *settlement, the fact that the terms are not relevant to the Debtors claims should have added weight.* Each agreement that claimants have entered contains confidentiality clauses. Also, simply because there is a settlement does not mean that there was any claimed exposure. Many asbestos companies make offers simply to settle doubtful claims. Because the settlement

agreements will not aid in determining the exposure of claimants, there would be little benefit from the release of the confidential settlement information.

WHEREFORE, for the foregoing reasons, the Morris Sakalarios Claimants pray that the Motion to Compel be denied in its entirety, and that the Morris Sakalarios Claimants be afforded such other relief, individually and/or jointly, as to which they may be entitled.

Dated: November 27, 2006

Anthony Sakalarios
Stacey Lea Sims
**MORRIS, SAKALARIOUS
AND BLACKWELL, PLLC**
Post Office Drawer 1858
Hattiesburg, MS 39403-1858
Telephone (601) 544-3343
Facsimile (601) 544-9814

**COUNSEL FOR
MORRIS SAKALARIOS CLAIMANTS**


Sander L. Esserman
Van J. Hooker
David A. Klingler
David J. Parsons
**STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999



/s/ Daniel K. Hogan
Daniel K. Hogan (ID no. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone:  (302) 656-7540
Facsimile:  (302) 656-7599
E-mail:  dan@dkhogan.com

**COUNSEL FOR MORRIS SAKALARIOS**