REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL  33486

| Invoice Number | 1474315 |
| Invoice Date | 11/21/06 |
| Client Number | 172573 |

===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

|  | |
| --- | --- |
| Fees | 65,628.50 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT          $65,628.50
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL  33486

| | |
|---|---|
| Invoice Number | 1474315 |
| Invoice Date | 11/21/06 |
| Client Number | 172573 |
| Matter Number | 60026 |

=======================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 10/01/06 | Cameron | Review materials for PI claim expert reports. | 2.00 |
| 10/02/06 | Cameron | Multiple telephone calls and e-mails with R. Finke and defense counsel regarding PI claims, expert reports (1.3); attention to materials from expert (2.9); telephone call with expert regarding same (0.4); review prior expert reports and reliance materials (1.2). | 5.80 |
| 10/02/06 | Klapper | Discuss report with expert (1.0); coordinate with Kirkland counsel on cross issues generally (.7); review PI case materials forwarded by Kirkland and identify additional topics for cross-examination outlines (3.2). | 4.90 |
| 10/03/06 | Cameron | Multiple e-mails with counsel and W.R. Grace regarding expert report issues (0.9); telephone call with expert regarding same (0.3); review expert report and finalize for filing (2.6). | 3.80 |
| 10/03/06 | Klapper | Review Lemen cross outline and identify issues of relevance to PI matter (3.2); review Lemen report (2.0). | 5.20 |

172573 W. R. Grace & Co.                          Invoice Number  1474315
60026  Litigation and Litigation Consulting       Page    2
November 21, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 10/04/06 | Cameron | Review PI Claims estimation expert reports filed by claimants and committees (1.9); e-mails regarding same (0.4); review materials from R.J. Lee Group for expert report (1.1).   . | 3.40 |
| 10/04/06 | Klapper | Review rest of PI committee expert reports (3.7); coordinate with J. Ashe and J. Schoenecker regarding cross-examination project (.5). | 4.20 |
| 10/04/06 | Schoenecker | Review reports of claimants' experts. | .50 |
| 10/05/06 | Cameron | Review expert reports and supporting materials (1.9); e-mails regarding same (0.4). | 2.30 |
| 10/05/06 | Klapper | Review Frank and Spear cross outlines for initial comments and follow-up re: same with associates. | 5.10 |
| 10/07/06 | Cameron | Review PI expert reports and multiple e-mails relating to same. | 1.10 |
| 10/08/06 | Schoenecker | Continue review of reports of claimants' experts. | 2.40 |
| 10/09/06 | Cameron | E-mails regarding expert reports (0.3); review Grace reports (0.9). | 1.20 |
| 10/09/06 | Klapper | Prepare chart of issues for experts to address in response to PI claimants' reports. | 2.70 |
| 10/09/06 | Muha | Docket research per request of D. Cameron. | .60 |
| 10/10/06 | Cameron | Review back-up materials from expert work (1.2); e-mails regarding same (0.2). | 1.40 |
| 10/11/06 | Cameron | Review expert materials from K&E. | .90 |
| 10/13/06 | Klapper | Continue work on chart of issues for expert rebuttal reports and discuss same with consultant. | 2.30 |

```
172573 W. R. Grace & Co.                      Invoice Number  1474315
60026  Litigation and Litigation Consulting   Page    3
November 21, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|
| 10/13/06 | Taylor-Payne | Reviewed e-mails from Mr. Klapper (.20); reviewed expert report and resume and began preparing tracking spreadsheet (.80). | 1.00 |
| 10/15/06 | Cameron | Attention to expert report issues. | 1.50 |
| 10/16/06 | Ash | Review expert report in preparation for meeting with A. Klapper (1.0); meeting with A. Klapper regarding expert cross examination project, including review of expert report and issues for outlines (1.2). | 2.20 |
| 10/16/06 | Cameron | Communications regarding rebuttal reports in PI Estimation (0.6); review expert reports regarding same (1.9). | 2.50 |
| 10/16/06 | Klapper | Meet with J. Ashe and J. Schoenecker regarding cross exam project (1.7); discuss project with B. Harding (.2). | 1.90 |
| 10/16/06 | Schoenecker | Review background material regarding claimants' experts (0.4); office conference with A. Klapper and J. Ash re article/transcript review process (1.5); review revised cross examination topics (0.5). | 2.40 |
| 10/16/06 | Taylor-Payne | Telephone conference with Messrs. Klapper, Ash, and Schoenecker to discuss cross examination preparation (1.5); coordinated preparation of expert document tracking index (0.3); updated tracking index (0.6); began reviewing, organizing and compiling expert materials for review by Messrs. Ash and Schoenecker for witness cross examination (4.4). | 6.80 |
| 10/17/06 | Klapper | Meet with expert to discuss potential supplemental rebuttal points. | 4.20 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Fee Detail.doc 11/27/06 5:01 PM

172573 W. R. Grace & Co.                          Invoice Number   1474315
60026  Litigation and Litigation Consulting        Page   4
November 21, 2006

| Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
| 10/17/06 | Schoenecker | Office conference w/ A. Klapper regarding categories for review of expert testimony. | .70 |
| 10/17/06 | Taylor-Payne | Continued reviewing and organizing materials (3.9); prepared indices for six volumes of expert materials (1.0); updated expert materials tracking spreadsheet (0.4); e-mails to and from Mr. Klapper regarding status review (0.2). | 5.50 |
| 10/18/06 | Schoenecker | Review and summarize deposition testimony of expert. | 4.10 |
| 10/18/06 | Taylor-Payne | Reviewed e-mails and power point presentations received from Mr. Klapper (0.3); e-mails to and from Messrs. Klapper, Ash and Schoenecker regarding review and collection of expert materials (0.4). | .70 |
| 10/19/06 | Schoenecker | Review and summarize expert deposition testimony. | 4.70 |
| 10/19/06 | Taylor-Payne | Updated spreadsheet tracking expert materials (0.4); Internet research to obtain information on expert (3.2); telephone calls to and e-mails to various counsel for transcripts (1.0). | 4.60 |
| 10/20/06 | Cameron | Attention to expert report issues. | .90 |
| 10/20/06 | Schoenecker | Review and summarize expert deposition testimony. | 4.80 |
| 10/20/06 | Taylor-Payne | E-mails regarding request for expert transcripts and additional materials; (0.9); office conference with Ms. Sanner to discuss additional expert materials (0.2). | 1.10 |
| 10/22/06 | Schoenecker | Review and summarize expert deposition testimony. | 1.50 |

```
172573 W. R. Grace & Co.                        Invoice Number  1474315
60026  Litigation and Litigation Consulting     Page   5
November 21, 2006
```

| Date | Name | | Hours |
|------|------|------|------|
| 10/23/06 | Ash | Review expert deposition and studies in preparation for cross examination outline. | 2.00 |
| 10/23/06 | Klapper | Prepare for meeting with expert regarding rebuttal reports, outlining revised outline of issues and reviewing additional aspects of reports per discussion with Kirkland & Ellis. | 3.70 |
| 10/23/06 | Salzberg | Obtain publications by claimants' expert witness for J. Taylor-Payne. | 2.00 |
| 10/23/06 | Schoenecker | Review and summarize expert deposition testimony. | .40 |
| 10/23/06 | Taylor-Payne | Updated document tracking spreadsheet (0.5); e-mails to and from attorneys regarding expert materials (0.9); downloaded and reviewed expert materials (0.9); began preparing index for volume 7 of expert materials (0.4); began compiling volume 7 of expert materials (0.4); internet research for additional expert materials (1.2). | 4.30 |
| 10/24/06 | Ash | Review deposition and studies in preparation for cross examination outline. | 1.50 |
| 10/24/06 | Klapper | Meet with expert regarding rebuttal reports (4.7); review selected key documents cited by Dr. Frank in his expert report (3.0). | 7.70 |
| 10/24/06 | Salzberg | Obtain publications by claimants' expert witness for J. Taylor-Payne. | .80 |
| 10/24/06 | Schoenecker | Review and summarize expert deposition testimony. | 1.00 |
| 10/24/06 | Taylor-Payne | Reviewed expert materials received from Mr. Klapper (0.3); completed volume 7 of expert materials (0.5); compiled volumes 8, 9, and 10 of expert materials (2.2); | 7.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1474315
60026  Litigation and Litigation Consulting  Page   6
November 21, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | prepared indices for volumes 7 through 10 of expert materials (0.8); updated expert materials tracking spreadsheet (0.6); continued to research information regarding cases in which expert has testified (1.8); continued making expert witness research (1.2). |  |
| 10/25/06 | Cameron | Attention to PI report issues. | .90 |
| 10/25/06 | Klapper | Review materials for expert regarding rebuttal reports and conference with expert regarding same. | 5.30 |
| 10/25/06 | Taylor-Payne | Review and download expert transcripts (1.3); received updated materials tracking spreadsheet (0.8); continued internet research to obtain information for cases listed on expert witness's resume (2.8); e-mails concerning expert witness reviews (0.5); continue work on volumes of expert materials (0.9); prepared indices for volumes 11 and 12 of expert materials (0.4). | 6.70 |
| 10/26/06 | Ash | Review deposition and studies in preparation for cross examination outline. | 2.50 |
| 10/26/06 | Cameron | Telephone call regarding reliance material for experts (0.2); review report regarding same (0.6); review Claimant's expert reports (0.8). | 1.60 |
| 10/26/06 | Salzberg | Obtain publications by claimants' expert witness for J. Taylor-Payne. | .50 |
| 10/26/06 | Schoenecker | Review and summarize expert deposition testimony. | 3.20 |
| 10/26/06 | Taylor-Payne | Continued research for additional materials for expert (3.1); updated list of expert testimony and contacts made in attempt to | 4.40 |

172573 W. R. Grace & Co.                    Invoice Number  1474315
60026  Litigation and Litigation Consulting  Page   7
November 21, 2006

|  Date    | Name        |                                                                  | Hours |
|----------|-------------|------------------------------------------------------------------|-------|
|          |             | obtain transcript (0.9); updated e-mail files (0.4)              |       |
| 10/27/06 | Cameron     | Attention to PI expert report and back-up materials (0.9); e-mails regarding same (0.3). | 1.20 |
| 10/27/06 | Klapper     | Review key transcripts cited in expert report in preparation for rebuttal points. | 7.20 |
| 10/27/06 | Salzberg    | Obtain publications by claimants' expert witness for J. Taylor-Payne. | .30 |
| 10/27/06 | Schoenecker | Review and summarize expert deposition testimony. | 1.70 |
| 10/27/06 | Taylor-Payne | Continued researching for cases listed on expert CV resume in effort to obtain additional materials (3.7); updated indices of expert materials (0.6); multiple communications with Messrs. Klapper, Schoenecker and Ash regarding status of obtaining Castleman materials (0.3). | 4.60 |
| 10/28/06 | Cameron     | Review exposure issues for PI estimation. | .50 |
| 10/29/06 | Schoenecker | Review and summarize expert deposition/trial testimony. | 1.30 |
| 10/30/06 | Cameron     | Meet with T. Klapper regarding PI work. | .40 |
| 10/30/06 | Klapper     | Coordinate with P. Sanner regarding common exhibit projects and development of responses to Frank, Lemen and Castleman. | 3.10 |
| 10/30/06 | Sanner      | Communications with A. Klapper re corporate documents. | .30 |
| 10/30/06 | Taylor-Payne | Continued researching cases and making contacts relating to cases (5.7);  updated tracking spreadsheets (0.7); e-mail to Messrs. Klapper, Ash and | 6.50 |

- 8 -

```
172573 W. R. Grace & Co.                    Invoice Number   1474315
60026  Litigation and Litigation Consulting  Page   8
       November 21, 2006
```

```
   Date   Name                                             Hours
  ------- -----------                                      -----
```

|  |  |  |
|---|---|---|
| | Scheonecker regarding status of obtaining Castleman materials (0.1). | |
| 10/31/06 Sanner | Commence review of corporate documents and email communications with A. Klapper re same. | .60 |
| 10/31/06 Taylor-Payne | Review of expert materials received. | .90 |

```
                                                    ------
                                    TOTAL HOURS     185.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 31.40 | at $ | 530.00 | = | 16,642.00 |
| Antony B. Klapper | 57.50 | at $ | 500.00 | = | 28,750.00 |
| Margaret L. Sanner | 0.90 | at $ | 415.00 | = | 373.50 |
| Andrew J. Muha | 0.60 | at $ | 295.00 | = | 177.00 |
| Jesse J. Ash | 8.20 | at $ | 330.00 | = | 2,706.00 |
| John L. Schoenecker | 28.70 | at $ | 250.00 | = | 7,175.00 |
| Jennifer L. Taylor-Payne | 54.50 | at $ | 170.00 | = | 9,265.00 |
| Anne L. Salzberg | 3.60 | at $ | 150.00 | = | 540.00 |

```
                    CURRENT FEES                      65,628.50


                                                  ------------
          TOTAL BALANCE DUE UPON RECEIPT          $65,628.50
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1475176
5400 Broken Sound Blvd., N.W.            Invoice Date        11/21/06
Boca Raton, FL 33487                     Client Number        172573

===============================================================================

Re: W. R. Grace & Co.
  (60027)  Travel-Nonworking

          Fees                          2,280.00
          Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $2,280.00
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487
Matter Number        60027

| | |
|---|---|
| Invoice Number | 1475176 |
| Invoice Date | 11/21/06 |
| Client Number | 172573 |

=====================================================================
Re: (60027)  Travel-Nonworking
FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 10/11/06 | Aten | Non-working travel time spent traveling to and from Philadelphia for witness meetings (one-half of actual time traveling). | 2.50 |
| 10/11/06 | Flatley | Non-working time spent traveling to and from Philadelphia for witness meetings (one-half of total). | 3.00 |

TOTAL HOURS      5.50

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Lawrence E. Flatley | 3.00 | at $ 535.00 = | 1,605.00 |
| Rebecca E. Aten | 2.50 | at $ 270.00 = | 675.00 |

CURRENT FEES                                2,280.00

TOTAL BALANCE DUE UPON RECEIPT              $2,280.00

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Fee Detail.doc 11/27/06 5:01 PM

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1474316
5400 Broken Sound Blvd., N.W.        Invoice Date       11/21/06
Boca Raton, FL 33487                 Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                          1,166.00
        Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT        $1,166.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1474316 |
| Invoice Date | 11/21/06 |
| Client Number | 172573 |
| Matter Number | 60028 |

========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 10/23/06 | Cameron | Review materials for ZAI claims (0.9); telephone call with R. Finke regarding same (0.4); review Canadian claims materials (0.9). | 2.20 |
| | | | ------ |
| | | TOTAL HOURS | 2.20 |


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 2.20 at $ 530.00 = | | 1,166.00 |
| | CURRENT FEES | | 1,166.00 |
| | | | ------------ |
| | TOTAL BALANCE DUE UPON RECEIPT | | $1,166.00 |
| | | | ============ |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Fee Detail.doc 11/27/06 5:01 PM

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1474317
5400 Broken Sound Blvd., N.W.        Invoice Date        11/21/06
Boca Raton, FL 33487                 Client Number        172573


=======================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

       Fees                      3,235.50
       Expenses                      0.00

              TOTAL BALANCE DUE UPON RECEIPT      $3,235.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1474317
5400 Broken Sound Blvd., N.W.            Invoice Date       11/21/06
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number         60029


=======================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2006

    Date   Name                                                Hours
  -------- -----------                                         -----

  10/05/06 Cameron      Attention to fee application and         .90
                        related issues.

  10/07/06 Cameron      Further review of Grace fee             .80
                        application materials and revise
                        same.

  10/10/06 Muha         Review and revise September 2006       2.00
                        DBR, including research for
                        additional fee and expense detail
                        and multiple e-mails to D. Cameron
                        and T. Klapper re: same.

  10/17/06 Ament        E-mails with J. Lord re: CNO for         .20
                        21st quarterly fee application
                        (.10); e-mails with D. Cameron and
                        A. Muha re: Sept. monthly and 22nd
                        quarterly fee applications (.10).

  10/17/06 Lord         E-mails with S. Ament re: fee            .10
                        application issues.

  10/20/06 Muha         Make additional changes to monthly       .50
                        fee application and discuss same
                        with D. Cameron.

  10/21/06 Cameron      Attention to fee applications.           .70

  10/23/06 Ament        Review e-mail received from C.           .10
                        Gadsden re: monthly invoices.

```
172573 W. R. Grace & Co.                    Invoice Number  1474317
60029  Fee Applications-Applicant           Page    2
November 21, 2006
```

| Date | Name | | Hours |
|------|------|---|------|
| 10/23/06 | Lord | Research docket and draft CNO for Reed Smith August monthly fee application and recent quarterly fee application. | .60 |
| 10/24/06 | Ament | Review invoices and format invoices into Word documents re: fee and expense details (1.0); begin calculating Sept. monthly invoices re: fees and expenses (1.0); begin drafting 63rd monthly fee application (.50). | 2.50 |
| 10/25/06 | Ament | Continue drafting 53rd monthly fee application and provide to A. Muha (.50); review e-mail received from fee auditor re: 21st quarterly (.10); meet with A. Muha re: same (.10). | .70 |
| 10/25/06 | Lankford | Confer with J. Lord (.2); scan, e-file and perfect service of RS's 21st Quarterly CNO (.5); scan, e-file and perfect service of RS's 62nd Monthly CNO (.2); e-file and perfect service of same (.4). | 1.30 |
| 10/27/06 | Ament | E-mail to A. Muha re: 63rd monthly fee application and e-mails with J. Lord re: same. | .10 |
| 10/30/06 | Ament | Meet with A. Muha re: 63rd monthly fee application (.10); finalize monthly fee application and fee and expense detail (.20); e-mail same to J. Lord for DE filing (.10). | .90 |
| 10/30/06 | Lord | Review, revise, e-file and perfect service of Reed Smith's Sept. monthly fee application. | 1.30 |
| 10/30/06 | Muha | Final review/revisions to September 2006 monthly application. | .40 |

```
                                            ------
                            TOTAL HOURS     13.10
```

```
172573  W. R. Grace & Co.                      Invoice Number   1474317
60029   Fee Applications-Applicant             Page    3
November 21, 2006
```

```
TIME SUMMARY                Hours         Rate          Value
------------------------    ------   --------------    -------
Douglas E. Cameron          2.40  at  $  530.00  =   1,272.00
Andrew J. Muha              2.90  at  $  295.00  =     855.50
John B. Lord                2.00  at  $  190.00  =     380.00
Sharon A. Ament             4.50  at  $  130.00  =     585.00
Lisa Lankford               1.30  at  $  110.00  =     143.00

                            CURRENT FEES                        3,235.50

                                                      ------------
                   TOTAL BALANCE DUE UPON RECEIPT      $3,235.50
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number     1474318
One Town Center Road                     Invoice Date       11/21/06
Boca Raton, FL    33486                  Client Number      172573


=========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation (Asbestos)

        Fees                         135,965.00
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $135,965.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1474318
One Town Center Road                     Invoice Date       11/21/06
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60033


=======================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 10/02/06 | Aten | Review witness files in preparation for witness meeting on 10/11 (3.1); continue to read expert transcript from Daubert hearing (1.1); begin to review materials sent re claimants' experts (1.0). | 5.20 |
| 10/02/06 | Atkinson | Review file contents reports and repository files re:  expert witness files per L. Flatley request, and send e-mail to R. Aten summarizing available files. | 1.30 |
| 10/02/06 | Cameron | Attention to product ID issues (0.5); attention to witness issues (0.4); attention to statute of limitations briefs (0.7). | 1.60 |
| 10/02/06 | Flatley | E-mail to S. Bianca regarding witness preparation (0.1); review draft reports and e-mails to D. Cameron about them (1.0); review other reports and begin memo on them (1.6); e-mails from/to D. Cameron and R. Aten (0.3). | 3.00 |
| 10/02/06 | Restivo | Review materials relating to Louisiana parishes. | 2.00 |

172573 W. R. Grace & Co.                          Invoice Number  1474318
60033  Claim Analysis Objection Resolution        Page   2
       & Estimation (Asbestos)
November 21, 2006


    Date    Name                                              Hours
-------- -----------                                          -----

10/03/06 Aten            Conference with L. Flatley re          6.30
                         witness meeting and what materials
                         to collect/locate re experts
                         (1.9); draft "to do" list re above
                         (.9); begin pulling and reviewing
                         materials re medical experts
                         (3.2); conference with C. Gatewood
                         re medical experts (.3).

10/03/06 Atkinson        Per e-mail request from R. Aten,       2.50
                         review files to obtain expert
                         testimony in prior cases, and
                         additional materials requested by
                         R. Aten (1.10); review files re:
                         trial testimony for expert witness
                         (.40); review files and internet,
                         document searches re:  claimants'
                         expert (1.0).

10/03/06 Cameron         Prepare for (0.2) and participate      2.30
                         in conference call with J. Restivo
                         and H. Engel regarding statute of
                         limitations issues (0.9);
                         attention to product ID issues
                         (0.4); review Louisiana statute of
                         limitations summaries (0.8).

10/03/06 Engel           Discussion with J. Restivo and D.      8.50
                         Cameron re strategy for summary
                         judgment motion (.90); draft
                         motion (7.4).

10/03/06 Flatley         Review experts' reports and            4.50
                         draft/revise memorandum (1.4);
                         preparation for meeting regarding
                         status (0.6); meeting with R. Aten
                         regarding status of preparation
                         for depositions and hearings
                         (1.8); e-mails and calls
                         following-up on meeting (0.3);
                         revising and circulating
                         memorandum (0.4).

10/03/06 Gatewood        Examine/review reports of several      4.50
                         experts in preparation for
                         discovery matters (3.0);
                         examine/analyze expert's report
                         (1.5).

172573 W. R. Grace & Co.                         Invoice Number  1474318
60033  Claim Analysis Objection Resolution        Page   3
       & Estimation (Asbestos)
November 21, 2006

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 10/03/06 | Restivo | Review claims from La. parishes (1.0); memo re: La. claims (.5); telephone conference with H. Engel and D. Cameron (1.0). | 2.50 |
| 10/04/06 | Aten | Reviewed past reports of medical experts for reliance materials and conduct internet research re: new and relevant articles cited (1.9); continue to pull and review expert materials (1.9); continue to conduct research re medical expert (1.0); review materials re multiple medical experts (1.1). | 5.90 |
| 10/04/06 | Atkinson | Review file contents reports re: expert trial testimony, per R. Aten's request (.80); review files re:  expert materials requested by R. Aten (1.10). | 1.90 |
| 10/04/06 | Cameron | E-mails regarding Canadian claims (0.3); attention to materials relating to product ID issues (0.6); attention to materials relating to Canadian claims (0.9); attention to statute of limitations materials (0.4). | 2.20 |
| 10/04/06 | Flatley | E-mails regarding documents for 10/11 meeting (0.2); e-mails and replies regarding documents issues (0.2). | .40 |
| 10/04/06 | Gatewood | Examine/analyze reports of expert witnesses in preparation for outstanding discovery (depositions). | 3.50 |
| 10/05/06 | Aten | Read witness materials sent by S. Bianca (.6); continue to compile materials, research re claimants' medical experts (1.1). | 1.70 |
| 10/05/06 | Cameron | Attention to product ID materials (0.7); telephone call with R. Finke regarding expert issues (0.2); review materials regarding Canadian claims from K&E (0.9); | 2.60 |

172573 W. R. Grace & Co.                          Invoice Number   1474318
60033  Claim Analysis Objection Resolution        Page   4
       & Estimation (Asbestos)
November 21, 2006


| Date | Name | | Hours |
|------|------|------|------|
| | | review dust methodology expert reliance materials (0.8). | |
| 10/05/06 | Engel | Review and revise draft summary judgment motion. | 1.70 |
| 10/05/06 | Flatley | Begin preparation for 10/11 witness meetings. | .40 |
| 10/06/06 | Aten | Revised index and conference with L. Flatley regarding medical articles. | .70 |
| 10/06/06 | Cameron | Prepare for (0.3) and participate in telephone call with K&E and Canadian counsel regarding open issues for Canadian property damage claims (0.9); attention to product ID materials (1.9); telephone call with R. Finke regarding open issues (0.3). | 3.40 |
| 10/06/06 | Flatley | Preparation for 10/11 witness meetings in Philadelphia (3.3); meet with R. Aten regarding medical witness issues (0.3). | 3.60 |
| 10/07/06 | Cameron | Review materials from M. Dierkes regarding Canadian claims. | .90 |
| 10/08/06 | Aten | Reviewed medical expert reports and compared cited references. | .40 |
| 10/09/06 | Aten | Email to L. Flatley regarding experts' citations. | .30 |
| 10/09/06 | Cameron | Prepare for (0.3) and participate in conference call with R. Finke and consultants regarding deadlines and expert report issues (0.6); review product ID materials (0.9); review materials relating to Canadian claims (0.9); review and revise agenda (0.2). | 2.90 |
| 10/09/06 | Engel | Discussions with paralegals re documents needed to support summary judgment motion. | .30 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Fee Detail.doc 11/27/06 5:01 PM

172573 W. R. Grace & Co.                    Invoice Number   1474318
60033  Claim Analysis Objection Resolution   Page   5
       & Estimation (Asbestos)
November 21, 2006


| Date | Name | | Hours |
|------|------|------|-------|
| 10/09/06 | Flatley | E-mails from/to D. Biderman and others (0.2); preparation for 10/11/06 Philadelphia meeting, including reviewing materials and preparing an outline (6.1). | 6.30 |
| 10/09/06 | Lillis | Review motion for summary judgment and check all cases, statutes, and other authorities. | 1.00 |
| 10/09/06 | Phelps | Began gathering and reviewing documents in support of Draft Summary Judgment brief. | 3.00 |
| 10/10/06 | Aten | Reviewed materials in preparation for witness meeting. | 1.30 |
| 10/10/06 | Cameron | Prepare and revise summary and action items for expert work (0.8); review materials relating to product ID analysis (2.1). | 2.90 |
| 10/10/06 | Flatley | Preparation for 10/11 witness meeting in Philadelphia. | 1.10 |
| 10/10/06 | Lillis | Review, cite-check and revise motion for summary judgment for H. Engel. | 3.70 |
| 10/10/06 | Phelps | Continued review of documents in support of Draft Summary Judgment brief. | 3.00 |
| 10/10/06 | Restivo | Work on draft summary judgment motion. | 1.00 |
| 10/11/06 | Ament | Meet with J. Restivo and T. Rea re: debtors' motion for summary judgment (.90); e-mails to and from M. Phelps and J. Lillis re: citations for same (.20); e-mail to J. Restivo re: filing requirements for same (.10); telephone call from T. Rea re: brief and follow-up e-mail to M. Phelps and J. Lillis re: same (.10). | 1.30 |

```
172573 W. R. Grace & Co.                        Invoice Number  1474318
60033  Claim Analysis Objection Resolution      Page   6
       & Estimation (Asbestos)
November 21, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/11/06 | Aten | Preparation for Philadelphia witness meetings (1.5); meetings in Philadelphia with W. Sparks, S. Bianca, L. Flatley and Grace witnesses (5.0); follow-up on meeting, including conference call with W. Sparks, J. Hughes, S. Bianca and L. Flatley regarding deposition notice (.5); follow-up meeting with L. Flatley (1.0); read expert's prior testimony (.8). | 8.80 |
| 10/11/06 | Cameron | Prepare for (0.5) and participate in conference call relating to Canadian claim issues with K&E, R. Finke and Canadian counsel (1.4); follow-up from issues raised in call (0.8); attention to task list for expert work (0.9); review materials received from expert (0.8). | 4.40 |
| 10/11/06 | Flatley | Preparation for Philadelphia witness meetings (2.5); meetings in Philadelphia with W. Sparks, S. Bianca, R. Aten and Grace witnesses (5.0); follow-up on meeting, including conference call with W. Sparks, J. Hughes, S. Bianca and R. Aten re: deposition notice (0.5); follow-up on meeting with R. Aten (1.0). | 9.00 |
| 10/11/06 | Lillis | Review, cite-check and edit motion for summary judgment for H. Engel (3.0); create table of authorities and table of contents for same (2.0). | 5.00 |
| 10/11/06 | Phelps | Continued review of documents in support of Draft Summary Judgment brief. | 5.00 |
| 10/11/06 | Rea | Conference with J. Restivo (.9); revise summary judgment brief (3.1). | 4.00 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Fee Detail.doc 11/27/06 5:01 PM

```
172573 W. R. Grace & Co.                      Invoice Number  1474318
60033  Claim Analysis Objection Resolution    Page    7
       & Estimation (Asbestos)
November 21, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 10/11/06 | Restivo | Work on summary judgment motion re: Louisiana P.D. claims (1.0); meeting with D. Cameron re: Canadian claims (.5). | 1.50 |
| 10/12/06 | Ament | Review e-mails from M. Phelps and J. Lillis and respond re: brief issues (.30); e-mail latest draft of brief to T. Rea (.10); review e-mail from T. Rea re: filing deadline (.10); review exhibits received from M. Phelps and provide to T. Rea (.30). | .80 |
| 10/12/06 | Aten | Continue to review materials regarding medical experts. | .40 |
| 10/12/06 | Cameron | Review materials from K&E regarding 10/13 filing deadlines (1.2); meet with L. Flatley regarding product ID issues (0.3); attention to Canadian claims materials from K&E (0.9); review task list for expert work and organize expert report materials (1.3); review draft of statute of limitations brief (1.2). | 4.90 |
| 10/12/06 | Flatley | Review and reorganize witness materials after trip to Philadelphia (1.2); meet with D. Cameron regarding status (0.4). | 1.60 |
| 10/12/06 | Lillis | Finalize table of authorities and other citations in motion for summary judgment for H. Engel. | .50 |
| 10/12/06 | Phelps | Complete review of documents in support of Draft Summary Judgment brief. | 2.00 |
| 10/12/06 | Rea | Revise summary judgment brief. | 3.20 |
| 10/13/06 | Ament | Review and respond to e-mail from T. Rea re: exhibits to brief (.10); e-mails with M. Phelps re: citations to same (.10). | .20 |
| 10/13/06 | Atkinson | Review returned witness files. | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1474318
60033  Claim Analysis Objection Resolution  Page    8
       & Estimation (Asbestos)
November 21, 2006
```

| Date | Name | | Hours |
|------|------|------|-------|
| 10/13/06 | Cameron | Review draft reply and provide comments (0.7); review extensive expert materials regarding Canadian claims (2.1); review expert analysis regarding product ID (1.3); review materials for call to Equity Committee counsel and telephone call with R. Finke regarding same (0.3). | 4.40 |
| 10/13/06 | Phelps | Review, summarize and send questionnaires to T. Rea. | 2.00 |
| 10/13/06 | Rea | Revise summary judgment brief. | 3.70 |
| 10/14/06 | Cameron | Attention to work plan for experts. | 1.40 |
| 10/15/06 | Aten | Organized files re medical experts and drafted document summarizing materials on hand. | 1.60 |
| 10/15/06 | Cameron | Attention to Canadian claims materials. | 2.00 |
| 10/16/06 | Ament | Review e-mail and draft brief received from T. Rea. | .10 |
| 10/16/06 | Aten | Draft summary of 10/11/2006 meeting with witnesses W. Sparks and S. Bianca (2.6); revise summary of materials collected re medical experts (.4). | 3.00 |
| 10/16/06 | Atkinson | Research, locate and provide copy of Barbanti deposition transcript to Rebecca Aten. | .30 |
| 10/16/06 | Cameron | Attention to summary judgment motion issues (0.9); review product ID materials (0.9). | 1.80 |
| 10/16/06 | Flatley | E-mails and replies. | .20 |
| 10/17/06 | Ament | Meet with T. Rea re: exhibits to brief. | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1474318
60033  Claim Analysis Objection Resolution        Page   9
       & Estimation (Asbestos)
November 21, 2006


     Date   Name                                              Hours
     -------- ----------                                       -----

10/17/06 Aten           Meeting with L. Flatley and C.          3.90
                        Gatewood re depositions of medical
                        experts, things to follow up on
                        (.9); meeting with C. Gatewood re
                        status of claims, background
                        information (.6); revised summary
                        of meeting, revised summary of
                        materials collected re experts
                        (1.8); drafted summary to-do list
                        from above meeting with C.
                        Gatewood and L. Flatley (.6).

10/17/06 Cameron        Review materials relating to           1.60
                        Canadian claims.

10/17/06 Flatley        Reviewing status of medical issues     6.70
                        and organizing strategy for
                        proceeding (3.1); meet with C.
                        Gatewood regarding status (0.3);
                        reviewing claimants' experts
                        reports from PI estimation case
                        and short memo summarizing them
                        (1.3); meeting with C. Gatewood
                        and R. Aten regarding status
                        (1.2); review and revise R. Aten
                        memo regarding 10/11/06
                        Philadelphia meeting (0.8).

10/17/06 Gatewood       Prepare for, attend and                4.90
                        participate in meeting/conference
                        with L. Flatley and R. Aten
                        concerning property damage issues,
                        outstanding tasks, expert
                        depositions and other open items
                        (1.0); confer with R. Aten
                        concerning background information
                        surrounding filing of property
                        damage claims, etc and outline
                        significant issues (1.0);
                        examine/analyze Claimants' Initial
                        Disclosures of fact and expert
                        witnesses anticipated to be called
                        in Phase I of estimation (2.5);
                        communicate with T. Walker
                        concerning research/historical
                        information concerning claimant
                        expert (.20); communicate with R.
                        Aten concerning same (.20).

172573 W. R. Grace & Co.                          Invoice Number   1474318
60033  Claim Analysis Objection Resolution        Page   10
       & Estimation (Asbestos)
November 21, 2006

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/17/06 | Rea | Conference with J. Restivo (.6); revise summary judgment brief (1.9). | 2.50 |
| 10/17/06 | Restivo | Revise draft brief and communications with client. | 1.50 |
| 10/18/06 | Ament | Meet with R. Aten re: PD claims and e-mails with D. Cameron re: same. | .10 |
| 10/18/06 | Aten | Edit summary of witness meeting and circulate (.8); continue to review materials re: medical experts (.8). | 1.60 |
| 10/18/06 | Cameron | Review materials from J. Restivo regarding statute of limitations (0.9); review materials from L. Flatley regarding product ID (0.9). | 1.80 |
| 10/18/06 | Flatley | Detailed analysis and outline of claimants' medical report for overview of medical case. | 4.70 |
| 10/18/06 | Gatewood | Examine/analyze materials circulated by R. Aten concerning medical experts (.50); examine/analyze expert report and outline questions to raise with L. Flatley (1.5); | 2.00 |
| 10/18/06 | Rea | Revise summary judgment brief. | .40 |
| 10/18/06 | Restivo | Product ID inquiries. | .50 |
| 10/19/06 | Aten | Continue to review materials re multiple medical experts on preparation for depositions. | 1.30 |
| 10/19/06 | Atkinson | Prepare witness material for repository. | .20 |
| 10/19/06 | Cameron | Review materials from L. Flatley regarding experts (0.9); review additional materials relating to statute of limitations (0.9); review materials from consultant regarding product ID issues (0.5). | 2.30 |

- 28 -

172573 W. R. Grace & Co.                          Invoice Number  1474318
60033  Claim Analysis Objection Resolution        Page  11
       & Estimation (Asbestos)
November 21, 2006


| Date | Name | | Hours |
|------|------|---|-------|

| 10/19/06 | Flatley | Revisions to memo regarding claimants' medical witness (0.4); review claimants' medical witness report and outline of it and strategy (2.4); outlining strategy (0.9); call with R. Senftleben regarding medical issues strategy (0.6); lengthy analytical e-mails to clients enclosing memoranda and outlining strategy (1.9). | 6.20 |
| 10/19/06 | Rea | Revise summary judgment brief. | 1.20 |
| 10/19/06 | Restivo | Review La. hospital claims. | 1.00 |
| 10/20/06 | Aten | Identify materials relied on by expert that need to be requested from claimant's counsel (.2); continue to review materials re other medical experts (.3). | .50 |
| 10/20/06 | Cameron | Attention to product ID issues (0.8); review expert reports and summaries (0.9); work on hazard issue outline (1.6). | 3.30 |
| 10/20/06 | Flatley | Review correspondence and organize follow-up on medical issues. | .70 |
| 10/20/06 | Gatewood | Examine/analyze materials (prior reports/depositions) concerning claimant's expert witness and outline follow-up issues (3.0); communicate with R. Aten concerning same (.20) | 3.20 |
| 10/20/06 | Rea | Revise summary judgment brief. | 1.70 |
| 10/20/06 | Walker-Young | Regarding plaintiff's expert: phone discussion with C. Gatewood regarding information needed to obtain and testimonial history and prepare request for same (.40); email to C. Gatewood regarding information still needed (.10). | .50 |
| 10/21/06 | Cameron | Continued work on lack of hazard outline. | 1.40 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Fee Detail.doc 11/27/06 5:01 PM

172573 W. R. Grace & Co.                           Invoice Number  1474318
60033  Claim Analysis Objection Resolution         Page  12
       & Estimation (Asbestos)
November 21, 2006

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/22/06 | Aten | Read expert's prior report. | .50 |
| 10/22/06 | Cameron | Review materials from R. Finke (0.2); review product ID summaries (0.8); review summary judgment materials (0.9). | 1.90 |
| 10/22/06 | Rea | Revise summary judgment brief. | .30 |
| 10/23/06 | Ament | Provide R. Aten with CD-Rom of claims per request. | .10 |
| 10/23/06 | Aten | Conference with L. Flatley and C. Gatewood re expert depositions (1.5); compile articles referenced by Dr. Anderson (.4). | 1.90 |
| 10/23/06 | Cameron | Review materials for conference call (0.8); attend to draft motion for summary judgment (1.4); attention to product ID issues (0.6). | 2.80 |
| 10/23/06 | Flatley | Review and analyze medical issues and preparation for meeting with medical expert, including letter to R. Senftleben (2.6); meet with C. Gatewood and R. Aten to discuss medical witness strategy and ideas to cover at depositions (1.5); follow-up on meeting (0.3). | 4.40 |
| 10/23/06 | Gatewood | Prepare for and meet with L. Flatley and R. Aten concerning deposition examination of strategic overview and discussion concerning expert reports submitted on behalf of claimants (1.2); outline issues raised by L. Flatley and communicate with T. Walker concerning research issues (.50); meet/confer with R. Aten concerning expert report and research findings (.50); examine/analyze Debtors' rebuttal expert disclosures for PD Estimation Phase I and outline significant issues/follow-up matters (3.5). | 5.70 |

172573 W. R. Grace & Co.                           Invoice Number  1474318
60033  Claim Analysis Objection Resolution         Page  13
       & Estimation (Asbestos)
November 21, 2006

```
   Date   Name                                                       Hours
-------- -----------                                                 -----
```

10/23/06 Rea                 Revise summary judgment brief.            .90

10/23/06 Walker-Young        In regard to plaintiff's expert:        1.00
                             Compile in email form details on
                             plaintiff's expert to obtain
                             testimony (.30); email to L.
                             Beswick, C. Gatewood re: same
                             (.10);  review Mealey's report for
                             expert and send to C. Gatewood
                             (.30); perform internet research
                             for contact information and
                             publications and send to C.
                             Gatewood (.30).

10/24/06 Aten                Emails re compiling list of claims        .40
                             with product ID objections and
                             brief review of chart sent by K&E.

10/24/06 Cameron             Review materials in preparation         5.40
                             for 10/25 call (0.9); attend to
                             statute of limitations brief and
                             e-mails regarding same (1.5);
                             e-mail regarding claims
                             documentation (0.8); review expert
                             witness materials (1.2); review
                             expert witness summaries (0.8);
                             telephone call with L. Flatley
                             regarding schedule (0.2).

10/24/06 Flatley             E-mails and replies (0.3); review       2.40
                             notes and other preparation for
                             10/25 team call (2.1).

10/24/06 Gatewood            Receipt, examination and analysis       1.00
                             of information addressing
                             remaining PD claims (.80);
                             communicate with R. Aten
                             concerning same (.20).

10/25/06 Aten                Conference with Kirkland re             1.00
                             compiling list of claims with
                             product ID objections (.1); call
                             with L. Flatley, D. Cameron and L.
                             Esayian (.9).

10/25/06 Cameron             Prepare outline for conference         5.70
                             call (0.9); review summary
                             judgment materials for conference
                             call (0.9); review witness

172573 W. R. Grace & Co.                    Invoice Number    1474318
60033  Claim Analysis Objection Resolution    Page   14
       & Estimation (Asbestos)
November 21, 2006

   Date    Name                                             Hours
-------- -----------                                        -----

                        designations for conference call
                        (0.7); e-mails regarding statute
                        of limitations issues in
                        California (0.9); participate in
                        conference call with PD team
                        (1.1); e-mails regarding claimants
                        submissions for dust methodology
                        reports (0.3); review expert
                        reports regarding same (0.9).

10/25/06 Flatley        Call with R. Senftleben and          5.90
                        follow-up e-mail regarding medical
                        issues (0.5); review draft
                        discovery requests and comment on
                        it (0.5); working on California
                        issues, including numerous
                        messages from/to D. Biderman
                        (2.5); e-mails and calls with D.
                        Cameron regarding conference call
                        (0.3); team conference call (1.1);
                        follow-up on team call (1.0).

10/25/06 Garlitz        Compile list of product ID            .60
                        objections.

10/26/06 Aten           Reviewed docket for filings re        .70
                        claimants expert reports, reviewed
                        disclosure statements re PD
                        claims, dust metholodology.

10/26/06 Cameron        Review dust methodology expert       4.40
                        reports filed by Claimants and
                        e-mail regarding same; (1.5);
                        attention to Statute of
                        Limitations issue (0.9); review
                        CMO and deadlines (0.4); review
                        hazard expert report issue (1.6).

10/26/06 Flatley        Review and analyze e-mails           3.80
                        regarding additional experts'
                        reports (0.4); review issues
                        regarding fact witnesses for PD
                        cases (0.4); scheduling regarding
                        California trip to meet with D.
                        Biderman, et al. (0.8);
                        preparation for California
                        limitations issues (2.2).

172573 W. R. Grace & Co.                          Invoice Number  1474318
60033  Claim Analysis Objection Resolution        Page  15
       & Estimation (Asbestos)
November 21, 2006


|  Date  |  Name  |  |  Hours  |
| -------- | ----------- | --- | ----- |
| 10/26/06 | Garlitz | Compile list of product ID objections. | 1.30 |
| 10/27/06 | Aten | Review listing of claims with product ID objections (.3); read CMO re scheduling (.2). | .50 |
| 10/27/06 | Cameron | Extensive review of expert report and related disclosures regarding dust methodology (2.6); multiple e-mails regarding same (0.8); attention to lack of hazard report issues (1.3); review product ID/statute of limitations witness lists (0.6). | 5.30 |
| 10/27/06 | Flatley | E-mails and replies on various issues (0.6); follow-up e-mails from D. Cameron (0.2). | .80 |
| 10/28/06 | Cameron | Additional work with expert materials regarding dust methodology issues (1.3); attention to hazard issues for experts (0.9). | 2.20 |
| 10/29/06 | Aten | Read prior expert reports to formulate outline for report. | .90 |
| 10/29/06 | Cameron | Prepare draft witness disclosure (1.3); e-mail regarding same (0.2); review expert report materials (0.9). | 2.40 |
| 10/30/06 | Aten | Review list of claims with product ID objections and revise and circulate to L. Flatley (1.1); email sent to claimant's counsel re expert's materials (.1); read deposition/trial testimony of expert in preparation for report (1.5). | 2.70 |
| 10/30/06 | Cameron | Multiple e-mails regarding statute of limitations issues (0.9); e-mails regarding witness list (0.5); review and revise same (0.6); review statute of limitations brief (0.6) | 2.60 |

172573 W. R. Grace & Co.                          Invoice Number  1474318
60033  Claim Analysis Objection Resolution        Page  16
       & Estimation (Asbestos)
November 21, 2006


   Date   Name                                                    Hours
-------- -----------                                              -----

10/30/06 Flatley          E-mails regarding California             1.30
                          meeting arrangements and prepare
                          for trip to California (0.7);
                          review and reply to e-mails
                          regarding witness issues (0.6).


10/30/06 Gatewood         Examine deposition transcript of         2.70
                          Grace expert and outline issues
                          re: current expert submission
                          (2.0); examine amended case
                          management order addressing
                          summary judgment motions (.50);
                          communicate with R. Aten
                          concerning outstanding follow-up
                          tasks and issues discussed with L.
                          Flatley in prior meeting (.20).


10/30/06 Rea              Email re: summary judgment brief.         .10

10/30/06 Restivo          Receipt and review of multiple          1.00
                          emails and correspondence re:
                          property damage claims.


10/31/06 Aten             Continue to read/analyze expert's       1.30
                          testimony in preparation for
                          report.


10/31/06 Cameron          Prepare, review and revise             6.40
                          preliminary witness disclosure
                          (1.9); telephone call with L.
                          Flatley and R. Finke regarding
                          same (0.8); multiple e-mails
                          regarding same (0.6); attention to
                          California claims issues (1.2);
                          e-mails and calls regarding
                          meeting to address California
                          claims (0.4); meet with J. Restivo
                          and e-mails regarding Louisiana
                          claims (0.3) review Canadian
                          claims issues (1.2).


10/31/06 Flatley          E-mails and replies on various         2.90
                          subjects (0.3); conference call
                          with R. Finke and D. Cameron
                          regarding witness list issues
                          (1.0); follow-up on conference
                          call, including e-mails about
                          California trip (0.4); call with

172573 W. R. Grace & Co.                          Invoice Number   1474318
60033  Claim Analysis Objection Resolution        Page   17
       & Estimation (Asbestos)
November 21, 2006

```
    Date   Name                                                    Hours
 --------  -----------                                             -----

                        W. Sparks and follow-up on call
                        (0.6); e-mails regarding witness
                        list (0.2); preparation for
                        California trip (0.4).

 10/31/06  Gatewood     Examine/analyze Debtors' Fact and    3.50
                        Expert Witness Disclosures for
                        Asbestos PD Estimation, Phase I
                        (2.0); research expert involvement
                        in prior litigation as an expert
                        (1.5).

 10/31/06  Restivo      Property damage claims review.       1.50
                                                            ------
                                        TOTAL HOURS          319.70
```

```
TIME SUMMARY              Hours         Rate          Value
-----------------------   -------------------------   -------
James J. Restivo Jr.      12.50  at  $  600.00  =     7,500.00
Lawrence E. Flatley       69.90  at  $  535.00  =    37,396.50
Douglas E. Cameron        87.20  at  $  530.00  =    46,216.00
Traci Sands Rea           18.00  at  $  390.00  =     7,020.00
Harold J. Engel           10.50  at  $  500.00  =     5,250.00
Carol J. Gatewood         31.00  at  $  380.00  =    11,780.00
Rebecca E. Aten           52.80  at  $  270.00  =    14,256.00
Maureen L. Atkinson        6.50  at  $  180.00  =     1,170.00
James Lillis              10.20  at  $  150.00  =     1,530.00
Sharon A. Ament            2.70  at  $  130.00  =       351.00
Tina Walker-Young          1.50  at  $  115.00  =       172.50
Mark E. Phelps            15.00  at  $  200.00  =     3,000.00
Margaret A. Garlitz        1.90  at  $  170.00  =       323.00

                          CURRENT FEES                      135,965.00

                                                        ------------
               TOTAL BALANCE DUE UPON RECEIPT           $135,965.00
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1474319 |
| Invoice Date | 11/21/06 |
| Client Number | 172573 |

========================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

| | |
|---|---|
| Fees | 45,136.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT        $45,136.00
                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1474319
One Town Center Road                     Invoice Date       11/21/06
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60035


=========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2006

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 09/21/06 | Keppel | Review deposition transcripts of expert for inclusion in his draft cross examination outline. | 1.00 |
| 09/24/06 | Keppel | Review deposition transcripts of expert for inclusion in his draft cross examination outline. | 1.40 |
| 10/02/06 | Sanner | Work on finalizing expert cross outline. | 6.50 |
| 10/03/06 | Atkinson | Review files to send additional deposition exhibits to L. Claus, per her request. | .70 |
| 10/03/06 | Sanner | Work on reviewing and revising draft cross-outline for Spear and email correspondence with A. Klapper re same. | 7.50 |
| 10/04/06 | Keppel | Review expert deposition testimony for cross outline. | .40 |
| 10/04/06 | Sanner | Review, revise and finalize cross-examination outlines for Frank and Spear and email correspondence with A. Klapper re same. | 8.20 |
| 10/05/06 | Cameron | Telephone call with R. Finke regarding open issues (0.3); review materials regarding EPA data (0.4); review court ruling and begin review of reliance | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1474319
60035  Grand Jury Investigation                   Page   2
November 21, 2006


   Date   Name                                                    Hours
 -------- -----------                                             -----
                              materials (0.8).

 10/05/06 Jeziorowski         Receipt and review of additional     2.00
                              deposition transcripts for Dr.
                              Millette (1.0); update deposition
                              binder index and excel spreadsheet
                              (1.0).

 10/06/06 Cameron             Review EPA sample materials (0.8);    3.10
                              review agenda from R. Finke (0.4);
                              review materials for call with
                              consultants (1.9).

 10/09/06 Ash                 Draft, revise and edit               6.00
                              cross-examination outline in
                              preparation for criminal
                              proceedings in Montana (3.5);
                              draft and revise memorandum in
                              preparation for criminal
                              proceedings in Montana (2.5).

 10/09/06 Cameron             Prepare for (0.7) and participate    4.10
                              in conference call with R. Finke
                              and consultants regarding projects
                              and open issues for criminal trial
                              (1.5); e-mails regarding
                              calls/meetings with experts (0.3);
                              review expert reports and
                              materials from EPA (1.2); review
                              and revise agenda for call (0.4).

 10/09/06 Keppel              Review expert deposition testimony    .50
                              for cross outline.

 10/10/06 Ash                 Draft and revise cross outline in    6.50
                              preparation for criminal
                              proceedings in Montana (4.0);
                              draft and revise memorandum in
                              preparation for criminal
                              proceedings in Montana (2.5).

 10/10/06 Cameron             Prepare and revise summary and       4.60
                              action items for expert work
                              (2.2); review expert reports and
                              open issues for calls (1.5);
                              revise cross-examination materials
                              (0.9).

```
172573 W. R. Grace & Co.                    Invoice Number  1474319
60035  Grand Jury Investigation            Page    3
November 21, 2006
```

| Date | Name | | Hours |
|------|------|------|------|
| 10/10/06 | Keppel | Edit and revise memorandum of expert witness deposition testimony. | 1.70 |
| 10/11/06 | Sanner | Follow up with M. Jeziorowski re expert deposition transcript issues. | .30 |
| 10/12/06 | Cameron | E-mail regarding expert analysis (0.4); review materials for expert with respect to Court's ruling on motion in limine (1.4); e-mails regarding same (0.4); attention to expert work product issues (0.9). | 3.10 |
| 10/13/06 | Cameron | Attention to materials from experts regarding testing data (1.9); review materials from EPA regarding sampling (1.5). | 3.40 |
| 10/14/06 | Cameron | Attention to expert prep issues. | 1.20 |
| 10/16/06 | Cameron | Communications regarding strategy call (0.4); review task list for experts (0.8); review expert reports (1.6). | 2.80 |
| 10/16/06 | Jeziorowski | Receipt and review of additional transcripts re: expert witness (.50); update binder index for Dr. Millette (1.50); update spreadsheet for same (.80). | 2.80 |
| 10/16/06 | Klapper | Continue work on modifying expert cross-examination outline. | 2.80 |
| 10/18/06 | Cameron | Review materials from consultant regarding Libby analysis (1.4); review materials relating to EPA data and samples (0.9). | 2.30 |
| 10/20/06 | Cameron | Prepare for call with expert regarding Motion in Limine (0.2); telephone call with expert and R. Finke regarding same (0.4); prepare for call with defense counsel regarding open expert issues (0.8); participate in conference call regarding same (1.0); review expert materials as follow-up for call (1.9). | 4.30 |

172573 W. R. Grace & Co.                          Invoice Number   1474319
60035  Grand Jury Investigation                   Page   4
November 21, 2006

   Date    Name                                                   Hours
  -------- -----------                                            -----

10/21/06 Cameron        Follow-up to conference call with       1.20
                        expert work review.

10/22/06 Cameron        Attention to expert witness             2.50
                        examination summaries (1.3);
                        review materials relating to
                        follow-up from call with defense
                        counsel (1.2).

10/23/06 Cameron        Attention to materials from              .90
                        consultant regarding EPA data.

10/23/06 Rutkowski      Emails to local counsel re:              .10
                        depositions for expert witness.

10/24/06 Cameron        Attention to materials from             2.40
                        defense counsel regarding EPA data
                        (0.7); e-mails regarding same
                        (0.3); telephone call with expert
                        regarding status of analysis
                        (0.3); e-mail regarding same
                        (0.2); review summary of expert
                        work (0.9).

10/24/06 Jeziorowski    Receipt and review of additional       2.70
                        expert deposition transcripts
                        (1.30); log and organize
                        deposition transcripts (1.40).

10/25/06 Cameron        Review materials from consultant       2.80
                        regarding sample analysis (1.4);
                        review materials relating to
                        expert reports and back-up data
                        (1.4).

10/26/06 Cameron        Review materials from expert           3.10
                        witness regarding reliance
                        materials (1.9); telephone call
                        regarding same (0.3); review
                        government testing data (0.9).

10/27/06 Cameron        Attention to expert work issues        2.20
                        (0.9); review testing data (0.4);
                        review reliance materials (0.9).

10/27/06 Jeziorowski    Receipt and review of additional       2.10
                        expert deposition transcripts
                        (1.0); update and amend index and
                        excel chart with additional
                        deposition transcripts from expert

```
172573 W. R. Grace & Co.                    Invoice Number   1474319
60035  Grand Jury Investigation             Page   5
November 21, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | witness (1.10). | |
| 10/28/06 | Cameron | Follow-up review of expert witness reliance materials. | .90 |
| 10/29/06 | Cameron | Work with expert reliance materials (1.9); review draft analysis (0.9). | 2.80 |
| 10/31/06 | Cameron | Review expert witness materials (0.8); e-mails regarding meeting (0.2); review EPA sample issues (0.8). | 1.80 |

```
                                            ------
                              TOTAL HOURS    104.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|-------------|-------|----|------|---|-------|
| Douglas E. Cameron | 51.00 | at $ | 530.00 | = | 27,030.00 |
| Antony B. Klapper | 2.80 | at $ | 500.00 | = | 1,400.00 |
| Margaret L. Sanner | 22.50 | at $ | 415.00 | = | 9,337.50 |
| Jesse J. Ash | 12.50 | at $ | 330.00 | = | 4,125.00 |
| Margaret Rutkowski | 0.10 | at $ | 315.00 | = | 31.50 |
| Melissa J. Keppel | 5.00 | at $ | 310.00 | = | 1,550.00 |
| Maureen L. Atkinson | 0.70 | at $ | 180.00 | = | 126.00 |
| Michelle Jeziorowski | 9.60 | at $ | 160.00 | = | 1,536.00 |

```
                CURRENT FEES                        45,136.00


                                                  ------------
      TOTAL BALANCE DUE UPON RECEIPT               $45,136.00
                                                  ============
```