REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1474323 |
| Invoice Date | 11/21/06 |
| Client Number | 172573 |

=============================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 2,636.88 |

TOTAL BALANCE DUE UPON RECEIPT        $2,636.88
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1474323 |
| Invoice Date | 11/21/06 |
| Client Number | 172573 |
| Matter Number | 60026 |

==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Binding Charge | 6.00 |
| Telephone Expense | 16.40 |
| IKON Copy Services | 56.20 |
| PACER | 3.20 |
| Duplicating/Printing/Scanning | 1,219.80 |
| Postage Expense | 10.99 |
| Courier Service - Outside | 73.91 |
| Parking/Tolls/Other Transportation | 36.00 |
| Air Travel Expense | 357.20 |
| Taxi Expense | 60.00 |
| Mileage Expense | 41.83 |
| Meal Expense | 624.85 |
| Telephone - Outside | 120.00 |
| General Expense | 10.50 |

CURRENT EXPENSES          2,636.88
-------------

TOTAL BALANCE DUE UPON RECEIPT     $2,636.88
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1474323
One Town Center Road                       Invoice Date     11/21/06
Boca Raton, FL   33486                    Client Number       172573
                                         Matter Number        60026


========================================================================

Re: (60026)  Litigation and Litigation Consulting


        FOR COSTS ADVANCED AND EXPENSES INCURRED:

        09/25/06    PACER-Electronic docket retrieval charges.        1.68

        09/26/06    PACER--Electronic docket retrieval charges.       1.52

        09/28/06    Postage Expense-PLEADINGS                        10.60

        10/02/06    Telephone Expense                                 1.15
                    561-362-1533/BOCA RATON, FL/23

        10/02/06    Telephone Expense                                  .55
                    561-362-1533/BOCA RATON, FL/11

        10/02/06    Duplicating/Printing/Scanning                     5.00
                    ATTY # 3928; 50 COPIES

        10/02/06    Duplicating/Printing/Scanning                     1.70
                    ATTY # 0349: 17 COPIES

        10/03/06    Telephone Expense                                  .10
                    561-362-1533/BOCA RATON, FL/2

        10/03/06    Telephone Expense                                  .40
                    561-362-1533/BOCA RATON, FL/8

        10/03/06    Duplicating/Printing/Scanning                      .30
                    ATTY # 3928; 3 COPIES

        10/03/06    Duplicating/Printing/Scanning                      .20
                    ATTY # 0349: 2 COPIES

        10/03/06    Duplicating/Printing/Scanning                     1.70
                    ATTY # 0349: 17 COPIES

        10/03/06    Duplicating/Printing/Scanning                     1.70
                    ATTY # 0349: 17 COPIES

- 3 -

```
172573 W. R. Grace & Co.                        Invoice Number  1474323
60026  Litigation and Litigation Consulting     Page    2
November 21, 2006
```

| | | |
|---|---|---:|
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 17 COPIES | 1.70 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .30 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .30 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .10 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .30 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .20 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .20 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 3 COPIES | .30 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 3 COPIES | .30 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 11 COPIES | 1.10 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 10/03/06 | Meal Expense Bagel Factory Catering--Breakfast<br>for 8 for preparation for 9/11/06 hearing. | 185.50 |
| 10/03/06 | Meal Expense Eadie's Catering--Lunch for 8 for<br>working meal in relation to 9/11/06 hearing. | 134.81 |
| 10/03/06 | Meal Expense Mark's Grille and Catering--Dinner<br>for 8 for working meal in relation to 9/11/06<br>hearing. | 238.10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | .80 |

172573 W. R. Grace & Co.                          Invoice Number   1474323
60026  Litigation and Litigation Consulting       Page    3
November 21, 2006

| Date | Description | Amount |
|---|---|---|
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 34 COPIES | 3.40 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 3 COPIES | .30 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 696 COPIES | 69.60 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 120 COPIES | 12.00 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 130 COPIES | 13.00 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 92 COPIES | 9.20 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 155 COPIES | 15.50 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 17 COPIES | 1.70 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | .10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | .10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM

172573 W. R. Grace & Co.                          Invoice Number  1474323
60026  Litigation and Litigation Consulting        Page   4
November 21, 2006

| Date | Description | Amount |
|---|---|---|
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | .10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | .10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 21 COPIES | 2.10 |
| 10/05/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/24 | 1.15 |
| 10/05/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 159 COPIES | 15.90 |
| 10/05/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 57 COPIES | 5.70 |
| 10/05/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 10/05/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 6 COPIES | .60 |
| 10/05/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 15 COPIES | 1.50 |
| 10/06/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 18 COPIES | 1.80 |
| 10/06/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 10 COPIES | 1.00 |
| 10/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.00 |
| 10/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.00 |
| 10/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 9 COPIES | .90 |
| 10/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 40 COPIES | 4.00 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM

172573 W. R. Grace & Co.                         Invoice Number  1474323
60026  Litigation and Litigation Consulting      Page   5
November 21, 2006

| | | |
|---|---|---:|
| 10/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 149 COPIES | 14.90 |
| 10/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 7 COPIES | .70 |
| 10/09/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 6 COPIES | .60 |
| 10/10/06 | General Expense - - THE PAIGE COMPANY,<br>INC.-FILE BOXES | 10.50 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .50 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 13 COPIES | 1.30 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .60 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .60 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .50 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.20 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | .80 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.00 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM

172573 W. R. Grace & Co.                          Invoice Number  1474323
60026  Litigation and Litigation Consulting       Page   6
November 21, 2006

| | | |
|---|---|---|
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 6 COPIES | .60 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 6 COPIES | .60 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 21 COPIES | 2.10 |
| 10/11/06 | IKON Copy Services - - Copying and mailing<br>charges for service of CNO for monthly fee<br>application. | 56.20 |
| 10/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0349; 88 COPIES | 8.80 |
| 10/11/06 | Telephone Expense<br>443-535-8439/COLUMBIA, MD/44 | 2.20 |
| 10/11/06 | Telephone Expense<br>443-535-8439/COLUMBIA, MD/26 | 1.30 |
| 10/11/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/12 | .60 |
| 10/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 17 COPIES | 1.70 |
| 10/12/06 | Telephone Expense<br>770-499-7500/ATLANTA NW, GA/2 | .10 |
| 10/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 10/13/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/14 | .70 |
| 10/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .10 |
| 10/13/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 3 COPIES | .30 |
| 10/15/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM

172573 W. R. Grace & Co.                          Invoice Number  1474323
60026  Litigation and Litigation Consulting       Page   7
November 21, 2006

| | | |
|---|---|---|
| 10/15/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 10/16/06 | Telephone Expense<br>312-861-2366/CHICAGO, IL/3 | .10 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 229 COPIES | 22.90 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 682 COPIES | 68.20 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 368 COPIES | 36.80 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 644 COPIES | 64.40 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 5 COPIES | .50 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 10/17/06 | Meal Expense - -LUNCH FOR FOUR DURING MEETING<br>WITH WITNESS IN PHL(10/11/06). | 57.44 |
| 10/17/06 | Air Travel Expense - - VENDOR: LAWRENCE E.<br>FLATLEY TRIP TO PHL FOR WITNESS MEETING RE: WR<br>GRACE (10/11/06). | 166.60 |
| 10/17/06 | Taxi Expense - - VENDOR: LAWRENCE E.<br>FLATLEY--TRAVEL TO/FROM PHL AIRPORT FOR 10/11<br>TRIP FOR WITNESS MEETING. | 60.00 |
| 10/17/06 | Mileage Expense - - LAWRENCE E. FLATLEY--TRAVEL<br>TO/FROM PIT AIRPORT FOR MEETING WITH WR GRACE<br>WITNESS. | 26.70 |
| 10/17/06 | Parking/Tolls/Other Transportation - -LAWRENCE<br>E. FLATLEY --Parking at PIT airport for trip to<br>Philadephia (10/11/06). | 18.00 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 569 COPIES | 56.90 |

172573 W. R. Grace & Co.                        Invoice Number   1474323
60026  Litigation and Litigation Consulting     Page    8
November 21, 2006

| | | |
|---|---|---:|
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 563 COPIES | 56.30 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 488 COPIES | 48.80 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 20 COPIES | 2.00 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 30 COPIES | 3.00 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .10 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .10 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .30 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .20 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .20 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 6 COPIES | .60 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 10/17/06 | Courier Service - UPS - Shipped to  REED SMITH<br>LLP (WASHINGTON DC 20005). | 21.78 |
| 10/17/06 | Courier Service - 00843 UPS - Shipped  to   REED<br>SMITH LLP (WASHINGTON DC 20005). | 20.39 |
| 10/18/06 | Binding Charge | 6.00 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM

172573 W. R. Grace & Co.                          Invoice Number  1474323
60026  Litigation and Litigation Consulting       Page   9
November 21, 2006

| | | |
|---|---|---|
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 16 COPIES | 1.60 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 230 COPIES | 23.00 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 52 COPIES | 5.20 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 84 COPIES | 8.40 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 17 COPIES | 1.70 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 8 COPIES | .80 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 7 COPIES | .70 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | .10 |
| 10/19/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/37 | 1.80 |
| 10/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 6 COPIES | .60 |
| 10/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 10 COPIES | 1.00 |
| 10/19/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 10/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 5 COPIES | .50 |
| 10/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 5 COPIES | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1474323
60026  Litigation and Litigation Consulting       Page   10
November 21, 2006

| | | |
|---|---|---|
| 10/20/06 | Telephone - Outside - -  JAMES J. RESTIVO, JR. COURT CALL FEE FOR TELEPHONIC PARTICIPATION IN W.R. GRACE OMNIBUS CONFERENCE HEARING (9/26/06). | 120.00 |
| 10/20/06 | Telephone Expense 561-362-1533/BOCA RATON, FL/18 | .90 |
| 10/20/06 | Telephone Expense 770-499-7500/ATLANTA NW, GA/18 | .85 |
| 10/23/06 | Air Travel Expense - -  VENDOR: REBECCA E. ATEN TRIP TO PHL FOR WITNESS MEETING WITH L.E. FLATLEY RE: WR GRACE (10/11/06). | 190.60 |
| 10/23/06 | Mileage Expense - -  VENDOR: REBECCA E. ATEN TRAVEL TO/FROM PIT AIRPORT FOR WITNESS MEETING IN PHL. | 15.13 |
| 10/23/06 | Parking/Tolls/Other Transportation - -  REBECCA E. ATEN-- Parking at PIT airport for trip to Philadephia (10/11/06). | 18.00 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0559; 91 COPIES | 9.10 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0396; 6 COPIES | .60 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 3928; 171 COPIES | 17.10 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0396; 151 COPIES | 15.10 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0396; 89 COPIES | 8.90 |
| 10/23/06 | Postage Expense Postage Expense: ATTY # 0396 User: MILLER, JASON | .39 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0396: 2 COPIES | .20 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0396: 2 COPIES | .20 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0396: 2 COPIES | .20 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0396: 5 COPIES | .50 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM

172573 W. R. Grace & Co.                          Invoice Number  1474323
60026  Litigation and Litigation Consulting       Page  11
November 21, 2006

| | | |
|---|---|---:|
| 10/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 577 COPIES | 57.70 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 781 COPIES | 78.10 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 661 COPIES | 66.10 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 660 COPIES | 66.00 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 22 COPIES | 2.20 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .20 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .20 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | .10 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 63 COPIES | 6.30 |
| 10/24/06 | Courier Service - UPS - Shipped to REED SMITH<br>LLP (WASHINGTON DC 20005). | 18.20 |
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | .10 |
| 10/25/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/19 | .95 |
| 10/25/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/9 | .45 |
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3984; 21 COPIES | 2.10 |
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3984; 21 COPIES | 2.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1474323
60026  Litigation and Litigation Consulting  Page  12
November 21, 2006
```

| | | |
|---|---|---:|
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 10 COPIES | 1.00 |
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0396; 62 COPIES | 6.20 |
| 10/26/06 | Duplicating/Printing/Scanning<br>ATTY # 4492: 1 COPIES | .10 |
| 10/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .10 |
| 10/26/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/6 | .30 |
| 10/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 12 COPIES | 1.20 |
| 10/26/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 705 COPIES | 70.50 |
| 10/26/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 3 COPIES | .30 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |

\\uspghfpd\saament\$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM

172573 W. R. Grace & Co.                          Invoice Number  1474323
60026  Litigation and Litigation Consulting       Page  13
November 21, 2006

| | | |
|---|---|---|
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 18 COPIES | 1.80 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 5 COPIES | .50 |
| 10/27/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/8 | .40 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 10/27/06 | Courier Service - UPS - Shipped to REED SMITH<br>LLP (WASHINGTON DC 20005). | 13.54 |
| 10/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 25 COPIES | 2.50 |
| 10/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 27 COPIES | 2.70 |
| 10/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 30 COPIES | 3.00 |
| 10/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 283 COPIES | 28.30 |
| 10/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.00 |
| 10/31/06 | Telephone Expense<br>213-443-3206/LOS ANGELES, CA/2 | .10 |
| 10/31/06 | Telephone Expense<br>312-207-6455/CHICAGO, IL/44 | 2.20 |
| 10/31/06 | Telephone Expense<br>302-652-5340/WILMINGTON, DE/2 | .10 |
| 10/31/06 | Meal Expense - - PANTRY ALLOCATIONS FOR DRINKS<br>ON 10/11/06 DURING WR GRACE WITNESS MEETING. | 9.00 |
| 10/31/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 691 COPIES | 69.10 |
| 10/31/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 10 COPIES | 1.00 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM

172573 W. R. Grace & Co.                    Invoice Number  1474323
60026  Litigation and Litigation Consulting    Page  14
November 21, 2006

    10/31/06    Duplicating/Printing/Scanning                63.60
           ATTY # 5254; 636 COPIES

                  CURRENT EXPENSES                    2,636.88
                                 ------------

                  TOTAL BALANCE DUE UPON RECEIPT        $2,636.88
                               =============

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1474324 |
| One Town Center Road | Invoice Date    11/21/06 |
| Boca Raton, FL    33486 | Client Number    172573 |

===============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

Fees                                    0.00
Expenses                            1,320.65

TOTAL BALANCE DUE UPON RECEIPT        $1,320.65
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1474324
One Town Center Road                     Invoice Date        11/21/06
Boca Raton, FL    33486                  Client Number       172573
Matter Number        60035

===========================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Binding Charge                      45.00
        Duplicating/Printing/Scanning    1,216.20
        Postage Expense                      0.39
        Courier Service - Outside           25.07
        General Expense                     33.99

                CURRENT EXPENSES                     1,320.65
                                                  -------------

                TOTAL BALANCE DUE UPON RECEIPT      $1,320.65
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1474324
One Town Center Road                     Invoice Date       11/21/06
Boca Raton, FL   33486                   Client Number       172573
Matter Number        60035

===========================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 08/16/06 | General Expense-Fee for retrieval of scientific article for case work. | 28.00 |
| 09/20/06 | Courier Service - - UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Daniel K. Hogan, Esq., The Hogan Firm (WILMINGTON DE 19806). | 6.13 |
| 09/20/06 | Courier Service - - UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Daniel K. Hogan, Esq., The Hogan Firm (WILMINGTON DE 19806). | 6.13 |
| 09/20/06 | Courier Service - - UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Daniel K. Hogan, Esq., The Hogan Firm (WILMINGTON DE 19806). | 3.98 |
| 09/20/06 | Binding Charge | 45.00 |
| 10/02/06 | Duplicating/Printing/Scanning ATTY # 3928; 65 COPIES | 6.50 |
| 10/02/06 | Duplicating/Printing/Scanning ATTY # 3928; 78 COPIES | 7.80 |
| 10/02/06 | Duplicating/Printing/Scanning ATTY # 0559; 43 COPIES | 4.30 |
| 10/02/06 | Duplicating/Printing/Scanning ATTY # 3928; 4 COPIES | .40 |
| 10/02/06 | Duplicating/Printing/Scanning ATTY # 0559; 25 COPIES | 2.50 |

172573 W. R. Grace & Co.                          Invoice Number  1474324
60035  Grand Jury Investigation                   Page   2
November 21, 2006

| Date | Description | Amount |
|---|---|---|
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 20 COPIES | 2.00 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 86 COPIES | 8.60 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 205 COPIES | 20.50 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 44 COPIES | 4.40 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 7015: 4 COPIES | .40 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 4717: 16 COPIES | 1.60 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 25 COPIES | 2.50 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 86 COPIES | 8.60 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 96 COPIES | 9.60 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 28 COPIES | 2.80 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 924 COPIES | 92.40 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 57 COPIES | 5.70 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 102 COPIES | 10.20 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 102 COPIES | 10.20 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 63 COPIES | 6.30 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 4717: 16 COPIES | 1.60 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM

```
172573 W. R. Grace & Co.                          Invoice Number  1474324
60035  Grand Jury Investigation                   Page   3
November 21, 2006
```

| | | |
|---|---|---:|
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 2 COPIES | .20 |
| 10/03/06 | Postage Expense Postage Expense: ATTY # 7015 | .39 |
| 10/03/06 | Courier Service - UPS - Shipped from Maureen<br>Atkinson, Reed Smith LLP - Pittsburgh to Ms.<br>Lisa Claus, Bradley Arant Rose & White<br>(WASHINGTON DC 20036). | 8.83 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 164 COPIES | 16.40 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 16 COPIES | 1.60 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 156 COPIES | 15.60 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 51 COPIES | 5.10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 51 COPIES | 5.10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 51 COPIES | 5.10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 51 COPIES | 5.10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 51 COPIES | 5.10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 99 COPIES | 9.90 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 98 COPIES | 9.80 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 45 COPIES | 4.50 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 141 COPIES | 14.10 |
| 10/11/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 1 COPIES | .10 |
| 10/11/06 | Duplicating/Printing/Scanning<br>ATTY # 4822: 15 COPIES | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1474324
60035  Grand Jury Investigation                   Page   4
November 21, 2006

| | | |
|---|---|---:|
| 10/11/06 | Duplicating/Printing/Scanning<br>ATTY # 4717: 2 COPIES | .20 |
| 10/11/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 6 COPIES | .60 |
| 10/11/06 | Duplicating/Printing/Scanning<br>ATTY # 4717: 1 COPIES | .10 |
| 10/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 16 COPIES | 1.60 |
| 10/13/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 63 COPIES | 6.30 |
| 10/13/06 | Duplicating/Printing/Scanning<br>ATTY # 7015: 4 COPIES | .40 |
| 10/16/06 | General Expense - - VENDOR: ALL-STATE<br>INTERNATIONAL, INC.-TABS | 5.99 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 7015: 15 COPIES | 1.50 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 1814; 207 COPIES | 20.70 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 15 COPIES | 1.50 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 2 COPIES | .20 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 130 COPIES | 13.00 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 63 COPIES | 6.30 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 12 COPIES | 1.20 |
| 10/19/06 | Duplicating/Printing/Scanning<br>ATTY # 4717: 1 COPIES | .10 |
| 10/23/06 | Duplicating/Printing/Scanning<br>ATTY # 7015: 2 COPIES | .20 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 16 COPIES | 1.60 |

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
November 21, 2006

Invoice Number  1474324
Page   5

| Date | Description | Amount |
|------|-------------|--------|
| 10/25/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .20 |
| 10/25/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .10 |
| 10/25/06 | Duplicating/Printing/Scanning ATTY # 0559: 4 COPIES | .40 |
| 10/25/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .20 |
| 10/25/06 | Duplicating/Printing/Scanning ATTY # 0559: 4 COPIES | .40 |
| 10/25/06 | Duplicating/Printing/Scanning ATTY # 0559: 4 COPIES | .40 |
| 10/25/06 | Duplicating/Printing/Scanning ATTY # 0559; 13 COPIES | 1.30 |
| 10/26/06 | Duplicating/Printing/Scanning ATTY # 0396: 1 COPIES | .10 |
| 10/26/06 | Duplicating/Printing/Scanning ATTY # 1814: 15 COPIES | 1.50 |
| 10/27/06 | Duplicating/Printing/Scanning ATTY # 0559; 2709 COPIES | 270.90 |
| 10/27/06 | Duplicating/Printing/Scanning ATTY # 0559; 5644 COPIES | 564.40 |
| 10/28/06 | Duplicating/Printing/Scanning ATTY # 0559: 4 COPIES | .40 |

CURRENT EXPENSES           1,320.65
                           ------------

TOTAL BALANCE DUE UPON RECEIPT     $1,320.65
                                   =============

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM