**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. Grace & Company | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: December 5, 2006, 8:30 a.m.** |
| | ) | **Objection Deadlines: November 27th & 28th, 2006** |
| | ) | **Related to Docket Nos. 6301, 6371, 6654, 6852,** |
| | ) | **6853, 12819, 12921, 12935, 12958 & 13160** |

**ASBESTOS CLAIMANTS REPRESENTED BY JACOBS & CRUMPLAR, P.A.'S**
**RESPONSE TO THE ADDITIONAL MOTIONS TO COMPEL PERSONAL INJURY**
**CLAIMANTS TO RESPOND TO W. R. GRACE'S PERSONAL QUESTIONNAIRE**

**NOW COME** Plaintiffs, represented by Jacobs & Crumplar, and respond to the additional

Motions to Compel filed by the Debtors on November 9th and November 20th, 2006:

1.      Plaintiffs responded to Debtor's Motion to Compel, dated July 17, 2006 (Docket No.

6301) on August 4, 2006 (Docket No. 12935) and with a supplemental response dated September 7,

2006 (Docket No. 13160).

2.      Plaintiffs have submitted all of their Questionnaires, for both settled pre-petition

claimants and unsettled pre-petition claimants.  50 of these Questionnaires were returned by the Court

ordered deadline of July 12, 2006.  The remaining 20 Questionnaires and the amended previously

submitted Questionnaires were submitted by the second Court ordered deadline for supplementations

of November 12, 2006 (or November 13, 2006, as November 12, 2006 was a Sunday).

3.      In response to a letter sent by Debtor, Jacobs & Crumplar, P.A. re-submitted the settled

proof of claim as an unsettled pre-petition proof of claim before the November 15, 2006 bar date.

5.      Although Jacobs & Crumplar, P.A. has completed and returned all Questionnaires,

counsel still reaffirms his objections as set forth in his previous responses of August 4, 2006 and

September 7, 2006 as referenced above and asserts his objections as set forth in the completed

Questionnaires.  The objections still listed by Jacobs & Crumplar, P.A., other than the general

objections in their initial response which are incorporated by reference only for record purposes, were

to specific questions.  These were as follows:

     A.  Part VII (b) objected to as such information is not discoverable as being settlement

discussions under Delaware law; and

     B.  Part II (5) and (6) objected to as being covered by attorney-client privilege and/or

work product.

     WHEREFORE, Plaintiffs request the Debtor's Motion to Compel answers to the above-listed

specific questions be denied.

     Respectfully submitted,
**JACOBS & CRUMPLAR, P.A.**


By:    */s/ Robert Jacobs, Esquire*
     Robert Jacobs, Esquire (Bar No. 0244)
     2 East 7th Street, P.O. Box 1271
     Wilmington, DE  19899
     Telephone: (302) 656-5445
     Fax: (302) 656-5875
     *Attorney for Asbestos Personal Injury Creditors*


Date: <u>November 28, 2006</u>
S:\wp70\Bankruptcies\Asbestos Bankruptcies\W.R. Grace Co - 13,754\Pleadings\112706_Response (3rd) to 2nd & 3rd Motions to Compel.skm.doc