IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. Grace & Company | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: December 5, 2006, 8:30 a.m.** |
| | ) | **Objection Deadlines: November 27th & 28th, 2006** |
| | ) | **Related to Docket Nos. 6301, 6371, 6654, 6852,** |
| | ) | **6853, 12819, 12921, 12935, 12958 & 13160** |

**NOTICE OF ASBESTOS CLAIMANTS REPRESENTED BY JACOBS & CRUMPLAR, P.A.'S RESPONSE TO THE ADDITIONAL MOTIONS TO COMPEL PERSONAL INJURY <u>CLAIMANTS TO RESPOND TO W. R. GRACE'S PERSONAL QUESTIONNAIRE</u>**

**TO:**

James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
*Co-Counsel for Debtors*

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
*Counsel to the Future Claimants' Representative*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*Counsel to the Official Committee of Unsecured Creditors*

Teresa K. D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
*Counsel to the Official Committee of Equity Holders*

Michael B. Joseph, Esquire
Ferry, Joseph, & Pearce, P. A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
*Counsel to the Official Committee of Property Damage Claimants*

Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
*Counsel to the Official Committee of Personal Injury Claimants*

Barbara Harding, Esquire
Kirkland & Ellis, LLP
655 Fifteenth Street, NW, Suite 1200
Washington, DC 20005-5793
*Co-counsel for the Debtors*

Janet Baer, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
*Co-counsel for the Debtors*

| | |
|---|---|
| Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982<br>*Counsel to the Official Committee*<br>*of Unsecured Creditors* | Scott L. Baena, Esquire<br>Bilzin, Sumberg, Dunn, Baena, Price & Axelrod<br>First Union Financial Center<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131<br>*Counsel to the Official Committee of Property*<br>*Damage Claimants* |
| Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue<br>35th Floor,<br>New York, NY 10152-3500<br>*Counsel to the Official Committee*<br>*of Personal Injury Claimants* | Thomas M. Mayer, Esquire<br>Kramer, Levin, Naftalis & Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022<br>*Counsel to the Official Committee of*<br>*Equity Holders* |
| Richard H. Wyron, Esquire<br>Swidler, Berlin, Shereff, Friedman, LLP<br>3000 K Street, NW, Suite 300<br>Washington, D.C. 20007<br>*Counsel to the Future Claimants'*<br>*Representative* | The Office of the United States Trustee<br>Attention: David Klauder<br>844 N. King Street<br>Wilmington, DE 19801<br>*Trustee* |

**PLEASE TAKE NOTICE** that Plaintiffs, represented by Jacobs & Crumplar, P.A., object to the Debtor's Additional Motions to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace's Personal Injury Questionnaire.

**A HEARING ON THIS RESPONSE WILL BE HELD ON DECEMBER 5, 2006** at 8:30 a.m. in Pittsburgh, PA before Judge Fitzgerald.

        Respectfully submitted,

        **JACOBS & CRUMPLAR, P.A.**

By:   */s/ Robert Jacobs, Esquire*
       Robert Jacobs, Esquire (Bar No. 0244)
       2 East 7th Street, P.O. Box 1271
       Wilmington, DE 19899
       Telephone: (302) 656-5445
       Fax: (302) 656-5875
       *Attorney for Asbestos Personal Injury Creditors*

Date: November 28, 2006

S:\wp70\Bankruptcies\Asbestos Bankruptcies\W.R. Grace Co - 13,754\Pleadings\112806_Response (3rd) to 2nd & 3rd Motions to Compel, Notice.skm.doc