## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. Grace & Company | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: December 5, 2006, 8:30 a.m.** |
| | ) | **Objection Deadlines: November 27th & 28th, 2006** |
| | ) | **Related to Docket Nos. 6301, 6371, 6654, 6852,** |
| | ) | **6853, 12819, 12921, 12935, 12958 & 13160** |

## **ORDER**

**IT IS SO ORDERED**, this _____ day of _____, 2006 as follows:

The Court, having reviewed the answers of Jacobs & Crumplar, P.A., orders that no further information need be supplied for the questionnaire other than that which has already been given to W.R. Grace.

_____
J.

S:\wp70\Bankruptcies\Asbestos Bankruptcies\W.R. Grace Co - 13,754\Pleadings\112806_Response (3rd) to 2nd & 3rd Motions to Compel, Order.skm.doc