# CERTIFICATE OF SERVICE

I, Robert Jacobs, hereby certify that on this 28th day of November 2006 I caused one copy of the above ASBESTOS CLAIMANTS REPRESENTED BY JACOBS & CRUMPLAR, P.A.'S RESPONSE TO THE ADDITIONAL MOTIONS TO COMPEL PERSONAL INJURY CLAIMANTS TO RESPOND TO W. R. GRACE'S PERSONAL QUESTIONNAIRE to be served upon the following counsel in the manner indicated:

**VIA HAND DELIVERY**
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
 *Co-Counsel for Debtors*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*Counsel to the Official Committee of
 Unsecured Creditors*

Michael B. Joseph, Esquire
Ferry, Joseph & Pearce, P. A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
*Counsel to the Official Committee
 of Property Damage Claimants*

The Office of the United States Trustee
Attention: David Klauder
844 N. King Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
*Counsel to the Future Claimants'
Representative*

Teresa K. D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
*Counsel to the Official Committee
of Equity Holders*

Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
*Counsel to the Official Committee
 of Personal Injury Claimants*

**VIA FIRST CLASS MAIL**
Janet Baer, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
*Co-counsel for the Debtors*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
*Counsel to the Official Committee
 of Unsecured Creditors*

**VIA FIRST CLASS MAIL**
Barbara Harding, Esquire
Kirkland & Ellis, LLP
655 Fifteenth Street, NW, Suite 1200
Washington, DC 20005-5793
*Co-counsel for the Debtors*

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena,
 Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
*Counsel to the Official Committee of
 Property Damage Claimants*

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue<br>35th Floor,<br>New York, NY 10152-3500<br>*Counsel to the Official Committee*<br>*of Personal Injury Claimants* | **VIA FIRST CLASS MAIL**<br>Thomas M. Mayer, Esquire<br>Kramer, Levin, Naftalis & Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022<br>*Counsel to the Official Committee of*<br>*Equity Holders* |
| Richard H. Wyron, Esquire<br>Swidler, Berlin, Shereff, Friedman, LLP<br>3000 K Street, NW, Suite 300<br>Washington, D.C. 20007<br>*Counsel to the Future Claimants'*<br>*Representative* | |

                                                  Respectfully submitted,
                                                  **JACOBS & CRUMPLAR, P.A.**

By:    */s/ Robert Jacobs, Esquire*
           Robert Jacobs, Esquire (Bar No. 0244)
           2 East 7th Street, P.O. Box 1271
           Wilmington, DE  19899
           Telephone: (302) 656-5445
           Fax: (302) 656-5875
           *Attorney for Asbestos Personal Injury Creditors*

Date: <u>November 28, 2006</u>
S:\wp70\Bankruptcies\Asbestos Bankruptcies\W.R. Grace Co - 13,754\Pleadings\112806_Response (3rd) to 2nd & 3rd Motions to Compel, COS.skm.doc