TRIALSMITH Secure Document - Buy Now to print, save, or copy

2334064

```
 1   IN THE DISTRICT COURT OF CAMERON COUNTY, TEXAS
              197TH JUDICIAL DISTRICT
 2                 NO. 96-03-01342-C

 3   - - - - - - - - - - - - - - - - - - -X
     GRACIELA GAMEZ, INDIVIDUALLY, ELISEO     :
 4   GAMEZ, INDIVIDUALLY AND AS PERSONAL      :
     REPRESENTATIVE OF THE ESTATE OF CARLOS   :
 5   GAMEZ, DECEASED, AND ON BEHALF OF        :
     WRONGFUL DEATH STATUTORY BENEFICIARIES,  :
 6   RICHARD GAMEZ, MARGARITA GAMEZ-SHEPHERD, :
     LETICIA GAMEZ-BALDERAS, SUZANA GAMEZ-    :
 7   VAZQUEZ, CARLOS ANTONIO GAMEZ, III,      :
     MARYJANE GAMEZ-MARTINEZ AND ELIZABETH    :
 8   GAMEZ-NICHOLS,                           :

 9               Plaintiffs,                  :

10   vs.                                      :

11   THE FLINTKOTE COMPANY,                   :

12               Defendant.                   :
     - - - - - - - - - - - - - - - - - - -X
13                        Durham, North Carolina

14                        Wednesday, September 25, 2002

15        VIDEOTAPED DEPOSITION OF VICTOR L. ROGGLI, M.D.,

16   a witness herein, called for examination by counsel

17   for Plaintiffs in the above-entitled matter, pursuant

18   to notice and agreement, the witness being duly sworn

19   by LISA A. DeGROAT, RPR, a Notary Public in and for

20   the State of North Carolina, taken at the Millennium

21   Hotel, 2800 Campus Walk Drive, Durham,

22   North Carolina, at 1:21 p.m., on Wednesday,

23   September 25, 2002, and the proceedings being taken

24   down in Stenotype by LISA A. DeGROAT, RPR, and

25   transcribed under her direction.
```

TRIALSMITH Secure Document: Buy Now to print, save or copy

69

1  particular time, April 27th through 30th.

2      Q.    All right.  And, again, it lists morphine

3  down there?

4      A.    Yes.

5      Q.    Okay.  And does it give the quantity?

6      A.    Thirty milligrams.

7      Q.    And how is that in terms of dosage for

8  morphine?  Would that be a little, a lot, in between?

9      A.    No.  That's a pretty good amount.  They

10 have in parentheses morphine sulfate, or MS Contin,

11 15 milligrams, and that's a -- that's a pretty good

12 dosage.

13     Q.    All right.  I'd like to look at Exhibit 15.

14 Have you, please, just explain a couple of things to

15 us.  Make sure, again, we understand exactly what's

16 going on.  It says, "Physician attest sheet," and

17 it's printed up with all of the codes.

18          It says, again, "Sarcomatoid mesothelioma,

19 chest wall."  And then down at the bottom it makes

20 note of a, "Bronchoscopy and biopsy for upper and

21 lower lobes and lungs."  What is -- what is a

22 bronchoscopy?

23          MR. HARRIS:  Objection to the form.

24          THE WITNESS:  Well, a bronchoscopy is where

25 the physician, usually a pulmonologist, takes a -- a

BRYANT COURT REPORTING SERVICES, INC.
(919) 380-9552     FAX (919) 380-7161     1-800-261-3309

TRIALSMITH Secure Document - Buy Now to print, save or copy

70

1    tube, a fiber optic tube, and puts it into the nose,

2    and then actually looks down into the lungs.

3            And it's done for the purpose of diagnosing

4    various diseases that can occur in the lungs.  In

5    this case I think they were looking for an infectious

6    agent that might be treatable.

7            BY MR. MUNDY:

8        Q.    All right.  Then it says, "Pleural biopsy."

9    What is a pleural biopsy?

10       A.    Well, a pleural biopsy means when a surgeon

11   actually goes in either through -- it's through an

12   incision of various sizes, and actually takes a piece

13   of tissue.  Sends it to the laboratory for diagnostic

14   purposes.

15       Q.    And is that how they obtain the material

16   that's actually -- the tissue material that's

17   actually put onto the paraffin block -- or in the

18   paraffin block and on the slide?

19       A.    That's correct.

20       Q.    Okay.  And between -- between -- looking at

21   a chest x-ray and a bronchoscopy versus a pleural

22   biopsy, looking under the microscope for diagnosing

23   mesothelioma, which one is the -- the absolute best,

24   the gold standard, if you will?

25       A.    The biopsy of the tumor itself is the gold

TRIALSMITH Secure Document - Buy Now to print, save, or copy

71

1   standard.

2       Q.    Okay.  It's kind of the final word on the

3   question?

4       A.    Yes, sir.

5       Q.    All right.  Now, Exhibit 16.  It's two

6   pages here.  It talks about a large pleural effusion

7   on the right side.  What's a pleural effusion?

8       A.    Pleural effusion means a collection of

9   fluid between the lung and the chest wall, and the --

10  the lung sits inside the chest wall, and

11  it's separated from the chest wall, which is the ribs

12  and muscle there, by a potential space.

13          And if the surface of the lung becomes

14  leaky, then fluid can accumulate there between the

15  chest wall and the lung.  And if -- any space that's

16  occupied by the fluid is space that the lungs cannot

17  use for the purpose of breathing, and -- and

18  depending upon the size of that effusion, pleural

19  effusion, it can be associated with symptoms like

20  shortness of breath.

21      Q.    All right.  Common to see that in -- in

22  persons with mesothelioma?

23      A.    Yes.  That's one of the most common

24  findings that we see on x-ray films of patients with

25  mesothelioma, is a pleural effusion.

72

1    Q.    All right.  Now, also in here we see two

2  other notes that why -- I'd like you to explain, why

3  are these important?  Why would a doctor put these

4  things into a medical record?  One says, "Habit," and

5  then says, "He does not smoke."  Why would a doctor

6  care about that and put that into the medical record?

7    A.    Well, because anytime a patient has a

8  suspected malignancy in the chest, then one of the

9  things in the differential diagnosis is lung cancer.

10  And since lung cancer occurs primarily in individuals

11  who are smoking -- smokers, then individuals about

12  smoking -- then information about smoking habit can

13  be useful to the doctor about making an assessment

14  about what the diagnosis is likely to be in that

15  patient.

16    Q.    Okay.  And, again, just to be absolutely --

17  absolutely crystal clear on this, does smoking cause

18  mesothelioma?

19         MR. HARRIS:  Objection to the form.

20         THE WITNESS:  No, it does not.

21         BY MR. MUNDY:

22    Q.    Okay.  And, in any event, according to his

23  own doctor, he didn't smoke?

24    A.    Correct.

25    Q.    All right.  Now, the next thing says,