## AFFIDAVIT OF SAMUEL P. HAMMAR

| | |
|---|---|
| STATE OF WASHINGTON | § |
| | § |
| COUNTY OF KITSAP | § |

      **BEFORE ME**, the undersigned authority, on this day personally appeared **DR. SAMUEL P. HAMMAR**, known to me or through his driver's license, and who, upon his oath, deposed and states as follows:

      My name is **DR. SAMUEL P. HAMMAR**. I am over the age of eighteen (18) years, have never been convicted of a felony, and am fully competent to make this affidavit. The facts stated within this affidavit are within my personal knowledge and are true and correct.

I have the following qualifications for the diagnosis of mesothelioma:

1. I am a medical doctor, board certified in anatomic and clinical pathology. I currently practice medicine in Bremerton, Washington, where I am the Director of Diagnostic Specialties Laboratories, Inc. I am also on staff at Olympic Medical Laboratories at Harrison Memorial Hospital, also in Bremerton. Additionally, I am a Clinical Professor of Pathology at the University of Washington School of Medicine. My curriculum vitae, attached and incorporated as Exhibit A, sets forth more fully my qualifications.

2. I received a Bachelor of Arts in Chemistry in 1969 from Eastern Washington State College. I received a medical degree from the University of Washington Medical School in 1969. After completing medical school, I completed a pathology internship in 1970 and a pathology residency in 1973. In addition, I completed experimental pathology training under the direction of Dr. N. Karle Mottet as well as Electron Microscopy Training under Dr. Greta Tyson and Russell Ross in 1972.

3. Since completing my training in 1973, I have held numerous positions with different organizations. Currently, I am a member of the U.S. and Canadian Mesothelioma Panel. As a member of this panel, I have been asked to review thousands of mesothelioma cases forwarded by research pathologists, hospitals and universities that have been unsure of the diagnosis and offer my opinion as to the diagnosis in each case. I have been a member of this panel for fifteen (15) years. In addition to the U.S. and Canadian Mesothelioma Panel, I am currently a member of the World Health Organization's Panel for the Reclassification of Lung Tumors; I have been a member of this panel for eight (8) years.

4. Since 1971, I have published over one hundred (100) peer-reviewed articles, many of which pertain to asbestos-related diseases, including mesothelioma in particular. I have also published numerous chapters in books and several textbooks, including Pulmonary Pathology in 1988 (with a second edition in 1994), Pulmonary Pathology – Tumors in 1995, and Asbestos: Risk Assessment, Epidemiology and Health Effects in 2006.

5. I have diagnosed approximately 5000 cases of mesothelioma in my career. In my experience, a definitive diagnosis is obtained in approximately ninety-nine percent (99%) of the cases, with a reasonable degree of medical probability, from reviewing histopathology and immunostain results. In a very small percentage of the cases (typically when there are insufficient pathologic materials), it may be helpful to review additional medical records and reports of chest radiographs or CT scans. However, in the vast majority of the cases, the pathologic materials are sufficient to make a definitive diagnosis with reasonable medical probability.

6. With respect to the issue of causation in mesothelioma cases, the overwhelming scientific consensus is that the great majority are caused by asbestos exposure. Further, there is a preponderant scientific and medical consensus that a documented history of occupational, environmental or domestic exposure to asbestos is sufficient for attribution of a mesothelioma to asbestos exposure. *See* Asbestos, asbestosis, and cancer: the Helsinki criteria for diagnosis and attribution, Scand J Work Environ Health, 1997 Aug; 23(4):311-6. Although radiological evidence of exposure to asbestos may provide additional proof of an asbestos-related etiology, such evidence is not necessary in order to attribute an individual's mesothelioma to asbestos. A pathologic diagnosis of mesothelioma along with a documented history of exposure and an appropriate latency period are sufficient to show asbestos causation.

Further affiant sayeth not.

*/s/ Samuel P. Hammar*
DR. SAMUEL P. HAMMAR

SUBSCRIBED AND SWORN TO BEFORE ME on this 22nd day of November, 2006, by the said who has stated to me that the foregoing affidavit and statements contained herein are true and correct within his personal knowledge to certify which witness my hand official seal of office.

*/s/ Michaele J. Stoll*
Notary Public in and for the State of Washington
Residing at Bremerton.

