**DECLARATION OF DR. JERROLD ABRAHAM TO BE PROVIDED**