# EXHIBIT D

# AFFIDAVIT OF JERROLD L. ABRAHAM, M.D.

STATE OF NEW YORK

COUNTY OF ONONDAGA COUNTY

BEFORE ME, the undersigned authority, on this day personally appeared **DR. JERROLD L. ABRAHAM**, known to me or through his driver's license, and who, upon his oath, deposed and states as follows:

My name is **DR. JERROLD L. ABRAHAM**. I am over the age of eighteen (18) years, have never been convicted of a felony, and am fully competent to make this affidavit. The facts stated within this affidavit are within my personal knowledge and are true and correct.

I have the following qualifications for the diagnosis of mesothelioma:

1. I am a medical doctor, board certified in anatomic pathology. I currently practice medicine at the State University of New York, Upstate Medical University, Syracuse, New York. I am presently a full Professor of Pathology (surgical and autopsy pathology, reading and research), the Director of Environmental and Occupational Pathology and Professor of Family Medicine. My *curriculum vitae*, attached and incorporated as Exhibit "A", sets forth my professional experience and qualifications.

2. I received a Bachelor of Sciences from Massachusetts Institute of Technology in 1966 and a Doctor of Medicine degree from University of California, San Francisco, School of Medicine in 1970. After receiving my medical degree, I completed internship and residency programs in pathology in Boston, Massachusetts.

3. Since completing my training in 1973, I have been a member of numerous professional organizations and held various positions. From 1979 to 1982, I served on the NIOSH/CAP Task Force of Pathology Standards for Asbestos Related Disease, which published diagnostic standards for the pathologic diagnosis of asbestos-related diseases.

4. Since 1971, I have published over 100 peer-reviewed articles, many of which deal with asbestos and asbestos-related lung disease. I have presented 150 abstracts to various professional organizations many of which concerned asbestos-related disease and the pathologic diagnosis of various lung diseases. I have received several grants to study disease, from NIH, American Lung Association, EPA, etc. I also perform grant reviews for NIH, NSF and the VA. I act as a "peer reviewer" for numerous professional journals, including

the American Journal of Pathology, the American Journal of Respiratory and Critical care Medicine, and Archives of Environmental and Occupational Medicine

5. I have diagnosed or reviewed the diagnoses of over a thousand cases of mesothelioma during my career. In my experience, in the vast majority (over 98%) of mesotheliomas, a definitive diagnosis may be made from pathology materials by using sophisticated staining diagnostic techniques. In a small percentage of cases (1-2 %), usually when there are insufficient pathologic materials available, it is especially helpful to review the medical records, the clinical course and radiologic materials, such as x-rays and CT scans. But, using the available pathologic methods of staining and tissue examination, it is possible to make a diagnosis of mesothelioma with reasonable medical probability in the overwhelming majority of cases.

6. The scientific and medical consensus today is that asbestos exposure is a cause of mesothelioma. In North America, asbestos is for all practical purposes the only known cause of mesothelioma (mesothelioma may be caused by minerals very similar to asbestos, such as Erionite, which is mostly found in Turkey). There is no known or accepted "safe" or threshold level of asbestos exposure in relationship to the causation of mesothelioma. Even seemingly insignificant amounts of asbestos exposure increase the risks of asbestos-related disease. In persons diagnosed with mesothelioma, if there is exposure to asbestos that is the attributed cause. See also Asbestos, Asbestosis and Cancer": the Helsinki Criteria for Diagnosis and Attribution, Scand J. Work Environ. Health, 1997 Aug, 23 (4): 311-6. It is an asbestos exposure *history* which is the minimal necessary for a causal attribution. Pathologic or radiographic evidence of asbestos exposure may assist, but are not necessary nor the prime factor in making the causal connection between asbestos exposure and mesothelioma.

Further affiant sayeth not.

_____
Dr. Jerrold L. Abraham

SUBSCRIBED AND SWORN TO BEFORE ME on this 28th day of November, 2006, by the said who has stated to me that the foregoing affidavit and statements contained herein are true and correct within his personal knowledge to certify which witness my hand official seal of office.

_____
Notary Signature

NANCY A. PROTT
Notary Public, State of New York
No. 01PR5065256
Qualified in Onondaga County
Commission Expires 09-03-10