# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Date:     December 5, 2006<br>Time:    8:30 a.m.<br>Place:    Pittsburg, PA |

## CERTIFICATE OF SERVICE

I, Beverly Colclough, declare:

I am a citizen of the United States and am employed in the County of Alameda. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California, 94607-4036.

On November 28, 2006, I caused to be served the following document(s):

**JOINDER AND OPPOSITION TO DEBTOR'S MOTION TO COMPEL**

[X]    **(by mail)** by placing a true and correct copy thereof enclosed in a sealed envelope with first-class postage prepaid in a designated area for outgoing mail, addressed as set forth below. At Wendel, Rosen, Black & Dean, LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Oakland, California.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 28, 2006, at Oakland, California.

/s/ *Beverly Colclough*
Beverly Colclough

013065.0003\797594.1

| | |
|---|---|
| David M. Bernick, P.C.<br>Janet S. Baer<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | *Counsel for Debtors* |
| Barbara M. Harding<br>David Mendelson<br>Brian T. Stansbury<br>Amanda C. Basta<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, NW<br>Washington, D.C. 20005 | *Counsel for Debtors* |
| Laura Davis Jones<br>James E. O'Neill<br>Pachulski Stang Ziehl Young<br> Jones & Weintraub LLP<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | *Counsel for Debtors* |
| Natalie D. Ramsey<br>Montgomery, McCracken,<br> Walker & Rhoads, LLP<br>123 South Broad Street<br>Avenue of the Arts<br>Philadelphia, PA 19109 | *Counsel for MMWR Firms* |
| Matthew G. Zaleski, III<br>Campbell & Levine, LLC<br>Chase Manhatten Center<br>1201 Market Street, 15th Floor<br>Wilmington, DE 19899 | *Counsel for Asbestos Claimants* |
| Michael R. Lastowski<br>Duane, Morris & Heckscher LLP<br>1100 North Market St., Suite 1200<br>Wilmington, DE 19801-1246 | *Counsel for Official Committee of Unsecured Creditors* |
| Frank J. Perch<br>Office of the U.S. Trustee<br>844 King Street, Room 2311<br>Wilmington, DE 19801 | *United States Trustee* |