IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 5, 2006, AT 8:30 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST COMPLY WITH
THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND
HEARING SCHEDULE* [Docket No. 7709]**

**CONTESTED MATTERS**

1.    Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents (FILED UNDER SEAL) [Filed: 11/7/06] (Docket No. 13598)

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.      Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents [Filed: 11/7/06] (Docket No. 13597)

        i.      [Proposed] Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents [Filed: 11/7/06] (Docket No. 13597)

b.      [Proposed] Order Granting the Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents [Filed: 11/7/06] (Docket No. 13600)

c.      Future Claimants' Representative's Memorandum in Support and Joinder in the Official Committee of Asbestos Personal Injury Claimants' Motion to Compel Production of Documents (FILED UNDER SEAL) [Filed: 11/7/06] (Docket No. 13602)

        i.      Motion for an Order Pursuant to Section 107(B) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(B) Authorizing the Future Claimants' Representative, and Directing the Clerk of the Court, to File Under Seal the Future Claimants' Representative, and Directing the Clerk of the Court, to File Under Seal the Future Claimants' Representative's Memorandum in Support and Joinder in the Official Committee of Asbestos Personal Injury Claimants' Motion to Compel Production of Documents [Filed: 11/7/06] (Docket No. 13601)

            (i.)      [Proposed] Order Pursuant to Section 107(B) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(B) Authorizing the Future Claimants' Representative, and Directing the Clerk of the Court, to File Under Seal the Future Claimants' Representative, and Directing the Clerk of the Court, to File Under Seal the Future Claimants' Representative's Memorandum in Support and Joinder in the Official Committee of Asbestos Personal Injury Claimants' Motion to Compel Production of Documents [Filed: 11/7/06] (Docket No. 13601)

Response Deadline:  November 22, 2006, at 4:00 p.m.

Responses Received:

**a.      W. R. Grace & Co.'s Opposition to Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents (FILED UNDER SEAL) [Filed: 11/22/06] (Docket No. 13772)**

**b.      W. R. Grace & Co.'s Opposition to Future Claimants' Representative's Memorandum in Support and Joinder in the Official Committee of Asbestos Personal Injury Claimants' Motion to Compel Production of Documents [Filed: 11/27/06] (Docket No. 13785)**

Status: This matter will go forward.

2.      Debtors' Notice of Failure to Reach Agreement and Request for Entry of Debtors' Proposed Protocol Concerning Production of Chest X-Rays of Asbestos Personal Injury, Pre-Petition Claimants with Non-Mesothelioma, Malignant Claims [Filed: 11/17/06] (Docket No. 13702)

Related Documents:

a.      [Proposed] Order [Filed: 11/17/06] (Docket No. 13702)

Response Deadline: None.

Responses Received:

**a.      Claimants' Represented By Michael B. Serling, P.C., ("Serling Claimants") Request for Entry of Protocol Concerning Production of Chest X-Rays of Asbestos Personal Injury, Pre-Petition Claimants with Non-Mesothelioma, Malignant Claims [Filed: 11/24/06] (Docket No. 13784)**

**i.      [Proposed] Order Allowing W.R. Grace Access to Claimants' X-Rays [Filed: 11/24/06] (Docket no. 13784)**

**b.      Joinder and Opposition to Debtor's Motion to Compel Filed by The Wartnick Law Firm [Filed: 11/28/06] (Docket No. 13816)**

Status: This matter will go forward.

3.      Motion to Compel Asbestos Personal Injury Claimants Represented By Kelley & Ferraro, LLP/or Ferraro & Associates, PA to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/9/06] (Docket No. 13619)

Related Documents:

a.      [Proposed] Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Kelley & Ferraro, LLP/or Ferraro & Associates, PA to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/9/06] (Docket No. 13619)

3

b.      Notice and Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed By the Court [Filed: 11/9/06] (Docket No. 13618)

Response Deadline:  November 27, 2006, at 4:00 p.m.

Responses Received:

**a.      Memorandum of Kelley & Ferraro LLP and the Ferraro Law Firm in Opposition to Motion to Compel Asbestos Personal Injury Claimants Represented By Kelley & Ferraro LLP and/or the Ferraro Law Firm to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/27/06] (Docket No. 13796)**

Debtors' Reply Deadline:  December 1, 2006

Status: This matter will go forward.

4.      Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Hartley & O'Brien, PLLC. Provost Umphrey LLP, and the Law Offices of Peter G. Angelos, P.C. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/9/06] (Docket No. 13620)

Related Documents:

a.      [Proposed] Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Hartley & O'Brien, PLLC. Provost Umphrey LLP, and the Law Offices of Peter G. Angelos, P.C. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/9/06] (Docket No. 13620)

b.      Notice and Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed By the Court [Filed: 11/9/06] (Docket No. 13618)

Response Deadline:  November 27, 2006, at 4:00 p.m.

Responses Received:

**a.      Combined Response of Foster & Sear, LLP, Williams Bailey Law Firm, LLP, Law Offices of Peter G. Angelos, P.C., Provost Umphrey Law Firm, LLP, Baron & Budd, P.C., Silber Pearlman, LLP and LeBlanc & Waddell, LLP to the Debtors' Motions to Compel Asbestos Personal Injury Claimants Represented By (i) Edward O. Moody, P.A., Foster & Sear, LLP., Motley Rice LLC and Williams Bailey Law Firm, LLP [Docket No. 13626], (ii) Hartley & O'Brien, PLLC, Provost Umphrey, LLP and the Law Offices of Peter G. Angelos, P.C. [Docket no. 13620], and (iii) Baron & Budd, P.C., Silber Pearlman, LLP, and LeBlanc & Waddell, P.C. [Docket No. 13628] to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/27/06] (Docket No. 13805)**

Debtors' Reply Deadline:  December 1, 2006

4

<u>Status</u>:  **As of the date of the agenda no response has been received from claimants represented by Hartley & O'Brien, PLLC.  This matter will go forward.**

5.      Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Goldberg Persky & White P.C. and Michael B. Serling, P.C. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/9/06] (Docket No. 13621)

<u>Related Documents</u>:

a.      [Proposed] Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Goldberg Persky & White P.C. and Michael B. Serling, P.C. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/9/06] (Docket No. 13621)

b.      Notice and Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed By the Court [Filed: 11/9/06] (Docket No. 13618)

<u>Response Deadline</u>:  November 27, 2006, at 4:00 p.m.

<u>Responses Received</u>:

**a.      Objection of Claimants Represented By Goldberg, Persky & White to Debtors' Motion to Compel [Filed: 11/27/06] (Docket No. 13803)**

**b.      Joinder of Clients of Michael B. Serling, P.C. in Response to Motion to Compel Asbestos Personal Injury Claimants Represented By Goldberg Persky & White, P.C. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/24/06] (Docket No. 13783)**

<u>Debtors' Reply Deadline</u>:  December 1, 2006

<u>Status</u>: This matter will go forward.

6.      Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Cooney & Conway to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13622)

<u>Related Documents</u>:

a.      [Proposed] Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Cooney & Conway to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13622)

b.      Notice and Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed By the Court [Filed: 11/9/06] (Docket No. 13618)

<u>Response Deadline</u>:  November 27, 2006, at 4:00 p.m.

Responses Received:

**a.      Claimants' Response to W. R. Grace's Motion to Compel [Filed: 11/27/06] (Docket No. 13794)**

Debtors' Reply Deadline:  December 1, 2006

Status: This matter will go forward.

7.      Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Lipsitz Ponterio, LLC to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13623)

Related Documents:

a.      [Proposed] Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Lipsitz Ponterio, LLC to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13623)

b.      Notice and Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed By the Court [Filed: 11/9/06] (Docket No. 13618)

**c.      Notice of Withdrawal of Motion to Compel Asbestos Personal Injury Claimants Represented By Lipsitz Ponterio, LLC to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/28/06] (Docket No. 13811)**

Response Deadline:  November 27, 2006, at 4:00 p.m.

Responses Received:  None as of the date of this Notice of Agenda.

**Status: This matter is withdrawn.**

8.      Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Thornton & Naumes LLP and Alwyn H. Luckey, P.A. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13624)

Related Documents:

a.      [Proposed] Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Thornton & Naumes LLP and Alwyn H. Luckey, P.A. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13624)

b.      Notice and Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed By the Court [Filed: 11/9/06] (Docket No. 13618)

Response Deadline:  November 27, 2006, at 4:00 p.m.

91100-001\DOCS_DE:122834.5

<u>Responses Received:</u>

a.   **Opposition to Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Thornton & Naumes LLP to Respond to the W. R. Grace Personal Injury Questionnaire [Filed: 11/27/06] (Docket No. 13800)**

b.   **Opposition to Motion to Compel Asbestos Personal Injury Claimants Represented By Thornton & Naumes LLP and Alwyn H. Luckey, P.A. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/27/06] (Docket No. 13801)**

<u>Debtors' Reply Deadline:</u>  December 1, 2006

<u>Status:</u> This matter will go forward.

9.   Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By James F. Humphreys & Associates, L.C. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13625)

<u>Related Documents:</u>

a.   [Proposed] Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By James F. Humphreys & Associates, L.C. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13625)

b.   Notice and Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed By the Court [Filed: 11/9/06] (Docket No. 13618)

<u>Response Deadline:</u>  November 27, 2006, at 4:00 p.m.

<u>Responses Received:</u>  None as of the date of this Notice of Agenda.

<u>Debtors' Reply Deadline:</u>  December 1, 2006

<u>Status:</u>  **As of the date of the agenda no response has been received from claimants represented y James F. Humphreys & Associates, L.C.   This matter will go forward**.

10.   Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Edward O. Moody, P.A., Foster & Sear L.L.P., Motley Rice LLC, and Williams Bailey Law Firm, LLP to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed; 11/10/06] (Docket No. 13626)

<u>Related Documents:</u>

a.   [Proposed] Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Edward O. Moody, P.A., Foster & Sear L.L.P., Motley Rice LLC, and Williams Bailey Law Firm, LLP to Respond to the W. R. Grace

7

Asbestos Personal Injury Questionnaire [Filed; 11/10/06] (Docket No. 13626)

b.      Notice and Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed By the Court [Filed: 11/9/06] (Docket No. 13618)

Response Deadline:  November 27, 2006, at 4:00 p.m.

Responses Received:

**a.      Response and Opposition of Motley Rice LLC to Debtor's Motion to Compel Asbestos Personal Injury Claimants Represented By Edward O. Moody, P.A., Foster & Sear L.L.P., Motley Rice LLC, and Williams Bailey Law Firm, LLP to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire and Motley Rice LLC's Joinder in the Responses of Various Law Firms Representing Asbestos Personal Injury Claimants in Opposition to Debtor's Motion to Compel [Filed: 11/27/06] (Docket No. 13797)**

**b.      Combined Response of Foster & Sear, LLP, Williams Bailey Law Firm, LLP, Law Offices of Peter G. Angelos, P.C., Provost Umphrey Law Firm, LLP, Baron & Budd, P.C., Silber Pearlman, LLP and LeBlanc & Waddell, LLP to the Debtors' Motions to Compel Asbestos Personal Injury Claimants Represented By (i) Edward O. Moody, P.A., Foster & Sear, LLP., Motley Rice LLC and Williams Bailey Law Firm, LLP [Docket No. 13626], (ii) Hartley & O'Brien, PLLC, Provost Umphrey, LLP and the Law Offices of Peter G. Angelos, P.C. [Docket no. 13620], and (iii) Baron & Budd, P.C., Silber Pearlman, LLP, and LeBlanc & Waddell, P.C. [Docket No. 13628] to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/27/06] (Docket No. 13805)**

Debtors' Reply Deadline:  December 1, 2006

Status: **As of the date of this agenda, no response has been received from claimants represented By Edward O. Moody, P.A. This matter will go forward.**

11.     Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Morris, Sakalarios & Blackwell, PLLC to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13627)

Related Documents:

a.      [Proposed] Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Morris, Sakalarios & Blackwell, PLLC to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13627)

b.      Notice and Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed By the Court [Filed: 11/9/06] (Docket No. 13618)

Response Deadline:  November 27, 2006, at 4:00 p.m.

Responses Received:

a.      **Combined Response of Foster & Sear, LLP, Williams Bailey Law Firm, LLP, Law Offices of Peter G. Angelos, P.C., Provost Umphrey Law Firm, LLP, Baron & Budd, P.C., Silber Pearlman, LLP and LeBlanc & Waddell, LLP to the Debtors' Motions to Compel Asbestos Personal Injury Claimants Represented By (i) Edward O. Moody, P.A., Foster & Sear, LLP., Motley Rice LLC and Williams Bailey Law Firm, LLP [Docket No. 13626], (ii) Hartley & O'Brien, PLLC, Provost Umphrey, LLP and the Law Offices of Peter G. Angelos, P.C. [Docket no. 13620], and (iii) Baron & Budd, P.C., Silber Pearlman, LLP, and LeBlanc & Waddell, P.C. [Docket No. 13628] to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/27/06] (Docket No. 13805)**

b.      **Joinder of Morris, Sakalarios & Blackwell, PLLC, in the Combined Response of Foster & Sear, LLP., Williams Bailey Law Firm, LLP, Law Offices of Peter G. Angelos, P.C., Provost Umphrey Law Firm, LLP, Baron & Budd, P.C., Silber Pearlman, LLP and LeBlanc & Waddell, LLP to the Debtors' Motions to Compel Asbestos Personal Injury Claimants Represented By (i) Edward O. Moody, P.A., Foster & Sear, LLP., Motley Rice LLC and Williams Bailey Law Firm, LLP [Docket No. 13626], (ii) Hartley & O'Brien, PLLC, Provost Umphrey, LLP and the Law Offices of Peter G. Angelos, P.C. [Docket no. 13620], and (iii) Baron & Budd, P.C., Silber Pearlman, LLP, and LeBlanc & Waddell, P.C. [Docket No. 13628] to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/27/06] (Docket No. 13806)**

Debtors' Reply Deadline:  December 1, 2006

Status: This matter will go forward.

12.     Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Baron & Budd, P.C., LeBlanc & Waddell, and Silber Pearlman, LLP to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13628)

Related Documents:

a.      [Proposed] Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Baron & Budd, P.C., LeBlanc & Waddell, and Silber Pearlman, LLP to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/10/06] (Docket No. 13628)

b.      Notice and Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed By the Court [Filed: 11/9/06] (Docket No. 13618)

Response Deadline:  November 27, 2006, at 4:00 p.m.

Responses Received:

> **a.**     **Combined Response of Foster & Sear, LLP, Williams Bailey Law Firm, LLP, Law Offices of Peter G. Angelos, P.C., Provost Umphrey Law Firm, LLP, Baron & Budd, P.C., Silber Pearlman, LLP and LeBlanc & Waddell, LLP to the Debtors' Motions to Compel Asbestos Personal Injury Claimants Represented By (i) Edward O. Moody, P.A., Foster & Sear, LLP., Motley Rice LLC and Williams Bailey Law Firm, LLP [Docket No. 13626], (ii) Hartley & O'Brien, PLLC, Provost Umphrey, LLP and the Law Offices of Peter G. Angelos, P.C. [Docket no. 13620], and (iii) Baron & Budd, P.C., Silber Pearlman, LLP, and LeBlanc & Waddell, P.C. [Docket No. 13628] to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/27/06] (Docket No. 13805)**

> Debtors' Reply Deadline:  December 1, 2006

> Status: This matter will go forward.

13.    Motion to Compel the MMWR Firms' Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/17/06] (Docket No. 13703, 13705)

> Related Documents:

> a.     [Proposed] Order Granting Debtors' Motion to Compel the MMWR Firms' Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 11/17/06] (Docket No. 13703)

> Response Deadline:  November 28, 2006, at 4:00 p.m.

> Responses Received:

> **a.**     **Memorandum of the MMWR Firms' Asbestos Claimants in Opposition to Grace's Motion to Compel Discovery [Filed: 11/28/06] (Docket No. 13812)**

> **b.**     **Exhibit D to Memorandum of the MMWR Firms' Asbestos Claimants in Opposition to Grace's Motion to Compel Discovery [Filed: 11/28/06] (Docket No. 13815)**

> **c.**     **Joinder and Opposition to Debtor's Motion to Compel Filed by The Wartnick Law Firm [Filed: 11/28/06] (Docket No. 13816)**

> Debtors' Reply Deadline:  December 1, 2006

> Status: This matter will go forward.

14.    Motion to Compel Asbestos Personal Injury Claimants Represented By Weitz & Luxenburg, P.C., Simmonscooper, LLP and Wilentz Goldman & Spitzer P.A. to Respond to the W. R. Grace Asbestos personal Injury Questionnaire [Filed: 11/17/06] (Docket No. 13704, 13707)

> Related Documents:

10

a.      [Proposed] Order Granting Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented By Weitz & Luxenburg, P.C., Simmonscooper, LLP and Wilentz Goldman & Spitzer P.A. to Respond to the W. R. Grace Asbestos personal Injury Questionnaire [Filed: 11/17/06] (Docket Nos. 13704)

**b.      Notice of Withdrawal (as to SimmonsCooper Claimants only)[Filed: 11/28/06] (Docket No. TBD)**

Response Deadline:  November 28, 2006, at 4:00 p.m.

Responses Received:

**a.      Response of Asbestos Personal Injury Claimants Represented By Simmonscooper LLC to Motion to Compel [Filed: 11/27/06] (Docket No. 13788)**

**b.      Response Of Weitz & Luxenberg, P.C. And Wilentz Goldman & Spitzer, P.A. To The Debtors' Motion To Compel Asbestos Personal Injury Claimants Represented by Weitz & Luxenberg, P.C., SimmonsCooper, LLP and Wilentz Goldman & Spitzer, P.A. To Respond To The W.R.Grace Asbestos Personal Injury Questionnaire [Filed: 11/28/06] (Docket No. 13819)**

Debtors' Reply Deadline:  December 1, 2006

Status: **This matter is withdrawn as to SimmonsCooper Claimants.  This matter will go forward for Weitz & Luxenburg, P.C. Claimants and Wilentz Goldman & Spitzer P.A. Claimants.**

**ADDITIONAL RESPONSES RECEIVED:**

**a.      The Official Committee of Asbestos Personal Injury Claimants' Response to the Debtors' Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and objections Previously Addressed By the Court [Filed: 11/27/06] (Docket No. 13804)**

11

**b.**     **Asbestos Claimants Represented by Jacobs & Crumplar, P.A. Response to the Additional Motions to Compel Personal Injury Claimants to Respond to W.R. Grace's Personal Injury Questionnaires filed by the Debtors on November 9th, 10th & 17th. [Filed: 11/28/06] (Docket No. 13810)**

Dated: November 28, 2006          KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____/s/James E. O'Neill_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

12