IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on this 28th day of November, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 5, 2006, AT 8:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA.**

_/s/ James E. O'Neill_
James E. O'Neill (Bar No. 4042)

**Grace Agenda Overnight Service List for 12/05/06**
**Hearing**
Case No. 01-1139 (JKF)
Document # 123108
01 – Express Mail
03 – Overnight Delivery


*Express Mail*
Alwyn H. Luckey, PA
P.O. Box 724
Ocean Springs, MS  39566-0724

*Overnight Delivery*
Stephen M. Tigerman, Esquire
The Wartnick Law Firm
650 California, Fifteenth Floor
San Francisco, CA  94108

*Overnight Delivery*
Edward O. Moody, PA
801 W 4th Street
Little Rock, AR  72201

*Overnight Delivery*
Hartley & O'Brien, PLLC
The Wagner Building, Suite 600
2002 Main Street
Wheeling, WV  26003

Grace Agenda Notice Service List for
12/05/06 Hearing
Case No. 01-1139 (JKF)
November 28, 2006
Document # 120363
**77 – Facsimile**

*Facsimile 302-426-9947*
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
Matthew G. Zaleski, III, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 302-658-3989*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Donna L. Culver, Esquire
(Counsel for National Medical Care, Inc. and The Scotts Company)
(Special Request)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

*Facsimile 302-658-0380*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Marc J. Phillips, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

*Facsimile 302-656-2769*
Francis A. Monaco, Jr., Esquire
(Counsel for Ingersoll-Rand Fluid Products, State of Montana and Keri Evans and Her Majesty the Queen in Right of Canada)
(Special Request)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 302-651-3001*
Mark S. Chehi, Esquire
(Counsel for Sealed Air Corporation)
(Special Request)

*Facsimile 214-722-0081*
Warren H. Smith, Esquire
(Fee Auditor)
(Special Request)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

*Facsimile 302-573-6497*
David Klauder, Esquire
(United States Trustee)
(Special Request)

*Facsimile 416-977-5239*
Derrick Tay, Esquire
(Canadian counsel for Debtor)
(Special Request)

*Facsimile 410-531-4545*
Mark Shelnitz
(W. R. Grace & Co.)
(Special Request)

*Facsimile 302-652-5338*
William Sparks, Esquire
(Counsel to W. R. Grace & Co.)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)
(Special Request)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)
(Special Request)

*Facsimile 212-715-8000*
Philip Bentley, Esquire
(Counsel for Equity Committee)
(Special Request)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

*Facsimile 843-216-9410*
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 610-371-7390*
Joseph Grey, Esquire
(Special Request)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 302-777-5863*
Mary M. Maloney-Huss, Esquire
(Counsel for General Electric Company)
(Special Request)

*Facsimile 302-652-8405*
Selinda A. Melnik, Esquire
(Counsel for Gamma Holding NV)
(Special Request)

*Facsimile 302-658-1192*
Laurie Selber Silverstein, Esquire
(Counsel for Norfolk Southern Corp.)
(Special Request)

*Facsimile 302-654-0245*
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
(Special Request)

*Facsimile 212-583-5707*
David Blechman
Blackstone Group
(Financial Advisor to Debtor)
(Special Request)

*Facsimile 610-371-7390*
John D. Demmy, Esquire
(Counsel for First Union Leasing)
(Special Request)

*Facsimile 610-371-7390*
Thomas G. Whalen, Esquire
(Counsel for Mark Hankin and HanMar Associates)
(Special Request)

*Facsimile 302-428-3996*
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation Plaintiffs, Medical Monitoring Claimants and Solow)
(Special Request)

*Facsimile 302-472-8135*
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
(Counsel for Certain Underwriters of Lloyd's of London)
(Special Request)

*Facsimile 973-424-2001*
William S. Katchen, Esquire
(Special Request)

*Facsimile 302-577-8656*
Allison E. Reardon, Esquire
(Counsel for the Delaware Division of Revenue)
(Special Request)

*Facsimile 302-658-3989*
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
(Counsel for Travelers Casualty and Surety Company)
(Special Request)

*Facsimile 302-552-4295*
Teresa K.D. Currier, Esquire
(Equity Committee Counsel)
(Special Request)

*Facsimile 302-656-2769*
Rachel B. Mersky, Esquire
(Counsel for Union Tank Car Company)
(Special Request)

*Facsimile 302-429-8600*
Megan N. Harper, Esquire
(Counsel for Royal Insurance)
(Special Request)

*Facsimile 202-429-3301*
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 509-747-2323*
Darrell W. Scott, Esquire
(Special Counsel for ZAI Claimants)
(Special Request)

*Facsimile 412-288-3063*
James J. Restivo, Jr., Esquire
Lawrence E. Flatley, Esquire
Douglas E. Cameron, Esquire
James W. Bentz, Esquire
Andrew Muha, Esquire
(Special Counsel to the Debtors for ZAI)
(Special Request)

*Facsimile 843-216-6509*
Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
(Counsel for ZAI Claimants and Solow)
(Special Request)

*Facsimile 302-655-4210*
John C. Phillips, Jr., Esquire
(Counsel to David T. Austern as Future Claimants' Representative)
(Special Request)

*Facsimile 202-339-8500*
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
(Counsel to David T. Austern as Future Claimants' Representative)
(Special Request)

*Facsimile 302-656-5875*
Robert Jacobs, Esquire
(Counsel for David Slaughter)
(Special Request)

*Facsimile 302-467-4554*
James S. Yoder, Esquire
(Counsel for Allstate Insurance Company, Solely as Successor-in-Interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company)
(Special Request)

*Facsimile 302-658-6537*
Brian L. Kasprzak, Esquire
(Counsel to Everest Reinsurance Company f/k/a Prudential Reinsurance Company and Mt. McKinley Insurance Company f/k/a Gibraltar Insurance Company)
(Special Request)

*Facsimile 302-652-1111*
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
(Counsel for Peters, Smith & Company)
(Special Request)

*Facsimile 302-573-6220*
Ellen W. Slights, Esquire
(United States Attorney)

*Facsimile 214-969-4999*
Sander L. Esserman, Esquire
David J. Parsons, Esquire
(Counsel for Tort Victims)

*Facsimile 302-654-8405*
Kathleen M. Miller, Esquire
(Counsel for Reaud, Morgan & Quinn)

*Facsimile 302-654-2067*
William P. Bowden, Esquire
Ricardo Palacio, Esquire
(Counsel for Nation Union Fire Insurance Co.)

*Facsimile 212-753-0396*
Michael S. Davis, Esquire
(Counsel for Nation Union Fire Insurance Co.)

*Facsimile 212-558-5500*
Arthur Luxenburg, Esquire

*Facsimile 618-259-2251*
Robert Phillips, Esquire

*Facsimile 732-855-6117*
Deidre Woulfe Pacheco, Esquire

*Facsimile 212-772-7620*
Natalie D. Ramsey, Esquire

*Facsimile 510-834-1928*
Mark S. Bostick, Esquire

*Facsimile 510-835-4913*
Steven Kazan, Esquire

*Facsimile 214-357-7252*
Peter Kraus, Esquire

*Facsimile 925-757-0153*
Ronald Shingler, Esquire

*Facsimile 510-559-9980*
Philip A. Harley, Esquire

*Facsimile 203-785-1671*
Brian Kenney, Esquire

*Facsimile 415-788-1598*
Stephen M. Tigerman, Esquire

*Facsimile 214-520-1181*
Baron & Budd, P.C.

*Facsimile 225-768-7999*
LeBlanc & Waddell

*Facsimile 214-874-7000*
Silber Pearlman, LLP

*Facsimile 617-720-2445*
Thornton & Naumes LLP

*Facsimile 312-236-3029*
Cooney & Conway

*Facsimile 716-849-0708*
Lipsitz & Ponterio, LLC

*Facsimile 501-376-0546*
Edward O. Moody, PA

*Facsimile 817-633-5507*
Foster & Sear LLP

*Facsimile 843-216-9450*
Motley Rice LLC

*Facsimile 304-347-5055*
James F. Humphreys & Associates, LC

*Facsimile 601-544-9814*
Morris, Sakalarios & Blackwell, PLLC

*Facsimile 409-838-8888*
Provost Umphrey LLP

*Facsimile 410-659-1780*
Law Offices of Peter G. Angelos, PC

*Facsimile 216-575-0799*
Kelley & Ferraro LLP

*Facsimile 305-379-6222*
Ferraro & Associates, PA