# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : NOVEMBER 16, 2006
MATTER  : 0066609-000001
INVOICE : 9957072

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06   6548

RE:   ASSET ANALYSIS AND RECOVERY

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/06/06 | TC | Reviewed notice of service of expert reports filed by debtors in preparation for litigation | .80 |
| 10/24/06 | TC | Reviewed 21st quarterly report of asset sales | .50 |
| 10/24/06 | TC | Reviewed report of settlements | .50 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T. Currier | 475.00 | 1.80 | 855.00 |
| TOTALS |  | 1.80 | 855.00 |

TOTAL FEES :                                                855.00

TOTAL DUE  :                                                855.00

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : NOVEMBER 16, 2006
MATTER  : 0066609-000003
INVOICE : 9957073

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06    6548

RE: BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 10/02/06 | TC | Reviewed wrgrace operating report | .60 |
| 10/11/06 | TC | Reviewed debtors' report of amounts paid to ordinary course professionals | .50 |

### TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 475.00 | 1.10 | 522.50 |
| TOTALS |  | 1.10 | 522.50 |

TOTAL FEES :                                                    522.50

TOTAL DUE  :                                                    522.50

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE    : NOVEMBER 16, 2006
                                          MATTER  : 0066609-000004
                                          INVOICE : 9957476

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06   6548

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/03/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 10/04/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 10/05/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 10/06/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 10/10/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE    :   NOVEMBER 16, 2006
                                              MATTER  :   0066609-000004
                                              INVOICE :   9957476

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06    6548

RE:  CASE ADMINISTRATION

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/11/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 10/12/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 10/13/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 10/16/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 10/17/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 10/18/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleadings to the docket , and arranging the pleadings and correspondence in chronological order | 1.00 |

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : NOVEMBER 16, 2006
MATTER  : 0066609-000004
INVOICE : 9957476

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06   6548

RE:  CASE ADMINISTRATION

| Date | Init | Description | Hours |
|---|---|---|---|
| 10/19/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 10/20/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 10/23/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 10/24/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | .50 |
| 10/26/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleadings to the docket , and arranging the pleadings and correspondence in chronological order | 1.00 |
| 10/27/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleadings to the docket , and arranging the pleadings and correspondence in chronological order | 1.00 |

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE    : NOVEMBER 16, 2006
                                              MATTER  : 0066609-000004
                                              INVOICE : 9957476

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06   6548

RE:  CASE ADMINISTRATION

```
10/31/06 MNF   Maintained and organized case files by              1.00
               reviewing each incoming pleading, matching the
               pleadings to the docket , and arranging the
               pleadings and correspondence in chronological
               order


                       T I M E   S U M M A R Y
                       -----------------------

                             RATE      HOURS           TOTALS
                             ----      -----           ------
   M. Flores                140.00     17.50          2450.00
                   TOTALS              17.50          2450.00

                         TOTAL FEES :                            2,450.00

                         TOTAL DUE  :                            2,450.00
```

# Buchanan Ingersoll ⚛ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE    : NOVEMBER 16, 2006
                                             MATTER  : 0066609-000005
                                             INVOICE : 9957075

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06   6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/02/06 | TC | Reviewed clair dansby response to claim objection | .20 |
| 10/02/06 | TC | Reviewed cert of counsel re motion to compel claimants to respond to asbestos personal injury questionaire | .50 |
| 10/04/06 | TC | Briefly reviewed expert reports submitted by the asbestos personal injury committee | 1.20 |
| 10/10/06 | TC | Reviewed estimation of asbestos liabilities in connection with case management order, forwarded by james o'neill | .50 |
| 10/10/06 | TC | Reviewed certification of counsel regarding amended order modifying various deadlines on asbestos property claims | .90 |
| 10/11/06 | TC | Reviewed certification of counsel on motion to compel asbestos personal injury claimants to complete questionaire | .40 |
| 10/12/06 | TC | Reviewed amended order on asbestos claims objections | .50 |
| 10/18/06 | TC | Reviewed first set of interrogatories and requests for admission, re asbestos personal injury claims | .70 |
| 10/18/06 | TC | Reviewed expert report of william longo for hill and hies | 2.10 |
| 10/18/06 | TC | Reviewed expert designations filed by hill and dies | .80 |

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE    : NOVEMBER 16, 2006
                                           MATTER  : 0066609-000005
                                           INVOICE : 9957075

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/19/06 | TC | Reviewed exhibit "c" to expert reports re ceiling tile studies | 1.90 |
| 10/20/06 | TC | Reviewed stipulation with speights and ryan re disallowance and expungement of certain claims | .60 |
| 10/24/06 | TC | Reviewed order disallowing and expunging asbestos claims | .60 |
| 10/24/06 | TC | Reviewed order expunging two asbestos claims filed by prudential insurance company | .40 |
| 10/24/06 | TC | Reviewed notice of service for requests for admission and supplemental interrogatories filed by official committee of asbestos personal injury injury claimants | .50 |
| 10/24/06 | TC | Reviewed amended order setting deadlines regarding objections to asbestos property damage claims | 2.20 |
| 10/24/06 | TC | Reviewed 18th omnibus objection to claims | .80 |
| 10/25/06 | TC | Reviewed remainder of expert designations filed by hills and dies for asbestos claims | 2.60 |

TIME SUMMARY
------------------------

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 475.00 | 17.40 | 8265.00 |
| TOTALS |  | 17.40 | 8265.00 |

TOTAL FEES :                                              8,265.00

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    NOVEMBER 16, 2006
MATTER  :    0066609-000005
INVOICE :    9957075

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06   6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


TOTAL DUE    :                                          8,265.00

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : NOVEMBER 16, 2006
MATTER  : 0066609-000006
INVOICE : 9957076

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06    6548

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 10/09/06 | TC | Reviewed csx response to substantive claims objection | .50 |
| 10/17/06 | TC | Reviewed debtors' 18th omnibus objection to claims | .80 |
| 10/27/06 | TC | Reviewed 26th continuation order | .40 |
| 10/27/06 | TC | Reviewed order granting relief requested in 17th omnibus objection | .50 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 475.00 | 2.20 | 1045.00 |
| TOTALS |  | 2.20 | 1045.00 |

TOTAL FEES :                     1,045.00

TOTAL DUE  :                     1,045.00

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : NOVEMBER 16, 2006
MATTER  : 0066609-000011
INVOICE : 9957077

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06   6548

RE: FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 10/17/06 | MNF | Review/make edits to pre-bills for Sept 2006 time | .50 |
| 10/18/06 | TC | Reviewed draft fee application | .70 |
| 10/18/06 | MNF | Continue review/make edits to pre-bills for September 2006 time | .50 |
| 10/19/06 | MNF | Review final bills for Sept 2006 | .50 |
| 10/23/06 | MNF | E-file and serve CNO re: 58th monthly fee app of BIR | 1.00 |
| 10/23/06 | MNF | Draft 59th monthly fee app of BIR for September 2006 | 1.50 |
| 10/25/06 | TC | Reviewed fee application draft for filing | .80 |
| 10/25/06 | TC | Reviewed buchanan cnos for filing | .40 |
| 10/27/06 | TC | Reviewed final fee app draft and filed same | .50 |
| 10/27/06 | TC | Reviewed our final fee application for filing for this period | .80 |
| 10/30/06 | TC | Reviewed fee application as filed for bir | .60 |
| 10/30/06 | MNF | E-file and serve 59th monthly fee app of BIR for September 2006; scan and send same to fee auditor | 1.50 |

**Buchanan Ingersoll ⚙ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE    :  NOVEMBER 16, 2006
                                             MATTER  :  0066609-000011
                                             INVOICE :  9957077


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06    6548

    RE:  FEE APPLICATIONS, APPLICANT



                    T I M E   S U M M A R Y
                    -----------------------

                              RATE       HOURS          TOTALS
                              ----       -----          ------

T. Currier                   475.00       3.80         1805.00
M. Flores                    140.00       5.50          770.00
                    TOTALS                9.30         2575.00

                    TOTAL FEES :                                   2,575.00


                    TOTAL DUE  :                                   2,575.00
```

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    NOVEMBER 16, 2006
                                            MATTER :  0066609-000012
                                            INVOICE : 9957078

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06   6548

    RE:  FEE APPLICATIONS, OTHERS


 DATE    ATTY   DESCRIPTION OF SERVICES RENDERED                        HOURS
 ----    ----   -------------------------------                         -----

10/02/06  TC    Reviewed fee application of kramer levin before           .40
                filing same

10/02/06  MNF   E-file and serve 61st monthly fee app of Kramer          1.00
                Levin fo August 2006 time

10/18/06  TC    Reviewed quarterly fee order                              .40

10/24/06  MNF   Review docket re: objections to 61st monthly              .50
                fee app of Kramer Levin; (.1) Draft CNO re:
                61st monthly fee app of Kramer Levin (.4)

10/25/06  TC    Reviewed kramer levin cnos for filing                     .40

10/25/06  MNF   E-file and serve CNO re: 61st monthly fee app            1.00
                of Kramer Levin

10/27/06  TC    Reviewed kramer levin cnos and executed same              .50

10/30/06  MNF   E-file and serve 62nd monthly fee app of Kramer          1.50
                Levin for Sept. 2006; scan and send same to fee
                auditor


                    T I M E   S U M M A R Y
                    -----------------------

                            RATE       HOURS           TOTALS
                            ----       -----           ------

 T. Currier                475.00      1.70            807.50
 M. Flores                 140.00      4.00            560.00
                  TOTALS               5.70           1367.50
```

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : NOVEMBER 16, 2006
MATTER  : 0066609-000012
INVOICE : 9957078

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06   6548

RE:  FEE APPLICATIONS, OTHERS

| | |
|---|---|
| TOTAL FEES : | 1,367.50 |
| TOTAL DUE  : | 1,367.50 |

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre  
301 Grant Street, 20th Floor  
Pittsburgh, PA  15219-1410

T 412 562 8800  
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE    : NOVEMBER 16, 2006  
                                               MATTER  : 0066609-000014  
                                               INVOICE : 9957079

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06   6548

RE: HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 10/03/06 | TC | Reviewed transcript for september 16 hearing | .60 |
| 10/10/06 | TC | Reviewed certification of counsel re omnibus hearing dates | .50 |
| 10/17/06 | TC | Reviewed notice of matters scheduled for hearing on 10/23 | .50 |

### TIME SUMMARY

|  |  | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| T. Currier |  | 475.00 | 1.60 | 760.00 |
|  | TOTALS |  | 1.60 | 760.00 |

TOTAL FEES :                                                          760.00

TOTAL DUE  :                                                          760.00

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE  :   NOVEMBER 16, 2006
                                            MATTER : 0066609-000015
                                            INVOICE : 9957080

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06    6548

   RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 10/02/06 | TC | Reviewed stipulation on expert discovery sent to me by curtis hehn for debtors | .50 |
| 10/02/06 | TC | Communication with kramer levin regarding stipulation for expert discovery | .20 |
| 10/02/06 | TC | Finalized expert discovery stipulation for filing today | .40 |
| 10/02/06 | TC | Reviewed stipulation as to expert discovery, as filed | .50 |
| 10/04/06 | TC | Reviewed expert report of dr. alan whitehouse | 1.10 |
| 10/04/06 | TC | Reviewed notice of service of expert reports sent by campbell & levine | .60 |
| 10/04/06 | TC | Reviewed letter to all parties about extension of time to file expert reports under the current case management order | .40 |
| 10/10/06 | TC | Reviewed notice of designation of items for the record in austern appeal | 1.90 |
| 10/10/06 | TC | Reviewed amended notice of appeal | .40 |
| 10/10/06 | TC | Reviewed stipulation with andersen memorial | .40 |
| 10/11/06 | TC | Reviewed order granting andersen memorial limited relief from the automatic stay | .40 |
| 10/11/06 | TC | Reviewed 30(b)(6) request form for scheduling depositions for future claimants and personal injury claimants | .40 |

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    NOVEMBER 16, 2006
                                             MATTER :  0066609-000015
                                             INVOICE : 9957080

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06   6548

    RE:  LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|---|---|---|---|
| 10/11/06 | TC | Reviewed wrgrace notice of deposition of dr. gaziano | .40 |
| 10/13/06 | TC | Reviewed motion for leave to file reply and attached reply re protective order against andersen memorial | .70 |
| 10/18/06 | TC | Reviewed acc interrogatories and requests for admissions | .60 |
| 10/24/06 | TC | Reviewed order approving reply and reply on anderson memorial issues | .50 |
| 10/24/06 | TC | Reviewed adoption by motley rice claimants of initial disclosures of fact | .50 |
| 10/24/06 | TC | Reviewed speights and ryan designation of expert witnesses | .40 |
| 10/25/06 | TC | Reviewed exhibit 3 to expert designations | .90 |
| 10/25/06 | TC | Reviewed designation of experts by property damage committee on methodology issues | .50 |

                    T I M E   S U M M A R Y
                    -----------------------

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 475.00 | 11.70 | 5557.50 |
| TOTALS |  | 11.70 | 5557.50 |

                    TOTAL FEES :                           5,557.50

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : NOVEMBER 16, 2006
MATTER  : 0066609-000015
INVOICE : 9957080

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06    6548

RE: LITIGATION AND LITIGATION CONSULTING

TOTAL DUE :                                              5,557.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :  NOVEMBER 16, 2006
                                              MATTER:  0066609-000016
                                              INVOICE: 9957081


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06    6548

     RE:  PLAN AND DISCLOSURE STATEMENT



  DATE    ATTY    DESCRIPTION OF SERVICES RENDERED                      HOURS
  ----    ----    -------------------------------                       -----
10/02/06  TC      Reviewed notice of appeal of exclusivity order         .40
                  filed by david austern

10/03/06  TC      Reviewed certification of counsel re                   .50
                  exclusivity

10/04/06  TC      Reviewed order extending exclusivity                   .60

10/04/06  TC      Reviewed amended notice of appeal of david             .50
                  austern

10/24/06  TC      Reviewed counterdesignation of items for appeal        .60
                  of exclusivity order



                      T I M E   S U M M A R Y
                      -----------------------

                                 RATE     HOURS          TOTALS
                                 ----     -----          ------
T. Currier                       475.00   2.60           1235.00
                       TOTALS             2.60           1235.00

                          TOTAL FEES :                             1,235.00


                          TOTAL DUE  :                             1,235.00
```

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : NOVEMBER 16, 2006
MATTER  : 0066609-001000
INVOICE : 9957082

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/06    6548

RE: EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 10/02/06 Photocopies M. Flores | 13.50 |
| 10/02/06 Photocopies M. Flores | 4.20 |
| 10/02/06 Messenger/Delivery Service FEDEX | 26.24 |
| 10/03/06 Photocopies M. Flores | 8.55 |
| 10/11/06 Photocopies M. Flores | 4.20 |
| 10/12/06 Photocopies M. Flores | 0.45 |
| 10/23/06 Messenger/Delivery Service PARCELS, INC. | 7.50 |
| 10/25/06 Photocopies M. Flores | 0.60 |
| 10/30/06 Photocopies M. Flores | 24.60 |
| 10/30/06 Photocopies M. Flores | 11.10 |
| 10/30/06 Messenger/Delivery Service PARCELS, INC. | 7.50 |
| TOTAL EXPENSE ADVANCES : | 108.44 |
| TOTAL DUE : | 108.44 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA