IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| : | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., : | |
| : | Jointly Administered |
| Debtors. : | |

## NOTICE OF APPEARANCE AND REQUEST FOR PAPERS

**PLEASE TAKE NOTICE** that The Scotts Company LLC, successor by merger to The Scotts Company, and certain of its affiliates, creditors and parties in interest herein, appear by counsel, Tiffany Strelow Cobb of Vorys, Sater, Seymour, and Pease LLP, and request, pursuant to Rules 2002, 9007, and 9010 of the Bankruptcy Rules, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned pursuant to the administrative procedures for electronic filing or at the following office address and telephone number:

Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour, and Pease LLP
52 East Gay Street
Columbus, Ohio  43215
Telephone: (614) 464-8322
Facsimile:    (614) 719-4663
E-Mail:        tscobb@vssp.com

Dated: November 29, 2006               VORYS, SATER, SEYMOUR AND PEASE, LLP

                                By:    /s/ Tiffany Strelow Cobb
                                       Tiffany Strelow Cobb (Ohio Supr. Ct. No. 0067516)
                                       Vorys, Sater, Seymour, and Pease LLP
                                       52 East Gay Street
                                       Columbus, Ohio 43215
                                       Telephone: (614) 464-8322
                                       Facsimile:   (614) 719-4663
                                       E-Mail:      tscobb@vssp.com

                                       Counsel for The Scotts Company LLC, Successor by Merger to The Scotts Company, and Certain of Its Affiliates

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the preceding Notice of Appearance was electronically filed through the Court's ECF system and served this 29th day of November, 2006, upon the parties on the attached Service List via regular U.S. mail, and by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                       /s/ Tiffany Strelow Cobb
                                       Tiffany Strelow Cobb, Esq.

**SERVICE LIST**

| | |
|---|---|
| James H.M. Sprayregen, Esq.<br>Janet S. Baer, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL  60601<br>*Attorneys for Debtor* | Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Pachulski, Stang, Ziehl, Young, Jones and Weintraub, LLP<br>919 North Market, Suite 1600<br>Wilmington, DE  19899-8705<br>*Attorneys for Debtor* |
| Lewis Kruger, Esq.<br>Arlene Krieger, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY  10038-4982<br>*Attorneys for Unsecured Creditors Committee* | Gary M. Becker, Esq.<br>Philip Bentley, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY  10022<br>*Attorneys for Official Equity Security Committee* |
| Elihu Inselbuch, Esq.<br>Rita Tobin, Esq.<br>Caplin & Drysdale<br>375 Park Avenue, 35th Floor<br>New York, NY  10152-3500<br>*Attorneys for Official Committee of Personal Injury Claimants* | Marla Rosoff Eskin, Esq.<br>Mark T. Hurford, Esq.<br>Campbell & Levine<br>Chase Manhattan Centre, 18th Floor<br>1201 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Official Committee of Personal Injury Claimants* |
| Scott L. Baena, Esq.<br>Jay M. Sakalo, Esq.<br>Bilzin Sumberg Dunn Baena Price & Axelrod LLP<br>2500 First Union Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL  33131-2336<br>*Attorneys for Official Committee of Property Damage Claimants* | David Drauder<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |