IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | Objection Deadline: November 22, 2006 |
| ) | Docket No. 13601 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 13601

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion for an Order Pursuant to Section 107(B) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(B) Authorizing the Future Claimants' Representative, and Directing the Clerk of the Court, to File Under Seal the Future Claimants' Representative's Memorandum in Support and Joinder in the Official Committee of Asbestos Personal Injury Claimants' Motion to Compel Production of Documents filed with the Court on November 7, 2006 and entered on the Court's docket as Docket No. 13601 (the "Motion"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Motion, objections to the Motion were to be filed no later than November 22, 2006.

THE REMAINDER OF THE PAGE IS LEFT INTENTIONALLY BLANK

The proposed Order as submitted and filed with the Motion is attached hereto for the Court's consideration.

<div style="margin-left: 2em;">
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
   Roger Frankel, admitted *pro hac vice*
   Richard H. Wyron, admitted *pro hac vice*
   The Washington Harbour
   3050 K Street, NW
   Washington, DC  20007
   (202) 339-8400
   Co-Counsel to David T. Austern, Future Claimants Representative

—and—

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants Representative
</div>

Dated: November 29, 2006