**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: November 16, 2006 at 4:00 p.m. |
| | ) | Ref. No. 13508 |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 13508
(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Eighth Monthly Interim Application for

Compensation for Services Rendered and Reimbursement of Expenses (the "Application") of

Orrick, Herrington & Sutcliffe LLP ("Orrick"), Bankruptcy Counsel to David T. Austern, Future

Claimants' Representative, for the period from September 1, 2006 through September 30, 2006

(the "Period"), filed with the Court on October 27, 2006, and entered on the Court's docket as

Docket No. 13508.  The undersigned further certifies that he has caused the Court's docket in

this case to be reviewed and no answer, objection or other responsive pleading to the Application

appears thereon.  Pursuant to the Application, objections to the Application were to be filed no

later than November 16, 2006.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and

Official Committee Members entered April 17, 2002, amending the Court's Administrative

Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of

Professionals entered May 3, 2001 ("the Amended Administrative Order"), the Debtors are

authorized to pay Orrick $179,197.00 (80% of $223,996.25) and expenses in the amount of

$8,006.05 for a total amount of $187,203.05 requested in the Application for the Period upon the

filing of this Certification and without the need for entry of a Court order approving the

Application.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC  20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

—and—

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

Dated: November 27, 2006

2

## CERTIFICATE OF SERVICE

I, RACHAEL M. BARAINCA, do hereby certify that I am over the age of 18 and on November **21**, 2006, I caused a copy of the *Certification of No Objection Regarding Docket No. 13508* to be served upon those persons listed in the attached Service List.

Rachael M. Barainca, Legal Assistant
Orrick, Herrington & Sutcliffe LLP