IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*            Bankruptcy No. 01-1139-JKF
    Debtor(s)                         Jointly Administered
                                  Chapter 11

**ORDER REGARDING LETTER FROM DANIEL SPEIGHTS, ESQUIRE,
DATED NOVEMBER 27, 2006**

**AND NOW**, this **29th** day of **November, 2006**, **WHEREAS** the court received in paper and e-mail formats a letter dated November 27, 2006, from Daniel Speights, Esquire;

**WHEREAS** the letter purports to contain comments regarding his discovery requests that are pending before this court;

**WHEREAS** this court does not accept e-mails or other written communication concerning matters at issue in a case when the communication has not been filed of record;

**WHEREAS,** if the material is of a confidential nature, there is a process in place facilitating filing under seal;

It is **ORDERED** that unless the letter referred to above is filed of record by **4:00 p.m.** prevailing Eastern time on **December 4, 2006,** with or without a motion to file same under seal, in accordance with the Case Management Order and/or this court's Chambers Procedures, as applicable, the letter will be shredded and the e-mail discarded, and the court will not consider the contents therein.

It is **FURTHER ORDERED** that if the letter is filed, replies may be filed by **4:00 p.m.** prevailing Eastern time on **December 8, 2006.**

                                               *Judith K. Fitzgerald*
                                               Judith K. Fitzgerald
                                               United States Bankruptcy Judge