# EXHIBIT C

## WR GRACE & CO
## SUMMARY OF FEES
### JULY 1, 2006 - SEPTEMBER 30, 2006

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Greenberg, Mayer | 2.2 | $ 710 | $ 1,562.00 |
| Kruger, Lewis | 74.4 | 825 | 61,380.00 |
| Pasquale, Kenneth | 148.8 | 650 | 96,720.00 |
| | | | |
| **Associates** | | | |
| Cutler, Llana | 105.0 | 250 | 26,250.00 |
| Eichler, Mark | 0.6 | 550 | 330.00 |
| Krieger, Arlene G. | 307.0 | 575 | 176,525.00 |
| Strauss, Joseph E. | 0.8 | 530 | 424.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 61.0 | 225 | 13,725.00 |
| Lollie, Toya | 7.3 | 150 | 1,095.00 |
| Mohamed, David | 106.0 | 150 | 15,900.00 |
| | | | |
| **SUB TOTAL** | 813.1 | | $ 393,911.00 |
| **LESS 50% TRAVEL** | (19.4) | | (13,697.50) |
| **TOTAL** | 793.7 | | $ 380,213.50 |
SSL-DOCS1 1750444v2