# EXHIBIT D

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## JULY 1, 2006 - SEPTEMBER 30, 2006

| | |
|---|---:|
| Outside Messenger Service | $ 275.64 |
| Filling Fees | 520.00 |
| Long Distance Telephone | 74.23 |
| Duplicating Costs-in House | 90.90 |
| Travel Expenses- Transportation | 1,981.25 |
| Travel Expenses- Meals | 229.09 |
| Travel Expenses- Lodging | 231.23 |
| Westlaw | 788.37 |
| Lexis/Nexis | 7.00 |
| Postage | 4.83 |
| O/S Information Services | 81.28 |
| Local Transportation | 458.29 |
| | |
| **TOTAL** | **$4,742.11** |

SSL-DOCS1 1750444v2