# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.,* | ) | Case No. 01-01139-JKF |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

## NOTICE OF SERVICE OF DOCKET ENTRIES 13812, 13815, 13822

I HEREBY CERTIFY that on November 29, 2006, a copy of Docket Entries 13812, 13815, 13822 --Memorandum Of The MMWR FIRMS' Asbestos Claimants In Opposition To Grace's Motion To Compel Discovery -- which had been previously e-notice served, were served on the following party by first class postage prepaid mail:

SEE SERVICE LIST ATTACHED

Dated: November 29, 2006        MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP


By:        /s/ Noel C. Burnham
          Noel C. Burnham, Esquire (DE 3483)
          300 Delaware Avenue, Suite 750
          Wilmington, DE 19801
          (302) 504-7800
          (302) 504-7820 (facsimile)
          Attorneys for the "MMWR Firms"

- 1 -

2134533v1