IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Lisa L. Coggins, Esquire, hereby certify that on this 29th day of November, 2006, I caused one copy of each of the following notices to be served upon the parties listed on the attached service list in the manner indicated.

    i.    Notice of Intention to Take the Video Taped Deposition of Graeme Mew [Docket No. 13765]

    ii.    Notice of Intention to Take the Video Taped Deposition of Morton Corn [Docket No. 13766]

    iii.    Notice of Intention to Take the Video Taped Deposition of Richard Lee [Docket No. 13768]

    iv.    Notice of Intention to Take the Video Taped Deposition of Roger Morse [Docket No. 13769]

    v.    Notice of Intention to Take the Video Taped Deposition of William Hughson [Docket No. 13770]

Dated: November 29, 2006        FERRY, JOSEPH & PEARCE, P.A.

                                             /s/ Lisa L. Coggins
                                             Michael B. Joseph (No. 392)
                                             Theodore J. Tacconelli (No. 2678)
                                             Lisa L. Coggins (No. 4234)
                                             824 Market Street, Suite 904
                                             P.O. Box 1351
                                             Wilmington, DE. 19899
                                             Tel:    (302) 575-1555
                                             Fax:   (302) 575-1714

                                             -and-

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
BILZIN, SUMBERG, BAENA, PRICE
 & AXELROD, LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Tel:    (305) 374-7580
Fax:    (305) 374-7593

Co-Counsel to the Official Committee of Asbestos Property Damage Claimants