# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1 - OCTOBER 31, 2006**

| MATTER | PROJECT CATEGORY | HOURS | TOTAL FEES |
|--------|------------------|-------|-----------|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 220.8 | $ 118,097.50 |
| 0013 | Business Operations | 1.9 | 1,092.50 |
| 0014 | Case Administration | 45.4 | 10,687.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.2 | 115.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 47.6 | 19,022.50 |
| 0018 | Fee Application, Applicant | 13.7 | 3,795.00 |
| 0019 | Creditor Inquiries | 5.3 | 3,412.50 |
| 0020 | Fee Application, Others | 5.6 | 1,412.50 |
| 0021 | Employee Benefits, Pension | 3.4 | 2,074.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.5 | 287.50 |
| 0028 | Insurance | 36.2 | 22,820.00 |
| 0035 | Travel - Non Working | 14.8 | 9,620.00 |
| 0036 | Plan and Disclosure Statement | 3.4 | 2,152.50 |
| 0037 | Hearings | 9.9 | 6,387.50 |
| 0047 | Tax Issues | 0.1 | 57.50 |
| | | | |
| | **Sub Total** | **408.8** | **$201,033.50** |
| | **50% less Travel** | **(7.4)** | **(4,810.00)** |
| | **Total** | **401.4** | **$196,223.50** |

# STROOCK

## INVOICE

| DATE | November 21, 2006 |
|---|---|
| INVOICE NO. | 396101 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through October 31, 2006, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/03/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 0.7 |
| 10/03/2006 | Attend to expert reports (.7); attend to FR/PI 30(b)(6) notices (.2); exchanged memoranda re: order reflecting 9/29/06 record on Debtors' motion to compel (.1). | Krieger, A. | 1.0 |
| 10/03/2006 | Review expert reports. | Kruger, L. | 0.9 |
| 10/03/2006 | Attention to expert reports filed by Libby claimants (2.0); attention to FCR/ACC deposition notice to debtors (.3). | Pasquale, K. | 2.3 |
| 10/04/2006 | Review of documents produced by debtors to ACC re-estimation issues (3.6); read 30(b)(6) notice (.1). | Cutler, I. | 3.7 |
| 10/04/2006 | Attend to expert reports. | Krieger, A. | 2.8 |
| 10/04/2006 | Review of expert reports (.8); office conference with K. Pasquale re expert reports (.3). | Kruger, L. | 1.1 |
| 10/04/2006 | IPRO document boundary modifications (2.0); modification of documents in IPRO (.3). | Lollie, T. | 2.3 |
| 10/04/2006 | Attention to estimation expert reports served by | Pasquale, K. | 5.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | debtors and ACC. | | |
| 10/05/2006 | Review of documents produced by debtors to ACC re: estimation issues. | Cutler, I. | 2.7 |
| 10/05/2006 | Attend to expert reports (4.8); attend to Futures Representative deposition notice (.1); attend to certification of counsel re: amended order re: PD Claims Adjudication (.1). | Krieger, A. | 5.0 |
| 10/05/2006 | Review expert reports and estimation issues. | Kruger, L. | 2.4 |
| 10/05/2006 | Continued attention to parties' expert reports and related PI estimation issues. | Pasquale, K. | 6.3 |
| 10/06/2006 | Attend to expert reports. | Krieger, A. | 4.9 |
| 10/06/2006 | Continued review of expert reports. | Kruger, L. | 1.2 |
| 10/06/2006 | Continued attention to parties' expert reports and back up to same. | Pasquale, K. | 3.5 |
| 10/09/2006 | Attend to certification of counsel re: agreed order on motion to compel Questionnaire responses (.1); attend to certification of counsel re: Anderson Memorial lift stay motion (.1); attend to estimation related matters (5.3). | Krieger, A. | 5.5 |
| 10/09/2006 | Review expert reports of Whitehouse and Alexander and estimation matters (2.2); office conference with K. Pasquale re: expert reports (.3). | Kruger, L. | 2.5 |
| 10/09/2006 | Attend to estimation related CD/DVDs received and created excel chart describing same. | Lollie, T. | 3.0 |
| 10/09/2006 | Attention to PI estimation/Navigant issues (1.8); confer L. Kruger re: expert reports (.3). | Pasquale, K. | 2.1 |
| 10/10/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 2.9 |
| 10/10/2006 | Attend to expert reports. | Krieger, A. | 3.6 |
| 10/10/2006 | Continued review of expert reports. | Kruger, L. | 1.6 |
| 10/11/2006 | Attend to Court order re: stay relief in respect of Anderson Memorial (.1); attend to estimation-related materials (.5). | Krieger, A. | 0.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/11/2006 | Attend to IPRO database for nine CDs worth of data. | Lollie, T. | 2.0 |
| 10/12/2006 | Exchanged memoranda with KP re conference call with Rust, Navigant and K&E to address database questions (.3); attend to memoranda re meeting with Navigant re estimation (.1). | Krieger, A. | 0.4 |
| 10/12/2006 | Conference call with B. Harding, G. Becker re: discovery issues (.4); attention to deposition notice to Dr. Gaziano and telephone conference Kirkland re: same (.2). | Pasquale, K. | 0.6 |
| 10/13/2006 | Office conference KP re: meeting with Navigant and expert testimony related matters (.2); attend to amended order re: deadlines on objections to PD Claims and order re: Debtors' motion to compel compliance with Questionnaire (.2). | Krieger, A. | 0.4 |
| 10/13/2006 | Attend to expert database. | Lollie, T. | 2.5 |
| 10/13/2006 | Telephone conference L. Chambers re: estimation issues (.2); attention to prior expert testimony re: estimation issues (3.0); attention to technical issures re: Rust information (.4); attention to Debtors' Anderson Memorial reply (.2). | Pasquale, K. | 3.8 |
| 10/15/2006 | Database Maintenance for expert database. | Lollie, T. | 1.0 |
| 10/16/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 4.5 |
| 10/16/2006 | Attend to expert related materials (2.6); attend to correspondence re: database call with Rust, Grace (.2). | Krieger, A. | 2.8 |
| 10/16/2006 | Review expert testimony previously given (1.4); office conference with K. Pasquale re: his teleconference with Navigent (.2). | Kruger, L. | 1.6 |
| 10/16/2006 | Attention to prior expert testimony re: estimation (2.5); preparation for Dr. Gaziano deposition (1.2); attention to data issues and confer call with Navigant re: same (.4). | Pasquale, K. | 4.1 |
| 10/17/2006 | Review of documents produced by debtors to ACC re: estimation issues. | Cutler, I. | 3.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/17/2006 | Attend to estimation-related issues. | Krieger, A. | 4.2 |
| 10/17/2006 | Attention to estimation issues. | Kruger, L. | 0.6 |
| 10/17/2006 | Attend to IPRO documents. | Lollie, T. | 3.6 |
| 10/17/2006 | Attention to PI estimation issues. | Pasquale, K. | 2.0 |
| 10/18/2006 | Review of documents produced by debtors to ACC re: estimation issues. | Cutler, I. | 3.6 |
| 10/18/2006 | Attend to expert related materials. | Krieger, A. | 0.3 |
| 10/18/2006 | Deposition of Dr. Gaziano. | Pasquale, K. | 8.6 |
| 10/19/2006 | Review of documents produced by debtors to ACC re: estimation issues. | Cutler, I. | 2.6 |
| 10/19/2006 | Preparation for and conference call with representatives for Grace, Rust Navigant re Questionnaire database (1.1); follow-up exchange of memoranda with A. Basta re: documentation (.2); memoranda to and telephone call J. McIntire re database and documentation (.3); attend to counsel's certification re: disallowing Prudential's Georgia claims (.1); attend to certifications re: PD claims stipulation (.1). | Krieger, A. | 1.8 |
| 10/19/2006 | Office conference with A. Krieger re: teleconference with representatives from Grace, Rust Navigent re: Questionnaire analysis. | Kruger, L. | 0.3 |
| 10/19/2006 | Attention to PI estimation issues; prior testimony. | Pasquale, K. | 3.2 |
| 10/20/2006 | Review of documents produced by debtors to ACC re: estimation issues. | Cutler, I. | 1.8 |
| 10/20/2006 | Office conference KP re estimation meeting and 10/19 conference call on database issues (.2); attend to certification re withdrawal and expungement of certain Speights no-signature claims (.2); telephone call J. Baer re PD order (.1); attend to PI committee's first request for admissions and supplemental interrogatories, Debtors' reply in support of Anderson Memorial protective order (.3). | Krieger, A. | 0.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/20/2006 | Review Debtors discovery responses. | Kruger, L. | 0.4 |
| 10/20/2006 | Attention to PI estimation issues; debtors' supplemental discovery responses and production (3.2); attention to ACC's written discovery demands to debtors (.4). | Pasquale, K. | 3.6 |
| 10/23/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 4.0 |
| 10/23/2006 | Attend to estimation-related material. | Krieger, A. | 1.3 |
| 10/24/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 3.0 |
| 10/24/2006 | Attend to estimation-related issues (2.9); attend to Evidence Rule 408 (1.1). | Krieger, A. | 4.0 |
| 10/24/2006 | Review estimation issues and prior expert testimony. | Kruger, L. | 1.4 |
| 10/24/2006 | Attend to DVDs of data produced to WR Grace by Third Parties. | Lollie, T. | 2.0 |
| 10/24/2006 | Attention to "new" Sealed Air documents from debtors (2.6); attention to PI estimation discovery and issues (1.8). | Pasquale, K. | 4.4 |
| 10/25/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 2.4 |
| 10/25/2006 | Exchanged memoranda with A. Basta re data capture protocols information (.1); attend to estimation-related materials (2.0). | Krieger, A. | 2.1 |
| 10/25/2006 | Review PI estimation issues (2.2); review PD designation pleadings and counsel certification (.2). | Kruger, L. | 2.4 |
| 10/25/2006 | Created a new IPRO database for Third Party Production. | Lollie, T. | 2.0 |
| 10/25/2006 | Attention to PI estimation issues and new Sealed Air materials and prep for meeting with Navigant re: same. | Pasquale, K. | 6.6 |
| 10/26/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 1.5 |
| 10/26/2006 | Meeting with representatives of Navigant Consulting re: estimation (2.1); attend to | Krieger, A. | 2.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum to Navigant re: 11/02/06 conference call (.1); attend to e-mails with Navigant, Debtors' counsel re: discovery (.1). | | |
| 10/26/2006 | Office conference with K. Pasquale and A. Krieger and Letitia Chambers, Jim McIntire et al re: preparation for estimation (2.5); office conference with K. Pasquale and teleconference with Shelnitz re: expert testimony (.4) and office conference with K. Pasquale and A. Krieger re: expert testimony (.2); review estimation materials including Sealed Air depositions et al. (1.1). | Kruger, L. | 4.2 |
| 10/26/2006 | Attend to data transfer for IPRO. | Lollie, T. | 2.0 |
| 10/26/2006 | Meetings with Navigant, L, Kruger, A. Krieger re: PI estimation issues (2.6); attention to PI estimation issues, including Sealed Air materials (4.4). | Pasquale, K. | 7.0 |
| 10/27/2006 | Review of docs produced by debtors to ACC re- estimation issues. | Cutler, I. | 3.1 |
| 10/27/2006 | Attend to estimation-related matters. | Krieger, A. | 0.7 |
| 10/27/2006 | Emails with K. Pasquale re David Siegel testimony (.3); continued review of estimation reports (.6). | Kruger, L. | 0.9 |
| 10/27/2006 | Attention to PD expert designations and reports re: methodology (1.4); telephone conference N. Finch re: Sealed Air confidentiality (.2); attention to PI estimation issues and Sealed Air depositions (4.5). | Pasquale, K. | 6.1 |
| 10/30/2006 | Exchanged memoranda with KP re: confidentiality agreements signed by Weil and ad hoc committee members (.1); exchanged memo with KP re: meeting with Navigant (.1). | Krieger, A. | 0.2 |
| 10/30/2006 | Review depositions in Sealed Air (.6); review estimation issues for meeting 10/31 with debtor and equity (1.2). | Kruger, L. | 1.8 |
| 10/30/2006 | Continued review of Sealed Air depositions, etc. re PI estimation (3.8); telephone conference P. Friedman re PI issues (.2); preparation for meeting with debtors, equity re PI issues (2.2); telephone conference L. | Pasquale, K. | 6.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Chambers re scheduling (.2). | | |
| 10/31/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 1.2 |
| 10/31/2006 | Estimation meeting with representatives for plan proponents and follow-up office conference LK, KP re: Committee strategy (4.5); attend to expert designations filed by pd asbestos firms (.1). | Krieger, A. | 4.6 |
| 10/31/2006 | Conference at Kirkland & Ellis with (Bernick, Baer, K. Pasquale, A. Krieger and counsel for parties re: estimation presentation (3.5) and Conf. K. Pasquale and A. Krieger re: issues and strategy (.6). | Kruger, L. | 4.1 |
| 10/31/2006 | Prep for and meeting with debtors, equity committees re: PI estimation issues (4.0); attention to PI estimation issues raised at meeting and corresponding documents (2.5). | Pasquale, K. | 6.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Cutler, Ilana | 40.8 | $ 250 | $ 10,200.00 |
| Krieger, Arlene G. | 49.3 | 575 | 28,347.50 |
| Kruger, Lewis | 27.4 | 825 | 22,605.00 |
| Lollie, Toya | 20.4 | 150 | 3,060.00 |
| Pasquale, Kenneth | 82.9 | 650 | 53,885.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 118,097.50 |
|------------------------------------------|--------------|

| TOTAL FOR THIS MATTER | $ 118,097.50 |
|-----------------------|--------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations<br>699843 0013 | | |
|----|-----|-----|-----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/10/2006 | Telephone call S. Cunningham re: divestiture (.1); further telephone call S. Cunnigham, J. Dolan re: Project Spaghetti, Project Gemini, other (1.0). | Krieger, A. | 1.1 |
| 10/17/2006 | Conference call S. Cunningham, J. Dolan re: Project Gemini and Project Spaghetti, follow up on pension matter and conference call to discuss third quarter financial results. | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.9 | $ 575 | $ 1,092.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,092.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,092.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/02/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.8 |
| 10/03/2006 | Attend to analysis and memorandum to KP re: fees. | Krieger, A. | 0.3 |
| 10/03/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); review case file documents in preparation for central file supplementation (.7); attention to retrieval of pleadings for attorney review (.4). | Mohamed, D. | 2.5 |
| 10/04/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.4 |
| 10/05/2006 | Attend to recently filed applications, proposed order re: omnibus hearing dates. | Krieger, A. | 0.3 |
| 10/05/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 1.1 |
| 10/06/2006 | Attend to certifications, applications. | Krieger, A. | 0.3 |
| 10/06/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); attention to retrieval of pleadings for attorney review (.4). | Mohamed, D. | 1.8 |
| 10/09/2006 | Office conference with A. Krieger re: staffing change at Capstone. | Kruger, L. | 0.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/09/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.4); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.3 |
| 10/10/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 1.0 |
| 10/12/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); attention to retrieval of pleadings for attorney review (.4). | Mohamed, D. | 2.3 |
| 10/13/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.7 |
| 10/16/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); attention to retrieval of pleadings for attorney review (.3). | Mohamed, D. | 1.7 |
| 10/17/2006 | Pension call. | Holob, M. | 0.2 |
| 10/17/2006 | Telephone call to Courtcall to have AGK attend hearing telephonically on Oct 23rd. | Holzberg, E. | 0.5 |
| 10/17/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.6); attention to retrieval of certain pleadings for attorney review (.4). | Mohamed, D. | 1.5 |
| 10/18/2006 | Reviewed legal docket to update status. | Holzberg, E. | 0.8 |
| 10/18/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.4 |
| 10/19/2006 | Review and update case docket no. 01-1139 | Mohamed, D. | 2.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.6); retrieve and distribute recently filed pleadings in main case (.8); review case file documents in preparation for central file supplementation (.7). | | |
| 10/20/2006 | Attend to recently filed certifications, application, hearing dates. | Krieger, A. | 0.7 |
| 10/20/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.4 |
| 10/23/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.9 |
| 10/24/2006 | Attend to newly filed pleadings, certification (.5); exchanged memoranda with DM re: paralegal change (.1). | Krieger, A. | 0.6 |
| 10/24/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.0); attention to retrieval of pleadings for attorney review (.6). | Mohamed, D. | 2.1 |
| 10/25/2006 | Attend to numerous new pd designation-related pleadings, certifications of counsel, other. | Krieger, A. | 0.3 |
| 10/25/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.4 |
| 10/26/2006 | Memorandum to S. Bossay re response to Fee Auditor's report on SSL's 21st Quarterly (.1); attend to expert designations for pd issues, certifications (.2). | Krieger, A. | 0.3 |
| 10/26/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.7); attention to preparation of sub-folders regarding transcripts and fee application (.4). | Mohamed, D. | 2.6 |
| 10/27/2006 | Attend to newly entered orders, certifications, | Krieger, A. | 0.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | 2007 hearing dates, applications. | | |
| 10/27/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.6 |
| 10/30/2006 | Attend to fee auditor's initial response to SSL's 21st quarterly application. | Krieger, A. | 0.8 |
| 10/30/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.4); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.3 |
| 10/31/2006 | Attend to fee auditor's initial report to SSL's 21st quarterly. | Krieger, A. | 4.2 |
| 10/31/2006 | Attend to newly filed certifications, applications. | Krieger, A. | 0.2 |
| 10/31/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); attention to retrieval of pleading for attorney review (.3). | Mohamed, D. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holob, Marissa J. | 0.2 | $ 435 | $ 87.00 |
| Holzberg, Ethel H. | 1.3 | 225 | 292.50 |
| Krieger, Arlene G. | 8.6 | 575 | 4,945.00 |
| Kruger, Lewis | 0.1 | 825 | 82.50 |
| Mohamed, David | 35.2 | 150 | 5,280.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,687.00 |
|------------------------------------------|-------------|

SSL-DOCS1 1751463v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| TOTAL FOR THIS MATTER | $ 10,687.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|---|---|
| | 699843 0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/20/2006 | Attend to Debtors' 18th Omnibus objection to claims. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 575 | $ 115.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 115.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 115.00 |
|---|---|

SSL-DOCS1 1751463v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/03/2006 | Attend to Committee memorandum re: final order on exclusivity. | Krieger, A. | 0.4 |
| 10/03/2006 | Conference call with debtors, SSL re: status items. | Pasquale, K. | 0.5 |
| 10/04/2006 | Tc w/ K. Pasquale re: review of expert reports (.1); began reviewing ACC expert reports in preparation for drafting memorandum to Committee members re: same (2.1). | Gutierrez, J. | 2.2 |
| 10/09/2006 | Continued reviewing ACC expert reports in preparation for drafting memorandum to Committee members re: same. | Gutierrez, J. | 3.7 |
| 10/09/2006 | Attend to memorandum to the Committee re further proposed revised Lloyd's settlement Agreement (.7); office conference LK, KP re: Capstone staffing (.1). | Krieger, A. | 0.8 |
| 10/12/2006 | Began reviewing Libby claimants' expert reports in preparation for drafting memorandum to Committee members re: same. | Gutierrez, J. | 1.3 |
| 10/13/2006 | Continued reviewing Libby claimants' expert reports in preparation for drafting memorandum to committee members re: same. | Gutierrez, J. | 2.8 |
| 10/16/2006 | Began reviewing WR Grace's expert reports in preparation for drafting memorandum to committee members re: same. | Gutierrez, J. | 3.8 |
| 10/17/2006 | Continued reviewing WR Grace's expert reports in preparation for drafting memorandum to Committee members re: same. | Gutierrez, J. | 6.4 |
| 10/17/2006 | Conference call with debtors, professionals re: status items. | Pasquale, K. | 0.4 |
| 10/18/2006 | Continued reviewing WR Grace's expert | Gutierrez, J. | 5.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | reports in preparation for drafting memorandum to committee members re: same. | | |
| 10/18/2006 | Memorandum to the Committee re: exclusivity appeal (2.9); telephone call Todd Carplinky re: status and attend to information request (.5). | Krieger, A. | 3.4 |
| 10/18/2006 | Review memo to Committee re: exclusivity. | Kruger, L. | 0.6 |
| 10/19/2006 | Continued reviewing WR Grace's expert reports in preparation for drafting memorandum to committee members re: same. | Gutierrez, J. | 4.5 |
| 10/19/2006 | Attend to memoranda from Committee members and exchange memoranda with KP re: Committee's position on appeal (.2); preparation of documentation for Committee member's counsel. (.7). | Krieger, A. | 0.9 |
| 10/20/2006 | Continued reviewing WR Grace's expert reports in preparation for drafting memorandum to committee members re: same. | Gutierrez, J. | 3.5 |
| 10/20/2006 | Email from Shelnitz re strategy. | Kruger, L. | 0.2 |
| 10/21/2006 | Telephone call Mark Shelnitz re negotiations. | Kruger, L. | 0.3 |
| 10/23/2006 | Continued reviewing WR Grace's expert reports in preparation for drafting memorandum to committee members re: same. | Gutierrez, J. | 1.1 |
| 10/26/2006 | Telephone call Tom Maher re: 11/21/06 meeting to discuss estimation matters (.1); attend to memorandum for the Committee re: November 21, 2006 Committee meeting (.4); exchanged memoranda with Committee members re: 11/21/06 meeting (.1). | Krieger, A. | 0.6 |
| 10/31/2006 | Began drafting memorandum summarizing Libby Claimants' expert reports. | Gutierrez, J. | 4.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Gutierrez, James S. | 39.5 | $ 355 | $ 14,022.50 |
| Krieger, Arlene G. | 6.1 | 575 | 3,507.50 |
| Kruger, Lewis | 1.1 | 825 | 907.50 |
| Pasquale, Kenneth | 0.9 | 650 | 585.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 19,022.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 19,022.50 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843 0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/02/2006 | Review Stroock's August 2006 monthly fee statement in preparation for filing (.6); prepare affidavit of service regarding same and forward to local counsel for filing (.4); prepare and effectuate service re: monthly fee statement (.7). | Mohamed, D. | 1.7 |
| 10/11/2006 | Started to review time and make revisions in prep of working on monthly application. | Holzberg, E. | 2.6 |
| 10/13/2006 | Reviewed time and made revisions. | Holzberg, E. | 1.2 |
| 10/18/2006 | Completed review and revisions of time and gave to AGK for her review. | Holzberg, E. | 1.9 |
| 10/19/2006 | Attend to September 2006 fee statement. | Krieger, A. | 1.6 |
| 10/23/2006 | Revised revisions and made additional revisions. | Holzberg, E. | 1.9 |
| 10/27/2006 | Discussion with AGK regarding additional revisions made, reviewed and made additional revisions. | Holzberg, E. | 1.4 |
| 10/27/2006 | Attend to September 2006 fee statement. | Krieger, A. | 0.7 |
| 10/31/2006 | Reviewed revisions made to time. | Holzberg, E. | 0.6 |
| 10/31/2006 | Attend to back-up documentation for SSL's September 2006 fee application. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 9.6 | $ 225 | $ 2,160.00 |
| Krieger, Arlene G. | 2.4 | 575 | 1,380.00 |
| Mohamed, David | 1.7 | 150 | 255.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,795.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,795.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/03/2006 | Telephone conference bank debtholder re: ZAI issues. | Pasquale, K. | 0.2 |
| 10/11/2006 | Telephone call with debt holder re: status. | Kruger, L. | 0.2 |
| 10/11/2006 | Telephone conference with bank debt holder re: case issues. | Pasquale, K. | 0.8 |
| 10/13/2006 | Respond to creditor inquiry re: exclusivity extension. | Krieger, A. | 0.8 |
| 10/18/2006 | Exchanged memoranda with bank debt holder re: October 2006 hearing (.2); telephone call bank debt holder re: status (.2). | Krieger, A. | 0.4 |
| 10/19/2006 | Exchanged memoranda with counsel for bank debt holder re: court order. | Krieger, A. | 0.2 |
| 10/20/2006 | Telephone conference bank debt holders re: status of case and PPI issues. | Pasquale, K. | 0.8 |
| 10/23/2006 | Telephone call creditor re: Court hearing. | Krieger, A. | 0.2 |
| 10/24/2006 | Telephone call bank debt holder regarding status issues. | Pasquale, K. | 0.4 |
| 10/25/2006 | Telephone conference bank debtholder re: PI estimation issues. | Pasquale, K. | 0.5 |
| 10/30/2006 | Teleconference with debt holders. | Kruger, L. | 0.3 |
| 10/31/2006 | Telephone conference bank debtholders re: status issues. | Pasquale, K. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.6 | $ 575 | $ 920.00 |

SSL-DOCS1 1751463v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 0.5 | 825 | 412.50 |
| Pasquale, Kenneth | 3.2 | 650 | 2,080.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,412.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,412.50 |
|---|---|

SSL-DOCS1 1751463v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Others<br>699843 0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/10/2006 | Review Capstone Advisory Group's August 2006 monthly fee statement in preparation for filing (.5); prepare notice to fee statement and affidavit of service regarding same and forward to local counsel for filing (.6); prepare and effectuate service re: monthly fee statement (.6). | Mohamed, D. | 1.7 |
| 10/16/2006 | Attend to recently filed fee application. | Krieger, A. | 0.8 |
| 10/30/2006 | Reviewed legal docket and fee application filed by attorneys. | Holzberg, E. | 1.8 |
| 10/31/2006 | Reviewed other fee applications and document filed. | Holzberg, E. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 3.1 | $ 225 | $ 697.50 |
| Krieger, Arlene G. | 0.8 | 575 | 460.00 |
| Mohamed, David | 1.7 | 150 | 255.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,412.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,412.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Employee Benefits, Pension | |
| | 699843  0021 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/12/2006 | Exchanged memoranda with J. Dolan re: meeting to discuss Watson Wyatt report. | Krieger, A. | 0.1 |
| 10/13/2006 | Exchanged memoranda with J. Dolan and M. Wintner re: conference call to discuss Watson Wyatt report. | Krieger, A. | 0.3 |
| 10/16/2006 | Exchanged memoranda with J. Dolan re: conference call on Watson Wyatt report (.1); telephone call J. Dolan re: conference call (.3); attend to review of report and pension-related materials (.9). | Krieger, A. | 1.3 |
| 10/17/2006 | Attend to pension related material (.3); conference call with Grace representatives re: Watson Wyatt report and follow-up office conference M. Wintner re: same (.7). | Krieger, A. | 1.0 |
| 10/17/2006 | Review Watson Wyatt report re: Pension Plan and t/c/c with Debtor and A. Krieger re: same. | Wintner, M. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.7 | $ 575 | $ 1,552.50 |
| Wintner, Mark | 0.7 | 745 | 521.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,074.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,074.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843 0022 |
|----|-------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/10/2006 | Attend to articles re: Supreme Court's decision on Grace's petition for certiorari and memorandum to MB, office conference MAS and Capstone re: same. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.5 | $ 575 | $ 287.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 287.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 287.50 |
|-----------------------|----------|

SSL-DOCS1 1751463v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 82.46 |
| Local Transportation | 25.03 |
| Long Distance Telephone | 31.89 |
| Duplicating Costs-in House | 365.70 |
| Postage | 5.31 |
| Court Reporting Services | 360.00 |
| O/S Information Services | 172.40 |
| Word Processing | 42.00 |
| Travel Expenses - Transportation | -763.65 |
| Travel Expenses - Lodging | 391.11 |
| Travel Expenses - Meals | 35.67 |
| Westlaw | 167.22 |

| TOTAL DISBURSEMENTS/CHARGES | $ 915.14 |
|---|---|

| TOTAL FOR THIS MATTER | $ 915.14 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Insurance 699843 0028 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/02/2006 | Attention to further revised Equitas agreement circulated by debtors. | Pasquale, K. | 0.4 |
| 10/03/2006 | Attend to further revised Lloyd's agreement and comments thereon. | Krieger, A. | 3.1 |
| 10/03/2006 | Review revised Lloyd's agreement. | Kruger, L. | 0.8 |
| 10/04/2006 | Memorandum to S. Cunningham re: insurance policies (.1); conference call representatives for Grace, Lloyds re: Lloyds' Agreement and follow-up office conference LK, KP re: same (.7). | Krieger, A. | 0.8 |
| 10/04/2006 | Conference call with parties re: Lloyd's settlement and follow-up with A. Krieger and K. Pasquale. | Kruger, L. | 0.7 |
| 10/04/2006 | Conference call with J. Baer, others re: Equitas settlement issues. | Pasquale, K. | 0.5 |
| 10/05/2006 | Memorandum to J. Baer re: comments to latest settlement draft. | Krieger, A. | 0.1 |
| 10/06/2006 | Attend to J. Baer memorandum re: further changes to the Lloyd's settlement and memoranda to KP re: same (.8): exchanged further memoranda with J. Baer re: proposed revised agreement (.2). | Krieger, A. | 1.0 |
| 10/06/2006 | Review Baer memo re: revisions to Lloyds settlement. | Kruger, L. | 0.3 |
| 10/09/2006 | Office conference LK, KP re: status of Lloyd's settlement agreement. | Krieger, A. | 0.1 |
| 10/09/2006 | Review continuing revisions to Lloyds agreement (.2) and review memo to Committee re: Lloyds agreement (.2); office conference with K. Pasquale and A. Krieger re: Equitas (.2). | Kruger, L. | 0.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/09/2006 | Confer L. Kruger, A. Krieger re: Equitas issues. | Pasquale, K. | 0.2 |
| 10/11/2006 | Exchanged memoranda with J. Baer, J. Monahan re Committee's position on proposed revised settlement (.5); attend to further revised Settlement Agreement and comments thereon (2.6). | Krieger, A. | 3.1 |
| 10/11/2006 | Emails to A. Krieger and K. Pasquale re: amendments to Lloyds agreement. | Kruger, L. | 0.1 |
| 10/11/2006 | Attention to further proposed revisions to Equitas settlement. | Pasquale, K. | 0.3 |
| 10/12/2006 | Exchanged memoranda with KP re: Lloyd's settlement comments and exchanged memoranda with Debtors' counsel re: same. | Krieger, A. | 0.3 |
| 10/13/2006 | Telephone call J. Baer re: position on Committee's comment to latest draft of Lloyd's Agreement and memo to LK, KP re: same (.9); attend to further revised draft and memoranda to J. Baer re: additional comments (.8). | Krieger, A. | 1.7 |
| 10/13/2006 | Attention to further revised Equitas settlement. | Pasquale, K. | 0.3 |
| 10/16/2006 | Attend to comments from R. Wyron and further revised draft of Lloyd's settlement (.5); exchanged memoranda with KP re: R. Wyron's comment and memorandum to all parties re: position on changes (.2); exchanged memoranda with R. Wyron re: open points (.1). | Krieger, A. | 0.8 |
| 10/16/2006 | Review revisions to Lloyds agreement (.2) and emails re: Lloyds (.2). | Kruger, L. | 0.4 |
| 10/16/2006 | Attention to further revisions and status of Equitas agreement. | Pasquale, K. | 0.2 |
| 10/17/2006 | Attend to review of plan provisions and exchanged memoranda with KP re: same (.4); conference call R. Wyron, R. Horkovich and M. Hurford re: text of Lloyd's settlement provision and memorandum to LK, KP re: same (.8); memo to J. Baer re: agreement on language of provision (.1); attend to e-mails between the parties re: status of obtaining final sign-off on latest agreement (.1). | Krieger, A. | 1.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/17/2006 | Review Lloyd's settlement drafts. | Kruger, L. | 0.4 |
| 10/18/2006 | Attend to memoranda re Lloyd's proposed modification to the Lloyd's settlement (.2); review further revised agreements and prepare memoranda of points (2.9); exchanged memoranda with J. Baer re: further revised form of agreement and our concerns thereon (.3); office conference LK re: remaining issues and then conference call with representatives of various parties re:  new modifications and remaining points (.6); memo to KP re: same (.2). | Krieger, A. | 4.2 |
| 10/18/2006 | Review revisions to Lloyds agreement (.8) and teleconference with A. Krieger and Jan Baer, Lloyds counsel negotiating agreement (.6); Emails with Jan Baer re: Lloyds (.1). | Kruger, L. | 1.5 |
| 10/18/2006 | Attention to Equitas' further revisions to draft settlement agreement. | Pasquale, K. | 0.4 |
| 10/19/2006 | Exchanged memoranda with J. Baer re: status of parties; agreement on Lloyd's settlement. | Krieger, A. | 0.1 |
| 10/19/2006 | Attention to latest revisions to Equitas Agreement. | Pasquale, K. | 0.3 |
| 10/20/2006 | Attend to further revised Lloyd's Settlement Agreement, office conference KP re: same and conference call with all parties to discuss (1.6); attend to proposed final form of Lloyd's Agreement (1.2); office conference KP re: further comments to draft and conference call with representatives for Grace, Lloyd's re: Agreement (.7); further office conference J. Baer re: Plan releases and Lloyd's Agreement (.1). | Krieger, A. | 3.6 |
| 10/20/2006 | Review revised Lloyds settlement agreement and teleconference with parties (1.2); teleconference with Grace representatives re: Lloyds agreement (.4). | Kruger, L. | 1.6 |
| 10/20/2006 | Conference calls with all parties re: Equitas revisions and settlement (1.1); review and attention to various redrafts of settlement agreement (1.2). | Pasquale, K. | 2.3 |
| 10/22/2006 | Attend to review of proposed final form of | Krieger, A. | 2.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | Lloyd's settlement and prepare memorandum to Debtors counsel thereon (2.6); exchanged further memoranda with J. Baer re: above (.1). | | |
| 10/23/2006 | Conference call with representatives for Debtors, Lloyd's re outstanding changes on Lloyd's agreement (.5); memorandum to Lloyd's counsel re notice provisions (.2); attend to further revised settlement agreement and memoranda to J. Sottile and J. Baer re same (.7). | Krieger, A. | 1.4 |
| 10/23/2006 | Conference call re: revised Equitas settlement agreement. | Pasquale, K. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 24.4 | $ 575 | $ 14,030.00 |
| Kruger, Lewis | 6.4 | 825 | 5,280.00 |
| Pasquale, Kenneth | 5.4 | 650 | 3,510.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 22,820.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 22,820.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/17/2006 | Travel to Charleston, WV for Dr. Gaziano deposition and preparation for same. | Pasquale, K. | 5.2 |
| 10/19/2006 | Return travel from Charleston WV-Gaziano deposition. | Pasquale, K. | 5.4 |
| 10/23/2006 | Travel re omnibus hearing in Wilmington, DE. | Pasquale, K. | 4.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 14.8 | $ 650 | $ 9,620.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,620.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 9,620.00 |
|---|---|

SSL-DOCS1 1751463v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/03/2006 | Office conference with K. Pasquale, A. Krieger re: exclusivity order and regarding Lloyds agreement (.5); and review email to committee re: final exclusivity order (.2). | Kruger, L. | 0.7 |
| 10/11/2006 | Attend to appellants' designation of items for the record and issues statement. | Krieger, A. | 0.8 |
| 10/12/2006 | Attend to designation of the record re: exclusivity order appeal and memorandum to LK, KP re: same. | Krieger, A. | 0.4 |
| 10/13/2006 | Office conference KP re: exclusivity appeal. | Krieger, A. | 0.1 |
| 10/22/2006 | Exchanged memoranda with J. Baer re: designation of items for the record. | Krieger, A. | 0.1 |
| 10/24/2006 | Attend to Debtors' counter-designation of items for the record on appeal. | Krieger, A. | 0.1 |
| 10/25/2006 | Office conference KP re: plan discussion. | Krieger, A. | 0.2 |
| 10/26/2006 | Office conferences KP and LK re: plan terms. | Krieger, A. | 0.7 |
| 10/26/2006 | Confer L. Kruger, A. Krieger re: status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.4 | $ 575 | $ 1,380.00 |
| Kruger, Lewis | 0.7 | 825 | 577.50 |
| Pasquale, Kenneth | 0.3 | 650 | 195.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,152.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,152.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/03/2006 | Telephone call Grace representatives re: matters to be heard at October 23, 2006 omnibus and other pending matters (.5) and follow up office conference LK, KP re: exclusivity order, Lloyd's Agreement (.5). | Krieger, A. | 1.0 |
| 10/03/2006 | Office conference with K. Pasquale and A. Krieger and regular call with Jan Baer reviewing agenda for 10/23 court hearing, status of Equitas, et al. | Kruger, L. | 0.5 |
| 10/17/2006 | Conference call Grace representatives re: status of matters to be heard on 10/23/06, exclusivity appeal, other pending matters. | Krieger, A. | 0.4 |
| 10/17/2006 | Office conference with A. Krieger and K. Pasquale and call with Baer and debtors' officers re: bi-monthly teleconference re: Court agenda. | Kruger, L. | 0.5 |
| 10/20/2006 | Office conference with K. Pasquale re: 10/23 hearing. | Kruger, L. | 0.2 |
| 10/20/2006 | Preparation for omnibus hearing. | Pasquale, K. | 0.5 |
| 10/23/2006 | Attend omnibus hearing (telephonically). | Krieger, A. | 3.0 |
| 10/23/2006 | Office conference with Arlene Krieger re: results of court hearing (.3) and office conference with Ken Pasquale re: my telephone call with Shelnitz (.2). | Kruger, L. | 0.5 |
| 10/23/2006 | Participated in omnibus court hearing. | Pasquale, K. | 3.1 |
| 10/24/2006 | Office conference KP re: Court hearing results. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.6 | $ 575 | $ 2,645.00 |
| Kruger, Lewis | 1.7 | 825 | 1,402.50 |
| Pasquale, Kenneth | 3.6 | 650 | 2,340.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,387.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,387.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Tax Issues 699843 0047 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/05/2006 | Memorandum to J. Baer re: Committee's position on CCHP Settlement. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 575 | $ 57.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 57.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 57.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 201,033.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 915.14 |
| TOTAL BILL | $ 201,948.64 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

SSL-DOCS1 1751463v1

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM