# EXHIBIT B

SSL-DOCS1 1751463v1

## WR GRACE & CO
## SUMMARY OF FEES
## OCTOBER 1, 2006 - OCTOBER 31, 2006

|  | Hours | Rate | Total |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 37.9 | 825 | $ 31,267.50 |
| Pasquale, Kenneth | 111.1 | 650 | $ 72,215.00 |
| Wintner, Mark | 0.7 | 745 | $    521.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Cutler, Ilana | 40.8 | 250 | $ 10,200.00 |
| Gutierrez, James S. | 39.5 | 355 | $ 14,022.50 |
| Holob, Marissa J. | 0.2 | 435 | $      87.00 |
| Krieger, Arlene G. | 105.6 | 575 | $ 60,720.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Holzberg, Ethel H. | 14.0 | 225 | $   3,150.00 |
| Lollie, Toya | 20.4 | 150 | $   3,060.00 |
| Mohamed, David | 38.6 | 150 | $   5,790.00 |
|  |  |  |  |
| **Sub Total** | 408.8 |  | $201,033.50 |
| **Less 50% Travel** | (7.4) |  | $  (4,810.00) |
| **Total** | 401.4 |  | $196,223.50 |

SSL-DOCS1 1751463v1