# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**OCTOBER 1, 2006 - OCTOBER 31, 2006**

| | |
|---|---:|
| Outside Messenger Service | $82.46 |
| Local Transportation | 25.03 |
| Long Distance Telephone | 31.89 |
| Duplicating Costs-in House | 365.7 |
| Postage | 5.31 |
| Court Reporting Services | 360 |
| O/S Information Services | 172.4 |
| Word Processing | 42 |
| Travel Expenses - Transportation | -763.65 |
| Travel Expenses - Lodging | 391.11 |
| Travel Expenses - Meals | 35.67 |
| Westlaw | 167.22 |
| | |
| **Total** | **$915.14** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | November 28, 2006 |
| --- | --- |
| INVOICE NO. | 396101 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through October 31, 2006, including:

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| **Outside Messenger Service** | | |
| 10/09/2006 | VENDOR: UPS; INVOICE#: 0000010X827406; DATE: 10/07/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190204158 on 10/02/2006 | 6.61 |
| 10/09/2006 | VENDOR: UPS; INVOICE#: 0000010X827406; DATE: 10/07/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270191537369 on 10/02/2006 | 9.11 |
| 10/09/2006 | VENDOR: UPS; INVOICE#: 0000010X827406; DATE: 10/07/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270191718182 on 10/02/2006 | 6.61 |
| 10/09/2006 | VENDOR: UPS; INVOICE#: 0000010X827406; DATE: 10/07/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270194527374 on 10/02/2006 | 6.61 |
| 10/16/2006 | VENDOR: UPS; INVOICE#: 0000010X827416; DATE: 10/14/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270191168375 on 10/10/2006 | 9.11 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/16/2006 | VENDOR: UPS; INVOICE#: 0000010X827416; DATE: 10/14/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270192298367 on 10/10/2006 | 6.61 |
| 10/16/2006 | VENDOR: UPS; INVOICE#: 0000010X827416; DATE: 10/14/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stephanie Lenkiewicz Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270193485153 on 10/10/2006 | 6.61 |
| 10/16/2006 | VENDOR: UPS; INVOICE#: 0000010X827416; DATE: 10/14/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270194639182 on 10/10/2006 | 6.61 |
| 10/16/2006 | VENDOR: UPS; INVOICE#: 0000010X827416; DATE: 10/14/2006; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270194623500 on 10/13/2006 | 7.18 |
| 10/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827426; DATE: 10/21/2006; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270199772000 on 10/16/2006 | 7.18 |
| 10/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827426; DATE: 10/21/2006; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270193251422 on 10/20/2006 | 7.18 |
| 10/24/2006 | VENDOR: UPS; INVOICE#: 0000010X827426; DATE: 10/21/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO Kerim Ertug Navigant Consulting Inc., , WASHINGTON, DC 20006 Tracking #:1Z10X8270193251422 on 10/20/2006 | 3.04 |

**Outside Messenger Service Total**                                                       **82.46**

**Local Transportation**

| 10/18/2006 | VENDOR: Elite Limousine; Invoice#: 1200711; Invoice Date: N/A; GUTIERREZ JAMES S 10/09/06 20:08:37 from 180 MAIDEN LN to 222 W. 14 ST | 25.03 |

**Local Transportation Total**                                                            **25.03**

**Long Distance Telephone**

| 10/04/2006 | EXTN.5562, TEL.215-665-2147, S.T.13:38, DUR.00:00:18 | 0.43 |
| 10/09/2006 | EXTN.5431, TEL.201-587-7114, S.T.15:54, DUR.00:00:30 | 0.43 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 10/10/2006 | EXTN.5431, TEL.201-587-7114, S.T.11:40, DUR.00:00:48 | 0.43 |
| 10/24/2006 | VENDOR: Genesys Conferencing; INVOICE#: I-406314; DATE: 9/21/2006 - Conference Calls | 30.60 |
| | **Long Distance Telephone Total** | **31.89** |

**Duplicating Costs-in House**

| | | |
|------|---|-------:|
| 09/29/2006 | | 0.10 |
| 10/02/2006 | | 9.60 |
| 10/02/2006 | | 0.10 |
| 10/02/2006 | | 22.60 |
| 10/02/2006 | | 18.10 |
| 10/02/2006 | | 2.50 |
| 10/03/2006 | | 21.80 |
| 10/04/2006 | | 0.60 |
| 10/04/2006 | | 0.90 |
| 10/05/2006 | | 103.50 |
| 10/05/2006 | | 77.70 |
| 10/06/2006 | | 0.20 |
| 10/06/2006 | | 8.80 |
| 10/11/2006 | | 0.10 |
| 10/12/2006 | | 0.20 |
| 10/12/2006 | | 0.20 |
| 10/12/2006 | | 0.40 |
| 10/13/2006 | | 0.20 |
| 10/16/2006 | | 25.80 |
| 10/19/2006 | | 18.50 |
| 10/19/2006 | | 0.30 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 10/20/2006 | | 0.40 |
| 10/20/2006 | | 21.90 |
| 10/20/2006 | | 5.80 |
| 10/24/2006 | | 6.20 |
| 10/25/2006 | | 10.40 |
| 10/25/2006 | | 2.00 |
| 10/26/2006 | | 5.50 |
| 10/30/2006 | | 0.10 |
| 10/30/2006 | | 0.50 |
| 10/30/2006 | | 0.70 |
| | **Duplicating Costs-in House Total** | **365.70** |

**Postage**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 10/04/2006 | Postage Charged on 10/04/2006 | 1.11 |
| 10/19/2006 | Postage Charged on 10/19/2006 | 4.20 |
| | **Postage Total** | **5.31** |

**Court Reporting Services**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 10/11/2006 | VENDOR: Chase Card Services; INVOICE#: 100206; DATE: 10/2/2006 - visa charge 09/13/06 Court Call LLC | 200.00 |
| 10/11/2006 | VENDOR: Chase Card Services; INVOICE#: 100206; DATE: 10/2/2006 - visa charge 09/27/06 Court Call LLC | 160.00 |
| | **Court Reporting Services Total** | **360.00** |

**O/S Information Services**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 10/31/2006 | Pacer Search Service on 7/11/2006 | 0.24 |
| 10/31/2006 | Pacer Search Service on 7/13/2006 | 1.12 |
| 10/31/2006 | Pacer Search Service on 7/13/2006 | 2.40 |
| 10/31/2006 | Pacer Search Service on 7/14/2006 | 0.80 |
| 10/31/2006 | Pacer Search Service on 7/19/2006 | 0.80 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31/2006 | Pacer Search Service on 7/21/2006 | 2.80 |
| 10/31/2006 | Pacer Search Service on 7/21/2006 | 0.64 |
| 10/31/2006 | Pacer Search Service on 7/24/2006 | 6.32 |
| 10/31/2006 | Pacer Search Service on 7/26/2006 | 0.72 |
| 10/31/2006 | Pacer Search Service on 7/28/2006 | 8.40 |
| 10/31/2006 | Pacer Search Service on 8/1/2006 | 0.32 |
| 10/31/2006 | Pacer Search Service on 8/2/2006 | 1.28 |
| 10/31/2006 | Pacer Search Service on 8/2/2006 | 0.16 |
| 10/31/2006 | Pacer Search Service on 8/3/2006 | 0.80 |
| 10/31/2006 | Pacer Search Service on 8/4/2006 | 2.96 |
| 10/31/2006 | Pacer Search Service on 8/7/2006 | 0.64 |
| 10/31/2006 | Pacer Search Service on 8/8/2006 | 0.80 |
| 10/31/2006 | Pacer Search Service on 8/10/2006 | 3.52 |
| 10/31/2006 | Pacer Search Service on 8/15/2006 | 14.00 |
| 10/31/2006 | Pacer Search Service on 8/15/2006 | 10.16 |
| 10/31/2006 | Pacer Search Service on 8/16/2006 | 1.04 |
| 10/31/2006 | Pacer Search Service on 8/16/2006 | 4.80 |
| 10/31/2006 | Pacer Search Service on 8/17/2006 | 6.56 |
| 10/31/2006 | Pacer Search Service on 8/18/2006 | 0.80 |
| 10/31/2006 | Pacer Search Service on 8/21/2006 | 0.72 |
| 10/31/2006 | Pacer Search Service on 8/22/2006 | 0.72 |
| 10/31/2006 | Pacer Search Service on 8/24/2006 | 0.96 |
| 10/31/2006 | Pacer Search Service on 8/25/2006 | 0.72 |
| 10/31/2006 | Pacer Search Service on 8/29/2006 | 0.96 |
| 10/31/2006 | Pacer Search Service on 8/30/2006 | 1.20 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31/2006 | Pacer Search Service on 9/1/2006 | 0.72 |
| 10/31/2006 | Pacer Search Service on 9/5/2006 | 5.44 |
| 10/31/2006 | Pacer Search Service on 9/6/2006 | 8.56 |
| 10/31/2006 | Pacer Search Service on 9/8/2006 | 4.00 |
| 10/31/2006 | Pacer Search Service on 9/11/2006 | 0.96 |
| 10/31/2006 | Pacer Search Service on 9/13/2006 | 2.40 |
| 10/31/2006 | Pacer Search Service on 9/14/2006 | 2.40 |
| 10/31/2006 | Pacer Search Service on 9/15/2006 | 2.56 |
| 10/31/2006 | Pacer Search Service on 9/15/2006 | 0.80 |
| 10/31/2006 | Pacer Search Service on 9/18/2006 | 1.20 |
| 10/31/2006 | Pacer Search Service on 9/19/2006 | 1.04 |
| 10/31/2006 | Pacer Search Service on 9/22/2006 | 2.40 |
| 10/31/2006 | Pacer Search Service on 9/25/2006 | 0.56 |
| 10/31/2006 | Pacer Search Service on 9/26/2006 | 1.04 |
| 10/31/2006 | Pacer Search Service on 9/27/2006 | 2.56 |
| 10/31/2006 | Pacer Search Service on 9/29/2006 | 0.48 |
| 10/31/2006 | Pacer Search Service on 8/15/2006 | 0.64 |
| 10/31/2006 | Pacer Search Service on 9/5/2006 | 45.28 |
| 10/31/2006 | Pacer Search Service on 7/5/2006 | 5.52 |
| 10/31/2006 | Pacer Search Service on 7/7/2006 | 0.96 |
| 10/31/2006 | Pacer Search Service on 7/10/2006 | 4.80 |
| 10/31/2006 | Pacer Search Service on 7/11/2006 | 0.72 |
| | **O/S Information Services Total** | **172.40** |

**Travel Expenses - Transportation**

| | | |
|---|---|---|
| 10/10/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; BALK/HEIDI on 38/59/20 | -47.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/10/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH PIT EWR on 38/81/20 | -438.60 |
| 10/11/2006 | VENDOR: Chase Card Services; INVOICE#: 100206; DATE: 10/2/2006 - visa charge 09/11/06 L Kruger Pittsburgh to JFK | 149.30 |
| 10/11/2006 | VENDOR: Chase Card Services; INVOICE#: 100206; DATE: 10/2/2006 - visa charge 09/11/06 non-refundable agent fee L Kruger Pittsburgh to JFK | 35.00 |
| 10/11/2006 | VENDOR: Chase Card Services; INVOICE#: 100206; DATE: 10/2/2006 - visa credit 09/16/06 L Kruger 07/24/06 Penn NY to Wilmington | -91.80 |
| 10/12/2006 | VENDOR: Chase Card Services; INVOICE#: 100206; DATE: 10/2/2006 - visa credit 09/11/06 L Kruger Pittsburgh to LGA | -623.30 |
| 10/18/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; BALK/HEIDI on 38/59/20 | 47.00 |
| 10/18/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH PIT EWR on 38/81/20 | 438.60 |
| 10/19/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; BALK/HEIDI on 08/30/2006 | -47.00 |
| 10/19/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH PIT EWR on 09/21/2006 | -438.60 |
| 10/25/2006 | VENDOR: Ken Pasquale; INVOICE#: KP102406; DATE: 10/25/2006 - 10/17 - 10/19   Travel to Charleston, W.VA for deposition of Dr. Gaziano - cabfares | 123.50 |
| 10/25/2006 | VENDOR: Ken Pasquale; INVOICE#: KP102406; DATE: 10/25/2006 - 10/23   Travel to to Wilmington, DE for court hearing - parking, tolls and mileage | 129.25 |

**Travel Expenses - Transportation Total**                                   **-763.65**

**Travel Expenses - Lodging**

| 10/25/2006 | VENDOR: Ken Pasquale; INVOICE#: KP102406; DATE: 10/25/2006 - 10/17 - 10/19   Travel to Charleston, W.VA for deposition of Dr. Gaziano - hotel | 391.11 |
|------|-------------|--------|

**Travel Expenses - Lodging Total**                                   **391.11**

**Travel Expenses - Meals**

| 10/25/2006 | VENDOR: Ken Pasquale; INVOICE#: KP102406; DATE: 10/25/2006 - 10/17 - 10/19   Travel to Charleston, W.VA for deposition of Dr. Gaziano - meals | 35.67 |
|------|-------------|--------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Travel Expenses – Meals Total** | **35.67** |
| **Westlaw** | | |
| 10/13/2006 | Duration 0:04:32; by Pasquale, Kenneth | 39.55 |
| 10/16/2006 | Duration 0:14:57; by Pasquale, Kenneth | 94.33 |
| 10/24/2006 | Duration 0:00:00; by Krieger, Arlene G. | 33.34 |
| | **Westlaw Total** | **167.22** |
| **Word Processing – Logit** | | |
| 10/03/2006 | | 12.00 |
| 10/16/2006 | | 30.00 |
| | **Word Processing – Logit Total** | **42.00** |

---

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 82.46 |
| Local Transportation | 25.03 |
| Long Distance Telephone | 31.89 |
| Duplicating Costs-in House | 365.70 |
| Postage | 5.31 |
| Court Reporting Services | 360.00 |
| O/S Information Services | 172.40 |
| Word Processing | 42.00 |
| Travel Expenses - Transportation | -763.65 |
| Travel Expenses - Lodging | 391.11 |
| Travel Expenses - Meals | 35.67 |
| Westlaw | 167.22 |

| TOTAL DISBURSEMENTS/CHARGES | $ 915.14 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM