

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

November 22, 2006

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - October 2006*

**Professional Fees:**
| | | |
|---|---|---|
| LC | 69.00 hrs. @ $550 | $37,950.00 |
| ML | 81.75 hrs. @ $325 | 26,568.75 |
| JM | 71.50 hrs. @ $325 | 23,237.50 |
| KE | 105.00 hrs. @ $200 | 21,000.00 |
| AH | 5.50 hrs. @ $175 | 962.50 |
| ML | 4.50 hrs. @ $163 | 731.25 |
| AM | 169.00 hrs. @ $150 | 25,350.00 |

**Total Professional Fees** .................................................................................. **$135,800.00**

**Expenses:**
| | | |
|---|---|---|
| Airfare | $ | 3,249.16 |
| Ground Transportation / Auto Expense | | 749.46 |
| Lodging | | 6,815.79 |
| Meals | | 339.21 |
| Per Diems | | 116.00 |
| Research | | 301.08 |
| Telephone | | 3.50 |

**Total Expenses** ............................................................................................... **$11,574.20**

**Total Amount Due for October Services and Expenses** ........................... **$147,374.20**

**Outstanding Invoices:**
| | | | |
|---|---|---|---|
| Inv No. | 181596 | September 29, 2006 | $98,317.50 |
| Inv No. | 184078 | October 30, 2006 | 91,179.11 |

**Total Outstanding Invoices** ........................................................................... **$189,496.61**

**Total Amount Due For October Services, Expenses and Outstanding Invoices** ...... **$336,870.81**

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 186085



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 10/5/2006 | 4.00 | Document review. |
| CHAMBERS, LETITIA | 10/13/2006 | 6.00 | Document review. |
| CHAMBERS, LETITIA | 10/16/2006 | 5.50 | Document review. |
| CHAMBERS, LETITIA | 10/17/2006 | 7.00 | Document review. |
| CHAMBERS, LETITIA | 10/18/2006 | 6.50 | Estimation |
| CHAMBERS, LETITIA | 10/19/2006 | 5.00 | Document review. |
| CHAMBERS, LETITIA | 10/20/2006 | 8.00 | Estimation. |
| CHAMBERS, LETITIA | 10/23/2006 | 2.00 | Estimation |
| CHAMBERS, LETITIA | 10/24/2006 | 8.00 | Estimation |
| CHAMBERS, LETITIA | 10/25/2006 | 8.00 | Estimation |
| CHAMBERS, LETITIA | 10/26/2006 | 6.00 | Estimation |
| CHAMBERS, LETITIA | 10/27/2006 | 3.00 | Estimation |
| ERTUG, KERIM CAN | 10/3/2006 | 3.50 | Meeting with staff review of data analysis. |
| ERTUG, KERIM CAN | 10/4/2006 | 3.25 | Meeting with staff review of data analysis. |
| ERTUG, KERIM CAN | 10/5/2006 | 7.75 | Meeting with staff review of PIQ database. |
| ERTUG, KERIM CAN | 10/11/2006 | 1.00 | Review of PIQ database documents and analysis. |
| ERTUG, KERIM CAN | 10/12/2006 | 6.50 | Review of PIQ database and historical claims data. |
| ERTUG, KERIM CAN | 10/12/2006 | 1.75 | Meeting with staff to review the analysis. |
| ERTUG, KERIM CAN | 10/13/2006 | 9.25 | Review of PIQ database and historical claims data. Summary of assumptions. |
| ERTUG, KERIM CAN | 10/15/2006 | 2.00 | Review of assumptions. |
| ERTUG, KERIM CAN | 10/16/2006 | 1.25 | PIQ data analysis and meeting with staff. |
| ERTUG, KERIM CAN | 10/17/2006 | 2.25 | PIQ data analysis and meeting with staff. |
| ERTUG, KERIM CAN | 10/18/2006 | 1.50 | PIQ data analysis and meeting with staff. |
| ERTUG, KERIM CAN | 10/19/2006 | 2.50 | Meeting with staff to review PIQ questionnaire and data. |
| ERTUG, KERIM CAN | 10/19/2006 | 1.50 | Meeting with staff and conference call with RUST. |

Navigant Consulting, Inc. Project No.: 113758                Invoice No.: 186085



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ERTUG, KERIM CAN | 10/19/2006 | 6.25 | Claims analysis, review of assumptions, and summarizing results. |
| ERTUG, KERIM CAN | 10/20/2006 | 8.75 | Claims analysis, review of assumptions, meeting with staff, and summarizing results. |
| ERTUG, KERIM CAN | 10/23/2006 | 5.25 | Analysis of data and summary of analysis. |
| ERTUG, KERIM CAN | 10/23/2006 | 1.50 | Meeting with staff. |
| ERTUG, KERIM CAN | 10/24/2006 | 10.75 | Preparing summary tables for draft report and meeting with staff. |
| ERTUG, KERIM CAN | 10/25/2006 | 11.75 | Preparing summary tables for draft report and meeting with staff. |
| ERTUG, KERIM CAN | 10/26/2006 | 2.50 | Meeting with client. |
| ERTUG, KERIM CAN | 10/26/2006 | 1.50 | Review of SAS programs. |
| ERTUG, KERIM CAN | 10/27/2006 | 8.25 | Review of PIQ and historical databases and SAS programs. |
| ERTUG, KERIM CAN | 10/30/2006 | 3.25 | Review of PIQ database. |
| ERTUG, KERIM CAN | 10/31/2006 | 1.25 | Review of PIQ data analysis. |
| HLAVIN, ANDREW | 10/5/2006 | 0.25 | Find and upload PIQ images. |
| HLAVIN, ANDREW | 10/6/2006 | 1.75 | Update 10-K data. |
| HLAVIN, ANDREW | 10/9/2006 | 2.25 | Update 10-K database. |
| HLAVIN, ANDREW | 10/25/2006 | 1.25 | Update 10-K analysis. |
| LYMAN, MARY | 10/2/2006 | 2.00 | Assisted in preparation of report |
| LYMAN, MARY | 10/3/2006 | 2.00 | Assisted in preparation of report |
| LYMAN, MARY | 10/3/2006 | 0.25 | Staff discussion |
| LYMAN, MARY | 10/4/2006 | 0.75 | Research |
| LYMAN, MARY | 10/4/2006 | 2.50 | Assisted with preparation of report |
| LYMAN, MARY | 10/5/2006 | 1.75 | Staff meeting; prep and follow-up |
| LYMAN, MARY | 10/10/2006 | 1.75 | Reviewed other expert reports |
| LYMAN, MARY | 10/11/2006 | 0.50 | Reviewed data tables and arranged staff call to discuss |
| LYMAN, MARY | 10/11/2006 | 1.00 | Reviewed other expert reports |
| LYMAN, MARY | 10/12/2006 | 4.00 | Reviewed other expert reports |

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 186085



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 10/12/2006 | 1.50 | Prep for, staff meeting |
| LYMAN, MARY | 10/13/2006 | 0.50 | Document retrieval |
| LYMAN, MARY | 10/13/2006 | 2.00 | Assisted with preparation of draft report |
| LYMAN, MARY | 10/13/2006 | 0.25 | Reviewed other expert reports |
| LYMAN, MARY | 10/16/2006 | 2.75 | Assisted with production of expert report |
| LYMAN, MARY | 10/16/2006 | 1.25 | Reviewed case material. |
| LYMAN, MARY | 10/16/2006 | 0.50 | Staff discussions |
| LYMAN, MARY | 10/17/2006 | 0.50 | Worked on material for draft report |
| LYMAN, MARY | 10/18/2006 | 0.50 | Reviewed other expert reports |
| LYMAN, MARY | 10/18/2006 | 0.50 | Worked on draft report |
| LYMAN, MARY | 10/18/2006 | 4.50 | Research and other work on draft report |
| LYMAN, MARY | 10/19/2006 | 3.00 | Work on draft report |
| LYMAN, MARY | 10/19/2006 | 2.25 | Conference call, prep and post-call staff discussion |
| LYMAN, MARY | 10/20/2006 | 4.25 | Additions and edits to draft report; staff discussions re report |
| LYMAN, MARY | 10/23/2006 | 5.00 | Worked with staff on preparation of draft report, including discussions, additions and edits to draft |
| LYMAN, MARY | 10/24/2006 | 4.00 | Meetings with expert and staff |
| LYMAN, MARY | 10/24/2006 | 4.25 | Assisted with additions and revisions to draft report |
| LYMAN, MARY | 10/25/2006 | 5.00 | Assisted with additions and edits to draft report |
| LYMAN, MARY | 10/25/2006 | 2.50 | Met with expert and staff |
| LYMAN, MARY | 10/26/2006 | 3.75 | Edits to draft report |
| LYMAN, MARY | 10/26/2006 | 2.50 | Meeting at Stroock & Stroock |
| LYMAN, MARY | 10/26/2006 | 4.50 | Travel to and from meeting with counsel in NYC (NOTE: Billed at 1/2 hourly rate) |
| LYMAN, MARY | 10/26/2006 | 0.75 | Edits to draft report |
| LYMAN, MARY | 10/27/2006 | 1.75 | Worked on edits and additions to draft report |

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 186085



**Navigant Consulting**

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 10/30/2006 | 5.75 | Assisted with preparation of draft report |
| LYMAN, MARY | 10/31/2006 | 4.00 | Assisted with preparation of draft report |
| LYMAN, MARY | 10/31/2006 | 1.75 | Assisted with preparation of draft report |
| MCINTIRE, JAMES | 10/2/2006 | 1.50 | Scheduling and project administration details |
| MCINTIRE, JAMES | 10/3/2006 | 0.50 | Scheduling |
| MCINTIRE, JAMES | 10/4/2006 | 4.50 | Review expert reports |
| MCINTIRE, JAMES | 10/5/2006 | 2.00 | Staff call regarding assumptions, draft report and questionnaire |
| MCINTIRE, JAMES | 10/9/2006 | 0.50 | Follow-up on questionnaire issues |
| MCINTIRE, JAMES | 10/12/2006 | 1.50 | Drafting work on preliminary report |
| MCINTIRE, JAMES | 10/16/2006 | 1.50 | Finalize questions for the questionnaire call |
| MCINTIRE, JAMES | 10/17/2006 | 2.25 | Review other expert reports |
| MCINTIRE, JAMES | 10/19/2006 | 2.50 | Prepare, complete and follow-up client call regarding questionnaire |
| MCINTIRE, JAMES | 10/20/2006 | 3.50 | Report drafting |
| MCINTIRE, JAMES | 10/22/2006 | 2.50 | Report drafting |
| MCINTIRE, JAMES | 10/23/2006 | 9.50 | Report drafting, staff meetings to review drafts and assumptions |
| MCINTIRE, JAMES | 10/24/2006 | 10.25 | Report drafting, staff meetings to review preliminary assumptions and estimates |
| MCINTIRE, JAMES | 10/25/2006 | 8.25 | Review assumptions and preliminary estimates, questionnaire data |
| MCINTIRE, JAMES | 10/26/2006 | 5.25 | Report drafting, data analysis and document review |
| MCINTIRE, JAMES | 10/26/2006 | 0.50 | Follow-up staff discussions |
| MCINTIRE, JAMES | 10/26/2006 | 2.50 | Client meeting |
| MCINTIRE, JAMES | 10/26/2006 | 2.00 | Review product and other documents, meeting prep. |
| MCINTIRE, JAMES | 10/27/2006 | 3.50 | Review Sealed Air documents |
| MCINTIRE, JAMES | 10/30/2006 | 3.75 | Review expert reports |

Navigant Consulting, Inc. Project No.: 113758          Invoice No.: 186085

Case 01-01139-AMC    Doc 13838-4    Filed 11/29/06    Page 6 of 7



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 10/31/2006 | 3.25 | Review expert reports, preliminary drafting |
| MHATRE, ARCHANA | 10/2/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 10/3/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 10/4/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 10/5/2006 | 5.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 10/6/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 10/9/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 10/10/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 10/11/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 10/12/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 10/13/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 10/16/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 10/17/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 10/18/2006 | 8.00 | Questionnaire & SAS database - data analysis & query reporting |
| MHATRE, ARCHANA | 10/19/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting, team meeting in DC. |
| MHATRE, ARCHANA | 10/20/2006 | 4.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 10/23/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 10/24/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |

Navigant Consulting, Inc. Project No.: 113758              Invoice No.: 186085



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MHATRE, ARCHANA | 10/25/2006 | 8.00 | Team Meeting in DC. Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 10/26/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 10/27/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 10/30/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 10/31/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 186085