## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 13597** |
| | ) | **Agenda Item No. 1(a) for the December 5, 2006 Hearing** |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR AN ORDER PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE, RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL RULE 9018-1(b) AUTHORIZING THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, AND DIRECTING THE CLERK OF THE COURT, TO FILE UNDER SEAL THE MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO <u>COMPEL PRODUCTION OF DOCUMENTS</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents (the "Motion") filed on November 7, 2006 (D.I. 13597). The undersigned further certifies that he has reviewed the Court's docket in this case, and no answer, objection or other responsive pleading to the Motion appears thereon. Furthermore, the undersigned certifies that he has not received any informal objection to the Motion or request for an extension of the objection deadline. Pursuant the

Notice of Motion, a response or objection to the Motion was due on or before November 22, 2006.

It is hereby respectfully requested that the Proposed Order approving the Motion, attached hereto as Exhibit A, be entered at the earliest convenience of the Court.


Dated: November 29, 2006             CAMPBELL & LEVINE, LLC


*/s/Mark Hurford*
Marla R. Eskin (DE 2989)
Mark T. Hurford (DE 3299)
800 King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

Counsel to the Official Committee of Asbestos
Personal Injury Claimants