# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                                   MATTER:    100055.WRG01

November 17, 2006                                                INVOICE:        213377

c/o Peter Van N. Lockwood, Esq.                                  DATE:    November 17, 2006
Caplin & Drysdale                                                MATTER:       100055.WRG01
One Thomas Circle                                                INVOICE:             213377
Washington, DC 20005

**MATTER:** CLAIMANTS COMMITTEE                                                 Robert M Horkovich

**PROFESSIONAL SERVICES through 10/31/06**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/10/06 | Attention to Equitas settlement. Confer with Jan Baer. (.50). Confer with Mark Hurford. (.20). Follow-up. (.30). | W001 | RMH | 1.00 |
| 10/12/06 | Reviewed and revised time entries. | W011 | ACS | 0.40 |
| 10/13/06 | Review revised Equitas settlement agreement. (1.00). Confer with Janet Baer. (.30). Confer with Rick Wyron. (.60). Confer with co-counsel Peter Lockwood. (.50). | W001 | RMH | 2.40 |
| 10/13/06 | Review and comment upon fee application. | W011 | RYC | 0.20 |
| 10/16/06 | Review and update status of policy analysis and evaluations. | W001 | RYC | 1.00 |
| 10/17/06 | Confer with creditors committee. (.50). Confer with Rick Wyron. (.10). | W001 | RMH | 0.60 |
| 10/18/06 | Review again revised Equitas settlement agreement. (5.50). Confer with London counsel (Sottile). (0.60). | W001 | RMH | 6.10 |
| 10/19/06 | Review again revised Equitas agreement. Draft alternative language. (4.50). Confer with co-counsel (Lockwood). (1.00). Confer with Future Representative Counsel (Wyron). (1.00). | W001 | RMH | 6.50 |
| 10/20/06 | Conference call with Debtor (Baer) and London (Sottile) regarding again revised Equitas settlement agreement. (.60). Confer with Mark Hurford. (0.50). | W001 | RMH | 1.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE          MATTER:    100055.WRG01

November 17, 2006                                       INVOICE:    213377

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/22/06 | Review again revised Equitas agreement. (.50). Confer with Future Claimant's Representative counsel. (.50). | W001 | RMH | 1.00 |
| 10/23/06 | Hearing with Judge Fitzgerald. (3.00). Memo to client regarding Grace settlement. (1.00). Attention to yet more Grace settlement revisions. (2.00). | W001 | RMH | 6.00 |
| 10/24/06 | Finalized and forwarded invoice to local counsel. | W011 | ACS | 0.20 |
| 10/25/06 | Attended to payment allocation. | W011 | ACS | 0.40 |

**TOTAL FEES:**                                                                                 **$17,970.00**

### FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 200.00 | 1.00 | 200.00 |
| Robert M Horkovich | 700.00 | 24.70 | 17,290.00 |
| Robert Y Chung | 400.00 | 1.20 | 480.00 |
| **TOTAL FEES:** | | | **$17,970.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

November 17, 2006                                  INVOICE:            213377


### SUMMARY OF SERVICES BY ACTIVITY

#### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|                      | HOURS | TOTALS    |
|----------------------|-------|-----------|
| Robert M Horkovich   | 24.70 | 17,290.00 |
| Robert Y Chung       | 1.00  | 400.00    |
| **TOTAL:**           | **25.70** | **17,690.00** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|                      | HOURS | TOTALS  |
|----------------------|-------|---------|
| Anne C Suffern       | 1.00  | 200.00  |
| Robert Y Chung       | 0.20  | 80.00   |
| **TOTAL:**           | **1.20** | **280.00** |

| **TOTAL LEGAL FEES** | | **$17,970.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | | |
|---|---|---:|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| November 17, 2006 | INVOICE: | 213377 |

**COSTS through 10/31/06**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 10/05/06 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 10/10/06 | DI - PHOTOCOPYING - | E101 | 3.50 |
| 10/23/06 | DI - PHOTOCOPYING - | E101 | 4.50 |
| 10/23/06 | DI - PHOTOCOPYING - | E101 | 6.00 |
| 10/31/06 | TRAVEL AND/OR HOTEL EXPS. - - VENDOR: DINER'S CLUB R.Horkovich | E110 | 30.00 |
| 10/31/06 | TRAVEL AND/OR HOTEL EXPS. - - VENDOR: DINER'S CLUB R.Horkovich | E110 | 179.00 |
| **TOTAL COSTS:** | | | **$223.25** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| TR | TRAVEL AND/OR HOTEL EXPS. | 209.00 |
| XE | DI - PHOTOCOPYING - | 14.25 |
| | **TOTAL COSTS:** | **$223.25** |