## EXHIBIT A

**Asset Analysis and Recovery (2.90 Hours; $ 2,320.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.90 | $800 | 2,320.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/12/06 | PVL | 800.00 | 0.20 | Review revised Equitas agreement (.1); review e-mail re same (.1). |
| 10/13/06 | PVL | 800.00 | 0.30 | Teleconference Horkovich re Equitas (.1); review revised Equitas agreement (.2). |
| 10/18/06 | PVL | 800.00 | 0.60 | Review e-mail re Equitas (.1); review revised Equitas agreement (.5). |
| 10/19/06 | PVL | 800.00 | 0.50 | Review Sottile and Horkovich e-mail re Equitas agreement (.1); teleconference Horkovich re same (.4). |
| 10/20/06 | PVL | 800.00 | 1.00 | Review e-mail re Equitas agreement (.3); review drafts of Equitas agreement (.6); teleconference Horkovich re same (.1). |
| 10/23/06 | PVL | 800.00 | 0.30 | Review Sottile and Horkovich and Baer e-mail and reply to Horkovich re Equitas agreement. |

**Total Task Code .01      2.90**

**Business Operations (.10 Hours; $ 80.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $800 | 80.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/04/06 | PVL | 800.00 | 0.10 | Review 8/06 MOR. |

{D0076881.1 }

**Total Task Code .03          .10**

**Case Administration (38.40 Hours; $ 8,194.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.10 | $800 | 880.00 |
| Rita C. Tobin | 1.30 | $480 | 624.00 |
| Andrew D. Katznelson | 3.00 | $195 | 585.00 |
| Carrie D. Kelly | 33.00 | $185 | 6,105.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/02/06 | CDK | 185.00 | 7.50 | Organize documents and pleadings into case files. |
| 10/03/06 | CDK | 185.00 | 7.00 | Organize documents and pleadings into case files |
| 10/04/06 | ADK | 195.00 | 1.00 | Review, classify and annotate relevant material for EI. |
| 10/05/06 | CDK | 185.00 | 6.50 | Organize documents and pleadings into case files (6.0); meeting with EGB (.5) |
| 10/06/06 | PVL | 800.00 | 0.10 | Review 10 miscellaneous filings. |
| 10/06/06 | ADK | 195.00 | 1.00 | Review, classify and annotate relevant material concerning expert medical reports for EI. |
| 10/06/06 | CDK | 185.00 | 6.00 | Organize documents and pleadings into case files |
| 10/10/06 | CDK | 185.00 | 6.00 | Organize documents and pleadings into Accutrac Database |
| 10/12/06 | PVL | 800.00 | 0.20 | Review 6 miscellaneous filings (.1); review Sinclair e-mail (.1). |
| 10/12/06 | RCT | 480.00 | 0.20 | Rev docket and local counsel recommendations re EI update. |
| 10/13/06 | RCT | 480.00 | 0.50 | Rev. entity |
| 10/17/06 | PVL | 800.00 | 0.10 | Review omni agenda and e-mail NDF. |

{D0076881.1 }

| | | | | |
|---|---|---|---|---|
| 10/17/06 | ADK | 195.00 | 0.50 | Prepared all necessary material for upcoming conference call for EI. |
| 10/19/06 | RCT | 480.00 | 0.20 | Rev. local counsel recommendations and docket re EI update. |
| 10/22/06 | PVL | 800.00 | 0.10 | Prep for omni hearing and e-mail NDF. |
| 10/24/06 | PVL | 800.00 | 0.30 | Review NDF e-mail and Harding letter (.1); review 4 miscellaneous filings (.1); review Hurford memo re hearing (.1). |
| 10/25/06 | PVL | 800.00 | 0.10 | Review 6 miscellaneous filings. |
| 10/26/06 | ADK | 195.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
| 10/27/06 | PVL | 800.00 | 0.10 | Review National Union motion re appeal brief. |
| 10/27/06 | RCT | 480.00 | 0.20 | Rev. local counsel recommendations and docket re EI update. |
| 10/30/06 | PVL | 800.00 | 0.10 | Review 9 miscellaneous filings. |
| 10/30/06 | RCT | 480.00 | 0.20 | Review docket and local counsel recommendations for EI update. |

**Total Task Code .04          38.40**


**Claim Analysis Objection & Resolution (Asbestos) (12.30 Hours; $ 9,840.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 12.30 | $800 | 9,840.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/06 | PVL | 800.00 | 1.60 | Review Lerman report (.9); review Castleman port (.4); review Longo report (.3). |
| 10/02/06 | PVL | 800.00 | 0.60 | Review Brickman article (.4); review Nat'l Union suppl response to RMQ summary judgment motion (.2). |

{D0076881.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 10/03/06 | PVL | 800.00 | 0.50 | Review Welch report (.4); review Hurford memo (.1). |
| 10/05/06 | PVL | 800.00 | 1.00 | Review Frank report (.3); review draft RFAs (.2); review Price report (.5). |
| 10/06/06 | PVL | 800.00 | 0.90 | Review Whitehouse report (.4); review e-mail and reply (.1); review WRG expert reports (.4). |
| 10/09/06 | PVL | 800.00 | 1.40 | Review Whitehouse report (.3); review Roddicks report (.2); review Lees report (.3); review Bragg report (.2); review Anderson report (.2); review Marais/Wecker report (.2). |
| 10/10/06 | PVL | 800.00 | 0.50 | Confer NDF re est. issues. |
| 10/17/06 | PVL | 800.00 | 0.30 | Review Daubert brief re Gitlin article. |
| 10/19/06 | PVL | 800.00 | 0.10 | Review Grace reply re Anderson depo notice. |
| 10/23/06 | PVL | 800.00 | 0.40 | Confer NDF. |
| 10/27/06 | PVL | 800.00 | 0.10 | Review e-mail. |
| 10/28/06 | PVL | 800.00 | 0.50 | Review NDF chart motion and e-mail NDF. |
| 10/29/06 | PVL | 800.00 | 1.40 | Review Bernick, Harding and NDF e-mail re motions to compel (.5); review 10/23 hearing transcript (.4); teleconference NDF re same (.5). |
| 10/30/06 | PVL | 800.00 | 0.60 | Review e-mail re CMO (.1); review PD witness des. (.2); review Longo PD report (.3). |
| 10/31/06 | PVL | 800.00 | 2.40 | Review proposed order re Qs and related e-mail (.2); review Mullady and WBS revisions to motion to compel (.5); confer WBS and NDF re same (1.7). |

**Total Task Code .05    12.30**


**Claim Analysis Objection & Resolution (Non-Asbestos) (.10 Hours; $ 80.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $800 | 80.00 |

{D0076881.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/20/06 | PVL | 800.00 | 0.10 | Review 18th omni claims obj. |

**Total Task Code .06        .10**

**Committee, Creditors', Noteholders' or Equity Holders' (4.40 Hours; $ 3,850.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 4.40 | $875 | 3,850.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/10/06 | EI | 875.00 | 3.00 | Prep and conf. TWS, NDF, WBS, L. Tersigni, J. Sinclair, S. Plotzky, J. Cooney, J. Rice, P. Weitz, R. Budd, S. Baron re: status. |
| 10/13/06 | EI | 875.00 | 0.30 | T/c NDF and setting up conf. call. |
| 10/17/06 | EI | 875.00 | 0.20 | Schedule meeting. |
| 10/19/06 | EI | 875.00 | 0.90 | Conf. call re: status (.5); t/c Cooney/Weitz re: same (.2); t/c NDF re: same (.2). |

**Total Task Code .07        4.40**

**Employment Applications, Others' (.10 Hours; $ 44.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | .10 | $445 | 44.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| 10/24/06 | JAL | 445.00 | 0.10 | Reviewed memo from M. Hurford regarding Grace's discovery requests. |

**Total Task Code .10        .10**


**Fee Applications, Applicant (3.70 Hours; $ 1,063.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.20 | $480 | 576.00 |
| Andrew D. Katznelson | 2.50 | $195 | 487.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/04/06 | ADK | 195.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 10/05/06 | RCT | 480.00 | 0.20 | Review fee schedules for October (2). |
| 10/10/06 | RCT | 480.00 | 0.50 | Review pre-bills |
| 10/13/06 | ADK | 195.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 10/24/06 | RCT | 480.00 | 0.50 | Rev. fee apps |
| 10/24/06 | ADK | 195.00 | 1.00 | Worked on monthly fee application. |
| 10/25/06 | ADK | 195.00 | 0.50 | Worked on fee application. |

**Total Task Code .12        3.70**

**Fee Applications, Others (.10 Hours; $ 80.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $800 | 80.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/05/06 | PVL | 800.00 | 0.10 | Review 4 fee applications. |

{D0076881.1 }

**Total Task Code .13**        .10


**Financing (.90 Hours; $ 787.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .90 | $875 | 787.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/27/06 | EI | 875.00 | 0.30 | Enterprise value memos. |
| 10/30/06 | EI | 875.00 | 0.60 | T/c J. Sinclair re: numbers (.1); work with numbers and proposals (.5). |

**Total Task Code .14**        .90


**Litigation and Litigation Consulting (473.00 Hours; $ 185,629.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.60 | $875 | 2,275.00 |
| Walter B. Slocombe | 41.20 | $685 | 28,222.00 |
| Nathan D. Finch | 123.70 | $580 | 71,746.00 |
| Jeffrey A. Liesemer | 10.30 | $445 | 4,583.50 |
| James P. Wehner | 4.70 | $425 | 1,997.50 |
| Adam L. VanGrack | 97.00 | $275 | 26,675.00 |
| Danielle K. Graham | 69.40 | $320 | 22,208.00 |
| David B. Smith | 124.10 | $225 | 27,922.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/2/2006 | JAL | 445.00 | 1.90 | Review and analysis of materials relating to estimation discovery. |
| 10/2/2006 | NDF | 580.00 | 5.60 | Telephone conferences with Harding and Esserman re MTC order (1.5); work on RFAs to Grace (1.8); analysis of Rust claims data sent by Relles and meso data from claimants |

{D0076881.1 }

| | | | | |
|---|---|---|---|---|
| | | | | (2.1); telephone conference with Hurford re report logistics (0.2). |
| 10/2/2006 | WBS | 685.00 | 3.20 | Review revised order re questionnaire/motion to compel; two conference calls re same (1.8); review proposed RFAs and draft comments, suggestions (0.5); review data from experts re tabulation of questionnaire results (0.9). |
| 10/2/2006 | DBS | 225.00 | 5.90 | Compile and organize documents for attorney review and case files (3.9); compile expert reports and supporting materials (2.0). |
| 10/3/2006 | DBS | 225.00 | 6.10 | Compile and organize documents for attorney review and case files. |
| 10/3/2006 | WBS | 685.00 | 2.10 | Review data from Dan Relles on questionnaire results and discuss with NDF (1.2); conference with NDF re work assignments, schedule, strategy (0.5); prepare for 10/10/06 meeting (0.4). |
| 10/3/2006 | NDF | 580.00 | 5.50 | Work on asbestos estimation case - analyzing Rust data, Peterson data, law firm data, Verus data. |
| 10/3/2006 | JAL | 445.00 | 1.10 | Review and analysis of materials relating to estimation. |
| 10/3/2006 | JPW | 425.00 | 1.20 | Review memo and hearing transcript |
| 10/3/2006 | ALV | 275.00 | 5.30 | Review documents from Grace's Boca Raton document repository (3.0); review vermiculite material (0.4); Grace expert report related tasks (1.9). |
| 10/4/2006 | ALV | 275.00 | 8.90 | Review and summarize all of the expert reports submitted by the debtor (6.5); meeting with NDF, DBS, and M.Hurford to discuss the debtor's expert reports (0.9); review documents from Grace's Boca Raton document repository (1.5). |
| 10/4/2006 | EI | 875.00 | 0.60 | Work on materials for meeting and t/cs Plotsky re: same (1.0); t/c JAL re: appeal (.2) (total time of 1.2 hours divided between two clients). |
| 10/4/2006 | NDF | 580.00 | 6.90 | Read Price expert report (1.1); meet with staff re report logistics (0.6); telephone conference with Peterson and Relles and WBS re claims data issues (1.4); review preliminary estimates of liability (1.5); draft and edit letter to Harding re discovery (0.5); review revised order re MTC and correspondence re same (0.5); review expert report for Epstein (0.5); review financial data re Grace (0.8). |
| 10/4/2006 | WBS | 685.00 | 1.80 | Review K&E proposed modification of order on motion to |

{D0076881.1}

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | compel, and e-mail comments (0.4); conference call with experts re tabulation of questionnaire results and their preliminary estimate (1.4). |
| 10/4/2006 | DBS | 225.00 | 6.70 | Compile and organize filed expert reports and other documents for attorney review and case files (1.5); attend meeting re expert reports (.4); review and briefly summarize expert reports for attorney review (4.8). |
| 10/5/2006 | DBS | 225.00 | 6.40 | Compile and organize filed expert reports and other documents for attorney review and case files. |
| 10/5/2006 | NDF | 580.00 | 6.20 | Read expert reports (Price, Whitehouse, Garabrant) (5.6); work on case issues re valuation (0.6). |
| 10/5/2006 | JAL | 445.00 | 0.50 | Reviewed e-mail exchanges between D. Felder and B. Harding regarding Rust database (.10); review and analysis of Expert reports in Grace estimation proceeding (.40). |
| 10/5/2006 | JPW | 425.00 | 0.50 | Meet with JAL re hearing |
| 10/5/2006 | ALV | 275.00 | 1.00 | Review documents from Grace's Boca Raton document repository. |
| 10/5/2006 | ALV | 275.00 | 5.40 | Review and summarize all of the expert reports submitted by the debtor (4.1); experts related tasks (including conversations with M. Hurford) (1.3). |
| 10/6/2006 | ALV | 275.00 | 5.60 | Review and summarize all of the expert reports submitted by the debtor (2.8); review documents printed from the Boston Repository database for relevance (2.0); experts related tasks (including conversations with M. Hurford and DBS) (0.8). |
| 10/6/2006 | DKG | 320.00 | 1.50 | Attention to expert reports and related issues. |
| 10/6/2006 | JAL | 445.00 | 1.40 | Teleconf. w/T. Wilson re: estimation discovery issues (.40); drafted e-mail to NDF re: same (.20); reviewed email correspondence from NDF and M. Hurford re: Rust database and estimation discovery issues (.20); drafted and revised e-mail to B. Harding re: Rust questionnaire database and Grace's historical database (.60). |
| 10/6/2006 | NDF | 580.00 | 2.00 | Telephone conference with claimants' counsel (T. Wilson) re motion to compel and questionnaire issues (0.5); telephone conference with claimants' counsel G. Bradley) re motion to compel and questionnaire issues (0.5); draft email to Harding re Rust database (0.5); draft email to Peterson re same (0.5). |
| 10/6/2006 | DBS | 225.00 | 6.00 | Compile and organize filed expert reports and other |

{D0076881.1 }

|            |     |        |      |                                                                                                                                                                                                                                                                         |
|------------|-----|--------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     |        |      | documents for attorney review and case files.                                                                                                                                                                                                                           |
| 10/8/2006  | NDF | 580.00 | 3.50 | Review expert witness reports.                                                                                                                                                                                                                                          |
| 10/9/2006  | NDF | 580.00 | 4.30 | Review expert witness reports (2.8); prepare for meeting with Grace committee members (1.5).                                                                                                                                                                            |
| 10/9/2006  | ALV | 275.00 | 5.70 | Review and summarize all of the expert reports submitted by the debtor as well as the ACC (3.0); review documents for relevance produced by Grace from the Boston Repository (2.7).                                                                                     |
| 10/10/2006 | ALV | 275.00 | 2.60 | Obtaining information re: tort reform efforts for possible expert use in asbestos estimation (1.7); drafting memorandum on tort reform efforts for possible expert use in asbestos estimation (0.9).                                                                    |
| 10/10/2006 | NDF | 580.00 | 7.10 | Review Peterson prior reports (Grace, USG) (1.0); meet with Peterson to discuss estimation issues (2.5); meet with Grace Committee members to discuss strategic and estimation issues (2.5); confer with John Cooney re Grace strategic issues 0.9); confer with PVNL re Grace experts (0.2). |
| 10/10/2006 | DKG | 320.00 | 4.50 | Obtaining information re tort reform efforts for possible expert use in asbestos estimation (2.5); draft memo re the same, including attachments (2.0).                                                                                                                 |
| 10/10/2006 | DKG | 320.00 | 2.00 | Read and analyze hearing transcripts.                                                                                                                                                                                                                                   |
| 10/10/2006 | DBS | 225.00 | 6.20 | Compile and organize filed expert reports and other documents for attorney review and case files.                                                                                                                                                                       |
| 10/10/2006 | WBS | 685.00 | 6.00 | Meeting with Mark Peterson on analysis of questionnaire, issues re his estimate, expert reports, trial and discovery strategy (3.5); meeting with Grace ACC members on strategy, estimation (2.5).                                                                      |
| 10/11/2006 | DBS | 225.00 | 5.60 | Compile and organize filed expert reports and other documents for attorney review and case files.                                                                                                                                                                       |
| 10/11/2006 | DKG | 320.00 | 0.80 | Finalize memo re Mealey's conference.                                                                                                                                                                                                                                   |
| 10/11/2006 | NDF | 580.00 | 2.00 | Email correspondence to various parties re discovery issues (0.9); read expert reports (1.1).                                                                                                                                                                           |
| 10/11/2006 | EI  | 875.00 | 0.10 | Memo to NDF re: status and follow-up.                                                                                                                                                                                                                                   |
| 10/11/2006 | ALV | 275.00 | 1.20 | Research regarding discovery disputes.                                                                                                                                                                                                                                  |

{D0076881.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/12/2006 | ALV | 275.00 | 3.10 | Teleconference (and post-conference research/tasks) with JAL, DKG, NDF, and counsel to the debtor to discuss Discovery (2.6); assessment and review of Grace's experts past history and publications (0.5). |
| 10/12/2006 | JAL | 445.00 | 2.20 | Review and analysis of materials relating to estimation and discovery (.30); teleconf. w/NDF, ALV and the FCR's counsel re: estimation and discovery issues (1.5); reviewed exchanges of correspondence relating to estimation discovery (.40). |
| 10/12/2006 | NDF | 580.00 | 8.40 | Review of and draft memo to Mullady re expert estimates of liability and variances re same (4.5); trial outline planning (1.1); telephone conference with Mullady re case and discovery issues (1.0); telephone conference with Peterson re estimation issues (0.5); letter to Harding re 10/10/06 letter (0.5);telephone conference with Budd re settlement issue (0.3); review prior materials sen by Grace re financial value (0.5). |
| 10/12/2006 | DKG | 320.00 | 1.10 | Conference call re discovery issues. |
| 10/12/2006 | DKG | 320.00 | 1.20 | Prepare for deposition of Dominic Gaziano. |
| 10/12/2006 | DBS | 225.00 | 6.30 | Compile and organize filed expert reports and other documents for attorney review, expert review, and case files (4.0); review experts' CVs for relevant publications (1.5); conduct research on upcoming deponent for attorney review (.8). |
| 10/12/2006 | EI | 875.00 | 0.20 | T/c NDF re: status. |
| 10/13/2006 | DBS | 225.00 | 6.50 | Compile and organize filed expert reports and other documents for attorney review, expert review, and case files (5.2); review experts' CVs for relevant publications (.8); conduct research on upcoming deponent for attorney review (.5). |
| 10/13/2006 | JPW | 425.00 | 0.20 | Meet with DKG re Grazione deposition |
| 10/13/2006 | NDF | 580.00 | 5.00 | Work on trial outline (3.7); read PWC deposition taken in Sealed Air (0.5); work on deposition designations to Smith for review (0.7); memo to ACC regarding call (0.1). |
| 10/13/2006 | ALV | 275.00 | 4.80 | Review Sealed Air deposition and exhibits (1.7); review documents from Grace's Boca Raton document repository (3.1). |

{D0076881.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/14/2006 | DBS | 225.00 | 4.00 | Review deposition designations from Sealed Air litigation and mark transcripts accordingly. |
| 10/15/2006 | ALV | 275.00 | 1.50 | Review the index of Grace asbestos job sites as provided by Grace's counsel, Casner and Edwards. |
| 10/16/2006 | ALV | 275.00 | 1.70 | Review of Grace's experts past history and publications. |
| 10/16/2006 | DBS | 225.00 | 6.20 | Compile and organize filed expert reports and other documents for attorney review, expert review, and case files (3.0); review experts' CVs for relevant publications (.5); review deposition designations from Sealed Air litigation and mark transcripts accordingly (2.7). |
| 10/16/2006 | DKG | 320.00 | 4.80 | Preparation for Dr. Gaziano deposition. |
| 10/16/2006 | NDF | 580.00 | 6.10 | Telephone conference with Peterson and Biggs re report assumptiions (2.0); prepare for call with Peterson (0.5); telephone conference with Mullady and Renning re discovery issues (1.5); telephone conference with Mullady re RFAs to Grace (0.2); review DKG questions for Gaziano (0.5); confer with DKG re same (0.2); review LTC update to debtors' financial analysis (0.5); telephone conference with R. Budd re case issue (0.1); telephone conference with Lisa Busch re Weitz claims (0.5); telephone conference with Gaziano Counsel (0.1). |
| 10/16/2006 | WBS | 685.00 | 7.60 | Conference call with estimation experts and counsel for FCR (2.0); follow-up review of tabulations of data bases (1.3); research on motion to compel and draft inserts for brief (3.8); conference with NDF re status of certain claims under processing agreements and future strategy (0.5). |
| 10/16/2006 | JAL | 445.00 | 0.10 | Telephone call with WBS regarding preparation of motion to compel discovery responses. |
| 10/16/2006 | JAL | 445.00 | 0.20 | Brief review and editing of draft motion to compel. |
| 10/16/2006 | JAL | 445.00 | 0.30 | Further review and editing of the draft motion to compel discovery responses. |
| 10/17/2006 | JAL | 445.00 | 0.10 | Reviewed memo for EI regarding matters for consideration by Committee. |
| 10/17/2006 | JAL | 445.00 | 0.70 | Reviewed and edited draft motion to compel discovery responses. |
| 10/17/2006 | DBS | 225.00 | 5.90 | Compile and organize documents for attorney review and case files. |

{D0076881.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/17/2006 | WBS | 685.00 | 4.30 | Telephone conference Mark Peterson re data issues and work to be done re "missing" questionnaires and mesothelioma claims, and note recording discussion (0.5); drafting and research on motion to compel brief (3.8). |
| 10/17/2006 | NDF | 580.00 | 4.00 | Revise and edit RFAs (0.7); telephone conference with Budd re Grace financial information (0.5); telephone conference with Sinclair re same (0.5); telephone conference with Gaziano counsel re deposition (0.5); telephone conference With Schoenfeld counsel re deposition (0.3); telephone Conference with Byrne re case issue (0.2); draft memo to Plaintiff counsel re case issue (0.3); telephone conference With Mendelsohn re POC (0.5); telephone conference with Peterson re POC issue (0.5). |
| 10/17/2006 | JPW | 425.00 | 1.00 | Review and edit Motion to Compel |
| 10/17/2006 | DKG | 320.00 | 6.50 | Preparation for Dr. Gaziano deposition. |
| 10/17/2006 | ALV | 275.00 | 6.60 | Review document organizational CD produced by Grace related to their job site identification and work order forms (1.1); review expert reports submitted by the debtor and the ACC (3.0); review documents from Grace's Boca Raton Document repository (2.5). |
| 10/18/2006 | ALV | 275.00 | 7.70 | Review of Grace's experts past history and publications (1.9); review documents from Grace's Boca Raton document repository (5.8). |
| 10/18/2006 | DKG | 320.00 | 9.00 | Prepare for and attend Dr. Gaziano deposition. |
| 10/18/2006 | JPW | 425.00 | 1.10 | Review motion to compel (.3); review deposition transcript (.8) |
| 10/18/2006 | NDF | 580.00 | 5.50 | Work with Grace expert reports on estimation case. |
| 10/18/2006 | WBS | 685.00 | 1.30 | Review compilation of Grace statement of reliance on legal advice (0.3); update and edit draft memo on motion to compel (1.0). |
| 10/18/2006 | DBS | 225.00 | 5.20 | Compile and organize documents for attorney review and case files. |
| 10/19/2006 | DBS | 225.00 | 3.80 | Compile and organize documents for attorney review and case files. |
| 10/19/2006 | JAL | 445.00 | 0.90 | Review and analysis of materials pertaining to claims estimation. |

{D0076881.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/19/2006 | JAL | 445.00 | 0.10 | Reviewed email from D. Felder regarding Rust databse issue. |
| 10/19/2006 | WBS | 685.00 | 1.70 | Review various Grace documents in which reliance on advice of counsel is advanced. |
| 10/19/2006 | NDF | 580.00 | 6.20 | Review old transcripts of Grace experts for use in depositions or cross-exam (6.2). |
| 10/19/2006 | JPW | 425.00 | 0.30 | Meet with WBS re Motion to Compel |
| 10/19/2006 | ALV | 275.00 | 7.00 | Draft 30(b)(6) schedules for Grace's insurance companies (1.1); review documents from Grace's Boca Raton document repository (4.9); tasks associated with discovery disputes with debtor (1.0). |
| 10/20/2006 | ALV | 275.00 | 5.10 | Edit the Motion to Compel Grace's settlement documents (2.0); review pleadings, documents, and letters related to discovery (1.7); review documents from Grace's Boca Raton document repository (1.4). |
| 10/20/2006 | DKG | 320.00 | 7.50 | Draft summary of Gaziano deposition (5.0); read and analyze expert reports (2.5). |
| 10/20/2006 | EI | 875.00 | 0.20 | Memos re: status. |
| 10/20/2006 | NDF | 580.00 | 2.10 | Revise and edit motion to compel (1.5); read Beber and Siegal testimony for use in same (0.6). |
| 10/20/2006 | WBS | 685.00 | 0.50 | Review final draft of motion to compel on ACP issues. |
| 10/20/2006 | DBS | 225.00 | 5.50 | Compile and organize documents for attorney review and case files. |
| 10/21/2006 | ALV | 275.00 | 2.20 | Research case law and documents regarding the Motion to Compel Grace's settlement documents (1.2); review Documents from Grace's Boca Raton document repository (1.0). |
| 10/22/2006 | ALV | 275.00 | 1.00 | Edit the Motion to Compel re Grace's settlement documents. |
| 10/23/2006 | ALV | 275.00 | 7.70 | Edit the Motion to Compel re: Grace's settlement documents (1.1); review discovery related DVD received from Grace for relevance (1.8); review documents from Grace's Boca Raton document repository (4.8). |
| 10/23/2006 | DBS | 225.00 | 5.70 | Compile and organize documents for attorney review and case files. |

{D0076881.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/23/2006 | DKG | 320.00 | 5.70 | Attention to issues re doctor and screening company depositions (1.2); read and analyze expert reports (4.5). |
| 10/23/2006 | WBS | 685.00 | 4.20 | Listen by phone to Omnibus hearing (2.8); research and prepare notes for modification of brief on motion to compel on ACP waiver based on statements and rulings at hearing (1.4). |
| 10/23/2006 | NDF | 580.00 | 5.70 | Prepare for omnibus hearing (1.5); attend omnibus hearing (3.1); confer with Mullady re case strategy (0.5); confer with PVNL re motion to compel (0.3); review WBS memo re case issues (0.3). |
| 10/24/2006 | WBS | 685.00 | 1.00 | Review draft motion to compel for areas requiring modification in light of 10/23/06 hearing and discuss same with NDF. |
| 10/24/2006 | JAL | 445.00 | 0.10 | Reviewed letter from B. Harding to counsel for claimants representing non-meso cancer victims regardingquestionnaire. |
| 10/24/2006 | DBS | 225.00 | 5.40 | Compile and organize documents for attorney review and case files. |
| 10/24/2006 | NDF | 580.00 | 7.00 | Revise and draft motion to compel in light of 10/23/06 hearing (6.5); telephone conference with Budd re valuation issue (0.5). |
| 10/24/2006 | EI | 875.00 | 0.50 | NDF report on hearing and review of his draft. |
| 10/24/2006 | ALV | 275.00 | 2.50 | Review relevant documents, pleadings, and depositions related to discovery. |
| 10/25/2006 | EI | 875.00 | 0.70 | T/c NDF re: discovery issues (.2); t/c Frankel re: status (.2); t/c Rice re: meeting results (.3). |
| 10/25/2006 | DBS | 225.00 | 5.60 | Compile and organize documents for attorney review and case files. |
| 10/25/2006 | ALV | 275.00 | 2.50 | Review documents from Grace's Boca Raton document repository. |
| 10/25/2006 | NDF | 580.00 | 9.80 | Revise and draft motion to compel in light of 10/23/06 hearing (7.1); telephone conference with Esserman and Harding re briefing issues (1.0); email to constituents re x-rays (0.5); memo to ACC re x-rays and 10/23/06 hearing (0.5); telephone conference with Welch re x-rays (0.2); telephone conference with Peterson re case issues (0.5). |
| 10/25/2006 | JAL | 445.00 | 0.50 | Office conference with NDF regarding estimation strategy |

{D0076881.1 }

| | | | | |
|---|---|---|---|---|
| | | | | and discovery issues. |
| 10/25/2006 | JAL | 445.00 | 0.10 | Reviewed memo from M. Hurford regarding last Monday's omnibus hearing regarding estimation and discovery. |
| 10/25/2006 | JAL | 445.00 | 0.10 | Reviewed memo from NDF regarding estimation discovery issues. |
| 10/25/2006 | DKG | 320.00 | 5.50 | Read and analyze expert reports. |
| 10/25/2006 | JPW | 425.00 | 0.40 | Review memo on 10/23 hearing |
| 10/26/2006 | DKG | 320.00 | 5.90 | Revise memo re Gaziano deposition (0.4); read and analyze expert reports (5.5). |
| 10/26/2006 | NDF | 580.00 | 8.50 | Revise and draft motion to compel in light of 10/23/06 hearing (7.5); telephone conference with Esserman and Ramsay re x-rays (0.3); telephone conference with Harding re briefing schedule and scheduling issues (0.5); email correspondence re Rust visit (0.2). |
| 10/26/2006 | ALV | 275.00 | 0.90 | Review documents from Grace's Boca Raton document repository. |
| 10/26/2006 | DBS | 225.00 | 5.20 | Compile and organize documents for attorney review and case files. |
| 10/26/2006 | EI | 875.00 | 0.30 | T/c Perry Weitz re: meeting with Grace (.1); t/c DF re:status (.2). |
| 10/27/2006 | DBS | 225.00 | 4.80 | Compile and organize documents for attorney review and case files. |
| 10/27/2006 | NDF | 580.00 | 4.90 | Revise and edit motion to compel (1.5); telephone conference with FCR counsel re case issues (0.5); review Grace order re questionnaire motion to compel (0.5); draft comments re same (0.5); email correspondence with Bernick et al. re Grace motion to compel (0.9); work on discovery re Grace insurers' audits (0.5); telephone conference with Peterson re estimation issue (0.5). |
| 10/27/2006 | DKG | 320.00 | 3.40 | Read and analyze expert reports. |
| 10/27/2006 | WBS | 685.00 | 1.30 | Review draft reports of experts Longo and Casselman. |
| 10/28/2006 | WBS | 685.00 | 1.20 | Review and comment on draft motion to compel. |
| 10/29/2006 | WBS | 685.00 | 3.20 | Work on memo in support of motion to compel, e-mail to NDF re same. |

{D0076881.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 10/29/2006 | NDF | 580.00 | 0.50 | Telephone conference with PVNL re motions to compel and related issues. |
| 10/30/2006 | ALV | 275.00 | 2.30 | Review documents from Grace's Boca Raton document repository (1.2); review draft Motion to Compel re: settlement documents and discussion of edits (1.1). |
| 10/30/2006 | DBS | 225.00 | 5.50 | Compile and organize documents for attorney review, expert review, and case files. |
| 10/30/2006 | NDF | 580.00 | 4.80 | Telephone conference with Bernick re order on motion to compel (0.5); memo to Grace ACC re motion to compel (0.6); email to Bernick re same (0.5); revise ACC motion to compel in light of WBS comments/Mullady comments (1.5); telephone conference with Martin Dies re case issues (0.5); review letter re x-rays (0.5); email correspondence with Mullady re various case issues (0.7). |
| 10/30/2006 | DKG | 320.00 | 4.00 | Conduct research re district court jurisdiction. |
| 10/31/2006 | DKG | 320.00 | 6.00 | Read and analyze expert reports. |
| 10/31/2006 | WBS | 685.00 | 1.80 | Review FCR comments on draft, e-mail to NDF re them (.3), conference PVNL and NDF re approach to issue, strategy for handling, and revisions to be made to brief (1.5). |
| 10/31/2006 | DBS | 225.00 | 5.60 | Compile and organize documents for attorney review and case files. |
| 10/31/2006 | NDF | 580.00 | 2.10 | Email correspondence re order on motion to compel schedule (0.6); confer with WBS and PVNL re analysis of case issues, ACC motion to compel (1.5). |
| 10/31/2006 | ALV | 275.00 | 4.70 | Review documents from Grace's Boca Raton document repository (3.4); review of Grace's experts past history and publications (1.3). |

**Total Task Code.16        473.00**


**Plan & Disclosure Statement (2.30 Hours; $ 1,556.00)**


| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.50 | $800 | 1,200.00 |
| Jeffrey A. Liesemer | .80 | $445 | 356.00 |

{D0076881.1}

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/04/06 | PVL | 800.00 | 0.10 | Review Peterson and LTC memos. |
| 10/04/06 | JAL | 445.00 | 0.10 | Telephone call w/EI re: appeal of bankruptcy court's exclusivity extension. |
| 10/05/06 | JAL | 445.00 | 0.20 | Review and analysis of draft statement of the issues, to be filed in exclusivity extension appeal. |
| 10/06/06 | JAL | 445.00 | 0.40 | Drafted and revised e-mail to EI and NDF re: issues in exclusivity appeal. |
| 10/10/06 | PVL | 800.00 | 0.60 | Confer Cooney and NDF. |
| 10/13/06 | PVL | 800.00 | 0.20 | Teleconference Kazan. |
| 10/18/06 | PVL | 800.00 | 0.20 | Review LTC memo (.1); review NDF memo (.1). |
| 10/18/06 | JAL | 445.00 | 0.10 | Reviewed memo from EI regarding reorganization issues. |
| 10/19/06 | PVL | 800.00 | 0.40 | Teleconference EI re POR regs. |

**Total Task Code .17       2.30**

**Travel – Non Working (17.40 Hours; $ 3,903.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Walter B. Slocombe | 3.00 | $342.50 | 1,027.50 |
| Nathan D. Finch | 4.40 | $290 | 1,276.00 |
| Danielle K. Graham | 10.00 | $160 | 1,600.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/10/06 | WBS | 342.50 | 3.00 | Travel to/from New York for meeting. |
| 10/10/06 | NDF | 290.00 | 2.00 | Travel to New York for meeting. |

{D0076881.1 }

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 10/11/06 | NDF | 290.00 | 2.40 | Travel back to DC from committee meeting in New York. |
| 10/17/06 | DKG | 160.00 | 4.00 | Travel to West Virginia. |
| 10/18/06 | DKG | 160.00 | 6.00 | Return travel from West Virginia. |

**Total Task Code .21      17.40**


**Fee Auditor Matters (2.00 Hours; $ 960.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.00 | $475.00 | 960.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/30/06 | RCT | 480.00 | 1.00 | Review Initial Fee Auditor report |
| 10/30/06 | RCT | 480.00 | 1.00 | Obtain info for Fee auditor. |

**Total Task Code .32      2.00**

{D0076881.1 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,108.87 |
| Air Freight & Express Mail | 731.56 |
| Charge of Cell and/or Home Phone Useage | 88.85 |
| Conference Meals | 842.09 |
| Database Research | 4,629.57 |
| Long Distance-Equitrac In-House | 11.37 |
| Meals Related to Travel | 120.04 |
| NYO Long Distance Telephone | 496.50 |
| Outside Local Deliveries | 27.27 |
| Outside Photocopying/Duplication Service | 4,335.37 |
| Professional Fees & Expert Witness Fees | 45,914.50 |
| Research Material | 172.24 |
| Telecopier/Equitrac | 32.85 |
| Travel Expenses - Ground Transportation | 190.59 |
| Travel Expenses - Hotel Charges | 752.78 |
| Xeroxing | 1,676.70 |
| **Total:** | **$62,131.15** |

{D0076881.1 }