**EXHIBIT B**

**Asset Analysis and Recovery (2.9 Hours; $ 2,320.00)**

Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the state.

**Total Task Code .01**         **2.9**

**Business Operations (.1 Hours; $ 80.00)**

Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**         **.1**

**Case Administration (38.4 Hours; $ 8,194.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**         **38.4**

**Claim Analysis Objection & Resolution (Asbestos) (12.3 Hours; $ 9,840.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**         **12.3**

**Claim Analysis Objection & Resolution (Non-Asbestos) (.1 Hours; $ 80.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**         **.1**

**Committee, Creditors', Noteholders' or Equity Holders' (4.4 Hours; $ 3,850.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07        4.4**


**Employment Applications, Others (.1 Hours; $ 44.50)**

Services rendered in this category pertain the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10        .1**


**Fee Applications, Applicant (3.7 Hours; $ 1,063.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        3.7**


**Fee Applications, Others (.1 Hours; $ 80.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13        .1**


**Financing (.9 Hours; $ 787.50)**

Services rendered in this category pertain to the additional review of the debtors' executory contracts, DIP financing, financial projections, and other financing issues.

**Total Task Code .14        .9**


**Litigation and Litigation Consulting (473.0 Hours; $ 185,629.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        473.0**

- 3 -

**Plan & Disclosure Statement (2.3 Hours; $ 1,556.00)**

   Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17   2.3**


**Travel Non-Working (17.4 Hours; $ 3,903.50)**

   Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21   17.4**


**Fee Auditor Matters (2.0 Hours; $ 960.00)**

   Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32   2.0**

{D0076882.1 }