## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,108.87 |
| Air Freight & Express Mail | 731.56 |
| Charge of Cell and/or Home Phone Useage | 88.85 |
| Conference Meals | 842.09 |
| Database Research | 4,629.57 |
| Long Distance-Equitrac In-House | 11.37 |
| Meals Related to Travel | 120.04 |
| NYO Long Distance Telephone | 496.50 |
| Outside Local Deliveries | 27.27 |
| Outside Photocopying/Duplication Service | 4,335.37 |
| Professional Fees & Expert Witness Fees | 45,914.50 |
| Research Material | 172.24 |
| Telecopier/Equitrac | 32.85 |
| Travel Expenses - Ground Transportation | 190.59 |
| Travel Expenses - Hotel Charges | 752.78 |
| Xeroxing | 1,676.70 |
| **Total:** | **$62,131.15** |