```
Client Number:   4642            Grace Asbestos Personal Injury Claimants                                           Page:    1
Matter     000                   Disbursements                                                                 11/21/2006
                                                                                                            Print Date/Time:
                                                                                                                 11/21/2006
                                                                                                                 11:01:20AM
Attn:                                                                                                           Invoice #

                                         PREBILL / CONTROL REPORT
                                            Trans Date Range:  1/1/1950  to: 10/31/2006

Matter     000
Disbursements
Bill Cycle:        Monthly          Style:        i1          Start:     4/16/2001
                                                              Last Billed : 10/27/2006                    13,655




    Trust Amount Available

                              Total Expenses Billed To Date         $632,625.37

                                                           Billing Empl:        0120     Elihu  Inselbuch
                                                           Responsible Empl:    0120     Elihu  Inselbuch
                                                           Alternate Empl:      0120     Elihu  Inselbuch
                                                           Originating Empl:    0120     Elihu  Inselbuch




Summary   by Employee                    ---------- A C T U A L ----------     ---------- B I L L I N G----------
Empl      Initials    Name                   Hours             Amount              Hours              Amount

0020      PVL         Peter Van N Lockwood    0.00              353.00              0.00              353.00
0054      WBS         Walter B Slocombe       0.00              207.69              0.00              207.69
0120      EI          Elihu  Inselbuch        0.00              718.66              0.00              718.66
0187      NDF         Nathan D Finch          0.00           47,822.16              0.00           47,822.16
0207      PE          Pam  Elias              0.00               39.40              0.00               39.40
0220      SKL         Suzanne K Lurie         0.00              147.95              0.00              147.95
0232      LK          Lauren  Karastergiou    0.00                3.00              0.00                3.00
0237      SRB         Sidney R Barnes         0.00               41.60              0.00               41.60
0251      JO          Joan  O'Brien           0.00                0.30              0.00                0.30
0308      DBS         David B Smith           0.00            3,162.96              0.00            3,162.96
0310      DKG         Danielle K Graham       0.00              941.42              0.00              941.42
0337      EGB         Erroll G Butts          0.00            1,543.43              0.00            1,543.43
0999      C&D         Caplin &. Drysdale      0.00            7,149.58              0.00            7,149.58
                                              0.00           62,131.15              0.00           62,131.15
Total Fees




Summary   by Employee                    ---------- A C T U A L ----------     ---------- B I L L I N G----------
Empl      Initials    Name                Rate      Hours       Amount          Rate       Hours       Amount
Total Fees




Detail Time / Expense  by  Date                                ---------- A C T U A L ----------     ---------- B I L L I N G----------
TransNo.      Description                  TransType  Trans Date  Work Empl   Rate   Hours    Amount      Rate   Hours    Amount    Cumulative

2006753    Photocopy                          E    10/02/2006    0237   SRB              0.00     $21.70            0.00      $21.70       21.70
```

```
Client Number:   4642                      Grace Asbestos Personal Injury Claimants                                                                              Page:     1

Matter      000                            Disbursements                                                                                                         11/21/2006
                                                                                                                                                             Print Date/Time:
                                                                                                                                                                11/21/2006
                                                                                                                                                                11:01:20AM
Attn:                                                                                                                                                            Invoice #
2006760     Photocopy                                                 E    10/02/2006   0999   C&D       0.00        $21.70        0.00         $21.70            43.40
2006780     Photocopy                                                 E    10/02/2006   0308   DBS       0.00        $13.60        0.00         $13.60            57.00
2006427     Equitrac - Long Distance to 8054993572                    E    10/02/2006   0999   C&D       0.00         $0.60        0.00          $0.60            57.60
2006430     Equitrac - Long Distance to 3024261900                    E    10/02/2006   0999   C&D       0.00         $0.33        0.00          $0.33            57.93
2006504     Equitrac - Long Distance to 2123197125                    E    10/03/2006   0999   C&D       0.00         $0.12        0.00          $0.12            58.05
2006514     Equitrac - Long Distance to 3105819309                    E    10/03/2006   0999   C&D       0.00         $0.27        0.00          $0.27            58.32
2006520     Equitrac - Long Distance to 3024261900                    E    10/03/2006   0999   C&D       0.00         $0.24        0.00          $0.24            58.56
2006894     Photocopy                                                 E    10/03/2006   0220   SKL       0.00         $0.50        0.00          $0.50            59.06
2006899     Photocopy                                                 E    10/03/2006   0999   C&D       0.00         $0.60        0.00          $0.60            59.66
2006903     Photocopy                                                 E    10/03/2006   0308   DBS       0.00        $15.20        0.00         $15.20            74.86
2004671     Federal Express from Alissa Krebs to NDF on 9/15          E    10/03/2006   0187   NDF       0.00        $18.44        0.00         $18.44            93.30
2006324     Petty Cash  PVNL cabs and parking for travel              E    10/04/2006   0020   PVL       0.00        $23.00        0.00         $23.00           116.30
            expenses to Wilmington for hearing on 9/25
2006325     Petty Cash  PVNL meal expense on travel to                E    10/04/2006   0020   PVL       0.00         $4.00        0.00          $4.00           120.30
            Wilmington for hering on 9/25
2007498     Equitrac - Long Distance to 2123199240                    E    10/04/2006   0999   C&D       0.00         $0.08        0.00          $0.08           120.38
2007541     Photocopy                                                 E    10/04/2006   0220   SKL       0.00         $0.10        0.00          $0.10           120.48
2007553     Photocopy                                                 E    10/04/2006   0220   SKL       0.00        $68.30        0.00         $68.30           188.78
2007559     Photocopy                                                 E    10/04/2006   0237   SRB       0.00        $19.90        0.00         $19.90           208.68
2007564     Photocopy                                                 E    10/04/2006   0999   C&D       0.00         $0.40        0.00          $0.40           209.08
2007565     Photocopy                                                 E    10/04/2006   0220   SKL       0.00         $6.10        0.00          $6.10           215.18
2007679     Access Litigation;  Database On Line Hosting              E    10/05/2006   0337   EGB       0.00       $661.47        0.00        $661.47           876.65
2007736     Equitrac - Long Distance to 2123553000                    E    10/05/2006   0999   C&D       0.00         $0.29        0.00          $0.29           876.94
2007783     Photocopy                                                 E    10/05/2006   0220   SKL       0.00         $1.00        0.00          $1.00           877.94
2007847     Photocopy                                                 E    10/05/2006   0220   SKL       0.00        $43.20        0.00         $43.20           921.14
2007933     Lasership to  Kirkland Ellis on 9/22                      E    10/05/2006   0999   C&D       0.00         $7.99        0.00          $7.99           929.13
2007945     Verus Claims Services;  Coding and review of WR           E    10/06/2006   0187   NDF       0.00    $26,847.50        0.00     $26,847.50        27,776.63
            Grace personal injury questionnaires, etc
2007950     Document Tech;  IMG - CD Master and CD copy               E    10/06/2006   0308   DBS       0.00        $47.38        0.00         $47.38        27,824.01
2007952     Laura S. Welch;  Report proceedings and                   E    10/06/2006   0187   NDF       0.00     $3,614.50        0.00      $3,614.50        31,438.51
            attendant expenses
2008066     Photocopy                                                 E    10/06/2006   0999   C&D       0.00        $80.70        0.00         $80.70        31,519.21
2008082     Photocopy                                                 E    10/06/2006   0999   C&D       0.00        $64.50        0.00         $64.50        31,583.71
2008084     Photocopy                                                 E    10/06/2006   0999   C&D       0.00        $31.20        0.00         $31.20        31,614.91
2008087     Photocopy                                                 E    10/06/2006   0020   PVL       0.00         $4.00        0.00          $4.00        31,618.91
2008091     Photocopy                                                 E    10/06/2006   0308   DBS       0.00        $27.60        0.00         $27.60        31,646.51
2008105     Photocopy                                                 E    10/06/2006   0999   C&D       0.00         $8.20        0.00          $8.20        31,654.71
2008124     Photocopy                                                 E    10/06/2006   0308   DBS       0.00         $0.20        0.00          $0.20        31,654.91
2008813     Photocopy                                                 E    10/10/2006   0220   SKL       0.00         $0.20        0.00          $0.20        31,655.11
2008815     Photocopy                                                 E    10/10/2006   0999   C&D       0.00         $2.00        0.00          $2.00        31,657.11
2008838     Photocopy                                                 E    10/10/2006   0999   C&D       0.00        $17.20        0.00         $17.20        31,674.31
2008848     Photocopy                                                 E    10/10/2006   0999   C&D       0.00         $8.60        0.00          $8.60        31,682.91
2008850     Photocopy                                                 E    10/10/2006   0308   DBS       0.00        $19.70        0.00         $19.70        31,702.61
2008872     Photocopy                                                 E    10/10/2006   0999   C&D       0.00       $133.60        0.00        $133.60        31,836.21
2008882     Photocopy                                                 E    10/10/2006   0308   DBS       0.00         $4.40        0.00          $4.40        31,840.61
2008884     Photocopy                                                 E    10/10/2006   0308   DBS       0.00         $0.30        0.00          $0.30        31,840.91
2008885     Photocopy                                                 E    10/10/2006   0999   C&D       0.00        $27.40        0.00         $27.40        31,868.31
2008893     Photocopy                                                 E    10/10/2006   0999   C&D       0.00         $3.10        0.00          $3.10        31,871.41
2008895     Photocopy                                                 E    10/10/2006   0999   C&D       0.00         $1.60        0.00          $1.60        31,873.01
2008901     Photocopy                                                 E    10/10/2006   0308   DBS       0.00         $0.10        0.00          $0.10        31,873.11
2008903     Photocopy                                                 E    10/10/2006   0207   PE        0.00        $39.40        0.00         $39.40        31,912.51
2008911     Photocopy                                                 E    10/10/2006   0308   DBS       0.00         $0.30        0.00          $0.30        31,912.81
2012297     Conference Meals - Carnegue Deli- Bs lunch                E    10/10/2006   0999   C&D       0.00       $158.50        0.00        $158.50        32,071.31
            meeting attended by EI, J. D. Cooney, S Baron, R
            W. Budd, P. Weitz, J D Rice, M Peterson, NDF,
            WBS, TWS, L. Tersigni, S. Plotzky & J Sinclair.
2008968     Photocopy                                                 E    10/11/2006   0220   SKL       0.00         $1.40        0.00          $1.40        32,072.71
2009061     Photocopy                                                 E    10/11/2006   0308   DBS       0.00         $0.30        0.00          $0.30        32,073.01
2008496     Document Tech;  B Work - light litigation                 E    10/11/2006   0308   DBS       0.00     $1,007.22        0.00      $1,007.22        33,080.23
2008497     Document Tech;  Scanning C work - Med Lit                 E    10/11/2006   0308   DBS       0.00       $183.19        0.00        $183.19        33,263.42
2008498     Document Tech; Video/DVD duplication                      E    10/11/2006   0308   DBS       0.00        $63.45        0.00         $63.45        33,326.87
2008519     Federal Express to Katie Hemming from EI on 9/25          E    10/11/2006   0120   EI        0.00         $3.95        0.00          $3.95        33,330.82
2008536     Federal Express to NDF from Richard Leiman on             E    10/11/2006   0999   C&D       0.00        $52.14        0.00         $52.14        33,382.96
            9./22 and to ALV from Barry Castleman on 9/27
2008542     Federal Express to Mark Peterson from NDF on 9/22         E    10/11/2006   0187   NDF       0.00        $27.75        0.00         $27.75        33,410.71
2008560     Access Litigation;  Monthly FYI hosting for               E    10/11/2006   0337   EGB       0.00       $881.96        0.00        $881.96        34,292.67
            Sept; On line review; Hosting Title: WR Grace
2008562     Materials Analytical Services;  2 MAS Expert              E    10/11/2006   0187   NDF       0.00    $14,500.00        0.00     $14,500.00        48,792.67
            Reports
2009353     Equitrac - Long Distance to 2123199240                    E    10/12/2006   0999   C&D       0.00         $0.59        0.00          $0.59        48,793.26
2009374     Equitrac - Long Distance to 3105819309                    E    10/12/2006   0999   C&D       0.00         $0.34        0.00          $0.34        48,793.60
2009453     Photocopy                                                 E    10/12/2006   0308   DBS       0.00         $1.70        0.00          $1.70        48,795.30
```

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 11/21/2006 |
| | | | | | | | | | Print Date/Time: |
| | | | | | | | | | 11/21/2006 |
| | | | | | | | | | 11:01:20AM |
| Attn: | | | | | | | | | Invoice # |
| 2009459 | Photocopy | | E | 10/12/2006 | 0308 | DBS | 0.00 | $6.70 | 0.00 | $6.70 | 48,802.00 |
| 2009473 | Photocopy | | E | 10/12/2006 | 0999 | C&D | 0.00 | $95.10 | 0.00 | $95.10 | 48,897.10 |
| 2009510 | Photocopy | | E | 10/12/2006 | 0232 | LK | 0.00 | $1.20 | 0.00 | $1.20 | 48,898.30 |
| 2009697 | Equitrac - Long Distance to 2123197125 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 48,898.36 |
| 2009728 | Equitrac - Long Distance to 8054993572 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.43 | 0.00 | $0.43 | 48,898.79 |
| 2009811 | Photocopy | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 48,899.59 |
| 2009813 | Photocopy | | E | 10/13/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 48,899.69 |
| 2009814 | Photocopy | | E | 10/13/2006 | 0220 | SKL | 0.00 | $10.40 | 0.00 | $10.40 | 48,910.09 |
| 2009817 | Photocopy | | E | 10/13/2006 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 48,910.29 |
| 2009822 | Photocopy | | E | 10/13/2006 | 0999 | C&D | 0.00 | $26.20 | 0.00 | $26.20 | 48,936.49 |
| 2009841 | Photocopy | | E | 10/13/2006 | 0308 | DBS | 0.00 | $10.90 | 0.00 | $10.90 | 48,947.39 |
| 2009853 | Photocopy | | E | 10/13/2006 | 0308 | DBS | 0.00 | $10.70 | 0.00 | $10.70 | 48,958.09 |
| 2009854 | Photocopy | | E | 10/13/2006 | 0999 | C&D | 0.00 | $77.00 | 0.00 | $77.00 | 49,035.09 |
| 2009866 | Photocopy | | E | 10/13/2006 | 0999 | C&D | 0.00 | $166.90 | 0.00 | $166.90 | 49,201.99 |
| 2009869 | Photocopy | | E | 10/13/2006 | 0251 | JO | 0.00 | $0.20 | 0.00 | $0.20 | 49,202.19 |
| 2009879 | Photocopy | | E | 10/13/2006 | 0308 | DBS | 0.00 | $7.70 | 0.00 | $7.70 | 49,209.89 |
| 2009896 | Photocopy | | E | 10/13/2006 | 0308 | DBS | 0.00 | $0.40 | 0.00 | $0.40 | 49,210.29 |
| 2009897 | Photocopy | | E | 10/13/2006 | 0308 | DBS | 0.00 | $0.40 | 0.00 | $0.40 | 49,210.69 |
| 2009902 | Fax Transmission to 512145201181 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 49,210.99 |
| 2009905 | Fax Transmission to 517136501400 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 49,211.14 |
| 2009906 | Fax Transmission to 513125516759 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 49,211.59 |
| 2009908 | Fax Transmission to 518432169290 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 49,212.04 |
| 2009910 | Fax Transmission to 514067527124 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 49,212.49 |
| 2009913 | Fax Transmission to 513026565875 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 49,212.94 |
| 2009914 | Fax Transmission to 515108354913 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 49,213.39 |
| 2009917 | Fax Transmission to 512165750799 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 49,213.84 |
| 2009919 | Fax Transmission to 513053796222 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 49,214.29 |
| 2009920 | Fax Transmission to 514124718308 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 49,214.74 |
| 2009923 | Fax Transmission to 512123440994 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 49,215.19 |
| 2009924 | Fax Transmission to 513024269947 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 49,215.34 |
| 2009926 | Fax Transmission to 514122615066 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 49,215.49 |
| 2009928 | Fax Transmission to 518432169450 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 49,215.94 |
| 2009930 | Fax Transmission to 512145201181 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 49,216.09 |
| 2009931 | Fax Transmission to 512148248100 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 49,216.54 |
| 2009933 | Fax Transmission to 517136501400 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 49,216.84 |
| 2009935 | Fax Transmission to 514122615066 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 49,217.14 |
| 2009938 | Fax Transmission to 513024269947 | | E | 10/13/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 49,217.44 |
| 2010012 | Photocopy | | E | 10/16/2006 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 49,218.24 |
| 2010029 | Photocopy | | E | 10/16/2006 | 0999 | C&D | 0.00 | $370.00 | 0.00 | $370.00 | 49,588.24 |
| 2010031 | Photocopy | | E | 10/16/2006 | 0999 | C&D | 0.00 | $39.40 | 0.00 | $39.40 | 49,627.64 |
| 2010055 | Photocopy | | E | 10/16/2006 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 49,627.84 |
| 2010056 | Photocopy | | E | 10/16/2006 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 49,629.64 |
| 2010065 | Photocopy | | E | 10/16/2006 | 0310 | DKG | 0.00 | $6.00 | 0.00 | $6.00 | 49,635.64 |
| 2010066 | Photocopy | | E | 10/16/2006 | 0310 | DKG | 0.00 | $2.50 | 0.00 | $2.50 | 49,638.14 |
| 2010071 | Photocopy | | E | 10/16/2006 | 0999 | C&D | 0.00 | $5.20 | 0.00 | $5.20 | 49,643.34 |
| 2010084 | Photocopy | | E | 10/16/2006 | 0310 | DKG | 0.00 | $47.40 | 0.00 | $47.40 | 49,690.74 |
| 2010092 | Photocopy | | E | 10/16/2006 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 49,690.84 |
| 2009763 | Equitrac - Long Distance to 2145213605 | | E | 10/16/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 49,690.90 |
| 2009766 | Equitrac - Long Distance to 2125585500 | | E | 10/16/2006 | 0999 | C&D | 0.00 | $0.56 | 0.00 | $0.56 | 49,691.46 |
| 2009767 | Equitrac - Long Distance to 8054993572 | | E | 10/16/2006 | 0999 | C&D | 0.00 | $0.77 | 0.00 | $0.77 | 49,692.23 |
| 2009778 | Equitrac - Long Distance to 3043434440 | | E | 10/16/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 49,692.28 |
| 2009780 | Equitrac - Long Distance to 3122366166 | | E | 10/16/2006 | 0999 | C&D | 0.00 | $0.56 | 0.00 | $0.56 | 49,692.84 |
| 2009784 | Equitrac - Long Distance to 4106492000 | | E | 10/16/2006 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 49,692.91 |
| 2009665 | NDF; Travel expenses to NYC for meeting on 10/10-11 for breakfast | | E | 10/16/2006 | 0187 | NDF | 0.00 | $13.00 | 0.00 | $13.00 | 49,705.91 |
| 2009666 | NDF; Travel expenses to NYC for meeting on 10/10-11 for DoubleTree hotel | | E | 10/16/2006 | 0187 | NDF | 0.00 | $557.90 | 0.00 | $557.90 | 50,263.81 |
| 2009667 | NDF; Travel expenses to NYC for meeting on 10/10-11 for cabs | | E | 10/16/2006 | 0187 | NDF | 0.00 | $71.10 | 0.00 | $71.10 | 50,334.91 |
| 2009668 | EI; Dinner mtg of major reps G-I Holding &W.R. Grace following mtg at C&D NY ofc on 10/10 (dinner split between 4642 and 5078) w/Cooney, Budd, Baron, Weitz, Rice, Wallace, Mrs. Inselbuch, PVNL, NDF (food $1065.00; tax $89.18; gratuity $213.00) | | E | 10/16/2006 | 0120 | EI | 0.00 | $683.59 | 0.00 | $683.59 | 51,018.50 |
| 2011046 | Equitrac - Long Distance to 2147296265 | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 51,018.66 |
| 2011076 | Equitrac - Long Distance to 2166218484 | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 51,018.73 |
| 2011087 | Equitrac - Long Distance to 8054993572 | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.31 | 0.00 | $0.31 | 51,019.04 |
| 2011255 | Photocopy | | E | 10/17/2006 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 51,019.24 |
| 2011304 | Photocopy | | E | 10/17/2006 | 0232 | LK | 0.00 | $1.20 | 0.00 | $1.20 | 51,020.44 |
| 2011305 | Photocopy | | E | 10/17/2006 | 0308 | DBS | 0.00 | $2.30 | 0.00 | $2.30 | 51,022.74 |
| 2011337 | Fax Transmission to 13016521637 | | E | 10/17/2006 | 0999 | C&D | 0.00 | $3.60 | 0.00 | $3.60 | 51,026.34 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | Disbursements | | | | | | | | 11/21/2006 |
| | | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | | 11/21/2006 |
| | | | | | | | | | | | 11:01:20AM |
| Attn: | | | | | | | | | | | Invoice # |
| 2011338 | Fax Transmission to 512145201181 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 51,027.24 |
| 2011339 | Fax Transmission to 517136501400 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 51,028.14 |
| 2011340 | Fax Transmission to 513125516759 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 51,029.04 |
| 2011341 | Fax Transmission to 518432169290 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 51,029.94 |
| 2011342 | Fax Transmission to 514067527124 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 51,030.84 |
| 2011343 | Fax Transmission to 513026565875 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 51,031.74 |
| 2011344 | Fax Transmission to 515108354913 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 51,032.64 |
| 2011345 | Fax Transmission to 512165750799 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 51,033.54 |
| 2011346 | Fax Transmission to 513053796222 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 51,034.44 |
| 2011347 | Fax Transmission to 512123440994 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 51,035.34 |
| 2011348 | Fax Transmission to 513024269947 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 51,036.24 |
| 2011349 | Fax Transmission to 514122615066 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 51,036.39 |
| 2011350 | Fax Transmission to 518432169450 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 51,036.54 |
| 2011351 | Fax Transmission to 512148248100 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 51,037.44 |
| 2011352 | Fax Transmission to 514124718308 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 51,038.34 |
| 2011353 | Fax Transmission to 514122615066 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 51,039.09 |
| 2011354 | Fax Transmission to 518432169450 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 51,039.84 |
| 2010653 | Pacer Service Center usage July thru Sept 2006 | | | E | 10/17/2006 | 0999 | C&D | 0.00 | $169.20 | 0.00 | $169.20 | 51,209.04 |
| 2010665 | ADA Trave Coach fare for WBS Portland, Maine to NYC to DC on 10/10 (split between 4642, 5078, 5091) | | | E | 10/17/2006 | 0054 | WBS | 0.00 | $144.86 | 0.00 | $144.86 | 51,353.90 |
| 2010667 | ADA Travel coach fare for NDF to NYC on 10/10 | | | E | 10/17/2006 | 0187 | NDF | 0.00 | $641.10 | 0.00 | $641.10 | 51,995.00 |
| 2010668 | ADA Travel Agency fee on NDF 10/10 travel to NYC | | | E | 10/17/2006 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 52,035.00 |
| 2010684 | ADA Trave Coach fare for WBS Portland, Maine to NYC to DC on 10/10 (split between 4642, 5078, 5091) (agency fee) | | | E | 10/17/2006 | 0054 | WBS | 0.00 | $13.34 | 0.00 | $13.34 | 52,048.34 |
| 2010843 | Premiere Global Services for Ready Conf Calls by NDF | | | E | 10/18/2006 | 0187 | NDF | 0.00 | $88.85 | 0.00 | $88.85 | 52,137.19 |
| 2010848 | Federal Express to Mark Hurford from DBS and to NDF from Bill Moore on 10/5 | | | E | 10/18/2006 | 0187 | NDF | 0.00 | $42.55 | 0.00 | $42.55 | 52,179.74 |
| 2010875 | Lasership, Inc. to Orrick Herrington on 10/13 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $19.28 | 0.00 | $19.28 | 52,199.02 |
| 2011424 | Photocopy | | | E | 10/18/2006 | 0220 | SKL | 0.00 | $4.30 | 0.00 | $4.30 | 52,203.32 |
| 2011460 | Photocopy | | | E | 10/18/2006 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 52,203.92 |
| 2011495 | Fax Transmission to 512145201181 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 52,204.52 |
| 2011496 | Fax Transmission to 512148248100 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 52,205.12 |
| 2011497 | Fax Transmission to 517136501400 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 52,205.72 |
| 2011498 | Fax Transmission to 513125516759 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 52,206.32 |
| 2011499 | Fax Transmission to 518432169290 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 52,206.92 |
| 2011500 | Fax Transmission to 514067527124 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 52,207.52 |
| 2011501 | Fax Transmission to 513026565875 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 52,208.12 |
| 2011502 | Fax Transmission to 515108354913 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 52,208.72 |
| 2011503 | Fax Transmission to 512165750799 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 52,209.32 |
| 2011504 | Fax Transmission to 513053796222 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 52,209.92 |
| 2011505 | Fax Transmission to 514124718308 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 52,210.52 |
| 2011506 | Fax Transmission to 512123440994 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 52,211.12 |
| 2011507 | Fax Transmission to 513024269947 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 52,211.72 |
| 2011508 | Fax Transmission to 514122615066 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 52,212.32 |
| 2011509 | Fax Transmission to 518432169450 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 52,212.92 |
| 2011110 | Equitrac - Long Distance to 6184067489 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.19 | 0.00 | $0.19 | 52,213.11 |
| 2011132 | Equitrac - Long Distance to 9174450518 | | | E | 10/18/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 52,213.16 |
| 2011173 | Equitrac - Long Distance to 3024261900 | | | E | 10/19/2006 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 52,214.16 |
| 2011870 | Federall Express to John Cooney from EI on 10/11 | | | E | 10/20/2006 | 0120 | EI | 0.00 | $28.08 | 0.00 | $28.08 | 52,242.24 |
| 2011877 | Pacer Service Center; Third quarter usage 7/1/06-9/30/06 | | | E | 10/20/2006 | 0120 | EI | 0.00 | $3.04 | 0.00 | $3.04 | 52,245.28 |
| 2011890 | Equitrac - Long Distance to 2145213605 | | | E | 10/20/2006 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 52,245.38 |
| 2011896 | Equitrac - Long Distance to 2147296265 | | | E | 10/20/2006 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 52,245.78 |
| 2012015 | Photocopy | | | E | 10/20/2006 | 0308 | DBS | 0.00 | $4.90 | 0.00 | $4.90 | 52,250.68 |
| 2012017 | Photocopy | | | E | 10/20/2006 | 0308 | DBS | 0.00 | $7.30 | 0.00 | $7.30 | 52,257.98 |
| 2012030 | Photocopy | | | E | 10/20/2006 | 0308 | DBS | 0.00 | $0.30 | 0.00 | $0.30 | 52,258.28 |
| 2012101 | Equitrac - Long Distance to 2134893939 | | | E | 10/23/2006 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 52,258.39 |
| 2012144 | Equitrac - Long Distance to 8054993572 | | | E | 10/23/2006 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 52,258.57 |
| 2012171 | Photocopy | | | E | 10/23/2006 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 52,258.77 |
| 2012172 | Photocopy | | | E | 10/23/2006 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 52,258.97 |
| 2012173 | Photocopy | | | E | 10/23/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 52,259.07 |
| 2012312 | DKG; Travel expenses to Charleston, WV for deposition on 10/18 for meals | | | E | 10/24/2006 | 0310 | DKG | 0.00 | $97.04 | 0.00 | $97.04 | 52,356.11 |
| 2012313 | DKG; Travel expenses to Charleston, WV for deposition on 10/18 fee for change in flight (deposition lasted longer than expected) | | | E | 10/24/2006 | 0310 | DKG | 0.00 | $50.00 | 0.00 | $50.00 | 52,406.11 |
| 2012314 | DKG; Travel expenses to Charleston, WV for deposition on 10/18 for Marriott Charleston hotel | | | E | 10/24/2006 | 0310 | DKG | 0.00 | $194.88 | 0.00 | $194.88 | 52,600.99 |
| 2012315 | DKG; Travel expenses to Charleston, WV for | | | E | 10/24/2006 | 0310 | DKG | 0.00 | $33.00 | 0.00 | $33.00 | 52,633.99 |

```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                                                    Page:   1

Matter     000                          Disbursements                                                                                         11/21/2006
                                                                                                                                        Print Date/Time:
                                                                                                                                             11/21/2006
                                                                                                                                            11:01:20AM
Attn:                                                                                                                                        Invoice #
           deposition on 10/18 for cabs
2012317    NDF;  Difference in train fare  for later train    E  10/24/2006   0187   NDF      0.00        $20.97      0.00      $20.97    52,654.96
           due to hearing running late on 9/25 travel to
           Wilmington
2012837    Equitrac - Long Distance to 2123197125             E  10/24/2006   0999   C&D      0.00         $0.31      0.00       $0.31    52,655.27
2012843    Equitrac - Long Distance to 2039791256             E  10/24/2006   0999   C&D      0.00         $0.05      0.00       $0.05    52,655.32
2012846    Equitrac - Long Distance to 3024261900             E  10/24/2006   0999   C&D      0.00         $0.38      0.00       $0.38    52,655.70
2012886    Photocopy                                          E  10/24/2006   0999   C&D      0.00         $3.20      0.00       $3.20    52,658.90
2012897    Photocopy                                          E  10/24/2006   0308   DBS      0.00         $8.40      0.00       $8.40    52,667.30
2012900    Photocopy                                          E  10/24/2006   0220   SKL      0.00         $0.20      0.00       $0.20    52,667.50
2012938    Photocopy                                          E  10/24/2006   0308   DBS      0.00         $2.80      0.00       $2.80    52,670.30
2013046    Federal Express to Mark Hurford and Mark           E  10/25/2006   0308   DBS      0.00       $202.92      0.00     $202.92    52,873.22
           Peterson from DBR on 10/10-11
2013058    NDF;  Travel expenses to Wilmington for meeting    E  10/25/2006   0187   NDF      0.00         $6.00      0.00       $6.00    52,879.22
           at Campbell & Levine on 10/23 for meals
2013059    NDF;  Travel expenses to Wilmington for meeting    E  10/25/2006   0187   NDF      0.00        $47.00      0.00      $47.00    52,926.22
           at Campbell & Levine on 10/23
2013060    Document Tech;  B Work - Light litigation          E  10/25/2006   0308   DBS      0.00       $129.33      0.00     $129.33    53,055.55
2013061    Document Tech;  B work - light litigation          E  10/25/2006   0308   DBS      0.00       $620.28      0.00     $620.28    53,675.83
2013062    Document Tech;  B Work - light litigation          E  10/25/2006   0308   DBS      0.00       $244.97      0.00     $244.97    53,920.80
2013070    Equitrac - Long Distance to 2123199240             E  10/25/2006   0999   C&D      0.00         $0.21      0.00       $0.21    53,921.01
2013108    Equitrac - Long Distance to 8054993572             E  10/25/2006   0999   C&D      0.00         $0.53      0.00       $0.53    53,921.54
2013146    Photocopy                                          E  10/25/2006   0308   DBS      0.00        $21.80      0.00      $21.80    53,943.34
2013162    Photocopy                                          E  10/25/2006   0999   C&D      0.00         $8.00      0.00       $8.00    53,951.34
2014138    Equitrac - Long Distance to 2123197125             E  10/26/2006   0999   C&D      0.00         $0.31      0.00       $0.31    53,951.65
2014152    Equitrac - Long Distance to 2157727354             E  10/26/2006   0999   C&D      0.00         $0.53      0.00       $0.53    53,952.18
2014153    Equitrac - Long Distance to 8054993572             E  10/26/2006   0999   C&D      0.00         $0.17      0.00       $0.17    53,952.35
2014256    Photocopy                                          E  10/26/2006   0999   C&D      0.00         $7.00      0.00       $7.00    53,959.35
2014343    Photocopy                                          E  10/27/2006   0251   JO       0.00         $0.10      0.00       $0.10    53,959.45
2014021    Document Tech;  Blowbacks - assembly               E  10/27/2006   0308   DBS      0.00       $210.06      0.00     $210.06    54,169.51
2014022    Document Tech;  CD and DVD duplication             E  10/27/2006   0308   DBS      0.00        $52.88      0.00      $52.88    54,222.39
2014458    Database Research/Lexis Charges for                E  10/30/2006   0999   C&D      0.00        $87.78      0.00      $87.78    54,310.17
           9/27/06-10/24/06 By: DBS 10/16
2014459    Database Research/Lexis Charges for                E  10/30/2006   0999   C&D      0.00         $3.47      0.00       $3.47    54,313.64
           9/27/06-10/24/06 By: WBS 10/17
2014835    Gobbell Hays Partners;  Professional services      E  10/30/2006   0187   NDF      0.00       $952.50      0.00     $952.50    55,266.14
           for September
2014842    Federal Express to Dan Relles, William Longo,      E  10/30/2006   0999   C&D      0.00       $383.81      0.00     $383.81    55,649.95
           Samuel Hammar, Laura Welch, Steve Hays, Stephen
           Snyder from DBS and NDF on 10/13
2016131    Equitrac - Long Distance to 5124764394             E  10/30/2006   0999   C&D      0.00         $0.89      0.00       $0.89    55,650.84
2016218    Photocopy                                          E  10/30/2006   0999   C&D      0.00         $4.05      0.00       $4.05    55,654.89
2016219    Photocopy                                          E  10/30/2006   0220   SKL      0.00         $0.15      0.00       $0.15    55,655.04
2016242    Photocopy                                          E  10/30/2006   0220   SKL      0.00         $0.45      0.00       $0.45    55,655.49
2016452    Photocopy                                          E  10/31/2006   0220   SKL      0.00        $10.65      0.00      $10.65    55,666.14
2016542    NYO Long Distance Telephone for 9/1/06-9/30/06:    E  10/31/2006   0999   C&D      0.00       $496.50      0.00     $496.50    56,162.64
           Conf. Call on 9/7
2018329    ADA Travel   Penalty on WBS 10/10 travel from      E  10/31/2006   0054   WBS      0.00        $33.00      0.00      $33.00    56,195.64
           New York (split with 5078, 5091, 4642)
2018642    NYO color coping for October                       E  10/31/2006   0999   C&D      0.00        $10.00      0.00      $10.00    56,205.64
2019098    Database Research - Westlaw by DKG on 10/16 & 30   E  10/31/2006   0999   C&D      0.00       $311.94      0.00     $311.94    56,517.58
2019099    Database Research - Westlaw by WBS on 10/16 -17    E  10/31/2006   0999   C&D      0.00       $353.55      0.00     $353.55    56,871.13
2019100    Database Research - Westlaw by DBS/NR on 10/12-13  E  10/31/2006   0999   C&D      0.00     $2,156.71      0.00   $2,156.71    59,027.84
2019101    Database Research - Westlaw by NR on 10/13         E  10/31/2006   0999   C&D      0.00        $87.70      0.00      $87.70    59,115.54
2019102    Database Research - Westlaw by DBS on 10/12        E  10/31/2006   0999   C&D      0.00     $1,590.10      0.00   $1,590.10    60,705.64
2019103    Database Research - Westlaw by NDF on 10/20        E  10/31/2006   0999   C&D      0.00         $9.97      0.00       $9.97    60,715.61
2019151    Database Research - Westlaw by DBS/MLR on 10/16    E  10/31/2006   0999   C&D      0.00        $28.35      0.00      $28.35    60,743.96
2015368    Air Freight & Express Mail - FedEx Refund due to   E  10/31/2006   0999   C&D      0.00       -$28.08      0.00     -$28.08    60,715.88
           service failure
2015372    ADA Travel   Coach fare travel for DKG to          E  10/31/2006   0310   DKG      0.00       $470.60      0.00     $470.60    61,186.48
           Charleston, WV on 10/17
2015373    ADA Travel   Coach fare travel for DKG to          E  10/31/2006   0310   DKG      0.00        $40.00      0.00      $40.00    61,226.48
           Charleston, WV on 10/17  (agency fee)
2015374    ADA Travel   10/23 travel for NDF to Wilington     E  10/31/2006   0187   NDF      0.00       $293.00      0.00     $293.00    61,519.48
           (business class 183.00)
2015375    ADA Travel   Agency fee on  10/23 travel for NDF   E  10/31/2006   0187   NDF      0.00        $40.00      0.00      $40.00    61,559.48
           to Wilington  (business class 183.00)
2015384    ADA Travel   PVNL travel to Wilmington on 10/23    E  10/31/2006   0020   PVL      0.00       $282.00      0.00     $282.00    61,841.48
           (business class 172.00)
2015385    ADA Travel   Agency fee on  PVNL travel to         E  10/31/2006   0020   PVL      0.00        $40.00      0.00      $40.00    61,881.48
           Wilmington on 10/23 (business class 172.00)
2015389    Charge & Ride service for WBS in NYC on            E  10/31/2006   0054   WBS      0.00        $16.49      0.00      $16.49    61,897.97
```

```
Client Number:  4642            Grace Asbestos Personal Injury Claimants                                                    Page:  1
Matter     000                  Disbursements                                                                        11/21/2006
                                                                                                                  Print Date/Time:
                                                                                                                       11/21/2006
                                                                                                                       11:01:20AM
Attn:                                                                                                                   Invoice #
             10/10(split between 4642, 5078, 5091)
2015395   Document Tech;  Color copies                   E   10/31/2006   0308   DBS        0.00       $233.18       0.00      $233.18    62,131.15
Total Expenses                                                                              0.00    $62,131.15       0.00   $62,131.15


             Matter Total Fees                                                                            0.00                    0.00


             Matter Total Expenses                                                                   62,131.15               62,131.15


             Matter Total                                                                   0.00     62,131.15       0.00    62,131.15



             Prebill Total Fees


             Prebill Total Expenses                                                                 $62,131.15              $62,131.15


             Prebill Total                                                                  0.00    $62,131.15       0.00   $62,131.15
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 141,843.50 | 250.00 |
| 51,687 | 10/31/2005 | 74,385.75 | 3,337.50 |
| 52,667 | 01/30/2006 | 160,926.00 | 342.00 |
| 53,663 | 04/27/2006 | 167,844.00 | 395.00 |
| 54,090 | 05/26/2006 | 94,451.50 | 18,890.30 |
| 54,510 | 06/29/2006 | 76,073.00 | 15,214.60 |
| 54,760 | 07/26/2006 | 167,407.25 | 33,481.45 |
| 55,191 | 08/30/2006 | 139,645.00 | 27,929.00 |
| 55,509 | 09/29/2006 | 182,175.98 | 182,175.98 |
| 55,871 | 10/27/2006 | 257,650.05 | 257,650.05 |
|  |  | 1,674,208.78 | 545,026.67 |