IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a |
| | ) | Reorganization under |
| W.R. Grace & Co., et al., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No.: 01-1139-JKF |

**Hearing Date: December 5, 2006 at 1:00**

### HARTLEY & O'BRIEN, PLLC'S RESPONSE AND OBJECTION TO DEBTORS MOTION TO COMPEL

TO: Debtors filing motion to compel on November 11, 2006.

Come now Asbestos Personal Injury Claimants represented by Hartley & O'Brien, PLLC and hereby object to Debtors' Motion to Compel, and incorporate the responses and objections filed by Provost Umphrey LLP and The Law Offices of Peter G. Angelos, P.C.[1] To the extent that Hartley & O'Brien claimant are required to supplement the questionnaires as ordered by this Court, the Claimants will provide the supplementation on or before January 12, 2007.

Dated: November 29, 2007

Respectfully Submitted,

R. Dean Hartley, Esq., (WVSB No. 1619)
HARTLEY & O'BRIEN, PLLC
The Wagner Building, Suite 600
2001 Main Street
Wheeling, WV 26003
(304) 233-0777
(304) 233-0774 [fax]

---

1 The Plaintiffs additionally incorporate any objections to the questionnaire previously filed by Motley Rice.