## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.** | § | **Case No. 01-1139 (JKF)** |
| | § | **(Jointly Administered)** |
| **Debtors** | § | **Hearing Date: December 5, 2006** |

### [PROPOSED] ORDER ON PRODUCTION OF CERTAIN CHEST X-RAYS

After considering the failure by the parties to reach an agreement on the protocol concerning the production of chest x-rays of Claimants with malignancies other than mesothelioma, the pleadings, the responses, the affidavits, and other evidence, it is ORDERED as follows:

1.      Each Claimant alleging that he or she has an asbestos-related cancer, other than mesothelioma, must provide a copy of the original chest x-rays that serves as the basis for the contention that Claimant's cancer is related to asbestos exposure.

2.      Upon request by Debtors, each Claimant shall permit inspection by Debtors of the original chest x-rays that serves as the basis for the contention that Claimant's cancer is related to asbestos exposure. That inspection shall occur at a reasonable time at either the current location of the original chest x-rays or at the offices of the counsel representing the Claimant.

IT IS SO ORDERED

_____
JUDITH K. FITZGERALD
United States Bankruptcy Judge