# EXHIBIT 2

# Remedium

J. David Tucker
Project Manager

Remedium Group, Inc.
A Subsidiary of W. R. Grace & Co.
6401 Poplar Avenue, Suite 301
Memphis, TN 38119-4840

Tel: (901) 820-2027
Fax: (901) 820-2061
E-mail: David.Tucker@grace.com

July 1, 2002

Via fax: (281) 351-9441/ USPS

Terry Casey
Efficasey Environmental, LLC
14015 Park Drive, Suite 109
Tomball, TX 77375

Subject: Former Acme Tool Properties

Dear Mr. Casey:

This letter serves to notify NL Industries that effective August 1, 2002, Grace will not be able to participate further in environmental remedial activities, or to share future remediation costs, at any of the 39 sites listed in Section II.A. of the Mutual Release and Settlement Agreement, which Homco (Grace) and NL Industries entered into on October 19, 1993. The listed sites include the one at Odessa, Texas, presently owned by Bridges Equipment Company, and the one associated with the Kalkaska, Michigan facility now owned by Weatherford International.

Grace is forced to withdraw from work at the sites due to NL's refusal to pay its share of past costs, as required by the Settlement Agreement, and Grace's inability to bear the entire burden of remediation costs due to our present bankruptcy. On April 2, 2001 Grace and certain of its affiliates filed for reorganization in Wilmington, Delaware under Chapter 11 of the United States Bankruptcy Code. The Court recently set March 31, 2003 as the Bar Date by which all persons who have non-asbestos claims against Grace must file Proofs of Claim or be forever barred from asserting such claims against Grace.

Prior to August 1, Grace will begin notifying state regulators, property owners and other parties with interest in continuing remedial activities at Odessa and Kalkaska that NL Industries, as former owner of the properties, will be responsible after August 1.

Remedium will assist NL, if requested, to meet with agencies or property owners to explain the transition of the projects to NL management. Remedium

will advise its contractors, ENSR International and Harding ESE, that they have Grace authorization to continue working under NL management, if NL desires, and may share with NL any project related information in the contractors' files. Remedium will also freely provide copies of any documents specifically requested and will make ourselves available to discuss aspects of the past remediation work.

Yours truly,

J. David Tucker
Project Manager

Cc:  Mr. Marcus Martin, Highland Environmental Management, Fax: (303) 442-3951
Christopher B. Amandes, Esq. Vinson & Elkins
Robert A. Emmett, Esq.
Robert J. Medler