# EXHIBIT 3

# Remedium

July 3, 2002

*Via Fax & USPS*

J. David Tucker
Project Manager

**Remedium Group, Inc.**
**A Subsidiary of W. R. Grace & Co.**
6401 Poplar Avenue, Suite 301
Memphis, TN 38119-4840

Tel: (901) 820-2027
Fax: (901) 820-2061
E-mail: David.Tucker@grace.com

Mr. Rowan E. Smith
Michigan Department of Environmental Quality
Environmental Response Division
2100 West M-32
P.O. Box 1830
Gaylord, Michigan 49735

Subject:   Former Homco Facility
Kalkaska, Michigan

Dear Mr. Smith:

This letter is to notify MDEQ that effective August 1, 2002, W. R. Grace & Co. (Grace) will not be able to participate further in environmental remediation activities at the Kalkaska Site. Grace and certain of its affiliates filed for reorganization on April 2, 2001 in Wilmington, Delaware under Chapter 11 of the United States Bankruptcy Code.

The reorganization resulted from a sharply increasing number of asbestos claims filed against Grace. The Chapter 11 process should enable Grace to achieve predictability and fairness in the claims settlement process through a single court proceeding. The Court recently set March 31, 2003 as the Bar Date by which all persons who have non-asbestos claims against Grace must file Proofs of Claim or be forever barred from asserting such claims against Grace.

As regards the Kalkaska site, we anticipate that after August 1 the work that Grace has been performing will be continued without interruption by NL Industries, Inc. NL Industries owned and operated the facility prior to Grace and is presently represented by:

Mr. Terry S. Casey
Efficasey Environmental, LLC
14015 Park Drive, Suite 109
Tomball, TX 77375
Ph. (281) 351-9441; Fax. (281) 351-9447
Email: *tscasey_cay@msn.com*

     We regret that the Chapter 11 status precludes Grace from participating further at the Site and appreciate your understanding.

Yours truly,

J. David Tucker
Project Manager

Cc: Charles Barbieri, Esq., Foster, Swift, Collins & Smith, PC
Terry S Casey, Efficasey Environmental, LLC
Robert A. Emmett, Esq., Grace, Senior Environmental Counsel
Robert J. Medler, Remedium Group, Director
Scott Robinson, Weatherford International, Inc.
Peter Neithercut, Harding ESE