# EXHIBIT 4

# Remedium

J. David Tucker
Project Manager

**Remedium Group, Inc.**
**A Subsidiary of W. R. Grace & Co.**
6401 Poplar Avenue, Suite 301
Memphis, TN 38119-4840

July 3, 2002

Tel: (901) 820-2027
Fax: (901) 820-2061
E-mail: David.Tucker@grace.com

*Via fax & USPS*

Ms. Catherine Y. Liu, PhD
Project Manager
Corrective Action Section
Texas Natural Resource Conservation Commission
12100 Park 35 Circle
Building D, MC-127
Austin, Texas 78753

> Subject: 2122 Maurice Road, Odessa, Ector County, Texas
> TNRCC Solid Waste Registration No. 52075
> EPA ID No. TXD988033171

Dear Ms. Liu:

This letter is to notify TNRCC that effective August 1, 2002, W. R. Grace & Co. (Grace) will not be able to participate further in environmental remediation activities at the Odessa Site. Grace and certain of its affiliates filed for reorganization on April 2, 2001 in Wilmington, Delaware under Chapter 11 of the United States Bankruptcy Code.

The reorganization resulted from a sharply increasing number of asbestos claims filed against Grace. The Chapter 11 process should enable Grace to achieve predictability and fairness in the claims settlement process through a single court proceeding. The Court recently set March 31, 2003 as the Bar Date by which all persons who have non-asbestos claims against Grace must file Proofs of Claim or be forever barred from asserting such claims against Grace.

As regards the Odessa site, we anticipate that after August 1 the work that Grace has been performing will be continued without interruption by NL Industries, Inc. NL Industries, Inc. owned and operated the facility prior to Grace and is presently represented by:

> Mr. Terry S. Casey
> Efficasey Environmental, LLC
> 14015 Park Drive, Suite 109
> Tomball, TX 77375
> Ph. (281) 351-9441; Fax. (281) 351-9447
> Email: *tscasey_cay@msn.com*

  We regret that the Chapter 11 status precludes Grace from participating further at the Site and appreciate your understanding.

                Yours truly,

                J. David Tucker
                Project Manager

Cc: Christopher B. Amandes, Esq., Vinson & Elkins, LLP
   Terry S. Casey, Efficasey Environmental, LLC
   Robert A. Emmett, Esq., Grace, Senior Environmental Counsel
   Robert J. Medler, Remedium Group, Director
   Michael Edminston, Waste Program Manager, TNRCC Region 7 Office, Midland TX
   Steven L. Schwartz, Senior Program Manager, ENSR Corporation, Houston, TX