# EXHIBIT 5

EMS EXPENSES
ACME TOOL PROJECT
1989 - 2006

| PERIOD | YEAR | VENDOR NAME | INVOICE NUMBER | Amount | Check Number | EXP DESCRIPTION | VENDOR | G/L EXPENSE ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| | | Rcls from NL | | 23,194.49 | | | | |
| 8 | 1998 | W.R. GRACE & COMPANY | 60797 | 28,348.50 | | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 8 | 1998 | W.R. GRACE & COMPANY | 60800 | 19,752.96 | | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 9 | 1998 | W.R. GRACE & COMPANY | 60802 | 15,317.72 | | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 10 | 1998 | W.R. GRACE & COMPANY | 60807 | 2,618.94 | | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 11 | 1998 | W.R. GRACE & COMPANY | 60810 | 35,543.04 | | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 12 | 1998 TOTAL | | | 124,775.65 | | | | |
| 1 | 1999 | W.R. GRACE & COMPANY | 60813 | 16,529.19 | 100029 | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 1 | 1999 | W.R. GRACE & COMPANY | 60815 | 10,371.99 | 100065 | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 2 | 1999 | W.R. GRACE & COMPANY | 60818 | 28,489.00 | 100109 | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 3 | 1999 | W.R. GRACE & COMPANY | 60822 | 9,255.11 | 100167 | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 5 | 1999 | W.R. GRACE & COMPANY | 69831 | 14,434.31 | 100262 | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 6 | 1999 | W.R. GRACE & COMPANY | 60826 | 13,450.20 | 100274 | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 6 | 1999 | W.R. GRACE & COMPANY | 60833 | 15,411.22 | 100289 | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 7 | 1999 | W.R. GRACE & COMPANY | 60837 | 18,095.06 | 100343 | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 8 | 1999 | W.R. GRACE & COMPANY | 60841 | 15,126.96 | 100364 | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 10 | 1999 | W.R. GRACE & COMPANY | 60845 | 2,212.28 | 100436 | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 11 | 1999 | W.R. GRACE & COMPANY | 60849 | 14,959.87 | 100447 | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 11 | 1999 | W.R. GRACE & COMPANY | 60852 | 3,929.94 | 100503 | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| 12 | 1999 | W.R. GRACE & COMPANY | 15500005 | 5,733.29 | 100545 | ACME TOOL PROJECT | 113106 | 86-08-01-000-000-17910-308902 |
| | 1999 Total | | | 167,998.42 | | | | |
| 2 | 2000 | REMEDIUM GROUP, INC. | 1550002 | 45,231.10 | 100587 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |
| 2 | 2000 | REMEDIUM GROUP, INC. | 1550005 | 23,805.05 | 100602 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |
| 3 | 2000 | REMEDIUM GROUP, INC. | 15500010 | 32,024.24 | 100620 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |
| 5 | 2000 | REMEDIUM GROUP, INC. | 15500020 | 46,236.19 | 100685 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |
| 7 | 2000 | REMEDIUM GROUP, INC. | 15500025 | 12,274.18 | 100725 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |
| 7 | 2000 | REMEDIUM GROUP, INC. | 15500029 | 6,394.31 | 100760 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |
| 8 | 2000 | REMEDIUM GROUP, INC. | 15500039 | 26,660.38 | 100775 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |
| 10 | 2000 | REMEDIUM GROUP, INC. | 15500043 | 10,200.65 | 100813 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |
| 11 | 2000 | REMEDIUM GROUP, INC. | 15500050 | 26,563.18 | 100850 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |
| 12 | 2000 | REMEDIUM GROUP, INC. | 15500053 | 10,325.96 | 100877 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |
| 12 | 2000 | REMEDIUM GROUP, INC. | 15500064 | 7,219.96 | 100892 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |
| | 2000 Total | | | 246,935.20 | | | | |
| 2 | 2001 | REMEDIUM GROUP, INC. | 15500002 | 12,405.67 | 100909 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |
| 3 | 2001 | REMEDIUM GROUP, INC. | 15500008 | 37,313.70 | 335 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |
| 5 | 2001 | REMEDIUM GROUP, INC. | 15500052 | 1,428.47 | 101039 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |
| 8 | 2001 | REMEDIUM GROUP, INC. | 081301 | (37,313.70) | 335 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |
| 8 | 2001 | MFG, INC. | 10538 | 890.50 | 101130 | ACME TOOL PROJECT | 114035 | 86-08-01-000-000-17910-308902 |
| 9 | 2001 | MFG, INC. | 10885 | 548.00 | 101160 | ACME TOOL PROJECT | 114035 | 86-08-01-000-000-17910-308902 |
| 10 | 2001 | MFG, INC. | 11226 | 342.50 | 101176 | ACME TOOL PROJECT | 114035 | 86-08-01-000-000-17910-308902 |
| 11 | 2001 | MFG, INC. | 11784 | 3,090.00 | 101212 | ACME TOOL PROJECT | 114035 | 86-08-01-000-000-17910-308902 |
| 12 | 2001 | REMEDIUM GROUP, INC. | 15500008 | 16,800.26 | 101180 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-17910-308902 |

EMS EXPENSES
ACME TOOL PROJECT
1989 - 2006

| PERIOD | YEAR | VENDOR NAME | INVOICE NUMBER | Amount | Check Number | EXP DESCRIPTION | VENDOR | G/L EXPENSE ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | 2001 | REMEDIUM GROUP, INC. | 15500059 | 17,340.85 | 101180 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-000-17910-308902 |
| 12 | 2001 | REMEDIUM GROUP, INC. | 15500062 | 2,013.37 | 101180 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-000-17910-308902 |
| 12 | 2001 | REMEDIUM GROUP, INC. | 15500065 | 7,497.79 | 101180 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-000-17910-308902 |
| 12 | 2001 | REMEDIUM GROUP, INC. | 15500072 | 9,017.09 | 101213 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-000-17910-308902 |
| 2001 Total | | | | 71,374.50 | | | | |
| 3 | 2002 | REMEDIUM GROUP, INC. | 155000059 | 15,928.49 | 101265 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-000-17910-308902 |
| 3 | 2002 | REMEDIUM GROUP, INC. | 15500008 | 20,513.44 | 101265 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-000-17910-308902 |
| 3 | 2002 | REMEDIUM GROUP, INC. | 15500062 | 13,329.98 | 101265 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-000-17910-308902 |
| 4 | 2002 | MFG, INC. | 13799 | 1,507.00 | 101318 | ACME TOOL PROJECT | 114035 | 86-08-01-000-000-000-17910-308902 |
| 4 | 2002 | PASTOR, BEHLING & WHEELER,LLC | 10121 | 1,481.83 | 101328 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 4 | 2002 | REMEDIUM GROUP, INC. | 15500000 | 14,774.24 | 101314 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-000-17910-308902 |
| 6 | 2002 | PASTOR, BEHLING & WHEELER,LLC | 10122 | 287.50 | 101364 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 6 | 2002 | PASTOR, BEHLING & WHEELER,LLC | 10123 | 747.50 | 101391 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 7 | 2002 | PASTOR, BEHLING & WHEELER,LLC | 10124 | 747.50 | 101412 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 8 | 2002 | HARDING ESE, INC. | 329181 | 873.50 | 101459 | ACME TOOL PROJECT | 120013 | 86-08-01-000-000-000-17910-308902 |
| 8 | 2002 | PASTOR, BEHLING & WHEELER,LLC | 10125 | 345.00 | 101444 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 8 | 2002 | PASTOR, BEHLING & WHEELER,LLC | 10551 | 690.00 | 101412 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 8 | 2002 | REMEDIUM GROUP, INC. | 15500007 | 5,869.67 | 101438 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-000-17910-308902 |
| 8 | 2002 | SOUTHWESTERN BELL | 9153359259940 | 99.84 | 101414 | ACME TOOL PROJECT | 120429 | 86-08-01-000-000-000-17910-308902 |
| 9 | 2002 | CONSUMERS ENERGY | 160461479216 | 153.69 | 101422 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-000-17910-308902 |
| 9 | 2002 | CONSUMERS ENERGY | 160461479216 | 387.06 | 101457 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-000-17910-308902 |
| 9 | 2002 | ENSR CORPORATION | 260292 | 2,773.33 | 101448 | ACME TOOL PROJECT | 120441 | 86-08-01-000-000-000-17910-308902 |
| 9 | 2002 | HARDING ESE, INC. | 363732 | 999.10 | 101490 | ACME TOOL PROJECT | 120013 | 86-08-01-000-000-000-17910-308902 |
| 9 | 2002 | PASTOR, BEHLING & WHEELER,LLC | 10126 | 5,473.17 | 101497 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 9 | 2002 | REMEDIUM GROUP, INC. | 15500011 | 8,288.81 | 101484 | ACME TOOL PROJECT | 119495 | 86-08-01-000-000-000-17910-308902 |
| 9 | 2002 | SOUTHWESTERN BELL | 9153359259940 | 51.19 | 101508 | ACME TOOL PROJECT | 120429 | 86-08-01-000-000-000-17910-308902 |
| 9 | 2002 | SBC | 2312586694509 | 66.84 | 101455 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-000-17910-308902 |
| 9 | 2002 | SOUTHWESTERN BELL | 9153359259940 | 24.69 | 101452 | ACME TOOL PROJECT | 120429 | 86-08-01-000-000-000-17910-308902 |
| 9 | 2002 | TXU ENERGY | 6451826983 | 2,028.58 | 101439 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-000-17910-308902 |
| 10 | 2002 | VILLAGE OF KALKASKA | 000010808 | 4.65 | 101430 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-000-17910-308902 |
| 10 | 2002 | CONSUMERS ENERGY | 160461479216 | 367.16 | 101490 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-000-17910-308902 |
| 10 | 2002 | HARDING ESE, INC. | 363732 | 571.87 | 101524 | ACME TOOL PROJECT | 120013 | 86-08-01-000-000-000-17910-308902 |
| 10 | 2002 | PASTOR, BEHLING & WHEELER,LLC | 377981 | 2,553.75 | 101535 | ACME TOOL PROJECT | 120013 | 86-08-01-000-000-000-17910-308902 |
| 10 | 2002 | PASTOR, BEHLING & WHEELER,LLC | 10127 | 3,122.50 | 101513 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 10 | 2002 | REMEDIUM GROUP, INC. | 10552 | 345.00 | 101513 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 11 | 2002 | SOUTHWESTERN BELL | 9153359259940 | 378.57 | 101476 | ACME TOOL PROJECT | 120429 | 86-08-01-000-000-000-17910-308902 |
| 11 | 2002 | TXU ENERGY | 6451826983 | 32.25 | 101486 | ACME TOOL PROJECT | 120440 | 86-08-01-000-000-000-17910-308902 |
| 11 | 2002 | VILLAGE OF KALKASKA | 000010808 | 5.50 | 101493 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-000-17910-308902 |
| 11 | 2002 | SBC | 2312586694510 | 32.28 | 101495 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-000-17910-308902 |
| 11 | 2002 | SBC | 2312586694511 | 32.25 | 101522 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-000-17910-308902 |
| 11 | 2002 | TXU ENERGY | 6451826983 | 301.95 | 101514 | ACME TOOL PROJECT | 120440 | 86-08-01-000-000-000-17910-308902 |
| 11 | 2002 | VILLAGE OF KALKASKA | 000010808 | 5.00 | 101531 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-000-17910-308902 |

EMS EXPENSES
ACME TOOL PROJECT
1989 - 2006

| PERIOD | YEAR | VENDOR NAME | INVOICE NUMBER | Amount | Check Number | EXP DESCRIPTION | VENDOR | G/L EXPENSE ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | 2002 | CONSUMERS ENERGY | 1604614792216 | 492.69 | 101549 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 12 | 2002 | HARDING ESE, INC. | 384999 | 4,813.92 | 101551 | ACME TOOL PROJECT | 120013 | 86-08-01-000-000-000-17910-308902 |
| 12 | 2002 | PASTOR, BEHLING & WHEELER,LLC | 10128 | 12,310.65 | 101544 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 12 | 2002 | PASTOR, BEHLING & WHEELER,LLC | 10553 | 172.50 | 101544 | ACME TOOL PROJECT | 120440 | 86-08-01-000-000-000-17910-308902 |
| 12 | 2002 | SBC | 2312586894512 | 33.54 | 101561 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-000-17910-308902 |
| 12 | 2002 | SOUTHWESTERN BELL | 915335925959940 | 24.61 | 101541 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-000-17910-308902 |
| 12 | 2002 | TXU ENERGY | 6451826983 | 322.84 | 101542 | ACME TOOL PROJECT | 120440 | 86-08-01-000-000-000-17910-308902 |
| 12 | 2002 | VILLAGE OF KALKASKA | 000010808 | 5.00 | 101554 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-000-17910-308902 |
|  | 2002 Total |  |  | 127,504.97 |  |  |  |  |
| 1 | 2003 | PASTOR, BEHLING & WHEELER,LLC | 10129 | 6,915.74 | 101574 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 1 | 2003 | SOUTHWESTERN BELL | 915335925959940 | 24.65 | 101575 | ACME TOOL PROJECT | 120429 | 86-08-01-000-000-000-17910-308902 |
| 1 | 2003 | TXU ENERGY | 6451826983 | 323.15 | 101577 | ACME TOOL PROJECT | 120440 | 86-08-01-000-000-000-17910-308902 |
| 2 | 2003 | CONSUMERS ENERGY | 1604614792216 | 577.16 | 101586 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-000-17910-308902 |
| 2 | 2003 | ENSR CORPORATION | 264886 | 630.15 | 101627 | ACME TOOL PROJECT | 120441 | 86-08-01-000-000-000-17910-308902 |
| 2 | 2003 | ENSR CORPORATION | 266233 | 11,006.34 | 101584 | ACME TOOL PROJECT | 120441 | 86-08-01-000-000-000-17910-308902 |
| 2 | 2003 | ENSR CORPORATION | 267125 | 1,978.36 | 101584 | ACME TOOL PROJECT | 120441 | 86-08-01-000-000-000-17910-308902 |
| 2 | 2003 | MACTEC ENGINEERING&CONSULTIN | 8004575 | 4,670.84 | 101584 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-000-17910-308902 |
| 2 | 2003 | PASTOR, BEHLING & WHEELER,LLC | 101210 | 11,334.17 | 101623 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 2 | 2003 | PASTOR, BEHLING & WHEELER,LLC | 101211 | 7,910.00 | 101612 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 2 | 2003 | SBC | 2312586894501 | 32.33 | 101591 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-000-17910-308902 |
| 2 | 2003 | SOUTHWESTERN BELL | 915335925959940 | 24.65 | 101613 | ACME TOOL PROJECT | 120429 | 86-08-01-000-000-000-17910-308902 |
| 2 | 2003 | TXU ENERGY | 6451826983 | 323.15 | 101609 | ACME TOOL PROJECT | 120440 | 86-08-01-000-000-000-17910-308902 |
| 2 | 2003 | VILLAGE OF KALKASKA | 10808 | 5.00 | 101595 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-000-17910-308902 |
| 3 | 2003 | CONSUMERS ENERGY | 1604614792 | 516.34 | 101656 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-000-17910-308902 |
| 3 | 2003 | ENSR CORPORATION | 272536 | 293.57 | 101647 | ACME TOOL PROJECT | 120441 | 86-08-01-000-000-000-17910-308902 |
| 3 | 2003 | MACTEC ENGINEERING&CONSULTIN | 8009045 | 3,831.51 | 101650 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-000-17910-308902 |
| 3 | 2003 | PASTOR, BEHLING & WHEELER,LLC | 101211 | 6,006.64 | 101652 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 3 | 2003 | SBC | 2312586894502 | 32.11 | 101636 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-000-17910-308902 |
| 3 | 2003 | SBC | 2312586894503 | 32.12 | 101660 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-000-17910-308902 |
| 3 | 2003 | SOUTHWESTERN BELL | 915335925959940 | 24.65 | 101644 | ACME TOOL PROJECT | 120429 | 86-08-01-000-000-000-17910-308902 |
| 3 | 2003 | TXU ENERGY | 6451826983 | 301.95 | 101637 | ACME TOOL PROJECT | 120440 | 86-08-01-000-000-000-17910-308902 |
| 3 | 2003 | VILLAGE OF KALKASKA | 000001808 | 5.50 | 101640 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-000-17910-308902 |
| 3 | 2003 | CONSUMERS ENERGY | 000001808 | 6.00 | 101661 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-000-17910-308902 |
| 3 | 2003 | VILLAGE OF KALKASKA | 1604614792216 | 439.21 | 101686 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-000-17910-308902 |
| 4 | 2003 | ENSR CORPORATION | 274622 | 626.06 | 101688 | ACME TOOL PROJECT | 120441 | 86-08-01-000-000-000-17910-308902 |
| 4 | 2003 | MACTEC ENGINEERING&CONSULTIN | 8009045 |  |  | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-000-17910-308902 |
| 4 | 2003 | PASTOR, BEHLING & WHEELER,LLC | 101212 | 4,140.72 | 101680 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-000-17910-308902 |
| 4 | 2003 | SOUTHWESTERN BELL | 4323359259949 | 24.69 | 101681 | ACME TOOL PROJECT | 120429 | 86-08-01-000-000-000-17910-308902 |
| 4 | 2003 | TXU ENERGY | 6451826983 | 308.17 | 101675 | ACME TOOL PROJECT | 120440 | 86-08-01-000-000-000-17910-308902 |
| 4 | 2003 | VILLAGE OF KALKASKA | 10808 | 4.95 | 101691 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-000-17910-308902 |
| 5 | 2003 | CONSUMERS ENERGY | 1604614792216 | 352.86 | 101704 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-000-17910-308902 |
| 5 | 2003 | EFFICASEY ENVIRONMENTAL, LLC | 0403 SVCS | 2,500.00 | 101719 | ACME TOOL PROJECT | 119309 | 86-08-01-000-000-000-17910-308902 |
| 5 | 2003 | MACTEC ENGINEERING&CONSULTIN | 8018593 | 1,670.00 | 101706 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-000-17910-308902 |
| 5 | 2003 | MACTEC ENGINEERING&CONSULTIN | 8021809 | 4,921.65 | 101777 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-000-17910-308902 |

*Handwritten annotation: 42,664.63*

**EMS EXPENSES**
**ACME TOOL PROJECT**
**1989 - 2006**

| PERIOD | YEAR | VENDOR NAME | INVOICE NUMBER | Amount | Check Number | EXP DESCRIPTION | VENDOR | G/L EXPENSE ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | 2003 | PASTOR, BEHLING & WHEELER,LLC | 101213 | 4,893.18 | 101707 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 5 | 2003 | SBC | 2312586694504 | 32.16 | 101700 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 5 | 2003 | SBC | 2312586694505 | 35.92 | 101724 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 5 | 2003 | SOUTHWESTERN BELL | 4323592959949 | 24.69 | 101708 | ACME TOOL PROJECT | 120429 | 86-08-01-000-000-17910-308902 |
| 5 | 2003 | TXU ENERGY | 6451826983 | 315.77 | 101709 | ACME TOOL PROJECT | 120440 | 86-08-01-000-000-17910-308902 |
| 5 | 2003 | VILLAGE OF KALKASKA | 10808 | 4.55 | 101725 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 6 | 2003 | CONSUMERS ENERGY | 1604614792216 | 315.52 | 101751 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 6 | 2003 | MACTEC ENGINEERING&CONSULTIN | 8028186 | 6,695.33 | 101742 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 6 | 2003 | PASTOR, BEHLING & WHEELER,LLC | 101214 | 2,040.25 | 101743 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 6 | 2003 | SBC | 2312586694506 | 33.58 | 101744 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 6 | 2003 | SOUTHWESTERN BELL | 4323592959949 | 24.69 | 101737 | ACME TOOL PROJECT | 120429 | 86-08-01-000-000-17910-308902 |
| 6 | 2003 | TXU ENERGY | 6451826983 | 326.96 | 101746 | ACME TOOL PROJECT | 120440 | 86-08-01-000-000-17910-308902 |
| 6 | 2003 | VILLAGE OF KALKASKA | 10808 | 5.96 | 101747 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 7 | 2003 | PASTOR, BEHLING & WHEELER,LLC | 101215 | 25,585.28 | 101771 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 7 | 2003 | SOUTHWESTERN BELL | 4323592959949 | 24.73 | 101778 | ACME TOOL PROJECT | 120429 | 86-08-01-000-000-17910-308902 |
| 7 | 2003 | TXU ENERGY | 6451826983 | 318.71 | 101768 | ACME TOOL PROJECT | 120440 | 86-08-01-000-000-17910-308902 |
| 8 | 2003 | CONSUMERS ENERGY | 1604614792216 | 243.06 | 101812 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 8 | 2003 | MACTEC ENGINEERING&CONSULTIN | 8038237 | 337.15 | 101780 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17810-308902 |
| 8 | 2003 | MACTEC ENGINEERING&CONSULTIN | 1604614792216 | 5,628.70 | 101815 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 8 | 2003 | PASTOR, BEHLING & WHEELER,LLC | 101216 | 8,534.06 | 101802 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 8 | 2003 | PASTOR, BEHLING & WHEELER,LLC | 101217 | 32.27 | 101792 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 8 | 2003 | SBC | 2312586694507 | 32.23 | 101816 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 8 | 2003 | SBC | 2312586694508 | 4.95 | 101795 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 8 | 2003 | VILLAGE OF KALKASKA | 10808 | 5.01 | 101809 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 9 | 2003 | BRIDGES EQUIPMENT CO. | 093003 | 3,600.00 | 101838 | ACME TOOL PROJECT | 120744 | 86-08-01-000-000-17910-308902 |
| 9 | 2003 | CONSUMERS ENERGY | 1604614792216 | 300.93 | 101839 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 9 | 2003 | MACTEC ENGINEERING&CONSULTIN | 8043779 | 903.59 | 101834 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 9 | 2003 | PASTOR, BEHLING & WHEELER,LLC | 101217 | 795.00 | 101836 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 9 | 2003 | SBC | 2312586694509 | 32.23 | 101843 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 9 | 2003 | VILLAGE OF KALKASKA | 000010808 | 4.54 | 101845 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 10 | 2003 | CONSUMERS ENERGY | 1604614792216 | 312.76 | 101868 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 10 | 2003 | PASTOR, BEHLING & WHEELER,LLC | 101218 | 11,869.10 | 101851 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 10 | 2003 | MACTEC ENGINEERING&CONSULTIN | 8056366 | 14,835.35 | 101897 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 11 | 2003 | PASTOR, BEHLING & WHEELER,LLC | 101219 | 4,690.00 | 101900 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 11 | 2003 | VILLAGE OF KALKASKA | 10808 | 5.50 | 101884 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 12 | 2003 | CONSUMERS ENERGY | 1604614792216 | 486.56 | 101909 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 12 | 2003 | MACTEC ENGINEERING&CONSULTIN | 8061367 | 650.36 | 101943 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 12 | 2003 | CONSUMERS ENERGY | 1604614792216 | 1,803.45 | 101934 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 12 | 2003 | PASTOR, BEHLING & WHEELER,LLC | 101220 | 4,099.65 | 101933 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 12 | 2003 | SBC | 2312586694512 | 32.21 | 101946 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 12 | 2003 | SBC | 2312569459004 | 35.42 | 101916 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 12 | 2003 | VILLAGE OF KALKASKA | 10808 | 5.50 | 101919 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 12 | 2003 | VILLAGE OF KALKASKA | 10808 | 5.50 | 101947 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |

EMS EXPENSES
ACME TOOL PROJECT
1989 - 2006

| PERIOD | YEAR | VENDOR NAME | INVOICE NUMBER | Amount | Check Number | EXP DESCRIPTION | VENDOR | G/L EXPENSE ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| | 2003 Total | | | 171,756.75 | | | | |
| 1 | 2004 | CONSUMERS ENERGY | 160461479216 | 639.61 | 101975 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 1 | 2004 | MACTEC ENGINEERING&CONSULTIN | 8065920 | 5,109.68 | 101967 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 1 | 2004 | PASTOR, BEHLING & WHEELER,LLC | 101221 | 5,279.22 | 101959 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 1 | 2004 | SBC | 231258694501 | 32.17 | 101982 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 1 | 2004 | VILLAGE OF KALKASKA | 10808 | 5.00 | 101985 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 2 | 2004 | MACTEC ENGINEERING&CONSULTIN | 8070961 | 10,582.05 | 101997 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 2 | 2004 | PASTOR, BEHLING & WHEELER,LLC | 101222 | 6,947.56 | 102002 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 2 | 2004 | VILLAGE OF KALKASKA | 10808 | 5.50 | 102012 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 3 | 2004 | CONSUMERS ENERGY | 160461479216 | 484.58 | 102015 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 3 | 2004 | PASTOR, BEHLING & WHEELER,LLC | 101223 | 1,161.24 | 102031 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 3 | 2004 | SBC | 231258694502 | 32.68 | 102018 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 3 | 2004 | VILLAGE OF KALKASKA | 000001010808 | 4.95 | 102040 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 4 | 2004 | CONSUMERS ENERGY | 160461479216 | 286.72 | 102052 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 4 | 2004 | MACTEC ENGINEERING&CONSULTIN | 8075666 | 2,563.24 | 102064 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 4 | 2004 | MACTEC ENGINEERING&CONSULTIN | 8080528 | 5,404.25 | 102064 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 4 | 2004 | PASTOR, BEHLING & WHEELER,LLC | 101224 | 3,471.07 | 102069 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 4 | 2004 | PASTOR, BEHLING & WHEELER,LLC | 101225 | 6,022.75 | 312768 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 4 | 2004 | SBC | 231258694503 | 32.73 | 102056 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 4 | 2004 | SBC | 231258694504 | 32.14 | 102077 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 4 | 2004 | VILLAGE OF KALKASKA | 10808 | 5.01 | 102071 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 5 | 2004 | CONSUMERS ENERGY | 160461479216 | 362.84 | 102074 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 5 | 2004 | CONSUMERS ENERGY | 160461479216 | 369.02 | 102094 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 5 | 2004 | MACTEC ENGINEERING&CONSULTIN | 8085888 | 3,341.01 | 102089 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 5 | 2004 | SBC | 231258694505 | 32.76 | 102099 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 5 | 2004 | VILLAGE OF KALKASKA | 10808 | 4.99 | 102100 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 6 | 2004 | MACTEC ENGINEERING&CONSULTIN | 8090698 | 10,856.52 | 102106 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 6 | 2004 | VILLAGE OF KALKASKA | 10808 | 5.01 | 102123 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 7 | 2004 | CONSUMERS ENERGY | 160461479216 | 352.85 | 102128 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 7 | 2004 | MACTEC ENGINEERING&CONSULTIN | 8095621 | 2,771.11 | 102152 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 7 | 2004 | PASTOR, BEHLING & WHEELER,LLC | 101226 | 2,705.91 | 102132 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 7 | 2004 | SBC | 231258694506 | 33.48 | 102133 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 8 | 2004 | CONSUMERS ENERGY | 160461479216 | 261.69 | 102193 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 8 | 2004 | CONSUMERS ENERGY | 160461479216 | 305.36 | 102163 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 8 | 2004 | MACTEC ENGINEERING&CONSULTIN | 8104015 | 1,868.99 | 102197 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 8 | 2004 | PASTOR, BEHLING & WHEELER,LLC | 101227 | 3,262.00 | 102169 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 8 | 2004 | SBC | 231258694507 | 32.42 | 102167 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 8 | 2004 | VILLAGE OF KALKASKA | 10808 | 4.99 | 102168 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 9 | 2004 | CONSUMERS ENERGY | 160461479216 | 334.15 | 102219 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 9 | 2004 | MACTEC ENGINEERING&CONSULTIN | 8105615 | 1,184.74 | 102212 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 9 | 2004 | PASTOR, BEHLING & WHEELER,LLC | 101228 | 5,967.60 | 102213 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 9 | 2004 | SBC | 231258694508 | 33.38 | 102203 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 9 | 2004 | VILLAGE OF KALKASKA | 10808 | 5.01 | 102198 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |

EMS EXPENSES
ACME TOOL PROJECT
1989 - 2006

| PERIOD | YEAR | VENDOR NAME | INVOICE NUMBER | Amount | Check Number | EXP DESCRIPTION | VENDOR | G/L EXPENSE ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | 2004 | CONSUMERS ENERGY | 1604611479216 | 326.79 | 102258 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 10 | 2004 | MACTEC ENGINEERING&CONSULTIN | 8111081 | 3,648.00 | 102262 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 10 | 2004 | SBC | 231258694509 | 32.36 | 102232 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 10 | 2004 | SBC | 231258694510 | 32.05 | 102263 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 10 | 2004 | VILLAGE OF KALKASKA | 10808 | 10.49 | 102265 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 10 | 2004 | CONSUMERS ENERGY | 1604611479216 | 193.03 | 102319 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 12 | 2004 | CONSUMERS ENERGY | 1604611479216 | 385.34 | 102296 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 12 | 2004 | MACTEC ENGINEERING&CONSULTIN | 8116872 | 1,303.83 | 102311 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 12 | 2004 | MACTEC ENGINEERING&CONSULTIN | 8121079 | 876.36 | 102339 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 12 | 2004 | PASTOR, BEHLING & WHEELER,LLC | 101229 | 5,923.23 | 102300 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 12 | 2004 | SBC | 231258694512 | 34.03 | 102325 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 12 | 2004 | SBC | 231258694594004 | 32.15 | 102302 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 12 | 2004 | VILLAGE OF KALKASKA | 10808 | 4.95 | 102305 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 12 | 2004 | VILLAGE OF KALKASKA | 10808 | 5.50 | 102326 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| | 2004 Total | | | 95,006.09 | | | | |
| 1 | 2005 | CONSUMERS ENERGY | 1604612792216 | 511.41 | 102349 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 1 | 2005 | MACTEC ENGINEERING&CONSULTIN | 8126509 | 3,469.23 | 102344 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 1 | 2005 | PASTOR, BEHLING & WHEELER,LLC | 101230 | 1,790.00 | 102340 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 1 | 2005 | SBC | 231258694501 | 34.46 | 102356 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 1 | 2005 | VILLAGE OF KALKASKA | 10808 | 5.50 | 102358 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 2 | 2005 | MACTEC ENGINEERING&CONSULTIN | 8130254 | 4,977.60 | 102388 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 2 | 2005 | PASTOR, BEHLING & WHEELER,LLC | 101231 | 2,722.55 | 102377 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 3 | 2005 | MACTEC ENGINEERING&CONSULTIN | 8135296 | 6,125.64 | 102432 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 3 | 2005 | PASTOR, BEHLING & WHEELER,LLC | 101232 | 7,146.24 | 102403 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 3 | 2005 | SBC | 231258694502 | 34.38 | 102404 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 3 | 2005 | VILLAGE OF KALKASKA | 10808 | 4.95 | 102394 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 4 | 2005 | CONSUMERS ENERGY | 1604611479216 | 551.21 | 102419 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 4 | 2005 | PASTOR, BEHLING & WHEELER,LLC | 101233 | 1,597.50 | 102433 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 4 | 2005 | SBC | 231258694503 | 33.56 | 102424 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 4 | 2005 | VILLAGE OF KALKASKA | 10808000 | 5.95 | 102425 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 5 | 2005 | CONSUMERS ENERGY | 1604611479216 | 519.10 | 102459 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 5 | 2005 | CONSUMERS ENERGY | 1604611479216 | 531.66 | 102459 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 5 | 2005 | CONSUMERS ENERGY | 1604611479216 | 541.69 | 102464 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 5 | 2005 | MACTEC ENGINEERING&CONSULTIN | 8141446 | 1,322.90 | 102466 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 5 | 2005 | SBC | 231258695454504 | 34.08 | 102461 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 5 | 2005 | VILLAGE OF KALKASKA | 10808000 | 4.96 | 102463 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 6 | 2005 | CONSUMERS ENERGY | 1604611479216 | 468.60 | 102485 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 6 | 2005 | MACTEC ENGINEERING&CONSULTIN | 8145630 | 2,179.57 | 102480 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 6 | 2005 | MACTEC ENGINEERING&CONSULTIN | 815773 | 5,541.18 | 102500 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 6 | 2005 | PASTOR, BEHLING & WHEELER,LLC | 101234 | 115.00 | 102487 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 6 | 2005 | SBC | 231258694505 | 33.59 | 102481 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 6 | 2005 | VILLAGE OF KALKASKA | 10808000 | 5.45 | 102489 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 7 | 2005 | SBC | 231258694506 | 34.08 | 102507 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |

EMS EXPENSES
ACME TOOL PROJECT
1989 - 2006

| PERIOD | YEAR | VENDOR NAME | INVOICE NUMBER | Amount | Check Number | EXP DESCRIPTION | VENDOR | G/L EXPENSE ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | 2005 | VILLAGE OF KALKASKA | 10808000 | 5.47 | 102508 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 8 | 2005 | CONSUMERS ENERGY | 160461479216 | 76.81 | 102527 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 8 | 2005 | MACTEC ENGINEERING&CONSULTIN | 8155733 | 6,374.85 | 102531 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 8 | 2005 | SBC | 231258694507 | 37.30 | 102547 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 8 | 2005 | VILLAGE OF KALKASKA | 10808000 | 5.00 | 102550 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 8 | 2005 | VILLAGE OF KALKASKA | 10808000 | 5.46 | 102535 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 9 | 2005 | CONSUMERS ENERGY | 160461479216 | 295.06 | 102557 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 9 | 2005 | MACTEC ENGINEERING&CONSULTIN | 8161378 | 2,755.62 | 102552 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 9 | 2005 | SBC | 231258694509004 | 33.99 | 102563 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 10 | 2005 | CONSUMERS ENERGY | 160461479216 | 212.08 | 102590 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 10 | 2005 | CONSUMERS ENERGY | 160461479216 | 352.60 | 102576 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 10 | 2005 | MACTEC ENGINEERING&CONSULTIN | 8167439 | 3,198.50 | 102585 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 10 | 2005 | MACTEC ENGINEERING&CONSULTIN | 8170699 | 5,832.76 | 102594 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 10 | 2005 | PASTOR, BEHLING & WHEELER,LLC | 101235 | 33.58 | 102577 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 10 | 2005 | SBC | 231258694509 | 5.00 | 102596 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 10 | 2005 | VILLAGE OF KALKASKA | 10808000 | 5.50 | 102596 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 11 | 2005 | CONSUMERS ENERGY | 160461479216 | 1,932.32 | 102603 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 11 | 2005 | MACTEC ENGINEERING&CONSULTIN | 8174635 | 1,777.13 | 102612 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 11 | 2005 | PASTOR, BEHLING & WHEELER,LLC | 101236 | 1,136.25 | 102613 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 11 | 2005 | SBC | 231258694510 | 33.58 | 102605 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 12 | 2005 | CONSUMERS ENERGY | 160461479216 | 334.04 | 102624 | ACME TOOL PROJECT | 120434 | 86-08-01-000-000-17910-308902 |
| 12 | 2005 | MACTEC ENGINEERING&CONSULTIN | 81797172 | 1,532.66 | 102640 | ACME TOOL PROJECT | 118219 | 86-08-01-000-000-17910-308902 |
| 12 | 2005 | PASTOR, BEHLING & WHEELER,LLC | 101237 | 942.01 | 102641 | ACME TOOL PROJECT | 120360 | 86-08-01-000-000-17910-308902 |
| 12 | 2005 | SBC | 231258694511 | 33.58 | 102630 | ACME TOOL PROJECT | 119294 | 86-08-01-000-000-17910-308902 |
| 12 | 2005 | VILLAGE OF KALKASKA | 10808000 | 5.50 | 102632 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 12 | 2005 | VILLAGE OF KALKASKA | 10808000 | 10.50 | 102649 | ACME TOOL PROJECT | 120435 | 86-08-01-000-000-17910-308902 |
| 2005 Total | | | | 67,309.19 | | | | |
| 1/16/06 | 2006 | CONS01 | Invoice VO1003 | 488.84 | | ACME TOOL PROJECT | 120435 | 24100.308902 |
| 1/16/06 | 2006 | SBC01 | Invoice VO1004 | 33.58 | | ACME TOOL PROJECT | 120434 | 24100.308902 |
| 1/20/06 | 2006 | MACT01 | Invoice VO1019 | 2,667.06 | | ACME TOOL PROJECT | 118219 | 24100.308902 |
| 1/31/06 | 2006 | MICH01 | Invoice VO1031 | 200.00 | | ACME TOOL PROJECT | 119294 | 24100.308902 |
| 2/22/06 | 2006 | MACT01 | Invoice VO1065 | 8,743.09 | | ACME TOOL PROJECT | 120435 | 24100.308902 |
| 3/2/06 | 2006 | SBC01 | Invoice VO1078 | 33.58 | | ACME TOOL PROJECT | 120435 | 24100.308902 |
| 3/2/06 | 2006 | CONS01 | Invoice VO1079 | 456.84 | | ACME TOOL PROJECT | 120434 | 24100.308902 |
| 3/15/06 | 2006 | SBC01 | Invoice VO1096 | 34.50 | | ACME TOOL PROJECT | 120435 | 24100.308902 |
| 3/15/06 | 2006 | CONS01 | Invoice VO1097 | 597.01 | | ACME TOOL PROJECT | 120434 | 24100.308902 |
| 3/22/06 | 2006 | PAST01 | Invoice VO1114 | 7,338.46 | | ACME TOOL PROJECT | 120360 | 24100.308902 |
| 3/22/06 | 2006 | MACT01 | Invoice VO1115 | 5,220.69 | | ACME TOOL PROJECT | 118219 | 24100.308902 |
| 4/6/06 | 2006 | VILL01 | Invoice VO1117 | 4.95 | | ACME TOOL PROJECT | 120435 | 24100.308902 |
| 4/24/06 | 2006 | MACT01 | Invoice VO1124 | 648.16 | | ACME TOOL PROJECT | 118219 | 24100.308902 |
| 4/24/06 | 2006 | CONS01 | Invoice VO1133 | 5.95 | | ACME TOOL PROJECT | 120434 | 24100.308902 |
| 4/24/06 | 2006 | VILL01 | Invoice VO1134 | 1,618.45 | | ACME TOOL PROJECT | 120435 | 24100.308902 |
| 4/24/06 | 2006 | MACT01 | | | | | | |

EMS EXPENSES
ACME TOOL PROJECT
1989 - 2006

| PERIOD | YEAR | VENDOR NAME | INVOICE NUMBER | Amount | Check Number | EXP DESCRIPTION | VENDOR | G/L EXPENSE ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| 4/24/06 | 2006 | MICH01 | Invoice VO1135 | 200.00 | | ACME TOOL PROJECT | 24100 | .308902 |
| 4/24/06 | 2006 | PAST01 | Invoice VO1136 | 1,065.00 | | ACME TOOL PROJECT | 24100 | .308902 |
| 4/24/06 | 2006 | SBC01 | Invoice VO1137 | 37.08 | | ACME TOOL PROJECT | 24100 | .308902 |
| 5/17/06 | 2006 | TERR01 | Invoice VO1171 | 2,143.31 | | ACME TOOL PROJECT | 24100 | .308902 |
| 5/17/06 | 2006 | VILL01 | Invoice VO1179 | 5.50 | | ACME TOOL PROJECT | 24100 | .308902 |
| 5/17/06 | 2006 | CONS01 | Invoice VO1180 | 523.51 | | ACME TOOL PROJECT | 24100 | .308902 |
| 5/17/06 | 2006 | SBC01 | Invoice VO1182 | 34.94 | | ACME TOOL PROJECT | 24100 | .308902 |
| 5/25/06 | 2006 | CONS01 | Credit Memo VCM1C | (488.84) | | ACME TOOL PROJECT | 24100 | .308902 |
| 5/30/06 | 2006 | MICH01 | Credit Memo VCM1C | (200.00) | | ACME TOOL PROJECT | 24100 | .308902 |
| 5/31/06 | 2006 | CONS01 | Invoice VO1202 | 464.80 | | ACME TOOL PROJECT | 24100 | .308902 |
| 5/31/06 | 2006 | CONS01 | Invoice VO1204 | 488.84 | | ACME TOOL PROJECT | 24100 | .308902 |
| 6/8/06 | 2006 | VILL01 | Invoice VO1205 | 5.00 | | ACME TOOL PROJECT | 24100 | .308902 |
| 6/8/06 | 2006 | AT&T | Invoice VO1207 | 34.96 | | ACME TOOL PROJECT | 24100 | .308902 |
| 6/21/06 | 2006 | MACT01 | Invoice VO1213 | 4,821.78 | | ACME TOOL PROJECT | 24100 | .308902 |
| 6/27/06 | 2006 | AT&T | Invoice VO1220 | 37.65 | | ACME TOOL PROJECT | 24100 | .308902 |
| 7/17/06 | 2006 | CONS01 | Invoice VO1257 | 387.32 | | ACME TOOL PROJECT | 24100 | .308902 |
| 7/17/06 | 2006 | VILL01 | Invoice VO1258 | 4.46 | | ACME TOOL PROJECT | 24100 | .308902 |
| 8/16/06 | 2006 | CONS01 | Invoice VO1296 | 366.24 | | ACME TOOL PROJECT | 24100 | .308902 |
| 8/16/06 | 2006 | AT&T | Invoice VO1292 | 34.99 | | ACME TOOL PROJECT | 24100 | .308902 |
| 8/16/06 | 2006 | MACT01 | Invoice VO1297 | 2,998.22 | | ACME TOOL PROJECT | 24100 | .308902 |
| 8/16/06 | 2006 | MACT01 | Invoice VO1302 | 2,143.31 | | ACME TOOL PROJECT | 24100 | .308902 |
| 8/23/06 | 2006 | VILL01 | Invoice VO1312 | 5.45 | | ACME TOOL PROJECT | 24100 | .308902 |
| 8/24/06 | 2006 | VILL01 | Invoice VO1314 | 5.50 | | ACME TOOL PROJECT | 24100 | .308902 |
| 8/29/06 | 2006 | AT&T | Invoice VO1315 | 35.65 | | ACME TOOL PROJECT | 24100 | .308902 |
| 8/29/06 | 2006 | CONS01 | Invoice VO1342 | 269.53 | | ACME TOOL PROJECT | 24100 | .308902 |
| 9/14/06 | 2006 | MACT01 | Invoice VO1358 | 2,958.11 | | ACME TOOL PROJECT | 24100 | .308902 |
| 9/27/06 | 2006 | VILL01 | Invoice VO1360 | 5.00 | | ACME TOOL PROJECT | 24100 | .308902 |
| 9/27/06 | 2006 | CONS01 | Invoice VO1362 | 395.95 | | ACME TOOL PROJECT | 24100 | .308902 |
| 9/27/06 | 2006 | AT&T03 | Invoice VO1379 | 35.92 | | ACME TOOL PROJECT | 24100 | .308902 |
| 10/18/06 | 2006 | PAST01 | Invoice VO1391 | 6,541.17 | | ACME TOOL PROJECT | 24100 | .308902 |
| 10/18/06 | 2006 | MACT01 | Invoice VO1392 | 6,813.72 | | ACME TOOL PROJECT | 24100 | .308902 |
| | 2006 TOTAL | | | 60,265.23 | | | | |
| | GRAND TOTAL | | | $ 1,132,926.00 | | | | |