# EXHIBIT 6



**PBW**

*Consulting Engineers*
*and Scientists*

PASTOR, BEHLING & WHEELER, LLC
2201 Double Creek Drive, Suite 4004
Round Rock, TX 78664

Tel (512) 671-3434
Fax (512) 671-3446

**DRAFT**

November 1, 2006
PBW Project No. 1012

Mr. Russ Perry
Contran Corporation
Three Lincoln Centre, Suite 1700
5430 LBJ Freeway
Dallas, TX 75240-2697

**Re: Opinion of Probable Cost to Closure, Former HOMCO Site, Odessa, Texas**

Dear Mr. Perry:

Per your request, Pastor, Behling & Wheeler, LLC (PBW) has prepared the attached opinion of probable cost to regulatory closure for chlorinated ethene concentrations in groundwater at the former HOMCO facility in Odessa, Texas. This projection assumes that groundwater monitoring and reporting will continue as it is currently being performed for ten years, at which point Texas Risk Reduction Program (TRRP) closure criteria will be attained. The projection also includes costs for plugging and abandonment of 26 monitoring/extraction/re-injection wells, and demolition/removal of the previously used groundwater extraction and treatment system after Texas Commission on Environmental Quality (TCEQ) approval of the closure.

The assumed ten year future groundwater monitoring period is based on projections of future tetrachloroethene (PCE), trichloroethene (TCE), and cis-1,2-dichloroethene (cis-1,2-DCE) concentrations in groundwater using data collected in monitoring well DMW-8, the well with the highest chlorinated ethene concentrations since the groundwater extraction and treatment system was taken out of operation and equilibrium oxidation-reduction conditions conducive to reductive dehalogenation of these compounds began to be re-established. As shown on attached Figures 1 through 3, these projections show PCE concentrations below its TRRP Protective Concentration Level PCL of 5 ug/L, TCE concentrations below its PCL (also 5 ug/L), and cis-1,2-DCE concentrations below its PCL (70 ug/L) by 2014. Allowing one additional year for confirmation that the PCLs have been attained (typically required by TCEQ) and one additional year as a contingency given the uncertainty of the projection results in the ten-year period of future groundwater monitoring assumed in the projection.

Mr. Russ Perry
November 1, 2006
Page 2

      I trust this projection provides the information you needed. Thank you for the opportunity to assist you on this project. If you have any questions or need additional information, please call me at (512) 671-3434.

Sincerely,

PASTOR, BEHLING & WHEELER, LLC


Eric Pastor, P.E.
Principal Engineer

11/1/2006

FORMER HOMCO FACILITY ODESSA, TEXAS
OPINION OF PROBABLE COST TO CLOSURE

| Year | Activities Performed | Key Assumptions | Projected Cost | Projection for Year |
|---|---|---|---|---|
| 2006 | Completion of Annual Report (Oct-Dec 2006) | Includes meeting with new TCEQ PM | $3,000 | $3,000 |
| 2007 | Groundwater Monitoring/Reporting | Semi-annual monitoring/annual reporting per current shedule. | $20,000 | $20,000 |
| 2008 | Groundwater Monitoring/Reporting | Semi-annual monitoring/annual reporting per current shedule. | $20,000 | $20,000 |
| 2009 | Groundwater Monitoring/Reporting | Semi-annual monitoring/annual reporting per current shedule. | $20,000 | $20,000 |
| 2010 | Groundwater Monitoring/Reporting | Semi-annual monitoring/annual reporting per current shedule. | $20,000 | $20,000 |
| 2011 | Groundwater Monitoring/Reporting | Semi-annual monitoring/annual reporting per current shedule. | $20,000 | $30,000 |
|  | Well Repair | Assume well head repair needed at several wells, but no well replacement needed. | $10,000 |  |
| 2012 | Groundwater Monitoring/Reporting | Semi-annual monitoring/annual reporting per current shedule. | $20,000 | $20,000 |
| 2013 | Groundwater Monitoring/Reporting | Semi-annual monitoring/annual reporting per current shedule. | $20,000 | $20,000 |
| 2014 | Groundwater Monitoring/Reporting | Semi-annual monitoring/annual reporting per current shedule. | $20,000 | $20,000 |
| 2015 | Groundwater Monitoring/Reporting | Semi-annual monitoring/annual reporting per current shedule. | $20,000 | $20,000 |
| 2016 | Groundwater Monitoring/Reporting | Semi-annual monitoring/annual reporting per current shedule. | $20,000 | $20,000 |

1

11/1/2006

**FORMER HOMCO FACILITY ODESSA, TEXAS**
**OPINION OF PROBABLE COST TO CLOSURE**

| Year | Activities Performed | Key Assumptions | Projected Cost | Projection for Year |
|---|---|---|---|---|
| 2017 | Final Closure Report Submittal, TCEQ approval | Report prep, meeting in Austin. | $7,000 | |
| | Well Plugging and Abandonment | Plugging of 26 wells, avg. depth of 95 ft. | $20,000 | |
| | Treatment system removal | Demolition of treatment system, material/equipment disposal, air stripper dismantling, building roof repair. | $20,000 | $47,000 |
| | Total Projection | | | $260,000 |

2



Figure 1
PCE Concentrations in Monitoring Well DMW-8



Figure 2
TCE Concentrations in Monitoring Well DMW-8



Figure 3
cis-1,2-DCE Concentrations in Monitoring Well DMW-8