## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 01-1139 (JKF) |
| | Jointly Administered |
| W.R. GRACE & CO., *et al.*, | |
| | Chapter 11 |
| Debtor. | |
| | **Objection Deadline: December 1, 2006 at 4:00 PM** |
| | **Hearing Date:  December 18, 2006 at 12:00 PM** |

## CERTIFICATE OF SERVICE

I, John V. Fiorella, hereby certify that on November 30, 2006, I caused to be served copies of the **Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627** to all parties on the attached service list via regular first class mail.

Dated:  November 30, 2006  
        Wilmington, Delaware

ARCHER & GREINER  
A Professional Corporation

By:  /s/ John V. Fiorella                .  
    John V. Fiorella (No. 4330)  
    300 Delaware Ave., Suite 1370  
    Wilmington, DE  19801  
    Telephone:  (302) 777-4350  
    Facsimile:  (302) 777-4352  
    Email:      jfiorella@archerlaw.com  
    Attorneys for Chapter 7 Trustee

**SERVICE LIST**

James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, LLP
919 North Market St., 17th Floor
PO Box 8705
Wilmington, DE 19899-8705
Attorneys for Debtors

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
Attorneys for Official Committee of Unsecured Creditors

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market St., Suite 1200
Wilmington, DE 19801-1246
Attorneys for Official Committee of Unsecured Creditors

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Attorneys for Official Committee of Property Damage Claimants

Michael B. Joseph, Esquire
Ferry & Joseph, PA
824 Market Street, Suite 904
PO Box 1351
Wilmington, DE 19899
Attorneys for Official Committee of Property Damage Claimants

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Attorneys for Official Committee of Personal Injury Claimants

Mark T. Hurford, Campbell & Levine, LLC
800 N. King St., Suite 300
Wilmington, DE 19801
Attorneys for Official Committee of Personal Injury Claimants

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
Attorneys for Official Committee of Equity Holders

Teresa K.D. Currier, Esquire
Buchanan Ingersol & Rooney, PC
1000 West Street, Suite 1410
PO Box 1397
Wilmington, DE 19899-1397
Attorneys for Official Committee of Equity Holders

Richard H. Wyron, Esquire
Orrick, Herrington & Stucliff, LLP
3050 K Street NW
Washington, DC 20007
Attorneys for the Future Claimants' Representative

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE 19806
Attorneys for the Future Claimants' Representative

Office of the US Trustee
Attn: David Klauder
844 N. King St.
Wilmington, DE 19810

2420654v1