## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.* | ) | Case No. 01-01139 (JFK) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Hearing Date: December 5, 2006 |
| | ) | |

### JOINDER OF THORNTON & NAUMES, LLP IN THE REQUEST FOR ENTRY OF PROTOCOL CONCERNING PRODUCTION OF CHEST X-RAYS OF ASBESTOS PERSONAL INJURY, PRE-PETITION CLAIMANTS WITH NON-MESOTHELIOMA MALIGNANT CLAIMS FILED BY CLAIMANTS REPRESENTED BY MICHAEL B. SERLING, P.C.

NOW COME certain asbestos personal injury claimants (each, a "Claimant") in receipt of the "W.R. Grace Asbestos Personal Injury Questionnaire," (hereinafter, "Questionnaire"), by and through their counsel, Thornton & Naumes, LLP, and hereby join in the request entered by Michael B. Serling, P.C., for entry of protocol concerning the production of chest x-rays of asbestos personal injury, pre-petition claimants with non-mesothelioma malignant claims.

WHEREFORE, for the reasons set forth in the request for entry of protocol, Thornton & Naumes, LLP respectfully requests that this Court grant the relief sought, enter an order that will provide Debtors with the authority necessary to obtain the x-rays it wants without unduly burdening Claimants in the process, and grant such other and further relief to which this Court deems said Claimants are entitled.

Dated: November 30, 2006

Respectfully submitted,

/s/ Daniel K. Hogan
Daniel K. Hogan (De. Bar. No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
Phone: (302) 656-7540
Facsimile: (302) 656-7599

*and*

Garrett J. Bradley, Esq.
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110
Phone: (617) 720-1333
Facsimile: (617) 720-2445

Counsel for Claimants