# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE, LLP
# INVOICES FOR THE TIME PERIOD
# OCTOBER 1-31, 2006



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

November 15, 2006
Client No. 17367
Invoice No. 1040409

Orrick Contact: Roger Frankel

For Legal Services Rendered Through October 31, 2006 in Connection With:

**Matter:  2 - Case Administration**

| | | | |
|---|---|---|---|
| 09/14/06 | D. Fullem | Review and revise calendar update to include new filings today and comments from D. Felder. | 0.70 |
| 09/14/06 | D. Fullem | Review docket updates (.2); prepare update to case calendar (.7); e-mail to D. Felder for final review and approval (.1). | 1.00 |
| 09/15/06 | D. Fullem | Prepare e-mail to D. Felder regarding latest update to case calendar. | 0.10 |
| 09/15/06 | D. Fullem | Review docket updates. | 0.10 |
| 09/15/06 | D. Fullem | Review adversary case dockets for any updates thereto. | 0.20 |
| 09/21/06 | D. Fullem | Review docket updates (.3); prepare updated case calendar and circulate to D. Felder for review and comment (.9). | 1.20 |
| 09/22/06 | D. Fullem | Prepare further updates to case calendar and circulate to D. Felder for review and comment. | 0.50 |
| 09/25/06 | D. Fullem | Review docket update. | 0.20 |
| 09/26/06 | D. Fullem | Review updated docket entries and prepare update to case calendar. | 0.50 |
| 09/28/06 | D. Fullem | Review updated docket entries. | 0.10 |
| 09/29/06 | D. Fullem | Review recent docket updates; prepare update to case calendar and provide to D. Felder for review and comment. | 0.80 |
| 10/02/06 | D. Fullem | Review comments to Grace calendar (.2); prepare updated calendar and circulate (.9). | 1.10 |
| 10/03/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/03/06 | D. Fullem | Review docket updates and case calendar. | 0.50 |
| 10/04/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/05/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/05/06 | D. Fullem | Review docket updates (.2); begin preparation of updated case calendar (1.0). | 1.20 |
| 10/06/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/06/06 | D. Fullem | Prepare calendar updates and forward to D. Felder. | 0.90 |
| 10/06/06 | D. Fullem | Review and respond to D. Felder regarding deadline to designate record in FCR appeal. | 0.20 |
| 10/08/06 | R. Wyron | Review case calendar and schedule for upcoming hearings and deadlines, and organize materials. | 0.50 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

November 15, 2006
Invoice No. 1040409

| 10/09/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 10/09/06 | D. Fullem | Review docket update. | 0.10 |
| 10/09/06 | D. Fullem | Review docket update. | 0.10 |
| 10/10/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 10/10/06 | D. Fullem | Confer with D. Felder regarding calendar items. | 0.10 |
| 10/10/06 | D. Fullem | Confer with D. Felder regarding designation of records and issues on appeal. | 0.10 |
| 10/11/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/12/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/12/06 | D. Fullem | Review recent docket entries (.2); prepare update to case calendar (.8); circulate to D. Felder for review and comment (.1). | 1.10 |
| 10/13/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/13/06 | D. Fullem | Review e-mail from D. Felder regarding status of case calendar comments. | 0.10 |
| 10/13/06 | D. Fullem | Continue to update case calendar (.50); review docket entries today and pleadings filed therein (.40); confer with D. Felder regarding certain items (.10); prepare draft calendar for D. Felder's review and comment (.50.) | 1.50 |
| 10/14/06 | R. Frankel | Review, sort files re appeal and estimation. | 0.60 |
| 10/16/06 | D. Fullem | Prepare daily docket update and download substantive filings and circulate to parties. | 0.20 |
| 10/16/06 | D. Fullem | Review docket update. | 0.20 |
| 10/16/06 | D. Fullem | Prepare additional updates to case calendar and circulate to parties. | 1.10 |
| 10/17/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/17/06 | D. Fullem | Review docket update. | 0.10 |
| 10/18/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/18/06 | R. Frankel | Review docket entries, issues re staffing for estimation. | 0.40 |
| 10/19/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/19/06 | D. Fullem | Prepare update to case calendar. | 1.00 |
| 10/19/06 | D. Fullem | Confer with D. Felder regarding certain case calendar matters. | 0.20 |
| 10/19/06 | D. Fullem | Follow up on status of September invoices. | 0.10 |
| 10/20/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/20/06 | D. Fullem | Update Grace case calendar and forward to D. Felder. | 1.00 |
| 10/23/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/23/06 | D. Fullem | Continue to update case calendar with recent filings (1.00); prepare emails to D. Felder regarding items included in update since last draft (.20) | 1.20 |
| 10/23/06 | D. Fullem | Review updated dockets. | 0.20 |
| 10/24/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/24/06 | D. Fullem | Prepare update to case calendar. | 0.80 |
| 10/25/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/26/06 | R. Barainca | Review Court docket; download documents and distribute. | 1.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

November 15, 2006
Invoice No. 1040409

| 10/26/06 | D. Fullem | Update case calendar. | 1.50 |
| 10/26/06 | R. Frankel | Review multitude of docket entries re PD and counter-designation of record. | 0.40 |
| 10/27/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/27/06 | D. Fullem | Review comments to case calendar. | 0.30 |
| 10/30/06 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 10/30/06 | D. Fullem | Review docket update. | 0.10 |
| 10/30/06 | D. Fullem | Prepare updates to case calendar and forward to D. Felder for review and comment. | 1.00 |
| 10/31/06 | D. Fullem | Review docket update. | 0.10 |

Total Hours      28.20
Total For Services      $6,524.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 4.80 | 140.00 | 672.00 |
| Roger Frankel | 1.40 | 725.00 | 1,015.00 |
| Debra O. Fullem | 21.50 | 210.00 | 4,515.00 |
| Richard H. Wyron | 0.50 | 645.00 | 322.50 |
| Total All Timekeepers | 28.20 | $231.37 | $6,524.50 |

Disbursements

| Court Filing Fee (Charged By Court) | 45.00 |
| Court Messenger Fee | 244.92 |
| Court Photocopy/Document Retrieval Fee | 322.30 |
| Outside Services | 3,493.76 |
| Postage | 1.26 |

Total Disbursements      $4,107.24

**Total For This Matter**      **$10,631.74**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

November 15, 2006
Invoice No. 1040409

For Legal Services Rendered Through October 31, 2006 in Connection With:

**Matter:  7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 10/13/06 | R. Wyron | Review revised Equitas agreement (.8); call with R. Horkovich regarding issues, and follow-up (.6). | 1.40 |
| 10/15/06 | R. Wyron | Review e-mail and revised agreement from J. Baer (1.1); e-mails to J. Baer, R. Horkovich and D. Austern (.8). | 1.90 |
| 10/17/06 | R. Wyron | Call with UCC and ACC counsel regarding Equitas settlement and finalize language (.6), review e-mails regarding language (.2); numerous follow-up e-mails on finalizing agreement (.7). | 1.50 |
| 10/18/06 | R. Wyron | Review of further revised draft Equitas agreement (.6); follow-up e-mails regarding changes and open issues (.6). | 1.20 |
| 10/19/06 | R. Wyron | Follow-up call with R. Horkovich and M. Hurford, and notes regarding same (.8); continue review of revised agreement (.6). | 1.40 |
| 10/20/06 | R. Wyron | Review latest draft of Equitas agreement (.6); calls on Equitas agreement and open issues (.7); review exchange of e-mails and follow-up on Equitas agreement (.8); review final Equitas agreement and confer with D. Austern (.6). | 2.70 |
| 10/21/06 | R. Wyron | Draft update on state of Equitas deal to D. Austern (.4); update D. Felder and R. Frankel by e-mail (.2). | 0.60 |
| 10/22/06 | R. Wyron | Review e-mails regarding changes to the Equitas agreement (.4); call to R. Horkovich and follow-up (.5). | 0.90 |
| 10/23/06 | R. Wyron | Review multiple revised drafts of Equitas agreement and e-mails regarding same (1.9); draft summary of status from D. Austern (.3). | 2.20 |
| 10/31/06 | R. Wyron | Review latest draft Equitas agreement (.9); follow-up with J. Sotille regarding status and changes (.3); review and respond to e-mails regarding same (.2). | 1.40 |

Total Hours          15.20
Total For Services                      $9,804.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Richard  H. Wyron | 15.20 | 645.00 | 9,804.00 |
| Total All Timekeepers | 15.20 | $645.00 | $9,804.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

November 15, 2006
Invoice No. 1040409

**Total For This Matter**                    **$9,804.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

November 15, 2006
Invoice No. 1040409

For Legal Services Rendered Through October 31, 2006 in Connection With:

**Matter: 8 - Litigation**

| 08/31/06 | R. Mullady, Jr. | Review letter from B. Harding to Libby counsel regarding questionnaires (.2); e-mails to and from N. Finch and D. Cohn regarding same (.2); e-mails regarding scheduling of meeting with experts (.2). | 0.60 |
|---|---|---|---|
| 09/14/06 | D. Fullem | Confer with D. Felder and R. Barainca regarding FCR expert research and certain details specific to research. | 0.30 |
| 09/14/06 | D. Fullem | Confer with D. Felder and R. Barainca to coordinate meeting on Concordance project. | 0.20 |
| 09/29/06 | D. Fullem | Review, print and organize Beber deposition exhibits for D. Felder. | 2.00 |
| 09/29/06 | R. Mullady, Jr. | Prepare for and participate in strategy conference call with ACC counsel (2.0); further review of transcript of 9/11 omnibus hearing (.4); attention to selection of topics for debtors Rule 30(b)(6) deposition (.4). | 2.80 |
| 10/02/06 | K. Thomas | Review e-mail from R. Mulligan re library research on legislative history; respond to same. | 0.10 |
| 10/02/06 | D. Felder | E-mails to D. Fullem regarding upcoming hearings and deadlines (.2); review docket and recently filed pleadings (.6). | 0.80 |
| 10/02/06 | R. Mullady, Jr. | E-mails to/from D. Felder regarding deposition of debtors (.2); e-mail to/from N. Finch (.2). | 0.40 |
| 10/02/06 | R. Frankel | Review and prepare notes re outline of open estimation items. | 1.20 |
| 10/02/06 | R. Frankel | Review, prepare notes re appeal outline. | 1.70 |
| 10/03/06 | K. Thomas | Discuss status of research re legislative history with R. Mulligan and results of research; discuss same with R. Wyron; discuss additional research with R. Mulligan and review results of additional research provided. | 0.70 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

November 15, 2006
Invoice No. 1040409

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/03/06 | D. Felder | Prepare notice of appeal from exclusivity order (.2); review certificate of counsel with proposed exclusivity order (.1); revise and finalize 30(b)(6) notice to W.R. Grace (1.5); prepare cover letter to B. Harding regarding same and e-mails to counsel for the ACC regarding same (1.3); various telephone conferences with R. Frankel, J. Sakalo and C. Hartman regarding notice of appeal and finalize same for filing and service (1.6); review hearing transcript from September 11 (2.5); revise statement of issues and review case law regarding same (1.0). | 8.20 |
| 10/03/06 | R. Wyron | Review revised notice of appeal and follow-up on filing. | 0.30 |
| 10/03/06 | R. Mullady, Jr. | Review and revise draft letter to opposing counsel regarding deposition of debtors (.5); discussions with D. Felder regarding same (.2). | 0.70 |
| 10/03/06 | R. Frankel | Review issues re exclusivity order, COC, notice of appeal (.7); telephone conference with T. Freedman re appeal (.1). | 0.80 |
| 10/03/06 | R. Frankel | Review issues re estimation timelines, discovery. | 0.30 |
| 10/03/06 | R. Frankel | Review discovery (30(b)(6)) propounded to debtor. | 0.50 |
| 10/04/06 | A. Dubin | Research regarding the legislative history of the Bankruptcy Abuse and Consumer Protection Act; for K. Thomas. | 2.00 |
| 10/04/06 | K. Thomas | Review proposed issues for appeal; send e-mail to D. Felder re same; review e-mail from D. Felder re same; discuss same with D. Felder; review series of e-mails re same from R. Wyron and R. Frankel. | 0.40 |
| 10/04/06 | S. Venegas | Review pleadings on estimation. | 1.50 |
| 10/04/06 | D. Felder | Telephone conference to J. Biggs regarding estimation issues (.1); review and revise notice of deposition and e-mails to C. Hartman and M. Hurford regarding same (.8); review letter from Debtors' regarding non-estimation expert reports (.1); e-mails regarding designation of record and statement of issues (.4); begin reviewing non-estimation expert reports and exhibits (6.5). | 7.90 |
| 10/04/06 | R. Wyron | Begin review of certain expert reports (Libby) (.8); review e-mails and designation of the record on appeal (.6). | 1.40 |
| 10/04/06 | R. Mullady, Jr. | Attention to discovery matters and expert reports (.8); complete review of 9/11 hearing transcript (.8). | 1.60 |
| 10/04/06 | R. Frankel | Review, exchange series of e-mails re issues on exclusivity appeal. | 0.90 |
| 10/04/06 | R. Frankel | Review Designation of Record from J. Sakalo. | 1.40 |
| 10/05/06 | R. Barainca | Begin reviewing non-estimation expert reports (2.0); confer with D. Felder regarding same (.1). | 2.10 |
| 10/05/06 | A. Dubin | Continued research regarding the legislative history of the BAPCPA of 2005 including all related bills and legislation; for K. Thomas. | 3.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

November 15, 2006
Invoice No. 1040409

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/05/06 | K. Thomas | Discuss status of legislative history of 1121(d) research with A. Dubin; review e-mails from A. Dubin re results of latest research efforts; review attachments; discuss same with D. Felder; send e-mail to A. Dubin re legislative history research; discuss same with A. Dubin. | 0.50 |
| 10/05/06 | S. Venegas | Review CMO pleadings and memos. | 3.00 |
| 10/05/06 | D. Felder | Continue reviewing non-estimation expert report (4.4); conference with R. Barainca regarding same (.1). | 4.50 |
| 10/05/06 | D. Felder | Begin review of designation of the record (1.0); continue reviewing non-estimation expert reports and related exhibits (3.5). | 4.50 |
| 10/05/06 | J. Guy | Conference with R. Wyron re appeal of exclusivity order; analyze related issues. | 0.50 |
| 10/05/06 | G. Rasmussen | Telephone conference concerning expert reports. | 0.30 |
| 10/05/06 | R. Wyron | Review recent docket listing for upcoming hearings (.2); review expert issues, confer with D. Felder, and follow-up (.3). | 0.50 |
| 10/05/06 | R. Mullady, Jr. | E-mails regarding scheduling of Biggs/Stallard meeting (.3); conference call with team regarding review of non-estimation expert reports and related e-mails (.3); telephone conversations with D. Felder (.2 );review summaries of depositions of Grace counsel in Sealed Air litigation (.5); review report of L. Welch (.5). | 1.80 |
| 10/05/06 | R. Frankel | Review status with R. Wyron; review, exchange series of e-mails regarding Biggs meetings. | 0.70 |
| 10/05/06 | R. Frankel | Read expert reports, exhibits of Dr. Whitehouse and Dr. Frank. | 2.40 |
| 10/06/06 | S. Venegas | Review various CMO pleadings and documents. | 1.00 |
| 10/06/06 | D. Felder | E-mails to and from J. Liesemer regarding statement of issues and designation of the record (.1); continue reviewing non-estimation expert reports (1.0); review docket and recently filed pleadings (.5); review calendar of upcoming deadlines (.5). | 2.10 |
| 10/06/06 | R. Wyron | Confer with G. Rasmussen, R. Mullady and D. Felder (various times) on expert reports, and e-mails regarding same (.8); begin review of D. Henry report (.9); call from D. Austern regarding exclusivity (.3). | 2.00 |
| 10/07/06 | R. Mullady, Jr. | Review debtors' non-estimation expert reports. | 2.00 |
| 10/08/06 | D. Felder | Review non-estimation expert reports by E. Anderson, G. Bragg and D. Garabrant and prepare summary regarding same. | 2.50 |
| 10/08/06 | G. Rasmussen | Read reports of Grace's experts (Moolgavkar, Price, Weil and Rodricks). | 3.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

November 15, 2006
Invoice No. 1040409

| 10/08/06 | R. Frankel | Review expert reports filed by Laura Welsh and Samuel Hammar. | 2.30 |
|---|---|---|---|
| 10/09/06 | K. Thomas | Review proposed order re Anderson Memorial lift stay motion. | 0.20 |
| 10/09/06 | S. Venegas | Review CMO (1.0); confer with D. Felder (.2). | 1.20 |
| 10/09/06 | D. Felder | Review non-estimation expert reports and exhibits submitted by E. Anderson, G. Bragg, D. Garabrant, A. Brody, S. Snyder, L. Welch and A. Frank (7.5); review designation of record and e-mails to J. Sakalo regarding same (1.0). | 8.50 |
| 10/09/06 | R. Wyron | Review e-mails regarding designation of the record and respond (.3); review record designation (.8). | 1.10 |
| 10/09/06 | R. Mullady, Jr. | E-mails to/from R. Wyron and G. Rasmussen (.3); prepare agenda for standing meeting of estimation team (.3). | 0.60 |
| 10/09/06 | R. Frankel | Begin review of debtor "non-estimation" expert reports. | 2.40 |
| 10/10/06 | S. Venegas | Meeting with team (1.5); review estimation reports (4.4). | 5.90 |
| 10/10/06 | D. Felder | Review experts reports submitted by P. Epstein, G. Hutchins, P. Lees, M. Marais and W. Wecker, S. Moolgavkar and J. Rodricks and exhibits filed thereto (7.3); conference with litigation team regarding non-estimation expert reports (1.0); e-mails to N. Finch and FCR's experts regarding same (.3); e-mails to J. Biggs regarding estimation update (.1); review designation of record on exclusivity appeal (.5); begin preparing motion to expedite appeal (.5). | 9.70 |
| 10/10/06 | G. Rasmussen | Meeting to discuss preliminary reactions to the expert reports filed by the Grace experts. | 1.30 |
| 10/10/06 | R. Wyron | Review e-mails on expert reports and other issues, and respond. | 0.20 |
| 10/10/06 | R. Mullady, Jr. | Meet with G. Rasmussen, D. Felder and A. Venegas to discuss non-estimation expert reports and rebuttals to same (1.0); e-mails to/from B. Harding regarding Rule 30(b)(6) deposition of Grace (.4;) begin preparation for deposition (.4); e-mails to/from ▆▆▆▆ regarding potential experts (.4). | 2.20 |
| 10/11/06 | S. Venegas | Review non-estimation expert reports. | 3.00 |
| 10/11/06 | D. Felder | Review non-estimation expert reports submitted by Libby claimants (1.0); review non-estimation expert reports submitted by ACC (2.6). | 3.60 |
| 10/11/06 | R. Mullady, Jr. | Review letter from B. Harding regarding outstanding discovery issues (.2); e-mails to/from D. Felder and A. Venegas regarding Grace 30(b)(6) deposition (.4); e-mails to/from N. Finch regarding discovery issues (.2). | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

November 15, 2006
Invoice No. 1040409

| | | | |
|---|---|---|---|
| 10/12/06 | S. Venegas | Call with E. Stallard (1.4); various meetings with R. Mullady, G. Rasmussen and D. Felder (.7); call with V. Roggli (.3); review of estimation materials (3.0); review of previous pleadings (2.6). | 8.00 |
| 10/12/06 | D. Felder | Review notice of deposition of D. Gaziano and e-mail to litigation team regarding same (.1); prepare for meeting and calls regarding estimation (.9); conference with R. Mullady and A. Venegas regarding preparation for 30(b)(6) deposition (.3); conference call with E. Stallard and litigation team regarding estimation issues (1.2); review Grace's SEC filings and conference with R. Mullady regarding same (2.5); research regarding motions to expedite and continue drafting same (1.5); telephone conference with V. Roggli regarding estimation issues (.5); review request for admissions and various letters in preparation for conference with ACC (1.0); telephone conference with N. Finch and litigation team regarding estimation issues (1.5). | 9.50 |
| 10/12/06 | G. Rasmussen | Preparation for and participation in conference with Eric Stollard concerning Grace's expert reports. | 1.30 |
| 10/12/06 | G. Rasmussen | Conference with V. Roggli regarding Grace's expert reports. | 0.20 |
| 10/12/06 | R. Mullady, Jr. | Conference calls with N. Finch, V. Roggli and E. Stallard (3.0); e-mails to/from N. Finch (.4); review correspondence from B. Harding regarding discovery and e-mail discussions between N. Finch and B. Harding regarding same (.4); review and reply to e-mails from A. Running regarding corporate designee deposition of debtors (.2). | 4.00 |
| 10/13/06 | S. Venegas | Review pleadings (1.0); review Sealed Air depositions (2.0). | 3.00 |
| 10/13/06 | D. Felder | Conference with R. Frankel regarding exclusivity appeal (.1); telephone calls to J. Sakalo regarding same (.1); e-mail correspondence with R. Mullady and N. Finch regarding estimation issues (.6); e-mails to J. Biggs regarding same (.2); review requests for admission and conference with R. Mullady regarding same (.4); revise requests for admission and review SEC filings by Grace in connection with same (2.6); continue drafting motion to expedite (.6); conference with litigation team regarding Rust database and review tables regarding same (1.5); continue reviewing non-estimation expert reports by ACC (1.5); review Sealed Air deposition exhibits (1.6). | 9.20 |
| 10/13/06 | R. Wyron | Confer with R. Frankel and R. Mullady on status, and follow-up e-mails on staffing. | 0.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

November 15, 2006
Invoice No. 1040409

| 10/13/06 | R. Mullady, Jr. | Review transcript of T. Hayes deposition (1.4); meet with R. Wyron and R. Frankel regarding estimation case preparation and additional staffing (.5); review trial outline from N. Finch (.2); discussions with A. Running regarding Grace corporate designee deposition (.4). | 2.50 |
|---|---|---|---|
| 10/13/06 | R. Frankel | Telephone conference with D. Austern re Ad Hoc Committee (.3); review Piper Jaffray solvency analysis (.4). | 0.70 |
| 10/13/06 | R. Frankel | Review estimation staffing, strategy issues with R. Mullady, R. Wyron (.6); review expert reports (.8). | 1.40 |
| 10/14/06 | R. Mullady, Jr. | E-mail to A. Running regarding deposition of Grace. | 0.30 |
| 10/15/06 | S. Venegas | Review V. Roggli book. | 2.00 |
| 10/15/06 | D. Felder | Review e-mails from R. Mullady regarding estimation issues. | 0.10 |
| 10/16/06 | S. Venegas | Call with Kirkland & Ellis and R. Mullady, D. Felder (1.7); review Hughes Sealed Air Transcript (6.7). | 8.40 |
| 10/16/06 | D. Felder | Telephone conference with J. Sakalo regarding exclusivity appeal (.1); review daily docket update and recently filed pleadings (1.0); conference call with FCR and ACC's experts and counsel regarding estimation issues (2.0); preparation for call with Debtors regarding 30(b)(6) notice (.5); telephone conference with A. Running, B. Harding, D. Mendelson, N. Finch and litigation team regarding 30(b)(6) notice and follow-up regarding same (2.0); telephone conference with J. Biggs regarding update (.3); review agenda for hearing on October 23 (.1); review claimant file disk from Debtors and forward to J. Biggs (.7); research regarding motion to expedite and exclusivity (.8). | 7.50 |
| 10/16/06 | G. Rasmussen | Conference with N. Finch regarding expert reports. | 1.50 |
| 10/16/06 | R. Mullady, Jr. | Conference calls with J. Biggs, M. Peterson, N. Finch and debtors' counsel regarding expert reports and Rule 30(b)(6) deposition of debtors (4.5); review and revise draft disclosure to bankruptcy court and discuss same with R. Wyron (.3); review deposition transcripts from Sealed Air case (1.5). | 6.30 |
| 10/17/06 | S. Venegas | Review Sealed Air depositions. | 6.70 |
| 10/17/06 | D. Felder | Continue drafting motion to expedite appeal (3.5); research and review case law regarding exclusivity and begin drafting opening appeal brief (5.6). | 9.10 |
| 10/17/06 | W. Berry | Review J. Radecki e-mail re Watson Wyatt full actuarial report, prepare e-mail to R. Wyron. | 0.50 |
| 10/17/06 | R. Wyron | Review e-mail regarding Watson Wyatt report and follow-up (.3); review Power Point on Grace's position (.6). | 0.90 |
| 10/17/06 | R. Frankel | Review issues, agenda re October 23 hearing; series of e-mails re same. | 0.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

November 15, 2006
Invoice No. 1040409

| 10/18/06 | S. Venegas | Review Sealed Air depositions. | 1.20 |
|---|---|---|---|
| 10/18/06 | D. Felder | E-mail correspondence with D. Graham regarding D. Gaziano deposition (.1); continue drafting opening brief in exclusivity appeal (7.5); review correspondence from B. Harding regarding supplemental discovery (.2). | 7.80 |
| 10/19/06 | R. Barainca | Review Sealed Air Deposition Transcripts (2.5), and confer with D. Felder regarding the same (.1) | 2.60 |
| 10/19/06 | R. Barainca | Research information on the FCR's Expert Witnesses. | 2.70 |
| 10/19/06 | S. Venegas | Review docket updates (.2); confer with G. Rasmussen and team (.5); confer with M. Cheney re Sealed Air Depositions (.2); confer with D. Felder (.5); review Port deposition (.6). | 2.00 |
| 10/19/06 | D. Felder | Review information regarding Rust visit and preparation for conference call with Tillinghast regarding same (.6); review Sealed Air deposition exhibits and transcripts and conference with R. Barainca regarding same (.5); telephone conference with J. Biggs, B. Gillespie and E. Woynich regarding Rust visit and follow-up regarding same (.8); telephone conference with J. Biggs regarding CMS database (.5); continue drafting opening brief in exclusivity appeal (4.6). | 7.00 |
| 10/19/06 | M. Cheney | Review deposition transcripts from Sealed Air litigation. | 0.50 |
| 10/19/06 | R. Wyron | Review estimation expert reports (1.1); outline of open issues and follow-up e-mails (.4). | 1.50 |
| 10/19/06 | R. Mullady, Jr. | Review e-mails regarding updating of Rust database and other discovery issues (.3); review and reply to e-mails regarding Rust database (.3). | 0.60 |
| 10/19/06 | R. Frankel | Review with R. Wyron issues re estimation (.4); consider strategy for estimation litigation (.5). | 0.90 |
| 10/20/06 | R. Barainca | Review Sealed Air Deposition Transcripts (1.8); confer with D. Felder regarding same (.1). | 1.90 |
| 10/20/06 | D. Fullem | Review new appeal dockets in the U.S. District Court relating to appeal of Century settlement order. | 0.30 |
| 10/20/06 | D. Felder | E-mail correspondence to and from N. Finch and J. Biggs regarding Rust visit (.3); continue drafting opening brief in exclusivity appeal (7.0). | 7.30 |
| 10/20/06 | R. Mullady, Jr. | Review and reply to e-mail from A. Running regarding 30(b)(6) deposition (.3); e-mails to/from R. Wyron and R. Frankel regarding staffing (.3). | 0.60 |
| 10/20/06 | R. Frankel | Series of e-mails re draft brief. | 0.30 |
| 10/20/06 | R. Frankel | Review open issues re Equitas settlement (.3); review issues re PWC ethical wall, declaration (.3). | 0.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

November 15, 2006
Invoice No. 1040409

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/21/06 | R. Mullady, Jr. | Review finalized requests for admission and discuss same with N. Finch (.3); review and reply to e-mails from J. Biggs, N. Finch and D. Felder (.2); review transcript of R. Beber deposition (.5). | 1.00 |
| 10/22/06 | D. Felder | Research and review case law regarding exclusivity (4.3); continue drafting opening brief and motion to expedite exclusivity appeal (8.0). | 12.30 |
| 10/22/06 | R. Mullady, Jr. | Prepare for omnibus hearing on 10/23/06. | 1.00 |
| 10/23/06 | R. Barainca | Review docket for counter-designation of the record filed by Debtors for D. Felder. | 0.20 |
| 10/23/06 | D. Felder | Preparation for omnibus hearing (1.0); conference and e-mails with R. Mullady regarding same (.3); review September 25, 2006 omnibus hearing transcript (1.3); attend omnibus hearing (3.5); review and revise opening brief on exclusivity and motion to expedite appeal (3.0); continue drafting opening brief on exclusivity (3.6). | 12.70 |
| 10/23/06 | R. Wyron | Confer with D. Felder on hearing issues and follow-up (.4); attend omnibus hearing telephonically (3.2). | 3.60 |
| 10/23/06 | R. Mullady, Jr. | Preparation for omnibus hearing (.8); attend omnibus hearing in Wilmington, DE (4.0); travel to and from Wilmington, DE (3.5). | 8.30 |
| 10/23/06 | R. Frankel | Review issues re Equitas settlement (.3); series of e-mails re hearing, D. Austern testimony (.4). | 0.70 |
| 10/23/06 | R. Frankel | Series of e-mails re statement of facts from S. Baena, D. Felder. | 0.60 |
| 10/24/06 | R. Barainca | Update list of related cases for D. Felder. | 0.90 |
| 10/24/06 | D. Fullem | Review SEC filings and related information on asbestos issues. | 0.50 |
| 10/24/06 | D. Fullem | Research SEC filings for specific information relating to asbestos matters. | 1.50 |
| 10/24/06 | D. Felder | Review case law regarding standard of review on exclusivity appeals (1.0); review case law regarding exclusivity (2.0); continue drafting opening brief in exclusivity appeal (7.4). | 10.40 |
| 10/24/06 | R. Mullady, Jr. | Review discovery produced by debtors, including supplemental products list and verdicts list (.5); e-mails to N. Finch regarding same (.2); e-mails to D. Felder and R. Wyron regarding review of Sealed Air Record (.4). | 1.10 |
| 10/25/06 | R. Barainca | Compile deposition transcripts and corresponding exhibits into binders for D. Felder. | 7.00 |
| 10/25/06 | D. Felder | Continue review of Sealed Air depositions and exhibits (10.0); review Debtors' responses to interrogatories (1.0); review and revise motion to expedite exclusivity appeal (1.3). | 12.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 14

November 15, 2006
Invoice No. 1040409

| | | | |
|---|---|---|---|
| 10/25/06 | J. Guy | Attention to appeal of exclusivity order. | 0.50 |
| 10/25/06 | R. Wyron | Continue review of Grace's expert reports (1.1); review e-mails regarding exclusivity appeal and respond (.3). | 1.40 |
| 10/25/06 | R. Mullady, Jr. | Review Beber deposition transcript and exhibits (2.5); discussions with D. Felder and R. Wyron regarding estimation litigation strategy (.5); review e-mails between ACC and debtors' counsel regarding scheduling for motion to compel debtors' settlement history information (.3). | 3.30 |
| 10/25/06 | R. Frankel | Review counter-designation of record; e-mail J. Guy, D. Felder re same. | 0.80 |
| 10/26/06 | D. Fullem | Continue review of SEC filings for certain information relating to asbestos matters. | 1.50 |
| 10/26/06 | D. Felder | Conference with R. Frankel regarding exclusivity appeal brief and motion to expedite (.2); telephone conference with J. Guy regarding same (.1); telephone conference with expert regarding update and status (.2); e-mail correspondence with litigation team regarding Sealed Air record (.1); telephone conference with M. Hurford regarding Debtors' motion to compel responses to questionnaire (.2); review Sealed Air record and prepare for litigation team meeting (1.0); conference with R. Mullady and M. Cheney regarding Sealed Air record (.4); follow-up conference with M. Cheney regarding same (.1); review correspondence from N. Finch and B. Harding regarding discovery (1.3); review and revise motion to expedite (.4). | 4.00 |
| 10/26/06 | M. Cheney | Review deposition transcripts for Sealed Air litigation. | 0.80 |
| 10/26/06 | R. Wyron | Review e-mails on expert issues and follow-up with D. Felder (.4); review e-mails on exclusivity appeal and respond (.3). | 0.70 |
| 10/26/06 | R. Mullady, Jr. | Review Sealed Air materials and meet with D. Felder and M. Cheney regarding same. | 1.00 |
| 10/26/06 | R. Frankel | Review, revise appellant's motion to expedite appeal (1.2); confer with D. Felder re same (.3). | 1.50 |
| 10/26/06 | R. Frankel | Telephone conference with D. Austern re status, November 8 meeting. | 0.30 |
| 10/26/06 | R. Frankel | Series of e-mails re exclusivity brief, motion to expedite, motion to increase page limit. | 0.70 |
| 10/26/06 | R. Frankel | Telephone conference with E. Inselbuch, D. Austern re status. | 0.30 |
| 10/27/06 | S. Venegas | Review ACC motion to compel. | 1.10 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

November 15, 2006
Invoice No. 1040409

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/27/06 | D. Felder | Review e-mail correspondence from N. Finch and Debtors' counsel regarding motion to compel (.2); telephone conference with R. Mullady regarding same (.1); e-mails with experts regarding November 8 meeting (.1); review draft motion to compel (1.0); telephone conference with R. Mullady, N. Finch and M. Hurford regarding various estimation issues (.4); review notes in preparation for litigation team meeting and prepare agenda and memo on open issues (2.4); review orders and designations regarding PD estimation (.3); review seventeenth omnibus objection and order continuing (.3); e-mail correspondence to and from D. Fullem regarding status and upcoming deadlines (.4). | 5.20 |
| 10/27/06 | R. Wyron | Review estimation hearing and deposition schedule (.3); begin review of draft appeal brief on exclusivity (.6); review e-mails regarding exclusivity appeal re record and statement of facts (.3); confer with R. Mullady on staffing for estimation litigation, and follow-up (.3). | 1.50 |
| 10/27/06 | R. Mullady, Jr. | Conference call with R. Wyron and R. Frankel regarding staffing (.5); conference call with N. Finch and M. Hurford regarding motions practice (.5); e-mails to/from A. Venegas regarding brief in support of ACC motion to compel (.3); review and reply to e-mails from D. Felder regarding expert and discovery issues (.5); telephone conversations with J. Ansbro regarding potential involvement (.3). | 2.10 |
| 10/27/06 | R. Frankel | Review requests for admission from ACC and interrogatories; notes re same. | 0.70 |
| 10/27/06 | R. Frankel | Telephone conference with R. Wyron, R. Mullady re major issues in estimation, strategy, staffing; review D. Felder memo re estimation litigation action items. | 0.90 |
| 10/27/06 | R. Frankel | Review, revise draft brief on exclusivity from D. Felder. | 2.60 |
| 10/28/06 | R. Frankel | Review, revise exclusivity brief. | 1.20 |
| 10/29/06 | M. Cheney | Review deposition transcript of J. Hughes. | 0.50 |
| 10/29/06 | R. Wyron | Review notes and status of open issues (.6); review first draft of appeal brief on exclusivity and provide comments (1.1). | 1.70 |
| 10/29/06 | R. Mullady, Jr. | Review and revise draft ACC motion to compel debtors' settlement history. | 3.00 |
| 10/30/06 | S. Venegas | Team meeting (1.0); confer with D. Felder (.3); review Harding October 17 letter (.2); review draft motion to compel (.2); review October Omnibus hearing (.5). | 2.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 16

November 15, 2006
Invoice No. 1040409

| 10/30/06 | D. Felder | Review and revise exclusivity brief (9.0); research regarding Section 502 and 1124 and review pleadings filed by PI and PD Committee's regarding disclosure statement and plan (2.6); conference with estimation team regarding update and status (1.3). | 12.90 |
|----------|-----------|---|-------|
| 10/30/06 | M. Cheney | Review deposition transcript of J. Hughes. | 2.00 |
| 10/30/06 | M. Cheney | Conference with estimation litigation team re strategy | 0.80 |
| 10/30/06 | J. Guy | Review and revise exclusivity appellate brief. | 1.50 |
| 10/30/06 | G. Rasmussen | Review of draft letter to A. Running. | 0.20 |
| 10/30/06 | G. Rasmussen | Meeting of litigation team to go over status of various projects. | 1.30 |
| 10/30/06 | R. Wyron | Organize materials for discussion at team meeting (.8); attend team meeting (1.4); follow-up discussion with R. Frankel, and notes regarding same (.6); call to J. Radecki on expert issues and follow-up (.7); call to D. Austern regarding status and upcoming meetings, and follow-up (.6); begin review of revised draft exclusivity brief (.9). | 5.00 |
| 10/30/06 | R. Mullady, Jr. | Review and revise draft motion to compel settlement history and e-mails to/from N. Finch regarding same (2.5); prepare letter to A. Running regarding grace deposition (.5); attend weekly status meeting with team (1.3); e-mails to/from N. Finch and M. Hewett regarding trial logistics and discovery matters (.8). | 5.10 |
| 10/30/06 | R. Frankel | Review issues with R. Wyron re questionnaires, expert testimony; consider questionnaire, bar date responses. | 1.60 |
| 10/30/06 | R. Frankel | Review exclusivity issues re appeal with J. Guy. | 0.40 |
| 10/31/06 | S. Venegas | Research for motion to compel. | 6.00 |
| 10/31/06 | D. Felder | Telephone conference with Tillinghast team regarding Rust visit (.2); review and revise exclusivity brief and motion to compel (6.1). | 6.30 |
| 10/31/06 | M. Cheney | Review deposition transcript of J. Hughes. | 3.90 |
| 10/31/06 | R. Wyron | Review litigation calendar (.5); review e-mail summary on motion to compel and provide suggestions (.4). | 0.90 |
| 10/31/06 | R. Frankel | Review, revise draft brief on exclusivity. | 2.30 |

Total Hours      404.50

Total For Services      $193,316.00

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Rachael Barainca | 17.40 | 140.00 | 2,436.00 |
| William D. Berry | 0.50 | 620.00 | 310.00 |
| Matthew W. Cheney | 8.50 | 490.00 | 4,165.00 |
| Alan P. Dubin | 5.50 | 195.00 | 1,072.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

November 15, 2006
Invoice No. 1040409

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 185.90 | 430.00 | 79,937.00 |
| Roger Frankel | 33.70 | 725.00 | 24,432.50 |
| Debra O. Fullem | 6.30 | 210.00 | 1,323.00 |
| Jonathan P. Guy | 2.50 | 605.00 | 1,512.50 |
| Raymond G. Mullady, Jr. | 53.70 | 660.00 | 35,442.00 |
| Garret G. Rasmussen | 9.30 | 645.00 | 5,998.50 |
| Katherine S. Thomas | 1.90 | 375.00 | 712.50 |
| Shannon Dawn Venegas | 56.20 | 375.00 | 21,075.00 |
| Richard H. Wyron | 23.10 | 645.00 | 14,899.50 |
| Total All Timekeepers | 404.50 | $477.91 | $193,316.00 |

Disbursements

| | |
|---|---|
| Duplicating Expense | 661.05 |
| Express Delivery | 124.55 |
| Facsimile | 74.00 |
| Lexis Research | 596.00 |
| Local Taxi Expense | 78.95 |
| Local Tolls | 9.00 |
| Other Business Meals | 241.39 |
| Out of Town Business Meals | 25.27 |
| Outside Reproduction Services | 5,302.07 |
| Outside Services | 1,311.68 |
| Parking Expense | 73.00 |
| Postage | 831.74 |
| Telephone | 68.63 |
| Travel Expense, Air Fare | 3,782.80 |
| Travel Expense, Local | 342.69 |
| Travel Expense, Out of Town | 225.01 |
| Westlaw Research | 3,795.19 |

Total Disbursements                 $17,543.02


**Total For This Matter**                 $210,859.02



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

November 15, 2006
Invoice No. 1040409

For Legal Services Rendered Through October 31, 2006 in Connection With:

**Matter:  9 - Plan & Disclosure Statement**

| 10/12/06 | R. Frankel | Telephone conference with D. Austern re Grace balance sheet, insolvency number; review slide re balance sheet. | 0.70 |
| 10/27/06 | R. Frankel | Review reports re earnings, news. | 0.40 |

|  | Total Hours | 1.10 |  |
|  | Total For Services |  | $797.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 1.10 | 725.00 | 797.50 |
| Total All Timekeepers | 1.10 | $725.00 | $797.50 |

**Total For This Matter**          $797.50



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 19

November 15, 2006
Invoice No. 1040409

For Legal Services Rendered Through October 31, 2006 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 09/12/06 | D. Fullem | Review information provided by the fee auditor on agreed fee reduction as to Swidler's fees (.4); confer with R. Wyron regarding same and preparation of certification of counsel as to Swidler's final fee application, discuss agreement with Swidler and fee auditor and U.S. Trustee regarding same (.5); prepare certification of counsel and provide to R. Wyron for review and comment (.9); review proposed edits from R. Wyron and prepare final version (.8); prepare e-mails to R. Wyron and J. Phillips for final review/approval and filing (.4). | 3.00 |
| 09/14/06 | D. Fullem | Review fee auditor's final report on Swidler's final fee application (.7); review information on Orders entered and fee auditor's recommended reductions (.6); confer with R. Wyron regarding issues (.2); prepare e-mail to S. Bossay regarding concerns (.2); telephone call with S. Bossay regarding same (.1). | 1.80 |
| 09/15/06 | D. Fullem | Review e-mail from S. Bossay along with revised/amended final report on Swidler's final fee application; prepare e-mail to S. Bossay confirming final report; e-mail to R. Wyron to update regarding same. | 0.50 |
| 09/15/06 | D. Fullem | Prepare e-mail to P. Cuniff at Pachulski to confirm that certain quarterly filed by D. Austern is set for September 25 hearing. | 0.20 |
| 09/15/06 | D. Fullem | Telephone call from S. Bossay regarding Certification of Counsel on Swidler Final Fee Application; prepare e-mail to S. Bossay along with copy of signed/filed CoC. | 0.20 |
| 09/15/06 | D. Fullem | Telephone call from P. Cuniff at Pachulski regarding status of inclusion of D. Austern's quarterly in September 25 hearing and necessary to continue to December 18 fee hearing date. | 0.10 |
| 09/15/06 | D. Fullem | Prepare Certifications of No Objection relating to Tillinghast June and July fee applications and Piper Jaffray June fee application. | 0.40 |
| 09/15/06 | D. Fullem | Begin preparation of D. Austern's ninth quarterly fee application for the period April 1-June 30, 2006. | 0.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 20

November 15, 2006
Invoice No. 1040409

| | | | |
|---|---|---|---|
| 09/15/06 | D. Fullem | Review package from D. Austern of the signed June fee application; prepare notice for signature by R. Frankel; coordinate filing with the Court and serving of same. | 0.50 |
| 09/18/06 | D. Fullem | Prepare three CNOs relating to Piper Jaffray June and July and Tillinghast July fee applications (.6); print out docket sheet and cover sheet to fee applications (.4); provide to R. Wyron to review and sign CNOs (.1); prepare e-mail and PDF files to C. Hartman for filing with Court (.2); coordinate with C. Best regarding service on parties (.1). | 1.40 |
| 09/25/06 | D. Fullem | Confer with R. Barainca regarding updating of debtors' professionals fees and expenses per D. Felder's request. | 0.50 |
| 09/25/06 | D. Fullem | Review and respond to e-mail from R. Malstrom regarding status of hearing and Order on Swidler's final fee application. | 0.10 |
| 09/26/06 | D. Fullem | Review Order entered by the Judge on Swidler's final fee application; confer with R. Wyron regarding same; begin preparation of e-mail to J. Port and W. Sparks at Grace regarding same and return of monies as per agreement with Fee Auditor and Trustee. | 0.70 |
| 09/26/06 | D. Fullem | Various conferences with R. Barainca regarding debtors' professionals fee applications. | 0.50 |
| 09/26/06 | D. Fullem | Review numerous fee applications of debtors' professionals for total amounts of fees and expenses (2.2); prepare update to chart of fees and expenses of debtors' professionals (.5); confer with R. Barainca and D. Felder regarding same (.2). | 2.90 |
| 09/27/06 | D. Fullem | Prepare e-mail to J. Port and W. Sparks at Grace regarding Court's Order approving Swidler's final fee application; inquire as to overpayment of monies, whom payable, where to send, contact person at Grace. | 0.20 |
| 10/02/06 | D. Fullem | Review proposed final of CIBC fee application and provide comments to R. Gray at CIBC and R. Chatterjee at PJC. | 0.50 |
| 10/03/06 | D. Fullem | Review and prepare comments to CIBC's proposed final fee application. | 0.50 |
| 10/03/06 | D. Fullem | Review email from R. Chatterjee at PJC regarding August fee application. | 0.20 |
| 10/03/06 | D. Fullem | Review and respond to email from R. Malstrom regarding information from Grace to return Bingham(Swidler) overpayment check; follow up email to J. Port at Grace regarding same; and update R. Malstrom with information. | 0.30 |
| 10/06/06 | R. Barainca | Edit Tillinghast's August 2006 monthly fee application. | 0.30 |
| 10/09/06 | R. Barainca | Review final draft of Tillinghast's August monthly fee application. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 21

November 15, 2006
Invoice No. 1040409

| | | | |
|---|---|---|---|
| 10/09/06 | D. Fullem | Prepare e-mail to R. Chatterjee at PJC regarding July and August fee applications and status of filing and serving of same along with Orrick's fee applications. | 0.20 |
| 10/09/06 | D. Fullem | Update Piper Jaffray July and August fee applications with deadlines to file objections to same. | 0.20 |
| 10/10/06 | R. Barainca | Prepare Tillinghast's August monthly fee application for filing. | 0.20 |
| 10/10/06 | D. Fullem | Coordinate filing and service of Piper Jaffray July and August fee applications. | 0.20 |
| 10/13/06 | D. Fullem | Review and respond to e-mails from R. Gray at CIBC re status of CIBC's final fee application. | 0.10 |
| 10/13/06 | D. Fullem | Prepare CNO for D. Austern fee application. | 0.40 |
| 10/13/06 | D. Fullem | Review and respond to e-mail from D. Austern relating to July-September invoices. | 0.20 |
| 10/15/06 | R. Wyron | Review CNO for D. Austern fees. | 0.20 |
| 10/16/06 | R. Barainca | Update chart of Requested Professional Compensation. | 2.60 |
| 10/16/06 | D. Fullem | Coordinate filing and serving of D. Austern's CNO for June fee application. | 0.20 |
| 10/17/06 | R. Barainca | Update chart of Requested Professional Compensation. | 3.10 |
| 10/18/06 | R. Barainca | Prepare D. Austern's July 2006 monthly fee application. | 0.60 |
| 10/18/06 | R. Barainca | Prepare D. Austern's August 2006 monthly fee application. | 0.60 |
| 10/18/06 | R. Barainca | Prepare D. Austern's September 2006 monthly fee application. | 0.70 |
| 10/19/06 | D. Fullem | Review drafts of D. Austern's monthly fee applications for July, August and September and prepare edits same. | 0.60 |
| 10/19/06 | D. Fullem | Review email from R. Malstrom from Bingham (formerly Swidler) regarding remittance letter to Grace along with check for overpayment; provide certain comments and information to R. Malstrom for letter. | 0.50 |
| 10/20/06 | D. Fullem | Confer with R. Barainca regarding edits to D. Austern's July-September monthly fee applications and timing of sending same to D. Austern along with quarterly fee application for review and signature. | 0.20 |
| 10/26/06 | R. Barainca | Prepare D. Austern's Tenth Quarterly fee application. | 2.10 |
| 10/26/06 | D. Fullem | Review and reply to e-mail from R. Gray at CIBC regarding final fee application. | 0.10 |
| 10/27/06 | D. Fullem | Confer with R. Barainca regarding status of D. Austern's current fee applications. | 0.10 |
| 10/30/06 | R. Barainca | Prepare CIBC's Final Fee Application. | 3.50 |
| 10/30/06 | R. Barainca | Prepare D. Austern's monthly and quarterly for filing. | 1.20 |
| 10/30/06 | D. Fullem | Prepare email to R. Gray regarding status of CIBC final application and revisions thereto; confer with R. Barainca regarding same; forward sample of final application filed by other professional in Delaware. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

November 15, 2006
Invoice No. 1040409

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/31/06 | D. Fullem | Review e-mail from R. Gray at CIBC regarding status of final application. | 0.10 |
| 10/31/06 | D. Fullem | Prepare CNOs for Piper Jaffray July and August fee applications and CNO for Tillinghast August fee application; coordinate filing and serving of same. | 0.90 |
| 10/31/06 | R. Wyron | Review CNO for Piper Jaffray and Tillinghast. | 0.40 |

Total Hours     35.00

Total For Services     $6,554.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 15.10 | 140.00 | 2,114.00 |
| Debra O. Fullem | 19.30 | 210.00 | 4,053.00 |
| Richard H. Wyron | 0.60 | 645.00 | 387.00 |
| Total All Timekeepers | 35.00 | $187.26 | $6,554.00 |

Disbursements

| | |
|---|---|
| Duplicating Expense | 1,508.40 |
| Express Delivery | 233.70 |
| Outside Services | 18.88 |
| Postage | 296.40 |
| Total Disbursements | $2,057.38 |

**Total For This Matter**     **$8,611.38**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 23

November 15, 2006
Invoice No. 1040409

For Legal Services Rendered Through October 31, 2006 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 10/13/06 | R. Barainca | Download R. Frankel's declaration previously filed. | 0.30 |
| 10/13/06 | R. Wyron | Review T. Hayes/PWC transcript and follow-up with conflicts. | 0.60 |
| 10/15/06 | R. Wyron | Review PWC information and draft insert for supplemental disclosure (.6); draft and respond to e-mails to R. Mullady and R. Frankel (.3.) | 0.90 |
| 10/16/06 | D. Fullem | Review information from R. Wyron regarding supplemental disclosure (.3); prepare draft of same and provide to R. Wyron for review (.9). | 1.20 |
| 10/16/06 | R. Wyron | Review and revise supplemental disclosure (.3) review conflicts reports (.4); confer separately with R. Mullady, D. Weiss and R. Frankel regarding PWC and supplemental disclosure (3); revise disclosure (.2). | 1.20 |
| 10/16/06 | R. Frankel | Review and edit third supplemental declaration. | 0.30 |
| 10/17/06 | D. Fullem | Follow up with R. Wyron regarding status of filing of third supplemental declaration of R. Frankel regarding PWC matter. | 0.20 |
| 10/18/06 | R. Frankel | Review issues re PWC disclosure, review third supplemental declaration. | 0.40 |
| 10/20/06 | R. Wyron | Review screen issues on PwC and revise memo. | 0.60 |
| 10/26/06 | D. Fullem | Review and reply to e-mail from R. Wyron regarding R. Frankel's supplemental disclosure re PWC. | 0.20 |
| 10/26/06 | R. Wyron | Review and revise draft supplemental declaration of R. Frankel. | 0.40 |
| 10/26/06 | R. Frankel | Review supplemental declaration. | 0.40 |
| 10/27/06 | R. Barainca | Assist D. Fullem with preparing R. Frankel's Declaration for filing. | 0.50 |
| 10/27/06 | D. Fullem | Confer with R. Wyron (.1); review and prepare proposed final of R. Frankel's fourth declaration (.8); confer with R. Wyron and R. Frankel regarding additional edits (.2); prepare edits and finalize (.5); coordinate filing and serving of same (.3). | 1.90 |
| 10/27/06 | R. Wyron | Review ethical wall analysis, and review revised Frankel declaration for filing (.7); coordinate filing information (.2). | 0.90 |
| 10/30/06 | D. Fullem | Prepare email to S. Stengel and forward R. Frankel's fourth declaration relating to PWC. | 0.10 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

November 15, 2006
Invoice No. 1040409

|  |  |  |
|---|---|---|
| Total Hours | 10.10 |  |
| Total For Services |  | $4,632.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 0.80 | 140.00 | 112.00 |
| Roger Frankel | 1.10 | 725.00 | 797.50 |
| Debra O. Fullem | 3.60 | 210.00 | 756.00 |
| Richard H. Wyron | 4.60 | 645.00 | 2,967.00 |
| Total All Timekeepers | 10.10 | $458.66 | $4,632.50 |

Disbursements
     Duplicating Expense                     355.35
     Postage                                         305.55
                         Total Disbursements                 $660.90


                         **Total For This Matter**                 **$5,293.40**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 25

November 15, 2006
Invoice No. 1040409

For Legal Services Rendered Through October 31, 2006 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 09/14/06 | D.  Fullem | Organize and update fee application files. | 0.30 |
| 09/25/06 | D.  Fullem | Update summary spreadsheet of Orrick's fees and expenses. | 0.50 |
| 09/25/06 | D.  Fullem | Prepare CNO for Orrick's July fee statement; provide to R. Wyron for review and comment; send same to C. Hartman at PGS to file with Court; prepare e-mail to client regarding payment. | 0.50 |
| 10/06/06 | R.  Barainca | Edit Orrick's August monthly fee application. | 1.10 |
| 10/09/06 | D.  Fullem | Prepare e-mail to R. Barainca regarding status of filing of Orrick's August fee application. | 0.10 |
| 10/09/06 | D.  Fullem | Review and revise September prebills. | 1.50 |
| 10/10/06 | D.  Fullem | Coordinate filing and service of Orrick's August fee application. | 0.20 |
| 10/10/06 | D.  Fullem | Review and respond to e-mail from L. Blackhurst regarding recent payment from Grace and attach June fees and expenses spreadsheet. | 0.30 |
| 10/10/06 | D.  Fullem | Follow up on various time entries of attorneys to be reviewed and revised to comply with administrative compensation order, Trustee guidelines, and Court Rules. | 1.00 |
| 10/12/06 | D.  Fullem | Review and respond to e-mail from R. Wyron regarding recent payment received from Grace. | 0.20 |
| 10/13/06 | D.  Fullem | Prepare corrected CNO for Orrick's June fee application; explain and forward to R. Wyron for review and comment. | 0.80 |
| 10/15/06 | R.  Wyron | Review and revise modified CNO for Orrick's June fees. | 0.30 |
| 10/16/06 | D.  Fullem | Review edits by R. Wyron to corrected/amended CNO on Orrick's June fee application; revise same; provide to R. Wyron for approval. | 0.50 |
| 10/16/06 | R.  Wyron | Review amended CNO and revise. | 0.20 |
| 10/17/06 | D.  Fullem | Review and respond to e-mail from R. Wyron regarding updating of fee/expense chart. | 0.10 |
| 10/17/06 | D.  Fullem | Review e-mail from R. Wyron regarding June expenses for corporate research; review backup information and provide to R. Wyron. | 0.40 |
| 10/17/06 | D.  Fullem | Review e-mail from R. Wyron; update Certificate of Service to Amended CNO on Orrick's June fee application; coordinate filing and serving of same; prepare e-mail to J. Port and W. Sparks at Grace regarding details of corrected CNO and June expense payment due. | 0.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 26

November 15, 2006
Invoice No. 1040409

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/17/06 | D. Fullem | Review and update spreadsheet of Orrick's fees and expenses; e-mail same to R. Wyron. | 0.30 |
| 10/18/06 | D. Fullem | Review new format of spreadsheet from R. Wyron to be provided to accounting (.2); prepare updates thereto (.9); review and respond to e-mails from R. Wyron regarding same (.2). | 1.30 |
| 10/18/06 | R. Frankel | Review series of e-mails re payments, reconciliation of payments. | 0.30 |
| 10/19/06 | D. Fullem | Update Orrick's fee and expense spreadsheet. | 0.30 |
| 10/20/06 | D. Fullem | Update Orrick's fees and expenses chart with September amounts. | 0.20 |
| 10/23/06 | D. Fullem | Prepare email to P. Reyes regarding status of final invoices for September (.10); prepare summary of invoices (.20); begin preparation of fee application (.80); update R. Wyron regarding same (.10). | 1.20 |
| 10/24/06 | D. Fullem | Prepare summary of September invoices and fee application. | 1.40 |
| 10/26/06 | D. Fullem | Review and respond to e-mail from R. Wyron regarding status of fee applications and payments. | 0.20 |
| 10/26/06 | D. Fullem | Review and respond to email from R. Wyron regarding status of finalizing and filing of Orrick's September fee application. | 0.20 |
| 10/27/06 | D. Fullem | Prepare final of Orrick's September fee application (.8); coordinate filing and serving of same (.2). | 1.00 |
| 10/31/06 | D. Fullem | Prepare CNO for Orrick's August fee application; review edits by R. Wyron; update same; coordinate filing and serving. | 0.50 |
| 10/31/06 | R. Wyron | Review CNO for September fees and expenses. | 0.20 |

|  | Total Hours | 15.70 |  |
|--|-------------|-------|--|
|  | Total For Services |  | $3,679.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| Rachael Barainca | 1.10 | 140.00 | 154.00 |
| Roger Frankel | 0.30 | 725.00 | 217.50 |
| Debra O. Fullem | 13.60 | 210.00 | 2,856.00 |
| Richard H. Wyron | 0.70 | 645.00 | 451.50 |
| Total All Timekeepers | 15.70 | $234.33 | $3,679.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 27

November 15, 2006
Invoice No. 1040409

Disbursements
Duplicating Expense                      97.35
Express Delivery                         46.86
Outside Services                         11.92
Postage                                   3.90
                    Total  Disbursements                    $160.03


                    **Total For This Matter**              $3,839.03



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 28

November 15, 2006
Invoice No. 1040409

For Legal Services Rendered Through October 31, 2006 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| 10/23/06 | D. Felder | Travel to and from Wilmington, Delaware for omnibus hearing. | 2.50 |
|---|---|---|---|

|  | Total Hours | 2.50 |  |
|---|---|---|---|
|  | Total For Services |  | $537.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 2.50 | 215.00 | 537.50 |
| Total All Timekeepers | 2.50 | $215.00 | $537.50 |

**Total For This Matter**          **$537.50**

**\* \* \* COMBINED TOTALS \* \* \***

| Total Hours | 512.30 |  |
|---|---|---|
| Total Fees, all Matters |  | $225,845.00 |
| Total Disbursements, all Matters |  | $24,528.57 |
| Total Amount Due |  | $250,373.57 |