# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 10/2/2006 | 2.3 | Business operations | Review research of specialty chemicals companies |
| Geoffrey Zbikowski | 10/2/2006 | 4.3 | Business operations | Compile research of specialty chemicals industry regarding pricing, forward outlook, financial estimates, etc. |
| Joseph Radecki | 10/3/2006 | 2.8 | Financial analysis/review | Review monthly financial packet of WR Grace |
| Jonathan Brownstein | 10/3/2006 | 3.0 | Financial analysis/review | Review Company's August 2006 financial operating report/related analysis |
| Ritwik Chatterjee | 10/3/2006 | 4.0 | Financial analysis/review | Review Debtor's monthly financial report / perform analysis related to same |
| Geoffrey Zbikowski | 10/3/2006 | 5.5 | Financial analysis/review | Review Grace monthly financials. Various financial analysis. |
| Joseph Radecki | 10/4/2006 | 2.0 | Financial analysis/review | Review earnings results of RPM and review associated analysis |
| Jonathan Brownstein | 10/4/2006 | 2.0 | Financial analysis/review | Review earnings results of comparable company (RPM Int. Inc.); related analysis |
| Geoffrey Zbikowski | 10/4/2006 | 4.0 | Financial analysis/review | Review monthly financials release of RPM Int. Various financial analysis. |
| Joseph Radecki | 10/5/2006 | 1.3 | Business operations | PJC internal discussions regarding various case issues |
| Jonathan Brownstein | 10/5/2006 | 1.5 | Business operations | Internal discussions regarding various case issues |
| Ritwik Chatterjee | 10/5/2006 | 4.3 | Financial analysis/review | Review financial release of comparable company (RPM International) / perform financial analysis related to same / discussions meetings on case |
| Geoffrey Zbikowski | 10/5/2006 | 1.3 | Business operations | PJC internal discussions with various team members |
| Ritwik Chatterjee | 10/9/2006 | 3.3 | Financial analysis/review | Various research related to specialty chemicals companies' pension strategy |
| Geoffrey Zbikowski | 10/9/2006 | 5.5 | Financial analysis/review | Research and analysis on post-retirement and pension benefits |
| Joseph Radecki | 10/10/2006 | 1.8 | Business operations | Review research on pension/post-retirement strategies of other specialty chemicals companies |
| Jonathan Brownstein | 10/11/2006 | 2.8 | Business operations | Review research on specialty chemicals space |
| Joseph Radecki | 10/12/2006 | 2.3 | Business operations | Preparation for pension/post-retirement issues call with Company |
| Jonathan Brownstein | 10/12/2006 | 4.0 | Business operations | Research/analysis on pension issues in preparation for conference call with Company |
| Ritwik Chatterjee | 10/12/2006 | 3.3 | Business operations | Preparation for call with Debtor re: pension issues |
| Joseph Radecki | 10/13/2006 | 3.0 | Business operations | Preparation for call; call with WR Grace and advisors re: pension/post-retirement; follow up internal PJC discussions |
| Jonathan Brownstein | 10/13/2006 | 3.0 | Business operations | Call with Company/Blackstone regarding pension issues; follow up reading and discussions |
| Ritwik Chatterjee | 10/13/2006 | 3.8 | Business operations | Call with Debtor regarding pension issues / follow-up |
| Geoffrey Zbikowski | 10/13/2006 | 4.3 | Business operations | Conf. call with Grace on post-retirement and pension benefits. Financial analysis re: post-retirement and pension benefits. |
| Joseph Radecki | 10/16/2006 | 1.8 | Business operations | Review analysis on pension/post-retirement of competitors; follow-up discussions re same |
| Jonathan Brownstein | 10/16/2006 | 2.8 | Business operations | Research/analysis on pension issues post call with Company |
| Ritwik Chatterjee | 10/16/2006 | 2.3 | Business operations | Financial analysis on pension issues |
| Geoffrey Zbikowski | 10/16/2006 | 3.5 | Business operations | Various financial analysis |
| Joseph Radecki | 10/17/2006 | 2.0 | Business operations | Review research and articles on chemicals industry |
| Ritwik Chatterjee | 10/17/2006 | 3.3 | Business operations | Research on pension issues |
| Joseph Radecki | 10/18/2006 | 1.3 | Financial analysis/review | Review earnings results of Albemarle Corporation and review associated analysis |
| Jonathan Brownstein | 10/18/2006 | 1.8 | Financial analysis/review | Review earnings results of comparable company (Albemarle Corp) |
| Ritwik Chatterjee | 10/18/2006 | 1.5 | Financial analysis/review | Review financial release of comparable company (Albemarle) |
| Geoffrey Zbikowski | 10/18/2006 | 2.5 | Financial analysis/review | Review updated financial information comparable company (Albemarle Corp) and perform related analysis |
| Joseph Radecki | 10/19/2006 | 2.8 | Financial analysis/review | Review earnings results of Rohm & Haas as well as related financial analysis; Review HB Fuller/Valspar transaction |
| Jonathan Brownstein | 10/19/2006 | 4.8 | Financial analysis/review | Review earnings results of comparable company (Rohm & Haas); related financial analysis; review Valspar-HB Fuller M&A transaction |
| Ritwik Chatterjee | 10/19/2006 | 4.0 | Business operations | Review filings of comparable companies for pension data |
| Joseph Radecki | 10/20/2006 | 1.5 | Financial analysis/review | Internal discussions regarding chemicals industry transactions |
| Jonathan Brownstein | 10/20/2006 | 1.5 | Financial analysis/review | Discussions regarding M&A activity in industry |
| Ritwik Chatterjee | 10/20/2006 | 6.0 | Financial analysis/review | Review/discussions regarding HB Fuller & Valspar Corp deal / discussions re: market transaction in specialty chemicals space / review financial release of comparable company (Rohm Haas) and perform financial analysis |
| Joseph Radecki | 10/23/2006 | 1.0 | Business operations | Internal PJC discussions regarding court hearing |
| Jonathan Brownstein | 10/23/2006 | 2.0 | Business operations | Follow-up discussions re: court hearing and financial analysis |
| Ritwik Chatterjee | 10/23/2006 | 3.3 | Hearing attendance | Attend court hearing via telephone / internal discussions |
| Geoffrey Zbikowski | 10/23/2006 | 5.3 | Financial analysis/review | Review press releases, SEC filings, and transaction reports on comparable firms (Albemarle Corporation, Rohm & Haas Company, H.B. Fuller Company, and Valspar Corporation). Related Financial analysis. |
| Joseph Radecki | 10/25/2006 | 3.0 | Financial analysis/review | Review Debtor's financial release |
| Jonathan Brownstein | 10/25/2006 | 2.8 | Financial analysis/review | Review Company's financial press release and related analysis |
| Ritwik Chatterjee | 10/25/2006 | 5.0 | Financial analysis/review | Debtor's financial release review and perform analysis of same / conduct general industry research |
| Geoffrey Zbikowski | 10/25/2006 | 5.0 | Financial analysis/review | Review of Grace financial reports and analysis of same |
| Joseph Radecki | 10/26/2006 | 2.3 | Business operations | Review research and articles on specialty chemicals industry |
| Jonathan Brownstein | 10/26/2006 | 2.3 | Business operations | Review research on specialty chemicals space |
| Geoffrey Zbikowski | 10/26/2006 | 2.8 | Business operations | Compile research on chemicals industry |
| Jonathan Brownstein | 10/30/2006 | 1.5 | Financial analysis/review | Assist counsel with financial analysis for upcoming filing |
| Ritwik Chatterjee | 10/30/2006 | 2.5 | Financial analysis/review | Work with FCR counsel by providing analysis for court docs; call with Company re: Ch 11 case issue |
| Joseph Radecki | 10/31/2006 | 2.0 | Business operations | Internal meetings (PJC) re case issues |
| Jonathan Brownstein | 10/31/2006 | 2.0 | Business operations | Internal discussions regarding various case issues |
| Ritwik Chatterjee | 10/31/2006 | 2.3 | Business operations | Work with FCR counsel by providing analysis for court docs / Internal discussions regarding various case issues |
| Geoffrey Zbikowski | 10/31/2006 | 1.0 | Business operations | PJC internal discussions on case issues |