# EXHIBIT B

### W.R. Grace & Co.
### Expense Detail Report
### (Date Represents Posting Date)

<u>Telephone</u>

| | | |
|---|---|---|
| Geoffrey Zbikowski | 10/16/06 | $ 60.50 |
| Joseph Radecki | 10/17/06 | $ 97.81 |
| Ritwik Chatterjee | 10/18/06 | $ 44.48 |
| Total Telephone: | | $ 202.79 |
| **TOTAL EXPENSES:** | | **$ 202.79** |