# Exhibit A

**SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM JULY 1, 2006 THROUGH SEPTEMBER 30, 2006**

**I.     ASSET DISPOSITION (TASK CODE NO. 002)**

Applicant reviewed Bassell USA asset purchase agreement.

**II.    BUSINESS OPERATIONS (TASK CODE NO. 003)**

Applicant reviewed monthly operating reports, debtors' application to make contribution to pension plan trust and defined benefits plans

**III.   CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant maintained case files, reviewed pleadings and monitored dockets.

**IV.    CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)**

Applicant reviewed numerous pleadings.

**V.     CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS)(TASK CODE NO. 006)**

Applicant reviewed motion to file late proof of claim and settlements with Wauconda and Lloyd's.

**V.     COMMITTEE (TASK CODE NO. 007)**

Applicant attendance at committee conference calls.

**VI.    EMPLOYEE BENEFITS/PENSION (TASK CODE NO. 008)**

Applicant reviewed KERP motion and related pleadings.

**VII.   EMPLOYMENT APPLICATIONS (OTHERS) (TASK CODE NO. 010)**

Applicant reviewed retention applications filed by other parties.

**VIII.  FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and coordinated the service and filing of its fees applications in the case.  Applicant also responded to inquiries of the Fee Auditor and the Court regarding these fee applications.

IX.    **FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals, including Stroock & Stroock & Lavan, Capstone Advisory Group, and Guiliani Capital Advisors.

X.    **HEARINGS (TASK CODE NO. 015)**

Applicant prepared for and attended various hearings for the benefit of the Committee as necessary.

V.    **LITIGATION & LITIGATION CONSULTING (TASK CODE NO. 016)**

From its appointment, Applicant has provided critical services to the Committee with regards to litigation, and helped to coordinate the actions of several of the other professionals retained by the Committee in order to achieve a unified and organized response to all outstanding litigation.

XI.    **PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)**

Applicant spent time reviewing plan issues and status of plan negotiations and issues.

XII.    **RELIEF FROM STAY PROCEEDINGS (TASK CODE NO. 018)**

Applicant reviewed various Motions for Relief from the Automatic Stay.

V.    **VALUATION (TASK CODE NO. 022)**

Applicant reviewed the Committee's valuation analysis.

XIII.    **OTHER (TASK CODE NO. 25)**

Applicant  reviewed and retrieved miscellaneous pleadings and memos.

XIV.    **BUSINESS ANALYSIS (TASK CODE NO. 27)**

Applicant reviewed business plan.