# Exhibit B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al</u>. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**Objection Date: September 19, 2006 at 4:00 p.m.**
**Hearing Date: To be determined.**

### FIFTY-FIFTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
### <u>FROM JULY 1, 2006 THROUGH JULY 31, 2006</u>

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **July 1, 2006 through July 31, 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$27,754.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$260.05** |

This is an: ☒ monthly ☐ interim ☐ final application

This is the fifty-fifth monthly fee application of Duane Morris LLP.

*13111*
*8/30/06*

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,162.50 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | Pending | Pending |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Partner/41 years | 615.00 | 21.90 | $13,468.50 |
| Michael R. Lastowski | Partner/26 years | 550.00 | 22.90 | $12,595.00 |
| Joseph H. Lemking | Associate/4 years | 340.00 | 0.30 | $102.00 |
| Michael F. Hahn | Associate/8 years | 355.00 | 3.30 | $1,171.50 |
| Beth A. Gruppo | Paralegal | 215.00 | 1.10 | $236.50 |
| Alison T. Ash | Paralegal | 145.00 | 0.90 | $130.50 |
| Stephanie Lenkiewicz | Legal Assistant | 125.00 | 0.40 | $50.00 |

Total Fees:     $27,754.00
Total Hours:    50.80

5

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (02) | 0.20 | $43.00 |
| Business Operations (03) | 0.30 | $165.00 |
| Case Administration (04) | 2.40 | $762.00 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 14.50 | $7,975.00 |
| Fee Applications, Applicant (12) | 0.20 | $67.50 |
| Fee Applications, Others (13) | 1.10 | $194.00 |
| Hearings (15) | 7.80 | $4,290.00 |
| Plan and Disclosure Statement | 2.30 | $816.50 |
| Other (25) | 22.00 | $13,441.00 |
| **TOTAL** | 50.80 | $27,754.00 |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Dinner (Local | | $22.43 |
| Legal Research | Westlaw | $237.62 |
| **TOTAL** | | $260.05 |

6

WHEREFORE, Duane Morris LLP respectfully requests that, for the period July 1, 2006 through July 31, 2006, an interim allowance be made to Duane Morris LLP for compensation in the amount of $22,203.20 (80% of allowed fees) and $260.05 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated:  August 30, 2006

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:        mlastowski@duanemorris.com
E-mail:        rwriley@duanemorris.com
*Co-Counsel to the Official Committee
of Unsecured Creditors*

7

# EXHIBIT A

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

August 7, 2006

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1193680                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2006 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 22.90 | hrs. at | $550.00 | /hr. = | $12,595.00 | |
| WS KATCHEN | PARTNER | 21.90 | hrs. at | $615.00 | /hr. = | $13,468.50 | |
| JH LEMKIN | ASSOCIATE | 0.30 | hrs. at | $340.00 | /hr. = | $102.00 | |
| MF HAHN | ASSOCIATE | 3.30 | hrs. at | $355.00 | /hr. = | $1,171.50 | |
| BA GRUPPO | PARALEGAL | 1.10 | hrs. at | $215.00 | /hr. = | $236.50 | |
| AT ASH | PARALEGAL | 0.90 | hrs. at | $145.00 | /hr. = | $130.50 | |
| S LENKIEWICZ | LEGAL ASSISTAN | 0.40 | hrs. at | $125.00 | /hr. = | $50.00 | |
| | | | | | | | $27,754.00 |

DISBURSEMENTS
DINNER - LOCAL                                          22.43
WESTLAW LEGAL RESEARCH                       237.62
TOTAL DISBURSEMENTS
                                                                                    $260.05

BALANCE DUE THIS INVOICE                                      $28,014.05


PREVIOUS BALANCE                                                      $23,569.21

TOTAL BALANCE DUE                                                  $51,583.26

File # K0248-00001                                        INVOICE #  1193680
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/26/2006 | 002 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 7/28/2006 | 002 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| | | | Code Total | 0.20 | $43.00 |

File # K0248-00001                                    INVOICE # 1193680
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/5/2006 | 003 | MR LASTOWSKI | REVIEW MAY MONTHLY OPERATING REPORT | 0.30 | $165.00 |
| | | | Code Total | 0.30 | $165.00 |

File # K0248-00001                                    INVOICE #  1193680
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/1/2006 | 004 | WS KATCHEN | REVIEW CERTIFICATION REGARDING CORRECTED ORDER (NJ DEP) | 0.10 | $61.50 |
| 7/5/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 7/5/2006 | 004 | WS KATCHEN | REVIEW MEMORANDUM SECTION 365 LEASE ISSUE | 0.20 | $123.00 |
| 7/7/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.20 | $43.00 |
| 7/11/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 7/13/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 7/17/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 7/19/2006 | 004 | AT ASH | CONFERENCE WITH S. LENKIEWICZ REGARDING ANTICIPATED FILINGS OF FEE APPLICATIONS IN HER ABSENCE. | 0.20 | $29.00 |

File # K0248-00001
  W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/19/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 7/21/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.20 | $43.00 |
| 7/28/2006 | 004 | MF HAHN | REVIEW NEW DOW CORNING OPINION | 0.40 | $142.00 |
| 7/28/2006 | 004 | MF HAHN | REVIEW MEMORANDUM DISCUSSING THE JULY 24, 2006 HEARING | 0.60 | $213.00 |
| | | | Code Total | 2.40 | $762.00 |

Duane Morris
August 7, 2006
Page 6

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1193680

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/7/2006 | 005 | MR LASTOWSKI | REVIEW 15TH OMNIBUS CLAIM OBJECTION; MOTION FOR SCHEDULING ORDER AND OBJECTIONS THERETO | 2.20 | $1,210.00 |
| 7/11/2006 | 005 | MR LASTOWSKI | REVIEW 15TH OMNIBUS CLAIM OBJECTION AND CLAIMAN'TS RESPONSES | 2.60 | $1,430.00 |
| 7/14/2006 | 005 | MR LASTOWSKI | REVIEW REPLY IN SUPPORT OF SCHEDULING ORDER (15TH OMNIBUS OBJECTION TO CLAIMS) | 0.80 | $440.00 |
| 7/14/2006 | 005 | MR LASTOWSKI | REVIEW MOTION TO EXTEND EXCLUSIVITY AND OBJECTIONS THERETO | 2.80 | $1,540.00 |
| 7/17/2006 | 005 | MR LASTOWSKI | REVIEW MOTION TO COMPEL RESPONSES TO ASBESTOS QUESTIONNAIRES | 0.80 | $440.00 |
| 7/17/2006 | 005 | MR LASTOWSKI | REVIEW MOTION TO AMEND CASE MANAGEMENT ORDER | 0.90 | $495.00 |
| 7/20/2006 | 005 | MR LASTOWSKI | REVIEW AGENDA FOR JULY 24, 2006 OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 2.60 | $1,430.00 |
| 7/20/2006 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: DEBTOR'S MOTION TO ESTABLISH BAR DATE FOR PERSONAL INJURY ACTIONS | 1.80 | $990.00 |
| | | | Code Total | 14.50 | $7,975.00 |

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1193680

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/6/2006 | 012 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING FIFTY-THIRD MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR PERIOD MAY 1, 2006 THROUGH MAY 31, 2006 | 0.10 | $12.50 |
| 7/10/2006 | 012 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR DUANE MORRIS 53RD MONTHLY FEE APPLICATION | 0.10 | $55.00 |
| | | | Code Total | 0.20 | $67.50 |

Duane Morris
August 7, 2006
Page 8

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1193680

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 7/6/2006 | 013 | MR LASTOWSKI | REVIEW AND SIGN NOTICE OF FILING OF STROOCK MAY 2006 FEE APPLICATION | 0.10 | $55.00 |
| 7/6/2006 | 013 | S LENKIEWICZ | FINALIZE AND E-FILE STROOCK & STROOCK & LAVAN LLP'S MONTHLY FEE APPLICATION FOR JUNE, 2006 | 0.30 | $37.50 |
| 7/28/2006 | 013 | AT ASH | FORWARD AS-FILED 29TH CAPSTONE FEE APPLICATION TO D. MOHAMED. | 0.10 | $14.50 |
| 7/28/2006 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE CAPSTONE 29TH MONTHLY FEE APPLICATION. | 0.60 | $87.00 |
| | | | Code Total | 1.10 | $194.00 |

File # K0248-00001                                      INVOICE # 1193680
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/24/2006 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 5.50 | $3,025.00 |
| 7/24/2006 | 015 | MR LASTOWSKI | PREPARE FOR OMNIBUS HEARING | 2.30 | $1,265.00 |
| | | | Code Total | 7.80 | $4,290.00 |

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1193680

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/12/2006 | 017 | MF HAHN | REVIEW MEMO TO COMMITTEE REGARDING STATUS SUPPLEMENTAL PLEADINGS FILED BY THE FUTURES REPRESENTATIVE, THE PI COMMITTEE AND THE PD COMMITTEE; REVIEW DOCKET AND MEMO TO W. KATCHEN REGARDING SAME | 0.50 | $177.50 |
| 7/14/2006 | 017 | MF HAHN | RESEARCH REGARDING PLAN ISSUES | 0.40 | $142.00 |
| 7/17/2006 | 017 | MF HAHN | CONFERENCE WITH W. KATCHEN REGARDING PLAN ISSUES; RESEARCH REGARDING SAME | 0.70 | $248.50 |
| 7/17/2006 | 017 | MF HAHN | ADDITIONAL RESEARCH FOR W. KATCHEN REGARDING PLAN ISSUES; PROVIDE CASES AND BRIEFS TO W. KATCHEN | 0.70 | $248.50 |
| | | | Code Total | 2.30 | $816.50 |

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1193680

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/5/2006 | 025 | MR LASTOWSKI | INQUIRY FROM CREDITOR (STATE OF DELAWARE) RE: STATUS | 0.10 | $55.00 |
| 7/6/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.10 | $61.50 |
| 7/6/2006 | 025 | WS KATCHEN | PHONE COMMITTEE MEMBER - UPDATE STATUS LIBBY. | 0.20 | $123.00 |
| 7/10/2006 | 025 | WS KATCHEN | REVIEW LIMITED RESPONSE CANADIAN ZAI CLAIMANTS AND EXHIBITS. | 0.20 | $123.00 |
| 7/10/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S SUPPLEMENTAL BRIEF - EXHIBITS. | 1.00 | $615.00 |
| 7/10/2006 | 025 | WS KATCHEN | E-MAIL L. KRUGER/K. PASQUALE. | 0.10 | $61.50 |
| 7/10/2006 | 025 | WS KATCHEN | REVIEW E-MAIL REGARDING COMMITTEE. | 0.10 | $61.50 |
| 7/10/2006 | 025 | WS KATCHEN | CONFERENCE COMMITTEE MEMBER REGARDING LIBBY LITIGATION. | 0.60 | $369.00 |
| 7/11/2006 | 025 | WS KATCHEN | REVIEW EXHIBITS TO DEBTOR'S BRIEF ON SECTION 1121(D) MOTION. | 1.60 | $984.00 |
| 7/11/2006 | 025 | WS KATCHEN | REVIEW SUPPLEMENTAL OBJECTION BI-FUTURES REP. TO SECTION 1121(D) MOTION. | 0.20 | $123.00 |
| 7/13/2006 | 025 | WS KATCHEN | REVIEW PRODUCT LIABILITY DECISION. | 0.30 | $184.50 |
| 7/13/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.30 | $184.50 |
| 7/13/2006 | 025 | WS KATCHEN | E-MAIL M. HAHN. | 0.10 | $61.50 |
| 7/13/2006 | 025 | WS KATCHEN | RESEARCH ISSUE ON PLAN DISTRIBUTION AND SOLVENCY ANALYSIS. | 1.80 | $1,107.00 |
| 7/14/2006 | 025 | WS KATCHEN | WORK ON RESEARCH PLAN ISSUE. | 2.90 | $1,783.50 |
| 7/14/2006 | 025 | WS KATCHEN | E-MAIL MEMO TO M. HAHN - PLAN ISSUE. | 0.40 | $246.00 |
| 7/14/2006 | 025 | WS KATCHEN | ADDITIONAL RESEARCH. | 1.60 | $984.00 |
| 7/17/2006 | 025 | JH LEMKIN | REASEARCH FOR W. KATCHEN RE FUTURE CLAIMS ISSUES. | 0.20 | $68.00 |
| 7/17/2006 | 025 | JH LEMKIN | CONFER WITH W. KATCHEN RE RESEARCH RE FUTURE CLAIMS ISSUE. | 0.10 | $34.00 |
| 7/17/2006 | 025 | WS KATCHEN | RESEARCH ISSUE ON ENFORCEABILITY SHARING AGREEMENT. | 2.70 | $1,660.50 |
| 7/17/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $123.00 |
| 7/17/2006 | 025 | WS KATCHEN | PHONE L. KRUGER. | 0.10 | $61.50 |
| 7/17/2006 | 025 | WS KATCHEN | PHONE K. PASQUALE. | 0.30 | $184.50 |
| 7/17/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S SUPPLEMENTAL PLEADING SECTION 121(D); PHONE COMMITTEE MEMBER. | 1.30 | $799.50 |
| 7/19/2006 | 025 | WS KATCHEN | REVIEW TORT CLAIMANT'S OPPOSITION TO SECTION 1121(D) MOTION. | 0.20 | $123.00 |
| 7/19/2006 | 025 | WS KATCHEN | REVIEA AGENDA FOR 7/24. | 0.20 | $123.00 |
| 7/21/2006 | 025 | WS KATCHEN | REVIEW OBJECTION SLAUGHTER CLAIM. | 0.10 | $61.50 |

August 7, 2006
Page 12

File # K0248-00001                                        INVOICE # 1193680
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 7/21/2006 | 025 | WS KATCHEN | REVIEW MEDIATION PAPERS - PI CLAIM. | 0.40 | $246.00 |
| 7/25/2006 | 025 | WS KATCHEN | 2 PH M. LABROWSKI. | 0.30 | $184.50 |
| 7/25/2006 | 025 | WS KATCHEN | E-MAIL STROOCK. | 0.10 | $61.50 |
| 7/25/2006 | 025 | WS KATCHEN | 2 PH COMMITTEE MEMBER. | 0.20 | $123.00 |
| 7/27/2006 | 025 | WS KATCHEN | REVIEW 6TH CIRCUIT OPINION. | 0.90 | $553.50 |
| 7/29/2006 | 025 | WS KATCHEN | RESEARCH ON PLAN ISSUE. | 1.60 | $984.00 |
| 7/30/2006 | 025 | WS KATCHEN | REVIEW AMENDED CMO ON ESTIMATION PI LIABILITIES. | 0.20 | $123.00 |
| 7/30/2006 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.30 | $184.50 |
| 7/30/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S EXHIBITS ON PI/PD CLAIMS. | 0.20 | $123.00 |
| 7/31/2006 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING KERP (INCENTIVE PROGRAM) 2006-2008. | 0.20 | $123.00 |
| 7/31/2006 | 025 | WS KATCHEN | REVIEW ORDER - ORDINARY COURSE PROFESSIONALS. | 0.10 | $61.50 |
| 7/31/2006 | 025 | WS KATCHEN | REVIEW ORDER - SECTION 365 LEASE ASSUMPTION & ASSIGNMENT (HOUSTON, TEXAS). | 0.10 | $61.50 |
| 7/31/2006 | 025 | WS KATCHEN | REVIEW ORDER - AUTHORIZING SETTLEMENT AGREEMENT - EPA. | 0.10 | $61.50 |
| 7/31/2006 | 025 | WS KATCHEN | WAUCONDA SITES/REVIEW SETTLEMENT AGREEMENT. | 0.20 | $123.00 |
| 7/31/2006 | 025 | WS KATCHEN | PHONE COMMITTEE MEMBER. | 0.10 | $61.50 |
| | | | Code Total | 22.00 | $13,441.00 |

DUANE MORRIS LLP

August 7, 2006
Page 13

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1193680

TOTAL SERVICES

| | |
|---|---|
| 50.80 | $27,754.00 |

August 7, 2006
Page 14

File # K0248-00001                                        INVOICE #  1193680
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 7/31/2006 | DINNER - LOCAL | | 22.43 |
| | | Total: | $22.43 |
| | | | |
| 7/14/2006 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 153.50 |
| 7/17/2006 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 84.12 |
| | | Total: | $237.62 |
| | | | |
| | TOTAL DISBURSEMENTS | | $260.05 |