# Exhibit D

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**Objection Date:  November 20, 2006 at 4:00 p.m.**
**Hearing Date:  To be determined.**

**FIFTY-SEVENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **September 1, 2006 through September 30, 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$29,511.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,537.45** |

This is an: ☒ monthly ☐ interim ☐ final application

This is the fifty-seventh monthly fee application of Duane Morris LLP.

DM3\401144.1

_/3528_
_10/30/06_

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | Pending | Pending |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | Pending | Pending |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | Pending | Pending |

DM3\401144.1

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Partner/41 years | 615.00 | 11.10 | $6,826.50 |
| Michael R. Lastowski | Partner/26 years | 550.00 | 32.80 | $18,040.00 |
| Richard W. Riley | Partner/15 years | 440.00 | 5.50 | $2,420.00 |
| Michael F. Hahn | Associate/8 years | 355.00 | 4.70 | $1,668.50 |
| Beth A. Gruppo | Paralegal | 215.00 | 1.60 | $344.00 |
| Stephanie Lenkiewicz | Legal Assistant | 125.00 | 1.70 | $212.50 |
| | | | 57.40 | $29,511.50 |

**Total Fees:**   $29,511.50
**Total Hours:**   57.40

6

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations (03) | 0.50 | $275.00 |
| Case Administration (04) | 4.70 | $1,557.50 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 13.10 | $7,205.00 |
| Claim Analysis, Objection Resolution and Estimation (Non-Asbestos) (06) | 0.90 | $495.00 |
| Committee (07) | 0.20 | $110.00 |
| Fee Applications, Applicant (12) | 0.90 | $282.50 |
| Fee Applications, Others (13) | 1.20 | $277.50 |
| Hearings (15) | 22.10 | $11,550.00 |
| Litigation and Litigation Consulting (16) | 0.20 | $123.00 |
| Other (25) | 12.80 | $7,196.00 |
| Business Analysis (27) | 0.80 | $440.00 |
| **TOTAL** | **57.40** | **$29,511.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Dinner – Local | | $8.28 |
| Messenger Service | Parcels | $1,495.57 |
| Research | | $29.25 |
| Printing & Duplicating | Internal | $4.35 |
| **TOTAL** | | **$1,537.45** |

7

WHEREFORE, Duane Morris LLP respectfully requests that, for the period September 1, 2006 through September 30, 2006, an interim allowance be made to Duane Morris LLP for compensation in the amount of $22,009.20 (80% of allowed fees) and $1,537.45 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated:  October 30, 2006

Michael R. Lastowski (DE I.D. No. 3892)/
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:     (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:        mlastowski@duanemorris.com
E-mail:        rwriley@duanemorris.com
*Co-Counsel to the Official Committee
of Unsecured Creditors*

8

# EXHIBIT A

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

October 4, 2006

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1206160                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2006 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 32.80 | hrs. at | $550.00 | /hr. = | $18,040.00 |
| RW RILEY | PARTNER | 5.50 | hrs. at | $440.00 | /hr. = | $2,420.00 |
| WS KATCHEN | PARTNER | 11.10 | hrs. at | $615.00 | /hr. = | $6,826.50 |
| MF HAHN | ASSOCIATE | 4.70 | hrs. at | $355.00 | /hr. = | $1,668.50 |
| BA GRUPPO | PARALEGAL | 1.60 | hrs. at | $215.00 | /hr. = | $344.00 |
| S LENKIEWICZ | LEGAL ASSISTAN | 1.70 | hrs. at | $125.00 | /hr. = | $212.50 |

$29,511.50

DISBURSEMENTS
DINNER - LOCAL                                    8.28
MESSENGER SERVICE                            1495.57
PRINTING & DUPLICATING                          4.35
RESEARCH                                        29.25
TOTAL DISBURSEMENTS                                      $1,537.45

BALANCE DUE THIS INVOICE                                 $31,048.95

PREVIOUS BALANCE                                         $79,429.04

TOTAL BALANCE DUE                                       $110,477.99

File # K0248-00001                                    INVOICE # 1206160
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/6/2006 | 003 | MR LASTOWSKI | REVIEW MONTHLY OPERATING REPORTS | 0.50 | $275.00 |
| | | | Code Total | 0.50 | $275.00 |

File # K0248-00001                                         INVOICE # 1206160
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/1/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/6/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/8/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/12/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/12/2006 | 004 | MF HAHN | REVIEW DOCKET AND NEW FILINGS; DETERMINE STATUS OF EXCLUSIVITY MOTION | 0.40 | $142.00 |
| 9/12/2006 | 004 | S LENKIEWICZ | REVIEW DOCKET RE: OBJECTIONS TO QUARTERLY FEE APPLICATIONS OF STROOCK, DUANE MORRIS, AND CAPSTONE | 0.20 | $25.00 |
| 9/12/2006 | 004 | WS KATCHEN | UPDATE COMMITTEE MEMO/ORDER SECTION 1121(D). | 0.20 | $123.00 |
| 9/13/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |

File # K0248-00001                                    INVOICE # 1206160
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/14/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/14/2006 | 004 | WS KATCHEN | COMMITTEE CONFERENCE CALL CONFIDENTIAL VALUATION QUESTIONNAIRE; ZONOLITE MOTION EXPERT REPORTS; ESTABLISH ELECTION LIBBY PROSECUTION / STAY OF TRIAL MONTANA; ACQUISITION TRANSACTION STATUS. | 0.50 | $307.50 |
| 9/15/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/18/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/19/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/20/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |

File # K0248-00001                                    INVOICE # 1206160
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 9/22/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/22/2006 | 004 | MF HAHN | CONFERENCE WITH S. KAYSER REGARDING BLACKSTONE ENGAGEMENT; PREPARE SUPPLEMENTAL DISCLOSURE AFFIDAVIT FOR FILING | 1.40 | $497.00 |
| 9/22/2006 | 004 | S LENKIEWICZ | REVIEW DOCKET RE: OBJECTIONS TO FEE APPLICATIONS | 0.10 | $12.50 |
| 9/25/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/25/2006 | 004 | MF HAHN | REVISE AND UPDATE 2019 AFFIDAVIT | 0.30 | $106.50 |
| 9/26/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/27/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 9/28/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |

File # K0248-00001                                     INVOICE #  1206160
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/29/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| | | | Code Total | 4.70 | $1,557.50 |

File # K0248-00001                                     INVOICE # 1206160
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/5/2006 | 005 | MR LASTOWSKI | REVIEW MOTION TO COMPEL ANSWERS TO ASBESTOS PERSONAL INJURY QUESTIONNAIRES | 1.40 | $770.00 |
| 9/5/2006 | 005 | MR LASTOWSKI | REVIEW SCHEDULING ORDER RE: ASBESTOS CLAIMS | 0.30 | $165.00 |
| 9/11/2006 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO EXPUNGE CERTAIN CLAIMS DUE TO THE LACK OF A CLAIMANT SIGNATURE AND THE RELATED STATUS REPORT | 1.30 | $715.00 |
| 9/11/2006 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND THE ASBESTOS PROPERTY DAMAGE COMMITTEE'S OPPOSITION THERETO | 2.00 | $1,100.00 |
| 9/12/2006 | 005 | MR LASTOWSKI | REVIEW THE DEBTOR'S OPPOSITION TO ANDERSON MEMORIAL HOSPITAL'S MOTION FOR CLASS CERTIFICATION, TOGETHER WITH THE RELATED SUPPLEMENTAL APPENDIX | 1.70 | $935.00 |
| 9/15/2006 | 005 | MR LASTOWSKI | REVIEW STATUS LITIGATION OVER QUESTIONNAIRES | 1.20 | $660.00 |
| 9/15/2006 | 005 | MR LASTOWSKI | REVIEW POST MEDIATION MEMORANDA | 1.80 | $990.00 |
| 9/18/2006 | 005 | MR LASTOWSKI | REVIEW PROPOSED CASE MANAGEMENT ORDER AND OBJECTIONS THERETO | 1.40 | $770.00 |
| 9/25/2006 | 005 | MR LASTOWSKI | REVIEW ISSUES RE: ASBESTOS PERSONAL INJURY QUESTIONNAIRE AND REVIEW PROPOSED ORDER | 1.20 | $660.00 |
| 9/28/2006 | 005 | MR LASTOWSKI | REVIEW STIPULATED ORDER RE: CLAIMS BAR DATES | 0.80 | $440.00 |
| | | | Code Total | 13.10 | $7,205.00 |

File # K0248-00001
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/6/2006 | 006 | MR LASTOWSKI | REVIEW SUPPLEMENTAL BRIEF OF PRUDENTIAL INSURANCE COMPANY RE: DEBTOR'S CLAIM OBJECTIONS AND CHOICE OF LAW ISSUES. | 0.60 | $330.00 |
| 9/18/2006 | 006 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO SETTLE CERTAIN TAX CLAIMS | 0.30 | $165.00 |
| | | | Code Total | 0.90 | $495.00 |

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1206160

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 9/19/2006 | 007 | MR LASTOWSKI | REVIEW CAPSTONE REPORT RE: GRACE SALE OF TRAILERS | 0.20 | $110.00 |
| | | | Code Total | 0.20 | $110.00 |

Duane Morris
October 4, 2006
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1206160

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/11/2006 | 012 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 20TH INTERIM FEE APPLICATION OF DUANE MORRIS LLP | 0.10 | $12.50 |
| 9/12/2006 | 012 | S LENKIEWICZ | FINALIZE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING 20TH INTERIM FEE APPLICATION OF DUANE MORRIS LLP | 0.20 | $25.00 |
| 9/14/2006 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR REPORTS | 0.20 | $110.00 |
| 9/22/2006 | 012 | MR LASTOWSKI | SIGN NOTICE OF DUANE MORRIS FIFTY FIFTH INTERIM APPLICATION | 0.10 | $55.00 |
| 9/22/2006 | 012 | MR LASTOWSKI | SIGN NOTICE OF STROOCK SIXTY FOURTH INTERIM APPLICATION | 0.10 | $55.00 |
| 9/22/2006 | 012 | S LENKIEWICZ | PREPARE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS LLP'S JULY, 2006 MONTHLY FEE APPLICATION | 0.20 | $25.00 |
| | | | Code Total | 0.90 | $282.50 |

File # K0248-00001                                            INVOICE # 1206160
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/6/2006 | 013 | MR LASTOWSKI | REVIEW AND SIGN NOTICE OF CAPSTONE MONTHLY FEE APPLICATION | 0.20 | $110.00 |
| 9/11/2006 | 013 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 9TH INTERIM APPLICATION OF CAPSTONE | 0.10 | $12.50 |
| 9/11/2006 | 013 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 20TH INTERIM FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP | 0.10 | $12.50 |
| 9/12/2006 | 013 | S LENKIEWICZ | FINALIZE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING 20TH INTERIM FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP | 0.20 | $25.00 |
| 9/12/2006 | 013 | S LENKIEWICZ | FINALIZE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING 9TH INTERIM FEE APPLICATION OF CAPSTONE | 0.20 | $25.00 |
| 9/22/2006 | 013 | S LENKIEWICZ | PREPARE AND E-FILE CERTIFICATION OF NO OBJECTION REGARDING STROOCK & STROOCK & LAVAN LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD JULY, 2006 | 0.20 | $25.00 |
| 9/28/2006 | 013 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE'S THIRTIETH INTERIM FEE APPLICATION FOR THE PERIOD JULY, 2006 | 0.10 | $12.50 |
| 9/29/2006 | 013 | MR LASTOWSKI | REVIEW AND SIGN NOTICE OF FILING OF CAPSTONE FEE APPLICATION | 0.10 | $55.00 |
| | | | Code Total | 1.20 | $277.50 |

File # K0248-00001                                    INVOICE #  1206160
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/7/2006 | 015 | MR LASTOWSKI | REVIEW TRANSCRIPT OF 8/25/06 HEARING | 0.60 | $330.00 |
| 9/7/2006 | 015 | MR LASTOWSKI | REVIEW 9/11/06 AMENDED AGENDA NOTICE | 0.40 | $220.00 |
| 9/8/2006 | 015 | MR LASTOWSKI | REVIEW SEPTEMBER 11, 2006 AGENDA AND ITEMS TO BE HEARD AT THE HERAING | 2.20 | $1,210.00 |
| 9/8/2006 | 015 | MR LASTOWSKI | REVIEW OBJECTIONS TO MOTION TO COMPEL RESPONSES TO ASBESTOS PERSONAL INJURY QUESTIONNAIRES | 2.00 | $1,100.00 |
| 9/11/2006 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND (TELEPHONICALLY) 9/11/06 HEARING (EXCLUSIVITY AND ASBESTOS PERSONAL INJURY QUESTIONNAIRES) | 8.20 | $4,510.00 |
| 9/23/2006 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 9/25/06 HEARING | 2.40 | $1,320.00 |
| 9/25/2006 | 015 | RW RILEY | PREPARATION FOR AND ATTENDING OMNIBUS HEARING | 5.50 | $2,420.00 |
| 9/27/2006 | 015 | MR LASTOWSKI | REVIEW TRANSCRIPT OF 9/25/06 HEARING | 0.80 | $440.00 |
| | | | Code Total | 22.10 | $11,550.00 |

File # K0248-00001                                        INVOICE # 1206160
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/8/2006 | 016 | WS KATCHEN | EMAIL COMMITTEE AND REPLY TO STROOCK. | 0.20 | $123.00 |
| | | | Code Total | 0.20 | $123.00 |

File # K0248-00001

INVOICE # 1206160

W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/5/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S CERTIFICATION. | 0.10 | $61.50 |
| 9/5/2006 | 025 | WS KATCHEN | REVIEW COURT PROCEDURE FOR CLAIM ADMINISTRATION @ 1/2. | 0.30 | $184.50 |
| 9/5/2006 | 025 | WS KATCHEN | REVIEW NOTICE OF DEADLINE OBJECTIONS ON PD ASBESTOS CLAIMS (SUPERCEDING ORDER). | 0.20 | $123.00 |
| 9/5/2006 | 025 | WS KATCHEN | REVIEW STATUS EPA CLAIM - HAMILTON. | 0.20 | $123.00 |
| 9/5/2006 | 025 | WS KATCHEN | REVIEW ORDER RE: OBJECTIONS TO ASBESTOS P.D. CLAIMS. | 0.20 | $123.00 |
| 9/6/2006 | 025 | WS KATCHEN | REVIEW CAPLIN RESPONSE TO USJ. | 0.10 | $61.50 |
| 9/6/2006 | 025 | WS KATCHEN | REVIEW AGENDA 9/11/06. | 0.20 | $123.00 |
| 9/18/2006 | 025 | WS KATCHEN | REVIEW PROPERTY DAMAGE CLAIMANTS OBJECTIONS - DIES, HILL AND LOUISIANA. | 0.30 | $184.50 |
| 9/18/2006 | 025 | WS KATCHEN | REVIEW ISSUE LOSS CAUSATION FOR P.D. CLAIMS OBJECTION FOR MEMO TO STROOCK. | 1.80 | $1,107.00 |
| 9/19/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S SUPPLEMENTAL BRIEF - REGARDING PRUDENTIAL'S PD CLAIMS (STATUTE OF LIMITATIONS ISSUE); REVIEW DEBTORS RESPONSE TO OBJECTIONS REGARDING CMO; REVIEW DEBTOR'S SUPPLEMENT TO OBJECTION TO ANDERSEN MEMORIAL'S MOTION §362(D) WITH EXHIBITS. | 1.70 | $1,045.50 |
| 9/19/2006 | 025 | WS KATCHEN | REVIEW CLAIMS ISSUE. | 0.80 | $492.00 |
| 9/21/2006 | 025 | WS KATCHEN | REVIEW CERTIFICATION REGARDING EXCLUSATORY EXTENSION PROPOSED BRIDGE ORDER; REVIEW DEBTOR'S MOTION REGARDING SETTLEMENT AND PAYMENT TAX CLAIMS - IRS CLAIMS. | 0.40 | $246.00 |
| 9/21/2006 | 025 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS - TRAILER FLEET DISPOSITION. | 0.20 | $123.00 |
| 9/22/2006 | 025 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS JUNE 30, 2006 - 0 - 6 MOS.; TELEPHONE CONVERSATION WITH T. MAHER REGARDING SAME. | 0.60 | $369.00 |
| 9/22/2006 | 025 | WS KATCHEN | REVIEW/REVISE DM SUPPLEMENTAL AFFIDAVIT RULE 2014(A). | 0.30 | $184.50 |
| 9/25/2006 | 025 | WS KATCHEN | SCHEDULING CONFERENCE WITH CAPSTONE REGARDING COMMITTEE ISSUE. | 0.50 | $307.50 |

File # K0248-00001                                         INVOICE # 1206160
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/25/2006 | 025 | WS KATCHEN | REVIEW CERTIFICATION OF COUNSEL FOR ACC OBJECTION; REVIEW PROPOSED ORDER DENYING MOTION; REVIEW DEBTOR'S COUNSEL CERTIFICATION; REVIEW PROPOSED ORDER. | 0.40 | $246.00 |
| 9/26/2006 | 025 | WS KATCHEN | TELEPHONE CONVERSATION WITH K. PASQUALE. | 0.10 | $61.50 |
| 9/27/2006 | 025 | MF HAHN | PREPARE THIRD SUPPLEMENTAL AFFIDAVIT; REVIEW AND OBTAIN PREVIOUS AFFIDAVITS; FORWARD SAME TO W. KATCHEN | 1.30 | $461.50 |
| 9/27/2006 | 025 | MF HAHN | MULTIPLE CALLS WITH W. KATCHEN REGARDING 2014 AFFIDAVIT; CIRCULATE 2014 AFFIDAVIT TO VARIOUS PARTIES FOR REVIEW AND COMMENT | 0.70 | $248.50 |
| 9/27/2006 | 025 | WS KATCHEN | TELEPHONE CONVERSATION WITH K. PASQUALE REGARDING COMMITTEE PLANS ISSUE; CONFERENCE CALL WITH COMMITTEE MEMBER REGARDING SAME; COMMITTEE CONFERENCE CALL REGARDING ZONOLITE DECISION, PD ISSUE AND LLOYDS INSURANCE SETTLEMENT $90mm; BITE ADDUTUIBAK $500mm. EQUITAS; TELEPHONE CONVERSATION WITH L. KRUGER REGARDING SAME; TELEPHONE CONVERSATION WITH T. MAHER REGARDING SAME. | 1.80 | $1,107.00 |
| 9/29/2006 | 025 | MF HAHN | REVIEW MEMO REGARDING IRS TAX SETTLEMENT; REVIEW MEMO REGARDING APPEAL OF ORDER EXCLUSIVITY EXTENSION | 0.60 | $213.00 |
| | | | Code Total | 12.80 | $7,196.00 |

October 4, 2006
Page 16

File # K0248-00001                                        INVOICE # 1206160
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 9/18/2006 | 027 | MR LASTOWSKI | REVIEW CAPSTONE QUARTERLY REPORT | 0.80 | $440.00 |
| | | | Code Total | 0.80 | $440.00 |

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1206160

TOTAL SERVICES     57.40    $29,511.50

File # K0248-00001                                           INVOICE #  1206160
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---------|--------|
| 9/30/2006 | DINNER - LOCAL | | 8.28 |
| | | Total: | $8.28 |
| 9/30/2006 | MESSENGER SERVICE | | 1,495.57 |
| | | Total: | $1,495.57 |
| 9/30/2006 | RESEARCH | | 29.25 |
| | | Total: | $29.25 |
| 9/30/2006 | PRINTING & DUPLICATING | | 4.35 |
| | | Total: | $4.35 |
| | TOTAL DISBURSEMENTS | | $1,537.45 |