IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF RICHARD W. RILEY

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) SS | |
| NEW CASTLE COUNTY | ) | |

Richard W. Riley, being duly sworn, deposes and says:

1. I am a partner at the law firm of Duane Morris LLP, counsel for the Official Committee of Unsecured Creditors (collectively, the "Committee").

2. I have read the *Twenty-Second Quarterly Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2006 through and including September 30, 2006* (the "Application"), and know the contents thereof. The same are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I am familiar with all work performed on behalf of the Committee by the attorneys and para-professionals in the firm of Duane Morris LLP.

Dated: November 30, 2006

_____
Richard W. Riley (DE 4052)

SWORN TO AND SUBSCRIBED before me this 30th day of November, 2006.

_____
Notary Public

ALISON T. ASH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 15, 2009

DM3\421377.1