## Exhibit IV

Fee Application for the period

September 1, 2006 – September 30, 2006

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:**
December 4, 2006 at 4:00 p.m.
Hearing date:  To be scheduled only if objections
are timely filed and served.

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Thirty-Second Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Incurred for the period from September 1, 2006 through September 30, 2006 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $60,082.80, representing 80% of $75,103.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $633.57.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 4, 2006 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801

## (REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

(fax number 302-573-6497); and (viii) the Fee Auditor, to Stephen L. Bossay, Warren H. Smith

and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.

Dated: November 14, 2006
      Wilmington, DE

                       **RESPECTFULLY SUBMITTED,**

                       Michael R. Lastowski, Esq. (DE I.D. No. 3892)
                       DUANE MORRIS LLP
                       1100 North Market Street, Suite 1200
                       Wilmington, DE 19801
                       Telephone:    (302) 657-4900
                       Facsimile:    (302) 657-4901
                       E-mail:       mlastowski@duanemorris.com

                       William S. Katchen, Esquire (Admitted in NJ Only)
                       DUANE MORRIS LLP
                       One Riverfront Plaza
                       Newark, New Jersey 07102
                       Telephone:    (973) 424-2000
                       Facsimile:    (973) 424-2001
                       E-mail:       wskatchen@duanemorris.com

                                   and

                       Lewis Kruger, Esquire
                       STROOCK & STROOCK & LAVAN LLP
                       180 Maiden Lane
                       New York, New York 10038-4982
                       Telephone:    (212) 806-5400
                       Facsimile:    (212) 806-6006
                       E-mail:       lkruger@Stroock.com

                       Co-Counsel for the Official Committee of
                       Unsecured Creditors of W. R. Grace & Co., et al.

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

### THIRTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | September 1, 2006 through September 30, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $75,103.50): | $ 60,082.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $ 633.57 |
| Total Amount Due: | $ 60,716.37 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation and for responding to the U.S. Trustee's inquiries regarding certain prior applications is approximately 21.4 hours and corresponding compensation requested is approximately $ 7,935.00.

This is the Thirty-Second Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

THIRTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

THIRTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $  494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $  435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

THIRTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

THIRTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |

THIRTY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006)

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 9/1/06 through 9/30/06**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $555 | 18.10 | $10,045.50 |
| S. Cunningham | Member | $555 | 14.30 | $7,936.50 |
| R. Frezza | Consultant | $450 | 3.70 | $1,665.00 |
| W. Dlugolecki | Consultant | $450 | 1.30 | $585.00 |
| L. Hamilton | Consultant | $365 | 75.70 | $27,630.50 |
| J. Dolan | Consultant | $355 | 72.20 | $25,631.00 |
| C. Walker | Consultant | $175 | 7.40 | $1,295.00 |
| M. Desalvio | Research | $150 | 1.50 | $225.00 |
| N. Backer | Paraprofessional | $90 | 1.00 | $90.00 |
| **For the Period 9/1/06 through 9/30/06** | | | **195.20** | **$75,103.50** |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 9/1/06 through 9/30/06**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant analyzed information received from the Debtors regarding the proposed Spaghetti and Gemini Acquisitions. | 9.20 | $3,946.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including a pending asset sale and the CCHP and Lloyd's settlements. In addition, the Applicant discussed confidentiality agreement terms, estimation, exclusivity and hearing agenda issues. | 13.30 | $5,247.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read and analyzed a pension report provided by the Debtors. | 4.50 | $2,337.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the August Fee Application. In addition, the Applicant prepared analyses and a detailed response to an inquiry made by the UST. | 21.40 | $7,935.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant prepared numerous detailed analyses of the Debtors' Monthly and Quarterly results of operations. The Applicant utilized these analyses as well as industry analyses in preparation of a detailed report to the Committee. | 45.30 | $17,521.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant prepared various analyses and reports including a detailed peer group comparative analysis, analysis of a proposed fleet sale, analysis of commodity price trends, and an analysis of the Lloyd's settlement. | 68.90 | $24,807.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant Read and prepared analyses of information regarding the Debtors' CCHP tax settlement, and prepared a report to the Committee thereon. | 24.60 | $9,811.00 |
| 20. Valuation | During the Fee Application Period, the Applicant Updated a valuation and recovery analysis based on Sealed Air stock price movements and modifications to claims. | 2.40 | $1,332.00 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant prepared for and participated in a discussions regarding the proposed fleet sale, the Spaghetti acquisition and Project Gemini. | 5.60 | $2,165.50 |

**For the Period 9/1/06 through 9/30/06**             **195.20**        **$75,103.50**
**Capstone Advisory Group, LLC**                     **Page 1 of 1**
**Invoice for the September Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 9/1/06 through 9/30/06

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| **01. Acquisitions/Divestitures** | | | |
| 9/12/2006 | J. Dolan | 2.50 | Analyzed updated information regarding Project Spaghetti received from Blackstone and the Debtors, and prepared summary for case team members. |
| 9/22/2006 | S. Cunningham | 2.50 | Read and analyzed Project Gemini data. |
| 9/22/2006 | J. Dolan | 2.30 | Read and analyzed Project Gemini presentation received from the Debtors in preparation for conference call. |
| 9/25/2006 | R. Frezza | 1.90 | Read and analyzed Project Gemini asset divestiture presentation and prepared limited analyses. |
| Subtotal | | 9.20 | |
| **04. Creditor Committee Matters** | | | |
| 9/5/2006 | L. Hamilton | 0.80 | Participated in discussions with counsel regarding fleet sale, various pending settlements, and confidentiality issues. |
| 9/6/2006 | L. Hamilton | 0.70 | Researched and discussed confidentiality agreement terms with counsel. |
| 9/12/2006 | J. Dolan | 2.50 | Prepared for and participated in conference call related to the CCHP Tax Settlement proposal. |
| 9/12/2006 | E. Ordway | 0.30 | Read counsel's report on case management matters. |
| 9/12/2006 | L. Hamilton | 0.60 | Prepared questions and summary of issues regarding CCHP and discussed same with counsel. |
| 9/14/2006 | E. Ordway | 0.80 | Prepared for conference call with Committee by reviewing agenda and recent reports. |
| 9/14/2006 | E. Ordway | 0.60 | Participated in Committee conference call regarding estimation, recent hearing and exclusivity. |
| 9/14/2006 | J. Dolan | 1.50 | Prepared for and participated in Committee conference call. |
| 9/15/2006 | L. Hamilton | 0.50 | Discussed fleet sale with counsel and updated report accordingly. |
| 9/19/2006 | J. Dolan | 0.80 | Prepared update to case internal contact lists and distribution lists. |
| 9/25/2006 | E. Ordway | 0.30 | Call with Committee member regarding our report on sale of trailer fleet. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/26/2006 | E. Ordway | 0.50 | Conference call with Committee Member to discuss operating report. |
| 9/27/2006 | J. Dolan | 3.40 | Read and analyzed Lloyds Insurance settlement information in preparation for Committee call and participated in same. |
| Subtotal | | 13.30 | |

**05. Employee Matters/KERP/Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/18/2006 | S. Cunningham | 2.00 | Read and analyzed Watson Wyatt Pension report. |
| 9/19/2006 | E. Ordway | 1.70 | Read and analyzed pension data and directed staff in analysis thereof. |
| 9/19/2006 | J. Dolan | 0.80 | Read and analyzed Watson Wyatt report related to pension alternatives and discussed same with case team member. |
| Subtotal | | 4.50 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/1/2006 | E. Ordway | 0.40 | Prepared response to US Trustee's questions regarding fees. |
| 9/5/2006 | E. Ordway | 0.40 | Addressed fee issues with staff and directed same in preparing response. |
| 9/5/2006 | L. Hamilton | 3.70 | Prepared response to UST review of fee period 1/1 to 3/31/2006. |
| 9/6/2006 | L. Hamilton | 3.90 | Reviewed time and expense records and prepared response to UST review of fee period 1/1 to 3/31/2006. |
| 9/6/2006 | L. Hamilton | 0.30 | Followed up with Debtors regarding fee payments. |
| 9/7/2006 | L. Hamilton | 0.40 | Updated analysis of information pertaining to fee audit by UST. |
| 9/11/2006 | L. Hamilton | 0.50 | Updated draft response to UST. |
| 9/12/2006 | L. Hamilton | 0.40 | Prepared August fee application. |
| 9/13/2006 | N. Backer | 1.00 | Prepared fee application. |
| 9/13/2006 | L. Hamilton | 2.50 | Updated response to UST to reflect comments of counsel. |
| 9/14/2006 | L. Hamilton | 0.50 | Prepared August fee application. |
| 9/14/2006 | L. Hamilton | 0.30 | Finalized response to UST. |
| 9/14/2006 | E. Ordway | 0.40 | Revised fee inquiry response to US Trustee. |
| 9/18/2006 | L. Hamilton | 1.00 | Prepared August fee application. |

Capstone Advisory Group, LLC
Invoice for the September Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/19/2006 | E. Ordway | 0.60 | Prepared/read communications regarding fee matter and US Trustee. |
| 9/19/2006 | L. Hamilton | 1.00 | Examined UST final adjustments and discussed same with team partner. |
| 9/19/2006 | L. Hamilton | 2.80 | Prepared August fee application. |
| 9/20/2006 | E. Ordway | 0.30 | Addressed fee inquiry issues. |
| 9/26/2006 | L. Hamilton | 1.00 | Prepared August fee application. |
| Subtotal | | 21.40 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/4/2006 | E. Ordway | 0.90 | Directed staff in preparing report to the Committee regarding operating results for the quarter. |
| 9/5/2006 | J. Dolan | 3.60 | Continued detailed analysis of performance and preparation of quarterly report to the Committee. |
| 9/5/2006 | J. Dolan | 3.90 | Continued detailed analysis of performance and preparation of quarterly report to the Committee including additional analysis of EBITDA bridges. |
| 9/6/2006 | J. Dolan | 2.00 | Continued detailed analysis of performance and preparation of quarterly report to the Committee including incorporating comments on report. |
| 9/6/2006 | J. Dolan | 1.40 | Continued detailed analysis of performance and preparation of quarterly report to the Committee including additional analysis of Davison division. |
| 9/7/2006 | J. Dolan | 2.80 | Continued detailed analysis of Debtors' Q2 performance and preparation of quarterly report to the Committee including review of report with team and incorporating updates into the report. |
| 9/7/2006 | E. Ordway | 1.40 | Prepared/edited section of quarterly report addressing revenues. |
| 9/8/2006 | J. Dolan | 3.00 | Continued detailed analysis of 2nd Quarter 2006 financial results and preparation of quarterly report to Committee. |
| 9/8/2006 | J. Dolan | 2.50 | Prepared additional cash flow analyses to be included in 2nd Quarter Financial Report. |
| 9/10/2006 | J. Dolan | 2.20 | Continued detailed analysis of 2nd Quarter 2006 financial results and preparation of quarterly report to Committee. |
| 9/10/2006 | J. Dolan | 2.60 | Continued detailed analysis of 2nd Quarter 2006 financial results and preparation of quarterly report to Committee. |
| 9/11/2006 | J. Dolan | 4.00 | Prepared edits of 2nd Quarter 2006 Report and discussed same with case team member. |
| 9/12/2006 | S. Cunningham | 1.00 | Read and analyzed Q2 updates regarding competitor analysis. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/12/2006 | E. Ordway | 2.40 | Prepared analysis of cash flow for the quarter ending September 30 and December 31. |
| 9/12/2006 | J. Dolan | 2.90 | Prepared schedules for inclusion in the 2Q06 Quarterly Report to the Committee. |
| 9/14/2006 | J. Dolan | 3.50 | Finalized edits regarding the 2Q06 Quarterly Report and prepared distribution to the Committee. |
| 9/18/2006 | J. Dolan | 1.50 | Prepared distribution of Debtors' financial information to Committee Members. |
| 9/18/2006 | S. Cunningham | 1.50 | Read and analyzed August financial report and compared results to prior year. |
| 9/19/2006 | J. Dolan | 2.20 | Prepared distribution of Debtors' financial information to Committee Members. |
| Subtotal | | 45.30 | |

11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/6/2006 | E. Ordway | 0.90 | Analyzed commodity price trends for last 12 months. |
| 9/6/2006 | L. Hamilton | 3.50 | Analyzed additional information from Debtors regarding results of fleet sale discussion and prepared a report to counsel. |
| 9/7/2006 | L. Hamilton | 1.30 | Prepared peer group analysis schedules for Q2. |
| 9/7/2006 | C. Walker | 2.80 | Obtained key data required for analysis of WR Grace peer group. |
| 9/7/2006 | L. Hamilton | 2.00 | Evaluated data sources for peer report Q2 update. |
| 9/7/2006 | C. Walker | 2.80 | Obtained key data required for analysis of WR Grace peer group. |
| 9/7/2006 | M. Desalvio | 1.50 | Researched new analyst reports on Specialty Chemical Industry for case team member. |
| 9/7/2006 | L. Hamilton | 1.20 | Prepared draft report regarding fleet sale. |
| 9/8/2006 | L. Hamilton | 1.60 | Prepared EV schedule for peer group. |
| 9/8/2006 | L. Hamilton | 6.40 | Prepared P&L and balance sheet analysis schedules, including TTM, for peer group. |
| 9/8/2006 | C. Walker | 1.20 | Prepared summary of key data required for analysis of WR Grace peer group. |
| 9/8/2006 | C. Walker | 0.30 | Obtained key data required for analysis of WR Grace peer group. |
| 9/11/2006 | L. Hamilton | 3.30 | Prepared detailed comparative ratio analysis schedules for peer group. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/11/2006 | L. Hamilton | 1.90 | Prepared draft peer group report for Q2 2006. |
| 9/11/2006 | L. Hamilton | 4.30 | Prepared detailed comparative P&L model for peer group. |
| 9/12/2006 | L. Hamilton | 2.20 | Prepared detailed P&L model and ratio analysis schedules regarding Debtors' Q2 results of operations for peer group report. |
| 9/12/2006 | L. Hamilton | 4.30 | Prepared draft peer group report for Q2 2006. |
| 9/13/2006 | S. Cunningham | 1.20 | Prepared updated analysis of Q2 peer group data. |
| 9/13/2006 | L. Hamilton | 6.50 | Prepared detailed comparative P&L model and ratio analysis schedules regarding Debtors' results of operations for Q2 and pro forma balance sheet for inclusion in peer group report. |
| 9/14/2006 | L. Hamilton | 4.50 | Prepared charts for draft peer group report for Q2 2006. |
| 9/14/2006 | C. Walker | 0.30 | Obtained historical share price data for peer company analysis. |
| 9/14/2006 | L. Hamilton | 4.50 | Prepared detailed comparative P&L model and ratio analysis schedules for inclusion in peer group report. |
| 9/15/2006 | L. Hamilton | 1.00 | Finalized peer group report for Q2. |
| 9/18/2006 | E. Ordway | 1.60 | Prepared/edited report to the Committee regarding trailer fleet assets. |
| 9/18/2006 | L. Hamilton | 1.00 | Read and analyzed recent court docket items. |
| 9/19/2006 | L. Hamilton | 1.10 | Updated fleet sale report to the Committee to reflect comments of counsel. |
| 9/19/2006 | L. Hamilton | 1.10 | Read and analyzed recent court docket items including CCHP documents |
| 9/20/2006 | E. Ordway | 1.60 | Finalized report on sale of fleet trailers. |
| 9/21/2006 | L. Hamilton | 1.00 | Finalized fleet sale report and distributed report to the Committee. |
| 9/28/2006 | S. Cunningham | 2.00 | Prepared analysis of Lloyd's settlement proposal and related issues. |
| Subtotal | | 68.90 | |

19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/7/2006 | J. Dolan | 1.30 | Read and analyzed CCHP Tax Settlement Motion. |
| 9/7/2006 | L. Hamilton | 0.50 | Read and analyzed draft CCHP settlement motion. |
| 9/7/2006 | R. Frezza | 1.40 | Read and analyzed CCHP motion and prepared preliminary questions for Debtors' advisors. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/12/2006 | S. Cunningham | 2.00 | Read and edited CCHP tax settlement analysis and report. |
| 9/13/2006 | S. Cunningham | 2.10 | Read and edited report regarding CCHP tax settlement. |
| 9/13/2006 | J. Dolan | 5.70 | Prepared report to the Committee related to the CCHP tax settlement motion. |
| 9/19/2006 | J. Dolan | 2.50 | Read and analyzed final motion and exhibits related to CCHP proposed tax settlement. |
| 9/19/2006 | J. Dolan | 1.40 | Prepared update to CCHP tax settlement report to Committee Members. |
| 9/20/2006 | J. Dolan | 1.00 | Prepared update to CCHP tax settlement report to Committee Members. |
| 9/26/2006 | J. Dolan | 0.90 | Read and analyzed information regarding additional issues related to the CCHP proposed tax settlement. |
| 9/27/2006 | J. Dolan | 2.70 | Continued follow-up and analysis of CCHP tax settlement issues. |
| 9/29/2006 | E. Ordway | 0.60 | Read and analyzed information requiring settlement and compared to prior reserve estimates. |
| 9/29/2006 | J. Dolan | 2.50 | Continued to analyze CCHP tax settlement issues and participated in call with Blackstone and the Company to discuss issues with Stroock. |
| Subtotal | | 24.60 | |

20. Valuation

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/14/2006 | E. Ordway | 0.50 | Reviewed valuation updates. |
| 9/15/2006 | E. Ordway | 1.90 | Updated valuation/recovery analysis based on revised stock values for Sealed Air and modifications to claims. |
| Subtotal | | 2.40 | |

26. Meetings with Debtors/Advisors

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/6/2006 | L. Hamilton | 0.60 | Prepared for and participated in call with Debtors regarding fleet sale. |
| 9/12/2006 | W. Dlugolecki | 1.30 | Prepared for and participated in conference call with Blackstone and Grace personnel to obtain a detailed update on the status and open issues related to the Spaghetti acquisition. |
| 9/12/2006 | L. Hamilton | 1.00 | Prepared for and participated in call with Debtors regarding CCHP settlement. |
| 9/25/2006 | J. Dolan | 2.30 | Prepared for and participated in conference call with the Debtors to discuss Project Gemini. |
| 9/25/2006 | R. Frezza | 0.40 | Participated in interactive session with Debtors' advisors to discuss the details of the asset divestiture plan. |

Capstone Advisory Group, LLC
Invoice for the September Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 5.60 | |
| **Total Hours** | | **195.20** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 9/1/06 through 9/30/06

| Date | Professional | Detail | Amount |
|------|--------------|--------|--------|
| **Copies** | | | |
| 9/30/2006 | Capstone Expenses | September copies: 901 @ .10 ea | $90.10 |
| Subtotal - Copies | | | $90.10 |
| **Postage/FedEx** | | | |
| 9/9/2006 | J. Dolan | Fedex Financial report | $22.01 |
| Subtotal - Postage/FedEx | | | $22.01 |
| **Research-Billable** | | | |
| 9/30/2006 | Capstone Expenses | September Bloomberg | $18.00 |
| Subtotal - Research-Billable | | | $18.00 |
| **Scans** | | | |
| 9/30/2006 | Capstone Expenses | September scans: 236 @ $1.00 ea | $236.00 |
| Subtotal - Scans | | | $236.00 |
| **Telecom Charges** | | | |
| 9/30/2006 | Capstone Expenses | September phone - Saddle Brook Office | $267.46 |
| Subtotal - Telecom Charges | | | $267.46 |
| For the Period 9/1/06 through 9/30/06 | | | $633.57 |