IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Related Docket No. 13571 |
| | ) | No Order Required |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 13571

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Application of William D. Sullivan, LLC[1] for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from September 1, 2006 through September 30, 2006 (the "Application"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections were to be filed no later than November 23, 2006.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals or Official Committee Members (the "Order") dated April 17, 2002, the Debtors are authorized to pay $312.00[2] upon the filing of this certification and without the need for entry of a Court order approving the application.

---

[1] William D. Sullivan, LLC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Buchanan Ingersoll PC ("BIPC") previously served as Delaware Bankruptcy Counsel through July 23, 2006. The matter was transferred to William D. Sullivan, LLC when William D. Sullivan, the attorney representing the ZAI Claimants at BIPC, moved his practice to William D. Sullivan, LLC.

[2] The aggregate total is a result of the addition of 80% of the fees sought ($390.00) equaling $312.00 during the time frame of September 1, 2006 through September 30, 2006.

Dated: November 30, 2006
      Wilmington, Delaware                  WILLIAM D. SULLIVAN, LLC

*/s/ William David Sullivan*
William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX:   (302) 428-8195
bill@williamdsullivanllc.com

*Delaware Counsel for
the ZAI Claimants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | No Order Required |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on November 30, 2006, service of the *Certificate of No Objection Regarding Docket No.13571* was made upon the parties on the attached service list by United States First Class Mail, postage prepaid.

I certify the foregoing to be true and correct under the penalty of perjury.

November 30, 2006                         /s/ William D. Sullivan
Dated                                     William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 460
Wilmington, DE 19899

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036