**EXHIBIT A**



The Blackstone Group®

November 8, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of July 1, 2006 through July 31, 2006:          $          125,000.00

Out-of-pocket expenses processed for the period through July 31, 2006:[1]

| | | | |
|---|---|---|---|
| Airfare | $ | 2,588.61 | |
| Ground Transportation | | 103.57 | |
| Communications | | 80.00 | |
| Meals | | 51.23 | |
| Document Production | | 15.00 | |
| Research | | 1,292.51 | |
| Publishing Services | | 663.25 | 4,794.17 |
| | | | |
| **Total Amount Due** | | $ | **129,794.17** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 12420

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 12420**

| | GL Detail Jul-06 | Total Expenses |
|---|---|---|
| Airfare | $ 2,588.61 | $ 2,588.61 |
| Ground Transportation – Car Service – Elite | 54.57 | 54.57 |
| Ground Transportation – Local Travel | 11.00 | 11.00 |
| Ground Transportation – Out of Town Travel | 38.00 | 38.00 |
| Communications – Teleconferencing | 80.00 | 80.00 |
| Employee Meals | 51.23 | 51.23 |
| Document Production | 15.00 | 15.00 |
| Internal Research | 1,151.65 | 1,151.65 |
| External Research – Thomson | 48.05 | 48.05 |
| External Research – Dow Jones | 92.81 | 92.81 |
| Publishing Services | 663.25 | 663.25 |
| **Total Expenses** | **$ 4,794.17** | **$ 4,794.17** |

| | |
|---|---|
| **Airfare** | **$ 2,588.61** |
| **Ground Transportation** | **103.57** |
| **Communications** | **80.00** |
| **Meals** | **51.23** |
| **Document Production** | **15.00** |
| **Research** | **1,292.51** |
| **Publishing Services** | **663.25** |
| **Total Expenses** | **$ 4,794.17** |

W.R. Grace & Co.
Detail of Expenses Processed
Through July 31, 2006
Invoice No. 12420

**Airfare**

| | | | | |
|---|---|---|---|---|
| O'Connell (travel agency fee for booking of round trip flight dated 06/14/06 | 06/12/06 | 40.00 | | |
| O'Connell (round trip coach class flight to/from Boston, MA from/to Queens, NY | 06/14/06 | 319.44 | | |
| O'Connell (travel agency fee for booking of round trip flight dated 06/22/06 | 06/22/06 | 40.00 | | |
| O'Connell (round trip coach class flight to/from Baltimore, MD from/to Queens, NY | 06/22/06 | 962.60 | | |
| Zilly (one-way coach class flight to Queens, NY from Boston, MA) | 06/14/06 | 148.97 | | |
| Zilly (travel agency fee for round trip flight dated 06/22/06 | 06/19/06 | 40.00 | | |
| Zilly (round trip coach class flight to/from Baltimore, MD from/to Queens, NY | 06/22/06 | 1,037.60 | | |
| | Subtotal - Airfare | | $ | 2,588.61 |

**Ground Transportation – Car Service - Elite**

| | | | |
|---|---|---|---|
| Zilly (car to LaGuardia Airport in Queens, NY from home) | 05/03/06 | 54.57 | |
| | Subtotal - Ground Transportation - Car Service - Elite | | 54.57 |

**Ground Transportation – Local Travel**

| | | | |
|---|---|---|---|
| Gellman (weekend taxi home from Blackstone) | 07/15/06 | 11.00 | |
| | Subtotal - Ground Transportation - Local Travel | | 11.00 |

**Ground Transportation – Out of Town Travel**

| | | | |
|---|---|---|---|
| Zilly (taxi to client's offices in Columbia, MD from BWI Airport in Baltimore, MD | 06/23/06 | 38.00 | |
| | Subtotal - Ground Transportation - Out of Town Travel | | 38.00 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| O'Connell | 06/21/06 | 80.00 | |
| | Subtotal - Communications - Teleconferencing | | 80.00 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Gellman (weekend working meal @ Blackstone) | 07/16/06 | 8.89 | |
| O'Connell (meal @ LaGuardia Airport in Queens, NY) | 06/14/06 | 5.72 | |
| O'Connell (working meal during stay in Boston, MA) | 06/14/06 | 11.75 | |
| O'Connell (meal @ LaGuardia Airport in Queens, NY) | 06/22/06 | 6.75 | |
| O'Connell (working meal during stay in Baltimore, MD | 06/22/06 | 18.12 | |
| | Subtotal - Employee Meals | | 51.23 |

**Document Production**

| | | | |
|---|---|---|---|
| Zilly | 07/03/06 - 07/16/06 | 15.00 | |
| | Subtotal - Document Production | | 15.00 |

**Internal Research**

| | | | |
|---|---|---|---|
| Bennett (online data research) | 07/16/06 - 07/22/06 | 184.72 | |
| Bennett (online data research) | 07/23/06 - 07/29/06 | 417.87 | |
| Gellman (online data research) | 07/16/06 - 07/22/06 | 518.84 | |
| Munfa (online data research) | 06/04/06 - 06/10/06 | 30.22 | |
| | Subtotal - Internal Research | | 1,151.65 |

**External Research – Thomson**

| | | | |
|---|---|---|---|
| Gellman (online data research) | 07/16/06 - 07/22/06 | 42.59 | |
| Munfa (online data research) | 06/04/06 - 06/10/06 | 5.46 | |
| | Subtotal - External Research - Thomson | | 48.05 |

**External Research – Dow Jones**

| | | | |
|---|---|---|---|
| Gellman (online data research) | 07/16/06 - 07/22/06 | 92.81 | |
| | Subtotal - External Research – Dow Jones | | 92.81 |

**Publishing Services**

| | | | |
|---|---|---|---|
| Gellman | 06/26/06 - 07/02/06 | 663.25 | |
| | Subtotal - Publishing Services | | 663.25 |

| | | | |
|---|---|---|---|
| | Total Expenses | $ | 4,794.17 |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD
## JULY 1, 2006 THROUGH JULY 31, 2006

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 44.1 |
| Jamie O'Connell | Associate | 44.0 |
| Scott Gellman | Summer Associate | 58.5 |
| Benjamin Istvan | Analyst | 2.9 |
| Sarah Bennet | Summer Analyst | 13.0 |
| | **Total** | **162.5** |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
JULY 1, 2006 THROUGH JULY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/02/06 | 0.6 | Business Analysis | Review Equitas settlement material |
| Pamela Zilly | 07/02/06 | 1.0 | Business Analysis | Call with E. Filon re: cash flows, financing issues, Equitas Settlement |
| Jamie O'Connell | 07/03/06 | 1.0 | Business Analysis | Review materials regarding insurance matter |
| Jamie O'Connell | 07/03/06 | 0.3 | Business Analysis | Review correspondence regarding business update |
| Scott Gellman | 07/05/06 | 4.0 | Business Analysis | Financial analysis - cash flows |
| Jamie O'Connell | 07/06/06 | 0.3 | Business Analysis | Call with R. Lapidairo of Grace regarding 10-Q disclosure |
| Jamie O'Connell | 07/06/06 | 0.3 | Business Analysis | Financial analysis |
| Jamie O'Connell | 07/06/06 | 0.3 | Business Analysis | Correspondence with K. Russell of Grace regarding financial analysis |
| Jamie O'Connell | 07/07/06 | 0.3 | Business Analysis | Correspondence with R. Lapidairo of Grace regarding financial analysis |
| Jamie O'Connell | 07/10/06 | 0.3 | Business Analysis | Call with S. Smith of Grace regarding business update |
| Jamie O'Connell | 07/10/06 | 0.3 | Business Analysis | Status meeting with P. Zilly |
| Pamela Zilly | 07/10/06 | 0.8 | Business Analysis | Read motions re: extension of exclusivity |
| Pamela Zilly | 07/10/06 | 0.3 | Business Analysis | Discussion with J. O'Connell re: status |
| Jamie O'Connell | 07/11/06 | 0.3 | Business Analysis | Call with M. Narducci of Grace |
| Jamie O'Connell | 07/11/06 | 0.5 | Business Analysis | Review draft motion regarding business update |
| Pamela Zilly | 07/11/06 | 0.8 | Business Analysis | Call with G. Young re: Project Gemini |
| Jamie O'Connell | 07/12/06 | 0.5 | Business Analysis | Calls with S. Smith of Grace regarding business update |
| Pamela Zilly | 07/12/06 | 0.8 | Business Analysis | Read Project Cardinal draft motion |
| Jamie O'Connell | 07/13/06 | 0.3 | Business Analysis | Call with M. Brown of Grace regarding business analysis |
| Pamela Zilly | 07/13/06 | 0.5 | Business Analysis | Read materials re: Equitas settlement |
| Jamie O'Connell | 07/17/06 | 0.3 | Business Analysis | Meeting with S. Gellman regarding financial analysis |
| Scott Gellman | 07/17/06 | 0.3 | Business Analysis | Meeting with J. O'Connell regarding financial analysis |
| Scott Gellman | 07/17/06 | 9.8 | Business Analysis | Financial analysis - comparable companies |
| Jamie O'Connell | 07/18/06 | 0.3 | Business Analysis | Call with S. Smith of Grace regarding business update |
| Jamie O'Connell | 07/18/06 | 0.3 | Business Analysis | Financial analysis |
| Pamela Zilly | 07/18/06 | 1.0 | Business Analysis | Review financial analysis |
| Scott Gellman | 07/18/06 | 16.0 | Business Analysis | Financial analysis -comparable companies |
| Scott Gellman | 07/19/06 | 5.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 07/19/06 | 1.0 | Business Analysis | Call with E. Filon, D. Nakashige and S. Gellman regarding financial analysis |
| Jamie O'Connell | 07/19/06 | 0.5 | Business Analysis | Correspondence regarding financial analyses |
| Pamela Zilly | 07/19/06 | 1.0 | Business Analysis | Call with E. Filon re: cash flows |
| Scott Gellman | 07/19/06 | 0.8 | Business Analysis | Call with management, counsel re: POR and motions pending |
| Scott Gellman | 07/19/06 | 1.0 | Business Analysis | Call with E. Filon, D. Nakashige and J. O'Connell regarding financial analysis |
| Scott Gellman | 07/19/06 | 10.0 | Business Analysis | Financial analysis - comparable companies |
| Jamie O'Connell | 07/20/06 | 5.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 07/20/06 | 0.3 | Business Analysis | Call with S. Smith of Grace regarding business update |
| Pamela Zilly | 07/20/06 | 1.0 | Business Analysis | Review financial analysis |
| Sarah Bennett | 07/20/06 | 4.0 | Business Analysis | Financial analysis - credit statistics |
| Scott Gellman | 07/20/06 | 11.0 | Business Analysis | Financial analysis - comparable companies |
| Scott Gellman | 07/20/06 | 3.0 | Business Analysis | Financial analysis - cash flows; credit statistics |
| Pamela Zilly | 07/21/06 | 1.0 | Business Analysis | Review monthly operating reports |
| Scott Gellman | 07/21/06 | 1.0 | Business Analysis | Financial analysis - cash flows |
| Jamie O'Connell | 07/24/06 | 0.3 | Business Analysis | Status meeting with P. Zilly |
| Pamela Zilly | 07/24/06 | 0.3 | Business Analysis | Meeting with J. O'Connell re: financial analysis status |
| Sarah Bennett | 07/24/06 | 2.0 | Business Analysis | Financial analysis - credit statistics |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
JULY 1, 2006 THROUGH JULY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/25/06 | 0.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 07/25/06 | 1.5 | Business Analysis | Call with E. Filon, D. Nakashige, P. Zilly and S. Gellman regarding business analysis |
| Pamela Zilly | 07/25/06 | 1.0 | Business Analysis | Review financial analysis |
| Pamela Zilly | 07/25/06 | 1.5 | Business Analysis | Call with E. Filon re: 2008 cash flows, NOLs |
| Pamela Zilly | 07/25/06 | 1.0 | Business Analysis | Review revised financial analysis |
| Sarah Bennett | 07/25/06 | 5.0 | Business Analysis | Financial analysis - credit statistics |
| Pamela Zilly | 07/26/06 | 0.5 | Business Analysis | Call with G. Poling, G. Young re: Project Gemini |
| Jamie O'Connell | 07/27/06 | 1.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 07/27/06 | 1.0 | Business Analysis | Meeting with S. Bennett regarding financial analysis |
| Pamela Zilly | 07/27/06 | 1.0 | Business Analysis | Read materials re: Project Spaghetti |
| Sarah Bennett | 07/27/06 | 1.0 | Business Analysis | Financial analysis - credit statistics |
| Sarah Bennett | 07/27/06 | 1.0 | Business Analysis | Meeting with J. O'Connell regarding financial analysis |
| Pamela Zilly | 07/28/06 | 0.8 | Business Analysis | Review leverage analysis |
| Pamela Zilly | 07/28/06 | 0.5 | Business Analysis | Read and draft response to G. Young re: Project Gemini |
| Benjamin Istvan | 07/31/06 | 0.8 | Business Analysis | Status meeting with J. O'Connell |
| Benjamin Istvan | 07/31/06 | 0.3 | Business Analysis | Call with D. Nakashige of Grace and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 07/31/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace, J. O'Connell and Capstone regarding business update |
| Jamie O'Connell | 07/31/06 | 0.3 | Business Analysis | Status meeting with P. Zilly |
| Jamie O'Connell | 07/31/06 | 0.8 | Business Analysis | Status meeting with B. Istvan |
| Jamie O'Connell | 07/31/06 | 0.3 | Business Analysis | Call with D. Nakashige of Grace and B. Istvan regarding financial analysis |
| Jamie O'Connell | 07/31/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace, B. Istvan and Capstone regarding business update |
| Jamie O'Connell | 07/31/06 | 0.3 | Business Analysis | Call with L. Van Loan of Grace regarding business analysis |
| Pamela Zilly | 07/31/06 | 0.3 | Business Analysis | Meeting with J. O'Connell re: status |
| | | 112.2 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD**
**JULY 1, 2006 THROUGH JULY 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/05/06 | 0.3 | Committee | Call with G. Boyer of CDG regarding committee request |
| Jamie O'Connell | 07/05/06 | 0.3 | Committee | Correspondence with E. Filon of Grace regarding committee request |
| Pamela Zilly | 07/05/06 | 0.3 | Committee | Call with J. O' Connell re: advisors' requests |
| Jamie O'Connell | 07/06/06 | 0.3 | Committee | Call with B. McGowan of Grace and B. Frezza of Capstone regarding LTIP |
| Jamie O'Connell | 07/06/06 | 0.3 | Committee | Correspondence to L. Hamilton of Capstone regarding state taxes |
| Jamie O'Connell | 07/06/06 | 0.3 | Committee | Follow-up call with B. McGowan of Grace and B. Frezza of Capstone |
| Pamela Zilly | 07/06/06 | 0.3 | Committee | Call with J. Radecki re: LTIP adjustments |
| Jamie O'Connell | 07/07/06 | 0.3 | Committee | Call with R. Frezza of Capstone regarding LTIP |
| Jamie O'Connell | 07/07/06 | 0.3 | Committee | Call with B. McGowan of Grace and R. Frezza of Capstone regarding LTIP |
| Jamie O'Connell | 07/11/06 | 0.3 | Committee | Call with R. Frezza of Capstone and D. Neuberger of Grace regarding business update |
| Jamie O'Connell | 07/11/06 | 0.3 | Committee | Correspondence to financial advisors regarding second quarter review call |
| Pamela Zilly | 07/11/06 | 0.3 | Committee | Call with J. Radecki re: environmental claims |
| Jamie O'Connell | 07/12/06 | 0.5 | Committee | Call with B. Frezza of Capstone regarding motion |
| Jamie O'Connell | 07/12/06 | 0.8 | Committee | Correspondence to financial advisors regarding business update |
| Jamie O'Connell | 07/13/06 | 0.5 | Committee | Review committee requests |
| Jamie O'Connell | 07/13/06 | 0.3 | Committee | Call with J. Baer of K&E regarding committee request |
| Jamie O'Connell | 07/13/06 | 0.3 | Committee | Call with B. Frezza of Capstone regarding committee request |
| Jamie O'Connell | 07/13/06 | 0.3 | Committee | Review correspondence regarding business update |
| Jamie O'Connell | 07/14/06 | 0.3 | Committee | Correspondence to financial advisors regarding business update |
| Jamie O'Connell | 07/17/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 07/18/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 07/19/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 07/20/06 | 0.5 | Committee | Correspondence with committee professionals |
| Jamie O'Connell | 07/24/06 | 0.3 | Committee | Call with R. Frezza and J. Dolan of Capstone regarding committee request |
| Jamie O'Connell | 07/25/06 | 0.3 | Committee | Manage various committee requests |
| Jamie O'Connell | 07/26/06 | 0.3 | Committee | Call with Capstone and management regarding business update |
| Scott Gellman | 07/26/06 | 0.8 | Committee | Call with Capstone and management regarding business update |
| | | 9.7 | | |

Page 4 of 8

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD**
**JULY 1, 2006 THROUGH JULY 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/05/06 | 0.3 | Employee Benefits/Pension | Correspondence with B. McGowan regarding committee request |
| Jamie O'Connell | 07/05/06 | 0.3 | Employee Benefits/Pension | Call with B. McGowan regarding committee request |
| Jamie O'Connell | 07/05/06 | 0.3 | Employee Benefits/Pension | Call with P. Zilly regarding various committee requests |
| Pamela Zilly | 07/05/06 | 0.3 | Employee Benefits/Pension | Correspondence re: LTIP adjustments |
| Jamie O'Connell | 07/06/06 | 0.3 | Employee Benefits/Pension | Review updated LTIP motion |
| Jamie O'Connell | 07/06/06 | 0.3 | Employee Benefits/Pension | Call with J. Forgach of Grace regarding LTIP motion |
| Jamie O'Connell | 07/06/06 | 0.3 | Employee Benefits/Pension | Call with B. McGowan of Grace regarding LTIP motion |
| Jamie O'Connell | 07/06/06 | 0.3 | Employee Benefits/Pension | Correspondence to financial advisors |
| Pamela Zilly | 07/06/06 | 0.3 | Employee Benefits/Pension | Call with J. O'Connell re: LTIP adjustments |
| Pamela Zilly | 07/06/06 | 0.8 | Employee Benefits/Pension | Review, respond to various correspondence with Forgach, Baer, O'Connell re: LTIP adjustments |
| | | **3.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
JULY 1, 2006 THROUGH JULY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/24/06 | 3.5 | Hearings | Participate telephonically in the July 24, 2006 court hearing |
| | | 3.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
JULY 1, 2006 THROUGH JULY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/10/06 | 0.4 | Plan and Disclosure Statement | Correspondence with S. Anderson re: environmental claims review |
| Pamela Zilly | 07/10/06 | 0.3 | Plan and Disclosure Statement | Correspondence with J. Radecki re: pre-petition lenders |
| Jamie O'Connell | 07/11/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 07/11/06 | 1.0 | Plan and Disclosure Statement | Review motion filed by asbestos committees |
| Pamela Zilly | 07/11/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: pending motions, hearings, POR status |
| Pamela Zilly | 07/11/06 | 0.6 | Plan and Disclosure Statement | Call with B. Corcoran re: environmental claims |
| Pamela Zilly | 07/11/06 | 0.3 | Plan and Disclosure Statement | Call with Bank debt holder re: Grace POR |
| Pamela Zilly | 07/11/06 | 3.0 | Plan and Disclosure Statement | Prepare environmental claim analysis |
| Pamela Zilly | 07/11/06 | 0.3 | Plan and Disclosure Statement | Call with B. Corcoran re: environmental claims |
| Pamela Zilly | 07/11/06 | 0.8 | Plan and Disclosure Statement | Correspondence with S. Anderson, J. Baer re: environmental claims |
| Jamie O'Connell | 07/12/06 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 07/12/06 | 0.3 | Plan and Disclosure Statement | Call with J. Baer |
| Pamela Zilly | 07/12/06 | 1.3 | Plan and Disclosure Statement | Read Objections to Exclusivity |
| Pamela Zilly | 07/12/06 | 1.5 | Plan and Disclosure Statement | Prepare environmental claim analysis |
| Pamela Zilly | 07/12/06 | 0.3 | Plan and Disclosure Statement | Correspondence with B. Corcoran re: environmental analyst |
| Pamela Zilly | 07/12/06 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell re: status |
| Jamie O'Connell | 07/13/06 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding various matters |
| Pamela Zilly | 07/13/06 | 0.3 | Plan and Disclosure Statement | Correspondence with J. O'Connell re: environmental discussior |
| Pamela Zilly | 07/14/06 | 0.3 | Plan and Disclosure Statement | Call with B. Corcoran re: environmental claims |
| Jamie O'Connell | 07/18/06 | 0.8 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 07/18/06 | 3.0 | Plan and Disclosure Statement | Prepare environmental claim analysis |
| Pamela Zilly | 07/18/06 | 1.0 | Plan and Disclosure Statement | Read various motions |
| Jamie O'Connell | 07/19/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 07/19/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: pending motions, POR status |
| Pamela Zilly | 07/20/06 | 1.0 | Plan and Disclosure Statement | Call with B. Corcoran, S. Anderson, J. Baer re: environmental claims update |
| Pamela Zilly | 07/20/06 | 1.0 | Plan and Disclosure Statement | Read motions re: PI Questionnaire |
| Pamela Zilly | 07/24/06 | 5.0 | Plan and Disclosure Statement | Attend Grace Hearing telephonically; prepare environmental claims write-up |
| Jamie O'Connell | 07/25/06 | 1.0 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 07/25/06 | 1.0 | Plan and Disclosure Statement | Revise environmental claims chart and correspondence with B. Corcoran |
| Pamela Zilly | 07/26/06 | 0.3 | Plan and Disclosure Statement | Call with B. Corcoran |
| Pamela Zilly | 07/27/06 | 1.5 | Plan and Disclosure Statement | Finalize environmental claims chart |
| Pamela Zilly | 07/28/06 | 0.3 | Plan and Disclosure Statement | Distribute environmental claims chart |
| Benjamin Istvan | 07/31/06 | 1.5 | Plan and Disclosure Statement | Analysis of claims estimates |
| | | **32.8** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
JULY 1, 2006 THROUGH JULY 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Scott Gellman | 07/25/06 | 0.8 | Tax Issues | Tax analysis |
| | | 0.8 | | |

Page 8 of 8

The **Blackstone** Group®

November 16, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of August 1, 2006 through August 31, 2006:      $      75,000.00

Out-of-pocket expenses processed for the period through August 31, 2006: [1]

| | | |
|---|---:|---:|
| Ground Transportation | $   510.74 | |
| Communications | 160.00 | |
| Document Production | 36.75 | |
| Research | 741.50 | |
| Publishing Services | 217.00 | 1,665.99 |

**Total Amount Due**      $      **76,665.99**

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 12504

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 12504**

| | GL Detail Aug-06 | | Total Expenses |
|---|---|---|---|
| Ground Transportation - Car Service - Elite | $ | 239.34 | $ 239.34 |
| Ground Transportation - Local Travel | | 126.40 | 126.40 |
| Ground Transportation - Out of Town Travel | | 145.00 | 145.00 |
| Communications - Teleconferencing | | 160.00 | 160.00 |
| Document Production | | 36.75 | 36.75 |
| Internal Research | | 144.49 | 144.49 |
| External Research - Dow Jones | | 487.92 | 487.92 |
| External Research - Capital IQ | | 73.87 | 73.87 |
| External Research - Thomson Analytics | | 35.22 | 35.22 |
| Publishing Services | | 217.00 | 217.00 |
| **Total Expenses** | **$** | **1,665.99** | **$ 1,665.99** |

| | | |
|---|---|---|
| **Ground Transportation** | **$** | **510.74** |
| **Communications** | | **160.00** |
| **Document Production** | | **36.75** |
| **Research** | | **741.50** |
| **Publishing Services** | | **217.00** |
| **Total Expenses** | **$** | **1,665.99** |

W.R. Grace & Co.
Detail of Expenses Processed
Through August 31, 2006
Invoice No. 12504

**Ground Transportation - Car Service - Elite**

| | | | | |
|---|---|---|---|---|
| O'Connell (car to LaGuardia Airport in Queens, NY from home) | 06/14/06 | 41.82 | | |
| O'Connell (car to LaGuardia Airport in Queens, NY from home) | 06/22/06 | 41.82 | | |
| Publishing Services - Glaraga (car home from Blackstone after working late) | 06/27/06 | 54.72 | | |
| Zilly (car to LaGuardia Airport in Queens, NY from home) | 06/14/06 | 50.49 | | |
| Zilly (car to LaGuardia Airport in Queens, NY from home) | 06/22/06 | 50.49 | | |
| Subtotal - Ground Transportation - Car Service - Elite | | | $ | 239.34 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| Gellman (weeknight taxi home from Blackstone after working late) | 07/20/06 | 11.40 | |
| Gellman (weekend taxi home from Blackstone) | 07/23/06 | 11.00 | |
| Gellman (weeknight taxi home from Blackstone after working late) | 07/24/06 | 11.40 | |
| Gellman (weeknight taxi home from Blackstone after working late) | 07/26/06 | 10.60 | |
| Gellman (weeknight taxi home from Blackstone after working late) | 08/09/06 | 12.00 | |
| O'Connell (taxi home from LaGuardia Airport in Queens, NY) | 06/14/06 | 35.00 | |
| O'Connell (taxi home from LaGuardia Airport in Queens, NY) | 06/22/06 | 35.00 | |
| Subtotal - Ground Transportation - Local Travel | | | 126.40 |

**Ground Transportation - Out of Town Travel**

| | | | |
|---|---|---|---|
| O'Connell (taxi with P. Zilly to client's offices in Columbia, MD from airport in Baltimore, MD) | 06/14/06 | 40.00 | |
| O'Connell (taxi with P. Zilly to client's offices in Columbia, MD from airport in Baltimore, MD) | 06/14/06 | 55.00 | |
| O'Connell (taxi to airport in Baltimore, MD from client's offices Columbia, MD) | 06/22/06 | 50.00 | |
| Subtotal - Ground Transportation - Out of Town Travel | | | 145.00 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| O'Connell | 07/25/06 | 160.00 | |
| Subtotal - Communications - Teleconferencing | | | 160.00 |

**Document Production**

| | | | |
|---|---|---|---|
| Istvan | 08/14/06 - 08/20/06 | 33.75 | |
| Istvan | 08/01/06 - 08/13/06 | 3.00 | |
| Subtotal - Document Production | | | 36.75 |

**Internal Research**

| | | | |
|---|---|---|---|
| Gellman (online data research) | 08/06/06 - 08/12/06 | 144.49 | |
| Subtotal - Internal Research | | | 144.49 |

**External Research - Dow Jones**

| | | | |
|---|---|---|---|
| Bennett (online data research) | 07/23/06 - 07/29/06 | 483.01 | |
| Bennett (online data research) | 08/06/06 - 08/12/06 | 4.91 | |
| Subtotal - External Research - Dow Jones | | | 487.92 |

**External Research - Capital IQ**

| | | | |
|---|---|---|---|
| Istvan (online data research) | 07/30/06 - 08/05/06 | 73.87 | |
| Subtotal - External Research - Capital IQ | | | 73.87 |

**External Research - Thomson Analytics**

| | | | |
|---|---|---|---|
| Bennett (online data research) | 07/23/06 - 07/29/06 | 17.47 | |
| Istvan (online data research) | 07/30/06 - 08/05/06 | 15.43 | |
| Istvan (online data research) | 08/13/06 - 08/19/06 | 2.32 | |
| Subtotal - External Research - Thomson Analytics | | | 35.22 |

**Publishing Services**

| | | | |
|---|---|---|---|
| Bennett | 07/17/06 - 07/30/06 | 166.25 | |
| Gellman | 07/17/06 - 07/30/06 | 19.25 | |
| Istvan | 08/01/06 - 08/13/06 | 31.50 | |
| Subtotal - Publishing Services | | | 217.00 |

| | | | |
|---|---|---|---|
| **Total Expenses** | | $ | **1,665.99** |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD
### AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 33.2 |
| Jamie O'Connell | Associate | 34.0 |
| Benjamin Istvan | Analyst | 19.5 |
| | Total | 86.7 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 08/02/06 | 3.0 | Business Analysis | Financial Analysis |
| Benjamin Istvan | 08/03/06 | 2.0 | Business Analysis | Financial Analysis |
| Benjamin Istvan | 08/08/06 | 2.5 | Business Analysis | Business analysis |
| Jamie O'Connell | 08/08/06 | 0.3 | Business Analysis | Call with K. Myers of Grace regarding business update |
| Jamie O'Connell | 08/08/06 | 0.3 | Business Analysis | Correspondence regarding business update |
| Benjamin Istvan | 08/09/06 | 2.5 | Business Analysis | Business analysis |
| Jamie O'Connell | 08/09/06 | 2.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 08/09/06 | 0.5 | Business Analysis | Correspondence with B. Tarola and B. Sarikas of Grace regarding financial analysis |
| Pamela Zilly | 08/09/06 | 1.0 | Business Analysis | Review financial analysis |
| Jamie O'Connell | 08/14/06 | 1.0 | Business Analysis | Review second quarter results |
| Jamie O'Connell | 08/14/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace regarding business analysis |
| Jamie O'Connell | 08/14/06 | 0.3 | Business Analysis | Correspondence regarding business update |
| Jamie O'Connell | 08/14/06 | 0.3 | Business Analysis | Call with E. Filon and D. Nakashige of Grace regarding financial analysis |
| Jamie O'Connell | 08/14/06 | 1.0 | Business Analysis | Financial analysis |
| Pamela Zilly | 08/14/06 | 1.2 | Business Analysis | Review financial analysis scenarios |
| Pamela Zilly | 08/14/06 | 1.2 | Business Analysis | Review 2nd quarter financial presentation |
| Pamela Zilly | 08/14/06 | 0.3 | Business Analysis | Review correspondence re: Project Spaghetti and Project Gemini |
| Benjamin Istvan | 08/15/06 | 0.8 | Business Analysis | Second quarter review call with financial advisors |
| Jamie O'Connell | 08/15/06 | 0.3 | Business Analysis | Call with B. Tarola and B. Sarikas of Grace regarding second quarter review |
| Jamie O'Connell | 08/15/06 | 0.3 | Business Analysis | Call with S. Smith of Grace regarding business update |
| Jamie O'Connell | 08/15/06 | 0.3 | Business Analysis | Correspondence regarding business update |
| Jamie O'Connell | 08/15/06 | 1.0 | Business Analysis | Financial analysis |
| Jamie O'Connell | 08/15/06 | 1.0 | Business Analysis | Call with B. Tarola, E. Filon, D. Nakashige and B. Istvan regarding financial analysis |
| Jamie O'Connell | 08/15/06 | 0.3 | Business Analysis | Correspondence regarding business update |
| Jamie O'Connell | 08/15/06 | 0.8 | Business Analysis | Review second quarter 10-Q |
| Pamela Zilly | 08/15/06 | 2.0 | Business Analysis | Review financial analysis scenarios |
| Pamela Zilly | 08/15/06 | 0.3 | Business Analysis | Correspondence with J. O'Connell re: status |
| Jamie O'Connell | 08/16/06 | 0.5 | Business Analysis | Review second quarter 10-Q |
| Jamie O'Connell | 08/16/06 | 0.3 | Business Analysis | Correspondence regarding business update |
| Jamie O'Connell | 08/17/06 | 0.5 | Business Analysis | Review second quarter 10-Q |
| Pamela Zilly | 08/18/06 | 0.4 | Business Analysis | Call with F. Festa |
| Pamela Zilly | 08/19/06 | 2.0 | Business Analysis | Review financial analysis scenarios |
| Jamie O'Connell | 08/22/06 | 1.0 | Business Analysis | Financial analysis |
| Pamela Zilly | 08/22/06 | 1.2 | Business Analysis | Review 2ndQ financial statements |
| Pamela Zilly | 08/23/06 | 0.8 | Business Analysis | Review materials re: financial issues |
| Jamie O'Connell | 08/24/06 | 0.3 | Business Analysis | Business analysis |
| Benjamin Istvan | 08/28/06 | 1.0 | Business Analysis | Call with management regarding business analysis |
| Jamie O'Connell | 08/28/06 | 1.0 | Business Analysis | Call with management regarding business analysis |
| Pamela Zilly | 08/28/06 | 1.0 | Business Analysis | Review subsidiary financial statements |
| | | 37.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/08/06 | 0.3 | Committee | Correspondence with Tersigni regarding information request |
| Jamie O'Connell | 08/08/06 | 0.3 | Committee | Correspondence with Capstone regarding information request |
| Jamie O'Connell | 08/08/06 | 0.3 | Committee | Call with B. Sarikas of Grace regarding information request |
| Jamie O'Connell | 08/09/06 | 0.3 | Committee | Call with S. Smith of Grace regarding business update |
| Benjamin Istvan | 08/10/06 | 0.3 | Committee | Correspondence with financial advisors |
| Jamie O'Connell | 08/11/06 | 0.3 | Committee | Call with B. Frezza of Capstone regarding committee request |
| Jamie O'Connell | 08/15/06 | 0.8 | Committee | Second quarter review call with financial advisors |
| Jamie O'Connell | 08/15/06 | 0.3 | Committee | Call with B. Frezza of Capstone regarding committee request |
| Jamie O'Connell | 08/15/06 | 0.3 | Committee | Correspondence with Capstone regarding information request |
| Jamie O'Connell | 08/17/06 | 0.3 | Committee | Manage committee request |
| Jamie O'Connell | 08/17/06 | 0.5 | Committee | Manage information request |
| Jamie O'Connell | 08/17/06 | 0.3 | Committee | Call with B. Sarikas of Grace regarding information request |
| Jamie O'Connell | 08/18/06 | 0.5 | Committee | Call with B. Tarola, B. Sarikas and Capstone regarding information request |
| Jamie O'Connell | 08/18/06 | 0.3 | Committee | Manage committee request |
| Jamie O'Connell | 08/24/06 | 0.3 | Committee | Call with M. Brown of Grace regarding committee request |
| Jamie O'Connell | 08/24/06 | 0.5 | Committee | Manage committee request |
| | | 5.9 | | |

Page 3 of 7

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/29/06 | 1.5 | Employee Benefits/Pension | Review Watson Wyatt report and other pension related materials |
| | | 1.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/21/06 | 6.8 | Hearings | Participate telephonically in the August 21, 2006 court hearing |
| Pamela Zilly | 08/21/06 | 4.5 | Hearings | Attend Grace hearing telephonically |
| | | 11.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 08/01/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 08/01/06 | 0.5 | Plan and Disclosure Statement | Review objection to exclusivity |
| Benjamin Istvan | 08/01/06 | 1.0 | Plan and Disclosure Statement | Review claims analysis with J. O'Connell |
| Benjamin Istvan | 08/01/06 | 0.3 | Plan and Disclosure Statement | Call with L. Van Loan of Grace and J. O'Connell regarding claims |
| Benjamin Istvan | 08/01/06 | 0.3 | Plan and Disclosure Statement | Financial Analysis |
| Jamie O'Connell | 08/01/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 08/01/06 | 1.0 | Plan and Disclosure Statement | Review claims analysis with B. Istvan |
| Jamie O'Connell | 08/01/06 | 0.3 | Plan and Disclosure Statement | Call with L. Van Loan of Grace and B. Istvan regarding claims |
| Pamela Zilly | 08/01/06 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: pending motions and court hearings |
| Jamie O'Connell | 08/02/06 | 0.3 | Plan and Disclosure Statement | Review claims analysis |
| Pamela Zilly | 08/02/06 | 2.0 | Plan and Disclosure Statement | Analysis of 2nd quarter estimated claim amounts |
| Benjamin Istvan | 08/08/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 08/08/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 08/08/06 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: pending motions and POR status |
| Pamela Zilly | 08/08/06 | 1.0 | Plan and Disclosure Statement | Review analysis of USG and Owens-Corning cases |
| Pamela Zilly | 08/09/06 | 1.0 | Plan and Disclosure Statement | Review analysis of USG rights offering |
| Pamela Zilly | 08/09/06 | 1.3 | Plan and Disclosure Statement | Read motions re: PI and PD estimation CMOs, Questionnaires |
| Benjamin Istvan | 08/15/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 08/15/06 | 0.8 | Plan and Disclosure Statement | Meeting with J. O'Connell to discuss financial analysis |
| Benjamin Istvan | 08/15/06 | 1.0 | Plan and Disclosure Statement | Call with B. Tarola, E. Filon, D. Nakashige and J. O'Connell regarding financial analysis |
| Jamie O'Connell | 08/15/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 08/15/06 | 0.8 | Plan and Disclosure Statement | Meeting with B. Istvan to discuss financial analysis |
| Jamie O'Connell | 08/18/06 | 0.8 | Plan and Disclosure Statement | Call with Grace management and counsel |
| Pamela Zilly | 08/21/06 | 1.0 | Plan and Disclosure Statement | Read motions re: PI questionnaires - Objections and Responses |
| Benjamin Istvan | 08/22/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 08/22/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 08/22/06 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: hearing; pending motions |
| Pamela Zilly | 08/22/06 | 0.5 | Plan and Disclosure Statement | Owens Corning rights offering analysis |
| Pamela Zilly | 08/22/06 | 1.0 | Plan and Disclosure Statement | Read motions re: Lloyds' settlement, PD claim objections |
| | | **21.9** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/16/06 | 0.3 | Tax Issues | Call with J. Baer of Kirkland and C. Finke and R. Finke of Grace |
| Jamie O'Connell | 08/18/06 | 0.5 | Tax Issues | Review draft motion |
| Pamela Zilly | 08/18/06 | 1.5 | Tax Issues | Review material and make comments re: CCHP motion and settlement |
| Pamela Zilly | 08/18/06 | 1.0 | Tax Issues | Call with E. Filon, C. Finke, T. Maynes re: CCHP motion |
| Pamela Zilly | 08/21/06 | 1.0 | Tax Issues | Review and provide comments on CCHP tax motion |
| Benjamin Istvan | 08/23/06 | 1.0 | Tax Issues | Call with Grace management and counsel re: tax issues |
| Jamie O'Connell | 08/23/06 | 1.0 | Tax Issues | Call with E. Filon, C. Finke, J. Baer re: financial issues |
| Pamela Zilly | 08/23/06 | 1.0 | Tax Issues | Review revised CCHP materials |
| Pamela Zilly | 08/23/06 | 1.0 | Tax Issues | Call with E. Filon, C. Finke, T. Maynes, J. Baer re: CCHP and other financial issues |
| Pamela Zilly | 08/24/06 | 0.5 | Tax Issues | Read revise CCHP motion |
| | | 8.8 | | |

The  Group®

November 16, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of September 1, 2006 through September 30, 2006:    $    75,000.00

Out-of-pocket expenses processed for the period through September 30, 2006: [1]

| | | | |
|---|---|---|---|
| Airfare | $ | (75.00) | |
| Ground Transportation | | 145.35 | |
| Communications | | 260.30 | |
| Meals | | 50.00 | |
| Research | | 614.95 | 995.60 |
| | | | |
| **Total Amount Due** | | $ | **75,995.60** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 12568

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 12568**

|  | GL Detail Sep-06 | Total Expenses |
|---|---|---|
| Airfare | $ (75.00) | $ (75.00) |
| Ground Transportation - Car Service - Elite | 145.35 | 145.35 |
| Communications - Teleconferencing | 260.30 | 260.30 |
| Employee Meals | 50.00 | 50.00 |
| External Research - Securities Data | 596.87 | 596.87 |
| External Research - Online Database | 18.08 | 18.08 |
| **Total Expenses** | **$ 995.60** | **$ 995.60** |

| | | |
|---|---|---|
| **Airfare** | **$** | **(75.00)** |
| **Ground Transportation** | | **145.35** |
| **Communications** | | **260.30** |
| **Meals** | | **50.00** |
| **Research** | | **614.95** |
| **Total Expenses** | **$** | **995.60** |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through September 30, 2006**
**Invoice No. 12568**

**Airfare**

| | | | |
|---|---|---|---|
| Zilly (credit issued by vendor in connection with travel agency fee dated 06/22/06 billed previously on invoice no. 12420) | 07/13/06 | (40.00) | |
| Zilly (credit issued by vendor for unused airline ticket billed previously on invoice no. 12420) | 07/13/06 | (1,037.60) | |
| Zilly (travel agency fee for round trip flight dated 06/22/06) | 06/22/06 | 40.00 | |
| Zilly (round trip coach class flight to/from Baltimore, MD from/to Queens, NY) | 06/22/06 | 962.60 | |
| | **Subtotal - Airfare** | | $   (75.00) |

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| O'Connell (car home from Blackstone after working late) | 07/19/06 | 82.82 | |
| Publishing Services - Marques (car home from Blackstone after working late) | 08/09/06 | 39.12 | |
| Zilly (car home from Blackstone after working late) | 08/01/06 | 23.41 | |
| | **Subtotal - Ground Transportation - Car Service - Elite** | | 145.35 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| O'Connell (fee for attending Court hearing telephonically) | 08/21/06 | 240.00 | |
| Zilly | 06/30/06 | 20.30 | |
| | **Subtotal - Communications - Teleconferencing** | | 260.30 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 08/15/06 | 25.00 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 02/06/06 | 25.00 | |
| | **Subtotal - Employee Meals** | | 50.00 |

**External Research - Securities Data**

| | | | |
|---|---|---|---|
| Bennett (online data research) | 07/19/06 | 596.87 | |
| | **Subtotal - External Research - Securities Data** | | 596.87 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (fee for retrieval of document from Court docket via P.A.C.E.R.) | 05/05/06 | 3.68 | |
| de Almeida (fee for retrieval of document from Court docket via P.A.C.E.R.) | 05/12/06 | 2.40 | |
| de Almeida (fee for retrieval of document from Court docket via P.A.C.E.R.) | 05/13/06 | 2.40 | |
| de Almeida (fee for retrieval of document from Court docket via P.A.C.E.R.) | 05/19/06 | 2.40 | |
| de Almeida (fee for retrieval of document from Court docket via P.A.C.E.R.) | 05/26/06 | 2.40 | |
| de Almeida (fee for retrieval of document from Court docket via P.A.C.E.R.) | 06/07/06 | 2.40 | |
| de Almeida (fee for retrieval of document from Court docket via P.A.C.E.R.) | 06/13/06 | 2.40 | |
| | **Subtotal - External Research - Online Database** | | 18.08 |
| | | | |
| | **Total Expenses** | | $   995.60 |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD**
**SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 40.5 |
| Jamie O'Connell | Associate | 38.4 |
| Benjamin Istvan | Analyst | 9.1 |
| | Total | 88.0 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/05/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace regarding business update |
| Pamela Zilly | 09/05/06 | 1.0 | Business Analysis | Review Project Spaghetti materials |
| Pamela Zilly | 09/06/06 | 0.9 | Business Analysis | Call with J. Baer, C. Schult re: court process for sale of Washcoat business |
| Jamie O'Connell | 09/07/06 | 0.5 | Business Analysis | Status meeting with P. Zilly |
| Pamela Zilly | 09/07/06 | 0.5 | Business Analysis | Status meeting with J. O'Connell |
| Jamie O'Connell | 09/08/06 | 0.5 | Business Analysis | Review business analysis |
| Pamela Zilly | 09/08/06 | 0.6 | Business Analysis | Review business analysis |
| Pamela Zilly | 09/11/06 | 1.5 | Business Analysis | Review and provide comments on Project Gemini presentation |
| Pamela Zilly | 09/11/06 | 0.5 | Business Analysis | Analysis and correspondence with T. Freedman re: insurance |
| Jamie O'Connell | 09/12/06 | 0.3 | Business Analysis | Call with S. Smith of Grace regarding business update |
| Pamela Zilly | 09/12/06 | 1.0 | Business Analysis | Review business analysis |
| Jamie O'Connell | 09/13/06 | 0.3 | Business Analysis | Correspondence to J. Gado of Grace regarding business update |
| Jamie O'Connell | 09/13/06 | 1.3 | Business Analysis | Business analysis |
| Jamie O'Connell | 09/18/06 | 0.5 | Business Analysis | Review business analysis |
| Pamela Zilly | 09/18/06 | 1.0 | Business Analysis | Review business analysis |
| Jamie O'Connell | 09/21/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business divestiture |
| Pamela Zilly | 09/21/06 | 1.0 | Business Analysis | Review Project Gemini presentation |
| Pamela Zilly | 09/21/06 | 0.8 | Business Analysis | Review monthly operating reports |
| Jamie O'Connell | 09/22/06 | 0.3 | Business Analysis | Review business analysis |
| Pamela Zilly | 09/22/06 | 1.0 | Business Analysis | Review Project Gemini presentation |
| Jamie O'Connell | 09/25/06 | 0.4 | Business Analysis | Call with G. Poling and Grace management |
| Jamie O'Connell | 09/25/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace regarding business update |
| Pamela Zilly | 09/25/06 | 0.8 | Business Analysis | Call with G. Poling, G. Young, advisors to Committees re: divestiture |
| Pamela Zilly | 09/25/06 | 0.4 | Business Analysis | Call with G. Poling |
| Benjamin Istvan | 09/26/06 | 0.5 | Business Analysis | Call with R. Lapidario of Grace and J. O'Connell regarding financial analysis |
| Jamie O'Connell | 09/26/06 | 0.3 | Business Analysis | Call with R. Lapidario of Grace regarding financial analysis |
| Jamie O'Connell | 09/26/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace regarding business update |
| Jamie O'Connell | 09/26/06 | 0.5 | Business Analysis | Call with R. Lapidario of Grace and B. Istvan regarding financial analysis |
| Pamela Zilly | 09/26/06 | 0.5 | Business Analysis | Call with G. Poling, G. Young re: Project Gemini presentation |
| Benjamin Istvan | 09/27/06 | 5.0 | Business Analysis | Financial analysis |
| Jamie O'Connell | 09/27/06 | 3.8 | Business Analysis | Financial analysis |
| Pamela Zilly | 09/27/06 | 1.3 | Business Analysis | Review business analysis |
| | | 28.4 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/06/06 | 0.3 | Committee | Review committee correspondence |
| Jamie O'Connell | 09/06/06 | 0.5 | Committee | Call with Grace management and Capstone regarding logistics outsourcing |
| Jamie O'Connell | 09/07/06 | 0.5 | Committee | Manage committee requests |
| Jamie O'Connell | 09/07/06 | 0.3 | Committee | Correspondence to financial advisors |
| Jamie O'Connell | 09/08/06 | 0.3 | Committee | Manage committee request |
| Jamie O'Connell | 09/11/06 | 0.3 | Committee | Manage information request |
| Jamie O'Connell | 09/12/06 | 0.8 | Committee | Call with management and committee professionals regarding draft motion |
| Jamie O'Connell | 09/12/06 | 0.5 | Committee | Call with Capstone and D. Neuberger of Grace regarding business update |
| Jamie O'Connell | 09/12/06 | 0.3 | Committee | Correspondence regarding business update |
| Jamie O'Connell | 09/12/06 | 0.3 | Committee | Call with R. Frezza of Capstone regarding court hearing |
| Jamie O'Connell | 09/12/06 | 0.3 | Committee | Correspondence to lawyers and financial advisors regarding draft motion |
| Jamie O'Connell | 09/13/06 | 0.3 | Committee | Manage committee request |
| Jamie O'Connell | 09/14/06 | 0.3 | Committee | Review correspondence regarding financial analysis |
| Jamie O'Connell | 09/14/06 | 0.3 | Committee | Call with B. Sarikas at Grace regarding committee request |
| Jamie O'Connell | 09/14/06 | 0.3 | Committee | Correspondence to B. Sarikas of Grace regarding committee request |
| Jamie O'Connell | 09/14/06 | 0.3 | Committee | Review correspondence from counsel |
| Jamie O'Connell | 09/18/06 | 0.3 | Committee | Correspondence to financial advisors |
| Jamie O'Connell | 09/19/06 | 0.3 | Committee | Call with J. Dolan of Capstone regarding committee request |
| Jamie O'Connell | 09/19/06 | 1.0 | Committee | Correspondence to financial advisors |
| Jamie O'Connell | 09/19/06 | 0.3 | Committee | Manage information request |
| Jamie O'Connell | 09/20/06 | 0.3 | Committee | Manage information request |
| Jamie O'Connell | 09/21/06 | 0.3 | Committee | Manage information request |
| Jamie O'Connell | 09/22/06 | 0.3 | Committee | Correspondence to financial advisors |
| Jamie O'Connell | 09/25/06 | 0.8 | Committee | Call with financial advisors regarding business divestiture |
| Jamie O'Connell | 09/25/06 | 0.3 | Committee | Correspondence regarding court hearing |
| Jamie O'Connell | 09/25/06 | 0.3 | Committee | Manage information request |
| Jamie O'Connell | 09/27/06 | 0.3 | Committee | Manage information request |
| Jamie O'Connell | 09/28/06 | 0.3 | Committee | Call with C. Finke of Grace regarding committee request |
| Jamie O'Connell | 09/28/06 | 0.3 | Committee | Manage information request |
| Jamie O'Connell | 09/29/06 | 0.3 | Committee | Call with J. Dolan of Capstone regarding committee request |
| Jamie O'Connell | 09/29/06 | 0.3 | Committee | Call with C. Finke of Grace regarding committee request |
| Jamie O'Connell | 09/29/06 | 0.3 | Committee | Call with Stroock, Capstone, Kirkland & Ellis and management regarding committee request |
| | | 11.9 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD**
**SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/08/06 | 0.3 | Employee Benefits/Pension | Call with B. McGowan of Grace regarding business update |
| Pamela Zilly | 09/14/06 | 1.0 | Employee Benefits/Pension | Review pension spending analysis |
| | | 1.3 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD**
**SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/12/06 | 2.0 | Financing | Meeting with E. Filon, financial institution re: financing |
| | | 2.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 09/11/06 | 1.0 | Hearings | Participate telephonically in the September 11, 2006 court hearing |
| Jamie O'Connell | 09/11/06 | 6.0 | Hearings | Participate telephonically in the September 11, 2006 court hearing |
| Pamela Zilly | 09/11/06 | 4.5 | Hearings | Attend Grace Court hearing telephonically, |
| Jamie O'Connell | 09/25/06 | 2.5 | Hearings | Participate telephonically in the September 25, 2006 court hearing |
| | | 14.0 | | |

## THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD
## SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 09/05/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 09/05/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 09/05/06 | 0.5 | Plan and Disclosure Statement | Conference call with management and counsel re: POR and Court motions |
| Pamela Zilly | 09/05/06 | 0.5 | Plan and Disclosure Statement | Read motions re: Objections Schedule to PD Claims |
| Pamela Zilly | 09/11/06 | 0.8 | Plan and Disclosure Statement | Read motions re: Questionnaires and motions to compel |
| Benjamin Istvan | 09/12/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 09/12/06 | 0.6 | Plan and Disclosure Statement | Conference call with management and counsel re: POR and Court motions |
| Pamela Zilly | 09/13/06 | 0.3 | Plan and Disclosure Statement | Correspondence with management re: bank debt pricing |
| Pamela Zilly | 09/13/06 | 0.8 | Plan and Disclosure Statement | Review pre-petition bank debt pricing analysis |
| Pamela Zilly | 09/13/06 | 1.0 | Plan and Disclosure Statement | Analysis and discussion of bank debt pricing with management, J. O'Connell |
| Pamela Zilly | 09/13/06 | 1.0 | Plan and Disclosure Statement | Review materials re: financing |
| Pamela Zilly | 09/18/06 | 1.0 | Plan and Disclosure Statement | Read motions re: Anderson Memorial, PD Case Management Order |
| Benjamin Istvan | 09/19/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 09/19/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 09/19/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel to review Court motions and status |
| Pamela Zilly | 09/22/06 | 1.0 | Plan and Disclosure Statement | Read motions re: Tax Claims, Expert Discovery, PI Questionnaires |
| Jamie O'Connell | 09/25/06 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 09/25/06 | 1.0 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 09/25/06 | 1.1 | Plan and Disclosure Statement | Review interest rate calculations on pre-petition liabilities |
| Pamela Zilly | 09/25/06 | 0.4 | Plan and Disclosure Statement | Call with M. Shelnitz |
| Pamela Zilly | 09/25/06 | 0.3 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Pamela Zilly | 09/25/06 | 1.5 | Plan and Disclosure Statement | Review POR analysis |
| Jamie O'Connell | 09/26/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 09/26/06 | 0.3 | Plan and Disclosure Statement | Call with M. Shelnitz of Grace |
| Pamela Zilly | 09/26/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: Court motions, POR |
| Pamela Zilly | 09/26/06 | 1.5 | Plan and Disclosure Statement | Review POR analysis, correspondence with M. Shelnitz |
| Pamela Zilly | 09/26/06 | 1.0 | Plan and Disclosure Statement | Review claims analysis |
| Jamie O'Connell | 09/27/06 | 0.8 | Plan and Disclosure Statement | Call with Grace management |
| Pamela Zilly | 09/27/06 | 1.0 | Plan and Disclosure Statement | Review POR analysis |
| Pamela Zilly | 09/27/06 | 0.8 | Plan and Disclosure Statement | Call with M. Shelnitz, D. Siegel, P. Norris |
| | | 22.4 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/02/06 | 1.0 | Tax Issues | Review revised draft CCHP motion |
| Pamela Zilly | 09/03/06 | 0.8 | Tax Issues | Review revised draft CCHP motion |
| Jamie O'Connell | 09/05/06 | 0.3 | Tax Issues | Review draft CCHP motion |
| Pamela Zilly | 09/05/06 | 2.0 | Tax Issues | Review and finalize CCHP tax motion; read correspondence on open points, arrange advisors call |
| Jamie O'Connell | 09/08/06 | 0.3 | Tax Issues | Review draft motion |
| Benjamin Istvan | 09/12/06 | 0.8 | Tax Issues | Call with management and committee professionals regarding draft motion |
| Jamie O'Connell | 09/12/06 | 0.5 | Tax Issues | Call with P. Zilly and E. Filon of Grace regarding draft motion |
| Pamela Zilly | 09/12/06 | 0.8 | Tax Issues | Call with management, Committee financial advisors re: CCHP tax motion |
| Pamela Zilly | 09/12/06 | 0.5 | Tax Issues | Call with E. Filon, J. O'Connell re: CCHP motion |
| Pamela Zilly | 09/14/06 | 0.3 | Tax Issues | Review further correspondence with T. Moynes, M. Hurford re: CCHP motion |
| Pamela Zilly | 09/15/06 | 0.4 | Tax Issues | Call with Brian McGowan re: Watson Wyatt pension report |
| Jamie O'Connell | 09/27/06 | 0.3 | Tax Issues | Correspondence with T. Moynes of Kirkland & Ellis |
| | | 8.0 | | |