IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: December 20, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR THE BLACKSTONE
# GROUP L.P.'S MONTHLY FEE APPLICATION FOR
# THE PERIOD FROM AUGUST 1, 2006 THROUGH AUGUST 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## The Blackstone Group®

November 16, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of August 1, 2006 through August 31, 2006: | | $ | 75,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (15,000.00) |

Out-of-pocket expenses processed for the period through August 31, 2006:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 510.74 | |
| Communications | | 160.00 | |
| Document Production | | 36.75 | |
| Research | | 741.50 | |
| Publishing Services | | 217.00 | 1,665.99 |
| **Total Amount Due** | | $ | **61,665.99** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 12504

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 12504**

| | GL Detail Aug-06 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | $ 239.34 | **$ 239.34** |
| Ground Transportation - Local Travel | 126.40 | **126.40** |
| Ground Transportation - Out of Town Travel | 145.00 | **145.00** |
| Communications - Teleconferencing | 160.00 | **160.00** |
| Document Production | 36.75 | **36.75** |
| Internal Research | 144.49 | **144.49** |
| External Research - Dow Jones | 487.92 | **487.92** |
| External Research - Capital IQ | 73.87 | **73.87** |
| External Research - Thomson Analytics | 35.22 | **35.22** |
| Publishing Services | 217.00 | **217.00** |
| **Total Expenses** | **$ 1,665.99** | **$ 1,665.99** |

| | |
|---|---|
| **Ground Transportation** | **$ 510.74** |
| **Communications** | **160.00** |
| **Document Production** | **36.75** |
| **Research** | **741.50** |
| **Publishing Services** | **217.00** |
| **Total Expenses** | **$ 1,665.99** |

W.R. Grace & Co.
Detail of Expenses Processed
Through August 31, 2006
Invoice No. 12504

### Ground Transportation - Car Service - Elite

| Description | Date | Amount |
|---|---|---|
| O'Connell (car to LaGuardia Airport in Queens, NY from home) | 06/14/06 | 41.82 |
| O'Connell (car to LaGuardia Airport in Queens, NY from home) | 06/22/06 | 41.82 |
| Publishing Services - Glaraga (car home from Blackstone after working late) | 06/27/06 | 54.72 |
| Zilly (car to LaGuardia Airport in Queens, NY from home) | 06/14/06 | 50.49 |
| Zilly (car to LaGuardia Airport in Queens, NY from home) | 06/22/06 | 50.49 |
| **Subtotal - Ground Transportation - Car Service - Elite** | | **$ 239.34** |

### Ground Transportation - Local Travel

| Description | Date | Amount |
|---|---|---|
| Gellman (weeknight taxi home from Blackstone after working late) | 07/20/06 | 11.40 |
| Gellman (weekend taxi home from Blackstone) | 07/23/06 | 11.00 |
| Gellman (weeknight taxi home from Blackstone after working late) | 07/24/06 | 11.40 |
| Gellman (weeknight taxi home from Blackstone after working late) | 07/26/06 | 10.60 |
| Gellman (weeknight taxi home from Blackstone after working late) | 08/09/06 | 12.00 |
| O'Connell (taxi home from LaGuardia Airport in Queens, NY) | 06/14/06 | 35.00 |
| O'Connell (taxi home from LaGuardia Airport in Queens, NY) | 06/22/06 | 35.00 |
| **Subtotal - Ground Transportation - Local Travel** | | **126.40** |

### Ground Transportation - Out of Town Travel

| Description | Date | Amount |
|---|---|---|
| O'Connell (taxi with P. Zilly to client's offices in Columbia, MD from airport in Baltimore, MD) | 06/14/06 | 40.00 |
| O'Connell (taxi with P. Zilly to client's offices in Columbia, MD from airport in Baltimore, MD) | 06/14/06 | 55.00 |
| O'Connell (taxi to airport in Baltimore, MD from client's offices Columbia, MD) | 06/22/06 | 50.00 |
| **Subtotal - Ground Transportation - Out of Town Travel** | | **145.00** |

### Communications - Teleconferencing

| Description | Date | Amount |
|---|---|---|
| O'Connell | 07/25/06 | 160.00 |
| **Subtotal - Communications - Teleconferencing** | | **160.00** |

### Document Production

| Description | Date | Amount |
|---|---|---|
| Istvan | 08/14/06 - 08/20/06 | 33.75 |
| Istvan | 08/01/06 - 08/13/06 | 3.00 |
| **Subtotal - Document Production** | | **36.75** |

### Internal Research

| Description | Date | Amount |
|---|---|---|
| Gellman (online data research) | 08/06/06 - 08/12/06 | 144.49 |
| **Subtotal - Internal Research** | | **144.49** |

### External Research - Dow Jones

| Description | Date | Amount |
|---|---|---|
| Bennett (online data research) | 07/23/06 - 07/29/06 | 483.01 |
| Bennett (online data research) | 08/06/06 - 08/12/06 | 4.91 |
| **Subtotal - External Research - Dow Jones** | | **487.92** |

### External Research - Capital IQ

| Description | Date | Amount |
|---|---|---|
| Istvan (online data research) | 07/30/06 - 08/05/06 | 73.87 |
| **Subtotal - External Research - Capital IQ** | | **73.87** |

### External Research - Thomson Analytics

| Description | Date | Amount |
|---|---|---|
| Bennett (online data research) | 07/23/06 - 07/29/06 | 17.47 |
| Istvan (online data research) | 07/30/06 - 08/05/06 | 15.43 |
| Istvan (online data research) | 08/13/06 - 08/19/06 | 2.32 |
| **Subtotal - External Research - Thomson Analytics** | | **35.22** |

### Publishing Services

| Description | Date | Amount |
|---|---|---|
| Bennett | 07/17/06 - 07/30/06 | 166.25 |
| Gellman | 07/17/06 - 07/30/06 | 19.25 |
| Istvan | 08/01/06 - 08/13/06 | 31.50 |
| **Subtotal - Publishing Services** | | **217.00** |
| **Total Expenses** | | **$ 1,665.99** |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD
## AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 33.2 |
| Jamie O'Connell | Associate | 34.0 |
| Benjamin Istvan | Analyst | 19.5 |
| | Total | **86.7** |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 08/02/06 | 3.0 | Business Analysis | Financial Analysis |
| Benjamin Istvan | 08/03/06 | 2.0 | Business Analysis | Financial Analysis |
| Benjamin Istvan | 08/08/06 | 2.5 | Business Analysis | Business analysis |
| Jamie O'Connell | 08/08/06 | 0.3 | Business Analysis | Call with K. Myers of Grace regarding business update |
| Jamie O'Connell | 08/08/06 | 0.3 | Business Analysis | Correspondence regarding business update |
| Benjamin Istvan | 08/09/06 | 2.5 | Business Analysis | Business analysis |
| Jamie O'Connell | 08/09/06 | 2.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 08/09/06 | 0.5 | Business Analysis | Correspondence with B. Tarola and B. Sarikas of Grace regarding financial analysis |
| Pamela Zilly | 08/09/06 | 1.0 | Business Analysis | Review financial analysis |
| Jamie O'Connell | 08/14/06 | 1.0 | Business Analysis | Review second quarter results |
| Jamie O'Connell | 08/14/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace regarding business analysis |
| Jamie O'Connell | 08/14/06 | 0.3 | Business Analysis | Correspondence regarding business update |
| Jamie O'Connell | 08/14/06 | 0.3 | Business Analysis | Call with E. Filon and D. Nakashige of Grace regarding financial analysis |
| Jamie O'Connell | 08/14/06 | 1.0 | Business Analysis | Financial analysis |
| Pamela Zilly | 08/14/06 | 1.2 | Business Analysis | Review financial analysis scenarios |
| Pamela Zilly | 08/14/06 | 1.2 | Business Analysis | Review 2nd quarter financial presentation |
| Pamela Zilly | 08/14/06 | 0.3 | Business Analysis | Review correspondence re: Project Spaghetti and Project Gemini |
| Benjamin Istvan | 08/15/06 | 0.8 | Business Analysis | Second quarter review call with financial advisors |
| Jamie O'Connell | 08/15/06 | 0.3 | Business Analysis | Call with B. Tarola and B. Sarikas of Grace regarding second quarter review |
| Jamie O'Connell | 08/15/06 | 0.3 | Business Analysis | Call with S. Smith of Grace regarding business update |
| Jamie O'Connell | 08/15/06 | 0.3 | Business Analysis | Correspondence regarding business update |
| Jamie O'Connell | 08/15/06 | 1.0 | Business Analysis | Financial analysis |
| Jamie O'Connell | 08/15/06 | 1.0 | Business Analysis | Call with B. Tarola, E. Filon, D. Nakashige and B. Istvan regarding financial analysis |
| Jamie O'Connell | 08/15/06 | 0.3 | Business Analysis | Correspondence regarding business update |
| Jamie O'Connell | 08/15/06 | 0.8 | Business Analysis | Review second quarter 10-Q |
| Pamela Zilly | 08/15/06 | 2.0 | Business Analysis | Review financial analysis scenarios |
| Pamela Zilly | 08/15/06 | 0.3 | Business Analysis | Correspondence with J. O'Connell re: status |
| Jamie O'Connell | 08/16/06 | 0.5 | Business Analysis | Review second quarter 10-Q |
| Jamie O'Connell | 08/16/06 | 0.3 | Business Analysis | Correspondence regarding business update |
| Jamie O'Connell | 08/17/06 | 0.5 | Business Analysis | Review second quarter 10-Q |
| Pamela Zilly | 08/18/06 | 0.4 | Business Analysis | Call with F. Festa |
| Pamela Zilly | 08/19/06 | 2.0 | Business Analysis | Review financial analysis scenarios |
| Jamie O'Connell | 08/22/06 | 1.0 | Business Analysis | Financial analysis |
| Pamela Zilly | 08/22/06 | 1.2 | Business Analysis | Review 2ndQ financial statements |
| Pamela Zilly | 08/23/06 | 0.8 | Business Analysis | Review materials re: financial issues |
| Jamie O'Connell | 08/24/06 | 0.3 | Business Analysis | Business analysis |
| Benjamin Istvan | 08/28/06 | 1.0 | Business Analysis | Call with management regarding business analysis |
| Jamie O'Connell | 08/28/06 | 1.0 | Business Analysis | Call with management regarding business analysis |
| Pamela Zilly | 08/28/06 | 1.0 | Business Analysis | Review subsidiary financial statements |
| | | 37.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/08/06 | 0.3 | Committee | Correspondence with Tersigni regarding information request |
| Jamie O'Connell | 08/08/06 | 0.3 | Committee | Correspondence with Capstone regarding information request |
| Jamie O'Connell | 08/08/06 | 0.3 | Committee | Call with B. Sarikas of Grace regarding information request |
| Jamie O'Connell | 08/09/06 | 0.3 | Committee | Call with S. Smith of Grace regarding business update |
| Benjamin Istvan | 08/10/06 | 0.3 | Committee | Correspondence with financial advisors |
| Jamie O'Connell | 08/11/06 | 0.3 | Committee | Call with B. Frezza of Capstone regarding committee request |
| Jamie O'Connell | 08/15/06 | 0.8 | Committee | Second quarter review call with financial advisors |
| Jamie O'Connell | 08/15/06 | 0.3 | Committee | Call with B. Frezza of Capstone regarding committee request |
| Jamie O'Connell | 08/15/06 | 0.3 | Committee | Correspondence with Capstone regarding information request |
| Jamie O'Connell | 08/17/06 | 0.3 | Committee | Manage committee request |
| Jamie O'Connell | 08/17/06 | 0.5 | Committee | Manage information request |
| Jamie O'Connell | 08/17/06 | 0.3 | Committee | Call with B. Sarikas of Grace regarding information request |
| Jamie O'Connell | 08/18/06 | 0.5 | Committee | Call with B. Tarola, B. Sarikas and Capstone regarding information request |
| Jamie O'Connell | 08/18/06 | 0.3 | Committee | Manage committee request |
| Jamie O'Connell | 08/24/06 | 0.3 | Committee | Call with M. Brown of Grace regarding committee request |
| Jamie O'Connell | 08/24/06 | 0.5 | Committee | Manage committee request |
| | | **5.9** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/29/06 | 1.5 | Employee Benefits/Pension | Review Watson Wyatt report and other pension related materials |
| | | 1.5 | | |

## THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD
## AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/21/06 | 6.8 | Hearings | Participate telephonically in the August 21, 2006 court hearing |
| Pamela Zilly | 08/21/06 | 4.5 | Hearings | Attend Grace hearing telephonically |
| | | 11.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 08/01/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 08/01/06 | 0.5 | Plan and Disclosure Statement | Review objection to exclusivity |
| Benjamin Istvan | 08/01/06 | 1.0 | Plan and Disclosure Statement | Review claims analysis with J. O'Connell |
| Benjamin Istvan | 08/01/06 | 0.3 | Plan and Disclosure Statement | Call with L. Van Loan of Grace and J. O'Connell regarding claims |
| Benjamin Istvan | 08/01/06 | 0.3 | Plan and Disclosure Statement | Financial Analysis |
| Jamie O'Connell | 08/01/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 08/01/06 | 1.0 | Plan and Disclosure Statement | Review claims analysis with B. Istvan |
| Jamie O'Connell | 08/01/06 | 0.3 | Plan and Disclosure Statement | Call with L. Van Loan of Grace and B. Istvan regarding claims |
| Pamela Zilly | 08/01/06 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: pending motions and court hearings |
| Jamie O'Connell | 08/02/06 | 0.3 | Plan and Disclosure Statement | Review claims analysis |
| Pamela Zilly | 08/02/06 | 2.0 | Plan and Disclosure Statement | Analysis of 2nd quarter estimated claim amounts |
| Benjamin Istvan | 08/08/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 08/08/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 08/08/06 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: pending motions and POR status |
| Pamela Zilly | 08/08/06 | 1.0 | Plan and Disclosure Statement | Review analysis of USG and Owens-Corning cases |
| Pamela Zilly | 08/09/06 | 1.0 | Plan and Disclosure Statement | Review analysis of USG rights offering |
| Pamela Zilly | 08/09/06 | 1.3 | Plan and Disclosure Statement | Read motions re: PI and PD estimation CMOs, Questionnaires |
| Benjamin Istvan | 08/15/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 08/15/06 | 0.8 | Plan and Disclosure Statement | Meeting with J. O'Connell to discuss financial analysis |
| Benjamin Istvan | 08/15/06 | 1.0 | Plan and Disclosure Statement | Call with B. Tarola, E. Filon, D. Nakashige and J. O'Connell regarding financial analysis |
| Jamie O'Connell | 08/15/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 08/15/06 | 0.8 | Plan and Disclosure Statement | Meeting with B. Istvan to discuss financial analysis |
| Jamie O'Connell | 08/18/06 | 0.8 | Plan and Disclosure Statement | Call with Grace management and counsel |
| Pamela Zilly | 08/21/06 | 1.0 | Plan and Disclosure Statement | Read motions re: PI questionnaires - Objections and Responses |
| Benjamin Istvan | 08/22/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 08/22/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 08/22/06 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: hearing; pending motions |
| Pamela Zilly | 08/22/06 | 0.5 | Plan and Disclosure Statement | Owens Corning rights offering analysis |
| Pamela Zilly | 08/22/06 | 1.0 | Plan and Disclosure Statement | Read motions re: Lloyds' settlement, PD claim objections |
| | | 21.9 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/16/06 | 0.3 | Tax Issues | Call with J. Baer of Kirkland and C. Finke and R. Finke of Grace |
| Jamie O'Connell | 08/18/06 | 0.5 | Tax Issues | Review draft motion |
| Pamela Zilly | 08/18/06 | 1.5 | Tax Issues | Review material and make comments re: CCHP motion and settlement |
| Pamela Zilly | 08/18/06 | 1.0 | Tax Issues | Call with E. Filon, C. Finke, T. Maynes re: CCHP motion |
| Pamela Zilly | 08/21/06 | 1.0 | Tax Issues | Review and provide comments on CCHP tax motion |
| Benjamin Istvan | 08/23/06 | 1.0 | Tax Issues | Call with Grace management and counsel re: tax issues |
| Jamie O'Connell | 08/23/06 | 1.0 | Tax Issues | Call with E. Filon, C. Finke, J. Baer re: financial issues |
| Pamela Zilly | 08/23/06 | 1.0 | Tax Issues | Review revised CCHP materials |
| Pamela Zilly | 08/23/06 | 1.0 | Tax Issues | Call with E. Filon, C. Finke, T. Maynes, J. Baer re: CCHP and other financial issues |
| Pamela Zilly | 08/24/06 | 0.5 | Tax Issues | Read revise CCHP motion |
| | | **8.8** | | |