IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: December 20, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR THE BLACKSTONE
GROUP L.P.'S MONTHLY FEE APPLICATION FOR
THE PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45977.1
11/30/06 2:32 PM

-1-

# The Blackstone Group®

November 16, 2006

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---:|
| Monthly advisory fee for the period of September 1, 2006 through September 30, 2006: | | $ | 75,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (15,000.00) |
| Out-of-pocket expenses processed for the period through September 30, 2006:[1] | | | |
| Airfare | $ | (75.00) | |
| Ground Transportation | | 145.35 | |
| Communications | | 260.30 | |
| Meals | | 50.00 | |
| Research | | 614.95 | 995.60 |
| **Total Amount Due** | | $ | **60,995.60** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 12568

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 12568

|  | GL Detail Sep-06 | Total Expenses |
|---|---:|---:|
| Airfare | $ (75.00) | $ (75.00) |
| Ground Transportation - Car Service - Elite | 145.35 | 145.35 |
| Communications - Teleconferencing | 260.30 | 260.30 |
| Employee Meals | 50.00 | 50.00 |
| External Research - Securities Data | 596.87 | 596.87 |
| External Research - Online Database | 18.08 | 18.08 |
| **Total Expenses** | $ 995.60 | $ 995.60 |
| | | |
| Airfare | | $ (75.00) |
| Ground Transportation | | 145.35 |
| Communications | | 260.30 |
| Meals | | 50.00 |
| Research | | 614.95 |
| **Total Expenses** | | $ 995.60 |

W.R. Grace & Co.
Detail of Expenses Processed
Through September 30, 2006
Invoice No. 12568

### Airfare

| | | |
|---|---|---|
| Zilly (credit issued by vendor in connection with travel agency fee dated 06/22/06 billed previously on invoice no. 12420) | 07/13/06 | (40.00) |
| Zilly (credit issued by vendor for unused airline ticket billed previously on invoice no. 12420) | 07/13/06 | (1,037.60) |
| Zilly (travel agency fee for round trip flight dated 06/22/06) | 06/22/06 | 40.00 |
| Zilly (round trip coach class flight to/from Baltimore, MD from/to Queens, NY) | 06/22/06 | 962.60 |
| Subtotal - Airfare | | $ (75.00) |

### Ground Transportation - Car Service - Elite

| | | |
|---|---|---|
| O'Connell (car home from Blackstone after working late) | 07/19/06 | 82.82 |
| Publishing Services - Marques (car home from Blackstone after working late) | 08/09/06 | 39.12 |
| Zilly (car home from Blackstone after working late) | 08/01/06 | 23.41 |
| Subtotal - Ground Transportation - Car Service - Elite | | 145.35 |

### Communications - Teleconferencing

| | | |
|---|---|---|
| O'Connell (fee for attending Court hearing telephonically) | 08/21/06 | 240.00 |
| Zilly | 06/30/06 | 20.30 |
| Subtotal - Communications - Teleconferencing | | 260.30 |

### Employee Meals

| | | |
|---|---|---|
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 08/15/06 | 25.00 |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 02/06/06 | 25.00 |
| Subtotal - Employee Meals | | 50.00 |

### External Research - Securities Data

| | | |
|---|---|---|
| Bennett (online data research) | 07/19/06 | 596.87 |
| Subtotal - External Research - Securities Data | | 596.87 |

### External Research - Online Database

| | | |
|---|---|---|
| de Almeida (fee for retrieval of document from Court docket via P.A.C.E.R.) | 05/05/06 | 3.68 |
| de Almeida (fee for retrieval of document from Court docket via P.A.C.E.R.) | 05/12/06 | 2.40 |
| de Almeida (fee for retrieval of document from Court docket via P.A.C.E.R.) | 05/13/06 | 2.40 |
| de Almeida (fee for retrieval of document from Court docket via P.A.C.E.R.) | 05/19/06 | 2.40 |
| de Almeida (fee for retrieval of document from Court docket via P.A.C.E.R.) | 05/26/06 | 2.40 |
| de Almeida (fee for retrieval of document from Court docket via P.A.C.E.R.) | 06/07/06 | 2.40 |
| de Almeida (fee for retrieval of document from Court docket via P.A.C.E.R.) | 06/13/06 | 2.40 |
| Subtotal - External Research - Online Database | | 18.08 |
| **Total Expenses** | | **$ 995.60** |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD**
**SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 40.5 |
| Jamie O'Connell | Associate | 38.4 |
| Benjamin Istvan | Analyst | 9.1 |
| | Total | 88.0 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/05/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace regarding business update |
| Pamela Zilly | 09/05/06 | 1.0 | Business Analysis | Review Project Spaghetti materials |
| Pamela Zilly | 09/06/06 | 0.9 | Business Analysis | Call with J. Baer, C. Schult re: court process for sale of Washcoat business |
| Jamie O'Connell | 09/07/06 | 0.5 | Business Analysis | Status meeting with P. Zilly |
| Pamela Zilly | 09/07/06 | 0.5 | Business Analysis | Status meeting with J. O'Connell |
| Jamie O'Connell | 09/08/06 | 0.5 | Business Analysis | Review business analysis |
| Pamela Zilly | 09/08/06 | 0.6 | Business Analysis | Review business analysis |
| Pamela Zilly | 09/11/06 | 1.5 | Business Analysis | Review and provide comments on Project Gemini presentation |
| Pamela Zilly | 09/11/06 | 0.5 | Business Analysis | Analysis and correspondence with T. Freedman re: insurance |
| Jamie O'Connell | 09/12/06 | 0.3 | Business Analysis | Call with S. Smith of Grace regarding business update |
| Pamela Zilly | 09/12/06 | 1.0 | Business Analysis | Review business analysis |
| Jamie O'Connell | 09/13/06 | 0.3 | Business Analysis | Correspondence to J. Gado of Grace regarding business update |
| Jamie O'Connell | 09/13/06 | 1.3 | Business Analysis | Business analysis |
| Jamie O'Connell | 09/18/06 | 0.5 | Business Analysis | Review business analysis |
| Pamela Zilly | 09/18/06 | 1.0 | Business Analysis | Review business analysis |
| Jamie O'Connell | 09/21/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business divestiture |
| Pamela Zilly | 09/21/06 | 1.0 | Business Analysis | Review Project Gemini presentation |
| Pamela Zilly | 09/21/06 | 0.8 | Business Analysis | Review monthly operating reports |
| Jamie O'Connell | 09/22/06 | 0.3 | Business Analysis | Review business analysis |
| Pamela Zilly | 09/22/06 | 1.0 | Business Analysis | Review Project Gemini presentation |
| Jamie O'Connell | 09/25/06 | 0.4 | Business Analysis | Call with G. Poling and Grace management |
| Jamie O'Connell | 09/25/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace regarding business update |
| Pamela Zilly | 09/25/06 | 0.8 | Business Analysis | Call with G. Poling, G. Young, advisors to Committees re: divestiture |
| Pamela Zilly | 09/25/06 | 0.4 | Business Analysis | Call with G. Poling |
| Benjamin Istvan | 09/26/06 | 0.5 | Business Analysis | Call with R. Lapidario of Grace and J. O'Connell regarding financial analysis |
| Jamie O'Connell | 09/26/06 | 0.3 | Business Analysis | Call with R. Lapidario of Grace regarding financial analysis |
| Jamie O'Connell | 09/26/06 | 0.3 | Business Analysis | Call with D. Neuberger of Grace regarding business update |
| Jamie O'Connell | 09/26/06 | 0.5 | Business Analysis | Call with R. Lapidario of Grace and B. Istvan regarding financial analysis |
| Pamela Zilly | 09/26/06 | 0.5 | Business Analysis | Call with G. Poling, G. Young re: Project Gemini presentation |
| Benjamin Istvan | 09/27/06 | 5.0 | Business Analysis | Financial analysis |
| Jamie O'Connell | 09/27/06 | 3.8 | Business Analysis | Financial analysis |
| Pamela Zilly | 09/27/06 | 1.3 | Business Analysis | Review business analysis |
| | | 28.4 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/06/06 | 0.3 | Committee | Review committee correspondence |
| Jamie O'Connell | 09/06/06 | 0.5 | Committee | Call with Grace management and Capstone regarding logistics outsourcing |
| Jamie O'Connell | 09/07/06 | 0.5 | Committee | Manage committee requests |
| Jamie O'Connell | 09/07/06 | 0.3 | Committee | Correspondence to financial advisors |
| Jamie O'Connell | 09/08/06 | 0.3 | Committee | Manage committee request |
| Jamie O'Connell | 09/11/06 | 0.3 | Committee | Manage information request |
| Jamie O'Connell | 09/12/06 | 0.8 | Committee | Call with management and committee professionals regarding draft motion |
| Jamie O'Connell | 09/12/06 | 0.5 | Committee | Call with Capstone and D. Neuberger of Grace regarding business update |
| Jamie O'Connell | 09/12/06 | 0.3 | Committee | Correspondence regarding business update |
| Jamie O'Connell | 09/12/06 | 0.3 | Committee | Call with R. Frezza of Capstone regarding court hearing |
| Jamie O'Connell | 09/12/06 | 0.3 | Committee | Correspondence to lawyers and financial advisors regarding draft motion |
| Jamie O'Connell | 09/13/06 | 0.3 | Committee | Manage committee request |
| Jamie O'Connell | 09/14/06 | 0.3 | Committee | Review correspondence regarding financial analysis |
| Jamie O'Connell | 09/14/06 | 0.3 | Committee | Call with B. Sarikas at Grace regarding committee request |
| Jamie O'Connell | 09/14/06 | 0.3 | Committee | Correspondence to B. Sarikas of Grace regarding committee request |
| Jamie O'Connell | 09/14/06 | 0.3 | Committee | Review correspondence from counsel |
| Jamie O'Connell | 09/18/06 | 0.3 | Committee | Correspondence to financial advisors |
| Jamie O'Connell | 09/19/06 | 0.3 | Committee | Call with J. Dolan of Capstone regarding committee request |
| Jamie O'Connell | 09/19/06 | 1.0 | Committee | Correspondence to financial advisors |
| Jamie O'Connell | 09/20/06 | 0.3 | Committee | Manage information request |
| Jamie O'Connell | 09/21/06 | 0.3 | Committee | Manage information request |
| Jamie O'Connell | 09/22/06 | 0.3 | Committee | Correspondence to financial advisors |
| Jamie O'Connell | 09/25/06 | 0.8 | Committee | Call with financial advisors regarding business divestiture |
| Jamie O'Connell | 09/25/06 | 0.3 | Committee | Correspondence regarding court hearing |
| Jamie O'Connell | 09/25/06 | 0.3 | Committee | Manage information request |
| Jamie O'Connell | 09/27/06 | 0.3 | Committee | Manage information request |
| Jamie O'Connell | 09/28/06 | 0.3 | Committee | Call with C. Finke of Grace regarding committee request |
| Jamie O'Connell | 09/28/06 | 0.3 | Committee | Manage information request |
| Jamie O'Connell | 09/29/06 | 0.3 | Committee | Call with J. Dolan of Capstone regarding committee request |
| Jamie O'Connell | 09/29/06 | 0.3 | Committee | Call with C. Finke of Grace regarding committee request |
| Jamie O'Connell | 09/29/06 | 0.3 | Committee | Call with Stroock, Capstone, Kirkland & Ellis and management regarding committee request |
| | | 11.9 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/08/06 | 0.3 | Employee Benefits/Pension | Call with B. McGowan of Grace regarding business update |
| Pamela Zilly | 09/14/06 | 1.0 | Employee Benefits/Pension | Review pension spending analysis |
| | | 1.3 | | |

# THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD
## SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/12/06 | 2.0 | Financing | Meeting with E. Filon, financial institution re: financing |
| | | 2.0 | | |

# THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD
## SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 09/11/06 | 1.0 | Hearings | Participate telephonically in the September 11, 2006 court hearing |
| Jamie O'Connell | 09/11/06 | 6.0 | Hearings | Participate telephonically in the September 11, 2006 court hearing |
| Pamela Zilly | 09/11/06 | 4.5 | Hearings | Attend Grace Court hearing (telephonically) |
| Jamie O'Connell | 09/25/06 | 2.5 | Hearings | Participate telephonically in the September 25, 2006 court hearing |
| | | 14.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 09/05/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 09/05/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 09/05/06 | 0.5 | Plan and Disclosure Statement | Conference call with management and counsel re: POR and Court motions |
| Pamela Zilly | 09/05/06 | 0.5 | Plan and Disclosure Statement | Read motions re: Objections Schedule to PD Claims |
| Pamela Zilly | 09/11/06 | 0.8 | Plan and Disclosure Statement | Read motions re: Questionnaires and motions to compel |
| Benjamin Istvan | 09/12/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 09/12/06 | 0.6 | Plan and Disclosure Statement | Conference call with management and counsel re: POR and Court motions |
| Pamela Zilly | 09/13/06 | 0.3 | Plan and Disclosure Statement | Correspondence with management re: bank debt pricing |
| Pamela Zilly | 09/13/06 | 0.8 | Plan and Disclosure Statement | Review pre-petition bank debt pricing analysis |
| Pamela Zilly | 09/13/06 | 1.0 | Plan and Disclosure Statement | Analysis and discussion of bank debt pricing with management, J. O'Connell |
| Pamela Zilly | 09/13/06 | 1.0 | Plan and Disclosure Statement | Review materials re: financing |
| Pamela Zilly | 09/18/06 | 1.0 | Plan and Disclosure Statement | Read motions re: Anderson Memorial, PD Case Management Order |
| Benjamin Istvan | 09/19/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 09/19/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 09/19/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel to review Court motions and status |
| Pamela Zilly | 09/22/06 | 1.0 | Plan and Disclosure Statement | Read motions re: Tax Claims, Expert Discovery, PI Questionnaires |
| Pamela Zilly | 09/25/06 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 09/25/06 | 1.0 | Plan and Disclosure Statement | Claims analysis |
| Jamie O'Connell | 09/25/06 | 1.1 | Plan and Disclosure Statement | Review interest rate calculations on pre-petition liabilities |
| Pamela Zilly | 09/25/06 | 0.4 | Plan and Disclosure Statement | Call with M. Shelnitz |
| Pamela Zilly | 09/25/06 | 0.3 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Pamela Zilly | 09/25/06 | 1.5 | Plan and Disclosure Statement | Review POR analysis |
| Jamie O'Connell | 09/26/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 09/26/06 | 0.3 | Plan and Disclosure Statement | Call with M. Shelnitz of Grace |
| Pamela Zilly | 09/26/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: Court motions, POR |
| Pamela Zilly | 09/26/06 | 1.5 | Plan and Disclosure Statement | Review POR analysis, correspondence with M. Shelnitz |
| Pamela Zilly | 09/26/06 | 1.0 | Plan and Disclosure Statement | Review claims analysis |
| Jamie O'Connell | 09/27/06 | 0.8 | Plan and Disclosure Statement | Call with Grace management |
| Pamela Zilly | 09/27/06 | 1.0 | Plan and Disclosure Statement | Review POR analysis |
| Pamela Zilly | 09/27/06 | 0.8 | Plan and Disclosure Statement | Call with M. Shelnitz, D. Siegel, P. Norris |
| | | 22.4 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/02/06 | 1.0 | Tax Issues | Review revised draft CCHP motion |
| Pamela Zilly | 09/03/06 | 0.8 | Tax Issues | Review revised draft CCHP motion |
| Jamie O'Connell | 09/05/06 | 0.3 | Tax Issues | Review draft CCHP motion |
| Pamela Zilly | 09/05/06 | 2.0 | Tax Issues | Review and finalize CCHP tax motion; read correspondence on open points, arrange advisors call |
| Jamie O'Connell | 09/08/06 | 0.3 | Tax Issues | Review draft motion |
| Benjamin Istvan | 09/12/06 | 0.8 | Tax Issues | Call with management and committee professionals regarding draft motion |
| Jamie O'Connell | 09/12/06 | 0.5 | Tax Issues | Call with P. Zilly and E. Filon of Grace regarding draft motion |
| Pamela Zilly | 09/12/06 | 0.8 | Tax Issues | Call with management, Committee financial advisors re: CCHP tax motion |
| Pamela Zilly | 09/12/06 | 0.5 | Tax Issues | Call with E. Filon, J. O'Connell re: CCHP motion |
| Pamela Zilly | 09/14/06 | 0.3 | Tax Issues | Review further correspondence with T. Maynes, M. Hurford re: CCHP motion |
| Pamela Zilly | 09/15/06 | 0.4 | Tax Issues | Call with Brian McGowan re: Watson Wyatt pension report |
| Jamie O'Connell | 09/27/06 | 0.3 | Tax Issues | Correspondence with T. Maynes of Kirkland & Ellis |
| | | **8.0** | | |