# Exhibit 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

### DECLARATION OF SCOTT WERT

1. I declare under penalty of perjury that the following is true and correct. I have personal knowledge of the matters stated herein.

2. My name is Scott Wert. I am an attorney practicing law in the state of Texas with the law firm of Foster & Sear, LLP. Foster & Sear represents certain individuals with claims against W.R. Grace, et al. ("Debtors") for personal injuries caused by exposure to asbestos-containing products. I am familiar with my firm's use of x-rays as evidence of asbestos-related disease or illness in personal injury cases, their storage and maintenance within the files of the firm and elsewhere.

3. For many of the claimants Foster & Sear represents, x-rays form a vital part of the evidence collected for use in the prosecution of personal injury claims against Debtors and other tort defendants. These x-rays are often irreplaceable, fragile, and delicate. The x-rays are securely maintained, and are handled with great care. The loss of any x-rays would be detrimental, possibly fatally so, to the successful prosecution of asbestos personal injury litigation.

4. Some of the x-rays that form part of the evidence for certain clients are not in the physical custody of the law firm. They may, for example, be kept at the offices of treating physicians.

5. Foster & Sear is willing to permit Grace to access x-rays in its possession, where appropriate under the discovery rules, for the purposes of inspection or copying. Such inspection would subject to appropriate assertions of privilege and to safeguards designed to ensure the integrity of the evidence. Foster & Sear is equally willing to provide copies of such x-rays as are appropriately subject to discovery to Debtors, at Debtors' expense. For those x-rays outside of the possession of counsel, Foster & Sear is willing to provide the necessary assistance to facilitate Debtors' access to such x-rays, again subject to appropriate assertions of privilege.

-1-

6. Given the fact that not all claimant x-rays are in the physical custody of Foster & Sear, we cannot guarantee providing access to Debtors within any set time frame due to factors outside our control. We will, however, use reasonable efforts to facilitate reasonably timely access to x-rays where appropriate, in the absence of an assertion of privilege.

Executed at Arlington, Texas, on November 30, 2006.

_____
Scott Wert