# Exhibit 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |

### DECLARATION OF DAVID J. PARSONS

1. I declare under penalty of perjury that the following is true and correct. I have personal knowledge of the matters stated herein.

2. My name is David J. Parsons. I am an attorney in good standing, having been licensed to practice law in Texas since 2002. I am admitted to practice before the bars of the United States District Courts for the Northern and Eastern Districts of Texas and the United States Court of Appeals for the Third Circuit. I am an attorney with Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, counsel for various personal injury law firms representing claimants in the above captioned case.

3. Attached hereto as Exhibit A is a true and correct copy of the unreported case of *Brooks v. Singleterry*, downloaded from Westlaw at my instructions on Wednesday, November 29, 2006.

4. Attached hereto as Exhibit B is a true and correct copy of the unreported case of *In re GI Holdings*, downloaded from Westlaw at my instructions on Wednesday, November 29, 2006.

5. Attached hereto as Exhibit C is a true and correct copy of the unreported case of *Malone v. Med Inn Centers of America*, downloaded from Westlaw at my instructions on Wednesday, November 29, 2006.

6. Attached hereto as Exhibit D is a true and correct copy of the unreported case of *Murphy v. U.S.*, downloaded from Westlaw at my instructions on Wednesday, November 29, 2006.

7. Attached hereto as Exhibit E is a true and correct copy of the unreported case of *Nueberg v. Michael Reese Hospital*, downloaded from Westlaw at my instructions on Wednesday, November 29, 2006.

8. Attached hereto as Exhibit F is a true and correct copy of the unreported case of *Vakharia v. Swedish Covenant Hospital*, downloaded from Westlaw at my instructions on Wednesday, November 29, 2006.

9. Attached hereto as Exhibit G is a true and correct copy of the unreported case of *Weaver v. Evans*, downloaded from Westlaw at my instructions on Wednesday, November 29, 2006.

10. Attached hereto as Exhibit H is a true and correct copy of Order 5A, Order for Establishment of Document Depositories and Electronic Bulletin Board, entered in the *In re Silica Products Liability Litigation* MDL, Case No. No. 03-1553 (S.D. Tex., Jan. 26, 2004), electronically docketed at item 115, downloaded by declarant from the District Court PACER system on Tuesday, November 28 2006.

11. Attached hereto as Exhibit J is a true and correct copy of Order No. 6, entered in the *In re Silica Products Liability Litigation* MDL, Case No. No. 03-1553 (S.D. Tex., Feb. 5, 2004), electronically docketed at item 152, downloaded by declarant from the District Court PACER system on Tuesday, November 28 2006.

Executed at **Dallas, TX**, on November 30, 2006.

_____
David J. Parsons