# Exhibit J

Case 2:03-md-01553 Document 152 Filed 02/05/2004 Page 1 of 13

United States District Court
Southern District of Texas
ENTERED

FEB 05 2004

152 Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In Re: SILICA PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No. 1553 |

**ORDER NO. 6**

On February 5, 2004, a status conference was held in the above-styled action to resolve disputes between the parties over the definition of "silica related products" and the Parties' Initial Disclosures to be made in 60 days. The Court ORDERS as follows:

1. "Silica related products" are those products that contain and/or produce respirable crystalline silica dust, plus those products that are designed to prevent the respiration or inhalation of crystalline silica dust.

2. As part of Initial Disclosures to be made by April 5, 2004, Defendants must disclose all silica related products they manufactured or distributed from the year 1930 forward and include the relevant time frame of production/distribution for each product. Defendants must produce, to the extent they are available or may be created, photographs of all silica related products and photographs of the containers in which these silica related products were distributed. Defendants are also ordered to disclose all relevant insurance policies and agreements. The Parties have submitted an agreed disclosure

Case 2:03-md-01553 Document 152 Filed 02/05/2004 Page 2 of 13

form attached as Exhibit B to this Order.

3. The Parties have agreed to a sworn declaration form that shall be used by Plaintiffs to identify the factual basis of their claims as contemplated by Order 4 Paragraphs 19-20. The agreed Plaintiffs Sworn Fact Sheet is attached as Exhibit A.

4. Defendants must disclose the description of any product safety tests, including silica related health studies, performed on their silica related products. Defendants should inform the Court of an acceptable time for these disclosures no later than March 10, 2004; and the Court will address the timing of these disclosures at the next hearing to held March 10, 2004.

SIGNED and ENTERED this the 5th day of February, 2004.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE



Case Name and Case #

**SILICA MDL**
**PLAINTIFF'S SWORN FACT SHEET**

Name:________________________________________

SSN:____________________

Street Address:__________________________________

City:____________________ State:_______________

Date of Birth:___________ Date of Death (if applicable):____________

Work History - See attached Exhibit A - Work History

Product Identification - See attached Exhibit A - Work History.

I am making a claim for the following injuries (diseases):

Silicosis:__________

Known Complicating Diseases:

Lung Cancer_____ Rheumatoid Arthritis_____

Scleroderma_____ Pulmonary Massive Fibrosis______

Lupus______ Tuberculosis (TB)______

Kidney Cancer_____ Enlarged Heart______

Fear of Cancer:_____ Other:_________

My medical providers are on the attached Exhibit B or will be provided in a supplemental disclosure. My medical testing is listed on attached Exhibit C.

II. Authorizations

I have signed and attached the following authorizations:

1. Medical Authorization
2. Social Security Earnings History Authorization
3. Employment Authorization
4. IRS Authorization (if I am making a claim for lost wages)

5. Veterans Administration Authorization

III. Claims

At this time, I am making the claims stated in Exhibit D.

I declare under penalty of perjury subject to 28 U.S.C. S 1746 that all of the information provided in this Fact Sheet is true and correct to the best of my present memory, knowledge, information and belief, that I have completed the List of Medical Providers and Work History appended hereto (or in a supplement), which are true and correct to the best of my knowledge, information and belief, and that I have provided the authorizations stated in Section II above. I reserve the right to modify or supplement the foregoing information during the discovery process of my case.

______________________________

EXHIBIT A

Exposure Work History
(Also list any other activity for which you claim silica exposure)

| Employer and Exposure Site | Address | Dates of Exposure | Job Description | Types of Products (List all manufactures or models you remember) |
|---|---|---|---|---|
| Ingall's | Pascagoula | 1970 - 1980 | Sandblaster | Blasting sand<br>disposable dust mask (white)<br>Air-fed hood (brown)<br>blasting equipment (Acme and others, unknown at this time) and others to be discovered |
| Longshoreman | Mobile, Ala | 1968-1969 | Laborer | masks, respirator equipment |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Exhibit B
Medical Providers and Diagnosing Physicians

Please list the Diagnosing Physician, if any, and medical providers that your can remember seeing during the last 20 years. If you know, please provide the address, city, state and dates of treatment. Also, if you remember having a chest x-ray, please check the Chest x-ray box.

| Doctor or other Health care provider | Address | Diagnosis | Date of Diagnosis or Treatment | Chest X-Ray |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Exhibit C

Medical Testing

Please list the medical testing, if any. X-rays, other xerographs and PFT results, in Plaintiffs' custody or control are to be produced. Except documents that are subject to a claim of consulting expert privilege.

| Type of testing | Date of Testing |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Exhibit D
Claims

I am making the following claims, at this time, against the following Defendants.

| Defendant | Type of Claim |
|---|---|
| ABC, Inc. | Product Defect, Negligence, Failure to Warn. |
| XYZ, Inc. | Conspiracy, Fraud |
| | |
| | |
| | |
| | |
| | |
| | |

Case 2:03-md-01553 Document 152 Filed 02/05/2004 Page 10 of 13



**SILICA MDL 1553**

**DEFENDANTS' FACT SHEET**

## I. CORPORATE ORGANIZATION

a. The defendant's full name; legal status (individual, corporation, partnership, etc.); address; and the identity of any affiliated, predecessor or successor corporations that designed, marketed, manufactured, processed, mined, sold or distributed any of the products or types of products that are the subject of this litigation. Affiliate shall mean a person or entity that directly or indirectly, through one or more intermediaries, controls or is controlled by, or is under common control with, the person or entity specified.

_______________________________________________

b. Provide a current description or diagram of your corporate structure.

_______________________________________________

## II. PRODUCT(S)

a. Identify each Silica Related Product you have designed, manufactured, marketed, sold and distributed from 1930 to Present – Exhibit A.

b. Produce photographs of the products identified in II(a), if any.

## III. Documents and other things

a. All insurance agreements required by Fed. R. Civ. P. 26(a) (1) (D).
b. All documents and things in the Defendants custody or control that have been previously produced in other silica-related litigation.
c. All depositions of the Defendants, Defendants' corporate representatives, agents or employees given in any silica related litigation.

**EXHIBIT A TO DEFENDANTS' INITIAL DISCLOSURES**

| General Description | Brand Name | Model # | Time Frame |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

VERIFICATION

State of ________________

County of ______________

Personally appeared before me, the undersigned authority in and for the said county and state ,the within named _________________, states upon his oath that he is the ____________________ (title) for _________ (company) and is duly authorized to execute Defendant's Initial Disclosures on behalf of ____________________(company) in the civil action styled "In Re Silica Products Liability Litigation" and pending as MDL 1553 in the Southern District of Texas, Corpus Christi Division. Upon information and belief and subject to the limitations set forth herein, the disclosures are true and correct as therein stated. I reserve the right to modify or supplement the foregoing information during the discovery process.

This the ___day of ____________,2004.

_______________________

Subscribed and Sworn before me this the ____day of _________, 2004

_______________________

NOTARY PUBLIC

My commission expires:

___________________