IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al., ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Related to Docket No. 13626 |
| ) | Hrg. Date: December 5, 2006 |
| ) | Objection Deadline: November 27, 2006 |

CERTIFICATE OF SERVICE

    I, January E. Reif, hereby certify that I caused a true and correct copy of the within Plaintiff's Supplemental Response And Opposition Of Motley Rice LLLC To Debtor's Motion To Compel Asbestos Personal Injury Claimants Represented By Edward O. Moody, P.A., Foster & Sear L.L.P., Motley Rice LLLC, And Williams Bailey Law Firm, LLP To Respond To The W.R. Grace Asbestos Personal Injury Questionnaire And Motley Rice LLC's Joinder In The Responses Of Various Law Firms Representing Asbestos Personal Injury Claimants In Opposition To Debtor's Motion To Compel to be sent on December 1, 2006 to those on the attached list as indicated.

                                          /s/ January E. Reif
                                          January E. Reif, Legal Assistant
                                          Heiman, Gouge & Kaufman, LLP
                                          800 King Street, Suite 303
                                          P.O. Box 1674
                                          Wilmington, DE 19899-1674
                                          (302) 658-1800