# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. Grace & Company ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Hearing Date: December 5, 2006, 8:30 a.m.** |

## ORDER

**IT IS SO ORDERED**, this _____ day of _____, 2006 as follows:

The Court, having reviewed the response of Jacobs & Crumplar, P.A., hereby orders the Debtors' Request for Entry of Debtors' Proposed Protocol Concerning Production of Chest X-Rays of Asbestos Personal Injury, Pre-Petition Claimants with Non-Mesothelioma, Malignant Claims be DENIED and that Plaintiffs' counsel does not need to produce any x-rays.

_____
J.

S:\wp70\Bankruptcies\Asbestos Bankruptcies\W.R. Grace Co - 13,754\Pleadings\120106_Response to Debtors Notice of XRay Protocol, Order.skm.doc