IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 1st day of December, 2006, she caused a copy of the following

**LIBBY CLAIMANTS' OBJECTION TO DEBTORS' PROPOSED
PROTOCOL CONCERNING PRODUCTION OF CHEST X-RAYS**

to be served upon the parties on the attached list via facsimile.

_____
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 1st day of December, 2006.

_____
Notary Public

MARY M. MCATEER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 19, 2007

393.001-14828.DOC

| NAME | COMPANY | FACSIMILE NUMBER |
|---|---|---|
| Laura D. Jones | Pachulski Stang Ziehl Young Jones & Weintraub | 302-652-4400 |
| David M. Bernick | Kirkland & Ellis | 312-861-2200 |
| Bennett L. Spiegel | Kirkland & Ellis | 213-680-8500 |
| Lewis Kruger | Stroock & Stroock & Lavan | 212-806-6006 |
| Michael Lastowski | Duane Morris | 302-657-4901 |
| Scott L. Baena | Bilzin, Sumberg, Dunn, Baena, Price & Axelrod | 305-374-7593 |
| Michael B. Joseph | Ferry & Joseph | 302-575-1714 |
| Elihu Inselbuch | Caplin & Drysdale | 212-644-6755 |
| Gary Becker | Kramer Levin Naftalis & Frankel | 212-715-8000 |
| Marla Eskin | Campbell & Levine | 302-426-9947 |
| Teresa K.D. Currier | Klett Rooney Lieber & Schorling | 302-552-4295 |
| Richard H. Wyron | Swidler Berlin Shereff Friedman | 202-424-7643 |
| John C. Phillips, Jr. | Phillips, Goldman & Spence | 302-655-4210 |
| Frank J. Perch | Office of the U.S. Trustee | 302-573-6497 |
| Peter Van N. Lockwood | Caplin & Drysdale | 202-429-3301 |
| J. Douglas Bacon | Latham & Watkins | 312-993-9767 |
| Steven M. Yoder | The Bayard Firm | 302-658-6395 |
| Frank A. Monaco, Jr. | Monzack and Monaco | 302-656-2769 |