# Exhibit A

## *Exhibit A: Four Categories of Claims*

***Category One: Claimant with Partially Paid Claims***

| | | |
|---|---|---|
| Reaud, Morgan & Quinn | 1907 | |
| Environmental Litigation Group | 8248 | Total: 10155 |

***Category Two: Claimants That Have Signed Pre-Petition Releases That Correspond to Grace's Records. Questionnaires Are Not Needed***

| | |
|---|---|
| Various Law Firms | Total: 15528 |

***Category Three: Claimants Who Submitted Signed, Pre-Petition Releases, But Whose Claims the Debtors Contend Are Not Settled Claims Because Supporting Information Required by the Relevant Settlement Agreements Was Not Provided to Grace Prior to the Petition Date. Questionnaires Are Not Needed***

| | | |
|---|---|---|
| Baron & Budd | 103 | |
| Sutter Law Firm | 56 | |
| Lundy & Davis | 197 | |
| Wilentz, Goldman & Spitzer | 66 | |
| Cooney & Conway | 125 | |
| Parron Law Firm | 7 | Total: 554 |

***Category Four: Claimants Who Did Not Provide Signed, Pre-Petition Releases and For Whom Grace Records Do Not Reflect That The Claims Are Settled Pre-Petition Asbestos P1 Claims. These Claimants Must Submit Questionnaires, If Not Already Submitted***

| | | |
|---|---|---|
| Baldwin & Baldwin, LP | 18 | |
| Barrett Law Offices | 15 | |
| Brent Cook & Associates | 1 | |
| Bruegger & McCullough, P.C. | 3 | |
| Danny E. Cupit, P.C. | 19 | |
| Goldberg, Persky & White | 668 | |
| Heard, Robins, Cloud & Lubell, LLP | 71 | |
| Jacobs & Crumplar, P.A. | 1 | |
| Kelley & Ferraro LLP | 1640 | |
| Lanier Firm | 7 | |
| David M. Lipman, P.A. | 2285 | |
| Alwyn H. Luckey, P.A. | 292 | |
| F. Gerald Maples / Maples & Kirwan | 87 | |
| Masters Law Firm, L.C. | 1 | |
| McGarvey Heberling Sullivan & McGarvey | 24 | |
| John R. Mitchell, L.C. | 1 | |
| Law Offices of Matthew P. Bergman | 1 | |
| Motley Rice | 16 | |
| Nix, Patterson & Roach, LLP | 4 | |
| O'Brien Law Firm | 9 | |
| Other | 11 | |
| Locks Law Firm (Greitzer & Locks) | 79 | |
| Porter & Malouf, P.A. | 238 | |
| Law Firm of Larry Norris | 37 | |
| Paul A. Weykamp | 1 | |
| Peirce Raimond & Coulter PC | 2 | |
| Pfeifer & Fabian PA | 5 | |
| Schroetter Goldmark & Bender | 2 | |
| Shepard Law Firm | 4 | |
| Silber Perlman | 3097 | |
| SimmonsCooper | 37 | |
| Law Offices of Jon A. Swartzfager | 77 | |
| Waters & Kraus, LLP | 11 | |
| William Roberts Wilson, P.A. | 309 | |
| Wysoker Glassner & Weingartner PA | 11 | Total: 9084 |