# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Re: Docket Nos. _____ |
| | ) | |

## ORDER REGARDING QUESTIONNAIRES TO BE FILED FOR NON-SETTLED PRE-PETITION ASBESTOS PI CLAIMS

WHEREAS, The Court has considered the Debtors' Brief Regarding Settled Pre-Petition Asbestos PI Claims; and

WHEREAS, The Court has also considered the Objections filed by the law firms of Baron & Budd and Silber Perlman (Docket No. 13694), Wilentz, Goldman & Spitzer (Docket No. 13771), Cooney & Conway (Docket No. 13781) and Brayton Purcell (Docket No. 13483);

IT IS HEREBY ORDERED THAT:

1. The claims listed on the Exhibit to this Order are Non-Settled Pre-Petition Asbestos PI Claims within the meaning of the August 24, 2006 PI Bar Date Order; and

2. The claimants listed on the Exhibit to this Order must therefore submit Questionnaires by January 12, 2007 if the claimants have not already submitted such Questionnaires; and

3. Such Questionnaires must be in compliance with all applicable orders of the Court, including all rulings made as a consequence of the December 5, 2006 hearing regarding Questionnaire issues.

Dated: December ___, 2006

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge