IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## **AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

      Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel

for the Debtors, in the above-captioned action, and that on the 1st day of December 2006 she

caused a copy of the following document(s) to be served upon the attached service list(s) in the

manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Debtors' Brief Regarding Settled Pre-Petition Asbestos PI Claims (with all Exhibits).**

Dated: December 1, 2006

Patricia E. Cuniff

Sworn to and subscribed before
me this 1st day of December, 2006

Notary Public
My Commission Expires: 8-26-07

MARLENE S. CHAPPE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 26, 2007

9

-2-

91100-001\DOCS_DE:119174.17

WR Grace Master Law Firm Index Settled
Claims Overnight Service List
Case No. 01-1139
Doc. No. 123119
01 – Hand Delivery
05 – Express Mail
67 – Overnight Delivery

*Hand Delivery*
Robert Jacobs
Jacobs & Crumplar, PA
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

*Express Mail*
Sheila Hendricks
Campbell Cherry Harrison Davis & Dove
P.O. Box 21387,
Waco, TX 76702-1387

*Express Mail*
Matthew Bergman
Law Offices of Matthew Bergman
P.O. Box 2010
Vashon, WA 98070

*Express Mail*
Joseph F. Rice
Motley Rice LLC
P.O. Box 1792
Mt. Pleasant, SC 29464

*Express Mail*
Yvonne Anderson
Reaud, Morgan & Quinn, L.L.P.
P.O. Box 26005,
Beaumont, TX 77720-6005

*Express Mail*
Rossbach Hart Bechtold PC
P.O. Box 8988
Missoula, MT 59807

*Overnight Delivery*
Scott Baldwin, Jr.
Baldwin & Baldwin, LLP
400 West Houston Street
Marshall, TX 75670

*Overnight Delivery*
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn, Suite 1100
Dallas, TX 75219-4281

*Overnight Delivery*
Don Barrett
Barrett Law Offices
404 Court Square North
Lexington, MS 39095

*Overnight Delivery*
Jeanette Boechler
Boechler PC
1120 28th Ave N Ste. A
Fargo, ND 58102-1334

*Overnight Delivery*
Christina C. Skubic
Brayton & Purcell
222 Rush Landing Rd.
Novato, CA 94948-6169

*Overnight Delivery*
Brent Cook & Associates
917 Franklin Suite 100
Houston, TX 77002

*Overnight Delivery*
Cary Sandler
Brookman Rosenberg Brown & Sandler
One Penn Sq W 17th Fl
30 S. 15th Street
Philadelpia, PA 19102-4826

*Overnight Delivery*
Joseph F. Bruegger
Bruegger & McCullough PC
9400 N. Central Expy, Suite 1305
Dallas, TX 75231

*Overnight Delivery*
Charles P. Erickson
Charles P. Erickson, P.A.
4501 Tamiami Trail N., Suite 204,
Naples, FL 34103

*Overnight Delivery*
Kathy Byrne
Cooney & Conway
120 N. LaSalle St., 30th Fl
Chicago, IL 60602

*Overnight Delivery*
Danny E. Cupit
Danny E Cupit PC
304 N. Congress St.
Jackson, MS 39225

*Overnight Delivery*
David M. Lipman, P.A.
David M. Lipman, P.A.
5915 Ponce de Leon Blvd., #44
Coral Gables, FL 33146

*Overnight Delivery*
Deakle, John M.
Deakle Law Firm
802 North Main Street
Hattiesburg, MS 39401

*Overnight Delivery*
Lindalea Ludwick
Early, Ludwick & Sweeney L.L.C.
One Century Tower, 11th Floor
265 Church Street/PO Box 1866
New Haven, CT 06508

*Overnight Delivery*
Wert, Scott W
Foster & Sear LLP
524 East Lamar Blvd, Suite 200
Arlington, TX 76011-3901

*Overnight Delivery*
Lane Clack
Goldberg Persky & White PC
4800 Fashion Square Boulevard Suite 260
Saginaw, MI 48604-2602

*Overnight Delivery*
Mark Meyer
Goldberg Persky & White PC
1030 Fifth Avenue
Third Floor
Pittsburgh, PA 15219

*Overnight Delivery*
Michael B. Leh
Greitzer and Locks
1500 Walnut Street
20th Floor
Philadelphia, PA 19102

*Overnight Delivery*
Ian P. Cloud
Heard Robins Cloud & Lubel LLP
500 Dallas St. Suite 3100
Houston, TX 77002-4711

*Overnight Delivery*
Ian P. Cloud
Heard Robins Cloud & Lubel LLP (Robins
Cloud Greenwood & Lubel)
910 Travis Suite 2020
Houston TX 77002

*Overnight Delivery*
David Brenner
Howard Brenner & Nass
1608 Walnut Street 17th Floor
Philadelphia PA 19103

*Overnight Delivery*
Burns, James D
James D Burns, P.S.
2200 4th Avenue
Seattle, WA 98121

*Overnight Delivery*
John Sutter
John R. Mitchell, LC
206 Berkley St,
Charleston WV 25302

*Overnight Delivery*
Daniel Childs
Johnson & Childs PC
1632 Pine Street
Philadelphia, PA 19103-671

*Overnight Delivery*
Thomas M. Wilson
Kelley & Ferraro LLP
2200 Key Tower, 127 Public Square
Cleveland, OH 44114-9486

*Overnight Delivery*
Alan K. Petrine
Law Offices of Alan K Petrine
2937 SW 27th Ave, Suite 101
Miami, FL 33133

*Overnight Delivery*
Jon A. Swartzfager
Law Offices of Jon A. Swartzfager
PO Box 131,
252 Commerce Street, Suite C
Laurel MS 39440

*Overnight Delivery*
Matheny, Paul M.
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street, Suite 2200
Baltimore, MD 21201-3805

*Overnight Delivery*
Lipsitz, John N.
Lipsitz & Ponterio, LLC
135 Delaware Avenue, Suite 506
Buffalo, NY 14202-240

*Overnight Delivery*
Jackey W. South
Lundy & Davis
PO Box 3010,
501 Broad Street,
Lake Charles, LA 70602-3010

*Overnight Delivery*
F. Gerald Maples
Maples & Kirwan, LLC
902 Julia Street
New Orleans, LA 70113-1114

*Overnight Delivery*
Jon L. Heberling
McGarvey Heberling Sullivan & McGarvey
745 South Main
Kalispell MT. 59901

*Overnight Delivery*
Serling, Michael B.
Michael B. Serling, PC
280 N. Old Woodward, Suite 406
Birmingham, MI 48009

*Overnight Delivery*
Keith L. Langston
Nix Law Firm
205 Linda Drive
Daingerfield, Texas 75638

*Overnight Delivery*
None Provided
None Provided; Shannon Myers (Wife of
Deceased)
None Provided;
521 N. 2nd Street
Vandalia, IL 62471-1825 (Address of
Shannon Myers)

*Overnight Delivery*
Andrew O'Brien
O'Brien Law Firm
211 North Broadway Street, #1500
St. Louis, MO 63102

*Overnight Delivery*
David Parron
Parron Law Firm
404 E. 1St.
Arlington TX 76010-1643

*Overnight Delivery*
Philip Harley
Paul, Hanley and Harley LLP
1608 Fourth St., Suite 300
Berkeley, CA 94710

*Overnight Delivery*
Peirce Jr., Robert N.
Peirce Raimond & Coulter PC
707 Grant St. Ste. 2500
Pittsburgh, PA 15219-1945

*Overnight Delivery*
James J. Fabian
Pfeifer & Fabian PA
326 St. Paul Place, Ste. 100
Baltimore, MD 21202-2111

*Overnight Delivery*
Malouf, Patrick C.
Porter & Malouf, P.A.
825 Ridgewood Road
Ridgeland, MS 39157

*Overnight Delivery*
Pro Se (Bond, James S)
Pro Se (Bond, James S)
1230 Market St #403
San Francisco, CA 94102

*Overnight Delivery*
Pro Se (Risdal, Eddie C.)
Pro Se (Risdal, Eddie C.)
1251 W. Cedar Loop Box 6
Cherokee, IA 51012

*Overnight Delivery*
Pro Se (Saba, Victor J)
Pro Se (Saba, Victor J)
551 Oxford St, Apt 1
Chula Vista, CA 91911

*Overnight Delivery*
Wintering, Mark
Robert E. Sweeney Co., LPA
55 Public Square, Ste. 1500
Cleveland OH 44113

*Overnight Delivery*
David A Rozen
Rose Klein & Marias, LLP
801 S. Grand 11th Floor
Los Angeles, CA 90017

*Overnight Delivery*
Janet Rice
Schroeter Goldmark and Bender
810 3rd Avenue, Suite 500
Seattle, WA 98104

*Overnight Delivery*
Meade, David L.
Shinaberry, Meade & Venezia L C
2018 Kanawha Blvd East
Charleston, WV 25311

*Overnight Delivery*
Michael J. Hanners
Silber Pearlman LLP
2711 N. Haskell Ave.
Cityplace, 5th Fl LB32
Dallas, TX 75204

*Overnight Delivery*
Robert W. Phillips
Simmons Cooper LLC
707 Berkshire Blvd.
East Alton Illinois 62024

*Overnight Delivery*
Stephen L. Shackelford
Stephen L. Shackelford
3010 Lakeland Cove, Suite P
Flowood, MS 39232

*Overnight Delivery*
None Provided
The Ferraro Law Firm, P.A.
4000 Ponce DeLeon Blvd. #700
Miami, FL 33146

*Overnight Delivery*
David A Dixon
The Lanier Law Firm
6810 FM 1960 W
Houston, TX 77069-3804

*Overnight Delivery*
Alwyn Luckey
The Law Firm of Alwyn Luckey
2016 Bienville Blvd
Ocean Springs MS 39564

*Overnight Delivery*
Larry Norris
The Law Firm of Larry Norris
PO Box 8, 101 Ferguson Street
Hattiesburg, MS 39401

*Overnight Delivery*
Larry Norris
The Law Firm of Larry Norris (Morris and
Sakalarios)
1817 Hardy St.
Hattiesburg, MS 39401

*Overnight Delivery*
Charles M. Love, IV
The Masters Law Firm LC
181 Summers Street
Charleston, WV 25301-213

*Overnight Delivery*
Michael C. Shepard
The Shepard Law Firm
10 High Street, Suite 800
Boston, MA 02110-160

*Overnight Delivery*
John E Sutter
The Sutter Law Firm
1598 Kanawha Blvd E.
Charleston, WV 25311-2413

*Overnight Delivery*
D. William Venable
Venable, DW
Mariner Sq Office Park
205 S. Hoover Blvd Ste 202
Tampa, FL 33609-3574

*Overnight Delivery*
Ward Black, Janet
Ward Black Law
208 West Wendover Ave.
Greensboro, NC 27401

*Overnight Delivery*
Harry F. Wartnick
Wartnick Law Firm
450 Sansome Street, 3rd Floor
San Francisco, CA 94111

*Overnight Delivery*
MacLean, Leslie
Waters & Kraus LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

*Overnight Delivery*
Kevin M. Berry
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive, Suite
900 Box 10
Woodbridge, NJ 07095-0958

*Overnight Delivery*
Wm. Roberts Wilson, Jr
Wm. Roberts Wilson, Jr., P.A.
213 Katherine Drive
Flowood, MS 39232

*Overnight Delivery*
William L Kuzmin
Wysoker Glassner & Weingartner PA
340 George Street
New Brunswick, NJ 08901

*Overnight Delivery*
Margaret H. Jensen
Zamler, Mellen, & Shiffman, PC
23077 Greenfield Road, Suite 557
Southfield, MI  48975-3727

Esserman Settled Claims Service List
Document No. 123211
01 – via Overnight Delivery

*Via Overnight Delivery*
(Counsel for Reaud, Morgan & Quinn, Inc. and Environmental Litigation Group, PC)
Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Van J. Hooker, Esquire
Stutzman, Bromberg, Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX  75201