IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket Nos. 13704 and 13707 |
| | | Agenda Item No. 14 |

### NOTICE OF PARTIAL WITHDRAWAL OF MOTION TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS REPRESENTED BY WEITZ & LUXENBURG, P.C., SIMMONSCOOPER LLC, AND WILENTZ GOLDMAN & SPITZER P.A. TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

1.   On November 17, 2006, the Debtors moved this Court for an order compelling the clients of SimmonsCooper, LLC to respond to questions in the Questionnaire that they had refused to answer on the basis of one or more objections. Docket No. 13704. By the same motion, the Debtors moved this Court for an order compelling the clients of Weitz &

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

{D0050696:1 }
DOCS_DE:123215.1

Luxenburg, P.C. and Wilentz, Goldman & Spitzer, P.A. to respond to questions in the Questionnaire that they had refused to answer on the basis of one or more objections. *Id.*

2. On November 19, 2006, SimmonsCooper LLC, on behalf of its Claimants, notified the Debtors that its clients who held Asbestos PI Pre-Petition Litigation Claims and who had responded to the W.R. Grace Asbestos Personal Injury Questionnaire had not filed non-settled proofs of claim in accordance with this Court's August 24, 2006 Order as to All Pre-Petition Litigation Claims, Including Settled Claims (I) Establishing Bar Dates (II) Approving Proof of Claim Form; and (III) Approving Notice of Pre-Petition Asbestos Personal Injury Claims Bar Date (Docket No. 13061), and would not be pursuing claims against the Section 524(g) trust that will be established by this Court.

3. Based upon these representations by SimmonsCooper LLC, the Debtors agree that the Motion is moot in all respects, as to the clients represented by SimmonsCooper LLC. Accordingly, Debtors hereby withdraw the Motion as to the clients represented by SimmonsCooper LLC. The Debtors maintain and continue to pursue the Motion in all respects as to the clients represented by Weitz & Luxenburg, P.C. and Wilentz, Goldman & Spitzer, P.A.

> Respectfully submitted,
> KIRKLAND & ELLIS LLP
> David M. Bernick, P.C.
> Janet S. Baer
> 200 East Randolph Drive
> Chicago, Illinois 60601
> Telephone: (312) 861-2000
> Facsimile: (312) 861-2200

{D0050696:1 }2

Barbara Harding
David E. Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:   (202) 879-5000
Facsimile:    (202) 879-5200

and

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in
Possession