**PART 5:  OCCUPATIONAL EXPOSURE TO OTHER ASBESTOS-CONTAINING PRODUCTS (Continued)**

7.  Provide the date range and frequency of product exposure in the occupation and industry listed in Questions 5 and 6. If exposure was not continuous in the listed occupation and industry, provide all separate date ranges and frequencies of exposure. Start with the first date range of exposure and finish with the last date range of exposure. If there are more than four date ranges of exposure, copy this section before completing it and attach additional pages.

For each date range of exposure, describe the exposure type as A, B, C, or D as follows:

The INJURED PARTY was:

(A) a worker who personally worked with the product identified in Question 3 of this Part;

(B) a worker in a room where other workers were personally working with the product identified in Question 3 of this Part;

(C) a worker on a floor where other workers were personally working with the product identified in Question 3 of this Part; or

(D) a worker at a site where other workers were personally working with the product identified in Question 3 of this Part.

Choose the category that best describes the INJURED PARTY's type of exposure and choose only one category. The best category is the INJURED PARTY's most typical or most usual form of exposure during the date range at issue.

Estimate the frequency of exposure as the average number of man-days per month and hours per man-day that the INJURED PARTY was exposed during the listed date range. If you are unable to do so, then estimate the aggregate number of man-days of exposure during the date range. One man-day of exposure equals eight hours of exposure.

| Date Range of Exposure: | Exposure Type: | Frequency of Exposure During this Date Range: |
|---|---|---|
| From: [  ] / [    ]  Month / Year<br><br>To: [  ] / [    ]  Month / Year | Indicate A, B, C or D per Instructions above.<br><br>[  ] | Estimate either:<br>**Regular Exposure:**    OR    **Aggregate Exposure:**<br>[  ] Man-Day(s) per Month    [   ] Total Man-Day(s) per<br>and    Instructions above<br>[  ] Hour(s) per Man-Day |
| From: [  ] / [    ]  Month / Year<br><br>To: [  ] / [    ]  Month / Year | Indicate A, B, C or D per Instructions above.<br><br>[  ] | Estimate either:<br>**Regular Exposure:**    OR    **Aggregate Exposure:**<br>[  ] Man-Day(s) per Month    [   ] Total Man-Day(s) per<br>and    Instructions above<br>[  ] Hour(s) per Man-Day |
| From: [  ] / [    ]  Month / Year<br><br>To: [  ] / [    ]  Month / Year | Indicate A, B, C or D per Instructions above.<br><br>[  ] | Estimate either:<br>**Regular Exposure:**    OR    **Aggregate Exposure:**<br>[  ] Man-Day(s) per Month    [   ] Total Man-Day(s) per<br>and    Instructions above<br>[  ] Hour(s) per Man-Day |
| From: [  ] / [    ]  Month / Year<br><br>To: [  ] / [    ]  Month / Year | Indicate A, B, C or D per Instructions above.<br><br>[  ] | Estimate either:<br>**Regular Exposure:**    OR    **Aggregate Exposure:**<br>[  ] Man-Day(s) per Month    [   ] Total Man-Day(s) per<br>and    Instructions above<br>[  ] Hour(s) per Man-Day |

8.  Describe the INJURED PARTY's job duties:  (attach additional pages if needed)

9.  Describe how the product identified in Question 3 of this Part was used at the site(s):  (attach additional pages if needed)

10. If the exposure(s) listed in response to the above questions was/were at a construction site, estimate the percentage of time such exposure(s) occurred at residential and commercial sites:

Residential: [    ] %  Commercial: [    ] %  = 100 %

**PART 6:  OCCUPATIONAL HISTORY**

Provide the complete occupational history of the Injured Party in chronological order, starting with the Injured Party's earliest employer. Include all jobs in which the Injured Party worked at least a month, including any summer jobs, and conclude with any current employment. For Occupation Codes, use the Standard Occupational Classification Codes listed in Appendix C. For Industry Codes, use the Standard Industrial Classification Codes listed in Appendix D. If the Injured Party has had more jobs than can fit on this page, copy the page before filling it out as many times as needed and complete the additional pages.

1.  **Employer Name:**

**Employer Address:**
Street

City        State        Zip

**Dates Worked:**
From: ___ / ___    To: ___ / ___
Month    Year        Month    Year

**Occupation Code:** ___    Specify if "Other": _____

**Industry Code:** ___    Specify if "Other": _____

2.  **Employer Name:**

**Employer Address:**
Street

City        State        Zip

**Dates Worked:**
From: ___ / ___    To: ___ / ___
Month    Year        Month    Year

**Occupation Code:** ___    Specify if "Other": _____

**Industry Code:** ___    Specify if "Other": _____

3.  **Employer Name:**

**Employer Address:**
Street

City        State        Zip

**Dates Worked:**
From: ___ / ___    To: ___ / ___
Month    Year        Month    Year

**Occupation Code:** ___    Specify if "Other": _____

**Industry Code:** ___    Specify if "Other": _____

## PART 7:  OTHER EXPOSURE TO ASBESTOS

1.   a.   Was the INJURED PARTY exposed to asbestos outside the INJURED PARTY's occupation?

Yes [ ]   No [ ]

b.   Was the INJURED PARTY exposed to asbestos through another person (the "Source Individual")?

Yes [ ]   No [ ]

**If you checked "Yes" to either Question 1(a) or Question 1(b), answer Questions 2 through 4.  If you checked "Yes" to Question 1(b), additionally answer Questions 5 through 14.**

2.   Was the INJURED PARTY exposed to more than one asbestos-containing product outside the INJURED PARTY's occupation or through a Source Individual?   Yes [ ]   No [ ]

**If "Yes," copy this Part and complete the Part for each product.**

3.   Product Exposed To: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

(either directly or through Source Individual)

Brand Name: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

Manufacturer of Product: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

What is the basis for your belief that the exposure was to a DEBTOR's product and not to another manufacturer's?

[ ] Personal Recollection   [ ] Other, Specify: [_____]

If you rely on another person for your belief that the INJURED PARTY was exposed to a DEBTOR's product, provide that person's name:

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

Last

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   [ ]

First   MI

If you rely on another person, has this person been deposed in any asbestos-related personal injury action?   Yes [ ]   No [ ]

**If the other person has been deposed, attach to this Questionnaire a copy of any and all such depositions.**

## PART 7:  OTHER EXPOSURE TO ASBESTOS (Continued)

4.  Provide the date range and frequency of the INJURED PARTY's product exposure (either direct or through the Source Individual).  If exposure was not continuous, provide all separate date ranges and frequencies of exposure.  Start with the first date range of exposure and finish with the last date range of exposure.  If there are more than four date ranges of exposure, copy this section before completing it and attach additional pages.

Estimate the frequency of exposure as the average number of man-days per month and hours per man-day that the INJURED PARTY was exposed during the listed date range.  If you are unable to do so, then estimate the aggregate number of man-days of exposure during the date range. One man-day of exposure equals eight hours of exposure.

**Date Range of Exposure:**

From: [  ][  ] / [  ][  ][  ][  ]
        Month          Year

To: [  ][  ] / [  ][  ][  ][  ]
        Month          Year

**Frequency of Exposure During this Date Range:**
Estimate either:

Regular Exposure:          OR          Aggregate Exposure:

[  ][  ] Man-Day(s) per Month

and

[  ][  ] Hour(s) per Man-Day

[  ][  ][  ] Total Man-Day(s) per Instructions above

---

**Date Range of Exposure:**

From: [  ][  ] / [  ][  ][  ][  ]
        Month          Year

To: [  ][  ] / [  ][  ][  ][  ]
        Month          Year

**Frequency of Exposure During this Date Range:**
Estimate either:

Regular Exposure:          OR          Aggregate Exposure:

[  ][  ] Man-Day(s) per Month

and

[  ][  ] Hour(s) per Man-Day

[  ][  ][  ] Total Man-Day(s) per Instructions above

---

**Date Range of Exposure:**

From: [  ][  ] / [  ][  ][  ][  ]
        Month          Year

To: [  ][  ] / [  ][  ][  ][  ]
        Month          Year

**Frequency of Exposure During this Date Range:**
Estimate either:

Regular Exposure:          OR          Aggregate Exposure:

[  ][  ] Man-Day(s) per Month

and

[  ][  ] Hour(s) per Man-Day

[  ][  ][  ] Total Man-Day(s) per Instructions above

---

**Date Range of Exposure:**

From: [  ][  ] / [  ][  ][  ][  ]
        Month          Year

To: [  ][  ] / [  ][  ][  ][  ]
        Month          Year

**Frequency of Exposure During this Date Range:**
Estimate either:

Regular Exposure:          OR          Aggregate Exposure:

[  ][  ] Man-Day(s) per Month

and

[  ][  ] Hour(s) per Man-Day

[  ][  ][  ] Total Man-Day(s) per Instructions above

---

5.  Source Individual's Name (if you checked "Yes" to Question 1(b)):

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]
                                    Last

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   [ ]
                                    First                                   MI

6.  Was the Source Individual exposed to the product in more than one occupation? (Use the Standard Occupational Classification Codes listed in Appendix C.)

Yes [  ]   No [  ]

If "Yes," copy this Part and complete the Part for each occupation.

7.  Source Individual's occupation during exposure: (Use Standard Occupational Classification Codes listed in Appendix C.)

[  ][  ][  ]   Specify if "Other": [                    ]

8.  Source Individual's industry during exposure: (Use the Standard Industrial Classification Codes listed in Appendix D.)

[  ][  ][  ]   Specify if "Other": [                    ]

## PART 7:  OTHER EXPOSURE TO ASBESTOS (Continued)

9.  Provide the date range and frequency of the Source Individual's product exposure in the occupation and industry listed in Questions 7 and 8.  If the Source Individual's exposure was not continuous in the listed occupation and industry, provide all separate date ranges and frequencies of exposure.  Start with the first date range of exposure and finish with the last date range of exposure.  If there are more than four date ranges of exposure, copy this section before completing it and attach additional pages.

For each date range of exposure, describe the exposure type as A, B, C, or D as follows:

The Source Individual was:

   (A) a worker who personally worked with the product identified in Question 3 of this Part;
   (B) a worker in a room where other workers were personally working with the product identified in Question 3 of this Part;
   (C) a worker on a floor where other workers were personally working with the product identified in Question 3 of this Part; OR
   (D) a worker at a site where other workers were personally working with the product identified in Question 3 of this Part.

Choose the category that best describes the Source Individual's type of exposure and choose only one category.  The best category is the Source Individual's most typical or most usual form of exposure during the date range at issue.

Estimate the frequency of exposure as the average number of man-days per month and hours per man-day that the Source Individual was exposed during the listed date range.  If you are unable to do so, then estimate the aggregate number of man-days of exposure during the date range.  One man-day of exposure equals eight hours of exposure.

| Date Range of Exposure: | Exposure Type: | Frequency of Exposure During this Date Range: |
|---|---|---|
| From: ☐☐ / ☐☐☐☐  Month  Year<br>To: ☐☐ / ☐☐☐☐  Month  Year | Indicate A, B, C or D per Instructions above.  ☐ | Estimate either:<br>Regular Exposure:  OR  Aggregate Exposure:<br>☐☐ Man-Day(s) per Month  ☐☐☐ Total Man-Day(s) per Instructions above<br>and<br>☐☐ Hour(s) per Man-Day |
| From: ☐☐ / ☐☐☐☐  Month  Year<br>To: ☐☐ / ☐☐☐☐  Month  Year | Indicate A, B, C or D per Instructions above.  ☐ | Estimate either:<br>Regular Exposure:  OR  Aggregate Exposure:<br>☐☐ Man-Day(s) per Month  ☐☐☐ Total Man-Day(s) per Instructions above<br>and<br>☐☐ Hour(s) per Man-Day |
| From: ☐☐ / ☐☐☐☐  Month  Year<br>To: ☐☐ / ☐☐☐☐  Month  Year | Indicate A, B, C or D per Instructions above.  ☐ | Estimate either:<br>Regular Exposure:  OR  Aggregate Exposure:<br>☐☐ Man-Day(s) per Month  ☐☐☐ Total Man-Day(s) per Instructions above<br>and<br>☐☐ Hour(s) per Man-Day |
| From: ☐☐ / ☐☐☐☐  Month  Year<br>To: ☐☐ / ☐☐☐☐  Month  Year | Indicate A, B, C or D per Instructions above.  ☐ | Estimate either:<br>Regular Exposure:  OR  Aggregate Exposure:<br>☐☐ Man-Day(s) per Month  ☐☐☐ Total Man-Day(s) per Instructions above<br>and<br>☐☐ Hour(s) per Man-Day |

10. Source Individual's Social Security Number:  ☐☐☐ - ☐☐ - ☐☐☐☐ *
   * A confidentiality agreement limits disclosure and use of this social security number to persons involved in this case for purposes related to the case.

11. Source Individual's Gender:   Male ☐   Female ☐

12. Source Individual's Date of Birth:  ☐☐ / ☐☐ / ☐☐☐☐

**PART 7:  OTHER EXPOSURE TO ASBESTOS (Continued)**

13. **If the Source Individual is living, provide that person's mailing address:**

Street/P.O. Box

City                                    State              Zip

14. **Source Individual's Relationship to INJURED PARTY:**

The INJURED PARTY is the Source Individual's:

(Spouse, Son, Daughter, etc.)

## PART 8:  THE INJURED PARTY'S LAWSUITS AND BANKRUPTCY CLAIMS

### A.  LAWSUITS

1.  Has a lawsuit been filed by or on behalf of the INJURED PARTY for an asbestos-related personal injury?

    Yes ☐   No ☐

    If "Yes," complete the remainder of Part 8.A as instructed.  If "No," continue to Part 8.B.

2.  Has more than one lawsuit been filed by or on behalf of the INJURED PARTY for an asbestos-related personal injury?

    Yes ☐   No ☐

    If "Yes," copy Part 8.A and complete the Part for each lawsuit filed.

3.  Case Caption:

    [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

4.  Case Number:

    [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

5.  Court Name:

    [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

6.  Case Filing Date:  [ ][ ] / [ ][ ] / [ ][ ][ ][ ]
                          Month    Day      Year

7.  Did the INJURED PARTY or the PERSONAL REPRESENTATIVE OF THE INJURED PARTY respond to any interrogatories in this lawsuit?

    Yes ☐   No ☐

    If "Yes," attach to this Questionnaire a copy of any and all such interrogatory responses.

8.  Were the INJURED PARTY or the PERSONAL REPRESENTATIVE OF THE INJURED PARTY deposed in this lawsuit?

    Yes ☐   No ☐

    If "Yes," attach to this Questionnaire a copy of any and all such depositions.

9.  a.  Was the lawsuit dismissed?                                    Yes ☐   No ☐

    b.  If "Yes," the basis for dismissal:

    [                                                                            ]

10. a.  Has a judgment or verdict been entered in this lawsuit?       Yes ☐   No ☐

    b.  If "Yes," against what defendant(s) and in what amount(s)?  If against more than five defendants, copy this question before completing it and complete it for all defendants against whom a judgement or verdict was entered.

    | Defendant | | Amount |
    |---|---|---|
    | [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ] | $ | [ ][ ][ ][ ][ ][ ][ ][ ] [ ][ ] |
    | [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ] | $ | [ ][ ][ ][ ][ ][ ][ ][ ] [ ][ ] |
    | [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ] | $ | [ ][ ][ ][ ][ ][ ][ ][ ] [ ][ ] |
    | [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ] | $ | [ ][ ][ ][ ][ ][ ][ ][ ] [ ][ ] |
    | [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ] | $ | [ ][ ][ ][ ][ ][ ][ ][ ] [ ][ ] |

---

**PART 8:  THE INJURED PARTY'S LAWSUITS AND BANKRUPTCY CLAIMS (Continued)**

---

**A.  LAWSUITS (Continued)**

---

11. a.  Was a settlement agreement reached in this lawsuit?          Yes [ ]   No [ ]

    b.  If "Yes," were any settlement agreement(s) subject to a binding
        confidentiality agreement?                                    Yes [ ]   No [ ]

    c.  If "Yes," for each settlement agreement that was the subject of a binding confidentiality agreement, provide the
        total number of defendant(s) who settled the lawsuit pursuant to the agreement, the aggregate settlement amount
        for the agreement, the lowest amount paid by a defendant under the agreement, and the highest amount paid by
        a defendant under the agreement. If there is more than one settlement agreement for the lawsuit, copy this
        question before completing it and attach additional pages.

    Total Number of                          Aggregate Settlement
    Settling Defendant(s):  [ ][ ]           Amount:              $ [ ][ ][ ][ ][ ][ ][ ] . [ ][ ]

    $ [ ][ ][ ][ ][ ][ ] . [ ][ ]                                 $ [ ][ ][ ][ ][ ][ ][ ] . [ ][ ]
        Highest Settlement Amount                                     Lowest Settlement Amount

    d.  If "No," or if some defendants settled the lawsuit without a confidentiality agreement, then identify the defendant(s)
        who settled the lawsuit without a confidentiality agreement and in what amount(s). If with more than five
        defendants, copy this question before completing it and complete it for all defendants.

    [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   $ [ ][ ][ ][ ][ ][ ][ ] . [ ][ ]
                    Defendant                                Amount

    [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   $ [ ][ ][ ][ ][ ][ ][ ] . [ ][ ]
                    Defendant                                Amount

    [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   $ [ ][ ][ ][ ][ ][ ][ ] . [ ][ ]
                    Defendant                                Amount

    [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   $ [ ][ ][ ][ ][ ][ ][ ] . [ ][ ]
                    Defendant                                Amount

    [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   $ [ ][ ][ ][ ][ ][ ][ ] . [ ][ ]
                    Defendant                                Amount

    e.  If a settlement agreement was reached with US Gypsum or another Debtor, have any settlement amounts been paid?

    Yes [ ]   No [ ]

    f.  If "Yes," by what Debtor(s) and in what amount(s)? If by more than two Debtors, copy this question before
        completing it and complete it for all Debtors who paid a settlement amount.

    [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   $ [ ][ ][ ][ ][ ][ ][ ] . [ ][ ]
                    Debtor                                Amount

    [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   $ [ ][ ][ ][ ][ ][ ][ ] . [ ][ ]
                    Debtor                                Amount

**PART 8:  THE INJURED PARTY'S LAWSUITS AND BANKRUPTCY CLAIMS (Continued)**

**B. BANKRUPTCY CLAIMS**

1.  Has a claim been submitted by or on behalf of the INJURED PARTY for an asbestos-related personal injury in another bankruptcy case ("Other Bankruptcy") or against a trust established pursuant to a plan of reorganization or liquidation in another bankruptcy case ("Bankruptcy Trust")?

    Yes ☐    No ☐

    If "Yes," complete the remainder of Part 8.B as instructed.

    If "No," continue to Part 9.

2.  Has more than one bankruptcy claim been filed by or on behalf of     Yes ☐   No ☐
    the INJURED PARTY for an asbestos-related personal injury?

    If "Yes," copy Part 8.B and complete the Part for each bankruptcy claim filed.

3.  Other Bankruptcy or Bankruptcy Trust in which the claim was submitted:

    ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

4.  Date the claim was submitted: ☐☐ / ☐☐ / ☐☐☐☐
                                   Month   Day    Year

5.  Description of the claim:

    ☐

6.  Did the INJURED PARTY or the PERSONAL REPRESENTATIVE OF THE INJURED PARTY submit any written claim, including but not limited to a proof of claim form, in the Other Bankruptcy or against the Bankruptcy Trust?

    Yes ☐    No ☐

    If "Yes," attach to this Questionnaire a copy of any and all such written claims.

7.  a.  Was the claim paid?

        Yes ☐    No ☐

    b.  If "Yes," the payment amount:

        $ ☐☐☐☐☐☐☐ ☐☐

8.  a.  Was the claim dismissed or otherwise disallowed or not honored?

        Yes ☐    No ☐

    b.  If "Yes," the basis for disallowance:

        ☐

## PART 9:  THE SOURCE INDIVIDUAL'S LAWSUITS AND BANKRUPTCY CLAIMS

### A. LAWSUITS

If you answered "Yes" to Question 1(b) in Part 7 regarding the Injured Party's exposure to asbestos through a Source Individual, complete this Part as instructed.

If you answered "No," continue to Part 10.

1.  Has a lawsuit been filed by or on behalf of the Source Individual for an asbestos-related personal injury?

    Yes [ ]  No [ ]

    If "Yes," complete the remainder of Part 9.A as instructed.

    If "No," continue to Part 9.B.

2.  Has more than one lawsuit been filed by or on behalf of the Source Individual for an asbestos-related personal injury?

    Yes [ ]  No [ ]

    If "Yes," copy Part 9.A and complete the Part for each lawsuit filed.

3.  Case Caption:

4.  Case Number:

5.  Court Name:

6.  Case Filing Date: [ ][ ] / [ ][ ] / [ ][ ][ ][ ]
    Month    Day    Year

7.  Did the Source Individual respond to any interrogatories in this lawsuit?    Yes [ ]  No [ ]
    If "Yes," attach to this Questionnaire a copy of any and all such interrogatory responses.

8.  Was the Source Individual deposed in this lawsuit?    Yes [ ]  No [ ]
    If "Yes," attach to this Questionnaire a copy of any and all such depositions.

9.  a.  Was the lawsuit dismissed?    Yes [ ]  No [ ]
    b.  If "Yes," the basis for dismissal:

10. a.  Has a judgment or verdict been entered in this lawsuit?    Yes [ ]  No [ ]
    b.  If "Yes," against what defendant(s) and in what amount(s)?  If against more than five defendants, copy this question before completing it and complete it for all defendants against whom a judgement or verdict was entered.

    |                        Defendant | $ |          Amount |
    |                        Defendant | $ |          Amount |
    |                        Defendant | $ |          Amount |
    |                        Defendant | $ |          Amount |
    |                        Defendant | $ |          Amount |

**PART 9:  THE SOURCE INDIVIDUAL'S LAWSUITS AND BANKRUPTCY CLAIMS (Continued)**

**A. LAWSUITS (Continued)**

11. a.  Was a settlement agreement reached in this lawsuit?          Yes ☐    No ☐

b.  If "Yes," were any settlement agreement(s) subject to a binding
confidentiality agreement?          Yes ☐    No ☐

c.  If "Yes," for each settlement agreement that was the subject of a binding confidentiality agreement, provide the total number of defendant(s) who settled the lawsuit pursuant to the agreement, the aggregate settlement amount for the agreement, the lowest amount paid by a defendant under the agreement, and the highest amount paid by a defendant under the agreement. If there is more than one settlement agreement for the lawsuit, copy this question before completing it and attach additional pages.

Total Number of
Settling Defendant(s): ☐☐          Aggregate Settlement
Amount: $ ☐☐☐☐☐☐☐ . ☐☐

$ ☐☐☐☐☐☐ . ☐☐          $ ☐☐☐☐☐☐☐ . ☐☐
Highest Settlement Amount          Lowest Settlement Amount

d.  If "No," or if some defendants settled the lawsuit without a confidentiality agreement, then identify the defendant(s) who settled the lawsuit without a confidentiality agreement and in what amount(s). If with more than five defendants, copy this question before completing it and complete it for all defendants.

| ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | $ ☐☐☐☐☐☐ . ☐☐ |
|---|---|
| Defendant | Amount |
| ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | $ ☐☐☐☐☐☐ . ☐☐ |
| Defendant | Amount |
| ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | $ ☐☐☐☐☐☐ . ☐☐ |
| Defendant | Amount |
| ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | $ ☐☐☐☐☐☐ . ☐☐ |
| Defendant | Amount |
| ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | $ ☐☐☐☐☐☐ . ☐☐ |
| Defendant | Amount |

e.  If a settlement agreement was reached with US Gypsum or another Debtor, have any settlement amounts been paid?

Yes ☐    No ☐

f.  If "Yes," by what Debtor(s) and in what amount(s)? If by more than two Debtors, copy this question before completing it and complete it for all Debtors who paid a settlement amount.

| ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | $ ☐☐☐☐☐☐ . ☐☐ |
|---|---|
| Debtor | Amount |
| ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | $ ☐☐☐☐☐☐ . ☐☐ |
| Debtor | Amount |

**PART 9:  THE SOURCE INDIVIDUAL'S LAWSUITS AND BANKRUPTCY CLAIMS (Continued)**

**B.  BANKRUPTCY CLAIMS**

1.  Has a claim been submitted by or on behalf of the Source Individual for an asbestos-related personal injury in another bankruptcy case ("Other Bankruptcy") or against a trust established pursuant to a plan of reorganization or liquidation in another bankruptcy case ("Bankruptcy Trust")?

    Yes ☐    No ☐

    If "Yes," complete the remainder of Part 9.B as instructed.

    If "No," continue to Part 10.

2.  Has more than one bankruptcy claim been filed by or on behalf of the Source Individual for an asbestos-related personal injury?

    Yes ☐    No ☐

3.  Other Bankruptcy or Bankruptcy Trust in which the claim was submitted:

    [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

4.  Date the claim was submitted: [ ][ ] / [ ][ ] / [ ][ ][ ][ ]
       Month      Day         Year

5.  Description of the claim: [_____]

6.  Did the Source Individual submit any written claim, including but not limited to a proof of claim form, in the Other Bankruptcy or against the Bankruptcy Trust?

    Yes ☐    No ☐

    If "Yes," attach to this Questionnaire a copy of any and all such written claims.

7.  a.  Was the claim paid?
        Yes ☐    No ☐

    b.  If "Yes," the payment amount:
        $ [ ][ ][ ][ ][ ][ ][ ][ ] . [ ][ ]

8.  a.  Was the claim dismissed or otherwise disallowed or not honored?
        Yes ☐    No ☐

    b.  If "Yes," the basis for disallowance:
        [_____]

## PART 10:  CERTIFICATION THAT INFORMATION IS TRUE AND COMPLETE

Make sure that this Questionnaire is certified as true and complete by the CLAIMANT and by any attorney that the CLAIMANT has.  Both the CLAIMANT (either the INJURED PARTY or the PERSONAL REPRESENTATIVE OF THE INJURED PARTY) and any attorney for the CLAIMANT must sign below.

1.  Use the checklist below to indicate which document(s) you are submitting with this Questionnaire and which you seek reimbursement for.  DEBTORS will reimburse your reasonable expenses incurred in copying documents that you submit.  Attach to this Questionnaire a receipt that shows the copy costs you incurred.

| | | |
|---|---|---|
| ☐ | Medical reports or records regarding a diagnosis alleged in Part 2 | ☐ Copy costs sought |
| ☐ | Responses to interrogatories in lawsuits indicated in Parts 8 or 9 | ☐ Copy costs sought |
| ☐ | Radiographic evaluations, such as x-rays or CT scans | ☐ Originals attached as required |
| ☐ | Depositions in lawsuits indicated in Parts 4, 8, or 9 | ☐ Copy costs sought |
| ☐ | Pulmonary function test (PFT) reports, including spirogram tracings, FORCED VITAL CAPACITY (FVC), FORCED EXPIRATORY VOLUME (FEV₁), TOTAL LUNG CAPACITY (TLC), and DIFFUSION CAPACITY (DLCO OR D$_{CO}$) | ☐ Copy costs sought |
| ☐ | Written claims, including proof of claim forms, in another bankruptcy or against a bankruptcy trust indicated in Parts 8 or 9 | ☐ Copy costs sought |
| ☐ | Written evidence of the authority of the PERSONAL REPRESENTATIVE OF THE INJURED PARTY to act on behalf of the INJURED PARTY (if this Questionnaire is submitted by the PERSONAL REPRESENTATIVE) | ☐ Copy costs sought |
| ☐ | Death certificate (if the INJURED PARTY is deceased) | ☐ Copy costs sought |

Total amount of copy costs sought:

$ ☐☐☐☐.☐☐

Amount

☐  A receipt showing copy costs is attached.

2.  Complete and sign the Authorization for Release of Earnings Information and Employment Records From the Social Security Administration contained in Appendix A.

A confidentiality agreement entered in this case limits disclosure and use of the records and information received from the Social Security Administration pursuant to the Authorization. See Instruction No. 11 on page 3.

☐  The executed release is attached.

3.  I have reviewed the information submitted on this Questionnaire and all supporting documents submitted with it. I declare, under penalty of perjury, that, to the best of my knowledge, the information submitted is accurate and complete.

| ☐☐ / ☐☐ / ☐☐☐☐ | _____ |
|---|---|
| Month    Day    Year | (Signature of CLAIMANT) |

| ☐☐ / ☐☐ / ☐☐☐☐ | _____ |
|---|---|
| Month    Day    Year | (Signature of CLAIMANT's attorney, if any) |

Review your Questionnaire to ensure that it is true and complete and that you have attached all supporting documentation.  This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your claim. The penalty for knowingly and fraudulently making a false statement under penalty of perjury is a fine of up to $500,000 or imprisonment for up to five years, or both.

## APPENDIX A

## AUTHORIZATION FOR RELEASE OF EARNINGS INFORMATION AND EMPLOYMENT RECORDS FROM THE SOCIAL SECURITY ADMINISTRATION

AUTHORIZATION:

I hereby authorize the Social Security Administration to furnish to the law firm of Cooley Godward LLP, its partners, employees and agents ("Cooley Godward"), any and all earnings information and employment records ("SSA Employment Records") pertaining to:

Name:

Other Name(s) Used (Including Maiden Name):

Social Security Number          Date of Birth

I hereby further authorize Cooley Godward to prepare and sign a Request for Social Security Earnings Information (Form SSA-7050-F4) on my behalf in order to permit Cooley Godward to request my SSA Employment Records from the Social Security Administration. I acknowledge that I was provided with a blank copy of a Request for Social Security Earnings Information form (Form SSA-7050-F4) for my reference.

AUTHORIZED PERSONS AND ENTITIES:

This release authorizes Cooley Godward to obtain, receive and use my SSA Employment Records in connection with the litigation entitled *In re USG Corporation*, United States District Court for the District of Delaware, Case Nos. 01-02094 (JKF), 04-1559 (JFC) and 04-1560 (JFC) ("USG Litigation").

A confidentiality agreement entered into by the parties in the USG Litigation provides that the following information may be disclosed only to persons involved in the case, that it will be held in strict in confidence by persons who receive it, and that it will be used only for purposes related to the case: (1) my social security number; (2) my SSA Employment Records; and (3) information contained in my SSA Employment Records when disclosed in conjunction with my name, address, or social security number.

DURATION:

This authorization shall become effective immediately and shall expire upon final resolution of the USG Litigation identified above.

SIGNATURE:

Signature                                    Date

If the Authorization is signed by a Personal Representative of the individual, a description of such representative's authority to act for the individual.

Form Approved
OMB No. 0960-0525

# REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

*Use This Form If You Need

1. Certified/Non-Certified Detailed Earnings Information

Includes periods of employment or self-employment and the names and addresses of employers.

OR

2. Certified Yearly Totals of Earnings

Includes total earnings for each year but does not include the names and addresses of employers.

| DO NOT USE THIS FORM FOR: |
| --- |
| Non-certified yearly totals of earnings |
| This service is free to the public. |
| These totals can be obtained by calling 1-800-772-1213 to receive Form SSA-7004, Request for Earnings and Benefit Estimate Statement. |

**PRIVACY ACT NOTICE:** We are authorized to collect this information under section 205 of the Social Security Act, and the Federal Records Act of 1950 (64 Stat. 583). It is needed so we can identify your records and prepare the statement you request. You do not have to furnish the information, but failure to do so may prevent your request from being processed.

**PAPERWORK REDUCTION ACT:** This information collection meets the clearance requirements of 44 U.S.C. 83507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You are not required to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take you about 11 minutes to read the instructions, gather the necessary facts, and answer the questions.

## INFORMATION ABOUT YOUR REQUEST

• **How Do I Get This Information?**

You need to complete the attached form and tell us what information you want.

• **Can I Get This Information For Someone Else?**

Yes, if you have their written permission. For more information, see page 3.

• **Who Can Sign On Behalf Of The Individual?**

The parent of a minor child, or the legal guardian of an individual who has been declared legally incompetent, may sign if he/she is acting on behalf of the individual.

• **Is There A Fee For This Information?**

1. **Certified/Non-Certified Detailed Earnings Information**

Yes, we usually charge a fee for detailed information. In most cases, this information is used for purposes NOT directly related to Social Security such as for a private pension plan or personal injury suit. The fee chart on page 3 gives the amount of the charge.

Sometimes, there is no charge for detailed information. If you have reason to believe your earnings are not correct (for example, you have previously received earnings information from us

and it does not agree with your records), we will supply you with more detail for the period in question. Occasionally, earnings amounts are wrong because an employer did not correctly report earnings or earnings are credited to the wrong person. In situations like these, we will send you detailed information, at no charge, so we can correct your record.

Be sure to show the year(s) involved on the request form and explain why you need the information. If you do not tell us why you need the information, we will charge a fee.

We will certify the detailed earnings information for an additional fee of $15.00. Certification is usually not necessary unless you plan to use the information in court.

2. **Certified Yearly Total of Earnings**

Yes, there is a fee of $15 to certify yearly totals of earnings. Cetification is usually not necessary unless you plan to use the information in court.

3. **Method of Payment**

Enclose a check or money order for the entire fee required. Payment can also be made by credit card. To do so, complete page 4 of this form and return it with your request form.

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

1. From whose record do you need the earnings information?

Print the Name, Social Security Number (SSN), and date of birth below.

Name _____

Social Security Number _____

Other Name(s) Used
(Include Maiden Name) _____

Date of Birth
(Mo/Day/Yr) _____

2. What kind of information do you need?

☐ Detailed Earnings Information
(If you check this block, tell us below why you need this information.)

For the period(s)/year(s): _____

_____
_____

☐ Certified Total Earnings For Each Year.
(Check this box only if you want the information certified. Otherwise, call 1-800-772-1213 to request Form SSA-7004, Request for Earnings and Benefit Estimate Statement)

For the year(s): _____

*For Reference Only — Do Not Fill Out*

3. If you owe us a fee for this detailed earnings enter the amount due
using the chart on page 3 · · · · · · · · · · · · · · · · · · · · · · · · · · · · A. $ _____

Do you want us to certify the information?     ☐ Yes     ☐ No

If yes, enter $15.00 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · B. $ _____

ADD the amounts on lines A and B, and
enter the TOTAL amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C. $ _____

* You can pay by CREDIT CARD by completing and returning the form on page 4, or
* Send your CHECK or MONEY ORDER for the amount on line C with the request and make check or money order payble to "Social Security Administration"
* DO NOT SEND CASH.

4. I am the individual to whom the record pertains (or a person who is authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

SIGN your name here
(Do not print)  > _____          Date _____

Daytime Phone Number     _____
                          (Area Code)  (Telephone Number)

5. Tell us where you want the information sent. (Please print)

Name _____          Address _____

City, State & Zip Code _____

6. Mail Completed Form(s) To:     Exception: If using private contractor (e.g., FedEx) to mail form(s), use:

Social Security Administration
Division of Earnings Record Operations
P.O. Box 33003
Baltimore Maryland  21290-3003

Social Security Administration
Division of Earnings Record Operations
300 N. Greene St.
Baltimore Maryland  21290-0300

Form SSA-7050-F4 (1-2004) EF (01-2004)          2

# REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

How Much Do I Have to Pay For Detailed Earnings?

1. Count the number of years for which you need detailed earnings information. Be sure to add in both the first and last year requested. However, do not add in the current calendar year since this information is not yet available.

2. Use the chart below to determine the correct fee.

| Number of Years Requested | Fee | Number of Years Requested | Fee | Number of Years Requested | Fee |
|---|---|---|---|---|---|
| 1 | $15.00 | 15 | $43.75 | 28 | $64.50 |
| 2 | 17.50 | 16 | 45.50 | 29 | 66.00 |
| 3 | 20.00 | 17 | 47.25 | 30 | 67.50 |
| 4 | 22.50 | 18 | 49.00 | 31 | 68.75 |
| 5 | 25.00 | 19 | 50.75 | 32 | 70.00 |
| 6 | 27.00 | 20 | 52.50 | 33 | 71.25 |
| 7 | 29.00 | 21 | 54.00 | 34 | 72.50 |
| 8 | 31.00 | 22 | | 35 | 73.75 |
| 9 | 33.00 | 23 | 57.00 | 36 | 75.00 |
| 10 | 35.00 | | 58.50 | 37 | 76.25 |
| 11 | 36.75 | 25 | 60.00 | 38 | 77.50 |
| 12 | 38.50 | 26 | 61.50 | 39 | 78.75 |
| 13 | 40.25 | 27 | 63.00 | 40 | 80.00 |
| 14 | 42.00 | | | | |

*For Reference Only / Do Not Fill Out* (watermark)

**For Requests Over 40 Years, Please Add 1 Dollar for Each Additional Year.**

- **Whose Earnings Can Be Requested**

  1. **Your Earnings**

     You can request earnings information from your own record by completing the attached form; we need your handwritten signature. If you sign with an "X", your mark must be witnessed by two disinterested persons who must sign their name and address.

  2. **Someone Else's Earnings**

     You can request earnings information from the record of someone else if that person tells us in writing to give the information to you. This writing or "authorization" must be presented to us within 60 days of the date it was signed by that person.

  3. **A Deceased Person's Earnings**

     You can request earnings information from the record of a deceased person if you are the legal representative of the estate, a survivor (that is, the spouse, parent, child, divorced spouse of divorced parent), or an individual with a material interest (example-financial) who is an heir at law, next of kin, beneficiary under the will or donee of property of the decedent.

     Proof of death must be included with your request. Proof of appointment as representative or proof of your relationship to the deceased must also be included.

## YOU CAN MAKE YOUR PAYMENT BY CREDIT CARD

As a convenience, we offer you the option to make your payment by credit card. However, regular credit card rules will apply.
You may also pay by check or money order.

Please fill in all the information below and return this form along with your request to:

Social Security Administration
Division of Earnings Record Operations
P.O. Box 33003
Baltimore Maryland 21290-3003

**Exception:**
If using private contractor (e.g., FedEx) to mail form(s), use:

Social Security Administration
Division of Earnings Record Operations
300 N. Greene St.
Baltimore Maryland 21290-0300

**Note: Please read Paperwork/Privacy Act Notice**

| CHECK ONE | ☐ Visa   ☐ American |
| | ☐ MasterCard   ☐ Discover   ☐ Diners Card |

Credit Card Holder's Name
(Enter the name from the credit card)
_____ First Name, Middle Initial, Last Name

Credit Card Holder's Address
_____ Number & Street
_____ City, State, & Zip Code

Daytime Telephone Number
_____ Area Code   Telephone Number

Credit Card Number

Credit Card Expiration Date
_____ Month   Year

Amount Charged

Credit Card Holder's Signature

For Reference Only
Do Not Fill Out

| DO NOT WRITE IN THIS SPACE OFFICE USE ONLY | Authorization |
| | Name                        Date |
| | Remittance Control # |

### PRIVACY ACT NOTICE

The Social Security Administration (SSA) has authority to collect the information requested on this form under section 205 of the Social Security Act. Giving us this information is voluntary. You do not have to do it. We will need this information only if you choose to make payment by credit card. You do not need to fill out this form if you choose another means of payment (for example, by check or money order).

If you choose the credit card payment option, we will provide the information you give us to the banks handling your credit card account and SSA's account. We may also provide this information to another person or government agency to comply with federal laws requiring the release of information from our records. You can find these and other routine uses of information provided to SSA listed in the Federal Register. If you want more information about this, you may call or write any Social Security Office.

Form SSA-7050-F4 (1-2004) EF (1-2004)          4

## APPENDIX B
## COMPANY HISTORY ABOUT PRODUCTS CONTAINING ASBESTOS

**United States Gypsum Company** is a subsidiary of USG Corporation. United States Gypsum Company was formed in 1901 and is in the business of manufacturing and selling building products. Some of the building products manufactured and sold by United States Gypsum Company from 1920 through 1978 contained asbestos. Products that may have contained asbestos during this period include some wall and ceiling plasters, spray fireproofing, fire-rated ceiling tiles, decorative textures, joint compound, and industrial insulation. Most of these products did not contain asbestos at all times from 1920 through 1978. No product contained asbestos as part of the product formulation after 1978.

A list of trade names of products manufactured by United States Gypsum Company during the period from 1920 through 1978 that may have contained asbestos includes, but may not be limited to, the following:

A-B Tex Texture Paint
ACOUSTONE 120 Ceiling Tiles
ACOUSTONE 180 Ceiling Tiles
AUDICOTE Acoustical Plaster
Aggregated Spray Finish, White
CHINA GLAZE Siding
Column Fire Board
Concrete Ceiling Texture
DURABOND Joint Compound
Exterior Texture Wallboard Finish
Fire Door Coreboard
Hi-LITE Acoustical Plaster
IMPERIAL "QT" (Spray) Texture Finish
KEMIDOL Joint Compound
K-FAC 19 Block Insulation
K-FAC Block Insulation
MAYFAIR Shake Siding
Multi-Purpose Texture Finish
ORIENTAL Exterior Finish Stucco
ORIENTAL Interior Finish
PAC-TEX Texture Paint
PERF-A-TAPE Joint Compound
PYROBAR Mortar Mix
USG "QT" Simulated Acoustical Spray Texture
Ready-Mixed Imperial "QT" Simulated Acoustical
Spray Texture
RED TOP Acoustical Plaster
RED TOP BONDCRETE Plaster-Basecoat
RED TOP Cover Coat Finish Plaster

RED TOP Firecode D Plaster
RED TOP Firecode "V" Plaster
RED TOP Gypsum Plaster
RED TOP Patching Plaster
RED TOP Sanded Wall Plaster
RED TOP Strucolite Plaster
RED TOP Trowel Finish
RED TOP Wood Fiber Plaster
REGENCY Shingles
SABINITE Acoustical Plaster
SHEETROCK Radiant Heat Filler-Machine Application
SHEETROCK Radiant Heat Simulated Acoustical Texture
Simulated Acoustical Spray Texture/Finish
Special Texture Paint
SPRAYDON Powercote
SPRAYDON Standard A
SPRAYDON Standard G
STRUCTOLITE Plaster
Superhard Spray Texture Finish
SUPERTITE Roofing Products
TEXOLITE Block Filler
TEXOLITE Dry Fill
TEXOLITE Drywall Surfacer
TEXTONE Texture Finish
THERMALUX Radiant Heating Panels
USG Joint Compound
Wainscoat Trowel Finish Plaster

United States Gypsum Company also manufactured other products in the following generic categories that may have contained asbestos:

Adhesives
Asbestos Board
Asbestos Paper
Insulating Cement
Joint Compound
Pipecovering
Roofing Products
Cement Siding Shingles

**USG Corporation** was formed in 1985 and is the parent company of various debtors in this chapter 11 proceeding. USG Corporation has never manufactured or sold any building products. Various subsidiaries of USG Corporation manufactured or sold building products that contained asbestos at various times in the past.

**L&W Supply Company,** a subsidiary of USG Corporation, is a distributor of building materials manufactured by United States Gypsum Company and other companies. L&W Supply Company was created in 1971 as a subsidiary of United States Gypsum Company and, since 1985, has been a subsidiary of USG Corporation. In the 1970s, some of the products distributed by L&W Supply Company, primarily joint compound and roofing materials, contained asbestos. Since its formation in 1971, L&W Supply Company distribution centers have operated under different business names in different locations. A list of these business names is available on the USG claims website at http://www.usgclaims.com/ LandWbusiness_names.asp.

**Beadex Manufacturing, LLC,** a subsidiary of United States Gypsum Company, manufactured and sold joint compound containing asbestos from 1963 through 1978. Distribution of products that contained asbestos is believed to have been limited to Washington, Oregon, Idaho, Alaska, and possibly Colorado.

**USG Interiors, Inc.,** a subsidiary of USG Corporation, was formed in 1986. USG Interiors has manufactured mineral fiber ceiling tiles and suspension systems, mineral fiber insulation, access floors, and wall partition systems. None of the products manufactured or sold by USG Interiors contained asbestos as part of the product formulation.

# APPENDIX C
## STANDARD OCCUPATIONAL CLASSIFICATION CODES[1]

### Healthcare Practitioners and Technical Occupations

1. Dentists, General

### Protective Service Occupations

2. Fire Fighters

### Building and Grounds Cleaning and Maintenance Occupations

3. Janitors and Cleaners, Except Maids and Housekeeping Cleaners

### Construction and Extraction Occupations

4. Asbestos Removal Workers[2]
5. Boilermakers
6. Brickmasons and Blockmasons
7. Carpenters
8. Carpet Installers
9. Cement Masons and Concrete Finishers
10. Construction and Building Inspectors
11. Construction Laborers
12. Continuous Mining Machine Operators
13. Drywall and Ceiling Tile Installers
14. Drywall Finishers (Tapers)
15. Electricians
16. Elevator Installer & Repairers
17. First-Line Supervisors/Managers of Construction Trades and Extraction Workers
18. Floor Layers, Except Carpet, Wood, and Hard Tiles
19. Floor Sanders and Finishers
20. Glaziers
21. Hazardous Materials Removal Workers
22. Helpers – Brickmasons, Blockmasons, Stonemasons, and Tile and Marble Setters
23. Helpers – Electricians
24. Helpers – Extraction Workers
25. Helpers – Painters, Paperhangers, Plasterers, and Stucco Masons
26. Helpers – Pipelayers, Plumbers, Pipefitters, and Steamfitters
27. Insulation Workers
28. Mine Cutting and Channeling Machine Operators
29. Miner 1[2]
30. Operating Engineers and Other Construction Equipment Operators
31. Painters, Construction and Maintenance
32. Paperhangers
33. Pipelayers
34. Plasterers and Stucco Masons
35. Plumbers, Pipefitters, and Steamfitters
36. Rail-Track Laying and Maintenance Equipment Operators
37. Reinforcing Iron and Rebar Workers
38. Rock Splitters, Quarry
39. Roof Bolters, Mining
40. Roofers
41. Service Unit Operators, Oil, Gas, and Mining
42. Sheet Metal Workers
43. Stonemasons
44. Structural Iron and Steel Workers
45. Terrazzo Workers and Finishers
46. Tile and Marble Setters

### Installation, Maintenance, and Repair Occupations

47. Automotive Service Technicians and Mechanics
48. Boiler House Mechanics[2]
49. Bus and Truck Mechanics and Diesel Engine Specialists
50. Control Valve Installers and Repairers, Except Mechanical Door
51. Electrical and Electronics Repairers, Powerhouse, Substation, and Relay
52. Fabric Menders, Except Garment
53. Heating, Air Conditioning, and Refrigeration Mechanics and Installers
54. Industrial Machinery Mechanics
55. Maintenance and Repair Workers, General
56. Maintenance Workers, Machinery

57. Millwrights
58. Mobile Heavy Equipment Mechanics, Except Engines
59. Motorcycle Mechanics
60. Rail Car Repairers
61. Refractory Materials Repairers, Except Brickmasons
62. Riggers
63. Valve Repairers[2]

### Production Occupations

64. Cabinetmakers and Bench Carpenters
65. Chemical Equipment Operators and Tenders
66. Coating, Painting, and Spraying Machine Setters, Operators, and Tenders
67. Crushing, Grinding and Polishing Machine Setters, Operators and Tenders
68. Cutters and Trimmers, Hand
69. Cutting, Punching, and Press Machine Setters, Operators, and Tenders, Metal and Plastic
70. Dental Laboratory Technician
71. Engine and Other Machine Assemblers
72. Foundry Mold and Coremakers
73. Gas Plant Operators
74. Lay-Out Workers, Metal and Plastic
75. Machinists
76. Metal-Refining Furnace Operators and Tenders
77. Mixing and Blending Machine Setters, Operators, and Tenders
78. Molders, Shapers, and Casters, Except Metal and Plastic
79. Painting, Coating and Decorative Worker
80. Petroleum Pump System Operators, Refinery Operators, and Gaugers
81. Pourers and Casters, Metal
82. Power Plant Operators
83. Prepress Technicians and Workers
84. Printing Machine Operators
85. Sawing Machine Setters, Operators, and Tenders, Wood
86. Stationary Engineers and Boiler Operators
87. Structural Metal Fabricators and Fitters
88. Textile Cutting Machine Setters, Operators and Tenders
89. Textile Knitting and Weaving Machine Setters, Operators and Tenders
90. Textile Winding, Twisting, and Drawing Out Machine Setters, Operators, and Tenders
91. Tool and Die Makers
92. Welders, Cutters, Solderers, and Brazers
93. Welder, Production Line[2]
94. Welding, Soldering, and Brazing Machine Setters, Operators and Tenders

### Transportation and Material Moving Occupations

95. Cleaners of Vehicles and Equipment
96. Conveyor Operators and Tenders
97. Crane and Tower Operators
98. Excavating and Loading Machine and Dragline Operators
99. Industrial Truck and Tractor Operators
100. Laborers and Freight, Stock, and Material Movers, Hand
101. Loading Machine Operators, Underground Mining
102. Locomotive Engineers
103. Locomotive Firers
104. Pump Operators, Except Wellhead Pumpers
105. Rail Yard Engineers, Dinkey Operators, and Hostlers
106. Railroad Conductors and Yardmasters
107. Railroad Car Inspectors[2]
108. Sailors and Marine Oilers
109. Ship Engineers
110. Shuttle Car Operators
111. Tank Car, Truck, and Ship Loaders
112. Transportation Inspectors
113. Truck Drivers, Heavy and Tractor Trailer
114. Truck, Drivers, Light or Delivery Service

115. **Other (please specify)**

---

[1] Codes are based on U.S. Department of Labor, Bureau of Labor Statistics, List of Standard Occupation Classifieds, found at http://stats.bls.gov/oes/1999/oes_stru.htm unless otherwise indicated.
[2] Codes are based on U.S. Department of Labor, Dictionary of Occupational Titles, Fourth Edition, Revised 1991 found at http://www.oalj.dol.gov/public/dot/refmc/dotalpha.htm with definitions at http://www.oalj.dol.gov/libdot.htm#definitions.

# APPENDIX D
## STANDARD INDUSTRY CLASSIFICATION CODES[3]

A.      Agriculture, Forestry & Fishing

B.1     Mining & Milling (asbestos)
B.2     Mining & Milling (non-asbestos)

C.      Construction

D.1     Manufacturing – Asbestos Containing Products
D.2     Manufacturing – Boilers
D.3     Manufacturing – Chemicals
D.4     Manufacturing – Insulation (asbestos containing)
D.5     Manufacturing – Insulation (non-asbestos containing)
D.6     Manufacturing – Petroleum Refining and Related Industries
D.7     Manufacturing – Plastic Products
D.8     Manufacturing – Rubber
D.9     Manufacturing – Textiles (asbestos containing)
D.10    Manufacturing – Textiles (non-asbestos containing)
D.11    Manufacturing – Transportation Equipment (other than shipbuilding or shipbreaking)
D.12    Manufacturing – Transportation Equipment (shipbuilding or shipbreaking)
D.13    Manufacturing – Other (please specify product)


E.1     Transportation – Electric, Gas, and Sanitary Services
E.2     Transportation – Railroad
E.3     Transportation – Water
E.4     Transportation – Other (please specify)

F.      Wholesale Trade

G.      Retail Trade

H.      Finance, Insurance, and Real Estate

I.1     Services – Automotive Repair
I.2     Services – Miscellaneous Repair
I.3     Services – Other (please specify)

J.      Public Administration

K.      Military (Non-Navy)

L.      Navy

M.      Other (please specify)

[3] Codes are based on OSHA, U.S. Department of Labor, Standard Industry Classifications, Division Structure, at http://www.osha.gov/oshstats/sicser.html.

< < # > > - <<SEQ>>
<<NAME>>
<<ADDRESS1>>
<<ADDRESS2>>
<<CITY STATE ZIP>>
<<COUNTRY>>

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2005, I electronically filed the **Debtors'**

**Standard Questionnaire to Select Personal Injury Asbestos Claimants** with the Clerk of

Court using CM/ECF which will send notifications of such filing to the following:

| | |
|---|---|
| **Steven T. Davis**<br>steven.davis@obermayer.com | **Michael R. Lastowski**<br>mlastowski@duanemorris.com |
| **Marla Rosoff Eskin**<br>meskin@camlev.com | **Christopher D. Loizides**<br>loizides@loizides.com |
| **Brett D. Fallon**<br>bfallon@morrisjames.com | **Christopher A. Ward**<br>bankserve@bayardfirm.com<br>cward@bayardfirm.com |
| **Paul N. Heath**<br>heath@rlf.com; rbgroup@rlf.com | **Daniel Bryan Butz**<br>dbutz@mnat.com |

I hereby certify that on October 14, 2005, I caused a copy of the **Debtors'**

**Standard Questionnaire to Select Personal Injury Asbestos Claimants** to be served via e-

mail upon the attached *Service List*[1] and *Interested Party Service List.*

_____/s/ Paul N. Heath_____
Paul N. Heath (No. 3704)
Richards, Layton & Finger, P.A.
One Rodney Square, P. O. Box 551
Wilmington, Delaware 19899-0551
Phone:  302-651-7700
Fax:  302-651-7701
E-mail:  heath@rlf.com

---

[1] As defined in and in accordance with *Order Establishing Case Management and Scheduling Procedures for All Matters in the Above-Captioned Bankruptcy Cases Which the Reference has been Withdrawn from the United States Bankruptcy Court for the District of Delaware to the United States District Court for the District of Delaware* [Docket No. 8 in Case #04-1560; Docket No. 6 in Case #04-1559 – entered March 23, 2005]

*In re:  USG Corporation*
*General Service List as of October 14, 2005*
*Via Email*

*Representing Statutory Committee of Equity
Security Holders*
Robert J. Dehney
Daniel B. Butz
Curtis S. Miller
Morris Nichols Arsht & Tunnell
P.O. Box 1347
1201 N. Market Street
Wilmington, DE 19899

*Representing Marathon Ashland Petroleum
and Coral Energy Canada*
John D. Demmy
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

*Representing Official Committee of Asbestos
Personal Injury Claimants*
Marla R. Eskin
Kathleen J. Campbell
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

*Representing Edward Wally*
Robert Jacobs
Jacobs & Crumplar, P.A.
P.O. Box 1271
2 East 7th Street
Wilmington, DE 19899

*Representing US Trustee*
David Klauder
Office of the United States Trustee
J. Caleb Boggs Federal Building, 844 King
Street, Room 2313 Lockbox 35
Wilmington, DE 19801-3519

*Representing Administrative Agent*
Adam G. Landis
Landis Rath & Cobb LLP
919 Market St., Ste. 600
Wilmington, DE 19801

*Representing Official Committee of
Unsecured Creditors*
Michael R. Lastowski
Duane Morris, LLP
P.O. Box 195
1100 North Market Street, Suite 1200
Wilmington, DE 19899-1246

*Representing Airgas, Inc.*
Kathleen M. Miller
Smith Katzenstein & Furlow, LLP
P.O. Box 410
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899

*Representing Dean M. Trafelet, Futures
Representative*
James L. Patton
Sharon Zieg
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
1000 West Street, 17th Floor
Wilmington, DE 19899

*Representing Official Committee of Asbestos
Property Damage Claimants*
Steven M. Yoder
Neal B. Glassman
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Representing Atlas Roofing Corporation*
Jennifer M. Zelvin
McCarter & English, LLP
P.O. Box 111
919 N. Market Street, Suite 950
Wilmington, DE 19899

*Representing Ancel Abadie and additional*
*claimants*
Julie A. Ardoin
Stephen B. Murray
The Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70112-4000

*Representing Asbestos Property Damage*
*Committee*
Scott L. Baena
Jay Sakalo
Annie Martinez
Allyn Danzeisen
Bilzin Sumberg Baena Price & Axelrod LLP
2500 First Union Financial Center, 200
South Biscayne Blvd.
Miami, FL 33131-2336

Gary L. Barnhart
Missouri Dept. of Revenue
P.O. Box 475
301 West High Street, Room 670
Jefferson City, MO 65105-0475

*Representing Statutory Committee of Equity*
*Security Holders*
Martin J. Bienenstock
Judy G. Z. Liu
Robert J. Lemons
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Robert W. Bollar
Southern Counties Oil Co.
P.O. Box 4159
1800 West Katella Avenue, Suite 400
Orange, CA 92863-4159

*Representing Airgas, Inc.*
David Boyle
Airgas, Inc.
P.O. Box 6675
259 Radnor-Chester Road, Suite 100
Radnor, PA 19087

*Representing West Coast Estates*
Thomas J. Brandi
Terrence Edwards
Law Offices of Thomas J. Brandi
44 Montgomery Street, #1050
San Francisco, CA 94104

*Representing Various Asbestos Claimants*
Alan R Brayton
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

*Representing Various Asbestos Claimants*
Russell Budd
Alan B. Rich
Baron & Budd, P.C
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

ReGen Capital I, Inc.
P.O. Box 626
Planetarium Station
New York, NY 10024-0540

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

*Representing Central States, Southeast and*
*Southwest Areas Pension Fund*
Rathna Chikkalingaiah
Central States, Southeast and Southwest
Areas Pension Fund
Legal Department 9377 West Higgins Road
Rosemont, IL 60018-4938

*Representing Oracle Corporation and
Oracle Credit Corporation*
Shawn M. Christianson
Buchalter, Nemer, Fields & Younger
333 Market Street, 25th Floor
San Francisco, CA 94105-2130

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North, 1100 North Market
Street
Wilmington, DE 19890

*Representing Tennessee Dept. of Treasury -
Unclaimed Property*
Marvin E. Clements, Jr.
C/O TN Attorney General's Office, Bankr.
Unit
P.O. Box 20207
Nashville, TN 37202-0207

*Representing Barbara G. Billet, Esq.,
Deputy Commissioner and Counsel*
Elaine Z. Cole
New York State Department of Taxation and
Finance
340 E. Main St.
Rochester, NY 14604

*Representing Committee Member*
Newberry College
c/o Edward J. Westbrook, Esquire
Richardson Patrick Westbrook & Brickman
LLC
P.O. Box 1007
1037 Chuck Dawley Blvd, Building A
Mount Pleasant, SC 29465

*Representing Dean M. Trafelet, Futures
Representative*
Nicholas J. Cremona
Andrew A. Kress
Jane Parver
Edmund M. Emrich
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*Representing Ker McGee*
Myron K. Cunningham
Kerr McGee Center
P.O. Box 25861
Oklahoma City, OK 73125

*Representing Catholic Archdiocese of New
Orleans*
Martin Dies
1009 Green Avenue
Orange, TX 77630

*Representing Port St. Helens, Oregon*
Charles R. Ekberg
Lane Powell Sears Lubersky LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

*Representing Debtors*
Brad B. Erens
Robert Krebs
Kaye Sobczak
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692

*Representing Hayward Industrial Park
Associates, a CA general partnership*
Gregg M. Ficks
Coblentz, Patch, Duffy & Bass, LLP
One Ferry Building, Suite 200
San Francisco, CA 94111

*Representing Federal Express Corp.*
Charles J. Filardi, Jr.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Ryan A. Foster
The Foster Law Firm, PLLC
440 Louisiana, Suite 2100
Houston, TX 77002

*Representing Wilmington Trust Company*
Edward M. Fox
Kirkpatrick & Lockhard Nicholson Graham
LLP
599 Lexington Avenue
New York, NY 10022

Charles O. Freedgood
JP Morgan Chase
270 Park Avenue Floor 12
New York, NY 10017-2036

*Representing Innovative Gas Services, Inc.*
Craig E. Freeman
Thelen, Reid & Priest LLP
875 Third Avenue
New York, NY 10022

*Representing Statutory Committee of Equity
Security Holders*
Peter M. Friedman
Weil, Gotshal & Manges LLP
1501 K Street, NW Suite 100
Washington, DC 20005

*Representing Environmental Protection
Agency*
Henry S. Friedman
John C. Cruden
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044

*Representing Statutory Committee of Equity
Security Holders*
Julie T. Friedman
Victoria Vron
Robert Gee
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

*Representing The Valleycrest Landfill Site
Group*
Neal A. Frink
Dinsmore & Shohl
1900 Chemed Center 255 East Fifth Street
Cincinnati, OH 45202

*Representing Certain Plaintiffs & Claimants*
Charles E. Gibson, III
620 North Street, Suite 100
Jackson, MS 39202

*Representing California Union Insurance
Company*
Leonard P. Goldberger
Stevens & Lee
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Terry A. Graffis
National City Bank
1900 East Ninth Street, Locator 01-2136
Cleveland, OH 44114

*Representing Creditor*
Tyler Greif
Peter Faulkner
1313 Avenue of the Americas
New York, NY 10019

*Representing Fox Valley Steel and Wire
Company*
Daniel J. Habeck
Cramer, Multhauf & Hammes, LLP
P.O. Box 558
Suite 200, 1601 East Racine Avenue
Waukesha, WI 53187

*Representing Debtor*
Paul Harner
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Il 60601-1692

*Representing Debtors*
David Heiman
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, OH 44114

*Representing New Jersey Resources*
Robert L. Heugle, Jr.
Lomurro, Davison, Eastman & Munoz, P.A.
Monmouth Executive Center, 100
Willowbrook Road, Building 1
Freehold, NJ 07728-2879

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*Representing OII Steering Committee*
Allan H. Ickowitz
Kathy K. Emanuel
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

*Representing Official Committee of Asbestos Personal Injury Claimants*
Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Ave.
New York, NY 10022-4614

Thomas L. Jacob
Air Products and Chemicals, Inc.
7201 Hamilton BLVD.
Alentown, PA 18195-1501

William S. Katchen
Duane Morris, LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

*Representing Various Asbestos Claimants*
Michael V. Kelley
Thomas M. Wilson
Kelley & Ferraro, L.L.P.
1901 Penton Media Building, 1300 East
Ninth Street
Cleveland, OH 44114

Allan Kellman
The Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

*Representing City and County of Denver*
Eugene J. Kottenstette
Assistant City Attorney
Land Use & Revenue Section
201 West Colfax Avenue, Dept 1207
Denver, CO 80202-3275

Roger Kral
Dietrich Industries
4200 St Rt 22 East #3
Blairsville, PA 15717

*Representing Trucklease Corporation d/b/a AMI Leasing, sucessor in interest to Biddle Co., Inc.*
Gary P. Lightman
Glenn A. Manochi
LIGHTMAN, MANOCHI &
CHRISTENSEN
1520 Locust Street, 12th Floor
Philadelphia, PA 19102

*Representing Official Committee of Asbestos*
*Personal Injury Claimants*
Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005-5802

*Representing USG Corporation*
Mary A. Martin
USG Corporation
125 South Franklin Street
Chicago, IL 60606

*Representing Lexington Insurance Company*
Robert B. Millner
Sonnenschein, Nath & Rosenthal
8000 Sears Tower, 233 South Wacker Drive
Chicago, IL 60606

*Representing Commonwealth of*
*Pennsylvania, Pennsylvania Department of*
*Revenue*
Christopher R. Momjian
Office of the  Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

*Representing Office of the Attorney General*
*- Washington*
Zachary Mosner
Office of the Attorney General - Bankruptcy
& Collections Unit
900 Fourth Avenue, Suite 2000
Seattle, WA 98164-1012

Lisa B. Neimark
Guiliani Capital
233 S. Wacker Drive
Chicago, IL 60606

*Representing The State of Louisiana*
L. Scott Patton
Walter C. Dunn
The Boles Law Firm
P.O. Box 2065
1818 Avenue of America
Monroe, LA 71207-2065

*Representing Dean M. Trafelet, Futures*
*Representative*
Allan Pepper
Michael Lynn
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*Representing Center for Claims Resolution*
Michael P. Richman
Jean Marie L. Atamian
Anthony J. Diana
Leslie Chebli
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

Barry Ridings
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th Floor
New York, NY 10020

*Representing Commonweath of PA*
Sharon L. Royer
Harrisburg Bankruptcy and Compliance
1171 South Cameron Street, Room 312
Harrisburg, PA 17104-2513

*Representing Parkway, Ltd.*
Howard C. Rubin
Kessler & Collins
5950 Sherry Lane, Suite 222
Dallas, TX 75225

*Representing Doris Saiger, as Personal Representative of the Estate of William Saiger, and Dawn Saiger*
Peter D. Russin
L. Tannenbaum
Meland Russin Hellinger & Budwick, P.A.
3000 Wachovia Financial Center 200 S. Biscayne Boulevard
Miami, FL 33131

*Representing Associates Leasing, Inc.*
Sergio I. Scuteri
Farr Burke Gambacorta & Wright, P.C.
P.O. Box 788
Suite 201, Eastern International Executive Office Center, 211 Benigno Boulevard
Bellmawr, NJ 08099-9811

*Representing IBM Corporation*
Beverly H. Shideler
IBM Corporation
2 Lincoln Center #200
Oakbrook Terrace, IL 60181-4837

*Representing Various Asbestos Claimants*
Charles Siegel
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

*Representing Fee Auditor*
Warren H. Smith
Warren H. Smith & Associates, P.C.
Republic Center, 325 N. Saint Paul, Suite 1275
Dallas, TX 75201

*Representing Anderson Memorial Hospital*
Daniel A. Speights
Speights & Runyan
P.O. Box 685
200 Jackson Avenue East
Hampton, SC 29924

Adam M. Spence
The Law Offices of Adam M. Spence, P.C.
105 W. Chesapeake Avenue, Suite 400
Towson, MD 21204

*Representing Archiped Classics, Inc.*
Stephen C. Stapleton
Cowles & Thompson
901 Main Street, Suite 4000
Dallas, TX 75202

J.W. Taylor c/o Paul Matthews, Paralegal
Coastal Transport, Inc.
P.O. Drawer 67
Auburndale, FL 33823

*Representing USG Corporation*
Suzanne K. Torrey
USG Corporation
125 S. Franklin Street
Chicago, IL 60606

*Representing Future Claimants*
Dean M. Trafelet
P.O. Box 518
9130 Wild Lane
Baileys Harbor, WI 54202

*Representing New Jersey Self-Insurers Guaranty Association*
Michael S. Waters
Jeffrey Bernstein, Esquire
Carpenter Bennett & Morrissey
Three Gateway Center 100 Mulberry St.
Newark, NJ 07102

*Representing Blue Cross & Blue Shield of Florida, Inc.*
Richard Blackstone Webber II
Richard Blackstone Webber II, PA
320 Maitland Avenue
Altamonte Springs, FL 32701