# EXHIBIT 16

# WR Grace
## Personal Injury Questionnaire (PIQ)
# Final Cover Sheet



WR GRACE PIQ 31602-0000

Doc ID: **31602**         Date Received: **7-12-2006**         Confirmed Form Type: **PIQ**

Firm #: **99121**         Firm Name: **KELLEY & FERRARO**

Attorney #: **99133**         Attorney Name: **WILSON, THOMAS M**

Page Count Information:

Verified Form Count:      | 23 |

Verified Attach. Count:   | 8 |

Totals:

**Total Pages submitted Incl. Cover Sheet: 32**

(If Multiple Claimants & Attachments have been copied, put all related Document ID Numbers in comment box)

**Other Comments:**
- ☐ Code 1 – Objections Attached
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐ Other:

Rust ID: 184373         BMC Footer Number: 378084514

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

WR GRACE PIQ 81602-0009

### a. GENERAL INFORMATION

1. Name of Claimant: _____
   First        MI        Last

2. Gender: ☐ Male ☐ Female

3. Race (for purposes of evaluating Pulmonary Function Test results): ........................☐ White/Caucasian

   ☐ African American

   ☐ Other

4. Last Four Digits of Social Security Number: _____ 8747

5. Birth Date: 1/21/1927

6. Mailing Address: 9026 St. Rt. #7   Kinsman, OH 44428-
   Address          City          State/Province    Zip/Postal Code

7. Daytime Telephone Number: ................................................( __ __ __ ) __ __ __ - __ __ __ __

### b. LAWYER'S NAME AND FIRM

1. Name of Lawyer: Thomas M. Wilson, Esq

2. Name of Law Firm With Which Lawyer is Affiliated: Kelley & Ferraro LLP

3. Mailing Address of Firm: 1300 E. 9th Street, Suite 1901  Cleveland, OH  44114
   Address          City          State/Province    Zip/Postal Code

4. Law Firm's Telephone Number or Lawyer's Direct Line: ...........................( 216 ) 575 - 0777

   X  Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? ............................................................ X Living ☐ Deceased
   If deceased, date of death:................................................................... __ __ / __ __ / __ __ __ __

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:
   Primary Cause of Death (as stated in the Death Certificate):  If deceased, see attached death certificate
   Contributing Cause of Death (as stated in the Death Certificate): _____

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged:

   ☐ Asbestos-Related Lung Cancer          ☐ Mesothelioma

   X Asbestosis                            ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)

   ☐ Other Asbestos Disease               ☐ Clinically Severe Asbestosis

   a. Mesothelioma: If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

      ☐ diagnosis from a pathologist certified by the American Board of Pathology

      ☐ diagnosis from a second pathologist certified by the American Board of Pathology

      ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

      X  other (please specify): Objection: See attached medical information

1

REDACTED

# ALVIN J. SCHONFELD D.O., F.C.C.P., F.A.A.D.E

PULMONARY MEDICINE
OCCUPATIONAL LUNG DISEASE



905 W. CASTLEWOOD TERRACE
CHICAGO, IL 60640-4218

PHONE: 1-773-878-6111
FAX: 1-773-878-9797

July 23, 1999

RE:
SSN:      8747

PA and lateral chest x-ray dated 7-16-99 was reviewed for the presence of pneumoconiosis according to the ILO 1980 classification. The film is Quality 2 because of cut of CP angle on right. Cardiac, hilar, and mediastinal silhouettes are unremarkable. Irregular interstitial infiltrates were seen in both mid and lower lung zones having a shape and size of s/t and a profusion of 1/0. No pleural changes were noted.

IMPRESSION: 1. Interstitial fibrosis consistent with pulmonary asbestosis in a patient with an appropriate work history and latency.

Alvin J. Schonfeld, D.O., FCCP, FAADEP
AJS/cj/08

DIPLOMATE-AMERICAN BOARDS OF INTERNAL MEDICINE AND PULMONARY DISEASE
NIOSH B READER
CERTIFIED, AMERICAN BOARD OF INDEPENDENT MEDICAL EXAMINERS

414635

REDACTED

## ALVIN J. SCHONFELD, D.O., F.C.C.P., F.A.A.D.E.P

PULMONARY MEDICINE

OCCUPATIONAL LUNG DISEASE

438 W. ST. JAMES PLACE
CHICAGO, IL 60614

PHONE: 1-773-472-2810
FAX:  1-773-472-2809
PAGE: 1-888-691-8521

March 9, 2001

Kelley & Ferraro
Attention: Michael V. Kelley, Esq.
1901 Bond Ct., 1300 E. 9th Street
Cleveland, OH 44144

Re:  Patient:
     SSN:              8747
     DOB:      01/27/27

Dear Mr. Kelley:

This is a physician's report pertaining to the above-named client whom I had the pleasure of
interviewing and examining on the above date.

**RESPIRATORY SYMPTOMS:** He has had dyspnea on exertion with cough and mucus
production for 10-15 years.

**PAST MEDICAL HISTORY:** Positive for TIA, prostatic hypertrophy, arthritis and
pharyngitis.

**MEDICATIONS:** Aspirin, Accupril, Alendronate, terazosin and Tylenol.

**SMOKING HISTORY:** He smoked a pipe only between the ages of 35 and 50 years old.

**OCCUPATIONAL HISTORY:** From 1951 until 1986 he worked at Copperweld where he
was stocker, heater and furnace worker. He worked around asbestos on the furnaces and
pipes.

**PHYSICAL EXAMINATION:** Physical examination revealed an alert and oriented male in
no acute distress. Head and neck exam was unremarkable. Lungs were clear to
auscultation. Cardiac exam revealed a regular rate and rhythm without murmurs. Abdomen
was soft and without masses. Extremities showed no clubbing, cyanosis or edema.

**CHEST X-RAY:** PA chest x-ray dated 7/16/99 was read by me according to the 1980
ILO Classification and showed an ILO score of s/t 1/0 bilaterally with no pleural changes.

(continued Page 2)

DIPLOMATE - AMERICAN BOARDS OF INTERNAL MEDICINE AND PULMONARY DISEASE
NIOSH B READER
CERTIFIED, AMERICAN BOARD OF INDEPENDENT MEDICAL EXAMINERS

REDACTED

**ALVIN J. SCHONFELD, D.O., F.C.C.P., F.A.A.D.E.P.**

WR GRACE PIQ S1602-0028

To:  Kelley & Ferraro
Re:
Page 2

**SPIROMETRY:**  Spirometry dated 3/9/01 met ATS guidelines and was normal.  FVC was 4.06 L or 92% of predicted.  $FEV_1$/FVC ratio was 83%.

**IMPRESSION:**  On the basis of the medical history review, which is inclusive of a significant exposure to asbestos dust, the physical examination and chest radiograph, the diagnosis of bilateral asbestosis is established within a reasonable degree of medical certainty.

**RECOMMENDATIONS:**
1)    He is at increased risk for the development of lung cancer, mesothelioma and other non-pulmonary malignancies associated with asbestos exposure.
2)    He should be advised to have yearly chest x-rays, pulmonary function screening and screening for gastrointestinal malignancy.
3)    He should be advised that chest x-rays and pulmonary function may deteriorate in the absence of further asbestos exposure.
4)    He should be advised to refrain from the use of all tobacco-containing products.

This report serves only to establish the presence of possible asbestos-related conditions and does not establish a doctor-patient relationship.

I hope that the above information is useful to you.

Sincerely,

Alvin J. Schonfeld, D.O., FCCP, FAADEP

REDACTED

# EXHIBIT 17

**D. GAZIANO, M.D., F.C.C.P.**
Chest Medical Services, Inc.
• Certified NIOSH B-reader
Board Certified in
Pulmonary, Internal Medicine & Critical Care
Member American College of Occupational and Environmental Medicine

SUITE 404
3100 MacCORKLE AVENUE, S.E.
CHARLESTON, WEST VIRGINIA 25304

TELEPHONE 304-346-1811
FAX 304-343-3086

Asbestos Screening X-ray

Name:
SSN:          -8747

Date:    3/17/00          Film Quality:  Grade 1

There were minimal irregular and rounded opacities in both lungs. The lungs were otherwise clear.
The pleural surfaces were normal. The heart was of normal size and configuration. Mediastinal
structures were midline without mass or other abnormality. The bony thorax was unremarkable.

Impression:    Apart from minimal interstitial changes of a 0/1 perfusion, insufficient to diagnose
pneumoconiosis, the chest x-ray was normal with no evidence of asbestosis or
asbestos pleural disease.

Dominic Gaziano, M.D., F.C.C.P.

DG/lyl

Ref:  Foster

REDACTED

**DOMINIC GAZIANO, M.D., F.C.C.P.**
CHEST MEDICAL SERVICES, INC.
PULMONARY DISEASES & INTERNAL MEDICINE
3100 MacCORKLE AVE., S.E.
SUITE 404
CHARLESTON, WV 25304

**304-346-1811**

| 1. Claimant's Name (Full) | 1A. Date of X-ray | 1B. Claimant's Social Security Number | 1C. Film Quality (If not Grade 1, Give Reason): |
|---|---|---|---|
| | 03/17/00  MO DAY YR | 8747 | 1 ☒ 2 3 U/R |

| 1D.Is Film Completely Negative? | 2A. Any Parenchymal Abnormalities Consistent with Pneumoconiosis? |
|---|---|
| YES ☐ Proceed to Section 5   NO ☒ Complete Section 2A | YES ☒ Complete 2B and 2C   NO ☐ Proceed to Section 3 |

### 2B. SMALL OPACITIES

| a. SHAPE/SIZE | | | b. ZONES | | c. PROFUSION | | |
|---|---|---|---|---|---|---|---|
| PRIMARY | | SECONDARY | | | 0/- | 0/0 | 0/1 |
| p | s | p ☒ | s | R | 1/0 | 1/1 | 1/2 |
| q ☒ | t | q | t | L | 2/1 | 2/2 | 2/3 |
| r | u | r | u | R L | 3/2 | 3/3 | 3/+ |

### 2C. LARGE OPACITIES

SIZE  ☒ A  B  C   Proceed to Section 3

### 3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?

YES ☐ Complete 3B, 3C and 3D    NO ☒ Proceed to Section 4

### 3B. PLEURAL THICKENING

a. Diaphragm (plaque)   SITE  O  R  L

b. Costophrenic Angle   SITE  O  R  L

### 3C. CIRCUMSCRIBED (plaque)

| | SITE | O | R | | SITE | O | L |
|---|---|---|---|---|---|---|---|
| In Profile | A | B | C | | In Profile | A | B | C |
| L.Width | 0 | 1 | 2 | 3 | L.Width | 0 | 1 | 2 | 3 |
| E.Extent | | | | | E.Extent | | | |
| Face On | | | | | Face On | | | |
| H.Extent | 0 | 1 | 2 | 3 | H.Extent | 0 | 1 | 2 | 3 |

### 3C. PLEURAL THICKENING...Chest Wall

b. Diffuse

| | SITE | O | R | | SITE | O | L |
|---|---|---|---|---|---|---|---|
| In Profile | A | B | C | | In Profile | A | B | C |
| L.Width | 0 | 1 | 2 | 3 | L.Width | 0 | 1 | 2 | 3 |
| E.Extent | | | | | E.Extent | | | |
| Face On | | | | | Face On | | | |
| H.Extent | 0 | 1 | 2 | 3 | H.Extent | 0 | 1 | 2 | 3 |

### 3D. PLEURAL CALCIFICATION

| | SITE | O | R | EXTENT | | | | | SITE | O | L | EXTENT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. Diaphragm | | | | 0 | 1 | 2 | 3 | a. Diaphragm | | | | 0 | 1 | 2 | 3 |
| b. Wall | | | | 0 | 1 | 2 | 3 | b. Wall | | | | 0 | 1 | 2 | 3 |
| c. Other Sites | | | | 0 | 1 | 2 | 3 | c. Other Sites | | | | 0 | 1 | 2 | 3 |

Proceed to Section 4

### 4A. ANY OTHER ABNORMALITIES

YES ☐ Complete 4B and 4C    NO ☒ Proceed to Section 5

### 4B. OTHER SYMBOLS (OBLIGATORY)

| O | ax | bu | ca | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | pi | px | rp | tb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REPORT ITEMS WHICH MAY BE OF PRESENT CLINICAL SIGNIFICANCE IN THIS SECTION

OD    (Specify od) _____    Date Personal Physician notified? ___ Mo. ___ Day ___ Yr

### 4C. OTHER COMMENTS

Based on the chest x-ray and occupational history, it is my opinion that this claimant

( ) has asbestosis.
(☒) does not have asbestosis.
( ) has asbestos pleural disease.
( ) has mixed dust pneumoconiosis with asbestosis.
( ) has pneumoconiosis without asbestosis.

4D. ( ) has other significant disease: _____
_____
_____
_____

SHOULD CLAIMANT SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4D?   Yes  No    Proceed to Section 5

### 5A. FACILITY PROVIDING ROENTGENOGRAPHIC EXAMINATION _____

PHYSICIAN'S SIGNATURE _____    DATE OF READINGS _____ (Mo., Day, Yr.)
BOARD CERTIFIED IN PULMONARY DISEASES AND INTERNAL MEDICINE PNEUMOCONIOSIS "B" READER

REDACTED

# EXHIBIT 18

## WR Grace
## Personal Injury Questionnaire (PIQ)
# Final Cover Sheet



WR GRACE  PIQ  52595-0000

Doc ID: **52595**          Date Received: **7-11-2006**          Confirmed Form Type: **PIQ**

Firm #: **99169**          Firm Name: **MOTLEY RICE**

Attorney #: **99193**          Attorney Name: **RICE, JOSEPH F**

**********************************************************************************************

Page Count Information:

Verified Form Count:     | 20 |

Verified Attach. Count:  | 21 |

**********************************************************************************************

Totals:

**Total Pages submitted Incl. Cover Sheet: 42**

(If Multiple Claimants & Attachments have been copied, put all related Document ID Numbers in comment box)

Other Comments:
- ☐ Code 1 - Objections Attached
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐ Other:

Rust ID: 1143089          BMC Footer Number: 171176551

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

WR GRACE PIQ 62696-0807

### a. GENERAL INFORMATION

| | |
|---|---|
| 1. Name of Claimant: | |
| 2. Gender: | Male |
| 3. Race (for purposes of evaluating Pulmonary Function Test results): | Not Available |
| 4. Last Four Digits of Social Security Number: | 3327 |
| 5. Birth Date: | 09/29/1927 |
| 6. Mailing Address: | 209 Park Drive; Atmore, AL 36502 |
| 7. Daytime Telephone Number: | (334)368-3910 |

### b. LAWYER'S NAME AND FIRM

| | |
|---|---|
| 1. Name of Lawyer: | Joseph F. Rice, Esquire |
| 2. Name of Law Firm With Which Lawyer is Affiliated: | Motley Rice LLC |
| 3. Mailing Address of Firm: | Post Office Box 1792<br>Mount Pleasant, SC 29465 |
| 4. Law Firm's Telephone Number or Lawyer's Direct Line: | 843-216-9000 |

[X] Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

| | |
|---|---|
| 1. Is the injured person living or deceased? | Deceased |
| If deceased, date of death: | 02/20/2004 |

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:

Primary Cause of Death (as stated in the Death Certificate):

Contributing Cause of Death (as stated in the Death Certificate):  See Attached Death Certificate (If Available)

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire

1. Condition being alleged:  See attached Medical Profile and attached Medical Records.

[ ] Asbestos-Related Lung Cancer          [ ] Mesothelioma

[ ] Asbestosis          [ ] Other Cancer (cancer not related to lung cancer or mesothelioma)

[ ] Other Asbestos Disease          [ ] Clinically Severe Asbestosis

a. **Mesothelioma:**  If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

[Objection 1] diagnosis from a pathologist certified by the American Board of Pathology

[Objection 1] diagnosis from a second pathologist certified by the American Board of Pathology

REDACTED

# Motley Rice LLC Medical Profile



WR GRACE PIQ 62696-0022

## Asbestos Related Diagnosis Information

| Disease Category | Diagnosis | Primary | DX-Date | Physician | Exam Type |
|---|---|---|---|---|---|
| Non Malignant | Asbestosis | N/A (Applies to Non-Mal Only) | 11/17/1998 | Brown, Thomas L. | Review of Data |
| Non Malignant | Asbestosis | N/A (Applies to Non-Mal Only) | 12/22/1998 | Schang, Jr., Steven J. | Physical Exam |

## Radiology Information

| Type | X-Ray/CT Scan Date | Impression | Report Date | Physician | Facility |
|---|---|---|---|---|---|
| Chest X-Ray | 11/17/1998 | Asbestosis | 11/17/1998 | Brown, Thomas L. | Diagnostic Imaging Center |

## B-Reading Information

| X-Ray Date | Date of Reading | B-Reader | FQ | Completely Negative? | CXR Profusion | Pleural | B2 or Greater? | Other Symbols |
|---|---|---|---|---|---|---|---|---|

## PFT Information

| Type | PFT-Date | PFT-Facility | FVC% | FEV1/FVC | TLC% | DLCO% |
|---|---|---|---|---|---|---|
| Pre - Rx | 12/07/1998 | Sacred Heart Hospital | 41.0 | 69 | 109.0 | 64.0 |

## Tobacco History

Did the individual formerly smoke? Yes
Is the individual currently smoking? Unknown
Has the individual ever used any smokeless tobacco products? Yes

| Type | Volume (Per Day) | Quantity | Start Year | End Year | Pack Years |
|---|---|---|---|---|---|
| Cigarettes | Packs | 1 | 1948 | 1996 | 48.0 |

# EXHIBIT 19

# Robert B. Altmeyer, M.D.

PULMONARY MEDICINE

DIPLOMATE AMERICAN BOARD OF INTERNAL MEDICINE
DIPLOMATE AMERICAN BOARD OF INTERNAL MEDICINE IN PULMONARY DISEASES
CERTIFIED BY AMERICAN BOARD OF INTERNAL MEDICINE IN CRITICAL CARE MEDICINE
CERTIFIED BY AMERICAN BOARD OF INTERNAL MEDICINE IN GERIATRICS MEDICINE
1131 NATIONAL ROAD
WHEELING, WV 26003
(304) 243-1446

May 6, 2000

Connie Minnick, CLA
Administrative Assistant
Levin, Middlebrooks, Thomas, Mitchell, Green, Echsner, Proctor and Papantonio
Attorneys at Law
P.O. Box 12308
Pensacola, FL 32581

Re:

SS#        -3327

Dear Ms. Minnick:

PA, lateral and oblique chest x-rays taken on November 17, 1998 by Diagnostic
Imaging Center of Northwest Florida are of good quality for B-Reading.

The PA film shows no evidence of asbestosis or asbestos related pleural disease.
There were no interstitial infiltrates. The pleural surfaces are normal. The heart,
mediastinum, soft tissues and bony structures are within normal limits for age.

This film shows no changes of asbestosis or asbestos related pleural disease.

Thank you,

Robert B. Altmeyer, M.D.

RBA/sds

REDACTED

MDL875-ALTMEYER-00058977

**MO. DAY YR.** `| | | |7|9|8|`    `|3|3|2|7|`    **l. Give Reason:** `1` `2` `3` `U/R`

**1D. Is Film Completely Negative?**
YES ☑  Proceed to Section 5    NO ☐  Complete Section 2A    **2A. Any Parenchymal Abnormalities Consistent with Pneumoconiosis?** YES ☐  Complete 2B and 2C    NO ☐  Proceed to Section 3

**2B. SMALL OPACITIES**

| a. SHAPE/SIZE | | | c. PROFUSION | | |
|---|---|---|---|---|---|
| PRIMARY | SECONDARY | b. ZONES | 0/- | 0/0 | 0/1 |
| p  t | p  t | | 1/0 | 1/1 | 1/2 |
| q  u | q  u | | 2/1 | 2/2 | 2/3 |
| r  u | r  u | | 3/2 | 3/3 | 3/+ |
| | | R    L | | | |

**2C. LARGE OPACITIES**

SIZE  `O`  `A`  `B`  `C`   Proceed to Section 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**  YES ☐ Complete 3B, 3C and 3D    NO ☐ Proceed to Section 4

**3B. PLEURAL THICKENING**
a. Diaphragm (plaque)
SITE  `O`  `R`  `L`

b. Costophrenic Angle
SITE  `O`  `R`  `L`

**b. CIRCUMSCRIBED (plaque)**

SITE  `O`  `R`    `O`  `L`
In Profile
I. Width  `O` `A` `B` `C`    `O` `A` `B` `C`
II. Extent  `0` `1` `2` `3`    `0` `1` `2` `3`
Face On
III. Extent  `0` `1` `2` `3`    `0` `1` `2` `3`

**3C. PLEURAL THICKENING ...Chest Wall**
b. Diffuse
SITE  `O`  `R`    `O`  `L`
In Profile
I. Width  `O` `A` `B` `C`    `O` `A` `B` `C`
II. Extent  `0` `1` `2` `3`    `0` `1` `2` `3`
Face On
III. Extent  `0` `1` `2` `3`    `0` `1` `2` `3`

**3D. PLEURAL CALCIFICATION**

SITE  `O`  `R`  EXTENT

a. Diaphragm ......... `0` `1` `2` `3`
b. Wall ............. `0` `1` `2` `3`
c. Other Sites ......... `0` `1` `2` `3`

`O`  `L`  EXTENT

a. Diaphragm............ `0` `1` `2` `3`
b. Wall ............. `0` `1` `2` `3`
c. Other Sites............ `0` `1` `2` `3`   Proceed to Section 4

**4A. ANY OTHER ABNORMALITIES?**    YES ☐ Complete 4B and 4C    NO ☐    Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

`O` `ax` `bu` `ca` `cn` `co` `cp` `cv` `di` `ef` `em` `es` `fr` `hi` `ho` `id` `ih` `kl` `pi` `px` `rp` `tb`

**REPORT ITEMS WHICH MAY BE OF PRESENT CLINICAL SIGNIFICANCE IN THIS SECTION.**  `OD`  (Specify od.)    Date Personal Physician notified?    `Mo.` `Day` `Yr.`

**4C. OTHER COMMENTS** _____
_____
_____
_____
_____

**SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C?**  `Yes` `No`    Proceed to Section 5

**5A. FACILITY PROVIDING ROENTGENOGRAPHIC EXAMINATION:** _____
DOL Medical Provider Number (if applicable): _____
Was film taken by a registered radiographer/radiographic technologist?  ☐ Yes   ☐ No    State _____
Name _____    Registration No. _____
**5B. Physician Interpreting Film (Print Name):** _____
Are you: Board-certified Radiologist? ☐ Yes  ☑ No.   Board-eligible radiologist? ☐ Yes  ☐ No.   B-reader? ☑ Yes  ☐ No.
**5C. I certify that this film has been interpreted in accordance with the instructions provided on Form CM-954a and/or 20 CFR 718, Subpart B, 718.102 and Appendix A.**

PHYSICIAN'S SIGNATURE:    DATE OF READING:  5/8/00

MDL875-ALTMEYER-00058978
REDACTED

# EXHIBIT 20

# WR Grace
## Personal Injury Questionnaire (PIQ)
# Final Cover Sheet



Doc ID: **53028**    Date Received: **7-10-2006**    Confirmed Form Type: **PIQ**

Firm #: **99120**    Firm Name: **GOLDBERG PERSKY & WHITE**

Attorney #: **99132**    Attorney Name: **GOLDBERG, THEODORE**

Page Count Information:

Verified Form Count: | 32

Verified Attach. Count: | 21

Totals:

**Total Pages submitted incl. Cover Sheet: 54**

(If Multiple Claimants & Attachments have been copied, put all related Document ID Numbers in comment box)

**Other Comments:**
- ☐ Code 1 – Objections Attached
- ☐ Code 5 – Addtl Attach W/ Other PIQS
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐ Other:

Rust ID: 1451900    BMC Footer Number: 629125960



WR GRACE PIQ 53028-0009

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

### a. GENERAL INFORMATION

Claimant objects to this Questionnaire for multiple reasons. The questionnaire is unduly burdensome especially given the time frame in which claimant is required to answer. Much of the information requested is equally accessible to WR Grace and claimant is being requested in many instances to compile, categorize and summarize information from documents that WR Grace can analyze as readily as claimant. The request for information include detailed requests for discovery information normally obtained as part of a discovery process in the underlying state court action, but claimant has been precluded from obtaining individual discovery against WR Grace by virtue of the bankruptcy stay. As such, the discovery requests violate claimant's fundamental due process rights and, if used in any fashion to determine the merits of the claim itself, claimant's right to a trial by jury. Parts of the information requested are privileged and confidential, Without waiving these objections, claimant is responding to this Questionnaire for the purposes indicated in the Preface to the Questionnaire, i.e. "...GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION." Claimant objects to the use of this information for any reason to deny the merits of the claim and specifically limits the use of the information to "...prioritize" the claim as represented in the Questionnaire.

1. Name of Claimant: _____  2. Gender: [X] Male ☐ Female
               First         MI         Last

3. Race (for purposes of evaluating Pulmonary Function Test results): ............... [X] White/Caucasian
                                                               ☐ African American
                                                               ☐ Other

4. Last Four Digits of Social Security Number: 1768     5. Birth Date: 1/5/1933

6. Mailing Address: 328 Elaine Ct. – Huntington, WV 25703
                Address            City          State/Province    Zip/Postal Code

7. Daytime Telephone Number: ............................................. (304)525-6103

### b. LAWYER'S NAME AND FIRM

1. Name of Lawyer: Theodore Goldberg

2. Name of Law Firm With Which Lawyer is Affiliated: Goldberg Persky & White

3. Mailing Address of Firm: 1030 Fifth Avenue    Pittsburgh    PA    15219
                Address            City          State/Province    Zip/Postal Code

4. Law Firm's Telephone Number or Lawyer's Direct Line: ............................. ( 412 ) 471 - 3980
    [X] Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? ....................................: [X] Living ☐ Deceased
    If deceased, date of death: ...................................................

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:

    Primary Cause of Death (as stated in the Death Certificate): _____

    Contributing Cause of Death (as stated in the Death Certificate): _____

REDACTED


WR GRACE PIQ 83028-0038

## GRESS, PATEL & MASSOUD, MD's, INC.

### GORDON A. GRESS, MD, FACP
### JAGDISH D. PATEL, MD
### SAMUEL MASSOUD, MD

905 MENOHER BLVD.
JOHNSTOWN, PA 15905
PHONE: (814) 535-2504

August 25, 2003

Mary Bruno
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219

RE:
SSN:          1768

Dr. Ms. Bruno:

This letter to you is with regard to your correspondence to me dated August 8, 2003 regarding          , S.S.#          1768. According to your records,          worked as a Foreman for American Car Foundry, Huntington, West Virginia, from 1964-1994, a total of 30 years. During that time period, he was occupationally exposed to asbestos. His past medical history includes shortness of breath, hypertension, and arthritis. It is known that he was taking Narproxin and Tenormin. His smoking history includes 1 pack per day for about 49 years, for a total of 49 pack-years of cigarette abuse.

A chest x-ray was taken on June 6, 1998 and was subsequently interpreted according to the ILO classification by Dr. Dominic Gaziano, Charleston, West Virginia. Dr. Gaziano found t/s opacities, profusion 1/0, with all three zones involved on the right and the middle and lower lung zones involved on the left. He graded the film as film quality "1", excellent film.

A pulmonary function study was performed by Chest Medical Services, Charleston, West Virginia, on October 29, 2002. Forced Vital Capacity was 2.47 liters or 77% of predicted. FEV1 was 1.27 liters or 57% of predicted. Mid Expiratory Flow Rate was 0.37 liters per second or 16% of predicted. Lung Volumes were generally within limits of normal. The Diffusion Capacity, corrected for body surface area, was 3.30 or 72% of predicted. The pulmonary function study is interpreted as valid study, revealing evidence of moderate obstructive pulmonary disease, with a moderate diffusion defect.

Ms. Bruno after reviewing the above data, it is my opinion, with reasonable degree of medical certainty that          has pulmonary asbestosis. This diagnosis is indicated by his history of industrial exposure to asbestos, an appropriate latent period, and the above noted chest x-ray results. This diagnosis is also made in accordance with

REDACTED



WR GRACE PIQ 53028-0039

—2—

the Helsinki Criteria, as formulated at the Helsinki Conference, Helsinki Finland, January 20-22, 1997. Unfortunately, :        : has a long history of cigarette abuse. As you are well aware, the combination of cigarette abuse and pulmonary asbestosis is a particularly hazardous one for the possible subsequent development of bronchial carcinoma. :

should remain under the care of a physician and have periodic examinations, chest x-rays, and pulmonary function studies performed in order to monitor his pulmonary status. Complications of pulmonary asbestosis are well recognized and include increasing pulmonary fibrosis, pleural abnormalities, and cancer of the lung, pleura, or elsewhere.

Sincerely,

Gordon A. Gress, M.D.

GAG/al
Dictated but not read

REDACTED

WR GRACE PIQ 55028-0049

G.P.J-w

**DOMINIC GAZIANO, M.D., F.C.C.P.**
CHEST MEDICAL SERVICES, INC.
PULMONARY DISEASES & INTERNAL MEDICINE
3100 MacCORKLE AVE, S.E.
SUITE 404
CHARLESTON, WV 25304

304-345-1811

| 1. Miner's Name (Print) | 1A. Date of X-ray | 1B. Miner's Social Security Number | 1C. Film Quality (If not Grade 1 Give Reason): |
|---|---|---|---|
| | 0 6 0 6 9 8 MO. DAY YR. | .7 6 8 | 4 2 3 4/2 |

**1D. Is Film Completely Negative?**  YES ☐ Proceed to Section 5   NO ☒ Complete Section 2A

**2A. Any Parenchymal Abnormalities Consistent with Pneumoconiosis?**  YES ☒ Complete 2B and 2C   NO ☐ Proceed to Section 3

**2B. SMALL OPACITIES**

a. SHAPE/SIZE

| PRIMARY | SECONDARY |
|---|---|
| p q r | p q r |
| s t u | s t u |

b. ZONES

| | |
|---|---|
| C | C |
| C | C |
| C | C |
| R | L |

c. PROFUSION

| 0/- | 0/0 | 0/1 |
|---|---|---|
| 1/0 | ☒1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/+ |

**2C. LARGE OPACITIES**

SIZE ☒ A B C   Proceed to Section 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**  YES ☐ Complete 3B, 3C and 3D   NO ☒ Proceed to Section 4

**3B. PLEURAL THICKENING**

a. Diaphragm (plaque)
SITE  O  R  L

b. Costophrenic Angle
SITE  O  R  L

a. CIRCUMSCRIBED (plaque)

|  | SITE | O | R | | | | SITE | O | L | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In Profile | | | | | | | | | | | | |
| i. Width | O | A | B | C | | O | A | B | C | |
| ii. Extent | O | 1 | 2 | 3 | | O | 1 | 2 | 3 | |
| Face On | | | | | | | | | | | |
| iii. Extent | O | 1 | 2 | 3 | | O | 1 | 2 | 3 | |

b. PLEURAL THICKENING . . . Chest Wall

b. Diffuse

|  | SITE | O | R | | | | SITE | O | L | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In Profile | | | | | | | | | | | | |
| i. Width | O | A | B | C | | O | A | B | C | |
| ii. Extent | O | 1 | 2 | 3 | | O | 1 | 2 | 3 | |
| Face On | | | | | | | | | | | |
| iii. Extent | O | 1 | 2 | 3 | | O | 1 | 2 | 3 | |

**3D. PLEURAL CALCIFICATION**

| | SITE | O | R | EXTENT | | | | | O | L | EXTENT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. Diaphragm | | | | 0 | 1 | 2 | 3 | a. Diaphragm | | | 0 | 1 | 2 | 3 |
| b. Wall | | | | 0 | 1 | 2 | 3 | b. Wall | | | 0 | 1 | 2 | 3 |
| c. Other Sites | | | | 0 | 1 | 2 | 3 | c. Other Sites | | | 0 | 1 | 2 | 3 |

Proceed to Section 4

**4A. ANY OTHER ABNORMALITIES?**  YES ☐ Complete 4B and 4C   NO ☒ Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

| 0 | ax | bu | ca | cg | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | pa | pb | pi | px | ra |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REPORT ITEMS WHICH MAY BE OF PRESENT CLINICAL SIGNIFICANCE IN THIS SECTION

(Specify) 00   Date Personal Physician notified?

| | Mo. | Day | Yr. |
|---|---|---|---|

**4C. OTHER COMMENTS** _____

_____

_____

_____

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C?  Yes | No   Proceed to Section 5

**5A. FACILITY PROVIDING ROENTGENOGRAPHIC EXAMINATION** ___Odin Mobile X-ray___

Film Identification _____

PHYSICIAN'S SIGNATURE ___Dominic Gaziano___
BOARD CERTIFIED IN PULMONARY DISEASES AND INTERNAL MEDICINE PNEUMOCONIOSIS "B" READER

DATE OF READING ___7/14/98___
(Mo. Day Yr.)

REDACTED

# EXHIBIT 21

**D. GAZIANO, M.D., F.C.C.P.**
Chest Medical Services, Inc.
*Certified NIOSH B-reader*
*Board Certified in*
*Pulmonary, Internal Medicine & Critical Care*
Member, American College of Occupational & Environmental Medicine

Suite 404
3100 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304

Telephone (304) 346-1811
FAX (304) 343-3086

July 16, 2003

Mr. Robert T. Jarsulic, Legal Assistant
Goldberg, Persky, Jennings & White
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219

Re:
    SSN:         1768
    Independent Medical Examination

Dear Mr. Jarsulic:

I saw:          : in my office at your request on 7/7/03 for evaluation of an occupational lung disease.

**Occupational History:** This 70-year-old man worked from 1950 to 1964 for a wholesale distributor in hardware and industrial supply. He worked at various jobs in the warehouse and offices with exposure to insulation around open pipe. From 1964 to 1994 he worked for American Car and Foundry Industries as a foreman with exposure to asbestos handling brake shoes and furnace insulation. He was exposed to some grinding and metal dust and to sandblasting and rust.

**Habits:** He has smoked 1 ½ pack of cigarettes a day from 1949 to the present. He drinks mostly beer moderately.

**Hobbies:** None presently.

**Past Medical History:** History of hypertension for 6-7 years, arthritis of the neck, spinal fusion, cervical lymph node surgery, fistula, hernia repair and excision of a non-malignant tumor from the neck. No known drug allergies. Medications are Metoprolol, Rabeprazole, Naproxen and Dicyclomine.

**Review of Systems:** He has had a cough, mostly in the mornings, for ten years and phlegm for eight years. No hemoptysis, shortness of breath or chest pain.

**Physical Examination:** Height 5'1 ¾", weight 116#, pulse 60, BP 160/80, respirations 16. Well-developed, well-nourished man in no acute distress. Neck was supple with no mass, thyroid enlargement or neck vein distention. Chest was symmetrical. Lungs were clear to auscultation and percussion. Heart was regular without murmur, thrill, gallop or cardiac enlargement.

**Chest X-ray:** Chest x-ray of 7/7/03 showed the lungs were clear. Heart was normal. There was

7/19/13 (ED)

REDACTED

Mr. Robert T. Jarsulic, Legal Assistant – 2
Re: :
Date of Examination: 7/7/03

right rib anomaly.

**Pulmonary Function Test:** Spirometry showed moderate obstructive ventilatory impairment with very significant improvement with bronchodilators. Total lung capacity was normal with mild hyperinflation. Diffusing capacity for carbon monoxide was moderately reduced.

I am unable to make a diagnosis of an occupational lung disease in :    _   based on the normal chest x-ray.

This report relates only to the diagnosis of an occupational lung disease and is not intended to serve as a comprehensive evaluation of health problems. If there are any questions concerning this report, please feel free to contact me.

Sincerely yours,

Dominic Gaziano, M.D., F.C.C.P.

DG/lyl(4)

REDACTED

Goldberg - 34675

**DOMINIC GAZIANO, M.D., F.C.C.P.**
CHEST MEDICAL SERVICES, INC.
PULMONARY DISEASES & INTERNAL MEDICINE
3100 MacCorkle Ave., S.E.
SUITE 404
CHARLESTON, WV 25304

**304-346-1811**

| 1. Claimant's Name (Print) | 1A. Date of X-ray | 1B. Claimant's Social Security Number | 1C. Film Quality (if not Grad. 1, Give Reason): |
|---|---|---|---|
| | 0 7 / 0 7 / 0 3  MO. DAY YR. | 7 7 6 8 | 1 2 3 U/R |

| 1D. Is Film Completely Negative? | 2A. Any Parenchymal Abnormalities Consistent with Pneumoconiosis? |
|---|---|
| YES ☐ Proceed to Section 5    NO ☑ Complete Section 2A | YES ☐ Complete 2B and 2C    NO ☒ Proceed to Section 4 |

**2B. SMALL OPACITIES**

a. SHAPE/SIZE

| PRIMARY | SECONDARY |
|---|---|
| p | p |
| q | t |
| r | u |

| PRIMARY | SECONDARY |
|---|---|
| p | s |
| q | t |
| r | u |

b. ZONES

R    L

c. PROFUSION

| 0/- | 0/0 | 0/1 |
| 1/0 | 1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/+ |

**2C. LARGE OPACITIES**

SIZE | O | A | B | C |    Proceed to Section 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**

YES    Complete 3B, 3C and 3D    NO ☑ Proceed to Section 4

**3B. PLEURAL THICKENING**

a. Diaphragm (plaque)

SITE | O | R | L

b. Costophrenic Angle

SITE | O | R | L

e. CIRCUMSCRIBED (plaque)

| SITE | O | R | | | | O | L | | |
|---|---|---|---|---|---|---|---|---|---|
| In Profile | | | | | | | | | |
| I. Width | O | A | B | C | O | A | B | C |
| II. Extent | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| Face On | | | | | | | | | |
| III. Extent | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

**3C. PLEURAL THICKENING...Chest Wall**

b. Diffuse

| SITE | O | R | | | | O | L | | |
|---|---|---|---|---|---|---|---|---|---|
| In Profile | | | | | | | | | |
| I. Width | O | A | B | C | O | A | B | C |
| II. Extent | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| Face On | | | | | | | | | |
| III. Extent | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

**3D. PLEURAL CALCIFICATION**

| SITE | O | R | EXTENT | | | | SITE | O | L | EXTENT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. Diaphragm | | | 0 | 1 | 2 | 3 | a. Diaphragm | | | 0 | 1 | 2 | 3 |
| b. Wall | | | 0 | 1 | 2 | 3 | b. Wall | | | 0 | 1 | 2 | 3 |
| c. Other Sites | | | 0 | 1 | 2 | 3 | c. Other Sites | | | 0 | 1 | 2 | 3 |

Proceed to Section 4

**4A. ANY OTHER ABNORMALITIES**

YES ✓ Complete 4B and 4C    NO ☐    Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

| O | ax | bu | ca | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | pi | px | rp | tb |

REPORT ITEMS WHICH MAY BE OF PRESENT CLINICAL SIGNIFICANCE IN THIS SECTION

OD _____ (Specify od.)

Date Personal Physician notified?    Mo. | Day | Yr.

**4C. OTHER COMMENTS** _____

*Right the anomaly*

SHOULD CLAIMANT SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C?    Yes ☑    NO    Proceed to Section 5

**5A. FACILITY PROVIDING ROENTGENOGRAPHIC EXAMINATION** _____

Film Identification _____

PHYSICIAN'S SIGNATURE _____
BOARD CERTIFIED IN PULMONARY DISEASES AND INTERNAL MEDICINE PNEUMOCONIOSIS "B" READER

DATE OF READING 7/7/03
(Mo. Day, Yr.)

REDACTED

# EXHIBIT 22

## WR Grace
## Personal Injury Questionnaire (PIQ)
# Final Cover Sheet



WR GRACE PIQ 62575-0800

Doc ID: **52575**        Date Received: **7-11-2006**        Confirmed Form Type: **PIQ**

Firm #: **99169**        Firm Name: **MOTLEY RICE**

Attorney #: **99193**        Attorney Name: **RICE, JOSEPH F**

Page Count Information:

Verified Form Count:

| 20 |
|----|

Verified Attach. Count:

| 15 |
|----|

Totals:

**Total Pages submitted Incl. Cover Sheet: 36**

(If Multiple Claimants & Attachments have been copied, put all related Document ID Numbers in comment box)

**Other Comments:**
- ☐ Code 1 – Objections Attached
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐ Other:

Rust ID: 1675887                BMC Footer Number: 688169547

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

### a. GENERAL INFORMATION

| | |
|---|---|
| 1. Name of Claimant: | |
| 2. Gender: | Male |
| 3. Race (for purposes of evaluating Pulmonary Function Test results): | Not Available |
| 4. Last Four Digits of Social Security Number: | 8493 |
| 5. Birth Date: | 10/15/1933 |
| 6. Mailing Address: | P.O. Box 18343 ; Knoxville, TN 37928 |
| 7. Daytime Telephone Number: | (865)281-7921 |

### b. LAWYER'S NAME AND FIRM

| | |
|---|---|
| 1. Name of Lawyer: | Joseph F. Rice, Esquire |
| 2. Name of Law Firm With Which Lawyer is Affiliated: | Motley Rice LLC |
| 3. Mailing Address of Firm: | Post Office Box 1792<br>Mount Pleasant, SC 29465 |
| 4. Law Firm's Telephone Number or Lawyer's Direct Line: | 843-216-9000 |

[X]  Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

| | |
|---|---|
| 1. Is the injured person living or deceased? | Deceased |
| If deceased, date of death: | 03/15/2002 |

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:

| | |
|---|---|
| Primary Cause of Death (as stated in the Death Certificate): | Intracerebral hemorrhage. |
| Contributing Cause of Death (as stated in the Death Certificate): | See Attached Death Certificate (If Available) |

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire

1. Condition being alleged:  See attached Medical Profile and attached Medical Records

[] Asbestos-Related Lung Cancer          [] Mesothelioma

[] Asbestosis                                          [] Other Cancer (cancer not related to lung cancer or mesothelioma)

[] Other Asbestos Disease                    [] Clinically Severe Asbestosis

    a. **Mesothelioma:**  If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

        **[Objection 1]** diagnosis from a pathologist certified by the American Board of Pathology

        **[Objection 1]** diagnosis from a second pathologist certified by the American Board of Pathology

REDACTED

# Motley Rice LLC Medical Profile

WR GRACE PIQ 62876-0022

## Asbestos Related Diagnosis Information

| Disease Category | Diagnosis | Primary | DX-Date | Physician | Exam Type |
|---|---|---|---|---|---|
| Non Malignant | Asbestosis | N/A (Applies to Non-Mal Only) | 06/16/1999 | Bernstein, Richard C. | Physical Exam |

## Radiology Information

| Type | X-Ray/CT Scan Date | Impression | Report Date | Physician | Facility |
|---|---|---|---|---|---|

## B-Reading Information

| X-Ray Date | Date of Reading | B-Reader | FQ | Completely Negative? | CXR Profusion | Pleural | B2 or Greater? | Other Symbols |
|---|---|---|---|---|---|---|---|---|
| 03/19/1999 | 04/01/1999 | Segarra, Jay T. | 1 | No | 1/0 | | | |

## PFT Information

| Type | PFT-Date | PFT-Facility | FVC% | FEV1/FVC | TLC% | DLCO% |
|---|---|---|---|---|---|---|
| Pre - Rx | 06/16/1999 | Respiratory Testing Services, Inc. | 67.0 | 77 | 77.0 | 54.0 |

## Tobacco History

Did the individual formerly smoke? Yes
Is the individual currently smoking?
Has the individual ever used any smokeless tobacco products? Yes

| Type | Volume (Per Day) | Quantity | Start Year | End Year | Pack Years |
|---|---|---|---|---|---|
| Cigarettes | Packs | | | 1970 | |

# EXHIBIT 23

# Robert B. Altmeyer, M.D.
## PULMONARY MEDICINE

DIPLOMATE AMERICAN BOARD OF INTERNAL MEDICINE
DIPLOMATE AMERICAN BOARD OF INTERNAL MEDICINE IN PULMONARY DISEASES
CERTIFIED BY AMERICAN BOARD OF INTERNAL MEDICINE IN CRITICAL CARE MEDICINE
CERTIFIED BY AMERICAN BOARD OF INTERNAL MEDICINE IN GERIATRICS MEDICINE
1131 NATIONAL ROAD
WHEELING, WV 26003
(304) 243-1446

## CHEST X-RAY B READING INTERPRETATION

**KT91**
**SS#: -8493**
**Date of chest x-ray: 3/19/99**
**Date of chest x-ray interpretation: 3/19/99**

PA, lateral, and oblique views of the chest were reviewed. There were no parenchymal abnormalities to suggest asbestosis. There is a mild degree of pleural thickening along the right upper lateral chest wall, category A/2/0. The left scapula overlies the chest partially. This film is negative for pulmonary asbestosis and asbestos-related pleural disease with the exception that there could be some pleural thickening developing along the right upper lateral chest wall. Repeat x-ray in 1 year is suggested.

Sincerely,

Robert B. Altmeyer, M.D.

RBA/hmc

REDACTED

| 1. Miner's Name *(Print)* | 1A. Date of X-ray | 1B. Miner's Social Security Number | I. Give Reason? |
|---|---|---|---|
| | 0 3 / 1 9 / 9 9 MO. DAY YR. | 8 4 9 3 | 1 ☒ 3 U/R overlingngular |

| 1D. Is Film Completely Negative? | 2A. Any Parenchymal Abnormalities Consistent with Pneumoconiosis? |
|---|---|
| YES ☒ Proceed to Section 5    NO ☒ Complete Section 2A | YES ☒ Complete 2B and 2C    NO ☒ Proceed to Section |

**2B. SMALL OPACITIES**

a. SHAPE/SIZE

| PRIMARY | | SECONDARY | | b. ZONES |
|---|---|---|---|---|
| p | s | p | s | |
| q | t | q | t | |
| r | u | r | u | |
| | | | | R  L |

c. PROFUSION

| 0/- | 0/0 | 0/1 |
|---|---|---|
| 1/0 | 1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/+ |

**2C. LARGE OPACITIES**

| SIZE | 0 | A | B | C | Proceed to Section 3 |
|---|---|---|---|---|---|

**3A.** *ANY* **PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**    YES ☒ Complete 3B, 3C and 3D    NO ☐ Proceed to Section 4

**3B. PLEURAL THICKENING**

a. Diaphragm *(plaque)*

| SITE | ☒ | R | L |
|---|---|---|---|

b. Costophrenic Angle

| SITE | ☒ | R | L |
|---|---|---|---|

a. CIRCUMSCRIBED *(plaque)*

| | O | ☒ |
|---|---|---|
| SITE In Profile I. Width | O | A | B | C |
| II. Extent | 0 | 1 | 2 | 3 |

| | O | L |
|---|---|---|
| SITE In Profile I. Width | O | A | B | C |
| Face On III. Extent | 0 | 1 | 2 | 3 |

**3C. PLEURAL THICKENING . . . Chest Wall**

b. Diffuse

| | ☒ | R |
|---|---|---|
| SITE In Profile I. Width | O | A | B | C |
| II. Extent | 0 | 1 | 2 | 3 |
| Face On III. Extent | 0 | 1 | 2 | 3 |

| | ☒ | L |
|---|---|---|
| SITE In Profile I. Width | O | A | B | C |
| II. Extent | 0 | 1 | 2 | 3 |
| Face On III. Extent | 0 | 1 | 2 | 3 |

**3D. PLEURAL CALCIFICATION**

| SITE | ☒ | R | EXTENT |
|---|---|---|---|

| a. Diaphragm . . . . . . . . . . | 0 | 1 | 2 | 3 |
| b. Wall . . . . . . . . . . . . . . | 0 | 1 | 2 | 3 |
| c. Other Sites . . . . . . . . . | 0 | 1 | 2 | 3 |

| SITE | ☒ | L | EXTENT |
|---|---|---|---|

| a. Diaphragm . . . . . . . . . . | 0 | 1 | 2 | 3 |
| b. Wall . . . . . . . . . . . . . . | 0 | 1 | 2 | 3 |
| c. Other Sites . . . . . . . . . | 0 | 1 | 2 | 3 |

Proceed to Section 4

**4A.** *ANY* **OTHER ABNORMALITIES?**    YES ☐ Complete 4B and 4C    NO ☐ Proceed to Section 5

**4B. OTHER SYMBOLS *(OBLIGATORY)***

| O | ax | bu | ca | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | pi | px | rp | tb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REPORT ITEMS WHICH MAY BE OF PRESENT CLINICAL SIGNIFICANCE IN THIS SECTION.    od    *(Specify od.)*    Date Personal Physician notified?

| Mo. | Day | Yr. |
|---|---|---|

**4C. OTHER COMMENTS**

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C?    Yes ☐ No ☐    Proceed to Section 5

**5A. FACILITY PROVIDING ROENTGENOGRAPHIC EXAMINATION:** _____

DOL Medical Provider Number *(if applicable)*: _____

Was film taken by a registered radiographer/radiologic technologist? ☐ Yes ☐ No    State _____

Name _____    Registration No. _____

**5B. Physician Interpreting Film** *(Print Name)*: _____

Are you: Board-certified Radiologist? ☐ Yes ☐ No.    Board-eligible radiologist? ☐ Yes ☐ No.    B-reader? ☐ Yes ☐ No.

**5C.** I certify that this film has been interpreted in accordance with the instructions provided on Form CM-954a and/or 20 CFR 718, Subpart B, 718.102 and Appendix A.

PHYSICIAN'S SIGNATURE: _____    DATE OF READING: _____

MDL875-ALTMEYER-00054597
REDACTED

# EXHIBIT 24

## WR Grace
## Personal Injury Questionnaire (PIQ)
# Final Cover Sheet



WR GRACE PIQ 52518-0000

Doc ID: **52518**   Date Received: **7-11-2006**   Confirmed Form Type: **PIQ**

Firm #: **99169**   Firm Name: **MOTLEY RICE**

Attorney #: **99193**   Attorney Name: **RICE, JOSEPH F**

Page Count Information:

Verified Form Count:    20

Verified Attach. Count:    23

Totals:

**Total Pages submitted Incl. Cover Sheet: 44**

(If Multiple Claimants & Attachments have been copied, put all related Document ID Numbers in comment box)

**Other Comments:**
- ☐ Code 1 – Objections Attached
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐ Other:

Rust ID: 250382    BMC Footer Number: 688169492

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

**a. GENERAL INFORMATION**

WR GRACE PIQ 62618-0007

1. Name of Claimant:

2. Gender: Male

3. Race (for purposes of evaluating Pulmonary Function Test Not Available
results):

4. Last Four Digits of Social Security Number: 9079

5. Birth Date: 12/19/1946

6. Mailing Address: 2027 Oliver Springs Hwy. ; Clinton, TN 37716

7. Daytime Telephone Number: (865)435-0600

**b. LAWYER'S NAME AND FIRM**

1. Name of Lawyer: Joseph F. Rice, Esquire

2. Name of Law Firm With Which Lawyer is Affiliated: Motley Rice LLC

3. Mailing Address of Firm: Post Office Box 1792
Mount Pleasant, SC 29465

4. Law Firm's Telephone Number or Lawyer's Direct Line: 843-216-9000

[X] Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

**c. CAUSE OF DEATH (IF APPLICABLE)**

1. Is the injured person living or deceased? Living

If deceased, date of death:

2. If the injured person is deceased, then attach a copy of the
death certification to this Questionnaire and complete the
following:

Primary Cause of Death (as stated in the Death
Certificate):

Contributing Cause of Death (as stated in the Death
Certificate):

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire

**1. Condition being alleged: See attached Medical Profile and attached Medical Records**

[ ] Asbestos-Related Lung Cancer    [ ] Mesothelioma

[ ] Asbestosis    [ ] Other Cancer (cancer not related to lung cancer or
mesothelioma)

[ ] Other Asbestos Disease    [ ] Clinically Severe Asbestosis

a. **Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following
(check all that apply):

[Objection 1] diagnosis from a pathologist certified by the American Board of Pathology

[Objection 1] diagnosis from a second pathologist certified by the American Board of Pathology

REDACTED

# Motley Rice LLC Medical Profile



WR GRACE PIQ 52518-0022

## Asbestos Related Diagnosis Information

| Disease Category | Diagnosis | Primary | DX-Date | Physician | Exam Type |
|---|---|---|---|---|---|
| Non Malignant | Bilateral Pleural Thickenings | N/A (Applies to Non-Mal Only) | 03/19/1999 | Altmeyer, Robert B. | Review of Data |

## Radiology Information

| Type | X-Ray/CT Scan Date | Impression | Report Date | Physician | Facility |
|---|---|---|---|---|---|

## B-Reading Information

| X-Ray Date | Date of Reading | B-Reader | FQ | Completely Negative? | CXR Profusion | Pleural | B2 or Greater? | Other Symbols |
|---|---|---|---|---|---|---|---|---|
| 03/19/1999 | 03/19/1999 | Altmeyer, Robert B. | 1 | No | 1/0 | | | |

## PFT Information

| Type | PFT-Date | PFT-Facility | FVC% | FEV1/FVC | TLC% | DLCO% |
|---|---|---|---|---|---|---|
| Pre - Rx | 03/19/1999 | Respiratory Testing Services, Inc. | 73.0 | 67 | 90.0 | 44.0 |

## Tobacco History

Did the individual formerly smoke? No
Is the individual currently smoking?
Has the individual ever used any smokeless tobacco products?

| Type | Volume (Per Day) | Quantity | Start Year | End Year | Pack Years |
|---|---|---|---|---|---|



WR GRACE PIQ 92616-0036

| 1. Miner's Name (Print) | 1A. Date of X-ray | 1B. Miner's Social Security Number | 1C. Film Quality (if not G & Give Reason): |
|---|---|---|---|
| | 0 3 | 1 9 | 9 9 | MO. DAY YR. | 9 0 1 9 | X 2 3 U/m |

**1D. Is Film Completely Negative?**
YES ☐  Proceed to Section 5    NO ☒  Complete Section 2A

**2A. Any Parenchymal Abnormalities Consistent with Pneumoconiosis?**
YES ☒  Complete 2B and 2C    NO  Proceed to Section

**2B. SMALL OPACITIES**

a. SHAPE/SIZE
PRIMARY / SECONDARY

| PRIMARY | | SECONDARY | |
|---|---|---|---|
| X | s | p | s |
| q | t | X | t |
| r | u | r | u |

b. ZONES

| | |
|---|---|
| X | |
| X | |
| n | L |

c. PROFUSION

| 0/- | 0/0 | 0/1 |
|---|---|---|
| X 1/0 | 1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/+ |

**2C. LARGE OPACITIES**

SIZE  | o | A | B | C |   Proceed to Section 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**
YES ☒  Complete 3B, 3C and 3D    NO ☐  Proceed to Section 4

**3B. PLEURAL THICKENING**

a. Diaphragm (plaque)
SITE  O ☒ R L

b. Costophrenic Angle
SITE  O ☒ R L

a. CIRCUMSCRIBED (plaque)

| SITE | X R | | | | X L | | | |
|---|---|---|---|---|---|---|---|---|
| In Profile | O | A | B | C | O | A | B | C |
| L. Width | | | | | | | | |
| II. Extent | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| Face On | | | | | | | | |
| III. Extent | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

**3C. PLEURAL THICKENING ... Chest Wall**

b. Diffuse

| SITE | O | X R | | | O | X L | | |
|---|---|---|---|---|---|---|---|---|
| In Profile | O | A | X B | C | O | A | B | C |
| I. Width | | | | | | | | |
| II. Extent | 0 | X 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| Face On | | | | | | | | |
| III. Extent | 0 | X 1 | 2 | 3 | 0 | 1 | 2 | 3 |

**3D. PLEURAL CALCIFICATION**

| SITE | O | R | EXTENT | | | | | O | L | EXTENT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. Diaphragm ........... | | | 0 | 1 | 2 | 3 | a. Diaphragm............ | | | 0 | 1 | 2 | 3 |
| b. Wall ........... | | | 0 | 1 | 2 | 3 | b. Wall ............ | | | 0 | 1 | 2 | 3 |
| c. Other Sites ........... | | | 0 | 1 | 2 | 3 | c. Other Sites............ | | | 0 | 1 | 2 | 3 |

Proceed to Section 4

**4A. ANY OTHER ABNORMALITIES?**
YES ☐  Complete 4B and 4C    NO ☒  Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

| o | ax | bu | ca | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | od | pi | px | rp | tb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REPORT ITEMS WHICH
MAY BE OF PRESENT
CLINICAL SIGNIFICANCE
IN THIS SECTION.    ☐ od    [Specify od.]

Date Personal Physician notified?
| Mo. | Day | Yr. |

**4C. OTHER COMMENTS**

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C?  Yes No    Proceed to Section 5

**5A. FACILITY PROVIDING ROENTGENOGRAPHIC EXAMINATION:** _____
DOL Medical Provider Number (if applicable): _____
Was film taken by a registered radiographer/radiographic technologist? ☐ Yes  ☐ No    State _____
Name _____  Registration No._____

**5B.** Physician Interpreting Film (Print Name): _____
Are you Board-certified Radiologist? ☐ Yes  ☐ No,  Board-eligible radiologist? ☐ Yes  ☐ No,  B-reader? ☐ Yes  ☐ No.

**5C.** I certify that this film has been interpreted in accordance with the instructions provided on Form CM-954a and/or 20 CFR 718, Subpart B, 718.102 and ? Appendix A.

PHYSICIAN'S SIGNATURE: _____    DATE OF READING: 3/9/99

REDACTED

# EXHIBIT 25

# Robert B. Altmeyer, M.D.
PULMONARY MEDICINE

DIPLOMATE AMERICAN BOARD OF INTERNAL MEDICINE
DIPLOMATE AMERICAN BOARD OF INTERNAL MEDICINE IN PULMONARY DISEASES
CERTIFIED BY AMERICAN BOARD OF INTERNAL MEDICINE IN CRITICAL CARE MEDICINE
CERTIFIED BY AMERICAN BOARD OF INTERNAL MEDICINE IN GERIATRICS MEDICINE
1131 NATIONAL ROAD
WHEELING, WV 26003
(304) 243-1446

## ASBESTOS MEDICAL EVALUATION

### KT66
### SS#:    ·9079

## HISTORY:

This patient is a 52-year-old white male who has worked as a painter and sand blaster from 1968 until 1998. He had a mass starting in his lung in 1990. By 1996, he said it went from the size of the tip of his finger to several inches in diameter. He underwent thoracic surgery for this, and he said a diagnosis of "silicosis" was made. This man has done extensive sand blasting. He has worked in some areas where asbestos was being used and was around insulators, boiler makers, and pipe fitters, and he has removed some asbestos off of pipes. He currently uses a mask whenever he sand blasts. He has not worked directly with asbestos products.

## SMOKING HISTORY:

He has never smoked tobacco.

## PAST MEDICAL HISTORY:

He states that currently he is taking an antibiotic for prostate infection. He had a thoracotomy in 1996 with removal of this benign silicotic mass by history. He has no history of heart disease, asthma, tuberculosis, pneumonia, injury to his chest, other chest surgery, or pleurisy. Currently, he has exertional dyspnea, but he has no cough, wheezing, or chest pain.

## PHYSICAL EXAMINATION:

| | |
|---|---|
| **Height:** | 71 inches. |
| **Weight:** | 192 pounds. |
| **Neck:** | There was no hepatojugular reflux or jugular venous distention. |
| **Chest:** | There were no velcro crackles at the bases. There was a minimally prolonged forced expiratory time. The breath sounds were decreased at the right base. |
| **Heart:** | The heart was regular without murmur, gallop, rub, or click. |
| **Extremities:** | There was no peripheral edema. The nails were not cyanosed or clubbed. |

MDL875-ALTMEYER-00054515
REDACTED

March 19, 1999
Page 2

RE:

## CHEST X-RAY INTERPRETATION:

A chest x-ray shows diffuse pleural thickening and volume loss of the right lung. There are some small rounded opacities, category p/q 1/0, in the right upper and right mid lung zones. The heart is within normal limits in size and shape. The soft tissues are normal.

## PULMONARY FUNCTION TESTS:

Pulmonary function studies revealed that there was a minimal degree of airways obstruction. There was no restrictive impairment as the total lung capacity was normal. There was a significant diffusing impairment with the total lung capacity being 44% of predicted, and it improves to 59% of predicted which is still moderately reduced, after adjustment for alveolar volume.

## IMPRESSION:

On the basis of history, physical examination, review of a chest x-ray, and pulmonary function studies, it is my opinion that this man does have silicosis. He has, apparently, a biopsy proving that he has silicosis and radiographically, he does have mild small rounded opacities in the right upper and right mid lung zone. The pleural thickening along the right lateral chest wall is likely post-surgical in nature. There were no irregular opacities to suggest asbestosis.

Since the specific diffusing capacity is only 59% of predicted, one must assume that the reduction in the diffusing capacity is a result of early silicosis which is known to do so. I suggested that this man be followed closely by his personal physician and a pulmonologist with serial chest x-rays and examinations. I advised him strongly to avoid any future exposure to silica dust.

Sincerely,

Robert B. Altmeyer, M.D.

RBA/hmc

REDACTED

**RESPIRATORY TESTING SERVICES, INC.**
**PLUMBERS AND PIPEFITTERS LOCAL 102**
**KNOXVILLE, TN.**
**1-800-997-8378**



ID# _KT-66_                                    DATE: _03, 19, 99_

SSN# _1   1   9079_   TEST: _✓_     RETEST_____

NAME:(LAST)_____(FIRST)_____(MIDDLE)_____

ADDRESS:(STREET) _2027  Oliver Springs  Hwy._

(CITY) _Clinton_              (STATE) _Tn._         (ZIP) _37716_

PH:(_423_) _435 - 0600_          (_____)_____

REFERRAL_____ _Fitzgerald_

HEIGHT: _71_ INCHES  WEIGHT: _191_ LBS  AGE: _52_    SEX: (_M_) F

BIRTHDAY: _12 / 19 / 46_          PHYSICIAN: _Altmeyer_

DIAGNOSIS:_____

____✓__MARRIED _____DIVORCED _____WIDOWED _____SINGLE

EVER SMOKED: Y (_N_)  QUIT: 19____  # OF YRS SMOKED:____  #PP:____D /___WK

OCCUPATION _Painter \ Sandblaster_

### EXPOSURE HISTORY

| TYPE IND | | NAME | CITY/STATE | SUB-CONTRACTOR |
|---|---|---|---|---|
| | _68_ TO | _Local 437 –_ | | |
| | TO | _Alcoa Aluminum_ | | |
| | TO | _T.V.A – Bull Run_ | | |
| | TO | _T.V.A.  Kingston_ | | |
| | TO | _X-10_ | | |
| _10 years –_ | | _Y-12_ | | |
| | TO | _K-25_ | | |
| | TO _99_ | _Kingston Steam Plant_ | | |

I, THE UNDERSIGNED ,VERIFY THE WORK DATES LISTED ABOVE, AND I HAVE NEVER BEEN TESTED POSITIVE FOR HAVING ASBESTOSIS.

_03-19-99_

SIGNATURE_____          DATE

REDACTED

MDL875-RTS-0000341955

# EXHIBIT 26

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire



WR GRACE PIQ 015783-0081



10315607116590
RE:
Morris & Sakalarios
610 West Pine Street
Hattiesburg MS 39401

REC'D JUL 1 0 2006

  000938116590

REDACTED

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

**a.   GENERAL INFORMATION**

WR GRACE PIQ 013763-0007

1.   Name of Claimant: _____   2. Gender: ☐ Male ☒ Female
          First               MI               Last

3.   Race (for purposes of evaluating Pulmonary Function Test results): ☐ White/Caucasian
          ☒ African American
          ☐ Other

4. Last Four Digits of Social Security Number: __4__|__4__|__5__   5. Birth Date: _2_ / _24_ / _52_
6. Mailing Address: _P.O. BOX 4891_   _Greenville_
          Address          City          State/Province     Zip/Postal Code
7. Daytime Telephone Number: _662- 332 7977_   (miss)____ - _38704_

**b.   LAWYER'S NAME AND FIRM**   _Morris Sakalarian_

1.   Name of Lawyer: _Morris Anthony Sakalarian_
2.   Name of Law Firm With Which Lawyer is Affiliated: _Morris Sakalarian Blackwell_
3.   Mailing Address of Firm: _1817 Hardy St_ _Hattiesburg Mrs_ _39401_
          Address          City          State/Province     Zip/Postal Code
4.   Law Firm's Telephone Number or Lawyer's Direct Line: _(601) 644 - 3343_

☒ Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in
   lieu of sending such materials to you.

**c.   CAUSE OF DEATH (IF APPLICABLE)**

1.   Is the injured person living or deceased? ...................................................... ☒ Living   ☐ Deceased
      If deceased, date of death: ...................................................... ____ / ____ / ____
2. · If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete
      the following:
          Primary Cause of Death (as stated in the Death Certificate): _____
          Contributing Cause of Death (as stated in the Death Certificate): _____

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the
instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and
diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis
and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your
convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1.   Please check the box next to the condition being alleged:

☐ Asbestos-Related Lung Cancer          ☐ Mesothelioma
☒ Asbestosis          ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
☐ Other Asbestos Disease          ☐ Clinically Severe Asbestosis

a.   Mesothelioma:   IF alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the
      following (check all that apply):
          ☐ diagnosis from a pathologist certified by the American Board of Pathology
          ☐ diagnosis from a second pathologist certified by the American Board of Pathology
          ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial
             causal role in the development of the condition
          ☐ other (please specify): _____

1

REDACTED





WR GRACE PIR 0-53763-0021

**James W. Ballard, M.D.**          **NIOSH Certified B-Reader**

2932 Knollwood Drive ● Birmingham, AL 35243
Phone (205) 857-1689

X-RAY EVALUATION

August 18, 2000

Anthony Sakalarios
Morris, Sakalarios & Blackwell, PLLC
610 West Pine St.
Hattiesburg, MS 39401

Re:                                                    SSN:        -4145

PA view of the chest dated 04/06/00 is reviewed for the presence of and classification of pneumoconiosis according to the ILO 80 classification.

Film quality is grade 2 due to slight underexposure. Inspection of lung parenchyma demonstrates interstitial changes in the mid and lower lung zones bilaterally, consisting of small and irregular opacities of size and shape s/t, profusion 1/0.

There are no pleural plaques, pleural thickenings or pleural calcifications. No parenchymal infiltrates, nodules or masses are seen. The heart is of normal size and the mediastinal structures are unremarkable.

CONCLUSION: The above parenchymal changes are consistent with asbestosis provided the subject's exposure history and period of latency are appropriate.

*James W. Ballard, MP*

James W. Ballard, M.D.

081800.mor[acb]

REDACTED

WR GRACE PIQ 013763-0022

| WORKER'S Social Security Number | TYPE OF READING |
|---|---|
| 4 1 4 5 | A X P |

| 1A. DATE OF X-RAY | 1B. FILM QUALITY | 1C. IS FILM COMPLETELY NEGATIVE? |
|---|---|---|
| MONTH 04 DAY 06 YEAR 00 | 1 2 3 U/R *Slightly under exposed* | YES ☐ Proceed to Section 5   NO ☒ Proceed to Section 2 |

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**  YES ☒ COMPLETE 2B and 2C   NO ☐ Proceed to Section 3

**2B. SMALL OPACITIES**

a. SHAPE / SIZE

| PRIMARY | | SECONDARY | |
|---|---|---|---|
| p | p | p | p |
| q | q | q | q |
| r | u | r | u |

b. ZONES

R   L

c. PROFUSION

| 0/- | 0/0 | 0/1 |
| 1/0 | 1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/4 |

**2C. LARGE OPACITIES**

SIZE ☒ A B C

Proceed to Section 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**  YES ☐ COMPLETE 3B, 3C and 3D   NO ☒ Proceed to Section 4

**3B. PLEURAL THICKENING**

a. DIAPHRAGM (plaque)   SITE O R L

b. COSTOPHRENIC ANGLE   SITE O R L

**3C. PLEURAL THICKENING....Chest Wall**

a. CIRCUMSCRIBED (plaque)

| | SITE | O | R | | | | O | L | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IN PROFILE | I. WIDTH | O | A | B | C | O | A | B | C |
| | I. EXTENT | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| FACE ON | II. EXTENT | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

b. DIFFUSE

| | SITE | O | R | | | | O | L | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IN PROFILE | I. WIDTH | O | A | B | O | O | A | B | C |
| | I. EXTENT | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| FACE ON | II. EXTENT | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

**3D. PLEURAL CALCIFICATION**

| | SITE | O | R | EXTENT | | | | | O | L | EXTENT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. DIAPHRAGM | | | | 0 | 1 | 2 | 3 | a. DIAPHRAGM | 0 | 1 | 2 | 3 |
| b. WALL | | | | 0 | 1 | 2 | 3 | b. WALL | 0 | 1 | 2 | 3 |
| c. OTHER SITES | | | | 0 | 1 | 2 | 3 | c. OTHER SITES | 0 | 1 | 2 | 3 |

Proceed to Section 4

**4A. ANY OTHER ABNORMALITIES?**  YES ☐ COMPLETE 4B and 4C   NO ☒ Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

| O | ax | bu | ca | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | pi | px | ra | tb |

Report here which may be of present clinical significance in this section.   ☐ OD   (SPECIFY on) _____

Date Referral Physician notified?   MONTH ___ DAY ___ YR ___

**4C. OTHER COMMENTS** _____

_____

_____

SHOULD WORKER SEE PERSONEL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C.   YES ☐ NO ☐ Proceed to Section 5

| 5. FILM READERS INITIALS | PHYSICIAN'S SOCIAL SECURITY NUMBER | DATE OF READING |
|---|---|---|
| *JCB* | 3 1 5 | MONTH 08 DAY 18 YEAR 00 |

Complete if social security number is not furnished:

NAME (LAST—FIRST—MIDDLE)

STREET ADDRESS   CITY   STATE   ZIP CODE

*Furnishing your social security number is voluntary. Your refusal to provide this number will not affect your right to participate in this program.*

P-41-5204 REV. 11/91 ▶

REDACTED

# William C. Pinkston, M.D.

107 Windrush Drive
Ridgeland, MS 39157
Phone: (601) 853-8259          E-MAIL: WEPINKSTON@AOL.COM          Fax (601) 853-7838


WR GRACE PIQ 0157183-0023

December 19, 2002

Anthony Sakalarios, Esq.
201 Hardy Street
Hattiesburg, MS  39401

Re:
SS#        4145

Dear Mr. Sakalarios:

This is a physician's report pertaining to the above-named client.         is a 50 year old African-American female. She has a high school education. She has no military experience.

**EMPLOYMENT HISTORY:**  She worked at Cooper Steel in Greenville from 1969 to 1974 as an operator and for the Vlasic Pickle Company as a machine operator from 1975 to 1992. She remembers working in the boiler room. She thinks she mixed asbestos mud, but is not sure.

**SMOKING HISTORY:**  She started smoking in 1979 and smokes "off and on mostly on special occasions."

**RESPIRATORY SYMPTOMS:**  The patient gets out of breath when climbing stairs. She has problems with wheezing and coughing with occasional reddish sputum production. No chest pain. She had asthma as a child.

**MEDICATIONS:**  None.

**SURGICAL HISTORY:**  Negative.

**REVIEW OF SYSTEMS:** Positive for hay fever and nasal allergies.

**FAMILY HISTORY:**  Her sister has lung cancer.

**PHYSICAL EXAMINATION:**
General:  Well-developed, obese, black female in no acute distress.
HEENT:  There are no lesions of the oropharynx. She has upper dentures.
Neck:  No masses or thyromegaly.
Lungs:  Clear to auscultation.
Heart:  Regular rhythm without murmur, gallop, or rub.
Extremities:  No cyanosis, clubbing, or edema.

REDACTED

Mr. Anthony Sakalarios, Esq.
December 19, 2002
Page 2

Re:
    SS#    -4145

WR GRACE PIQ 018768-0024

**PROCEDURES:**
Pulmonary function studies are normal except for a mild reduction in diffusing capacity at 75% of predicted.

Chest x-ray dated 4/6/00 was reviewed for the presence of pneumoconiosis by Dr. James W. Ballard according to the ILO 1980 classification. The film is quality 2 due to underexposure. Irregular interstitial infiltrates are seen in the mid and lower lung zones bilaterally with a shape and size S/T and profusion of 1/0. She has no pleural abnormalities noted.

**IMPRESSION:** Given the patient's history of significant exposure to aerosolized asbestos associated with an appropriate latency, and given the roentgenographic findings and the reduction in diffusing capacity on pulmonary function testing, I feel with a reasonable degree of medical certainty that this patient has pulmonary asbestosis.

**RECOMMENDATIONS:**
1. She was told of an increased risk of lung cancer, mesothelioma, and other non-pulmonary malignancies associated with asbestos exposure.
2. She was advised to have yearly chest x-rays, pulmonary function tests and screening for gastrointestinal malignancy.
3. She was advised that her chest x-ray and pulmonary function may deteriorate in the absence of further asbestos exposure.
4. She was advised to refrain from use of any tobacco-containing products.

I hope the above information is useful to you. If I can be of further assistance, please let me know.

Sincerely,

William C. Pinkston, M.D.
WCP:rb

REDACTED



W.R GRACE PIQ 015783-0025

**Asbestos Medical Evaluation**                    **Dr. Gregory A. Nayden**
                                                    Board Certified in Internal Medicine

SSN:      4145                      October 10, 2000

**History:**
**Occupational:**          is a 48 year old who reports exposure to asbestos material from 1969 through 1985. She was exposed while working around insulation and overhead piping insulated with asbestos as a machine operator and welder. She denies any respiratory complaints such as shortness of breath, cough, or chest pain. She smokes 1 pack of cigarettes per week since 1977.
**Past Medical:** None.

**Physical Exam:** The patient is normal appearing for stated age and is alert, oriented, and in no apparent respiratory distress. The chest is normal. The lungs are clear to auscultation. The heart has a regular rhythm with no murmurs or gallops. The fingers show no clubbing or cyanosis, and the ankles show no edema.

**Pulmonary Function Testing:** Performed 10/10/2000 utilizing Crapo/Hsu predicted values for spirometry, lung volumes, and diffusion.
FVC = 2.40L (78% predicted)              TLC = 3.99L (85% predicted)
FEV1 = 1.91L (74% predicted)             DLCO mL/mmHg/min = 15.4(62% predicted)
FEV1/FVC = 79%                           DLCO/VA 1/min/mmHg = 4.99(93% predicted)
These values are consistent with a mild obstructive defect.

**Chest Radiography:** CXR dated 04/06/2000 was evaluated by Dr. James Ballard on 08/18/2000 and revealed irregular interstitial opacities in both mid and lower lung zones, the size and shape of which are classified as s/t and the profusion of 1/0. The pleural surfaces are normal.

**Diagnostic Impression:**
    1. Bilateral interstitial fibrotic changes consistent with pulmonary asbestosis.
    2. Given the asbestos exposure history, pulmonary function testing, and physical examination results, I concur with the NIOSH B-Readers radiographic evaluation.

**Prognosis/Recommendations:** Due to the latency period between exposure to asbestos and the proof of clinically significant asbestos-related disease, patients have an increased risk of developing bronchogenic carcinoma, mesothelioma, and other cancers, as well as the further deterioration in pulmonary function, even in the absence of additional asbestos exposure, therefore close clinical follow-up is recommended.

Dr. Gregory A. Nayden

REDACTED



FROM:
BARBARA MCCLURE
(601) 544-3343
MORRIS, SAKALARIOS & BLACKWELL, PL
1817 HARDY ST
HATTIESBURG MS 39401-4914

30 LBS   1 OF 1   FOR UPS

MN 55

WR GRACE P50 # 63783-0067

SHIP TO:

WR GRACE PROCESSING DEPARTMENT
(601) 544-3343
RUST CONSULTING INC.
201 S. LYNDALE AVENUE
FARIBAULT  MN 55021

**UPS GROUND**
TRACKING #: 1Z A41 19V 03 4592 8730

REF 1: MSB WR GRACE
REF 2: BOX 17

BILLING: P/P

# EXHIBIT 27

Dr. Andrew W. Harron, D.O.
1617·34th Court
Kenosha, WI 53144
(262) 553-1036

Monday, October 14, 2002

O'Quinn, Laminack & Pirtle
440 Louisiana Avenue
Houston, TX  77002

RE:
SSN: :        -4145
DOB:  02/24/52

I certify that on 09/14/02 I examined the above client in Vicksburg, MS.

The work history provided to me indicates that the client had an occupational exposure to silica from 1971-1980, while working for Mid State Steel in Greenville, MS as an operator and a welder around sandblasting.  The client's chest x-ray reveals the possibility of cancer in the right midzone, for which the client was advised to see her doctor.  The client complains of shortness of breath.  My physical exam reveals there is no clubbing or cyanosis of the fingers.  There is no ankle edema.  There are no abnormal breath sounds.  The client denies having cancer.  The client denies having tuberculosis.  The client denies having connective tissue disease.  The client reports smoking one-half of a pack of cigarettes per day for fifteen years.  The client was advised to stop smoking for her health and the health of those with whom she lives.

On the basis of this client's history of occupational exposure to silica,:        :        could have silicosis.

Since silica exposure is associated with an increased incident of cor pulmonale, progressive pulmonary fibrosis, spontaneous pneumothorax, autoimmune connective tissue diseases such as scleroderma, rheumatoid arthritis, systemic lupus erythematosus and others, tuberculosis, renal complications and lung cancer, this person should be examined frequently by her physician for possible early detection and treatment of these proceses.

Pulmonary Function:  Test not performed

Signature:  _____          Date: 10/14/02 _____
           Andrew W. Harron, D.O.

AWH/msh

REDACTED

Andrew W. Harron, D.O.
Diplomate of the American Osteopathic
Board of Radiology

DATED OF READING 9/13/02

CHEST DATED 9/13/02:  Rule out cancer versus scar right midzone.  No other
abnormalities are seen.

IMPRESSION:
1.  No x-ray evidence of pneumoconiosis.
2.  Rule out cancer right midzone, see the doctor.

AWH/kc

REDACTED

# EXHIBIT 28

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire



WR GRACE PIQ 010611-0001



10315607122509

RE: :
Morris & Sakalarios
610 West Pine Street
Hattiesburg MS 39401

REC'D JUN 2 8 2006



000938122509

REDACTED

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

WR GRACE PIQ 010611-0007

### a. GENERAL INFORMATION

1. Name of Claimant: _____  2. Gender: ☒ Male ☐ Female
   First        MI        Last

3. Race (for purposes of evaluating Pulmonary Function Test results): ☐ White/Caucasian
   ☒ African American
   ☐ Other

4. Last Four Digits of Social Security Number: 8 4 1 2   5. Birth Date: 02 / 12 / 37

6. Mailing Address: 319 LAKe street   GreeNville   MS.   38701
   Address        City        State/Province        Zip/Postal Code

7. Daytime Telephone Number: SAMe   (_____) _____-_____

### b. LAWYER'S NAME AND FIRM

1. Name of Lawyer: ANthoNy SAKALARIOS

2. Name of Law Firm With Which Lawyer is Affiliated: MORRiS, SAKALARios & BLACKWeLL

3. Mailing Address of Firm: 1817 HARDy street, Hattiesburg MS 39401
   Address        City        State/Province        Zip/Postal Code

4. Law Firm's Telephone Number or Lawyer's Direct Line: (601) 544-3343

   ☐ Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? ☒ Living ☐ Deceased
   If deceased, date of death: _____/_____/_____

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:
   Primary Cause of Death (as stated in the Death Certificate): _____
   Contributing Cause of Death (as stated in the Death Certificate): _____

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged:
   ☐ Asbestos-Related Lung Cancer       ☐ Mesothelioma
   ☒ Asbestosis                          ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
   ☐ Other Asbestos Disease             ☐ Clinically Severe Asbestosis

   a. Mesothelioma: If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):
      ☐ diagnosis from a pathologist certified by the American Board of Pathology
      ☐ diagnosis from a second pathologist certified by the American Board of Pathology
      ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition
      ☐ other (please specify): _____

1

REDACTED





# James W. Ballard, M.D.

NIOSH Certified B-Reader

3332 Knollwood Drive ● Birmingham, AL 35243
Phone (205) 967-1695

## X-RAY EVALUATION

November 21, 2000

Anthony Sakalarios
Morris, Sakalarios & Blackwell, PLLC
201 Hardy St.
Hattiesburg, MS 39401

Re:                                                          SSN          8412

PA and lateral views of the chest dated 09/09/00 are reviewed for the presence of and classification of pneumoconiosis according to the ILO 80 classification.

Film quality is grade 2 due to slight overexposure. Inspection of lung parenchyma demonstrates interstitial changes in the mid and lower lung zones bilaterally, consisting of small and irregular opacities of size and shape s/t, profusion 1/0.

There are no pleural plaques or pleural calcifications. Pleural thickening is seen in the minor fissure. No parenchymal infiltrates, nodules or masses are seen. The heart is of normal size and the mediastinal structures are unremarkable.

CONCLUSION: The above parenchymal changes are consistent with asbestosis provided the subject's exposure history and period of latency are appropriate.

*James W. Ballard mp*

James W. Ballard, M.D.

112000.nor[scb/b]

REDACTED

WR GRACE PIQ 010311-0023

| WORKER'S Social Security Number | | TYPE OF READING | FACILITY IDENTIFICATION |
|---|---|---|---|
| 8 4 1 2 | | A ☒ P | |

| 1A. DATE OF X-RAY | 1B. FILM QUALITY | 1C. IS FILM COMPLETELY NEGATIVE? |
|---|---|---|
| MONTH 0 7 DAY 0 7 YEAR 0 0 | 1 ☒ 3 UR | Slightly over exposed | YES ☐ Proceed to Section 6  NO ☒ Proceed to Section 2 |

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** YES ☒ COMPLETE 2B and 2C   NO ☐ Proceed to Section 3

**2B. SMALL OPACITIES**

a. SHAPE / SIZE

| PRIMARY | SECONDARY |
|---|---|
| P ☒ | P s |
| q | q ☒ |
| r | r u |

b. ZONES

R L

c. PROFUSION

| 0/- | 0/0 | 0/1 |
| 1/0 | 1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/4 |

**2C. LARGE OPACITIES**

SIZE ☒ A B C

Proceed to Section 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** YES ☐ COMPLETE 3B, 3C and 3D   NO ☒ Proceed to Section 4

**3B. PLEURAL THICKENING**

a. DIAPHRAGM (plaque)

SITE  O R L

b. COSTOPHRENIC ANGLE

SITE  O R L

**3C. PLEURAL THICKENING... Chest Wall**

a. CIRCUMSCRIBED (Plaque)

| | SITE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| IN PROFILE | O | R | | | O | L | | | |
| | | A | B | C | | A | B | C | |
| I. WIDTH | O | A | B | C | O | A | B | C |
| I. EXTENT | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| FACE ON | | | | | | | | |
| II. EXTENT | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

b. DIFFUSE

| | SITE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| IN PROFILE | O | R | | | O | L | | | |
| I. WIDTH | O | A | B | C | O | A | B | C |
| I. EXTENT | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| FACE ON | | | | | | | | |
| II. EXTENT | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

**3D. PLEURAL CALCIFICATION**

| | SITE O R EXTENT | | | | | SITE O L EXTENT | | | |
|---|---|---|---|---|---|---|---|---|---|
| a. DIAPHRAGM | 0 | 1 | 2 | 3 | a. DIAPHRAGM | 0 | 1 | 2 | 3 |
| b. WALL | 0 | 1 | 2 | 3 | b. WALL | 0 | 1 | 2 | 3 |
| c. OTHER SITES | 0 | 1 | 2 | 3 | c. OTHER SITES | 0 | 1 | 2 | 3 |

Proceed to Section 4

**4A. ANY OTHER ABNORMALITIES?** YES ☒ COMPLETE 4B and 4C   NO ☐ Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

O ax bu ca cn cp cv di ef em es fr hi ho id kl ☒ od pi px ra

Report letters which may be of present clinical significance in this section.

(SPECIFY ef) 00

Date Personal Physician notified (if box)

MONTH  DAY  YEAR

**4C. OTHER COMMENTS**

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C   YES ☐ NO ☐ Proceed to Section 5

**5. FILM READERS INITIALS**  J W B

**PHYSICIANS SOCIAL SECURITY NUMBER**  3 1 5

**DATE OF READING**  MONTH 7 DAY 2 YEAR 0 0

Complete if social security number is not furnished:

NAME (LAST—FIRST—MIDDLE)

STREET ADDRESS   CITY   STATE   ZIP CODE

*Furnishing your social security number is voluntary. Your refusal to provide this number will not affect your right to participate in this program.

P-01-5206 REV. 11/91 P

REDACTED



**James W. Ballard, M.D.**
4012 Greystone Drive ● Birmingham, AL 35242
P.O. Box 381088 ● Birmingham, AL 35238

NIOSH Certified B-Reader
Licensed in Alabama and Florida

X-RAY EVALUATION

February 15, 2003

Anthony Sakalarios
Morris, Sakalarios & Blackwell, PLLC
201 Hardy Street
Hattiesburg, MS 39401

Re:                                                SSN:           ;-8412

:        was exposed to asbestos while employed at Greenville Mills/U.S. Axminister, Inc. (textile mill) in Greenville, MS, from 1959-1965 as perch house worker, loader and machine operator. He worked at U. S. Gypsum in Greenville, MS, from 1965-67 in the lab, mixing department and as a laborer. He gives lifelong history of nonsmoking.

Pulmonary function studies dated 03/21/01 and performed by American Medical Testing, Inc., revealed FVC 64% predicted; TLC of 80% predicted, and DLCO 48% predicted. Repeat pulmonary function studies dated 12/21/02 performed by Inner Visions Medical Services, LLC, revealed FVC of 88% predicted, FEV of 79% predicted, FEV1/FVC 69, TLC 90% predicted, and DLCO 48% predicted.

Dr. Gregory Nayden performed history and physical dated 03/21/01. He stated             was a 64 year old who reported exposure to asbestos material from 1959-1967. He was exposed while working around gaskets, firebrick, furnaces, boilers, insulation and overhead piping insulated with asbestos as a loader, machine operator, laborer and ceiling material mixer. He also worked alongside pipefitters, boilermakers and insulators. He complained of shortness of breath with any exertional activity and exertional chest pain but denied cough. He had no prior smoking history. Past medical history was noncontributory. Physical exam revealed individual who appeared normal for stated age and who was alert, oriented and in no apparent respiratory distress. The chest was normal with mild bilateral rhonchi. The heart size was normal with regular rhythm with no murmurs or gallops. Fingers showed no clubbing or cyanosis and the ankles showed no edema.

021203.cau[acb/b]

REDACTED





NIOSH Certified b-Reader
Licensed in Alabama and Florida

**James W. Ballard, M.D.**
4012 Greystone Drive   ●   Birmingham, AL 35242
P.O. Box 381088   ●   Birmingham, AL 35238

X-RAY EVALUATION

02/15/03
Page two.

I read chest radiograph(s) dated 09/09/00 on 11/21/00. Film quality was grade 2 due to slight overexposure. Small and irregular s/t size opacities were seen in the mid and lower lung zones bilaterally. Profusion was 1/0. No pleural plaques, pleural calcifications were noted. Pleural thickening was seen in the minor fissure. No infiltrates, nodules or masses were seen. The heart size was normal.

**CONCLUSION:** The above individual has asbestosis causally related to work-related exposure. Due to the latency period between exposure to asbestos and clinically evident asbestos-related disease, the patient has increased risk of developing lung cancer, mesothelioma and other cancers as well as further deterioration of pulmonary functions without further asbestos exposure.

James W. Ballard, M.D.

021203.cau[acb/b]

REDACTED

# William C. Pinkston, M.D.

107 Woodrush Drive
Ridgeland, MS 39157
Phone: (601) 853-0259        E-MAIL: WCPINKSTON@AOL.COM        Fax: (601) 853-7838

WR GRACE PI4 010811-0028

December 21, 2002

Anthony Sakalarios, Esq.
201 Hardy Street
Hattiesburg, MS  39401

Re:
    SS#       -8412

Dear Mr. Sakalarios:

This is a physician's report pertaining to the above-named client.            is a 65 year old African-American male.  He has a high school education.  He was in the Air Force from 1954 to 1958 and thinks he was exposed to asbestos during that time.

**EMPLOYMENT HISTORY:**  He worked at Firestone Tires from 1958 to 1959.  He fixed flats and worked on brake linings.  He worked for Greenville Mills from 1959 to 1964 and for U.S. Gypsum from 1965 to 1967 and then for the American Box Company from 1981 to 1983.  He does not know how he was exposed to asbestos.  He thinks he stripped asbestos off boilers and knocked asbestos off pipes.

**SMOKING HISTORY:**  The patient is a lifelong nonsmoker.

**RESPIRATORY SYMPTOMS:**  The patient gets out of breath when walking fast on level ground.  He has problems with wheezing and coughing with white sputum production.  He has occasional chest pain.  He was diagnosed with asthma in 1974 and was told years ago that he had "spots on his lungs."

**MEDICATIONS:**  Ranitidine, simvastatin, Albuterol and Atrovent inhalers.

**SURGICAL HISTORY:**  Negative.

**REVIEW OF SYSTEMS:**  Positive for arthritis, hypercholesterolemia, peptic ulcer disease, recurrent sinus infections, nasal allergies, and hay fever.

**FAMILY HISTORY:**  His brother had asthma.

**PHYSICAL EXAMINATION:**
General:  Well-developed, well-nourished black male in no acute distress.

REDACTED



WR GRACE PIQ 010011-0027

Anthony Sakalarios, Esq.
December 21, 2002
Page 2

Re:

SS#       -8412

---

HEENT:  There are no lesions of the oropharynx.
Neck:  No masses or thyromegaly.
Lungs:  Clear to auscultation.
Heart:  Regular rhythm without murmur, gallop, or rub.
Extremities:  No cyanosis, clubbing, or edema.

**PROCEDURES:**
Pulmonary function studies are consistent with a mild obstructive ventilatory abnormality with a moderate reduction in diffusing capacity.

Chest x-ray dated 9/9/00 was reviewed for the presence of pneumoconiosis by Dr. James W. Ballard according to the ILO 1980 classification.  The film is quality 2 due to underexposure.  Irregular interstitial infiltrates are seen in the mid and lower lung zones bilaterally with a shape and size S/T and profusion of 1/0.  Pleural thickening is noted in the minor fissure.

**IMPRESSION:**
1.      Asthma by history
2.      Asbestos-related pleural disease based on the pleural thickening noted on the chest x-ray

**RECOMMENDATIONS:**
1.      He was told of an increased risk of lung cancer, mesothelioma, and other non-pulmonary malignancies associated with asbestos exposure.
2.      He was advised to have yearly chest x-rays, pulmonary function tests and screening for gastrointestinal malignancy.
3.      He was advised that his chest x-ray and pulmonary function may deteriorate in the absence of further asbestos exposure.
4.   .   He was advised to refrain from use of any tobacco-containing products.

I hope the above information is useful to you.  If I can be of further assistance, please let me know.

Sincerely,

William C. Pinkston, M.D.
WCP:rb

REDACTED

# EXHIBIT 29

**Dr. Andrew W. Harron, D.O.**
**1617 34ᵗʰ Court**
**Kenosha, WI  53144**
**(262) 553-1036**

Monday, October 14, 2002

O'Quinn, Laminack & Pirtle
440 Louisiana Ave.
Houston, TX  77002

RE:    :
      SSN:  ̄  ̄ -8412
      DOB:  02/12/37

    I certify that on 09/13/02 I examined the above client in Greenville, MS.

    The work history provided to me indicates that the client had an occupational exposure to silica from 1958-1960, while working for Thomas & Hayward in Greenville, MS as a laborer and sandblasting tanks; from 1960-1961 and from 1979-1982, while working for Chicago Mills/American Box Manufacturing in Greenville, MS painting tanks, sandblasting, and working with furnaces; and from 1959-1964, while working for Greenville Mill in Greenville, MS cleaning wool that had sand. The client's chest x-ray reveals an enlarged heart and the possibility of cancer on the left, for which the client was advised to see his doctor. The client complains of shortness of breath. My physical exam reveals there is no clubbing or cyanosis of the fingers. There is no ankle edema. There are no abnormal breath sounds. The client reports having prostate cancer in 1999. The client denies having tuberculosis. The client denies having connective tissue disease.

    On the basis of this client's history of occupational exposure to silica and my reading of the client's chest x-ray showing findings consistent with silicosis, within a reasonable degree of medical certainty,              has silicosis.

    Since silica exposure is associated with an increased incident of cor pulmonale, progressive pulmonary fibrosis, spontaneous pneumothorax, autoimmune connective tissue diseases such as scleroderma, rheumatoid arthritis, systemic lupus erythematosus and others, tuberculosis, renal complications and lung cancer, this person should be examined frequently by his physician for possible early detection and treatment of these processes.

Pulmonary Function:  See attached

Signature:  _Andrew W. Harron, D.O._      Date: _10/14/02_

AWH/msh

REDACTED

# EXHIBIT 30

**DOMINIC GAZIANO, M.D., F.C.C.P.**
CHEST MEDICAL SERVICES, INC.
PULMONARY DISEASES & INTERNAL MEDICINE
3100 MacCORKLE AVE, S.E.
SUITE 404
CHARLESTON, WV 25304

**304-346-1811**

| 1. Claimant's Name (Print) | 1A. Date of X-ray | 1B. Claimant's Social Security Number | 1C. Film Quality (If not Grade 1. Give Reason): |
|---|---|---|---|

1A. Date of X-ray: `0 9 | 1 1 | 0 1` MO. DAY YR.

1B. Claimant's Social Security Number: `1 1 0 0`

1C. Film Quality: `X` `2` `3` `U/R`

**1D. Is Film Completely Negative?**  YES ☐  Proceed to Section 5  NO ☑ Complete Section 2A

**2A. Any Parenchymal Abnormalities Consistent with Pneumoconiosis?**  YES ☑ Complete 2B and 2C  NO ☐ Proceed to Section 3

**2B. SMALL OPACITIES**

a. SHAPE/SIZE

| PRIMARY | SECONDARY |
|---|---|
| p  s | p  s |
| q  t | q  t |
| r  u | r  u |

b. ZONES

R  L

c. PROFUSION

| 0- | 0/0 | 0/1 |
|---|---|---|
| 1/0 | 1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/+ |

**2C. LARGE OPACITIES**

SIZE  `X` A  B  C   Proceed to Section 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**  YES ☐ Complete 3B, 3C and 3D  NO ☑ Proceed to Section 4

**3B. PLEURAL THICKENING**

a. CIRCUMSCRIBED (plaque)

a. Diaphragm (plaque)  SITE  O  R  L

| | SITE | O | R | | | O | L | |
|---|---|---|---|---|---|---|---|---|
| In Profile | | O | R | | | O | L | |
| I. Width | O | A | B | C | O | A | B | C |
| II. Extent | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| Face On | | | | | | | | |
| III. Extent | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

b. Costophrenic Angle  SITE  O  R  L

**3C. PLEURAL THICKENING...Chest Wall**

b. Diffuse

| | SITE | O | R | | | O | L | |
|---|---|---|---|---|---|---|---|---|
| In Profile | | O | R | | | O | L | |
| I. Width | O | A | B | C | O | A | B | C |
| II. Extent | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |
| Face On | | | | | | | | |
| III. Extent | 0 | 1 | 2 | 3 | 0 | 1 | 2 | 3 |

**3D. PLEURAL CALCIFICATION**

SITE  O  R  EXTENT

| | | O | 1 | 2 | 3 |
|---|---|---|---|---|---|
| a. Diaphragm | | 0 | 1 | 2 | 3 |
| b. Wall | | 0 | 1 | 2 | 3 |
| c. Other Sites | | 0 | 1 | 2 | 3 |

SITE  O  L  EXTENT

| | | O | 1 | 2 | 3 |
|---|---|---|---|---|---|
| a. Diaphragm | | 0 | 1 | 2 | 3 |
| b. Wall | | 0 | 1 | 2 | 3 |
| c. Other Sites | | 0 | 1 | 2 | 3 |

Proceed to Section 4

**4A. ANY OTHER ABNORMALITIES**  YES ☐ Complete 4B and 4C  NO ☑ Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

| O | ax | bu | ca | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | pi | px | rp | tb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REPORT ITEMS WHICH MAY BE OF PRESENT CLINICAL SIGNIFICANCE IN THIS SECTION   (Specify od )   `OD`

Date Personal Physician notified?   Mo.  Day  Yr.

**4C. OTHER COMMENTS**

Based on the chest x-ray and occupational history, it is my opinion to a reasonable degree of medical certainty, that this claimant

( ) has asbestosis.
( , does not have pneumoconiosis.
( ) has asbestos pleural disease.
( ) has mixed dust pneumoconiosis with asbestosis.
( ) has pneumoconiosis without asbestosis.
(—) has silicosis.

**4D. ( ) has other significant disease:** _____

SHOULD CLAIMANT SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4D?  Yes  No   Proceed to Section 5

**5A. FACILITY PROVIDING ROENTGENOGRAPHIC EXAMINATION**  `2 HAM , AL`

PHYSICIAN'S SIGNATURE _(signature)_

BOARD CERTIFIED IN PULMONARY DISEASES AND INTERNAL MEDICINE PNEUMOCONIOSIS "B" READER

DATE OF READING  `12 | 19 | 01`  (Mo. Day, Yr.)

REDACTED

**D. GAZIANO, M.D., F.C.C.P.**
Chest Medical Services, Inc.
*Certified NIOSH B-reader*
*Board Certified in*
*Pulmonary, Internal Medicine & Critical Care*
*Member American College of Occupational and Environmental Medicine*

SUITE 404
3100 MACCORKLE AVENUE, S.E.
CHARLESTON, WEST VIRGINIA 25304

TELEPHONE 304-346-1811
FAX 304-343-3086

January 3, 2001

SSN:        –1100

I reviewed the occupational history and chest x-ray dated 09/11/01 for:              .   Based upon
that history and the chest x-ray findings compatible with rounded and irregular opacities in all lung
zones, it is my opinion, to a reasonable degree of medical certainty, that the x-ray changes are due to
silicosis that he acquired through his occupational exposure.

*D. Gaziano*

Dominic Gaziano, M.D., F.C.C.P.

DG/am

Ref: P * U

REDACTED

**D. GAZIANO, M.D., F.C.C.P.**
Chest Medical Services, Inc.
*Certified NIOSH B-reader*
*Board Certified in*
*Pulmonary, Internal Medicine & Critical Care*
*Member, American College of Occupational & Environmental Medicine*

Suite 404
3100 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304

Telephone (304) 346-1811
FAX (304) 343-3086

January 9, 2004

Provost & Umphrey, Attorneys at Law
490 Park Street
Beaumont, TX 77701

Re:
SSN:        -1100
Independent Medical Examination

Dear Sirs:

I saw             at your request on 1/9/04 for evaluation of an occupational lung disease.

**Occupational History:** This 71-year-old man was in the U.S. Army 1953 to 1955. From 1956 to 1979 he worked in a foundry as a chipper, grinder, welder, crane operator and inspector for about eight years. He was exposed to sand, iron dust and welding fumes. He was exposed to asbestos around pipes, furnaces and used asbestos gloves. He was disabled with a back injury.

**Habits:** He smokes one pack of cigarettes a day and six pipes a day and drinks alcohol moderately.

**Hobbies:** Automotive (tech) mechanic.

**Past Medical History:** History of back injury, diabetes for three years, hypertension for 10 years, and arthritis of the legs and back. No known drug allergies. Medications are Glyburide and Captopril/Hydrochlorothiazide.

**Review of Systems:** He has had a cough productive of phlegm. He gets short of breath when walking and has anterior chest pain when he coughs that lasts 10-15 minutes.

**Physical Examination:** Height 6', weight 183#, pulse 74, BP 120/80, respirations 16. Well-developed, well-nourished man in no acute distress. Neck was supple with no mass, thyroid enlargement or neck vein distention. Chest was symmetrical. Lungs were clear to auscultation and percussion. Heart was regular without murmur, thrill, gallop or cardiac enlargement.

**Chest X-ray:** Chest x-ray of 1/6/04 showed rounded and irregular opacities throughout all lung zones of a 1/0 profusion.

**Pulmonary Function Test:** Spirometry was normal. Lung volumes were normal. Diffusing capacity for carbon monoxide was mildly reduced.

1/13/04
(ED)

REDACTED

Provost & Umphrey, Attorneys at Law - 2
Re: :
Date of Examination:  1/9/04

It is my opinion, to a reasonable degree of medical certainty, that          has silicosis with a
mild degree of pulmonary functional impairment.

This report relates only to the diagnosis of an occupational lung disease and is not intended to serve as a
comprehensive evaluation of health problems.  If there are any questions concerning this report, please
feel free to contact me.

Sincerely yours,

Dominic Gaziano, M.D., F.C.C.P.

DG/lyl(4)

REDACTED

P - U

**DOMINIC GAZIANO, M.D., F.C.C.P., CHEST MEDICAL SERVICES, INC.**
*PULMONARY DISEASES & INTERNAL MEDICINE*
3100 MACCORKLE AVENUE, S.E., SUITE 404
CHARLESTON, WV 25304    (304) 346-1811

CERTIFIED NIOSH B READER
**TYPE OF READING**
☐ A    ☒ B    ☐ P

| CLAIMANT'S NAME | CLAIMANT'S Social Security Number | DATE OF RADIOGRAPH |
|---|---|---|
| | ☐ ☐ ☐ - ☐ ☐ - ☐ 1 0 0 | MONTH 0 1  DAY 0 6  YEAR 2 0 0 4 |

**1. FILM QUALITY**
☐ Overexposed (dark)  ☐ Improper position  ☐ Underinflation
☒ 2 3 U/R  ☐ Underexposed (light)  ☐ Poor contrast  ☐ Mottle
(if not Grade 1, mark all boxes that apply)  ☐ Artifacts  ☐ Poor processing  ☐ Other (please specify) _____

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**  YES ☒ Complete Sections 2B and 2C    NO ☐ Proceed to Section 3A

**2B. SMALL OPACITIES**

| a. SHAPE/SIZE | | b. ZONES | | c. PROFUSION | | |
|---|---|---|---|---|---|---|
| PRIMARY | SECONDARY | R  L | | 0/- 0/0 0/1 | | |
| p  s | p  s | UPPER  / / | | ☒1/0 1/1 1/2 | | |
| ☒t  t | q  t | MIDDLE  / / | | 2/1 2/2 2/3 | | |
| r  u | r  u | LOWER  / / | | 3/2 3/3 3/+ | | |

**2C. LARGE OPACITIES**
SIZE ☒ A B C    Proceed to Section 3A

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**  YES ☐ Complete Sections 3B, 3C    NO ☒ Proceed to Section 4A

**3B. PLEURAL PLAQUES** *(mark site, calcification, extent, and width)*

| | | | Extent (chest wall; combined for in profile and face on) | Width (in profile only) (3mm minimum width required) |
|---|---|---|---|---|
| Chest wall | Site | Calcification | Up to 1/4 of lateral chest wall = 1<br>1/4 to 1/2 of lateral chest wall = 2<br>> 1/2 of lateral chest wall = 3 | 3 to 5 mm = a<br>5 to 10 mm = b<br>> 10 mm = c |
| In profile | O R L | O R L | | |
| Face on | O R L | O R L | O R  O L | O R  O L |
| Diaphragm | O R L | O R L | 1 2 3  1 2 3 | a b c  a b c |
| Other site(s) | O R L | O R L | | |

**3C. COSTOPHRENIC ANGLE OBLITERATION**  R L    Proceed to Section 3D    NO ☒ Proceed to Section 4A

**3D. DIFFUSE PLEURAL THICKENING** *(mark site, calcification, extent, and width)*

| | | | Extent (chest wall; combined for in profile and face on) | Width (in profile only) (3mm minimum width required) |
|---|---|---|---|---|
| Chest wall | Site | Calcification | Up to 1/4 of lateral chest wall = 1<br>1/4 to 1/2 of lateral chest wall = 2<br>> 1/2 of lateral chest wall = 3 | 3 to 5 mm = a<br>5 to 10 mm = b<br>> 10 mm = c |
| In profile | O R L | O R L | O R  O L | O R  O L |
| Face on | O R L | O R L | 1 2 3  1 2 3 | a b c  a b c |

**4A. ANY OTHER ABNORMALITIES?**  YES ☐ Complete Sections 4B, 4C, 4D, 4E    NO ☒ Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**
| aa | at | ax | bu | ca | cg | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | me | pa | pb | pi | px | ra | rp | tb | OO |

**4C. MARK ALL BOXES THAT APPLY:**

Abnormalities of the Diaphragm:  ☐ Eventration    Airway Disorders:  ☐ Bronchovascular markings, heavy or increased
☐ Hiatal hernia    ☐ Hyperinflation

Bony Abnormalities:  ☐ Bony chest cage abnormality    ☐ Fractured, healed (non-rib)    ☐ Scoliosis
☐ Vertebral column abnormality    ☐ Fracture, not healed (non-rib)    ☐ Kyphosis

Lung Parenchymal Abnormalities:  ☐ Azygos lobe
☐ Density, lung, _____
☐ Infiltrate, _____
☐ Nodule, nodular lesion, _____

Miscellaneous Abnormalities:  ☐ Foreign body    ☐ Post-surgical changes/sternal wire    ☐ Cyst
Vascular Disorders:  ☐ Aorta, anomaly of    ☐ Vascular abnormality    ☐ Pacemaker/Defibrillator

**4D. OTHER COMMENTS:** _____

**4E. SHOULD CLAIMANT SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4?**  Yes No

**4F. ADDITIONAL COMMENTS**
Based on the chest x-ray and occupational history, it is my opinion to a reasonable degree of medical certainty, that this claimant
☐ has asbestosis.    ☐ has mixed dust pneumoconiosis with asbestosis.
☐ does not have pneumoconiosis.    ☐ has pneumoconiosis without asbestosis.
☐ has asbestos pleural disease.    ☒ has silicosis.    Proceed to Section 5

**5A. FACILITY PROVIDING ROENTGENOGRAPHIC EXAMINATION**  B'HAM

PHYSICIAN'S SIGNATURE _____
BOARD CERTIFIED IN PULMONARY
DISEASES AND INTERNAL MEDICINE
PNEUMOCONIOSIS "B" READER

FILM READER'S INITIALS  D J G

DATE OF READING  MONTH 0 1  DAY 0 9  YEAR 2 0 0 4

REDACTED

# EXHIBIT 31

# WR Grace
## Personal Injury Questionnaire (PIQ)
# Final Cover Sheet



WR GRACE PIQ 014015-0000

Doc ID: **14015**          Date Received: **7-10-2006**          Confirmed Form Type: **PIQ**

Firm #: **99104**          Firm Name: **MORRIS SAKALARIOS & BLACKWELL**

Attorney #: **99115**          Attorney Name: **SAKALARIOS, ANTHONY**

*********************************************************************************

Page Count Information:

Verified Form Count:          20

Verified Attach. Count:          27

*********************************************************************************

Totals:

Total Pages submitted Incl. Cover Sheet: **48**

(If Multiple Claimants & Attachments have been copied, put all related Document ID Numbers in comment box)

Other Comments:

☐ Code 1 - Objections Attached
☐
☐
☐
☐
☐
☐
☐
☐
☐ Other:

Rust ID: 1365634          BMC Footer Number: 938116336

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

WR GRACE PIQ 014015-0007

### a. GENERAL INFORMATION

1. Name of Claimant: _____  2. Gender: ☒Male ☐Female
   First       MI        Last

3. Race (for purposes of evaluating Pulmonary Function Test results):........... ☒ White/Caucasian
   ☐ African American
   ☐ Other

4. Last Four Digits of Social Security Number: 2724   5. Birth Date: 01/12/1945

6. Mailing Address: 5735 SouthEast King Rd. Milwaukie OR 97222
   Address          City          State/Province   Zip/Postal Code

7. Daytime Telephone Number:.................................... (503) 653-1758

### b. LAWYER'S NAME AND FIRM

1. Name of Lawyer: Anthony Sakalarios

2. Name of Law Firm With Which Lawyer is Affiliated: Mamis Sakalarios + Blackwell

3. Mailing Address of Firm: 1817 Hardy Hattiesburg MS 39801
   Address        City      State/Province   Zip/Postal Code

4. Law Firm's Telephone Number or Lawyer's Direct Line:......................... (601) 544-3873

   ☒ Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased?.................................... ☒ Living   ☐ Deceased
   If deceased, date of death: ....................................... ___/___/___

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:
   Primary Cause of Death (as stated in the Death Certificate): _____

   Contributing Cause of Death (as stated in the Death Certificate): _____

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged:
   ☐ Asbestos-Related Lung Cancer          ☐ Mesothelioma
   ☒ Asbestosis                            ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
   ☐ Other Asbestos Disease                ☐ Clinically Severe Asbestosis

   a. Mesothelioma: If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):
      ☐ diagnosis from a pathologist certified by the American Board of Pathology
      ☐ diagnosis from a second pathologist certified by the American Board of Pathology
      ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition
      ☐ other (please specify):_____

1

REDACTED

# EXHIBIT 32

# MORRIS, SAKALARIOS & BLACKWELL, PLLC

F. MARVIN MORRIS, III
SARA MORRIS FARRIS

ANTHONY SAKALARIOS
CHARLES BLACKWELL

201 Hardy Street
Hattiesburg, MS 39401

Telephone (888) 716-2404
Facsimile (601) 544-3343

## PFT Note -

DATE: 01/29/02

Tony says to send pft without having the med evaluation.  The reason is cause not only does the patient live in another state, but the doctor who did the pft put on there that the lack of restrictive change would be unusual in asbestosis; therefore, it probably isn't worth the cost for the client to go back to doctor to get a medical evaluation if the doctor is going to put stuff like that in his report.

REDACTED