## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Related Docket No. 13598  13691 + 13882 |
| | ) Objection Date: November 22, 2006 @ 4:00 p.m. |
| | ) Hearing Date: December 5, 2006 @ 1:00 p.m. |
| | ) Before the Honorable Judith K. Fitzgerald, U.S. |
| | ) Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant |
| | ) Street, Pittsburgh, PA 15219 |

## FUTURE CLAIMANTS' REPRESENTATIVE'S MEMORANDUM IN SUPPORT AND JOINDER IN THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

# DOCUMENTS TO BE KEPT UNDER SEAL

November 7, 2006

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


*/s/ Raymond G. Mullady, Jr.*
Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

*Counsel for David T. Austern,*
*Future Claimants' Representative*