# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.,* | ) | Case No. 01-01139-JKF |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

## NOTICE OF SERVICE OF DOCKET ENTRY 13881

I HEREBY CERTIFY that on December 4, 2006, a copy of Docket Entry 13881 -- MEMORANDUM OF THE MMWR FIRMS' ASBESTOS CLAIMANTS IN OPPOSITION TO "DEBTORS' NOTICE OF FAILURE TO REACH AGREEMENT AND REQUEST FOR ENTRY OF DEBTORS' PROPOSED PROTOCOL CONCERNING PRODUCTION OF CHEST X-RAYS OF ASBESTOS PERSONAL INJURY, PRE-PETITION CLAIMANTS WITH NON-MESOTHELIOMA, MALIGNANT CLAIMS" -- which had been previously e-notice served, were served on the following party by first class postage prepaid mail:

SEE SERVICE LIST ATTACHED

Dated: December 4, 2006　　　　　　　MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By: /s/ Noel C. Burnham
Noel C. Burnham, Esquire (DE 3483)
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7800
(302) 504-7820 (facsimile)
Attorneys for the "MMWR Firms"

- 1 -

2135424v1