### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| W.R. GRACE & CO., *et al*. ) | Case No. 01-01139 (JFK) |
| Debtors. ) | Jointly Administered |
| ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Leslie Ann James Esquire, of Hartley & O'Brien to represent the Hartley & O'Brien Asbestos Claimants in this action.

HEIMAN, GOUGE & KAUFMAN, LLP

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
800 King Street, Suite 303
Wilmington, DE 19801
(302) 658-1800

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of West Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Leslie Ann James*
Leslie Ann James, Esq.
HARTLEY & O'BRIEN, PLLC
2001 Main Street
Wagner Building, Suite 600
Wheeling, WV 26003
304-233-0777 / 304-233-0774 (fax)

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____     _____
United States Bankruptcy Judge