THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No.:  01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |

**RESPONSE OF KELLEY & FERRARO LLP AND THE FERRARO
LAW FIRM TO DEBTORS' NOTICE OF FAILURE
TO REACH AGREEMENT ON PROTOCOL CONCERNING
PRODUCTION OF CHEST X-RAYS OF CLAIMANTS
WITH MALIGNANCIES OTHER THAN MESOTHELIOMA**

On November 17, 2006, W.R. Grace ("Grace") notified the Court that "it has been unable to reach agreement with Claimants' counsel and the PI Committee regarding a protocol for claimants alleging an asbestos-related cancer other than mesothelioma… to submit original chest x-rays upon which their claims are based to a centralized repository maintained by the Court's claims agent, Rust Consulting ("Rust")."  As a result, Grace submitted a Proposed Order asking the Court to order the following protocol:

1) Claimants be required to send their original chest x-rays to Rust by January 12, 2007, unless the x-rays were in the possession of Claimants' Treating physician in which case copies would be acceptable; and

2) Rust be required to establish and maintain a repository for the x-rays so that they could be reviewed by three or more B-readers until April 12, 2007 by which time the x-rays would be returned to the Claimants.

Claimants represented by Kelley & Ferraro LLP and Ferraro & Associates, PA ("K&F/Ferraro Claimants") are opposed to Grace's Proposed Order.

The Federal Rules of Civil Procedure do not require the K&F/Ferraro Claimants to relinquish possession of its original chest x-ray.  By doing so, K&F/Ferraro Claimants would be precluded from moving forward in their currently pending state causes of action.  Moreover, copies of the K&F/Ferraro Claimants chest x-rays, would allow Grace to perform an adequate assessment of the claims of the K&F/Ferraro Claimants.  <u>See</u> Grace's Proposed Order in which Grace states that *copies* of x-rays in the possession of the Claimant's treating physician are acceptable.  If Grace determines that it wants to examine the original chest x-rays of some or all K&F/Ferraro Claimants, it may perform the examination at a reasonable time at the offices of Kelley & Ferraro LLP and/or Ferraro & Associates, PA (which is the current locations of the original chest x-rays).  <u>See</u> *Weaver v. Evans*, 1997 WL 833168 (D. Kan. 1997) (holding that defendant was not entitled to the removal of x-rays from their current location due to the risk of damage or loss and holding that copies of the x-rays as well as the right to inspect the x-rays at their current location were sufficient for purposes of discovery).

For the reasons set forth above, K&F/Ferraro Claimants request that the Court deny the W.R. Grace Proposed Order for a protocol for the production of the chest x-rays of asbestos claimants.

          Respectfully submitted,

          KELLEY & FERRARO LLP

          <u>/s/ Electronically filed Thomas M. Wilson</u>
          THOMAS M. WILSON (0038933)
          2200 Key Tower
          127 Public Square
          Cleveland, Ohio  44114
          (216) 575-0777
          (216) 575–0799 (fax)