```
Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                     Page 1


                   W. R. Grace, Inc. % Elihu Inselbuch
                   Caplin & Drysdale
                   399 Park Avenue, 27th Floor
                   New York, New York 10022


Date/Slip# Description                               HOURS/RATE   AMOUNT
----------------------------------------------------------------------------
10/02/06  Peterson  / (07) Committee, Creditors'          0.5    350.00
#6204     Telephone Relles re: forecasts, calculations and  700.00
          memo to Inselbuch

10/02/06  Relles    / (07) Committee, Creditors'          0.5    212.50
#6401     Telephone Peterson re: forecasts, calculations and 425.00
          memo to Inselbuch

10/03/06  Peterson  / (07) Committee, Creditors'          1.5   1050.00
#6206     Draft memo to Inselbuch                          700.00

10/03/06  Peterson  / (07) Committee, Creditors'          0.5    350.00
#6208     Telephone Relles re: forecasts, calculations and  700.00
          memo to Inselbuch

10/03/06  Relles    / (07) Committee, Creditors'          0.5    212.50
#6403     Telephone Peterson re: forecasts, calculations and 425.00
          memo to Inselbuch

10/03/06  Relles    / (07) Committee, Creditors'          0.4    170.00
#6405     Perform calculations of disease in PIQ forms from 425.00
          Rust; email to Finch et al

10/03/06  Relles    / (07) Committee, Creditors'          2.5   1062.50
#6406     Work on calculations and wording of memo to      425.00
          Inselbuch

10/04/06  Peterson  / (07) Committee, Creditors'          1.3    910.00
#6210     Conference call with Finch, Slocombe, Relles re: 700.00
          data collection

10/04/06  Peterson  / (07) Committee, Creditors'          2.4   1680.00
#6211     Review and finish memo to Inselbuch, review related 700.00
          materials to send to Inselbuch

10/04/06  Relles    / (07) Committee, Creditors'          0.5    212.50
#6409     Produce summaries from the history files for     425.00
          Inselbuch meeting

10/04/06  Relles    / (07) Committee, Creditors'          1.3    552.50
#6410     Conference call with Finch, Slocombe, Peterson re: 425.00
          data collection
```

{D0076990.1 }

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 2

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|------------|-------------|------------|--------|
| 10/05/06 Relles / (07) Committee, Creditors' #6412 | Summarize law firm responses, email Finch re: firms to contact | 2.0 425.00 | 850.00 |
| 10/10/06 Peterson / (07) Committee, Creditors' #6228 | Meet with Finch and Slocombe to review liability forecast materials | 3.0 700.00 | 2100.00 |
| 10/10/06 Peterson / (07) Committee, Creditors' #6229 | Committee meeting | 3.3 700.00 | 2310.00 |
| 10/11/06 Relles / (07) Committee, Creditors' #6432 | Respond to Finch email re: Harding letter, Rust | 1.8 425.00 | 765.00 |
| 10/12/06 Peterson / (07) Committee, Creditors' #6238 | Emails with Finch re: forecasting issues | 2.3 700.00 | 1610.00 |
| 10/12/06 Relles / (07) Committee, Creditors' #6441 | Telephone Finch re: Harding letter, expected shipments from Rust | 0.3 425.00 | 127.50 |
| 10/13/06 Relles / (07) Committee, Creditors' #6444 | Correspondence with Finch re: trip to Rust | 0.3 425.00 | 127.50 |
| 10/13/06 Relles / (07) Committee, Creditors' #6446 | Correspondence with Finch re: new Grace/Rust database | 0.3 425.00 | 127.50 |
| 10/16/06 Peterson / (07) Committee, Creditors' #6246 | Conference call with Finch, Relles & Biggs re: data issues (1.8); preparation for call (.2) | 2.0 700.00 | 1400.00 |
| 10/16/06 Relles / (07) Committee, Creditors' #6451 | Conference call with Biggs, Finch, Peterson re: data issues | 1.8 425.00 | 765.00 |
| 10/17/06 Peterson / (07) Committee, Creditors' #6252 | Telephone Finch re: settlement data | 0.8 700.00 | 560.00 |
| 10/17/06 Relles / (07) Committee, Creditors' #6455 | Email correspondence with Finch re: Rust visit | 0.3 425.00 | 127.50 |
| 10/18/06 Relles / (07) Committee, Creditors' #6464 | Miscellaneous computations for Finch | 1.4 425.00 | 595.00 |

```
Date: 11/28/06              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 3

             W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
10/19/06   Relles    / (07) Committee, Creditors'                0.7   297.50
#6472      Email Finch re: Rust visit agenda               425.00

10/25/06   Peterson  / (07) Committee, Creditors'                0.6   420.00
#6277      Telephone Finch re: Implausible Grace assertions 700.00

10/26/06   Ebener    / (07) Committee, Creditors'                1.0   300.00
#6731      Plan Grace/Rust site visit; prepare email for N. 300.00
           Finch with topics to cover

10/27/06   Relles    / (07) Committee, Creditors'                1.2   510.00
#6502      Develop Rust agenda, email Finch                425.00
```

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 4

              W. R. Grace

Date/Slip# Description                              HOURS/RATE    AMOUNT
------------------------------------------------------------------------
10/09/06  Peterson  / (20) Travel - Non-working          2.5     875.00
#6227     Travel to New York                      350.00

10/10/06  Peterson  / (20) Travel - Non-working          2.5     875.00
#6231     Travel to Thousand Oaks                 350.00

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 5

          W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
10/01/06  Peterson  / (28) Data Analysis                        1.0    700.00
#6201     Review plans for trip to Rust                       700.00

10/02/06  Ebener    / (28) Data Analysis                        1.3    390.00
#6701     Schedule coder training for jury verdict analysis;  300.00
          train to inventory

10/02/06  Peterson  / (28) Data Analysis                        2.5   1750.00
#6202     Review information about submissions of meso claims  700.00

10/02/06  Peterson  / (28) Data Analysis                        3.2   2240.00
#6203     Review Rust PIQ data                                 700.00

10/03/06  Peterson  / (28) Data Analysis                        3.9   2730.00
#6205     Review prior analyses of Grace asbestos liability    700.00

10/03/06  Peterson  / (28) Data Analysis                        2.4   1680.00
#6207     Review recent forecasts of asbestos liability        700.00

10/03/06  Peterson  / (28) Data Analysis                        0.5    350.00
#6209     Telephone Relles and discussion of diseases for PIQ  700.00
          claims

10/03/06  Relles    / (28) Data Analysis                        0.5    212.50
#6402     Telephone Peterson and discussion of diseases for    425.00
          PIQ claims

10/03/06  Relles    / (28) Data Analysis                        4.2   1785.00
#6404     Work on law firm responses about Grace               425.00
          questionnaires: match claimants named by attorneys
          to Rust data

10/04/06  Peterson  / (28) Data Analysis                        3.1   2170.00
#6212     Review materials for report                          700.00

10/04/06  Relles    / (28) Data Analysis                        0.3    127.50
#6407     Revise and send estimation memo                      425.00

10/04/06  Relles    / (28) Data Analysis                        1.0    425.00
#6408     Check law firm responses that do not link with Grace 425.00
          questionnaires

10/04/06  Relles    / (28) Data Analysis                        1.8    765.00
#6411     Update SEER program and computations in response to  425.00
          email sent by SEER

Date: 11/28/06           Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 6

            W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|------------|-------------|------------|--------|
| 10/05/06 #6213 | Peterson  / (28) Data Analysis<br>Review PIQ data and Rust data collection | 4.4<br>700.00 | 3080.00 |
| 10/05/06 #6413 | Relles    / (28) Data Analysis<br>Prepare materials for Verus to review | 2.6<br>425.00 | 1105.00 |
| 10/06/06 #6214 | Peterson  / (28) Data Analysis<br>Review pdfs, develop explanations for Rust/law firm discrepancies | 2.2<br>700.00 | 1540.00 |
| 10/06/06 #6215 | Peterson  / (28) Data Analysis<br>Telephone Relles (several) re: exposure information in Rust questionnaires | 0.9<br>700.00 | 630.00 |
| 10/06/06 #6216 | Peterson  / (28) Data Analysis<br>Review available data and plan analyses of exposure | 3.7<br>700.00 | 2590.00 |
| 10/06/06 #6414 | Relles    / (28) Data Analysis<br>Telephone Peterson re: exposure information in Rust questionnaires | 0.9<br>425.00 | 382.50 |
| 10/06/06 #6415 | Relles    / (28) Data Analysis<br>Review pdfs, develop explanations for Rust/law firm discrepancies | 2.7<br>425.00 | 1147.50 |
| 10/06/06 #6416 | Relles    / (28) Data Analysis<br>Analyze claims that have not been received from Rust; examine MS and TX claims expected by law firm and other characteristics | 1.8<br>425.00 | 765.00 |
| 10/06/06 #6417 | Relles    / (28) Data Analysis<br>Work on exposure analysis | 1.2<br>425.00 | 510.00 |
| 10/07/06 #6217 | Peterson  / (28) Data Analysis<br>Telephone Relles re: defining exposure, additional projections for NY meeting | 0.7<br>700.00 | 490.00 |
| 10/07/06 #6218 | Peterson  / (28) Data Analysis<br>Review materials for New York meeting | 3.1<br>700.00 | 2170.00 |
| 10/07/06 #6418 | Relles    / (28) Data Analysis<br>Telephone Peterson re: defining exposure, additional projections for NY meeting | 0.7<br>425.00 | 297.50 |

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 7

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 10/07/06 Relles / (28) Data Analysis<br>#6419 Convert Verus files to analytical flat files, clean<br>up problems, review changes from last shipment | | 3.4<br>425.00 | 1445.00 |
| 10/08/06 Ebener / (28) Data Analysis<br>#6702 Prepare coding materials for jury verdict analysis | | 2.0<br>300.00 | 600.00 |
| 10/08/06 Peterson / (28) Data Analysis<br>#6219 Review PIQ questionnaires and data | | 3.1<br>700.00 | 2170.00 |
| 10/08/06 Peterson / (28) Data Analysis<br>#6220 Review additional forecasts | | 2.3<br>700.00 | 1610.00 |
| 10/08/06 Peterson / (28) Data Analysis<br>#6221 Review background material on forecasts | | 1.4<br>700.00 | 980.00 |
| 10/08/06 Relles / (28) Data Analysis<br>#6420 Develop listings of Verus data to share with<br>Peterson | | 0.5<br>425.00 | 212.50 |
| 10/08/06 Relles / (28) Data Analysis<br>#6421 Develop exposure indicators for Verus data | | 1.7<br>425.00 | 722.50 |
| 10/08/06 Relles / (28) Data Analysis<br>#6422 Compare Rust and Verus exposure indicators | | 0.5<br>425.00 | 212.50 |
| 10/08/06 Relles / (28) Data Analysis<br>#6423 Produce additional projections for NY meeting | | 0.6<br>425.00 | 255.00 |
| 10/09/06 Ebener / (28) Data Analysis<br>#6703 Train Coders for jury verdict analysis | | 2.0<br>300.00 | 600.00 |
| 10/09/06 Peterson / (28) Data Analysis<br>#6222 Review PIQ coding specs and data | | 1.1<br>700.00 | 770.00 |
| 10/09/06 Peterson / (28) Data Analysis<br>#6223 Telephone Relles re: results of exposure analysis | | 0.7<br>700.00 | 490.00 |
| 10/09/06 Peterson / (28) Data Analysis<br>#6224 Telephone Relles re: final preparations for NY<br>meeting | | 0.8<br>700.00 | 560.00 |
| 10/09/06 Peterson / (28) Data Analysis<br>#6225 Telephone Relles re: defining exposure from Rust<br>data | | 0.5<br>700.00 | 350.00 |

{D0076990.1 }

```
Date: 11/28/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                     Page 8

            W. R. Grace


Date/Slip# Description                                HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
10/09/06  Peterson  / (28) Data Analysis                    3.5   2450.00
#6226     Review materials for New York meeting          700.00

10/09/06  Relles    / (28) Data Analysis                    0.6    255.00
#6424     Compute effect of Manville 2006 data on projections  425.00

10/09/06  Relles    / (28) Data Analysis                    0.7    297.50
#6425     Telephone Peterson re: results of exposure analysis  425.00

10/09/06  Relles    / (28) Data Analysis                    0.8    340.00
#6426     MS and TX non-sent claims                      425.00

10/09/06  Relles    / (28) Data Analysis                    0.8    340.00
#6427     Telephone Peterson re: final preparations for NY   425.00
          meeting

10/09/06  Relles    / (28) Data Analysis                    0.5    212.50
#6428     Telephone Peterson re: defining exposure from Rust  425.00
          data

10/09/06  Relles    / (28) Data Analysis                    1.3    552.50
#6429     Attempt to link WRG history data with Manville by  425.00
          claimant names

10/10/06  Ebener    / (28) Data Analysis                    0.7    210.00
#6704     Supervise coders for jury verdict analysis     300.00

10/10/06  Peterson  / (28) Data Analysis                    4.2   2940.00
#6230     Review forecast analyses                       700.00

10/10/06  Relles    / (28) Data Analysis                    3.8   1615.00
#6430     Link Manville and Grace history files to fill in  425.00
          disease

10/10/06  Relles    / (28) Data Analysis                    0.3    127.50
#6431     Review Harding letter                          425.00

10/11/06  Ebener    / (28) Data Analysis                    0.2     60.00
#6705     Coding problem resolution for jury verdict analysis  300.00

10/11/06  Peterson  / (28) Data Analysis                    0.5    350.00
#6232     Telephone Relles re: NY meeting, status of analyses  700.00

10/11/06  Peterson  / (28) Data Analysis                    0.5    350.00
#6233     Address issues re: jury verdict data           700.00
```

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 9

          W. R. Grace

```
Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
10/11/06  Peterson  / (28) Data Analysis                  0.5    350.00
#6234     Review email correspondence re: PIQ data      700.00

10/11/06  Relles    / (28) Data Analysis                  1.4    595.00
#6433     Process additional attorney disease affirmation 425.00
          spreadsheets

10/11/06  Relles    / (28) Data Analysis                  2.9   1232.50
#6434     Work on linking Manville and Grace history files 425.00

10/11/06  Relles    / (28) Data Analysis                  0.5    212.50
#6435     Telephone Peterson re: NY meeting, status of   425.00
          analyses

10/12/06  Ebener    / (28) Data Analysis                  0.5    150.00
#6706     Supervise coders for jury verdict analysis     300.00

10/12/06  Peterson  / (28) Data Analysis                  0.3    210.00
#6235     Telephone Relles re: latest revisions to forecasts 700.00

10/12/06  Peterson  / (28) Data Analysis                  0.4    280.00
#6236     Telephone Relles re: latest results of PIQ data 700.00

10/12/06  Peterson  / (28) Data Analysis                  0.2    140.00
#6237     Review emails re: claims database              700.00

10/12/06  Peterson  / (28) Data Analysis                  1.6   1120.00
#6239     Review Grace trial verdicts                    700.00

10/12/06  Relles    / (28) Data Analysis                  2.6   1105.00
#6436     Update analytical files based on new Manville links 425.00

10/12/06  Relles    / (28) Data Analysis                  1.2    510.00
#6437     Compute new projection payment parameters and  425.00
          stepdown rates

10/12/06  Relles    / (28) Data Analysis                  1.3    552.50
#6438     Rerun projections                              425.00

10/12/06  Relles    / (28) Data Analysis                  0.5    212.50
#6439     Summarize projections                          425.00

10/12/06  Relles    / (28) Data Analysis                  0.3    127.50
#6440     Telephone Peterson re: latest revisions        425.00
```

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 10

             W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 10/12/06 #6442 | Relles   / (28) Data Analysis<br>Telephone Peterson re: latest results | 0.4<br>425.00 | 170.00 |
| 10/13/06 #6707 | Ebener   / (28) Data Analysis<br>Telephone Peterson about coding issues for jury<br>verdict analysis | 0.1<br>300.00 | 30.00 |
| 10/13/06 #6708 | Ebener   / (28) Data Analysis<br>Supervise coders for jury verdict analysis; email<br>coders | 0.3<br>300.00 | 90.00 |
| 10/13/06 #6709 | Ebener   / (28) Data Analysis<br>Conference call with Peterson and Relles about Rust<br>visit | 0.2<br>300.00 | 60.00 |
| 10/13/06 #6240 | Peterson  / (28) Data Analysis<br>Telephone Ebener about coding issues for jury<br>verdict analysis | 0.1<br>700.00 | 70.00 |
| 10/13/06 #6241 | Peterson  / (28) Data Analysis<br>Conference call with Ebener and Relles about Rust<br>visit | 0.2<br>700.00 | 140.00 |
| 10/13/06 #6242 | Peterson  / (28) Data Analysis<br>Review American Academy of Actuaries materials on<br>trends in asbestos litigation | 2.9<br>700.00 | 2030.00 |
| 10/13/06 #6443 | Relles   / (28) Data Analysis<br>Review Biggs' reports and slide show presentations<br>on trends in asbestos litigation | 1.8<br>425.00 | 765.00 |
| 10/13/06 #6445 | Relles   / (28) Data Analysis<br>Correspond with Totten and Thomas re: translation of<br>new Grace/Rust database | 0.4<br>425.00 | 170.00 |
| 10/13/06 #6447 | Relles   / (28) Data Analysis<br>Conference call with Peterson and Ebener about Rust<br>visit | 0.2<br>425.00 | 85.00 |
| 10/14/06 #6243 | Peterson  / (28) Data Analysis<br>Review Sealed Aire documents | 3.2<br>700.00 | 2240.00 |
| 10/15/06 #6244 | Peterson  / (28) Data Analysis<br>Review Sealed Aire documents | 4.6<br>700.00 | 3220.00 |

```
Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 11

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
10/15/06  Relles   / (28) Data Analysis                  2.5   1062.50
#6448     Organize additional mailings from law firms on their 425.00
          mesothelioma cases; produce summary files comparing
          Rust and attorney disease inferences

10/16/06  Peterson  / (28) Data Analysis                 2.1   1470.00
#6245     Review PIQ data                              700.00

10/16/06  Peterson  / (28) Data Analysis                 3.7   2590.00
#6247     Review PIQ data                              700.00

10/16/06  Peterson  / (28) Data Analysis                 2.1   1470.00
#6248     Review claims data tables                    700.00

10/16/06  Relles   / (28) Data Analysis                  0.8    340.00
#6449     Work with Thomas to get Rust database translated to 425.00
          usable formats

10/16/06  Relles   / (28) Data Analysis                  1.6    680.00
#6450     Review Rust images of several cases from Motley-Rice 425.00

10/16/06  Relles   / (28) Data Analysis                  2.5   1062.50
#6452     Develop analytical files from Rust database   425.00

10/16/06  Relles   / (28) Data Analysis                  1.8    765.00
#6453     Compare frequencies and listings to previous  425.00
          versions of the data to understand differences

10/17/06  Ebener   / (28) Data Analysis                  0.5    150.00
#6710     Supervise coders for jury verdict analysis    300.00

10/17/06  Ebener   / (28) Data Analysis                  0.4    120.00
#6711     Email Peterson about coding settlement information 300.00

10/17/06  Peterson  / (28) Data Analysis                 4.7   3290.00
#6249     Work on liability report                     700.00

10/17/06  Peterson  / (28) Data Analysis                 1.9   1330.00
#6250     Plan analyses of pending claims (1.5); telephone 700.00
          Relles re: same (.4)

10/17/06  Peterson  / (28) Data Analysis                 1.1    770.00
#6251     Plan data collection                         700.00

10/17/06  Peterson  / (28) Data Analysis                 1.4    980.00
#6253     Review documents re: settled claims          700.00
```

Date: 11/28/06           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 12

              W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
----------------------------------------------------------------------
10/17/06  Relles   / (28) Data Analysis                0.4      170.00
#6454     telephone Peterson re: analyses of pending claims   425.00

10/17/06  Relles   / (28) Data Analysis                0.2       85.00
#6456     Email correspondence with Lurie (Caplin-Drysdale)   425.00
          re: new CD from Kirkland & Ellis

10/17/06  Relles   / (28) Data Analysis                0.3      127.50
#6457     Email correspondence with National Cancer Institute  425.00
          re: updating SEER software

10/17/06  Relles   / (28) Data Analysis                0.4      170.00
#6458     Correspondence with Biggs re: SEER national         425.00
          estimates of mesothelioma

10/17/06  Relles   / (28) Data Analysis                2.8     1190.00
#6459     Link latest Rust to history data to assess reported 425.00
          disease; account for differences between old and new
          versions of Rust data

10/17/06  Relles   / (28) Data Analysis                3.5     1487.50
#6460     Generate additional random samples for Verus        425.00

10/18/06  Ebener   / (28) Data Analysis                0.3       90.00
#6712     Supervise Coders for jury verdict analysis          300.00

10/18/06  Ebener   / (28) Data Analysis                0.5      150.00
#6713     Estimate coding time; email Peterson and Relles     300.00
          about coding settlement information

10/18/06  Peterson  / (28) Data Analysis               1.0      700.00
#6254     Telephone Relles re: discussion of PIQ process and  700.00
          data

10/18/06  Peterson  / (28) Data Analysis               1.1      770.00
#6255     Emails with Ebener re: collecting data              700.00

10/18/06  Peterson  / (28) Data Analysis               3.8     2660.00
#6256     Review PIQ documents                               700.00

10/18/06  Peterson  / (28) Data Analysis               2.2     1540.00
#6257     Work on planning of analyses for report            700.00

10/18/06  Relles   / (28) Data Analysis                1.2      510.00
#6461     Identify anomalous cases; generate pdfs of anomalous 425.00
          cases for Peterson's review

```
Date: 11/28/06           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 13

              W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
10/18/06  Relles   / (28) Data Analysis              1.7    722.50
#6462     Generate pdfs for additional Verus samples 425.00

10/18/06  Relles   / (28) Data Analysis              1.0    425.00
#6463     Telephone Peterson re: Rust data, results of 425.00
          analysis, next steps

10/19/06  Ebener   / (28) Data Analysis              0.1     30.00
#6714     Telephone Peterson about coding questions for jury 300.00
          verdict analysis

10/19/06  Ebener   / (28) Data Analysis              0.3     90.00
#6715     Supervise Coders for jury verdict analysis 300.00

10/19/06  Ebener   / (28) Data Analysis              0.2     60.00
#6716     Telephone Relles re: Grace/Rust visit      300.00

10/19/06  Ebener   / (28) Data Analysis              0.3     90.00
#6717     Review Relles email on Verus coding        300.00

10/19/06  Ebener   / (28) Data Analysis              0.3     90.00
#6718     Review Relles email on Rust visit          300.00

10/19/06  Peterson  / (28) Data Analysis             0.1     70.00
#6258     Telephone Ebener about coding questions for jury 700.00
          verdict analysis

10/19/06  Peterson  / (28) Data Analysis             4.3   3010.00
#6259     Review settled claims forms                700.00

10/19/06  Peterson  / (28) Data Analysis             0.6    420.00
#6260     Telephone Relles re: questions about settled claims 700.00
          forms and previous data

10/19/06  Peterson  / (28) Data Analysis             0.3    210.00
#6261     Review emails re: data collection          700.00

10/19/06  Peterson  / (28) Data Analysis             0.5    350.00
#6262     Review plans for Rust site visit           700.00

10/19/06  Relles   / (28) Data Analysis              0.6    255.00
#6465     Telephone Peterson re: questions about settled 425.00
          claims forms and previous data

10/19/06  Relles   / (28) Data Analysis              0.2     85.00
#6466     Telephone Ebener re: Grace/Rust visit      425.00
```

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 14

          W. R. Grace


Date/Slip# Description                                HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
10/19/06  Relles   / (28) Data Analysis                    1.5    637.50
#6467     Select new sample of claims for Verus       425.00

10/19/06  Relles   / (28) Data Analysis                    3.2   1360.00
#6468     Prepare and send new batch of claims for Verus data   425.00
          coding and entry

10/19/06  Relles   / (28) Data Analysis                    0.7    297.50
#6469     Analyze contents of new CD from Kirkland and Ellis   425.00

10/19/06  Relles   / (28) Data Analysis                    0.6    255.00
#6470     Email Eveland re: new batch instructions    425.00

10/19/06  Relles   / (28) Data Analysis                    0.3    127.50
#6471     Email Eveland, Peterson, Ebener re: arranging   425.00
          conference call

10/19/06  Relles   / (28) Data Analysis                    1.8    765.00
#6473     Examine meso cases said by Rust to have unknown   425.00
          disease

10/20/06  Ebener   / (28) Data Analysis                    0.7    210.00
#6719     Reply to Relles email on Rust visit         300.00

10/20/06  Ebener   / (28) Data Analysis                    0.7    210.00
#6720     Conference call with Relles, Peterson, Eveland,   300.00
          Biggs

10/20/06  Ebener   / (28) Data Analysis                    0.3     90.00
#6721     Email Biggs; schedule site visit to Verus   300.00

10/20/06  Ebener   / (28) Data Analysis                    1.0    300.00
#6722     Plan Grace/Rust site visit and email Relles about   300.00
          topics to cover

10/20/06  Peterson / (28) Data Analysis                    1.0    700.00
#6263     Telephone Biggs, Ebener, Relles, Eveland re: data   700.00
          collection (0.7); prepare for call (0.3)

10/20/06  Peterson / (28) Data Analysis                    2.1   1470.00
#6264     Analyses of 2000-01 settlements and filed claims   700.00

10/20/06  Peterson / (28) Data Analysis                    0.5    350.00
#6265     Telephone Relles re: 2000-01 data           700.00


{D0076990.1 }

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 15

              W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
10/20/06  Peterson  / (28) Data Analysis                        1.4    980.00
#6266     Review PIQ claims                                  700.00

10/20/06  Peterson  / (28) Data Analysis                        0.4    280.00
#6267     Emails re: Grace claims data                       700.00

10/20/06  Peterson  / (28) Data Analysis                        0.5    350.00
#6268     Review plans for Rust site visit                   700.00

10/20/06  Peterson  / (28) Data Analysis                        2.0   1400.00
#6269     Review Court's order re: claims data collection and 700.00
          approved forms

10/20/06  Relles    / (28) Data Analysis                        0.5    212.50
#6474     Telephone Peterson re: 2000-01 data                425.00

10/20/06  Relles    / (28) Data Analysis                        0.7    297.50
#6475     Conference call with Peterson, Eveland, Ebener,    425.00
          Biggs re: Verus claims processing

10/20/06  Relles    / (28) Data Analysis                        0.3    127.50
#6476     Email Ebener re: Rust visit agenda                 425.00

10/20/06  Relles    / (28) Data Analysis                        0.8    340.00
#6477     Review anomalous cases from Waters-Krause and      425.00
          Motley-Rice law firms

10/20/06  Relles    / (28) Data Analysis                        1.6    680.00
#6478     Create pdfs from tiff files of selected cases for  425.00
          Peterson and Verus review; review cases

10/21/06  Ebener    / (28) Data Analysis                        0.5    150.00
#6723     Supervise Coders for jury verdict analysis         300.00

10/21/06  Peterson  / (28) Data Analysis                        2.4   1680.00
#6270     Review Snyder report and attachments               700.00

10/21/06  Relles    / (28) Data Analysis                        1.0    425.00
#6479     Read Snyder report                                 425.00

10/21/06  Relles    / (28) Data Analysis                        1.6    680.00
#6480     Revise questionnaire database to include claims from 425.00
          names matching and Verus results

10/21/06  Relles    / (28) Data Analysis                        1.2    510.00
#6481     Archive and back up all programs and datasets      425.00

```
Date: 11/28/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 16

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
----------------------------------------------------------------------
10/22/06  Ebener   / (28) Data Analysis               0.7     210.00
#6724     Review completed coding for jury verdict analysis;  300.00
          email Relles

10/22/06  Ebener   / (28) Data Analysis               0.3      90.00
#6725     Send background information to Biggs        300.00

10/22/06  Peterson / (28) Data Analysis               6.2    4340.00
#6271     Work on forecasting report                  700.00

10/22/06  Relles   / (28) Data Analysis               2.0     850.00
#6482     Archive and back up Peterson's computer     425.00

10/22/06  Relles   / (28) Data Analysis               2.3     977.50
#6483     Update file of meso cases from law firms    425.00

10/23/06  Ebener   / (28) Data Analysis               0.4     120.00
#6726     Telephone Edwards about data entry for jury verdict  300.00
          analysis; instruct coders; arrange delivery to data
          entry

10/23/06  Ebener   / (28) Data Analysis               0.9     270.00
#6727     Review completed coding for jury verdict analysis  300.00

10/23/06  Ebener   / (28) Data Analysis               0.3      90.00
#6728     Coordinate schedules for site visit to Verus  300.00

10/23/06  Peterson / (28) Data Analysis               0.3     210.00
#6272     Telephone Relles re: analyzing consistency of claims  700.00
          over time

10/23/06  Peterson / (28) Data Analysis               0.4     280.00
#6273     Emails re: Grace data                       700.00

10/23/06  Peterson / (28) Data Analysis               5.7    3990.00
#6274     Work on forecasting report                  700.00

10/23/06  Relles   / (28) Data Analysis               2.0     850.00
#6484     Update analytical files, produce tables summarizing  425.00
          diseases for open claims

10/23/06  Relles   / (28) Data Analysis               1.6     680.00
#6485     Prepare and document Rust data for Towers-Perrin  425.00
```

{D0076990.1 }

```
Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 17

              W. R. Grace


Date/Slip# Description                                HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
10/23/06  Relles   / (28) Data Analysis                   1.3     552.50
#6486     Summarize differences between recent vs older   425.00
          claims, settlements and filings (1.0); telephone
          Peterson re: same (.3)

10/23/06  Relles   / (28) Data Analysis                   0.8     340.00
#6487     Email Edwards, Ebener re: jury verdict awards   425.00

10/24/06  Ebener   / (28) Data Analysis                   0.3      90.00
#6729     Email correspondence about site visit scheduling 300.00

10/24/06  Peterson / (28) Data Analysis                   5.1    3570.00
#6275     Review documents for estimation report          700.00

10/24/06  Relles   / (28) Data Analysis                   3.2    1360.00
#6488     Examine Towers-Perrin's list of meso cases from 425.00
          Manville, examine meso cases determined from
          Manville via names match

10/24/06  Relles   / (28) Data Analysis                   1.7     722.50
#6489     Update analytical files using updated list of meso 425.00
          matches to Manville

10/24/06  Relles   / (28) Data Analysis                   1.5     637.50
#6490     Review summary tables to understand Manville matches 425.00

10/24/06  Relles   / (28) Data Analysis                   1.0     425.00
#6491     Regenerate futures projections using updated    425.00
          analytical files

10/24/06  Relles   / (28) Data Analysis                   0.5     212.50
#6492     Telephone Biggs re: MDA vs PIQ records, Rust data, 425.00
          matching logic

10/25/06  Ebener   / (28) Data Analysis                   0.9     270.00
#6730     Supervise coding for jury verdict analysis      300.00

10/25/06  Peterson / (28) Data Analysis                   3.2    2240.00
#6276     Review PIQ forms                                700.00

10/25/06  Peterson / (28) Data Analysis                   0.3     210.00
#6278     Review data collection issues                   700.00

10/25/06  Peterson / (28) Data Analysis                   1.0     700.00
#6279     Telephone Relles (several calls) re: status of  700.00
          analysis
```

Date: 11/28/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 18

                W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
10/25/06  Relles   / (28) Data Analysis                        0.5    212.50
#6493     Correspondence with Ebener and Graham re: Rust visit 425.00

10/25/06  Relles   / (28) Data Analysis                        1.0    425.00
#6494     Telephone Peterson (several calls) re: status of     425.00
          analysis

10/25/06  Relles   / (28) Data Analysis                        2.6   1105.00
#6495     Run queries on integrated Rust/history file to       425.00
          summarize current status of data collection

10/26/06  Peterson  / (28) Data Analysis                       2.1   1470.00
#6280     Telephone Relles about frequencies of diagnosing     700.00
          doctors (.6); review data on doctors (1.5)

10/26/06  Peterson  / (28) Data Analysis                       2.3   1610.00
#6281     Work on report                                       700.00

10/26/06  Relles   / (28) Data Analysis                        0.6    255.00
#6496     Telephone Peterson re: frequencies of diagnosing     425.00
          doctors

10/26/06  Relles   / (28) Data Analysis                        1.6    680.00
#6497     Develop list of doctors mentioned in Rust claims     425.00
          database

10/26/06  Relles   / (28) Data Analysis                        2.3    977.50
#6498     Analyze Grace's list of identified doctors:          425.00
          frequency with which they occur alone and in
          conjunction with others

10/26/06  Relles   / (28) Data Analysis                        2.0    850.00
#6499     Examine inconsistencies between history, Rust,       425.00
          Verus, and attorney survey files

10/27/06  Ebener   / (28) Data Analysis                        1.0    300.00
#6732     Telephone Relles, Peterson re: Rust agenda           300.00

10/27/06  Ebener   / (28) Data Analysis                        0.5    150.00
#6733     Telephone Relles about topics for site visit and     300.00
          revise topics for site visit document and email

10/27/06  Peterson  / (28) Data Analysis                       1.0    700.00
#6282     Review plans for site visit to Rust                  700.00

```
Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 19

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
10/27/06  Peterson  / (28) Data Analysis                  1.0   700.00
#6283     Telephone Ebener and Relles re: Rust agenda   700.00

10/27/06  Peterson  / (28) Data Analysis                  4.0  2800.00
#6284     Work on report                                700.00

10/27/06  Peterson  / (28) Data Analysis                  1.9  1330.00
#6285     Draft memo on frequencies of diagnosing doctors 700.00

10/27/06  Relles    / (28) Data Analysis                  0.5   212.50
#6500     Telephone Ebener about topics for site visit and 425.00
          revise topics for site visit document and email

10/27/06  Relles    / (28) Data Analysis                  1.0   425.00
#6501     Telephone Ebener and Peterson re: Rust agenda  425.00

10/27/06  Relles    / (28) Data Analysis                  1.2   510.00
#6503     Load Seer 6.4, latest Seer software            425.00

10/28/06  Relles    / (28) Data Analysis                  1.0   425.00
#6504     Investigate settlement group data             425.00

10/28/06  Relles    / (28) Data Analysis                  1.3   552.50
#6505     Process attorney files to determine the primary 425.00
          attorney for a given case

10/29/06  Ebener    / (28) Data Analysis                  1.5   450.00
#6734     Review completed coding for jury verdict analysis 300.00

10/29/06  Ebener    / (28) Data Analysis                  0.7   210.00
#6735     Reconcile inventory of jury verdict volumes with 300.00
          database

10/29/06  Peterson  / (28) Data Analysis                  3.1  2170.00
#6286     Outline estimation report                     700.00

10/29/06  Peterson  / (28) Data Analysis                  2.6  1820.00
#6287     Review documents                              700.00

10/29/06  Relles    / (28) Data Analysis                  2.1   892.50
#6506     Update programs for processing Verus data     425.00

10/29/06  Relles    / (28) Data Analysis                  1.5   637.50
#6507     Update programs for linking Rust, history, and Verus 425.00
          data files; examine differences between files
```

Date: 11/28/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 20

            W. R. Grace

Date/Slip# Description                                   HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
10/30/06  Peterson  / (28) Data Analysis                      8.1   5670.00
#6288     Work on draft and outline of report              700.00

10/30/06  Relles    / (28) Data Analysis                      2.8   1190.00
#6508     Examine relationships between Rust and historical 425.00
          data, contrast characteristics of return vs. not
          returned claims

10/30/06  Relles    / (28) Data Analysis                      1.7    722.50
#6509     Estimate trends in payments for trial ready and   425.00
          settlement group claims

10/30/06  Relles    / (28) Data Analysis                      0.2     85.00
#6510     Correspondence with Gillespie re: Rust visit      425.00

10/31/06  Ebener    / (28) Data Analysis                      2.5    750.00
#6736     Review Rust Form Processing Procedures and Data   300.00
          Specifications

10/31/06  Peterson  / (28) Data Analysis                      1.1    770.00
#6289     Telephone Relles re: design of report, additional 700.00
          software requirements for report

10/31/06  Peterson  / (28) Data Analysis                      0.3    210.00
#6290     Telephone Relles re: site visit to Rust           700.00

10/31/06  Peterson  / (28) Data Analysis                      0.4    280.00
#6291     Telephone Relles re: POC data                     700.00

10/31/06  Peterson  / (28) Data Analysis                      1.3    910.00
#6292     Review settled claims POCs                        700.00

10/31/06  Peterson  / (28) Data Analysis                      2.1   1470.00
#6293     Review various Rust documents about coding        700.00

10/31/06  Peterson  / (28) Data Analysis                      5.8   4060.00
#6294     Work on report                                    700.00

10/31/06  Relles    / (28) Data Analysis                      3.5   1487.50
#6511     Update datasets based on latest Verus data shipment, 425.00
          update computations for various related analytical
          data files

10/31/06  Relles    / (28) Data Analysis                      0.8    340.00
#6512     Email correspondence with Eveland re: creating    425.00
          disease and exposure variables

Date: 11/28/06             Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 21

            W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
10/31/06  Relles   / (28) Data Analysis                     1.3     552.50
#6513     Review new POC dataset from Rust                425.00

10/31/06  Relles   / (28) Data Analysis                     0.4     170.00
#6514     Telephone Peterson re: POC data                 425.00

10/31/06  Relles   / (28) Data Analysis                     1.2     510.00
#6515     Link history, Rust, and Verus data files; produce  425.00
          summary tabulations to identify disease differences

10/31/06  Relles   / (28) Data Analysis                     0.5     212.50
#6516     Telephone Gillespie (Towers-Perrin) re: site visit  425.00
          to Rust

10/31/06  Relles   / (28) Data Analysis                     0.3     127.50
#6517     Telephone Peterson re: site visit to Rust       425.00

10/31/06  Relles   / (28) Data Analysis                     0.5     212.50
#6518     Telephone Eveland re: tabulations of Verus data  425.00

10/31/06  Relles   / (28) Data Analysis                     1.1     467.50
#6519     Telephone Peterson re: design of report, additional  425.00
          software requirements for report
--------------------------------------------------------------------------

{D0076990.1 }

Date: 11/28/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 22

             W. R. Grace

          Summary Of Time Charges, By Month and Activity
                 October 2006 - October 2006

MONTH      ACTIVITY                              HOURS    AMOUNT
-----------------------------------------------------------------------
October   - (07) Committee, Creditors'           35.0   19755.00
October   - (20) Travel - Non-working             5.0    1750.00
October   - (28) Data Analysis                  323.5  179855.00
October   - (99) Total                          363.5  201360.00

Total     - (07) Committee, Creditors'           35.0   19755.00
Total     - (20) Travel - Non-working             5.0    1750.00
Total     - (28) Data Analysis                  323.5  179855.00
Total     - (99) Total                          363.5  201360.00

-------------------------------------------------------------------------------

```
Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                              Page 23

          W. R. Grace

         Summary Of Time Charges, By Month and Person
               October 2006 - October 2006

MONTH       PERSON                            HOURS    AMOUNT
          --------------------------------------------------------
October   - Relles                            151.2  64260.00
October   - Peterson                          187.9 129780.00
October   - Ebener                             24.4   7320.00
October   - Total                             363.5 201360.00

Total     - Relles                            151.2  64260.00
Total     - Peterson                          187.9 129780.00
Total     - Ebener                             24.4   7320.00
Total     - Total                             363.5 201360.00

---------------------------------------------------------------------------
```

```
Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                Page 24

            W. R. Grace

       Summary Of Time Charges, By Activity, Month, and Person
              October 2006 - October 2006

MONTH       PERSON                           HOURS   RATE    AMOUNT
------------------------------------------------------------------------
(07) Committee, Creditors'

October   - Relles                            15.8   425.   6715.00
October   - Peterson                          18.2   700.  12740.00
October   - Ebener                             1.0   300.    300.00

(20) Travel - Non-working

October   - Peterson                           5.0   350.   1750.00

(28) Data Analysis

October   - Relles                           135.4   425.  57545.00
October   - Peterson                         164.7   700. 115290.00
October   - Ebener                            23.4   300.   7020.00

------------------------------------------------------------------------
```

Date: 11/28/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 25

            W. R. Grace Expenses


                                          Total          Grace
       Item                  Professional    Expenses       Share

       1. Travel Expenses         Peterson      $3,403.07    $1,701.54 (*)
       2. Jury Verdict Coding     Julius         1,938.00       969.00 (*)
       3. Jury Verdict Coding     Silverman      3,128.00     1,564.00 (*)
       4. Fedex (August-October)  Relles           135.00       135.00
       5. Conference calls        Peterson         138.50       138.50
       6. Mealey's jury reports   Peterson       1,685.00       842.50

       Total Expenses                          $10,427.57    $5,350.54


       Notes: Items 1, 2, 3, 6 to be divided evenly between W. R. Grace
              and G-1 Holdings.  Last column of table above provides Grace's
              share of expenses.  Asterisked items are documented more fully
below


       1. Travel Thousand Oaks-New York, October 9-10: Peterson

            50% Grace, 50% G-1 Holdings


                 Airfare                $1,548.61
                 Hotel                     915.00
                 Hotel taxes               121.88
                 Meals (breakfast, 2 dinners)   201.58
                 Car service to LAX        130.00
                 Car service from JFK to hotel   165.00
                 Car service from meeting to JFK   185.00
                 Car service LAX to Thousand Oaks   136.00

                 Total                   $3,403.07

                 Grace Share:            $1,701.54


                 Hotel:  1 night
                 Meals:  breakfast 1 person, two dinners 1 person

                 Please feel free to limit hotel and meal expenses
                 to your standard rates for New York City.

Date: 11/28/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 26

                    W. R. Grace Expenses (continued)


    2. Jury Verdict Coding: Marion V. Julius

          50% Grace, 50% G-1 Holdings


                          Marion V. Julius
                         22009 Vincennes St.
                         Chatsworth, CA 91311

            DATE        HOURS      TASK

            10/09/2006 6.0         JV Coding
            10/10/2006 5.5         JV Coding
            10/11/2006 7.5         JV Coding
            10/12/2006 6.4         JV Coding
            10/13/2006 3.5         JV Coding
            10/17/2006 5.0         JV Coding
            10/18/2006 4.0         JV Coding
            10/19/2006 4.4         JV Coding
            10/21/2006 6.0         JV Coding
            10/24/2006 7.4         JV Coding
            10/25/2006 3.3         JV Coding
            10/26/2006 5.5         JV Coding

            Total      64.6

            @  $30.00 per hour  =      $ 1,938.00

            Grace Share:                  $969.00

{D0076990.1 }

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 27

                    W. R. Grace Expenses (continued)


    3. Jury Verdict Coding: Kathleen M. Silverman

         50% Grace, 50% G-1 Holdings


                        Kathleen M. Silverman
                          6146 County Oak Rd.
                        Woodland Hills, CA 9136


         10/02/2006  5.3        JV inventory
         10/06/2006  0.6        JV Coding and validating
         10/09/2006  6.0        JV Coding and validating
         10/10/2006 10.2        JV Coding and validating
         10/11/2006  4.0        JV Coding and validating
         10/12/2006  5.1        JV Coding and validating
         10/13/2006  2.4        JV Coding and validating
         10/17/2006  4.3        JV Coding and validating
         10/18/2006  3.1        JV Coding and validating
         10/19/2006  2.4        JV Coding and validating
         10/21/2006  5.3        JV Coding and validating
         10/22/2006  2.3        JV Coding and validating
         10/23/2006  1.3        JV Coding and validating
         10/24/2006  6.1        JV Coding and validating
         10/25/2006  3.2        JV Coding and validating
         10/26/2006  5.2        JV Coding and validating
         10/27/2006  3.1        JV Coding and validating
         10/28/2006  4.0        JV Coding and validating
         10/30/2006  4.3        JV Coding and validating

         Total       78.2

         @ $40.00 per Hour =  $3,128.00

         Grace Share:              $1,564.00

--------------------------------------------------------------------------------