# HR&A                                             INVICE

**HAMILTON, RABINOVITZ & ALSCHULER, INC.**
*Policy, Financial & Management Consultants*

November 15, 2006
Invoice No. HRA20061511

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of October, 2006.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>6.8 hours @ $ 600 per hour | $ 4,080.00 |
| Paul K. Honig<br>1.0 hours @ $ 300 per hour | 300.00 |
| Joshua S. Katz<br>1.8 hours @ $ 250 per hour | 450.00 |
| **TOTAL DUE:** | **$ 4,830.00** |

*Please remit to corporate address below:*

P.O. BOX 222681  CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA           LOS ANGELES              NEW YORK

OCTOBER, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 10/03/06 | 2.0 | Read transcript from Omnibus of September 25, 2006, sent by Jay Sakalo re property damage issues. |
| 10/04/06 | 0.8 | Talk with Jay Sakalo re status of property damage estimation. |
| 10/06/06 | 1.0 | Continue to read transcript from Omnibus re PI questionnaire. |
| 10/23/06 | 3.0 | Review results of binomial analysis to-date. |
| TOTAL: | 6.8 | |

OCTOBER, 2006 TIME LOG OF PAUL K. HONIG (PKH)

DATE      TIME   TASK

10/20/06   1.0    Receive newest set of disks, sort through older
    set & destroy ones these replace.
TOTAL:     1.0

OCTOBER, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>     <u>TIME</u>   <u>TASK</u>

10/21/06   0.5   Review of recent asbestos law changes in states.

10/26/06   0.8   Weekly Grace conference call (0.6); Organization of notes on call for reporting to Francine F. Rabinovitz (0.2).

10/28/06   0.5   Review of most recent Grace 8-K SEC filing.

TOTAL:     1.8