UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. Grace & Co., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Objection Deadline: December 26, 2006 at 4:00 p.m.** |
| | ) **Hearing Date: Hearing will be held if necessary** |

## SUMMARY OF SIXTY-FOURTH MONTHLY FEE AND EXPENSE INVOICE

| Name of Applicant: | Bilzin Sumberg Baena Price & Axelrod LLP |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on June 21, 2001, Nunc Pro Tunc, to April 9, 2001 |
| Period for which compensation and Reimbursement is sought: | October 1, 2006 through October 31, 2006 |
| Fees and expenses for all matters | **Fees** $130,105.25 | **Expenses** $42,468.66 |

This is a: __X__ monthly _____ Interim _____ final Application

Bilzin Sumberg Baena Price & Axelrod LLP's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| Interim Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/2/01 | 4/9/01 – 5/31/01 | $194,578.50 | $29,181.11 | X | X |
| 8/6/01 | 6/1/01 – 6/30/01 | $195,105.25 | $14,086.94 | X | X |
| 9/25/01 | 7/1/01 - 8/31/01 | $247,980.00 | $176,063.29 | X | X |
| 11/8/01 | 9/1/01 - 9/30/01 | $49,039.50 | $6,936.85 | X | X |
| 12/13/01 | 10/1/01 - 11/30/01 | $180,750.50 | $140,465.86 | X | X |
| 2/6/02 | 12/1/01 - 12/31/01 | $34,725.00 | $55,174.38 | X | X |
| 3/20/02 | 01/01/02 -01/31/02 | $46,653.00 | $7,974.07 | X | X |
| 4/29/02 | 2/1/02 - 2/28/02 | $65,390.00 | $52,503.52 | X | X |
| 5/10/02 | 3/1/02 - 3/31/02 | $166,136.00 | $19,485.03 | X | X |
| 6/24/02 | 4/1/02 – 4/30/02 | $155,122.00 | $47,064.53 | X | X |

| | | | | | |
|---|---|---|---|---|---|
| 7/31/02 | 5/1/02 - 5/31/02 | $132,842.30 | $64,325.53 | X | X |
| 8/15/02 | 6/1/02 – 6/30/02 | $31,047.00 | $7,577.57 | X | X |
| 10/5/02 | 7/1/02 – 7/31/02 | $35,534.50 | $11,699.76 | X | X |
| 10/18/02 | 8/1/02 – 8/31/02 | $43,715.00 | $7,652.17 | X | X |
| 11/15/02 | 9/1/02 – 9/30/02 | $17,035.00 | $2,867.50 | X | X |
| 12/11/02 | 10/1/02 – 10/31/02 | $22,819.00 | $1,408.16 | X | X |
| 1/9/03 | 11/1/02 – 11/30/02 | $18,002.00 | $2,673.50 | X | X |
| 2/12/03 | 12/1/02 – 12/31/02 | $3,995.50 | $639.71 | X | X |
| 3/19/03 | 1/1/03 – 1/31/03 | $8,417.00 | $1,950.95 | X | X |
| 4/18/03 | 2/1/03 – 2/28/03 | $11,556.00 | $3,085.88 | X | X |
| 4/29/03 | 3/1/03 – 3/31/03 | $16,115.00 | $2,060.82 | X | X |
| 6/4/03 | 4/1/03 – 4/31/03 | $24,281.50 | $2,344.43 | X | X |
| 7/8/03 | 5/1/03 – 5/30/03 | $21,157.00 | $2,417.70 | X | X |
| 8/25/03 | 6/1/03 – 6/30/03 | $19,012.50 | $1,632.88 | X | X |
| 9/10/03 | 7/1/03 – 7/31/03 | $34,773.00 | $3,409.72 | X | X |
| 10/6/03 | 8/1/03 – 8/31/03 | $8,793.00 | $23.70 | X | X |
| 10/24/03 | 9/1/03 – 9/30/03 | $15,198.50 | $2,212.40 | X | X |
| 12/18/03 | 10/1/03 – 10/31/03 | $18,926.75 | $3,605.44 | X | X |
| 1/20/04 | 11/1/03 – 11/30/03 | $10,540.00 | $263.59 | X | X |
| 3/4/04 | 12/1/03 – 12/31/03 | $23,611.50 | $4,874.85 | X | X |
| 3/12/04 | 1/1/04 – 1/31/04 | $33,611.00 | $2,722.44 | X | X |
| 4/29/04 | 2/1/04 – 2/29/04 | $32,913.00 | $1,571.25 | X | X |
| 4/29/04 | 3/1/04 – 3/31/04 | $65,575.50 | $52,298.19 | X | X |
| 5/26/04 | 4/1/04 – 4/30/04 | $16,577.50 | $287.16 | X | X |
| 6/18/04 | 5/1/04 – 5/31/04 | $19,149.50 | $1,808.87 | X | X |
| 7/29/04 | 6/1/04 – 6/30/04 | $39,643.00 | $1,279.21 | X | X |
| 9/10/04 | 7/1/04 – 7/31/04 | $39,344.00 | $1,240.32 | X | X |
| 9/23/04 | 8/1/04 – 8/31/04 | $37,391.00 | $1,278.45 | X | X |
| 10/13/04 | 9/1/04 – 9/30/04 | $34,796.00 | $5,924.93 | X | X |
| 12/17/04 | 10/1/04 – 10/31/04 | $70,778.50 | $11,174.74 | X | X |
| 12/17/04 | 11/1/04 – 11/30/04 | $57,250.50 | $2,926.99 | X | X |
| 3/8/05 | 12/1/04 – 12/31/04 | $138,561.00 | $5,836.80 | X | X |
| 3/8/05 | 1/1/05 – 1/31/05 | $118,487.75 | $7,103.04 | X | X |
| 4/8/05 | 2/1/05 – 2/28/05 | $49,703.50 | $2,909.07 | X | X |
| 5/10/05 | 3/1/05 – 3/31/05 | $137,482.00 | $5,711.97 | X | X |
| 7/12/05 | 4/1/05- 4/30/05 | $172,520.60 | $11,477.17 | X | X |
| 8/10/05 | 5/1/05 – 5/1/05 | $168,852.25 | $8,816.10 | X | X |
| 8/15/05 | 6/1/05 – 6/30/05 | $118,937.00 | $3,346.03 | X | X |
| 9/30/05 | 7/1/05 – 7/31/05 | $237,495.50 | $16,293.25 | X | X |
| 11/4/05 | 8/1/05 – 8/31/05 | $232,969.00 | $18,746.80 | X | X |
| 11/4/05 | 9/1/05 – 9/30/05 | $370,142.00 | $636,255.03 | X | X |
| 11/29/05 | 10/1/05 – 10/31/05 | $438,999.00 | $563,135.65 | X | X |
| 12/28/05 | 11/1/05 – 11/30/05 | $394,246.50 | $127,403.93 | X | X |
| 2/2/06 | 12/1/05 – 12/31/05 | $272,856.25 | $281,047.74 | X | X |
| 3/13/06 | 1/1/06 – 1/31/06 | $285,410.75 | $76,464.00 | X | X |
| 4/6/06 | 2/1/06 – 2/28/06 | $122,580.00 | $14,812.55 | X | X |
| 5/11/06 | 3/1/06 – 3/31/06 | $210,566.00 | $17,328.55 | X | X |
| 6/27/06 | 4/1/06 – 4/30/06 | $220,594.75 | $461,178.21 | X | X |
| 7/21/06 | 5/1/06 – 5/31/06 | $211,866.00 | $182,285.80 | X | X |
| 7/21/06 | 6/1/06 – 6/30/06 | $245,930.25 | $178,859.71 | X | X |
| 9/5/06 | 7/1/06 – 7/31/06 | $248,117.50 | $326,190.74 | X | X |
| 10/2/06 | 8/1/06 – 3/31/06 | $276,643.00 | $104,549.36 | X | X |
| 10/30/06 | 9/1/06 – 9/30/06 | $158,041.75 | $73,668.70 | X | X |