IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: December 26, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2006 THROUGH JULY 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

Remedium: Professional services rendered through: July 31, 2006

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/10/06 | A.E. Moran | Work on quarterly bill. | 2.00 |
| 07/11/06 | A.E. Moran | Review and send out quarterly bill. | 1.00 |
| 07/12/06 | M.D. Lerner | Read Coltec decision and consider implications for Grace. | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 0.50 | 610.00 | 305.00 |
| A.E. Moran | 3.00 | 495.00 | 1,485.00 |
| Total | 3.50 | | 1,790.00 |

Total Fees    $1,790.00

Consolidated Returns Issue: July 31, 2006

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/12/06 | A.E. Moran | Work on bills. | 0.60 |
| 07/12/06 | M.D. Lerner | Call with Ms. Finke re statue extension. | 0.30 |
| 07/12/06 | M.D. Lerner | Follow up call with Ms. Finke re statute extension. | 0.20 |
| 07/12/06 | M.J. Silverman | Consider Tax sharing agreement. | 1.00 |
| 07/12/06 | S.B. Teplinsky | Teleconference with Mr. Lerner and Ms. Finke re extension of statute and restricted consent. | 0.30 |
| 07/12/06 | S.B. Teplinsky | Teleconference with Ms. Finke and Mr. Gibbs re status of protest. | 1.20 |
| 07/13/06 | S.B. Teplinsky | Teleconference with Ms. Finke re extending statute. | 0.50 |
| 07/17/06 | M.D. Lerner | Read the IRS response to protest. | 0.60 |
| 07/17/06 | M.J. Silverman | Review IRS response to protest. | 1.50 |
| 07/17/06 | S.B. Teplinsky | Review Tax Sharing Agreement. | 1.00 |
| 07/17/06 | S.B. Teplinsky | Review IRS National Office memo re Lonely Parent Rule Protest. | 1.50 |
| 07/17/06 | S.B. Teplinsky | Review IRS National Office memo re Lonely Parent Rule. | 2.00 |
| 07/17/06 | S.B. Teplinsky | Teleconference with Messrs. Lerner and Tandler (Skadden) re Lonely Parent Rule. | 1.00 |
| 07/18/06 | A.E.Moran | Work on bills. | 2.10 |
| 07/18/06 | M.D. Lerner | Call with attorneys from Skadden Arps regarding extension. | 0.20 |

5

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/18/06 | M.D. Lerner | Work on revising language for the 870 to keep rights to claim carryback. | 0.70 |
| 07/18/06 | M.D. Lerner | Additional edits to carryback language. | 0.20 |
| 07/18/06 | S.B. Teplinsky | Teleconference with Messrs. Lerner and Tandler and Ms. Lopo re need for extension of statute of limitations. | 0.20 |
| 07/18/06 | S.B. Teplinsky | Teleconference with Messrs. Lerner and Gibbs and Ms. Finke re 98 and 97 extensions. | 0.50 |
| 07/18/06 | S.B. Teplinsky | Review and revise Form 870. | 0.50 |
| 07/18/06 | S.B. Teplinsky | Prepare for call re extension of statute of limitations. | 0.30 |
| 07/19/06 | M.J. Silverman | Review IRS response to protest. | 1.00 |
| 07/20/06 | M.D. Lerner | Work on language for 870. | 0.30 |
| 07/20/06 | S.B. Teplinsky | Teleconference with Ms. Tandler re extension for 1998 and additional language for Form 870. | 0.50 |
| 07/20/06 | S.B. Teplinsky | Review revised Form 870 language. | 1.00 |
| 07/21/06 | S.B. Teplinsky | Email Form 870 language to Mr. Tandler. | 0.50 |
| 07/27/06 | M.J. Silverman | Review Bryan memorandum re IRS response. | 1.00 |
| 07/28/06 | M.J. Silverman | Review issue on IRS response. | 0.50 |
| 07/28/06 | S.B. Teplinsky | Teleconference with Mr. Tandler re Form 870. | 0.30 |
| 07/28/06 | S.B. Teplinsky | Review emails re teleconference re Lonely Parent Rule. | 0.30 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 5.00 | 775.00 | 3,875.00 |
| M.D. Lerner | 2.50 | 610.00 | 1,525.00 |
| S.B. Teplinsky | 11.60 | 610.00 | 7,076.00 |
| A.E. Moran | 2.70 | 495.00 | 1,336.50 |
| Total | 25.30 | | 15,602.50 |

| | |
|---|---|
| Fees (Consolidated Returns) | $13,812.50 |
| Total Fees (Remedium & Consolidated Returns) | $15,602.50 |

6

| Disbursements: Remedium | | |
|---|---:|---:|
| Duplicating | 9.45 | |
| Long Distance Telephone | 5.16 | |
| | | $14.61 |
| **Disbursements: Consolidated Returns** | | |
| Duplicating | 57.15 | |
| Long Distance Telephone | 16.80 | |
| | | $73.95 |
| Total Disbursements: | | $88.56 |

7

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 469427

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

| Cost Code Description | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| LASR | 07/10/06 | 00206 | Moran, Anne E. | 11.00 | 0.15 | 1.65 |
| LASR | 07/10/06 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 |
| PC/Network Printing PC LASER 11 Pages Ward, Brenda | | | | | | |
| LASR | 07/10/06 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 |
| LASR | 07/10/06 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 |
| PC/Network Printing PC LASER 6 Pages Ward, Brenda | | | | | | |
| LASR | 07/10/06 Total: | | | | | 2.55 |
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 11.00 | 0.15 | 1.65 |
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 |
| PC/Network Printing PC LASER 11 Pages Ward, Brenda | | | | | | |
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 |
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 |
| PC/Network Printing PC LASER 6 Pages Ward, Brenda | | | | | | |
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |
| PC/Network Printing PC LASER 2 Pages Ward, Brenda | | | | | | |
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC/Network Printing PC LASER 1 Pages Ward, Brenda | | | | | | |
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC/Network Printing PC LASER 1 Pages Ward, Brenda | | | | | | |

| Type | Date | Code | Name | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC/Network Printing | | | | | | |
| PC LASER 1 Pages Ward, Brenda | | | | | | |
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 |
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 |
| PC/Network Printing | | | | | | |
| PC LASER 6 Pages Ward, Brenda | | | | | | |
| LASR | 07/11/06 Total: | | | | | 4.20 |
| LASR | 07/18/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 07/18/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC/Network Printing | | | | | | |
| PC LASER 1 Pages Ward, Brenda | | | | | | |
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC/Network Printing | | | | | | |
| PC LASER 1 Pages Ward, Brenda | | | | | | |
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC/Network Printing | | | | | | |
| PC LASER 1 Pages Ward, Brenda | | | | | | |
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 4.00 | 0.15 | 0.60 |
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 4.00 | 0.20 | 0.80 |
| PC/Network Printing | | | | | | |
| PC LASER 4 Pages Ward, Brenda | | | | | | |
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 4.00 | 0.15 | 0.60 |
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 4.00 | 0.20 | 0.80 |
| PC/Network Printing | | | | | | |
| PC LASER 4 Pages Ward, Brenda | | | | | | |
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC/Network Printing | | | | | | |
| PC LASER 1 Pages Ward, Brenda | | | | | | |
| LASR | 07/21/06 Total: | | | | | 1.65 |

9

Doc. #1731409 v.1-11/28/06 11:11 AM

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/24/06 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 07/24/06 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing
PC LASER 2 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/24/06 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 07/24/06 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing
PC LASER 2 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/24/06 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 07/24/060 | 0206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing
PC LASER 2 Pages Ward, Brenda

| | | | |
|---|---|---|---|
| LASR | 07/24/06 Total: | | 0.90 |

| | | |
|---|---|---|
| LASR Total: | | 9.45 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 07/12/06 | 00206 | Moran, Anne E. | 1.00 | 3.20 | 3.20 |
| TELEDC | 07/12/06 | 00206 | Moran, Anne E. | 1.00 | 3.20 | |

DC Telephone TELEDC 5613621300 FROM EXT. 108024

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 07/12/06 | 00206 | Moran, Anne E. | 1.00 | 0.13 | 0.13 |
| TELEDC | 07/12/06 | 00206 | Moran, Anne E. | 1.00 | 0.13 | |

DC Telephone TELEDC 5613621300 FROM EXT. 108024

| | | | |
|---|---|---|---|
| TELEDC | 07/12/06 Total: | | 3.33 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 07/13/06 | 00206 | Moran, Anne E. | 1.00 | 0.59 | 0.59 |
| TELEDC | 07/13/06 | 00206 | Moran, Anne E. | 1.00 | 0.59 | |

DC Telephone TELEDC 5613621300 FROM EXT. 108024

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 07/26/06 | 00008 | Lerner, M.D. | 1.00 | 1.24 | 1.24 |

Long Distance Telephone-DC  M. Lerner --
From:206-774-1234 to Boca Raton, FL 561-362-1300 on 05/09/06

| | | |
|---|---|---|
| TELEDC Total: | | 5.16 |

| | | |
|---|---|---|
| Total: 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE | | 14.61 |

| | | |
|---|---|---|
| Report Total: | | 14.61 |

Doc. #1731409 v.1-11/28/06 11:11 AM

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 469428

012046.00003 TAX LITIGATION AUDIT ISSUE

| Cost Code Description | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| DUPLDC | 07/10/06 | 00206 | Moran, Anne E. | 62.15 | 9.30 | |
| DUPLDC | 07/10/06 | 00206 | Moran, Anne E. | 62.00 | 0.20 | 12.40 |
| 62 PHOTOCOPIES MADE BY 00206 | | | | | | |
| DUPLDC | 07/10/06 | 00206 | Moran, Anne E. | 35.00 | 0.15 | 5.25 |
| DUPLDC | 07/10/06 | 00206 | Moran, Anne E. | 35.00 | 0.20 | 7.00 |
| 35 PHOTOCOPIES MADE BY 00206 | | | | | | |
| DUPLDC | 07/10/06 | 00206 | Moran, Anne E. | 35.00 | 0.15 | 5.25 |
| DUPLDC | 07/10/06 | 00206 | Moran, Anne E. | 35.00 | 0.20 | 7.00 |
| 35 PHOTOCOPIES MADE BY 00206 | | | | | | |
| DUPLDC | 07/10/06 Total: | | | | | 19.80 |
| DUPLDC | 07/17/06 | 09066 | Merrill | 200.00 | 0.15 | 30.00 |
| DUPLDC | 07/17/06 | 09066 | Merrill | 200.00 | 0.20 | 40.00 |
| 200 PHOTOCOPIES MADE BY 09066 | | | | | | |
| DUPLDC | 07/24/06 | 00206 | Moran, Anne E. | 12.00 | 0.15 | 1.80 |
| DUPLDC | 07/24/06 | 00206 | Moran, Anne E. | 12.00 | 0.20 | 2.40 |
| 12 PHOTOCOPIES MADE BY 00206 | | | | | | |
| DUPLDC Total: | | | | | | 51.60 |
| LASR | 07/10/06 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 |
| LASR | 07/10/06 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 |
| PC/Network Printing | | | | | | |
| PC LASER 6 Pages Moran, Anne | | | | | | |
| LASR | 07/10/06 | 00206 | Moran, Anne E. | 11.00 | 0.15 | 1.65 |
| LASR | 07/10/06 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 |
| PC/Network Printing | | | | | | |
| PC LASER 11 Pages Moran, Anne | | | | | | |
| LASR | 07/10/06 Total: | | | | | 2.55 |

11

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 07/11/06 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing
PC LASER  2 Pages Moran, Anne

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/18/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 07/18/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/20/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 07/20/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Teplinsky, Steven

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/20/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 07/20/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Teplinsky, Steven

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/20/06 Total: | | | | | 0.30 |
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 9.00 | 0.15 | 1.35 |
| LASR | 07/21/06 | 00206 | Moran, Anne E. | 9.00 | 0.20 | 1.80 |

PC/Network Printing
PC LASER  9 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/21/06 Total: | | | | | 1.65 |
| LASR | 07/24/06 | 00206 | Moran, Anne E. | 4.00 | 0.15 | 0.60 |
| LASR | 07/24/06 | 00206 | Moran, Anne E. | 4.00 | 0.20 | 0.80 |

PC/Network Printing
PC LASER  4 Pages Ward, Brenda
LASR Total:                                                                                                       5.55

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 07/18/06 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 |
| TELEDC | 07/18/06 | 00206 | Moran, Anne E. | 1.00 | 0.10 | |

DC Telephone TELEDC 2126356475 FROM EXT. 108024

12

Doc. #1731409 v.1-11/28/06 11:11 AM

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 07/18/06 | 00206 | Moran, Anne E. | 1.00 | 2.97 | 2.97 |
| TELEDC | 07/18/06 | 00206 | Moran, Anne E. | 1.00 | 2.97 | |
| DC Telephone TELEDC 2127353475 FROM EXT. 108024 | | | | | | |
| TELEDC | 07/18/06 | 00206 | Moran, Anne E. | 1.00 | 12.74 | 12.74 |
| TELEDC | 07/18/06 | 00206 | Moran, Anne E. | 1.00 | 12.74 | |
| DC Telephone TELEDC 5613621300 FROM EXT. 106245 | | | | | | |
| TELEDC | 07/18/06 Total: | | | | | 15.81 |
| TELEDC | 07/20/06 | 00206 | Moran, Anne E. | 1.00 | 0.73 | 0.73 |
| TELEDC | 07/20/06 | 00206 | Moran, Anne E. | 1.00 | 0.73 | |
| DC Telephone TELEDC 2127352882 FROM EXT. 106245 | | | | | | |
| TELEDC | 07/28/06 | 00206 | Moran, Anne E. | 1.00 | 0.26 | 0.26 |
| TELEDC | 07/28/06 | 00206 | Moran, Anne E. | 1.00 | 0.26 | |
| DC Telephone TELEDC 2127352882 FROM EXT. 106245 | | | | | | |
| TELEDC Total: | | | | | | 16.80 |

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                                    73.95

Report Total:                                                                    73.95