IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: December 26, 2006 at 4:00 p.m.
Hearing Date: TBD only if necessary

### FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2006 THROUGH AUGUST 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

**EXHIBIT A**

Professional services rendered through: August 31, 2006

| | | | |
|---|---|---|---|
| 08/01/06 | M.D. Lerner | Review language for 870 and statute extension and consider schedule for appeals. | 0.70 |
| 08/01/06 | M.J. Silverman | Consider statute extensions. | 0.50 |
| 08/01/06 | S.B. Teplinsky | Teleconference with Mr. Tandler re Form 870; draft 870. | 0.50 |
| 08/01/06 | S.B. Teplinsky | Teleconference with Ms. Finke and Mr. Gibbs re Form 870 and Protest. | 1.00 |
| 08/04/06 | S.B. Teplinsky | Prepare for teleconference with Ms. Lopo re Form 872 and send form to Ms. Lopo. | 0.80 |
| 08/11/06 | S.B. Teplinsky | Review status re Forms 870 and 872. | 0.30 |
| 08/11/06 | S.B. Teplinsky | Teleconference with Ms. Finke and Ms. Lopo re forms 870 and 872. | 0.20 |
| 08/15/06 | M.J. Silverman | Extension and attribute from Carol Finke. | 1.00 |
| 08/15/06 | S.B. Teplinsky | Conference with Mr. Silverman re Form 870 language. | 0.30 |
| 08/17/06 | S.B. Teplinsky | Teleconference with Ms. Finke re extension to statute of limitations periods. | 0.50 |
| 08/19/06 | A.E. Moran | Work on bills from April through June 2006. | 0.50 |
| 08/22/06 | A.E. Moran | Work on bills from April through June 2006. | 1.80 |
| 08/22/06 | S.B. Teplinsky | Review 10-year carryback protest and IRS memo re same. | 1.50 |
| 08/23/06 | A.E. Moran | Work on bills for April through June 2006. | 1.30 |
| 08/23/06 | M.J. Silverman | Review government documents and prepare for call. | 1.00 |
| 08/24/06 | A.A. MacIvor | Review bill. | 0.30 |
| 08/24/06 | A.E. Moran | Continue work on bills for April through June 2006. | 0.50 |
| 08/24/06 | G.N. Kidder | Review billing record and draft summary of work. | 0.80 |
| 08/24/06 | M.D. Lerner | Re-read government response to our protest to prepare for call with client. | 0.80 |
| 08/24/06 | M.D. Lerner | Call with client and Mr. Collins re next steps. | 1.20 |
| 08/24/06 | M.J. Silverman | Prepare for conference call on protest. | 2.00 |
| 08/24/06 | M.J. Silverman | Confer with client regarding SRLY issues. | 1.00 |
| 08/24/06 | S.B. Teplinsky | Review IRS memo re Protest. | 2.00 |
| 08/24/06 | S.B. Teplinsky | Teleconference with Messrs. Silverman, Lerner, Collins, Gereau, and Finke and Mss. Finke and Filon and Mr. Silverman re protest. | 1.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/25/06 | M.J. Silverman | Discussion with Steve Teplinsky & Brian Collins regarding outline. | 1.00 |
| 08/28/06 | A.E. Moran | Send out bills from April to June 2006. | 1.10 |
| 08/28/06 | M.J. Silverman | Obtain information from Carol Finke and Steve Teplinsky re sealed air extension info; review 870. | 1.00 |
| 08/28/06 | S.B. Teplinsky | Conference with Mr. Silverman and Ms. Serling re Form 872-T and related issues. | 1.00 |
| 08/29/06 | M.D. Lerner | Analyze issue re signing 872-A and committing to sign 872-T. | 0.40 |
| 08/29/06 | S.B. Teplinsky | Teleconference with Messrs. Lerner and Gibbs and Ms. Finke re Forms 870, 872-A and 872-T. | 1.50 |
| 08/29/06 | S.B. Teplinsky | Research re 870, 870, 872-A and 872-T. | 0.50 |
| 08/30/06 | S.B. Teplinsky | Reearch re 6511 issues. | 3.50 |
| 08/31/06 | M.D. Lerner | Discuss 6511/872-A issue with Ms. Finke. | 0.30 |
| 08/31/06 | S.B. Teplinsky | Conference with Mr. Form Lerner re 872-A issues; revise email to Ms. Finke re same. | 0.80 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 7.50 | 775.00 | 5,812.50 |
| S.B. Teplinsky | 15.40 | 610.00 | 9,394.00 |
| M.D. Lerner | 3.40 | 610.00 | 2,074.00 |
| A.E. Moran | 5.20 | 495.00 | 2,574.00 |
| G.N. Kidder | 0.80 | 340.00 | 272.00 |
| A.A. MacIvor | 0.30 | 305.00 | 91.50 |
| Total | 32.60 | | 20,218.00 |

|  |  |
|---|---|
| Total Fees | $20,218.00 |

Disbursements:

| | |
|---|---|
| Duplicating | 45.60 |
| On-Line Research/Information Retrieval | 8.38 |
| Long Distance Telephone | 12.60 |
| Total Disbursements | $66.58 |

6

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 469429

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

| Cost Code Description | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |
| PC/Network Printing | | | | | | |
| PC LASER  2 Pages Moran, Anne | | | | | | |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |
| PC/Network Printing | | | | | | |
| PC LASER  2 Pages Ward, Brenda | | | | | | |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |
| PC/Network Printing | | | | | | |
| PC LASER  2 Pages Ward, Brenda | | | | | | |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |
| PC/Network Printing | | | | | | |
| PC LASER  2 Pages Ward, Brenda | | | | | | |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |
| PC/Network Printing | | | | | | |
| PC LASER  2 Pages Ward, Brenda | | | | | | |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |
| PC/Network Printing | | | | | | |
| PC LASER  2 Pages Ward, Brenda | | | | | | |

LASR         08/28/06 Total:                                                           1.80
LASR Total:                                                                            1.80

Total: 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE       1.80

Report Total:                                                                          1.80

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 469430

012046.00003 TAX LITIGATION AUDIT ISSUE

| Cost Code Description | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| DUPLDC | 08/01/06 | 00212 | Teplinsky, Steven B. | 5.00 | 0.15 | 0.75 |
| DUPLDC | 08/01/06 | 00212 | Teplinsky, Steven B. | 5.00 | 0.20 | 1.00 |
| 5 PHOTOCOPIES MADE BY 00212 | | | | | | |
| DUPLDC | 08/16/06 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| DUPLDC | 08/16/06 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |
| 2 PHOTOCOPIES MADE BY 00206 | | | | | | |
| DUPLDC | 08/24/06 | 00008 | Lerner, Matthew D. | 10.00 | 0.15 | 1.50 |
| DUPLDC | 08/24/06 | 00008 | Lerner, Matthew D. | 10.00 | 0.20 | 2.00 |
| 10 PHOTOCOPIES MADE BY 00008 | | | | | | |
| DUPLDC Total: | | | | | | 2.55 |
| INFO | 08/31/06 | 06281 | Brondfield, Ellen | 1.00 | 8.38 | 8.38 |
| On-Line Research/Information Retrieval – re Pacer Database Account # SJ0021 - April 01 through June 30, 2006 | | | | | | |
| LASR | 08/01/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 08/01/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC/Network Printing | | | | | | |
| PC LASER  1 Pages Wieczorek, JoAnn | | | | | | |
| LASR | 08/18/06 | 00206 | Moran, Anne E. | 11.00 | 0.15 | 1.65 |
| LASR | 08/18/06 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 |
| PC/Network Printing | | | | | | |
| PC LASER  11 Pages Moran, Anne | | | | | | |
| LASR | 08/18/06 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 |
| LASR | 08/18/06 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 |
| PC/Network Printing | | | | | | |
| PC LASER  6 Pages Moran, Anne | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/18/06 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 |
| LASR | 08/18/06 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 |

PC/Network Printing
PC LASER 6 Pages Moran, Anne

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/18/06 Total: | | | | | 3.45 |
| LASR | 08/23/06 | 00206 | Moran, Anne E. | 13.00 | 0.15 | 1.95 |
| LASR | 08/23/06 | 00206 | Moran, Anne E. | 13.00 | 0.20 | 2.60 |

PC/Network Printing
PC LASER 13 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/23/06 | 00206 | Moran, Anne E. | 17.00 | 0.15 | 2.55 |
| LASR | 08/23/06 | 00206 | Moran, Anne E. | 17.00 | 0.20 | 3.40 |

PC/Network Printing
PC LASER 17 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/23/06 | 00206 | Moran, Anne E. | 23.00 | 0.15 | 3.45 |
| LASR | 08/23/06 | 00206 | Moran, Anne E. | 23.00 | 0.20 | 4.60 |

PC/Network Printing
PC LASER 23 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/23/06 | 00206 | Moran, Anne E. | 17.00 | 0.15 | 2.55 |
| LASR | 08/23/06 | 00206 | Moran, Anne E. | 17.00 | 0.20 | 3.40 |

PC/Network Printing
PC LASER 17 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/23/06 | 00206 | Moran, Anne E. | 23.00 | 0.15 | 3.45 |
| LASR | 08/23/06 | 00206 | Moran, Anne E. | 23.00 | 0.20 | 4.60 |

PC/Network Printing
PC LASER 23 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/23/06 | 00206 | Moran, Anne E. | 100.00 | 0.15 | 1.50 |
| LASR | 08/23/06 | 00206 | Moran, Anne E. | 10.00 | 0.20 | 2.00 |

PC/Network Printing
PC LASER 10 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/23/06 Total: | | | | | 15.45 |
| LASR | 08/24/06 | 00206 | Moran, Anne E. | 16.00 | 0.15 | 2.40 |
| LASR | 08/24/06 | 00206 | Moran, Anne E. | 16.00 | 0.20 | 3.20 |

PC/Network Printing
PC LASER 16 Pages Ward, Brenda

9

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/24/06 | 00206 | Moran, Anne E. | 10.00 | 0.15 | 1.50 |
| LASR | 08/24/06 | 00206 | Moran, Anne E. | 10.00 | 0.20 | 2.00 |

PC/Network Printing
PC LASER  10 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/24/06 | 00206 | Moran, Anne E. | 23.00 | 0.15 | 3.45 |
| LASR | 08/24/06 | 00206 | Moran, Anne E. | 23.00 | 0.20 | 4.60 |

PC/Network Printing
PC LASER  23 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/24/06 Total: | | | | | 7.35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 17.00 | 0.15 | 2.55 |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 17.00 | 0.20 | 3.40 |

PC/Network Printing
PC LASER  17 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 24.00 | 0.15 | 3.60 |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 24.00 | 0.20 | 4.80 |

PC/Network Printing
PC LASER  24 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 8.00 | 0.15 | 1.20 |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 8.00 | 0.20 | 1.60 |

PC/Network Printing
PC LASER  8 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing
PC LASER  1 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 8.00 | 0.15 | 1.20 |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 8.00 | 0.20 | 1.60 |

PC/Network Printing
PC LASER  8 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 17.00 | 0.15 | 2.55 |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 17.00 | 0.20 | 3.40 |

PC/Network Printing
PC LASER  17 Pages Ward, Brenda

Doc. #1730936 v.1-11/28/06 11:19 AM

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 24.00 | 0.15 | 3.60 |
| LASR | 08/28/06 | 00206 | Moran, Anne E. | 24.00 | 0.20 | 4.80 |

PC/Network Printing
PC LASER  24 Pages Ward, Brenda

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 08/28/06 Total: | | | | | 14.85 |
| LASR Total: | | | | | | 41.25 |
| TELEDC | 08/01/06 | 00206 | Moran, Anne E. | 1.00 | 1.75 | 1.75 |
| TELEDC | 08/01/06 | 00206 | Moran, Anne E. | 1.00 | 1.75 | |

DC Telephone TELEDC 2127352882 FROM EXT. 106245

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 08/01/06 | 00206 | Moran, Anne E. | 1.00 | 0.26 | 0.26 |
| TELEDC | 08/01/06 | 00206 | Moran, Anne E. | 1.00 | 0.26 | |

DC Telephone TELEDC 5613621300 FROM EXT. 106245

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 08/01/06 | 00206 | Moran, Anne E. | 1.00 | 0.36 | 0.36 |
| TELEDC | 08/01/06 | 00206 | Moran, Anne E. | 1.00 | 0.36 | |

DC Telephone TELEDC 5613621662 FROM EXT. 106245

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 08/01/06 Total: | | | | | 2.37 |
| TELEDC | 08/04/06 | 00206 | Moran, Anne E. | 1.00 | 2.21 | 2.21 |
| TELEDC | 08/04/06 | 00206 | Moran, Anne E. | 1.00 | 2.21 | |

DC Telephone TELEDC 2127352882 FROM EXT. 106245

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 08/04/06 | 00206 | Moran, Anne E. | 1.00 | 1.78 | 1.78 |
| TELEDC | 08/04/06 | 00206 | Moran, Anne E. | 1.00 | 1.78 | |

DC Telephone TELEDC 5613621300 FROM EXT. 106245

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 08/04/06 Total: | | | | | 3.99 |
| TELEDC | 08/11/06 | 00206 | Moran, Anne E. | 1.00 | 0.36 | 0.36 |
| TELEDC | 08/11/06 | 00206 | Moran, Anne E. | 1.00 | 0.36 | |

DC Telephone TELEDC 5613621300 FROM EXT. 106245

11

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 08/11/06 | 00206 | Moran, Anne E. | 1.00 | 0.36 | 0.36 |
| TELEDC | 08/11/06 | 00206 | Moran, Anne E. | 1.00 | 0.36 | |

DC Telephone TELEDC 2127353000 FROM EXT. 106245

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 8/11/06 Total: | | | | | 0.72 |
| TELEDC | 08/28/06 | 00206 | Moran, Anne E. | 1.00 | 0.36 | 0.36 |
| TELEDC | 08/28/06 | 00206 | Moran, Anne E. | 1.00 | 0.36 | |

DC Telephone TELEDC 5613621300 FROM EXT. 106245

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 08/31/06 | 00206 | Moran, Anne E. | 1.00 | 4.06 | 4.06 |
| TELEDC | 08/31/06 | 00206 | Moran, Anne E. | 1.00 | 4.06 | |

DC Telephone TELEDC 5613621300 FROM EXT. 108024

| | | | | | | |
|---|---|---|---|---|---|---|
| TELEDC | 08/31/06 | 00008 | Lerner, Matthew D. | 1.00 | 1.10 | 1.10 |

Long Distance Telephone-DC - M. Lerner - From:301-654-8510 to Boca Raton, Fl 561-362-1300 on 07/17/06

| | | |
|---|---|---|
| TELEDC | 08/31/06 Total: | 5.16 |
| TELEDC | Total: | 12.60 |
| Total: 012046.00003 TAX LITIGATION AUDIT ISSUE | | 64.78 |
| Report Total: | | 64.78 |