IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: December 26, 2006 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

**EXHIBIT A**

Professional services rendered through: September 30, 2006

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/11/06 | S.B. Teplinsky | Draft outline for response to National Office memorandum re Lonely Parent Rule. | 4.00 |
| 09/12/06 | S.B. Teplinsky | Draft outline for response to National Office memorandum re Lonely Parent Rule. | 6.00 |
| 09/13/06 | S.B. Teplinsky | Draft outline response to National Office memorandum re Lonely Parent Rule. | 5.00 |
| 09/14/06 | A.E. Moran | Check billings for 20th Interim filing. | 0.30 |
| 09/14/06 | S.B. Teplinsky | Draft outline response to National Office memorandum re Lonely Parent Rule. | 3.50 |
| 09/15/06 | S.B. Teplinsky | Draft outline response to National Office memorandum re Lonely Parent Rule. | 2.50 |
| 09/18/06 | S.B. Teplinsky | Draft outline response to National Office Memorandum re Lonely Parent Rule. | 5.00 |
| 09/19/06 | M.J. Silverman | Discussion with Mr. Teplinsky re response to IRS rebuttal. | 1.00 |
| 09/19/06 | S.B. Teplinsky | Draft outline response to National Office Memorandum re Lonely Parent Rule. | 4.80 |
| 09/20/06 | M.J. Silverman | Review outline of response to IRS. | 1.50 |
| 09/20/06 | S.B. Teplinsky | Draft outline response to National Office Memorandum re Lonely Parent Rule. | 3.50 |
| 09/21/06 | M.J. Silverman | Review outline of response to IRS. | 1.00 |
| 09/21/06 | S.B. Teplinsky | Draft outline response to National Office memorandum re Lonely Parent Rule. | 2.00 |
| 09/22/06 | S.B. Teplinsky | Draft outline response to National Office Memorandum re Lonely Parent Rule. | 3.00 |
| 09/26/06 | M.J. Silverman | Review memos re response to IRS. | 3.00 |
| 09/26/06 | M.J. Silverman | Discuss response to IRS with Mr. Teplinsky. | 0.50 |
| 09/26/06 | S.B. Teplinsky | Teleconference with Mr. Silverman re draft outline response as to IRS Memorandum re Lonely Parent Rule. | 0.50 |
| 09/27/06 | M.J. Silverman | Discussion with Messrs. Teplinsky and Collins and client re outline;. | 1.00 |
| 09/27/06 | S.B. Teplinsky | Revise draft outline response to National Office memorandum re Lonely Parent Rule to incorporate Mr. Silverman's comments. | 1.00 |
| 09/28/06 | M.J. Silverman | Discussion with Ms. Finke re appeals offices. | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 8.50 | 775.00 | 6,587.50 |

5

| Name | Hours | Rate | Value |
|---|---|---|---|
| S.B. Teplinsky | 40.80 | 610.00 | 24,888.00 |
| A.E. Moran | 0.30 | 495.00 | 148.50 |
| Total | 49.60 | | 31,624.00 |

|  |  |
|---|---|
| Total Fees | $31,624.00 |

Disbursements:

| Duplicating | 16.50 |
|---|---|

| Total Disbursements | $16.50 |
|---|---|
| Total This Statement | $31,640.50 |

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 469431

012046.00003 TAX LITIGATION AUDIT ISSUE

| Cost Code Description | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| DUPLDC | 09/12/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| DUPLDC | 09/12/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| 1 PHOTOCOPIES MADE BY 00206 | | | | | | |
| LASR | 09/12/06 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 09/12/06 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |
| PC/Network Printing | | | | | | |
| PC LASER 2 Pages Teplinsky, Steven | | | | | | |
| LASR | 09/18/06 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 09/18/06 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC/Network Printing | | | | | | |
| PC LASER 1 Pages Teplinsky, Steven | | | | | | |
| LASR | 09/18/06 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 09/18/06 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |
| PC/Network Printing | | | | | | |
| PC LASER 2 Pages Teplinsky, Steven | | | | | | |
| LASR | 09/18/06 Total: | | | | | 0.45 |
| LASR | 09/20/06 | 00206 | Moran, Anne E. | 13.00 | 0.15 | 1.95 |
| LASR | 09/20/06 | 00206 | Moran, Anne E. | 13.00 | 0.20 | 2.60 |
| PC/Network Printing | | | | | | |
| PC LASER 13 Pages Teplinsky, Steven | | | | | | |
| LASR | 09/20/06 | 00206 | Moran, Anne E. | 13.00 | 0.15 | 1.95 |
| LASR | 09/20/06 | 00206 | Moran, Anne E. | 13.00 | 0.20 | 2.60 |
| PC/Network Printing | | | | | | |
| PC LASER 13 Pages Teplinsky, Steven | | | | | | |
| LASR | 09/20/06 | 00206 | Moran, Anne E. | 12.00 | 0.15 | 1.80 |
| LASR | 09/20/06 | 00206 | Moran, Anne E. | 12.00 | 0.20 | 2.40 |
| PC/Network Printing | | | | | | |
| PC LASER 12 Pages Teplinsky, Steven | | | | | | |

7

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 09/20/06 | 00206 | Moran, Anne E. | 14.00 | 0.15 | 2.10 |
| LASR | 09/20/06 | 00206 | Moran, Anne E. | 14.00 | 0.20 | 2.80 |

PC/Network Printing
PC LASER  14 Pages Teplinsky, Steven

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 09/20/06 | 00206 | Moran, Anne E. | 14.00 | 0.15 | 2.10 |
| LASR | 09/20/06 | 00206 | Moran, Anne E. | 14.00 | 0.20 | 2.80 |

PC/Network Printing
PC LASER  14 Pages Teplinsky, Steven

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 09/20/06 | 00206 | Moran, Anne E. | 12.00 | 0.15 | 1.80 |
| LASR | 09/20/06 | 00206 | Moran, Anne E. | 12.00 | 0.20 | 2.40 |

PC/Network Printing
PC LASER  12 Pages Teplinsky, Steven

| | | | |
|---|---|---|---|
| LASR | 09/20/06 Total: | | 11.70 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 09/26/06 | 00206 | Moran, Anne E. | 12.00 | 0.15 | 1.80 |
| LASR | 09/26/06 | 00206 | Moran, Anne E. | 12.00 | 0.20 | 2.40 |

PC/Network Printing
PC LASER  12 Pages Teplinsky, Steven

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 09/26/06 | 00206 | Moran, Anne E. | 14.00 | 0.15 | 2.10 |
| LASR | 09/26/06 | 00206 | Moran, Anne E. | 14.00 | 0.20 | 2.80 |

PC/Network Printing
PC LASER  14 Pages Teplinsky, Steven

| | | | |
|---|---|---|---|
| LASR | 09/26/06 Total: | | 3.90 |

LASR Total:                                                                 16.35

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                              16.50

Report Total:                                                               16.50