**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF L. TERSIGNI CONSULTING P.C.**
**FOR THE TWENTY-FIRST INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Twenty-First Interim Fee Application of L. Tersigni Consulting P.C. (the "Application").

**BACKGROUND**

1.  L. Tersigni Consulting P.C. ("Tersigni") was retained as accountant and financial advisor for the Official Committee of Asbestos Personal Injury Claimants. In the Application, Tersigni seeks approval of fees totaling $465,575.50 and costs totaling $873.20 for its services from April 1, 2006, through June 30, 2006.

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Tersigni an initial report based on our review, and received a response from Tersigni, portions of which response are quoted herein.

## DISCUSSION

3.  In our initial report, we noted that on April 25, 2006, JS, MB and AP (two Managing Directors and one Senior Manager) attended a meeting in New York City. The total time spent including any preparation and non-working travel time was 10.20 hours[1] for a total fee of $4,703.00. The entries are provided below.

| Date | Person | Hours | Fee | Description |
|---|---|---|---|---|
| 04/25/06 | JS | 0.70 | 371.00 | One-half the round trip travel time: 4 E. 95th St. - Blackstone/345 Park Avenue |
| 04/25/06 | MB | 1.80 | 927.00 | One-half the round trip travel time: Weston, Ct-NYC |
| 04/25/06 | AP | 1.80 | 648.00 | One-half the round trip travel time: Ridgefield, CT-NYC |
| 04/25/06 | JS | 1.90 | 1007.00 | Meeting at Blackstone with Company and financial advisers re Project Spaghetti for due diligence and valuation |
| 04/25/06 | MB | 2.00 | 1030.00 | Participate in Project Spaghetti acquisition meeting in connection monitoring business operations |
| 04/25/06 | AP | 2.00 | 720.00 | Participated in meeting with debtor's management team to analyze the proposal transaction and the impact on cash balance as it relates to the operating performance of the Company |

---

[1] Time for this entry was located in three (3) Project Categories - (i) Non-Working Travel, (ii) Valuation and (iii) Business Analysis.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Tersigni 21int 4-6.06.wpd

We asked Tersigni to explain why it was necessary for more than one firm professional to attend this meeting and to explain the specific role of each professional in the meeting. Tersigni's response is provided as Response Exhibit 1. We appreciate the response and accept the explanation for all three professionals' attendance. Thus, we offer no objection to these fees.

## CONCLUSION

4.     Thus, we recommend approval of fees totaling $465,575.50 and costs totaling $873.20 for Tersigni's services from April 1, 2006, through June 30, 2006.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 5th day of December, 2006.

                                                          Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Loreto T. Tersigni
Dottie Jo Collins
L. Tersigni Consulting P.C.
1010 Summer Street, Suite 201
Stamford, CT 06905

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

Response Exhibit 1

We apologize for the lack of detail and any confusion caused by the description regarding Mr. Sinclair, Mr. Berkin and Mr. Prills activities and attendance at the meeting held on April 25, 2006. The April 25th meeting was organized by the debtor to present, and discuss, details (known-to-date) regarding the Project Spaghetti acquisition by W.R. Grace. The debtor extended an invitation to each of the three L Tersigni Consulting associates based on their individual area of responsibility.  Mr. Sinclair is a Senior Managing Director with L Tersigni Consulting.  Mr. Sinclair's involvement at this meeting pertained to his direct responsibility for preparation, continuous monitoring, evaluation and updating of the W.R. Grace Enterprise Valuation.  Mr. Sinclair participated in this meeting to analyze and discuss the implications of this acquisition on the current W.R. Grace valuation.  Mr. Berkin, Managing Director, was responsible for the continuous monitoring and evaluation of the debtor's operating results and financial condition, the preparation of due diligence reporting and the review of specific projects being performed for the ACC and reporting on observations and comments related thereto in the W.R. Grace matter.  Mr. Berkin participated in this meeting to address items relating to the business operations, specifically the possible integration of the proposed acquisition to the existing W.R.Grace product lines and operations and the projected impact be it negative or positive.  Mr. Prills is a Senior Manager with L Tersigni Consulting who reports directly to Mr. Berkin relating to the W.R. Grace matter.  Mr. Prills is responsible for the ongoing support analysis and preparation of financial summary review reports relating to the actual and budgeted operating performance, under the supervision and guidance of Mr. Berkin.   In addition, Mr. Prills assists in the preparation of the business valuations for W.R.Grace and is responsible for providing timely information updates to the valuation when required.  Mr. Prills participated in this meeting to address the impact of this proposed acquisition on the cash balance as it relates to the operating performance of W.R.Grace.  Mr. Prills also gained additional information regarding this proposed acquisition in order to prepare additional analyses in support of Mr. Sinclair's enterprise valuation work.

The work that was performed in preparation of this April 25, 2006 meeting, and the attendance at this meeting, was not duplicative between Mr. Sinclair, Mr. Berkin and Mr. Prills. Each associate had a unique area of responsibility to present and represent.