# EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., *et al.*,[1] ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

### NOTICE OF JANUARY 12, 2007 DEADLINE FOR FILING OF ASBESTOS PI PROOFS OF CLAIM FOR HOLDERS OF CONTESTED SETTLED CLAIMS THAT ARE DETERMINED TO BE NON-SETTLED PRE-PETITION ASBESTOS PI CLAIMS

PLEASE TAKE NOTICE THAT January 12, 2007 is the last date for all holders of Contested Settled Claims (as defined herein and in the August 24, 2006 Order as to All Pre-Petition Asbestos PI Litigation Claims (the "August 24, 2006 Order")) against any of the Debtors or their predecessors-in-interest, that are determined by the Court to be Non-Settled Pre-Petition Asbestos PI Claims, to file their W. R. Grace & Co. Asbestos Personal Injury Questionnaires.

Pursuant to the August 24, 2006 Order, the Debtors have examined proofs of claim that have been filed as Settled Pre-Petition Asbestos PI Claims, and the Debtors have notified certain claimants that the Debtors dispute and contest that certain of these claims are Settled Pre-Petition Asbestos PI Claims. Such disputed or contested claims are referred to herein and in the August 24, 2006 Order as Contested Settled Claims. On December 18, 2006, a hearing will be held to determine whether any holders of Contested Settled Claims are required to submit

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Questionnaires. The purpose of this Notice is to inform all holders of Contested Settled Claims that are found by the Court to be Non-Settled Pre-Petition Asbestos PI Claims that they must submit Questionnaires by January 12, 2007. Holders of such Claims must file Questionnaires by January 12, 2007 only if their claims are found by the Court to be Non-Settled Pre-Petition Asbestos PI Claims. These Questionnaires must be in compliance with all applicable orders of the Court, including all rulings made as a consequence of the December 5, 2006 hearing regarding Questionnaire issues.

As set forth in the August 24, 2006 Order, Non-Settled Pre-Petition Asbestos PI Claims are asbestos-related claims for personal injury or wrongful death alleged to have been caused in whole or in part by exposure to asbestos or asbestos-containing material to which one or more of the Debtors were alleged to be legally responsible, if such claims against one or more of the Debtors (1) were filed in court as a lawsuit or civil action and served on Grace prior to April 2, 2001; (2) have not been dismissed or otherwise resolved with prejudice; (3) have not been fully satisfied by any of the Debtors (either by fully-paid settlement or judgment); and (4) are not subject to a settlement agreement that (a) is evidenced by a writing dated prior to April 2, 2001 (which the holder must have attached to their Asbestos PI Proof of Claim), (b) is enforceable under applicable non-bankruptcy law, and (c) provides for a release of one or more of the Debtors.

All holders of Contested Settled Claims were previously sent copies of the Questionnaire. Additional copies of the Questionnaire may be obtained from the Grace chapter 11 website at www.graceclaims.com. Completed Questionnaires should be submitted to the claims processing agent, Rust Consulting, Inc., at the address set forth on the face of the Questionnaire.

Dated: November 28, 2006

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone (312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

*/s/ James O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession