# EXHIBIT 2

# for WR Grace PI

Total number of parties: 73

### Exhibit 2 - WR PI Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22306 | ALAN B RICH, BARON & BUDD, P C, 3102 OAK LAWN, SUITE 1100, DALLAS, TX, 75219-4281 | DHL Overnight |
| 22306 | ALAN K PETRINE, LAW OFFICES OF ALAN K PETRINE, 2937 SW 27TH AVE, SUITE 101, MIAMI, FL, 33133 | DHL Overnight |
| 22306 | ALWYN LUCKEY, THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 | DHL Overnight |
| 22306 | ANDREW O'BRIEN, O'BRIEN LAW FIRM, 211 NORTH BROADWAY STREET, #1500, ST LOUIS, MO, 63102 | DHL Overnight |
| 22306 | BRENT COOK & ASSOCIATES, 917 FRANKLIN SUITE 100, HOUSTON, TX, 77002 | DHL Overnight |
| 22306 | BURNS, JAMES D, JAMES D BURNS, P S, 2200 4TH AVENUE, SEATTLE, WA, 98121 | DHL Overnight |
| 22306 | CARY SANDLER, BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH STREET, PHILADELPIA, PA, 19102-4826 | DHL Overnight |
| 22306 | CHARLES M LOVE, IV, THE MASTERS LAW FIRM LC, 181 SUMMERS STREET, CHARLESTON, WV, 25301-2134 | DHL Overnight |
| 22306 | CHARLES P ERICKSON, CHARLES P ERICKSON, P A, 4501 TAMIAMI TRAIL N, SUITE 204, NAPLES, FL, 34103 | DHL Overnight |
| 22306 | CHRISTINA C SKUBIC, BRAYTON & PURCELL, 222 RUSH LANDING RD, NOVATO, CA, 94948-6169 | DHL Overnight |
| 22306 | D WILLIAM VENABLE, VENABLE, DW, MARINER SQ OFFICE PARK, 205 S HOOVER BLVD STE 202, TAMPA, FL, 33609-3574 | DHL Overnight |
| 22306 | DANIEL CHILDS, JOHNSON & CHILDS PC, 1632 PINE STREET, PHILADELPHIA, PA, 19103-6711 | DHL Overnight |
| 22306 | DANNY E CUPIT, DANNY E CUPIT PC, 304 N CONGRESS ST, JACKSON, MS, 39225 | DHL Overnight |
| 22306 | DAVID A DIXON, THE LANIER LAW FIRM, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 | DHL Overnight |
| 22306 | DAVID A ROZEN, ROSE KLEIN & MARIAS, LLP, 801 S GRAND 11TH FLOOR, LOS ANGELES, CA, 90017 | DHL Overnight |
| 22306 | DAVID BRENNER, HOWARD BRENNER & NASS, 1608 WALNUT STREET 17TH FLOOR, PHILADELPHIA, PA, 19103 | DHL Overnight |
| 22306 | DAVID M LIPMAN, P A, 5915 PONCE DE LEON BLVD, #44, CORAL GABLES, FL, 33146 | DHL Overnight |
| 22306 | DAVID PARRON, PARRON LAW FIRM, 404 E 1ST, ARLINGTON, TX, 76010-1643 | DHL Overnight |
| 22306 | DEAKLE, JOHN M, DEAKLE LAW FIRM, 802 NORTH MAIN STREET, HATTIESBURG, MS, 39401 | DHL Overnight |
| 22306 | DON BARRETT, BARRETT LAW OFFICES, 404 COURT SQUARE NORTH, LEXINGTON, MS, 39095 | DHL Overnight |
| 22306 | F GERALD MAPLES, MAPLES & KIRWAN, LLC, 902 JULIA STREET, NEW ORLEANS, LA, 70113-1114 | DHL Overnight |
| 22306 | HARRY F WARTNICK, WARTNICK LAW FIRM, 450 SANSOME STREET, 3RD FLOOR, SAN FRANCISCO, CA, 94111 | DHL Overnight |
| 22306 | IAN P CLOUD, HEARD ROBINS CLOUD & LUBEL LLP, (ROBINS CLOUD GREENWOOD & LUBEL), 910 TRAVIS SUITE 2020, HOUSTON, TX, 77002 | DHL Overnight |
| 22306 | IAN P CLOUD, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST SUITE 3100, HOUSTON, TX, 77002-4711 | DHL Overnight |
| 22306 | JACKEY W SOUTH, LUNDY & DAVIS, PO BOX 3010, 501 BROAD STREET, LAKE CHARLES, LA, 70602-3010 | USPS Express Mail |
| 22306 | JAMES J FABIAN, PFEIFER & FABIAN PA, 326 ST PAUL PLACE, STE 100, BALTIMORE, MD, 21202-2111 | DHL Overnight |
| 22306 | JANET RICE, SCHROETER GOLDMARK AND BENDER, 810 3RD AVENUE, SUITE 500, SEATTLE, WA, 98104 | DHL Overnight |
| 22306 | JEANETTE BOECHLER, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 | DHL Overnight |
| 22306 | JOHN E SUTTER, THE SUTTER LAW FIRM, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 | DHL Overnight |
| 22306 | JOHN SUTTER, JOHN R MITCHELL, LC, 206 BERKLEY ST,, CHARLESTON, WV, 25302 | DHL Overnight |
| 22306 | JON A SWARTZFAGER, LAW OFFICES OF JON A SWARTZFAGER, 252 COMMERCE STREET, SUITE C, PO BOX 131, LAUREL, MS, 39440 | USPS Express Mail |
| 22306 | JON L HEBERLING, MCGARVEY HEBERLING SULLIVAN &, MCGARVEY, 745 SOUTH MAIN, KALISPELL, MT, 59901 | DHL Overnight |
| 22306 | JOSEPH F BRUEGGER, BRUEGGER & MCCULLOUGH PC, 9400 N CENTRAL EXPY, SUITE 1305, DALLAS, TX, 75231 | DHL Overnight |
| 22306 | JOSEPH F RICE, MOTLEY RICE LLC, P O BOX 1792, MT PLEASANT, SC, 29464 | USPS Express Mail |

## Exhibit 2 - WR PI Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22306 | KATHY BYRNE, COONEY & CONWAY, 120 N LASALLE ST , 30TH FL, CHICAGO, IL, 60602 | DHL Overnight |
| 22306 | KEITH L LANGSTON, NIX LAW FIRM, 205 LINDA DRIVE, DAINGERFIELD, TX, 75638 | DHL Overnight |
| 22306 | KEVIN M BERRY, WILENTZ, GOLDMAN & SPITZER, 90 WOODBRIDGE CENTER DRIVE, SUITE 900 BOX 10, WOODBRIDGE, NJ, 07095-0958 | USPS Express Mail |
| 22306 | LANE CLACK, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD SUITE 260, SAGINAW, MI, 48604-2602 | DHL Overnight |
| 22306 | LARRY NORRIS, THE LAW FIRM OF LARRY NORRIS, (MORRIS AND SAKALARIOS), 1817 HARDY ST, HATTIESBURG, MS, 39401 | DHL Overnight |
| 22306 | LARRY NORRIS, THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 | USPS Express Mail |
| 22306 | LINDALEA LUDWICK, EARLY, LUDWICK & SWEENEY L L C, ONE CENTURY TOWER, 11TH FL, 265 CHURCH ST, PO BOX 1866, NEW HAVEN, CT, 06508 | USPS Express Mail |
| 22306 | LIPSITZ, JOHN N, LIPSITZ & PONTERIO, LLC, 135 DELAWARE AVENUE, SUITE 506, BUFFALO, NY, 14202-2410 | DHL Overnight |
| 22306 | MACLEAN, LESLIE, WATERS & KRAUS LLP, 3219 MCKINNEY AVENUE, SUITE 3000, DALLAS, TX, 75204 | DHL Overnight |
| 22306 | MALOUF, PATRICK C, PORTER & MALOUF, P A, 825 RIDGEWOOD ROAD, RIDGELAND, MS, 39157 | DHL Overnight |
| 22306 | MARGARET H JENSEN, ZAMLER, MELLEN, & SHIFFMAN, PC, 23077 GREENFIELD ROAD, SUITE 557, SOUTHFIELD, MI, 48975-3727 | DHL Overnight |
| 22306 | MARK MEYER, GOLDBERG PERSKY & WHITE PC, 1030 FIFTH AVENUE, THIRD FLOOR, PITTSBURGH, PA, 15219 | DHL Overnight |
| 22306 | MATHENY, PAUL M, LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER, 100 NORTH CHARLES STREET, STE 2200, BALTIMORE, MD, 21201-3805 | DHL Overnight |
| 22306 | MATTHEW BERGMAN, LAW OFFICES OF MATTHEW BERGMAN, P O BOX 2010, VASHON, WA, 98070 | USPS Express Mail |
| 22306 | MEADE, DAVID L, SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 | DHL Overnight |
| 22306 | MICHAEL B LEH, GREITZER AND LOCKS, 1500 WALNUT STREET, 20TH FLOOR, PHILADELPHIA, PA, 19102 | DHL Overnight |
| 22306 | MICHAEL C SHEPARD, THE SHEPARD LAW FIRM, 10 HIGH STREET, SUITE 800, BOSTON, MA, 02110-1660 | DHL Overnight |
| 22306 | MICHAEL J HANNERS, SILBER PEARLMAN LLP, 2711 N HASKELL AVE, CITYPLACE, 5TH FL LB32, DALLAS, TX, 75204 | DHL Overnight |
| 22306 | NONE PROVIDED, NONE PROVIDED; SHANNON MYERS, (WIFE OF DECEASED), 521 N 2ND STREET, VANDALIA, IL, 62471-1825 | DHL Overnight |
| 22306 | NONE PROVIDED, THE FERRARO LAW FIRM, P A, 4000 PONCE DELEON BLVD #700, MIAMI, FL, 33146 | DHL Overnight |
| 22306 | PEIRCE JR , ROBERT N, PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 | DHL Overnight |
| 22306 | PHILIP HARLEY, PAUL, HANLEY AND HARLEY LLP, 1608 FOURTH ST , SUITE 300, BERKELEY, CA, 94710 | DHL Overnight |
| 22306 | PRO SE (BOND, JAMES S), 1230 MARKET ST #403, SAN FRANCISCO, CA, 94102 | DHL Overnight |
| 22306 | PRO SE (RISDAL, EDDIE C ), 1251 W CEDAR LOOP BOX 6, CHEROKEE, IA, 51012 | USPS Express Mail |
| 22306 | PRO SE (SABA, VICTOR J), 551 OXFORD ST, APT 1, CHULA VISTA, CA, 91911 | DHL Overnight |
| 22306 | ROBERT JACOBS, JACOBS & CRUMPLAR, PA, 2 EAST 7TH STREET, P O BOX 1271, WILMINGTON, DE, 19899 | USPS Express Mail |
| 22306 | ROBERT W PHILLIPS, SIMMONS COOPER LLC, 707 BERKSHIRE BLVD, EAST ALTON, IL, 62024 | DHL Overnight |
| 22306 | ROSSBACH HART BECHTOLD PC, PO BOX 8988, MISSOULA, MT, 59807 | USPS Express Mail |
| 22306 | SCOTT BALDWIN, JR, BALDWIN & BALDWIN, LLP, 400 WEST HOUSTON STREET, MARSHALL, TX, 75670 | DHL Overnight |
| 22306 | SERLING, MICHAEL B, MICHAEL B SERLING, PC, 280 N OLD WOODWARD, SUITE 406, BIRMINGHAM, MI, 48009 | DHL Overnight |
| 22306 | SHEILA HENDRICKS, CAMPBELL CHERRY HARRISON DAVIS & DOVE, PO BOX 21387, WACO, TX, 76702-1387 | USPS Express Mail |
| 22306 | STEPHEN L SHACKELFORD, 3010 LAKELAND COVE, SUITE P, FLOWOOD, MS, 39232 | DHL Overnight |
| 22306 | THOMAS M WILSON, KELLEY & FERRARO LLP, 2200 KEY TOWER, 127 PUBLIC SQUARE, CLEVELAND, OH, 44114-9486 | DHL Overnight |
| 22306 | WARD BLACK, JANET, WARD BLACK LAW, 208 WEST WENDOVER AVE, GREENSBORO, NC, 27401 | DHL Overnight |

## Exhibit 2 - WR PI Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22306 | WERT, SCOTT W, FOSTER & SEAR LLP, 524 EAST LAMAR BLVD, SUITE 200, ARLINGTON, TX, 76011-3901 | DHL Overnight |
| 22306 | WILLIAM L KUZMIN, WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 | DHL Overnight |
| 22306 | WINTERING, MARK, ROBERT E SWEENEY CO , LPA, 55 PUBLIC SQUARE, STE 1500, CLEVELAND, OH, 44113 | DHL Overnight |
| 22306 | WM ROBERTS WILSON, JR, WM ROBERTS WILSON, JR , P A, 213 KATHERINE DRIVE, FLOWOOD, MS, 39232 | DHL Overnight |
| 22306 | YVONNE ANDERSON, REAUD, MORGAN & QUINN, L L P, PO BOX 26005, BEAUMONT, TX, 77720-6005 | USPS Express Mail |

**Subtotal for this group: 73**