UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtor. | ) | Re: Docket Nos. 13061, 13843 and 13885 |
| | ) | |
| | ) | |
| | ) | Hearing Date December 18, 2006 |

## NOTICE OF WITHDRAWAL OF OBJECTION OF BRAYTON❖PURCELL LLP TO NOTIFICATION THAT THE DEBTOR IS CONTESTING CERTAIN PRE-PETITION SETTLED CLAIMS

1. On October 11 and 12, 2006 certain claimants represented by Brayton❖Purcell LLP, (Brayton❖Purcell) listed on Exhibit A, submitted their proof of claim forms and supporting evidence to the Debtor's agent, Rust Consulting, pursuant to the Court's August 24, 2006 Order (Docket No. 13061). All 110 had pre-petition settlements with Debtor.

2. On November 6, 2006 Debtor's counsel notified claimants' counsel in a letter that the claims were being contested because "Claimants did not provide signed release forms" and "Therefore, in accordance with the August 24, 2006 Order as to All Pre-Petition Asbestos PI Litigation Claims, the Debtors dispute and contest the purported settlements for these claims..."

3. On November 29, 2006 these claimants filed "Objection of Brayton❖Purcell LLP to Notification That the Debtor Is Contesting Certain Pre-petition Settled Claims" (Docket No. 13843) disputing the categorization of these claims as unsettled.

1

4. On December 1, 2006, Debtor filed its "Brief Regarding Settled Pre-Petition Asbestos PI Claims" (Docket No. 13885). Within that document Debtor stated that Grace has located Releases for the 110 disputed claims and that "Grace no longer contests any of the claims that Brayton❖Purcell submitted as Settled Pre-Petition Asbestos PI Claims." (Page 5 at footnote 2).

5. Having received confirmation from the Debtor that it does in fact no longer object to the Brayton❖Purcell claims, and based upon the representations of its counsel, Brayton❖Purcell agrees that the Objection filed is moot in all respects. Accordingly, Brayton❖Purcell hereby withdraws the Objection.

Dated: 12/5/06

Respectfully Submitted,
Brayton❖Purcell, LLP

Jacqueline K. Loveless
California State Bar No. 173308
Brayton❖Purcell, LLP
222 Rush Landing Road
Novato, CA 94948
PH:   (415) 898-1555
FAX:  (415) 898-1247

Counsel for Certain Claimants Represented by Brayton❖Purcell LLP

2

# EXHIBIT A

## Exhibit A to November 4, 2006 Letter to Brayton & Purcell

| Creditor Name | Law Firm Name | Creditor SSN Last 4 Digits |
|---|---|---|
| Anderson, Claude | Brayton & Purcell | 2550 |
| Baker, Cecil | Brayton & Purcell | 3251 |
| Bell, Rodney | Brayton & Purcell | 1738 |
| Benedict, Donald G | Brayton & Purcell | 9608 |
| Bonomi, Mike | Brayton & Purcell | 9102 |
| Buna, Joseph | Brayton & Purcell | 5645 |
| Chisum, Grover | Brayton & Purcell | 2342 |
| Clifton, Harmon | Brayton & Purcell | 7506 |
| Climons, David | Brayton & Purcell | 5951 |
| Collins, Thomas | Brayton & Purcell | 4510 |
| Cook, Charles J | Brayton & Purcell | 8276 |
| Correia, Manuel | Brayton & Purcell | 0169 |
| Cox, Rollen | Brayton & Purcell | 0226 |
| Daubin, Archie | Brayton & Purcell | 4952 |
| Daugherty, Jerry | Brayton & Purcell | 6174 |
| Dawson, Delree | Brayton & Purcell | 3084 |
| Dean, Albert | Brayton & Purcell | 9184 |
| Dekens, Raymond S | Brayton & Purcell | 4571 |
| Duran, Paul | Brayton & Purcell | 6232 |
| Efstratios, Sr., James | Brayton & Purcell | 7955 |
| Ellington, Steve | Brayton & Purcell | 7707 |
| Estes, Bill G | Brayton & Purcell | 8076 |
| Evans, Larry | Brayton & Purcell | 9651 |
| Evans, Sharon | Brayton & Purcell | 9929 |



EXHIBIT A

| | | |
|---|---|---|
| Faison, Billy | Brayton & Purcell | 5685 |
| Fernandez, Manuel | Brayton & Purcell | N/P |
| Fisher, Clinton | Brayton & Purcell | 9085 |
| Foti, Ferenc | Brayton & Purcell | 1119 |
| Fox, James | Brayton & Purcell | 4962 |
| Frank, Michael | Brayton & Purcell | 1850 |
| Franz, Vicky | Brayton & Purcell | 2854 |
| Freeman, Henry | Brayton & Purcell | 1203 |
| French, Linton | Brayton & Purcell | 0403 |
| Garrett, Mary | Brayton & Purcell | 2209 |
| Goettsch, James | Brayton & Purcell | 7320 |
| Graham, Delaney | Brayton & Purcell | 5160 |
| Green, Hobby | Brayton & Purcell | 6334 |
| Green, Joseph | Brayton & Purcell | 8293 |
| Green, Jr., William | Brayton & Purcell | 3580 |
| Harden, Jr., Samuel | Brayton & Purcell | 9987 |
| Hawkins, Neville | Brayton & Purcell | 9948 |
| Hettenbach, Harry | Brayton & Purcell | 8227 |
| Hickman, Wilbert | Brayton & Purcell | 0135 |
| Hodges, Roland O | Brayton & Purcell | 4643 |
| Hudson, Bruce | Brayton & Purcell | 5493 |
| Jernigan, James T | Brayton & Purcell | 8229 |
| Kish, Jack | Brayton & Purcell | 9953 |
| Lambert, Robert | Brayton & Purcell | 2430 |
| Leithold, Jr., Albert | Brayton & Purcell | 5956 |
| Little, Richard P | Brayton & Purcell | 2646 |

| | | |
|---|---|---|
| Mannering, John | Brayton & Purcell | 9971 |
| Manning, Ruphane | Brayton & Purcell | 3499 |
| Martin, Cecil | Brayton & Purcell | 3000 |
| McClain, Richard | Brayton & Purcell | 8843 |
| McClary, Billy J | Brayton & Purcell | 6890 |
| McDougall, John | Brayton & Purcell | 0597 |
| Mecchi, Andrew | Brayton & Purcell | 1866 |
| Mendoza, Theodore | Brayton & Purcell | 2717 |
| Milan, Salvadore | Brayton & Purcell | 5383 |
| Millonzi, Charles | Brayton & Purcell | 4189 |
| Mitchell, Freddie | Brayton & Purcell | 0741 |
| Mooney ~~Moore,~~ Jesse | Brayton & Purcell | 3470 |
| Neal, James | Brayton & Purcell | 2131 |
| Nevitt, Alan F | Brayton & Purcell | 3168 |
| Page, Donald R | Brayton & Purcell | 7184 |
| Perry, Kermit | Brayton & Purcell | 6318 |
| Pimental, Charles | Brayton & Purcell | 7758 |
| Ramsey, Carl | Brayton & Purcell | 5469 |
| Richardson, Claude | Brayton & Purcell | 7109 |
| Sager, Elwood Manley | Brayton & Purcell | 9140 |
| Simms, Harold | Brayton & Purcell | 6945 |
| Smith, Bernard | Brayton & Purcell | 1438 |
| Solorzano, Albert P | Brayton & Purcell | 4208 |
| Steadman, Raymond | Brayton & Purcell | 8924 |
| Stearns, Benjamin | Brayton & Purcell | 0283 |

| Name | Firm | Number |
|---|---|---|
| Stewart, John | Brayton & Purcell | 1925 |
| Stmary, Jr., Arsene | Brayton & Purcell | 0148 |
| Stratton, Donald | Brayton & Purcell | 4533 |
| Suitor, John D | Brayton & Purcell | 3283 |
| Suitor, Richard D | Brayton & Purcell | 8160 |
| Suitor, Sr. Valcour C | Brayton & Purcell | 6785 |
| Swanson, Melvin | Brayton & Purcell | 6865 |
| Talbert, Lorraine | Brayton & Purcell | 9012 |
| Thomas, John | Brayton & Purcell | 3056 |
| Treadway, Charles | Brayton & Purcell | 3486 |
| Vella, Peter A | Brayton & Purcell | 8098 |
| Vigil, Richard A | Brayton & Purcell | 2452 |
| Walker, Raymond | Brayton & Purcell | 7472 |
| Wasso, Gus | Brayton & Purcell | 7065 |
| Wildoner, Robert | Brayton & Purcell | 3605 |
| Williams, Leonard | Brayton & Purcell | 1076 |
| Wisecarver, Lewis | Brayton & Purcell | 6825 |
| Woods, Herbert | Brayton & Purcell | 9300 |
| Woods, Patrick | Brayton & Purcell | 0088 |
| Yandell, Tommy | Brayton & Purcell | 1527 |
| Benter, George (dec.) | Brayton & Purcell | 2957 |
| Cochran, Lawrence (dec.) | Brayton & Purcell | 4069 |
| Cosio, Armando (dec.) | Brayton & Purcell | 4844 |
| Cramer, Kenneth (dec.) | Brayton & Purcell | 6591 |

| | | |
|---|---|---|
| Cullins, Ernest | Brayton & Purcell | 0899 |
| Davis, Hurley (dec.) | Brayton & Purcell | 9259 |
| Eastman, Carlyle (dec.) | Brayton & Purcell | 1682 |
| Foster, Billie | Brayton & Purcell | 4994 |
| Gaston, Monroe (dec.) | Brayton & Purcell | 5655 |
| Ham, Harold | Brayton & Purcell | 4776 |
| Johnson, Allen (dec.) | Brayton & Purcell | 1870 |
| Nobles, Curtis | Brayton & Purcell | 6851 |
| Passanante, Joseph A | Brayton & Purcell | 0666 |
| Rehlmeyer, Robert | Brayton & Purcell | 9794 |
| Spaulding, Robert (dec.) | Brayton & Purcell | 0896 |

LAW OFFICES OF
# BRAYTON❖PURCELL LLP

# MEMORANDUM

**TO:** OPN

**FROM:** DVD

**DATE:** December 4, 2006

**RE:** EVAL MSJ Sparks 104392.001 v. BUFPUM and WARPUM due 12/29

---

****NOTE, WARPUM did not attach all facts rogs (although they did serve them way back in 2005), so we have an automatic burden argument there.**

PI:PD case

**Defendants:** pump manufacturers.

**RECOMMENDATION:** This is frustrating, as a Machinists Mate these defendant's should have been easy pickings for this guy, he probably worked with at least one of their pumps a week for a period of over 10 years, but he didn't testify that way.

As to BUFPUM: Probably DWOP, would have a shot at reentrainment, but it would likely lose, *please advise if oppose*: re shorter term reentrainment v. client ID of pump. Also, we may want to try negligent specification and design, although discovery responses make no mention of this as a theory we are pursuing.

As to WARPUM: Oppose on Burden only or DWOP. This guy testified up and down that he didn't know the maintenance history of any of the WARPUM that he worked on or any of the component parts, they even asked him about QUIMBP, too bad (for them) that they failed to include all facts discovery.

**DEPOSITION:** Lots of testimony

As to BUFPUM: Direct ID on board the MERRICK, COLAHAN and generally while working as a Machinist Mate. Testified that he did not know the maintenance history of the pumps, thereby shifting the burden to us to establish OEM.

As to WARPUM: Very limited ID, testified that all WARPUM/QUIMBP he worked with were ambient temperature. Testified that he didn't know the maintenance history of the pumps or any of the associated components. Ambient temperature doesn't matter, Fening has foundation to say that those gaskets contained asbestos (he worked with them). The maintenance history is a killer and forces us into a reentrainment/contemporaneous exposure analysis.

**PID:** Lots of hits.

As to BUFPUM:

**Per P**: COLAHAN, install 1944, P on board 9/20/62-9/18/64, original packing out 1952, a 10+ year reentrainment; and MERRICK, install 1945, P on board 3/29/57-3/3/61, original packing out 1953, a 4+ year reentrainment.

**Per Natarc**: We have a shot at simultaneous exposures on the CONSTELLATION, GRIDLEY, HMAS PERTH, HOEL KITTY HAWK, and TOWERS. This will all depend upon the specific testimony for each ship.

   GRIDLEY: NO ID to work on pumps, no specific years provided.

   HMAS PERTH: NO ID to work on pumps, specific year provided, new construction of ship = no pump asb. releases.

   HOEL: NO ID to work on pumps, no specific years provided.

   KITTY HAWK: Never asked re pump work or year worked aboard. Ship was overhauled 1965 at PSNSY, Came into LBNSY (where P worked) 2 years later for alterations, unlikely that any of the pumps had OEM materials at that time.

   CONSTELLATION: Positive ID of pump work, no info re: year worked. No info in DANFS about repair yards. Per Ship list in WP file, overhaul at PSNSY in 1964, came into LBNSY in early 1970s. No shot at OEM given those facts.

BON HOMME RICHARD, install 1944, P on board approx 1964-1974, Too long

BENNER, install 1945, P on board approx 1964-1974, too long

CANBERRA, install 1943, P on board approx 1964-1974, too long

CHICAGO, install 1945, P on board approx 1964-1974, too long

CONSTELLATION, install 1961, P on board approx 1964-1974, we have a shot

DEHAVEN, install 1944, P on board approx 1964-1974, too long

GRIDLEY, install 1963, P on board approx 1964-1974, we have a shot

HENDERSON, install 1945, P on board approx 1964-1974, too long

HIGBEE, install 1945, P on board approx 1964-1974, too long

HMAS PERTH, install 1963, P on board approx 1964-1974, we have a shot

HOEL, install 1962, P on board approx 1964-1974, we have a shot

HOLLISTER, install 1946, P on board approx 1964-1974, too long

HORNET, install 1943, P on board approx 1964-1974, too long

MIDWAY, install 1945, P on board approx 1964-1974, too long

MISSOURI, install 1944, P on board approx 1964-1974, too long

KITTY HAWK, install 1961, P on board approx 1964-1974, we have a shot

KLONDIKE, install 1945, P on board approx 1964-1974, too long

ORISKANY, install 1950, P on board approx 1964-1974, reentrainment?

NEW JERSEY, install 1943, P on board approx 1964-1974, too long

SAINT PAUL, install 1945, P on board approx 1964-1974, too long

TICONDEROGA, install 1944, P on board approx 1964-1974, too long

TOWERS, install 1961, P on board approx 1964-1974, we have a shot

YORKTOWN, install 1943, P on board approx 1964-1974, too long

<u>As to WARPUM</u>: No ship specific ID by P.

**Per Natarc:**

BENNER, install 1945, P on board approx 1964-1974, too long

BENNINGTON, install 1944, P on board approx 1964-1974, too long

BON HOMME RICHARD, install 1944, P on board approx 1964-1974, too long

CANBERRA, install 1943, P on board approx 1964-1974, too long

CHICAGO, install 1945, P on board approx 1964-1974, too long

COLAHAN, install 1944, P on board 9/20/62-9/18/64, original packing out 1952, a 10+ year reentrainment

CONSTELLATION, install 1961, P on board approx 1964-1974, we have a shot

CORAL SEA, install 1947, P on board approx 1964-1974, too long

DEHAVEN, install 1944, P on board approx 1964-1974, too long

GRIDLEY, install 1963, P on board approx 1964-1974, we have a shot

HENDERSON, install 1945, P on board approx 1964-1974, too long

HIGBEE, install 1945, P on board approx 1964-1974, too long

HMAS PERTH, install 1963, P on board approx 1964-1974, we have a shot

HOEL, install 1962, P on board approx 1964-1974, we have a shot

HOLLISTER, install 1946, P on board approx 1964-1974, too long

HORNET, install 1943, P on board approx 1964-1974, too long

KEARSARGE, install 1946, P on board approx 1964-1974, too long

KITTY HAWK, install 1961, P on board approx 1964-1974, we have a shot

KLONDIKE, install 1945, P on board approx 1964-1974, too long

LOS ANGELES, install 1945, P on board approx 1964-1974, too long

MIDWAY, install 1945, P on board approx 1964-1974, too long

MISSOURI, install 1944, P on board approx 1964-1974, too long

NEW JERSEY, install 1943, P on board approx 1964-1974, too long

OKLAHOMA CITY, install 1944, P on board approx 1964-1974, too long

ORISKANY, install 1950, P on board approx 1964-1974, reentrainment?

PRINCETON, install 1945, P on board approx 1964-1974, too long

SAINT PAUL, install 1945, P on board approx 1964-1974, too long

TICONDEROGA, install 1944, P on board approx 1964-1974, too long

TOPEKA, install 1944, P on board approx 1964-1974, too long

TOWERS, install 1961, P on board approx 1964-1974, we have a shot

VALLEY FORGE, install 1946, P on board approx 1964-1974, too long

YORKTOWN, install 1943, P on board approx 1964-1974, too long

**INVESTIGATIONS**: No work up.

## CERTIFICATE OF SERVICE

I, Kaishea Kegley, do hereby certify that on this 5th day of December, 2006, I caused a true and correct copy of the foregoing Notice of Withdrawal of Objection Of Brayton❖Purcell LLP To Notification That The Debtor Is Contesting Certain Pre-Petition Settled Claims Filed by Brayton❖Purcell LLP. to be served via first class U.S. Mail, postage prepaid on the parties designated on the attached service list.

*Kaishea Kegley*
Kaishea Kegley

Pachulski Stang Ziehl Young & Jones
Attn: Laura Davis Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Duane Morris LLP
Attn: Michael R. Lastowski
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Pachulski Stang Ziehl Young & Jones
Attn: Paula Ann Galbraith
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705.

Reed Smith LLP
Attn: Richard Allen Keuler, Jr.
1201 Market Street, Suite 1500
Wilmington, DE 19801

Janssen Keenan & Ciardi PC
Attn: Rosalie L. Spelman
901 Market Street, Suite 460
Wilmington, DE 19801

Pachulski Stang Ziehl Young & Jones PC
Attn: Scotta Edelen McFarland
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90267

Greenberg Traurig, LP
Attn: William E. Chipman., Jr.
1000 West Street, Suite 1540
Wilmington, DE 19801

Office of the US Trustee
Attn: Frank J. Perch III
844 King Street, Suite 2207, Lock Box 35
Wilmington, DE 19801

Sean Allen, President
BMC GROUP
720 Third Avenue, 23rd Floor
Seattle, WA 98104