IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on December 5, 2006, a copy of **The Official**

**Committee of Asbestos Property Damage Claimants' First Request For Production of**

**Documents Relating To The Methodology Phase** was served upon the parties listed on the

attached 2002 service list in the manner indicated.


Dated: December 5, 2006

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

-and-

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Matthew Kramer, Esquire
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
(305) 374-7580

Counsel to the Official Committee of Asbestos
Property Damage Claimants