## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

*In re*
                                  :       Chapter 11

W. R. GRACE & CO., *et al.*,
                          :       Case No. 01-01139 (JKF)
                                    :       (Jointly Administered)

        Debtors.
                              :       Objection Deadline:  December 29, 2006
                              :       Hearing Date: TBD, if necessary

## SUMMARY COVERSHEET TO SIXTY-SIXTH INTERIM FEE APPLICATION OF PITNEY HARDIN LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES <u>FOR OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006</u>

Name of Applicant:
        **Pitney Hardin LLP**

Authorized to Provide Professional Services to:
        **W. R. GRACE & CO.,** *et al.*

Date of Retention:
        **May 30, 2001 (*nunc pro tunc to* April 2, 2001)**

Period for which compensation and reimbursement is sought:
        **October 1, 2006 – October 30, 2006**

Amount of Compensation sought as actual, reasonable and necessary:
        **$26,557.50**

Amount of Expense Reimbursement Sought as actual, reasonable and necessary
        **$0.00**

This is a: **_X_** monthly ___ quarterly interim ___final application

The total time expended for fee application preparation is approximately 10 hours and the corresponding compensation requested is approximately $2,000.00.[1]

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087.60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270.00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263.20) | Approved @ 100% |
| August 14, 2001 #796; Approved 11/25/02 #3091 | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | Approved @ 100% | Approved @ 100% |
| September 27, 2001 #967 Amended Exhibit B October 30, 2001 #1050 CNO filed October 31, 2001 #1062 | 7/1/01 – 7/31/01 | $33,349.00 Volun- tarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943.20) | Approved @ 100% |
| October, 31, 2001 #1046 CNO filed November 28, 2001 #1259 | 8/1/01 – 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084.00) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 – 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290.00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 – 12/3/01 | $240,000.00 | $0.00 | Contingency Matter Approved @80% ($192,000.00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 – 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044.40) | Approved @ 100% |
| January 9, 2002 #1481; Approved 11/25/02 #3091 | 7/1/01 – 9/30/01 | $186,646.50 | $30,505.83 | Approved @ 100% | Approved @ 100% |
| February 26, 2001 #1723 CNO filed 4/17/02 #1936 | 11/1/01 – 11/30/01 | $62,334.50 | $7,507.05 | Approved @ 80% ($49,867.60) | Approved @ 100% |
| February 26, 2001 #1722 CNO filed 4/17/02 #1937 | 12/1/01 – 12/31/01 | $85,347.50 | $10,019.15 | Approved @ 80% ($68,278.00) | Approved @ 100% |
| March 27, 2002 #1868 CNO filed 4/18/02 #1942 | 1/1/02 – 1/31/02 | $38,823.00 | $11,182.95 | Approved @ 80% ($31,058.40) | Approved @ 100% |
| March 28, 2002 #1871; Approved 11/25/02 #3091 | 10/1/01 – 12/31/01 | $456,487.00 | $28,241.08 | Approved @ 100% | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| April 17, 2002 #1938 CNO filed 5/9/02 #2031 | 2/1/02 – 2/28/02 | $67,270.10 | $8,972.08 | Approved @ 80% ($53,816.08) | Approved @ 100% |
| May 6, 2002 #2061 CNO filed 6/7/02 #2187 | 3/1/02 – 3/31/02 | $30,424.00 | $6,076.45 | Approved @ 80% ($24,339.20) | Approved @ 100% |
| June 19, 2002 #2259-60 | 1/1/02 – 3/31/02 | $136,517.10 | $26,231.48 | Approved @ $130,255.00 | Approved @ 100% |
| June 12, 2002 # 2208 CNO filed 7/9/02 #2349 | 4/1/02 – 4/30/02 | $33,180.00 | $1,119.59 | Approved @ 80% ($26,544.00) | Approved @ 100% |
| July 9, 2002 #2349 CNO filed 7/30/02 #2468 | 5/1/02 – 5/31/02 | $10,995.50 | $9,230.90 | Approved @ 80% ($8,796.40) | Approved @ 100% |
| August 23, 2002 #2596 CNO filed 9/17/02 #2696 | 6/1/02 – 6/30/02 | $28,403.00 | $3,922.05 | Approved @ 80% ($22,722.40) | Approved @ 100% |
| September 20, 2002 #2719 and 2721; Approved 11/25/02 #3092 | 4/1/02 – 6/30/02 | $72,578.50 | $14,272.56 | Approved @ 100% | Approved @ 100% |
| October 22, 2002 #2858 CNO filed 11/13/02 #2971 | 7/1/02 – 7/31/02 | $102,925.00 | $17,692.88 | Approved @ 80% ($82,340.00) | Approved @ 100% |
| November 14, 2002 #2977 CNO Filed 12/11/02 # 3139 | 8/1/02 – 8/31/02 | $51,745.50 | $7,075.39 | Approved @ 80% ($41,396.40) | Approved @ 100% |
| November 20, 2002 #3039 CNO filed 12/11/02 # 3135 | 9/1/02 – 9/30/02 | $29,291.10 | $4,744.95 | Approved @ 80% ($23,432.88) | Approved @ 100% |
| November 27, 2002 #3084 & #3087 Order | 7/1/02 – 9/30/02 | $183,969.60 | $29,513.22 | Approved for $182,143.10 | Approved |

I475993A01120406

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| filed 3/14/03; #3511 | | | | | |
| December 16, 2002 #3165 CNO filed 1/14/03 #3250 | 10/1/02 – 10/31/02 | $26,061.00 | $5,340.26 | Approved @ 80% ($20,848.80) | Approved @ 100% |
| December 27, 2002 #3198 Order signed 3/3/03 # 3446 | 4/4/01 – 12/3/01 | $240,000.00 | N/A | Approved | N/A |
| January 13, 2003 #3238 CNO filed 2/6/03 #3227 | 11/1/02 – 11/30/02 | $28,150.50 | $4,980.91 | Approved @ 80% ($22,520.40) | Approved @ 100% |
| February 6, 2003 #3345 CNO filed 3/27/03 #3557 | 12/1/02 – 12/31/02 | $21,414.00 | $3,594.17 | Approved @ 80% ($17,131.20 ) | Approved @ 100% |
| February 14, 2003 Order signed on 7/28/03 | 10/1/03 – 12/31/03 | $75,625.50 | $13,915.34 | Approved for $72,625.50 | Approved @ 100% |
| March 21, 2003 # 3536 CNO filed 4/15/03 #3666 | 1/1/03 – 1/31/03 | $77,836.00 | $6,477.81 | Approved @ 80% ($62,268.80) | Approved @ 100% |
| April 22, 2003 #3701 CNO filed 5/15/03 #3794 | 2/1/03 – 2/28/03 | $28,050.00 | $3,923.92 | Approved @ 80% ($22,440.00) | Approved @ 100% |
| May 28, 2003 #3836 CNO filed 7/3/03 #3999 | 3/1/03 – 3/31/03 | $14,142.00 | $471.79 | Approved @ 80% ($11,313.60) | Approved @ 100% |
| June 3, 2003 #3864 Order signed 9/22/03 #4480 | 1/1/03 – 3/31/03 | $120,028.00 | $10,873.52 | Approved for $118,379.00 | Approved @ 100% |
| June 18, 2003 #3912 CNO filed 7/11/03 #4054 | 4/1/03 – 4/30/03 | $21,507.50 | $370.10 | Approved @ 80% ($17,206.00) | Approved @ 100% |
| August 7, 2003 #4181 CNO filed 9/24/03 #4475 | 5/1/03 – 5/31/03 | $22,184.50 | $864.72 | Approved @ 80% ($17,747.60) | Approved @ 100% |
| September 9, | 6/1/03 – | $28,764.50 | $9,472.70 | Approved @ | Approved @ |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 2003 #4407 CNO filed 10/2/03 #4524 | 6/30/03 | | | 80% ($23,011.60) | 100% |
| September 26, 2003 #4495 & 4496 | 4/1/03 – 6/30/03 | $72,456.50 | $10,707.52 | Approved for $72,456.50 | Approved @ 100% |
| October 17, 2003 #4583 CNO filed 11/12/03 #4685 | 7/1/03 – 7/31/03 | $11,104.50 | $2,829.93 | Approved @ 80% ($8,883.60) | Approved @ 100% |
| November 6, 2003 #4666 CNO filed 12/9/03 #4798 | 8/1/03 – 8/31/03 | $3,427.50 | $2,242.92 | Approved @ 80% ($2,742.00) | Approved @ 100% |
| November 25, 2003 #4751 CNO filed 12/16/03 #4813 | 9/1/03 – 9/30/03 | $9,912.00 | $2,311.40 | Approved @ 80% ($7,929.60) | Approved @ 100 % |
| December 16, 2003 #4822 & 4823 Order filed 4/26/04 | 7/1/03- 9/30/03 | $24,444.00 | $7,370.04 | Approved for $24,440.00 | Approved @ 100% |
| November 25, 2003 # 4752 CNO filed 12/16/03 #4814 | 10/1/03- 10/31/03 | $6,779.00 | $3,507.88 | Approved @ 80% ($5,423.20) | Approved @ 100% |
| December 31, 2003 #4893 CNO filed 2/3/04 #5052 | 11/1/03 – 11/30/03 | $16,464.50 | $2,478.06 | Approved @ 80% ($13,171.60) | Approved @ 100% |
| February 20, 2004 #5144 CNO filed 4/1/04 #5459 | 12/1/03 – 12/31/03 | $18,088.50 | $2,839.22 | Approved @ 80% ($14,470.80) | Approved @ 100% |
| February 25, 2004 #5165 Order filed 6/16/04 #5822 | 10/1/04 – 12/31/04 | $41,332.00 | $8,825.16 | Approved for $41,332.00 | Approved @ 100% |
| March 29, 2004 #5362 CNO filed 4/22/04 | 1/1/04 – 1/31/04 | $39,097.50 | $2,315.38 | Approved @ 80% ($31,278.00) | Approved @ 100% |
| April 20, 2004 #5464 CNO filed 6/22/04 #5872 | 2/1/04 – 2/29/04 | $61,379.50 | $2,435.48 | Approved @ 80% ($49,103.60) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 1, 2004 #5678 CNO filed 6/22/04 #5873 | 3/1/04 – 3/31/04 | $266,775.00 | $9,819.15 | Approved @ 80% ($213,420.00) | Approved @ 100% |
| June 9, 2004 #5766 & 5767 Order filed 9/27/04 #6465 | 1/1/04 – 3/31/04 | $367,258.00 | $14,570.01 | Approved @ 100% ($367,258.00) | Approved @ 100% |
| July 1, 2004 #5915 CNO filed 7/28/04 | 4/1/04 – 4/30/04 | $242,320.50 | $33,506.28 | Approved @ 80% ($293,806.40) | Approved @ 100% |
| July 29, 2004 #6066 CNO filed 8/19/04 #6219 | 5/1/04 – 5/31/04 | $205,386.50 | $3,393.87 | Approved @ 80% ($164,309.20) | Approved @ 100% |
| August 12, 2004 #6162 CNO filed 9/7/04 #6325 | 6/1/04 – 6/30/04 | $181,394.50 | $41,141.14 | Approved @ 80% ($145,115.60) | Approved @ 100% |
| September 1, 2004 ## 6302; 6303 Order filed 1/26/05 #7622 | 4/1/04 – 6/30/04 | $629,101.50 | $78,003.35 | Approved for $629,101.50 | Approved @ 100% |
| September 17, 2004 #6416 CNO filed 10/13/04 #6609 | 7/1/04- 7/31/04 | $22,957.00 | $8,896.12 | Approved @ 80% ($18,365.60) | Approved @ 100% |
| October 14, 2004 #6631 CNO filed 11/9/04 #6854 | 8/1/04- 8/31/04 | $28,122.50 | $2,338.02 | Approved @ 80% (22,490.00) | Approved @ 100% |
| November 16, 2004 #6943 CNO filed 12/13/04 #7152 | 9/1/2004- 9/30/2004 | $25,615.50 | $3,246.99 | Approved @ 80% (20,492.40) | Approved @ 100% |
| November 17, 2004 #6966 Order filed 3/22/05 #8081 | 7/1/04- 9/30/04 | $76,695.00 | $14,481.13 | Approved for $76,695.00 | Approved @ 100% |
| December 16, 2004 #7198 CNO filed 1/25/05 #7621 | 10/1/04 – 10/31/04 | $27,632.50 | $4,766.94 | Approved @ 80% (22,106.00) | Approved @ 100% |
| January 10, 2005 #7521 CNO filed 2/2/05 #7670 | 11/1/04 – 11/30/04 | $31,261.00 | $11,977.87 | Approved @ 80% (25,008.80) | Approved @ 100% |
| February 11, | 12/1/04- | $112,852.00 | $4,502.70 | Approved @ | Approved @ |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 2005 #7745 CNO filed 3/8/05 #7992 | 12/31/04 | | | 80% ($90,281.60) | 100% |
| March 16, 2005 ##8051-52 Order filed 6/29/05 #8728 | 10/1/04-12/31/04 | $171,475.50 | $21,247.51 | Approved for $171,475.50 | Approved @ 100% |
| March 18, 2005 #8076 CNO filed 4/26/05 #8286 | 1/1/05-1/31/05 | $44,219.00 | $3,351.01 | Approved @ 80% ($35,375.50) | Approved @ 100% |
| May 10, 2005 #8391 CNO filed 6/24/05 #8683 | 2/1/05-2/28/05 | $38,780.50 | $7,826.47 | Approved @ 80% ($31,024.40) | Approved @ 100% |
| May 16, 2005 #8443 CNO filed 6/24/05 #8684 | 3/1/05 – 3/31/05 | $42,702.00 | $3,222.62 | Approved @ 80% ($34,161.60) | Approved @ 100% |
| May 26, 2005 ##8511-12 Order filed 9/27/05 #9513 | 1/1/05 – 3/31/05 | $125,701.50 | $14,400.10 | Approved for $125,701.50 | Approved @ 100% |
| June 27, 2005 #8691 CNO filed 7/26/05 #9090 | 4/1/05-4/30/05 | $76,920.50 | $3,699.77 | Approved @ 80% ($61,536.40) | Approved @ 100% |
| July 20, 2005 #9035 CNO filed 8/19/05 #9220 | 5/1/05-5/31/05 | $73,041.00 | $4,608.05 | Approved @ 80% ($57,112.80) | Approved @ 100% |
| August 11, 2005 #9175 CNO filed 9/8/05 #9360 | 6/1/05-6/30/05 | $246,447.50 | $5,298.28 | Approved @ 80% ($197,158.00) | Approved @ 100% |
| August 19, 2005 #9210 Order filed 12/21/05 #11402 | 4/1/05 – 6/30/05 | $396,409.00 | $13,606.10 | Approved for $396,409.00 | Approved @ 100% |
| October 4, 2005 #9572 CNO filed 10/31/05 #10938 | 7/1/05-7/31/05 | $363,936.00 | $10,742.66 | Approved @ 80% ($291,148.80) | Approved @ 100% |
| October 20, 2005 #9708 CNO filed 11/15/05 #11091 | 8/1/05 – 8/31/05 | $276,504.50 | $21,554.17 | Approved @ 80% ($221,203.60) | Approved @ 100% |
| November 23, 2005 #11156 CNO filed December 16, | 9/1/05 – 9/30/05 | $243,011.00 | $7,658.60 | Approved @ 80% ($194,408.80) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 2005 #11359 | | | | | |
| November 23, 2005 #11162 Order filed 3/27/06 #12121 | 7/1/05 – 9/30/05 | $883,451.50 | $39,955.43 | Approved for $883,451.50 | Approved @ 100% |
| January 31, 2006 #11681 CNO filed 3/9/06 #12027 | 10/1/05 – 10/31/05 | $189,747.50 | $9,364.24 | Approved @ 80% ($151,798.00) | Approved @ 100% |
| January 31, 2006 #11677 CNO filed 3/9/06 #12024 | 11/1/05 – 11/30/05 | $170,059.00 | $25,007.67 | Approved @ 80% ($136,047.20) | Approved @ 100% |
| February 14, 2006 #11774 CNO filed 3/9/06 #12028 | 12/1/05 – 12/31/05 | $135,672.00 | $2,489.35 | Approved @ 80% ($108,537.60) | Approved @ 100% |
| February 14, 2006 #11785 Order filed 6/16/06 #12660 | 10/1/05 – 12/31/05 | $495,478.50 | $36,861.26 | Approved for $495,478.50 | Approved @ 100% |
| April 5, 2006 #12205 CNO filed 5/20/06 # 12479; Amended CNO filed 6/7/06 #12612 | 1/1/06- 1/31/06 | $136,335.50 | $7,996.90 | Approved @ 80% ($109,084.40) | Approved @ 100% |
| April 14, 2006 #12243 CNO filed 5/20/06 #12478 | 2/1/06 – 2/28/06 | $101,184.50 | $6,294.63 | Approved @ 80% ($809,947.60) | Approved @ 100% |
| July 19, 2006 #12834 CNO filed 8/9/06 #12953 | 3/1/06 – 3/31/06 | $108,740.50 | $25,246.79 | Approved @ 80% ($86,992.40) | Approved @ 100% |
| July 19, 2006 #12834 Order filed 9/26/06 #13298 | 1/1/06 - 3/31/06 | $346,260.50 | $39,538.32 | Approved for $346,260.50 | Approved @ 100% |
| July 19, 2006 #12834 CNO filed 8/9/06 #12954 | 4/1/06 – 4/30/06 | $47,442.00 | $363.81 | Approved@ 80% ($37,953.60) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 2, 2006 #12907 CNO filed 8/29/06 #13096 | 5/1/06 – 5/31/06 | $40,694.00 | $16,160.02 | Approved @ 80% ($32,555.20) | Approved @ 100% |
| August 3, 2006 #12920 CNO filed 8/29/06 #13097 | 6/1/06 – 6/30/06 | $52,860.00 | $11,368.11 | Approved @ 80% ($42,288.00) | Approved @ 100% |
| August 8, 2006 #12949 (Objections due 8/28/906) | 4/1/06 – 6/30/06 | $140,996.00 | $27,891.94 | Pending | Pending |
| September 5, 2006 #13136 CNO filed 9/28/06 #13315 | 7/1/06 – 7/31/06 | $16,131.00 | $12,069.87 | Approved @ 80% ($33,830.40) | Approved @ 100% |
| September 28, 2006 #13317 CNO filed 10/25/06 #13469 | 8/1/06- 8/31/06 | $36,807.00 | $184.24 | Approved @ 80% ($29,445.60) | Approved @ 100% |
| October 30. 2006 #13526 CNO filed 12/4/06 #13909 | 9/1/06- 9/30/06 | $14,467.00 | $470.65 | Approved @ 80% ($11,573.60) | Approved @ 100% |
| October 30. 2006 #13535 (Objections due 11/24/06) | 7/1/06- 9/30/06 | $67,405.00 | $12,724.76 | Pending | Pending |
| Pending | 10/1/06- 10/31/06 | $26,557.50 | $0.00 | Pending | Pending |

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 550.00 | 11.6 | $6,380.00 |
| William S. Hatfield | 1993 | 365.00 | 11.1 | $4,051.50 |
| Barry M. Benjamin | 1993 | 415.00 | 20.8 | $8,632.00 |
| Scott A. Zuber | 1987 | 435.00 | 0.5 | $217.50 |
| **COUNSEL** | | | | |
| Brian E. Moffitt | 1992 | 360.00 | 5.2 | $1,872.00 |
| **ASSOCIATES** | | | | |
| Kristen Jasket Piper | 2000 | 270.00 | 6.7 | $1,809.00 |
| James Philip Spielberg | 1999 | 250.00 | 7.2 | $1,800.00 |
| **PARAPROFESSIONALS** | | | | |
| S. Parker | N/A | 135.00 | 13.3 | $1,795.50 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period October 1, 2006 through October 31, 2006** | | | 76.4 **Total Hours** | $26,557.50 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: December 29, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR PITNEY HARDIN KIPP &
## SZUCH LLP'S MONTHLY FEE APPLICATION FOR THE
## <u>PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006</u>

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46711.1

## SUMMARY OF EXPENSES FOR THE FEE PERIOD
## OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

### No expenses for this Fee Period

COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD

| PROJECT CATEGORIES | Total of October 1, 2006 - October 31, 2006 | Total of April 2, 2001 - October 31, 2006 |
|---|---|---|
| 01 - Asset Analysis and Recovery | | |
| 02 - Asset Disposition | | |
| 03 - Business Operations | | $ 3,888.50 |
| 04 - Case Administration | | $ 13,881.00 |
| 05 - Claims Analysis, Objection, & Resolution (Asbestos) | $ 12,227.00 | $ 381,336.50 |
| 06 - Claims Analysis, Objection, & Resolution (Non-asbestos) | | $ 1,196,654.60 |
| 07 - Committee, Creditors', Noteholders' or Equity Holders' | | $ 6,449.00 |
| 08 - Employee Benefits/ Pension | | |
| 09 - Employment Applications, Applicant | | $ 1,830.00 |
| 10 - Employment Applications, Others | | |
| 11 - Fee Applications, Applicant | | $ 882.00 |
| 12 - Fee Applications, Others | $ 2,026.50 | |
| 13 - Financing | | $ 111,706.00 |
| 14 - Hearings | | $ 1,179.00 |
| 15 - Litigation and Litigation Consulting. | | $ 201.00 |
| 16 - Plan and Disclosure Statement | | $ 72,325.50 |
| 17 - Relief from Stay Proceedings | $ 12,304.00 | $ 3,323,531.60 |
| 18 - Tax Issues | | $ 41,393.00 |
| 19 - Tax Litigation | | $ 185.50 |
| 20 - Travel – Non Working | | $ 4,247.00 |
| 21 - Valuation | | |
| 22 - ZAI Science Trial | | |
| 23 - ZAI Science Trial – Expenses | | |
| 24 - Other | | |
| 25 - Accounting/Auditing | | |
| 26 - Business Analysis | | $ 11,459.00 |
| 27 - Corporate Finance | | |
| 28 - Data Analysis | | |
| TOTAL - FEES | | |
| TOTAL - EXPENSES | $ 26,557.50 | $ 5,171,149.20 |
| | $ - | $ 522,168.31 |
| TOTAL FEES AND EXPENSES | $ 26,557.50 | $ 5,693,317.51 |

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

*In re*

W. R. GRACE and CO., *et al.*,[1]

        Debtors.

:
:
:
:
:
:
:

Chapter 11

Case No. 01-01139 (JKF)

(Jointly Administered)

Objection Deadline: December 29, 2006
Hearing Date: TBD, if necessary

## FEE DETAIL FOR PITNEY HARDIN LLP'S SIXTY-SIXTH INTERIM FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Company, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

FEES FOR THE FEE PERIOD OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006[2]

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| Date | Cat. | Description | Hours | Amount |
|---|---|---|---|---|
| 10/06/06 | 3 | Review/analysis Kronish Lieb Appellate Brief in Opposition to Tahari's Appeal, and in Support of Kronish Lieb's Cross-Appeal of Order dismissing certain causes of action.<br>B. Benjamin | 0.4 | 166.00 |
| 10/06/06 | 3 | Telephone conferences with C. Boubol and D. Rozenholc re Rozenholc motion for extension of time to submit Reply Brief on Appeal.<br>B. Benjamin | 0.1 | 41.50 |
| 10/06/06 | 3 | Review D. Rozenholc correspondence re request for extension of time to serve Reply Brief.<br>B. Benjamin | 0.1 | 41.50 |
| 10/10/06 | 3 | Draft correspondence to T. Soloway re scheduling of depositions.<br>B. Benjamin | 0.1 | 41.50 |
| 10/10/06 | 3 | Review D. Rozenholc correspondence re requesting Kronish Lieb witness depositions.<br>B. Benjamin | 0.1 | 41.50 |
| 10/11/06 | 14 | Follow up with B. Benjamin re issues and review.<br>A. Marchetta | 0.2 | 110.00 |
| 10/11/06 | 14 | Follow up with B. Benjamin re issues to be reviewed before discovery ends.<br>A. Marchetta | 0.2 | 110.00 |
| 10/11/06 | 3 | Telephone conference with D. Rozenholc re scheduling Kronish Lieb witness depositions.<br>B. Benjamin | 0.2 | 83.00 |
| 10/11/06 | 3 | Draft correspondence to V. Finkelstein re update on case, scheduling of depositions, outstanding discovery issues.<br>B. Benjamin | 0.2 | 83.00 |

---

[2] Legend for Pitney Hardin LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

| | | | |
|---|---|---|---|
| 10/12/06<br>3 | Preparation for and attendance at deposition of A. Levine.<br>B. Benjamin | 7.2 | 2,988.00 |
| 10/16/06<br>3 | Attendance at Court Conference before Judge Tolub re discovery issues, extension of discovery close date, etc.<br>B. Benjamin | 3.3 | 1,369.50 |
| 10/17/06<br>3 | Draft correspondence to D. Rozenholc re outstanding discovery, deposition dates, and production of documents.<br>B. Benjamin | 0.3 | 124.50 |
| 10/20/06<br>14 | Follow up with B. Benjamin re status and strategy.<br>A. Marchetta | 0.3 | 165.00 |
| 10/23/06<br>14 | Conference with B. Benjamin re settlement proposal and telephone call with client re: same.<br>A. Marchetta | 0.5 | 275.00 |
| 10/23/06<br>3 | Telephone conference with D. Rozenholc re attempts to settle claims.<br>B. Benjamin | 0.2 | 83.00 |
| 10/23/06<br>3 | Telephone conference with A. Marchetta and V. Finkelstein re Tahari settlement negotiations.<br>B. Benjamin | 0.1 | 41.50 |
| 10/23/06<br>3 | Telephone conference with R. Lauder re document production in response to subpoenas.<br>B. Benjamin | 0.2 | 83.00 |
| 10/24/06<br>3 | Telephone conference with D. Rozenholc re negotiation of settlement of claim.<br>B. Benjamin | 0.2 | 83.00 |
| 10/27/06<br>14 | Follow up re change in court conference and inclusion of co-defendant and review information re site remediation.<br>A. Marchetta | 0.4 | 220.00 |
| 10/29/06<br>3 | Draft correspondence to E. Sherman re scheduling S. King deposition.<br>B. Benjamin | 0.1 | 41.50 |
| 10/30/06<br>14 | Follow up with B. Benjamin re court hearing and issues in case.<br>A. Marchetta | 0.2 | 110.00 |
| 10/30/06<br>3 | Attendance at Deposition of S. King, CFO of Kronish Lieb.<br>B. Benjamin | 3.3 | 1,369.50 |

1476008A01120406                                3

| | | | |
|---|---|---|---|
| 10/30/06 | Draft correspondence to V. Rozenholc re status update, progress of depositions, Tahari strategy of delay, and upcoming court conference. | | |
| 3 | B. Benjamin | | |
| | | 0.2 | 83.00 |
| 10/31/06 | Attendance at Court conference re discovery issues and Tahari motion to compel production. | | |
| 3 | B. Benjamin | | |
| | | 3.3 | 1,369.50 |
| 10/31/06 | Draft correspondence to C. Boubol re pending appeal. | | |
| 3 | B. Benjamin | | |
| | | 0.2 | 83.00 |
| 10/31/06 | Review/analysis documents produced by N. Bobrow, Tahari's real estate agent, and Greenberg Traurig, Tahari's attorneys during search for alternative space. | | |
| 3 | B. Benjamin | | |
| | | 0.8 | 332.00 |
| 10/31/06 | Draft correspondence to V. Finkelstein re court appearance, including Order by Judge to Tahari to serve Interrogatories. | | |
| 3 | B. Benjamin | | |
| | | 0.2 | 83.00 |
| 10/31/06 | Meeting with B. Benjamin and follow up re strategy of stay pending appeal and settlement and follow up with client re same. | | |
| 14 | A. Marchetta | | |
| | | 0.5 | 275.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 2.3 | 550.00 | 1,265.00 |
| B. Benjamin | 3 | 20.8 | 415.00 | 8,632.00 |
| TOTAL | | 23.1 | | 9,897.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 10/16/06 | Drafted fee application for September 2006. | | |
| 18 | K. Piper | | |
| | | 2.5 | 675.00 |
| 10/16/06 | Drafted fee application for 22nd Interim Period (July-September 2006). | | |
| 18 | K. Piper | | |
| | | 2.6 | 702.00 |
| 10/17/06 | Telephone call with R. Finke and review issues re Prudential buildings, including conference with S. Parker re information in file. | | |
| 14 | A. Marchetta | | |
| | | 0.5 | 275.00 |
| 10/17/06 | Review and revise PH's Quarterly Fee Application for July-September, | | |

| | | | |
|---|---|---|---|
| 18 | 2006.<br>S. Zuber | | |
| 10/17/06<br>18 | Review and revise PH's Monthly Fee Application for September, 2006.<br>S. Zuber | 0.3 | 130.50 |
| 10/17/06<br><br>14 | Worked with A. Marchetta re: request from S. Blatnick of Kirkland & Ellis re: buildings at issue in the Prudential matter and began conducting searches, reviewing file indices and documents re: same.<br>S. Parker | 0.2 | 87.00 |
| 10/18/06<br>14 | Work on getting information concerning Prudential claims, follow up with S. Parker re same and assist Kirkland and Ellis.<br>A. Marchetta | 2.1 | 283.50 |
| 10/18/06<br>18 | Revised September 2006 fee application.<br>K. Piper | 0.8 | 440.00 |
| 10/19/06<br>14 | Conference with S. Parker and follow up re information for client on Georgia buildings.<br>A. Marchetta | 0.3 | 81.00 |
| 10/19/06<br>14 | Worked with A. Marchetta re: request from S. Blatnick of Kirkland & Ellis re: buildings at issue in the Prudential matter.<br>S. Parker | 0.4 | 220.00 |
| 10/20/06<br>14 | Follow up regarding search for information on Georgia buildings.<br>A. Marchetta | 0.2 | 27.00 |
| 10/23/06<br>14 | Review information and follow up with telephone call to Kirkland and Ellis regarding Georgia in buildings in asbestos property damage cases.<br>A. Marchetta | 0.4 | 220.00 |
| 10/24/06<br>14 | Follow up regarding prior information for Kirkland and Ellis.<br>A. Marchetta | 0.7 | 385.00 |
| 10/24/06<br><br><br>14 | Worked with D. Florence re: response to request from S. Blatnick of Kirkland & Ellis re: additional information on two of the buildings at issue in the Prudential matter, including conducting searches and retrieval of documents from storage facility re: preparation of response to same.<br>S. Parker | 0.6 | 330.00 |
| 10/25/06.<br>14 | Work on information for Kirkland and Ellis.<br>A. Marchetta | 3.5 | 472.50 |
| 10/25/06 | Conducted searches, reviewed documents, including Judge Ackerman's | 0.7 | 385.00 |

| | | | | |
|---|---|---|---|---|
| 14 | opinions and the 3rd circuit opinion in the Prudential, and related documents re: preparation of response to request from S. Blatnick of re: additional information on two of the buildings at issue in the Prudential matter, including preparing memo and supplemental memo outlining same and work with A. Marchetta re: same.<br>S. Parker | | 4.1 | 553.50 |
| 10/26/06<br>18 | Receipt and review of CNO for August 2006 and attention to forwarding same.<br>K. Piper | | 0.2 | 54.00 |
| 10/30/06<br>18 | Revised September 2006 fee application and attention to filing same.<br>K. Piper | | 0.5 | 135.00 |
| 10/30/06<br>18 | Attention to revising Quarterly fee application for the 22nd interim period and filing same.<br>K. Piper | | 0.6 | 162.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 4.1 | 550.00 | 2,255.00 |
| S. Zuber | 18 | 0.5 | 435.00 | 217.50 |
| K. Piper | 18 | 6.7 | 270.00 | 1,809.00 |
| S. Parker | 14 | 9.9 | 135.00 | 1,336.50 |
| TOTAL | | 21.2 | | 5,618.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| | | | | |
|---|---|---|---|---|
| 10/02/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | | 0.3 | 40.50 |
| 10/04/06<br>14 | Follow up regarding status on State.<br>A. Marchetta | | 0.3 | 165.00 |
| 10/04/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | | 0.3 | 40.50 |
| 10/05/06<br>14 | Follow up re information concerning plant and alleged damages.<br>A. Marchetta | | 0.2 | 110.00 |
| 10/05/06 | Review URS correspondence | | | |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 14 | | W. Hatfield | | |
| 10/05/06 | | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | 0.3 | 109.50 |
| 14 | | S. Parker | | |
| 10/09/06 | | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | 0.2 | 27.00 |
| 14 | | S. Parker | | |
| 10/10/06 14 | | Follow up re various issues in case. A. Marchetta | 0.2 | 27.00 |
| 10/10/06 3 | | Review article re testing near site. B. Moffitt | 0.5 | 275.00 |
| 10/10/06 | | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt. | 0.2 | 72.00 |
| 14 | | S. Parker | | |
| 10/16/06 14 | | Review URS memos and prepare memos to client on issues. W. Hatfield | 0.4 | 54.00 |
| 10/16/06 | | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Worked with B. Moffitt re: same | 0.6 | 219.00 |
| 14 | | S. Parker | | |
| 10/16/06 | | Worked with B. Moffitt re: status of bankruptcy hearing; Updated docket entry to reflect new date of same. | 0.4 | 54.00 |
| 14 | | S. Parker | | |
| 10/18/06 14 | | Review memo and article on Trenton site issues W. Hatfield | 0.3 | 40.50 |
| 10/18/06 3 | | Review proposed New Jersey environmental legislation and related article mentioning Grace's Trenton plant. B. Moffitt | 0.4 | 146.00 |
| 10/18/06 | | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents, including proposed legislation and current agenda and forwarded same to A. Marchetta and B. Moffitt. | 0.4 | 144.00 |
| 14 | | S. Parker | | |
| 10/19/06 | | Review agenda and article re proposed New Jersey environmental | 0.7 | 94.50 |

| | | | |
|---|---|---|---|
| 3 | legislation including reference to Trenton plant; work with A. Marchetta re same.<br>B. Moffitt | | |
| 10/20/06<br>14 | Address URS report issues; deed notice agreement.<br>W. Hatfield | 0.4 | 144.00 |
| 10/20/06<br>14 | Work with B. Moffitt re issues re settlement and dates for court hearings.<br>A. Marchetta | 0.4 | 146.00 |
| 10/20/06<br>3 | Confer with A. Marchetta re: call with Magistrate Bongiovanni and changing time of same.<br>B. Moffitt | 0.3 | 165.00 |
| 10/20/06<br>3 | Conducted review of plan prepared by URS.<br>J. Spielberg | 0.7 | 252.00 |
| 10/23/06<br>14 | Follow up with B. Moffitt re settlement demand and rescheduling of court hearing.<br>A. Marchetta | 0.2 | 50.00 |
| 10/23/06<br>3 | Work with A. Marchetta re preparation for upcoming conference call with Magistrate Bongiovanni re settlement, including e-mails re same; call with Court clerk re same and prepare e-mail to D.A.G. re same.<br>B. Moffitt | 0.7 | 385.00 |
| 10/23/06<br>3 | Continued to review plan prepared by URS.<br>J. Spielberg | 0.7 | 252.00 |
| 10/24/06<br>14 | Address URS memo and forward to counsel and memo re: same.<br>W. Hatfield | 0.8 | 200.00 |
| 10/24/06<br>14 | Follow up re rescheduling court conference; review info from co-counsel; follow up with W. Hatfield and B. Moffitt re issue.<br>A. Marchetta | 0.7 | 255.50 |
| 10/24/06<br>3 | Work with A. Marchetta re summaries and review same; confer with A. Marchetta re conference call and settlement, including emails re: same.<br>B. Moffitt | 1.2 | 660.00 |
| 10/24/06<br>3 | Review e-mails re URS report and strategy.<br>B. Moffitt | 2.2 | 792.00 |
| 10/24/06<br>3 | Continued review of plan prepared by URS.<br>J. Spielberg | 0.2 | 72.00 |
| | | 1.2 | 300.00 |

| 10/25/06<br>14 | Memos with clients; review URS Reports<br>W. Hatfield | | |
| | | 0.9 | 328.50 |
| 10/25/06<br>3 | Reviewed report prepared by URS and drafted summary of reports.<br>J. Spielberg | | |
| | | 5.0 | 1,250.00 |
| 10/26/06<br>14 | Follow up regarding remediation and court conference.<br>A. Marchetta | | |
| | | 0.5 | 275.00 |
| 10/26/06<br>14 | Prepare for and attend conference call with clients and URS on reports;<br>prepare comments to reports and email to clients and URS on same.<br>W. Hatfield | | |
| | | 4.9 | 1,788.50 |
| 10/26/06<br>14 | Searched re: compilation of information on current status of investigation of<br>Hamilton plant and related issues.<br>S. Parker | | |
| | | 0.2 | 27.00 |
| 10/27/06<br>14 | Address URS report issues in memos with client<br>W. Hatfield | | |
| | | 0.5 | 182.50 |
| 10/28/06<br>14 | Memos with URS on comments to reports<br>W. Hatfield | | |
| | | 0.4 | 146.00 |
| 10/30/06<br>14 | Work with B. Moffitt re call with Judge, settlement issues and site reports.<br>A. Marchetta | | |
| | | 0.5 | 275.00 |
| 10/30/06<br>14 | Memos re: schedule and submission of reports to DEP.<br>W. Hatfield | | |
| | | 1.6 | 584.00 |
| 10/30/06<br>3 | Work with A. Marchetta and W. Hatfield re reports and follow up re same.<br>B. Moffitt | | |
| | | 0.4 | 144.00 |
| 10/30/06<br>14 | Searched re: compilation of information on current status of investigation of<br>Hamilton plant and related issues.<br>S. Parker | | |
| | | 0.4 | 54.00 |
| 10/31/06<br>14 | Telephone calls and e-mails re court conference and change to same.<br>A. Marchetta | | |
| | | 0.4 | 220.00 |
| 10/31/06<br>14 | Review information concerning remediation issues.<br>A. Marchetta | | |
| | | 0.6 | 330.00 |
| 10/31/06<br>14 | Review correspondence from URS and client on issues.<br>W. Hatfield | | |
| | | 0.4 | 146.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 5.2 | 550.00 | 2,860.00 |
| W. Hatfield | 14 | 11.1 | 365.00 | 4,051.50 |
| B. Moffitt | 3 | 5.2 | 360.00 | 1,872.00 |
| J. Spielberg | 3 | 7.2 | 250.00 | 1,800.00 |
| S. Parker | 14 | 3.4 | 135.00 | 459.00 |
| TOTAL | | 32.1 | | 11,042.50 |

# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD
OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006**

No expenses for this Fee Period

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: December 29, 2006 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes

and says:

1. I am a partner with the applicant firm, Pitney Hardin LLP, and am a member in

good standing of the bars of the State of New Jersey, the United States District Court for the

District of New Jersey, the United States Court of Appeals for the Third Circuit, the United

States District Court for the Northern District of New York, the United States District Court for

the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney Hardin LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: December 5, 2006

Respectfully submitted,
PITNEY HARDIN LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950