LIPSITZ & PONTERIO, LLC
135 Delaware Avenue, Suite 210
Buffalo, New York 14202
(716) 840-0701 Telephone
By: Anne E. Joynt, Esq.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., ET AL<br><br>    Debtors. | In Proceeding for a<br>Reorganization under<br>Chapter 11<br><br>Case No. 01-1139 (JKF) |

**SUPPLEMENTAL VERIFIED STATEMENT IN
CONNECTION WITH THE REPRESENTATION OF
CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019**

Anne E. Joynt, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with Lipsitz & Ponterio, LLC. I am a member in good standing of the Bar of the State of New York. My bar number is 4365102.

2. I have personal knowledge of the facts set forth herein.

3. This Supplemental Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that Supplement to Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, dated October 22, 2004 ("Supplement to Revised Order.")

4. The law firm of Lipsitz & Ponterio, LLC is organized under the laws of the state of New York, with its offices for the practice of law located at 135 Delaware Avenue, Suite 210, Buffalo, New York 14202.

5. As of the date of this Supplemental Verified Statement, Lipsitz & Ponterio, LLC

1

represents personal injury claimants who have claims for monetary damages due to personal injuries sustained by exposure to the asbestos-containing product(s) of the Debtor(s).

6. In accordance with this Court's Order of October 22, 2004, included with this Supplemental Verified Statement is a blank, unredacted exemplar of the agreement whereby Lipsitz & Ponterio, LLC is empowered to act on behalf of the creditors in this case. This exemplar is included on the CD that accompanies this Verified Statement and is labeled "2019 Exhibit 1."

7. Also in accordance with this Court's Order of October 22, 2004, included with this Verified Statement is a spreadsheet that substantially conforms to the Court's Order of October 22, 2004. This spreadsheet is included on the CD that contains this Verified Statement and is labeled "2019 Exhibit 2."

8. Lipsitz & Ponterio, LLC does not own any claims against or interest in the debtors.

9. Lipsitz & Ponterio, LLC will file any amended or supplemental statements setting forth any material changes in the facts contained in this Supplemental Verified Statement should any such changes occur.

Respectfully submitted this the 30th day of November, 2006.

LIPSITZ & PONTERIO, LLC

BY: _____
Anne E. Joynt, Esq. (NYB# 4365102)

Sworn to before me this
30 day of November, 2006

_____
Notary Public

KAREN J. KORB
Notary Public, State of New York
No. 4956475
Qualified in Erie County
My Commission Expires 9/25/09

2