LIPSITZ & PONTERIO, LLC
135 Delaware Avenue, Suite 210
Buffalo, New York 14202
(716) 840-0701 Telephone
By: Anne E. Joynt, Esq.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., ET AL<br>Debtors. | In Proceeding for a Reorganization under Chapter 11<br><br>Case No. 01-139 (JKF) |

**NOTICE OF FILING OF SUPPLEMENTAL VERIFIED
STATEMENT PURSUANT TO BANKRUPTCY RULE 2019**

TO:   ALL PARTIES ON THE OFFICIAL SERVICE LIST

PLEASE TAKE NOTICE that Lipsitz & Ponterio, LLC has filed its Supplemental Verified Statement pursuant to Bankruptcy Rule 2019 as Ordered October 22, 2004. Exhibits have not been scanned but may be accessed by parties who obtain Court order authorizing access.

In compliance with this Court's Order, copies of this Notice are being served electronically or by United States mail, postage prepaid, upon the parties on the Service List attached hereto.

Dated: November 30, 2006            LIPSITZ & PONTERIO, LLC

BY: _____
Anne E. Joynt, Esq. (NYB# 4365102)

4