alp_132rc: Client Analysis Sheet                                    PAGE    1

Run Date & Time: 11/30/06 15:29:35
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*
Worked : 12/31/99 thru 11/30/06

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 9.20 | 2,024.00 | 2,001.55 | 4,025.55 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 6.40 | 3,488.00 | 191.88 | 3,679.88 | BENTLEY PHILIP - 02495 | | M | B |
| 00005 | BANKR. MOTIONS | 0.60 | 327.00 | 0.00 | 327.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 8.90 | 2,250.50 | 46.76 | 2,297.26 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 112.00 | 52,850.00 | 1,667.65 | 54,517.65 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 18.70 | 9,286.50 | 70.00 | 9,356.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00028 | TRAVEL\NON-WORKING | 9.30 | 1,836.75 | 0.00 | 1,836.75 | BENTLEY PHILIP - 02495 | | M | B |

Client Total        165.10      72,062.75       3,977.84       76,040.59

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

```
alp_132c: Client Summary                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
Run Date & Time: 11/30/2006 15:29:31              *PRIVILEGED AND CONFIDENTIAL*
Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services
---------------------------------------------------------------------------------------------------------------------
                                                PRE-BILLING SUMMARY REPORT

                                     FEES                                       COSTS
                                     ----                                       -----
    UNBILLED TIME FROM:      10/03/2006                         TO:    10/31/2006
    UNBILLED DISB FROM:      09/10/2006                         TO:    10/31/2006
                                                                               -----------
    GROSS BILLABLE AMOUNT:           72,062.75                             3,977.84
    AMOUNT WRITTEN DOWN:
        PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
        THRU DATE:              10/31/2006                          10/31/2006
    CLOSE MATTER/FINAL BILLING?    YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
    BILLING COMMENTS:                                         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
---------------------------------------------------------------------------------------------------------------------
                       ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

    FEES:                          72,062.75
    DISBURSEMENTS:                  3,977.84        UNIDENTIFIED RECEIPTS:        0.00
    FEE RETAINER:                       0.00        PAID FEE RETAINER:            0.00
    DISB RETAINER:                      0.00        PAID DISB RETAINER:           0.00
    TOTAL OUTSTANDING:             76,040.59        TOTAL AVAILABLE FUNDS:        0.00
                                                    TRUST BALANCE:
                                                    BILLING HISTORY
                                                    ---------------
    DATE OF LAST BILL:            10/31/06                LAST PAYMENT DATE:    11/07/06
    LAST BILL NUMBER:            447500          ACTUAL FEES BILLED TO DATE: 1,907,721.50
                                                  ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                  TOTAL FEES BILLED TO DATE: 1,907,721.50
    LAST BILL THRU DATE:          09/30/06            FEES WRITTEN OFF TO DATE:  164,668.18
                                                      COSTS WRITTEN OFF TO DATE:  23,939.04

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding              (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____    FRC: _____    CRC: _____
```

```
alp_132c: Client Summary                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    2
Run Date & Time: 11/30/2006 15:29:33                   *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

U N B I L L E D    T I M E    S U M M A R Y   ---------------- Total Unbilled ----------------
Emp Id Employee Name            Group                  Oldest    Latest       Total Unbilled
                                                       Entry     Entry        Hours     Amount
------ -----------------------  --------------------   --------  --------     --------  ----------
00336  ECKSTEIN, KENNETH H.     PARTNER                10/06/06  10/06/06         0.50      468.00
02495  BENTLEY, PHILIP          PARTNER                10/03/06  10/31/06        12.40    7,812.00
07850  HOROWITZ, GREGORY A.     PARTNER                10/06/06  10/31/06        22.30   13,268.50
05292  BECKER, GARY M.          SPEC COUNSEL           10/03/06  10/31/06        28.20   15,369.00
06228  KOEVARY, JONATHAN T.     ASSOCIATE              10/12/06  10/12/06         0.70      276.50
06874  GLASS, JESSICA J.        ASSOCIATE              10/11/06  10/25/06        54.10   21,369.50
06876  FARBER, PEGGY            ASSOCIATE              10/17/06  10/18/06         9.30    1,836.75
06876  FARBER, PEGGY            ASSOCIATE              10/11/06  10/27/06        19.50    7,702.50
064451 GAVIGAN, JAMES C.        PARALEGAL              10/04/06  10/27/06        18.00    3,960.00
                                                                                ------   ---------
                          Total:                                                165.10  72,062.75

U N B I L L E D    C O S T S    S U M M A R Y  ----------- Total Unbilled -----------
Code  Description                              Oldest    Latest       Total
                                               Entry     Entry        Amount
----  ---------------------------------------  --------  --------     ----------
0815  TELECOPIER                               10/23/06  10/23/06           8.00
0816  VELOBINDINGS                             10/10/06  10/10/06          30.00
0817  TABS                                     10/09/06  10/09/06          92.00
0820  PHOTOCOPYING                             10/11/06  10/31/06         132.30
0822  COLOR COPIES                             10/31/06  10/31/06         195.00
0920  PRINT & BINDING                          10/24/06  10/24/06       1,009.62
0921  LEXIS/NEXIS ON-LINE RESEARCH             10/03/06  10/03/06          41.10
0930  MESSENGER/COURIER                        10/16/06  10/31/06          50.15
0940  CAB FARES                                10/16/06  10/31/06         129.38
0942  MEALS/IN-HOUSE                           09/10/06  10/31/06         131.33
0950  OUT-OF-TOWN TRAVEL                       10/13/06  10/31/06       1,316.68
0972  DOCUMENT RETRIEVAL FEES                  09/30/06  09/30/06         442.72
0980  TRANSCRIPT FEES                          10/24/06  10/24/06         399.56
                                                                        ---------
                          Total:                                        3,977.84

                     Grand Total                                       76,040.59
                                                                     ===========
```

```
alp_132r: Matter Detail                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    1
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/30/2006 15:29:24

Matter No: 056772-00001                                                            Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                                         PRE-BILLING SUMMARY REPORT

                                                    FEES                                    COSTS
UNBILLED TIME FROM:   10/04/2006                                  TO:   10/13/2006
UNBILLED DISB FROM:   09/30/2006                                  TO:   10/24/2006

GROSS BILLABLE AMOUNT:              2,024.00                                  2,001.55
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:            10/13/2006                                        10/24/2006
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                                    ACCOUNTS RECEIVABLE TOTALS                             UNAPPLIED CASH

                FEES:                2,024.00     UNIDENTIFIED RECEIPTS:       0.00
DISBURSEMENTS:                       2,001.55     PAID FEE RETAINER:           0.00
FEE RETAINER:                            0.00     PAID DISB RETAINER:          0.00
DISB RETAINER:                           0.00     TOTAL AVAILABLE FUNDS:       0.00
TOTAL OUTSTANDING:                   4,025.55     TRUST BALANCE:
                                                  BILLING HISTORY

DATE OF LAST BILL:       10/31/06                 LAST PAYMENT DATE:      11/07/06
LAST BILL NUMBER:        447500                   ACTUAL FEES BILLED TO DATE:    262,220.50
                                                  ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                  TOTAL FEES BILLED TO DATE:    262,220.50
LAST BILL THRU DATE:     09/30/06                 FEES WRITTEN OFF TO DATE:      79,053.50
                                                  COSTS WRITTEN OFF TO DATE:     19,356.14

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee                  (4) Excessive Legal Time        (7) Fixed Fee
     (2) Late Time & Costs Posted            (5) Business Development        (8) Premium
     (3) Pre-arranged Discount               (6) Summer Associate            (9) Rounding                (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
PARAPROFESSIONALS
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE      2
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/30/2006 15:29:24

Matter No: 056772-00001                                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status      : ACTIVE

06451 GAVIGAN, JAMES C                CRED             10/04/06    10/13/06        9.20     2,024.00

                                Total:                                             9.20     2,024.00

Sub-Total Hours :    0.00 Partners       0.00 Counsels       0.00 Associates       9.20 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -------------
Code Description                      Oldest         Latest            Total
                                      Entry          Entry             Amount

0815 TELECOPIER                       10/23/06       10/23/06               8.00
0816 VELOBINDINGS                     10/10/06       10/10/06              30.00
0817 TABS                             10/09/06       10/09/06              92.00
0820 PHOTOCOPYING                     10/12/06       10/23/06              20.25
0920 PRINT & BINDING                  10/24/06       10/24/06           1,009.62
0921 LEXIS/NEXIS ON-LINE RESEARCH     10/03/06       10/03/06              41.10
0930 MESSENGER/COURIER                10/16/06       10/16/06              16.38
0972 DOCUMENT RETRIEVAL FEES          09/30/06       09/30/06             384.64
0980 TRANSCRIPT FEES                  10/24/06       10/24/06             399.56

                                                                        2,001.55
                            Total:                                      =========
                            Grand Total                                 4,025.55
                                                                        =========

U N B I L L E D   T I M E   D E T A I L
Employee Name       Work Date    Description                                                    Hours    Amount   Index#   Batch Date Task Act

GAVIGAN, JAMES C    10/04/06     creating binders of expert reports                              1.30    286.00   6547121  10/17/2006
GAVIGAN, JAMES C    10/05/06     sending files to case room                                      0.80    176.00   6547122  10/17/2006
GAVIGAN, JAMES C    10/09/06     creating binders of expert reports                              3.20    704.00   6547123  10/17/2006
GAVIGAN, JAMES C    10/11/06     searching for Oaks and Flynn transcript                         1.30    286.00   6547124  10/17/2006
GAVIGAN, JAMES C    10/12/06     searching for the Oaks Deposition Transcript                    2.30    506.00   6547125  10/17/2006
                                 and Flynn deposition transcript (1.3);
                                 completing Quarterly fee app (1)
GAVIGAN, JAMES C    10/13/06     filling out check requisition forms for hearing                 0.30     66.00   6547126  10/17/2006
                                 binder project

                                                                          Fee Total              9.20   2,024.00

                                                                          Fee Total              9.20   2,024.00
```

```
alp_132r: Matter Detail                                                                                                         PAGE    3
Run Date & Time: 11/30/2006 15:29:25
                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                             Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:    2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status    : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code           Employee              Date           Amount       Index#   Batch No    Batch Date

U N B I L L E D   C O S T S   D E T A I L
Description/Code           Employee              Date           Amount       Index#   Batch No    Batch Date

TELECOPIER
   TELECOPIER                 0815
     1303459339               GAVIGAN, J C       10/23/06          8.00      7641126  386739     10/24/06
                                             0815 TELECOPIER Total :         8.00

VELOBINDINGS
   VELOBINDINGS               0816
                              GAVIGAN, J C       10/10/06         30.00      7628906  386128     10/11/06
     GAVIGAN JAMES C   06451  BINDING
                                             0816 VELOBINDINGS Total :       30.00

TABS
   TABS                       0817
     GAVIGAN JAMES C   06451  TABS
                              GAVIGAN, J C       10/09/06         92.00      7628891  386127     10/11/06
                                             0817 TABS Total :               92.00

PHOTOCOPYING
   PHOTOCOPYING               0820
                              GAVIGAN, J C       10/12/06         18.00      7631571  386319     10/13/06
     GAVIGAN JAMES C
   PHOTOCOPYING               GAVIGAN, J C       10/16/06          0.30      7635374  386522     10/19/06
     GAVIGAN JAMES C
   PHOTOCOPYING
     GAVIGAN JAMES C          GAVIGAN, J C       10/23/06          1.95      7640642  386737     10/24/06
                                             0820 PHOTOCOPYING Total :       20.25

PRINT. & BINDING
   TRANSPERFECT DOCUMENT MA   0920
   PRINT. & BINDING - VENDOR- TRANSPERFECT
                              GAVIGAN, J C       10/24/06      1,009.62      7641427  386747     10/24/06
   DOCUMENT MANAGEMENT
                                             0920 PRINT. & BINDING Total :   1,009.62

LEXIS/NEXIS ON-LINE           0921
   LEXIS/NEXIS ON-LINE        BECKER, G M        10/03/06         41.10      7657488  387719     11/06/06
                                             0921 LEXIS/NEXIS ON-LINE Total :  41.10

MESSENGER/COURIER             0930
   FEDERAL EXPRESS CORPORAT   BECKER, G M        10/16/06         16.38      7642884  386833     10/25/06
     Lexecon Inc
                                             0930 MESSENGER/COURIER Total :    16.38
```

```
alp_132r: Matter Detail                                                                                                 PAGE    4

Run Date & Time: 11/30/2006 15:29:25
                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                             Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                   Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

UNBILLED COSTS DETAIL
Description/Code                 Employee              Date          Amount    Index#   Batch No   Batch Date
------------------               ---------             -------       --------  -------  ---------  ----------

DOCUMENT RETRIEVAL F    0972
    DOCUMENT RETRIEVAL F         PIZZARELLO, C         09/30/06       104.32   7638167   386643    10/20/06
    PACER RETRIEVAL FEES         PIZZARELLO, C         09/30/06       155.36   7638168   386643    10/20/06
    DOCUMENT RETRIEVAL F         PIZZARELLO, C         09/30/06        29.28   7638169   386643    10/20/06
    PACER RETRIEVAL FEES         PIZZARELLO, C         09/30/06        95.68   7638170   386643    10/20/06
    DOCUMENT RETRIEVAL F
    PACER RETRIEVAL FEES

                                 0972 DOCUMENT RETRIEVAL F Total :     384.64

TRANSCRIPT FEES         0980
    J & J COURT TRANSCRIBERS     GAVIGAN, J C          10/24/06       399.56   7641379   386758    10/24/06
    TRANSCRIPT FEES - VENDOR - J & J COURT
    TRANSCRIBERS, INC.

                                 0980 TRANSCRIPT FEES Total :          399.56

    Costs Total :                                                    2,001.55
```

```
alp_132r: Matter Detail                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE    5
Run Date & Time: 11/30/2006 15:29:25                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                                    Orig Prtnr : CRED. RGTS - 06975             Proforma Number:    2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                            Status     : ACTIVE

GAVIGAN, JAMES C        9.20       2,024.00

      Total:            9.20       2,024.00

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name              Hours       Amount          Bill          W/O / W/u       Transfer To    Clnt/Mtr      Carry Forward

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
Code Description                       Amount          Bill          W/O / W/u       Transfer To    Clnt/Mtr      Carry Forward

0815 TELECOPIER                          8.00
0816 VELOBINDINGS                       30.00
0817 TABS                               92.00
0820 PHOTOCOPYING                       20.25
0920 PRINT & BINDING                 1,009.62
0921 LEXIS/NEXIS ON-LINE RESEA          41.10
0930 MESSENGER/COURIER                  16.38
0972 DOCUMENT RETRIEVAL FEES           384.64
0980 TRANSCRIPT FEES                   399.56

      Costs Total :                  2,001.55
```