```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    6
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/30/2006 15:29:25

Matter No: 056772-00002                                 Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr  : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

Special Billing Instructions:

=========================================================================================================================
                                              PRE-BILLING SUMMARY REPORT
=========================================================================================================================

                                                                  FEES                     COSTS
                                                                  ----                     -----
   UNBILLED TIME FROM:        10/03/2006                  TO:   10/26/2006
   UNBILLED DISB FROM:        10/11/2006                  TO:   10/11/2006

                                      FEES                                          COSTS

      GROSS BILLABLE AMOUNT:        3,488.00                                         191.88
      AMOUNT WRITTEN DOWN:
      PREMIUM:
      ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
      THRU DATE:                 10/26/2006                                       10/11/2006
   CLOSE MATTER/FINAL BILLING?   YES  OR  NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:

                BENTLEY PHILIP - 02495                      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:




=========================================================================================================================
                                              ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
=========================================================================================================================

          FEES:                  3,488.00
   DISBURSEMENTS:                  191.88                    UNIDENTIFIED RECEIPTS:         0.00
   FEE RETAINER:                     0.00                    PAID FEE RETAINER:             0.00
   DISB RETAINER:                    0.00                    PAID DISB RETAINER:            0.00
   TOTAL OUTSTANDING:            3,679.88                    TOTAL AVAILABLE FUNDS:         0.00
                                                             TRUST BALANCE:
                                                             BILLING HISTORY
=========================================================================================================================
   DATE OF LAST BILL:             10/31/06                   LAST PAYMENT DATE:          11/07/06
   LAST BILL NUMBER:               447500                    ACTUAL FEES BILLED TO DATE:       256,659.00
                                                             ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                             TOTAL FEES BILLED TO DATE:       256,659.00
   LAST BILL THRU DATE:           09/30/06                   FEES WRITTEN OFF TO DATE:       21,567.50
                                                             COSTS WRITTEN OFF TO DATE:       1,709.32

   FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee          (4) Excessive Legal Time          (7) Fixed Fee
   (2) Late Time & Costs Posted    (5) Business Development          (8) Premium
   (3) Pre-arranged Discount       (6) Summer Associate              (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    7
Run Date & Time: 11/30/2006 15:29:25                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772.00002                                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                Supv. Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status : ACTIVE
```

```
U N B I L L E D    T I M E    S U M M A R Y   ---------------- Total Unbilled ----------------
   Emp Id Employee Name           Group                  Oldest      Latest         Total          Total
                                                         Entry       Entry          Hours          Amount
  05292 BECKER, GARY M.            CRED                  10/03/06    10/26/06        6.40          3,488.00
                                                                                    ------       ----------
                    Total:                                                           6.40          3,488.00

Sub-Total Hours :   0.00 Partners    6.40 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others


U N B I L L E D    C O S T S    S U M M A R Y  ----------- Total Unbilled ----------
Code   Description                                     Oldest      Latest         Total
                                                       Entry       Entry          Amount
0820   PHOTOCOPYING                                    10/11/06    10/11/06        106.20
0940   CAB FARES                                       10/11/06    10/11/06         85.68
                                                                                ----------
                     Total:                                                         191.88

              Grand Total                                                         3,679.88
                                                                                ==========
```

```
U N B I L L E D    T I M E    D E T A I L
Employee Name         Work Date    Description                                                      Hours    Amount    Index#    Batch Date  Task Act

BECKER, GARY M.       10/03/06     Research and memo to Weschler re appeal of                        1.30    708.50   6535216  10/06/2006
                                   exclusivity(1.0); conf. shareholder re case
                                   issues (0.3)
BECKER, GARY M.       10/04/06     conf shareholder re case issues (0.3); conf                       0.50    272.50   6536227  10/06/2006
                                   second shareholder (0.2)
BECKER, GARY M.       10/06/06     conf shareholder re case issues (0.5)                             0.50    272.50   6537091  10/09/2006
BECKER, GARY M.       10/09/06     conf shareholder re case issues                                   0.30    163.50   6538424  10/11/2006
BECKER, GARY M.       10/10/06     conf shareholder re case issues                                   0.20    109.00   6538643  10/11/2006
BECKER, GARY M.       10/16/06     Conf shareholder re case issues                                   0.20    109.00   6547769  10/18/2006
BECKER, GARY M.       10/17/06     conf shareholder re case issues (0.1); conf                       0.40    218.00   6547770  10/18/2006
                                   second shareholder re case issues (0.3)
BECKER, GARY M.       10/18/06     conf shareholder re case issues                                   0.20    109.00   6549736  10/19/2006
BECKER, GARY M.       10/19/06     conf shareholder re case issues (0.1); conf 2nd                   0.20    109.00   6559299  10/26/2006
                                   shareholder re case issues (0.1)
BECKER, GARY M.       10/20/06     conf shareholder re case issues                                   0.30    163.50   6559300  10/26/2006
BECKER, GARY M.       10/23/06     conf shareholder re estimation issues                             0.60    327.00   6559901  10/26/2006
BECKER, GARY M.       10/26/06     conf shareholder re various case issues (0.6);                    1.70    926.50   6562806  10/30/2006
                                   conf second shareholder re case issues (0.7);
                                   review report of omnibus hrg to cmtee (0.4)
                                                                                                    -----   --------
                      Fee Total                                                                      6.40   3,488.00
```

```
alp_132r: Matter Detail                                                                                                                                              PAGE     8
Run Date & Time: 11/30/2006 15:29:26

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                      Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name          Work Date     Description                                       Hours        Amount      Index#   Batch Date  Task Act

                                     Fee Total                                          6.40      3,488.00

U N B I L L E D    C O S T S    D E T A I L
Description/Code        Employee                  Date                                              Amount      Index#   Batch No  Batch Date

PHOTOCOPYING            0820
PHOTOCOPYING            BECKER, G M            10/11/06                                             106.20      7631572    386319   10/13/06
                                                        0820 PHOTOCOPYING Total :                   106.20

CAB FARES               0940
CAB FARES               PARRA, J M             10/11/06                                              85.68      7645594    386962   10/27/06
CAB FARES               ODYSSEY
                                                        0940 CAB FARES Total :                       85.68

                                                        Costs Total :                               191.88
```

```
alp_132r: Matter Detail                                                                                                                  PAGE   9

Run Date & Time: 11/30/2006 15:29:26               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                           Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                   Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                                  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                   Status      : ACTIVE


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                  Hours          Amount            Bill         W/o / W/u         Transfer To          Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.                 6.40         3,488.00          _____        _____        _____           _____   _____

        Total:                  6.40         3,488.00          _____        _____

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                               Amount                         Bill         W/o / W/u          Transfer To         Clnt/Mtr    Carry Forward
-------------------------------------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                              106.20                         _____      _____          _____          _____   _____
0940 CAB FARES                                  85.68                         _____      _____          _____          _____   _____

        Costs Total :                          191.88
```

```
alp_132r: Matter Detail                                                                                              PAGE    10
Run Date & Time: 11/30/2006 15:29:26
                                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                        Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status    : ACTIVE

Special Billing Instructions:

===========================================================================================================================
                                                          PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:     10/17/2006                          TO:     10/17/2006
UNBILLED DISB FROM:                                         TO:

                                      FEES                          COSTS
                                      ------                        ------
GROSS BILLABLE AMOUNT:                327.00                         0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                            10/17/2006
CLOSE MATTER/FINAL BILLING?           YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                              BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---------------------------------------------------------------------------------------------------------------------------
                                      ACCOUNTS RECEIVABLE TOTALS                                   UNAPPLIED CASH

                                      FEES:                    327.00
                                      DISBURSEMENTS:             0.00        UNIDENTIFIED RECEIPTS:       0.00
                                      FEE RETAINER:              0.00        PAID FEE RETAINER:           0.00
                                      DISB RETAINER:             0.00        PAID DISB RETAINER:          0.00
                                      TOTAL OUTSTANDING:       327.00        TOTAL AVAILABLE FUNDS:       0.00
                                                                             TRUST BALANCE:
                                                                             BILLING HISTORY
                                      ---------------------------------------------------------
DATE OF LAST BILL:        10/31/06                  LAST PAYMENT DATE:         11/07/06
LAST BILL NUMBER:         447500                    ACTUAL FEES BILLED TO DATE:   133,627.50
                                                    ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                    PAID DISB BILLED TO DATE:             0.00
                                                    TOTAL FEES BILLED TO DATE:      133,627.50
LAST BILL THRU DATE:      09/30/06                  FEES WRITTEN OFF TO DATE:         444.00
                                                    COSTS WRITTEN OFF TO DATE:        580.14
FOR ACCTG USE ONLY:                        Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee                  (4) Excessive Legal Time         (7) Fixed Fee
   (2) Late Time & Costs Posted            (5) Business Development         (8) Premium
   (3) Pre-arranged Discount               (6) Summer Associate             (9) Rounding           (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____ FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   11
Run Date & Time: 11/30/2006 15:29:26                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                      Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y   ------------- Total Unbilled -------------
                                         Oldest       Latest         Hours          Amount
Emp Id Employee Name         Group       -------      -------        ------         --------
05292 BECKER, GARY M.        CRED        10/17/06     10/17/06        0.60           327.00

                             Total:                                   0.60           327.00

Sub-Total Hours :   0.00 Partners    0.60 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D    T I M E    D E T A I L
Employee Name                    Work Date     Description                                                       Hours      Amount      Index#      Batch Date  Task Act
--------------------------------------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.                  10/17/06      review docket; review hearing agenda and email                    0.60       327.00      6547771     10/18/2006
                                               Pasquale re: exclusivity appeal

                                                                                  Fee Total                      0.60       327.00
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    12
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/30/2006 15:29:26

Matter No: 056772-00005                                                                                              Proforma Number:    2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Orig Prtnr : CRED. RGTS - 06975                        Bill Frequency: M
Matter Name : BANKR. MOTIONS                                  Bill Prtnr : BENTLEY PHILIP - 02495
Matter Opened : 07/27/2001                                    Supv Prtnr : MAYER THOMAS MOERS - 03976                Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
-----------------------------------------------------------------------------------------------------------
Employee Name                          Hours        Amount           Bill      W/o / W/u        Transfer To      Clnt/Mtr     Carry Forward
-----------------------------------------------------------------------------------------------------------

BECKER, GARY M.                         0.60         327.00

         Total:                         0.60         327.00
```

```
alp_132r: Matter Detail                                                                                                                   PAGE    13
Run Date & Time: 11/30/2006 15:29:26
                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                 Orig Prtnr : CRED. RGTS - 06975              Proforma Number:   2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr  : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                               Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

Special Billing Instructions:

                                             PRE-BILLING SUMMARY REPORT

                                          FEES                                COSTS
UNBILLED TIME FROM:     10/09/2006                            TO:    10/27/2006
UNBILLED DISB FROM:     09/30/2006                            TO:    10/31/2006

                            FEES                                  COSTS

GROSS BILLABLE AMOUNT:          2,250.50                              46.76
AMOUNT WRITTEN DOWN:
  PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
  THRU DATE:              10/27/2006                            10/31/2006
CLOSE MATTER/FINAL BILLING?   YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                        ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

                 FEES:         2,250.50      UNIDENTIFIED RECEIPTS:       0.00
        DISBURSEMENTS:            46.76      PAID FEE RETAINER:           0.00
        FEE RETAINER:              0.00      PAID DISB RETAINER:          0.00
        DISB RETAINER:             0.00      TOTAL AVAILABLE FUNDS:       0.00
     TOTAL OUTSTANDING:        2,297.26      TRUST BALANCE:

                                        BILLING HISTORY
 DATE OF LAST BILL:         10/31/06        LAST PAYMENT DATE:            11/07/06
 LAST BILL NUMBER:            447500        ACTUAL FEES BILLED TO DATE:   119,737.00
                                            ON ACCOUNT FEES BILLED TO DATE:     0.00
                                            TOTAL FEES BILLED TO DATE:    119,737.00
 LAST BILL THRU DATE:       09/30/06        FEES WRITTEN OFF TO DATE:       4,424.50
                                            COSTS WRITTEN OFF TO DATE:        431.74
FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee               (4) Excessive Legal Time          (7) Fixed Fee
   (2) Late Time & Costs Posted         (5) Business Development          (8) Premium
   (3) Pre-arranged Discount            (6) Summer Associate              (9) Rounding    (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   14
                                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 11/30/2006 15:29:26

Matter No.: 056772-00008                                              Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:  2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr  : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                             Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                               Status : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y   ----------------- Total Unbilled -----------------
Emp Id  Employee Name              Group              Oldest    Latest      Hours         Amount
05292   BECKER, GARY M.            CRED              10/09/06   10/27/06     0.90         490.50
06451   GAVIGAN, JAMES C.          CRED              10/23/06   10/27/06     8.00        1,760.00

                                                     Total:                  8.90        2,250.50

Sub-Total Hours :   0.00 Partners    0.90 Counsels    0.00 Associates    8.00 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y    ----------- Total Unbilled -----------
Code    Description                              Oldest     Latest        Total
                                                 Entry      Entry         Amount
0930    MESSENGER/COURIER                       10/27/06   10/27/06       17.24
0972    DOCUMENT RETRIEVAL FEES                 09/30/06   09/30/06       29.52

             Total                                                        46.76

             Grand Total                                                2,297.26

U N B I L L E D   T I M E   D E T A I L
Employee Name                  Work Date     Description                                                           Hours     Amount    Index#    Batch Date  Task Act
BECKER, GARY M.                10/09/06      conf Gavigan re quarterly fee app                                      0.10      54.50  6538425   10/11/2006
BECKER, GARY M.                10/11/06      review and revise monthly invoice                                      0.30     163.50  6542059   10/13/2006
BECKER, GARY M.                10/23/06      confirmation of monthly and quarterly fee apps                         2.20     484.00  6571297   10/31/2006
                                             (2.2)
GAVIGAN, JAMES C.              10/25/06      producing fee application                                              0.80     176.00  6571299   10/31/2006
GAVIGAN, JAMES C.              10/26/06      completing the October monthly fee app                                 4.20     924.00  6571298   10/31/2006
BECKER, GARY M.                10/27/06      research status of various fee applications                            0.50     272.50  6564694   10/30/2006
GAVIGAN, JAMES C.              10/27/06      sending fee app to local counsel                                       0.80     176.00  6571300   10/31/2006

                                                                                      Fee Total                     8.90   2,250.50

                                                                                      Fee Total                     8.90   2,250.50

U N B I L L E D   C O S T S   D E T A I L
Description/Code                                                                    Employee           Date    Amount    Index#  Batch No  Batch Date
```