```
alp_132r: Matter Detail                                                                                                          PAGE    15
Run Date & Time: 11/30/2006 15:29:26

                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                        Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status    : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

Description/Code             Employee              Date         Amount         Index#    Batch No    Batch Date
-----------------            --------              ----         ------         ------    --------    ----------

MESSENGER/COURIER    0930
FEDERAL EXPRESS CORPORAT     GAVIGAN, J C          10/27/06        8.62        7661119    387791     11/07/06
Klett Rooney Lieber & Shorling
FEDERAL EXPRESS CORPORAT     PANESAR, V P          10/31/06        8.62        7661118    387791     11/07/06
U S Bankruptcy Court (N Y S B

                                     0930 MESSENGER/COURIER Total :           17.24

DOCUMENT RETRIEVAL F   0972
DOCUMENT RETRIEVAL F         PIZZARELLO, C         09/30/06       29.52        7638171    386643     10/20/06
PACER RETRIEVAL FEES

                                     0972 DOCUMENT RETRIEVAL F Total :         29.52

                                            Costs Total :                      46.76
```

```
alp_132r: Matter Detail                                                                                                PAGE   16
Run Date & Time: 11/30/2006 15:29:26
                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                       Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours         Amount            Bill         W/o / W/u        Transfer To     Clnt/Mtr     Carry Forward

BECKER, GARY M.            0.90          490.50
GAVIGAN, JAMES C.          8.00        1,760.00
    Total:                 8.90        2,250.50

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                         Amount            Bill         W/o / W/u        Transfer To     Clnt/Mtr     Carry Forward

0930 MESSENGER/COURIER                    17.24
0972 DOCUMENT RETRIEVAL FEES              29.52
    Costs Total :                         46.76
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   17
Run Date & Time: 11/30/2006 15:29:26                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS. - 06975          Proforma Number:    2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

                                              FEES                               COSTS
                                              ----                               -----
     UNBILLED TIME FROM:   10/03/2006          TO:  10/31/2006
     UNBILLED DISB FROM:   09/30/2006          TO:  10/31/2006

GROSS BILLABLE AMOUNT:                      52,850.00                            1,667.65
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                  10/31/2006                           10/31/2006
CLOSE MATTER/FINAL BILLING?         YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:       BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                 ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

     FEES:                        52,850.00          UNIDENTIFIED RECEIPTS:       0.00
DISBURSEMENTS:                     1,667.65          PAID FEE RETAINER:           0.00
FEE RETAINER:                          0.00          PAID DISB RETAINER:          0.00
DISB RETAINER:                         0.00          TOTAL AVAILABLE FUNDS:       0.00
TOTAL OUTSTANDING:                54,517.65          TRUST BALANCE:

                                          BILLING HISTORY

DATE OF LAST BILL:           10/31/06         LAST PAYMENT DATE:           11/07/06
LAST BILL NUMBER:             447500          ACTUAL FEES BILLED TO DATE:     610,485.50
                                              ON ACCOUNT FEES BILLED TO DATE:       0.00
                                              TOTAL FEES BILLED TO DATE:       610,485.50
LAST BILL THRU DATE:          09/30/06        FEES WRITTEN OFF TO DATE:         4,417.50
                                              COSTS WRITTEN OFF TO DATE:        1,418.66

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
     (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
     (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding         (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    18
Run Date & Time: 11/30/2006 15:29:26                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                      Orig Prtnr : CRED. RGTS - 06975              Proforma Number:   2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)               Supv Prtnr : MAYER, THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status     : ACTIVE
```

U N B I L L E D   T I M E   S U M M A R Y ---------------------------- Total Unbilled ----------------------

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 00336 | ECKSTEIN, KENNETH H. | CRED | 10/06/06 | 10/06/06 | 0.60 | 468.00 |
| 02495 | BENTLEY, PHILIP | CRED | 10/03/06 | 10/31/06 | 12.40 | 7,812.00 |
| 07850 | HOROWITZ, GREGORY A. | LITI | 10/06/06 | 10/31/06 | 12.80 | 7,616.00 |
| 05292 | BECKER, GARY M. | CRED | 10/03/06 | 10/31/06 | 20.30 | 11,063.50 |
| 06228 | KOEVARY, JONATHAN T | CRED | 10/12/06 | 10/12/06 | 0.70 | 276.50 |
| 06874 | GLASS, JESSICA J | LITI | 10/11/06 | 10/25/06 | 44.90 | 17,735.50 |
| 06876 | FARBER, PEGGY | LITI | 10/11/06 | 10/27/06 | 19.50 | 7,702.50 |
| 06451 | GAVIGAN, JAMES C | CRED | 10/16/06 | 10/16/06 | 0.80 | 176.00 |

PARAPROFESSIONALS

```
                          Total:                                                      112.00   52,850.00
```

Sub-Total Hours : 25.80 Partners   20.30 Counsels   65.10 Associates   0.80 Legal Assts   0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y ---------------- Total Unbilled -----------
| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 10/31/06 | 10/31/06 | 5.85 |
| 0822 | COLOR COPIES | 10/31/06 | 10/31/06 | 195.00 |
| 0930 | MESSENGER/COURIER | 10/31/06 | 10/31/06 | 16.53 |
| 0940 | CAB FARES | 10/13/06 | 10/13/06 | 32.70 |
| 0942 | MEALS/IN-HOUSE | 10/06/06 | 10/31/06 | 72.33 |
| 0950 | OUT-OF-TOWN TRAVEL | 10/13/06 | 10/31/06 | 1,316.68 |
| 0972 | DOCUMENT RETRIEVAL FEES | 09/30/06 | 09/30/06 | 28.56 |

```
                          Total                                                                1,667.65

            Grand Total                                                                       54,517.65
                                                                                         ==============
```

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Act |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/03/06 | Attention to expert reports and email from Baer re estimation | 0.90 | 490.50 | 6535217 | 10/06/2006 | |
| BENTLEY, PHILIP | 10/03/06 | Discs GB and trade emails | 0.30 | 189.00 | 6545123 | 10/16/2006 | |
| BECKER, GARY M. | 10/04/06 | review expert reports (1.3); emails Bentley and Horowitz (0.2) | 1.50 | 817.50 | 6536228 | 10/06/2006 | |
| BENTLEY, PHILIP | 10/04/06 | Review correspondence and trade emails re estimation discovery | 0.40 | 252.00 | 6545124 | 10/16/2006 | |

alp_132r: Matter Detail                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                                    PAGE    19
Run Date & Time: 11/30/2006 15:29:26                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                    Orig Prtnr : CRED. RGTS - 06975                                Proforma Number:    2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495                            Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                Status   : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Act |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/06/06 | prepare for and mtg with Horowitz and Bentley re PI/PD discovery (2.8); call Harding re discovery (0.1); review docket for Zai order (0.2) | 3.10 | 1,689.50 | 6537092 | 10/09/2006 | |
| BENTLEY, PHILIP | 10/06/06 | Conf GAH, GB and KE, and notes, re PD and PI | 1.50 | 945.00 | 6545122 | 10/16/2006 | |
| ECKSTEIN, KENNETH H. | 10/06/06 | c/w P Bentley, G Becker, G Horowitz re asbestos estimation issues | 0.60 | 468.00 | 6560397 | 10/27/2006 | |
| HOROWITZ, GREGORY A. | 10/06/06 | lunch mw w/PB, GB re estimation issues (1.5) hearings, staffing issues | 1.50 | 892.50 | 6570103 | 10/31/2006 | |
| BENTLEY, PHILIP | 10/10/06 | Discs GAH, and voicemail | 0.10 | 63.00 | 6545118 | 10/16/2006 | |
| GLASS, JESSICA J | 10/11/06 | mtg with Bentley and Becker to discuss case background | 1.00 | 395.00 | 6541632 | 10/12/2006 | |
| FARBER, PEGGY | 10/11/06 | Team meeting re: estimation | 0.90 | 355.50 | 6541639 | 10/12/2006 | |
| BECKER, GARY M. | 10/11/06 | gather docs and mtg with litigation from FC asbestos estimation | 2.00 | 1,090.00 | 6542060 | 10/13/2006 | |
| BENTLEY, PHILIP | 10/11/06 | Conf GB/PF/JG, and notes, re: case background and current estimation issues | 1.10 | 693.00 | 6545119 | 10/16/2006 | |
| GLASS, JESSICA J | 10/12/06 | Reviewing background material. | 7.20 | 2,844.00 | 6543150 | 10/13/2006 | |
| BECKER, GARY M. | 10/12/06 | review docket (0.3); review amended PD DMO (0.5); review depo notice and conf Farber re same (0.5); prepare for and conf Pasquale and Harding re PI estimation (1.0); status report of same to KL team (0.3); conf L Esylan re PD claims (0.4); review charts (0.2); call Cameron re PD claims (0.1) | 3.10 | 1,689.50 | 6544367 | 10/16/2006 | |
| FARBER, PEGGY | 10/12/06 | re: Oct 18 deposition, conversation with partner and with associate in preparation; travel preparations. | 1.40 | 553.00 | 6543988 | 10/16/2006 | |
| FARBER, PEGGY | 10/12/06 | re depositions | 0.20 | 79.00 | 6544989 | 10/16/2006 | |
| BENTLEY, PHILIP | 10/12/06 | Discs GB, and trade emails, re estimation issues | 0.30 | 189.00 | 6545120 | 10/16/2006 | |
| KOEVARY, JONATHAN T | 10/12/06 | Prepare for/attend meeting with Peggy Farber re: W Va deposition. | 0.70 | 276.50 | 6546509 | 10/17/2006 | |
| BECKER, GARY M. | 10/13/06 | Review new proposed insurance settlement (0.4); review information re B Reader depositions (0.3). | 0.70 | 381.50 | 6544366 | 10/16/2006 | |
| GLASS, JESSICA J | 10/13/06 | Reviewed background materials | 0.70 | 276.50 | 6544985 | 10/16/2006 | |
| GLASS, JESSICA J | 10/13/06 | Reviewed background materials | 3.70 | 1,461.50 | 6544987 | 10/16/2006 | |
| BENTLEY, PHILIP | 10/13/06 | Trade emails | 0.10 | 63.00 | 6545121 | 10/16/2006 | |
| FARBER, PEGGY | 10/13/06 | deposition preparation | 0.30 | 118.50 | 6546089 | 10/18/2006 | |
| FARBER, PEGGY | 10/15/06 | Reviewed background materials | 1.20 | 474.00 | 6544986 | 10/16/2006 | |
| GLASS, JESSICA J | 10/15/06 | Reviewed background materials | 1.20 | 474.00 | 6544986 | 10/16/2006 | |
| FARBER, PEGGY | 10/16/06 | deposition preparation | 0.80 | 316.00 | 6546088 | 10/18/2006 | |

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   20
Run Date & Time: 11/30/2006 15:29:27                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                           Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status       : ACTIVE

UNBILLED TIME DETAIL
Employee Name           Work Date   Description                                                        Hours       Amount     Index#   Batch Date  Task Act
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| GLASS, JESSICA J | 10/16/06 | Reviewed background materials and hearing transcripts. | 7.60 | 3,002.00 | 6546861 | 10/17/2006 |
| GLASS, JESSICA J | 10/16/06 | mtg with gary becker | 0.50 | 197.50 | 6546862 | 10/17/2006 |
| FARBER, PEGGY | 10/16/06 | deposition preparation | 1.10 | 434.50 | 6547302 | 10/17/2006 |
| BECKER, GARY M. | 10/16/06 | Meeting with J. Glass re property damage claims (0.4); call to D. Cameron (0.1); conf. Bentley and Horowitz re estimation issues (0.3) | 0.80 | 436.00 | 6547773 | 10/18/2006 |
| BENTLEY, PHILIP | 10/16/06 | Discs GAH and trade emails re upcoming estimation meeting | 0.30 | 189.00 | 6561215 | 10/27/2006 |
| GAVIGAN, JAMES C | 10/16/06 | providing Peggy with a copy of the Flynn transcript and doing more research for Oaks | 0.80 | 176.00 | 6571296 | 10/31/2006 |
| GLASS, JESSICA J | 10/17/06 | Reviewed hearing transcripts from recent omnibus hearings | 5.80 | 2,291.00 | 6548569 | 10/18/2006 |
| BECKER, GARY M. | 10/17/06 | conf Farber re Gaziano depo (0.5); conf ad hoc cmtee re Gaziano depo (0.2). | 0.70 | 381.50 | 6547772 | 10/18/2006 |
| HOROWITZ, GREGORY A. | 10/17/06 | e-mails from/to PB re estimation meeting; draft reply to K&E; tc PB re same (1.3). | 1.30 | 773.50 | 6550128 | 10/19/2006 |
| FARBER, PEGGY | 10/17/06 | deposition preparation | 2.50 | 987.50 | 6551199 | 10/20/2006 |
| BENTLEY, PHILIP | 10/17/06 | TC GAH and trade multiple emails re estimation issues | 0.60 | 378.00 | 6561214 | 10/27/2006 |
| BECKER, GARY M. | 10/18/06 | review Lloyds stipulation (0.3); review discovery materials received from Grace (0.5) | 0.80 | 436.00 | 6549737 | 10/19/2006 |
| GLASS, JESSICA J | 10/18/06 | Reviewed transcripts of recent omnibus hearings | 6.90 | 2,725.50 | 6550126 | 10/19/2006 |
| FARBER, PEGGY | 10/18/06 | deposition preparation and deposition | 8.00 | 3,160.00 | 6551140 | 10/20/2006 |
| GLASS, JESSICA J | 10/19/06 | Reviewed transcripts of omnibus hearing. | 0.10 | 39.50 | 6523360 | 10/20/2006 |
| FARBER, PEGGY | 10/19/06 | deposition summary | 1.00 | 395.00 | 6552361 | 10/20/2006 |
| BENTLEY, PHILIP | 10/19/06 | Trade emails re estimation issues | 0.20 | 126.00 | 6561228 | 10/27/2006 |
| HOROWITZ, GREGORY A. | 10/19/06 | e-mails from/to Lynette Neuman | 0.50 | 297.50 | 6570104 | 10/31/2006 |
| GLASS, JESSICA J | 10/20/06 | Reviewed prior hearing transcripts. | 6.00 | 2,370.00 | 6553625 | 10/23/2006 |
| BECKER, GARY M. | 10/20/06 | conf J Liu re estimation issues | 0.50 | 272.50 | 6559303 | 10/26/2006 |
| GLASS, JESSICA J | 10/23/06 | Reviewed transcripts of recent omnibus hearings | 0.80 | 316.00 | 6554467 | 10/24/2006 |
| BECKER, GARY M. | 10/23/06 | emails Farber re Gaziano depo | 0.20 | 109.00 | 6559302 | 10/26/2006 |
| BENTLEY, PHILIP | 10/23/06 | Conf GAH | 0.10 | 63.00 | 6561216 | 10/27/2006 |
| GLASS, JESSICA J | 10/24/06 | Reviewed notes from omnibus hearing | 0.20 | 79.00 | 6557374 | 10/25/2006 |
| GLASS, JESSICA J | 10/24/06 | Prepared memo regarding summary of 10/23/06 omnibus hearing. | 0.30 | 118.50 | 6557375 | 10/25/2006 |
| BENTLEY, PHILIP | 10/24/06 | Trade emails, and TC GAH, re estimation and other issues | 0.30 | 189.00 | 6561217 | 10/27/2006 |
| HOROWITZ, GREGORY A. | 10/24/06 | dw PB (.5) | 0.50 | 297.50 | 6583992 | 11/03/2006 |
| GLASS, JESSICA J | 10/25/06 | Drafted status report to committee. | 2.90 | 1,145.50 | 6559710 | 10/26/2006 |
| BECKER, GARY M. | 10/26/06 | review docs from Debtor (0.3); call Pasquale re estimation issues (0.4) | 0.70 | 381.50 | 6562807 | 10/30/2006 |

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    21
Run Date & Time: 11/30/2006 15:29:27                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                                 Supv Prtnr : MAYER THOMAS MOERS - 03976             Status : ACTIVE

U N B I L L E D    T I M E    D E T A I L

Employee Name       Work Date      Description                                                   Hours    Amount    Index#   Batch Date  Task Act
----------------------------------------------------------------------------------------------------------------------------------------

FARBER, PEGGY       10/26/06  phone calls re deposition of 30(b)(6) witness;                      0.60    237.00    6564291  10/30/2006
                              reviewed memo summarizing 10/23 Omnibus hearing
BENTLEY, PHILIP     10/26/06  Review and edit memo to Committee re Monday's                       0.90    567.00    6573128  11/01/2006
                              hearing, and discs GAH and PF re same
HOROWITZ, GREGORY A. 10/26/06 edit, revise Jessica's draft memo, dw PB re                         1.50    892.50    6583993  11/03/2006
                              same (1.5)
FARBER, PEGGY       10/27/06  Appearance at deposition of RTS Rule 30(b)(6)                       2.70  1,066.50    6564292  10/30/2006
                              witness.
BECKER, GARY M.     10/30/06  email Baer re estimation                                            0.10     54.50    6571003  10/31/2006
BENTLEY, PHILIP     10/30/06  Review memos and notes re estimation issues                         0.90    567.00    6576880  11/01/2006
HOROWITZ, GREGORY A. 10/30/06 dw PB, prepare for K&E meeting (.5)                                 0.50    297.50    6583990  11/03/2006
BENTLEY, PHILIP     10/31/06  Conf at K&E re estimation, and discs RTW, GAH                       5.30  3,339.00    6576479  11/01/2006
                              and GB, and review materials, re same
BECKER, GARY M.     10/31/06  Prepare for and meeting at Kirkland regarding                       5.20  2,834.00    6577364  11/01/2006
                              asbestos PI estimation process (4.5); prepare
                              for and conf w/ Weschler re same (0.7).
HOROWITZ, GREGORY A. 10/31/06 prepare for, attend meeting at K&E re                               7.00  4,165.00    6583991  11/03/2006
                              estimation issues (5.0); dws PB, GB, Ken
                              Pasquale et al. (1.0); tc PB, GB, Ted Wechsler
                              (1.0)

                                                                         Fee Total                112.00  52,850.00


U N B I L L E D    C O S T S    D E T A I L

Description/Code               Employee              Date       Amount       Index#   Batch No    Batch Date
-----------------------------------------------------------------------------------------------------------

PHOTOCOPYING                   BENTLEY, P            10/31/06      5.85     7652877   387175      11/01/06
    0820
        PHOTOCOPYING
        BENTLEY PHILIP
                                                         0820 PHOTOCOPYING Total :     5.85

COLOR COPIES                   BENTLEY, P            10/31/06    195.00     7653389   387178      11/01/06
    0822
        COLOR COPIES
        BENTLEY PHILIP   02495
                                                         0822 COLOR COPIES Total :    195.00

MESSENGER/COURIER              BENTLEY, P            10/31/06     16.53     7661120   387791      11/07/06
    0930
        FEDERAL EXPRESS CORPORAT
        Peninsula Capital, L.P.
                                                         0930 MESSENGER/COURIER Total :  16.53
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    22
Run Date & Time: 11/30/2006 15:29:27                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    22010100
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status      : ACTIVE

U N B I L L E D    C O S T S    D E T A I L

Description/Code              Employee               Date         Amount           Index#    Batch No    Batch Date
-----------------              --------               ----         ------           ------    --------    ----------

CAB FARES                0940
    PEGGY FARBER                                   FARBER, P F    10/13/06          28.20    7648381    387033    10/30/06
    PEGGY FARBER                                   FARBER, P F    10/13/06           4.50    7648382    387033    10/30/06
                                         0940 CAB FARES Total :                     32.70

MEALS/IN-HOUSE           0942
    SEAMLESSWEB PROFESSIONAL
    MEALS/IN-HOUSE - VENDOR- SEAMLESSWEB
    PROFESSIONAL SOLUTIONS, INC. Lunch              BENTLEY, P    10/06/06          13.23    7641726    386780    10/24/06
    MEALS/IN-HOUSE                                  GLASS, J J    10/29/06          16.66    7654043    387224    11/01/06
    IN-HOUSE/MEALS
    EUROPA                                          BENTLEY, P    10/31/06          42.44    7654580    387222    11/01/06
    MEALS/IN-HOUSE - VENDOR- EUROPA 10/06/06
                                         0942 MEALS/IN-HOUSE Total :                72.33

OUT-OF-TOWN TRAVEL       0950
    PEGGY FARBER                                   FARBER, P F    10/13/06         206.48    7648383    387033    10/30/06
    PEGGY FARBER                                   FARBER, P F    10/13/06         589.70    7648380    387033    10/30/06
    DINERS CLUB CITICORP DIN                        GLASS, J J    10/31/06         260.25    7653600    387201    11/01/06
    OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
    CITICORP DINERS CLUB DEPART: 10/23/06 NYP TO
    WIL
    DINERS CLUB CITICORP DIN                       HOROWITZ, G A  10/31/06         260.25    7653601    387201    11/01/06
    OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
    CITICORP DINERS CLUB DEPART: 10/23/06 NYP TO
    WIL
                                         0950 OUT-OF-TOWN TRAVEL Total :         1,316.68

DOCUMENT RETRIEVAL P     0972
    DOCUMENT RETRIEVAL P                          PIZZARELLO, C   09/30/06          28.56    7638172    386643    10/20/06
    PACER RETRIEVAL FEES
                                         0972 DOCUMENT RETRIEVAL P Total :          28.56

                                         Costs Total :                           1,667.65
```

```
alp_132r: Matter Detail                                                                                                      PAGE    23
Run Date & Time: 11/30/2006 15:29:28
                                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                         Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                     Hours           Amount           Bill         W/o / W/u     Transfer To     Clnt/Mtr    Carry Forward

ECKSTEIN, KENNETH H.               0.60            468.00
BENTLEY, PHILIP                   12.40          7,812.00
HOROWITZ, GREGORY A.              12.80          7,616.00
BECKER, GARY M.                   20.30         11,063.50
KOEVARY, JONATHAN T                0.70            276.50
GLASS, JESSICA J                  44.90         17,735.50
FARBER, PEGGY                     19.50          7,702.50
GAVIGAN, JAMES C                   0.80            176.00
                    Total:       112.00         52,850.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                                  Amount              Bill      W/o / W/u     Transfer To     Clnt/Mtr    Carry Forward

0820 PHOTOCOPYING                                   5.85
0822 COLOR COPIES                                 195.00
0930 MESSENGER/COURIER                             16.53
0940 CAB FARES                                     32.70
0942 MEALS/IN-HOUSE                                72.33
0950 OUT-OF-TOWN TRAVEL                         1,316.68
0972 DOCUMENT RETRIEVAL FEES                       28.56
                    Costs Total :               1,667.65
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   24
Run Date & Time: 11/30/2006 15:29:28                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                                           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                  Status   : ACTIVE

Special Billing Instructions:

===============================================================================================================================================
                                                      PRE-BILLING SUMMARY REPORT
===============================================================================================================================================

                                              FEES                                                          COSTS
                                              ----                                                          -----
        UNBILLED TIME FROM:    10/23/2006                                              TO:  10/23/2006
        UNBILLED DISB FROM:    09/10/2006                                              TO:  10/31/2006

GROSS BILLABLE AMOUNT:         9,286.50                                                     70.00
AMOUNT WRITTEN DOWN:
   PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
   THRU DATE:                  10/23/2006                                                   10/31/2006
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:              BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

===============================================================================================================================================
                        ACCOUNTS RECEIVABLE TOTALS                                                  UNAPPLIED CASH
                        -------------------------                                                   --------------
         FEES:                9,286.50           UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:                   70.00           PAID FEE RETAINER:              0.00
FEE RETAINER:                     0.00           PAID DISB RETAINER:             0.00
DISB RETAINER:                    0.00           TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:            9,356.50           TRUST BALANCE:
                                                 BILLING HISTORY
                                                 ---------------
DATE OF LAST BILL:             10/31/06          LAST PAYMENT DATE:            11/07/06
LAST BILL NUMBER:              447500            ACTUAL FEES BILLED TO DATE:   169,052.50
                                                 ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                 TOTAL FEES BILLED TO DATE:    169,052.50
LAST BILL THRU DATE:           09/30/06          FEES WRITTEN OFF TO DATE:       5,087.68
                                                 COSTS WRITTEN OFF TO DATE:         11.04

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
       (1) Exceeded Fixed Fee               (4) Excessive Legal Time        (7) Fixed Fee
       (2) Late Time & Costs Posted         (5) Business Development        (8) Premium
       (3) Pre-arranged Discount            (6) Summer Associate            (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    25
Run Date & Time: 11/30/2006 15:29:28                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                        Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                                         Supv Prtnr : MAYER, THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                            Status    : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y          ---------------- Total Unbilled ----------------
Emp Id Employee Name                   Group           Oldest        Latest         Hours             Amount
                                                       Entry         Entry
07850  HOROWITZ, GREGORY A.             LITI           10/23/06      10/23/06       9.50              5,652.50
06874  GLASS, JESSICA J                 LITI           10/23/06      10/23/06       9.20              3,634.00
                             Total:                                                 18.70             9,286.50

Sub-Total Hours :    9.50 Partners     0.00 Counsels      9.20 Associates      0.00 Legal Assts      0.00 Others

U N B I L L E D    C O S T S    S U M M A R Y  ---------------- Total Unbilled ----------------
Code Description                                       Oldest        Latest         Total
                                                       Entry         Entry          Amount
0940  CAB FARES                                        09/10/06      09/10/06                         11.00
0942  MEALS/IN-HOUSE                                   09/10/06      10/31/06                         59.00
                             Total:                                                                   70.00

             Grand Total                                                                             9,356.50


U N B I L L E D    T I M E    D E T A I L
Employee Name               Work Date       Description                                                  Hours      Amount    Index#      Batch Date   Task Act

HOROWITZ, GREGORY A.        10/23/06        Traveled to Wilmington, DE to attend omnibus                 9.50       5,652.50  6571548     10/31/2006
                                            hearing.
GLASS, JESSICA J            10/23/06        10/23/06 prepare for travel to/from, attend omnibus          9.20       3,634.00  6555466     10/24/2006
                                            hearing in Delaware (9.5)

                                                        Fee Total                                        18.70      9,286.50


U N B I L L E D    C O S T S    D E T A I L
Description/Code                      Employee           Date                                                       Amount    Index#      Batch No   Batch Date

CAB FARES
   JULIET RAMDIN, CASHIER             0940               09/10/06                                                   11.00     7652162     387121     10/31/06
   CAB FARES - VENDOR- JULIET RAMDIN, CASHIER   BENTLEY, P

                                                        0940 CAB FARES Total :                                      11.00
```

```
alp_132r: Matter Detail                                                                                                        PAGE    26
Run Date & Time: 11/30/2006 15:29:28
                                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                       Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                        Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code               Employee              Date            Amount        Index#    Batch No    Batch Date
-------------------------------------------------------------------------------------------------------------------
MEALS/IN-HOUSE          0942
    JULIET RAMDIN, CASHIER                    BENTLEY, P        09/10/06            11.00    7652161    387121      10/31/06
    MEALS/IN-HOUSE - VENDOR- JULIET RAMDIN, CASHIER
    JULIET RAMDIN, CASHIER                    BENTLEY, P        09/11/06            18.00    7652164    387121      10/31/06
    MEALS/IN-HOUSE - VENDOR- JULIET RAMDIN, CASHIER
    JULIET RAMDIN, CASHIER                    BENTLEY, P        10/31/06            30.00    7652163    387121      10/31/06
    MEALS/IN-HOUSE - VENDOR- JULIET RAMDIN, CASHIER
                                               0942 MEALS/IN-HOUSE Total :          59.00

                                   Costs Total :                                    70.00
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE    27
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/30/2006 15:29:28

Matter No: 056772-00019                                   Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status      : ACTIVE


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

Employee Name                      Hours          Amount               Bill            W/o / W/u         Transfer To       Clnt/Mtr     Carry Forward
------------------------------------------------------------------------------------------------------------------------------------------------------
HOROWITZ, GREGORY A.                9.50        5,652.50
GLASS, JESSICA J                    9.20        3,634.00

     Total:                        18.70        9,286.50


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code  Description                  Amount                              Bill            W/o / W/u         Transfer To       Clnt/Mtr     Carry Forward
------------------------------------------------------------------------------------------------------------------------------------------------------
0940  CAB FARES                     11.00
0942  MEALS/IN-HOUSE                59.00

         Costs Total :              70.00
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    28
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/30/2006 15:29:28

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Orig Prtnr  : CRED. RGTS - 06975          Proforma Number:    2201000
Matter No: 056772-00028                                         Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

                                       PRE-BILLING SUMMARY REPORT

   UNBILLED TIME FROM:    10/17/2006        TO:    10/18/2006
   UNBILLED DISB FROM:                      TO:

                                    FEES                                           COSTS
                                   ------                                         -------
   GROSS BILLABLE AMOUNT:          1,836.75                                         0.00
   AMOUNT WRITTEN DOWN:
   PREMIUM:
   ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
   THRU DATE:                      10/18/2006
   CLOSE MATTER/FINAL BILLING?     YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:
                               BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:


                                          ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

   FEES:                        1,836.75             UNIDENTIFIED RECEIPTS:            0.00
   DISBURSEMENTS:                   0.00             PAID FEE RETAINER:                0.00
   FEE RETAINER:                    0.00             PAID DISB RETAINER:               0.00
   DISB RETAINER:                   0.00             TOTAL AVAILABLE FUNDS:            0.00
   TOTAL OUTSTANDING:           1,836.75             TRUST BALANCE:
                                                     BILLING HISTORY

   DATE OF LAST BILL:           10/31/06             LAST PAYMENT DATE:            10/17/06
   LAST BILL NUMBER:             447500              ACTUAL FEES BILLED TO DATE:  67,534.00
                                                     ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                     PAID DISB RETAINER:               0.00
                                                     TOTAL FEES BILLED TO DATE:   67,534.00
   LAST BILL THRU DATE:         09/30/06             FEES WRITTEN OFF TO DATE:    25,258.50
                                                     COSTS WRITTEN OFF TO DATE:       0.00

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee      (4) Excessive Legal Time        (7) Fixed Fee
   (2) Late Time & Costs Posted (5) Business Development       (8) Premium
   (3) Pre-arranged Discount   (6) Summer Associate            (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____    FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   29
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/30/2006 15:29:28

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS - 06975               Proforma Number:  2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002                                 Supv Prtnr : MAYER THOMAS MOERS - 03976       Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------ Total Unbilled ------------
Emp Id Employee Name                Group                   Oldest        Latest         Hours          Amount
                                                            -------       -------        ------         ------
06876  FARBER, PEGGY                LITI                    10/17/06      10/18/06        9.30         1,836.75

                          Total:                                                          9.30         1,836.75

Sub-Total Hours :     0.00 Partners      0.00 Counsels      9.30 Associates      0.00 Legal Assts      0.00 Others

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date    Description                                                Hours    Amount    Index#   Batch Date  Task Act
---------------------   ---------    ------------                                                -----    ------    ------   ----------  --------
FARBER, PEGGY           10/17/06     Travel to W. VA. for deposition                             4.10    809.75    6551142  10/20/2006
FARBER, PEGGY           10/18/06     travel from deposition in W. VA to NYC                      5.20  1,027.00    6551141  10/20/2006

                                                    Fee Total                                    9.30  1,836.75

                                                                                    Fee Total    9.30  1,836.75
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   30
Run Date & Time: 11/30/2006 15:29:28                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  2201000
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                   Status   : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                     Hours            Amount             Bill        W/o / W/u       Transfer To      Clnt/Mtr    Carry Forward

FARBER, PEGGY                      9.30          1,836.75
       Total:                      9.30          1,836.75
```