**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
July 1, 2006 through September 30, 2006

1.  Asbestos: Claims Analysis & Evaluation – 127.5 hours ($49,320.00)

During the Application Period, the Applicant continued to review the data base, memos and CD's provided by counsel for the PD Committee and basis for estimation, as well as the questionnaire data pertaining to personal injury. In addition, the Applicant reviewed, analyzed and attended to calls regarding motions, objections and any Court filings related to the property damage claims. The applicant also participated in hearing before Judge Fitzgerald.

The Applicant further reviewed the informational brief for analysis of occupations, the Disclosure Statement and the Armstrong opinion.