# EXHIBIT "C"

# HR&A                                                              INVIOCE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

August 16, 2006

Invoice No. HRA20060816

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of July, 2006.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>1.7 hours @ $ 600 per hour | $ 1,020.00 |
| Robert H. Sims<br>1.6 hours @ $ 500 per hour | 800.00 |
| Joshua S. Katz<br>10.7 hours @ $ 250 per hour | 2,675.00 |
| **TOTAL DUE:** | **$ 4,495.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA          LOS ANGELES                    NEW YORK

JULY, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE     TIME    TASK

07/06/06  1.5   Read objection of PD Committee to Debtors' motion for a scheduling order re omnibus objections to PD claims (1.0); Talk with J. Katz re committee phone call. Leave message for Jay Sakalo (0.5).

07/07/06  0.2   Talk to Robert Mangus about inquiry re billing on fraudulent transactions withheld fees from 2002-3.

TOTAL:    1.7

JULY, 2006 TIME LOG OF ROBERT H. SIMS (RHS)

<u>DATE</u>     <u>TIME</u>   <u>TASK</u>

07/06/06   0.4   Review CD production.

07/31/06   1.2   Test approaches to convert survey data (1.0); reply to Joshua S. Katz' e-mails (0.2).

TOTAL:     1.6

JULY, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>     <u>TIME</u>  <u>TASK</u>

07/03/06   1.3   Review of objection of Official Committee of Asbestos Property Damage claimants to Debtors' motion for a scheduling order regarding certain of the debtors' fifteenth omnibus objections to property damage claims (substantive).

07/06/06   1.6   Grace committee conference call (0.5); quick review of DVDs of 5/08/06 Rust questionnaires (0.3); follow up call to Jay Sakalo regarding draft supplemental objection to Debtors' motion to extend exclusivity(0.2); short e-mails to Fran and Jay Sakalo (0.3); location of CDs/DVDs that contained privileged information for shipping to Wanda Roman, packaging and sending, same (0.3).

07/13/06   0.4   Attend Grace committee conference call.

07/18/06   0.2   Review of agenda for 07/24/06 hearing.

07/24/06   6.3   Telephonic participation in Grace hearing before Judge Fitzgerald (6.0); Review and organization of notes from hearing participation (0.3).

07/27/06   0.4   Attend Grace committee conference call.

07/28/06   0.3   E-mails with Jay Sakalo and Rob Sims regarding PI questionnaires.

07/31/06   0.2   E-mails with Robert H. Sims regarding PI questionnaire database format issues.

TOTAL:   10.7

# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

# INVOICE

September 21, 2006

Invoice No. HRA20062109

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of August, 2006.

### FEES

| | |
|---|---|
| Francine F. Rabinovitz<br>23.0 hours @ $ 600 per hour | $  13,800.00 |
| Robert H. Sims<br>5.3 hours @ $ 500 per hour | 2,650.00 |
| Paul K. Honig<br>47.5 hours @ $ 300 per hour | 14,250.00 |
| Joshua S. Katz<br>16.3 hours @ $ 250 per hour | 4,075.00 |
| **TOTAL FEES:** | **$ 34,775.00** |

### EXPENSES

| | |
|---|---|
| Expenses of Joshua S. Katz | $     160.00 |
| Courier | 30.11 |
| **TOTAL EXPENSES:** | **190.11** |
| **TOTAL DUE:** | **$ 34,965.11** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA        LOS ANGELES        NEW YORK

AUGUST, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>    <u>TIME</u> <u>TASK</u>

08/07/06   2.0  Read Grace proposed CMO for PD Phases I and II and comments from Committee counsel.

08/09/06   0.5  Review additional comments on motion.

08/10/06   0.5  Teleconference with Joshua S. Katz about committee call.

08/15/06   0.5  Review agenda for omnibus.

08/16/06   2.0  Read Armstrong opinion at direction of Jay Sakalo of Bilzin.

08/17/06   0.5  Follow comments from Committee on Armstrong opinion implications for Grace.

08/22/06   0.5  Review correspondence about obtaining complete questionnaire database.

08/23/06   3.8  Review questionnaire and data available as of today in preparation for staff call re analysis goals (3.2); Staff phone call on getting started on analysis with Robert H. Sims and Joshua S. Katz (0.6).

08/24/06   3.5  Continue to work on questionnaire data.

08/25/06   4.7  Continue to work on questionnaire data.

08/28/06   2.5  Continue to work on questionnaire data.

08/29/06   2.0  Continue to work on questionnaire data.

TOTAL:    23.0

AUGUST, 2006 TIME LOG OF ROBERT H. SIMS (RHS)

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

08/15/06   0.6  Review data fields specified in personal injury questionnaire (PIQ).

08/21/06   0.7  Review PIQ data containing 29,860 records.

08/22/06   0.4  Continue review of records; report to Francine F. Rabinovitz.

08/23/06   0.8  Continue review of records (0.2); teleconference with Francine F. Rabinovitz and Joshua S. Katz (0.6)

08/24/06   1.6  Discuss data with Paul Honig (0.2); begin draft initial data processing plan (1.4).

08/25/06   1.2  Finish initial data processing plan.

TOTAL:     5.3

AUGUST, 2006 TIME LOG OF PAUL K. HONIG (PKH)

DATE      TIME TASK

08/04/06   2.5   Locate & review issue of differences in table counts between HRA & Dan Relles.

08/07/06   4.5   Document & discuss code & outcome differences with Dan Relles and deliver a spreadsheet of results.

08/09/06   3.5   Review various tables in PIQ Access database to locate fields I think are of interest & send request for specific list of relevant fields or extract entire tables; discuss with Joshua S. Katz database concepts & units of analysis.

08/18/06   5.5   Extract various tables & create code for descriptive data and standardize lawfirms; pass logic of Discat on to Robert H. Sims - code uses all relevant fields for capturing disease categories.

08/21/06   4.5   Pass preliminary derived fields to Robert H. Sims asking what certain responses mean for binary fields; ssn when available is mostly last 4 digits; start to examine dedup process utilizing only 4 digit ssns.

08/22/06   2.5   Review our differences with Dan Relles on number of claims filed.

08/23/06   4.5   Develop revised ssn procedure (using 4 digit) which also spots some additional dups (with slightly differing ssn values); document specific steps leading to our record counts; receive data CDs & begin extracting tables.

08/24/06   7.5   Confirm that PIQ sample data is in the new dataset; create doctor log & look for specific doctors/screeners but need direct ties to survey fields; review Robert H. Sims' 1st cut of analysis needs; provide employer log & direct exposure log.

08/25/06   3.5   Prepare and teleconference email for Dan Relles highlighting our inconsistent data processing counts - Dan Relles reviewed his selection criteria in phone conversation which explains the divergent counts.

08/28/06   6.0   Rerun our code for Grace with modified selection criteria (as per Dan Relles).

AUGUST, 2006 TIME LOG OF PAUL K. HONIG (PKH) continued

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

08/29/06   3.0   Recreate DR_HRA xls comparison tables; email results to Francine F. Rabinovitz & Robert H. Sims - the counts are quite consistent with Dan Relles' now.

TOTAL:    47.5

AUGUST, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

DATE      TIME TASK

08/01/06  1.2  Import and review of PI 7000 claims database (0.5); Review of Fred Dunbar's paper on the changes in the asbestos PI forecasting environment (0.7).

08/10/06  1.4  Weekly Grace conference call (0.9); Call with Francine F. Rabinovitz discussing the weekly call and other Grace issues (0.5).

08/16/06  1.5  Review of Jay Sakalo's email on Armstrong opinion (0.2) Careful review of Rodriguez opinion in Armstrong opinion and creation of summary notes document for review later (1.3).

08/17/06  0.8  Weekly Conference Call.

08/23/06  1.9  Review of new database file from Wanda (0.5); emails to Wanda Roman regarding new database file and requesting certain documents per conversation with Francine F. Rabinovitz and Robert H. Sims (0.4); Review of questionnaire in preparation for call with Francine F. Rabinovitz and Robert H. Sims (0.4) Conference call with Robert H. Sims and Francine F. Rabinovitz on database and initial steps in preparation for estimation (0.6).

08/24/06  5.4  Review of informational brief for first analysis of occupations that worked with Grace products (1.8); Review of Disclosure statement and TDPs for analysis of occupations exposed (2.1) Weekly Grace conference call (0.5); Brief call with Jay Sakalo re: the PI estimation (0.3); Email to Francine F. Rabinovitz and Robert H. Sims regarding PI estimation calendar (0.2).

08/25/06  2.6  Completion of review of materials regarding references to occupations of exposed workers (0.7); Memo to Francine F. Rabinovitz and Robert H. Sims on findings (0.5); Per Francine F. Rabinovitz's request, memo comparing the two PI trusts and relevant provisions (1.4).

08/31/06  1.5  Review of CMO emails and documents from Jay Sakalo (0.5); Grace conference call (1.0).
TOTAL:    16.3

# HR&A                                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

October 13, 2006
Invoice No. HRA20061310

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of September, 2006.

## FEES

Francine F. Rabinovitz
7.5 hours @ $ 600 per hour                                    $  4,500.00

Robert H. Sims
7.9 hours @ $ 500 per hour                                       3,950.00

Paul K. Honig
2.0 hours @ $ 300 per hour                                         600.00

Joshua S. Katz
4.0 hours @ $ 250 per hour
   1,000.00

**TOTAL DUE:**                                                $ 10,050.00


*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA         LOS ANGELES              NEW YORK

SEPTEMBER, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE | TIME | TASK
---|---|---
09/18/06 | 3.0 | Review processing with full data set.
09/19/06 | 0.5 | Talk with Joshua S. Katz re PD Committee phone call.
09/21/06 | 2.0 | Read hearing transcript re motion to end exclusivity (1.5); Talk with Joshua S. Katz re committee phone call (0.5).
09/25/06 | 2.0 | Read in detail hearing transcript re motion to compel answers to questionnaires.
TOTAL: | 7.5 |

SEPTEMBER, 2006 TIME LOG OF ROBERT H. SIMS (RHS)

| DATE | TIME | TASK |
|---|---|---|
| 09/06/06 | 1.2 | Review PIQ survey instrument, compare to Access data, note missing pages. |
| 09/07/06 | 1.4 | Continue review of PIQ and Access data. |
| 09/08/06 | 1.8 | Continue review of PIQ and Access data. |
| 09/12/06 | 1.5 | Review missing questionnaire pages. |
| 09/13/06 | 1.0 | Compare missing questions to Access data. |
| 09/19/06 | 1.0 | Review latest PIQ cds. |
| TOTAL: | 7.9 | |

SEPTEMBER, 2006 TIME LOG OF PAUL K. HONIG (PKH)

<u>DATE</u>     <u>TIME</u>  <u>TASK</u>

09/26/06   2.0  Continue to develop potential deduping logic using
      "ssn4" with  Manville data & solve "missing" date values
      issue in Robert H. Sims' data.
TOTAL:     2.0

SEPTEMBER, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>     <u>TIME</u>  <u>TASK</u>

09/08/06   0.5   Review of recent news regarding W.R. Grace.

09/13/06   0.5   Correspondence with Wanda Roman at Bilzin re: final questionnaire and the PI claims database.

09/14/06   1.5   Review of recent SEC filings (0.7); weekly conference call (0.8)

09/19/06   0.5   Call with Francine F. Rabinovitz discussing conference call.

09/21/06   1.0   Committee conference call (0.5); Call with Francine F. Rabinovitz discussing conference call (0.5).

TOTAL:     4.0