## EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
### JULY 1, 2006 THROUGH SEPTEMBER 30, 2006

1. **Case Administration – 15537 – 47.5 hours ($15,516.50)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

During the Application Period, the Applicant spent time keeping track and researching developments that implicate property damage claims specifically and asbestos issues generally.

2. **Debtors' Business Operations – 15538 – 9.9 ($3,925.00)**

During the Application Period, the Applicant attended to issues regarding Lloyd's/Equitas settlement motion, analysis of equity matters, and issues concerning the long-term incentive program.

3. **Creditors Committee – 15539 – 26 hours ($12,517.00)**

This matter covers formation and membership issues of the PD Committee. It also covers attendance at PD Committee meetings and conference calls, and preparation of materials for and presentations thereon to the PD Committee.

During the Application Period, the Applicant generally convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting,

reviewed pending matters and issues in preparation therefor, and counseled the members in formulating a position on such matters.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee, counsel to the unsecured creditors' committee, counsel to the future claimants representative, and counsel to the equity committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

4. **Applicant's Fee Applications – 15543 – 55.9 hours ($10,906.00)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application. In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

5. **Hearings – 15544 – 174.1 hours ($77,251.50)**

This matter covers preparation for and attendance at hearings.

6. **Claims Analysis, Objection (asbestos) – 15545 – 1,804.3 hours ($457,220.5)**

This matter covers the review and analysis of asbestos claims filed against the estates and objections and research thereto. The matter covers all aspects of the Applicant's involvement in the estimations of asbestos property damage and personal injury claims.

During the Application Period, the Applicant continued to work on the analysis of property damage and personal injury claims and objections. The Applicant also extensively reviewed and analyzed documents related to the estimations.

14

The Applicant conducted extensive research and review of the Debtors' insurance settlement documents, property damage discovery documents and personal injury discovery documents, as well as extensively reviewed the Boston Repository Index.

The Applicant also attended meetings, conducted research and reviewed the motion to approve scheduling order and the exhibits to same. Further, the Applicant attended to issues regarding the 15th omnibus objections to claims, prepared a memorandum regarding same, drafted a detailed response to the objection to claims, and researched and attended to various issues relating to Canadian Claims.

7.  **Travel – 15546 – 57.4 hours ($14,956.25)**

The Applicant traveled to New York, Wilmington, DE, Pittsburgh, PA and Washington D.C. to attend omnibus hearings, meetings and mediation. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

8.  **Plan and Disclosure Statement – 15554 – 199.0 hours ($81,083.50)**

During the Application Period, the Applicant reviewed and attended to issues regarding the Debtors' liabilities, plan exclusivity and plan negotiations including the appeal of the exclusivity order. Further, the applicant prepared a memorandum of law to the PD Committee regarding plan issues.

In addition, the Applicant conducted research and conferred with PD Committee members and experts regarding on-going mediation, settlement issues and negotiations generally. The Applicant participated in several mediation sessions.

9.  **Litigation Consulting – 15563 – 9.0 hours ($3,528.00)**

The Applicant attended to issues regarding ruling on definition of "asbestos," reviewed ruling regarding use of affirmative defenses and prepared for hearing on RMQ and ELG motion for entry of Judgment.

10.   **Fee Applications of Others – 17781 – 33.5 hours ($5,898.00)**

The Applicant attended to the preparation of monthly statements and quarterly applications for Hamilton Rabinovitz & Alschuler and Hilsoft Notifications. In addition, the Applicant reviewed various applications and reports from the fee auditor and assisted PD Committee experts and committee members in processing their fees.