# EXHIBIT "C"

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
e-mail: info@bilzin.com • WWW.BILZIN.COM

August 31, 2006

WR Grace-The Official Committee of Property Damage Claimants

Invoice #. 111060

FOR PROFESSIONAL SERVICES RENDERED
THROUGH July 31, 2006

Atty - SLB
Client No.: 74817/15537

RE:  01- Case Administration

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/03/06 | NT | 0.30 | 91.50 | Review recent filings in order to determine impact of PD Committee. |
| 07/05/06 | MIK | 0.30 | 96.00 | Attend to file. |
| 07/05/06 | NT | 0.30 | 91.50 | Review recent filings in order to determine impact of PD Committee. |
| 07/06/06 | NT | 0.50 | 152.50 | Review recent filings in order to determine impact of PD Committee. |
| 07/07/06 | MIK | 0.10 | 32.00 | Review property damage related docket entries. |
| 07/08/06 | SLB | 0.80 | 500.00 | Email exchange with D. Speights, M. Dies, J. Sakalo regarding Canadian ZAI claims, Canadian bankruptcy (.8). |
| 07/08/06 | JMS | 0.30 | 120.00 | E-mail exchange with T. Tacconnelli regarding revised indictment (.3). |
| 07/10/06 | MIK | 0.20 | 64.00 | Review PD-related docket entries. |
| 07/10/06 | NT | 0.30 | 91.50 | Review recent filings in order to determine impact on PD Committee. |
| 07/11/06 | MIK | 0.20 | 64.00 | Review PD-related docket entries. |
| 07/13/06 | MIK | 0.10 | 32.00 | Review PD-related docket entries. |
| 07/13/06 | NT | 0.30 | 91.50 | Review recent filings in order to determine impact on PD Committee. |
| 07/13/06 | JEV | 1.50 | 202.50 | Analyze pleadings. |
| 07/14/06 | CD | 0.30 | 48.00 | Assist J. Sakalo in redaction of privileged materials; office conference regarding same. |
| 07/15/06 | NT | 0.30 | 91.50 | Review recent filings in order to determine impact on PD Committee. |
| 07/17/06 | NT | 0.70 | 213.50 | Review recent filings in order to determine impact on PD Committee. |
| 07/18/06 | JMS | 0.60 | 240.00 | Review hearing agenda (.3); e-mail to Committee regarding same (.3). |
| 07/18/06 | NT | 0.40 | 122.00 | Review recent filings in order to determine impact on PD Committee. |
| 07/19/06 | JMS | 0.40 | 160.00 | Conference with W. Roman and M. Kramer regarding hearing notebooks (.4). |
| 07/19/06 | JIS | 1.20 | 270.00 | Review docket, read and summarize pleadings filed by debtor and certain claimants. |
| 07/19/06 | MIK | 0.30 | 96.00 | Review PD-related docket entries. |
| 07/20/06 | SLB | 0.20 | 125.00 | Email from J. Sakalo and M. Dies regarding orders entered by court (.2). |
| 07/20/06 | JMS | 0.60 | 240.00 | Conference with W. Roman regarding hearing notebook (.2); e-mail exchange with T. Tacconelli regarding hearing preparation (.2); e-mail to E. Inselbuch and R. Frankel thereon (.2). |
| 07/20/06 | MIK | 0.10 | 32.00 | Review PD-related docket entries. |
| 07/21/06 | JMS | 0.40 | 160.00 | Review/revise hearing notebook and conference with W. Roman thereon (.4). |
| 07/21/06 | MIK | 0.70 | 224.00 | Review PD-related docket entries (.3); office conference with Janette Valdes regarding pleadings (.4). |
| 07/24/06 | MIK | 0.30 | 96.00 | Review PD-related docket entries (.2); email pleadings to M. Dies (.1). |
| 07/24/06 | NT | 0.30 | 91.50 | Review recent filings in order to determine impact on PD Committee. |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 07/24/06 | JEV | 1.50 | 202.50 | Prepare hearing transcript request. |
| 07/25/06 | IIS | 0.10 | 22.50 | Discuss omnibus hearing with M. Kramer. |
| 07/28/06 | MIK | 0.20 | 64.00 | Review PD-related docket entries. |
| 07/28/06 | NT | 0.30 | 91.50 | Review recent filings in order to determine impact on PD Committee. |
| 07/31/06 | MIK | 0.10 | 32.00 | Review PD-related docket entries. |

**PROFESSIONAL SERVICES**                                                    $4,251.00

## COSTS ADVANCED

| | | |
|---|---|---|
| 06/13/06 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 00463926; DATE: 6/30/2006 - Account# 306300 | 20.60 |
| 06/19/06 | AirfareTravel to Delaware - VENDOR: DINERS CLUB; INVOICE#: 05/26/06-06/27/06; DATE: 6/27/2006 - Acct #5306220025395504 | 808.60 |
| 06/21/06 | Long Distance Telephone-Outside ServicesCOURT CALL - VENDOR: DINERS CLUB; INVOICE#: 05/26/06-06/27/06; DATE: 6/27/2006 - Acct #5306220025395504 | 80.00 |
| 06/21/06 | Westlaw-Online Legal ResearchVENDOR: DINERS CLUB; INVOICE#: 811636069; DATE: 6/30/2006 - Account# 5306-2200-2539-5504 | 9.18 |
| 06/22/06 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 00463926; DATE: 6/30/2006 - Account# 306300 | 76.85 |
| 06/22/06 | Westlaw-Online Legal ResearchVENDOR: DINERS CLUB; INVOICE#: 811636069; DATE: 6/30/2006 - Account# 5306-2200-2539-5504 | 8.43 |
| 06/22/06 | Westlaw-Online Legal ResearchVENDOR: DINERS CLUB; INVOICE#: 811636069; DATE: 6/30/2006 - Account# 5306-2200-2539-5504 | 0.65 |
| 06/23/06 | Westlaw-Online Legal ResearchVENDOR: DINERS CLUB; INVOICE#: 811636069; DATE: 6/30/2006 - Account# 5306-2200-2539-5504 | 21.22 |
| 06/26/06 | AirfareTravel to Washington DC - VENDOR: Matthew Kramer; INVOICE#: MIK-06/26/06; DATE: 6/26/2006 - Clients | 1,288.60 |
| 06/26/06 | Westlaw-Online Legal ResearchVENDOR: DINERS CLUB; INVOICE#: 811636069; DATE: 6/30/2006 - Account# 5306-2200-2539-5504 | 14.57 |
| 06/29/06 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 00463926; DATE: 6/30/2006 - Account# 306300 | 29.14 |
| 06/29/06 | Westlaw-Online Legal ResearchVENDOR: DINERS CLUB; INVOICE#: 811636069; DATE: 6/30/2006 - Account# 5306-2200-2539-5504 | 14.88 |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 07/05/06 | Long Distance Telephone1(512)476-4394 | 48.51 |
| 07/06/06 | CD/DVD Duplication | 700.00 |
| 07/06/06 | Long Distance Telephone1(202)466-4422 | 0.99 |
| 07/06/06 | Long Distance Telephone1(202)468-9265 | 0.99 |
| 07/06/06 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 110847478; DATE: 7/10/2006 | 34.68 |
| 07/06/06 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 110847478; DATE: 7/10/2006 | 35.48 |
| 07/06/06 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 110847478; DATE: 7/10/2006 | 25.06 |
| 07/06/06 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 110847478; DATE: 7/10/2006 | 8.48 |
| 07/06/06 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 110847478; DATE: 7/10/2006 | 9.44 |
| 07/06/06 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 110847478; DATE: 7/10/2006 | 9.44 |
| 07/07/06 | Long Distance Telephone1(512)476-4394 | 21.78 |
| 07/07/06 | Long Distance Telephone1(803)943-4444 | 2.97 |
| 07/11/06 | Long Distance Telephone1(512)476-4394 | 0.99 |
| 07/11/06 | Long Distance Telephone1(409)920-2643 | 0.99 |
| 07/11/06 | Long Distance Telephone1(412)644-3541 | 8.91 |
| 07/11/06 | Long Distance Telephone1(512)473-0373 | 5.94 |
| 07/11/06 | Long Distance Telephone1(409)920-2643 | 4.95 |
| 07/13/06 | Long Distance Telephone1(512)476-4394 | 38.61 |
| 07/13/06 | Long Distance Telephone1(843)727-6513 | 0.99 |
| 07/13/06 | Long Distance Telephone1(512)476-4394 | 14.85 |
| 07/13/06 | Long Distance Telephone1(843)727-6513 | 0.99 |
| 07/14/06 | Long Distance Telephone1(202)973-9381 | 0.99 |
| 07/14/06 | Long Distance Telephone1(406)542-7260 | 11.88 |
| 07/17/06 | Long Distance Telephone1(843)727-6513 | 2.97 |
| 07/17/06 | Long Distance Telephone1(843)849-7312 | 1.98 |
| 07/17/06 | Long Distance Telephone1(843)849-7312 | 0.99 |
| 07/17/06 | Long Distance Telephone1(843)727-6513 | 2.97 |
| 07/17/06 | Long Distance Telephone1(512)476-4397 | 3.96 |
| 07/17/06 | Telecopies    2pgs @ 1.00/pg | 2.00 |
| 07/17/06 | Telecopies    1pgs @ 1.00/pg | 1.00 |
| 07/17/06 | Telecopies    7pgs @ 1.00/pg | 7.00 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 07/18/06 | Long Distance Telephone1(803)943-4084 | 12.87 |
| 07/18/06 | Long Distance Telephone1(843)727-6670 | 1.98 |
| 07/18/06 | Long Distance Telephone1(512)476-4394 | 24.75 |
| 07/19/06 | Long Distance Telephone1(843)727-6670 | 0.99 |
| 07/19/06 | Long Distance Telephone1(409)920-2643 | 9.90 |
| 07/19/06 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 113395701; DATE: 7/24/2006 | 7.63 |
| 07/21/06 | Long Distance Telephone1(212)813-1703 | 1.98 |
| 07/21/06 | Long Distance Telephone1(202)339-8567 | 2.97 |
| 07/21/06 | Long Distance Telephone1(302)575-1555 | 2.97 |
| 07/21/06 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 113918433; DATE: 7/26/2006 | 8.82 |
| 07/24/06 | Photocopies - Outside ServiceVENDOR: Copytech Inc.; INVOICE#: 207; DATE: 7/24/2006 - Clients | 128.36 |
| 07/24/06 | Long Distance Telephone1(406)829-7123 | 0.99 |
| 07/24/06 | Long Distance Telephone1(406)829-7123 | 0.99 |
| 07/25/06 | Long Distance Telephone1(202)973-0296 | 0.99 |
| 07/25/06 | AirfareTravel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-07/25/06; DATE: 7/25/2006 - Client - 15537 | 813.60 |
| 07/25/06 | Fares, Mileage, ParkingCab fares - Travel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-07/25/06; DATE: 7/25/2006 - Client - 15537 | 32.50 |
| 07/25/06 | MealsTravel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-07/25/06; DATE: 7/25/2006 - Client - 15537 | 159.50 |
| 07/25/06 | MealsTravel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-07/25/06; DATE: 7/25/2006 - Client - 15537 | 7.49 |
| 07/27/06 | Long Distance Telephone1(831)626-1350 | 1.98 |
| 07/31/06 | Long Distance Telephone1(409)920-2643 | 0.99 |
| 07/31/06 | Long Distance Telephone1(409)883-4394 | 8.91 |
| 07/31/06 | Miscellaneous Costs    Professional/ Expert fees related to PD Estimation for February 2006    $228,429.41 | 228,429.41 |
| 07/31/06 | Miscellaneous Costs    Professional/ Expert fees related to PD Estimation for April 2006    $330.00 | 330.00 |
| 07/31/06 | Miscellaneous Costs    Professional/ Expert fees related to PD Estimation for July 2006    $90,778.91 | 90,778.91 |
| 07/03/06 | Copies 15pgs @ 0.10/pg | 1.50 |
| 07/05/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 07/05/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 07/06/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 07/06/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/11/06 | Copies 6pgs @ 0.10/pg | 0.60 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 07/12/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 07/12/06 | Copies 15pgs @ 0.10/pg | 1.50 |
| 07/12/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/12/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 07/12/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/19/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/19/06 | Copies 1,452pgs @ 0.10/pg | 145.20 |
| 07/19/06 | Copies 1,100pgs @ 0.10/pg | 110.00 |
| 07/19/06 | Copies 420pgs @ 0.10/pg | 42.00 |
| 07/20/06 | Copies 1,570pgs @ 0.10/pg | 157.00 |
| 07/20/06 | Copies 278pgs @ 0.10/pg | 27.80 |
| 07/20/06 | Copies 113pgs @ 0.10/pg | 11.30 |
| 07/18/06 | Copies 10pgs @ 0.10/pg | 1.00 |
| 07/21/06 | Copies 14pgs @ 0.10/pg | 1.40 |
| 07/21/06 | Copies 50pgs @ 0.10/pg | 5.00 |
| 07/21/06 | Copies 139pgs @ 0.10/pg | 13.90 |
| 07/21/06 | Copies 10pgs @ 0.10/pg | 1.00 |
| 07/21/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/23/06 | Copies 26pgs @ 0.10/pg | 2.60 |
| 07/24/06 | Copies 46pgs @ 0.10/pg | 4.60 |
| 07/24/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/24/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/24/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/24/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/25/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/25/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/25/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/25/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/25/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/25/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/25/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 07/25/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/25/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/25/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/26/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/26/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/26/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/26/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/26/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/31/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/31/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/31/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/31/06 | Copies 6pgs @ 0.10/pg | 0.60 |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 07/21/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/21/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/21/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 07/21/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/21/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/21/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/21/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/21/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/21/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/21/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/21/06 | Copies 27pgs @ 0.10/pg | 2.70 |
| 07/21/06 | Copies 32pgs @ 0.10/pg | 3.20 |
| 07/21/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/21/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/21/06 | Copies 35pgs @ 0.10/pg | 3.50 |
| 07/21/06 | Copies 43pgs @ 0.10/pg | 4.30 |
| 07/21/06 | Copies 35pgs @ 0.10/pg | 3.50 |
| 07/18/06 | Copies 30pgs @ 0.10/pg | 3.00 |
| 07/18/06 | Copies 15pgs @ 0.10/pg | 1.50 |
| 07/18/06 | Copies 14pgs @ 0.10/pg | 1.40 |
| 07/18/06 | Copies 14pgs @ 0.10/pg | 1.40 |
| 07/18/06 | Copies 14pgs @ 0.10/pg | 1.40 |
| 07/18/06 | Copies 44pgs @ 0.10/pg | 4.40 |
| 07/18/06 | Copies 220pgs @ 0.10/pg | 22.00 |
| 07/18/06 | Copies 26pgs @ 0.10/pg | 2.60 |
| 07/18/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 07/18/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 07/18/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 07/18/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 07/18/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 07/18/06 | Copies 37pgs @ 0.10/pg | 3.70 |
| 07/18/06 | Copies 38pgs @ 0.10/pg | 3.80 |
| 07/18/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/18/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 07/18/06 | Copies 22pgs @ 0.10/pg | 2.20 |
| 07/18/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/18/06 | Copies 66pgs @ 0.10/pg | 6.60 |
| 07/18/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/18/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/18/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/20/06 | Copies 49pgs @ 0.10/pg | 4.90 |
| 07/20/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/20/06 | Copies 25pgs @ 0.10/pg | 2.50 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 07/20/06 | Copies 1pgs @ 0.10/pg | 0.10 |
|----------|-----------------------|------|
| 07/20/06 | Copies 26pgs @ 0.10/pg | 2.60 |
| 07/20/06 | Copies 82pgs @ 0.10/pg | 8.20 |
| 07/20/06 | Copies 13pgs @ 0.10/pg | 1.30 |
| 07/20/06 | Copies 14pgs @ 0.10/pg | 1.40 |
| 07/20/06 | Copies 14pgs @ 0.10/pg | 1.40 |
| 07/20/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/20/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/20/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 07/20/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/20/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 07/20/06 | Copies 10pgs @ 0.10/pg | 1.00 |
| 07/20/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 07/20/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/20/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/20/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/20/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 07/20/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/20/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/20/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/20/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/20/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/20/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 07/20/06 | Copies 72pgs @ 0.10/pg | 7.20 |
| 07/20/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/20/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/20/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/20/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/20/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/20/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/20/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/20/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 07/20/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/20/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 07/20/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/20/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/20/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/20/06 | Copies 20pgs @ 0.10/pg | 2.00 |
| 07/19/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/19/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/19/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 49pgs @ 0.10/pg | 4.90 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 8

| | | |
|---|---|---:|
| 07/19/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/19/06 | Copies 25pgs @ 0.10/pg | 2.50 |
| 07/19/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/19/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 07/19/06 | Copies 28pgs @ 0.10/pg | 2.80 |
| 07/19/06 | Copies 223pgs @ 0.10/pg | 22.30 |
| 07/19/06 | Copies 295pgs @ 0.10/pg | 29.50 |
| 07/19/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 07/19/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 07/19/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/19/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 07/19/06 | Copies 189pgs @ 0.10/pg | 18.90 |
| 07/19/06 | Copies 48pgs @ 0.10/pg | 4.80 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/19/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 07/19/06 | Copies 10pgs @ 0.10/pg | 1.00 |
| 07/19/06 | Copies 13pgs @ 0.10/pg | 1.30 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 65pgs @ 0.10/pg | 6.50 |
| 07/19/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 07/19/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 32pgs @ 0.10/pg | 3.20 |
| 07/19/06 | Copies 15pgs @ 0.10/pg | 1.50 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/19/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 07/19/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 07/19/06 | Copies 20pgs @ 0.10/pg | 2.00 |
| 07/19/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 07/19/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 07/19/06 | Copies 23pgs @ 0.10/pg | 2.30 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 07/19/06 | Copies 19pgs @ 0.10/pg | 1.90 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 07/19/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/19/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/13/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 07/13/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 07/13/06 | Copies 18pgs @ 0.10/pg | 1.80 |
| 07/13/06 | Copies 12pgs @ 0.10/pg | 1.20 |
| 07/13/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/13/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/13/06 | Copies 18pgs @ 0.10/pg | 1.80 |
| 07/13/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 07/13/06 | Copies 12pgs @ 0.10/pg | 1.20 |
| 07/13/06 | Copies 32pgs @ 0.10/pg | 3.20 |
| 07/13/06 | Copies 15pgs @ 0.10/pg | 1.50 |
| 07/13/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 07/13/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/13/06 | Copies 17pgs @ 0.10/pg | 1.70 |
| 07/13/06 | Copies 21pgs @ 0.10/pg | 2.10 |
| 07/13/06 | Copies 22pgs @ 0.10/pg | 2.20 |
| 07/13/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 07/13/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 07/13/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 07/13/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 07/13/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/13/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/13/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 07/13/06 | Copies 14pgs @ 0.10/pg | 1.40 |
| 07/13/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 07/13/06 | Copies 20pgs @ 0.10/pg | 2.00 |
| 07/13/06 | Copies 16pgs @ 0.10/pg | 1.60 |
| 07/13/06 | Copies 12pgs @ 0.10/pg | 1.20 |
| 07/13/06 | Copies 15pgs @ 0.10/pg | 1.50 |
| 07/13/06 | Copies 23pgs @ 0.10/pg | 2.30 |
| 07/13/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 07/13/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 07/14/06 | Copies 1pgs @ 0.10/pg | 0.10 |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 07/14/06 | Copies 16pgs @ 0.10/pg | 1.60 |
| 07/14/06 | Copies 20pgs @ 0.10/pg | 2.00 |
| 07/17/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 07/17/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 07/17/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 07/17/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/17/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/17/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/17/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/17/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/17/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 07/17/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 07/17/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 07/17/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 07/17/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/17/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/17/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/17/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/17/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/17/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 07/17/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 07/17/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 07/12/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/12/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/12/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/12/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/12/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/12/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/12/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/12/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/12/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/12/06 | Copies 23pgs @ 0.10/pg | 2.30 |
| 07/12/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/12/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/12/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 07/12/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 07/12/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/07/06 | Copies 22pgs @ 0.10/pg | 2.20 |
| 07/07/06 | Copies 18pgs @ 0.10/pg | 1.80 |
| 07/07/06 | Copies 14pgs @ 0.10/pg | 1.40 |
| 07/07/06 | Copies 19pgs @ 0.10/pg | 1.90 |
| 07/07/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 07/07/06 | Copies 18pgs @ 0.10/pg | 1.80 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 07/07/06 | Copies 14pgs @ 0.10/pg | 1.40 |
| 07/07/06 | Copies 18pgs @ 0.10/pg | 1.80 |
| 07/07/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/07/06 | Copies 29pgs @ 0.10/pg | 2.90 |
| 07/07/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/07/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/10/06 | Copies 32pgs @ 0.10/pg | 3.20 |
| 07/10/06 | Copies 50pgs @ 0.10/pg | 5.00 |
| 07/10/06 | Copies 32pgs @ 0.10/pg | 3.20 |
| 07/10/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/11/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/11/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/11/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/11/06 | Copies 93pgs @ 0.10/pg | 9.30 |
| 07/11/06 | Copies 93pgs @ 0.10/pg | 9.30 |
| 07/11/06 | Copies 23pgs @ 0.10/pg | 2.30 |
| 07/11/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/06/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/06/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 07/06/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 07/06/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/06/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 07/06/06 | Copies 19pgs @ 0.10/pg | 1.90 |
| 07/06/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/06/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/06/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/06/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/06/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/06/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/06/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/06/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/06/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/06/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/06/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 07/06/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 07/05/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/05/06 | Copies 220pgs @ 0.10/pg | 22.00 |
| 07/05/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/05/06 | Copies 83pgs @ 0.10/pg | 8.30 |
| 07/05/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/05/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/05/06 | Copies 24pgs @ 0.10/pg | 2.40 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 12

| | | |
|---|---|---|
| 07/05/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/05/06 | Copies 22pgs @ 0.10/pg | 2.20 |
| 07/05/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/05/06 | Copies 12pgs @ 0.10/pg | 1.20 |
| 07/05/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 07/05/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 07/05/06 | Copies 15pgs @ 0.10/pg | 1.50 |
| 07/05/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/05/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/05/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/05/06 | Copies 15pgs @ 0.10/pg | 1.50 |
| 07/05/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/05/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/05/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/05/06 | Copies 19pgs @ 0.10/pg | 1.90 |
| 06/26/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/26/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/26/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/26/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/26/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/27/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/27/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/27/06 | Copies 42pgs @ 0.10/pg | 4.20 |
| 06/27/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/27/06 | Copies 12pgs @ 0.10/pg | 1.20 |
| 06/27/06 | Copies 22pgs @ 0.10/pg | 2.20 |
| 06/27/06 | Copies 20pgs @ 0.10/pg | 2.00 |
| 06/27/06 | Copies 24pgs @ 0.10/pg | 2.40 |
| 06/27/06 | Copies 20pgs @ 0.10/pg | 2.00 |
| 06/27/06 | Copies 20pgs @ 0.10/pg | 2.00 |
| 06/27/06 | Copies 20pgs @ 0.10/pg | 2.00 |
| 06/27/06 | Copies 20pgs @ 0.10/pg | 2.00 |
| 06/27/06 | Copies 14pgs @ 0.10/pg | 1.40 |
| 06/27/06 | Copies 15pgs @ 0.10/pg | 1.50 |
| 06/27/06 | Copies 14pgs @ 0.10/pg | 1.40 |
| 06/27/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 06/28/06 | Copies 114pgs @ 0.10/pg | 11.40 |
| 06/28/06 | Copies 114pgs @ 0.10/pg | 11.40 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 33pgs @ 0.10/pg | 3.30 |
| 06/28/06 | Copies 16pgs @ 0.10/pg | 1.60 |
| 06/28/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 06/28/06 | Copies 16pgs @ 0.10/pg | 1.60 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 223pgs @ 0.10/pg | 22.30 |
| 06/28/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/28/06 | Copies 109pgs @ 0.10/pg | 10.90 |
| 06/28/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/28/06 | Copies 220pgs @ 0.10/pg | 22.00 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 83pgs @ 0.10/pg | 8.30 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/28/06 | Copies 16pgs @ 0.10/pg | 1.60 |
| 06/28/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 06/28/06 | Copies 82pgs @ 0.10/pg | 8.20 |
| 06/28/06 | Copies 34pgs @ 0.10/pg | 3.40 |
| 06/28/06 | Copies 79pgs @ 0.10/pg | 7.90 |
| 06/28/06 | Copies 81pgs @ 0.10/pg | 8.10 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 41pgs @ 0.10/pg | 4.10 |
| 06/28/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/28/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 39pgs @ 0.10/pg | 3.90 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/28/06 | Copies 295pgs @ 0.10/pg | 29.50 |
| 06/28/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/28/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 06/28/06 | Copies 18pgs @ 0.10/pg | 1.80 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/28/06 | Copies 189pgs @ 0.10/pg | 18.90 |
| 06/28/06 | Copies 239pgs @ 0.10/pg | 23.90 |
| 06/28/06 | Copies 160pgs @ 0.10/pg | 16.00 |
| 06/28/06 | Copies 158pgs @ 0.10/pg | 15.80 |
| 06/28/06 | Copies 30pgs @ 0.10/pg | 3.00 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 14

| | | |
|---|---|---|
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/29/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 32pgs @ 0.10/pg | 3.20 |
| 06/29/06 | Copies 38pgs @ 0.10/pg | 3.80 |
| 06/29/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 06/29/06 | Copies 32pgs @ 0.10/pg | 3.20 |
| 06/29/06 | Copies 25pgs @ 0.10/pg | 2.50 |
| 06/29/06 | Copies 10pgs @ 0.10/pg | 1.00 |
| 06/29/06 | Copies 18pgs @ 0.10/pg | 1.80 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |