# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
|----------|------------------------|------|
| 06/29/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/29/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/29/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/29/06 | Copies 13pgs @ 0.10/pg | 1.30 |
| 06/29/06 | Copies 22pgs @ 0.10/pg | 2.20 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 46pgs @ 0.10/pg | 4.60 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/30/06 | Copies 21pgs @ 0.10/pg | 2.10 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 19pgs @ 0.10/pg | 1.90 |
| 06/30/06 | Copies 19pgs @ 0.10/pg | 1.90 |
| 06/30/06 | Copies 20pgs @ 0.10/pg | 2.00 |
| 06/30/06 | Copies 18pgs @ 0.10/pg | 1.80 |
| 06/30/06 | Copies 18pgs @ 0.10/pg | 1.80 |
| 06/30/06 | Copies 18pgs @ 0.10/pg | 1.80 |
| 06/30/06 | Copies 15pgs @ 0.10/pg | 1.50 |
| 06/30/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/30/06 | Copies 96pgs @ 0.10/pg | 9.60 |
| 06/30/06 | Copies 27pgs @ 0.10/pg | 2.70 |
| 06/30/06 | Copies 38pgs @ 0.10/pg | 3.80 |
| 06/30/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 06/30/06 | Copies 29pgs @ 0.10/pg | 2.90 |
| 06/30/06 | Copies 25pgs @ 0.10/pg | 2.50 |
| 06/30/06 | Copies 27pgs @ 0.10/pg | 2.70 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 22pgs @ 0.10/pg | 2.20 |
| 06/30/06 | Copies 24pgs @ 0.10/pg | 2.40 |
| 06/30/06 | Copies 12pgs @ 0.10/pg | 1.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 106pgs @ 0.10/pg | 10.60 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 06/30/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 24pgs @ 0.10/pg | 2.40 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 37pgs @ 0.10/pg | 3.70 |
| 06/30/06 | Copies 38pgs @ 0.10/pg | 3.80 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 29pgs @ 0.10/pg | 2.90 |
| 06/30/06 | Copies 25pgs @ 0.10/pg | 2.50 |
| 06/30/06 | Copies 27pgs @ 0.10/pg | 2.70 |
| 06/30/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/30/06 | Copies 22pgs @ 0.10/pg | 2.20 |
| 06/30/06 | Copies 24pgs @ 0.10/pg | 2.40 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 06/30/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 17pgs @ 0.10/pg | 1.70 |
| 06/30/06 | Copies 17pgs @ 0.10/pg | 1.70 |
| 06/30/06 | Copies 17pgs @ 0.10/pg | 1.70 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 06/30/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 06/30/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 06/30/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/30/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 06/30/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/30/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/30/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/30/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 22pgs @ 0.10/pg | 2.20 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/30/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/30/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/30/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/30/06 | Copies 12pgs @ 0.10/pg | 1.20 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 12pgs @ 0.10/pg | 1.20 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
|---|---|---|
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 63pgs @ 0.10/pg | 6.30 |
| 06/30/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 27pgs @ 0.10/pg | 2.70 |
| 06/30/06 | Copies 13pgs @ 0.10/pg | 1.30 |
| 06/30/06 | Copies 38pgs @ 0.10/pg | 3.80 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 25pgs @ 0.10/pg | 2.50 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 29pgs @ 0.10/pg | 2.90 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 27pgs @ 0.10/pg | 2.70 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 19pgs @ 0.10/pg | 1.90 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 12pgs @ 0.10/pg | 1.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 13pgs @ 0.10/pg | 1.30 |
| 06/30/06 | Copies 151pgs @ 0.10/pg | 15.10 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 21pgs @ 0.10/pg | 2.10 |
| 06/30/06 | Copies 20pgs @ 0.10/pg | 2.00 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/30/06 | Copies 7pgs @ 0.10/pg | 0.70 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 21

| | | |
|---|---|---|
| 06/30/06 | Copies 63pgs @ 0.10/pg | 6.30 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/30/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 06/30/06 | Copies 149pgs @ 0.10/pg | 14.90 |
| 06/30/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/30/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/30/06 | Copies 29pgs @ 0.10/pg | 2.90 |
| 06/30/06 | Copies 162pgs @ 0.10/pg | 16.20 |
| 06/30/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/30/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/30/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 06/30/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/30/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 07/03/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/03/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/03/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/03/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/03/06 | Copies 1pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED**                              $325,642.68

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.00 | $625.00 | $625.00 |
| Sakalo, Jay M | 2.30 | $400.00 | $920.00 |
| Snyder, Jeffrey I | 1.30 | $225.00 | $292.50 |
| Kramer, Matthew I | 2.60 | $320.00 | $832.00 |
| Testa, Nicole | 3.70 | $305.00 | $1,128.50 |
| Douglas, Catherine | 0.30 | $160.00 | $48.00 |
| Valdes, Janette | 3.00 | $135.00 | $405.00 |
| *TOTAL* | *14.20* | | *$4,251.00* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 22

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $2,910.80 |
| CD/DVD Duplication | $700.00 |
| Photocopies - Outside Service | $128.36 |
| Fares, Mileage, Parking | $32.50 |
| Telecopies | $10.00 |
| Federal Express | $139.03 |
| Long Distance Telephone | $251.46 |
| Long Distance Telephone-Outside Services | $206.59 |
| Meals | $166.99 |
| Miscellaneous Costs | $319,538.32 |
| Westlaw-Online Legal Research | $68.93 |
| Copies | $1,489.70 |
| TOTAL | $325,642.68 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          $329,893.68

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 23

Atty - SLB
Client No.: 74817/15538

RE:   02 - Debtors' Business Operations

| | | | | |
|---|---|---|---|---|
| 07/05/06 | JMS | 1.10 | 440.00 | Review e-mail exchange regarding indemnity issues (.5); e-mail exchange with R. Wyron and M. Hurford regarding LTIP motion and debtors' response to concerns (.6). |
| 07/05/06 | JIS | 0.20 | 45.00 | Review email correspondence regarding long term incentive program. |
| 07/06/06 | JMS | 1.10 | 440.00 | E-mail regarding revised LTIP language and review same (.6); e-mails with G. Boyer thereon (.2); e-mail exchange with R. Wyron and M. Hurford regarding same (.3). |
| 07/07/06 | JMS | 0.30 | 120.00 | E-mail exchange with R. Wyron and M. Hurford regarding LTIP (.3). |
| 07/14/06 | JMS | 0.40 | 160.00 | Review revised LTIP order (.4). |
| 07/17/06 | JMS | 1.00 | 400.00 | All hands telephone conference regarding Equitas settlement (1.0). |
| 07/19/06 | JMS | 1.50 | 600.00 | E-mails regarding Equitas indemnity and conference with M. Kramer regarding position thereon (.5). |
| 07/20/06 | JMS | 0.50 | 200.00 | Conference with M. Kramer regarding Equitas (.2); e-mail exchange with R. Wyron regarding same (.3). |

**PROFESSIONAL SERVICES**                                                                         $2,405.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 5.90 | $400.00 | $2,360.00 |
| Snyder, Jeffrey I | 0.20 | $225.00 | $45.00 |
| *TOTAL* | *6.10* | | *$2,405.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**           **$2,405.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 24

Atty - SLB
Client No.: 74817/15539

RE: 03 - Creditors Committee

| | | | | |
|---|---|---|---|---|
| 07/06/06 | JMS | 1.20 | 480.00 | Prepare for and hold committee call (.9); telephone conference with S. Baena regarding results of call (.3). |
| 07/06/06 | MIK | 0.70 | 224.00 | Committee call. |
| 07/07/06 | SLB | 0.30 | 187.50 | Memo to D. Speights regarding Canadian proceeding, etc. (.3). |
| 07/13/06 | SLB | 0.50 | 312.50 | Committee meeting (.5). |
| 07/13/06 | JMS | 0.40 | 160.00 | Committee call (.4). |
| 07/13/06 | MIK | 0.40 | 128.00 | Grace Committee call. |
| 07/20/06 | SLB | 0.90 | 562.50 | Email from and to M. Dies regarding agenda items (.2); committee call (.5); email to member not on committee regarding agenda (.2). |
| 07/20/06 | JMS | 0.50 | 200.00 | Committee call (.5). |
| 07/20/06 | MIK | 0.50 | 160.00 | Committee call. |
| 07/27/06 | SLB | 1.20 | 750.00 | Prepare for and conduct committee meeting (.9); email to J. Sakalo regarding same (.3). |
| 07/27/06 | MIK | 0.50 | 160.00 | Grace Committee call. |

**PROFESSIONAL SERVICES** $3,324.50

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.90 | $625.00 | $1,812.50 |
| Sakalo, Jay M | 2.10 | $400.00 | $840.00 |
| Kramer, Matthew I | 2.10 | $320.00 | $672.00 |
| *TOTAL* | *7.10* | | *$3,324.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $3,324.50

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 23

Atty - SLB
RE:    07 - Applicant's Fee Application                                                    Client No.: 74817/15543

| 07/13/06 | LMF | 1.60 | 256.00 | Finalize May and June statements (1.6). |
| 07/17/06 | MIK | 2.40 | 768.00 | Revise monthly invoices. |
| 07/19/06 | LMF | 2.30 | 368.00 | Review edits to May and June Bilzin prebills (1.2); review all edits prior to finalizing statements (1.1). |
| 07/21/06 | LMF | 2.60 | 416.00 | Attend to final revisions to May and June statements for Bilzin and prepare notices, summaries and attend to filing and service of same (2.6). |

PROFESSIONAL SERVICES                                                                            $1,808.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kramer, Matthew I | 2.40 | $320.00 | $768.00 |
| Flores, Luisa M | 6.50 | $160.00 | $1,040.00 |
| *TOTAL* | *8.90* | | *$1,808.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER                    $1,808.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 26

Atty - SLB
Client No.: 74817/15844

RE:  08 - Hearings

| 07/18/06 | SLB | 4.30 | 2,687.50 | Prepare for 7/24 hearing including conference with J. Sakalo et al regarding extant issues, etc., review pleadings of matters on agenda and organize materials (4.3). |
| 07/18/06 | MIK | 4.20 | 1,344.00 | Review papers regarding 7/24 hearing (.9); office conference with Scott L. Baena regarding hearing (3.3). |
| 07/19/06 | SLB | 4.20 | 2,625.00 | Prepare for 7/24 hearing including read transcripts of 7/19/05, 11/14/05 hearings, research and analysis of implications of scheduling motion (4.2). |
| 07/19/06 | MIK | 0.30 | 96.00 | Office conference with Jay M. Sakalo regarding 7/24 hearing. |
| 07/19/06 | WR | 3.50 | 560.00 | Prepare hearing notebooks for July omnibus hearing. |
| 07/20/06 | SLB | 5.80 | 3,625.00 | Prepare for 7/24 hearing, including review of papers, attention to report prepared for use at hearing by CDG, review decisional law, etc. (4.8); telephone conference with asbestos counsel regarding presentation (.6); emails from and to M. Dies regarding conference call among "asbestos counsel" (.4). |
| 07/20/06 | WR | 5.00 | 800.00 | Prepare hearing notebooks for July omnibus hearing. |
| 07/21/06 | SLB | 3.70 | 2,312.50 | Prepare for 9/24 omnibus hearing, including review/revision to demonstratives (3.7). |
| 07/21/06 | AM | 1.00 | 135.00 | Assist W. Roman with hearing notebooks (1.0). |
| 07/21/06 | WR | 5.00 | 800.00 | Prepare hearing notebooks for July omnibus hearing. |
| 07/24/06 | SLB | 12.00 | 7,500.00 | Prepare for an attend omnibus hearing, including intervening meeting with E. Inselbuch, R. Frankel, M. Dies and P. Lockwood (12.0). |
| 07/24/06 | JMS | 11.00 | 4,400.00 | Prepare for omnibus hearing en route to Delaware (4.0); pre hearing preparation session with counsel to PI and FCR (1.7); attend omnibus hearing (5.3). |
| 07/24/06 | MIK | 0.80 | 256.00 | Partially attend Grace hearing telephonically. |
| 07/26/06 | MIK | 0.50 | 160.00 | Office conference with Scott L. Baena regarding estimation matter. |

PROFESSIONAL SERVICES                                                            $27,301.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Baena, Scott L | 30.00 | $625.00 | $18,750.00 |
| Sakalo, Jay M | 11.00 | $400.00 | $4,400.00 |
| Kramer, Matthew I | 5.80 | $320.00 | $1,856.00 |
| Roman, Wanda | 13.50 | $160.00 | $2,160.00 |
| Morera, Arianna | 1.00 | $135.00 | $135.00 |
| TOTAL | 61.30 | | $27,301.00 |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER                    $27,301.00

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 27

Atty - SLB

RE:   09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)    Client No. 74817/15545

| | | | | |
|---|---|---|---|---|
| 06/18/06 | JMS | 0.60 | 240.00 | E-mails with W. Roman and G. Gershowitz regarding privilege issues on document review (.6). |
| 06/19/06 | JMS | 0.20 | 80.00 | E-mail exchange with M. Kueper (.2). |
| 06/20/06 | JMS | 6.10 | 2,440.00 | Meeting with S. Baena and M. Kramer regarding response to motion for scheduling order (.8); second conference with S. Baena and M. Kramer thereon (1.8); review claims discrepancy issues and conference with S. Baena thereon (.3); review motion for scheduling order (1.3); telephone conference with D. Speights thereon (.3); e-mail to Committee regarding exhibits (.4); review e-mails from W. Roman regarding privilege and analysis of same (1.2). |
| 07/01/06 | ASD | 7.30 | 2,737.50 | Continue review of Boston Repository Index. |
| 07/01/06 | JMS | 1.70 | 680.00 | E-mail exchange with S. Baena regarding comments to objection (.4); e-mail from M. Dies regarding same (.3); revise draft (.7); e-mail to Committee thereon (.3). |
| 07/02/06 | ASD | 7.60 | 2,850.00 | Continue review of Boston Repository Index. |
| 07/03/06 | ASD | 3.60 | 1,350.00 | Continue review of Boston Repository Index. |
| 07/03/06 | JCM | 2.00 | 550.00 | Review and analyze Debtors insurance files. |
| 07/03/06 | AM | 5.00 | 675.00 | Analyze property damage insurance claim files (5.0). |
| 07/03/06 | MIK | 1.40 | 448.00 | Review pleadings regarding estimation (1.2); review estimation correspondence (.2). |
| 07/03/06 | WR | 7.20 | 1,152.00 | Analyze PD insurance claim files. |
| 07/03/06 | GG | 5.00 | 675.00 | Analyze PD insurance claims files (5.0) |
| 07/04/06 | ASD | 4.70 | 1,762.50 | Continue review of Boston Repository Index. |
| 07/04/06 | JMS | 0.60 | 240.00 | E-mail from M. Dies with additional comments (.4); e-mail from S. Baena regarding same (.2). |
| 07/04/06 | GG | 4.70 | 634.50 | Analyze PD insurance claims files (4.7) |
| 07/05/06 | ASD | 4.30 | 1,612.50 | Continue review of Boston Repository Index. |
| 07/05/06 | SLB | 3.60 | 2,250.00 | Review, revise and send memo regarding response to scheduling motion (2.2); telephone conference with M. Dies regarding trial dates, objection, etc. (1.0); email to J. Baer regarding trial dates (.2); review response of A. Williams (.2). |
| 07/05/06 | JMS | 3.20 | 1,280.00 | Telephone conference with S. Baena, M. Dies regarding objection to motion for scheduling order (.7); work on response to J. Baer regarding PD CMO scheduling (.3); review letter exchange between B. Harding and N. Finch regarding PI estimation/discovery issues (.4); e-mail exchange with D. Speights regarding objection to motion for scheduling order (.4); conference with C. Paniewski regarding absention research (.3); review Tamale reply to motion for scheduling order (.5); e-mail to J. Baer regarding privilege documents issue (.2); e-mail from C. Plaza regarding comments to draft objection to scheduling motion and e-mail to S. Baena thereon (.4). |
| 07/05/06 | JCM | 3.00 | 825.00 | Review and analyze Debtors' settlement documents. |
| 07/05/06 | JIS | 1.40 | 315.00 | Email correspondence with G. Gershowitz regarding insurance claims (0.1); review insurance document production (1.3). |
| 07/05/06 | AM | 8.30 | 1,120.50 | Analyze property damage insurance claim files (8.3). |
| 07/05/06 | MIK | 0.40 | 128.00 | Review estimation related pleadings. |
| 07/05/06 | WR | 12.00 | 1,920.00 | Analyze PD insurance claim files. |
| 07/05/06 | GG | 4.90 | 661.50 | Analyze PD insurance claims files (4.9) |
| 07/05/06 | CA | 2.00 | 400.00 | Research federal case law regarding estimation issues. |
| 07/05/06 | JEV | 2.00 | 270.00 | Analyze property damage insurance claims files. (2.0) |
| 07/06/06 | ASD | 5.10 | 1,912.50 | Continue review of Boston Repository Index. |
| 07/06/06 | JMS | 3.00 | 1,200.00 | Conference with W. Roman regarding CD-ROMs of insurance files (.3); letter to J. Baer regarding return of insurance files (.7); e-mail from J. Snyder regarding PI mediation summary (.3); telephone conference with D. Speights |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | |
|---|---|---|---|
| | | | regarding objection to 15th omnibus scheduling motion (.4); work on coordinating return of privilege documents, including conferences with G. Gershowitz and W. Roman (1.3). |
| 07/06/06 | JCM | 6.50 | 1,787.50 | Review and analyze Debtors' settlement documents. |
| 07/06/06 | JIS | 4.50 | 1,012.50 | Telephone mediation regarding responses to discovery questionnaires (2.9); draft email memorandum summarizing mediation (0.4); review insurance document production (1.0); review draft objection to debtors motion for scheduling order and discuss update to same with J. Sakalo (0.2). |
| 07/06/06 | AM | 7.50 | 1,012.50 | Analyze property damage insurance claim files (7.5). |
| 07/06/06 | MIK | 2.60 | 832.00 | Review pleadings (.2); revise objection to 15th omnibus (2.4) |
| 07/06/06 | WR | 10.00 | 1,600.00 | Analyze PD insurance claim files (6.5); coordinate the return of CD-Rom and document production to debtors (3.0); draft correspondence to experts regarding return of all previously produced CD-Roms of PD insurance claim files (.5). |
| 07/06/06 | GG | 6.00 | 810.00 | Analyze PD insurance claims files (5.5); Retrieve documents from Privilege Log (.5). |
| 07/06/06 | CA | 1.50 | 300.00 | Research federal case law regarding estimation issues. |
| 07/06/06 | JEV | 1.80 | 243.00 | Analyze Grace property damage claims (1.8) |
| 07/07/06 | ASD | 5.80 | 2,175.00 | Continue review of Boston Repository Index. |
| 07/07/06 | SLB | 3.10 | 1,937.50 | Review draft objection regarding scheduling motion and telephone conference with M. Dies regarding same (.7); revise PD committee response to scheduling motion (1.3); review Prudential objection to scheduling motion (.5); review State of Arizona objection to scheduling motion (.3); email to M. Kramer regarding Buchanan testimony (.1); review limited objection of Canadian ZAI claimants with exhibit (.2). |
| 07/07/06 | JMS | 3.00 | 1,200.00 | Revise and finalize objection to motion for scheduling order (1.6); telephone conference with M. Dies thereon (.3); review Prudential objection to same (.4); review State of Arizona objection to same (.3); review Canadian ZAI limited response and conference with S. Baena thereon (.4). |
| 07/07/06 | JCM | 4.00 | 1,100.00 | Review and analyze Debtors' settlement documents. |
| 07/07/06 | JIS | 3.00 | 675.00 | Review insurance document production. |
| 07/07/06 | AM | 5.50 | 742.50 | Analyze property damage insurance claim files (5.5). |
| 07/07/06 | MIK | 0.60 | 192.00 | Telephone conference with M. Dies regarding 15th omnibus objection. |
| 07/07/06 | WR | 5.00 | 800.00 | Analyze PD insurance claim files. |
| 07/07/06 | GG | 6.70 | 904.50 | Analyze PD insurance claims files (5.8); Analyze new production DVDs (.9) |
| 07/07/06 | JEV | 3.00 | 405.00 | Analyze property damage insurance claim files (3.0) |
| 07/08/06 | ASD | 6.10 | 2,287.50 | Continue review of Boston Repository Index. |
| 07/08/06 | JMS | 1.00 | 400.00 | Attend to Canadian claims issues (.3); e-mail exchange with T. Tacconnelli thereon (.2); e-mail exchange with S. Baena and D. Speights regarding same (.3); brief telephone conference with J. Moon regarding same (.2). |
| 07/09/06 | ASD | 7.70 | 2,887.50 | Continue review of Boston Repository Index. |
| 07/09/06 | GG | 4.70 | 634.50 | Analyze PD insurance claims files (4.7) |
| 07/10/06 | SLB | 0.80 | 500.00 | Review proposed discovery stipulation (.2); telephone conference with "all counsel" (.6). |
| 07/10/06 | SLB | 1.00 | 625.00 | Email from and to J. Baer regarding trial dates (.2); emails to and two telephone calls from M. Dies regarding scheduling, etc. (.8). |
| 07/10/06 | JMS | 0.40 | 160.00 | Conference with S. Baena regarding PD-CMO dates and e-mails with J. Baer thereon (.4). |
| 07/10/06 | JCM | 2.50 | 687.50 | Research on Canadian bankruptcy (.8); review and analyze objections to Debtors' case management motion (.5); review and analyze Debtors' settlement documents (1.2). |
| 07/10/06 | JIS | 2.60 | 585.00 | Review insurance document production and enter comments into database (0.7); meeting with M. Kramer regarding research (0.1); legal research (1.8). |
| 07/10/06 | AM | 8.00 | 1,080.00 | Analyze PD insurance claim files (8.0). |
| 07/10/06 | MIK | 0.60 | 192.00 | Telephone conference with creditor constituents/debtor regarding PI issues. |
| 07/10/06 | GG | 4.60 | 621.00 | Analyze PD insurance claims files (4.6) |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 07/10/06 | JEV | 3.20 | 432.00 | Analyze Grace insurance property damage claims |
| 07/11/06 | ASD | 5.60 | 2,100.00 | Continue review of Boston Repository Index. |
| 07/11/06 | SLB | 2.40 | 1,500.00 | Email exchange with J. Baer, D. Bernick, M. Dies regarding scheduling (.7); two telephone calls from M. Dies regarding same (.8); email exchange with D. Bernick regarding same (.2); telephone call to and telephone call from clerk regarding scheduling (.4); telephone call from M. Dies and email from D. Bernick (.3). |
| 07/11/06 | JMS | 2.70 | 1,080.00 | Conference with S. Baena regarding PD CMO scheduling and telephone conference with Court's scheduling clerk thereon (.4); telephone conference with S. Baena and M. Dies regarding same (.3); work on review of e-mails on PD/PI agreement (.7); conference with S. Baena regarding memorandum/summary of PD/ZAI agreement (1.3). |
| 07/11/06 | JIS | 4.10 | 922.50 | Legal research and review Debtors' Supplemental Brief in Support of a Further Exclusivity Extension. |
| 07/11/06 | AM | 6.30 | 850.50 | Analyze PD insurance claim files (6.3). |
| 07/11/06 | WR | 8.20 | 1,312.00 | Analyze PD insurance claim files. |
| 07/11/06 | GG | 3.90 | 526.50 | Analyze PD insurance claims files (3.9) |
| 07/11/06 | JEV | 2.10 | 283.50 | Analyze Grace property damage insurance claim files. |
| 07/12/06 | ASD | 6.10 | 2,287.50 | Continue review of Boston Repository Index. |
| 07/12/06 | SLB | 2.00 | 1,250.00 | Telephone call from M. Dies regarding scheduling (.4); email from and to D. Bernick regarding same (.4); email from D. Bernick and to M. Dies regarding scheduling (.2); telephone conference with M. Dies regarding scheduling and plan issues (.8); email to D. Bernick regarding scheduling (.2). |
| 07/12/06 | JMS | 1.40 | 560.00 | Telephone conference with M. Dies and S. Baena regarding CMO scheduling and draft summary (.6); revise same (.8). |
| 07/12/06 | FMM | 5.20 | 832.00 | Analyze property damage insurance claim files (5.2). |
| 07/12/06 | JCM | 2.00 | 550.00 | Review and analyze Debtors' settlement documents. |
| 07/12/06 | JIS | 8.10 | 1,822.50 | Extensive legal research and draft memorandum regarding same. |
| 07/12/06 | AM | 7.00 | 945.00 | Analyze PD insurance claim files (7.0). |
| 07/12/06 | GG | 4.90 | 661.50 | Analyze PD insurance claims files (4.9) |
| 07/13/06 | ASD | 4.80 | 1,800.00 | Continue review of Boston Repository Index. |
| 07/13/06 | SLB | 2.50 | 1,562.50 | Telephone call from M. Dies regarding scheduling, etc. (.7); review prior CMO's, etc. and memo to M. Dies regarding scheduling issues (.1.1); proposed CMO from J. Baer (.3); telephone call from M. Dies regarding same (.4). |
| 07/13/06 | JIS | 3.00 | 675.00 | Legal research (2.5); review insurance document production (0.5). |
| 07/13/06 | AM | 3.70 | 499.50 | Analyze PD insurance claim files (3.7). |
| 07/13/06 | MIK | 2.40 | 768.00 | Review pleadings regarding estimation. |
| 07/13/06 | WR | 8.50 | 1,360.00 | Analyze PD insurance claim files. |
| 07/13/06 | GG | 1.90 | 256.50 | Analyze PD insurance claim files (1.9) |
| 07/13/06 | JEV | 0.90 | 121.50 | Analyze property damage insurance claim files. |
| 07/14/06 | ASD | 5.70 | 2,137.50 | Continue review of Boston Repository Index. |
| 07/14/06 | JMS | 0.20 | 80.00 | Telephone conference with S. Walsh regarding issues related to value (.2). |
| 07/14/06 | FMM | 4.00 | 640.00 | Analyze property damage insurance claim files (4.0). |
| 07/14/06 | JCM | 2.00 | 550.00 | Review and analyze Debtors' settlement documents. |
| 07/14/06 | AM | 6.20 | 837.00 | Analyze PD insurance claim files (6.2). |
| 07/14/06 | MIK | 4.10 | 1,312.00 | Review pleadings regarding estimation. |
| 07/14/06 | WR | 6.00 | 960.00 | Analyze PD insurance claim files. |
| 07/14/06 | GG | 3.50 | 472.50 | Analyze PD insurance claims files (3.5) |
| 07/14/06 | JEV | 2.10 | 283.50 | Analyze property damage insurance claim files. |
| 07/15/06 | ASD | 6.30 | 2,362.50 | Continue review of Boston Repository Index. |
| 07/15/06 | JMS | 0.70 | 280.00 | Review proposed reply regarding 15th Omnibus (.4); e-mail memorandum to S. Baena thereon (.3). |
| 07/15/06 | WR | 5.00 | 800.00 | Analyze PD insurance claim files. |
| 07/16/06 | ASD | 3.70 | 1,387.50 | Continue review of Boston Repository Index. |