## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Initials | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| 07/16/06 | WR | 5.00 | 800.00 | Analyze PD insurance claim files. |
| 07/16/06 | GG | 3.00 | 405.00 | Analyze PD insurance claims files (3.0) |
| 07/17/06 | ASD | 4.30 | 1,612.50 | Continue review of Boston Repository Index. |
| 07/17/06 | SLB | 0.90 | 562.50 | Telephone conference with M. Dies regarding things to do, etc. (.9). |
| 07/17/06 | AM | 7.50 | 1,012.50 | Analyze PD insurance claims (7.5). |
| 07/17/06 | GG | 4.50 | 607.50 | Analyze PD insurance claims files (4.5). |
| 07/17/06 | JEV | 1.50 | 202.50 | Analyze property damage insurance claims. |
| 07/18/06 | ASD | 2.80 | 1,050.00 | Continue review of Boston Repository Index. |
| 07/18/06 | JCM | 3.00 | 825.00 | Review and analyze Debtors' settlement documents. |
| 07/18/06 | JIS | 2.20 | 495.00 | Legal research (2.2). |
| 07/18/06 | AM | 3.00 | 405.00 | Analyze PD insurance claims (3.0). |
| 07/18/06 | WR | 8.50 | 1,360.00 | Schedule telephonic appearances for July omnibus hearing (.5); analyze PD Insurance Claim Files (8.0). |
| 07/18/06 | GG | 4.50 | 607.50 | Analyze PD insurance claims files (4.5) |
| 07/18/06 | JEV | 3.10 | 418.50 | Analyze property damage claims. |
| 07/19/06 | ASD | 3.90 | 1,462.50 | Continue review of Boston Repository Index. |
| 07/19/06 | JMS | 0.30 | 120.00 | Telephone conference with D. Speights regarding scheduling issues on 15th omnibus (.3). |
| 07/19/06 | JCM | 3.00 | 825.00 | Review and analyze Debtor's settlement documents |
| 07/19/06 | JIS | 1.40 | 315.00 | Legal research. |
| 07/19/06 | AM | 6.00 | 810.00 | Analyze PD insurance claim files (6.0). |
| 07/19/06 | WR | 4.00 | 640.00 | Analyze PD insurance claim files. |
| 07/19/06 | GG | 4.50 | 607.50 | Analyze PD insurance claims files (4.5) |
| 07/19/06 | JEV | 1.30 | 175.50 | Analyze property damage insurance claim files. |
| 07/20/06 | ASD | 5.80 | 2,175.00 | Continue review of Boston Repository Index. |
| 07/20/06 | JCM | 2.00 | 550.00 | Review and analyze Debtor's settlement documents. |
| 07/20/06 | JIS | 1.50 | 337.50 | Assist with preparations for hearing including legal research (1.5). |
| 07/20/06 | AM | 6.50 | 877.50 | Analyze PD insurance claim files (6.5). |
| 07/20/06 | MIK | 0.60 | 192.00 | Telephone conference with asbestos constituents regarding hearing. |
| 07/20/06 | WR | 3.50 | 560.00 | Analyze PD insurance claim files. |
| 07/20/06 | GG | 5.00 | 675.00 | Analyze PD insurance claims files (5.0) |
| 07/20/06 | JEV | 2.00 | 270.00 | Analyze Grace property damage insurance claims. |
| 07/21/06 | ASD | 6.90 | 2,587.50 | Continue review of Boston Repository Index. |
| 07/21/06 | JMS | 2.20 | 880.00 | Conference with C. Aftimos regarding research on claims modeling (.3); analysis of phase I issues regarding Dr. Lee prior testimony (1.9). |
| 07/21/06 | JIS | 2.60 | 585.00 | Review insurance document production. |
| 07/21/06 | AM | 6.50 | 877.50 | Analyze PD insurance claims (6.5). |
| 07/21/06 | WR | 1.00 | 160.00 | Analyze PD insurance claim files. |
| 07/21/06 | GG | 3.40 | 459.00 | Analyze PD insurance claims files (3.4) |
| 07/21/06 | JEV | 1.50 | 202.50 | Research Grace criminal case. |
| 07/22/06 | ASD | 7.20 | 2,700.00 | Continue review of Boston Repository Index. |
| 07/23/06 | ASD | 8.10 | 3,037.50 | Continue review of Boston Repository Index. |
| 07/23/06 | WR | 5.00 | 800.00 | Analyze PD insurance claim files. |
| 07/23/06 | GG | 4.00 | 540.00 | Analyze PD insurance claims files (4.0) |
| 07/24/06 | ASD | 4.90 | 1,837.50 | Continue review of Boston Repository Index. |
| 07/24/06 | AM | 4.30 | 580.50 | Analyze PD insurance claim files (4.3). |
| 07/24/06 | WR | 8.00 | 1,280.00 | Analyze PD insurance claim files. |
| 07/24/06 | GG | 4.90 | 661.50 | Analyze PD insurance claims files (4.9) |
| 07/25/06 | ASD | 2.50 | 937.50 | Continue review of Boston Repository Index. |
| 07/25/06 | SLB | 2.30 | 1,437.50 | Telephone conference with M. Dies regarding Phase I issues, etc. (1.0); interoffice conference with J. Sakalo regarding same (.5); telephone conference with J. Hass et al (.8). |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 31

| | | | | |
|---|---|---|---|---|
| 07/25/06 | JMS | 1.40 | 560.00 | Conference with S. Baena regarding recap from hearing and steps going forward (.5); e-mails from M. Dies thereon (.4); analysis of options (.5). |
| 07/25/06 | FMM | 4.00 | 640.00 | Analyze property damage insurance claim files (4.0). |
| 07/25/06 | JCM | 5.00 | 1,375.00 | Review and analyze Debtors' settlement documents. |
| 07/25/06 | AM | 5.00 | 675.00 | Analyze PD insurance claim files (5.0). |
| 07/25/06 | WR | 8.50 | 1,360.00 | Analyze PD insurance claim files. |
| 07/25/06 | GG | 5.90 | 796.50 | Analyze PD insurance claims files (5.9) |
| 07/26/06 | ASD | 3.80 | 1,425.00 | Continue review of Boston Repository Index. |
| 07/26/06 | SLB | 0.60 | 375.00 | Interoffice conference with M. Kramer regarding status of pending matters (.2); email to M. Dies regarding LECG and matters needing attention (.4). |
| 07/26/06 | JMS | 0.90 | 360.00 | Conference with C. Affimos regarding Daubert research regarding statistical methods (.5); review results of research (.4). |
| 07/26/06 | FMM | 4.50 | 720.00 | Analyze property damage insurance claim files and enter in access database (4.5) |
| 07/26/06 | AM | 7.00 | 945.00 | Analyze PD insurance claim files (7.0). |
| 07/26/06 | WR | 9.00 | 1,440.00 | Analyze PD insurance claim files. |
| 07/26/06 | GG | 5.50 | 742.50 | Analyze PD insurance claims files (5.5) |
| 07/26/06 | CA | 1.00 | 200.00 | Review research (.8); Meet with Jay Sakalo to discuss research (.2). |
| 07/27/06 | ASD | 5.70 | 2,137.50 | Continue review of Boston Repository Index. |
| 07/27/06 | HS | 2.80 | 630.00 | Review insurance document production. |
| 07/27/06 | AM | 6.70 | 904.50 | Analyze PD insurance claim files (6.75). |
| 07/27/06 | WR | 7.20 | 1,152.00 | Analyze PD insurance claim files. |
| 07/27/06 | GG | 3.50 | 472.50 | Analyze PD insurance claims files (3.5) |
| 07/27/06 | JEV | 2.30 | 310.50 | Analyze property damage insurance claims. |
| 07/28/06 | ASD | 7.80 | 2,925.00 | Continue review of Boston Repository Index. |
| 07/28/06 | FMM | 3.00 | 480.00 | Analyze property damage insurance claim files (3.0). |
| 07/28/06 | AM | 5.00 | 675.00 | Analyze PD insurance claim files (5.0). |
| 07/28/06 | WR | 4.50 | 720.00 | Analyze PD insurance claim files. |
| 07/28/06 | GG | 5.10 | 688.50 | Analyze PD insurance claims files (5.1) |
| 07/28/06 | JEV | 2.30 | 310.50 | Analyze Grace property damage insurance claims |
| 07/29/06 | ASD | 8.20 | 3,075.00 | Continue review of Boston Repository Index. |
| 07/30/06 | ASD | 7.20 | 2,700.00 | Continue review of Boston Repository Index. |
| 07/30/06 | WR | 4.50 | 720.00 | Analyze PD insurance claim files. |
| 07/30/06 | GG | 7.70 | 1,039.50 | Analyze PD insurance claims files (7.7) |
| 07/31/06 | ASD | 3.60 | 1,350.00 | Continue review of Boston Repository Index. |
| 07/31/06 | JCM | 4.00 | 1,100.00 | Review and analyze Debtors' settlement documents. |
| 07/31/06 | AM | 4.50 | 607.50 | Analyze PD insurance claim files (4.5). |
| 07/31/06 | WR | 7.50 | 1,200.00 | Analyze PD insurance claim files. |
| 07/31/06 | GG | 5.70 | 769.50 | Analyze PD insurance claims files (5.7) |

**PROFESSIONAL SERVICES**                                                                 $171,960.50

## COSTS ADVANCED

| | | |
|---|---|---|
| 06/08/06 | Westlaw-Online Legal ResearchVENDOR: DINERS CLUB; INVOICE#: 811636069; DATE: 6/30/2006  -  Account# 5306-2200-2539-5504 | 7.21 |
| 06/20/06 | Westlaw-Online Legal ResearchVENDOR: DINERS CLUB; INVOICE#: 811636069; DATE: 6/30/2006  -  Account# 5306-2200-2539-5504 | 23.66 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 06/27/06 | Westlaw-Online Legal ResearchVENDOR: DINERS CLUB; INVOICE# 811636069; DATE: 6/30/2006 - Account# 5306-2200-2539-5504 | 15.61 |
| 06/28/06 | Westlaw-Online Legal ResearchVENDOR: DINERS CLUB; INVOICE# 811636069; DATE: 6/30/2006 - Account# 5306-2200-2539-5504 | 90.28 |
| 06/28/06 | MealsVENDOR: PERRICONE'S MARKETPLACE; INVOICE# 100-06/28/06; DATE: 7/29/2006 | 25.01 |
| 06/29/06 | Westlaw-Online Legal ResearchVENDOR: DINERS CLUB; INVOICE# 811636069; DATE: 6/30/2006 - Account# 5306-2200-2539-5504 | 27.34 |
| 06/29/06 | Westlaw-Online Legal ResearchVENDOR: DINERS CLUB; INVOICE# 811636069; DATE: 6/30/2006 - Account# 5306-2200-2539-5504 | 78.58 |
| 07/21/06 | Long Distance Telephone1(406)542-7286 | 2.97 |
| 07/13/06 | Copies 298pgs @ 0.10/pg | 29.80 |
| 07/18/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 07/21/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/13/06 | Copies 56pgs @ 0.10/pg | 5.60 |
| 07/13/06 | Copies 28pgs @ 0.10/pg | 2.80 |
| 06/27/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/27/06 | Copies 99pgs @ 0.10/pg | 9.90 |
| 06/27/06 | Copies 21pgs @ 0.10/pg | 2.10 |
| 06/27/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/27/06 | Copies 16pgs @ 0.10/pg | 1.60 |
| 06/27/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/27/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/27/06 | Copies 71pgs @ 0.10/pg | 7.10 |
| 06/27/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/27/06 | Copies 36pgs @ 0.10/pg | 3.60 |
| 06/27/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/27/06 | Copies 92pgs @ 0.10/pg | 9.20 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 77pgs @ 0.10/pg | 7.70 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/28/06 | Copies 15pgs @ 0.10/pg | 1.50 |
| 06/28/06 | Copies 20pgs @ 0.10/pg | 2.00 |
| 06/28/06 | Copies 17pgs @ 0.10/pg | 1.70 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 10pgs @ 0.10/pg | 1.00 |
| 06/28/06 | Copies 9pgs @ 0.10/pg | 0.90 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 06/28/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 06/28/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 06/28/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 06/28/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/28/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/28/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/28/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/28/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/28/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/28/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/28/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/28/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/28/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/28/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/28/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/28/06 | Copies 328pgs @ 0.10/pg | 32.80 |
| 06/28/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/28/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/28/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/28/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/28/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/28/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/28/06 | Copies 3pgs @ 0.10/pg | 0.30 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/28/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/28/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/28/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/29/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 06/29/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 06/29/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 16pgs @ 0.10/pg | 1.60 |
| 06/29/06 | Copies 17pgs @ 0.10/pg | 1.70 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 65pgs @ 0.10/pg | 6.50 |
| 06/29/06 | Copies 31pgs @ 0.10/pg | 3.10 |
| 06/29/06 | Copies 6pgs @ 0.10/pg | 0.60 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 20pgs @ 0.10/pg | 2.00 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 16pgs @ 0.10/pg | 1.60 |
| 06/29/06 | Copies 16pgs @ 0.10/pg | 1.60 |
| 06/29/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/29/06 | Copies 23pgs @ 0.10/pg | 2.30 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 25pgs @ 0.10/pg | 2.50 |
| 06/29/06 | Copies 24pgs @ 0.10/pg | 2.40 |
| 06/29/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 06/29/06 | Copies 9pgs @ 0.10/pg | 0.90 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 27pgs @ 0.10/pg | 2.70 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 24pgs @ 0.10/pg | 2.40 |
| 06/29/06 | Copies 18pgs @ 0.10/pg | 1.80 |
| 06/29/06 | Copies 28pgs @ 0.10/pg | 2.80 |
| 06/29/06 | Copies 18pgs @ 0.10/pg | 1.80 |
| 06/29/06 | Copies 24pgs @ 0.10/pg | 2.40 |
| 06/29/06 | Copies 30pgs @ 0.10/pg | 3.00 |
| 06/29/06 | Copies 12pgs @ 0.10/pg | 1.20 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/29/06 | Copies 15pgs @ 0.10/pg | 1.50 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/29/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/29/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 06/29/06 | Copies 11pgs @ 0.10/pg | 1.10 |
| 06/29/06 | Copies 19pgs @ 0.10/pg | 1.90 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 06/29/06 | Copies 10pgs @ 0.10/pg | 1.00 |
| 06/29/06 | Copies 38pgs @ 0.10/pg | 3.80 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/29/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 25pgs @ 0.10/pg | 2.50 |
| 06/29/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 06/29/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 06/29/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 06/29/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 07/03/06 | Copies 20pgs @ 0.10/pg | 2.00 |
| 07/03/06 | Copies 25pgs @ 0.10/pg | 2.50 |
| 07/03/06 | Copies 17pgs @ 0.10/pg | 1.70 |
| 07/03/06 | Copies 14pgs @ 0.10/pg | 1.40 |
| 07/03/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 07/03/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/03/06 | Copies 24pgs @ 0.10/pg | 2.40 |
| 07/03/06 | Copies 20pgs @ 0.10/pg | 2.00 |
| 07/03/06 | Copies 16pgs @ 0.10/pg | 1.60 |
| 07/03/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/03/06 | Copies 10pgs @ 0.10/pg | 1.00 |
| 07/06/06 | Copies 18pgs @ 0.10/pg | 1.80 |
| 07/06/06 | Copies 6pgs @ 0.10/pg | 0.60 |
| 07/06/06 | Copies 21pgs @ 0.10/pg | 2.10 |
| 07/06/06 | Copies 23pgs @ 0.10/pg | 2.30 |
| 07/06/06 | Copies 15pgs @ 0.10/pg | 1.50 |
| 07/06/06 | Copies 21pgs @ 0.10/pg | 2.10 |
| 07/06/06 | Copies 10pgs @ 0.10/pg | 1.00 |
| 07/06/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 07/06/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/06/06 | Copies 1pgs @ 0.10/pg | 0.10 |
| 07/06/06 | Copies 2pgs @ 0.10/pg | 0.20 |
| 07/06/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 07/11/06 | Copies 102pgs @ 0.10/pg | 10.20 |
| 07/11/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 07/11/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 07/11/06 | Copies 3pgs @ 0.10/pg | 0.30 |
| 07/11/06 | Copies 4pgs @ 0.10/pg | 0.40 |
| 07/11/06 | Copies 3pgs @ 0.10/pg | 0.30 |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 37

| Date | Description | Amount |
|---|---|---|
| 07/11/06 | Copies 13pgs @ 0.10/pg | 1.30 |
| 07/11/06 | Copies 53pgs @ 0.10/pg | 5.30 |
| 07/11/06 | Copies 8pgs @ 0.10/pg | 0.80 |
| 07/11/06 | Copies 5pgs @ 0.10/pg | 0.50 |
| 07/12/06 | Copies 14pgs @ 0.10/pg | 1.40 |
| 07/12/06 | Copies 50pgs @ 0.10/pg | 5.00 |

**TOTAL COSTS ADVANCED** $548.06

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 19.20 | $625.00 | $12,000.00 |
| Sakalo, Jay M | 29.60 | $400.00 | $11,840.00 |
| Moon, James C | 39.00 | $275.00 | $10,725.00 |
| Snyder, Jeffrey I | 37.20 | $225.00 | $8,370.00 |
| Kramer, Matthew I | 12.70 | $320.00 | $4,064.00 |
| Danzeisen, Allyn S | 167.10 | $375.00 | $62,662.50 |
| Aftimos, Corinne | 4.50 | $200.00 | $900.00 |
| Matas, Fanny M | 20.70 | $160.00 | $3,312.00 |
| Roman, Wanda | 138.10 | $160.00 | $22,096.00 |
| Morera, Arianna | 119.50 | $135.00 | $16,132.50 |
| Gershowitz, Gabriel | 118.00 | $135.00 | $15,930.00 |
| Valdes, Janette | 29.10 | $135.00 | $3,928.50 |
| *TOTAL* | *734.70* | | *$171,960.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $2.97 |
| Meals | $25.01 |
| Westlaw-Online Legal Research | $242.68 |
| Copies | $277.40 |
| TOTAL | $548.06 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $172,508.56

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15546

RE:   10 - Travel

| | | | | |
|---|---|---|---|---|
| 07/24/06 | SLB | 12.00 | 3,750.00 | Non-working travel to and from Wilmington (12.0). |
| 07/24/06 | JMS | 10.00 | 2,000.00 | Non-working return travel (10.0). |

**PROFESSIONAL SERVICES**                                             $5,750.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L. | 12.00 | $312.50 | $3,750.00 |
| Sakalo, Jay M | 10.00 | $200.00 | $2,000.00 |
| *TOTAL* | *22.00* | | *$5,750.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$5,750.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
RE:   18 - Plan & Disclosure Statement                                    Client No.: 74817/15554

| Date | Atty | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/05/06 | SLB | 4.20 | 2,625.00 | Receive, review, prepare documents and redraft of proposed supplemental exclusivity objection, email from N. Finch regarding same and email to Finch, Frankel, et al regarding same (3.7); email from and to R. Frankel regarding draft (.2); interoffice conference with J. Sakalo regarding presentation to committee (.3). |
| 07/05/06 | JMS | 3.10 | 1,240.00 | Review and comment on draft of supplemental objection to Debtors' motion to extend exclusivity (1.3); conference with S. Baena regarding same (.4); e-mail to Committee regarding same (.4); draft summary of plan related agreements (.8); brief conference with S. Baena regarding same (.2). |
| 07/05/06 | MIK | 0.40 | 128.00 | Review exclusivity objection. |
| 07/06/06 | SLB | 0.70 | 437.50 | Emails from and to and telephone call from R. Frankel regarding supplemental objection concerning exclusivity (.7). |
| 07/06/06 | JMS | 3.00 | 1,200.00 | Review draft of request for production (.3); e-mail from N. Finch regarding same (.2); revise supplemental objection to exclusivity (1.0); e-mail exchange with D. Felder regarding same (.4); review revised draft (.4); conference with M. Kramer regarding changes to objection to motion for scheduling order (.4); telephone conference with S. Baena regarding same (.3). |
| 07/07/06 | SLB | 2.00 | 1,250.00 | Telephone conference with E. Inselbuch, R. Frankel et al regarding supplemental response concerning exclusivity (.3); revise supplement (.8).; email with attachments from/to B. Harding regarding settlement discovery (.6); emails from and to K. Pasquale and G. Becker regarding same (.3). |
| 07/07/06 | JMS | 2.50 | 1,000.00 | Review and comment on supplemental objection to exclusivity and e-mails with D. Felder, R. Wyron and S. Baena thereon (1.9); telephone conference with PI and FCR counsel regarding same and discovery (.4); review e-mail from S. Baena to B. Harding regarding document request (.2). |
| 07/07/06 | MIK | 0.50 | 160.00 | Telephone conference with asbestos constituents regarding exclusivity. |
| 07/08/06 | JMS | 1.30 | 520.00 | Review Debtor's supplemental brief regarding exclusivity (.8); e-mail to PI/FCR regarding same (.2); e-mail exchange with S. Baena regarding same (.3). |
| 07/10/06 | SLB | 3.10 | 1,937.50 | Review Grace's supplemental brief concerning exclusivity, etc., preparation of memo to committee regarding same, email to G. Boyer regarding same, email to J. Hass regarding same, email/interoffice conference with J. Sakalo regarding research issues (2.1); conference with J. Sakalo and M. Kramer regarding same (.9); review Pointer's statement (.1). |
| 07/10/06 | JMS | 1.20 | 480.00 | E-mail to D. Speights regarding Canadian claims (.3); review file thereon (.3); conference with S. Baena regarding research on Debtor's supplemental brief (.6). |
| 07/10/06 | MIK | 0.90 | 288.00 | Office conference with Scott L. Baena and Jay M. Sakalo regarding exclusivity issues (.6); review exclusivity pleading (.3). |
| 07/11/06 | SLB | 2.50 | 1,562.50 | Preparation of summary of terms of plan agreements and circulation of same (2.3); email from G. Boyer regarding exclusivity (.2). |
| 07/11/06 | JMS | 0.30 | 120.00 | Conference with J. Snyder regarding research (.3). |
| 07/12/06 | SLB | 2.80 | 1,750.00 | Email from M. Dies regarding termsheets (.2); attention to unfair discrimination/cramdown issues (.1.2); attention to chronology, etc. prepared by G. Boyer concerning exclusivity (.4); review debtors' supplemental brief regarding same (.3); telephone conference with G. Boyer regarding same (.7). |
| 07/12/06 | JMS | 0.90 | 360.00 | Telephone conference with G. Boyer and S. Baena regarding exclusivity/stock price issues (.9). |
| 07/12/06 | MIK | 1.80 | 576.00 | Telephone conference with G. Boyer regarding exclusivity (.9); telephone conference with M. Dies regarding plan matter (.9). |
| 07/13/06 | SLB | 1.50 | 937.50 | Telephone call to and telephone call from and email to E. Westbrook regarding plan terms (.5); voicemail from and email to J. Baer regarding plan agreements (.2); review termsheets (.8). |
| 07/13/06 | JMS | 1.20 | 480.00 | Conference with S. Baena regarding status and discussions with M. Dies (.4); |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | e-mail to/from J. Baer regarding plan related e-mails (.2); e-mail from J. Baer regarding Equitas (.3); conference with J. Snyder, M. Kramer regarding research (.3). |
| 07/13/06 | MIK | 1.60 | 512.00 | Attend to exclusivity research. |
| 07/14/06 | JMS | 1.30 | 520.00 | Review select pleadings in criminal proceeding (1.3). |
| 07/14/06 | JEV | 3.50 | 472.50 | Analyze property damage insurance claims. |
| 07/15/06 | JMS | 0.80 | 320.00 | Review proposed reply regarding exclusivity (.5); e-mail memorandum to S. Baena thereon (.3). |
| 07/17/06 | SLB | 1.50 | 937.50 | Emails to and from E. Westbrook and M. Dies regarding splits, term sheets, revisions, etc. (.8); telephone call to and telephone call from E. Westbrook regarding same (.5); email to J. Baer and B. Harding regarding settlement agreements (.2). |
| 07/17/06 | SLB | 2.20 | 1,375.00 | Review Grace motions to file reply briefs and attached briefs concerning exclusivity and estimations, preparation of memo to committee regarding same (2.2). |
| 07/17/06 | JMS | 3.10 | 1,240.00 | Review research regarding plan support and pre-plan agreements (2.7); telephone conference with S. Baena and M. Dies regarding status, Debtors' briefs, strategy (.4). |
| 07/18/06 | SLB | 1.40 | 875.00 | Email from and to J. Baer regarding submission of plan agreement between PI/PD and internal discussion with J. Sakalo regarding same (.5); two telephone calls from M. Dies regarding PD/ZAI agreement, telephone call to and telephone call from E. Westbrook's office regarding same (.7); email to Frankel et al regarding disclosures to trade committee (.2). |
| 07/18/06 | JMS | 6.00 | 2,400.00 | Preparation for omnibus hearing including conference with S. Baena (3.3); research regarding same (2.7). |
| 07/19/06 | SLB | 2.30 | 1,437.50 | Memo to K. Pasquale regarding disclosure of PI/PD agreement (.3); review submissions by Grace and USDOJ in criminal case (.9); telephone call from E. Westbrook, revise PD/ZAI summary, email to and telephone call to M. Dies regarding same (.9); email to J. Baer regarding same (.1); review supplemental response by Queen (.1). |
| 07/19/06 | JMS | 3.80 | 1,520.00 | Continue review of documents in preparation for hearing (3.8). |
| 07/20/06 | JMS | 1.10 | 440.00 | Telephone conference with S. Baena and E. Inselbuch regarding preparation for hearing (.5); e-mail exchange with G. Boyer regarding trading prices, market activity (.6). |
| 07/20/06 | JEV | 0.20 | 27.00 | Research caselaw. |
| 07/21/06 | JMS | 1.80 | 720.00 | Work on preparation for exclusivity hearing (1.2); review draft slides for presentation; conference with S. Baena regarding same and telephone conference with D. Felder thereon (.6). |
| 07/28/06 | SLB | 0.20 | 125.00 | Email from and to J. Baer regarding exclusivity order (.2). |

**PROFESSIONAL SERVICES** $29,973.50

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 41

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L. | 24.40 | $625.00 | $15,250.00 |
| Sakalo, Jay M. | 31.40 | $400.00 | $12,560.00 |
| Kramer, Matthew I. | 5.20 | $320.00 | $1,664.00 |
| Valdes, Janette | 3.70 | $135.00 | $499.50 |
| *TOTAL* | *64.70* | | *$29,973.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**     **$29,973.50**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 42

Atty - SLB
Client No.: 74817/15563

RE:   27 - Litigation Consulting

| | | | | |
|---|---|---|---|---|
| 07/20/06 | MIK | 0.90 | 288.00 | All-hands call regarding insurance issues. |

PROFESSIONAL SERVICES      $288.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kramer, Matthew I | 0.90 | $320.00 | $288.00 |
| *TOTAL* | *0.90* | | *$288.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER      $288.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 43

Atty - SLB
Client No : 74817/17781

Re:   30 - Fee Application of Others

| 07/07/06 | LMF | 2.40 | 384.00 | Prepare notice and summary for Hilsoft for ZAI matter and Hamilton Rabinovitz's May fees (2.4). |
| 07/12/06 | LMF | 2.80 | 448.00 | Prepare notices and summaries and submit statements for Hamilton Rabinovitz and Hilsoft Notifications (1.8); attend to reimbursement of funds to professionals (1.0). |
| 07/19/06 | LMF | 0.80 | 128.00 | Attend to reimbursement to professionals for fees and costs (.8). |
| 07/19/06 | LMF | 0.60 | 96.00 | Review new bills received from professional prior to filing (.6). |

PROFESSIONAL SERVICES                                                              $1,056.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Flores, Luisa M | 6.60 | $160.00 | $1,056.00 |
| TOTAL | 6.60 | | $1,056.00 |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER          $1,056.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| Danzeisen, Allyn S | 167.10 | $62,662.50 |
| Baena, Scott L | 89.50 | $52,187.50 |
| Flores, Luisa M. | 13.10 | $2,096.00 |
| Sakalo, Jay M | 92.30 | $34,920.00 |
| Matas, Fanny M | 20.70 | $3,312.00 |
| Moon, James C | 39.00 | $10,725.00 |
| Snyder, Jeffrey I | 38.70 | $8,707.50 |
| Morera, Arianna | 120.50 | $16,267.50 |
| Kramer, Matthew I | 31.70 | $10,144.00 |
| Roman, Wanda | 151.60 | $24,256.00 |
| Gershowitz, Gabriel | 118.00 | $15,930.00 |
| Testa, Nicole | 3.70 | $1,128.50 |
| Douglas, Catherine | 0.30 | $48.00 |
| Aftimos, Corinne | 4.50 | $900.00 |
| Valdes, Janette | 35.80 | $4,833.00 |

TOTAL PROFESSIONAL FEES THIS PERIOD          $248,117.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP.

## CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Airfare | $2,910.80 |
| CD/DVD Duplication | $700.00 |
| Photocopies - Outside Service | $128.36 |
| Fares, Mileage, Parking | $32.50 |
| Telecopies | $10.00 |
| Federal Express | $139.03 |
| Long Distance Telephone | $254.43 |
| Long Distance Telephone-Outside Services | $206.59 |
| Meals | $192.00 |
| Miscellaneous Costs | $319,538.32 |
| Westlaw-Online Legal Research | $311.61 |
| Copies | $1,767.10 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$326,190.74* |

*TOTAL AMOUNT DUE THIS PERIOD*                    *$574,308.24*

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  | CLIENT SUMMARY | | | |
|---|---|---|---|---|
|  | TIME | COSTS ADVANCED | CREDIT/TRUST APPLIED | TOTAL |
| **BALANCE AS OF- 07/31/06** **WR Grace-Official Committee of Prope** |  |  |  |  |
| 01- Case Administration/15537 | $4,251.00 | $325,642.68 | $0.00 | $329,893.68 |
| 02 - Debtors' Business Operations/15538 | $2,405.00 | $0.00 | $0.00 | $2,405.00 |
| 03 - Creditors Committee/15539 | $3,324.50 | $0.00 | $0.00 | $3,324.50 |
| 07 - Applicant's Fee Application/15543 | $1,808.00 | $0.00 | $0.00 | $1,808.00 |
| 08 - Hearings/15544 | $27,301.00 | $0.00 | $0.00 | $27,301.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $171,960.50 | $548.06 | $0.00 | $172,508.56 |
| 10 - Travel/15546 | $5,750.00 | $0.00 | $0.00 | $5,750.00 |
| 18 - Plan & Disclosure Statement/15554 | $29,973.50 | $0.00 | $0.00 | $29,973.50 |
| 27 - Litigation Consulting/15563 | $288.00 | $0.00 | $0.00 | $288.00 |
| 30 - Fee Application of Others/17781 | $1,056.00 | $0.00 | $0.00 | $1,056.00 |
| ***Client Total*** | *$248,117.50* | *$326,190.74* | *$0.00* | *$574,308.24* |