

September 25, 2006

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  112174

FOR PROFESSIONAL SERVICES RENDERED
THROUGH August 31, 2006

**Atty – SLB**
**Client No.: 74817/15537**

### RE: 01- Case Administration

| | | | | |
|---|---|---|---|---|
| 08/01/06 | NT | 0.10 | 30.50 | Review recent filings. |
| 08/03/06 | JMS | 0.30 | 120.00 | E-mails with D. Speights and D. Scott regarding Committee call (.3). |
| 08/03/06 | NT | 0.40 | 122.00 | Review recent filings. |
| 08/07/06 | JIS | 0.80 | 180.00 | Review objections to debtor's motion to compel. |
| 08/07/06 | MIK | 0.20 | 64.00 | Review PD-related docket entries. |
| 08/08/06 | SLB | 1.90 | 1,187.50 | Review various pleadings filed (.6); telephone call from J. Sakalo regarding abstention brief (.2). |
| 08/08/06 | NT | 0.50 | 152.50 | Review recent filings. |
| 08/09/06 | LMF | 0.90 | 162.00 | Review caselaw in preparation for a response (.9). |
| 08/09/06 | NT | 0.50 | 152.50 | Review recent filings. |
| 08/10/06 | MIK | 0.10 | 32.00 | Review PD-related docket entries. |
| 08/11/06 | JMS | 0.40 | 160.00 | Telephone conference with T. Tacconelli and e-mails with T. Tacconelli regarding filing issues for brief (.2); e-mail to Committee regarding brief (.2). |
| 08/11/06 | MIK | 0.20 | 64.00 | Review PD-related docket entries. |
| 08/11/06 | NT | 0.10 | 30.50 | Review recent filings. |
| 08/14/06 | SLB | 1.00 | 625.00 | Email from M. Dies regarding Canadian proceeding (.1); email to Inselbuch et al regarding criminal proceeding (.1); review order concerning Grace asbestos covered by EPA (.8). |
| 08/14/06 | JMS | 0.30 | 120.00 | E-mail exchange with S. Baena regarding upcoming hearing issues (.3). |
| 08/14/06 | NT | 0.40 | 122.00 | Review recent filings. |
| 08/15/06 | JMS | 0.50 | 200.00 | Conference with W. Roman regarding hearing notebook (.3); e-mail to Committee regarding hearing agenda and participation (.2). |
| 08/15/06 | JIS | 0.30 | 67.50 | Review docket and summarize documents. |
| 08/15/06 | MIK | 0.10 | 32.00 | Review PD-related docket entries. |
| 08/15/06 | NT | 0.70 | 213.50 | Review recent filings. |
| 08/16/06 | SLB | 0.20 | 125.00 | Review equity committee motion (.2). |
| 08/16/06 | MIK | 0.10 | 32.00 | Review PD-related docket entries. |
| 08/17/06 | NT | 0.80 | 244.00 | Review recent filings. |
| 08/18/06 | JIS | 0.20 | 45.00 | Review related order |
| 08/18/06 | MIK | 0.20 | 64.00 | Review PD-related entries. |
| 08/21/06 | NT | 0.20 | 61.00 | Review recent filings. |
| 08/22/06 | JIS | 0.20 | 45.00 | Meeting with J. Sakalo regarding omnibus hearing. |
| 08/22/06 | MIK | 0.10 | 32.00 | Review PD-related docket entries. |
| 08/22/06 | MIK | 0.20 | 64.00 | Office conference with David W. Trench regarding status. |
| 08/22/06 | NT | 0.60 | 183.00 | Review recent filings. |
| 08/23/06 | JIS | 0.40 | 90.00 | Review docket and certain recent pleadings; report to M. Kramer regarding same. |
| 08/23/06 | MIK | 0.30 | 96.00 | Review PD-related docket entries. |

| 08/23/06 | NT | 0.50 | 152.50 | Review recent filings. |
| 08/24/06 | MIK | 0.10 | 32.00 | Review PD-related docket entries. |
| 08/24/06 | NT | 0.20 | 61.00 | Review recent filings. |
| 08/25/06 | MIK | 0.30 | 96.00 | Review PD-related docket entries. |
| 08/25/06 | NT | 0.30 | 91.50 | Review recent filings. |
| 08/28/06 | MIK | 0.10 | 32.00 | Review PD-related docket entries. |
| 08/28/06 | NT | 0.40 | 122.00 | Review recent filings. |
| 08/29/06 | JMS | 0.30 | 120.00 | E-mail exchange with T. Brandi regarding upcoming deadlines (.3). |
| 08/30/06 | MIK | 0.30 | 96.00 | Attend to file. |
| 08/30/06 | NT | 0.00 | 0.00 | Review recent filings. |
| 08/30/06 | NT | 0.30 | 91.50 | Review recent filings. |
| 08/30/06 | CD | 0.20 | 36.00 | Office conference with J. Sakalo regarding privilege log. |
| 08/31/06 | MIK | 0.20 | 64.00 | Review PD-related docket entries. |

PROFESSIONAL SERVICES                                    $5,913.00

COSTS ADVANCED

| 06/05/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 105279643; DATE: 6/8/2006 | 13.96 |
| 06/05/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 105279643; DATE: 6/8/2006 | 11.86 |
| 06/05/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 105279643; DATE: 6/8/2006 | 15.85 |
| 06/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/06-06/30/06; DATE: 6/30/2006 - Acct.#RB0120 | 238.80 |
| 06/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/06-06/30/06; DATE: 6/30/2006 - Acct.#RB0120 | 0.40 |
| 06/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/06-06/30/06; DATE: 6/30/2006 - Acct.#RB0120 | 544.48 |
| 07/06/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00496837; DATE: 7/31/2006 - Account# 306300 | 42.82 |
| 07/07/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00496837; DATE: 7/31/2006 - Account# 306300 | 7.10 |
| 07/13/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00496837; DATE: 7/31/2006 - Account# 306300 | 15.43 |



| | | |
|---|---|---|
| 07/13/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 811832475; DATE: 7/31/2006 - Account# 1000201074 / July 2006 | 3.74 |
| 07/20/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00496837; DATE: 7/31/2006 - Account# 306300 | 14.21 |
| 07/20/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00496837; DATE: 7/31/2006 - Account# 306300 | 20.20 |
| 07/21/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 811832475; DATE: 7/31/2006 - Account# 1000201074 / July 2006 | 2.35 |
| 07/24/06 | Airfare Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/25/06; DATE: 7/25/2006 - Client - 15537 | 813.60 |
| 07/24/06 | Parking Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/25/06; DATE: 7/25/2006 - Client - 15537 | 35.00 |
| 07/24/06 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 92024; DATE: 7/30/2006 - Clients | 399.00 |
| 07/25/06 | Fares, Mileage, Parking Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/25/06; DATE: 7/25/2006 - Client - 15537 | 70.00 |
| 07/25/06 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/25/06; DATE: 7/25/2006 - Client - 15537 | 4.37 |
| 07/25/06 | Long Distance Telephone-Outside Services VENDOR: DINERS CLUB; INVOICE#: 06/27/06-07/27/06; DATE: 7/27/2006 - Acct.#5306220025395504 | 160.00 |
| 07/25/06 | Long Distance Telephone-Outside Services VENDOR: DINERS CLUB; INVOICE#: 06/27/06-07/27/06; DATE: 7/27/2006 - Acct.#5306220025395504 | 160.00 |
| 07/27/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00496837; DATE: 7/31/2006 - Account# 306300 | 27.00 |
| 08/03/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 115940101;  DATE: 8/7/2006 | 9.44 |
| 08/03/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 115940101;  DATE: 8/7/2006 | 11.54 |
| 08/03/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 115940101;  DATE: 8/7/2006 | 8.28 |

| 08/04/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 116258159;  DATE: 8/8/2006 | 25.18 |
|---|---|---|
| 08/07/06 | Long Distance Telephone 1(864)895-0459; 19 Mins. | 18.81 |
| 08/07/06 | Long Distance Telephone 1(512)476-4394; 1 Mins. | 1.98 |
| 08/07/06 | Long Distance Telephone 1(864)895-1939; 9 Mins. | 9.90 |
| 08/07/06 | Long Distance Telephone 1(843)524-5708; 4 Mins. | 3.96 |
| 08/07/06 | Long Distance Telephone 1(864)895-0459; 46 Mins. | 46.53 |
| 08/07/06 | Long Distance Telephone 1(512)476-4394; 42 Mins. | 41.58 |
| 08/07/06 | Telecopies   27.00 pgs @ $1.00/pg | 27.00 |
| 08/08/06 | Long Distance Telephone 1(416)327-5542; 2 Mins. | 2.00 |
| 08/08/06 | Long Distance Telephone 1(416)327-5542; 4 Mins. | 4.00 |
| 08/08/06 | Long Distance Telephone 1(416)327-6464; 1 Mins. | 1.00 |
| 08/08/06 | Long Distance Telephone 1(864)895-0459; 16 Mins. | 15.84 |
| 08/08/06 | Long Distance Telephone 1(416)645-6524; 1 Mins. | 1.00 |
| 08/09/06 | Long Distance Telephone 1(864)895-0459; 6 Mins. | 5.94 |
| 08/09/06 | Long Distance Telephone 1(905)683-8561; 1 Mins. | 1.00 |
| 08/09/06 | Long Distance Telephone 1(864)895-0459; 51 Mins. | 50.49 |
| 08/09/06 | Long Distance Telephone 1(409)883-4394; 50 Mins. | 50.49 |
| 08/09/06 | Long Distance Telephone 1(202)862-5000; 1 Mins. | 0.99 |
| 08/09/06 | Long Distance Telephone 1(416)601-7830; 1 Mins. | 1.00 |
| 08/09/06 | Long Distance Telephone 1(416)414-2797; 1 Mins. | 1.00 |
| 08/09/06 | Long Distance Telephone 1(905)333-4441; 1 Mins. | 1.00 |
| 08/09/06 | Long Distance Telephone 1(416)710-8621; 1 Mins. | 1.00 |
| 08/09/06 | Long Distance Telephone 1(416)990-8343; 21 Mins. | 22.00 |
| 08/09/06 | Long Distance Telephone 1(409)883-4394; 4 Mins. | 3.96 |
| 08/09/06 | Long Distance Telephone 1(416)597-6278; 2 Mins. | 2.00 |
| 08/09/06 | Long Distance Telephone 1(409)883-4394; 27 Mins. | 26.73 |
| 08/09/06 | Long Distance Telephone 1(864)895-0459; 18 Mins. | 18.81 |
| 08/09/06 | Searches-Title/Name/Corporate Canadian corporate search - VENDOR: JAY M. SAKALO; INVOICE#: JMS-08/09/06; DATE: 8/9/2006  -  Client - 74817-15537 | 40.00 |
| 08/10/06 | Publication VENDOR: Bankruptcy Creditors' Service, Inc.; INVOICE#: WRGRACE/#110-113; DATE: 8/10/2006  -  W.R. Grace Bankruptcy News #110-113 / Clients | 180.00 |
| 08/10/06 | Long Distance Telephone 1(416)645-6524; 6 Mins. | 6.00 |
| 08/10/06 | Long Distance Telephone 1(202)862-5007; 1 Mins. | 0.99 |
| 08/10/06 | Long Distance Telephone 1(212)813-1703; 1 Mins. | 0.99 |
| 08/10/06 | Long Distance Telephone 1(864)895-0459; 7 Mins. | 6.93 |
| 08/10/06 | Long Distance Telephone 1(212)813-1703; 3 Mins. | 2.97 |
| 08/10/06 | Long Distance Telephone 1(416)597-6278; 1 Mins. | 1.00 |
| 08/10/06 | Long Distance Telephone 1(416)327-5043; 1 Mins. | 1.00 |
| 08/10/06 | Long Distance Telephone 1(843)727-6513; 12 Mins. | 12.87 |
| 08/11/06 | Long Distance Telephone 1(416)597-6278; 2 Mins. | 2.00 |



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 08/11/06 | Long Distance Telephone 1(313)965-8579; 8 Mins. | 7.92 |
| 08/11/06 | Long Distance Telephone 1(416)868-3475; 2 Mins. | 2.00 |
| 08/11/06 | Long Distance Telephone 1(864)895-0459; 12 Mins. | 12.87 |
| 08/11/06 | Long Distance Telephone 1(864)895-0459; 16 Mins. | 15.84 |
| 08/11/06 | Long Distance Telephone 1(803)943-4444; 2 Mins. | 1.98 |
| 08/11/06 | Long Distance Telephone 1(416)868-3475; 58 Mins. | 59.00 |
| 08/11/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 117734744;  DATE: 8/16/2006 | 9.37 |
| 08/11/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 117734744;  DATE: 8/16/2006 | 9.12 |
| 08/11/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 117734744;  DATE: 8/16/2006 | 7.63 |
| 08/14/06 | Long Distance Telephone 1(864)895-0459; 17 Mins. | 16.83 |
| 08/14/06 | Long Distance Telephone 1(409)383-0494; 16 Mins. | 15.84 |
| 08/15/06 | Long Distance Telephone 1(864)895-0459; 2 Mins. | 1.98 |
| 08/15/06 | Long Distance Telephone 1(864)895-0459; 18 Mins. | 17.82 |
| 08/15/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 118229019;  DATE: 8/18/2006 | 40.80 |
| 08/16/06 | Long Distance Telephone 1(202)862-5007; 1 Mins. | 1.98 |
| 08/17/06 | Long Distance Telephone 1(512)476-4394; 3 Mins. | 2.97 |
| 08/17/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 118540650;  DATE: 8/21/2006 | 9.37 |
| 08/18/06 | Long Distance Telephone 1(864)895-0459; 50 Mins. | 50.49 |
| 08/18/06 | Long Distance Telephone 1(512)476-4394; 39 Mins. | 38.61 |
| 08/18/06 | Long Distance Telephone 1(212)478-7465; 5 Mins. | 4.95 |
| 08/18/06 | Long Distance Telephone 1(212)478-7465; 5 Mins. | 5.94 |
| 08/18/06 | Long Distance Telephone 1(352)622-7670; 4 Mins. | 1.56 |
| 08/18/06 | Long Distance Telephone 1(214)698-3868; 1 Mins. | 0.99 |
| 08/18/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 118876776;  DATE: 8/22/2006 | 31.34 |
| 08/21/06 | Airfare Travel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/22/06; DATE: 8/22/2006  - Client - 15537 | 1,659.10 |
| 08/21/06 | Fares, Mileage, Parking Taxi Fares - Travel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/22/06; DATE: 8/22/2006  - Client - 15537 | 16.00 |
| 08/21/06 | Meals Travel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/22/06; DATE: 8/22/2006  - Client - 15537 | 25.00 |



| 08/21/06 | Lodging Travel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/22/06; DATE: 8/22/2006 - Client - 15537 | 283.86 |
| 08/21/06 | Meals Travel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/22/06; DATE: 8/22/2006 - Client - 15537 | 6.24 |
| 08/21/06 | Airfare Travel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-08/21/06; DATE: 8/21/2006 - Client - 15537 | 833.60 |
| 08/21/06 | Fares, Mileage, Parking Cab Fare - Travel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-08/21/06; DATE: 8/21/2006 - Client - 15537 | 10.00 |
| 08/21/06 | Lodging Travel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-08/21/06; DATE: 8/21/2006 - Client - 15537 | 283.86 |
| 08/21/06 | Parking Airport Parking - Travel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-08/21/06; DATE: 8/21/2006 - Client - 15537 | 20.00 |
| 08/22/06 | Long Distance Telephone 1(409)920-2643; 7 Mins. | 6.93 |
| 08/22/06 | Long Distance Telephone 1(409)920-2643; 20 Mins. | 19.80 |
| 08/22/06 | Long Distance Telephone 1(843)727-6513; 18 Mins. | 18.81 |
| 08/22/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 119536895; DATE: 8/25/2006 | 15.70 |
| 08/22/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 119536895; DATE: 8/25/2006 | 17.33 |
| 08/22/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 119536895; DATE: 8/25/2006 | 12.61 |
| 08/23/06 | CD/DVD Duplication | 1,200.00 |
| 08/23/06 | Long Distance Telephone 1(864)895-0459; 88 Mins. | 87.12 |
| 08/23/06 | Long Distance Telephone 1(404)241-3624; 4 Mins. | 3.96 |
| 08/24/06 | Long Distance Telephone 1(864)895-0459; 69 Mins. | 68.31 |
| 08/24/06 | Long Distance Telephone 1(803)943-4084; 12 Mins. | 11.88 |
| 08/24/06 | Long Distance Telephone 1(302)575-1555; 2 Mins. | 2.97 |
| 08/24/06 | Long Distance Telephone 1(512)473-0373; 10 Mins. | 10.89 |
| 08/24/06 | Long Distance Telephone 1(803)943-4084; 1 Mins. | 0.99 |
| 08/24/06 | Long Distance Telephone 1(843)524-5708; 1 Mins. | 0.99 |
| 08/24/06 | Long Distance Telephone 1(803)943-6047; 2 Mins. | 2.97 |
| 08/24/06 | Long Distance Telephone 1(803)943-6047; 10 Mins. | 9.90 |
| 08/24/06 | Long Distance Telephone 1(512)473-0373; 8 Mins. | 7.92 |
| 08/24/06 | Long Distance Telephone 1(864)895-0459; 7 Mins. | 7.92 |
| 08/24/06 | Long Distance Telephone 1(843)524-5708; 5 Mins. | 4.95 |
| 08/25/06 | Long Distance Telephone 1(215)972-7144; 4 Mins. | 3.96 |
| 08/25/06 | Long Distance Telephone 1(302)575-1555; 3 Mins. | 2.97 |
| 08/25/06 | Long Distance Telephone 1(302)575-1555; 1 Mins. | 0.99 |
| 08/25/06 | Long Distance Telephone 1(302)575-1555; 1 Mins. | 0.99 |



| 08/25/06 | Long Distance Telephone 1(864)895-0459; 4 Mins. | 3.96 |
| 08/30/06 | Long Distance Telephone 1(302)575-1555; 3 Mins. | 2.97 |
| 08/30/06 | Long Distance Telephone 1(352)266-6474; 5 Mins. | 1.93 |
| 08/30/06 | Long Distance Telephone 1(302)575-1555; 4 Mins. | 3.96 |
| 08/30/06 | Long Distance Telephone 1(302)575-1555; 3 Mins. | 2.97 |
| 08/31/06 | Long Distance Telephone 1(512)476-4394; 10 Mins. | 9.90 |
| 08/31/06 | Long Distance Telephone 1(864)895-0459; 13 Mins. | 12.87 |
| 08/31/06 | Miscellaneous Costs    Professional/Expert fees related to PD | 95,323.50 |
|  | Estimation for August 2006    $95,323.50 |  |
| 08/07/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 08/07/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/07/06 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 08/07/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/01/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/04/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/11/06 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 08/11/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/15/06 | Copies 363 pgs @ 0.10/pg | 36.30 |
| 08/18/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/23/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/30/06 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 08/30/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/30/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/14/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/14/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |



| | | |
|---|---|---|
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/31/06 | Copies 73 pgs @ 0.10/pg | 7.30 |
| 08/31/06 | Copies 73 pgs @ 0.10/pg | 7.30 |
| 08/31/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/31/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/23/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/23/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/23/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/23/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/23/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/23/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/23/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/23/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/23/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/23/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/23/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/23/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/23/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/23/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/24/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/24/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/24/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/24/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/24/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/24/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/24/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/24/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/24/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/24/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/24/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/24/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 08/24/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 271 pgs @ 0.10/pg | 27.10 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/24/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/25/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/25/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/25/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/28/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 08/28/06 | Copies 108 pgs @ 0.10/pg | 10.80 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/06 | Copies 94 pgs @ 0.10/pg | 9.40 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/06 | Copies 95 pgs @ 0.10/pg | 9.50 |
| 08/28/06 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 08/28/06 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/06 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 08/28/06 | Copies 62 pgs @ 0.10/pg | 6.20 |
| 08/28/06 | Copies 62 pgs @ 0.10/pg | 6.20 |
| 08/28/06 | Copies 75 pgs @ 0.10/pg | 7.50 |
| 08/28/06 | Copies 75 pgs @ 0.10/pg | 7.50 |
| 08/28/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
|----------|------------------------|------|
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/29/06 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 08/29/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/22/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 08/22/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/22/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/22/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/22/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/22/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/22/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 08/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/22/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/22/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/22/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/18/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/18/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/18/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/18/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/18/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 08/18/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 08/18/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 08/18/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 08/18/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/18/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/18/06 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 08/18/06 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 08/18/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/18/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/18/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/18/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/18/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/18/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/18/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/18/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/18/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/18/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/18/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/18/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/18/06 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 08/18/06 | Copies 47 pgs @ 0.10/pg | 4.70 |
| 08/18/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/18/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/18/06 | Copies 48 pgs @ 0.10/pg | 4.80 |
| 08/18/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/18/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/18/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/18/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/18/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/15/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 08/15/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/15/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 08/15/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/15/06 | Copies 4 pgs @ 0.10/pg | 0.40 |

| 08/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/15/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/15/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/15/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/15/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/15/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/15/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/15/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/15/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/15/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/15/06 | Copies 61 pgs @ 0.10/pg | 6.10 |
| 08/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/15/06 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 08/15/06 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 08/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 241 pgs @ 0.10/pg | 24.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 08/16/06 | Copies 53 pgs @ 0.10/pg | 5.30 |

| | | |
|---|---|---|
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 158 pgs @ 0.10/pg | 15.80 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/16/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 284 pgs @ 0.10/pg | 28.40 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |