| Date | Description | Amount |
|---|---|---|
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/11/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/11/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 08/11/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 08/11/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 08/11/06 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 08/11/06 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 08/11/06 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 08/11/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/11/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/11/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/11/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/11/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/11/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/11/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/11/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/11/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/11/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/11/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/11/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/11/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/11/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/11/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/11/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/11/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/11/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 08/11/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/11/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/11/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/11/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/11/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/11/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/11/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/11/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/11/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/11/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/11/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/11/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/11/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/11/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/11/06 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 08/11/06 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 08/11/06 | Copies 17 pgs @ 0.10/pg | 1.70 |

| | | |
|---|---|---|
| 08/11/06 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 08/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/04/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/05/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/05/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/05/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/01/06 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 08/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/01/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 08/01/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/01/06 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 08/02/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/02/06 | Copies 216 pgs @ 0.10/pg | 21.60 |
| 08/02/06 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 08/02/06 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 08/02/06 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 08/02/06 | Copies 40 pgs @ 0.10/pg | 4.00 |
| 08/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/03/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/03/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/03/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/03/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/07/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/07/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/07/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/07/06 | Copies 2 pgs @ 0.10/pg | 0.20 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 08/07/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/07/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/07/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/07/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/07/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/07/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/07/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/07/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/07/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 08/08/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/08/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/08/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/08/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/08/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/08/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/08/06 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 08/08/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 08/08/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/08/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/08/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/08/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/08/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/08/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/08/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/08/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/08/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/08/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/06 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 08/09/06 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 08/09/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/09/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/09/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/09/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/09/06 | Copies 84 pgs @ 0.10/pg | 8.40 |
| 08/09/06 | Copies 84 pgs @ 0.10/pg | 8.40 |
| 08/09/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/09/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/09/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/09/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/09/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/09/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/09/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/09/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/09/06 | Copies 9 pgs @ 0.10/pg | 0.90 |

| 08/09/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/09/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/09/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/09/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/09/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 08/09/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/09/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/09/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/09/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/09/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/09/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/09/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/09/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/09/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/10/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/10/06 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 08/10/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 08/10/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/10/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/10/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/10/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/10/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/10/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/10/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/10/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/10/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/10/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/10/06 | Copies 10 pgs @ 0.10/pg | 1.00 |

TOTAL COSTS ADVANCED                                                    $104,202.65

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Baena, Scott L | 3.10 | $625.00 | $1,937.50 |
| Sakalo, Jay M | 1.80 | $400.00 | $720.00 |
| Snyder, Jeffrey I | 1.90 | $225.00 | $427.50 |
| Kramer, Matthew I | 2.50 | $320.00 | $800.00 |
| Testa, Nicole | 6.00 | $305.00 | $1,830.00 |
| Flores, Luisa M | 0.90 | $180.00 | $162.00 |
| Douglas, Catherine | 0.20 | $180.00 | $36.00 |
| *TOTAL* | *16.40* | | *$5,913.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $3,306.30 |
| CD/DVD Duplication | $1,200.00 |
| Fares, Mileage, Parking | $495.00 |
| Telecopies | $27.00 |
| Federal Express | $249.38 |
| Long Distance Telephone | $941.11 |
| Long Distance Telephone-Outside Services | $446.76 |
| Lodging | $567.72 |
| Meals | $35.61 |
| Miscellaneous Costs | $95,323.50 |
| Pacer - Online Services | $783.68 |
| Parking | $55.00 |
| Publication | $180.00 |
| Searches-Title/Name/Corporate | $40.00 |
| Westlaw-Online Legal Research | $6.09 |
| Copies | $545.50 |
| *TOTAL* | *$104,202.65* |

**CURRENT BALANCE DUE THIS MATTER**                                    **$110,115.65**

**Atty – SLB**
**Client No.: 74817/15538**

### RE: 02 - Debtors' Business Operations

| 08/02/06 | JMS | 1.00 | 400.00 | E-mail from J. Baer regarding Equitas proposal (.4); analysis of proposal (.6). |
|----------|-----|------|--------|--------------------------------------------------------------------------------|
| 08/14/06 | JMS | 0.70 | 280.00 | Telephone conference with Debtors, PI, et al. regarding Equitas settlement (.7). |
| 08/15/06 | JMS | 0.30 | 120.00 | Review e-mails from J. Baer and R. Wyron regarding revised Equitas settlement agreement (.3). |
| 08/18/06 | JMS | 0.80 | 320.00 | Analysis of Equity matters (.8). |

PROFESSIONAL SERVICES                                                   $1,120.00

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Sakalo, Jay M | 2.80 | $400.00 | $1,120.00 |
| *TOTAL* | *2.80* | | *$1,120.00* |

CURRENT BALANCE DUE THIS MATTER                                         $1,120.00

**Atty – SLB**
**Client No.: 74817/15539**

RE: **03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 08/10/06 | SLB | 2.50 | 1,562.50 | Conference with J. Sakalo et al in preparation for committee meeting (.6); prepare outline of issues for meeting (.9); committee meeting (1.0). |
| 08/10/06 | JMS | 2.00 | 800.00 | E-mail to Committee regarding call (.1); telephone conference with S. Baena regarding preparation for Committee call (.2); Committee call (1.0); e-mail to Committee regarding follow up from call (.3); telephone conference with E. Westbrook regarding call summary (.4). |
| 08/17/06 | SLB | 1.90 | 1,187.50 | Telephone call to J. Sakalo, review emails and memo in preparation for committee meeting (.9); committee meeting (1.0). |
| 08/17/06 | MIK | 0.90 | 288.00 | Committee call. |
| 08/24/06 | JMS | 0.40 | 160.00 | Committee call (.4). |
| 08/24/06 | MIK | 0.30 | 96.00 | Committee call. |
| 08/31/06 | SLB | 1.20 | 750.00 | Telephone call from J. Sakalo in preparation for committee meeting (.2); committee meeting (1.0). |
| 08/31/06 | JMS | 1.40 | 560.00 | Prepare for Committee call (.4); Committee call (1.0). |
| 08/31/06 | MIK | 1.00 | 320.00 | Committee call. |

PROFESSIONAL SERVICES                                                                 $5,724.00

COSTS ADVANCED

| | | |
|---|---|---|
| 08/15/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/16/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/16/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/16/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/16/06 | Copies 6 pgs @ 0.10/pg | 0.60 |

TOTAL COSTS ADVANCED                                                                     $3.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 5.60 | $625.00 | $3,500.00 |
| Sakalo, Jay M | 3.80 | $400.00 | $1,520.00 |
| Kramer, Matthew I | 2.20 | $320.00 | $704.00 |
| *TOTAL* | *11.60* | | *$5,724.00* |

MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Copies | $3.00 |
| *TOTAL* | *$3.00* |

CURRENT BALANCE DUE THIS MATTER                                                      $5,727.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE: 07 - Applicant's Fee Application

| | | | | |
|---|---|---|---|---|
| 08/03/06 | LMF | 3.20 | 576.00 | Compile statements and begin preparation of quarterly application for Bilzin including exhibits (3.2). |
| 08/08/06 | AM | 4.00 | 540.00 | Assist Luisa in preparing 21 Interim Quarterly Fee Application (4.0). |
| 08/09/06 | AM | 5.00 | 675.00 | Assist Luisa in preparing 21 Interim Quarterly Fee Application (5.0). |
| 08/10/06 | AM | 4.00 | 540.00 | Assist Luisa in preparing 21 Interim Quarterly Fee Application (4.0). |
| 08/11/06 | LMF | 2.50 | 450.00 | Attend to reconciliation and edits to exhibits on quarterly application for Bilzin (2.5). |
| 08/11/06 | AM | 5.50 | 742.50 | Assist Luisa in preparing 21 Interim Quarterly Fee Application (5.5). |
| 08/15/06 | LMF | 2.20 | 396.00 | Review and attend to edits to Bilzin's July statement (2.2). |
| 08/16/06 | LMF | 3.00 | 540.00 | Complete review and edits to July prebills (1.4); complete draft of Bilzin's quarterly application (1.6). |
| 08/24/06 | MIK | 1.60 | 512.00 | Edit interim fee application (.7); edit monthly invoice (.9). |
| 08/25/06 | JMS | 1.00 | 400.00 | Prepare response to fee auditor's initial report regarding 20th period (1.0). |
| 08/28/06 | LMF | 1.10 | 198.00 | Meet with accounting to finalize statement for July 2006 (1.1). |
| 08/28/06 | MIK | 0.30 | 96.00 | Revise interim fee application. |

**PROFESSIONAL SERVICES** **$5,665.50**

## COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/06-06/30/06; DATE: 6/30/2006 - Acct.#RB0120 | 14.00 |
| 08/09/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/11/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/11/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 08/17/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/17/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/22/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 08/25/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 08/25/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 08/28/06 | Copies 17 pgs @ 0.10/pg | 1.70 |

**TOTAL COSTS ADVANCED** **$23.30**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.00 | $400.00 | $400.00 |
| Kramer, Matthew I | 1.90 | $320.00 | $608.00 |
| Flores, Luisa M | 12.00 | $180.00 | $2,160.00 |
| Morera, Arianna | 18.50 | $135.00 | $2,497.50 |
| *TOTAL* | *33.40* | | *$5,665.50* |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Pacer - Online Services | $14.00 |
| Copies | $9.30 |
| **TOTAL** | **$23.30** |

**CURRENT BALANCE DUE THIS MATTER**                    **$5,688.80**

**Atty – SLB**
**Client No.: 74817/15544**

RE: 08 - Hearings

| | | | | |
|---|---|---|---|---|
| 08/14/06 | SLB | 0.30 | 187.50 | Review agenda for 8/21 hearing and email to J. Sakalo regarding preparation (.3). |
| 08/15/06 | SLB | 1.80 | 1,125.00 | Prepare for 8/21 hearing (1.8). |
| 08/16/06 | WR | 3.00 | 540.00 | Prepare hearing notebook (2.5); schedule telephonic appearances for 8/21/06 hearing (.5). |
| 08/18/06 | SLB | 3.30 | 2,062.50 | Prepare for 8/21 hearing (3.3). |
| 08/18/06 | WR | 2.50 | 450.00 | Prepare hearing notebook. |
| 08/18/06 | NT | 0.30 | 91.50 | Review agenda for upcoming hearing. |
| 08/19/06 | SLB | 2.40 | 1,500.00 | Telephone conference with M. Dies, J. Sakalo and D. Speights in preparation for 8/21 hearing (1.2); review amended agenda (.3); review transcript of July hearing (.9). |
| 08/20/06 | SLB | 4.70 | 2,937.50 | Prepare for 8/21 omnibus hearing (4.7). |
| 08/21/06 | SLB | 13.80 | 8,625.00 | Prepare for hearing including meetings with M. Dies and D. Speights (6.0); attend omnibus hearing (7.8). |
| 08/21/06 | JMS | 10.50 | 4,200.00 | Prepare for hearing en route to Delaware (2.5); attend omnibus hearing (8.0). |
| 08/21/06 | MIK | 5.70 | 1,824.00 | Attend Grace hearing telephonically. |
| 08/21/06 | NT | 5.00 | 1,525.00 | Attend hearing telephonically. |

PROFESSIONAL SERVICES $25,068.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 26.30 | $625.00 | $16,437.50 |
| Sakalo, Jay M | 10.50 | $400.00 | $4,200.00 |
| Kramer, Matthew I | 5.70 | $320.00 | $1,824.00 |
| Testa, Nicole | 5.30 | $305.00 | $1,616.50 |
| Roman, Wanda | 5.50 | $180.00 | $990.00 |
| *TOTAL* | *53.30* | | *$25,068.00* |

CURRENT BALANCE DUE THIS MATTER $25,068.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 08/01/06 | JMS | 0.60 | 240.00 | Review court decision on Minnesota stigma claims (.4); review e-mail from J. Snyder regarding PI discovery call (.2). |
| 08/01/06 | FMM | 3.00 | 540.00 | Analyze property damage insurance claim files (3.0). |
| 08/01/06 | JCM | 3.50 | 962.50 | Review and analyze Debtors' settlement documents. |
| 08/01/06 | JIS | 0.80 | 180.00 | Telephone conference call regarding personal injury discovery (0.5); summarize and report on same (0.3). |
| 08/01/06 | JIS | 0.50 | 112.50 | Review memorandum opinion regarding stigma property damage claims in Minnesota, summarize, and email S. Baena, M. Kramer, and J. Sakalo regarding same. |
| 08/01/06 | AM | 4.50 | 607.50 | Analyze PD insurance claim files (4.5). |
| 08/01/06 | MIK | 0.20 | 64.00 | Office conference with Jay M. Sakalo regarding K&E fees. |
| 08/01/06 | WR | 11.50 | 2,070.00 | Analyze PD insurance claim files. |
| 08/01/06 | GG | 5.00 | 675.00 | Analyze PD insurance claims files (5.0) |
| 08/01/06 | JEV | 0.60 | 81.00 | Analyze property damage insurance claims. |
| 08/02/06 | ASD | 4.10 | 1,537.50 | Continue review of Boston Repository Index |
| 08/02/06 | FMM | 4.00 | 720.00 | Analyze property damage insurance claim files (4.0). |
| 08/02/06 | JCM | 2.00 | 550.00 | Review and analyze Debtors' settlement documents. |
| 08/02/06 | AM | 5.50 | 742.50 | Analyze PD insurance claim files (5.5). |
| 08/02/06 | WR | 8.50 | 1,530.00 | Analyze PD insurance claim files. |
| 08/02/06 | JEV | 1.30 | 175.50 | Analyze property damage insurance claim files. |
| 08/03/06 | ASD | 3.60 | 1,350.00 | Continue review of Boston Repository Index |
| 08/03/06 | JMS | 2.70 | 1,080.00 | Conference with J. Moon regarding research on Canadian claims jurisdiction brief (.5); analysis of issues thereon (1.3); review PI Bar date materials (.9). |
| 08/03/06 | FMM | 3.00 | 540.00 | Analyze property damage insurance claim files (3.0). |
| 08/03/06 | JCM | 4.20 | 1,155.00 | Meet with J. Sakalo regarding Canadian claims (.5); research on Canadian claim jurisdictional issues (3.70) |
| 08/03/06 | AM | 7.80 | 1,053.00 | Analyze PD insurance claim files (7.8). |
| 08/03/06 | WR | 8.00 | 1,440.00 | Coordinate analysis of PI Questionnaires (.5); email correspondence to experts regarding PI Questionnaire data; (.2); prepare report of remaining PD claims (.3); analyze pd insurance claim files (7.0). |
| 08/04/06 | ASD | 6.90 | 2,587.50 | Continue review of Boston Repository Index |
| 08/04/06 | JMS | 3.50 | 1,400.00 | Review J. Liesemer letter to B. Harding and e-mail exchange with S. Baena thereon (.5); review PI committee objection to motion to compel responses to questionnaires (.6); several responses to motion to compel by PI claimants (.9); conferences with J. Moon regarding research on reply brief on Canadian jurisdictional issues (.8); begin review of initial results of research (.7). |
| 08/04/06 | JCM | 8.00 | 2,200.00 | Research on Canadian court jurisdiction in a CCAA proceeding. |
| 08/04/06 | AM | 8.50 | 1,147.50 | Analyze PD insurance claim files (8.5). |
| 08/04/06 | WR | 8.50 | 1,530.00 | Analyze PD insurance claim files. |
| 08/05/06 | ASD | 7.40 | 2,775.00 | Continue review of Boston Repository Index |
| 08/05/06 | JCM | 3.00 | 825.00 | Research on Canadian court jurisdiction in a CCAA proceeding. |
| 08/06/06 | ASD | 8.90 | 3,337.50 | Continue review of Boston Repository Index |
| 08/06/06 | JMS | 1.30 | 520.00 | Begin review of Grace's supplemental brief regarding Canadian claims (.8); begin review of revised PD CMO (.5). |
| 08/06/06 | JCM | 7.00 | 1,925.00 | Research on Canadian court jurisdiction in a CCAA proceeding. |
| 08/07/06 | ASD | 6.70 | 2,512.50 | Continue review of Boston Repository Index |
| 08/07/06 | SLB | 4.80 | 3,000.00 | Review proposed order, etc. modifying deadlines, telephone call to J. Sakalo |

| | | | | |
|---|---|---|---|---|
| | | | | regarding same, telephone conference with M. Dies and J. Sakalo regarding same, preparation of memo to committee regarding same, email from and to J. Sakalo and M. Dies regarding same, emails from and to M. Dies regarding additional thoughts on proposed order, etc. (4.8). |
| 08/07/06 | JMS | 4.00 | 1,600.00 | Telephone conference with J. Moon regarding research on Grace's supplemental brief (.4); telephone conference with D. Speights regarding Canadian claims (.3); telephone conference with S. Baena regarding proposed CMO (.5); telephone conference with S. Baena, M. Dies regarding proposed CMO regarding objections (.8); review and revise memorandum to Committee thereon (.9); e-mail exchange with E. Westbrook regarding same (.3); e-mail exchange with S. Baena and M. Dies thereon (.8). |
| 08/07/06 | JCM | 10.10 | 2,777.50 | Research Canadian court jurisdiction issues. |
| 08/07/06 | AM | 6.00 | 810.00 | Analyze PD insurance claim files (6.0). |
| 08/07/06 | MIK | 1.80 | 576.00 | Review CMO papers (.4); review Canadian paper (1.4). |
| 08/07/06 | WR | 7.70 | 1,386.00 | Analyze PD insurance claim files. |
| 08/08/06 | ASD | 2.10 | 787.50 | Continue review of Boston Repository Index |
| 08/08/06 | SLB | 1.10 | 687.50 | Review proposed revised CMO, etc. and email to J. Baer et al regarding same (.5); prepare for conference call (.6). |
| 08/08/06 | JMS | 2.60 | 1,040.00 | Continue working on reply brief regarding Canadian claims, including multiple conferences with M. Kramer and J. Moon to discuss results of research, review same and telephone conference with S. Baena thereon (2.4); e-mail from S. Baena regarding PD CMO (.2). |
| 08/08/06 | JCM | 9.70 | 2,667.50 | Research related to Canadian court jurisdiction. |
| 08/08/06 | JCM | 0.30 | 82.50 | Meet with J. Sakalo and M. Kramer regarding drafting memorandum of law on Canadian claims adjudication. |
| 08/08/06 | AM | 3.00 | 405.00 | Analyze PD insurance claim files (3.0). |
| 08/08/06 | MIK | 7.20 | 2,304.00 | Substantial research regarding Canadian law issues. |
| 08/08/06 | WR | 8.20 | 1,476.00 | Review recent orders and certifications withdrawing PD claims (2.5); analyze remaining PD claims (1.5); Analyze PD insurance claim files (4.2). |
| 08/08/06 | JEV | 1.30 | 175.50 | Analyze property damage insurance claim files. |
| 08/09/06 | ASD | 3.60 | 1,350.00 | Continue review of Boston Repository Index |
| 08/09/06 | SLB | 4.80 | 3,000.00 | Review former transcripts regarding revised PD CMO (.3); emails to and from M. Dies regarding conference call with Grace (.2); email from D. Speights and review associated memorandum (.9); telephone call to J. Sakalo regarding same (.2); email from D. Speights regarding same (.2); telephone conference with M. Dies and J. Sakalo in preparation for meeting and conference on proposed revised PD CMO (1.0); telephone conference with D. Bernick et al regarding same (.8); telephone conference with M. Dies to de-brief (.5); email from C. Plaza with further comments to PD CMO and emails to M. Dies and D. Speights regarding same (.7). |
| 08/09/06 | SLB | 2.60 | 1,625.00 | Review supplemental brief on Canadian claims opening response and email to J. Sakalo regarding same (2.6). |
| 08/09/06 | JMS | 7.70 | 3,080.00 | Telephone conference with S. Baena, M. Dies regarding proposed PD CMO (1.0): analysis of transcript record regarding same (.7); e-mail to S. Baena regarding citations in transcript with respect to estimation (.3); telephone conference with C. Plaza regarding comments to proposed revised CMO (.3); review C. Plaza e-mail regarding PD CMO (.4); telephone conference with Debtors' counsel regarding draft revised CMO (.9); follow-up telephone conference with S. Baena and M. Dies (.6); conferences with M. Kramer regarding supplemental Canadian brief (.8); research regarding operations and business of Grace Canada (1.9); analysis of extant Canadian claims and multiple conferences with W. Roman regarding same (.8). |
| 08/09/06 | JCM | 10.00 | 2,750.00 | Research Canadian jurisdiction issues. |
| 08/09/06 | MP | 0.30 | 73.50 | Telephone conference with J. Sakalo and Canadian lawyers. |



| 08/09/06 | AM | 3.00 | 405.00 | Analyze PD insurance claim files (3.0). |
| 08/09/06 | MIK | 11.30 | 3,616.00 | Substantial research and drafting regarding Canadian brief (10.0); telephone conference with M. Dies regarding proposed CMO (.8); partially attend all-hands call regarding CMO (.5). |
| 08/09/06 | WR | 9.50 | 1,710.00 | Coordinate PD Committee's Supplemental Memorandum on Canadian Jurisdiction (1.0); analyze documents regarding Bar Dates (2.0); analyze PD Canadian claims (3.0); analyze remaining PD claims (1.0); analyze orders sustaining objection to PD claims (2.5). |
| 08/09/06 | JEV | 0.50 | 67.50 | Analyze and organize property damage insurance claim files. |
| 08/10/06 | ASD | 3.30 | 1,237.50 | Continue review of Boston Repository Index |
| 08/10/06 | SLB | 0.60 | 375.00 | Review responses/objections to questionnaires (.6). |
| 08/10/06 | JMS | 4.00 | 1,600.00 | Review draft supplemental reply on Canadian claims (1.0); conference with M. Kramer thereon (1.3); review further research on issues (1.3); e-mail exchange with M. Dies regarding CMO matters and Canadian matters (.4). |
| 08/10/06 | JCM | 7.00 | 1,925.00 | Research related to Canadian court jurisdiction (7.0). |
| 08/10/06 | AM | 2.70 | 364.50 | Analyze PD insurance claim files (2.7). |
| 08/10/06 | MIK | 10.70 | 3,424.00 | Substantial research and drafting regarding Canadian brief, including multiple office conferences with Jay M. Sakalo and James Moon. |
| 08/10/06 | WR | 10.00 | 1,800.00 | Analyze PD insurance claim files. |
| 08/10/06 | JEV | 2.20 | 297.00 | Analyze insurance files. |
| 08/10/06 | JEV | 0.10 | 13.50 | Analyze pleadings. |
| 08/11/06 | ASD | 9.10 | 3,412.50 | Continue review of Boston Repository Index |
| 08/11/06 | SLB | 3.30 | 2,062.50 | Review and revise response to supplemental memo regarding Canadian claims and telephone conference with J. Sakalo et al regarding same (1.9); telephone call from M. Dies regarding Canadian proceeding orders entered and retention of counsel (.6); review revised response (.4); email to and from P. Lockwood regarding Canada proceeding and email to M. Dies regarding same (.4). |
| 08/11/06 | SLB | 0.90 | 562.50 | Preparation of memo to D. Bernick regarding proposed CMO and telephone conference with M. Dies regarding same (.9). |
| 08/11/06 | JMS | 6.90 | 2,760.00 | Review and revise final version of supplemental objection to Canadian claims motion, including conference with J. Moon and M. Kramer thereon and telephone conferences with S. Baena thereon (5.3); telephone conference with D. Speights regarding same (.1); research regarding estimation/objection overlap (1.5). |
| 08/11/06 | JCM | 9.50 | 2,612.50 | Research Canadian jurisdiction issues (4.3); meet with J. Sakalo and M. Kramer to revise and edit Reply on Debtor's Supplemental Memorandum in support of Protocol for disposition of Canadian PD claims (3.2); review and analyze Debtors' settlement documents (2.0). |
| 08/11/06 | AM | 3.00 | 405.00 | Analyze PD insurance claim files (3.0). |
| 08/11/06 | MIK | 4.40 | 1,408.00 | Telephone conference with counsel re Canadian issues (1.0); office conferences with Jay M. Sakalo, James Moon regarding objection to Canadian motion and edit same (3.4). |
| 08/11/06 | WR | 7.00 | 1,260.00 | Analyze PD insurance claim files. |
| 08/11/06 | JEV | 1.10 | 148.50 | Analyze property damage insurance claims. |
| 08/12/06 | ASD | 6.50 | 2,437.50 | Continue review of Boston Repository Index |
| 08/12/06 | JMS | 0.40 | 160.00 | E-mail exchange with D. Speights regarding Canadian claims matters and access to docket (.4). |
| 08/13/06 | ASD | 6.80 | 2,550.00 | Continue review of Boston Repository Index |
| 08/13/06 | WR | 6.20 | 1,116.00 | Analyze PD insurance claim files. |
| 08/14/06 | SLB | 1.20 | 750.00 | Attention to revised PD CMO from debtors, email and telephone call to M. Dies, prepare memo to D. Bernick regarding same, email from M. Dies with suggested revisions, email to D. Bernick regarding same (1.2). |
| 08/14/06 | JMS | 2.10 | 840.00 | Review newest draft of proposed CMO (.6); telephone conference with S. |

