|          |      |       |          |                                                                                                                                                                                                                                                                                                                                                                                    |
|----------|------|-------|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |      |       |          | Baena and M. Dies regarding same (.5); review draft response to Debtors (.2); review various law firms response to motion to compel regarding PI Questionnaire (.8).                                                                                 |
| 08/14/06 | FMM  | 2.00  | 360.00   | Analyze property damage insurance claim files (2.0).                                                                                                                                                                                                |
| 08/14/06 | JCM  | 7.50  | 2,062.50 | Review and analyze Debtors' settlement documents.                                                                                                                                                                                                   |
| 08/14/06 | AM   | 5.00  | 675.00   | Analyze PD insurance claim files (5.0).                                                                                                                                                                                                             |
| 08/14/06 | MIK  | 0.60  | 192.00   | Review Sealed Air production.                                                                                                                                                                                                                       |
| 08/14/06 | WR   | 7.50  | 1,350.00 | Analyze PD insurance claim files.                                                                                                                                                                                                                   |
| 08/14/06 | JEV  | 1.50  | 202.50   | Analyze pleadings.                                                                                                                                                                                                                                  |
| 08/15/06 | SLB  | 0.40  | 250.00   | Review Cooney response to motion to compel (.4).                                                                                                                                                                                                    |
| 08/15/06 | SLB  | 2.50  | 1,562.50 | Review recent decisional law and telephone conference with J. Sakalo regarding preparation of memo to committee regarding same (2.5).                                                                                                                |
| 08/15/06 | JMS  | 3.50  | 1,400.00 | E-mail to Committee regarding PD CMO proposal from the Debtors (.4); telephone conference with S. Baena regarding estimation issues (.5); review and analysis thereon (.7); lengthy memorandum to Committee regarding same (1.3); telephone conference with and e-mail exchange with M. Dies regarding record cites in transcript (.4); e-mail from B. Harding regarding expert stipulation (.2). |
| 08/15/06 | FMM  | 3.00  | 540.00   | Analyze property damage insurance claim files (3.0).                                                                                                                                                                                               |
| 08/15/06 | JCM  | 6.30  | 1,732.50 | Review and analyze Debtors' settlement documents.                                                                                                                                                                                                   |
| 08/15/06 | AM   | 5.00  | 675.00   | Analyze PD insurance claim files (5.0).                                                                                                                                                                                                             |
| 08/15/06 | MIK  | 4.20  | 1,344.00 | Review Sealed Air production.                                                                                                                                                                                                                       |
| 08/15/06 | WR   | 10.00 | 1,800.00 | Analyze PD insurance claim files.                                                                                                                                                                                                                   |
| 08/15/06 | JEV  | 4.20  | 567.00   | Analyze pleadings; analyze property damage insurance documents; analyze research and organize hearing transcripts.                                                                                                                                  |
| 08/16/06 | ASD  | 3.20  | 1,200.00 | Continue review of Boston Repository Index                                                                                                                                                                                                          |
| 08/16/06 | SLB  | 0.50  | 312.50   | Attention to memo regarding recent case law regarding estimation (.3); email to D. Bernick et al regarding motion to compel (.2).                                                                                                                    |
| 08/16/06 | JMS  | 2.40  | 960.00   | Review J. Liesemer letter to B. Harding regarding use of Sealed Air exhibits and schedules to letter (.6); telephone conference with and e-mail to J. Liesemer regarding order entered in Sealed Air adversary (.5); multiple e-mails from Committee members regarding estimation issues (1.3). |
| 08/16/06 | JCM  | 4.50  | 1,237.50 | Review and analyze pleadings filed for impact on P.D. Committee.                                                                                                                                                                                    |
| 08/16/06 | AM   | 6.00  | 810.00   | Analyze PD insurance claim files (6.0).                                                                                                                                                                                                             |
| 08/16/06 | MIK  | 2.00  | 640.00   | Review estimation case law (.5); review Sealed Air production (1.5).                                                                                                                                                                                |
| 08/16/06 | WR   | 7.00  | 1,260.00 | Analyze PD insurance claim files.                                                                                                                                                                                                                   |
| 08/16/06 | JEV  | 0.20  | 27.00    | Research pleadings for J. Sakalo.                                                                                                                                                                                                                   |
| 08/16/06 | JEV  | 1.20  | 162.00   | Analyze property damage insurance claim files.                                                                                                                                                                                                      |
| 08/17/06 | SLB  | 1.70  | 1,062.50 | Attention to J. Buchwalter's opinion on late filed claims for environmental liabilities and preparation of memo to committee (1.7).                                                                                                                 |
| 08/17/06 | SLB  | 0.30  | 187.50   | Attention to revised PD CMO (.3).                                                                                                                                                                                                                   |
| 08/17/06 | JMS  | 4.20  | 1,680.00 | E-mail exchange with B. Fairey regarding decision in late filed claim (.2) telephone conference with S. Baena regarding same and memorandum to Committee regarding same (.4); telephone conference with S. Baena regarding estimation (.3); e-mail from S. Baena thereon (.3); conferences with J. Valdes regarding transcript citations (.4); telephone conference with M. Dies thereon (.4); e-mail with D. Speights regarding appellate decisions by Buckwalter (.9); research regarding same and e-mail to D. Speights thereon (1.3). |
| 08/17/06 | JCM  | 1.50  | 412.50   | Review and analyze pleadings.                                                                                                                                                                                                                       |
| 08/17/06 | JCM  | 0.50  | 137.50   | Research related to Grace Canada.                                                                                                                                                                                                                   |
| 08/17/06 | JCM  | 2.00  | 550.00   | Review and analyze debtors' settlement documents.                                                                                                                                                                                                   |
| 08/17/06 | JIS  | 0.70  | 157.50   | Read and briefly summarize Debtor's reply to D. Slaughter's reply to claims objection, motion for leave to file same, and opinion concerning estimation and |

| | | | | |
|---|---|---|---|---|
| | | | | discovery in other asbestos case. |
| 08/17/06 | AM | 6.70 | 904.50 | Analyze PD insurance claim files (6.7). |
| 08/17/06 | MIK | 2.10 | 672.00 | Review Sealed Air production. |
| 08/17/06 | WR | 7.50 | 1,350.00 | Analyze PD insurance claim files. |
| 08/17/06 | JEV | 4.50 | 607.50 | Analyze and research hearing transcripts for J. Sakalo |
| 08/17/06 | JEV | 1.80 | 243.00 | Organize and research property damage insurance claim files. |
| 08/18/06 | ASD | 2.10 | 787.50 | Continue review of Boston Repository Index |
| 08/18/06 | SLB | 1.80 | 1,125.00 | Further attention to revise PD CMO, telephone conference with J. Sakalo and M. Dies regarding same, memo to committee regarding same (1.8). |
| 08/18/06 | JMS | 5.20 | 2,080.00 | Review and analyze Debtors' certification of counsel, proposed CMO and Notice (.9); two telephone conferences with S. Baena regarding same (.6); telephone conference with S. Baena, M. Dies regarding same (.8); draft responsive certification of counsel (.5); two telephone conferences with C. Kang (claimant counsel) regarding CMO and open issues (.4); revise certification of counsel (.4); prepare for hearing (1.6). |
| 08/18/06 | JCM | 6.00 | 1,650.00 | Review and analyze pleadings filed for impact on PD Committee (.5); review and analyze Debtors' settlement documents (5.5). |
| 08/18/06 | MIK | 5.50 | 1,760.00 | Review District Court decision re Pacificorp (1.1); review estimation case law (.6); review Sealed Air production (3.8). |
| 08/18/06 | WR | 8.50 | 1,530.00 | Analyze PD insurance claim files. |
| 08/20/06 | ASD | 1.30 | 487.50 | Continue review of Boston Repository Index |
| 08/21/06 | JCM | 4.00 | 1,100.00 | Review and analyze pleadings filed for impact on the PD Committee (.5); review and analyze Debtors' settlement documents (3.5). |
| 08/21/06 | MIK | 0.20 | 64.00 | Review estimation case law. |
| 08/21/06 | JEV | 2.80 | 378.00 | Analyze property damage insurance claims (1.5); analyze hearing transcripts (1.3). |
| 08/22/06 | ASD | 3.00 | 1,125.00 | Continue review of Boston Repository Index |
| 08/22/06 | SLB | 1.00 | 625.00 | Review mark-up PD CMO and telephone conference with M. Dies and J. Sakalo regarding same (.9); email to D. Bernick et al regarding same (.1). |
| 08/22/06 | JMS | 2.60 | 1,040.00 | E-mails with W. Roman regarding database information available for experts (.5); telephone conference with S. Baena and M. Dies regarding objections, notice and estimation matters (.7); e-mail exchange with D. Speights regarding same (.3); telephone conference with E. Westbrook regarding re-cap of hearing (.6); conference with M. Kramer regarding PI disclosures, review docket and e-mail to S. Baena thereon (.5). |
| 08/22/06 | FMM | 4.00 | 720.00 | Analyze property damage insurance claim files (4.0). |
| 08/22/06 | JCM | 2.60 | 715.00 | Review and analyze Debtors' settlement documents. |
| 08/22/06 | AM | 5.00 | 675.00 | Analyze property damage insurance claim files (5.0). |
| 08/22/06 | MIK | 1.40 | 448.00 | Review PI CMO (.8); review Sealed Air documents (.6). |
| 08/22/06 | WR | 8.50 | 1,530.00 | Coordinate forwarding DVD production to experts (1.0); prepare correspondence re: PI Questionnaires (.5); prepare database reports (.5); update PD claims register (.5); analyze PD insurance claim files (6.0). |
| 08/22/06 | JEV | 1.50 | 202.50 | Analyze Grace hearing transcripts. |
| 08/23/06 | ASD | 2.60 | 975.00 | Continue review of Boston Repository Index |
| 08/23/06 | SLB | 3.90 | 2,437.50 | Review and revise proposed notice and order and numerous emails with committee members regarding same (3.9). |
| 08/23/06 | JMS | 3.70 | 1,480.00 | Review and analysis of PD CMO and Notice (.5); revise and comment on same with S. Baena (1.7); telephone conference with V. Thrasher regarding Debtors' claims objections (.3); e-mails from M. Dies regarding comments to proposed CMO (.6); e-mail to S. Baena, M. Dies and D. Speights regarding proper standard of dust methodology (.6). |
| 08/23/06 | FMM | 3.40 | 612.00 | Analyze property damage insurance claim files (3.4). |
| 08/23/06 | JCM | 4.50 | 1,237.50 | Review and analyze pleadings filed for impact on PD Committee (.5); review and analyze Debtors' settlement documents (4.0). |



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 08/23/06 | AM | 5.50 | 742.50 | Analyze property damage insurance claim files (5.5). |
| 08/23/06 | MIK | 1.00 | 320.00 | Review Sealed Air documents. |
| 08/23/06 | WR | 11.50 | 2,070.00 | Review and analyze PI estimation documents (3.5); review and analyze PD estimation documents (3.5); analyze PD insurance claim files (4.5). |
| 08/23/06 | JEV | 1.10 | 148.50 | Analyze hearing transcripts for J. Sakalo. |
| 08/24/06 | ASD | 3.10 | 1,162.50 | Continue review of Boston Repository Index |
| 08/24/06 | SLB | 6.40 | 4,000.00 | Prepare for telephone conference with parties regarding CMO (.8); telephone conferences with Speights and Dies regarding CMO (1.5); telephone conference with counsel for Grace regarding CMO (.2); revise CMO documents and circulate to committee (2.6); email exchange with debtors' counsel regarding same (.2); revise C.O.C. (.9); email exchange with local counsel regarding service, etc. (.2). |
| 08/24/06 | JMS | 6.40 | 2,560.00 | Telephone conference with S. Baena and D. Speights regarding CMO Notice (.9); telephone conference with Debtors' counsel regarding same (.2); revise same and review multiple drafts with Speights and Dies (2.6); e-mails to L. Esayian, et al. regarding proposed revisions to CMO and Notice (.4); prepare and draft certification of counsel (.8); telephone conference with S. Baena regarding same (.4); e-mails with T. Tacconelli and telephone conference with T. Tacconelli thereon (.4); multiple e-mails with L. Esayian regarding response to proposals (.4); telephone conference with J. Katz regarding PI claims database (.3). |
| 08/24/06 | FMM | 3.30 | 594.00 | Analyze property damage insurance claim files (3.3). |
| 08/24/06 | JCM | 2.50 | 687.50 | Review and analyze pleadings filed for impact on PD Committee (.5); Review and analyze Debtors' settlement documents (2.0). |
| 08/24/06 | AM | 3.60 | 486.00 | Analyze property damage insurance claim files (3.6). |
| 08/24/06 | MIK | 1.00 | 320.00 | Review Sealed Air documents. |
| 08/24/06 | WR | 9.00 | 1,620.00 | Review and analyze PI estimation documents (3.5); review and analyze PD estimation documents (3.5); analyze PD insurance claim files (2.0). |
| 08/25/06 | SLB | 2.90 | 1,812.50 | Email exchange with M. Dies regarding CMO issues (.5); prepare for telephone conference with Grace counsel regarding CMO issues [i.e. review of transcripts, review of prior CMOs, review of competing CMO's, etc.] (1.1); telephone conference with counsel for Grace regarding CMO (1.0); email to Dies and Speights regarding meet and confer (.3). |
| 08/25/06 | JMS | 2.70 | 1,080.00 | Multiple e-mails with L. Esayian regarding follow up on proposed CMOs (.6); review and analyze comparison of Debtors' proposal v. PD proposal (.8); telephone conference with S. Baena regarding D. Cameron, L. Esayian (.9); telephone conference with S. Baena (.4). |
| 08/25/06 | FMM | 3.50 | 630.00 | Analyze property damage insurance claim files (3.5). |
| 08/25/06 | JCM | 3.50 | 962.50 | Review and analyze pleadings filed for impact on PD Committee (.5); review and analyze Debtors' settlement documents (3.0). |
| 08/25/06 | AM | 4.50 | 607.50 | Analyze property damage insurance claim files (4.5). |
| 08/25/06 | MIK | 1.40 | 448.00 | Review Sealed Air documents. |
| 08/25/06 | WR | 7.00 | 1,260.00 | Analyze PD insurance claim files. |
| 08/26/06 | SLB | 0.40 | 250.00 | Email traffic with committee members regarding telephone conference with Grace's counsel, etc, (.4). |
| 08/27/06 | WR | 5.00 | 900.00 | Analyze PD insurance claim files. |
| 08/28/06 | SLB | 8.30 | 5,187.50 | Telephone conference with M. Dies and D. Speights regarding revisions to notice, etc. (1.0); draft revised section and circulate to Grace (.7); review transcript of last hearing in preparation for telephone conference with Grace's counsel (1.8); email from and to Lisa Esagian regarding CMO (.2); attention to Grace's revised proposed schedule (.6); telephone conference with L. Esagian regarding revised CMO (1.3); preparation of memo to committee members regarding status (.9); begin drafting certificate of counsel regarding CMO (.8); coordinate committee meeting (.5); telephone call from M. Dies (.5). |
| 08/28/06 | JMS | 4.20 | 1,680.00 | Conference call with S. Baena, D. Speights and M. Dies regarding proposed CMO and Notice (.8); telephone conference with S. Baena, L. Esayian |



| | | | | |
|---|---|---|---|---|
| | | | | regarding comments to CMO and attempt to reach agreement (1.2); follow up conferences with S. Baena regarding memorandum to claimants regarding open issues, draft insert into certification of counsel (1.0); review August 21 transcript regarding Court's comments on objection (.5); e-mail exchange with M. Dies regarding 8/21 transcript (.2); review revised draft schedules received from L. Esayian (.5). |
| 08/28/06 | JCM | 2.00 | 550.00 | Review and analyze Debtor's settlement documents. |
| 08/28/06 | AM | 3.00 | 405.00 | Analyze property damage insurance claim files (3.0). |
| 08/28/06 | WR | 8.50 | 1,530.00 | Analyze PD insurance claim files. |
| 08/29/06 | ASD | 3.70 | 1,387.50 | Continue review of Boston Repository Index. |
| 08/29/06 | SLB | 5.50 | 3,437.50 | Email from and to M. Dies regarding preparation for conference call (.2); telephone conference with M. Dies and D. Speights regarding same (.7); revise notice, order and schedule and circulate for comments (3.4); review and revise COC (.4); email to L. Esagian regarding CMO (.2); emails to and from D. Speights and M. Dies regarding same (.3); telephone conference with D. Speights and J. Sakalo regarding same (.3). |
| 08/29/06 | JMS | 4.60 | 1,840.00 | Telephone conference with S. Baena, D. Speights and M. Dies regarding proposed CMO and follow up on status of discussions with Debtors' counsel (.9); telephone conference with S. Baena regarding changes to Notice, Order and Schedule and revise same (1.4); draft supplemental certification of counsel (.7); telephone conference with S. Baena regarding same and revisions thereto (.5); e-mail to T. Tacconelli regarding filing instruction regarding supplemental certification of counsel (.4); telephone conference with D. Speights, S. Baena regarding comments on CMO and response to Debtors regarding agreement (.3); e-mails from L. Esayian regarding scheduling of Methodology hearing and review same (.4). |
| 08/29/06 | JCM | 2.30 | 632.50 | Review and analyze pleadings filed for impact on PD Committee (.3) review and analyze Debtors' settlement documents (2.0). |
| 08/29/06 | AM | 2.50 | 337.50 | Analyze property damage insurance claim files (2.5). |
| 08/29/06 | MIK | 1.90 | 608.00 | Attend PI estimation mediation telephonically. |
| 08/29/06 | WR | 2.70 | 486.00 | Review and analyze PI estimation documents (2.7). |
| 08/30/06 | ASD | 4.10 | 1,537.50 | Continue review of Boston Repository Index |
| 08/30/06 | SLB | 0.80 | 500.00 | Review Grace's proposed order, notice and schedule and circulate same (.8). |
| 08/30/06 | JMS | 3.70 | 1,480.00 | Review Debtors' COC and proposed Order/Notice (.7); e-mail to S. Baena thereon (.4); e-mail from/to M. Dies thereon (.3); review e-mail from J. Baer regarding Court's comments to proposed order and comparison with PD drafts (.6); e-mail exchange with M. Dies and D. Speights thereon (.8); multiple telephone conferences with T. Tacconelli regarding filing with Court, exhibits and review of same (.9). |
| 08/30/06 | AM | 1.70 | 229.50 | Analyze property damage insurance claim files (1.7). |
| 08/30/06 | WR | 9.00 | 1,620.00 | Analyze PD insurance claim files. |
| 08/31/06 | ASD | 4.70 | 1,762.50 | Continue review of Boston Repository Index |
| 08/31/06 | SLB | 0.90 | 562.50 | Attention to court's order on PD CMO, compare to parties' submissions, memo to PD committee members, emails to and from J. Sakalo regarding same (.9). |
| 08/31/06 | JMS | 3.40 | 1,360.00 | E-mail exchange with S. Baena and M. Dies regarding Court's revisions to proposed order (.7); memorandum to Committee regarding same (.7); telephone conference with M. Dies regarding methodology schedule (.2); e-mail to S. Baena thereon (.2); review CMO entered by Court and e-mail to Committee thereon (.8); e-mail to T. Brandi regarding Pacificorp decision (.3); e-mail to C. Plaza thereon (.2); telephone conference with D. Speights regarding chronology of events (.3). |
| 08/31/06 | JCM | 0.20 | 55.00 | Review PD case management order (.2). |
| 08/31/06 | WR | 8.00 | 1,440.00 | Analyze PD insurance claim files. |

**PROFESSIONAL SERVICES**                                                                 **$214,500.50**



## COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 06/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/06-06/30/06; DATE: 6/30/2006 - Acct.#RB0120 | 2.88 |
| 06/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/06-06/30/06; DATE: 6/30/2006 - Acct.#RB0120 | 9.52 |
| 06/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/06-06/30/06; DATE: 6/30/2006 - Acct.#RB0120 | 2.96 |
| 07/06/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 811832475; DATE: 7/31/2006 - Account# 1000201074 / July 2006 | 33.65 |
| 07/10/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 811832475; DATE: 7/31/2006 - Account# 1000201074 / July 2006 | 52.35 |
| 07/12/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 811832475; DATE: 7/31/2006 - Account# 1000201074 / July 2006 | 5.25 |
| 07/18/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 811832475; DATE: 7/31/2006 - Account# 1000201074 / July 2006 | 63.38 |
| 07/26/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 811832475; DATE: 7/31/2006 - Account# 1000201074 / July 2006 | 18.57 |
| 08/04/06 | Long Distance Telephone 1(416)863-2594; 1 Mins. | 1.00 |
| 08/17/06 | Long Distance Telephone 1(406)829-71233; 1 Mins. | 0.99 |
| 08/17/06 | Long Distance Telephone 1(416)327-5542; 2 Mins. | 3.00 |
| 08/17/06 | Long Distance Telephone 1(416)327-5542; 2 Mins. | 2.00 |
| 08/17/06 | Long Distance Telephone 1(416)327-5542; 1 Mins. | 2.00 |
| 08/02/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/04/06 | Copies 119 pgs @ 0.10/pg | 11.90 |
| 08/04/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/04/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/04/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/04/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/04/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/04/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/04/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/04/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/04/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/04/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/04/06 | Copies 2 pgs @ 0.10/pg | 0.20 |

| 08/04/06 | Copies 5 pgs @ 0.10/pg  | 0.50 |
| 08/04/06 | Copies 7 pgs @ 0.10/pg  | 0.70 |
| 08/04/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 08/04/06 | Copies 6 pgs @ 0.10/pg  | 0.60 |
| 08/04/06 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 08/04/06 | Copies 6 pgs @ 0.10/pg  | 0.60 |
| 08/04/06 | Copies 9 pgs @ 0.10/pg  | 0.90 |
| 08/04/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/04/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/04/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 08/04/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 08/04/06 | Copies 6 pgs @ 0.10/pg  | 0.60 |
| 08/04/06 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 08/04/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/04/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 08/04/06 | Copies 5 pgs @ 0.10/pg  | 0.50 |
| 08/04/06 | Copies 1 pgs @ 0.10/pg  | 0.10 |
| 08/04/06 | Copies 1 pgs @ 0.10/pg  | 0.10 |
| 08/04/06 | Copies 1 pgs @ 0.10/pg  | 0.10 |
| 08/04/06 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 08/04/06 | Copies 8 pgs @ 0.10/pg  | 0.80 |
| 08/04/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/04/06 | Copies 1 pgs @ 0.10/pg  | 0.10 |
| 08/04/06 | Copies 1 pgs @ 0.10/pg  | 0.10 |
| 08/07/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 08/07/06 | Copies 63 pgs @ 0.10/pg | 6.30 |
| 08/07/06 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 08/07/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/07/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 08/07/06 | Copies 7 pgs @ 0.10/pg  | 0.70 |
| 08/07/06 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 08/07/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 08/07/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 08/09/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/09/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 08/10/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 08/10/06 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 08/10/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 08/14/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 08/14/06 | Copies 2 pgs @ 0.10/pg  | 0.20 |
| 08/14/06 | Copies 3 pgs @ 0.10/pg  | 0.30 |
| 08/14/06 | Copies 6 pgs @ 0.10/pg  | 0.60 |
| 08/14/06 | Copies 2 pgs @ 0.10/pg  | 0.20 |
| 08/15/06 | Copies 13 pgs @ 0.10/pg | 1.30 |

| | | |
|---|---|---|
| 08/15/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/15/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/15/06 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 08/15/06 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 08/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/25/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/25/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/25/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/25/06 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 08/25/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/25/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 08/25/06 | Copies 3 pgs @ 0.10/pg | 0.30 |

TOTAL COSTS ADVANCED                                                            $298.55

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 56.60 | $625.00 | $35,375.00 |
| Sakalo, Jay M | 82.40 | $400.00 | $32,960.00 |
| Moon, James C | 124.20 | $275.00 | $34,155.00 |
| Snyder, Jeffrey I | 2.00 | $225.00 | $450.00 |
| Pallett-Vasquez, Melissa | 0.30 | $245.00 | $73.50 |
| Kramer, Matthew I | 56.90 | $320.00 | $18,208.00 |
| Danzeisen, Allyn S | 96.80 | $375.00 | $36,300.00 |
| Matas, Fanny M | 29.20 | $180.00 | $5,256.00 |
| Roman, Wanda | 194.80 | $180.00 | $35,064.00 |
| Morera, Arianna | 92.50 | $135.00 | $12,487.50 |
| Gershowitz, Gabriel | 5.00 | $135.00 | $675.00 |
| Valdes, Janette | 25.90 | $135.00 | $3,496.50 |
| TOTAL | 766.60 | | $214,500.50 |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $8.99 |
| Pacer - Online Services | $15.36 |
| Westlaw-Online Legal Research | $173.20 |
| Copies | $101.00 |
| TOTAL | $298.55 |

CURRENT BALANCE DUE THIS MATTER                                          $214,799.05

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| | | | | |
|---|---|---|---|---|
| 08/21/06 | SLB | 1.50 | 468.75 | Non-working travel (1.5). |
| 08/21/06 | JMS | 2.00 | 400.00 | Non-working travel to Delaware (2.0). |
| 08/22/06 | SLB | 3.50 | 1,093.75 | Non-working travel - return from Wilmington (3.5). |
| 08/22/06 | JMS | 3.80 | 760.00 | Non-working travel return from omnibus hearing (3.8). |

**PROFESSIONAL SERVICES**                                                                    **$2,722.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 5.00 | $312.50 | $1,562.50 |
| Sakalo, Jay M | 5.80 | $200.00 | $1,160.00 |
| *TOTAL* | *10.80* | | *$2,722.50* |

**CURRENT BALANCE DUE THIS MATTER**                                               **$2,722.50**



**Atty – SLB**
**Client No.: 74817/15554**

### RE: 18 - Plan & Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 08/06/06 | SLB | 0.30 | 187.50 | Review email and attached letter from J. Leisser (.3). |
| 08/14/06 | MIK | 2.40 | 768.00 | Review hearing transcript. |
| 08/15/06 | MIK | 1.90 | 608.00 | Review hearing transcript. |
| 08/16/06 | SLB | 1.70 | 1,062.50 | Research regarding plan support agreements and email to J. Sakalo regarding same (.8); emails from and to committee regarding motion practice, etc. (.9). |
| 08/17/06 | SLB | 1.20 | 750.00 | Review recent decisional law and preparation of memo to co-proponents regarding same (1.2). |
| 08/18/06 | SLB | 0.20 | 125.00 | Email from and to N. Finch regarding decisional law (.2). |
| 08/18/06 | JMS | 0.30 | 120.00 | E-mails to N. Finch regarding exclusivity (.3). |
| 08/22/06 | SLB | 1.70 | 1,062.50 | Telephone conference with P. Lockwood, E. Inselbuch, R. Frankel regarding September 11 presentation on exclusivity (1.3); revise and review motion to compel production and related pleadings and email to J. Sakalo regarding same (.4). |
| 08/22/06 | JMS | 1.40 | 560.00 | Telephone conference with FCR and PI counsel regarding preparation for hearing on exclusivity (.9); review Debtors' motion for Rule 2004 examination of PI, PD, FCR, ZAI (.5). |
| 08/22/06 | MIK | 1.30 | 416.00 | Telephone conference with asbestos constituents regarding exclusivity. |
| 08/23/06 | SLB | 0.50 | 312.50 | Email from and to D. Speights regarding production request (.3); email to J. Sakalo regarding same (.2). |
| 08/30/06 | JMS | 2.10 | 840.00 | Conference with M. Pallett-Vasquez regarding research projects regarding response to Debtors' motion for 2004 examination (.6); conference with C. Douglas regarding privilege log regarding same (.2); review potentially relevant e-mails and files (1.3). |
| 08/30/06 | MP | 1.10 | 269.50 | Strategy conference with J. Sakalo regarding discovery dispute (.6); Preliminary legal research (.5). |
| 08/31/06 | SLB | 1.30 | 812.50 | Review materials from R. Frankel and others regarding exclusivity hearing preparation (.9); comments from N. Finch (.2); email to all regarding exhibits (.2). |
| 08/31/06 | JMS | 1.70 | 680.00 | Work on outline regarding response to 2004 motion and conference with J. Snyder regarding preliminary research results (1.2); e-mails with PI and FCR regarding hearing on exclusivity (.5). |
| 08/31/06 | JIS | 4.00 | 900.00 | Research relating to rule 2004 and briefly meet with J. Sakalo regarding same. |
| 08/31/06 | MP | 1.50 | 367.50 | Legal research. |

PROFESSIONAL SERVICES                                                      **$9,841.50**

### COSTS ADVANCED

| | | |
|---|---|---|
| 06/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/06-06/30/06; DATE: 6/30/2006 - Acct.#RB0120 | 18.96 |
| 08/31/06 | Copies 29 pgs @ 0.10/pg | 2.90 |

TOTAL COSTS ADVANCED                                                        **$21.86**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 6.90 | $625.00 | $4,312.50 |
| Sakalo, Jay M | 5.50 | $400.00 | $2,200.00 |
| Snyder, Jeffrey I | 4.00 | $225.00 | $900.00 |
| Pallett-Vasquez, Melissa | 2.60 | $245.00 | $637.00 |
| Kramer, Matthew I | 5.60 | $320.00 | $1,792.00 |
| TOTAL | 24.60 | | $9,841.50 |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Pacer - Online Services | $18.96 |
| Copies | $2.90 |
| TOTAL | $21.86 |

CURRENT BALANCE DUE THIS MATTER                    $9,863.36

**Atty – SLB**
**Client No.: 74817/15563**

**RE: 27 - Litigation Consulting**

| 08/14/06 | JMS | 3.50 | 1,400.00 | Review ruling regarding definition of "asbestos" and e-mail to M. Dies, S. Baena thereon (1.7); review ruling regarding use of affirmative defenses prior to trial (.9); review pre-trial brief (.9). |
| 08/16/06 | JMS | 1.30 | 520.00 | Review District Court decision affirming Bankruptcy Court decision on motion for leave to file late claim and e-mail to S. Baena thereon (1.3). |
| 08/25/06 | JMS | 2.50 | 1,000.00 | Prepare for hearing on RMQ and ELG motion for entry of judgment (.8); attend hearing thereon by phone (1.7). |

**PROFESSIONAL SERVICES**                                                                    **$2,920.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 7.30 | $400.00 | $2,920.00 |
| *TOTAL* | *7.30* | | *$2,920.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                **$2,920.00**

Atty – SLB
Client No.: 74817/17781

RE: 30 - Fee Application of Others

| 08/01/06 | LMF | 1.20 | 216.00 | Attend to filing and service of notice, summary and June statement for Hamilton Rabinovitz (1.2). |
| 08/08/06 | LMF | 0.70 | 126.00 | Attend to reconciliation and reimbursement to professionals for fees and costs (.7). |
| 08/10/06 | LMF | 1.30 | 234.00 | Attend to LECG and committee members reimbursement for their expenses (1.3). |
| 08/11/06 | LMF | 2.80 | 504.00 | Attend to quarterly application for Hilsoft Notifications (2.8). |
| 08/17/06 | LMF | 3.80 | 684.00 | Complete quarterly application for Hilsoft Notifications and begin drafting HR&A quarterly application (3.8). |
| 08/18/06 | LMF | 1.90 | 342.00 | Complete quarterly application for Hamilton Rabinovitz (1.9). |
| 08/22/06 | LMF | 0.70 | 126.00 | Review invoice from LECG for month of July 2006 and submit to accounting (.7). |
| 08/23/06 | LMF | 2.40 | 432.00 | Complete quarterly applications for Hamilton and Hilsoft (2.4). |
| 08/24/06 | LMF | 1.20 | 216.00 | Attend to final revisions to July statement (1.2). |
| 08/25/06 | LMF | 1.60 | 288.00 | Research questions on costs associated with 21st quarterly fee application and attend to revisions per M. Kramer's comments (1.6). |

PROFESSIONAL SERVICES                                                                 $3,168.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 17.60 | $180.00 | $3,168.00 |
| TOTAL | 17.60 | | $3,168.00 |

CURRENT BALANCE DUE THIS MATTER                                                       $3,168.00


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|
| Danzeisen, Allyn S | 96.80 | $36,300.00 |
| Baena, Scott L | 103.50 | $63,125.00 |
| Flores, Luisa M | 30.50 | $5,490.00 |
| Sakalo, Jay M | 120.90 | $47,200.00 |
| Matas, Fanny M | 29.20 | $5,256.00 |
| Moon, James C | 124.20 | $34,155.00 |
| Snyder, Jeffrey I | 7.90 | $1,777.50 |
| Pallett-Vasquez, Melissa | 2.90 | $710.50 |
| Morera, Arianna | 111.00 | $14,985.00 |
| Kramer, Matthew I | 74.80 | $23,936.00 |
| Roman, Wanda | 200.30 | $36,054.00 |
| Gershowitz, Gabriel | 5.00 | $675.00 |
| Testa, Nicole | 11.30 | $3,446.50 |
| Douglas, Catherine | 0.20 | $36.00 |
| Valdes, Janette | 25.90 | $3,496.50 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | **$276,643.00** |

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $3,306.30 |
| CD/DVD Duplication | $1,200.00 |
| Fares, Mileage, Parking | $495.00 |
| Telecopies | $27.00 |
| Federal Express | $249.38 |
| Long Distance Telephone | $950.10 |
| Long Distance Telephone-Outside Services | $446.76 |
| Lodging | $567.72 |
| Meals | $35.61 |
| Miscellaneous Costs | $95,323.50 |
| Pacer - Online Services | $832.00 |
| Parking | $55.00 |
| Publication | $180.00 |
| Searches-Title/Name/Corporate | $40.00 |
| Westlaw-Online Legal Research | $179.29 |
| Copies | $661.70 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$104,549.36** |

**TOTAL BALANCE DUE THIS PERIOD**                     **$381,192.36**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

<u>CLIENT SUMMARY</u>

BALANCE AS OF- 08/31/06

WR Grace-Official Committee of Prope

| | TIME | COSTS ADVANCED | CREDIT/TRUST APPLIED | TOTAL |
|---|---|---|---|---|
| 01- Case Administration/15537 | $5,913.00 | $104,202.65 | $0.00 | $110,115.65 |
| 02 - Debtors' Business Operations/15538 | $1,120.00 | $0.00 | $0.00 | $1,120.00 |
| 03 - Creditors Committee/15539 | $5,724.00 | $3.00 | $0.00 | $5,727.00 |
| 07 - Applicant's Fee Application/15543 | $5,665.50 | $23.30 | $0.00 | $5,688.80 |
| 08 - Hearings/15544 | $25,068.00 | $0.00 | $0.00 | $25,068.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $214,500.50 | $298.55 | $0.00 | $214,799.05 |
| 10 - Travel/15546 | $2,722.50 | $0.00 | $0.00 | $2,722.50 |
| 18 - Plan & Disclosure Statement/15554 | $9,841.50 | $21.86 | $0.00 | $9,863.36 |
| 27 - Litigation Consulting/15563 | $2,920.00 | $0.00 | $0.00 | $2,920.00 |
| 30 - Fee Application of Others/17781 | $3,168.00 | $0.00 | $0.00 | $3,168.00 |
| *Client Total* | *$276,643.00* | *$104,549.36* | *$0.00* | *$381,192.36* |

DUE UPON RECEIPT
TAX ID:  65-801626

BILZIN SUMBERG BAENA PRICE & AXELROD LLP