
**Bilzin Sumberg**
ATTORNEYS AT LAW

October 26, 2006

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  113735

FOR PROFESSIONAL SERVICES RENDERED
THROUGH September 30, 2006

**Atty – SLB**
**Client No.: 74817/15537**

### RE: 01- Case Administration

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/01/06 | MIK | 0.50 | 160.00 | Review Rule 2004 issue (.4); review PD-related docket entries (.1). |
| 09/01/06 | NT | 0.10 | 30.50 | Review recent filings in order to determine impact on PD Committee. |
| 09/04/06 | MIK | 0.10 | 32.00 | Review PD-related docket entries. |
| 09/05/06 | AM | 0.80 | 108.00 | Review docket (.8). |
| 09/05/06 | NT | 0.80 | 244.00 | Review recent filings in order to determine impact on PD Committee. |
| 09/06/06 | AM | 1.50 | 202.50 | Review docket (1.5). |
| 09/06/06 | NT | 0.40 | 122.00 | Review recent filings in order to determine impact on PD Committee. |
| 09/07/06 | SLB | 0.40 | 250.00 | Review draft motion to approve CCHS tax settlement (.4). |
| 09/07/06 | JMS | 1.00 | 400.00 | Review hearing notebooks and conference with W. Roman thereon (.4); review docket in criminal proceeding (.6). |
| 09/11/06 | NT | 0.30 | 91.50 | Review recent filings in order to determine impact on PD Committee. |
| 09/12/06 | NT | 0.30 | 91.50 | Review recent filings in order to determine impact on PD Committee. |
| 09/13/06 | JMS | 0.20 | 80.00 | E-mail exchange with D. Speights regarding Agenda (.2). |
| 09/13/06 | NT | 0.50 | 152.50 | Review recent filings in order to determine impact on PD Committee. |
| 09/14/06 | MAM | 0.30 | 138.00 | Attention to various deadlines and process regarding objection to asbestos property damage claims. |
| 09/14/06 | LMF | 0.80 | 144.00 | Assist with set up of Grace calendar for all attorneys (.8). |
| 09/14/06 | NT | 0.70 | 213.50 | Review recent filings in order to determine impact on PD Committee (0.3); attention to Notice Setting Deadlines (0.4). |
| 09/15/06 | NT | 0.30 | 91.50 | Review recent filings in order to determine impact on PD Committee. |
| 09/18/06 | NT | 0.30 | 91.50 | Review recent filings to determine potential impact on PD Committee. |
| 09/19/06 | MIK | 0.10 | 32.00 | Review PD related docket entries. |
| 09/19/06 | NT | 0.30 | 91.50 | Review recent filings to determine potential impact on PD Committee. |
| 09/20/06 | MIK | 1.00 | 320.00 | Review PD-related docket entries. |
| 09/21/06 | JMS | 0.70 | 280.00 | Telephone conference with M. Dies regarding 9/25 hearing (.2); review hearing notebook and meet with W. Roman thereon (.3); e-mails from A. Runyan and B. Fairey regarding 9/25 hearing (.2). |
| 09/21/06 | MIK | 0.10 | 32.00 | Review PD-related docket entries. |
| 09/21/06 | NT | 0.20 | 61.00 | Review recent filings to determine potential impact on PD Committee. |
| 09/22/06 | JMS | 0.70 | 280.00 | E-mails with W. Roman regarding case law for hearing (.3); conference with S. Baena regarding same (.1); e-mails with D. Speights regarding docket entries and scheduling order (.3). |
| 09/22/06 | NT | 0.30 | 91.50 | Review recent filings to determine potential impact on PD Committee. |
| 09/25/06 | JIS | 0.70 | 157.50 | Review agenda for omnibus hearing; listen to hearing telephonically and take notes regarding same. |
| 09/25/06 | NT | 0.20 | 61.00 | Review recent filings to determine potential impact on PD Committee. |
| 09/26/06 | SLB | 0.60 | 375.00 | Email exchange with M. Dies regarding direction of case, etc. (.6). |
| 09/26/06 | MIK | 0.30 | 96.00 | Review PD-related docket entries (.2); Office conference with J. Snyder re |

same (.1).

| 09/26/06 | NT | 0.50 | 152.50 | Review recent filings to determine potential impact on PD Committee. |
| 09/27/06 | SLB | 0.50 | 312.50 | Telephone call from D. Speights regarding case management procedures (.5). |
| 09/27/06 | JMS | 0.20 | 80.00 | E-mail exchange with J. Baer regarding committee membership (.2). |
| 09/27/06 | MIK | 0.40 | 128.00 | Review PD related docket entries (.4). |
| 09/27/06 | JEV | 0.50 | 67.50 | Analyze pleadings for J. Sakalo. |
| 09/29/06 | NT | 0.30 | 91.50 | Review recent filings to determine potential impact on PD Committee. |

**PROFESSIONAL SERVICES**                                                                 **$5,352.50**

### COSTS ADVANCED

| 08/08/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812025702; DATE: 8/31/2006 - Account# 1000201074 Charges from 08/01/2006 - 08/31/2006 | 25.85 |
| 08/09/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812025702; DATE: 8/31/2006 - Account# 1000201074 Charges from 08/01/2006 - 08/31/2006 | 5.45 |
| 08/10/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00530335; DATE: 8/31/2006 - Account# 306300 | 30.34 |
| 08/11/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812025702; DATE: 8/31/2006 - Account# 1000201074 Charges from 08/01/2006 - 08/31/2006 | 72.79 |
| 08/14/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812025702; DATE: 8/31/2006 - Account# 1000201074 Charges from 08/01/2006 - 08/31/2006 | 26.83 |
| 08/16/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812025702; DATE: 8/31/2006 - Account# 1000201074 Charges from 08/01/2006 - 08/31/2006 | 2.52 |
| 08/17/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00530335; DATE: 8/31/2006 - Account# 306300 | 30.62 |
| 08/19/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00530335; DATE: 8/31/2006 - Account# 306300 | 18.44 |
| 08/19/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812025702; DATE: 8/31/2006 - Account# 1000201074 Charges from 08/01/2006 - 08/31/2006 | 41.41 |
| 08/21/06 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 93015; DATE: 8/27/2006 - Clients | 735.50 |
| 08/21/06 | Long Distance Telephone-Outside Services VENDOR: DINERS CLUB; INVOICE#: 07/27/06-08/28/06; DATE: 8/28/2006 - Acct.#5306220025395504 | 160.00 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 08/21/06 | Long Distance Telephone-Outside Services VENDOR: DINERS CLUB; INVOICE#: 07/27/06-08/28/06; DATE: 8/28/2006 - Acct.#5306220025395504 | 160.00 |
| 08/21/06 | Long Distance Telephone-Outside Services VENDOR: DINERS CLUB; INVOICE#: 07/27/06-08/28/06; DATE: 8/28/2006 - Acct.#5306220025395504 | 240.00 |
| 08/21/06 | Long Distance Telephone-Outside Services VENDOR: DINERS CLUB; INVOICE#: 07/27/06-08/28/06; DATE: 8/28/2006 - Acct.#5306220025395504 | 240.00 |
| 08/21/06 | Long Distance Telephone-Outside Services VENDOR: DINERS CLUB; INVOICE#: 07/27/06-08/28/06; DATE: 8/28/2006 - Acct.#5306220025395504 | 240.00 |
| 08/22/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00530335; DATE: 8/31/2006 - Account# 306300 | 20.34 |
| 08/24/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00530335; DATE: 8/31/2006 - Account# 306300 | 10.11 |
| 08/24/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00530335; DATE: 8/31/2006 - Account# 306300 | 8.44 |
| 08/24/06 | Long Distance Telephone-Outside Services VENDOR: DINERS CLUB; INVOICE#: 07/27/06-08/28/06; DATE: 8/28/2006 - Acct.#5306220025395504 | 80.00 |
| 08/25/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00530335; DATE: 8/31/2006 - Account# 306300 | 11.78 |
| 08/28/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00530335; DATE: 8/31/2006 - Account# 306300 | 9.21 |
| 08/28/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00530335; DATE: 8/31/2006 - Account# 306300 | 12.07 |
| 08/29/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00530335; DATE: 8/31/2006 - Account# 306300 | 9.00 |
| 08/31/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00530335; DATE: 8/31/2006 - Account# 306300 | 36.00 |
| 09/05/06 | Long Distance Telephone 1(302)575-1555; 3 Mins. | 2.97 |
| 09/07/06 | Long Distance Telephone 1(803)943-4444; 1 Mins. | 0.99 |
| 09/07/06 | Long Distance Telephone 1(509)455-3978; 1 Mins. | 0.99 |
| 09/07/06 | Long Distance Telephone 1(803)943-4444; 3 Mins. | 2.97 |
| 09/07/06 | Long Distance Telephone 1(512)476-4394; 2 Mins. | 1.98 |



| 09/07/06 | Long Distance Telephone 1(509)455-3966; 1 Mins. | 0.99 |
| 09/07/06 | Long Distance Telephone 1(201)665-4279; 1 Mins. | 0.99 |
| 09/07/06 | Long Distance Telephone 1(415)983-1056; 12 Mins. | 11.88 |
| 09/08/06 | Long Distance Telephone 1(302)575-1555; 7 Mins. | 7.92 |
| 09/08/06 | Long Distance Telephone 1(202)339-8567; 8 Mins. | 7.92 |
| 09/08/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 840739250; DATE: 9/12/2006 | 29.44 |
| 09/10/06 | Airfare VENDOR: SCOTT L. BAENA; INVOICE#: 09/11/2006; DATE: 9/25/2006  - Clients | 1,133.60 |
| 09/10/06 | Fares, Mileage, Parking VENDOR: SCOTT L. BAENA; INVOICE#: 09/11/2006; DATE: 9/25/2006  - Clients | 78.00 |
| 09/10/06 | Lodging VENDOR: SCOTT L. BAENA; INVOICE#: 09/11/2006; DATE: 9/25/2006  - Clients | 226.86 |
| 09/10/06 | Meals VENDOR: SCOTT L. BAENA; INVOICE#: 09/11/2006; DATE: 9/25/2006  - Clients | 17.12 |
| 09/10/06 | Meals Meals: S. Baena, J. Sakalo, G. Boyer - VENDOR: SCOTT L. BAENA; INVOICE#: 09/11/2006; DATE: 9/25/2006  - Clients | 48.10 |
| 09/10/06 | Meals VENDOR: SCOTT L. BAENA; INVOICE#: 09/11/2006; DATE: 9/25/2006  - Clients | 4.91 |
| 09/10/06 | Messenger Services Package Handling - VENDOR: SCOTT L. BAENA; INVOICE#: 09/11/2006; DATE: 9/25/2006  - Clients | 5.00 |
| 09/10/06 | Airfare VENDOR: JAY M. SAKALO; INVOICE#: 09/11/2006; DATE: 9/25/2006  - Clients | 1,133.60 |
| 09/10/06 | Meals VENDOR: JAY M. SAKALO; INVOICE#: 09/11/2006; DATE: 9/25/2006  - Clients | 7.37 |
| 09/10/06 | Lodging VENDOR: JAY M. SAKALO; INVOICE#: 09/11/2006; DATE: 9/25/2006  - Clients | 229.31 |
| 09/11/06 | Meals VENDOR: JAY M. SAKALO; INVOICE#: 09/11/2006; DATE: 9/25/2006  - Clients | 67.25 |
| 09/11/06 | Meals VENDOR: JAY M. SAKALO; INVOICE#: 09/11/2006; DATE: 9/25/2006  - Clients | 6.72 |
| 09/11/06 | Fares, Mileage, Parking VENDOR: JAY M. SAKALO; INVOICE#: 09/11/2006; DATE: 9/25/2006  - Clients | 54.15 |
| 09/11/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 841156892; DATE: 9/14/2006 | 16.03 |
| 09/12/06 | Long Distance Telephone 1(843)524-5708; 29 Mins. | 29.70 |
| 09/13/06 | CD/DVD Duplication | 960.00 |
| 09/13/06 | CD/DVD Duplication | 80.00 |
| 09/13/06 | Long Distance Telephone 1(512)476-64394; 2 Mins. | 1.98 |
| 09/13/06 | Long Distance Telephone 1(512)476-4394; 46 Mins. | 45.54 |
| 09/13/06 | Long Distance Telephone 1(512)476-4394; 3 Mins. | 3.96 |
| 09/15/06 | Long Distance Telephone 1(864)895-0459; 3 Mins. | 2.97 |

| Date | Description | Amount |
|---|---|---|
| 09/15/06 | Postage | 1.17 |
| 09/15/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 842231529; DATE: 9/20/2006 | 13.71 |
| 09/15/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 842231529; DATE: 9/20/2006 | 11.76 |
| 09/15/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 842231529; DATE: 9/20/2006 | 13.71 |
| 09/18/06 | Long Distance Telephone 1(217)785-8541; 12 Mins. | 12.87 |
| 09/19/06 | Long Distance Telephone 1(301)785-8369; 4 Mins. | 3.96 |
| 09/19/06 | Long Distance Telephone 1(843)524-5708; 13 Mins. | 13.86 |
| 09/21/06 | Long Distance Telephone 1(512)476-4394; 2 Mins. | 1.98 |
| 09/21/06 | Long Distance Telephone 1(803)943-4444; 22 Mins. | 21.78 |
| 09/21/06 | Long Distance Telephone 1(302)575-1555; 6 Mins. | 5.94 |
| 09/25/06 | Long Distance Telephone 1(415)989-1800; 299 Mins. | 296.01 |
| 09/25/06 | Long Distance Telephone 1(215)492-1611; 4 Mins. | 3.96 |
| 09/25/06 | Airfare Travel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-09/26/06; DATE: 9/26/2006  -  Client - 15537 | 833.60 |
| 09/25/06 | Fares, Mileage, Parking Travel to Airport and Parking for Travel to Delware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-09/26/06; DATE: 9/26/2006  -  Client - 15537 | 39.24 |
| 09/25/06 | Airfare Travel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-09/25/06; DATE: 9/25/2006  -  Client - 15537 | 833.60 |
| 09/25/06 | Meals Travel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-09/25/06; DATE: 9/25/2006  -  Client - 15537 | 22.97 |
| 09/25/06 | Fares, Mileage, Parking Airport Parking - Travel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-09/25/06; DATE: 9/25/2006  -  Client - 15537 | 25.00 |
| 09/26/06 | Photocopies - Outside Service VENDOR: Copytech Inc.; INVOICE#: 330; DATE: 9/26/2006  -  Clients | 489.40 |
| 09/27/06 | Long Distance Telephone 1(302)575-1555; 2 Mins. | 2.38 |
| 09/27/06 | Long Distance Telephone 1(843)987-0794; 20 Mins. | 23.80 |
| 09/28/06 | Long Distance Telephone 1(302)573-6170; 2 Mins. | 2.38 |
| 09/29/06 | Long Distance Telephone 1(302)573-6170; 2 Mins. | 2.38 |
| 09/29/06 | Long Distance Telephone 1(302)252-2900; 2 Mins. | 2.38 |
| 10/01/06 | Miscellaneous Costs      Professional/Expert fees related to PD Estimation for September 2006     $62,954.37 | 62,954.37 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/01/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/05/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/06/06 | Copies 383 pgs @ 0.10/pg | 38.30 |
| 09/06/06 | Copies 780 pgs @ 0.10/pg | 78.00 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 09/18/06 | Copies 66 pgs @ 0.10/pg | 6.60 |
| 09/19/06 | Copies 144 pgs @ 0.10/pg | 14.40 |
| 09/07/06 | Copies 228 pgs @ 0.10/pg | 22.80 |
| 09/07/06 | Copies 312 pgs @ 0.10/pg | 31.20 |
| 09/07/06 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 09/11/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 09/11/06 | Copies 94 pgs @ 0.10/pg | 9.40 |
| 09/11/06 | Copies 167 pgs @ 0.10/pg | 16.70 |
| 09/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/13/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/13/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 09/13/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/13/06 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 09/21/06 | Copies 252 pgs @ 0.10/pg | 25.20 |
| 09/22/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 09/22/06 | Copies 59 pgs @ 0.10/pg | 5.90 |
| 09/26/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 09/26/06 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 09/14/06 | Copies 114 pgs @ 0.10/pg | 11.40 |
| 09/14/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/26/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/26/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 09/26/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 09/26/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/26/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/26/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/26/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/26/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/26/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 09/26/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/26/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/26/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/26/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/26/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/27/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 09/27/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 09/27/06 | Copies 81 pgs @ 0.10/pg | 8.10 |
| 09/27/06 | Copies 83 pgs @ 0.10/pg | 8.30 |
| 09/27/06 | Copies 78 pgs @ 0.10/pg | 7.80 |

| | | |
|---|---|---|
| 09/27/06 | Copies 66 pgs @ 0.10/pg | 6.60 |
| 09/27/06 | Copies 68 pgs @ 0.10/pg | 6.80 |
| 09/22/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/22/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/22/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/22/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/22/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 09/22/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/22/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/22/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/22/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/22/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/22/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/22/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/22/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/22/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/22/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/22/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 09/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/22/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/22/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/22/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/22/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/22/06 | Copies 268 pgs @ 0.10/pg | 26.80 |
| 09/22/06 | Copies 134 pgs @ 0.10/pg | 13.40 |
| 09/22/06 | Copies 134 pgs @ 0.10/pg | 13.40 |
| 09/25/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 09/25/06 | Copies 60 pgs @ 0.10/pg | 6.00 |
| 09/25/06 | Copies 60 pgs @ 0.10/pg | 6.00 |
| 09/25/06 | Copies 59 pgs @ 0.10/pg | 5.90 |
| 09/25/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/25/06 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 09/25/06 | Copies 131 pgs @ 0.10/pg | 13.10 |
| 09/25/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/21/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/21/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/21/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/21/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/21/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/13/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 09/13/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 09/13/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/12/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/12/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 09/12/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/12/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/12/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/12/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/12/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/12/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/12/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/12/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/08/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/08/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/08/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/08/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/08/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/08/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/08/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 09/08/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/09/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/10/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/11/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/19/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/19/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/19/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/19/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/19/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/19/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/20/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 09/20/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/20/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/20/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/20/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/20/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/20/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/20/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 09/20/06 | Copies 3 pgs @ 0.10/pg | 0.30 |

| | | |
|---|---|---|
| 09/20/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/20/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/20/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/20/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/20/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/20/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/20/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/20/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/20/06 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 09/20/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/20/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/20/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 09/20/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 09/20/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/20/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 09/20/06 | Copies 276 pgs @ 0.10/pg | 27.60 |
| 09/20/06 | Copies 276 pgs @ 0.10/pg | 27.60 |
| 09/07/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/07/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/07/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/07/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/07/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/07/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/07/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/07/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/07/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/07/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/07/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/07/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/06/06 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 09/06/06 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 09/06/06 | Copies 56 pgs @ 0.10/pg | 5.60 |
| 09/06/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 09/06/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/06/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 09/06/06 | Copies 5 pgs @ 0.10/pg | 0.50 |

| Date | Description | Amount |
|---|---|---|
| 09/06/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/06/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/06/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/06/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/06/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 09/06/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 09/06/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/06/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/06/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/06/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/06/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/06/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/06/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/06/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/06/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/06/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/06/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/06/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/06/06 | Copies 216 pgs @ 0.10/pg | 21.60 |
| 09/06/06 | Copies 312 pgs @ 0.10/pg | 31.20 |
| 09/06/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/03/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/03/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 09/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/03/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/03/06 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 09/03/06 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 09/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/03/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 09/03/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 09/03/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/03/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/03/06 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 09/03/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 09/03/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/03/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/03/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/03/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/03/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 09/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/03/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 09/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |

| | | |
|---|---|---|
| 09/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/03/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/03/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/03/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/03/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/03/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/03/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/03/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 09/03/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/03/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 09/03/06 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 09/03/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 09/03/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/03/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/03/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 09/03/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/03/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/03/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/03/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/03/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/03/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/03/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/03/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/03/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/03/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/03/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/03/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 09/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/05/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/05/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/05/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/05/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/05/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/05/06 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 09/05/06 | Copies 7 pgs @ 0.10/pg | 0.70 |

| | | |
|---|---|---|
| 09/05/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/05/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/05/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/05/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/05/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/05/06 | Copies 60 pgs @ 0.10/pg | 6.00 |
| 09/05/06 | Copies 78 pgs @ 0.10/pg | 7.80 |
| 09/05/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/05/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 09/05/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/05/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/05/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/05/06 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 09/05/06 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 09/05/06 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 09/05/06 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 09/05/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/05/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/05/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/05/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/05/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 09/05/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/05/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/05/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/05/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/05/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/05/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 09/05/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 09/05/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/05/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/05/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/05/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/05/06 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 09/05/06 | Copies 56 pgs @ 0.10/pg | 5.60 |
| 09/05/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 09/28/06 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 09/28/06 | Copies 205 pgs @ 0.10/pg | 20.50 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 92 pgs @ 0.10/pg | 9.20 |

| | | |
|---|---|---|
| 09/28/06 | Copies 68 pgs @ 0.10/pg | 6.80 |
| 09/28/06 | Copies 56 pgs @ 0.10/pg | 5.60 |
| 09/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 09/28/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/28/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/28/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 09/28/06 | Copies 189 pgs @ 0.10/pg | 18.90 |
| 09/28/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/28/06 | Copies 79 pgs @ 0.10/pg | 7.90 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/28/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/28/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 09/28/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/28/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 09/28/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 09/28/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 09/28/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 09/28/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 09/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/28/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/28/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 09/28/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/28/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 09/28/06 | Copies 188 pgs @ 0.10/pg | 18.80 |
| 09/28/06 | Copies 187 pgs @ 0.10/pg | 18.70 |
| 09/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/28/06 | Copies 97 pgs @ 0.10/pg | 9.70 |