| | | |
|---|---|---|
| 09/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/28/06 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 09/28/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 09/28/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 09/28/06 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 09/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/28/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/28/06 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 09/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/28/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 09/28/06 | Copies 276 pgs @ 0.10/pg | 27.60 |
| 09/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/28/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/28/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/28/06 | Copies 60 pgs @ 0.10/pg | 6.00 |
| 09/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/29/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/29/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/29/06 | Copies 43 pgs @ 0.10/pg | 4.30 |
| 09/29/06 | Copies 111 pgs @ 0.10/pg | 11.10 |
| 09/29/06 | Copies 61 pgs @ 0.10/pg | 6.10 |
| 09/29/06 | Copies 61 pgs @ 0.10/pg | 6.10 |
| 09/29/06 | Copies 72 pgs @ 0.10/pg | 7.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/29/06 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 09/29/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/29/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/29/06 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 24 pgs @ 0.10/pg | 2.40 |

| | | |
|---|---|---:|
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 09/29/06 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/29/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 111 pgs @ 0.10/pg | 11.10 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |

| | | |
|---|---|---|
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 09/29/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 76 pgs @ 0.10/pg | 7.60 |
| 09/29/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/29/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/29/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/29/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/29/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/29/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/29/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/29/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/29/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 09/29/06 | Copies 91 pgs @ 0.10/pg | 9.10 |
| 09/29/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/29/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/29/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/29/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/29/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/29/06 | Copies 10 pgs @ 0.10/pg | 1.00 |

| | | |
|---|---|---|
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 09/29/06 | Copies 40 pgs @ 0.10/pg | 4.00 |
| 09/29/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/29/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 09/29/06 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/29/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/29/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 09/29/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 09/29/06 | Copies 26 pgs @ 0.10/pg | 2.60 |

| | | |
|---|---|---|
| 09/29/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 09/29/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 09/29/06 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 09/29/06 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 09/29/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 09/29/06 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 09/29/06 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 09/29/06 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 09/29/06 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 09/29/06 | Copies 45 pgs @ 0.10/pg | 4.50 |
| 09/29/06 | Copies 91 pgs @ 0.10/pg | 9.10 |
| 09/29/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/29/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 09/29/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 09/29/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 09/29/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/06 | Copies 74 pgs @ 0.10/pg | 7.40 |
| 09/29/06 | Copies 62 pgs @ 0.10/pg | 6.20 |
| 09/29/06 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 09/29/06 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 09/29/06 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 09/29/06 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 09/29/06 | Copies 45 pgs @ 0.10/pg | 4.50 |

| | | |
|---|---|---:|
| 09/29/06 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 09/29/06 | Copies 47 pgs @ 0.10/pg | 4.70 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 09/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/06 | Copies 56 pgs @ 0.10/pg | 5.60 |
| 09/29/06 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 09/29/06 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 09/29/06 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 09/29/06 | Copies 64 pgs @ 0.10/pg | 6.40 |
| 09/29/06 | Copies 47 pgs @ 0.10/pg | 4.70 |
| 09/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED**                                                    **$73,348.52**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Mora, Mindy A | 0.30 | $460.00 | $138.00 |
| Baena, Scott L | 1.50 | $625.00 | $937.50 |
| Sakalo, Jay M | 2.80 | $400.00 | $1,120.00 |
| Snyder, Jeffrey I | 0.70 | $225.00 | $157.50 |
| Kramer, Matthew I | 2.50 | $320.00 | $800.00 |
| Testa, Nicole | 5.50 | $305.00 | $1,677.50 |
| Flores, Luisa M | 0.80 | $180.00 | $144.00 |
| Morera, Arianna | 2.30 | $135.00 | $310.50 |
| Valdes, Janette | 0.50 | $135.00 | $67.50 |
| *TOTAL* | *16.90* | | *$5,352.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Airfare | $3,934.40 |
| CD/DVD Duplication | $1,040.00 |
| Photocopies - Outside Service | $489.40 |
| Fares, Mileage, Parking | $931.89 |
| Federal Express | $84.65 |
| Long Distance Telephone | $517.43 |
| Long Distance Telephone-Outside Services | $1,316.35 |
| Lodging | $456.17 |
| Meals | $174.44 |
| Messenger Services | $5.00 |
| Miscellaneous Costs | $62,954.37 |
| Postage | $1.17 |
| Westlaw-Online Legal Research | $174.85 |
| Copies | $1,268.40 |

| | |
|---|---|
| *TOTAL* | **$73,348.52** |

CURRENT BALANCE DUE THIS MATTER    **$78,701.02**

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 09/12/06 | JMS | 0.80 | 320.00 | Telephone conference with Debtors, et al. regarding CCHP tax settlement (.8). |
| 09/21/06 | JMS | 0.20 | 80.00 | E-mail to J. Baer regarding Lloyds settlement and hearing thereon (.2). |

PROFESSIONAL SERVICES                                                                $400.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.00 | $400.00 | $400.00 |
| *TOTAL* | *1.00* | | *$400.00* |

CURRENT BALANCE DUE THIS MATTER                                                    $400.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15539

RE: 03 - Creditors Committee

| 09/14/06 | SLB | 1.00 | 625.00 | Committee meeting (1.0). |
| 09/14/06 | JMS | 1.30 | 520.00 | Prepare for and hold committee call (1.3). |
| 09/19/06 | SLB | 0.50 | 312.50 | Telephone call from D. Scott regarding update of events during his vacation (.5). |
| 09/21/06 | SLB | 0.50 | 312.50 | Committee meeting (.5). |
| 09/21/06 | JMS | 0.90 | 360.00 | Prepare for and hold committee call (.9). |
| 09/21/06 | MIK | 0.70 | 224.00 | Committee Call (.5); follow-up with J. Sakalo (.2). |
| 09/27/06 | SLB | 0.20 | 125.00 | Email from and to D. Speights regarding conference call matter (.2). |
| 09/28/06 | SLB | 0.70 | 437.50 | Memo regarding agenda for committee meeting (.5); committee meeting (.5). |
| 09/28/06 | JMS | 0.90 | 360.00 | Committee call (.5); telephone conference with C. Plaza regarding summary of omnibus hearing (.4). |
| 09/28/06 | MIK | 0.60 | 192.00 | Committee call (.6) |

PROFESSIONAL SERVICES                                                                $3,468.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Baena, Scott L | 2.90 | $625.00 | $1,812.50 |
| Sakalo, Jay M | 3.10 | $400.00 | $1,240.00 |
| Kramer, Matthew I | 1.30 | $320.00 | $416.00 |
| *TOTAL* | *7.30* | | *$3,468.50* |

CURRENT BALANCE DUE THIS MATTER                                                      $3,468.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

### RE: 07 - Applicant's Fee Application

| Date | Init. | Hours | Amount | Description |
|------|-------|-------|--------|-------------|
| 09/05/06 | LMF | 1.20 | 216.00 | Prepare and submit Bilzin's statement, notice and summary for July 2006 (1.2). |
| 09/06/06 | LMF | 0.80 | 144.00 | Begin review of August prebills for Bilzin (.8). |
| 09/08/06 | LMF | 2.50 | 450.00 | Complete review and edits to Bilzin's August prebill (1.3); review spreadsheets from auditor for accuracy (1.2). |
| 09/08/06 | JMS | 0.30 | 120.00 | Review chart from fee auditor regarding 20th Interim (.3). |
| 09/12/06 | LMF | 0.50 | 90.00 | Review expense and fee charts and spreadsheets received from fee auditor regarding Bilzin's 20th interim quarterly application and prepare response to same (.5). |
| 09/18/06 | JMS | 0.50 | 200.00 | E-mail exchange with Shakima Williams regarding 20th quarterly application (.3); conference with M. Kramer regarding same and response thereto (2). |
| 09/19/06 | MIK | 0.40 | 128.00 | Respond to U.S. Trustee's fee inquiry. |
| 09/20/06 | JIS | 1.10 | 247.50 | Conference with W. Roman regarding insurance claim document review process and email to M. Kramer describing process for fee purposes; research relating to document request; discuss same with J. Moon. |
| 09/20/06 | MIK | 1.00 | 320.00 | Edit monthly invoice. |
| 09/22/06 | JIS | 0.20 | 45.00 | Meeting with M. Kramer regarding review of insurance document production and reply to request for information from U.S. Trustee. |
| 09/22/06 | MIK | 2.70 | 864.00 | Respond to U.S. Trustee's fee request. |
| 09/25/06 | LMF | 0.70 | 126.00 | Attention to final edits to Bilzin's August bills (.7). |
| 09/26/06 | JMS | 0.80 | 320.00 | Revise response to UST's office regarding inquiries related to 21st quarterly application and e-mail to S. Williams thereon (.8). |
| 09/29/06 | LMF | 0.90 | 162.00 | Prepare notice and summary for Bilzin's August fees and submit to local counsel for filing and service (.9). |

**PROFESSIONAL SERVICES** $3,432.50

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Sakalo, Jay M | 1.60 | $400.00 | $640.00 |
| Snyder, Jeffrey I | 1.30 | $225.00 | $292.50 |
| Kramer, Matthew I | 4.10 | $320.00 | $1,312.00 |
| Flores, Luisa M | 6.60 | $180.00 | $1,188.00 |
| *TOTAL* | *13.60* | | *$3,432.50* |

**CURRENT BALANCE DUE THIS MATTER** $3,432.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**RE:  08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 09/02/06 | JMS | 0.40 | 160.00 | E-mails with T. Edwards regarding exclusivity hearing (.2); e-mail with A. Madian regarding same (.2). |
| 09/05/06 | JMS | 0.20 | 80.00 | E-mails with Speights, Dies, Westbrook regarding participation at Exclusivity hearing (.2). |
| 09/05/06 | WR | 0.50 | 90.00 | Schedule telephonic appearances for 9/11/06 hearing (.5). |
| 09/06/06 | JMS | 0.30 | 120.00 | Conference with W. Roman regarding hearing notebook for upcoming hearing (.3). |
| 09/06/06 | WR | 5.00 | 900.00 | Prepare hearing notebooks (5.0). |
| 09/07/06 | WR | 1.50 | 270.00 | Prepare hearing notebooks (1.5). |
| 09/08/06 | SLB | 3.80 | 2,375.00 | Prepare for 9/11/06 hearing on exclusivity and other matters (3.8 ). |
| 09/10/06 | SLB | 1.00 | 625.00 | Prepare for 9/11 hearing (1.0). |
| 09/10/06 | JMS | 1.50 | 600.00 | Prepare for hearing (1.5). |
| 09/11/06 | SLB | 6.20 | 3,875.00 | Attend omnibus hearing (6.2). |
| 09/11/06 | JMS | 7.50 | 3,000.00 | Prepare for and attend hearing (7.5). |
| 09/19/06 | WR | 0.50 | 90.00 | Schedule telephonic appearances (.5). |
| 09/20/06 | WR | 6.00 | 1,080.00 | Prepare hearing notebook (6.0). |
| 09/21/06 | WR | 1.00 | 180.00 | Prepare hearing notebook. |
| 09/22/06 | SLB | 2.60 | 1,625.00 | Prepare for 9/25 hearing (2.6). |
| 09/22/06 | MIK | 0.70 | 224.00 | Review transcripts. |
| 09/22/06 | WR | 1.00 | 180.00 | Prepare hearing notebook. |
| 09/25/06 | SLB | 8.50 | 5,312.50 | Prepare for and attend hearing including conference with D. Speights and M. Dies (8.5). |
| 09/25/06 | JMS | 6.00 | 2,400.00 | Prepare for  and attend omnibus hearing (6.0). |
| 09/25/06 | MIK | 5.30 | 1,696.00 | Attend omnibus hearing telephonically (5.0); review transcript (.3). |

**PROFESSIONAL SERVICES**                                                                 **$24,882.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 22.10 | $625.00 | $13,812.50 |
| Sakalo, Jay M | 15.90 | $400.00 | $6,360.00 |
| Kramer, Matthew I | 6.00 | $320.00 | $1,920.00 |
| Roman, Wanda | 15.50 | $180.00 | $2,790.00 |
| *TOTAL* | *59.50* | | *$24,882.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                  **$24,882.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP