Atty – SLB
Client No.: 74817/15545

RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| 09/01/06 | JMS | 0.80 | 320.00 | Analysis of potential Phase I issues (.8). |
|---|---|---|---|---|
| 09/01/06 | JCM | 0.50 | 137.50 | Review and analyze pleadings filed for impact on PD Committee. |
| 09/01/06 | WR | 9.00 | 1,620.00 | Analyze PD insurance claim files. |
| 09/03/06 | WR | 4.00 | 720.00 | Analyze PD insurance claim files. |
| 09/04/06 | JMS | 0.30 | 120.00 | Telephone conference with T. Brandi regarding status of proceedings, claims objections (.3). |
| 09/05/06 | JMS | 0.30 | 120.00 | E-mail exchange with D. Speights regarding involvement of all claimants in PD objections (.3). |
| 09/05/06 | JCM | 5.00 | 1,375.00 | Research discovery issues related to official committees. |
| 09/05/06 | JIS | 0.10 | 22.50 | Attention to email from M. Kramer regarding conference relating to discovery request from PI committee and from FCR. |
| 09/05/06 | AM | 4.00 | 540.00 | Analyze PD insurance claim files (4.0). |
| 09/05/06 | WR | 6.00 | 1,080.00 | Analyze PD insurance claim files. |
| 09/06/06 | SLB | 0.20 | 125.00 | Review joinder of equity committee (.2). |
| 09/06/06 | JMS | 0.60 | 240.00 | Conference with J. Snyder regarding issues raised in mediation (.3); review J. Snyder memorandum thereon (.3). |
| 09/06/06 | JCM | 0.50 | 137.50 | Analyze pleadings filed for impact on the PD Committee. |
| 09/06/06 | JIS | 3.20 | 720.00 | Prepare for and attend telephone conference regarding discovery requests propounded by PI Committee (2.9); review notes and draft email memo to J. Sakalo, S. Baena, and M. Kramer regarding same (0.3). |
| 09/06/06 | AM | 6.50 | 877.50 | Analyze PD insurance claim files (6.5). |
| 09/06/06 | WR | 3.00 | 540.00 | Analyze PD insurance claim files (3.0). |
| 09/07/06 | ASD | 3.50 | 1,312.50 | Continue review of Boston Repository Index |
| 09/07/06 | SLB | 1.00 | 625.00 | Review proposed order on Canadian claims and email to D. Speights regarding same (.3); email from and telephone conference with G. George, Esq. regarding claims objection process (.7). |
| 09/07/06 | SLB | 0.40 | 250.00 | Review report on PI discovery issues and memo to committee members regarding same (.4). |
| 09/07/06 | JMS | 0.40 | 160.00 | Review draft order regarding disposition of Canadian claims issues and conference with S. Baena thereon (.4). |
| 09/07/06 | AM | 5.50 | 742.50 | Analyze PD insurance claim files (5.5). |
| 09/07/06 | WR | 8.50 | 1,530.00 | Analyze PD insurance claim files (8.5). |
| 09/08/06 | ASD | 2.90 | 1,087.50 | Continue review of Boston Repository Index |
| 09/08/06 | SLB | 0.30 | 187.50 | Review summary of issues (.3). |
| 09/08/06 | JMS | 1.10 | 440.00 | Review Debtors' status report on S&R signature issues (.4); revise 5 supplemental briefs regarding status of PI motion to compel (.7). |
| 09/08/06 | JCM | 3.00 | 825.00 | Review and analyze debtors' settlement documents. |
| 09/08/06 | AM | 8.00 | 1,080.00 | Analyze PD insurance claim files (8.0). |
| 09/08/06 | WR | 10.00 | 1,800.00 | Analyze PD insurance claim files (10.0). |
| 09/08/06 | JEV | 0.20 | 27.00 | Analyze and research Grace criminal docket for J. Sakalo. |
| 09/09/06 | AM | 2.00 | 270.00 | Analyze PD insurance claim files (2.0). |
| 09/09/06 | WR | 4.50 | 810.00 | Analyze PD insurance claim files. |

| | | | | |
|---|---|---|---|---|
| 09/10/06 | ASD | 3.40 | 1,275.00 | Continue review of Boston Repository Index |
| 09/11/06 | JCM | 0.70 | 192.50 | Review and analyze pleadings filed for impact on PD Committee (.5); attention to correspondence from J. Sakalo regarding court filings impacting PD Committee; review court docket (.2). |
| 09/11/06 | AM | 5.00 | 675.00 | Analyze property damage insurance claim files (5.0). |
| 09/11/06 | WR | 10.00 | 1,800.00 | Analyze PI estimation documents (2.0); analyze PI DVD production (3.0); analyze PD estimation documents (1.0); analyze PD insurance claim files (4.0). |
| 09/12/06 | SLB | 0.80 | 500.00 | Telephone conference with D. Speights and J. Sakalo regarding Canadian claims, etc. (.5); revise proposed Canadian claims order and transmittal to D. Speights for comments (.3). |
| 09/12/06 | JMS | 0.80 | 320.00 | Telephone conference with S. Baena, D. Speights regarding Canadian claims order and claims objection issues (.5); e-mail to D. Speights regarding information on objection (.3). |
| 09/12/06 | JCM | 5.00 | 1,375.00 | Review and analyze pleadings filed for impact on PD Committee (.5); review and analyze Debtors' settlement documents. |
| 09/12/06 | AM | 2.70 | 364.50 | Analyze PD insurance claim files (2.7). |
| 09/12/06 | WR | 9.00 | 1,620.00 | Review and analyze PI estimation documents (1.5); analyze PD insurance claim files (7.5). |
| 09/12/06 | JEV | 0.30 | 40.50 | Analyze Grace pleadings and research docket for J. Sakalo |
| 09/13/06 | SLB | 2.30 | 1,437.50 | Telephone conference with M. Dies regarding issues and matters requiring attention (.8); telephone call from M. Dies regarding dust sampling (.6); review pleadings and memo to M. Dies regarding same (.9). |
| 09/13/06 | JMS | 1.40 | 560.00 | Telephone conference with M. Dies, S. Baena regarding phase I issues (1.0); telephone conference with C. Plaza regarding same (.2); e-mail to committee regarding deadlines in PD CMO (.2). |
| 09/13/06 | AM | 3.10 | 418.50 | Analyze PD insurance claim files (3.1). |
| 09/13/06 | WR | 7.00 | 1,260.00 | Analyze documents regarding PD claim objections (3.0); analyze PD insurance claim files (4.0). |
| 09/14/06 | SLB | 0.60 | 375.00 | Email from and to C. Plaza regarding phase 1 litigation (.6). |
| 09/14/06 | JMS | 0.80 | 320.00 | Revise objections to PD CMO schedule (.8). |
| 09/14/06 | FMM | 4.50 | 810.00 | Analyze property damage insurance claim files (4.5). |
| 09/14/06 | WKH | 0.40 | 164.00 | Review correspondence/scheduling of hearings and deadlines. |
| 09/14/06 | AM | 0.90 | 121.50 | Analyze PD insurance claim files (0.9). |
| 09/14/06 | WR | 9.00 | 1,620.00 | Analyze DVD production (3.0); review recent orders regarding objections to asbestos PD claims and update attorneys on upcoming hearings and court schedule (5.0); analyze PD insurance claim files (1.0). |
| 09/15/06 | ASD | 2.70 | 1,012.50 | Continue review of Boston Repository Index |
| 09/15/06 | JMS | 0.40 | 160.00 | E-mail exchange with D. Speights regarding objections and estimation (.4). |
| 09/15/06 | FMM | 5.50 | 990.00 | Analyze property damage insurance claim files (5.5). |
| 09/15/06 | JCM | 4.00 | 1,100.00 | Review and analyze Debtors' settlement documents. |
| 09/15/06 | AM | 3.00 | 405.00 | Analyze PD insurance claim files (3.0). |
| 09/15/06 | WR | 7.00 | 1,260.00 | Analyze PD insurance claim files (7.0). |
| 09/16/06 | JMS | 0.50 | 200.00 | Review Debtors' response to objections to CMO (.5). |
| 09/16/06 | WR | 2.00 | 360.00 | Analyze PD insurance claim files (2.0). |
| 09/17/06 | ASD | 3.10 | 1,162.50 | Continue review of Boston Repository Index |
| 09/17/06 | JMS | 0.30 | 120.00 | Follow up e-mail to D. Speights regarding objections/estimation (.3). |
| 09/17/06 | WR | 1.50 | 270.00 | Analyze PD insurance claim files. |
| 09/18/06 | SLB | 0.30 | 187.50 | Attention to scheduling motion to compel production on hearing agenda (.3). |
| 09/18/06 | AM | 2.50 | 337.50 | Analyze PD insurance claim files (2.5). |



| 09/19/06 | SLB | 0.30 | 187.50 | Telephone call from B. Harding and emails from B. Harding and N. Finch regarding expert stipulation (.3). |
|---|---|---|---|---|
| 09/19/06 | SLB | 1.10 | 687.50 | Review case law on exclusion of certain expert testimony (1.1). |
| 09/19/06 | JMS | 0.20 | 80.00 | E-mail to J. Baer regarding PD Committee motion to compel (.2). |
| 09/19/06 | JCM | 2.50 | 687.50 | Review and analyze pleadings filed for impact on PD Committee (.5); review and analyze debtors settlement files (2.0). |
| 09/19/06 | AM | 2.00 | 270.00 | Analyze PD insurance claim files (2.0). |
| 09/19/06 | MIK | 2.50 | 800.00 | Review expert stipulation (.2); telephone conference with B. Harding regarding same (.3); email Committee regarding estimation matters (2.0). |
| 09/19/06 | WR | 9.00 | 1,620.00 | Analyze PD estimation documents including documents regarding objections to PD claims (9.0). |
| 09/20/06 | ASD | 2.70 | 1,012.50 | Continue review of Boston Repository Index |
| 09/20/06 | SLB | 0.60 | 375.00 | Memo to committee regarding status and consent to expert report stip (.6). |
| 09/20/06 | JMS | 2.70 | 1,080.00 | E-mail from L. Esayian and D. Speights regarding draft order regarding Canada (.2); e-mail exchange with J. Baer regarding motion to compel (.3); review transcript regarding PI motion to compel (1.4); telephone conference with D. Speights regarding PD CMO matters, objection and estimation issues (.5); e-mail to S. Baena regarding same (.3). |
| 09/20/06 | JIS | 0.40 | 90.00 | Meeting with M. Kramer concerning certain and initial research regarding same. |
| 09/20/06 | WR | 1.00 | 180.00 | Analyze PD estimation documents (1.0). |
| 09/21/06 | SLB | 0.70 | 437.50 | "Meet and confer" with J. Baer et al regarding motion to compel (.2); memos to committee regarding same and receipt of responses (.5). |
| 09/21/06 | JMS | 1.70 | 680.00 | Prepare for call with J. Baer regarding Motion to Compel and review record thereon (1.0); telephone conference with S. Baena, J. Baer, L. Esayian regarding same (.3); follow up telephone conference with and review e-mail from S. Baena regarding same (.4). |
| 09/21/06 | JIS | 1.00 | 225.00 | Attention to review of orders in Grace. |
| 09/21/06 | AM | 2.00 | 270.00 | Analyze PD insurance claim files (2.0). |
| 09/21/06 | MIK | 0.30 | 96.00 | Telephone conference with Debtors regarding motion to compel. |
| 09/21/06 | WR | 8.50 | 1,530.00 | Analyze PD insurance claim files. |
| 09/22/06 | SLB | 0.60 | 375.00 | Emails from and to M. Dies regarding motion to compel (.4); email to J. Baer regarding motion to compel (.2). |
| 09/22/06 | AM | 3.80 | 513.00 | Analyze PD insurance claim files (3.8) |
| 09/22/06 | WR | 6.50 | 1,170.00 | Analyze PD insurance claim files. |
| 09/25/06 | ASD | 2.80 | 1,050.00 | Continue review of Boston Repository Index |
| 09/25/06 | JCM | 0.50 | 137.50 | Review transcripts for relevant discussions by court of a property damage issue. |
| 09/25/06 | JIS | 2.00 | 450.00 | Review pleadings and email M. Kramer regarding same. |
| 09/25/06 | MIK | 0.30 | 96.00 | Review certifications of counsel re PI estimation. |
| 09/25/06 | WR | 3.50 | 630.00 | Review documents relating to PD estimation including: case management orders, bar dates, and objections (3.5). |
| 09/26/06 | JCM | 0.50 | 137.50 | Review and analyze pleadings filed for impact on PD Committee. |
| 09/26/06 | JIS | 0.80 | 180.00 | Discuss pleadings with M. Kramer and research regarding same. |
| 09/26/06 | MIK | 2.40 | 768.00 | Review hearing transcript (2.4). |
| 09/26/06 | WR | 3.00 | 540.00 | Review documents relating to PD estimation including: case management orders, bar dates, and objections (3.0). |
| 09/27/06 | SLB | 0.90 | 562.50 | Interoffice conference with J. Sakalo and K. Marlin regarding Daubert challenges (.9). |
| 09/27/06 | JMS | 1.30 | 520.00 | Conference with S. Baena, K. Marlin regarding Daubert challenges (.9); e-mails to K. Marlin regarding same (.4). |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 09/27/06 | KAM | 0.90 | 274.50 | Strategize regarding challenges to Daubert proceedings and trial. |
| 09/28/06 | ASD | 4.20 | 1,575.00 | Continue review of Boston Repository Index |
| 09/28/06 | SLB | 0.90 | 562.50 | Telephone conference with A. Runyan regarding methodology hearing issue (.9). |
| 09/28/06 | JMS | 1.10 | 440.00 | Review and analysis of Amended PD CMO (.4); e-mails from D. Speights regarding same (.2); e-mail to M. Kramer regarding comparison of Amended PD CMO to version entered by Court (.3); e-mail from M. Kramer regarding same (.2). |
| 09/28/06 | AM | 4.00 | 540.00 | Assist in the preparation of designation of records (4.0). |
| 09/28/06 | WR | 9.50 | 1,710.00 | Prepare designation of records. |
| 09/29/06 | ASD | 4.10 | 1,537.50 | Continue review of Boston Repository Index |
| 09/29/06 | SLB | 0.90 | 562.50 | Review proposed revisions to orders and notices and email exchange with D. Speights, M. Kramer and J. Sakalo regarding same (.9). |
| 09/29/06 | WR | 8.20 | 1,476.00 | Prepare designation of records (8.2). |
| 09/30/06 | ASD | 5.30 | 1,987.50 | Continue review of Boston Repository Index |

**PROFESSIONAL SERVICES**                                                               **$70,759.50**

### COSTS ADVANCED

| 08/04/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812025702; DATE: 8/31/2006 - Account# 1000201074 Charges from 08/01/2006 - 08/31/2006 | 102.16 |
| 08/07/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812025702; DATE: 8/31/2006 - Account# 1000201074 Charges from 08/01/2006 - 08/31/2006 | 61.39 |
| 09/20/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 09/20/06 | Copies 57 pgs @ 0.10/pg | 5.70 |
| 09/20/06 | Copies 57 pgs @ 0.10/pg | 5.70 |
| 09/20/06 | Copies 48 pgs @ 0.10/pg | 4.80 |
| 09/20/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/20/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/05/06 | Copies 38 pgs @ 0.10/pg | 3.80 |
| 09/06/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/06/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/06/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/06/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 09/06/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 09/08/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/08/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 09/08/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/12/06 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 09/12/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/12/06 | Copies 13 pgs @ 0.10/pg | 1.30 |

| 09/12/06 | Copies 5 pgs @ 0.10/pg  | 0.50 |
| 09/20/06 | Copies 91 pgs @ 0.10/pg | 9.10 |
| 09/20/06 | Copies 91 pgs @ 0.10/pg | 9.10 |
| 09/20/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 09/20/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 09/20/06 | Copies 8 pgs @ 0.10/pg  | 0.80 |
| 09/20/06 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 09/20/06 | Copies 8 pgs @ 0.10/pg  | 0.80 |
| 09/20/06 | Copies 64 pgs @ 0.10/pg | 6.40 |
| 09/20/06 | Copies 75 pgs @ 0.10/pg | 7.50 |
| 09/20/06 | Copies 75 pgs @ 0.10/pg | 7.50 |
| 09/20/06 | Copies 20 pgs @ 0.10/pg | 2.00 |

**TOTAL COSTS ADVANCED**                                                     **$252.25**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Baena, Scott L | 11.90 | $625.00 | $7,437.50 |
| Sakalo, Jay M | 14.70 | $400.00 | $5,880.00 |
| Hill, William K | 0.40 | $410.00 | $164.00 |
| Moon, James C | 22.20 | $275.00 | $6,105.00 |
| Snyder, Jeffrey I | 7.50 | $225.00 | $1,687.50 |
| Kramer, Matthew I | 5.50 | $320.00 | $1,760.00 |
| Marlin, Kathy-Ann | 0.90 | $305.00 | $274.50 |
| Danzeisen, Allyn S | 34.70 | $375.00 | $13,012.50 |
| Matas, Fanny M | 10.00 | $180.00 | $1,800.00 |
| Roman, Wanda | 139.70 | $180.00 | $25,146.00 |
| Morera, Arianna | 55.00 | $135.00 | $7,425.00 |
| Valdes, Janette | 0.50 | $135.00 | $67.50 |
| *TOTAL* | *303.00* | | *$70,759.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
| --- | --- |
| Westlaw-Online Legal Research | $163.55 |
| Copies | $88.70 |
| *TOTAL* | *$252.25* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$71,011.75**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15546

RE: 10 - Travel

| 09/10/06 | SLB | 4.50 | 1,406.25 | Non-working travel to Pittsburgh (4.5). |
| 09/10/06 | JMS | 4.00 | 800.00 | Non-working travel to Pittsburgh (4.0). |
| 09/11/06 | SLB | 5.50 | 1,718.75 | Non-working travel to Miami (5.5). |
| 09/11/06 | JMS | 4.00 | 800.00 | Non-working travel to Miami (4.0) |
| 09/25/06 | SLB | 3.90 | 1,218.75 | Non-working travel to Miami (3.9). |
| 09/25/06 | JMS | 2.70 | 540.00 | Non-working travel to/from Wilimington (2.7). |

PROFESSIONAL SERVICES                                                                $6,483.75

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Baena, Scott L | 13.90 | $312.50 | $4,343.75 |
| Sakalo, Jay M | 10.70 | $200.00 | $2,140.00 |
| *TOTAL* | *24.60* | | *$6,483.75* |

CURRENT BALANCE DUE THIS MATTER                                                      $6,483.75

Atty – SLB
Client No.: 74817/15554

RE: 18 - Plan & Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 09/01/06 | JMS | 3.20 | 1,280.00 | E-mail exchange regarding T. Brandi regarding agreements reached with PI (.4); e-mail to Frankel, Finch, et al. regarding scheduling issue on Rule 2004 motion (.4); review e-mails regarding potentially responsive documents regarding 2004 motion (.8); review research results regarding scope of 2004 (1.6). |
| 09/01/06 | JIS | 1.30 | 292.50 | Legal research regarding discovery issues and discuss same with J. Sakalo. |
| 09/01/06 | MP | 1.50 | 367.50 | Legal research regarding settlement and mediation discovery issues (1.2); conference with J. Sakalo regarding same (0.3). |
| 09/04/06 | JMS | 7.60 | 3,040.00 | Review research regarding Rule 2004 examinations (3.1); begin draft objection to Debtors' Rule 2004 motion (4.2); follow up e-mails with T. Brandi regarding agreements reached with PI (.3). |
| 09/04/06 | JIS | 1.20 | 270.00 | Follow up research regarding discovery issues. |
| 09/04/06 | MP | 0.10 | 24.50 | Follow up correspondence with J. Sakalo. |
| 09/05/06 | SLB | 3.50 | 2,187.50 | Telephone conference with E. Inselbuch, R. Frankel et al regarding 9/11 hearing presentations (.8); memo to committee members regarding same (.3); review and revise objection to debtors' 2004 examination motion (1.5); prepare report to committee on plan issues (.9). |
| 09/05/06 | JMS | 7.60 | 3,040.00 | Continue draft of objection to motion for Rule 2004 examination (5.8); conference with S. Baena regarding same (.9); e-mail to N. Finch, D. Felder regarding draft objection (.5); e-mail to E. Westbrook, D. Scott regarding draft objection (.4). |
| 09/05/06 | JIS | 0.70 | 157.50 | Additional research regarding discovery issues and discuss same briefly with J. Sakalo. |
| 09/05/06 | MP | 0.20 | 49.00 | Review correspondence from J. Snyder and J. Sakalo (0.1); follow up with J. Snyder regarding same (0.1). |
| 09/06/06 | SLB | 1.50 | 937.50 | Review and provide additional comments regarding objection to 2004 motion (.9); review comments from N. Finch and email to J. Sakalo regarding same (.2); emails from and to E. Westbrook regarding status of PI/PD agreements (.2); email from and to D. Speights regarding question of counsel (.2). |
| 09/06/06 | JMS | 1.90 | 760.00 | E-mails from E. Westbrook and D. Scott regarding joint objection to 2004 motion (.5); e-mail from D. Cohn regarding same (.2); e-mail from/to N. Finch thereon (.3); review N. Finch comments and e-mail to N. Finch regarding same (.5); e-mail from D. Felder regarding revised exclusivity slides and review same (.4). |
| 09/07/06 | SLB | 0.30 | 187.50 | Revise slides for presentation and circulate to committee members (.3). |
| 09/07/06 | JMS | 1.50 | 600.00 | Telephone conference with R. Wyron and D. Felder regarding comments to 2004 objection and review same (.9); e-mail to T. Tacconelli regarding logistics for filing (.3); e-mails from P. Lockwood and R. Frankel regarding exclusivity slides (.3). |
| 09/08/06 | JMS | 3.90 | 1,560.00 | Finalize objection to 2004 motion (2.5); telephone conference with T. Tacconelli regarding filing, signatures (.3); e-mail exchange with R. Wyron regarding final draft of objection (.3); telephone conference with D. Felder regarding further comments and revise objection (.5); e-mail to T. Tacconelli thereon (.3). |
| 09/13/06 | SLB | 0.90 | 562.50 | Memo to committee regarding plan process, etc. (.9). |
| 09/13/06 | JMS | 0.70 | 280.00 | Conference with S. Baena regarding strategy and review memorandum to Committee thereon (.7). |
| 09/14/06 | JMS | 0.50 | 200.00 | E-mails regarding order extending exclusivity (.5). |
| 09/15/06 | SLB | 0.90 | 562.50 | Preparation of memo to PI and FCR regarding discovery and voicemail from R. Frankel regarding related matter (.8); telephone conference with J. Sakalo regarding same (.1). |
| 09/15/06 | JMS | 1.30 | 520.00 | Telephone conference with S. Baena regarding exclusivity order and review e- |

| | | | | |
|---|---|---|---|---|
| | | | | mail exchanges with Debtors' counsel thereon (.7); review S. Baena e-mail regarding plan related matters (.3); e-mail from M. Hurford regarding exclusivity (.3). |
| 09/17/06 | JMS | 0.60 | 240.00 | Brief research regarding exclusivity appeal (.6). |
| 09/18/06 | SLB | 0.90 | 562.50 | Email exchange regarding proposed order on exclusivity (.4); emails from and to D. Speights and M. Dies regarding exclusivity order and related issues (.5). |
| 09/18/06 | JMS | 1.50 | 600.00 | Conference with S. Baena regarding appeal for exclusivity order (.2); conference with J. Moon regarding research regarding exclusivity appeal (.2); conferences with J. Snyder regarding same (.4); brief review of results of research (.7). |
| 09/18/06 | JMS | 0.60 | 240.00 | E-mails with C. Plaza regarding 9/25 hearing (.2); e-mail to Committee regarding 9/25 hearing agenda (.2); review 9/25 hearing agenda (.2) |
| 09/18/06 | JIS | 4.20 | 945.00 | Legal research regarding exclusivity and discuss same with J. Sakalo. |
| 09/19/06 | SLB | 5.70 | 3,562.50 | Emails from and to M. Dies regarding meeting with PI and FCR and appeal (.7); email to R. Frankel regarding same (.2); email from and to E. Inselbuch regarding meeting (.1); telephone conference with R. Frankel et al and email to all (.2); review compiled decisional law on exclusivity appeals (2.7); telephone conference with Frankel and Inselbuch regarding appeal (.5); memo to committee regarding appeal and discovery (.7); email from E. Westbrook regarding same (.1); emails to and from P. Lockwood regarding same (.2); telephone call from D. Speights regarding appeal (.3). |
| 09/19/06 | JMS | 2.30 | 920.00 | Telephone conference with PI, FCR regarding appeal of exclusivity order (.5); review research thereon (.8); e-mail from R. Frankel regarding appeal issues (.2); review interim order extending exclusivity and e-mail to S. Baena thereon (.4); e-mail from S. Baena regarding strategy, next steps (.4). |
| 09/19/06 | JIS | 2.50 | 562.50 | Legal research and analysis regarding exclusivity. |
| 09/19/06 | MIK | 0.70 | 224.00 | Telephone conference with committees regarding appeal. |
| 09/20/06 | SLB | 1.50 | 937.50 | Email to and from C. Plaza et al regarding appeal (.2); emails from E. Cabresar, T. Brandi and D. Scott regarding same (.2); email from R. Frankel regarding discovery (.1); interoffice conference with J. Sakalo and M. Kramer regarding discovery (.1); interoffice conference with J. Sakalo, M. Kramer regarding designation of record on appeal (1.0). |
| 09/20/06 | JMS | 1.40 | 560.00 | Conference with S. Baena, M. Kramer regarding strategic issues for appeal of exclusivity order (1.0); conference with J. Valdes regarding exclusivity pleadings (.2); review D. Felder draft notice of appeal (.2). |
| 09/20/06 | JCM | 4.50 | 1,237.50 | Research objections to extension of exclusivity and motions to terminate exclusivity. |
| 09/20/06 | MIK | 1.00 | 320.00 | Office conference with S. Baena and J. Sakalo regarding appeal. |
| 09/20/06 | JEV | 2.70 | 364.50 | Research and compile exclusivity pleadings. |
| 09/21/06 | JMS | 1.00 | 400.00 | Telephone conference with T. Tacconelli regarding exclusivity appeal (.2); review Debtors' certification of counsel regarding exclusivity order and e-mail exchange with S. Baena regarding same (.5); conference with M. Kramer regarding exclusivity appeal (.3). |
| 09/22/06 | SLB | 0.40 | 250.00 | Attention to proposed notice of appeal and comments to counsel (.4). |
| 09/22/06 | MIK | 2.40 | 768.00 | Compile designation of record for appeal. |
| 09/25/06 | SLB | 2.60 | 1,625.00 | Review docket to prepare designation of record on appeal (2.6). |
| 09/25/06 | JMS | 3.30 | 1,320.00 | Work on designation of record for appeal of exclusivity order (3.3). |
| 09/25/06 | MIK | 3.20 | 1,024.00 | Further compile designation of record for appeal. |
| 09/26/06 | SLB | 0.70 | 437.50 | Email from and telephone conference with R. Frankel and R. Wyron regarding exclusivity order, review proposed order and email to R. Frankel et al regarding same (.7). |
| 09/26/06 | JMS | 2.10 | 840.00 | Conference with S. Baena regarding exclusivity order and response to e-mail from FCR counsel (.3); e-mail from P. Lockwood regarding appeal issues (.2); conference with L. Flores regarding designation of record on appeal (.3); research regarding exclusivity appeal issues (.8); review docket regarding same (.5) |

| 09/27/06 | SLB | 1.60 | 1,000.00 | Review outline of brief prepared by D. Felder, review case law and prepare memo to appellants' counsel (1.6). |
| 09/27/06 | JMS | 3.80 | 1,520.00 | Conference with W. Roman regarding designation of record (.3); conference with M. Kramer regarding same (.3); telephone conference with D. Felder regarding citation and e-mail thereon (.4); review outline of appeal argument (.7); e-mail from S. Baena thereon (.3); review findings and conclusions regarding asbestos provisions (1.8). |
| 09/27/06 | MIK | 0.50 | 160.00 | Office conference with J. Sakalo re designation of appeal (.1); review exclusivity appeal outline (.5). |
| 09/27/06 | WR | 6.70 | 1,206.00 | Prepare designation of records. |
| 09/28/06 | LMF | 0.90 | 162.00 | Meet with W. Roman regarding status of designation of record on appeal (.9). |
| 09/28/06 | JMS | 0.30 | 120.00 | E-mail exchange with Debtors' counsel regarding exclusivity order (.3). |
| 09/28/06 | MIK | 0.20 | 64.00 | Office conferences with C. Douglas, W. Roman re designation of record on appeal (.2). |
| 09/28/06 | MIK | 1.00 | 320.00 | Review CMO documents (1.0) |
| 09/29/06 | SLB | 0.80 | 500.00 | Emails from and to counsel regarding form of order on exclusivity (.8). |
| 09/29/06 | JMS | 1.30 | 520.00 | Review e-mail exchange with Debtors' counsel, F. Monaco, M. Hurford, S. Baena regarding form of exclusivity order (.7); follow up e-mail from M. Hurford regarding same (.3); e-mail exchange with D. Felder regarding Notice of Appeal (.3). |
| 09/29/06 | AM | 6.50 | 877.50 | Assist in the preparation of designation of records (6.5). |

**PROFESSIONAL SERVICES**                                                                                    **$41,268.50**

COSTS ADVANCED

| 08/31/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812025702; DATE: 8/31/2006  -  Account# 1000201074 Charges from 08/01/2006 – 08/31/2006 | 48.43 |
| 09/01/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/19/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/01/06 | Copies 134 pgs @ 0.10/pg | 13.40 |
| 09/01/06 | Copies 47 pgs @ 0.10/pg | 4.70 |

**TOTAL COSTS ADVANCED**                                                                                    **$67.93**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 21.30 | $625.00 | $13,312.50 |
| Sakalo, Jay M | 46.40 | $400.00 | $18,560.00 |
| Moon, James C | 4.50 | $275.00 | $1,237.50 |
| Snyder, Jeffrey I | 9.90 | $225.00 | $2,227.50 |
| Pallett-Vasquez, Melissa | 1.80 | $245.00 | $441.00 |
| Kramer, Matthew I | 9.00 | $320.00 | $2,880.00 |
| Flores, Luisa M | 0.90 | $180.00 | $162.00 |
| Roman, Wanda | 6.70 | $180.00 | $1,206.00 |
| Morera, Arianna | 6.50 | $135.00 | $877.50 |
| Valdes, Janette | 2.70 | $135.00 | $364.50 |
| *TOTAL* | *109.70* | | *$41,268.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Westlaw-Online Legal Research | $48.43 |
| Copies | $19.50 |
| *TOTAL* | *$67.93* |

**CURRENT BALANCE DUE THIS MATTER**                                  **$41,336.43**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15563**

**RE: 27 - Litigation Consulting**

| | | | | |
|---|---|---|---|---|
| 09/08/06 | JMS | 0.80 | 320.00 | Review order regarding vacating criminal trial and order regarding in limine motion (.8). |

**PROFESSIONAL SERVICES**                                                                                          $320.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $400.00 | $320.00 |
| *TOTAL* | *0.80* | | *$320.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                    $320.00

**Atty – SLB**
**Client No.: 74817/17781**

RE: 30 - Fee Application of Others

| | | | | |
|---|---|---|---|---|
| 09/01/06 | LMF | 0.80 | 144.00 | Attend to fees from Hamilton for month of July (.8). |
| 09/05/06 | LMF | 0.80 | 144.00 | Prepare notice, summary and submit July statement from Hamilton for filing and service (.8). |
| 09/06/06 | LMF | 1.70 | 306.00 | Research regarding various bills from Hamilton Rabinovitz (1.7). |
| 09/08/06 | LMF | 0.70 | 126.00 | Review spreadsheets from fee auditor for Hamilton and Hilsoft for accuracy (.7). |
| 09/12/06 | LMF | 0.60 | 108.00 | Review fees and expense charts and spreadsheets from fee auditor for accuracy for PD Committee professionals and committee members and respond to fee auditor (.6). |
| 09/13/06 | LMF | 2.60 | 468.00 | Attend to preparation of supplemental notices and summaries for statements of fees and expenses from Hamilton Rabinovitz for June 2005, July 2005, Feb 2006 and April 2006 (1.2); amend quarterly application for interim period of April, May and June and submit all to local counsel for filing (1.4). |
| 09/14/06 | LMF | 0.60 | 108.00 | Attend to arranging for reimbursement of fees and expenses to professional (.6). |
| 09/25/06 | LMF | 0.70 | 126.00 | Attention to receipt and processing of HR&A's August bills (.7). |
| 09/29/06 | LMF | 0.80 | 144.00 | Prepare notice and summary for HR&A and attend to submitting to local counsel for filing and service (.8). |

PROFESSIONAL SERVICES                                                $1,674.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 9.30 | $180.00 | $1,674.00 |
| *TOTAL* | *9.30* | | *$1,674.00* |

CURRENT BALANCE DUE THIS MATTER                                     $1,674.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|
| Danzeisen, Allyn S | 34.70 | $13,012.50 |
| Mora, Mindy A | 0.30 | $138.00 |
| Baena, Scott L | 73.60 | $41,656.25 |
| Flores, Luisa M | 17.60 | $3,168.00 |
| Sakalo, Jay M | 97.00 | $36,660.00 |
| Matas, Fanny M | 10.00 | $1,800.00 |
| Moon, James C | 26.70 | $7,342.50 |
| Snyder, Jeffrey I | 19.40 | $4,365.00 |
| Hill, William K | 0.40 | $164.00 |
| Pallett-Vasquez, Melissa | 1.80 | $441.00 |
| Morera, Arianna | 63.80 | $8,613.00 |
| Kramer, Matthew I | 28.40 | $9,088.00 |
| Roman, Wanda | 161.90 | $29,142.00 |
| Testa, Nicole | 5.50 | $1,677.50 |
| Valdes, Janette | 3.70 | $499.50 |
| Marlin, Kathy-Ann | 0.90 | $274.50 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | **$158,041.75** |

## CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $3,934.40 |
| CD/DVD Duplication | $1,040.00 |
| Photocopies - Outside Service | $489.40 |
| Fares, Mileage, Parking | $931.89 |
| Federal Express | $84.65 |
| Long Distance Telephone | $517.43 |
| Long Distance Telephone-Outside Services | $1,316.35 |
| Lodging | $456.17 |
| Meals | $174.44 |
| Messenger Services | $5.00 |
| Miscellaneous Costs | $62,954.37 |
| Postage | $1.17 |
| Westlaw-Online Legal Research | $386.83 |
| Copies | $1,376.60 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$73,668.70** |

**TOTAL BALANCE DUE THIS PERIOD**     **$231,710.45**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

<u>CLIENT SUMMARY</u>

BALANCE AS OF- 09/30/06

| WR Grace-Official Committee of Prope | TIME | COSTS ADVANCED | CREDIT/TRUST APPLIED | TOTAL |
|---|---|---|---|---|
| 01- Case Administration/15537 | $5,352.50 | $73,348.52 | $0.00 | $78,701.02 |
| 02 - Debtors' Business Operations/15538 | $400.00 | $0.00 | $0.00 | $400.00 |
| 03 - Creditors Committee/15539 | $3,468.50 | $0.00 | $0.00 | $3,468.50 |
| 07 - Applicant's Fee Application/15543 | $3,432.50 | $0.00 | $0.00 | $3,432.50 |
| 08 - Hearings/15544 | $24,882.50 | $0.00 | $0.00 | $24,882.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $70,759.50 | $252.25 | $0.00 | $71,011.75 |
| 10 - Travel/15546 | $6,483.75 | $0.00 | $0.00 | $6,483.75 |
| 18 - Plan & Disclosure Statement/15554 | $41,268.50 | $67.93 | $0.00 | $41,336.43 |
| 27 - Litigation Consulting/15563 | $320.00 | $0.00 | $0.00 | $320.00 |
| 30 - Fee Application of Others/17781 | $1,674.00 | $0.00 | $0.00 | $1,674.00 |
| *Client Total* | *$158,041.75* | *$73,668.70* | *$0.00* | *$231,710.45* |

DUE UPON RECEIPT
TAX ID: 65-801626

BILZIN SUMBERG BAENA PRICE & AXELROD LLP