# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Docket No. 13890 |
| | ) | |

## W.R. GRACE & CO.'S MOTION FOR RECONSIDERATION

W.R. Grace is writing to ask for reconsideration on two related procedural points that arose in connection with the "consultants" issue that is still pending. Specifically, Your Honor both struck Grace's Status Report and further decided that there would be no further briefing on the consultants issue.

Our reasons for asking that Your Honor reconsider both of these decisions are two-fold. First, the matters set forth in the Status report provide specific evidence highlighting the need for the discovery in question. Ironically, we were unaware at the time of the hearing of the publicity yesterday in the Wall Street Journal concerning continuing revelations of allegedly misleading/fraudulent claims practices, in that instance involving two more firms who have submitted claims against Grace.[1] These matters should be part of the record. Second, Your Honor will recall that we were limited to a 20 page reply brief - one that had to respond to several briefs totaling close to 100 pages and raising several issues. That page limitation and the fact that the extended hearing yesterday raised new arguments/issues mean that, while our brief on the consultants issue remains accurate, it does not fully reflect and explore the points Grace made yesterday during the argument.

---

[1] See Kimberly A. Strassel, Opinion, *Trusts Busted*, Wall St. J., Dec. 5, 2006, at A18 (discussing the allegedly fraudulent asbestos litigation practices of Early, Ludwick, Sweeney & Strauss and Brayton Purcell).

For these reasons, we ask that the Status Report be restored to the record and that both Grace and the claimants (as a group) be given the opportunity to submit an additional five page brief no later than 5 business days from today, so that Your Honor still can rule promptly.

Wilmington, Delaware
Dated: December 6, 2006

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

KIRKLAND & ELLIS LLP
Barbara M. Harding
David Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

*and*

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession