IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.,* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

## ORDER GRANTING W.R. GRACE & CO.'S MOTION FOR RECONSIDERATION

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (the "Debtors") for reconsideration of part the Court's rulings on December 5, 2006 and cause appearing for the relief sought in the Motion, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Status Report shall be restored to the record in these cases; and it is further

ORDERED that the Debtors and the claimants (as a group) may submit an additional five page brief on the consultants issue no later than December 12, 2006.

Dated: _____, 2006

                                                   Honorable Judith K. Fitzgerald
                                                   United States Bankruptcy Court Judge