IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 <br> ) |
| W.R. GRACE & CO., *et al*, | ) Case No. 01-1139 (JKF) <br> ) Jointly Administered |
| Debtors. | ) Related to Doc. No. 13937 |

**ORDER GRANTING IN PART AND DENYING IN PART
W.R. GRACE & CO.'S MOTION FOR RECONSIDERATION**

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (the "Debtors") for reconsideration of part of the Court's rulings on December 5, 2006, and cause appearing for the relief sought in the Motion, it is hereby

**ORDERED** that the Motion is **DENIED** and the Status Report shall not be restored to the record in these cases; and

**IT IS FURTHER ORDERED** that in the event the information in Debtors' status report is relevant to Debtors' contentions concerning discovery of "consultants," Debtors may, by December 12, 2006, at 10:00 a.m. (prevailing Eastern time) submit a brief and/or affidavits with notice to opposing parties who may respond by December 15, 2006, at 3:00 p.m. (prevailing Eastern time), all with copies e-mailed to jkf@pawb.uscourts.gov. No replies will be permitted.

**Dated: 12/7/2006
14:58:40**

_Judith K. Fitzgerald_   rmab
Judith K. Fitzgerald
United States Bankruptcy Judge