# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of Court  
David D. Bird

824 Market Street  
Wilmington, DE 19801  
(302) 252-2900

Date: December 7, 2006

To:   Clerk of Court  
      U.S. District Court  
      District of Delaware  
      Wilmington De 19801

Re:   **W.R. Grace**  
      **Bankruptcy Case #01-1139**  
      **Appeal #06-70**

Enclosed you will find **Notice of Appeal 06-70  docket #13553, Order docket #13457,**

Related Docket Entries: **Appellant's Designation docket #13656.**  
**Appellee Designation docket #13775.**

Kindly acknowledge receipt of this document. Betsy_Magnuson@DEB.uscourts.gov

                        Sincerely,  
                        /s/ Betsy Magnuson  
                        Deputy Clerk

I hereby acknowledge receipt of the above transferred record this ___ day of _____ 2003.

By:_____  
     Deputy Clerk

                        _____ Supervisor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

W.R. Grace Company et al
Bankruptcy Case No. 01-1139                                   December 7, 2006
Appeal No.: BAP 06-70


**Name of Appellant:**     Prudential Insurance Company of America
**Counsel for Appellant:** Laurie S Polleck
                          Jaspen Schlesinger Hoffman LLP
                          913 North Market Street
                          Wilmington DE 19801

**Name of Appellee:**      WR Grace Company et al
**Counsel for Appellee:**  James E. O'Neill
                          Pachulski, Stang, Ziehl, Young Jones & W
                          919 North Market Street, 16th Floor
                          Wilmington, DE 19899-8705


**Enclosed Items:**   Notice of Appeal: docket #13553, Order #13457


**Appellant: Designation: docket #13656**


**Appellee: Designation: docket #13775**