# EXHIBIT A

# EXHIBIT "A"
## Building Specific Asbestos Technical Experts

| Name | Address | |
|---|---|---|
| Donald Ludwig<br>OHSU Claim | Oregon Health Sciences Univ.<br>3310 S.W. US Veterans Hospital<br>Portland, Oregon 97239<br>503-494-7795 | |
| Andrew Gray<br>Oregon State Univ. Claims | Oregon State University<br>O.S.U. Facilities Services<br>100 Adams Hall<br>Corvallis, Or. 97331 | |
| Chuck Cooper<br>Portland State Univ. Claims | Portland State University<br>Facilities Department<br>University Services Bldg.<br>617 SW Montgomery St.<br>Portland, Oregon 97201 | |
| Greg Taylor<br>Southern Oregon Claims | Southern Oregon University<br>351 Walker Avenue<br>Ashland, Oregon 97520<br>Tel. 541-552-6231 | |
| Paul W. Finke<br>Western Oregon Claim | Western Oregon University<br>345 North Monmouth Ave.<br>Monmouth, Oregon 97361<br>Tel. 503-838-8129 | |
| Allen Risen<br>Western Oregon Claim | Asbestos Coordinator<br>Western Oregon University<br>345 North Monmouth Ave.<br>Monmouth, Oregon 97361<br>Tel. 503-838-8156 | |
| Steve Pelkey<br>University Oregon Claims | Facilities Services Safety and<br>   Asbestos Manager<br>University of Oregon<br>Facility Services<br>1295 Franklin Blvd<br>Eugene, Oregon 97403<br>541-913-2329 | |
| Representatives of PSI Hall<br>   Kimbrell<br>All D&H Oregon College &<br>   University Claims | 6032 N. Cutter Circle<br>Suite 480<br>Portland, OR 97217<br>(503) 289-1778 | |
| Gerald Glassman<br>State of Connecticut Claims | Department of Public Works<br>165 Capitol Ave., Suite 275<br>Hartford, Ct. 06106<br>860-757-2266 | |
| Mike Sanders<br>State of Connecticut Claims | Asbestos Inspector<br>Department of Public Works<br>165 Capitol Ave., Suite 275<br>Hartford, Ct. 06106<br>860-757-2266 | |
| James Gaylor<br>State of Oklahoma Claims | State of Oklahoma<br>Department of Central Services<br>Asbestos Division<br>2401 Lincoln Blvd.<br>Oklahoma City, Ok 73105<br>405-521-3525 | |

061207150705.doc

| Norvell Lee<br>State of Oklahoma Claims | State of Oklahoma<br>Department of Corrections<br>201 E. Cherokee<br>McAlester, Ok. 74501<br>918-423-4144 | |
|---|---|---|
| Joe Lamb<br>State of Oklahoma Claims | State of Oklahoma<br>Department of Labor<br>Asbestos Division<br>4101 Lincoln Blvd.<br>Oklahoma City, Oklahoma 73105<br>405-528-1500 | |
| Gabriel Mussio<br>City of Houston Claims | City of Houston<br>Sixteenth Floor<br>611 Walker Street<br>Houston, Texas 77002<br>713-247-3232 | |