# EXHIBIT B

# EXHIBIT "B"
## Asbestos/Technical Experts – All Claims

| Name | Address | Experience Qualifications |
|---|---|---|
| William E. Longo, Ph.D.<br>All Claims | Material Analytical Services, Inc.<br>3945 Lakefield Court<br>Suwanee, Georgia 30024<br>720-866-3200 | See Exhibit "A" of D&H Claimants. Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006, for more detailed description. |
| Martin R. Bennett<br>All Claims | Material Analytical Services, Inc.<br>3945 Lakefield Court<br>Suwanee, Georgia 30024<br>720-866-3200 | See Exhibit "F" of D&H Claimants. Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006, for more detailed description. |
| Richard Hatfield<br>All Claims | Material Analytical Services, Inc.<br>3945 Lakefield Court<br>Suwanee, Georgia 30024<br>720-866-3200 | See Exhibit "1" to Designation of Experts by D&H Claimants, and Submission of Expert Reports Addressing the Methodology Issue dated October 25, 2006, for more detailed description. |
| William Ewing<br>All Claims | Compass Environmental, Inc.<br>1751 McCollum Parkway<br>Marietta, Ga. 30068<br>(770) 499-7127 | See Exhibit "F" of D&H Claimants. Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006, for more detailed description. |
| James R. Millette, Ph.D.<br>All Claims | MVA Scientific Consultants<br>3300 Breckenridge Blvd., Suite 400<br>Duluth, Ga. 30096 | See CV of James R. Millette, Ph.D. attached hereto as Appendix "1" to Exhibit "B". |
| Wade Anderson<br>All Claims | Gobbell Hays Partners, Inc.<br>10500 East 54th Avenue, Suite J<br>Denver, Colorado 80239<br>303-574-0082 | See Exhibit "C" of D&H Claimants. Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006, for more detailed description. |
| John Mertian<br>All Claims | Construction Inspectors, Inc.<br>2002 Bishop Street<br>Orange, Texas  776030<br>409-882-1729 | See Exhibit "C" of D&H Claimants. Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006, for more detailed description. |
| Tommy Manning<br>All Claims | Construction Inspectors, Inc.<br>2002 Bishop Street<br>Orange, Texas  776030<br>409-882-1729 | See Exhibit "C" of D&H Claimants. Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006, for more detailed description. |

2

| Kenneth Pigg<br>All Claims | Construction Inspectors, Inc.<br>2002 Bishop Street<br>Orange, Texas  776030<br>409-882-1729 | See Exhibit "C" of D&H Claimants. Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006, for more detailed description. |

061207150705.doc                                   2