# APPENDIX 1

## TO

## EXHIBIT B

MVA, Inc.

## JAMES R. MILLETTE, Ph.D.

### Summary of Credentials

#### EDUCATION:

B.S., Physics, University of Dayton, Dayton, Ohio, 1973
M.En., Miami University, Oxford, Ohio, 1975
Ph.D., University of Cincinnati, Ohio, 1983

#### WORK EXPERIENCE:

- Involved in environmental/toxicology/particle studies since 1972 primarily using electron microscopy techniques.
- Present position: Executive Director, MVA, Inc., Norcross, Georgia
- Previous work included 11 years as a research scientist at the U.S. Environmental Protection Agency Research Center in Cincinnati, Ohio and 5 years at McCrone performing and supervising analysis of particulates by microscopic techniques.

#### PUBLICATIONS:

Over 60 publications have appeared in a number of journals including Scanning Electron Microscopy, Journal of the American Water Works Association, Environmental Health Perspectives, Archives of Environmental Contamination and Toxicology, the Science of the Total Environment, Journal of Analytical Toxicology, Electron Microscopy, and The Microscope.

#### PRESENTATIONS:

Reports of scientific work have been presented at a number of national and international meetings, including conferences of the National Asbestos Council, American Industrial Hygiene Association, American Water Works Association, Electron Microscopy Society, and several Symposia of the Georgia Tech Research Institute. Among other presentations were those given at an International Corrosion Forum 1984 and at the International Water Supply Conference held in the Netherlands, 1980.

#### OTHER:

- Served as chairman or co-chairman of technical sessions at national meetings such as that of the Electron Microscope Society of America.
- Chairman, Electron Microscope Facility at the USEPA Research Center, 1980-1985.
- Member of American Society of Testing and Materials and American Water Works Association Technical Committees.
- Testified as an expert witness on asbestos for the State of Connecticut Department of Health.
- Adjunct Professor, Department of Zoology, Miami University, Oxford, Ohio, 1984-1985.
- President, Electron Microscope Society of the Ohio River Valley, 1984-1985.
- Testified as an Expert Witness on matters relating to microscopical analyses in court.
- Co-Course Director, "Settled Dust Analysis," Georgia Tech Research Institute, 1991-1992
- Lecturer for ASTM Technical & Professional Training Course: "ASTM Standards for Asbestos Control"

11/97

MVA 000051

MVA, Inc.
5500 Oakbrook Parkway, Suite 200
Norcross, Georgia 30093
(770) 662-8509

## JAMES R. MILLETTE, Ph.D.

A. Education Background

B.S., Physics, University of Dayton, Dayton, Ohio, 1973
M.En., Environmental Science, Miami University, Oxford, Ohio, 1975
Ph.D., Environmental Science, School of Engineering, University of Cincinnati,
Cincinnati, Ohio, 1983

B. Work Experience

Executive Director, MVA, Inc., Norcross, GA. June 1990 - Present

Vice President and General Manager, McCrone Environmental Services, Inc.,
Norcross, GA. December, 1987 - June, 1990

Manager, Laboratory Operations and Electron Optics Group, McCrone
Environmental Services, Inc., Norcross, GA. July, 1985 - December, 1987

Physical Scientist, Health Effects Research Laboratory, U.S. Environmental
Protection Agency, Cincinnati, Ohio. July, 1974 - July, 1985

Graduate Teaching Assistant, Physics Department, Miami University, Oxford,
Ohio. 1973 - 1974

Student Researcher, NSF-SOS (Student Originated Studies) Grant, Hiram
College, Hiram, Ohio, entitled "Pollution Studies of Cuyahoga, Chagrin, and
Grand Rivers Using Non-Dispersive X-Ray Fluorescence Spectroscopy",
Summer 1973.

Student Research Assistant, University of Dayton, Dayton, Ohio. U.S.
Department of Interior Contract "Determination of Trace Metal Pollutants in
Water Resources and Stream Sediments by X-Ray Fluorescence", 1972-1973,
including summer 1972.

Student Teaching Assistant, Physics Department, University of Dayton, Dayton,
Ohio, 1971.

C.   Brief Research Accomplishments

While with the USEPA, Dr. Millette's work was an integral part of the studies
concerned with the potential health hazards of asbestos in drinking water.
Accomplishments include the analysis and interpretation of asbestos study data
and the development of sampling strategy for a number of asbestos related
cancer studies. Dr. Millette conducted extensive literature searches, developed
research methods, proposals and protocols, and acted as project officer for
grants, contracts, and cooperative agreements. He prepared oral and written

11/97

MVA 000052

presentations/publications of his work. He participated in USEPA and ASTM Asbestos Methodology Committees and served as the laboratory's representative to a number of technical meetings. Dr. Millette directly participated in the development of an asbestos health criteria document which will act as a basis for USEPA policy determinations. He was project officer for a summary workshop on ingested asbestos in October 1982 which gathered together all scientists sponsored by USEPA involved in ingested asbestos research. He organized and co-hosted local electron microscopy meetings dealing with cryo-ultramicrotomy and x-ray analysis of biological tissue. He developed a program for "state-of-the-art" microanalysis of quick frozen biological tissue. He was successful in applying this technique to liver toxicology. Dr. Millette has been involved in the development and application of microscopical methods for the analysis of asbestos fibers and other particulates in air, water, dust and building materials. He served on the USEPA sponsored committee to develop the protocol for electron microscope analysis of clearance air samples under the Asbestos Hazard Emergency Response Act and served as a consultant to the Health Effects Institute-Asbestos Research group.

D.   Publications

Cothern, R. and Millette, J. R. Efficiency Calibration of an Energy Dispersive X-ray Fluorescence System for trace Metal Analysis. Bull. Amer. Physical Soc. 18:888 (1973) (Abstr.).

Millette, J. R.; McFarren, E. F.; and Poth, J. E. Analysis of Asbestos Fibers in Water by Electron Microscopy. Bull. Amer. Physical Soc. 20:890 (1975) (Abstr.).

Millette, J. R. Analyzing for Asbestos in Drinking Water. News of the Environmental Research in Cincinnati, January 16, 1976.

Millette, J. R. Monitoring Drinking Water for Asbestos by Transmission Electron Microscopy. In: Proc. of Symp. on Electron Microscopy of MicroFibers, HEW Pub. #FDA-77-1033, USGPA Stock #017-012-00244-7, p. 85-92 (1976).

Millette, J. R. and McFarren, E. F. EDS of Waterborne Asbestos Fibers in TEM, SEM, AND STEM. Scanning Electron Microscopy/1976, 3:451-459 (1976).

Craun, G. G.; Millette, J. R.; Woodhull, R. S.; and Laiuppa, R. Exposure to Asbestos Fibers in Water Distribution Systems. In: Proc. of the 97th AWWA Conf. May 1977, Denver, CO, (1977). Paper 704 13 pp.

Millette, J. R.; Clark, P. J.; and Pansing, M. F. Exposure to Asbestos from Drinking Water in the United States, ORD-USEPA Environmental Health Effects Research Report USEPA-600/1-79-028, (1979) 87 pp.

Millette, J. R.; Twyman, J. D.; Hansen, E. C.; Clark, P. J.; and Pansing M. F. Chrysotile, Palygorskite, and Halloysite in Drinking Water, Scanning Electron Microscopy I: 579-586 (1979).

Millette, J. R.; Clark, P. J.; Pansing, M. F.; and Twyman, J. D. Concentration and Size of Asbestos in Water Supplies. Environ. Health Perspectives 34:13-25 (1980).

MVA 000053

James R. Millette, Ph.D.
Page 3

Millette, J. R.; Boone, R. L.; and Rosenthal, M. Asbestos in Cistern Water. EPA Environ. Research Brief. USEPA-ORD, February 1980 4pp.

Buelow, R. W.; Millette, J. R.; McFarren, E. F.; and Symons, J. M. The Behavior of Asbestos-Cement Pipe Under Various Water Quality Conditions: A Progress Report. JAWWA 5 75(2)91-102 (1980).

Millette, J. R.; Hammonds, A. F.; Hansen, E. C.; and Pansing, M. F. Aggressive water and water utilities from representative areas of the U.S. JAWWA 72:262-266 (1980).

Patel-Mandlik, K. J.; Hallenbeck, W. H.; and Millette, J. R. Asbestos Fibers: 1. A Modified Preparation of Tissue Samples for Analysis by Electron Microscopy. 2. Presence of Fibers in Tissues of Baboon Fed Chrysotile Asbestos. J. Environ. Path. Toxic. 2: 1385-1395 (1979).

McCabe, L. J. and Millette, J. R. Health Effects and Prevalence of Asbestos Fibers in Drinking Water. In: Proceedings of AWWA, San Francisco, California. (2):1079-1093 (1979).

Meigs, J. W.; Walter, S. D.; Millette, J. R.; Craun, G. F.; Heston, J. F.; Woodhull, R. S.; and Flannery, J. R. Asbestos Cement Pipe and Cancer in Connecticut, 1955-1974. J. Environ. Health 42(4) 187-191 (1980).

Reiss, B.; Millette, J. R.; and Williams, G. M. The Activity of Environmental Samples in a Cell Culture Test for Asbestos Toxicity. Enviro. Res. 22:315-321 (1980).

Clark, P. J.; Millette, J. R.; and Boone, R. L. Asbestos-Cement Products in Contact with Drinking Water: SEM Observations. SEM (1980) I:341-346 (1980).

Patel-Mandlik, K. J. and Millette, J. R. Evidence of Migration of Ingested Asbestos into Various Baboon Organs. SEM/1980/I:347-354 (1980).

Millette, J. R.; Rosenthal, M. T.; and Feldman, R. S. Asbestos Analytical Technique. In: Proc. Tech. Conf. AWWA December 7-10, 1980 p. 173-188 (1981).

Logsdon, G. S. and Millette, J. R. Monitoring for Corrosion of A/C Pipe. In: Proc. Techn. Conf. AWWA December 6, 1981.

Millette, J. R.; Boone, R. L.; Rosenthal, M. T.; and McCabe, L. J. The Need to Control Asbestos Fibers in Potable Water Supply Systems. Sci. Tot. Envir. 18:91-102 (1981).

Millette, J. R. Use of Asbestos Cement Pipe, Letter to the editor, J. Occup. Med. 23(4):226 (1981).

Millette, J. R.; Pansing, M. F.; and Boone, R. L. Asbestos-Cement Materials Used in Water Supply. WATER/Engineering and Management 48, 51, 60, 97 (March 1981).

Inoue, K.; Grupp, I.; Schwartz, A.; Ashraf, M.; Millette, J. et al. X-Ray Microanalysis of Rabbit Heart Papillary Muscles Treated with Calcium Containing

6/98

MVA 000054

James R. Millette, Ph.D.
Page 4

Solutions Before and After Treatment with Diltiazem. Jap. Pharm. and Exper. Therapeutics, 10(2):117-129 (1982) (In Japanese).

Patel-Mandlik, K. and Millette, J. R. Chrysotile Asbestos in Kidney Cortex of Chronically Gavaged Rats. Arch. Environ. Contam. Toxicol. 2:247-255 (1983).

Millette, J.; Clark, P. J.; Stober, J.; and Rosenthal, M. T. Asbestos in Water Supplies of the United States. Environmental Health Perspectives, 53:45-48 (1983).

Millette, J. R.; Craun, G. F.; Stober, J. A.; Kraemer, D. F.; Tousignant, H. G.; Hildago, E.; Duboise, R. L.; and Benedict, J. An Epidemiology Study of the Use of Asbestos-Cement Pipe for the Distribution of Drinking Water in Escambia County, Florida. Environmental Health Perspectives, 53:91-98 (1983).

Boatman, E. S.; Merrill, T.; O'Neill, A.; Polissar, L.; and Millette, J. R. The Use of Quantitative Analysis of Urine to Assess Exposure to Asbestos Fibers in Drinking Water in the Puget Sound Region. Environmental Health Perspectives, 53:131-142 (1983).

Patel-Mandlik, K. and Millette, J. Accumulation of Ingested Asbestos Fibers in Rat Tissues Over Time. Environmental Health Perspectives, 53:197-200 (1983).

Millette, J. Summary of Discussion Sessions; Workshop on Ingested Asbestos. Environmental Health Perspectives, 53:197-200 (1983).

Millette, J. R.; McCauley, P. T.; Clark, P. J.; Allenspach, A. L.; and Washington, I. S. X-Ray Microanalysis of Mitochondrial Calcium Levels in Frozen Liver Tissue from Rats Exposed to Carbon Tetrachloride. The Toxicologist 4(1):185 (1984).

Millette, J. R. and Kinman, R. N. Iron-Containing Coatings on Asbestos-Cement Pipes Exposed to Aggressive Water. In: Proc. of the 1983 Tech. Conf. Proc., AWWA, Norfolk, VA 11-184 (1984).

Millette, J. R.; Logsdon, G. S.; Clark, P. J.; and Kinman, R. N. Evaluating the Condition of Asbestos-Cement. Mat. Perform. 23(12):14-19 (1984).

Millette, J. R.; Allenspach, A. L.; Clark, P. J.; Washington, I.; and McCauley, P. T. Measurement of Calcium Level Changes in Tissue in Response to Injury by Environmental Agents. Fed. Proc. 43(3):495 (1984).

Millette, J. R.; Allenspach, A. L.; Clark, P. J.; and Washington, I. S. X-Ray Microanalysis of Calcium, Potassium, and Phosphorus in Liver Mitochondria Stressed by Carbon Tetrachloride. J. Analy. Tox. 9:145-151 (1985).

Millette, J. R.; Asbestos in Water, Microscope, 34:371-374, 1986.

Krewer, J.A. and Millette, J.R. Comparison of Sodium Hypochlorite Digestion and Low-Temperature Ashing Preparation Techniques for Lung Tissue Analysis by TEM. Microbeam Analysis 1986, Proc. 21st Conf. Microbeam Analysis Society, Aug. 1986, Albuquerque, NM. San Francisco Press. Inc.

MVA 000055

Basu, B. and Millette, J. R.; (editors) Electron Microscopy in Forensic, Occupational and Environmental Health Sciences, Plenum Press, New York pp. 285, 1986.

Millette, J. R.; Allenspach, A. L.; Clark, P. J.; Stober, J. A.; Mills, T.; Weiler, C. and Black, D.; Measurement of Subcellular Ions by X-ray Microanalysis for Evidence of Hepatotoxicity. In: Electron Microscopy in Forensic, Occupational, and Environmental Health Sciences, Plenum Press, New York, pp. 253-260, 1986.

Millette, J. R.; Clark, P. J.; Bonne, R. L.; and Rosenthal, M. T.; Occurrence and Biological Activity Testing of Particulates in Drinking Water. Bull Environmental Contamin. Toxicol. 38:1-8, 1987.

Millette, J. R., The Proposed TEM Clearance Testing of an Asbestos Abatement Area: A Brief Summary, NAC Journal 5(2); 33-33, 1987.

Smith, J. J. and Millette, J. R., Calibration of the Electron Diffraction Camera Constant, Microscope, 35:107-117, 1987.

Millette, J. R.; Electron Diffraction of Asbestos, Microscope, 35:207-215, 1987.

Millette, J. R.; Krewer, J. A.; A Reference List of Microscopical Methods for the Measurement of Asbestos, Microscope, 35:311-318, 1987.

Millette, J. R. and Burris, S. B., Counting Rules for TEM Analysis of Clearance Samples, Microscope, 36:273-280, 1988.

Working Group for the DHHS Committee to Coordinate Environmental and Related Programs, Millette, J. R.; one of fourteen participants, Report on Cancer Risks Associated with the Ingestion of Asbestos, Environmental Health Perspectives, Vol. 72, pp. 253-265, 1987.

Millette, J. R. and Mount, M. D., Many Non-School Projects Adopting AHERA Guidelines, Council Currents, Vol. 1, No. 4, p. 3, 1988.

Millette, J. R., Kremer, T., and Wheeles, R. K., Settled Dust Analysis Used in Assessment of Buildings Containing Asbestos, Microscope, Vol. 38, pp. 215-219, 1990.

Hays, S. M. and Millette, J. R., "Decon: A Case Study in Technology", Asbestos Issues, February 1990, 42-46.

Millette, J. R., Ewing, W., Brown, R. S., "A Close Examination of Asbestos-Containing Debris", NAC Journal 8 (3); 38-40, 1990.

Millette, J. R., Ewing, W., Brown, R. S., "Stepping on Asbestos Debris", Microscope, 38:321-326, 1990.

Krewer, J. A., Millette, J. R., "Asbestos Analysis by Transmission Electron Microscopy In-House Training", Microscope, Vol. 38, pp. 97-108, 1990.

Millette, J. R., Boltin, W. R., Crankshaw, O.S., "Searching for Asbestos, Identifying the Matrix", Microscope, Vol. 39, pp. 131-134, 1991.

MVA 000056

Kremer, T. and Millette, J. R., "A Standard TEM Procedure for Identification and Quantification of Asbestiform Minerals in Talc", Microscope, Vol. 38, pp. 457-468, 1990.

Keyes, D. L., Chesson, J., Ewing, W. M., Faas, J. C., Hatfield, R. L., Hays, S. M., Longo, W. E., and Millette, J. R., "Exposure to Airborne Asbestos Associated with Simulated Cable Installation Above a Suspended Ceiling", Am. Ind. Hyg. Assoc. J., Vol. 52 (11), pp. 479-484, 1991.

Wilmoth, Roger C., Powers, Thomas J., U.S. Environmental Protection Agency and Millette, J.R., "Observations on Studies Useful to Asbestos O&M Activities", Microscope, Vol. 39, pp. 299-312, 1991.

Millette, J. R., Brown, R. S., Barnett, J., and Mount, M. D., "Scanning Electron Microscopy of Post-it™ Notes Used for Environmental Sampling", NAC Journal, pp. 32-35, Spring 1991.

Millette, J.R., Brown, R.S., "A Close Examination of the Surfaces of Asbestos Gasket Materials", Microscope, pp. 131-136, 1992.

Keyes, D.L., Chesson, J., Hays, S.M., Hatfield, R.L., Ewing, W.M., Longo, W.E. and Millette, J.R., Re-entrainment of Asbestos From Dust in a Building With Acoustical Plaster, Environ. Choices Tech. Supplement, pp. 6-11, July/August 1992.

Bracket, K.A., Clark, P.J. and Millette, J.R., "Method for the Analysis of Asbestos Fibers in Water Using MCE Filters", Microscope, Vol. 40, pp. 159-163, 1992.

Millette, J.R., Longo, W.E. and Hubbard, J.L., "Demonstration of the Capability of Asbestos Analysis by Transmission Electron Microscopy in the 1960s", Microscope, Vol. 41, pp.15-18, 1993.

Wilmoth, R.C., Clark, P.J., Hollett, B.R., Powers, J. and Millette, J.R., "Asbestos Release During Building Demolition", Environ. Choices Tech. Supplement, pp. 5-11, (1) No. 2, 1993.

Ewing, W.M., Chesson, J., Dawson, T.A., Ewing, E.M., Hatfield, R.L., Hays, S.M., Keyes, D.L., Longo, W.E., Millette, J.R. and Spain, W.H., "Asbestos Exposure During and Following Cable Installation", Environ. Choices Tech. Supplement, pp. 12-20, (1) No. 2, 1993.

Millette, J.R., Clark, P.J., Brackett, K.A. and Wheeles, R.K., "Methods for the Analysis of Carpet Samples for Asbestos", Environ. Choices Tech. Supplement, pp. 21-24, (1) No. 2, 1993.

Millette, J.R., and Brown, R.S., "Scanning Electron Microscopy of Asbestos-Containing Material where the Asbestos Fibers are Considered Locked in a Binder", Proceedings. 51st Annual Meeting, Mic. Soc. of America, August 1993.

Millette, J.R., and Mount, M.D., "A Study Determining Asbestos Fiber Release During the Removal of Valve Packing", Appl. Occup. Environ. Hyg., Vol. 8 (9), pp. 790-793, September 1993.

MVA 000057

Millette, J.R., Hopen, T.J. and Bradley, J.P., "Titanium Dioxide: Anatase or Rutile?", Microscope, Vol. 41, pp. 147-153, 1993.

Millette, J.R., Hopen, T.J., and Brown, R.S. Investigating the Particulate Component in Indoor Air Quality Concerns. Environ. Choices 3(2):14-16, 1994

Millette, J.R. and Hays, S.M., Settled Asbestos Dust: Sampling and Analysis. Lewis Publishers, Boca Raton, 1994

Kelman, B. J., Millette, J.R., and, Bell, J.U. Resuspension of Asbestos in Settled Dust in an Apartment Cleaning Situation, Appl. Occup. Environ. Hyg. 9(11):878-878, 1994

Millette, J.R., and. Boltin, W.R. Effectiveness of Asbestos Operations and Maintenance: Measurement Issues., Appl. Occup. Environ. Hyg. 9(11):785-790, 1994

Keyes, D.L., Ewing, W.M., Hays. S.M., Longo, W.E., and Millette, J.R. Baseline Studies of Asbestos Exposure During Operations and Maintenance Activities. Appl. Occup. Environ. Hyg. 9(11):853-860, 1994

Brown, R.S., Millette, J.R., and Mount M.D. Application of Scanning Electron Microscopy for Pollution Particle Source Determination in Residential Dust and Soil. Scanning 17(5):302-305, 1995

Millette, J.R., Mount, M.D., Hays, S.M. Releasability of Asbestos Fibers from Asbestos-containing Gaskets. EIA Technical Journal 3(2):10-15, 1995

Millette, J.R., Brown, R.S., and Mount M.D. Lead Arsenate. Microscope 43(4):187-191, 1995

Millette, J.R., Mount, M.D., Hays, S.M. Asbestos-containing Sheet Gaskets and Packing. Chapter 6. In: Sourcebook on Asbestos Diseases, Vol. 12. Asbestos Health Risks. G.A. Peters and B.J. Peters, Eds., Michie, Charlottesville, VA. p153-188. 1996

Few, P. and Millette, J.R., A Combination Calibration Grid for Transmission Electron Microscopes. Microscope, 44(4):175-179, 1996

Millette, J.R., Reference Methods for Asbestos Analysis. Microscope, 45(2):57-59, 1997

Millette, J.R., IAQ Air Sampling Filters. Microscope, 45(2): 60, 1997

Kelman, B.J., L.J. Swenson, L.V. Uppala, J.M. Cohen, J. R. Millette, and W.F. Mueller. In press. Chemical components of shredded paper insulation: a preliminary study. Applied Occupational and Environmental Hygiene.

6/98

MVA 000056

F.   Awards

Elected to Sigma Pi Sigma, Physics Honorary, 1972
Elected to Society of Sigma Xi, Research Society, 1975
Outstanding Performance Rating Civil Service, 1976, 1982,
  1983
Publication nominated by Laboratory Director for USEPA-ORD's
  Scientific and Technological Achievement Award, 1979,1980,
  1981
American Water Works Association Distribution Division Award
  for best published paper 1980
Publication Award National Asbestos Council Journal 1991-1992
STAR Publication Award, Risk Reduction Engineering Laboratory,
  USEPA, 1994
Award of Excellence, The Environmental Information Association, Georgia
  Chapter, 1995

G.   Technical Presentations

"Efficiency Calibration of an Energy Dispersive X-Ray Fluorescence System for
Trace Metal Analysis", presented at the spring meeting of the Ohio Section of the
American Physical Society, Wittenberg University, April 7, 1973. Abstract
published in the Bulletin of the American Physical Society, 18:888, 1973.

"Analysis of Asbestos Fibers in Water by Electron Microscopy", co-authors J. E.
Poth and E. F. McFarren, presented at the spring meeting of the Ohio Section of
the American Physical Society, Kent State University, May 10, 1975. Abstract
published in the Bulletin of the American Physical Society, 20:890, 1975.

"EDS of Waterborne Asbestos Fibers in TEM, SEM, AND STEM", co-author E.
F. McFarren, presented at the Scanning Electron Microscopy Symposium
Workshop on Technique for Particulate Matter Studies, IIT Research Institute,
Toronto, Canada, April 1976.

"Monitoring Drinking Water for Asbestos by Electron Microscopy", presented at
the Symposium on Electron Microscopy of Micro-Fibers, U. S. Food and Drug
Administration. Pennsylvania State University, August 25, 1976.

"Effects of Water on Asbestos-Cement Materials in Drinking Water Supplies",
presented at the Scanning Electron Microscopy Symposium, SEM Inc., Chicago,
IL. April 1979.

"Concentration and Size of Asbestos in Water Supplies", at the Asbestos
Workshop, NIEHS, DHEW, Washington, D.C., June 7-8, 1979.

"Occurrence and Health Effects of Eroded Asbestos Fibers", at the Seminar for
Corrosion Control in Water Distribution Systems. USEPA, Cincinnati, OH, May
20-22, 1980.

"Fate of Ingested Particles", presented at the Workshop on the Substitutes for
Asbestos, Consumer Product Safety Commission, Washington, D.C., July 14-16,
1980.

MVA 000059

"The Need to Control Asbestos Fibers in Potable Water Supply Systems", presented at the International Water Supply Conference, Noordivijkerhout, The Netherlands, August 30-September 1, 1980.

"Particulates in Water Supplies", presented at the Clay and Clay Minerals Society Conference, Waco, TX, October 8-9, 1980.

"Some Investigations of X-Ray Microanalysis for Biological Tissue", at the Electron Microscopy Society Meeting, Louisville, KY, February 6, 1982.

"X-Ray Microanalysis of Mitochondrial Calcium Levels in Frozen Liver Tissue from Rats Exposed to Carbon Tetrachloride", poster presented at the 23rd Society of Toxicology Conference, March 12-16, 1984.

"Evaluating the Conditions of Asbestos-Cement Pipe", paper number 152 presented at Corrosion 84, an International Corrosion Forum sponsored by the National Association of Corrosion Engineers, New Orleans, LA, April 1984.

"Measurement of Calcium Level Changes in Tissue in Response to Injury by Environmental Agents", at the Fed. of Amer. Soc. for Exp. Biology Meeting, St. Louis, MO, April 1984.

"X-Ray Analysis of Freeze-Dried Sections" invited lecture at Cryo-Techniques in Electron Microscopy Symposium and Workshop, University of Iowa, Iowa City, IA, April 8-10, 1985.

"Subcellular Ions by X-ray Microanalysis for Evidence of Hepatotoxicity", Electron Microscopy Society of America and Microbeam Analysis Society Joint Annual Meeting, Louisville, KY, August 5-9, 1985.

"Use of TEM Analysis for Ambient and Clearance Sampling", University of Kentucky Symposium on Managing Asbestos in Buildings, Lexington, KY, October 23-25, 1985.

"Laboratory Analysis", Asbestos Abatement in the Federal Government 1985 Annual Symposium, Kansas City, MO, November 19-21, 1985.

"X-ray Microanalysis of Animal Cells", Miami University Zoology Department, Oxford, OH, November 29, 1985.

"Analyzing for Asbestos in Environmental Samples", Department of Geology, Emory University, Atlanta, GA, February 6, 1986.

"Transmission Electron Microscopy", National Asbestos Council, Baltimore, MD, February 20, 1986.

"Laboratory Analysis", Western States Asbestos Abatement Conference and Exposition, Los Angeles, CA, March 7, 1986.

"Electron Microscopy, Interpretation of Results", Asbestos Abatement Project Monitoring Course, Georgia Tech Research Institute, Atlanta, GA, March 26, 1986.

MVA 000060

"Asbestos Fibers in Water", Symposium on Innovative Techniques and Recent Developments in the Asbestos Abatement Industry, Georgia Tech Research Institute, Atlanta, GA, March 28, 1986.

"Diagnostic Electron Microscopy in Environmental Sciences", Minnesota Electron Microscope Society Spring Symposium, St. Paul, MN, May 16, 1986.

"An Overview of Asbestos Analytical Methods", American Industrial Hygiene Conference, Dallas, TX, May 23, 1986.

"Experiences with Direct and Indirect Sample Preparation for TEM Analysis of Asbestos", 1986 ASTM Johnson Conference on Measurement Challenges of the 80's: Indoor Air, Acid Rain and Asbestos, Johnson, VT, July 13-14, 1986.

"Analysis of Asbestos in Environmental Samples by TEM" presented at the INTER/MICRO-86, International Microscopy Society, Chicago, IL, July 21-24, 1986.

"Comparison of Sodium Hypochlorite Digestion and Low-Temperature Ashing Preparation Techniques for Lung Tissue Analysis by TEM" co-authored and presented at the Electron Microscope Society of America/Microbeam Analysis Society Annual Meeting; Albuquerque, NM, August 11-15, 1986.

"Electron Microscopy Sampling, Analysis, and Interpretation" and "Field Applications of the EPA Guidelines for Post Abatement Air Monitoring" presented at the National Asbestos Council Meeting, New Orleans, LA, September 22-25, 1986.

"Laboratory Analysis, Bulk and Air Monitoring" presented at the Asbestos Abatement in the Federal Government, Kansas City, MO, November 19, 1986.

"Overview of Asbestos Analytical Methods" presented at the Connecticut River Valley Section of American Industrial Hygiene Association, Hartford, CT, March 4, 1987.

"Air Sample Analysis II: Electron Microscopy", Asbestos Abatement Air Monitoring Course, Georgia Institute of Technology, Atlanta, GA, March 25, 1987.

"Analytical Tools for Identification of Asbestos Materials in Buildings", Co-authored with Richard L. Hatfield, presented at the American Society of Civil Engineers National Spring Convention, Atlantic City, NJ, April 27, 1987.

"Analyzing Asbestos Brake Dust", Asbestos Brake Maintenance Conference, Georgia Institute of Technology, Atlanta, GA, August 5, 1987.

"Overview of AHERA Requirements", Advanced TEM Asbestos Analysis Course, Georgia Institute of Technology, Atlanta, GA, February 15, 1988.

"Counting and Sizing Procedures", Advanced TEM Asbestos Analysis Course, Georgia Institute of Technology, Atlanta, GA, February 15, 1988.

"Microscopy and AHERA", Northeastern Society of Electron Microscopy, JEOL, Inc., Peabody, MA, February 17, 1988.

6/98

MVA 000061

"Microscopy and the Asbestos Hazard Emergency Response Act", Inter/Micro. McCrone Research Institute, Chicago, IL, June 28, 1988.

"Asbestos Fiber Counting Rules", ASTM Johnson Conference, Johnson, VT, July 12, 1988.

"Transmission Electron Microscopy Asbestos Analysis Course", Georgia Institute of Technology, Atlanta, GA, June 6-17, 1988.

"Polarized Light Microscopy Analysis of Tremolite/Actinolite in Vermiculite", National Asbestos Council Technical Conference, Boston, MA, September 21, 1988.

"Some Comments on Settled Dust Sample Analysis by Transmission Electron Microscopy", National Asbestos Council Technical Conference, Boston, MA, September 22, 1988.

"Practical Considerations in Designing a TEM Asbestos Laboratory", JEOL, Peabody, MA, September 23, 1988.

TUTORIAL:  "Analysis of Asbestos in Water and Other Liquids", Scanning Microscopy International, Salt Lake City, Utah, May 1, 1989.

TUTORIAL:  "Analysis of Asbestos in Air", Scanning Microscopy International, Salt Lake City, Utah, May 1, 1989.

"TEM Asbestos Accreditation Seminar", Georgia Institute of Technology, Atlanta, GA, August 1-2, 1989.

"Asbestos in Drinking Water", Water Quality Technical Conference, American Water Works Association, Philadelphia, PA, November 14, 1989.

Professional Development Seminar on TEM X-Ray analysis, NAC Conference, San Antonio, TX, February 18, 1990.

"Current Aspects of Surface Dust Collection and Analysis", NAC Conference, San Antonio, TX, February 19, 1990.

"Recent Research on Fiber Release and Re-Entrainment of Asbestos Dust", NAC Conference, San Antonio, TX, February 29, 1990.

"The Dust Dilemma", NAC Conference, Phoenix, AZ, September 11, 1990.

"How Clean is Clean, The Laboratory Analyst's Point of View of Abatement Clearance", NAC Conference, Phoenix, AZ, September 11, 1990.

"Sizes of Asbestos Fibers in Buildings", NAC Conference, New Orleans, LA, February 21, 1991.

"Analytical Techniques for the Analysis of Lead in Buildings", The Envir. Inst., Marietta, GA, April 22, 1991.

MVA 000062

"Asbestos Exposure During and Following Cable Installation in the Vicinity of Fireproofing", co-authored with W. M. Ewing, E. M. Clay, W. H. Spain, T. A. Dawson, J. Chesson, R. L. Hatfield, S. M. Hays, D. L. Keyes and W. E. Longo. Amer. Indust. Hygiene Conf., Salt Lake City, UT, May 22, 1991.

"Settled Dust Collection Methods" and "Interpretation of Results", as Co-director of the Course, Settled Dust Sampling: Asbestos and Other Particulates, Georgia Institute of Technology, Atlanta, GA, August 12, 1991.

"Can You Identify This Material?", Inter-Micro, Chicago, IL, August 22, 1991. Co-authored with E.J. Chatfield and R.J. Lee.

"Overview of Techniques for Detecting Asbestos Fibers in Indoor Air and Settled Dust", American Public Health Association (APHA) Conference, Atlanta, GA, November 13, 1991.

"Analysis of Low-Level Asbestos-Containing Bulk Building Materials by Polarized Light Microscopy and Transmission Electron Microscopy", Professional Development Seminar coordinated by J.A. Krewer, Environmental Management '92, April 6, 1992, Pittsburgh. PA.

"Removal of Asbestos-Containing Roofing: Effects of Work Practices on Airborne Asbestos Levels", M.D. Cameron, D.L. Keyes, J.R. Millette, Environmental Management '92, April 7, 1992, Pittsburgh, PA.

"Use of Observational Data and Experimental Studies in Developing Better Asbestos Operations and Maintenance Plans", S.M. Hays, J.R. Millette, Environmental Management '92, April 8, 1992, Pittsburgh, PA.

An Overview of Monitoring Techniques for Asbestos in Settled Dust, ASTM Johnson Conference, July 15, 1992, Johnson, VT.

"Asbestos in Settled Dust", A Professional Development Course, EM '94, Envir. Inform. Assoc. Conf., March 13, 1994, San Diego, CA.

"Lead Source Determination and Research Activities". J.R. Millette, R.S. Brown, J.P. Bradley, EM '94, Envir. Inform. Assoc. Conf., March 15, 1994, San Diego, CA.

"Dust Sampling and Analysis", ASTM Standards for Asbestos Control, October 27-28, 1994, Atlanta, GA.

"Contamination from Asbestos Dust", Professional Development Seminar, The Environmental Information Association, November 17, 1994, Las Vegas, Nevada

ASTM Standards for Asbestos Control, American Society for Testing and Materials Course, Nov. 9-10, 1995, Atanta, Georgia

"Asbestos Dust Contamination", Seminars, California Environmental Information Association, Nov. 16-17, 1995, Oakland and Longbeach, California.

6/98

MVA 000063

H.    Professional Societies

American Association for the Advancement of Science
Microbeam Analysis Society
Society of Sigma Xi
Electron Microscopy Society of America
American Water Works Association
American Society for Testing and Materials
National Asbestos Council

I.  Participation in Scientific Conferences, Technical
     Committees

"Sampling and Analysis of Asbestos in Settled Dusts" Workshop - USEPA, Risk
Reduction Engineering Laboratory, Cincinnati, Ohio, July 11-14, 1989.

Chairman of the Cincinnati EPA Environmental Research Center Electron
Microscope Facility Committee.

Member of the Sampling and Analytical Committee, National Asbestos Council

Member of the American Society for Testing and Materials (ASTM) D22.07,
Sampling and Analysis of Atmospheres:Asbestos

Member of the American Water Works Association Water Quality Division Ad
Hoc Committee on Asbestos in Drinking Water and the Technical and
Professional Council Committee on Particles in Water and Health Implications.

Served as technical reviewer of papers submitted to a number of journals,
including Scanning Electron Microscopy, Science, American Water Works
Association, American Industrial Hygiene Association, NAC Journal.

Member of the USEPA Asbestos Methodology Subcommittee.

Member of Ambient Water Quality Criteria Document Review Panel for
Asbestos, 1980.

Co-chairman for the October 2, 1982 and June 2, 1984 meetings of the Electron
Microscopy Society of the Ohio River Valley held at Miami University and
USEPA.

Chairman and Organizer--Workshop on Ingested Asbestos--USEPA, Cincinnati,
Ohio, October 13-14, 1982. Editor for Proceedings Published in Vol. 53 of
Environmental Health Perspectives, 1983.

Member ASTM Committee D-22 on Sampling and Analysis of Atmospheres.

Chairman, American Water Works Association Standard Methods Joint Task
Group #200Z on Asbestos in Water.

Chairman, Asbestos Session, Inter/Micro - 88, Chicago, IL, June, 1988.

MVA 000064

James R. Millette, Ph.D.
Page 14

Member EPA Asbestos Hazard Emergency Response Act (AHERA) Technical
Panel developing TEM clearance procedure.

J.    Consultant Activities

Testified as an expert witness in the Connecticut State Capitol at a hearing of the
State of Connecticut Department of Health Services concerning the development
of regulations governing the use of asbestos-cement pipe, September 16, 1980.

Technical input into the USEPA Asbestos Methodology subcommittee as part of
a team effort which resulted in the development of the USEPA Interim Procedure
for Fibrous Asbestos, Transmission Electron Microscopy Method, the first step
toward a standard USEPA method for analyzing asbestos in water.

Technical assistance to the USEPA regions in the form of asbestos analyses has
helped determine the extent of potential asbestos exposure to populations
through their drinking water.

Interviewed by "Maclean's" Canada's Weekly Newsmagazine, July 21, 1986:
"Health: A Battle to Rehabilitate Asbestos" pp. 39-41.

Member Technical Working Group on Asbestos in Public and Commercial
Buildings for the U.S. EPA Policy Dialogue Group, Washington, D.C., September
12, 1989.

Instructor for the Electron Microscopy Course on Asbestos given at the JEOL
Training Center, Peabody, MA, August 17-21, 1987, May 2-6, 1988, July, 1989.

Instructor for Georgia Tech "Asbestos Analysis by Electron Microscopy" course,
1987-1988.

Instructor for TEM Asbestos Analysis Course, McCrone Research Institute,
1988-1989

K.    Other Information

Completed Contracts, Grants, and Interagency Agreements Course for EPA
Project Officers given in cooperation with the Ohio State University, 1976 and a
similar course given in 1983.

Completed Course on Introduction to Supervision, U.S. Civil Service, 1979;
Analytical Electron Microscopy, JEOL, Boston, 1979; Selection of Tests for
Assessment of Hepatotoxicity, SOT, Atlanta, 1984.  Sampling and Evaluating
Airborne Asbestos Dust, NIOSH, Cincinnati, 1977.

AHERA Accredited Building Inspector for Asbestos.

6/98

MVA 000065