# EXHIBIT C

## EXHIBIT "C"
## Medical and Health-Related Experts

| Name | Address | Deposition(s) |
|---|---|---|
| Dr. Laura S. Welch (live or by deposition) | Center to Protect Workers Rights 8484 Georgia Ave, Suite 1000 Silver Springs, MD 20910 301-578-8500 | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division; Deposition taken in *National Gypsum Company v. Kirbyville Independent School District*, 770 S.W.2d 621 (Tex. App. - Beaumont 1989, writ dism'd w.o.j.); and Deposition taken in *State of Hawaii v. W.R. Grace & Co.-Conn., et al.*, No. 93-4161-10, in the Circuit Court of the First Circuit, State of Hawaii. See Exhibit "1" to Designation of Experts by D&H Claimants, and Submission of Expert Reports Addressing the Methodology Issue dated October 25, 2006, for more detailed description. |
| Dr. Henry Anderson (live or by deposition) | 1 West Wilson Street, Room 150 Madison, WI 53702 608-266-1253 | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division; and Deposition taken in *State of Hawaii v. W.R. Grace & Co.-Conn., et al.*, No. 93-4161-10, in the Circuit Court of the First Circuit, State of Hawaii. See Exhibit "1" to Designation of Experts by D&H Claimants, and Submission of Expert Reports Addressing the Methodology Issue dated October 25, 2006, for more detailed description. |
| Dr. Gerrit Schepers (by deposition) | Deceased | Video Deposition taken in *Dayton Independent School District, et al. v. W.R. Grace & Co., et al.* ("*Dayton I*"), No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. |
| Dr. J.C. Halter (by deposition) | | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. |

| Name | Address | Deposition(s) |
|---|---|---|
| Dr. Victor W. Horadam (by deposition) | | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. |
| Dr. Lloyd Kitchens (by deposition) | | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. |
| Dr. Eugene Marks (by deposition) | Department of Pathology Warren 214 Massachusetts Gen. Hospital Fruit Street Boston, Mass. 02114 | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division; and Deposition taken in *State of Hawaii v. W.R. Grace & Co.-Conn., et al.*, No. 93-4161-10, in the Circuit Court of the First Circuit, State of Hawaii. |
| Dr. John S. Harington (by deposition) | Mt. Sinai Medical School of Medicine 100th St and Fifth Ave. New York, New York | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. |