# EXHIBIT E

## EXHIBIT "E"
## General Liability Fact Witnesses

Dies & Hile Claimants intend to introduce the deposition testimony of the individuals identified in this exhibit.

| Name | Deposition(s) |
|---|---|
| James Greer<br>By deposition | Deposition taken in *Cullen Center, Inc., Dresser-Cullen Venture, and Dresser Industries, Inc. v. W.R. Grace & Co., et al.*, No. 90-011693, in the 295th Judicial District Court of Harris County, Texas; Deposition taken in *Dayton Independent School District, et al. v. W.R. Grace & Co., et al. ("Dayton I")*, No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division; and Deposition taken in *Dayton Independent. School District vs. U.S. Mineral Products, Co. et al. ("Dayton II")*, Cause No. 87-00507-CA, in the U.S. Dist. Ct. Eastern District of Texas, Beaumont, Division. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| John S. Hamilton<br>By deposition | Deposition taken in *Anchorage School District v. W.R. Grace & Company*, No. A85-098 CIU, in the United States District Court for the District of Alaska; Deposition taken in *Cheshire Medical Center v. W.R. Grace & Company*, No. C-88-516-D, United States District Court for the District of New Hampshire; Deposition taken in *State of Maryland v. Keene Corporation, et al.*, No. 1108600, State of Maryland, in the Circuit Court for Anne Arundell County; Deposition taken in *Cullen Center, Inc., et al. v. W.R. Grace & Co., et al.*, No. 90-011693, in the 295th Judicial District Court, Harris County, Texas; and Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al., ("Dayton II")*, No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Kenneth Young Millian<br>By deposition | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al., ("Dayton II")*, No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Steve Sheeran<br>By deposition | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al., ("Dayton II")*, No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Julie Yang<br>By deposition | Deposition taken in *The Corporation of Mercer University v. National Gypsum Co., et al.*, No. 85-126-3-MAC (M.D. Ga. 1986); and Deposition taken in *State of Hawaii v. W.R. Grace & Co.-Conn., et al.*, No. 93-4161-10, in the Circuit Court of the First Circuit, State of Hawaii. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |

061207150705.doc

| Name | Deposition(s) |
|---|---|
| John York<br>By deposition | Deposition taken in *State of Hawaii v. W.R. Grace & Co.-Conn., et al.*, No. 93-4161-10, in the Circuit Court of the First Circuit, State of Hawaii. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Ralph Bragg<br>By deposition | Deposition taken in *Dayton Independent School District, et al. v. W.R. Grace & Co., et al. ("Dayton I")*, No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division; Deposition taken in *Dayton Independent School District, et al. v. W.R. Grace & Co., et al. ("Dayton I")*, No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division; Deposition taken in *Anchorage School District v. W.R. Grace & Co.*, C.A. No. A85-098-CIV, in the United States District Court for the District of Alaska; Deposition taken in *Adams-Arapahoe School District No. 28-J v. Celotex Corporation, et al.*, No. 84-C-1974, United States District Court, District of Colorado; and Deposition taken in *3250 Wilshire Boulevard Building, et al. v. Metropolitan Life Insurance Company, et al.*, No. 87-06048 WMB (GHKx), in the United States District Court for the Central District of California. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| William Culver<br>By deposition | Deposition taken in *The 3250 Wilshire Boulevard Building, et al. v. Metropolitan Life Insurance Company, et al.*, No. 87-06048 WMB (CHKX), in the United States District Court for the Central District of California. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Thomas Egan<br>By deposition | Deposition taken in *School District of Independence, Missouri, No. 30 v. United States Gypsum Company, et al.*, No. CV84-05334, in the Circuit Court of Jackson County, Missouri. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Thomas P. Feit<br>By deposition | Deposition taken in *The Corporation of Mercer University v. National Gypsum Co., et al.*, No. 85-126-3-MAC (M.D. Ga. 1986); and Deposition taken in *Dayton Independent School District, et al. v. W.R. Grace & Co., et al. ("Dayton I")*, No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Stan Fulfer<br>By deposition | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al., ("Dayton II")*, No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |

| | |
|---|---|
| Curtis Gipson<br>By deposition | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Robert Junker<br>By deposition | Deposition taken in *John E. Corbally, James M. Furman, and Philip M. Grace, Liquidating Trustees v. W.R. Grace & Co.*, No. CA 3-88-1884-H, in the District Court of the United States for the Northern District of Texas, Dallas Division; Deposition taken in *H. Wally Shipley and Faye Shipley; Weldon Cook and Billye Cook; VIrgel Leon Zimmerman and Ruth Zimmerman; Herbert Williams and Inez Williams; Arthur James Davis; and J.R. Gentle v. Armstrong World Industries, Inc., et al.*, No. 90-1760-H, in the 160th Judicial District Court of Dallas County, Texas; and Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Dale Moll<br>By deposition | Deposition taken in *In re: Minnesota Personal Injury Asbestos Cases*, in the District Court, State of Maryland; Deposition taken in *Boulder Valley School District No. RE-2, et al. v. W.R. Grace & Co., et al.*, No. 87-M-1783, In the United States District Court for the District of Colorado. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Bruce Williams<br>By deposition | Deposition taken in *3250 Wilshire Boulevard Building, et al. v. Metropolitan Life Insurance Company, et al.*, No. 87-06048 WMB (GHKx), in the United States District Court for the Central District of California. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Seth N. Diltz<br>By deposition | Deposition taken in *Dayton Independent School District, et al. v. W.R. Grace & Co., et al. ("Dayton I")*, No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Walter Payment<br>By deposition | Deposition taken in *Dayton Independent School District, et al. v. W.R. Grace & Co., et al. ("Dayton I")*, No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |

| | |
|---|---|
| Ian Stewart<br>By deposition | Deposition taken in *State of Hawaii v. W.R. Grace & Co.-Conn., et al.*, No. 93-4161-10, in the Circuit Court of the First Circuit, State of Hawaii. See Exhibit "D" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Robert J. Berttacchi | Former Grace employee. Address presently unknown. |
| George Blackwood<br>By deposition | Deposition taken in *The Corporation of Mercer University v. National Gypsum Co., et al.*, No. 85-126-3-MAC (M.D. Ga. 1986); and Deposition taken in *The Corporation of Mercer University v. National Gypsum Co., et al.*, No. 85-126-3-MAC (M.D. Ga. 1986). See Exhibit "E" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Thomas Cheatham<br>By deposition | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division; and Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "E" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| James Cintani<br>By Deposition | Deposition taken in *Clemson University and The College of Charleston v. W.R Grace, et al*, No. 2:86-2055-2, United States District Court, District of South Carolina, Charleston Division; Deposition taken in *City of Boston, et al. v. Keene Corporation, et al.*, No. 82254, Commonwealth of Massachusetts, Suffolk, SS; Deposition taken in *Max G. Williams and Maureen D. Williams v. National Gypsum Company, et al.*, No. 86-0714, in the United States District Court for the District of Nebraska; and Deposition taken in *3250 Wilshire Boulevard Building, et al. v. Metropolitan Life Insurance Company, et al.*, No. 87-06048 WMB (GHKx), in the United States District Court for the Central District of California. See Exhibit "E" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Jack Corgan<br>By Deposition | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "E" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Albert J. Costello | Former Grace employee and/or officer. Address currently unknown. |
| Bradley Dewey<br>By Deposition | Deposition taken in *The Port Authority of New York and New Jersey (formerly known as "The Port of New York Authority") and Port Authority Trans-Hudson Corporation v. Allied Corporation (individually and as a subsidiary of "Allied-Signal Inc.,), et al.*, No. 91 Civ. 0310 (CLB) (MDF), in the United States District Court in the Southern District of New York. See Exhibit "E" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |

| | |
|---|---|
| Heyman Duecker<br>By Deposition | Deposition taken on January 29, 1986 in connection with *The Corporation of Mercer University v. National Gypsum Co., et al.,* No. 85-126-3-MAC (M.D. Ga. 1986); and Deposition taken in *3250 Wilshire Boulevard Building, et al. v. Metropolitan Life Insurance Company, et al.,* No. 87-06048 WMB (GHKx), in the United States District Court for the Central District of California. |
| Frederick W. Eaton<br>By Deposition | Deposition taken in *Dayton Independent School District, et al. v. W.R. Grace & Co., et al. ("Dayton I"),* No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "E" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Robert C. Ericson<br>By Deposition | Deposition taken in *The Corporation of Mercer University v. National Gypsum Co., et al.,* No. 85-126-3-MAC (M.D. Ga. 1986); and Deposition taken in *3250 Wilshire Boulevard Building, et al. v. Metropolitan Life Insurance Company, et al.,* No. 87-06048 WMB (GHKx), in the United States District Court for the Central District of California. See Exhibit "E" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Henry A. Eschenbach<br>By Deposition | Deposition taken in *The Corporation of Mercer University v. National Gypsum Co., et al.,* No. 85-126-3-MAC (M.D. Ga. 1986); and Deposition taken in *School District of Independence, Missouri, No. 30 v. United States Gypsum Company, et al.,* No. CV84-05334, in the Circuit Court of Jackson County, Missouri. See Exhibit "E" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| O. Mario Favorito | Former General Counsel, W.R. Grace & Co., Boca Raton, Florida. |
| Herbert Levine<br>By Deposition | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al., ("Dayton II"),* No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "E" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Earl D. Lovick<br>By Deposition | Deposition taken in *Greenville County School District v. U.S. Gypsum Co.,* Case No. 82-3142-14, in the United States District Court for the District of South Carolina, Greenville Division. |
| John B. Lyall<br>By Deposition | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al., ("Dayton II"),* No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "E" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Ralph McLeod<br>By Deposition | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al., ("Dayton II"),* No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "E" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |

| | |
|---|---|
| W.E. Smith<br>By Deposition | Deposition taken in *The Corporation of Mercer University v. National Gypsum Co., et al.*, No. 85-126-3-MAC (M.D. Ga. 1986). |
| Ernest Sumruld<br>By Deposition | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "E" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| George Vallon | American International Group Companies, 80 Pine Street, New York, New York 10270. |
| James P. Verhalen<br>By Deposition | Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. See Exhibit "E" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |
| Rodney Vining<br>By Deposition | Deposition style to be supplemented. |
| Robert C. Walsh | Former Grace representative. Address presently unknown. |
| John Welch | Former Director, Safe Building Alliance. Address presently unknown. |
| Carrol Hall Wendel<br>By Deposition | Deposition taken in *3250 Wilshire Boulevard Building, et al. v. Metropolitan Life Insurance Company, et al.*, No. 87-06048 WMB (GHKx), in the United States District Court for the Central District of California. See Exhibit "E" of D&H Claimants Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006 and such reference is incorporated by reference herein as if set forth in hac verba. |