# EXHIBIT F

# EXHIBIT "F"
## Claimant Fact Witnesses

| Name | Address | |
|---|---|---|
| Larry Mayer<br>OHSU Claim | Oregon Health & Science Univ.<br>Facilities Mgmt & Construction<br>3505 SW US Veterans Hosp. Rd.<br>Portland, Oregon 97201<br>503-494-2232 | |
| Steve LeBoeuf<br>Oregon State Univ. Claims | Oregon State University<br>O.S.U. Facilities Services<br>100 Adams Hall<br>Corvallis, Or 97331<br>541-731-7651 | |
| Francis McBride<br>Portland State Univ. Claims | Portland State University<br>Facilities Department<br>617 SW Montgomery St.<br>Portland, Oregon 97201<br>503-725-4312 | |
| Chris Cooksey<br>Portland State Univ. Claims | Portland State University<br>Facilities Department<br>University Services Building<br>617 SW Montgomery St.<br>Portland, Oregon 97201<br>503-725-4312 | |
| Skip King<br>Southern Oregon Claims | Southern Oregon University<br>351 Walker Avenue<br>Ashland, Oregon 97520<br>Tel. 541-552-6231 | |
| Ken Peters<br>University Oregon Claims | University of Oregon<br>Facility Services<br>1295 Franklin Blvd<br>Eugene, Oregon 97403<br>541-913-2329 | |
| Matt Graves<br>Eastern Oregon State Claims | Eastern Oregon State University<br>Facilities & Planning<br>One University Blvd.<br>Le Grande, OR 97850<br>541-962-3367 | |
| Ken G. Brien | Lake Oswego Insulation Co.<br>0425 S.W. Iowa St.<br>Portland, Or 97201<br>503-245-6460 | |
| Mr. Greg Schindler<br>EPEC Realty Claim | El Paso Energy Corporation<br>1001 Louisiana<br>Houston, TX 77002<br>(713) 420-3972 | |
| Mr. Ed Valverde<br>EPEC Realty Claim | El Paso Energy Corporation<br>1001 Louisiana<br>Houston, TX 77002<br>(713) 420-3972 | |
| Mr. Jeff French<br>EPEC Realty Claim | El Paso Energy Corporation<br>1001 Louisiana<br>Houston, TX 77002<br>(713) 420-3972 | |

| | | |
|---|---|---|
| James Boden<br>EPEC Realty Claim | El Paso Energy Corporation<br>1001 Louisiana<br>Houston, Texas 77002<br>513-420-3972 | |
| Kommy M Azarpour<br>EPEC Realty Claim | Environmental Resource Consultants<br>10801 Hammerly Blvd.<br>Suite 222<br>Houston, Texas 77043<br>713-290-9444 | |
| Gregory Ennis<br>State of Connecticut Claims | State of Connecticut<br>Supreme Court Facilities<br>231 Capitol Ave.<br>Hartford, Ct. 06106<br>860-757-2266 | |
| Mark Mullenax<br>Conway Human Dev. Ctr. Claims | State of Arkansas<br>Conway Human Development Center<br>150 E. Siebenmorgan Road<br>Conway, AR 73032<br>501-450-4414 | |
| Brandon Rushing<br>Conway Human Dev. Ctr. Claims | State of Arkansas<br>Conway Human Development Center<br>150 E. Siebenmorgan Road<br>Conway, AR 73032<br>501-450-4414 | |
| Mr. Kelly Glover<br>Conway Human Dev. Ctr. Claims | State of Arkansas<br>Conway Human Development Center<br>150 E. Siebenmorgan Road<br>Conway, AR 72032-4000<br>(501) 450-4414 | |
| Flur Landsell<br>Arkansas State Hospital Claims | State of Arkansas<br>Department of Human Services<br>Arkansas State Hospital<br>4313 W. Markham<br>Little Rock, AR 72205<br>501-686-9571 | |
| Mr. Ben Moore<br>Arkansas State Hospital Claims | State of Arkansas<br>Dept. of Human Services<br>Arkansas State Hospital<br>4313 W. Markham<br>Little Rock, AR 72205<br>(501) 686-9571 | |
| Ms. May Atkins<br>Arkansas State Hospital Claims | State of Arkansas<br>Dept. of Human Services<br>Arkansas State Hospital<br>4313 W. Markham<br>Little Rock, AR 72205<br>(501) 944-7271 | |
| Jim Wood<br>Arkansas Office Child Support<br>Enforcement Claims | 400 East Capitol<br>Little Rock, AR 72032<br>501-450-4414 | |
| Mr. Jerry Simmons<br>State of Arkansas Claims | State of Arkansas<br>501 South Woodlane, Suite G-2<br>Little Rock, AR 72201<br>(501) 682-2509 | |

| | | |
|---|---|---|
| Mr. Floyd Farmer<br>State of Arkansas Claims | State of Arkansas<br>Arkansas State Bldg Services<br>501 Woodlane, Suite V G-2<br>Little Rock, AR 72201<br>(501) 682-5563 | |
| Mr. Rex Morris<br>State of Arkansas Claims | Morris and Associates<br>5005 Highway 161<br>P.O. Box 242<br>Scott, AR 72142<br>(501) 961-1003 | |
| Mr. John Fugere<br>State of Arkansas Claims | State of Arkansas<br>Dept. of Human Services<br>Division of Mental Health Services<br>6701 Highway 67<br>Benton, AR 72015-8489<br>(501) 860-0587 | |
| Mr. Allen Rushing<br>State of Arkansas Claims | State of Arkansas<br>Dept. of Human Services<br>Division of Mental Health Services<br>6701 Highway 67<br>Benton, AR 72015-8489<br>(501) 860-0587 | |
| Mr. Hugh Roberts<br>Arkansas Teacher Retirement System Claims | Arkansas Teacher Retirement System<br>1400 West Third Street<br>Little Rock, AR 72201<br>(501) 682-1517 | |
| Mr. Aaron Thomas<br>State of Arkansas Claims | State of Arkansas<br>General Service – Revenue Division<br>1800 West 7th Street<br>Little Rock, AR 72203<br>(501) 682-4663 | |
| Mr. Stan Bryant<br>State of Arkansas Claims | State of Arkansas<br>Arkansas School for the Deaf<br>2400 West Markham<br>Little Rock, AR 72205<br>(501) 324-9506 | |
| Mr. Ron Hoofman<br>State of Arkansas Claims | State of Arkansas<br>Arkansas School for the Deaf<br>2400 West Markham<br>Little Rock, AR 72205<br>(501) 324-9525 | |
| Mr. Mickey Hicks<br>State of Arkansas Claims | State of Arkansas<br>Boonville Human Development Ctr<br>447 Carey Road<br>Booneville, AR 72927<br>(501) 675-1481 | |
| Ms. Damita Casey<br>State of Arkansas Claims | State of Arkansas<br>501 West Arch<br>Searcy, AR 72143<br>(501) 682-3730 | |
| Laurie Allen<br>State of Oklahoma Claims | State of Oklahoma<br>Department of Labor<br>Asbestos Division<br>4101 Lincoln Blvd.<br>Oklahoma City, Ok 73105<br>405-528-1500 | |

| | | |
|---|---|---|
| Bill Pharaoh<br>State of Oklahoma Claims | State of Oklahoma<br>Department of Corrections<br>201 E. Cherokee<br>McAlester, Ok. 74501<br>918-423-4144 | |
| W. Scott Haycox<br>State of Oklahoma Claims | State of Oklahoma<br>Department of Corrections<br>WCR Asbestos Unit<br>3555 N.W. 58th St., Ste 500<br>Oklahoma City, Ok. 73112<br>405-949-8710 | |
| Gabriel Mussio<br>City of Houston Claims | City of Houston<br>Sixteenth Floor<br>611 Walker Street<br>Houston, Texas 77002<br>713-247-3232 | |
| Thomas D. Bryant<br>City of Houston Claims | City of Houston<br>Building Services Department<br>611 Walker, 18th Floor<br>Houston, Texas 77002<br>713-837-0535 | |
| Richard E. McCollum<br>City of Amarillo Claims | City of Amarillo Airport<br>10801 Airport Blvd.<br>Amarillo, TX 79111<br>(806) 335-1671 | |
| Geno Wilson<br>City of Amarillo Claims | City of Amarillo<br>1000 S. Polk<br>Amarillo, TX 79105<br>(806) 378-4298 | |
| Ms. Linda Brady<br>Coleman Housing Auth. Claims | Coleman Housing Authority<br>605 W. 2nd Street<br>Coleman, TX 76834<br>(915) 625-5018 | |
| Mr. Ernesto Carrizal<br>El Paso County Claims | El Paso County<br>500 East San Antonio<br>El Paso, TX 79901<br>(915) 546-2015 | |
| Mr. Roger Berna<br>State of Arizona Claims | State of Arizona<br>Dept. of Administration<br>Building and Planning Svs<br>100 North 15th Avenue, Suite 202<br>Phoenix, AZ 85007<br>(602) 542-1954 | |
| Mr. Don Fitzpatrick<br>State of Arizona Claims | State of Arizona<br>Dept. of Administration<br>Building and Planning Svs<br>100 North 15th Avenue, Suite 202<br>Phoenix, AZ 85007<br>(602) 542-4805 | |
| Mr. C. Alex Bruneing<br>State of Arizona Claims | State of Arizona<br>Dept. of Corrections<br>1601 W. Jefferson<br>MC 870<br>Phoenix, AZ 85007<br>(602) 364-3811 | |

| | | |
|---|---|---|
| Mr. John Sempert<br>State of Arizona Claims | State of Arizona<br>Dept. of Administration<br>Building and Planning Svs<br>100 North 15th Avenue, Suite 202<br>Phoenix, AZ 85007<br>(602) 542-0074 | |
| Ms. Doris Stockton<br>State of Arizona Claims | State of Arizona<br>Dept. of Economic Security<br>815 N. 18th Street<br>Phoenix, AZ 85007<br>(602) 542-3447 | |
| Mr. Tom Peterson<br>State of Arizona Claims | State of Arizona<br>Historical Society Museum<br>949 E. 2nd Street<br>Tucson, AZ 85719<br>(520) 628-5774 | |
| Mr. Dave Manoz<br>State of Arizona Claims | State of Arizona<br>Arizona Dept. of Health Services<br>2500 E. Van Buren<br>Phoenix, AZ 85008<br>(602) 220-6312 | |
| Mr. Dean Hoffman<br>State of Arizona Claims | State of Arizona<br>Arizona Dept. of Health Services<br>2500 E. Van Buren<br>Phoenix, AZ 85008<br>(602) 244-1331 | |
| Mr. Gordon Luttrell<br>State of Arizona Claims | State of Arizona<br>Veterans Memorial Coliseum<br>1826 W. McDowell<br>Phoenix, AZ 85007<br>(602) 252-6771 | |
| Ms. Barbara Loza<br>State of Arizona Claims | State of Arizona<br>Dept. of Administration<br>General Services Division<br>100 North 15th Avenue, Suite 202<br>Phoenix, AZ 85007<br>(602) 542-1936 | |
| Mr. Samuel Pignato<br>City of Phoenix Claims | City of Phoenix, AZ<br>Risk Management<br>251 W. Washington St., 8th Floor<br>Phoenix, AZ 85003<br>(602) 262-7166 | |
| Ms. Julie Rogers<br>City of Phoenix Claims | City of Phoenix, AZ<br>111 N. 3rd Street<br>Phoenix, AZ 85004<br>(602) 262-6202 | |
| Mr. Steve Ater<br>City of Phoenix Claims | City of Phoenix, AZ<br>111 N. 3rd Street<br>Phoenix, AZ 85004<br>(602) 526-2596 | |
| Mr. Richard Storm<br>City of Phoenix Claims | City of Phoenix, AZ<br>Aviation Dept.<br>2515 E. Buckeye Rd.<br>Phoenix, AZ 85034<br>(602) 273-2027 | |

| | | |
|---|---|---|
| Mr. Corey Riley<br>City of Phoenix Claims | City of Phoenix, AZ<br>Aviation Dept.<br>2515 E. Buckeye Rd.<br>Phoenix, AZ 85034<br>(602) 273-2027 | |
| Mr. Jim Coghenour<br>City of Phoenix Claims | City of Phoenix, AZ<br>Waste Treatment Plant<br>5615 S. 91st Avenue<br>Phoenix, AZ 85353 | |
| Ms. Janet G. McLay<br>City of Tucson Claims | City of Tucson, Arizona<br>Risk Management Division<br>255 W. Alameda<br>P.O. Box 27210<br>Tucson, AZ 85726-7210<br>(520) 791-4343 | |
| Mr. Ron Ballard<br>City of Tucson Claims | City of Tucson, Arizona<br>Dept. of Facilities, Design and Management Division<br>4004 South Park Avenue, Bldg. 2<br>Tucson, AZ 85714<br>(520) 791-4724 | |
| Mr. Rick Villelas<br>City of Tucson Claims | City of Tucson, Arizona<br>Risk Management Division<br>255 W. Alameda<br>P.O. Box 27210<br>Tucson, AZ 85726-7210<br>(520) 791-4343 | |
| Mr. Peter J. Crowley<br>Maricopa County Claims | Maricopa County Risk Management<br>222 N. Central Ave., Suite 1110<br>Phoenix, AZ 85004<br>(602) 506-8226 | |
| Ms. Rita Neill<br>Maricopa County Claims | Maricopa County Risk Management<br>222 N. Central Ave., Suite 1110<br>Phoenix, AZ 85004<br>(602) 506-5063 | |
| Mr. Lyddell Black<br>Maricopa County Claims | Maricopa County<br>Facilities Management<br>401 W. Jefferson Street<br>Phoenix, AZ 85003<br>(602) 768-8964 | |
| Mr. John Hamlett<br>Maricopa County Claims | Maricopa County<br>Facilities Management<br>401 W. Jefferson Street<br>Phoenix, AZ 85003<br>(602) 768-9808 | |
| Mr. Peter F. Allard<br>Maricopa County Claims | SA&B Consultants<br>3001 W. Indian School Rd.<br>Suite 312<br>Phoenix, AZ 85017<br>(602) 263-0045 | |
| Mr. Tom Russell<br>Maricopa County Claims | Maricopa County<br>Public Health<br>1845 E. Roosevelt<br>Phoenix, AZ 85006<br>(602) 506-6900 | |

| | | |
|---|---|---|
| Mr. Tom Maloney<br>Cook County Claims | Cook County<br>2245 West Ogden Avenue<br>Chicago, IL 60612<br>(312) 433-4557 | |
| Chuck Solin<br>City of Eugene Claims | City of Eugene Oregon<br>Human Resource & Risk Services<br>777 Pearl Street, Rm 101<br>Eugene, Oregon 97401 | |
| Mr. Blas Cantu, Jr.<br>Harlingen Housing Authority Claims | Harlingen Housing Authority<br>1221 East Polk<br>Harlingen, TX 78550<br>(956) 423-2521 | |
| Donnie Henson<br>Sabine River Authority Claims | Sabine River Authority of Texas<br>P.O. Box 579<br>Orange, TX 77630<br>(409) 746-2192 | |
| Mr. Will Brannen<br>Six Hundred Building Claims | 600 Leopard Street, Ste 924<br>Corpus Christi, TX 78473<br>(361) 883-0600 | |
| Mr. Richard Gelbart<br>BNC Forum Claims | 2775 Via De La Valle, Suite 205<br>Delmar, CA 92014<br>(858) 481-3000 | |