IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AMENDED NOTICE OF DEPOSITION

To All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States District Court for the Northern District of Illinois issued a subpoena for Alvin Schonfeld, M.D.. This subpoena was served on February 7, 2006. The subpoena required Dr. Schonfeld to appear, with certain requested documents, on February 20, 2006 beginning at 10:00 AM CST at the offices of Dr. Alvin Schonfeld, 438 West Saint. James Place, Chicago IL 60614.

The deposition was postponed by agreement of counsel, pending rescheduling at a mutually-convenient date and location. By further agreement of counsel, the deposition will go forward on December 18, 2006 beginning at 9:00 am CST at the offices of Climaco, Lefkowitz, Peca, Wilcox, & Garofoli, 1220 Huron Road, Suite 1000, Cleveland OH 44115 as noticed.

**TAKE FURTHER NOTICE** that the deposition shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction and will continue day-to-day until concluded. Testimony shall be taken by stenographic means and will also be recorded by sound-and-visual means. You are invited to attend and to cross-examine.

Dated: December 7, 2006

        Respectfully submitted,

        KIRKLAND & ELLIS LLP
        David M. Bernick
        Ellen Therese Ahern
        Jonathan Friedland
        Salvatore F. Bianca
        200 East Randolph Drive
        Chicago, IL 60601
        Telephone:  (312) 861-2000
        Facsimile:  (312) 861-2200

        KIRKLAND & ELLIS LLP
        Barbara Harding
        David E. Mendelson
        Brian T. Stansbury
        Amanda C. Basta
        655 Fifteenth Street, NW
        Washington, D.C. 20005
        Telephone:  (202) 879-5000
        Facsimile:  (202) 879-5200

        -and-

        PACHULSKI STANG ZIEHL YOUNG
        JONES & WEINTRAUB LLP

        */s/ James E. O'Neill*
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone:  (302) 652-4100
        Facsimile:  (302) 652-4400