IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AMENDED NOTICE OF DEPOSITION

To All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States District Court for the Southern District of Alabama issued a subpoena for Rhonda Mason. This subpoena was served on November 22, 2006. The subpoena required Rhonda Mason to appear, with certain requested documents, on December 15, 2006 beginning at 9:00 AM CST at the offices of Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C., 6251 Monroe Street, Suite 200, Daphne, AL 36526.

**TAKE FURTHER NOTICE** that at the request of Rhonda Mason, the time and place of the deposition were rescheduled. The deposition will go forward on December 15, 2006, beginning at 8:00 AM CST at the LaFont Inn, 2703 Denny Avenue, U.S. Hwy 90, Pascagoula, MS 39567 as noticed.

**TAKE FURTHER NOTICE** that the deposition shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction and will continue day-to-day until concluded. Testimony shall be taken by stenographic means and will also be recorded by sound-and-visual means. You are invited to attend and to cross-examine.

Dated: December 07, 2006

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Ellen Therese Ahern
Jonathan Friedland
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
David E. Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

-and-

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

_/s/ James E. O'Neill_

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

2