IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 13406 |

**LOUISIANA CLAIMANTS' JOINT PRELIMINARY
DESIGNATION OF FACT AND EXPERT WITNESSES
REGARDING ADJUDICATION OF LACK OF HAZARD
ISSUE AS DESCRIBED IN THE 15TH OMNIBUS OBJECTIONS**

The Louisiana Claimants herein identified[1] file this Preliminary Designation of Fact and Expert Witnesses Regarding Adjudication of Lack of Hazard Issue pursuant to Amended Exhibit B to Order Setting Various Deadlines Regarding Objection to Asbestos Property Damage Claims, attached to the Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims dated October 13, 2006.

**I.**

**Expert Witnesses**

**A.    Asbestos/Technical Expert Witnesses – All Claims[2].** The Louisiana Claimants intend to call to testify, live or by deposition, during the Adjudication Phase for Lack of Hazard Issue those expert witnesses listed in Exhibit "A." The experts identified in Exhibit "A" may

---

[1] The Louisiana Claimants (hereinafter "Louisiana Claimants") filing this Preliminary Designation of Fact and Expert Witnesses are as follows: Acadia Parish School Board; Caddo Parish School Board; Calcasieu Parish School Board; East Baton Rouge Parish School Board; Jefferson Parish School Board; Jefferson Davis Parish School Board; Lafayette Parish School Board; LaFourche Parish School Board; LaSalle Parish School Board; Nachitoches Parish School Board; St. Martin Parish School Board; Roman Catholic Church of the Archdiocese of New Orleans; Brother Martin High School; Congregation of Immaculate Conception Church; Congregation of St. Dominic Catholic Church; Congregation of St. Louise de Marillac Church; Congregation of St. Francis Assissi Church; Congregation of St. Francis Xavier Cabrini Church; Congregation of St. Francis Xavier Church; Congregation of St. Joan of Arc Church – LaPlace, Louisiana; Congregation of St. Joan of Arc Church; Congregation of St. Mary Magdalen Catholic Church; Congregation of St. Philip Neri Catholic Church; Congregation of St. Pius X Roman Catholic Church; Congregation of St. Raymond Roman Catholic Church; Congregation of St. Rita Roman Catholic Church; and Mt. Carmel Academy of New Orleans.

[2] Asbestos Technical Witnesses include Microscopist, Materials Characterization, Hygienist, EPA Accredited Building Inspection/Management Planning/Air Technician, and/or other specialized asbestos or building-related experience or qualifications.

testify regarding the following: 1) their inspections, surveys, assessment and review of the Grace ACSTM and/or the Louisiana Claimants' buildings and the potential for asbestos fiber release; 2) the results of air, bulk, dust/debris samples or other inspections, surveys and testing in connection with the Grace ACSTM in the Louisiana Claimants' buildings, and their findings and opinions with regard thereto; 3) federal/state regulations applicable to asbestos in buildings and the Grace ACSTM; 4) the proper assessment techniques to determine and measure asbestos fiber release and/or contamination related to ACSTM dust/debris; 5) the presence of asbestos contamination in the Louisiana Claimants' buildings; 6) the tendency or propensity of Grace ACSTM to release asbestos fibers; 7) the friability of the Grace ACSTM; 8) the defective nature of the Grace ACSTM; 9) the potential hazards to custodial, maintenance and other building occupants due to the presence of the Grace ACSTM in the Louisiana Claimants' buildings; 10) their assessment of the ACSTM and their opinions in connection with bulk, dust/debris and/or air sampling of such ACSTM; 11) fiber release simulations and/or experiments performed on the Grace ACSTM or other similar ACSTM which was the subject of testimony in property damage asbestos cases wherein W.R. Grace was a party; 12) the scientific methodologies for bulk, air and/or dust sampling and their appropriateness and use regarding the assessment of ACSTM; and 13) their opinions with regard to the issues and matter discussed in their expert reports and the reports of Grace's expert witnesses.

**B.     Medical and Health-Related Experts.** The Louisiana Claimants intend to call to testify, live or by deposition, during the Adjudication Phase for Lack of Hazard Issue the expert witnesses listed in Exhibit "B." The subject matter of these witnesses testimony will include: 1) the health effects of exposure to asbestos, including non-occupational and/or environmental exposure to such as in-place ACM in buildings; 2) the potential health risks facing those who

come in contact with, or disturb in-place ACM and/or dust from such materials; 3) the medical epidemiology with regard to asbestos health effects; 4) medical and scientific studies, case reports, and literature regarding asbestos health effects; 5) asbestos health effects associated with exposure to in-place ACM in buildings, environmental or "low level" exposures to asbestos; 6) related issues of public health policy as it may be impacted by exposure to asbestos-containing products in buildings; 7) asbestos disease process; 8) incidence of disease among populations of exposed individuals including building maintenance and/or custodial workers; 9) asbestos cancer and/or mesothelioma disease process and exposure, including incidence among both occupationally and/or environmentally exposed individuals; 10) their opinions from examination and/or treatment, or review of medical records or case reports regarding the diagnose of individuals who were exposed to in-place ACM in buildings, or were environmentally exposed to asbestos and developed asbestos-related health conditions, including asbestosis, cancer and/or mesothelioma; 11) applicable state and/or federal regulations regarding ACM in buildings; and 12) the public health policy as expressed by EPA, OSHA, NIOSH or other applicable regulations concerning exposure to asbestos and ACM.

**C.     Grace's Knowledge of Health Hazards of Asbestos and Failure to Warn or Test With Regard to Their ACM Products.** The Louisiana Claimants intend to call to testify, live or by deposition, during the Adjudication Phase for Lack of Hazard Issue the expert witnesses listed in Exhibit "C." The subject matter of these witnesses testimony will include: 1) when and how Grace first learned of the hazards associated with asbestos; 2) the information obtained by Grace regarding the hazards associated with asbestos; 3) workers' compensation claims filed by Grace employees at its Libby, Montana facilities and/or the licensee vermiculite expansion plants; 4) Grace's attempts to conceal the hazards associated with the manufacturing,

mining, sale, installation of its ACSTM and presence of their ACSTM products in buildings; and 5) the state of the medical and scientific literature regarding the knowledge of the harmfulness and health effects of asbestos.

## II.

### Fact Witnesses

A. **General Liability Fact Witnesses.** The Louisiana Claimants intend to call to testify, live or by deposition, during the Adjudication Phase for Lack of Hazard Issue the fact witnesses listed in Exhibit "D." In addition to the matters set forth in Paragraph I.D. above, the subject matter of these witnesses testimony will include: 1) the use or incorporation of asbestos by Grace and its predecessors in building products; 2) the presence of tremolite asbestos in vermiculite and chrysotile asbestos used in Grace ACSTM; 3) the sales and marketing strategies regarding Grace ACSTM; 4) representations made by Grace employees that its products posed no health hazard to workers or building occupants; 5) problems associated with the fallout, cracking, fracturing, fissuring and delamination of Grace ACSTM which were known to Grace; 6) efforts by Grace to conceal the hazardous nature of its ACSTM; 7) Grace's attempts to hide and conceal the fact that Grace acoustical plaster and fireproofing materials contained asbestos and was likely to dust and release asbestos fibers under normal conditions; 8) the defective design of Grace ACSTM; 9) Grace's failure to test and/or warn architects, engineers and building owners of the hazards associated with its ACSTM; and 10) the availability of safer alternative designs for Grace's ACSTM.

B. **Claimant Fact Witnesses.** The Louisiana Claimants intend to call to testify, live or by deposition, during the Adjudication Phase for Lack of Hazard Issue any such witness listed on Exhibit "E" who has knowledge of 1) the Louisiana Claimant's buildings at issue; 2) the

Grace ACSTM; 3) the history of the construction and design of the building; 4) the condition of the Grace ACSTM past and present; 5) operations and maintenance related building issues, including work practices, abatement, encapsulation, enclosures and/or removal in connection with the buildings at issue; 6) fiber release, dusting, fallout and/or contamination in such buildings from the Grace ACSTM; and 7) any other similar building or claimant specific issues.

### III.

### Other Designated Expert or Fact Witnesses

In addition to the witnesses listed in the attached exhibits, the Louisiana Claimants reserve the right to call to testify at the hearing any fact or expert witness listed on any other party's witness disclosure for the Adjudication of Lack of Hazard Issues. The subject of their testimony will be the same as that identified by such other party. In addition, the Louisiana Claimants reserve the right to supplement the disclosure with additional fact and expert witness that may be needed to address lack of hazard issues raised by Debtors.

DATED:  December 7, 2006

_____
Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:       loizides@loizides.com

*Counsel for the Louisiana Asbestos Property Damage Claimants*

- and -

Richard A. Bordelon
DENECHAUD & DENECHAUD, LLP
1010 Common Street, Suite 3010
New Orleans, LA 70112
Telephone:  (504) 522-4756
Facsimile:  (504) 568-0783
Email:  rablaw@bellsouth.net

*General Counsel for Roman Catholic Church of the Archdiocese of New Orleans; Brother Martin High School; Congregation of Immaculate Conception Church; Congregation of St. Dominic Catholic Church; Congregation of St. Louise de Marillac Church; Congregation of St. Francis Assisi Church; Congregation of St. Francis Xavier Carbine Church; Congregation of St. Francis Xavier Church; Congregation of St. Joan of Arc Church – Lap lace, Louisiana; Congregation of St. Joan of Arc Church; Congregation of St. Mary Magdalene Catholic Church; Congregation of St. Philip Nero Catholic Church; Congregation of St. Pius X Roman Catholic Church; Congregation of St. Raymond Catholic Church; Congregation of St. Rita Roman Catholic Church; and Mt. Carmel Academy of New Orleans*

Robert C. McCall
BAGGETT MCCALL BURGESS WATSON & GAUGHAN
3006 Country Club Road
Post Office Drawer 7820
Lake Charles, LA 70606-7820
Telephone:  (337) 478-8888
Facsimile:  (337) 478-8946

*General Counsel for Acadia Parish School Board; Calcasieu Parish School Board; Jefferson Davis Parish School Board; Lafayette Parish School Board; LaSalle Parish School Board; and St. Martin Parish School Board*

Jack A. Grant
GRANT & BARROW, APLC
238 Huey P. Long Avenues
P.O. Box 484
Gretna, LA 70054
Telephone: (504) 368-7888
Facsimile: (504) 368-7263
Email: jgrant@grantbarrow.com

*General Counsel for Jefferson Parish School Board and Lafourche Parish School Board*

Kenneth F. Sills
HAMMONDS & SILLS
Street Address:
1111 S. Foster Drive, Suite C
Baton Rouge, LA 70806
Mailing Address:
P.O. Box 65236
Baton Rouge, LA 70896
Telephone: (225) 923-3462
Facsimile: (225) 923-0315
Email: ksills@hamsil.com

*General Counsel for East Baton Rouge Parish School Board and Natchitoches Parish School Board*

Fred H. Sutherland
ATTORNEY AT LAW
400 Travis Street, Suite 1610
Shreveport, LA 71101
Telephone: (318) 676-1515
Facsimile: (318) 676-1516
Email: sutherlandlaw@bellsouth.net

*General Counsel for Caddo Parish School Board*