# EXHIBIT A

## EXHIBIT "A"
## Asbestos/Technical Experts – All Claims

| Name | Address | Experience Qualifications |
|---|---|---|
| William E. Longo, Ph.D.<br>All Claims | Material Analytical Services, Inc.<br>3945 Lakefield Court<br>Suwanee, Georgia 30024<br>720-866-3200 | See Exhibit "A" of the Louisiana Claimants' Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006, for more detailed description. |
| Richard Hatfield<br>All Claims | Material Analytical Services, Inc.<br>3945 Lakefield Court<br>Suwanee, Georgia 30024<br>720-866-3200 | See Exhibit "1" to Designation of Experts by the Dies & Hile Claimants, and Submission of Expert Reports Addressing the Methodology Issue dated October 25, 2006, for more detailed description. |
| William Ewing<br>All Claims | Compass Environmental, Inc.<br>1751 McCollum Parkway<br>Marietta, GA 30068<br>(770) 499-7127 | See Exhibit "F" of the Dies & Hile Claimants. Designation Of Fact And Expert Witnesses Regarding The Schedule For The Adjudication Of Product Identification And Limitations Periods Issues dated November 22, 2006, for more detailed description. |
| James R. Millette, Ph.D.<br>All Claims | MVA Scientific Consultants<br>3300 Breckenridge Blvd., Suite 400<br>Duluth, GA 30096 | See CV of James R. Millette, Ph.D. attached hereto as Appendix "1" to Exhibit "A". |
| Michael T. Newman<br>All Claims | The Newman Marchive Partnership, Inc.<br>2800 Youree Drive, Suite 310<br>Shreveport, LA 71104 | See Exhibit C of the Louisiana Claimants' Joint Preliminary Designation of Fact and Expert Witnesses Regarding the Schedule for the Adjudication of Product Identification and Limitations Periods Issues, as Described in the 15th Omnibus Objections |