**EXHIBIT C**

## EXHIBIT "C"
## Experts Regarding Grace's Knowledge of
## Hazards of Asbestos

| Name | Address | Deposition(s) |
|---|---|---|
| Barry Castleman | 1722 Linden Avenue<br>Baltimore, Maryland 21217 | Deposition taken on January 15, 2992 in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.,* ("*Dayton II*"), No. B-87-00507-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. |
| Dr. Gerrit Schepers<br>(by deposition) | Deceased | Video Deposition taken in *Dayton Independent School District, et al. v. W.R. Grace & Co., et al.* ("*Dayton I*"), No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division. |