# EXHIBIT E

## EXHIBIT "E"
## Claimant Fact Witnesses

| Name | Address and Phone Number (If Known) | Subjects of Testimony |
|---|---|---|
| **Claimant: Caddo Parish School Board** | | |
| Ms. Mr. Charles Miller | Former Director of School Plant<br>631 Dudley Drive<br>Shreveport, Louisiana 71104<br>(318) 865-8228 | Claimant Representative and/or Custodian of Records: Authentication of Product Identification Documentary and/or Other Corroborative Evidence; |
| **Claimant: Jefferson Davis Parish School Board** | | |
| Mr. Gene Alcock | Maintenance<br>Jefferson Davis Parish School Board<br>433 East 4th Street<br>Jennings, Louisiana 70546<br>(337) 824-4699 | Claimant Representative and/or Custodian of Records: Authentication of Product Identification Documentary and/or Other Corroborative Evidence; |
| Mr. O. Joseph Bourque | Maintenance<br>Jefferson Davis Parish School Board<br>P.O. Box 1072<br>Jennings, Louisiana 70546<br>(337) 824-8924 | |
| Mr. C.A. Friedman | Former Superintendent<br>Jefferson Davis Parish School Board<br>1611 North Sherman Street<br>Jennings, Louisiana 70546<br>(337) 824-5228 | |
| **Claimant: Jefferson Parish School Board** | | |
| Mr. Sal LaRock | Jefferson Parish School Board<br>4600 River Road<br>Marrero, Louisiana 70072 | Claimant Representative and/or Custodian of Records: Authentication of Product Identification Documentary and/or Other Corroborative Evidence |
| Mr. Sam Timpa | Jefferson Parish School Board<br>4600 River Road<br>Marrero, Louisiana 70072 | |
| **Claimant: LaFourche Parish School Board** | | |
| Mr. Emmett Trosclair | LaFourche Parish School Board<br>805 East 7th Street<br>Thibodaux, Louisiana 70301 | Claimant Representative and/or Custodian of Records: Authentication of Product Identification Documentary and/or Other Corroborative Evidence |

| Claimant: Roman Catholic Church of the Archdiocese of New Orleans; Brother Martin High School; Congregation of Immaculate Conception Church; Congregation of St. Dominic Catholic Church; Congregation of St. Louise de Marillac Church; Congregation of St. Francis Assissi Church; Congregation of St. Francis Xavier Cabrini Church; Congregation of St. Francis Xavier Church; Congregation of St. Joan of Arc Church – LaPlace, Louisiana; Congregation of St. Joan of Arc Church; Congregation of St. Mary Magdalen Catholic Church; Congregation of St. Philip Neri Catholic Church; Congregation of St. Pius X Roman Catholic Church; Congregation of St. Raymond Roman Catholic Church; Congregation of St. Rita Roman Catholic Church; Mt. Carmel Academy of New Orleans | | |
|---|---|---|
| Mr. Andre' Villere | 7887 Walmsley Avenue<br>New Orleans, Louisiana 70125<br>(504) 861-6262 | Claimant Representative and/or Custodian of Records: Authentication of Product Identification Documentary and/or Other Corroborative Evidence |
| Mr. August J. Barbier | 7887 Walmsley Avenue<br>New Orleans, Louisiana 70125<br>(504) 861-6262 | |
| Representative and Custodian of Records | Roman Catholic Archdiocese of New Orleans<br>7887 Walmsley Avenue<br>New Orleans, Louisiana 70125<br>(504) 861-6262 | |
| Representative and Custodian of Records | Brother Martin High School<br>4401 Elysian Fields<br>New Orleans, La. 70122 | |
| Representative and Custodian of Records | Congregation of Immaculate Conception Church<br>4401 Seventh Street<br>Marrero, La. 70092 | |
| Representative and Custodian of Records | Congregation of St. Dominic Catholic Church<br>775 Harrison Ave.<br>New Orleans, La. 70126 | |
| Representative and Custodian of Records | Congregation of St. Francis Assisi Catholic Church<br>631 State Street<br>New Orleans, La. 70118 | |
| Representative and Custodian of Records | Congregation of St. Francis Xavier Church<br>448 Metairie Road<br>Metairie, La. 70005 | |
| Representative and Custodian of Records | Congregation of St. Francis Xavier Cabrini Church<br>550 Paris Avenue<br>New Orleans, La. 70112 | |

| Representative and Custodian of Records | Congregation of St. Joan Arc Church, LaPlace, La. 529 W. 5th Street LaPlace, La. 70068 | |
|---|---|---|
| Representative and Custodian of Records | Congregation of St. Joan Arc Catholic Church 8321 Burthe Street New Orleans, La. 70118 | |
| Representative and Custodian of Records | Congregation of St. Mary Magdalen Catholic Church 6425 West Metairie Avenue Metairie, La. 70003 | |
| Representative and Custodian of Records | Congregation of St. Louise De Marillac Church 6800 Patricia Arabi, La. 70032 | |
| Representative and Custodian of Records | Congregation of St. Philip Neri Catholic Church 6500 Kawanee Ave. Metairie, La. 70003 | |
| Representative and Custodian of Records | Congregation of St. Pius X Roman Catholic Church 6666 Spanish Fort Blvd. New Orleans, La. 70124 | |
| Representative and Custodian of Records | Congregation of St. Raymond Roman Catholic Church 3738 Paris Avenue New Orleans, La. 70112 | |
| Representative and Custodian of Records | Congregation of St. Rita Roman Catholic Church 2729 Lowerline Street New Orleans, La. 70125 | |
| Representative and Custodian of Records | Mount Carmel Academy of New Orleans 7027 Milne Blvd. New Orleans, La. 70124 | |
| Representative and Custodian of Records | St. Mary's Academy of Holy Family 6905 Chef Menteur Hwy. New Orleans, La. 70126 | |

| Claimant: Acadia Parish School Board | | |
|---|---|---|
| Mr. Jimmy Meche | Former Maintenance Supervisor (now retired)<br>Acadia Parish School Board<br>P. O. Box 309<br>Crowley, LA 70527<br>(337) 783-3664 | Claimant Representative and/or Custodian of Records: Authentication of Product Identification Documentary and/or Other Corroborative Evidence |
| Mr. Steve Jones | Maintenance Supervisor<br>Acadia Parish School Board<br>P. O. Box 309<br>Crowley, LA 70527<br>Telephone: (337) 783-3664 | |
| Mr. Francis Mouille | Maintenance<br>Acadia Parish School Board<br>P. O. Box 309<br>Crowley, LA 70527<br>Telephone: (337) 783-3664 | |
| **Claimant: Calcasieu Parish School Board** | | |
| Ms. Ruth Aucoin | Maintenance Secretary<br>Calcasieu Parish School Board<br>1724 Kirkman<br>Lake Charles, Louisiana 70601<br>(337) 437-1210 | Claimant Representative and/or Custodian of Records: Authentication of Product Identification Documentary and/or Other Corroborative Evidence |
| **Claimant: East Baton Rouge Parish School Board** | | |
| Representative and Custodian of Records | 1050 South Foster Drive<br>Baton Rouge, Louisiana 70806<br>(225) 922-5400 | Claimant Representative and/or Custodian of Records: Authentication of Product Identification Documentary and/or Other Corroborative Evidence |

| Claimant: Lafayette Parish School Board | | |
|---|---|---|
| Representative and Custodian of Records | 113 Chaplin Drive<br>Lafayette, Louisiana 70508<br>(337) 521-7000 | Claimant Representative and/or Custodian of Records: Authentication of Product Identification Documentary and/or Other Corroborative Evidence |
| Mr. Wayne Corne | Former Architect<br>Lafayette Parish School Board<br>111 Rue Jean Lafitte<br>Lafayette, La. 70508<br>(337) 232-0773 | |
| Mr. Ernest Fusilier | Maintenance Superintendent<br>Lafayette Parish School Board<br>427 Hobson Road<br>Lafayette, La. 70501<br>(337) 235-3396 | |
| **Claimant: LaSalle Parish School Board** | | |
| Representative and Custodian of Records | 3012 North First Street<br>Jena, Louisiana 71342<br>(318) 992-2161 | Claimant Representative and/or Custodian of Records: Authentication of Product Identification Documentary and/or Other Corroborative Evidence |
| Mr. Robert Coleman | Former Superintendent<br>LaSalle Parish School Board<br>55555 Johnny Martin Road<br>Franklinton, La. 70436<br>(985) 848-9714 | |
| **Claimant: Natchitoches Parish School Board** | | |
| Representative and Custodian of Records | 310 Royal Street<br>P.O. Box 16<br>Natchitoches, Louisiana 71458-0016<br>(318) 352-2358 | Claimant Representative and/or Custodian of Records: Authentication of Product Identification Documentary and/or Other Corroborative Evidence |
| **Claimant: St. Martin Parish School Board** | | |
| Mr. Eric Castille | Maintenance Supervisor<br>St. Martin Parish School Board<br>305 Washington Street<br>St. Martinville, La. 70582<br>(337) 332-4501 | Claimant Representative and/or Custodian of Records: Authentication of Product Identification Documentary and/or Other Corroborative Evidence |