**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S COMBINED FINAL REPORT REGARDING**
**THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES**
<u>**FOR THE TWENTY-FIRST INTERIM PERIOD**</u>

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding all the Interim Fee Applications of those firms for which we have no fee or expense issues for the Twenty-First Interim Quarterly Period (collectively referred to hereafter as the "Applications").

**BACKGROUND**

1.  Anderson Kill & Olick, P.C., ("AKO") was retained as special insurance counsel to the official committee of asbestos personal injury claimants. In the Application, AKO seeks approval of fees totaling $214,295.00 and costs totaling $844.80 for its services from April 1, 2006, through June 30, 2006.

2.  David T. Austern ("Austern") was retained as representative to the Future Claimants. In the Application, Austern seeks approval of fees totaling $10,550.00 and costs totaling $1,403.20 for his services from April 1, 2006, through June 30, 2006.

3.  Beveridge & Diamond, P.C. (Beveridge) was retained as special counsel to the Debtors. In the Application, Beveridge seeks approval of fees totaling $52,058.75 and costs totaling

$869.44 for its services from April 1, 2006, through June 30, 2006.

4.   Bankruptcy Management Corporation (BMC) was retained as Claims Reconciliation and Solicitation Consultant to the Debtors. In the Application, BMC seeks approval of fees totaling $181,274.25 and costs totaling $9,965.65 for its services from April 1, 2006, through June 30, 2006.

5.   Buchanan Ingersoll ("Buchanan") was retained as co-counsel to the Official Committee of Equity Holders. In the Application, Buchanan seeks approval of fees totaling $38,250.00 and costs totaling $293.96 for its services from April 1, 2006, through June 30, 2006.

6.   Campbell & Levine LLC ("Campbell") was retained as counsel to the official committee of asbestos personal injury claimants. In the Application, Campbell seeks approval of fees totaling $113,396.00 and costs totaling $3,317.10 for its services from April 1, 2006, through June 30, 2006.

7.   Casner & Edwards, LLP ("Casner") was retained as special litigation counsel to the Debtors. In the Application, Casner seeks approval of fees totaling $84,451.00 and expenses totaling $42,354.45 for its services from April 1, 2006, through June 30, 2006.

8.   Duane Morris LLP ("Duane Morris") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. In the Application, Duane Morris seeks approval of fees totaling $55,469.00 and costs totaling $3,022.31 for its services from April 1, 2006, through June 30, 2006.

9.   Ferry, Joseph & Pearce, P.A.("Ferry Joseph") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. In the Application, Ferry Joseph seeks approval of fees totaling $36,798.00 and costs totaling $5,268.23 for its services from April 1, 2006,

through June 30, 2006.

10. Foley Hoag LLP (Foley Hoag) was retained as special environmental counsel to the debtor. In the Application, Foley Hoag seeks approval of fees totaling $65,445.00 and costs totaling $246.36 for its services from April 1, 2006, through June 30, 2006.

11. Hamilton, Rabinovitz & Alschuler, Inc. ("HRA") was retained as consultants to the Official Committee of Asbestos Property Damage Claimants. In the Application, HRA seeks approval of fees totaling $40,137.50 and costs totaling $0.00 for its services from April 1, 2006, through June 30, 2006.

12. Holme Roberts & Owen, LLP ("HRO") was retained as special environmental counsel to the Debtors. In the Application, HRO seeks approval of fees totaling $11,193.50 and costs totaling $4,256.71 for its services from April 1, 2006, through June 30, 2006.

13. Kramer, Levin, Naftalis & Frankel, L.L.P. ("Kramer Levin") was retained as counsel to the official committee of equity holders. In the Application, Kramer Levin seeks approval of fees totaling $74,596.00 and costs totaling $2,815.18 for its services from April 1, 2006, through June 30, 2006.

14. Latham & Watkins, LLP (L&W) was retained as special environmental counsel to the Debtors. In the Application, L&W seeks approval of fees totaling $16,407.50 and costs totaling $0.00 for its services from April 1, 2006, through June 30, 2006.

15. Legal Analysis Systems, Inc. ("LAS") was retained as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants. In the Application, LAS seeks approval of fees totaling $107,480.00 and costs totaling $210.00 for its services from April 1, 2006, through June 30, 2006.

16. Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins"), was retained as special litigation and environmental counsel for the Debtors. In the Application, Nelson Mullins seeks approval of fees totaling $24,205.00 and costs totaling $9,481.52 for its services from April 1, 2006, through June 30, 2006.

17. Joe Rice of Motley Rice, LLC, is a member of the Official Committee of Asbestos Personal Injury Claimants (the "P.I. Committee"). In the Application, the P.I. Committee seeks approval of costs totaling $801.19 for Joe Rice's services from April 1, 2006, through June 30, 2006.

18. Orrick, Herrington & Sutcliffe ("Orrick") was retained as counsel to David T. Austern, legal representative for future asbestos claimants. In the Application, Orrick seeks approval of fees totaling $456,045.25 and costs totaling $14,568.92 for its services from April 1, 2006, through June 30, 2006.

19. Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("Pachulski") was retained as local counsel to the debtors. In the Application, Pachulski seeks approval of fees totaling $73,796.50 and costs totaling $53,885.14 for its services from April 1, 2006, through June 30, 2006.

20. Phillips, Goldman & Spence, P.A. ("PG&S") was retained as local counsel to David T. Austern, Future Claimants' Representative. In the Application, PG&S seeks approval of fees totaling $13,278.00 and costs totaling $4,384.36 for its services from April 1, 2006, through June 30, 2006.

21. Pitney, Hardin, Kipp & Szuch, LLP ("Pitney Hardin"), was retained as special counsel to the Debtors. In the Application, Pitney Hardin seeks approval of fees totaling $140,996.00 and costs totaling $27,891.94 for its services from April 1, 2006, through June 30, 2006.

22. PricewaterhouseCoopers LLP ("PwC") was retained as independent accountants and

auditors for the Debtors and Debtors in Possession. In the Application, PwC seeks approval of fees totaling $256,575.60 and costs totaling $2,097.33 for its services from April 1, 2006, through June 30, 2006.

23. Steptoe & Johnson, LLP ("Steptoe") was retained as special tax counsel to the Debtors. In the Application, Steptoe seeks approval of fees totaling $157,816.00 and costs totaling $1,142.23 for its services from April 1, 2006, through June 30, 2006.

24. Towers Perrin Tillinghast (Towers Perrin) was retained as actuarial consultants to David T. Austern, Future Claimants Representative. In the Application, Towers Perrin seeks approval of fees totaling $31,895.00 and costs totaling $0.00 for its services from April 1, 2006, through June 30, 2006.

25. Woodcock Washburn LLP ("Woodcock") was retained as special litigation counsel to the Debtor. In the Application, Woodcock seeks approval of fees totaling $174,057.00 and costs totaling $8,303.97 for its services from April 1, 2006, through June 30, 2006.

26. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

**DISCUSSION**

27. We have no objections to, or issues with any of the Applications.

**CONCLUSION**

28. Thus for the period of April 1, 2006, through June 30, 2006 we recommend approval of all fees and expenses for the following applicants:

    a.     AKO - fees totaling $214,295.00 and costs totaling $844.80.

    b.     Austern - fees totaling $10,550.00 and costs totaling $1,403.20.

    c.     Beveridge - fees totaling $52,058.75 and costs totaling $869.44.

    d.     BMC - fees totaling $181,274.25 and costs totaling $9,965.65.

    e.     Buchanan - fees totaling $38,250.00 and costs totaling $293.96.

    f.     Campbell - fees totaling $113,396.00 and costs totaling $3,317.10.

    g.     Casner - fees totaling $84,451.00 and expenses totaling $42,354.45.

    h.     Duane Morris - fees totaling $55,469.00 and costs totaling $3,022.31.

    i.     Ferry Joseph - fees totaling $36,798.00 and costs totaling $5,268.23.

    j.     Foley Hoag - fees totaling $65,445.00 and costs totaling $246.36.

    k.     HRA - fees totaling $40,137.50 and costs totaling $0.00.

    l.     HRO - fees totaling $11,193.50 and costs totaling $4,256.71.

    m.     Kramer Levin - fees totaling $74,596.00 and costs totaling $2,815.18.

    n.     L&W - fees totaling $16,407.50 and costs totaling $0.00.

    o.     LAS - fees totaling $107,480.00 and costs totaling $210.00.

    p.     Nelson Mullins - fees totaling $24,205.00 and costs totaling $9,481.52.

q. P.I. Committee - costs totaling $801.19.

r. Orrick - fees totaling $456,045.25 and costs totaling $14,568.92.

s. Pachulski - fees totaling $73,796.50 and costs totaling $53,885.14.

t. PG&S - fees totaling $13,278.00 and costs totaling $4,384.36.

u. Pitney Hardin - fees totaling $140,996.00 and costs totaling $27,891.94.

v. PwC - fees totaling $256,575.60 and costs totaling $2,097.33.

w. Steptoe - fees totaling $157,816.00 and costs totaling $1,142.23.

x. Towers Perrin - fees totaling $31,895.00 and costs totaling $0.00.

y. Woodcock - fees totaling $174,057.00 and costs totaling $8,303.97.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: /s/ Warren H. Smith
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 8th day of December, 2006.

                                                      Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicants**
Robert Y. Chung
Robert M. Horkovich
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683

Pamela D. Marks
Beveridge & Diamond
201 N. Charles Street
Suite 2210
Baltimore, MD 21201

Sean A. Allen, President
BMC Group
720 Third Avenue, 23rd Floor
Seattle, Washington 98104

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

Robert A. Murphy
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210

Michael R. Lastowski, Esq.
DUANE MORRIS LLP
1100 Market Street, Suite 1200
Wilmington, DE 19801-1246

Michael B. Joseph
Theodore J. Tacconelli
Rick S. Miller
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE.  19899

Adam P. Kahn
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

Paul J. Silvern
Hamilton, Rabinovitz & Alschuler, Inc.
6033 West Century Blvd., Suite 890
Los Angeles, California 90045

Elizabeth K. Flaagan, Esq.
HOLME ROBERTS & OWEN, LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

Teresa K. D. Currier, Esq.
Buchanan Ingersoll
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esq.
Kramer, Levin, Naftalis & Frankel, L.L.P.
919 Third Avenue
New York, NY 10022

Mark A. Peterson
Legal Analysis Systems, Inc.
970 Calle Arroyo
Thousand Oaks, CA 91360

Joseph Melchers, Esq.
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street 17th Floor
Columbia, South Carolina 29201

Roger Frankel
Richard H. Wyron
Orrick, Herrington & Sutcliffe, LLP
3050 K Street, NW
Washington, DC 20007

Laura Davis Jones
Patty Cuniff
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

**FEE AUDITOR'S FINAL REPORT** - Page 9
wrg FR re Applications With No Objections 21int 4-6.06.wpd

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Anthony J. Marchetta, Esq.
Pitney, Hardin, Kipp & Szuch, LLP
P.O. Box 1945
Morristown, NJ 07962-1945

David Lloyd
PricewaterhouseCoopers LLP
1751 Pinnacle Drive
11th Floor
McLean, VA 22102-3811

Anne E. Moran
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036

Jennifer L. Biggs
Towers Perrin Tillinghast
101 S. Hanley Rd.
St. Louis, MO 63105

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured**

**Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Buchanan Ingersoll
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee

Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801