IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: W.R. GRACE & CO., et al., <br><br> Debtors. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br> Case No. 01-01139 (JKF) <br> (Jointly Administered) |

### CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' NOTICE OF SERVICE OF FIRST REQUEST FOR ADMISSIONS, FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS, FIRST SET OF INTERROGATORIES AND NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on December 6, 2006, counsel for Claimant State of California, Department of General Services caused a copy of (i) *Claimant State of California, Department of General Services' First Request for Admissions*, (ii) *Claimant State of California, Department of General Services' First Request for the Production of Documents*, (iii) *Claimant State of California, Department of General Services' First Set of Interrogatories*, and (iv) *Notice of Deposition* to be served on the following in the manner indicated:

Janet S. Baer, Esq.
David Bernick, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
Co-Counsel for the Debtors
Via Facsimile and First Class Mail

David Carickoff, Jr., Esq.
Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, Delaware 19899-8705
Co-Counsel for the Debtors
Via Facsimile and First Class Mail

Jay M. Sakalo, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340
Counsel for Property Damage Committee
Via Facsimile and First Class Mail


Dated: December 6, 2006

                              **HAHN & HESSEN LLP**
                              Counsel for Claimant
                              State of California, Dep't of General Services

                              By: _____
                                  Steven J. Mandelsberg
                                  Christina J. Kang

488 Madison Avenue
New York, New York 10022
(212) 478-7200

2