# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al., <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) Case No. 01-01139 (JKF) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Christina J. Kang, certify that on the 6th day of December, 2006, I caused a copy of *Claimant State of California, Department of General Services' First Request for Admissions* to be served on the following in the manner indicated:

Janet S. Baer, Esq.
David Bernick, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
Co-Counsel for the Debtors
Via Facsimile and First Class Mail

David Carickoff, Jr., Esq.
Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, Delaware 19899-8705
Co-Counsel for the Debtors
Via Facsimile and First Class Mail

Jay Sakalo, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340
Counsel for Property Damage Committee
Via Facsimile and First Class Mail

Christina J. Kang

970255.002 - 1226883.1