IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### NOTICE OF INTENTION TO TAKE THE VIDEOTAPED DEPOSITION OF LAURA S. WELCH, M.D.

To:     Asbestos Property Damage Committee

PLEASE TAKE NOTICE that the Debtors will take the deposition upon oral examination of Laura S. Welch, M.D. before a person authorized to administer oaths, at the offices of Reed Smith, 1301 K Street, N.W., Suite 1100, Washington, DC  20005-3317, on December 14, 2006, commencing at 10:00 AM and continuing from day to day until complete.  Dr. Welch will answer such questions as are propounded to her pursuant to the Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims (dated October 13, 2006), scheduling a hearing before Judge Judith K. Fitzgerald on January 29 - 31, 2007, on the issue of whether the use of surface dust sample collection and analysis is admissible in accordance with Federal Rule of Evidence 702.  Said deposition is to be reported and videotaped by a member of TSG Reporting, and may be used at trials and/or hearings in this case.

The witness is requested to bring with her and produce any and all documents, writings, data and any other information as referred to in the attached list, Exhibit A.

Counsel is hereby invited to appear and take such part in the examination as may be proper.

Dated:  December 8, 2006

KIRKLAND & ELLIS LLP

David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB, LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100

Co-Counsel for the Debtors and
Debtors in Possession