# Exhibit A

1. A current CV.

2. A list of all materials you considered or relied upon in drafting your report dated December 8, 2005.

3. Any and all copies of drafts that exist concerning the substance or topic of your report dated December 8, 2005.

4. Copies of any and all notes that exist concerning the substance or topic of your December 8, 2005 report.

5. Any and all communications from counsel (or anyone acting on counsel's behalf) to you concerning the substance or topic of your December 8, 2005 report, including requests for consideration of topic(s) and materials to be considered for review.

6. Any and all communications between you and any other expert retained or consulted by the Asbestos Property Damage Committee in connection with the Methodology Hearing.