**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

July 12, 2006

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      10577

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 6/2/2006 | CCO | Update database with 04.06 Monthly Invoice of Kirkland (.10); 01.01.06 through 03.31.06 Interim Fee Application of Stroock (.10); 01.01.06 through 03.31.06 Interim Fee Application of Duane (.10) | 0.30 | 12.00 |
|  | SLB | complete draft of 19th Interim fee & expense charts (4.4) | 4.40 | 594.00 |
| 6/5/2006 | JAW | detailed review of Tersigni February 2006 monthly invoice (1.0) | 1.00 | 135.00 |
|  | JBA | Update database with Klett 4.06 e-detail pdf, and Kramer 4.06 e-detail pdf | 0.10 | 4.00 |
|  | JBA | Update database with Orrick 2.06 pdf and 3.06 pdf e-detail | 0.10 | 4.00 |
|  | SLB | draft e-mail to J. O'Neal @ Pachulski re 19th Interim fee and expense charts (.2) ; e-mail to J. Sakalo re 19th Interim final report (.1) | 0.30 | 40.50 |
|  | JAW | detailed review of Capstone February 2006 monthly invoice (2.9) | 2.90 | 391.50 |
|  | CCO | Update database with 04.06 Monthly Invoice of Tersigni (.10); 04.06 Monthly Invoice of Caplin (.10); 04.06 Monthly Invoice of Campbell (.10); 04.06 Monthly Invoice of Duane (.10); 04.06 Monthly Invoice of Ferry (.10); 02.13.06 through 03.31.06 Interim Fee Application, 03.06, 04.06, and 02.13.06 through 02.28.06 Monthly Invoices of Piper (.20); 04.06 Monthly | 1.30 | 52.00 |

W.R. Grace & Co.                                                                                                       Page    2

|          |     |                                                                                                                                                                                                                                                    | **Hours** | **Amount** |
|----------|-----|----|----|----|
|          |     | Invoice of Capstone (.10); 04.06 Monthly Invoice of Austern (.10); 01.01.06 through 03.31.06 Interim Fee Application of Philips (.10);  04.06 Monthly Invoice of Klett (.10); 04.06 Monthly Invoice of Kramer (.10); 04.06 Monthly Invoice of Stroock (.10) | | |
| 6/6/2006 | JBA | draft e-mail to J. O'Neill re: 19th Interim Project Category Spreadsheet | 0.10 | 4.00 |
|          | SLB | draft e-mail to J. Sakalo @ Bilzin re 19th Interim final report (.2) ; R. Tobin @ Caplin re 19th Interim final report (.2) | 0.40 | 54.00 |
|          | CCO | Update database with 02.06.06 through 02.28.06 Monthly Invoice and 03.06 Monthly Invoice of Orrick (.20); 01.01.06 through 03.31.06 Interim Fee Application of Pachulski (.10); 01.01.06 through 03.31.06 Interim Fee Application of Casner (.10) | 0.40 | 16.00 |
|          | JAW | draft summary of Caplin February 2006 monthly invoice (0.4) | 0.40 | 54.00 |
|          | JAW | draft summary of Bilzin February 2006 monthly invoice (0.8) | 0.80 | 108.00 |
|          | JAW | draft summary of Capstone February 2006 monthly invoice (0.3) | 0.30 | 40.50 |
|          | JAW | detailed review of Tersigni February 2006 monthly invoice (2.0); draft summary of same (0.5) | 2.50 | 337.50 |
| 6/7/2006 | CCO | Update database with 04.06 Monthly Invoice of Orrick (.10) | 0.10 | 4.00 |
| 6/8/2006 | JBA | Update database with Orrick 4.06 e-detail pdf | 0.10 | 4.00 |
|          | WHS | conference with Steve Bossay re Caplin, K&E clerical tasks | 0.30 | 82.50 |
|          | JAW | draft summary of K&E January 2006 monthly invoice (5.6) | 5.60 | 756.00 |
|          | WHS | left detailed telephone voicemail for Janet Baer re clerical tasks | 0.10 | 27.50 |

W.R. Grace & Co.      Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/8/2006 | SLB | draft e-mail to R. Tobin re 19th Interim objection and amended final report (.3) | 0.30 | 40.50 |
|  | CCO | Update database with 01.06 Monthly Invoice of CIBC (.10) | 0.10 | 4.00 |
|  | SLB | telephone conference with J. Baer re 19th Interim amended final report (.2) | 0.20 | 27.00 |
| 6/9/2006 | WHS | conference with Steve Bossay re clerical issues re Caplin, K&E | 0.20 | 55.00 |
|  | JBA | draft final version of 19th Interim Project Category Spreadsheet | 4.30 | 172.00 |
|  | JBA | Electronic filing with court of Amended 19th Interim Final Report re: Caplin (.2) | 0.20 | 8.00 |
|  | CCO | Update database with 04.06 Monthly Invoice (.10); 04.06 Monthly Invoice of Pachulski (.10); 04.06 Monthly Invoice of Nelson (.10) | 0.30 | 12.00 |
|  | WHS | telephone conference with Janet Baer re K&E 19th | 0.20 | 55.00 |
|  | SLB | draft 19th Interim amended final report - Caplin (2.8) ; draft 19th Interim amended final report - K&E (4.5) ; update 19th Interim fee & expense charts (.2) | 7.50 | 1,012.50 |
|  | SLB | telephone conference with R. Tobin @ Caplin re 19th Interim amended final report (.1) | 0.10 | 13.50 |
| 6/12/2006 | SLB | review and edit 19th Interim Project Category Spreadsheet (2.1) | 2.10 | 283.50 |
|  | JBA | Electronic filing with court of Amended 19th Interim Final Report re: K&E (.1) | 0.10 | 4.00 |
|  | JBA | Update database with e-response re: Caplin 19th Interim FR | 0.10 | 4.00 |
|  | JBA | Update database with CIBC 1.06 e-detail pdf | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                                 Page     4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/12/2006 | JBA | Update database with Hilsoft 20th Interim app/e-detail, Hamilton 20th Interim app/e-detail, and PD Comm 4.06 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Casner 1.06-4.06 e-detail | 0.10 | 4.00 |
|  | SLB | draft e-mails (3) to J. O'Neil @ Pachulski re 19th Interim applications and charts (.7) ; e-mail to J. Sakalo re 19th Interim Dies application (.2) | 0.90 | 121.50 |
|  | WHS | detailed review of revisions to K&E final report re clerical tasks | 0.10 | 27.50 |
| 6/13/2006 | CCO | Update database with 04.06 Monthly Invoice of Official Committee (.10); 01.01.0 6 through 03.31.06 Interim Fee Application of Hamilton (.10); 01.01.06 through 03.31.06 Interim Fee Application of Hilsoft (.10); 04.06 Monthly Invoice of LAS (.10) | 0.40 | 16.00 |
| 6/14/2006 | WHS | draft e-mail to Jay Sakalo re Sealed Air firms (Dies &Hile and Speights & Runyan) | 0.30 | 82.50 |
|  | SLB | draft e-mail to A. Kreiger @ Stroock re 19th Interim charts (.2); e-mail to J. O'Neil @ Pachulski re 19th Interim fee hearing and agenda (.2) | 0.40 | 54.00 |
|  | CCO | Update database with 01.01.06 through 03.31.06 Interim Fee Application of Nelson (.10); | 0.10 | 4.00 |
| 6/15/2006 | SLB | draft 19th Interim final report - Blackstone (1.2) | 1.20 | 162.00 |
| 6/16/2006 | WHS | left detailed telephone voicemail for Jay Sakalo re Sealed Air applicants | 0.10 | 27.50 |
|  | SLB | draft e-mail to J. O'Neil @ Pachulski re 19th Interim Blackstone application (.3) | 0.30 | 40.50 |
| 6/19/2006 | WHS | appear by telephone at fee application hearing | 2.50 | 687.50 |
|  | WHS | detailed review of Blackstone 19th Int FR | 0.10 | 27.50 |
|  | CCO | Update entire database with corrections to the database (.40) | 0.40 | 16.00 |

W.R. Grace & Co.                                                                                                      Page     5

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 6/20/2006 | JAW | detailed review of K&E February 2006 monthly invoice (8.9) | 8.90 | 1,201.50 |
|  | MSH | Electronic filing with court of Final Report re: Blackstone 19th Interim (.2) | 0.20 | 8.00 |
|  | MSH | Update database with Morris May 2006 app/e-detail .pdf | 0.10 | 4.00 |
|  | SLB | draft e-mail to J. O'Neil re 19th Interim Blackstone app (3) | 0.30 | 40.50 |
| 6/21/2006 | JBA | Electronic filing with court of WHS Monthly Application for 2006 | 0.20 | 8.00 |
|  | JAW | detailed review of K&E February 2006 monthly invoice (9.1) | 9.10 | 1,228.50 |
|  | MSH | Update database with Beveridge April 2006 app. | 0.10 | 4.00 |
| 6/22/2006 | JBA | Update database with Reed Smith 4.06 e-detail and Duane Morris 4.06 e-detail | 0.10 | 4.00 |
|  | JAW | detailed review of K&E February 2006 monthly invoice (6.4); draft summary of same (3.0) | 9.40 | 1,269.00 |
|  | MSH | Update database with Summary of 20th Interim | 0.10 | 4.00 |
|  | CCO | Update database with 10.05, 11.05, 12.05 Monthly Invoices of Blackstone (.30) | 0.30 | 12.00 |
| 6/23/2006 | MSH | Update database with Capstone April 2006 app/e-detail, and Kramer Levin April 2006 app/e-detail | 0.10 | 4.00 |
|  | MSH | Update database with Campbell April 2006 app/e-detail, and Caplin April 2006 app/e-detail | 0.10 | 4.00 |
|  | MSH | Update database with KRLS April 2006 app/e-detail | 0.10 | 4.00 |

W.R. Grace & Co. Page 6

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/23/2006 | JBA | Electronic filing with court of CNO for April 2006 | 0.10 | 4.00 |
| | JBA | Update database with Duane 20th Interim app/e-detail pdf | 0.10 | 4.00 |
| 6/26/2006 | WHS | receive and review 32 misc pleadings | 0.10 | 27.50 |
| | MSH | Update database with Swidler Final app | 0.10 | 4.00 |
| | MSH | Update database with Blackstone 19th Interim app | 0.10 | 4.00 |
| | MSH | Update database with Swidler Final app/e-detail | 0.10 | 4.00 |
| | MSH | Update database with Holme March 2006 app/e-detail | 0.10 | 4.00 |
| 6/27/2006 | MSH | Update database with Holme March 2006 app, and Scott 20th Interim app | 0.10 | 4.00 |
| 6/28/2006 | MSH | Update database with Capstone May 2006 app/e-detail | 0.10 | 4.00 |
| | MSH | Update database with Foley Hoag April 2006 app | 0.10 | 4.00 |
| | SLB | telephone conference with P. Cuniff @ Pachulski re 19th Interim charts (.2) | 0.20 | 27.00 |
| | SLB | telephone conference with M. Hedden @ Ferry Joseph re 20th Interim app. (.2) | 0.20 | 27.00 |
| | SLB | draft e-mail to P. Cuniff @ Pachulski re 19th Interim charts (.2) | 0.20 | 27.00 |
| 6/29/2006 | MSH | Update database with Ferry May 2006 app/e-detail (non-pdf) | 0.10 | 4.00 |

W.R. Grace & Co. Page 7

| | | | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 6/29/2006 | MSH | Update database with Foley May 2006 app | 0.10 | 4.00 |
| | MSH | Update database with Capstone May 2006 app | 0.10 | 4.00 |
| | MSH | Update database with KRLS May 2006 app/e-detail (.pdf), and KRLS May 2006 app/e-detail (non-pdf) | 0.10 | 4.00 |
| | MSH | Update database with Towers March 2006 app/e-detail, Towers April 2006 app/e-detail (.1), and Towers 20th Interim app/e-detail (.1) | 0.20 | 8.00 |
| | MSH | Update database with Orrick 20th Interim app/e-detail | 0.10 | 4.00 |
| 6/30/2006 | MSH | Update database with Bilzin April 2006 app | 0.10 | 4.00 |
| | MSH | Update database with KRLS May 2006 app, and Towers March 2006 app | 0.10 | 4.00 |
| | MSH | Update database with Towers Apri 2006 app, and Towers 20th Interim app | 0.10 | 4.00 |
| | MSH | Update database with Orrick 20th Interim app | 0.10 | 4.00 |

**For professional services rendered**     76.10    **$9,674.50**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Courtney C. Orent | 3.70 | 40.00 | $148.00 |
| James A. Wehrmann | 40.90 | 135.00 | $5,521.50 |
| Jeff B. Allgood | 5.90 | 40.00 | $236.00 |
| Melinda S Helsley | 2.60 | 40.00 | $104.00 |
| Stephen L. Bossay | 19.00 | 135.00 | $2,565.00 |
| Warren H Smith | 4.00 | 275.00 | $1,100.00 |