# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

In Reference To:        Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        10670

Professional Services

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 4/3/2006 | JAW | detailed review of Reed Smith December 2005 monthly invoice (1.2); draft summary of same (0.1) | 1.30 | 175.50 |
| | JAW | detailed review of Pitney December 2005 monthly invoice (2.2); draft summary of same (0.1) | 2.30 | 310.50 |
| | SLB | begin draft of 19th Interim initial report - K&E (6.3) | 6.30 | 850.50 |
| | SLB | draft e-mail to J. Baer @ K&E re 19th Interim app. (.3) ; e-mail to A. Krieger @ Stroock re 19th Interim app. (.3) | 0.60 | 81.00 |
| 4/4/2006 | CCO | Update database with 01.06 Monthly Invoice of Ferry (.10); 02.06 Monthly Invoice of Reed (.10); 10.05 Monthly Invoice of Steptoe (.10) | 0.30 | 12.00 |
| | SLB | continue draft of 19th Interim initial report - K&E (7.2) | 7.20 | 972.00 |
| | JAW | detailed review of Caplin December 2005 monthly invoice (2.6); draft summary of same (0.5) | 3.10 | 418.50 |
| 4/5/2006 | PGS | Preparation of the CNO for February 2006 of WHS | 0.10 | 8.00 |
| | SLB | review of 19th Interim applications - Protiviti (4.3) Kramer (1.9) | 6.20 | 837.00 |

---

W.R. Grace & Co.                                                                                    Page    2

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 4/5/2006 | JAW | detailed review of Bilzin December 2005 monthly invoice (4.5); draft summary of same (1.5) | 6.00 | 810.00 |
|  | PGS | Preparation of the March 2006 Monthly Invoice of WHS | 0.50 | 40.00 |
| 4/6/2006 | SLB | complete draft of 19th Interim final report - Kramer (3.4) and Protiviti (3.1) | 6.50 | 877.50 |
|  | JBA | Update database with Tersigni 2.06 e-detail | 0.10 | 4.00 |
|  | CCO | Update database with 10.01.05 through 12.31.05 Interim Fee Application of Woodcock (.10); 02.06 Monthly Invoice of Ferry (.10); 01.01.06 through 03.31.06 Interim Fee Application of Official Committee (.10); 10.01.05 through 12.31.05 Interim Fee Application of Swidler (.10) | 0.40 | 16.00 |
|  | JBA | Update database with Scott Law 1.06 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Towers 1.06 and 2.06 e-detail pdf | 0.10 | 4.00 |
|  | PGS | Electronic filing with court of the February 2006 CNO of WHS | 0.10 | 8.00 |
|  | PGS | Electronic filing with court of March 2006 Monthly Invoice of WHS | 0.10 | 8.00 |
| 4/7/2006 | CCO | Update database with 02.06 and 01.06 Monthly Invoices of Towers (.10) | 0.10 | 4.00 |
|  | SLB | review of 19th Interim applications - RPWB (4.2) and Scott Law (2.9) | 7.10 | 958.50 |
| 4/10/2006 | JAW | detailed review of Casner Quarterly Fee Application (October 1, 2005 - December 30, 2005) (2.5); draft summary of same (0.1) | 2.60 | 351.00 |
|  | JBA | draft 19th Interim Project Category Spreadsheet | 2.00 | 80.00 |
|  | JBA | Update database with Bilzin 2.06 e-detail | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                    Page      3

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 4/10/2006 | SLB | draft 19th Interim final reports - RPWB (3.8) and Scott (2.6) | 6.40 | 864.00 |
| 4/11/2006 | SLB | complete review and draft of 19th Interim final report - Woodcock (5.8) | 5.80 | 783.00 |
|  | SLB | begin review of 19th Interim app. - Steptoe (1.2) | 1.20 | 162.00 |
|  | JBA | draft 19th Interim Project Category Spreadsheet | 1.00 | 40.00 |
|  | CCO | Update database with 02.06 Monthly Invoice of LAS (.10) | 0.10 | 4.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
| 4/12/2006 | SLB | complete review of 19th Interim app. and draft of final report - Steptoe (3.8) ; begin review of app. and draft of 19th Interim initial report - Tersigni (3.4) | 7.20 | 972.00 |
|  | JBA | Update database with LAS 2.06 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with K&E 11.05 and 12.05 e-detail | 0.10 | 4.00 |
| 4/13/2006 | JAW | detailed review of Swidler Seventh Quarterly Fee Application (October 1, 2005 - December 31, 2005) (3.2); draft summary of same (0.6) | 3.80 | 513.00 |
|  | JAW | draft summary of Kirkland November 2005 monthly invoice (4.6) | 4.60 | 621.00 |
|  | JAW | detailed review of Kirkland December 2005 monthly invoice (1.0) | 1.00 | 135.00 |
|  | SLB | draft e-mail to D. Collins @ Tersigni re 19th Interim expenses (.3) ; e-mail to A. Krieger @ Stroock re 19th Interim app. (.2) ; e-mail (2) to/from D. Fullem @ Swidler re 19th Interim response (.3) | 0.80 | 108.00 |
|  | SLB | complete draft of 19th Interim initial report - Tersigni (5.5) | 5.50 | 742.50 |

W.R. Grace & Co.                                                                                                    Page      4

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/14/2006 | JAW | detailed review of Kirkland December 2005 monthly invoice (8.8) | 8.80 | 1,188.00 |
| | SLB | complete review of 19th Interim app. - Towers Perrin (2.2) | 2.20 | 297.00 |
| 4/17/2006 | SLB | PACER research regarding 19th Interim apps (4.4) | 4.40 | 594.00 |
| | SLB | complete draft of 19th Interim final report - Towers Perrin (2.7) | 2.70 | 364.50 |
| | JAW | detailed review of Kirkland December 2005 monthly invoice (8.9) | 8.90 | 1,201.50 |
| | DTW | review and revise initial reports for Holme, Stroock and Swidler (.3). | 0.30 | 43.50 |
| | JBA | Update database with Buchanan 3.06 e-detail | 0.10 | 4.00 |
| 4/18/2006 | CCO | Update database with 02.06 Monthly Invoice of Bilzin (.10); 03.06 Monthly Invoice of Proviti (.10); 02.06 Monthly Invoice of Pachulski (.10); 02.06 Monthly Invoice of Pitney (.10) | 0.40 | 16.00 |
| | JAW | detailed review of Kirkland December 2005 monthly invoice (8.3) | 8.30 | 1,120.50 |
| | SLB | review of 19th Interim app. - Bilzin (5.3) | 5.30 | 715.50 |
| | SLB | begin draft of 19th Interim initial report - Bilzin (2.1) | 2.10 | 283.50 |
| | JBA | Update database with Kramer 1.06 and 2.06 e-detail | 0.10 | 4.00 |
| 4/19/2006 | JAW | draft summary of Kirkland December 2005, monthly invoice (6.0) | 6.00 | 810.00 |
| | SLB | complete draft of 19th Interim initial report - Bilzin (7.4) | 7.40 | 999.00 |

W.R. Grace & Co.                                                                          Page    5

|            |     |                                                                                                                                                              | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 4/19/2006  | DTW | Review and revise Bilzin initial report 19th inteirm (.1).                                                                                                    | 0.10  | 14.50    |
| 4/20/2006  | CCO | Update database with new spreadsheet information and corrections (.30)                                                                                        | 0.30  | 12.00    |
|            | CCO | Update database with 10.01.05 through 12.31.05 Interim Fee Application and 07.01.05 through 09.30.05 Interim Fee Application and 08.05 Monthly Invoice of Austern (.20) | 0.20  | 8.00     |
|            | SLB | complete draft of 19th Interim final report - Swidler (4.6) ; begin review of app and draft of 19th Interim initial report - Caplin (2.9)                     | 7.50  | 1,012.50 |
| 4/21/2006  | CCO | Update database with 02.06 Monthly Invoice of Capstone (.10)                                                                                                  | 0.10  | 4.00     |
|            | SLB | continue draft of 19th Interim initial report - Caplin (6.8)                                                                                                  | 6.80  | 918.00   |
|            | JBA | Update database with Capstone 2.06 e-detail, and e-response re: Stroock 19th Interim IR                                                                        | 0.10  | 4.00     |
| 4/24/2006  | SLB | draft e-mail to R. Tobin @ Caplin re 19th Interim response (.20)                                                                                              | 0.20  | 27.00    |
|            | SLB | complete draft of 19th Interim initial report - Caplin (4.4) ; continue draft of 19th Interim initial report K&E (3.0)                                        | 7.40  | 999.00   |
| 4/25/2006  | SLB | continue draft of 19th Interim K&E initial report (7.2)                                                                                                       | 7.20  | 972.00   |
|            | CCO | Update database with 02.06 and 01.06 Monthly Invoices of Nelson (.10); 12.05, 10.05, 11.05 Monthly Invoices and 10.01.05 through 12.31.05 Interim Fee Application of BMC (.20); 10.01.05 through 12.31.05 Interim Fee Application of Nelson (.10) | 0.40  | 16.00    |
| 4/26/2006  | SLB | complete draft of 19th Interim initial report - K&E (4.4) ; begin review and draft of 19th Interim initial report - Pitney Hardin (2.6)                        | 7.00  | 945.00   |
|            | JBA | Update database with e-response re: Holme 19th Interim IR                                                                                                     | 0.10  | 4.00     |

W.R. Grace & Co.                                                                                    Page    6

|            |     |                                                                                                   | **Hours** | **Amount** |
|------------|-----|---------------------------------------------------------------------------------------------------|-----------|------------|
| 4/27/2006  | DTW | Review and revise 19th interim initial reports for Caplin, K&E, and Pitney Hardin; (.4).          | 0.40      | 58.00      |
|            | SLB | complete draft of 19th Interim final reports - Pitney Hardin (2.4) and HRO (4.9)                   | 7.30      | 985.50     |
|            | CCO | Update database with 10.01.05 through 12.31.05 Interim Fee Application of CIBC (.10)               | 0.10      | 4.00       |
| 4/28/2006  | SLB | begin review of 19th Interim app and draft of initial report - PwC (5.3)                          | 5.30      | 715.50     |
|            | CCO | Update database with 03.06 Monthly Invoice of Nelson (.10); 12.05, 11.05, 10.05 Monthly Invoices of Baker (.10) | 0.20 | 8.00 |
|            | JBA | Update database with Reed Smith 3.06 e-detail, and Dunae Mooris 3.06 e-detail                     | 0.10      | 4.00       |
|            | JBA | draft 19th Interim Project Category Spreadsheet                                                    | 1.50      | 60.00      |
| 4/29/2006  | SLB | complete review of 19th Interim app and continue draft of initial report - PwC (2.0)              | 2.00      | 270.00     |
| 5/1/2006   | SLB | complete review of 19th Interim app. and draft of final report - Campbell & Levine (3.3) and Baker Donelson (3.9) | 7.20 | 972.00 |
|            | JBA | Update database with Ferry Joseph 3.06 e-detail                                                    | 0.10      | 4.00       |
|            | JBA | Update database with Klett 3.06 e-detail, Kramer 3.06 e-detail                                     | 0.10      | 4.00       |
| 5/2/2006   | SLB | complete draft of 19th Interim final report - PwC (6.4) ; complete review of app and draft of 19th Interim final report - Lynch Keefe (1.7) | 8.10 | 1,093.50 |
| 5/3/2006   | SLB | complete draft of 19th Interim final report - Norris (1.8) ; complete drafts of 19th Interim final reports - AKO (2.5), BMC (3.3) | 7.60 | 1,026.00 |
|            | JBA | Update database with 3.06 e-detail for: Campbell, Caplin, LAS, Tersigni, and AKO                   | 0.10      | 4.00       |

W.R. Grace & Co.                                                                                          Page      7

|          |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | **Hours** | **Amount** |
|----------|-----|-----------------|-----------|-----------|
| 5/4/2006 | CCO | Update database with 10.01.05 through 12.31.05 Interim Fee Application of Baker (.10); 10.01.05 through 12.31.05 Interim Fee Application of Beveridge (.10); 01.06 Monthly Invoice of BMC (.10); 03.06 Monthly Invoice of Stroock (.10); 03.06 Monthly Invoice of Reed (.10); 03.06 Monthly Invoice of Ferry (.10); 03.06 Monthly Invoice of Foley (.10); 03.06 Monthly Invoice of Kirkland (.10); 03.06 Monthly Invoice of Philips (.10); 03.06 Monthly Invoice of Duane (.10); 02.06 Monthly Invoice of Casner (.10); 03.06 Monthly Invoice of Klett (.10); 03.06 Monthly Invoice of Kramer (.10); 03.06 Monthly Invoice of Woodcock (.10) | 1.40 | 56.00 |
|          | PGS | Preparation of April 2006 Monthly Invoice of WHS | 0.60 | 48.00 |
|          | SLB | draft e-mails (2) to J. Sakalo @ Bilzin re Bilzin and Property Damage Comm. responses (.3) ; e-mail to D. Lloyd @ PwC re 19th Interim response (.2) ; e-mail to A. Moran @ Steptoe re 19th Interim app. (.2) ; e-mail R. Tobin @ Caplin re 19th Interim response (.2) | 0.90 | 121.50 |
|          | JAW | detailed review of Pitney January 2006 monthly invoice (2.3) draft summary of same (0.1). | 2.40 | 324.00 |
|          | SLB | complete draft of 19th Interim initial report - Property Damage Comm. (1.4) ; complete draft of 19th Interim final report - Capstone (1.7) | 3.10 | 418.50 |
|          | SLB | PACER research regarding 19th Interim fee apps. - Beveridge, Capstone, Casner, Norris, Prop. Damage Comm., Latham, PwC and Steptoe (2.2) | 2.20 | 297.00 |
| 5/5/2006 | JBA | draft 19th Project Category Spreadsheet | 4.00 | 160.00 |
|          | CCO | Update database with 03.06 Monthly Invoice of Caplin (.10); 03.06 Monthly Invoice of Campbell (.10); 03.06 Monthly Invoice of Tersigni (.10); 03.06 Monthly Invoice of LAS (.10); 01.01.0 6 through 03.31.06 Interim Fee Application of Anderson (.10) | 0.50 | 20.00 |
|          | DTW | Review and revise 19th interim initial report for Asbestos Committee (.1). | 0.10 | 14.50 |
|          | SLB | draft 19th Interim final reports - CIBC (1.4), Casner (2.0), Ferry Joseph (1.6), Foley Hoag (1.8) | 6.80 | 918.00 |
|          | SLB | draft e-mail to R. Tobin @ Caplin re 19th Interim response (.2) | 0.20 | 27.00 |

W.R. Grace & Co.                                                                                              Page      8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/5/2006 | CCO | Update database with 03.06 and 01.06 Monthly Invoices of Austern (.10) | 0.10 | 4.00 |
|  | JAW | detailed review of Reed Smith January 2006 monthly invoice (2.9) draft summary of same (0.1). | 3.00 | 405.00 |
|  | JAW | detailed review of Caplin January 2006 monthly invoice (2.3) draft summary of same (0.4). | 2.70 | 364.50 |
|  | PGS | Preparation of the CNO for March 2006 of WHS | 0.10 | 8.00 |
| 5/8/2006 | CCO | Update database with 01.01.06 through 01.31.06 Interim Fee Application of Proviti (.10) | 0.10 | 4.00 |
|  | JBA | Update database with Foley 20th Interim app/e-detail | 0.10 | 4.00 |
|  | PGS | Electronic filing with court of March 2006 CNO of WHS | 0.10 | 8.00 |
|  | SLB | complete draft of 19th Interim final report - Caplin (3.4) ; complete draft of 19th Interim final report - Duane Morris (1.7) complete draft of 19th Interim final reports - Conway (1.8) ; Nelson Mullins (.8) | 7.70 | 1,039.50 |
|  | PGS | Electronic filing with court of April 2006 Monthly Invoice of WHS | 0.10 | 8.00 |
| 5/9/2006 | CCO | Update database with 01.01.06 through 03.31.06 Interim Fee Application of Foley (.10) | 0.10 | 4.00 |
|  | JBA | Update database with e-response re: K&E 19th Interim IR | 0.10 | 4.00 |
|  | WHS | detailed review of amended agenda | 0.10 | 27.50 |
|  | JBA | Update database with Austern 20th Interim app/e-detail, and Austern 3.06 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with PWC 2.06 e-detail | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                    Page       9

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/9/2006 | SLB | begin draft of 19th Interim final report - K&E (7.2) | 7.20 | 972.00 |
| | JAW | detailed review of Bilzin January 2006 monthly invoice (4.7); draft summary of same (1.3). | 6.00 | 810.00 |
| 5/10/2006 | SLB | telephone conference with J. Sakalo @ Bilzin re response to Prop Damage Comm. initial report for 19th Interim (.2) | 0.20 | 27.00 |
| | SLB | complete draft of 19th Interim final report - K&E (6.7) | 6.70 | 904.50 |
| | SLB | draft e-mail to J. Sakalo @ Bilzin re response for 19th Interim (.2) | 0.20 | 27.00 |
| 5/11/2006 | PGS | Preparation of 20th Interim Fee Application of WHS | 2.80 | 224.00 |
| | CCO | Update database with new spreadsheet information and corrections in W.R.Grace(.20) | 0.20 | 8.00 |
| | CCO | Update database with 03.06 Monthly Invoice of Capstone (.10) | 0.10 | 4.00 |
| | PGS | Electronic filing with court of the 20th Interim Fee Application of WHS | 0.10 | 8.00 |
| | JBA | Update database with Capstone 3.06 e-detail | 0.10 | 4.00 |
| 5/12/2006 | WHS | receive and review agenda | 0.10 | 27.50 |
| | SLB | complete review and draft of 19th Interim final report - Austern (2.3) | 2.30 | 310.50 |
| | CCO | Update database with 01.01.06 through 03.31.06 Interim Fee Application of Capstone (.10); 07.01.05 through 09.30.05 Interim Fee Application of Blackstone (.10); 10.01.05 through 12.31.05 Interim Fee Application of Steptoe (.10) | 0.30 | 12.00 |
| 5/15/2006 | SLB | complete draft of 19th Interim final report - Apps with No Objections (3.8) | 3.80 | 513.00 |

W.R. Grace & Co.                                                                                    Page    10

|            |     |                                                                                                                                                                                                       | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/16/2006  | SLB | PACER research regarding docket numbers for 19th Interim fee & expense charts (.9)                                                                                                                     | 0.90  | 121.50 |
|            | SLB | draft e-mail to J. Sakalo @ Bilzin re 19th Interim response (.2) ; e-mail to K. Ortega @ Latham re 19th Interim filing (.2)                                                                            | 0.40  | 54.00  |
|            | JBA | Update database with Conway 20th Interim app/e-detail                                                                                                                                                  | 0.10  | 4.00   |
| 5/17/2006  | SLB | begin draft of 19th Interim final report - Bilzin (2.4)                                                                                                                                                | 2.40  | 324.00 |
|            | CCO | Update database with 07.05, 08.05, 09.05 Monthly Invoices of Blackstone (.20); 03.11.02 through 01.21.03 Interim Fee Application of Dies (.10); 01.01.06 through 03.31.06 Interim Fee Application of Reed (.10) | 0.40  | 16.00  |
|            | SLB | draft e-mail to J. Sakalo @ Bilzin re 19th Interim response (.2)                                                                                                                                       | 0.20  | 27.00  |
| 5/18/2006  | WHS | detailed review of Baker 19th Int FR                                                                                                                                                                   | 0.10  | 27.50  |
|            | WHS | detailed review of Buchanan 19th Int FR                                                                                                                                                                | 0.10  | 27.50  |
|            | WHS | detailed review of Caplin 19th Int FR                                                                                                                                                                  | 0.10  | 27.50  |
|            | SLB | complete draft of 19th Interim final report - Bilzin (5.5)                                                                                                                                             | 5.50  | 742.50 |
|            | SLB | draft e-mail to J. Sakalo @ Bilzin re 19th Interim final report (.2)                                                                                                                                   | 0.20  | 27.00  |
|            | SLB | telephone conferences (2) with J. Sakalo @ Bilzin re 19th Interim final report (.5)                                                                                                                    | 0.50  | 67.50  |
|            | SLB | draft e-mails (3) to J. Sakalo @ Bilzin re Sealed Air applicants in 19th Interim Grace (.7)                                                                                                             | 0.70  | 94.50  |
|            | SLB | telephone conference with J. Sakalo @ Bilzin re Drier and Keefe applications in 19th Interim Grace (.2)                                                                                                 | 0.20  | 27.00  |

W.R. Grace & Co.                                                                                                                Page    11

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/18/2006 | JBA | Update database with Buchanan 4.06 e-detail | 0.10 | 4.00 |
| | CCO | Update database with 01.01.06 through 03.31.06 Interim Fee Application of LAS (.10); 01.01.06 through 03.31.06 Interim Fee Application of Caplin (.10); 01.01.06 through 03.31.06 Interim Fee Application of Tersigni (.10); 01.01.06 through 03.31.06 Interim Fee Application of Campbell (.10); 01.01.06 through 03.31.06 Interim Fee Application of Conway (.10); 011.01.06 through 03.31.06 Interim Fee Application of Kirkland (.10) | 0.60 | 24.00 |
| 5/19/2006 | WHS | draft several e-mails to Steve Bossay re Fourth and Final Fee Application on behalf of William A. Dreier | 0.30 | 82.50 |
| | SLB | PACER research regarding Drier and Keefe application in 19th Grace (1.4) | 1.40 | 189.00 |
| 5/22/2006 | JAW | detailed review of K&E January 2006 monthly invoice (9.3) | 9.30 | 1,255.50 |
| | CCO | Update database with 04.06 Monthly Invoice of Buchnan (.10); 04.02.02 through 08.17.04 Interim Fee Application of Speights (.10); 01.01.06 through 03.31.06 Interim Fee Application of Ferry (.10); 03.06 Monthly Invoice of Hamilton (.10); 03.06 Monthly Invoice of Bilzin (.10); 01.06 and 02.06 Monthly Invoices of Conway (.10) | 0.60 | 24.00 |
| 5/23/2006 | JAW | detailed review of K&E January 2006 monthly invoice (9.1) | 9.10 | 1,228.50 |
| | SLB | draft e-mail to J. Sakalo re disposition of Sealed Air applicants moving to 20th Interim (.2) | 0.20 | 27.00 |
| | SLB | complete revised drafts of 19th Interim final reports - K&E (4.5) and Conway (.7) | 5.20 | 702.00 |
| | DTW | Several conferences with S. Bossay regarding Keefe and Dreier applications and research regarding same (.5); conference with S. Bossay regarding Akin Gump issues (.1); begin review of expenses for Akin Gump 11th interim application (.9). | 1.50 | 217.50 |
| 5/24/2006 | SLB | complete draft of 19th Interim final report - Keefe (2.4) ; complete draft of 19th Interim final report - Norris (2.8) ; complete revised draft of 19th Interim final report - K&E (1.4) and Bilzin (.8) | 7.40 | 999.00 |

W.R. Grace & Co.                                                                                    Page    12

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/24/2006 | CCO | Update database with 01.06, 02.06, 03.06 Monthly Invoices of Steptoe (.20); 03.06 Monthly Invoice of Beveridge (.10); 03.06 Monthly Invoice of Casner (.10) | 0.40 | 16.00 |
| | JAW | detailed review of K&E January 2006 monthly invoice (9.3) | 9.30 | 1,255.50 |
| | DTW | Several conferences with S. Bossay regarding Dreier & Keefe applications (.4); assisting S. Bossay with final report for K&E 19th interim (.6). | 1.00 | 145.00 |
| 5/25/2006 | WHS | detailed review of Bilzin  final report 19th Grace | 0.10 | 27.50 |
| | WHS | detailed review of  K&E 19th Int FR | 0.10 | 27.50 |
| | JBA | Update database with Kramer 20th Interim app/e-detail | 0.10 | 4.00 |
| | DTW | Conference call with W. Smith and S. Bossay regarding final report format for Dreier and Keefe (.2). | 0.20 | 29.00 |
| | JAW | detailed review of Capstone January 2006 monthly invoice (1.4); draft summary of same (0.1) | 1.50 | 202.50 |
| | SLB | complete revised draft of 19th Interim final report - Bilzin (1.8) ; begin draft of 19th Interim fee and expense charts (5.6) | 7.40 | 999.00 |
| | JBA | Electronic filing with court of 19th Interim Final Reports re: Baker (.1), Buchanan (.1), Caplin (.1), Conway (.1), Holme (.1), K&E (.2), Pitney (.1), Omnibus No Objections (.1), Richardson (.1) | 1.00 | 40.00 |
| 5/26/2006 | SLB | complete drafts of 19th Interim final report for Keefe (1.4) and Dreier (1.3) | 2.70 | 364.50 |
| | SLB | PACER research regarding docket numbers for fee and expense charts (2.3) | 2.30 | 310.50 |
| | SLB | continue draft of 19th Interim fee and expense charts (2.6) | 2.60 | 351.00 |

W.R. Grace & Co.                                                                                    Page    13

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/27/2006 | CCO | Update database with 01.01.06 through 03.31.06 Interim Fee Application of Buchanan (.10); 03.06 Monthly Invoice of Scott (.10); 01.01.06 through 03.31.06 Interim Fee Application of Bilzin (.10) | 0.10 | 4.00 |
| 5/30/2006 | JBA | Electronic filing with court of 19th Interim Final Reports re: Bilzin (.2), Dreier (.1), Keefe (.1), Scott Law (.1), Stroock (.1), Swidler (.1) | 0.70 | 28.00 |
| | SLB | draft revised 19th Interim final reports for Keefe and Dreier (3.4) ; draft revised 19th Interim final report for Swidler (2.1) | 5.50 | 742.50 |
| | JAW | detailed review of Caplin February 2006 monthly invoice | 1.70 | 229.50 |
| | WHS | detailed review of Keefe 19th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Dreier 19th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Scott 19th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Stroock 19th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Swidler final report - Grace 19th | 0.10 | 27.50 |
| 5/31/2006 | JBA | Update database with Ferry Joseph 4.06 e-detail | 0.10 | 4.00 |
| | JBA | Update database with Stroock 4.06 e-detail | 0.10 | 4.00 |
| | SLB | continue draft of 19th Interim fee an expense charts (1.5) | 1.50 | 202.50 |
| | JAW | detailed review of Bilzin February 2006 monthly invoice | 2.10 | 283.50 |
| 6/2/2006 | SLB | complete draft of 19th Interim fee & expense charts (4.4) | 4.40 | 594.00 |

W.R. Grace & Co.                                                                                              Page    14

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 6/2/2006 | CCO | Update database with 04.06 Monthly Invoice of Kirkland (.10); 01.01.06 through 03.31.06 Interim Fee Application of Stroock (.10); 01.01.06 through 03.31.06 Interim Fee Application of Duane (.10) | 0.30 | 12.00 |
| 6/5/2006 | JBA | Update database with Orrick 2.06 pdf and 3.06 pdf e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Klett 4.06 e-detail pdf, and Kramer 4.06 e-detail pdf | 0.10 | 4.00 |
|  | JAW | detailed review of Tersigni February 2006 monthly invoice (1.0) | 1.00 | 135.00 |
|  | SLB | draft e-mail to J. O'Neal @ Pachulski re 19th Interim fee and expense charts (.2) ; e-mail to J. Sakalo re 19th Interim final report (.1) | 0.30 | 40.50 |
|  | JAW | detailed review of Capstone February 2006 monthly invoice (2.9) | 2.90 | 391.50 |
|  | CCO | Update database with 04.06 Monthly Invoice of Tersigni (.10); 04.06 Monthly Invoice of Caplin (.10);  04.06 Monthly Invoice of Campbell (.10); 04.06 Monthly Invoice of Duane (.10); 04.06 Monthly Invoice of Ferry (.10); 02.13.06 through 03.31.06 Interim Fee Application, 03.06, 04.06, and 02.13.06 through 02.28.06 Monthly Invoices of Piper (.20); 04.06 Monthly Invoice of Capstone (.10); 04.06 Monthly Invoice of Austern (.10); 01.01.06 through 03.31.06 Interim Fee Application of Philips (.10);  04.06 Monthly Invoice of Klett (.10); 04.06 Monthly Invoice of Kramer (.10); 04.06 Monthly Invoice of Stroock (.10) | 1.30 | 52.00 |
| 6/6/2006 | JAW | draft summary of Caplin February 2006 monthly invoice (0.4) | 0.40 | 54.00 |
|  | SLB | draft e-mail to J. Sakalo @ Bilzin re 19th Interim final report (.2) ; R. Tobin @ Caplin re 19th Interim final report (.2) | 0.40 | 54.00 |
|  | JAW | draft summary of Bilzin February 2006 monthly invoice (0.8) | 0.80 | 108.00 |
|  | JAW | draft summary of Capstone February 2006 monthly invoice (0.3) | 0.30 | 40.50 |
|  | JAW | detailed review of Tersigni February 2006 monthly invoice (2.0); draft summary of same (0.5) | 2.50 | 337.50 |

W.R. Grace & Co.                                                                                    Page    15

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/6/2006 | CCO | Update database with 02.06.06 through 02.28.06 Monthly Invoice and 03.06 Monthly Invoice of Orrick (.20); 01.01.06 through 03.31.06 Interim Fee Application of Pachulski (.10); 01.01.06 through 03.31.06 Interim Fee Application of Casner (.10) | 0.40 | 16.00 |
|  | JBA | draft e-mail to J. O'Neill re: 19th Interim Project Category Spreadsheet | 0.10 | 4.00 |
| 6/7/2006 | CCO | Update database with 04.06 Monthly Invoice of Orrick (.10) | 0.10 | 4.00 |
| 6/8/2006 | JAW | draft summary of K&E January 2006 monthly invoice (5.6) | 5.60 | 756.00 |
|  | CCO | Update database with 01.06 Monthly Invoice of CIBC (.10) | 0.10 | 4.00 |
|  | JBA | Update database with Orrick 4.06 e-detail pdf | 0.10 | 4.00 |
|  | WHS | conference with Steve Bossay re Caplin, K&E clerical tasks | 0.30 | 82.50 |
|  | SLB | telephone conference with J. Baer re 19th Interim amended final report (.2) | 0.20 | 27.00 |
|  | SLB | draft e-mail to R. Tobin re 19th Interim objection and amended final report (.3) | 0.30 | 40.50 |
|  | WHS | left detailed telephone voicemail for Janet Baer re clerical tasks | 0.10 | 27.50 |
| 6/9/2006 | JBA | Electronic filing with court of Amended 19th Interim Final Report re: Caplin (.2) | 0.20 | 8.00 |
|  | JBA | draft final version of 19th Interim Project Category Spreadsheet | 4.30 | 172.00 |
|  | WHS | conference with Steve Bossay re clerical issues re Caplin, K&E | 0.20 | 55.00 |
|  | WHS | telephone conference with Janet Baer re K&E 19th | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                  Page    16

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 6/9/2006 | SLB | telephone conference with R. Tobin @ Caplin re 19th Interim amended final report (.1) | 0.10 | 13.50 |
| | SLB | draft 19th Interim amended final report - Caplin (2.8) ; draft 19th Interim amended final report - K&E (4.5) ; update 19th Interim fee & expense charts (.2) | 7.50 | 1,012.50 |
| | CCO | Update database with 04.06 Monthly Invoice (.10); 04.06 Monthly Invoice of Pachulski (.10); 04.06 Monthly Invoice of Nelson (.10) | 0.30 | 12.00 |
| 6/12/2006 | WHS | detailed review of revisions to K&E final report re clerical tasks | 0.10 | 27.50 |
| | SLB | draft e-mails (3) to J. O'Neil @ Pachulski re 19th Interim applications and charts (.7) ; e-mail to J. Sakalo re 19th Interim Dies application (.2) | 0.90 | 121.50 |
| | SLB | review and edit 19th Interim Project Category Spreadsheet (2.1) | 2.10 | 283.50 |
| | JBA | Electronic filing with court of Amended 19th Interim Final Report re: K&E (.1) | 0.10 | 4.00 |
| | JBA | Update database with e-response re: Caplin 19th Interim FR | 0.10 | 4.00 |
| | JBA | Update database with CIBC 1.06 e-detail pdf | 0.10 | 4.00 |
| | JBA | Update database with Hilsoft 20th Interim app/e-detail, Hamilton 20th Interim app/e-detail, and PD Comm 4.06 e-detail | 0.10 | 4.00 |
| | JBA | Update database with Casner 1.06-4.06 e-detail | 0.10 | 4.00 |
| 6/13/2006 | CCO | Update database with 04.06 Monthly Invoice of Official Committee (.10); 01.01.0 6 through 03.31.06 Interim Fee Application of Hamilton (.10); 01.01.06 through 03.31.06 Interim Fee Application of Hilsoft (.10); 04.06 Monthly Invoice of LAS (.10) | 0.40 | 16.00 |
| 6/14/2006 | WHS | draft e-mail to Jay Sakalo re Sealed Air firms (Dies &Hile and Speights & Runyan) | 0.30 | 82.50 |

W.R. Grace & Co.                                                                                    Page    17

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/14/2006 | CCO | Update database with 01.01.06 through 03.31.06 Interim Fee Application of Nelson (.10); | 0.10 | 4.00 |
|  | SLB | draft e-mail to A. Kreiger @ Stroock re 19th Interim charts (.2); e-mail to J. O'Neil @ Pachulski re 19th Interim fee hearing and agenda (.2) | 0.40 | 54.00 |
| 6/15/2006 | SLB | draft 19th Interim final report - Blackstone (1.2) | 1.20 | 162.00 |
| 6/16/2006 | WHS | left detailed telephone voicemail for Jay Sakalo re Sealed Air applicants | 0.10 | 27.50 |
|  | SLB | draft e-mail to J. O'Neil @ Pachulski re 19th Interim Blackstone application (.3) | 0.30 | 40.50 |
| 6/19/2006 | CCO | Update entire database with corrections to the database (.40) | 0.40 | 16.00 |
|  | WHS | detailed review of Blackstone 19th Int FR | 0.10 | 27.50 |
|  | WHS | appear by telephone at fee application hearing | 2.50 | 687.50 |
| 6/20/2006 | MSH | Electronic filing with court of Final Report re: Blackstone 19th Interim (.2) | 0.20 | 8.00 |
|  | SLB | draft e-mail to J. O'Neil re 19th Interim Blackstone app (3) | 0.30 | 40.50 |
|  | JAW | detailed review of K&E February 2006 monthly invoice (8.9) | 8.90 | 1,201.50 |
|  | MSH | Update database with Morris May 2006 app/e-detail .pdf | 0.10 | 4.00 |
| 6/21/2006 | JBA | Electronic filing with court of WHS Monthly Application for 2006 | 0.20 | 8.00 |
|  | MSH | Update database with Beveridge April 2006 app. | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                    Page    18

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 6/21/2006 | JAW | detailed review of K&E February 2006 monthly invoice (9.1) | 9.10 | 1,228.50 |
| 6/22/2006 | JBA | Update database with Reed Smith 4.06 e-detail and Duane Morris 4.06 e-detail | 0.10 | 4.00 |
|  | MSH | Update database with Summary of 20th Interim | 0.10 | 4.00 |
|  | JAW | detailed review of K&E February 2006 monthly invoice (6.4); draft summary of same (3.0) | 9.40 | 1,269.00 |
|  | CCO | Update database with 10.05, 11.05, 12.05 Monthly Invoices of Blackstone (.30) | 0.30 | 12.00 |
| 6/23/2006 | MSH | Update database with KRLS April 2006 app/e-detail | 0.10 | 4.00 |
|  | MSH | Update database with Capstone April 2006 app/e-detail, and Kramer Levin April 2006 app/e-detail | 0.10 | 4.00 |
|  | MSH | Update database with Campbell April 2006 app/e-detail, and Caplin April 2006 app/e-detail | 0.10 | 4.00 |
|  | JBA | Electronic filing with court of CNO for April 2006 | 0.10 | 4.00 |
|  | JBA | Update database with Duane  20th Interim app/e-detail pdf | 0.10 | 4.00 |
| 6/26/2006 | MSH | Update database with Holme March 2006 app/e-detail | 0.10 | 4.00 |
|  | WHS | receive and review 32 misc pleadings | 0.10 | 27.50 |
|  | MSH | Update database with Swidler Final app | 0.10 | 4.00 |
|  | MSH | Update database with Blackstone 19th Interim app | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                        Page    19

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/26/2006 | MSH | Update database with Swidler Final app/e-detail | 0.10 | 4.00 |
| 6/27/2006 | MSH | Update database with Holme March 2006 app, and Scott 20th Interim app | 0.10 | 4.00 |
| 6/28/2006 | MSH | Update database with Capstone May 2006 app/e-detail | 0.10 | 4.00 |
| | MSH | Update database with Foley Hoag April 2006 app | 0.10 | 4.00 |
| | SLB | telephone conference with P. Cuniff @ Pachulski re 19th Interim charts (.2) | 0.20 | 27.00 |
| | SLB | draft e-mail to P. Cuniff @ Pachulski re 19th Interim charts (.2) | 0.20 | 27.00 |
| | SLB | telephone conference with M. Hedden @ Ferry Joseph re 20th Interim app. (.2) | 0.20 | 27.00 |
| 6/29/2006 | MSH | Update database with Ferry May 2006 app/e-detail (non-pdf) | 0.10 | 4.00 |
| | MSH | Update database with Foley May 2006 app | 0.10 | 4.00 |
| | MSH | Update database with Capstone May 2006 app | 0.10 | 4.00 |
| | MSH | Update database with KRLS May 2006 app/e-detail (.pdf), and KRLS May 2006 app/e-detail (non-pdf) | 0.10 | 4.00 |
| | MSH | Update database with Towers March 2006 app/e-detail, Towers April 2006 app/e-detail (.1), and Towers 20th Interim app/e-detail (.1) | 0.20 | 8.00 |
| | MSH | Update database with Orrick 20th Interim app/e-detail | 0.10 | 4.00 |
| 6/30/2006 | MSH | Update database with Bilzin April 2006 app | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                    Page    20

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 6/30/2006 | MSH | Update database with KRLS May 2006 app, and Towers March 2006 app | 0.10 | 4.00 |
|  | MSH | Update database with Towers Apri 2006 app, and Towers 20th Interim app | 0.10 | 4.00 |
|  | MSH | Update database with Orrick 20th Interim app | 0.10 | 4.00 |

**For professional services rendered**                                        **456.80 $59,166.50**

Additional Charges :

|  | Price |  |
|---|---|---|
| Court Call | 50.00 | 50.00 |
| Third party copies & document prep/setup of February 2006 Monthly Invoice of WHS | 36.10 | 36.10 |
| Third party copies & document prep/setup of Final Report of Blizin, PwC, Capstone, Caplin, Baker, the Combined and Kirkland for the 18th interim period | 302.13 | 302.13 |
| Pacer Charges 01/01/06 - 03/31/06 | 401.60 | 401.60 |
| Third party copies & document prep/setup of Initial Report of Holmes for the 19th interim period | 2.17 | 2.17 |
| Third party copies & document prep/setup of Initial Report of Swidler and Stroock for the 19th interim period | 2.99 | 2.99 |
| Third party copies & document prep/setup of Initial Report of Bilzin for the 19th interim period | 2.56 | 2.56 |
| Third party copies & document prep/setup of March 2006 Monthly Invoice of WHS | 36.10 | 36.10 |

**Total costs**                                                                              **$833.65**

W.R. Grace & Co.                                                                    Page    21

**Amount**

**Total amount of this bill**                                              **$60,000.15**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Courtney C. Orent | 11.20 | 40.00 | $448.00 |
| Doreen T Williams | 3.60 | 145.00 | $522.00 |
| James A. Wehrmann | 144.70 | 135.00 | $19,534.50 |
| Jeff B. Allgood | 18.50 | 40.00 | $740.00 |
| Melinda S Helsley | 2.60 | 40.00 | $104.00 |
| Priscilla G Stidham | 4.60 | 80.00 | $368.00 |
| Stephen L. Bossay | 266.00 | 135.00 | $35,910.00 |
| Warren H Smith | 5.60 | 275.00 | $1,540.00 |