IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 11604 |
| Debtors. | ) | |
| | ) | Proposed Objection Ddln.: December 15, 2006 @ 5:00 PM |
| | ) | Proposed Hearing Date: December 18, 2006 @ 2:00 PM |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Anderson Memorial Hospital ("Movant") has filed the attached Motion to Compel the Production of Debtors' Records Custodian(s) under Bankruptcy Rule 7037, along with a motion for expedited consideration (the "Motion to Expedite").

PLEASE TAKE FURTHER NOTICE that if the Motion to Expedite is granted, responses to the Motion, if any, must be filed on or before **December 15, 2006 AT 5:00 P.M. E.S.T.** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel to the Movant so that the response is received on or before the Objection Deadline.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

061208132317.doc

PLEASE TAKE FURTHER NOTICE THAT IF THE MOTION TO EXPEDITE IS GRANTED, A HEARING ON THE MOTION WILL BE HELD AT ON **DECEMBER 18, 2006 AT 2:00 P.M.** BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

DATED: December 8, 2006

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email:        loizides@loizides.com

- and -

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:    (803) 943-4599

*Counsel for Movant*