IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 11604 |
| Debtors. | ) | |
| | ) | Proposed Objection Deadline: December 15, 2006 |
| | ) | Proposed Hearing Date: December 18, 2006 @ 2:00 PM |

### ORDER GRANTING THE MOTION OF ANDERSON MEMORIAL HOSPITAL TO COMPEL DEPOSITION OF DEBTORS' RECORDS CUSTODIAN(S) UNDER BANKRUPTCY RULE 7037

Upon consideration of the above-referenced motion (the "Motion"), and due and adequate notice of the Motion having been given; and objections, if any, having been resolved or overruled; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after a hearing on the Motion and the Court having considered the evidence and heard argument; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the above-captioned debtors shall produce their records custodian(s) pursuant to Anderson's Notice of Deposition dated October 30, 2006 (attached as Exhibit A to the Motion) at the offices of Anderson's Delaware counsel on or prior to _____.

DATED: _____, 2006

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

061208132317.doc