## **CERTIFICATE OF SERVICE**

I, Lisa L. Coggins, Esquire, hereby certify that on this 8th day of December, 2006, I caused one copy of the foregoing Re-Notice of Deposition, to be served upon the parties listed on the attached 2002 service list in the manner indicated.

Upon penalty of perjury I declare that the foregoing is true and correct.


    /s/ Lisa L. Coggins
Lisa L. Coggins (No. 4234)