IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AMENDED NOTICE OF DEPOSITION

To All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States District Court for the Southern District of Alabama issued a subpoena for Rhonda Mason. This subpoena was served on November 22, 2006. The subpoena required Rhonda Mason to appear, with certain requested documents, on December 15, 2006 beginning at 9:00 AM CST at the offices of Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C., 6251 Monroe Street, Suite 200, Daphne, AL 36526.

**TAKE FURTHER NOTICE** that at the request of Rhonda Mason, the time and place of the deposition were rescheduled. On December 7, 2006 an amended notice of deposition was filed changing the location of the deposition to the LaFont Inn, 2703 Denny Avenue, U.S. Hwy 90, Pascagoula, MS 39567.

**TAKE FURTHER NOTICE** that after further consultation with Rhonda Mason, the time and place of the deposition were again rescheduled. The deposition will go forward on December 15, 2006, beginning at 8:00 AM CST at the Holiday Inn Express Pascagoula-Moss Point, 4800 Amoco Drive, Moss Point, MS 39563 as noticed.

**TAKE FURTHER NOTICE** that the deposition shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction and will continue day-to-day until concluded. Testimony shall be taken by stenographic means and will also be recorded by sound-and-visual means. You are invited to attend and to cross-examine.

Dated: December 08, 2006

    Respectfully submitted,

    KIRKLAND & ELLIS LLP
    David M. Bernick, P.C.
    Ellen Therese Ahern
    Jonathan Friedland
    Salvatore F. Bianca
    200 East Randolph Drive
    Chicago, IL 60601
    Telephone:  (312) 861-2000
    Facsimile:  (312) 861-2200

    KIRKLAND & ELLIS LLP
    Barbara Harding
    David E. Mendelson
    Brian T. Stansbury
    Amanda C. Basta
    655 Fifteenth Street, NW
    Washington, D.C. 20005
    Telephone:  (202) 879-5000
    Facsimile:  (202) 879-5200

    -and-

    PACHULSKI STANG ZIEHL YOUNG
    JONES & WEINTRAUB LLP

    /s/ James E. O'Neill
    Laura Davis Jones (Bar No. 2436)
    James E. O'Neill (Bar No. 4042)
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, Delaware 19899-8705 (Courier 19801)
    Telephone:  (302) 652-4100
    Facsimile:  (302) 652-4400