# EXHIBIT A TO THE FCR'S TENTH QUARTERLY: MONTHLY FEE APPLICATION FOR THE PERIOD JULY 1-31, 2006

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtors.** | ) | Objection Date: November 20, 2006 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### COVER SHEET TO TWENTY-THIRD MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2006 THROUGH JULY 31, 2006

Name of Applicant:

David T. Austern, Future Claimants' Representative ("FCR")

Authorized to Provide Professional
Services to:

As the FCR

Date of Retention:

May 25, 2004

Period for which compensation is
sought:

July 1, 2006 through July 31, 2006

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:

$3,200.00

80% of fees to be paid:

$2,560.00[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:

$      0.00

Total Fees @ 80% and
100% Expenses:

$2,560.00

This is an:        ___        interim        __X__        monthly        ___        final application.

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

This is the FCR's twenty-third interim fee application for the period July 1-31, 2006; the FCR previously filed the following fee applications in this case during this year: twenty-second interim fee application for the period June 1-30, 2006 in the amount of $1,640.00 (80% of $2,050.00) in fees and no expenses; twenty-first interim fee application for the period May 1-31, 2006 in the amount of $3,360.00 (80% of $4,200.00) in fees and expenses in the amount of $693.60; twentieth interim fee application for the period April 1-30, 2006 in the amount of $3,440.00 (80% of $4,300.00) in fees and expenses in the amount of $709.60; nineteenth interim fee application for the period March 1-31, 2006 in the amount of $6,960.00 (80% of $8,700.00) in fees and expenses in the amount of $1,077.44; eighteenth interim fee application for the period February 1-28, 2006 in the amount of $2,720.00 (80% of $3,400.00) in fees and expenses in the amount of $300.01; seventeenth interim fee application for the period December 1-31, 2005 in the amount of $1,200.00 (80% of $1,500.00) in fees and no expenses; sixteenth interim fee application for the period November 1-30, 2005 in the amount of $1,480.00 (80% of $1,850.00) in fees and no expenses; fifteenth interim fee application for the period October 1-31, 2005 in the amount of $440.00 (80% if $550.00) in fees and no expenses; fourteenth interim fee application for the period September 1-30, 2005 in the amount of $120.00 (80% of $150.00) in fees and no expenses; and thirteenth interim fee application for the period August 1-31, 2005 in the amount of $200 (80% of $250.00).

## COMPENSATION SUMMARY
### JULY 2006

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 6.40 | $3,200.00 |
| Grand Total: | | | 6.40 | $3,200.00 |
| Blended Rate: $500.00 | | | | |

Total Fees:        $3,200.00
Total Hours:        6.40
Blended Rate:     $ 500.00

## COMPENSATION BY PROJECT CATEGORY
### JULY 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 6.00 | $3,000.00 |
| Plan | .40 | $200.00 |
| TOTAL | 6.40 | $3,200.00 |

2

## EXPENSE SUMMARY
### JULY 2006

| Expense Category | Total |
|---|---|
| No expenses | $0.00 |
| TOTAL | $0.00 |

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: October 26, 2006

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | |

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1.      I am the Future Claimants' Representative appointed by the Court in these cases.

2.      I personally performed the work as set forth in the attached Exhibit A.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 16 DAY OF OCTOBER, 2006

Notary Public

My commission expires: 3/31/2010

## EXHIBIT A

### DAVID T. AUSTERN/W.R. GRACE & CO.

### JULY 2006

### FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|------|----------|-------|------|-------|
| *Plan* | | | | |
| July 23 | Review of supplemental objection to Debtors' Ninth Motion to extend exclusivity | .40 | $500 | $  200.00 |
| *Litigation* | | | | |
| July 24 | Travel to Wilmington, DE for hearing (2 hrs. billed as one); meeting with Asbestos Claimants' Committee, Frankel, Property Damage Committee (1.5); attendance at hearing (2.5); travel to Washington, DC (2 hrs. billed as one). | 6.0 | $500 | $ 3,000.00 |
| **TOTAL** | | **6.40** | | **$3,200.00** |

## EXHIBIT B

### DAVID T. AUSTERN/W.R. GRACE & CO.

### JULY 2006

### EXPENSE SUMMARY

| Date | Expense | Description of Expense |
|------|---------|------------------------|

No expenses

**TOTAL**          **$0.00**