# EXHIBIT B TO THE FCR'S TENTH QUARTERLY: MONTHLY FEE APPLICATION FOR THE PERIOD AUGUST 1-31, 2006

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | Objection Date: November 20, 2006 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO TWENTY-FOURTH MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
AUGUST 1, 2006 THROUGH AUGUST 31, 2006**

Name of Applicant: David T. Austern, Future Claimants' Representative ("FCR")

Authorized to Provide Professional
Services to: As the FCR

Date of Retention: May 25, 2004

Period for which compensation is
sought: August 1, 2006 through August 31, 2006

Amount of Compensation (100%) sought
as actual, reasonable, and necessary: $300.00

80% of fees to be paid: $240.00[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $  0.00

Total Fees @ 80% and
100% Expenses: $240.00

This is an:    ___  interim    **X**  monthly    ___  final application.

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

This is the FCR's twenty-fourth interim fee application for the period August 1-31, 2006; the FCR previously filed the following fee applications in this case during this year: twenty-third interim fee application for the period July 1-31, 2006 in the amount of $2,560.00 (80% of $3,200.00) in fees and no expenses; twenty-second interim fee application for the period June 1-30, 2006 in the amount of $1,640.00 (80% of $2,050.00) in fees and no expenses; twenty-first interim fee application for the period May 1-31, 2006 in the amount of $3,360.00 (80% of $4,200.00) in fees and expenses in the amount of $693.60; twentieth interim fee application for the period April 1-30, 2006 in the amount of $3,440.00 (80% of $4,300.00) in fees and expenses in the amount of $709.60; nineteenth interim fee application for the period March 1-31, 2006 in the amount of $6,960.00 (80% of $8,700.00) in fees and expenses in the amount of $1,077.44; eighteenth interim fee application for the period February 1-28, 2006 in the amount of $2,720.00 (80% of $3,400.00) in fees and expenses in the amount of $300.01; seventeenth interim fee application for the period December 1-31, 2005 in the amount of $1,200.00 (80% of $1,500.00) in fees and no expenses; sixteenth interim fee application for the period November 1-30, 2005 in the amount of $1,480.00 (80% of $1,850.00) in fees and no expenses; fifteenth interim fee application for the period October 1-31, 2005 in the amount of $440.00 (80% if $550.00) in fees and no expenses; fourteenth interim fee application for the period September 1-30, 2005 in the amount of $120.00 (80% of $150.00) in fees and no expenses; and thirteenth interim fee application for the period August 1-31, 2005 in the amount of $200 (80% of $250.00).

## COMPENSATION SUMMARY
## AUGUST 2006

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | .60 | $300.00 |
| Grand Total: | | | .60 | $300.00 |
| Blended Rate: $500.00 | | | | |

Total Fees:        $300.00
Total Hours:        .60
Blended Rate:      500.00

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | .60 | $300.00 |
| TOTAL | .60 | $300.00 |

2

**EXPENSE SUMMARY**
**AUGUST 2006**

| Expense Category | Total |
|---|---|
| No expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: October 16, 2006

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1.    I am the Future Claimants' Representative appointed by the Court in these cases.

2.    I personally performed the work as set forth in the attached Exhibit A.

3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 16th DAY OF OCTOBER, 2006

Notary Public

My commission expires: 3/31/2010

## EXHIBIT A

### DAVID T. AUSTERN/W.R. GRACE & CO.

### AUGUST 2006

### FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|------|----------|-------|------|-------|
| ***Litigation*** | | | | |
| August 6 | Telephone conference with counsel G. Rasmussen, and D. Felder re expert witnesses | .60 | $500 | $  300.00 |
| | **TOTAL** | **.60** | | **$ 300.00** |

<u>**EXHIBIT B**</u>

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**AUGUST 2006**

**EXPENSE SUMMARY**

<u>Date</u>                       <u>Expense</u>                       <u>Description of Expense</u>

No expenses


**TOTAL**            $0.00