IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 18, 2006, AT 2:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST COMPLY WITH
THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND
HEARING SCHEDULE* [Docket No. 7709]**

**CONTINUED MATTERS**

1.      Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04]
(Docket No. 5527)

Related Documents:

a.      Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06]
(Docket No. 12353)

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

b.       [Signed] Twenty-Seventh Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 11/21/06] (Docket No. 13724)

Response Deadline: June 4, 2004, at 4:00 p.m.

Status:  The hearing on the claims of Weatherford International, Inc. is continued to January 22, 2006, at 2:00 p.m.

2.    Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06] (Docket No. 13415)

Related Documents:

a.       [Signed] Second Order Granting Relief Sought in Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 11/21/06] (Docket No. 13726)

Response Deadline: November 3, 2006 at 4:00 p.m.

Responses Received:

a.       Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

Status This matter is continued until January 22, 2006, at 2:00 p.m.

3.    Debtors' Motion for an Injunction under Sections 105 and 362 of the Bankruptcy Code [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

Related Documents:

a.       [Proposed] Injunction Order [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

b.       [Signed] Seventh Order Regarding Debtors' Motion for an Injunction Under Sections 105 and 362 of the Bankruptcy Code [Filed: 8/23/06] (Adv. Pro. No. 05-52724, Docket No. 19)

Response Deadline: October 7, 2005, at 4:00 p.m.

Responses Received:

a.       Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 6)

Related Document

a.      Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 7)

Replies Received:

a.      Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Docket No. 8)

Status: This matter is continued until January 22, 2006, at 2:00 p.m.

4.      Pretrial Conference for W. R. Grace & Co., et al., v. Bradley M. Campbell, Commissioner of the New Jersey Department of Environmental Protection [Filed: 9/19/05] (Adv. Pro. No. 05-52724)

Related Documents:

a.      Complaint for Declaratory and Injunctive Relief [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 1)

b.      Summons and Notice of Scheduling Conference in an Adversary Proceeding [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 2)

Response Deadline: October 7, 2005, at 4:00 p.m.

Responses Received:

a.      Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 6)

Related Document

a.      Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 7)

Replies Received:

a.      Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Adv. Pro. No. 05-52724, Docket No. 8)

Status: This matter is continued until January 22, 2006, at 2:00 p.m.

## QUARTERLY FEE APPLICATIONS

5.      Twenty-First Quarterly Interim Applications of Counsel to the Debtors, the Statutory
        Committees, and the Future Claimants' Representative for Compensation for Services
        Rendered and Reimbursement of Expenses for the Period April 1, 2006 through June 30,
        2006.

        Related Documents:

        a.      Certification of Counsel Regarding Twenty-First Quarter Project Category
                Summary [Filed: 12/11/06] (Docket No. 13996)

        b.      Certification of Counsel Regarding Order Approving Quarterly Fee Applications
                for the Twenty-First Period [Filed: 12/11/06] (Docket No. 13995)

        Status:  This matter will be going forward.


## UNCONTESTED MATTERS

6.      Debtors' Seventeenth Omnibus Objection to Claims (Substantive) [Filed: 9/18/06]
        (Docket No. 13254)

        Related Documents:

        a.      [Signed] Order Granting Relief Sought in Debtors' Seventeenth Omnibus
                Objection to Claims (Substantive) [Filed: 11/21/06] (Docket No. 13725)

        Response Deadline: October 6, 2006 at 4:00 p.m.

        Responses Received:

        a.      Response of CSX Transportation Inc. to the Debtors' Seventeenth Omnibus
                Objection to Claims (Substantive) [Filed: 10/6/06] (Docket No. 13367)

        b.      Letter Response of the Louisiana Department of Revenue withdrawing Proof of
                Claim [Filed: 10/4/06] (Docket No. 13373)

        Status:  The Court has entered an order granting part of the relief requested.  The
        objection to the claim of CSX Transportation, Inc., which is the only remaining
        objection, has been resolved and the Debtors will present an agreed upon order.

7.      Debtors' Nineteenth Omnibus Objection to Claims (Non-Substantive) [Filed: 11/13/06]
        (Docket No. 13657)

        Related Documents:

        a.      [Proposed] Order Granting Relief Sought in Debtors' Nineteenth Omnibus
                Objection to Claims (Non-Substantive) [Filed: 11/13/06] (Docket No. 13657)

4

b.    **Certification of No Objection Regarding Debtors' Nineteenth Omnibus Objection to Claims (Non-Substantive) [Filed: 12/11/06] (Docket No. 13994)**

Response Deadline: December 1, 2006 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the objection. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Objection.**

8.    Motion and Objection Seeking Entry of an Order (A) Expunging or (B) Reducing and Allowing Claims Paid Post-Petition [Filed: 11/13/06] (Docket No. 13658)

Related Documents:

a.    [Proposed] Order Expunging or (B) Reducing and Allowing Claims Paid Post-Petition [Filed: 11/13/06] (Docket No. 13658)

b.    **Certification of No Objection Regarding Motion and Objection Seeking Entry of an Order (A) Expunging or (B) Reducing and Allowing Claims Paid Post-Petition [Filed: 12/11/06] (Docket No. 13993)**

Response Deadline: December 1, 2006 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the objection. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Objection.**

9.    Stipulation Reinstating Claim of Robert Locke and Referral of Claim to ADR Program [Filed 11/21/06] (Docket No. 13735)

Related Documents:

a.    Order [MODIFIED] Granting Debtors' Motion for Leave From this Court's January 18, 2006, Scheduling Order and Shortening Notice Period of Debtors' Stipulation Reinstating Claim of Robert Locke and Referral of Claim to ADR Program. [Filed 11/28/06] (Docket No. 13817)

b.    **Certification of No Objection Regarding Stipulation Reinstating Claim of Robert Locke and Referral of Claim to ADR Program [Filed 12/11/06] (Docket No. 13991)**

Response Deadline: December 6, 2006 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the stipulation. Accordingly, the Debtors have filed a certificate of no objection and respectfully**

5

**request the entry of the order attached to the Stipulation.**

10.   Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Ogilvy Renault LLP as Special Counsel for the Debtors and Debtors in Possession [Filed: 11/13/06] (Docket No. 13659)

Related Documents:

a.      [Proposed] Order Authorizing the Debtors to Employ and Retain Ogilvy Renault LLP as Special Counsel for the Debtors and Debtors in Possession [Filed: 11/13/06] (Docket No. 13659)

b.      Affidavit of Teresa J. Walsh in Support of the Application of the Debtors to Employ Ogilvy Renault LLP as Special Counsel for the Debtors and Debtors in Possession [Filed: 11/22/06] (Docket No. 13758)

c.      **Certification of No Objection Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Ogilvy Renault LLP as Special Counsel for the Debtors and Debtors in Possession [Filed: 12/11/06] (Docket No. 13992)**

Response Deadline: December 1, 2006 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Application. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Application.**


**MATTERS RELATING TO ASBESTOS PI CLAIMS**

11.   Debtors' Brief Regarding Settled Claims [Filed 12/1/2006] (Docket No. 13885)

Related Documents:

a.      [Signed] Order as to All Pre-Petition Asbestos PI Litigation Claims, Including Settled Claims, (I) Establishing Bar Dates; (II) Approving Proof of Claim Form; and (III) Approving Notice of Pre-Petition Asbestos Personal-Injury Claims Bar Date [Filed: 8/24/06] (Docket No. 13061)

b.      [Signed] Stipulated Order Clarifying the Order as to All Pre-Petition Asbestos PI Litigation Claims, Including Settled Claims, (I) Establishing Bar Dates; (II) Approving Proof of Claim Form; and (III) Approving Notice of Pre-Petition Asbestos Personal-Injury Claims Bar Date [Filed: 9/26/06] (Docket No. 13300)

Response Deadline: Fourteen (14) calendar days after receipt of Questionnaire

6

Responses Received:

a.      Objections of Baron & Budd, P.C. and Conditional Objection of Silber Pearlman, LLP to the Debtor's Notifications that Certain Settled Claims are Being Contested Pursuant to the Order of August 24, 2006 [Filed: 11/17/06] (Docket No. 13695)

b.      Objection of Wilentz, Goldman & Spitzer P.A. to the Debtor's Notification that Certain Settled Claims are Being Contested Pursuant to the Order of August 24, 2006 [Filed: 11/22/06] (Docket No. 13771)

c.      Claimants' Objection and Response to W. R. Grace's Attempt to Dispute and Contest Settled Pre-Petition Asbestos PI Claims filed by Cooney & Conway [Filed: 11/22/06] (Docket No. 13781)

      i.      **Notice of Withdrawal of Objection of Cooney & Conway to Notification that the Debtor is Contesting Certain Pre-Petition Settled Claims [Filed: 12/7/06] (Docket No. 13952)**

d.      Objection of Brayton Purcell LLP to Notification that the Debtor is Contesting Certain Pre-Petition Settled Claims [Filed: 11/29/06] (Docket No. 13843)

      i.      **Notice of Withdrawal of Objection of Brayton Purcell LLP to Notification that the Debtor in Contesting Certain Pre-Petition Settled Claims [Filed: 12/5/06] (Docket No. 13928)**

e.      **Response of Plaintiffs Represented by Wysoker Glassner Weingartner Gonzalez & Lockspeiser to Debtors' Brief Regarding Settled Pre-Petition Asbestos Claims [Filed: TBF] (Docket No. TBD)**

Status: This matter will go forward.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

12.     Debtors' Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Six (6) Time-Barred Asbestos Property Damage Claims Filed By Prudential Insurance Company of America [Filed: 11/17/06] (Docket No. 13700)

Status:  A status conference will go forward on this matter.

13.     Debtors' Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Ten (10) Time-Barred Asbestos Property Damage Claims Filed on Account of Buildings in the State of New York [Filed: 11/17/06] (Docket No. 13701)

Status:  A status conference will go forward on this matter.

14.     Speights & Runyan's Requirement to Provide Canadian Claimants' Signatures Regarding Proof of Claim Question 18.

a.    Status Report and Request to Expunge Property Damage Claims Lacking
Claimant Signatures for Proof of Claim Question 18 [Filed: 9/8/06] (Docket No.
13169)

<u>Deadline to Provide Signatures:</u> October 13, 2006 at 4:00 p.m./Canadian Claimants
December 1, 2006 at 4:00 p.m.

**<u>Status:</u> This matter will go forward on the merits regarding Canadian claims for
which the Court required that the claimants provide the necessary signatures by
December 1, 2006.  The Debtors received 88 out of 97 signatures.  The Debtors will
request expungement of nine (9) Canadian claims for which no signature was
provided.**

15.    Debtors' Motion for Protective Order Against Anderson Memorial's October 30, 2006
Requests for 30(b)(6) Depositions and Documents [Filed: 11/6/06] (Docket No. 13588)

<u>Related Documents</u>:

a.    Order Regarding Letter from Daniel Speights, Esquire
(Entered 11/27/2006; Docket No. 13829)

<u>Response Deadline:</u> December 4, 2006, at 4:00 p.m.

**<u>Responses Received:</u>**

**(a)    None filed.**

<u>Reply Deadline:</u> December 8, 2006, at 4:00 p.m.

**<u>Reply Deadline:</u>**

**(a)    None required.**

<u>Response Deadline:</u> November 13, 2006 at 4:00 p.m.

<u>Responses Received:</u>

a.    Anderson Memorial Hospital's Response to Debtors' Motion for Protective Order
Against Anderson Memorial Hospital's October 30, 2006 Request for 30(B)(6)
Depositions and Documents [Filed: 11/13/06] (Docket No. 13651)

<u>Further Briefing:</u> Federal Rule of Evidence 408

<u>Deadline for submission of briefs on Federal Rule of Evidence 408</u>:  November 10, 2006

a.    Debtors' Supplemental Brief Re Federal Rule of Evidence 408 In Support of Their
Motion for Protective Order Against Anderson Memorial's Requests for 30(B)(6)
Depositions and Documents [Filed: 11/10/06] (Docket No. 13630)

b.    Anderson Memorial's Hospital's Memorandum in Opposition to Debtors' Motion
for Protective Order: Rule 408, FRE Issue [Filed: 11/10/06] (Docket No. 13629)

Status: This matter will go forward for argument, if requested by the Court on the Debtors' Motion for Protective Order, and Rule 23 issues.

16.    Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

   Related Documents:

   a.    [Proposed] Order Granting the Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

   Response Deadline: December 2, 2005 at 4:00 p.m.

   Responses Received:

   a.    Debtors' Brief in Opposition to Motion of Anderson Memorial Hospital for Class Certification [Filed: 12/2/05] (Docket No. 11245)

   Supplemental Briefing:

   a.    Appendix of Documents in Support of Debtors' Opposition to Motion of Anderson Memorial for Class Certification [Filed: 9/8/06] (Docket No. 13186)

   Response Deadline:  January 20, 2006

   Status: This matter will go forward for a status conference.


Dated: December 11, 2006                    KIRKLAND & ELLIS LLP
                                            David M. Bernick P.C.
                                            Janet S. Baer
                                            200 East Randolph Drive
                                            Chicago, IL  60601
                                            Telephone: (312) 861-2000
                                            Facsimile: (312) 861-2200

                                            -and-

                                            PACHULSKI STANG ZIEHL YOUNG JONES
                                            & WEINTRAUB LLP
                                                 /s/   James E. O'Neill
                                            Laura Davis Jones (Bar No. 2436)
                                            James E. O'Neill, III (Bar No. 4042)
                                            919 North Market Street, 17th Floor
                                            P.O. Box 8705
                                            Wilmington, DE  19899-8705 (Courier 19801)
                                            Telephone:  (302) 652-4100
                                            Facsimile:  (302) 652-4400

                                            Co-Counsel for Debtors and Debtors in Possession

91100-001\DOCS_DE:123167.3