# Exhibit 4

```
 1           IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE DISTRICT OF DELAWARE
 2

 3
     In re:
 4
                                Chapter 11
 5
     W.R. GRACE & CO., et al.,
 6
                                Case No. 01-113 (JKF)
 7                              (Jointly Administered)
                 Debtors        Related Docket No. 11958
 8

 9

10

11       The deposition of DOMINIC GAZIANO, taken upon
     oral examination, pursuant to notice and pursuant
12   to the Federal Rules of Civil Procedure, before
     Johnny J. Jackson, Registered Diplomate Reporter
13   and Notary Public in and for the State of West
     Virginia, Wednesday, October 18, 2006, at the
14   Offices of Ciccarello, Del Giudice & LaFon, 1219
     Virginia Street, East, Charleston, West Virginia.
15

16

17

18

19

20

21

22         JOHNNY JACKSON & ASSOCIATES, INC.
              606 Virginia Street, East
23               Charleston, WV  25301
                    (304) 346-8340
24
```

```
 1  Medical Services?
 2       A.   It is all one.
 3       Q.   It is all one?
 4       A.   Yes, ma'am.
 5       Q.   So it doesn't get divided out?
 6       A.   No, ma'am.
 7       Q.   So when you were giving me income
 8  information it was all together?
 9       A.   Yes, ma'am.
10       Q.   When was the first time you recall having
11  been retained by a law firm for the purpose of
12  diagnosing asbestos-related disease for potential
13  litigation claimants?
14       A.   Well, it was sort of a backdoor
15  situation.  I was a physician, clinician for Local
16  80, which is the insulators in West Virginia and
17  eastern Ohio, local union, and I was asked sometime
18  in the mid seventies, maybe, if I would be their
19  physician and if I would evaluate them and follow
20  them for development of asbestos-related problems.
21           They were advised that Dr. Selikoff
22  originally was following them, and they needed, and
23  he was overextended and wanted someone else to help
24  in local unions.  So I was involved there.
```

1    Then one day I was asked to testify
2    relating to these individuals as to what diseases
3    they might have.  And that was the beginning.
4         Q.  I think my question was a little bit more
5    specific.  I think I asked when were you first
6    approached or retained by a law firm for the
7    purpose of diagnosing asbestos-related disease for
8    potential litigation claimants.
9         A.  I'm not retained.  Cases have been sent to
10   me, and my evaluation of these claims are not for
11   the law firm.  But as it evolved they were involved
12   in asbestos litigation.
13        But I evaluate claims that are, or cases
14   that are sent to me by law firms.  But I don't have
15   any formal relationship or formal contract or
16   formal agreement or formal anything with any of
17   these law firms over the years.
18        Q.  I understand.  I think my question was
19   directed a little bit more at the timing issue.
20        When was the first time a law firm
21   approached you and asked you to review x-rays or
22   make a causative diagnostic link for a potential
23   litigation?
24        A.  I'm sorry.  I think it was early eighties.

1   Q.   Do you remember what the first law firm to
2   approach you to perform those sort of services was?
3   A.   There were local law firms and the
4   national law firm.
5       Ness Motley was one of the first, and then
6   there were some local firms that were involved with
7   it.
8       Shinaberry, who has since retired,
9   Shinaberry firm, Shinaberry and Meade.
10      There is a Tweel in Huntington.  I recall
11  he was involved to a great extent.
12      Then later on I think a couple of other
13  local law firms were involved early on, like
14  Stewart Calwell and James Humphreys, but that came
15  later.
16  Q.   In the early eighties, as you said, the
17  early days, were law firms asking you to review
18  x-rays and perform B-reads, or was the work more in
19  the nature of providing diagnostic reports, or was
20  it both?
21  A.   I think it was probably both, but that's a
22  long time ago.  I can't remember.
23  Q.   When was the first time you were
24  approached by a screening company of any kind for