# Exhibit 5

1

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION


In re:                          *
                                *
W. R. GRACE & CO.,              *
et al.,                         *      CASE NO.  01-1139
                                *      United States Bankruptcy Court
        Debtors.                *      District of Delaware
                                *      (Wilmington)
                                *
******************************************************
```

The videotaped deposition of DR. WALTER ALLEN OAKS, taken at the law offices of Carr, Allison, Pugh, Howard, Oliver & Sisson, 7101 Highway 90, Suite 402, Daphne, Alabama, on the 9th day of March, 2006, commencing at approximately 9:10 a.m.

**ORIGINAL**

1  reviewed X-rays on behalf of N&M?
2      A.    Yes.
3      Q.    When did you start reviewing X-rays for N&M?
4      A.    I believe that it was either late 2000 or early
5  2001.
6      Q.    How did you come in contact with N&M?
7      A.    Molly Netherland called me and said that she had
8  been on the NIOSH Web site looking for a B-reader and had
9  seen my name and asked me if I were willing to read some
10 films with them -- for them, and I said that I would be.
11     Q.    So prior to that phone call, had you ever spoken
12 to Molly Netherland ever in your life?
13     A.    No.
14     Q.    Did you know who she was?
15     A.    No.
16     Q.    But you had heard of her organization, N&M,
17 before, correct?
18     A.    No, I had not.
19     Q.    So until that phone call, you had never heard of
20 N&M?
21     A.    No.
22     Q.    Are they in any way affiliated with RTS?
23     A.    Not to my knowledge.

```
 1      Q.   And N&M is based in Mississippi, correct?
 2      A.   Yes.
 3      Q.   So let's get back to that conversation.  She
 4 asked, based on her review of the NIOSH Web site, whether
 5 you would be interested in reviewing X-ray films for N&M,
 6 correct?
 7      A.   Correct.
 8      Q.   And what was your response?
 9      A.   I said that I would.
10      Q.   Did you sign a contract with them to review?
11      A.   No.
12      Q.   Did you sign a contract with RTS to review?
13      A.   No.
14      Q.   How is that business relationship set up?  Do you
15 say on the phone I'll review, and then N&M begins sending
16 you X-rays?
17      A.   That's right.
18      Q.   When did they first start sending you X-rays?
19      A.   Like I say, either late 2000 or early 2001.  I
20 don't recall.
21      Q.   Were you looking for a specific disease in
22 reviewing these X-rays?
23      A.   Frankly, I don't recall.  I was looking for a
```

1  specific disease, but I don't remember at that time whether
2  they were requesting a review for asbestosis or for
3  silicosis.
4     Q.   Have you reviewed X-rays for both asbestosis or
5  silicosis for N&M?
6     A.   I believe so.
7     Q.   When you reviewed X-rays for N&M, were you
8  offering a diagnosis on the X-rays that you were reviewing?
9     A.   I was not in the beginning.
10    Q.   That changed?
11    A.   That changed.
12    Q.   How so?
13    A.   After I had been reading for some time -- and I
14 don't again recall exactly how long that had been -- I
15 received a call from Mr. Mason with N&M, and he said that --
16 and, here again, this is four years ago. So I can't
17 remember the exact terminology or wording of this. But the
18 gist of it was that --
19       To begin with, all of the films from the very
20 beginning, it was my understanding that all of these films
21 had been read previously by another B-reader, and the
22 patients had been seen by a pulmonologist; and I was told
23 that all of these films were being re-read because the