# Exhibit 6

934harron.txt
1

1   IN THE UNITED STATES BANKRUPTCY COURT

2   FOR THE DISTRICT OF DELAWARE

3   CHAPTER 11

4   CASE NO. 01-1139  (JKF)

5

6   -------------------------------------------- x

7        In Re:

8

9        W.R. GRACE & CO., et al,

10               Debtors.

11   -------------------------------------------- x

12        DEPOSITION OF:  DR. RAYMOND A. HARRON

13           December 15, 2005, 10:06 a.m.

14

15        Videotaped deposition of Dr. Raymond A.

16   Harron, taken by Debtors, pursuant to

17   Subpoena, at the Law Offices of Lawrence S.

934harron.txt

1       MR. GOLDMAN:  All counsel so      10:15:51

2   agree?                           10:15:52

3       MS. HARDING:  Counsel for the ACC 10:15:54

4   agree?                           10:15:55

5       MS. GRAHAM:  Of course.        10:15:55

6       MS. HARDING:  And for the UCC?    10:15:57

7       MR. PAPIR:  Yes.          10:16:00

8   EXAMINATION BY                    10:16:01

9   MS. HARDING:                     10:16:02

10   Q.    Dr. Harron --            10:16:03

11       MR. GOLDMAN:  Let me just make    10:16:25

12   something clear.  This is Raymond "A" -- as  10:16:28

13   in Alpha -- Harron.  There is another doctor 10:16:31

14   in this nation who has the same name as Ray  10:16:35

15   Harron.                         10:16:40

16       So this is Raymond A. Harron, is  10:16:41

17   that correct, sir?                   10:16:43

18       THE WITNESS:  Correct.        10:16:43

19   Q.    I was about to ask you, Dr.      10:16:46

20   Harron, could you state your name for the    10:16:46

Page 22

934harron.txt

21  record, please.                      10:16:49

22    A.      Well, the name I use is Ray,      10:16:49


                           17




1  middle initial "A," as in Alpha.  Ray A.    10:16:50

2  Harron, H-A-R-R-O-N.                      10:16:56

3    Q.      Do you have a medical degree?    10:16:57

4    A.      On advice of counsel, I          10:17:15

5  respectfully invoke my Fifth Amendment      10:17:15

6  privilege against self-incrimination and    10:17:15

7  decline to answer.                          10:17:15

8    Q.      In what states have you been      10:17:15

9  licensed to practice medicine?              10:17:15

10    A.      On advice of counsel, I          10:17:15

11  respectfully invoke my Fifth Amendment      10:17:15

12  privilege against self-incrimination and    10:17:15

934harron.txt
13  decline to answer.                    10:17:21

14          MR. GOLDMAN:  I also object to    10:17:21

15  form.                          10:17:21

16   Q.      Doctor, are you licensed to      10:17:23

17  practice in eleven states?              10:17:24

18   A.      On advice of counsel, I          10:17:26

19  respectfully invoke my Fifth Amendment      10:17:29

20  privilege against self-incrimination and    10:17:32

21  decline to answer.                    10:17:34

22          MR. GOLDMAN:  Ms. Harding, would  10:17:35




                            18




1  anyone mind if, to save time, Dr. Harron, in 10:17:36

2  the future, if he is invoking his Fifth      10:17:40

3  Amendment privilege, merely says "Fifth      10:17:43

4  Amendment," and it will be understood that   10:17:45

Page 24

934harron.txt

5  that is a shorthand for what he has just     10:17:46

6  read before?                          10:17:50

7        MS. HARDING:  I do not have any   10:17:51

8  opposition to that.                   10:17:52

9        MR. GOLDMAN:  Is everyone okay on 10:17:53

10  that?  So agreed.                    10:17:56

11    Q.     Doctor, are you aware of the     10:17:59

12  ethical rules related to the practice of     10:18:00

13  medicine in the eleven states in which       10:18:04

14  you're licensed to practice medicine?        10:18:06

15    A.     Fifth Amendment.            10:18:08

16    Q.     And do you abide by the ethical  10:18:09

17  rules related to the practice of medicine in 10:18:11

18  the eleven states in which you're licensed   10:18:14

19  to practice medicine?               10:18:16

20    A.     Fifth Amendment.            10:18:17

21    Q.     What is your medical specialty?  10:18:18

22    A.     Fifth Amendment.            10:18:20