# Exhibit 7

```
1        IN THE UNITED STATES BANKRUPTCY COURT
2        FOR THE DISTRICT OF DELAWARE
3        CHAPTER 11
4        CASE NO. 01-1139 (JKF)
5
6        ----------------------------------------- x
7        In Re:
8        W.R. GRACE & CO., et al,
9        Debtors.
10       ----------------------------------------- x
11
12       DEPOSITION OF: DR. ANDREW HARRON
13       January 12, 2006, 12:00 p.m.
14       Videotaped deposition of Dr. Andrew
15       Harron, taken by Debtors, pursuant to
16       Subpoena, at the Law Offices of Stone &
17       Associates, L.L.C, 415 W. Washington Street,
18       Suite 107, Waukegan, Illinois, before Joan M.
19       Burke, a Certified Shorthand Reporter of the
20       State of Illinois.
21
22
```

1   going to exercise Fifth Amendment privilege, that
2   he's resisting the production of documents on the
3   grounds of the Fifth Amendment, that he's
4   exercising a Constitutional right, and I don't
5   even -- I mean those questions are clearly an
6   abuse of this process because you knew the
7   answers before you walked in the room.
8           MS. BASTA:  Mr. Stone, those answers
9   were not on the record and I believe that we are
10  entitled to get them on the record and therefore
11  I will ask the questions to which I believe we
12  are entitled answers and Dr. Harron may choose to
13  answer or not answer as he sees fit and as you
14  see fit to advise him.
15  BY MS. BASTA:
16      Q.  Dr. Harron, have you performed B-
17  readings in connection with potential lit --
18  potential asbestos litigation?
19      A.  Fifth Amendment.
20      Q.  Have you diagnosed individuals with
21  asbestos-related disease in connection with
22  potential litigation?

1      A.   Fifth Amendment.

2      Q.   Have you ever been retained by a

3  screening company for purposes of performing B-

4  reads or rendering diagnosis in connection with

5  potential asbestos litigation?

6      A.   Fifth Amendment.

7      Q.   Have you ever been retained by a law

8  firm for the purposes of performing B-reads or

9  rendering a diagnosis in connection with

10 potential asbestos litigation?

11     A.   Fifth Amendment.

12     Q.   Which law firms -- which plaintiff's law

13 firms have retained you for the purposes of

14 performing either a B-read or rendering a

15 diagnosis in connection with potential asbestos

16 litigation?

17          MR. STONE:  Objection as to the form of

18 the question.  Please provide your answer,

19 Doctor.

20          THE WITNESS:  Fifth Amendment.

21 BY MS. BASTA:

22     Q.   Please list for me all of the law firms

1   who have retained you to perform medical services

2   including screening or diagnosing individuals in

3   connection with potential asbestos litigation?

4        A.   Fifth Amendment.

5             MR. STONE:  Objection -- I'm sorry.

6   Objection as to the form of the question. Doctor,

7   you can state your answer.

8             THE WITNESS:  Fifth Amendment.

9   BY MS. BASTA:

10       Q.   What are the names of the attorneys with

11  whom you have worked at each of these law firms?

12       A.   Fifth Amendment.

13       Q.   Please list the top ten -- or the ten

14  law firms with whom you've worked most frequently

15  to perform B-reads or diagnosis in connection

16  with asbestos litigation?

17       A.   Fifth Amendment.

18       Q.   For the law firms for whom you've

19  provided medical services, have you ever had

20  discussions concerning practices that you could

21  engage in that would increase the volume of

22  potential asbestos claimants?