# Exhibit 8

# W. R. Grace
# Asbestos Personal Injury Questionnaire


WR GRACE PIQ 60228-0001


10315607097578
RE:
James F Humphreys & Associates, L C
707 Virginia Street East
Bank One Center Suite 1113
Charleston WV 25301

REC'D JUN 22 2006

**REDACTED**


000886097578

| PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL |
|---|

WR GRACE PIQ 80226-0007

### a. GENERAL INFORMATION

1. Name of Claimant: _____  2. Gender: ☒ Male ☐ Female
   First    MI    Last
3. Race (for purposes of evaluating Pulmonary Function Test results):................ ☐ White/Caucasian
   ☐ African American
   **REDACTED**                                 ☐ Other
4. Last Four Digits of Social Security Number: _____    5. Birth Date: _____
6. Mailing Address: _____ , _____
   Address         City              State/Province    Zip/Postal Code
7. Daytime Telephone Number: _____

### b. LAWYER'S NAME AND FIRM

1. Name of Lawyer: _____
2. Name of Law Firm With Which Lawyer is Affiliated: James F. Humphreys & Associates LC
3. Mailing Address of Firm: 500 Virginia St. Suite 800 Charleston, WV 25301
   Address         City              State/Province    Zip/Postal Code
4. Law Firm's Telephone Number or Lawyer's Direct Line: ........... (304) 347-5050
   ☐ Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased?.................................................. ☒ Living  ☐ Deceased
   If deceased, date of death: ___ /___ /_____
2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:
   Primary Cause of Death (as stated in the Death Certificate): _____
   Contributing Cause of Death (as stated in the Death Certificate): _____

| PART II: ASBESTOS-RELATED CONDITION(S) |
|---|

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged:

   ☐ Asbestos-Related Lung Cancer            ☐ Mesothelioma
   ☐ Asbestosis                               ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
   ☒ Other Asbestos Disease                   ☐ Clinically Severe Asbestosis

   a. **Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):
      ☐ diagnosis from a pathologist certified by the American Board of Pathology
      ☐ diagnosis from a second pathologist certified by the American Board of Pathology
      ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition
      ☐ other (please specify): _____

1



WR GRACE PIQ 80226-0023

**D. GAZIANO, M.D., F.C.C.P.**
Chest Medical Services, Inc.
*Certified NIOSH B-reader*
*Board Certified in*
*Pulmonary, Internal Medicine & Critical Care*
*Member American College of Occupational and Environmental Medicine*

SUITE 404
3100 MACCORKLE AVENUE, S.E.
CHARLESTON, WEST VIRGINIA 25304

TELEPHONE 304-346-1811
FAX 304-343-3086

April 30, 1999

**REDACTED**

SSN:

I reviewed the occupational history and chest x-ray dated 04/22/99 of
Based upon that history and the chest x-ray findings compatible with unilateral pleural plaques, it is my opinion, to a reasonable degree of medical certainty, that the x-ray changes are due to asbestos pleural disease which he acquired through his occupational exposure to asbestos.

Sincerely yours,

Dominic Gaziano, M.D.

DG/am
Ref: H