# Exhibit 9

D. GAZIANO, M.D., F.C.C.P.
Chest Medical Services, Inc.
• Certified NIOSH B-reader
Board Certified in
Pulmonary, Internal Medicine & Critical Care
Member American College of Occupational and Environmental Medicine

SUITE 404
3100 MACCORKLE AVENUE, S.E.
CHARLESTON, WEST VIRGINIA 25304

TELEPHONE 304-346-1811
FAX 304-343-3086

Asbestos Screening X-ray

Name:
SSN:           -8747

Date:   3/17/00          Film Quality:  Grade 1

There were minimal irregular and rounded opacities in both lungs. The lungs were otherwise clear. The pleural surfaces were normal. The heart was of normal size and configuration. Mediastinal structures were midline without mass or other abnormality. The bony thorax was unremarkable.

Impression:   Apart from minimal interstitial changes of a 0/1 perfusion, insufficient to diagnose pneumoconiosis, the chest x-ray was normal with no evidence of asbestosis or asbestos pleural disease.

Dominic Gaziano, M.D., F.C.C.P.

DG/lyl

Ref: Foster

REDACTED

FORM Y

**DOMINIC GAZIANO, M.D., F.C.C.P.**
CHEST MEDICAL SERVICES, INC.
PULMONARY DISEASES & INTERNAL MEDICINE
3100 MACCORKLE AVE., S.E.
SUITE 404
CHARLESTON, WV 25304

304-346-1811

| 1. Claimant's Name (Print) | 1A. Date of X-ray | 1B. Claimant's Social Security Number | 1C. Film Quality (if not Grade 1, Give Reason) |
|---|---|---|---|
| | 03/17/00 | 8742 | ☒ 1  2  3  U/R |

**1D. Is Film Completely Negative?**  YES ☐ Proceed to Section 5   NO ☒ Complete Section 2A

**2A. Any Parenchymal Abnormalities Consistent with Pneumoconiosis?**  YES ☒ Complete 2B and 2C   NO ☐ Proceed to Section 3

**2B. SMALL OPACITIES**
a. SHAPE/SIZE — PRIMARY: q/ — SECONDARY: p ☒
b. ZONES: (R upper, R mid marked; L mid marked; L lower marked)
c. PROFUSION: 0/1 ☒

**2C. LARGE OPACITIES** — SIZE: 0 ☒ / A / B / C — Proceed to Section 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**   YES ☐   NO ☒ Proceed to Section 4

3B. PLEURAL THICKENING — a. Diaphragm (plaque) SITE: O / R / L — b. Costophrenic Angle SITE: O / R / L
a. CIRCUMSCRIBED (plaque): Site O/R, O/L — In Profile (Width 0,1,2,3; Extent 0,1,2,3); Face On (Extent 0,1,2,3)
3C. PLEURAL THICKENING...Chest Wall — b. Diffuse: Site O/R, O/L — In Profile (Width; Extent); Face On (Extent)

3D. PLEURAL CALCIFICATION — Site O/R, O/L — a. Diaphragm, b. Wall, c. Other Sites — Extent 0,1,2,3

**4A. ANY OTHER ABNORMALITIES**  YES ☐ Complete 4B and 4C   NO ☒ Proceed to Section 5

4B. OTHER SYMBOLS (OBLIGATORY): 0 ax bu ca cn co cp cv di ef em es fr hi ho id ih kl pi px rp tb

REPORT ITEMS WHICH MAY BE OF PRESENT CLINICAL SIGNIFICANCE IN THIS SECTION (Specify od,) — Date Personal Physician notified? Mo Day Yr

**4C. OTHER COMMENTS**
Based on the chest x-ray and occupational history, it is my opinion that this claimant
( ) has asbestosis.
(☒) does not have asbestosis.
( ) has asbestos pleural disease.
( ) has mixed dust pneumoconiosis with asbestosis.
( ) has pneumoconiosis without asbestosis.

4D. ( ) has other significant disease:_____

SHOULD CLAIMANT SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4D?  Yes / No   Proceed to Section 5

5A. FACILITY PROVIDING ROENTGENOGRAPHIC EXAMINATION _____
PHYSICIAN'S SIGNATURE _[signature]_   DATE OF READING _____ (Mo, Day, Yr)
BOARD CERTIFIED IN PULMONARY DISEASES AND INTERNAL MEDICINE
PNEUMOCONIOSIS "B" READER

REDACTED