# Exhibit 11

# N & M, INC.

I am aware that N & M, Inc. is a testing facility for asbestos exposure and is in no way connected with any litigation related to such exposure. I am free to select any attorney to represent me in any possible litigation related thereto.

I select ___FARRABUT___ as my attorney of choice to represent me this matter, and request that a copy of all medical testing results be sent to my attorney.

Date: __3/12/97__

Signature: _____

SS#: ___ - 0820___

**REDACTED**

MDL-1553-NandM-419460