# Exhibit 12

**RESPIRATORY TESTING SERVICES, INC.
4362 G MIDMOST DR.
MOBILE, AL. 36609
1-800-997-8378 OR (334) 341-0206**

I fully understand that I have the right to the attorney of my choice should I decide to pursue any legal remedies related to my physical condition. Any attorneys to whom I may have been referred by this facility have been recommended as a result of my request for such information.

_Winston W. Thom[signature]_
SIGNATURE

_10-24-95_
DATE

**REDACTED**        _-8884_
SOCIAL SECURITY NUMBER

MDL875-RTS-0000258113