# Exhibit 13

# Robert B. Altmeyer, M.D.
PULMONARY MEDICINE

DIPLOMATE AMERICAN BOARD OF INTERNAL MEDICINE
DIPLOMATE AMERICAN BOARD OF INTERNAL MEDICINE IN PULMONARY DISEASES
CERTIFIED BY AMERICAN BOARD OF INTERNAL MEDICINE IN CRITICAL CARE MEDICINE
CERTIFIED BY AMERICAN BOARD OF INTERNAL MEDICINE IN GERIATRICS MEDICINE
1131 NATIONAL ROAD
WHEELING, WV 26003
(304) 243-1446

## CHEST X-RAY B READING INTERPRETATION

KT91
SS#:       -8493
Date of chest x-ray: 3/19/99
Date of chest x-ray interpretation: 3/19/99

PA, lateral, and oblique views of the chest were reviewed. There were no parenchymal abnormalities to suggest asbestosis. There is a mild degree of pleural thickening along the right upper lateral chest wall, category A/2/0. The left scapula overlies the chest partially. This film is negative for pulmonary asbestosis and asbestos-related pleural disease with the exception that there could be some pleural thickening developing along the right upper lateral chest wall. Repeat x-ray in 1 year is suggested.

Sincerely,


Robert B. Altmeyer, M.D.

RBA/hmc

REDACTED
MDL875-ALTMEYER-00054596

| 1. Miner's Name *(Print)* | 1A. Date of X-ray | 1B. Miner's Social Security Number | 1C. ... County (if not, Give Reason): |
|---|---|---|---|
| | 03/9/99 MO. DAY YR. | 8493 | 1 [X]  3  U/R  *overlay regular* |

**1D. Is Film Completely Negative?**
YES [X] Proceed to Section 5    NO [ ] Complete Section 2A

**2A. Any Parenchymal Abnormalities Consistent with Pneumoconiosis?**
YES [X] Complete 2B and 2C    NO [ ] Proceed to Section

**2B. SMALL OPACITIES**

a. SHAPE/SIZE — PRIMARY: p s / q t / r u    SECONDARY: p s / q t / r u
b. ZONES: R L
c. PROFUSION: 0/- 0/0 0/1 / 1/0 1/1 1/2 / 2/1 2/2 2/3 / 3/2 3/3 3/+

**2C. LARGE OPACITIES** — SIZE: O A B C — Proceed to Section 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**
YES [X] Complete 3B, 3C and 3D    NO [ ] Proceed to Section 4

**3B. PLEURAL THICKENING**
a. Diaphragm (plaque) — SITE: [X]O R L
b. Costophrenic Angle — SITE: O [X]R L

**a. CIRCUMSCRIBED (plaque)**
In Profile — O [X] L
i. Width: O A[X] B C / O A B C
ii. Extent: 0 1 2[X] 3 / 0 1 2 3
Face On
iii. Extent: [X] 1 2 3 / 0 1 2 3

**3C. PLEURAL THICKENING ... Chest Wall**
b. Diffuse — SITE: [X]R / [X]L
In Profile
i. Width: O A B C / O A B C
ii. Extent: 0 1 2 3 / 0 1 2 3
Face On
iii. Extent: 0 1 2 3 / 0 1 2 3

**3D. PLEURAL CALCIFICATION**
SITE: O[X] R — EXTENT
a. Diaphragm: 0 1 2 3
b. Wall: 0 1 2 3
c. Other Sites: 0 1 2 3

SITE: O[X] L — EXTENT
a. Diaphragm: 0 1 2 3
b. Wall: 0 1 2 3
c. Other Sites: 0 1 2 3

Proceed to Section 4

**4A. ANY OTHER ABNORMALITIES?**
YES [ ] Complete 4B and 4C    NO [ ] Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**
O ax bu ca cn co cp cv di ef em es fr hi ho id ih kl pl px rp tb

**REPORT ITEMS WHICH MAY BE OF PRESENT CLINICAL SIGNIFICANCE IN THIS SECTION.** [od] *(Specify od.)*

Date Personal Physician notified?  Mo. Day Yr.

**4C. OTHER COMMENTS**

**SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C?** Yes | No    Proceed to Section 5

**5A. FACILITY PROVIDING ROENTGENOGRAPHIC EXAMINATION:**
DOL Medical Provider Number (if applicable):
Was film taken by a registered radiographer/radiographic technologist? [ ] Yes [ ] No    State
Name ____    Registration No. ____

**5B. Physician Interpreting Film (Print Name):**
Are you: Board-certified Radiologist? [ ] Yes [X] No.    Board-eligible radiologist? [ ] Yes [X] No.    B-reader? [X] Yes [ ] No.

**5C.** I certify that this film has been interpreted in accordance with the instructions provided on Form CM-954a and/or 20 CFR 718, Subpart B, 718.102 and Appendix A.

PHYSICIAN'S SIGNATURE: _____    DATE OF READING: 3/19/__

MDL875-ALTMEYER-00054597
REDACTED