# Exhibit 15

# W. R. Grace
# Asbestos Personal Injury Questionnaire


WR GRACE PIQ 63028-0001

RECD JUL 1 0 2006


10315607125960
RE:
Goldberg Persky Jennings & White P C
1030 Fifth Avenue
Third Floor
Pittsburgh PA 15219

REDACTED

 000629125960

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL


WR GRACE PIQ 53028-0009

### a. GENERAL INFORMATION

Claimant objects to this Questionnaire for multiple reasons. The questionnaire is unduly burdensome especially given the time frame in which claimant is required to answer. Much of the information requested is equally accessible to WR Grace and claimant is being requested in many instances to compile, categorize and summarize information from documents that WR Grace can analyze as readily as claimant. The request for information include detailed requests for discovery information normally obtained as part of a discovery process in the underlying state court action, but claimant has been precluded from obtaining individual discovery against WR Grace by virtue of the bankruptcy stay. As such, the discovery requests violate claimant's fundamental due process rights and, if used in any fashion to determine the merits of the claim itself, claimant's right to a trial by jury. Parts of the information requested are privileged and confidential, Without waiving these objections, claimant is responding to this Questionnaire for the purposes indicated in the Preface to the Questionairre, i.e. "...GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION." Claimant objects to the use of this information for any reason to deny the merits of the claim and specifically limits the use of the information to "...prioritize" the claim as represented in the Questionairre.

1. Name of Claimant: _____ First  MI  Last   2. Gender: [X] Male [ ] Female

3. Race (for purposes of evaluating Pulmonary Function Test results): ........ [X] White/Caucasian
   [ ] African American
   [ ] Other

4. Last Four Digits of Social Security Number:        5. Birth Date: ____

6. Mailing Address: ____
   Address      City      State/Province      Zip/Postal Code

7. Daytime Telephone Number: _____

REDACTED

### b. LAWYER'S NAME AND FIRM

1. Name of Lawyer: **Theodore Goldberg**
2. Name of Law Firm With Which Lawyer is Affiliated: **Goldberg Persky & White**
3. Mailing Address of Firm: **1030 Fifth Avenue      Pittsburgh        PA         15219**
   Address      City      State/Province      Zip/Postal Code
4. Law Firm's Telephone Number or Lawyer's Direct Line: **( 412 ) 471 - 3980**

   [X] Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? ............: [X] Living [ ] Deceased
   If deceased, date of death: ____

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:

   Primary Cause of Death (as stated in the Death Certificate): ____
   Contributing Cause of Death (as stated in the Death Certificate): ____



**GRESS, PATEL & MASSOUD, MD's, INC.**
GORDON A. GRESS, MD, FACP
JAGDISH D. PATEL, MD
SAMUEL MASSOUD, MD
905 MENOHER BLVD.
JOHNSTOWN, PA 15905
PHONE: (814) 535-2504

August 25, 2003

Mary Bruno
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219

REDACTED

Dr. Ms. Bruno:

This letter to you is with regard to your correspondence to me dated August 8, 2003 regarding   According to your records,  worked as a Foreman for American Car Foundry, Huntington, West Virginia, from 1964-1994, a total of 30 years. During that time period, he was occupationally exposed to asbestos. His past medical history includes shortness of breath, hypertension, and arthritis. It is known that he was taking Narproxin and Tenormin. His smoking history includes 1 pack per day for about 49 years, for a total of 49 pack-years of cigarette abuse.

A chest x-ray was taken on June 6, 1998 and was subsequently interpreted according to the ILO classification by Dr. Dominic Gaziano, Charleston, West Virginia. Dr. Gaziano found t/s opacities, profusion 1/0, with all three zones involved on the right and the middle and lower lung zones involved on the left. He graded the film as film quality "1", excellent film.

A pulmonary function study was performed by Chest Medical Services, Charleston, West Virginia, on October 29, 2002. Forced Vital Capacity was 2.47 liters or 77% of predicted. FEV1 was 1.27 liters or 57% of predicted. Mid Expiratory Flow Rate was 0.37 liters per second or 16% of predicted. Lung Volumes were generally within limits of normal. The Diffusion Capacity, corrected for body surface area, was 3.30 or 72% of predicted. The pulmonary function study is interpreted as valid study, revealing evidence of moderate obstructive pulmonary disease, with a moderate diffusion defect.

Ms. Bruno after reviewing the above data, it is my opinion, with reasonable degree of medical certainty that   has pulmonary asbestosis. This diagnosis is indicated by his history of industrial exposure to asbestos, an appropriate latent period, and the above noted chest x-ray results. This diagnosis is also made in accordance with

REDACTED

WR GRACE PIQ 53026-0039

the Helsinki Criteria, as formulated at the Helsinki Conference, Helsinki Finland, January 20-22, 1997. Unfortunately, ▓▓▓ has a long history of cigarette abuse. As you are well aware, the combination of cigarette abuse and pulmonary asbestosis is a particularly hazardous one for the possible subsequent development of bronchial carcinoma. ▓▓▓ should remain under the care of a physician and have periodic examinations, chest x-rays, and pulmonary function studies performed in order to monitor his pulmonary status. Complications of pulmonary asbestosis are well recognized and include increasing pulmonary fibrosis, pleural abnormalities, and cancer of the lung, pleura, or elsewhere.

Sincerely,

*Gordon A. Gress / GR.*

Gordon A. Gress, M.D.

GAG/al
Dictated but not read

REDACTED

WR GRACE PIQ 53028-0049

G.P.J-W

**DOMINIC GAZIANO, M.D., F.C.C.P.**
CHEST MEDICAL SERVICES, INC.
PULMONARY DISEASES & INTERNAL MEDICINE
3100 MacCORKLE AVE., S.E.
SUITE 404
CHARLESTON, WV 25304

304-346-1811

| 1. Miner's Name (Print) | 1A. Date of X-ray | 1B. Miner's Social Security Number | 1C. Film Quality (If not Grade 1 Give Reason) |
|---|---|---|---|
| | 06 06 98 MO. DAY YR. | | 4 3 UR |

**1D. Is Film Completely Negative?**  YES ☐ Proceed to Section 5   NO ☒ Complete Section 2A
**2A. Any Parenchymal Abnormalities Consistent with Pneumoconiosis?**  YES ☒ Complete 2B and 2C   NO ☐ Proceed to Section 3

**2B SMALL OPACITIES**

a. SHAPE/SIZE — PRIMARY: q/t ; SECONDARY: q/t
b. ZONES: R — C, C, C ; L — C, C, C
c. PROFUSION: 1/1 (marked)

**2C. LARGE OPACITIES** SIZE: ☒ A B C — Proceed to Section 3

**3A. Any Pleural Abnormalities Consistent with Pneumoconiosis?**  YES ☐ Complete 3B, 3C and 3D   NO ☒ Proceed to Section 4

**3B. PLEURAL THICKENING** — (sections unmarked)

**3D. PLEURAL CALCIFICATION** — (sections unmarked)

**4A. Any Other Abnormalities**  YES ☐ Complete 4B and 4C   NO ☒ Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)** — ⓞ marked

REPORT ITEMS WHICH MAY BE OF PRESENT CLINICAL SIGNIFICANCE IN THIS SECTION: od

**4C OTHER COMMENTS**

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C?  Yes / No — Proceed to Section 5

**5A. FACILITY PROVIDING ROENTGENOGRAPHIC EXAMINATION** Ohio Mobile X-Ray

Film identification _____

PHYSICIAN'S SIGNATURE: [signed]
BOARD CERTIFIED IN PULMONARY DISEASES AND INTERNAL MEDICINE
PNEUMOCONIOSIS "B" READER

DATE OF READING: 7/14/98