# Exhibit 16

**D. GAZIANO, M.D., F.C.C.P.**
Chest Medical Services, Inc.
*Certified NIOSH B-reader*
Board Certified in
Pulmonary, Internal Medicine & Critical Care
Member, American College of Occupational & Environmental Medicine

Suite 404
3100 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304

Telephone (304) 346-1811
FAX (304) 343-3086

July 16, 2003

Mr. Robert T. Jarsulic, Legal Assistant
Goldberg, Persky, Jennings & White
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219

Re:
    SSN:    1768
    Independent Medical Examination

Dear Mr. Jarsulic:

I saw     in my office at your request on 7/7/03 for evaluation of an occupational lung disease.

**Occupational History:** This 70-year-old man worked from 1950 to 1964 for a wholesale distributor in hardware and industrial supply. He worked at various jobs in the warehouse and offices with exposure to insulation around open pipe. From 1964 to 1994 he worked for American Car and Foundry Industries as a foreman with exposure to asbestos handling brake shoes and furnace insulation. He was exposed to some grinding and metal dust and to sandblasting and rust.

**Habits:** He has smoked 1 ½ pack of cigarettes a day from 1949 to the present. He drinks mostly beer moderately.

**Hobbies:** None presently.

**Past Medical History:** History of hypertension for 6-7 years, arthritis of the neck, spinal fusion, cervical lymph node surgery, fistula, hernia repair and excision of a non-malignant tumor from the neck. No known drug allergies. Medications are Metoprolol, Rabeprazole, Naproxen and Dicyclomine.

**Review of Systems:** He has had a cough, mostly in the mornings, for ten years and phlegm for eight years. No hemoptysis, shortness of breath or chest pain.

**Physical Examination:** Height 5'1 ¼", weight 116#, pulse 60, BP 160/80, respirations 16. Well-developed, well-nourished man in no acute distress. Neck was supple with no mass, thyroid enlargement or neck vein distention. Chest was symmetrical. Lungs were clear to auscultation and percussion. Heart was regular without murmur, thrill, gallop or cardiac enlargement.

**Chest X-ray:** Chest x-ray of 7/7/03 showed the lungs were clear. Heart was normal. There was

7/19/03 (ED)

REDACTED

Mr. Robert T. Jarsulic, Legal Assistant – 2
Re:
Date of Examination: 7/7/03

right rib anomaly.

**Pulmonary Function Test:** Spirometry showed moderate obstructive ventilatory impairment with very significant improvement with bronchodilators. Total lung capacity was normal with mild hyperinflation. Diffusing capacity for carbon monoxide was moderately reduced.

I am unable to make a diagnosis of an occupational lung disease in            based on the normal chest x-ray.

This report relates only to the diagnosis of an occupational lung disease and is not intended to serve as a comprehensive evaluation of health problems. If there are any questions concerning this report, please feel free to contact me.

Sincerely yours,

Dominic Gaziano, M.D., F.C.C.P.

DG/lyl(4)

REDACTED

Goldberg - 34675

**DOMINIC GAZIANO, M.D., F.C.C.P.**
CHEST MEDICAL SERVICES, INC.
PULMONARY DISEASES & INTERNAL MEDICINE
3100 MacCORKLE AVE., S.E.
SUITE 404
CHARLESTON, WV 25304

304-346-1811

| 1. Claimant's Name (Print) | 1A. Date of X-ray | 1B. Claimant's Social Security Number | 1C. Film Quality (If not Grade 1, Give Reason): |
|---|---|---|---|
| | 07 07 03 MO. DAY YR. | 1768 | ✓1  2  3  U/R |

**1D. Is Film Completely Negative?**    YES ☐ Proceed to Section 5    NO ✓ Complete Section 2A
**2A. Any Parenchymal Abnormalities Consistent with Pneumoconiosis?**    YES ☐ Complete 2B and 2C    NO ✓ Proceed to Section

**2B. SMALL OPACITIES**
a. SHAPE/SIZE — PRIMARY: p s / q t / r u    SECONDARY: p s / q t / r u
b. ZONES
c. PROFUSION: 0/- 0/0 0/1 / 1/0 1/1 1/2 / 2/1 2/2 2/3 / 3/2 3/3 3/+

**2C. LARGE OPACITIES**    SIZE  O A B C    Proceed to Section 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**    YES ☐ Complete 3B, 3C and 3D    NO ✓ Proceed to Section 4

**3B. PLEURAL THICKENING**
a. Diaphragm (plaque)    SITE  O R L
b. Costophrenic Angle    SITE  O R L

a. CIRCUMSCRIBED (plaque) — SITE: O R / O L; In Profile i. Width: O A B C / O A B C; ii. Extent: 0 1 2 3 / 0 1 2 3; Face On iii. Extent: 0 1 2 3 / 0 1 2 3

**3C. PLEURAL THICKENING...Chest Wall**
b. Diffuse — SITE: O R / O L; In Profile i. Width: O A B C / O A B C; ii. Extent: 0 1 2 3 / 0 1 2 3; Face On iii. Extent: 0 1 2 3 / 0 1 2 3

**3D. PLEURAL CALCIFICATION**
SITE  O R  EXTENT   a. Diaphragm 0 1 2 3   b. Wall 0 1 2 3   c. Other Sites 0 1 2 3
SITE  O L  EXTENT   a. Diaphragm 0 1 2 3   b. Wall 0 1 2 3   c. Other Sites 0 1 2 3    Proceed to Section 4

**4A. ANY OTHER ABNORMALITIES**    YES ✓ Complete 4B and 4C    NO ☐    Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**
o ax bu ca cn co cp cv di ef em es fr hi ho id ih ki pi px rp tb

REPORT ITEMS WHICH MAY BE OF PRESENT CLINICAL SIGNIFICANCE IN THIS SECTION    (Specify od.)  od    Date Personal Physician notified?  Mo. Day Yr.

**4C. OTHER COMMENTS**    Right rib anomaly

SHOULD CLAIMANT SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C?    Yes ✓  No    Proceed to Section 5

**5A. FACILITY PROVIDING ROENTGENOGRAPHIC EXAMINATION** ___

Film Identification ___

PHYSICIAN'S SIGNATURE _[signature]_
BOARD CERTIFIED IN PULMONARY DISEASES AND INTERNAL MEDICINE
PNEUMOCONIOSIS "B" READER

DATE OF READING  7/7/03  (Mo. Day Yr.)

REDACTED