# Exhibit 17



# W. R. Grace
# Asbestos Personal Injury Questionnaire

RE:     **REDACTED**

Motley Rice LLC

P.O. Box 1792                   REC'D JUL 1 1 2006

Mount Pleasant, SC 29465




## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

WR GRACE PIQ 52518-0007

### a. GENERAL INFORMATION

1. Name of Claimant:
2. Gender: Male
3. Race (for purposes of evaluating Pulmonary Function Test results): Not Available
4. Last Four Digits of Social Security Number: **REDACTED**
5. Birth Date:
6. Mailing Address:
7. Daytime Telephone Number:

### b. LAWYER'S NAME AND FIRM

1. Name of Lawyer: Joseph F. Rice, Esquire
2. Name of Law Firm With Which Lawyer is Affiliated: Motley Rice LLC
3. Mailing Address of Firm: Post Office Box 1792
   Mount Pleasant, SC 29465
4. Law Firm's Telephone Number or Lawyer's Direct Line: 843-216-9000

[X] Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? Living
   If deceased, date of death:
2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:

   Primary Cause of Death (as stated in the Death Certificate):

   Contributing Cause of Death (as stated in the Death Certificate):

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire

1. Condition being alleged:   See attached Medical Profile and attached Medical Records

[ ] Asbestos-Related Lung Cancer         [ ] Mesothelioma
[ ] Asbestosis                           [ ] Other Cancer (cancer not related to lung cancer or mesothelioma)
[ ] Other Asbestos Disease               [ ] Clinically Severe Asbestosis

   a. **Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

   [Objection 1] diagnosis from a pathologist certified by the American Board of Pathology
   [Objection 1] diagnosis from a second pathologist certified by the American Board of Pathology


WR GRACE PIQ 52518-0036

REDACTED

| 1. Miner's Name (Print) | 1A. Date of X-ray | 1B. Miner's Social Security Number | 1C. Film Quality (If not 1, Give Reason): |
|---|---|---|---|
| | 03/19/99 MO. DAY YR. | | [X] 2 3 U/R |

**1D. Is Film Completely Negative?**
YES ☐ Proceed to Section 5    NO [X] Complete Section 2A

**2A. Any Parenchymal Abnormalities Consistent with Pneumoconiosis?**
YES [X] Complete 2B and 2C    NO ☐ Proceed to Section

**2B. SMALL OPACITIES**

a. SHAPE/SIZE
PRIMARY: [X] p / s / q / t / r / u
SECONDARY: p / [X] s / q / t / r / u

b. ZONES: R [X] / L [X]

c. PROFUSION:
[X] 0/- / 0/0 / 0/1
1/0 / 1/1 / 1/2
2/1 / 2/2 / 2/3
3/2 / 3/3 / 3/+

**2C. LARGE OPACITIES**
SIZE: 0 / A / B / C    Proceed to Section 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**
YES [X] Complete 3B, 3C and 3D    NO ☐ Proceed to Section 4

**3B. PLEURAL THICKENING**

a. Diaphragm (plaque) SITE: 0 / [X] R / L
b. Costophrenic Angle SITE: 0 [X] / R / L

**a. CIRCUMSCRIBED (plaque)**
SITE In Profile: [X] R / L ; ☐ L
i. Width: 0 / A / B / C    |    0 / A / B / C
ii. Extent: 0 / 1 / 2 / 3   |    0 / 1 / 2 / 3
Face On iii. Extent: 0 / 1 / 2 / 3   |   0 / 1 / 2 / 3

**3C. PLEURAL THICKENING ... Chest Wall**
h. Diffuse
SITE In Profile: 0 / [X] R ; 0 / [X] L
i. Width: 0 / A / [X] B / C   |   0 / A / B / C
ii. Extent: 0 / [X] 1 / 2 / 3  |   0 / 1 / 2 / 3
Face On iii. Extent: 0 / [X] 1 / 2 / 3  |  0 / 1 / 2 / 3

**3D. PLEURAL CALCIFICATION**

| | SITE | EXTENT | | SITE | EXTENT |
|---|---|---|---|---|---|
| a. Diaphragm | O R | 0 1 2 3 | a. Diaphragm | O L | 0 1 2 3 |
| b. Wall | O R | 0 1 2 3 | b. Wall | O L | 0 1 2 3 |
| c. Other Sites | O R | 0 1 2 3 | c. Other Sites | O L | 0 1 2 3 |

Proceed to Section 4

**4A. ANY OTHER ABNORMALITIES?**
YES ☐ Complete 4B and 4C    NO [X] Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**
| o | ax | bu | ca | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | pi | px | rp | tb |

REPORT ITEMS WHICH MAY BE OF PRESENT CLINICAL SIGNIFICANCE IN THIS SECTION.    (Specify od.) [od]

Date Personal Physician notified?    Mo. / Day / Yr.

**4C. OTHER COMMENTS** _____

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C?    Yes / No    Proceed to Section 5

**5A. FACILITY PROVIDING ROENTGENOGRAPHIC EXAMINATION:** _____
DOL Medical Provider Number (if applicable): _____
Was film taken by a registered radiographer/radiographic technologist? ☐ Yes ☐ No    State _____
Name _____    Registration No. _____

**5B. Physician Interpreting Film (Print Name):** _____
Are you: Board-certified Radiologist? ☐ Yes ☐ No    Board-eligible radiologist? ☐ Yes [X] No    B-reader? [X] Yes ☐ No

**5C.** I certify that this film has been interpreted in accordance with the instructions provided on Form CM-954a and/or 20 CFR 718, Subpart B, 718.102 and Appendix A.

PHYSICIAN'S SIGNATURE: _[signature]_    DATE OF READING: 3/8/99