# Exhibit 19

**Dr. Andrew W. Harron, D.O.**
**1617 34th Court**
**Kenosha, WI 53144**
**(262) 553-1036**

Monday, October 14, 2002

O'Quinn, Laminack & Pirtle
440 Louisiana Avenue
Houston, TX  77002

    RE:
        SSN:    -4145
        DOB: 02/24/52

    I certify that on 09/14/02 I examined the above client in Vicksburg, MS.

    The work history provided to me indicates that the client had an occupational exposure to silica from 1971-1980, while working for Mid State Steel in Greenville, MS as an operator and a welder around sandblasting. The client's chest x-ray reveals the possibility of cancer in the right midzone, for which the client was advised to see her doctor. The client complains of shortness of breath. My physical exam reveals there is no clubbing or cyanosis of the fingers. There is no ankle edema. There are no abnormal breath sounds. The client denies having cancer. The client denies having tuberculosis. The client denies having connective tissue disease. The client reports smoking one-half of a pack of cigarettes per day for fifteen years. The client was advised to stop smoking for her health and the health of those with whom she lives.

    On the basis of this client's history of occupational exposure to silica,           could have silicosis.

    Since silica exposure is associated with an increased incident of cor pulmonale, progressive pulmonary fibrosis, spontaneous pneumothorax, autoimmune connective tissue diseases such as scleroderma, rheumatoid arthritis, systemic lupus erythematosus and others, tuberculosis, renal complications and lung cancer, this person should be examined frequently by her physician for possible early detection and treatment of these processes.

Pulmonary Function:  Test not performed

Signature: _____    Date: 10/14/02
        Andrew W. Harron, D.O.

AWH/msh

REDACTED

MDL-1553-NandM-624648