# Exhibit 22

# MORRIS, SAKALARIOS & BLACKWELL, PLLC

F. MARVIN MORRIS, III
SARA MORRIS FARRIS

ANTHONY SAKALARIOS
CHARLES BLACKWELL

201 Hardy Street
Hattiesburg, MS 39401

Telephone (888) 716-2404
Facsimile (601) 544-3343

## PFT Note -

DATE: 01/29/02

Tony says to send pft without having the med evaluation.  The reason is cause not only does the patient live in another state, but the doctor who did the pft put on there that the lack of restrictive change would be unusual in asbestosis; therefore, it probably isn't worth the cost for the client to go back to doctor to get a medical evaluation if the doctor is going to put stuff like that in his report.

REDACTED