# Exhibit 23

WR GRACE PIQ 39046-0001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE and CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

10315607073538

000797073538

YOU HAVE RECEIVED THIS QUESTIONNAIRE BECAUSE GRACE BELIEVES THAT YOU HAD SUED ONE OR MORE OF THE DEBTORS LISTED IN APPENDIX A ATTACHED TO THIS QUESTIONNAIRE BEFORE GRACE FILED FOR BANKRUPTCY ON APRIL 2, 2001 FOR AN ASBESTOS-RELATED PERSONAL INJURY OR WRONGFUL DEATH CLAIM, AND THAT CLAIM WAS NOT FULLY RESOLVED.

IF YOU HAVE SUCH A CLAIM, YOU MUST COMPLETE AND SUBMIT THIS QUESTIONNAIRE BY JANUARY 12, 2006 TO RUST CONSULTING, INC., THE CLAIMS PROCESSING AGENT, AT ONE OF THE FOLLOWING ADDRESSES:

|  |  |
|---|---|
| IF SENT BY U.S. MAIL | IF SENT BY FEDERAL EXPRESS, UNITED PARCEL SERVICE, OR A SIMILAR HAND DELIVERY SERVICE |
| RUST CONSULTING, INC. | RUST CONSULTING, INC. |
| CLAIMS PROCESSING AGENT | CLAIMS PROCESSING AGENT |
| RE: W.R. GRACE and CO. BANKRUPTCY | RE: W.R. GRACE and CO. BANKRUPTCY |
| P.O. BOX 1620 | 201 S. LYNDALE AVE. |
| FAIRBAULT, MN 55021 | FAIRBAULT, MN 55021 |

A QUESTIONNAIRE (AND ANY AMENDMENTS OR ADDITIONAL DOCUMENTS IN SUPPORT OF THE QUESTIONNAIRE) WILL NOT BE CONSIDERED UNLESS RECEIVED BY RUST CONSULTING, INC. BY JANUARY 12, 2006.

THIS QUESTIONNAIRE IS AN OFFICIAL DOCUMENT APPROVED BY THE COURT IN CONNECTION WITH ESTIMATING GRACE'S ASBESTOS-RELATED PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AS A WHOLE. THE QUESTIONNAIRE IS BEING USED BY W. R. GRACE AS A MEANS TO SEEK INFORMATIN ABOUT YOUR ASBESTOS CLAIM. BY TIMELY RETURNING THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE, GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION.

THE COURT HAS ORDERED THAT, AS PART OF THE DISCOVERY PROCESS, ALL HOLDERS OF PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS MUST COMPLETE AND RETURN THIS QUESTIONNAIRE. THUS, FAILURE TO TIMELY RETURN THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE MAY RESULT IN SANCTIONS AND/OR OTHER RELIEF AVAILABLE UNDER APPLICABLE FEDERAL RULES.

BECAUSE YOUR CLAIM WILL BE EVALUATED IN ACCORDANCE WITH THE TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION, COMPLETION OF THIS QUESTIONNAIRE DOES NOT MEAN THAT YOUR CLAIM WILL EITHER BE ALLOWED OR PAID. TO THE EXTENT YOU ATTACH TO THIS QUESTIONNAIRE DOCUMENTS ALSO NEEDED BY THE TRUST TO PROCESS YOUR CLAIM, SUCH DOCUMENTS WILL BE PROVIDED TO THE TRUST AND YOU WILL NOT NEED TO RESUBMIT THEM.

i

WR GRACE PIQ 38046-0002

## INSTRUCTIONS

**A. GENERAL**

1. This Questionnaire refers to any lawsuit that you filed before April 2, 2001 for an "asbestos-related personal injury or wrongful death claim." This term is intended to cover any lawsuit alleging any claim for personal injuries or damages that relates to: (a) exposure to any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors (or any of their respective past or present affiliates, or any of the predecessors of any of the Debtors or any of their respective past or present affiliates), or (b) exposure to vermiculite mined, milled or processed by the Debtors (or any of their respective past or present affiliates). It includes claims in the nature of or sounding in tort, or under contract, warranty, guarantee, contribution, joint and several liability, subrogation, reimbursement, or indemnity, or any other theory of law or equity, or admiralty for, relating to, or arising out of, resulting from, or attributable to, directly or indirectly, death, bodily injury, sickness, disease, or other personal injuries or other damages caused, or allegedly caused, directly or indirectly, and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors. It includes all such claims, debts, obligations or liabilities for compensatory damages such as loss of consortium, personal or bodily injury (whether physical, emotional or otherwise), wrongful death, survivorship, proximate, consequential, general, special, and punitive damages.

2. Your Questionnaire will be deemed filed only when it has been received by Rust Consulting Inc., the Claims Processing Agent, via U. S. Mail, Federal Express, United Parcel Service or a similar hand delivery service. A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will not be accepted and will not be deemed filed. Do not send any Questionnaire to the Debtors, counsel for the Debtors, the Future Claimants Representative, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel. Questionnaires that are filed with or sent to anyone other than Rust Consulting, Inc. will be deemed not to have been submitted, and such Questionnaires will not be considered.

3. Your completed Questionnaire must (i) be written in English, and (ii) attach relevant supporting materials as instructed further below.

4. All holders of claims described on page i (and as described in further detail in Instruction A (1) above) are required to file this Questionnaire by Jan. 12, 2006. Your Questionnaire will be used in connection with the estimation hearing to be conducted by the Court pursuant to the Estimation Procedures Order (a copy of which is attached as Appendix B).

5. Any subsequent amendment to the Questionnaire will not be considered for any purpose unless received by Jan. 12, 2006.

**B. PART I -- Identity of Injured Person and Legal Counsel**

Respond to all applicable questions. If you are represented by a lawyer, then in Part I (b), please provide your lawyer's name and the name, telephone number and address of his/her firm. If you are represented by a lawyer, he/she must assist in the completion of this Questionnaire. Also, if you would prefer that the Debtors send any additional materials only to your lawyer, instead of sending such materials to you, then check the box indicating this in Part I (b).

All references to "you" or the like in Part I through X shall mean the injured person. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete this Questionnaire.

**C. PART II -- Asbestos-Related Condition(s)**

Please indicate all asbestos-related medical conditions for which you have been diagnosed. To complete questions related to injuries, medical diagnoses, and/or conditions, please use the following categories of customarily diagnosed conditions:

* Mesothelioma
* Asbestos-Related Lung Cancer
* Other Cancer (colon, laryngeal, esophageal, pharyngeal, or stomach)
* Clinically Severe Asbestosis
* Asbestosis
* Other Asbestos Disease

If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**Supporting Documents for Diagnosis:** This Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that support or conflict with your diagnosis.

**X-rays and B-reads:** Please attach all x-ray reading and reports. You may, but are not required to, attach chest x-rays. The Court, however, has ruled that Grace may seek access to chest x-rays upon request.

**Pulmonary Function Tests:** Please attach all pulmonary function test results, including the actual raw data and all spirometric tracings, on which the results are based.

WR GRACE PIQ 39046-0003

**D. PART III -- Direct Exposure to Grace Asbestos-Containing Products**

In Part III, please provide the requested information for the job and site at which you were exposed to Grace asbestos-containing products. Indicate the dates of exposure to each Grace asbestos-containing product. If your exposure was a result of your employment, use the list of occupation and industry codes below to indicate your occupation and the industry in which you worked at each site. If you allege exposure to Grace asbestos-containing products at multiple sites, the Court has ordered that you must complete a separate Part III for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

Attach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the disease.

## Occupation Codes

01. Air conditioning and heating installer/maintenance
02. Asbestos Miner
03. Asbestos plant worker/asbestos manufacturing worker
04. Asbestos removal/abatement
05. Asbestos sprayer/spray gun mechanic
06. Assembly line/factory/plant worker
07. Auto mechanic/bodywork/brake repairman
08. Boilermaker
09. Boiler repairman
10. Boiler worker/cleaner/inspector/engineer/installer
11. Building maintenance/building superintendent
12. Brake manufacturer/installer
13. Brick mason/layer/hod carrier
14. Burner operator
15. Carpenter/woodworker/cabinetmaker
16. Chipper
17. Clerical/office worker
18. Construction - general
19. Custodian/janitor in office/residential building
20. Custodian/janitor in plant/manufacturing facility
21. Electrician/inspector/worker
22. Engineer
23. Firefighter
24. Fireman
25. Flooring installer/tile installer/tile mechanic
26. Foundry worker
27. Furnace worker/repairman/installer
28. Glass worker
29. Heavy equipment operator (includes truck, forklift, crane)
30. Insulator

31. Iron worker
32. Joiner
33. Laborer
34. Longshoreman
35. Machinist/machine operator
36. Millwright/mill worker
37. Mixer/bagger
38. Non-asbestos miner
39. Non-occupational/residential
40. Painter
41. Pipefitter
42. Plasterer
43. Plumber - install/repair
44. Power plant operator
45. Professional (e.g., accountant, architect, physician)
46. Railroad worker/carman/brakeman/machinist/conductor
47. Refinery worker
48. Remover/installer of gaskets
49. Rigger/stevedore/seaman
50. Rubber/tire worker
51. Sandblaster
52. Sheet metal worker/sheet metal mechanic
53. Shipfitter/shipwright/ship builder
54. Shipyard worker (md. repair, maintenance)
55. Steamfitter
56. Steelworker
57. Warehouse worker
58. Welder/blacksmith
59. Other

## Industry Codes

001. Asbestos abatement/removal
002. Aerospace/aviation
100. Asbestos mining
101. Automotive
102. Chemical
103. Construction trades
104. Iron/steel
105. Longshore
106. Maritime
107. Military (other than U.S. Navy)
108. Non-asbestos products manufacturing

109. Petrochemical
110. Railroad
111. Shipyard-construction/repair
112. Textile
113. Tire/rubber
114. U.S. Navy
115. Utilities
116. Grace asbestos manufacture or milling
117. Non-Grace asbestos manufacture or milling
118. Other

WR GRACE PIQ 38046-0004

**E.  PART IV -- Indirect Exposure to Grace Asbestos-Containing Products**

In Part IV, please provide the information requested for any injury alleged to have been caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person.  If you allege exposure through contact/proximity with multiple injured persons, please complete a separate Part IV for each injured person.  For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.

**F.  PART V -- Exposure to Non-Grace Asbestos-Containing Products**

In Part V, please provide the requested information for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products.  If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate Part V for each party.  If exposure was in connection with your employment, use the list of occupation and industry codes in Part III to indicate your occupation and the industry in which you worked.  For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

**G.  PART VI -- Employment History**

In Part VI, please provide the information requested for each industrial job you have held, other than jobs already listed in Part III or V.  Use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked each job.  Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**H.  PART VII -- Litigation and Claims Regarding Asbestos and/or Silica**

In Part VII, please describe any lawsuits and/or claims that were filed by you or on your behalf regarding asbestos or silica.

**I.  PART VIII -- Claims by Dependents or Related Persons**

Part VIII is to be completed only by dependents or related persons (such as spouse or child) of an injured person who sued the Debtors before April 2, 2001 for an asbestos-related personal injury or wrongful death claim against Grace not involving physical injury to him-/herself on account of his/her own exposure.  One example of such a claim would be a claim for loss of consortium.  If you are asserting such a claim, complete the entire Questionnaire, providing all information and documentation regarding the injured person.

**J.  PART IX -- Supporting Documentation**

In Part IX, please mark the boxes next to each type of document that you are submitting with this Questionnaire.  As indicated in the instructions to Parts II and III, this Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that (a) support or conflict with your diagnosis and/or (b) establish exposure to Grace asbestos-containing products as having a substantial causal role in the development of the medical diagnoses, and/or conditions claimed.  Original documents provided to Grace will be returned within a reasonable time after its professionals and experts have reviewed the documents.

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation.  Please indicate the documents for which you are seeking reimbursement and attach a receipt for such cost.

**K.  PART X -- Attestation that Information is True, Accurate and Complete**

By signing Part X, you, the injured person, are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Questionnaire is true, accurate and complete.  If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete and sign Part X on behalf of the injured person.

The legal representative of the injured person must complete and sign Part X where indicated.

WR GRACE PIQ 36046-0006

**PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL**

**a.** **GENERAL INFORMATION**     **REDACTED**

1. Name of Claimant: _____   . Gender: _____

   First        MI        Last

3. Race (for purposes of evaluating Pulmonary Function Test results):...............................................

4. Last Four Digits of Social Security Number: ___       5. Birth Date: _____

6. Mailing Address: _____   OH

7. Daytime Telephone Number: .........................................................

**b.** **LAWYER'S NAME AND FI**

1. Name of Lawyer:     Alan R. Brayton

2. Name of Law Firm With Which Lawyer is Affiliated:   Brayton Purcell, L.L.P.

3. Mailing Address of Firm:   222 Rush Landing Road, P.O. Box 6169, Novato, CA  94948-6169

4. Law Firm's Telephone Number or Lawyer's Direct Line: ........   415-898-1555

   [X] Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in
   lieu of sending such materials to you.

**c.** **CAUSE OF DEATH (IF APPLICABLE)**

1. Is the injured person living or deceased? ............................................   [ ] Living   [X] Deceased

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire complete the following

   Primary Cause of Death (as stated in the Death Certificate)    Per F.R.C.P. 33(d), See attached death certificate

   Contributing Cause of Death (as stated in the Death Certificate)    Per F.R.C.P. 33(d), See attached death certificate

**PART II: ASBESTOS-RELATED CONDITION(S)**

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to
this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating
to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent
diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are
attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged:

   [ ] Asbestos-Related Lung Cancer        [✓] Mesothelioma

   [ ] Asbestosis                          [ ] Other Cancer (cancer not related to lung cancer or mesothelioma)

   [ ] Other Asbestos Disease              [ ] Clinically Severe Asbestosis

   a. **Mesothelioma:**   If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following
      (check all that apply): **Per F.R.C.P. 33(d), See Attached Medical Documents**

   [ ] diagnosis from a pathologist certified by the American Board of Pathology

   [ ] diagnosis from a second pathologist certified by the American Board of Pathology

   [ ] diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the
   development of the condition

   [ ] other (please specify):_____

1

REC'D JUL 12 2006

PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE PIQ 39046-0006

b.  **Asbestos-Related Lung Cancer:**  If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's 2000 International Classification of Radiographs of Pneumoconises and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's 2000 International Classification of Radiographs of Pneumoconises and (b) by a second  B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's 2000 International Classification of Radiographs of Pneumoconioses and (b) by a B-reader certified by the National Institute for Occupational Safety and Health.

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's 2000 International Classification of Radiographs of Pneumoconioses and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health.

☐ diffuse pleural thickening as defined in the International Labour Organization's Guidelines for the Use of the ILO Internationa Classification of Radiographs and Pneumoconioses (2000)

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

☐ other (please specify):_____

c.  **Other Cancer:**

(i)  If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ Colon        ☐ Pharyngeal        ☐ Esophageal        ☐ Laryngeal        ☐ Stomach

☐ Other, please specify:

(ii)  Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's 2000 International Classification of Radiographs of Pneumoconises and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's 2000 International Classification of Radiographs of Pneumoconises and (b) by a second  B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

☐ other (please specify):_____

2

WR GRACE PIQ 39046-0007

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

d. **Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's 2000 International Classification of Radiographs of Pneumoconioses and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's 2000 International Classification of Radiographs of Pneumoconioses and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standard set forth in the American Thoracic Society's Lung Function Testing; Selection of Reference Values and Interpretive Strategies, demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standard set forth in the American Thoracis Society's Lung Function Testing; Selection of Reference Values and Interpretive Strategies, demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

☐ other (please specify):_____

e. **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's 2000 International Classification of Radiographs of Pneumoconioses by a B-reader certifed by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses (2000)

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's 2000 International Classification of Radiographs of Pneumoconioses by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standard set forth in the American Thoracics Society's Lung Function Testing; Selection of Reference Values and Interpretive Strategies, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

☐ other (please specify):_____

3

WR GRACE PIQ 39046-0008

## PART II. ASBESTOS-RELATED CONDITION(S) (Continued)

**f.  Other Asbestos Disease:**  If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on one of the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ diagnosis determined by pathology

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's 2000 International Classification of Radiographs of Pneumoconioses by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following:  (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses (2000)

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's 2000 International Classification of Radiographs of Pneumoconioses by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following:  (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses (2000)

☐ a chest x-ray reading other than those described above

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's Lung Function Testing;  Selection of Reference Values and Interpretive Strategies, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a pulmonary function test other than those described above

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐ a CT Scan or similar testing

☐ a diagnosis other than those above

☐ other (please specify): _____

[REMAINDER OF PAGE INTENTIONALLY BLANK]

4

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE PIQ 39046-0009

2.  **Information Regarding Diagnosis**

Date of Diagnosis: _____ Per F.R.C.P. 33(d), See Attached Meds

Diagnosing Doctor's Name: _____ Per F.R.C.P. 33(d), See Attached Meds

Diagnosing Doctor's Specialty: _____ Per F.R.C.P. 33(d), See Attached Meds

Diagnosing Doctor's Mailing Address: _____ Per F.R.C.P. 33(d), See Attached Meds

Diagnosing Doctor's Daytime Telephone Number: _____ Per F.R.C.P. 33(d), See Attached Meds

With respect to your relationship to the diagnosing doctor, check all applicable boxes:

| | Yes | No |
|---|---|---|
| Was the diagnosing doctor your personal physician? | ☐ Yes | ☑ No |
| Was the diagnosing doctor paid for the diagnostic services that he/she performed? | ☑ Yes | ☐ No |

If yes, please indicate who paid for the services performed: _Claimant_____

| | Yes | No |
|---|---|---|
| Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? | ☐ Yes | ☑ No |
| Was the diagnosing doctor referred to you by counsel? | ☑ Yes | ☐ No |
| Are you aware of any relationship between the diagnosing doctor and your legal counsel? | ☐ Yes | ☑ No |

If yes, please explain: _____

| | Yes | No |
|---|---|---|
| Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis? _____ | ☐ Yes | ☐ No |
| Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis? _____ | ☐ Yes | ☐ No |
| Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? _____. Per F.R.C.P. 33(d), See Attached Meds | ☐ Yes | ☐ No |
| Did the diagnosing doctor perform a physical examination? Per F.R.C.P. 33(d), See Attached Med | ☐ Yes | ☐ No |
| Do you currently use tobacco products? _____ Per F.R.C.P. 33(d), See Attached Meds/Rogs | ☐ Yes | ☐ No |
| Have you ever used tobacco products? _____ Per F.R.C.P. 33(d), See Attached Meds/Rogs | ☐ Yes | ☐ No |

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:* Per F.R.C.P. 33(d), See Attached Rogs and/or Medicals

☐ Cigarettes    Packs Per Day (half pack = .5) _____    Start Year __ __ __    End Year __ __ __ __

☐ Cigars    Cigars Per Day _____    Start Year __ __ __    End Year __ __ __ __

☐ If other Tobacco Products, please specify (e.g., chewing tobacco): _____

Amount Per Day _____    Start Year __ __ __    End Year __ __ __ __

| | Yes | No |
|---|---|---|
| Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? | ☐ Yes | ☐ No |

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:* Per F.R.C.P. 33(d), See Attached Interrogatories and/or Medicals

3.  **Information Regarding Chest X-Ray**    Per F.R.C.P. 33(d), See attached medical docs.

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐ Mobile laboratory    ☐ Job site    ☐ Union Hall    ☐ Doctor office    ☐ Hospital    ☐ Other: _____

Address where chest x-ray taken: _____

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE PIQ 39046-0010

4. **Information Regarding Chest X-Ray Reading**

Date of Reading: ___ ___ / ___ ___ / ___ ___ ___ ___

Name of Reader: _____

Reader's Daytime Telephone Number: _____ (___ ___ ___) ___ ___ ___ - ___ ___ ___ ___

Reader's Mailing Address: _____

With respect to your relationship to the reader, check all applicable boxes:

Was the reader paid for the diagnostic services that he/she performed? ☐ Yes ☐ No

If yes, please indicate who paid for the services performed: _____

Did you retain counsel in order to receive any of the services performed by the reader? ☐ Yes ☐ No

Was the reader referred to you by counsel? ☐ Yes ☐ No

Are you aware of any relationship between the reader and your legal counsel? ☐ Yes ☐ No

If yes, please explain: _____

Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?
_____ ☐ Yes ☐ No

If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:

5. **Information Regarding Pulmonary Function Test:**    Date of Test: ___ ___ / ___ ___ / ___ ___ ___ ___

List your height in feet and inches when test given: _____ ft _____ inches

List your weight in pounds when test given: _____ lbs

Total Lung Capacity (TLC): _____ % of predicted

Forced Vital Capacity (FVC): _____ % of predicted

FEV1/FVC Ratio: _____ % of predicte

Name of Doctor Performing Test (if applicable): _____

Doctor's Specialty: _____

Name of Clinician Performing Test (if applicable): _____

Testing Doctor or Clinician's Mailing Address: _____

Testing Doctor or Clinician's Daytime Telephone Number: _____ (___ ___ ___) ___ ___ ___ - ___ ___ ___ ___

Name of Doctor Interpreting Test: _____

Doctor's Specialty: _____

Interpreting Doctor's Mailing Address: _____

Interpreting Doctor's Daytime Telephone Number: _____ (___ ___ ___) ___ ___ ___ - ___ ___ ___ ___

6



## PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:

If the test was performed by a doctor, was the doctor your personal physician? ☐ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician? ☐ Yes ☐ No

Was the testing doctor or clinician referred to you by counsel? ☐ Yes ☐ No

Are you aware of any relationship between the reader and your legal counsel? ☐ Yes ☐ No

*If yes, please explain:* _____

Was the reader certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test? ☐ Yes ☐ No

With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:

Was the doctor your personal physician? ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ☐ Yes ☐ No

Was the doctor referred to you by counsel? ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ☐ Yes ☐ No

*If yes, please explain:* _____

Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?.......................... ☐ Yes ☐ No

6. **Information Regarding Pathology Reports:** **Per F.R.C.P. 33(d), See Attached Path Results**

Date of Pathology Report: ................................................................ __ __ / __ __ / __ __ __ __

Name of Doctor Issuing Report: _____

Doctor's Specialty: _____

Doctor's Mailing Address: _____

Doctor's Daytime Telephone Number: _____ ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

Was the doctor your personal physician? ☐ Yes ☑ No

Was the doctor paid for the services that he/she performed? ☑ Yes ☐ No

*If yes, please indicate who paid for the services performed* __Claimant__

Did you retain counsel in order to receive any of the services performed by the doctor? ☐ Yes ☑ No

Was the doctor referred to you by counsel? ☑ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ☐ Yes ☑ No

*If yes, please explain:* _____

Was the doctor certified as a pathologist by the American Board of Pathology at the time of diagnosis ☐ Yes ☐ No

WR GRACE PIQ 39046-0012

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

7. With respect ot the condition alleged, have you received medical treatment from a doctor for the condition

   Per F.R.C.P. 33(d), see attached documentation ................................................................ ☐ Yes    ☐ No

   *If yes, please complete the following:*

   Name of Treating Doctor: _____

   Treating Doctor's Specialty: _____

   Treating Doctor's Mailing Address: _____

   Treating Doctor's Daytime Telephone Number: _____ (_____) _____ - _____

   Was the doctor paid for the services that he/she performed: ------------------------------ ☑ Yes    ☐ No

   *If yes, please indicate who paid for the services performed:*  Claimant

   Did you retain counsel in order to recive any of the services performed by the doctor?------------ ☐ Yes    ☑ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

8

WR GRACE PIQ 39046-0013

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to who/how you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally install Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

Pursuant to F.R.C.P. 33(G), please see attached Interrogatory Responses and W.R. Grace and Company PIQ documentation.

Site of Exposures

Site Name: _____    Location: _____

Site Type: ☐ Residence ☐ Business    Site Owner: _____

Employer During Exposure: _____    Unions of which you were a member during your employment: _____

| | Product(s) to which you were exposed | Dates and Frequency During Which You Were Present at Site (Approx. days/year) | Occupation Code (See Codes in Instructions to Part III) | Industry Code (See Codes in Instructions to Part III) | Were you present at the site while the install product was being installed, mixed, removed or cut? | Nature of Exposure |
|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| Job 4 Description: | | | | | | |
| Job 5 Description: | | | | | | |
| Job 6 Description: | | | | | | |

9

**PART IV. INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS**

WR GRACE PIQ 39046-0014

1. Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person? ....................................................................... ☐ Yes  ☑ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. Please indicate the following information regarding the other injured person:

   Name of Other Injured Person:                          Gender:  ☐ Male  ☐ Female

   Last Four Digits of Social Security Number:            Birth Date:

3. What is your Relationship to Other Injured Person: ............................................ ☐ Spouse  ☐ Child  ☐ Other

4. Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products

5. Dates Other Injured Person was Exposed to Graces Asbestos-Containing Products:

6. Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product

7. Has the Other Injured Person filed a lawsuit related to his/her exposure? ....................................... ☐ Yes  ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   Caption:

   Case Number:                                          File Date:

   Court Name:

8. Nature of Your Own Exposure to Grace Asbestos-Containing Product:

9. Dates of Your Own Exposure to Grace Asbestos-Containing Product:

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WR GRACE PIQ 39046-0015

## PART IV: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker in a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

Pursuant to F.R.C.P. 33(d), please see attached Interrogatory Response and Non-W.R. Grace and Company PIQ documentation.

Party Against which Lawsuit or Claim was filed: _____

| | Occupation Code / Industry Code | Dates of Exposure (Start and End Dates) (month/year to month/year) | Weeks Per Year | Hours Per Week | Were you present where asbestos-containing products were being installed, mixed, removed, or cut? (Please indicate letter corresponding to your answer.) | Nature of Exposure |
|---|---|---|---|---|---|---|
| **Site of Exposure 1** | | | | | | |
| Site Name: _____ | | | | | | |
| Address: _____ | | | | | | |
| City and State: _____ | | | | | | |
| Site Owner: _____ | | | | | | |
| Job 1 Description: _____ | | | | | | |
| Job 2 Description: _____ | | | | | | |
| Job 3 Description: _____ | | | | | | |
| **Site of Exposure 2** | | | | | | |
| Site Name: _____ | | | | | | |
| Address: _____ | | | | | | |
| City and State: _____ | | | | | | |
| Site Owner: _____ | | | | | | |
| Job 1 Description: _____ | | | | | | |
| Job 2 Description: _____ | | | | | | |
| Job 3 Description: _____ | | | | | | |
| **Site of Exposure 3** | | | | | | |
| Site Name: _____ | | | | | | |
| Address: _____ | | | | | | |
| City and State: _____ | | | | | | |
| Site Owner: _____ | | | | | | |
| Job 1 Description: _____ | | | | | | |
| Job 2 Description: _____ | | | | | | |
| Job 3 Description: _____ | | | | | | |

11

WR GRACE PIQ 39046-0016

## PART VI: EMPLOYMENT HISTORY

Other than jobs listed in Part III, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Per F.R.C.P. 33(d), Please See Attached Interrogatories and PID reports**

Occupational Code: _____ If Code 59, specify: _____

Industry Code: _____ If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __      End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
                    Address

City                                    State/Province                    Zip/Postal Code

Occupational Code: _____ If Code 59, specify: _____

Industry Code: _____ If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __      End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
                    Address

City                                    State/Province                    Zip/Postal Code

Occupational Code: _____ If Code 59, specify: _____

Industry Code: _____ If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __      End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
                    Address

City                                    State/Province                    Zip/Postal Code

Occupational Code: _____ If Code 59, specify: _____

Industry Code: _____ If Code 118, specify: _____

Employer: _____

Beginning of Employment: __ __ / __ __ / __ __ __ __      End of Employment: __ __ / __ __ / __ __ __ __

Location: _____
                    Address

City                                    State/Province                    Zip/Postal Code

12

**PART VII: LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR SILICA**

WR GRACE PIQ 39046-0017

## a. LITIGATION

1. Have you ever been a plaintiff in a lawsuit regarding asbestos or silica?...............  ☑ Yes  ☐ No

   *If yes, please complete the rest of this Part VII(a) for each lawsuit. For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2. Please provide the caption, case number, file date, and court name for the lawsuit you filed

   Caption: ___Per F.R.C.P. 33(d), Please See Attached Court Documents___

   Case Number: ___311064___                    File Date: __ __ __ 3/28/2000 __ __ __

   Court Name: ___Superior Court of the State of California___

3. Was Grace a defendant in the lawsuit? ...............................................................  ☑ Yes  ☐ No

4. Was the lawsuit dismissed against any defendant? ..........................................  ☑ Yes  ☐ No

   *If yes, please provide as the basis for dismissal of the lawsuit against each defendant:*

   ___Various, decided not to pursue at this time___

5. Has a judgment or verdict been entered? ..........................................................  ☐ Yes  ☐ No

   *If yes, please indicate verdict amount for each defendant(s):* _____

6. Was a settlement agreement reached in this lawsuit? .....................................  ☐ Yes  ☐ No

   *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

   a. Settlement amount for each defendant: _____ For #6 (a-d): Objection. The information sought is not relevant, is —
   b. Applicable defendants: _____ confidential, and in many instances, subject to confidentiality
   c. Disease or condition alleged: _____ provisions permitting disclosure only by court order. —
   d. Disease or condition settled (if different than disease or condition alleged: _____

7. Were you deposed in this lawsuit? ......................................................................  ☑ Yes  ☐ No

   *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

## b. CLAIMS

1. Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? ............................................  ☑ Yes  ☐ No

   *If yes, please complete the rest of this Part VII(b). If no, please skip to Part VIII. Per F.R.C.P. 33(d), Please See Attached Claim Summary*

2. Date the claim was submitted: .................................................. __ __ / __ __ / __ __ __ __

3. Person or entity against whom the claim was submitted: _____

4. Description of claim: ___Claim for asbestos-related disease as explained above.___

5. Was claim settled? ................................. For #5 through #7: Objection. The information sought is not  Yes  ☐ No
6. Please indicate settlement amount: ...... relevant, is confidential, and in many instances, subject to confidentiality provisions permitting disclosure only by court order.

7. Was the claim dismissed or otherwise disallowed or not honored? .....................  ☐ Yes  ☐ No

   *If yes, provide the basis for dismissal of the claim:* _____

13

**PART VIII:  CLAIMS BY DEPENDENTS OR RELATED PERSONS**

Name of Dependent or Related Person:                        Gender: ☑ Male  ☐ Female

**REDACTED**

Last Four Digits of Social Security Number                  h Date: __ __ / __ __ / __ __ __ __

Fianancially Dependent: ..................................................................................................  ☐ Yes  ☑ No

Relationship to Injured Party:  ☐ Spouse  ☑ Child  ☐ Other  If other, please specify _____

Mailing Address:  6507 Tudor Circle  Brecksville, OH  44141

Daytime Telephone Number: ...........................................  ( __ __ __ ) __ __ __ - __ __ __ __

**PART IX:  SUPPORTING DOCUMENTATION**

Please use the checklists below to indicate which documents you are submitting with this form.

**Copies:**

☑ Medical records and/or report containing a diagnosis          ☐ X-rays

☐ Lung function test results                                   ☐ X-ray reports/interpretations

☐ Lung function test interpretations                           ☐ CT Scans

☑ Pathology reports                                            ☐ CT scan reports/interpretations

☐ Supporting documentation of exposure to Grace                ☐ Depositions from lawsuits indicated in Part VII
   asbestos-containing products                               of this Questionnaire

☐ Supporting documentation of other asbestsos exposure         ☑ Death Certificate

**Originals:**

☐ Medical records and/or report containing a diagnosis          ☐ X-rays

☐ Lung function test results                                   ☐ X-ray reports/interpretations

☐ Lung function test interpretations                           ☐ CT Scans

☐ Pathology reports                                            ☐ CT scan reports/interpretations

☐ Supporting documentation of exposure to Grace                ☐ Depositions from lawsuits indicated in Part VII
   asbestos-containing products                               of this Questionnaire

☐ Supporting documentation of other asbestsos exposure         ☐ Death Certificate

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation.  Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

**PART X:  ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE**

The information provided in this Questionnaire must be accurate and truthful.  This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim.  The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both.  18 U.S.C. §§ 152 3571.

**TO BE COMPLETED BY THE INJURED PERSON.**

I swear, <u>under penalty of perjury</u>, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete.

Signature: _____          Date: __ __ / __ __ / __ __ __ __

Please Print Name: _____

**TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.**

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: _____          Date: 07/10/2006

Please Print Name:  Jacqueline K. Loveless

24240.001

**W.R. GRACE AND COMPANY PID:**　　　　**REDACTED**



WR GRACE PIQ 39046-0019

| Jobsite: | | Dates Product ID'd at Site: | |
| --- | --- | --- | --- |
| | | Start | End |

**W.R. Grace and Company**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,　SHIPS PRESENT:　GENERAL　01/01/43　01/01/99
JOHN

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA　　　　01/01/43　12/31/74

## NON W.R. GRACE AND COMPANY PID:     REDACTED



WR GRACE PIQ 39046-0020

| Jobsite: | Dates Product ID'd at Site: | |
|---|---|---|
| | Start | End |

### A C and S, Inc.
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | / / | 12/31/78 |
|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/44 | 12/31/66 |

### A.P. Green Industries, Inc.
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | 01/01/31 | 12/31/81 |
|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE | 11/30/42 | 07/01/72 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | 12/31/73 |

### A.P. Green Services, Inc.
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | 02/28/41 | 02/28/41 |
|---|---|---|

### A.W. Chesterton Company
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | 01/01/27 | 12/31/42 |
|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/43 | 12/31/73 |

### ABB Lummus Global, Inc.
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE | 01/01/42 | 12/31/61 |
|---|---|---|

### ALSTOM Heat Exchange Division
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | / / | 08/21/61 |
|---|---|---|

### Advanced Electric, Inc.
| FORT ORD--MONTEREY, CA | 10/11/94 | 01/31/01 |
|---|---|---|

### Aetna Steel Products Corporation
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | / / | / / |
|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/44 | 12/31/46 |

### Airco Welding Products
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/44 | 12/31/46 |
|---|---|---|

### Ajax Electric Company
| FORT ORD--MONTEREY, CA | 10/11/94 | 01/31/01 |
|---|---|---|

### Alcoa Steamship Company, Inc
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | 01/01/40 | 12/31/43 |
|---|---|---|

| Jobsite: | | Dates P St |
|---|---|---|

WR GRACE PIQ 39046-0021

## Allis-Chalmers Corporation Product Liability Trust

| | | | |
|---|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | | 03/21/43 | 07/12/69 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE | | 12/02/40 | 10/13/43 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/01/43 | 12/31/78 |

## Allis-Chalmers Power Systems Inc

| | | | |
|---|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | | 04/02/44 | 06/09/58 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE | | 02/11/41 | 04/07/43 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/01/43 | 12/31/52 |

## Alstom Power Inc.

| | | | |
|---|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | | / / | 08/21/61 |

## Amatex

| | | | |
|---|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / / | 12/31/73 |

## American Asbestos Company

| | | | |
|---|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | | / / | 12/31/78 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / / | 12/31/74 |

## American Laundry Machinery, Division of McGraw Edison Co.

| | | | |
|---|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45 | 03/02/45 |

## American Laundry Machinery, Inc.

| | | | |
|---|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE | | 01/01/42 | 12/31/61 |

## American Locomotive Company

| | | | |
|---|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45 | 03/02/45 |

## American Optical Corporation

| | | | |
|---|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/01/40 | 12/31/44 |

## American President Lines, Ltd.

| | | | |
|---|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | | / / | 12/31/46 |

## American South African Line, Inc.

| | | | |
|---|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE | | / / | 04/30/46 |

## American Wire & Cable Company

| | | | |
|---|---|---|---|
| FORT ORD--MONTEREY, CA | | 10/11/94 | 01/31/01 |

## Amsted Industries Incorporated

| Jobsite: | | Date | |
|---|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | | |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / / | / / |
| **Anaconda Wire and Cable Co.** | | | |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/01/43 | 12/31/73 |
| **Anchor Packing Company, The** | | | |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/01/43 | 12/31/73 |
| **Anderson & Rowe, Inc.** | | | |
| FORT ORD--MONTEREY, CA | | / / | / / |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / / | / / |
| **Armstrong World Industries, Inc.** | | | |
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | / / | 12/31/81 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / / | 12/31/75 |
| **Arnot Marine Corportion** | | | |
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | / / | 12/31/82 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/01/44 | 12/31/46 |
| **Arrow Electric Company, Inc.** | | | |
| FORT ORD--MONTEREY, CA | | 10/11/94 | 01/31/01 |
| **Asbestolith Manufacturing Company** | | | |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ, | SHIPS PRESENT: GENERAL JOHN POPE | / / | 04/30/46 |
| **Atlas Turner, Inc.** | | | |
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | / / | 12/31/78 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / / | 12/31/65 |
| **Atwood & Morrill Co., Inc.** | | | |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45 | 03/02/45 |
| **B.F. Sturtevant** | | | |
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | 10/01/42 | 01/31/43 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ, | SHIPS PRESENT: GENERAL JOHN POPE | 12/16/40 | 12/16/40 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45 | 03/02/45 |
| **Babcock & Wilcox Company** | | | |
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | / / | 12/31/81 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ, | SHIPS PRESENT: GENERAL JOHN POPE | 11/01/37 | 02/28/39 |

WR GRACE PIQ 38046-0022

| Jobsite: | Dates Pr Star |
|---|---|

WR GRACE  PIQ  39046-0028

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA                    / /

## Bachorach Industrial Equipment Company

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA                01/15/45    03/02/45

## Bailey Controls Company

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL    10/30/41    11/01/44
JOHN

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN    11/14/42    02/17/71
POPE

## Bakelite**DO NOT USE, SEE MFR**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA                11/10/42    09/01/65

## Baldwin Locomotives

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA                01/01/43    12/31/60

## Baldwin-Ehret-Hill**use DF BEHILL**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL    01/01/27    12/31/78
JOHN

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN    01/01/40    12/31/42
POPE

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA                    / /    12/31/49

## Bath Iron Works Corporation

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN    03/01/39    06/01/71
POPE

## Bay Cities Asbestos

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL    01/01/44    12/31/48
JOHN

## Belmont Copper Alundum Floor Tile

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA                01/15/45    03/02/45

## Bethlehem Steel Corporation

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL    / /    12/31/82
JOHN

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN    01/01/30    12/31/30
POPE

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA                01/01/41    12/31/46

## Biglow-Liptak Corporation

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL    02/28/41    02/28/41
JOHN

## Blake And Knowles Steam Pump Works

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL    10/01/42    01/31/43
JOHN

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA                10/17/39    07/12/45

## Boston Naval Shipyard

| Jobsite: | | Dates P... Sta... |
|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ, | SHIPS PRESENT: GENERAL JOHN POPE | 12/02... |

WR GRACE PIQ 30046-0024

**Brenton Safety, Inc.**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / / | / / |

**Bridgestone/Firestone North American Tire, LLC**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / / | / / |

**Brooklyn Naval Shipyard**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45 | 03/02/45 |

**Brunner-Metic**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45 | 03/02/45 |

**Buda Engine Co.**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | 11/20/42 | 07/16/94 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ, | SHIPS PRESENT: GENERAL JOHN POPE | 01/01/42 | 12/31/61 |

**Buffalo Forge Company**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45 | 03/02/45 |

**Buffalo Meter Company**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45 | 03/02/45 |

**Buffalo Pumps, Inc.**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | 10/30/41 | 11/01/44 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ, | SHIPS PRESENT: GENERAL JOHN POPE | 01/01/40 | 12/31/61 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45 | 03/02/45 |

**C.H. Wheeler Manufacturing Company**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | 10/01/42 | 01/31/43 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 10/17/39 | 07/12/45 |

**CBS Corporation**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | / / | 12/31/46 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ, | SHIPS PRESENT: GENERAL JOHN POPE | / / | 04/30/46 |
| FORT ORD--MONTEREY, CA | | 10/11/94 | 01/31/01 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/01/42 | 12/31/78 |

**California Safety and Supply Co. **use DF CALSSC****

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / / | / / |

**Carlisle & Finch**

California Safety and Supply Co. **use DF

| Jobsite: | | Dates Pr Sta | |
|---|---|---|---|

WR GRACE PIQ S6046-0025

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | 10/01/ | |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 10/17/39 | 07/12/45 |

**Carrier Corporation**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | 10/01/42 | 01/31/43 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE | 01/01/40 | 12/31/61 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45 | 03/02/45 |

**Caterpillar, Inc.**

| FORT ORD--MONTEREY, CA | 10/11/94 | 01/31/01 |

**Celotex**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | / / | 12/31/78 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE | 01/01/36 | 12/31/44 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | 12/31/74 |

**Century Electric Construction Company**

| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE | 01/01/42 | 12/31/61 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 11/10/42 | 09/01/65 |

**Century Motors**

| FORT ORD--MONTEREY, CA | 10/11/94 | 01/31/01 |

**Certainteed Corporation**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | 01/01/17 | 12/31/78 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE | 01/01/40 | 12/31/46 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | 12/31/73 |

**Charles Ayres Company**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | 01/01/40 | 12/31/82 |

**Charles M. Bailey Company**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45 | 03/02/45 |

**Chevron Products Company**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/44 | 12/31/75 |

**Claremont Company**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | 01/01/36 | 12/31/78 |

**Cochrane Corp.**

WR GRACE PIQ 39046-0026

| Jobsite: | Dates Pro: Start | |
|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 12/16/40 | |
| **Coffin Turbo Pumps, Inc.** | | |
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | / / | 08/31/61 |
| **Columbia Electric** | | |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 01/01/42 | 12/31/61 |
| **Columbia Machine Works** | | |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 01/01/42 | 12/31/61 |
| **Combustion Engineering, Inc.** | | |
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | / / | 12/31/81 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 12/16/40 | 12/16/40 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | 12/31/73 |
| **Condren** | | |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/43 | 12/31/73 |
| **Consolidated Steel Corp., Ltd** | | |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 01/01/40 | 12/31/61 |
| **Copeland Corporation** | | |
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | 10/01/42 | 01/31/43 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 10/17/39 | 07/12/45 |
| **Cory & Josylin** | | |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/43 | 12/31/43 |
| **Crane Co.** | | |
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | 05/08/44 | 01/30/71 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | / / | 04/30/46 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45 | 03/02/45 |
| **Crane Co. Valve Division** | | |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 01/01/40 | 12/31/40 |
| **Crocker-Wheeler Company** | | |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 01/01/42 | 12/31/61 |

Crocker-Wheeler Company

| Jobsite: | Dates F St |  |
|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15 | |

WR GRACE PIQ 39046-0027

**Crosby Valve & Gage Company**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | 10/01/42 | 01/31/43 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE | 12/16/40 | 12/16/40 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 10/17/39 | 07/12/45 |

**Crossfield Products Corp**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | / / | / / |

**Crown Cork & Seal Company, Inc.**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | / / | 12/31/81 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE | 01/01/40 | 12/31/45 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | 12/31/45 |

**Curtis Turbines**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 02/07/43 | 04/30/43 |

**Curtiss-Wright Corporation**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | 01/01/44 | 04/19/46 |

**Cutler-Hammer, Inc.**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | 03/24/42 | 05/01/65 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE | 10/02/41 | 08/01/69 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 11/10/42 | 09/01/65 |

**DaimlerChrysler Corporation**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45 | 03/02/45 |

**Davis Engineering Company**

| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE | 01/01/40 | 12/31/40 |

**Dayton Electric Manufacturing Co.**

| FORT ORD--MONTEREY, CA | 10/11/94 | 01/31/01 |

**De Laval Steam Turbine, Inc.**

| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE | 11/14/42 | 09/26/69 |

**Delaval Industries Inc.**

| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE | 01/01/42 | 12/31/42 |

| Jobsite: | | Dates Pr/ Sta |
|---|---|---|
| **Delaval Steam Turbine** | | |
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | / / | 08/31/61 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | / / | 04/30/46 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/42 | 12/31/78 |
| **Devcon Corporation** | | |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | / / |
| **Dex-O-Tex** | | |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 01/01/42 | 12/31/61 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45 | 03/02/45 |
| **Dexter Corporation, The** | | |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 12/16/40 | 12/16/40 |
| **Diamond Power Specialty Company** | | |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 12/16/40 | 12/16/40 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45 | 03/02/45 |
| **Diehl Manufacturing Company** | | |
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | 10/01/42 | 01/31/43 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45 | 03/02/45 |
| **Dinwiddie Construction Company** | | |
| FORT ORD--MONTEREY, CA | 01/01/41 | 12/31/41 |
| **Douglass Insulation Company, Inc.** | | |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | / / |
| **Dow Corning Corporation** | | |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 01/01/42 | 12/31/61 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45 | 03/02/45 |
| **Dresser Industries, Inc.** | | |
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | / / | 08/31/61 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | / / | 04/30/46 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/43 | 12/31/73 |
| **Durabla Manufacturing Company, Inc.** | | |
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | / / | 08/21/61 |

WR GRACE PIQ 39046-0028

| Jobsite: | | Dates P|
|---|---|---|
| | | Sta |

WR GRACE PIQ 39046-0029

## Dutton Asbestos & Supply Co

| | | | |
|---|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | 01/01/27 | 12/31/65 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/01/40 | 12/31/65 |

## Dyson Boilers

| | | | |
|---|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | 10/01/42 | 01/31/43 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 10/17/39 | 07/12/45 |

## E.B. Badger & Sons Company

| | | | |
|---|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | 05/08/44 | 01/30/71 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ, | SHIPS PRESENT: GENERAL JOHN POPE | 01/01/40 | 12/31/61 |

## E.D. Bullard Company

| | | | |
|---|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / / | / / |

## E.J. Bartells Company

| | | | |
|---|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | 01/01/40 | 12/31/80 |

## Eagle Building Materials

| | | | |
|---|---|---|---|
| FORT ORD--MONTEREY, CA | | 10/11/94 | 01/31/01 |

## Eagle-Picher

| | | | |
|---|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | / / | 12/31/84 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ, | SHIPS PRESENT: GENERAL JOHN POPE | 01/01/40 | 12/31/47 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / / | 12/31/74 |

## Eastern Refractories Company

| | | | |
|---|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / / | 12/31/44 |

## Ecolaire Heat Transfer, Inc.

| | | | |
|---|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | / / | 08/21/61 |

## Edward Valve & Manufacturing Company**USE DF EDVALV**

| | | | |
|---|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ, | SHIPS PRESENT: GENERAL JOHN POPE | 01/01/40 | 12/31/40 |

## Electric Machinery Mfg.Company

| | | | |
|---|---|---|---|
| FORT ORD--MONTEREY, CA | | 10/11/94 | 01/31/01 |

## Electro Dynamic Works

| | | | |
|---|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA, | SHIPS PRESENT: GENERAL JOHN | 10/01/42 | 01/31/43 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45 | 03/02/45 |

| Jobsite: | Dates Present | |
|---|---|---|

WR GRACE PIQ 39048-0030

## Elliot Company

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE — 01/01/40  12/31/61

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/15/45  03/02/45

## Emery Thompson Machine & Supply Co

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE — 01/01/42  12/31/61

## Ericsson Radio Systems, Inc.

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/01/45  12/31/74

## Ericsson, Inc.

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/01/43  12/31/74

## FDCC California, Inc.

FORT ORD--MONTEREY, CA — 01/01/41  12/31/41

## Fairbanks Morse Pump Corporation

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE — 11/30/42  07/01/72

## Falk Corporation

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN — 04/23/44  07/01/72

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE — 02/11/41  04/07/43

## Farrel-Bermingham

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE — 02/11/41  04/07/43

## Federal Pacific Electric Company

FORT ORD--MONTEREY, CA — 10/11/94  01/31/01

## Federal Shipbuilding

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN — 10/30/41  11/01/44

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE — 01/01/39  12/31/44

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 03/02/43  09/01/75

## Fiberglass Engineering & Supply Company (FENCO)

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN — 01/01/17  12/31/67

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — / /   / /

## Fibreboard Corporation

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN — / /   12/31/82

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE — 01/01/39  12/31/44

Fibreboard Corporation

| Jobsite: | | Dates | |
|---|---|---|---|

WR GRACE PIQ 30046-0031

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA · / /

**Flexitallic, Inc.**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN · / /   12/31/79

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE · 05/25/40   07/31/40

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA · / /   12/31/73

**Flintkote Company, The**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN · 01/01/31   12/31/80

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE · 01/01/40   12/31/61

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA · / /   12/31/73

**Ford Instrument Company**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA · 01/15/45   03/02/45

**Ford J. Twaits**

FORT ORD--MONTEREY, CA · / /   / /

**Forrest City Enterprises**

4810 EAST 86TH STREET--GARFIELD, OH · 01/01/54   12/31/54

**Forty Eight Insulations**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN · 01/01/41   12/31/68

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA · / /   01/01/99

**Foster Engineering Company**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN · 10/30/41   11/01/44

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE · 11/14/42   02/17/71

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA · 01/15/45   03/02/45

**Foster Wheeler Corporation**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN · 01/01/39   12/31/81

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE · / /   12/31/46

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA · 01/01/45   12/31/73

**Franklin Optical Co Inc**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA · / /   / /

**Frick Company**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN · 10/01/42   01/31/43

Frick Company

| Jobsite: | | Dates P Sta |
|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | | 01/01/ |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45    03/02/45 |

**Frick India, Ltd**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45    03/02/45 |

**G-I Holdings, Inc.**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | | 01/01/37    12/31/79 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / /    12/31/73 |

**G. Short**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / /    / / |

**Gardner Denver, Inc.**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | | 05/08/44    01/30/71 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45    03/02/45 |

**Gardner-Denver Mining & Const. Division**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | | 10/01/42    01/31/43 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 10/17/39    07/12/45 |

**Garlock Sealing Technologies, LLC**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | | / /    12/31/82 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | | 01/01/40    12/31/42 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / /    12/31/73 |

**Gasket Holdings Inc.**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | | / /    12/31/79 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | | 05/25/40    07/31/40 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | / /    12/31/73 |

**Gaskoid**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/01/43    01/01/75 |

**General Cable Corporation**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/01/43    12/31/73 |

**General Dynamics Corporation**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | | 01/01/44    04/19/46 |

**General Electric Company**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | | / /    10/01/44 |

| Jobsite: | Dates Prod Start | |
|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | / / | WR GRACE PIQ 38046-0033 |
| FORT ORD--MONTEREY, CA | 10/11/94 | 01/31/01 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/42 | 12/31/78 |

### General Engineering & Dry Dock
| | | |
|---|---|---|
| GENERAL ENGINEERING & DRY DOCK CO.,    SHIPS PRESENT: GENERAL JOHN POPE | 01/01/42 | 12/31/42 |

### General Furnace Corp.
| | | |
|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 11/30/42 | 07/01/72 |

### General Motors Corporation
| | | |
|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | / / | / / |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 11/14/42 | 09/26/69 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 10/17/39 | 07/12/45 |

### General Refractories
| | | |
|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | 01/01/35 | 12/31/39 |

### General Regulator Corp.
| | | |
|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | 02/01/44 | 07/16/73 |

### Geo F. Blake Manufacturing Company
| | | |
|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | 10/01/42 | 01/31/43 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 10/17/39 | 07/12/45 |

### Georgia Pacific Corporation
| | | |
|---|---|---|
| 4810 EAST 86TH STREET--GARFIELD, OH | 01/01/54 | 12/31/54 |

### Gladding, McBean & Co.
| | | |
|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | 01/01/42 | 12/31/46 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/44 | 12/31/46 |

### Goodrich Corporation
| | | |
|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | 10/01/42 | 01/31/43 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 10/17/39 | 07/12/45 |

### Goodyear Tire & Rubber Company, The
| | | |
|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | / / | 08/21/61 |

### Gray Marine
| | | |
|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 01/01/42 | 12/31/61 |

Gray Marine

| Jobsite: | | Dates Pro... Start | |
|---|---|---|---|

**Griffin Wheel Company**

WR GRACE PIQ 30048-0034

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA  /  /   /  /

**Griscom-Russell Company**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN   /  /   08/21/61

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE   01/01/40   12/31/61

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA   01/15/45   03/02/45

**Grove Valve & Regulator Co.**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA   01/01/43   12/31/73

**Gruendle Crusher & Pulverising Company**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA   01/15/45   03/02/45

**Guinness UDV North America, Inc.**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN   /  /   03/01/58

**H.B. Fuller Company**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA   /  /   /  /

**H.K. Porter**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN   01/01/27   12/31/84

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE   01/01/43   12/31/44

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA   /  /   12/31/74

**Hagan Corporation**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN   02/01/44   07/16/73

**Hales and Symons**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN   01/01/42   12/31/48

**Hardie-Tynes L.L.C.**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN   10/01/42   01/31/43

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA   01/15/45   03/02/45

**Hardie-Tynes Manufacturing Company**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA   01/15/45   03/02/45

**Henry Vogt Machine Company**USE DFHENVOG****

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN   01/01/39   12/31/81

**Hobart Corporation**

Henry Vogt Machine Company**USE DFHENVOG**

10/14/05

| Jobsite | | Dates P<br>Sta |
|---|---|---|

WR GRACE PIQ 38046-0038

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/15/

**Hobart Pacific Welding & Equipment**
HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/01/44  12/31/46

**Hooven, Owens & Rentschler**
FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE — 01/01/23  12/31/23

**Hopeman Brothers, Inc.**
BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN — 01/01/40  12/31/82
FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE — / /  04/30/46

**Hubbellite America, Inc.**
BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN — 10/23/42  09/01/65
FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE — 12/16/40  12/16/40

**Hunters Point Naval Shipyard**
HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/01/43  12/31/73

**IMO Industries, Inc.**
BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN — / /  08/31/61
FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE — / /  04/30/46
HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/01/42  12/31/78

**ITT Industries, Inc.**
HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/01/43  12/31/78

**Industrial Safety Supply**
HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — / /  / /

**Ingersoll-Rand Company**
BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN — / /  12/31/46
FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE — 11/30/42  07/01/72
HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/01/43  12/31/78

**International Harvester Company**
HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — / /  / /

**International Truck & Engine Corporation**
HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — / /  / /

**J.I. Barnes**
HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — / /  / /

J.I. Barnes

| Jobsite: | Dates |  |
|---|---|---|

WR GRACE PIQ 39046-0036

**J.T. Thorpe & Son, Inc.**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | 01/01/31 | 12/31/82 |
|---|---|---|
| FORT ORD--MONTEREY, CA | 01/01/38 | 12/31/82 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | 01/01/99 |

**Jefferson Foundry**

| FORT ORD--MONTEREY, CA | 10/11/94 | 01/31/01 |
|---|---|---|

**John Crane, Inc.**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | / / | 12/31/80 |
|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE | 01/01/40 | 12/31/40 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | 12/31/78 |

**Johns-Manville**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | / / | 12/31/84 |
|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE | / / | 12/31/46 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | 12/31/75 |

**Jones Motorola**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45 | 03/02/45 |
|---|---|---|

**Joshua Hendy Iron Works Inc.**

| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE | 01/01/40 | 12/31/61 |
|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/42 | 12/31/72 |

**Kaiser Aluminum & Chemical Corporation**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | 01/01/35 | 12/31/39 |
|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | 09/01/65 |

**Kaiser Cement & Gypsum Corp.**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/43 | 12/31/45 |
|---|---|---|

**Kaiser Refractories**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/42 | 09/01/65 |
|---|---|---|

**Kearney & Trecker Corporation**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45 | 03/02/45 |
|---|---|---|

**Keasbey & Mattison**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | 01/01/17 | 12/31/78 |
|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE | 01/01/40 | 12/31/46 |

Keasbey & Mattison

| Jobsite: | Dates Prod Start | |
|---|---|---|

WR GRACE PIQ 39046-0037

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | |

### Keene Corporation

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | / / | 12/31/81 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 01/01/40 | 12/31/46 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | 12/31/73 |

### Keuffel & Esser Co.

| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 01/01/42 | 12/31/61 |

### Kinney Manufacturing Co.

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | 10/01/42 | 01/31/43 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 10/17/39 | 07/12/45 |

### Kraftile Company

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | 01/01/42 | 12/31/46 |

### Kroeschell Boiler

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | 10/01/42 | 01/31/43 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 10/17/39 | 07/12/45 |

### L.A. Rubber Company, Inc.

| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 01/01/40 | 12/31/61 |

### L.H. Butcher Company

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | 01/01/40 | 12/31/56 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/44 | 12/31/75 |

### L.N. Curtis and Sons

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | / / |

### Leslie Co.

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | / / | 08/31/61 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 11/14/42 | 02/17/71 |

### Leslie Controls, Inc.

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL JOHN | / / | 08/31/61 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN POPE | 11/14/42 | 09/26/69 |

Leslie Controls, Inc.

| Jobsite: | | Dates Prod Start |
|---|---|---|

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    01/15/45

**Lillie-Hoffman Cooling Towers**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL    10/01/42   01/31/43
JOHN

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    10/17/39   07/12/45

**Lincoln Electric Company, The**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL    10/01/42   01/31/43
JOHN

FORT ORD--MONTEREY, CA    10/11/94   01/31/01

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    10/17/39   07/12/45

**Lorentzen Company**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL    / /   12/31/82
JOHN

**Louis Allis Company, The**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    01/15/45   03/02/45

**Lucent Technologies, Inc.**

FORT ORD—MONTEREY, CA    10/11/94   01/31/01

**M.H. Detrick Company**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL    01/01/42   12/31/45
JOHN

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    01/00/40   01/01/99

**M.T. Davidson**

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN    12/16/40   12/16/40
POPE

**M.W. Kellogg Company, The**

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN    01/01/40   12/31/61
POPE

**Malott & Peterson-Grundy**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL    / /   08/31/61
JOHN

**Manning Maxwell & Moore**

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN    12/16/40   12/16/40
POPE

**Mare Island Naval Shipyard**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    01/01/41   12/31/59

**Martin Ship Service**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL    10/01/37   10/01/37
JOHN

**Masoneilan International, Inc.**

Martin Ship Service

| Jobsite: | | Dates Pro Start |  |
|---|---|---|---|

WR GRACE PIQ 39046-0039

| Jobsite: | Start | |
|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE | 01/01/42 | |

## Mexico Refractories

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | 01/01/35 | 12/31/39 |
|---|---|---|

## Milwaukee Electric Tool Corporation

| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE | 01/01/42 | 12/31/61 |
|---|---|---|

## Mine Safety Appliances Company

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | / / |
|---|---|---|

## Morrison-Knudsen Company, Inc.

| FORT ORD--MONTEREY, CA | / / | / / |
|---|---|---|

## Morse-Chain Company

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45 | 03/02/45 |
|---|---|---|

## Mundet Cork Corporation

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | / / | 12/31/81 |
|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE | 01/01/40 | 12/31/45 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/42 | 12/31/45 |

## New York Shipbuilding Corp

| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE | 12/16/40 | 12/16/40 |
|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45 | 03/02/45 |

## Newport News Shipbuilding and Dry Dock Company

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | 10/01/42 | 01/31/43 |
|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 10/17/39 | 07/12/45 |

## Nicolet

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | 01/01/36 | 12/31/78 |
|---|---|---|

## Norfolk Naval Shipyard

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | 10/01/42 | 01/31/43 |
|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 10/17/39 | 07/12/45 |

## Northern Equipment

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45 | 03/02/45 |
|---|---|---|

## Northern Ordinance, Inc.

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | 07/10/44 | 02/01/74 |
|---|---|---|

Northern Ordinance, Inc.

| Jobsite: | Dates Proc Start |  |
|---|---|---|

WR GRACE PIQ 38048-0040

**Northern Pump**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/15/45  03/02/45

**Northrop Grumman Corporation**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL   01/01/44  04/19/46
JOHN

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/01/42  12/31/72

**Okonite Company, Inc., The**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/01/43  12/31/73

**Owens Corning Fiberglas**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL   / /   12/31/80
JOHN

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — / /   12/31/74

**Owens-Illinois, Inc.**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL   / /   12/31/80
JOHN

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN   01/01/39  12/31/46
POPE

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — / /   12/31/74

**P.S. Thorsen Company**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL   02/01/44  07/16/73
JOHN

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN   01/01/39  12/31/46
POPE

**PPG Industries, Inc.**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — / /   / /

**Pacific Far East Line, Inc.**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL   / /   08/31/61
JOHN

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT: GENERAL JOHN   01/01/42  12/31/42
POPE

**Pacific Pipe Company**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/01/44  12/31/46

**Pacific Pumps Div, Dresser Industries**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL   / /   / /
JOHN

**Parker-Hannifin Corporation**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT: GENERAL   01/01/27  12/31/78
JOHN

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — / /   12/31/73

**Parsons Turbines**

Parker-Hannifin Corporation

| Jobsite: | | Dates P... Sta... |
|---|---|---|

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    01/01/...

**Pedley-Knowles & Co.**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    / /    / /

**Philip Carey Corporation**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN    01/01/27   12/31/82

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE    01/01/40   12/31/42

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    / /   12/31/74

**Pittsburgh Corning Corporation**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN    / /   12/31/68

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    / /   12/31/73

**Pittsburgh Plate Glass**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    / /    / /

**Plant Insulation Company**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN    / /   12/31/82

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    / /   12/31/74

**Pneumo Abex LLC**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    / /    / /

**Potter Electric Inc.**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    01/01/43   12/31/73

**Pratt & Whitney**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN    01/01/44   04/19/46

**Prosperity, Inc.**

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE    01/01/42   12/31/61

**Puget Sound Naval Shipyard**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN    10/01/42   01/31/43

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    10/17/39   07/12/45

**Quigley Company, Inc.**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN    01/01/43   01/01/99

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    01/01/43   01/01/99

**Quintec Industries, Inc.**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    / /    / /

Quintec Industries, Inc.

| | Dates Pr |
|---|---|
| Jobsite: | Sta |

WR GRACE PIQ '39046-0042

## RCA Corporation
BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN    10/01/42   01/31/43

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    10/17/39   07/12/45

## Rapid-American Corporation
BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN    / /   12/31/82

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE    01/01/40   12/31/46

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    / /   12/31/74

## Ray Burner Company
FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE    01/01/42   12/31/61

## Raymark Industries, Inc.
BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN    / /   12/31/84

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE    01/01/39   12/31/47

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    / /   12/31/74

## Ready Mix Concrete Co.
FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE    06/03/40   12/31/46

## Rome Cable Corporation
FORT ORD--MONTEREY, CA    10/11/94   01/31/01

## Romex
BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN    01/01/45   12/31/46

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    07/01/44   08/31/45

## SB Decking, Inc.
BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN    / /   / /

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE    01/01/40   12/31/40

## Sacoma-Sierra, Inc.
BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN    01/01/27   12/31/78

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA    / /   12/31/65

## Sall Mountain
BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN    01/01/40   12/31/56

Sall Mountain

| Jobsite: | Dates Pi Sta |
|---|---|

WR GRACE PIQ 36046-0043

**Sargent Controls & Aerospace**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | / /   12/31/82 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/44   12/31/46 |

**Schutte & Koerting, Inc.**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | 10/01/42   01/31/43 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE | 12/16/40   12/16/40 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 10/17/39   07/12/45 |

**Selby, Battersby & Co.**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | / /   / / |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE | 01/01/40   12/31/40 |

**Selsen**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | 01/01/42   12/31/46 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 10/01/42   08/30/44 |

**Sepco Corporation**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / /   / / |

**Southern Asbestos**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | / /   / / |

**Sperry Corporation**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | 10/01/42   01/31/43 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45   03/02/45 |

**Sperry Gyroscope Corporation**

| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE | 01/01/42   12/31/61 |

**Square D Company**

| FORT ORD--MONTEREY, CA | 10/11/94   01/31/01 |

**Standard Asbestos Manufacturing And Insulating Company**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | 01/01/17   12/31/67 |

**Star Electric Motor Company**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45   03/02/45 |

**Stover-Lang**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | 10/01/42   01/31/43 |

Stover-Lang

| Jobsite: | | Date |
|---|---|---|

WR GRACE PIQ 39048-0044

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA

**Sunset Rock Co**

| | | |
|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45 03/02/45 |

**Swartwout**

| | | |
|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | | 10/30/41  11/01/44 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE | | 11/14/42  02/17/71 |

**T&N, Ltd.**

| | | |
|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | | 01/01/42  12/31/46 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/01/45  12/31/73 |

**Terry Steam Turbine Co.**

| | | |
|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | | 10/01/42  01/31/43 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45  03/02/45 |

**Thiokol Corporation**

| | | |
|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE | | 11/14/42  09/26/69 |

**Thomas Dee Engineering Co., Inc.**

| | | |
|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | | 01/01/31  12/31/81 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/01/44  12/31/46 |

**Tuco Products Corporation**

| | | |
|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE | | 11/16/40  02/28/41 |

**Turbine Equipment Co**

| | | |
|---|---|---|
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE | | 11/24/41  02/07/42 |

**Tuthill Corporation**

| | | |
|---|---|---|
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/15/45  03/02/45 |

**USX Corporation**

| | | |
|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | | 01/01/41  12/31/46 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE | | 01/01/39  12/31/44 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | | 01/01/41  12/31/46 |

**Unarco**

| | | |
|---|---|---|
| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN | | / /  12/31/84 |

**Unarco**

| Jobsite: | | Dates | St |
|---|---|---|---|

WR GRACE PIQ 39048-0046

| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE | 01/01 | |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | 12/31/84 |

**Union Carbide Corporation**

| | / / | / / |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 11/10/42 | 09/01/65 |

**Union Iron Works**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | 09/01/37 | 09/01/37 |

**Uniroyal Holding, Inc.**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/39 | 12/31/74 |

**United States Gypsum Company**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | 01/01/27 | 12/31/42 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/45 | 12/31/49 |

**United States Navy**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/44 | 12/31/47 |

**United Technologies Corporation**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | 01/01/44 | 04/19/46 |

**United Vintners, Inc.**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | / / | 03/01/58 |

**Van Arsdale-Harris Lumber Co.**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | 01/01/39 | 12/31/68 |

**Vermiculite Products Co**

| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE | 01/01/42 | 12/31/61 |

**Viacom, Inc.**

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT: GENERAL JOHN | / / | 12/31/46 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT: GENERAL JOHN POPE | / / | 04/30/46 |
| FORT ORD--MONTEREY, CA | 10/11/94 | 01/31/01 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/42 | 12/31/78 |

**Vickers, Inc.**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45 | 03/02/45 |

**Victor Manufacturing & Gasket**

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | / / |

Victor Manufacturing & Gasket

WR GRACE PIQ 38046-0046

| Jobsite: | | Dates |  |
|---|---|---|---|

## Viking Pump Inc.

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN — 10/01/42  01/31/43

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 10/17/39  07/12/45

## Wagner Electric Corporation

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE — 01/01/42  12/31/61

## Waldron, Duffy, Inc.

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN — 01/01/31  12/31/81

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — / /    / /

## Warren Pumps, LLC

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN — / /    08/21/61

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE — 01/01/40  12/31/61

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/15/45  03/02/45

## Warren Steam Co.

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN — 07/01/41  12/31/60

## Waterbury Speed Gear Company

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN — 10/01/42  01/31/43

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 10/17/39  07/12/45

## Waterbury Tool Company

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN — 03/24/42  05/01/65

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/15/45  03/02/45

## Weil Pump Company Inc.

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN — 10/23/42  09/01/65

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE — 12/16/40  12/16/40

## Western Asbestos Company

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN — / /    / /

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA — 01/01/44  12/31/75

## Western Building Materials Company

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN — 01/01/42  12/31/48

| Jobsite: | Dates Prod Start |  |
|---|---|---|

WR GRACE PIQ 39048-0047

## Western Electric Company

| FORT ORD--MONTEREY, CA | 10/11/94 | 01/31/01 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/15/45 | 03/02/45 |

## Western MacArthur Company

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | / / | 12/31/84 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | / / | 12/31/75 |

## Western Mining Products Co.

| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE | 01/01/40 | 12/31/61 |

## Western Pipe & Steel Company

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | 01/01/41 | 12/31/46 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/41 | 12/31/46 |

## Western Ship Service

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | 01/01/45 | 12/31/45 |

## Western Wire Works

| FORT ORD--MONTEREY, CA | 10/11/94 | 01/31/01 |

## Westinghouse Electric Corporation

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | / / | 12/31/46 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE | / / | 04/30/46 |
| FORT ORD--MONTEREY, CA | 10/11/94 | 01/31/01 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/42 | 12/31/78 |

## Wheeler Manufacturing Company

| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE | 01/01/42 | 12/31/61 |

## White-Forster

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | 10/01/42 | 01/31/43 |
| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 10/17/39 | 07/12/45 |

## William Cramp & Sons

| HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA | 01/01/43 | 09/30/44 |

## Worthington Corporation

| BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,    SHIPS PRESENT:  GENERAL JOHN | 10/30/41 | 11/01/44 |
| FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,    SHIPS PRESENT:  GENERAL JOHN POPE | 11/14/42 | 02/17/71 |

| Jobsite: | | Dates P<br>St |
|---|---|---|

**Worthington Pump Division**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN     / /   08/31/61

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE     / /   04/30/46

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA     01/15/45   03/02/45

**X-Pando Products Company**

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE     11/16/40   02/28/41

**Yale & Towne Manufacturing Co.**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA     01/15/45   03/02/45

**Yale Industrial Products, Inc.**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA     01/15/45   03/02/45

**Yarnall-Waring Company**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN     02/01/44   07/16/73

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA     01/15/45   03/02/45

**Yarway Corporation**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN     10/01/42   01/31/43

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE     01/01/42   12/31/61

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA     10/17/39   07/12/45

**York Corporation**

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA     01/15/45   03/02/45

**York Ice Machinery Corporation**

FEDERAL SHIPBUILDING & DRYDOCK--KEARNY, NJ,   SHIPS PRESENT:  GENERAL JOHN POPE     01/01/42   12/31/61

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA     01/15/45   03/02/45

**York International Corporation**

BETHLEHEM STEEL SHIPBUILDING--SAN FRANCISCO, CA,   SHIPS PRESENT:  GENERAL JOHN     10/01/42   01/31/43

HUNTERS POINT NAVAL SHIPYARD--SAN FRANCISCO, CA     10/17/39   07/12/45

WR GRACE PIQ 39048-0048



WR GRACE PIQ 39046-0049

## Claims

| Name | Defendant Name | Submit Date |
|---|---|---|
| | Amatex | 11/11/1911 |
| | Celotex | 11/11/1955 |
| | Eagle-Picher | 11/11/1955 |
| **REDACTED** | E.J. Bartells | 10/5/2000 |
| | H.K. Porter | 11/11/1911 |
| | Manville | 4/47/2000 |
| | Unarco | 11/11/1911 |
| | Western MacArthur | 7/16/2002 |

**Claims**

WR GRACE PIQ 38048-0060


WR GRACE  PIQ  39046-0051

1  DAVID R. DONADIO, ESQ., S.B. #154436
   BRAYTON, PURCELL & GEAGAN
2  Attorneys at Law
   222 Rush Landing Road
3  P.O. Box 2109
   Novato, California 94948
4  (415) 898-1555

5  Attorneys for Plaintiffs

6

7

8              SUPERIOR COURT OF CALIFORNIA

9                 COUNTY OF SAN FRANCISCO

10

11      REDACTED                    )    No. 311064
                                    )
12                                  )    DECLARATION OF
                  Plaintiffs,       )    UNDER C.C.P. § 377.32
13  vs.                             )
                                    )
14  ASBESTOS DEFENDANTS (BHC)       )
                                    )
15  _____     )

16

17          The undersigned hereby declares:

18      1.    I,                    , am over the age of 18 years and the surviving spouse of

19  decedent

20      2.    I make this declaration pursuant to Code of Civil Procedure Section 377.32 to

21  allow me to continue and/or commence any and all actions related to decedent's exposure to

22  asbestos which survive his death.

23      3.    The name of the decedent is     REDACTED

24      4.    Decedent died in Broadview Heights, Ohio on June 24, 2000.

25      5.    No proceeding is now pending in California for the administration of decedent's

26  estate.

27      6.    The declarant is the decedent's successor-in-interest (as defined in §377.11 of the

28  California Code of Civil Procedure) and succeeds to the decedent's interest in the action or

K:\CLIENTS\24240\377SUC1.PI                    1
DECLARATION OF                    UNDER C.C.P. § 377.32

REDACTED

BRAYTON, PURCELL & GEAGAN
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 2109
NOVATO, CALIFORNIA 94945
(415) 898-1555

WR GRACE PIQ S9046-0052

1 proceeding.

2

3   7.   No other person has a superior right to commence and/or continue the action or

4 proceeding or to be substituted for the decedent in the pending action or proceeding.

5   8.   A certified copy of decedent's death certificate is attached.

6   I declare under penalty of perjury under the laws of the State of California that

7 the foregoing is true and correct and that this declaration was executed on 7/17/00 , at

8 Broadview Heights, Ohio.

9

10

11

12                          **REDACTED**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\CLIENTS\24240\377SUCI.PI
DECLARATION OF                           2
                         JDER C.C.P. § 377.32

**REDACTED**

WR GRACE PIQ 39046-0063

Ohio Department Of Health
VITAL STATISTICS
**CERTIFICATE OF DEATH**
TYPE OR PRINT IN PERMANENT *BLACK* INK

Reg. Dist. No. *1807*
Primary Reg. Dist. No. *1807*
Registrar's No. *728*

STATE OF OHIO-COUNTY OF CUYAHOGA-CITY OF PARMA
I DO HEREBY CERTIFY THIS TO BE A TRUE & CORRECT CERTIFIED
COPY OF THE ORIGINAL DEATH CERTIFICATE NOW ON FILE IN MY OFFICE

DENNIS M. KISH, REGISTRAR & AUDITOR

REDACTED

| 1. Decedent's Name (First, Middle, Last) | | 2. Sex Male | 3. Date Of Death (Month, Day, Year) June 24, 2000 |
|---|---|---|---|

| 4. Social Security Number | 5a. Age-Last Birthday (Years) 73 | 5b. Under 1 Year Months / Days | 5c. Under 1 Day Hours / Minutes | 6.Date of Birth (Month,Day,Year) | 7. Birthplace (State and State or Foreign Country) Cleveland, OH |
|---|---|---|---|---|---|

| 8. Was Decedent Ever In U.S. Armed Forces? ☑ Yes ☐ No | 9. Place of Death (Check Only One) |
|---|---|

Hospital ☐ Inpatient ☑ ER/Outpatient ☐ DOA  Other ☐ Nursing Home ☐ Residence ☐ Other (Specify)

| 9b. Facility Name (If Not Institution, Give Street And Number) Parma Community General Hospital | 9c. City, Village, Twp., or Location of Death Parma | 9d. County of Death Cuyahoga |
|---|---|---|

| 10.Marital Status- Married, Never Married, Widowed, Divorced (Specify) Married | 11. Surviving Spouse (If Wife, Give Maiden Name) | 12a.Decedent's Usual Occupation (Give kind of work done during most of working life. Do not use Retired.) Accountant | 12b. Kind of Business/Industry Angell, Nail & Chaplet |
|---|---|---|---|

| 13a. Residence-State OH | 13b. County | 13c. City, Town, Twp., or Location | 13d. Street and Number |
|---|---|---|---|

| 13e. Inside City Limits? ☑ Yes ☐ No | 13f. ZIP Code | 14.Was Decedent of Hispanic Origin? ☐ Yes ☑ No (If Yes, Specify Cuban, Mexican,Puerto Rican, etc.) | 15. Race- American Indian, Black, White, etc. (Specify) White | 16. Decedent's Education (Specify Only Highest Grade Completed) Elementary/Secondary (0-12) College (1-4 or 5+) 4+ |
|---|---|---|---|---|

| 17. Father's Name (First, Middle, Last) | 18. Mother's Name (First, Middle, Maiden Surname) |
|---|---|

| 19a. Informant's Name (Type/Print) | 19b. Mailing Address (Street and Number or Rural Route Number, City or Town, State, ZIP Code) |
|---|---|

| 20a. Method of Disposition ☑ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify) | 20b. Place of Disposition (Name of Cemetery, Crematory or Other Place) | 20c. Location City Or Town, State Cleveland, OH |
|---|---|---|

| 20d. Date of Disposition June 28, 2000 | 21a. Name of Embalmer (First, Middle, Last) James E. Saxton | 21b. License Number 7460A |
|---|---|---|

| 22a. Signature of Funeral Director or Other Person *Mark J. Bellinger* | 22b. License Number (of License) 7301 | 23. Name and Address of Facility (Include City, State and ZIP Code) Busch Family Chapel 7501 Ridge Road Parma, Ohio 44129 |
|---|---|---|

| 24. Registrar's Signature | 25. Date Filed (Month, Day, Year) 6-27-00 |
|---|---|

| 26a. Signature of Person Issuing Permit *same* | 26b. Dist. No. *1807* | 27. Date Permit Issued 6-27-00 |
|---|---|---|

CERTIFIER

| 28a. Certifier (Check Only One) ☑ Certifying Physician To the best of my knowledge, death occurred at the time, date, and place; and due to the cause(s) and manner as stated. ☐ Coroner On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place; and due to the cause(s) and manner as stated |
|---|

| 28b. Time of Death 11:00 A.M. | 28c. Date pronounced Dead (Month, Day, Year) June 24, 2000 | 28d. Was Case Referred to Coroner? ☐ Yes ☑ No |
|---|---|---|

| 28e. Signature And Title of Certifier | 4630 Richmond Rd #270 | 28f. License Number 058841 | 28g.Date Signed (Month,Day,Year) 6-26-00 |
|---|---|---|---|

| 29.(Type/Print) Name (First, Middle, Last) And Address of Person who Completed Cause of Death (Include City, State and ZIP code) Edward Rosenthal MD ~~21100 Southgate Park Blvd~~ Warrensville, Ohio 44128 |
|---|

CAUSE OF DEATH

SEE INSTRUCTIONS ON REVERSE SIDE

30. Part I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent *black* ink.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) → | a. Mesothelioma | 4 month. |
| Sequentially list conditions, if any, leading to the immediate cause. Enter Underlying Cause Last (Disease or Injury that initiated events resulting in death) | b. Due to (or as a Consequence of): | |
| | c. Due to (or as a Consequence of): | |
| | d. Due to (or as a Consequence of): | |

| Part II. Other Significant Conditions contributing to death but not resulting in the underlying cause given in Part I. Diabetes Mellitus, Hyperlipidemia | 31a.Was an autopsy Performed? ☐ Yes ☑ No | 31b. Were Autopsy Findings available Prior to Completion of Cause of Death? ☐ Yes ☑ No |
|---|---|---|

| 32. Manner Of Death ☑ Natural ☐ Pending Investigation ☐ Accident ☐ Suicide ☐ Could Not be Determined ☐ Homicide | 33a. Date of Injury (Month, Day, Year) | 33b. Time of Injury M | 33c. Injury at Work? ☐ Yes ☐ No | 33d. Describe How Injury Occurred |
|---|---|---|---|---|

33e. Place of Injury – At Home, Farm, Factory, Office Building, etc. (Specify) | 33f. Location (Street and Number or Rural Route, City or Town, State)

HEA 2717
5152.05 Rev. 4/97

**REDACTED**



WR GRACE PIQ 39046-0064

1  DAVID R. DONADIO, ESQ., S.B. #154436
   BRAYTON ♦ PURCELL
2  Attorneys at Law
   222 Rush Landing Road
3  P.O. Box 2109
   Novato, California  94948
4  (415) 898-1555

5  Attorneys for Plaintiffs

6

7

ENDORSED
**F I L E D**
*San Francisco County Superior Court*

NOV - 7 2000

ALAN CARLSON, Clerk
BY: ___KEVIN R. DOUGHERTY___
                            Deputy Clerk

8              **SUPERIOR COURT OF CALIFORNIA**

9                **COUNTY OF SAN FRANCISCO**

10                                          )   No. 311064
                                            )
11        **REDACTED**                      )
                                            )   FIRST AMENDED COMPLAINT FOR
12                                          )   SURVIVAL, LOSS OF CONSORTIUM,
                                            )   WRONGFUL DEATH - ASBESTOS
13                                          )
                                            )
14             Plaintiffs,                  )
                                            )
15  vs.                                     )
                                            )
    ASBESTOS DEFENDANTS (BHC)               )
16  As Reflected on Exhibits B, B-1, C,     )
    and H; and DOES 1-820.                  )
17

18       1.                    (hereinafter and in the Complaint referred to as

19  "decedent") died on June 26, 2000.

20       2.                    ( is the Successor-in-Interest to decedent.

21       3.     The heirs-at-law of decedent and their relationships to the decedent are:

22                           AGE            RELATIONSHIP TO DECEDENT
                             72 Years       Surviving Spouse
23       **REDACTED**        Over 18        Son
                             Over 18        Daughter
24                           Over 18        Daughter

25       4.     Plaintiffs bring this action as specified in Section 377.60 of the Code of Civil

26  Procedure as decedent's legal heirs.

27       5.     Decedent's asbestos-related injury, date of diagnosis, employment status, and

28  history of exposure to asbestos are as stated on Exhibit A.

K:\CLIENTS\24240C-WDP2LC.WPD                         1
CO

BRAYTON, PURCELL & GEAGAN
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 2109
NOVATO, CALIFORNIA 94945
(415) 898-1555

REDACTED



WR GRACE PIQ 38046-0056

## *DIAGNOSTIC SPECIALTIES LABORATORY, INC., P.S.*

Samuel P. Hammar, M.D., FCCP, FCAP, Director
Keith O. Hallman, M.D.
David M. Bray III, M.D.
Richard A. Cox, M.D., Ph.D.

700 Lebo Boulevard/PO 2171
Bremerton, Washington 98310

voice:   360-479-7707
FAX:    360-479-7886
Washington State:   800-762-2344
e-mail:  shammar@hmh.westsound.net

November 14, 2001

Mr. Mike Greaney
Brayton Purcell
Attorneys at Law
222 Rush Landing Road
Novato, CA  94945

Re:      **REDACTED**

Dear Mr. Greaney:

Please find enclosed my report on                          : had a 55.5 pack year history of cigarette smoking, having quit smoking in 1962 and a history of exposure to asbestos between 1942 and 1945 while working as an apprentice toolmaker for Schoenberger Broadway and in 1946 for 2-3 weeks unloading a Naval ship in Japan.              was stated to have been possibly exposed to asbestos between 1948 and 1998 while working at other locations which are described in my report.

     was stated to have a past medical history of diabetes mellitus, hyperlipidemia, right knee arthroscopic surgery, bilateral cataract excisions, b lateral carpal tunnel syndrome, a past cholecystectomy and an anterior cervical spine procedure performed in 1996.

According to reports from the Cleveland Clinic,            presented with left flank pain and back pain and was found to have a metastatic lesion in the 12th thoracic vertebra.  He was identified to have tumor involving his right 4th rib and righ iliac crest.  Radiographic studies also identified a right pleural effusion and a right pleural-based mass.

Biopsies were taken of the pleural mass and               was diagnosed at the Cleveland Clinic to have a malignant mesothelioma.

          received radiation therapy to the bone lesions involved by tumor.  I am uncertain of his exact clinical course but he expired on June 24, 2000

We received the autopsy tissue from Pathology Support Services.  The right lung was encased by a rind of tumor that had the features of a sarcomatoid/desmoplastic mesothelioma with some areas of epithelioid differentiation making the tumor biphasic with the predominant tumor being sarcomatoid and desmoplastic.

Some tissue we received had the appearance of hyaline pleural plaque which involved the parietal pleura.  The plaque was characteristic of plaque caused by asbestos.

**REDACTED**



WR GRACE PIQ 39046-0066

**REDACTED**

*L00-372*
*Page 2 of 2*

We performed asbestos digestion analysis on the lung tissue and that study showed 120, 465, 155, 135 and 490 asbestos bodies per gram of wet lung tissue in the left upper lobe, left lower lobe, right upper lobe, right middle lobe and right lower lobe, respectively.

Based on _____ history of occupational exposure, pleural plaque identified at autopsy and elevated numbers of asbestos bodies in digested lung tissue, I conclude his right pleural metastatic predominantly sarcomatoid/desmoplastic mesothelioma was caused by asbestos.

All opinions and conclusions in this letter and in my report are to a reasonable degree of medical certainty.

If you have any questions concerning my report, please let me know.

Sincerely,

Samuel P. Hammar, M.D.

SPH:nb

Enclosure

**REDACTED**



WR GRACE PIQ 39048-0057

### DIAGNOSTIC SPECIALTIES LABORATORY, INC., P.S.
700 Lebo Boulevard/PO Box 2171
Bremerton, Washington 98310
e-mail: shammar@hmh.we: tsound.net

Voice: 360-479-7707  Facsimile: 360-479-7886  Washington State: 800-762-2344

| Name: | REDACTED | Age: 73 | Attorney: | Brayton |
|---|---|---|---|---|
| | | DOB: | DOD: | |

Date Received:    08/02/00
Date Transcribed:  11/14/01

**Requested:**  Mike Greaney

**Specimens:**  1 bag wet tissue from Pathology Support Services
        (their number L00-0121) cut in 11/24/0(
        Medical records/reports
        Pathology materials (returned to attorney 5/25/01):
        2 slides C0-583
        7 stained/11 unstained slides 00-643
        1 sheet containing two photo prints 00-64(-IV-2

**From:**  Pathology Support Services at the reques' of Brayton Purcell – Novato, CA

Received from Robert W. Wood, RN, FNP, President, Pathology Support Services, Inc.,
Sacramento, California, are formalin fixed lungs, pleura and sections of diaphragm of
    The Pathology Support Services number i· L00-0121. This material was sent to
us from Pathology Support Services at the request of he Law Offices of Brayton Purcell,
Novato, California. Also received are medical records and reports concerning

Response to interrogatory #1 states        was born on J      in
Cleveland, Ohio. Response to interrogatory #23 state;        smoked 1½ packs of
cigarettes a day between April 1945 and April 1962 (5·.5 pack years). Response to
interrogatory #26 states that between May 1942 and September 1945, i        worked
as an apprentice toolmaker for Schoenberger Broadway ·nd may have been exposed to
asbestos. Between December 1945 and April 1946,      was a Private 1st Class
Rifleman in the U.S. Army and recalled being aboard the Admiral Mayo for 2-3 weeks in 1946
and recalled unloading naval ships in Japan. He may have been exposed to asbestos during
this service. From 1948 to 1950, :        worked in the mail room as a Tax
Department clerk and was unaware of exposure to asbestos. Between 1950 and 1951,
        worked as a cost clerk for Parker Appliance Company in Cleveland, Ohio and may
have been exposed to asbestos. Between 1951 and 1982,       worked in payroll
and accounting for Angel Nail and Chaplet Company i· Coy Heights, Ohio and may have
been exposed to asbestos. Between March 1982 and March 1998, :        worked in
payroll accounting as a warehouseman for A.W. Fenton in Roadbrook Park, Ohio and was
unaware of exposure to asbestos. Between August 1999 and December 1999, :
worked as a grocery bagger and was unaware of expo ;ure to asbestos.

ACCESSION NO. *L00-372*

Samuel P. Hammar, M.D., F.C.C.P., F.C.A.P., Director   Keith O. Hallman, M.[   David M. Bray, M.D.   Richard A. Cox, M.D.

REDACTED

REDACTED

REDACTED



WR GRACE PIQ 38046-0068

**REDACTED**

*Page 2 of 8*

There is a death certificate stating                d ed on June 24, 2000 at age 73 from mesothelioma.  He was also described as having diabetes mellitus and hyperlipidemia.

There is a report by James A. Robb, M.D., Miami, Florida, stating        .... had a history of shortness of breath and right chest pain with significant weight loss, right pleural effusion and right pleural nodularity.  Radiologic studies of the chest, abdomen and pelvis were stated to show no primary malignant process.

There is a report by Barry R. Horn, M.D., dated September 29, 2000 stating he reviewed medical records and reports.  On page 6 of his report, Dr. Horn diagnosed                to have malignant mesothelioma and diabetes mellitus.  He stated            presented in the early part of 2000 with back pain and pain radiating in a radicular fashion.  An MRI of the back was obtained which showed a metastatic lesion at T12.  A chest radiograph showed a right pleural effusion with a mass in the chest.  Bronchoscopy was performed and no diagnosis was made.  Thoracentesis was performed and very atypical cells were identified consistent with malignant mesothelioma.  Thoracoscopy was stated to have been performed and a biopsy was interpreted as showing mesothelioma.  Dr. Horn's report states the diagnosis was confirmed by Dr. Joseph Tomashefski at MetroHealth Medical Center in Cleveland, Ohio.  Tissue had been reviewed by Dr. James Robb who confirmed the diagnosis of mesothelioma.          subsequently was seen by several oncologists who recommended radiation therapy to the spine.  Otherwise, it was recommended that he receive supportive care.  Dr. Horn stated he did not know              current clinical status but stated            would die in the near future of complications due to the malignancy.  Dr. Horn stated he was only provided a limited work history which represented responses to interrogatories.  Dr. Horn stated the interrogatories stated            was assigned to the U.S.S. General Polk while it was at Hunter's Point Naval Shipyard in San Francisco from March to April 1945.  He was below deck and did not recall being in the boiler room.  Dr. Horn stated that simply being onboard ship exposed            to asbestos.  In addition, in September 1945,            was onboard a liberty ship in Philadelphia doing welding.  Again, he would have been exposed to asbestos simply being on board ship and it was possible f        . might have used asbestos containing cloth while welding.  Dr. Horn stated that in 1946,        spent 2-3 weeks aboard the U.S.S. Admiral Mayo unloading naval ships and was again onboard ship.  Dr. Horn stated the interrogatories indicated that from 1950 to 1951,            worked for Parker Hannifin Company doing inventory and may have been exposed to asbestos.  From September 1951 to January 1982, he worked for Angel Nail in Chaplet doing payroll and may have been exposed to asbestos.

There is a report concerning            by David J. Adelstein, M.D., Cleveland Clinic Foundation, dated February 11, 2000 stating he was consulted by Dr. Dergham and Dr. Lane for advice and opinion regarding        ) who was a 73-year-old man with a recent diagnosis of malignant pleural mesothelioma.  Dr. Adelstein stated            presented with progressive left flank and back pain and on evaluation by his primary care physician was found to have a destructive bony lesion at $T_{12}$.            also had a large right pleural effusion identified by chest radiograph with evidence of either a parenchymal lung mass or pleural location on the right.  Bone scan confirmed metastatic involvement at $T_{12}$, the right 4th

ACCESSION NO. *L00-372*            **REDACTED**

Samuel P. Hammar, M.D., F.C.C.P., F.C.A.P., Director   Keith O. Hallman, M.D   David M. Bray, M.D.   Richard A. Cox, M.D.

**REDACTED**

WR GRACE PIQ 39048-0059

*Page 3 of 8*

rib and the right iliac crest and an MRI of the scan demonstrated early conus compression and epidural extension of disease at the $T_{12}$ level with a second lesion at $L_1$. He was hospitalized and further evaluation was undertaken. He was begun on corticosteroids and was given radiation therapy to the spinal lesion. Thoracentesis was performed and there were probable malignant cells in the pleural fluid. Bronchoscopy was negative for tumor. On February 4, 2000,                underwent a thoracoscopy with pleural tumor biopsy that showed a biphasic malignant mesothelioma. The pathology was stated to have been reviewed by Dr. Joseph Tomashefski at the Cleveland Metropolitan General Hospital who confirmed the diagnosis. Dr. Adelstein stated he was contacted with regard of possible treatment options. He stated that subjectively,            had right arm and right chest discomfort which developed after his thoracoscopy that was gradually improving. He gave no history of dyspnea or fevers. His past medical history was notable for type II diabetes mellitus and he had a remote Bell's Palsy, hyperlipidemia, cervical spine surgery and a history of peripheral neuropathology. He had an allergy to Penicillin. His family history was negative for malignancy and his review of systems was otherwise noncontributory. History was stated to be notable in that            stopped smoking 37 years ago, previously smoking 1-2 packs a day for 17 years (17-34 pack years). He was stated to have been married, lived with his wife and drank alcohol modestly. This report states there was no clear asbestos exposure. On physical exam, he was an elderly white male in no acute distress. He had a healing thoracoscopy scar on the right and lungs revealed minimal dullness at the right base. They were otherwise clear. The heart was normal without murmurs, gallops or rubs. The abdomen was benign. Dr. Adelstein stated he had a chance to review the x-rays and agreed with the interpretations. Spinal involvement appeared to be distinct and separate from the pleural fluid and the right lung mass appeared to be contiguous with the pleura and he presumed it represented pleural ingrowth of tumor. The assessment was that of malignant mesothelioma. Dr. Adelstein stated that the behavior was somewhat atypical in finding distant spread to bone with a destructive process involving $T_{12}$ **[My note: I think bone involvement in mesothelioma is much more common than people realize, especially with desmoplastic mesothelioma]**. Dr. Adelstein stated he discussed the disease with the patient and his family and suggested that they complete the radiation therapy and then refer            for palliative care.

There is a radiation oncology consultation report by Dr. Kenneth C. Lane, M.D., Cleveland Clinic Foundation, dated February 2, 2000 which gives a history similar to that of Dr. Adelstein. This report starts out by stating            had metastatic stage 4 bronchogenic carcinoma. The report states            had no first degree relatives with a history of cancer. The report states            had a past medical/surgical history of type II diabetes mellitus, status-post right knee arthroscopy years ago, bilateral cataract excision, bilateral carpal tunnel syndrome, past cholecystectomy and an anterior cervical spine procedure on March 6, 1996. He also had a history of Bell's Palsy involving the left side of his face 9 years ago with complete recovery and a history of a urinary tract infection in 1999 which resolved. He underwent colonoscopy in 1999 and a small benign polyp was removed. The social history report of Dr. Lane's report states that            was a retired accountant and worked at least part time with the TOPPS Grocery Chain.

**REDACTED**

ACCESSION NO. *L00-372*

Samuel P. Hammar, M.D., F.C.C.P., F.C.A.P., Director   Keith O. Hallman, M.D.   David M. Bray, M.D.   Richard A. Cox, M.D.



**REDACTED**

WR GRACE PIQ 39048-0060

*Page 4 of 8*

There is a pathology report from the Cleveland Clinic Foundation, accession number S00-7501 that stated a right pleural tissue biopsy showed a biphasic malignant mesothelioma with sarcomatoid and epithelioid features. The neoplastic cells were stated to be strongly positive for CAM5.2 keratin and negative for CEA and LeuM1  Pleural fluid was stated to show atypical mesothelial cells.

A pathology report designated S00-583 from the Marymount Hospital, accession date February 1, 2000 stated that a right pleural biopsy showed malignant mesothelioma, biphasic type, predominantly sarcomatous, involving the parietal pleura.  A right pleural fluid cell block showed markedly atypical mesothelial cells consistent with malignant mesothelioma.

Another pathology report from the Marymount Hospital in Garfield Heights, Ohio, accession number S00-643, accession date February 4, 2000, stated that right pleural tissue designated 1, 2 and 3 showed an abnormal spindle cell neoplasm with a differential diagnosis of fibrous mesothelioma vs. sarcomatoid carcinoma.  The final diagnosis listed was: Open biopsy, right pleura: Malignant mesothelioma, biphasic (predominantly sarcomatous) involving parietal pleura.  This diagnosis was rendered after Dr. Tomashefski made his diagnosis.

There is another pathology report from the Marymount Hospital in Garfield Heights, Ohio, cytology accession number PF00-18, accession date 02/01/2000 stating that pleural fluid contained atypical mesothelial cells consistent with malignant mesothelioma.

**Gross description:**
The right and left lungs are connected to each other with some mediastinal tissue.  The right lung is partially encased by a rind of greyish-white tumor that macroscopically resembles mesothelioma.  There also are two pieces of tissue composed mostly of a tumor rind with some associated small amount of lung tissue.  This appears to have come from the right lung.

The left lung macroscopically appears contracted.  Fixed, it weighs 391 grams and measures about 22 x 15 x 10 cm.  The visceral pleural surface is generally smooth with a moderate amount of anthracotic pigment deposition.  On sectioning, the parenchyma is brownish-red and shows no emphysema.  The lower lobe is more consolidated than the left upper lobe.  No primary or metastatic tumor is observed in the lung.  Representative sections of the left upper lobe submitted in cassettes 1, 2 and 3.  Representative sections from the left lower lobe are submitted in cassettes 4, 5 and 6.  A 5-gram sample of left upper and left lower lobe are submitted for asbestos digestion analysis.

There are separate pieces of tumor rind that appear to encase the right lung and measure up to about 15 x 15 x 2 cm. in greatest dimension.  Representative sections through these rinds of tumor are submitted in cassettes 7 and 8.

The remaining right lung specimen consists of the right lung, mediastinal tissue, the upper trachea, portion of the aorta and attached pleura.  The attached parietal pleura showed focal

ACCESSION NO. *L00-372*

Samuel P. Hammar, M.D., F.C.C.P., F.C.A.P., Director   Keith O. Hallman, M.D .  David M. Bray, M.D.  Richard A. Cox, M.D.



WR GRACE PIQ 39046-0061

**REDACTED**

*Page 5 of 8*

hyaline pleural plaques characteristic of plaques caused by asbestos. Representative sections of plaques are submitted in cassette 9.

The right lung specimen measures about 22 x 20 x 12 cm. and weighs 1,000 grams. It is cut from the top to the bottom at about 1.5 cm. intervals. The remaining specimen shows a rind of tumor on the medial surface measuring up to about 1½ cm. in maximum dimension. The appearance is most suggestive of mesothelioma. There is focal invasion into the mediastinal tissue with involvement of lymph nodes. A section through a lymph node involved by tumor is submitted in cassette 10. Representative sections of the right upper lobe region and tumor are submitted in cassettes 11, 12 and 13. Representative sections of the right middle lobe region and tumor are submitted in cassettes 14, 15 and 16. Representative sections of the right lower lobe and tumor are submitted in cassettes 17, 18 and 19. A 5-gram sample from the right upper lobe, right middle lobe and right lower lobe are submitted for asbestos digestion analysis.

**Microscopic description:**
Sections of the left upper lobe show mild congestion with areas of focal visceral pleural fibrosis with carbonaceous dust deposits. The alveolar septal capillaries are mildly dilated. There are dust deposits around small bronchi and bronchioles with a slight increase in collagenous tissue. There is dense eosinophilic material within alveolar spaces that could be edema fluid or surfactant. No corpora amylacea are observed.

Sections of the left lower lobe show similar changes with slightly more congestion and edema with postmortem growth of bacteria. There are carbonaceous dust deposits around small bronchi and bronchioles. There is focal fibrin on the surface of one of the sections and there is compressive atelectasis of the tissue.

Sections of separate pieces of tissue that had the appearance of tumor submitted in cassettes 7 and 8 and show the tumor to be composed predominantly of spindle cells associated with abundant extracellular collagenous tissue. There is an interfasiculating type of pattern. There is involvement of the subparietal pleural fat. The histologic appearance of these slides is most suggestive of a sarcomatoid mesothelioma.

Sections through the diaphragm show thin but classic hyaline pleural plaques caused by asbestos. These are sometimes associated with chronic inflammation.

Sections through a lymph node macroscopically involved by tumor shows it to be extensively replaced by tumor. There is a moderate amount of carbonaceous dust in the lymph node. Most of the lymph node is replaced by a sarcomatoid tumor. In this slide, I do not see a biphasic component.

Sections of the right upper lobe region and tumor show a predominantly sarcomatoid tumor in association with reactive changes associated with talc. The tumor is directly penetrating the lung. The lung parenchyma on the right shows congestion and edema. Sections of the right middle lobe region show the same changes. The tumor is directly invading the lung and much of it has a desmoplastic pattern, being very hypocellular. This tumor would probably

ACCESSION NO. *L00-372*          **REDACTED**

Samuel P. Hammar, M.D., F.C.C.P., F.C.A.P., Director   Keith O. Hallman, M.D   David M. Bray, M.D.   Richard A. Cox, M.D.



WR GRACE PIQ 39946-0082

**REDACTED**

*Page 6 of 8*

classify as a desmoplastic mesothelioma, since a significant percentage of it (maybe up to 50%) is composed of dense hypocellular collagenous tissue. There are deposits of carbonaceous dust in association with fibrous tissue around small bronchi and bronchioles. There are some areas in slide 15 in which the tumor has a somewhat more epithelioid appearance. The tumor is invading into the lung.

Sections through the right lower lobe show the same type of changes with invasion into the subparietal pleural fat and chest wall skeletal muscle. Most of tumor is sarcomatoid/desmoplastic.

Iron stains on sections from blocks 2, 5, 12, 14 and 17 show no asbestos bodies.

**Asbestos Digestion Analysis:** Five 5-gram samples of peripheral lung tissue are cut into small pieces and completely digested in commercial bleach. After complete digestion the bleach is carefully decanted and the sediment at the bottom of the container is carefully extracted with equal volumes of chloroform and 50% ethyl alcohol. This solution is transferred to a test tube, shaken vigorously, and centrifuged at 1200 rmp for ten minutes. After removal of as much carbonaceous material as possible, the solution is recentrifuged and the sediment at the bottom of the test tube is extracted in 95% alcohol and passed through a Millipore filter of 0.5 micrometer diameter pore size. Asbestos bodies on the filter are then counted. Results are as follows:

| | | |
|---|---|---|
| Left upper lobe = | 120 | asbestos bodies/gram wet lung tissue |
| Left lower lobe = | 465 | asbestos bodies/gram wet lung tissue |
| Right upper lobe = | 155 | asbestos bodies/gram wet lung tissue |
| Right middle lobe = | 135 | asbestos bodies/gram wet lung tissue |
| Right lower lobe = | 490 | asbestos bodies/gram wet lung tissue |

**Comment:** In our laboratory, persons with no history of exposure to asbestos have between 0-20 asbestos bodies per gram of wet lung tissue.

ACCESSION NO. *L00-372*

Samuel P. Hammar, M.D., F.C.C.P., F.C.A.P., Director  Keith O. Hallman, M.I.  David M. Bmy, M.D.  Richard A. Cox, M.D.



WR GRACE PIQ 39046-0063

**REDACTED**

*Page 7 of 8*

**The following summary statements can be made in this case:**

1. _____ was a 73-year-old man at the time of his death on June 24, 2000. _____ was stated to have a history of 55.5 pack years of cigarette smoking, having quit smoking in 1962. _____ was stated to have been exposed to asbestos between 1942 and 1945 while working as an apprentice toolmaker at Schoenberger Broadway. He may have also been exposed to asbestos for 2-3 weeks in 1946 while unloading naval ships in Japan and between 1948 and 1998 while working at various locations as described in my report.

2. _____ was stated to have had a past medical history of diabetes mellitus, hyperlipidemia, right arthroscopic knee surgery, bilateral cataract excisions, bilateral carpal tunnel syndrome, a cholecystectomy and an anterior cervical spine procedure in 1996.

3. Report by Dr. Barry R. Horn stated _____ presented in the early part of 2000 with back pain radiating in a radicular fashion. He was found to have a metastatic lesion in the 12th thoracic vertebra. Chest radiograph was stated to have shown a right pleural effusion with a mass in the chest.

4. Bronchoscopy was performed and no diagnosis was made. Thoracentesis was performed and atypical cells were stated to have been identified consistent with malignant mesothelioma.

5. Tissue specimens were stated to have been reviewed by Dr. Robb who diagnosed mesothelioma.

6. Dr. Horn opined _____ had mesothelioma and that despite therapy, he would expire as a result of mesothelioma. Dr. Horn stated _____ had been exposed to asbestos while being on board the ships and while unloading a ship for 2-3 weeks in 1946.

7. A report by Dr. David J. Adelstein concerning _____ dated February 11, 2000 stated _____ was a 73-year-old man who had been recently diagnosed to have pleural mesothelioma. Dr. Adelstein stated _____ presented with progressive left back pain and was found to have a destructive bony lesion at $T_{12}$ and a large right pleural effusion and a parenchymal lung mass or a mass of pleural origin.

8. The report by Dr. Adelstein from the Cleveland Clinic stated a bone scan confirmed metastatic involvement of $T_{12}$ with involvement of the right 4th rib and right iliac crest. There was stated to have been compression of the conus by epidural extension of the tumor.

9. _____ was treated with corticosteroids and radiation. The assessment by Dr. Adelstein was that of malignant mesothelioma that was behaving in a somewhat atypical finding since there was destructive bone metastases. I pointed out that it was not uncommon for desmoplastic mesotheliomas to metastasize to bone and compress the spine.

10. Radiation oncology report by Dr. Kenneth C. Lane of the Cleveland Clinic dated February 2, 2000 stated _____ had metastatic stage 4 bronchogenic carcinoma. (This statement is incorrect). Dr. Lane stated _____ had a past medical history of Bell's palsy of the left side 9 years ago with complete recovery and a history of a urinary tract infection in 1999 which resolved. _____ had undergone colonoscopy in 1999 and a small benign polyp was removed.

ACCESSION NO. *L00-372*                    **REDACTED**

Samuel P. Hammar, M.D., F.C.C.P., P.C.A.P., Director   Keith O. Hallman, M.I .   David M. Bray, M.D.   Richard A. Cox, M.D.

REDACTED



WR GRACE PIQ 39046-0066

**OSCAR R. SCHERER, M.D.**
**and**
**BARRY R. HORN, M.D.**
Professional Corporation

2450 ASHBY AVENUE
BERKELEY, CA 94705-2066
(510) 204-1473

Diplomates
American Board of Internal
Medicine and Pulmonary Disease

September 29, 2000

Mr. Alan Brayton
Attorney at Law
222 Rush Landing Road
P.O. Box 2109
Novato, CA 94948

RE:          **REDACTED**

Dear Mr. Brayton:

Thank you for referring the case of                for my evaluation.  At your request, I have reviewed medical records.

<u>Report of Dr. James Robb dated June 12, 2000.</u>  He reviewed tissue from the Cleveland Clinic which demonstrated a right pleural malignancy which invaded the connective tissue of the parietal pleura and the chest wall.  It had a solid epithelial pattern and a sarcomatous pattern. Immunohistochemistry was reviewed.  CEA, B72.3 and LeuM1 were negative.  Keratin and Calretinin were positive.  A diagnosis of mesothelioma was made.

<u>Records of the Cleveland Clinic.</u>                was seen on August 2, 1989.  He complained of some dizziness.

He was seen on February 11, 2000 by Dr. David Adelstein.                was recently diagnosed with mesothelioma.  He presented with progressive left flank and back pain.  An evaluation was done by his primary care physician. He was found to have a destructive bony lesion at T12.  He had a large right pleural effusion seen on x-ray.  Bone scan confirmed metastatic involvement at T12. He was begun on steroids and radiation for the spinal lesion.  A thoracentesis was performed which revealed probable malignant cells.  Bronchoscopy was negative.  Thoracoscopy was performed.  He was diagnosed as having biphasic malignant mesothelioma.  The tissue was reviewed at Cleveland Metropolitan General Hospital where the diagnosis was confirmed.

He had a history of type 2 diabetes mellitus.  He had a remote history of Bell's palsy.  He had hyperlipidemia.  He had a history of cervical spine surgery in the past and had a history of a peripheral neuropathy.  He stopped smoking 37 years previously.  He smoked one to two packs of cigarettes per day for 17 years.  There was "no clear asbestos exposure." On examination, there was minimal dullness at the right base.  Cardiac examination was normal.  There were no masses.  X-rays were reviewed.  There was definite spinal involvement.  The right lung mass was contiguous with





WR GRACE PIQ 39046-0068

Mr. Alan Brayton
September 29, 2000
Page 2                                    RE:         **REDACTED**

REDACTED

the pleura. A diagnosis of mesothelioma was made. Palliation was recommended. Systemic chemotherapy was not recommended.

I have reviewed a pathology report dated February 12, 2000. Tissue from Marymount Hospital was reviewed. A diagnosis of malignant mesothelioma was made. Keratin was positive. CEA and LeuM1 stains were negative.

I have reviewed a note by Dr. Bachar Derghan, an oncologist, dated March 21, 2000. He saw Mr. in early March at Marymount Hospital. At that time, he was diagnosed with malignant mesothelioma. He had bony metastases involving T12, L1 and epidural involvement at T12. He received radiotherapy to the metastatic lesion. He was being seen to discuss further management regarding his disease. His appetite and level of activity improved. He was started on Ritalin and Megace. He continued to have right shoulder and right arm weakness. On physical examination, his respiratory rate was 24/minute. Pulse was 84/minute. Blood pressure was 136/84. He weighed 164 pounds. There were diminished breath sounds at the right base. Cardiac examination demonstrated grade 3/6 systolic ejection murmur. Dr. Derghan concluded that chemotherapy had no role.

was seen on April 7, 2000. He was on Percocet, glyburide, Reglan, Megace, Ritalin, Colace and Decadron. He was sleeping well. His appetite was better. He had no nausea or vomiting. His weight was stable at 73.3 kg. There was a slight reduction of breath sounds in the right chest. There was no cyanosis, clubbing or edema. The dose of Ritalin was increased.

Records of Marymount Hospital in Garfield Heights, Ohio. A bone scan was done on January 19, 2000. There was increased activity in the T12 vertebra, right fourth rib and right iliac crest suspicious for metastatic disease.

A chest x-ray was obtained on January 21, 2000. There was a 2 cm ill-defined mass in the right mid lung laterally which increased in size since January 28, 1998. There was a moderate amount of pleural fluid on the right which was new. The mediastinum was unremarkable. The left lung was clear.

An MRI of the thoracic and lumbar spine were done on January 27, 2000. There was abnormal low signal intensity involving the left side of the T12 body and involving the pedicle and facet. There was a moderate amount of epidural extension. The lesion at T12 measured about 4 cm. There was a small focus within the mid portion of the L1 body suspicious for metastatic disease. A portable chest film was obtained on January 27, 2000. There was a right pleural effusion and a right mid lung nodule.

WR GRACE PIQ 39046-0067

Mr. Alan Brayton
September 29, 2000
Page 3                                                    RE:

A CT scan of the head was obtained on January 27, 2000. There was no evidence of metastatic disease.

I have reviewed a chest x-ray report dated January 27, 2000. There was a right pleural fluid collection in the lower half of the right chest. There was a soft tissue density in the right mid lung zone consistent with a known mass.

I have reviewed a note by Dr. David Weiner dated January 31, 2000         had a history of smoking one and a half to two packs of cigarettes per day for 45 years. He stopped smoking five years previously. He complained of shortness of breath and left sided pain along approximately T12. He was seen by Dr. Rosenthal and had a questionable right lung mass and a pleural effusion. A thoracentesis showed suspicious cells. Bronchoscopy was performed. No diagnosis was made. An MRI of the lower thoracic spine and upper lumbar spine was obtained. It showed epidural invasion by tumor and the beginning of spinal cord progression. He was being admitted to the hospital to receive intravenous Decadron to prevent him from becoming paraplegic. He complained of mild dyspnea. Respiratory rate was 22-24 per minute. Heart rate was 80/minute. He was afebrile. There was dullness to percussion over the right chest posteriorly. There was no cyanosis, clubbing or edema. There was slight fullness of the flank region on the left side. He was diagnosed as having epidural compression secondary to tumor invading the T12 epidural space with possible spinal cord involvement. There was metastatic cancer to bone. He had a right pleural effusion and a right lung nodule. Pleural biopsy was recommended.

Chest films were obtained on January 31, 2000. There was a large right pleural effusion with an increased amount when compared to the x-ray obtained on January 27, 2000. Cardiomegaly was seen.

Chest films were obtained on February 1, 2000. There was a moderate residual right pleural effusion.

I have reviewed a note dated February 1, 2000 by Dr. Dale Braun.       was referred because of a mass involving a thoracic spine. He complained of low back pain. He worked in payroll. He had a significant history of smoking in the past. He stopped 20 to 30 years ago. He had a left facial palsy which was at least 10 years old due to Bell's palsy. Motor and sensory examination was normal. MRI showed tumor invasion of the left T12 vertebral body and the left pedicle and the epidural space.

I have reviewed a note dated February 1, 2000 by Dr. Edward Rosenthal.       was 73 years of age. He complained of left lower quadrant abdominal pain. A CT scan of the abdomen and pelvis showed what was thought to be an osteolytic lesion of the right iliac wing. A bone scan

REDACTED

REDACTED



WR GRACE PIQ 39048-0088

Mr. Alan Brayton
September 29, 2000
Page 4

RE:

**REDACTED**

revealed uptake in this area of T12 and the ribs. A chest x-ray showed a mass and a right pleural effusion. He had a 10 pound weight loss. He denied having any cough, chest pain or fever.

With regard to his past medical history, he had type 2 diabetes. He had hyperlipidemia. He had a history of cervical spine surgery. He had osteoarthritis. He had peripheral neuropathy involving his feet. He was on Darvocet, Lipitor and glyburide. On examination, his blood pressure was 150/70. Respiratory rate was 16/minute. Pulse was 70/minute. The lungs were clear. There were distant breath sounds. There were no sensory defects. He had possible metastatic disease. The etiology of the tumor was not clear. Neurosurgical and oncologic workup was recommended.

I have reviewed a cytology report dated February 1, 2000 from right pleural fluid. Atypical mesothelial cells were seen consistent with mesothelioma.

Chest x-rays were obtained on February 3, 2000. There was a small to moderate right pleural effusion. There was thickening of the lower and lateral aspect of the right hemithorax. There was a 2 cm mass density overlying the lateral aspect of the right mid lung on the PA view. This was not seen on the lateral view.

I have reviewed a surgical pathology report dated February 4, 2000. A right pleural biopsy was done. A diagnosis of malignant mesothelioma was made. It was biphasic. The tissue had been sent to the Metro Health Medical Center as well.

I have reviewed a pathology report from Metro Health Medical Center in Cleveland. A diagnosis of biphasic malignant mesothelioma was made by Dr. Joseph Tomashefski. Keratin and Calretinin stains were positive. CEA was positive in rare tumor cells. B72.3 and LeuM1 were negative.

A portable chest film was obtained on February 5, 2000. A right chest tube was present. There was no pneumothorax. There was increased density in the mid and lower lung zone on the right which appeared to be pleural based. There was mild blunting of the left costophrenic angle. The left lung was otherwise clear.

A portable chest film was obtained on February 6, 2000. There was a right chest tube in place. There was moderate residual pleural fluid on the right. There was nodular thickening of the pleura adjacent to the parenchyma. The left lung was clear. The heart size was normal.

A portable chest film was obtained on February 8, 2000. The right chest tube was removed. There were pleural changes along the lower right lateral chest wall. The left lateral costophrenic angle was now better visualized.



WR GRACE PIQ 39046-0069

Mr. Alan Brayton
September 29, 2000
Page 5                                    RE:          REDACTED

I have reviewed a note by Dr. Eli Briones dated February 21, 2000.                    was 73 years of age. He had right upper arm pain for two to three weeks since the lung biopsy. The arm hurt with any movement. It was actually getting a little bit better. He denied any alcohol use or smoking. He was on glyburide and Decadron. Blood pressure was 110/70. Pulse was 97. Respirations were 20/minute. There were diminished breath sounds in the chest. Cardiac examination was normal. He had a full range of motion at the right upper extremity. He had no point tenderness. X-rays of the right humerus showed only degenerative joint disease.

Review of Interrogatories.                    was born on June 30, 1926. He served in the Army from July 1944 to May 1946. He served at Camp Benjamin Harrison in Indiana. He served at Camp Robertson in Arkansas from January 1945 to March 1945 for infantry training. He served at Camp Stewart in Georgia from August 1944 to December 1944 for training. He was at Fort Ord from March 26 to April 25, 1945. He served on board various ships in the Philippines and in Japan. He had a history of smoking cigarettes from April 1945 to April 1962. He smoked about one and a half packs of cigarettes per day. He smoked Lucky Strike and Kent cigarettes.

His work history is provided. From May 1942 to June 1943, he worked for Schoenberger Broadway in Cleveland. He made tools on the lathe for industrial machinery. He was unaware of exposure to asbestos. From August 1943 to May 1944 he worked for Empire Plow in Cleveland. He worked part time as a laborer. He was unaware of asbestos exposure. He was in the U.S. Army at Fort Ord for three weeks in 1944 and was unaware of asbestos exposure. He was at the Hunter's Point Naval Shipyard from March to April of 1945. He was billeted on the General John Pope. He was below deck. He was not in the boiler room. He was in the Philippines for two weeks in September 1945 on board a Liberty ship. He performed welding. From December 1945 to April 1946 he was on board the U.S.S. Admiral Mayo for two to three weeks. He recalled unloading Naval ships in Japan during the occupation.

From 1948 to 1950, he worked for American Fork & Hoe in Cleveland. He was in the mailroom and the tax department as a clerk. He was unaware of asbestos exposure. From 1950 to 1951, he worked for Parker Appliance in Cleveland. The company was also known as Parker Hannifin Company. He may have been exposed to asbestos. From 1951 to 1982, he worked for Angel Nail & Chaplet in Cuyahoga Heights, Ohio. He conducted payroll duties and physical inventory in the factory. The conditions were extremely dusty and dirty. He may have been exposed to asbestos.

From March, 1982 to March 1998 he worked for A.W. Fenton in Brookpark, Ohio. He did payroll duties and physical inventory within a warehouse. He performed inventory every year within the entire warehouse. The conditions were extremely dusty and dirty. He was unaware of asbestos exposure. In late 1999 he was a grocery bagger for Topps.

REDACTED


WR GRACE PIQ 38046-0070

Mr. Alan Brayton
September 29, 2000
Page 6                                    RE:        **REDACTED**

### Diagnoses

1.  Malignant mesothelioma.

2.  Diabetes mellitus.

### Discussion

presented early this year complaining of back pain with pain radiating in a radicular fashion. An MRI of his back was obtained which demonstrated a metastatic lesion at T12. A chest x-ray demonstrated a right pleural effusion along with a mass in the chest. Bronchoscopy was performed. No diagnosis was made. A thoracentesis was performed. Very atypical cells were identified consistent with mesothelioma. Subsequently, thoracoscopy was performed. The biopsy was interpreted locally as demonstrating mesothelioma. The diagnosis was confirmed by Dr. Joseph Tomashefski at Metro Health Medical Center in Cleveland. The tissue has also been reviewed by Dr. James Robb who confirms the diagnosis of mesothelioma. He subsequently was seen by several oncologists who recommended radiation therapy to the spine. Otherwise, it was recommended that he receive supportive care. I do not know what                current clinical status is. He will die in the near future of complications of this malignancy.

There is only one known cause of malignant mesothelioma in man and that is prior asbestos exposure or exposure to a similar substance called zeolite. This relationship was clearly identified in 1960. Since then, many epidemiologic studies have clearly demonstrated that workers exposed to asbestos are at risk for this otherwise rare malignancy.

I have been provided with a limited work history. It is really only in the interrogatories. The interrogatories indicate that            was assigned to the U.S.S. General John Pope while it was the Hunter's Point Naval Shipyard in San Francisco from March to April of 1945. He was below deck. He did not recall being in the boiler room. Simply being on board ship exposed him to asbestos. In addition, in September 1945 he was on board a Liberty ship in the Philippines doing welding. Again, he would have been exposed to asbestos simply being on board ship and is possible that he might have used cloth while welding. In 1946, he spent two to three weeks on board the U.S.S. Admiral Mayo unloading Naval ships. He was again on board ship.

The interrogatories also indicate that from 1950 to 1951, he worked for the Parker Hannifin Company doing inventory and may have been exposed to asbestos. The interrogatories do not indicate how he may have been exposed to asbestos.


WR GRACE PIQ 38048-0071

Mr. Alan Brayton
September 29, 2000
Page 7                                    RE:        **REDACTED**

REDACTED

From September 1951 to January 1982 he worked for Angel Nail & Chaplet doing payroll and inventory and may have also been exposed to asbestos.

I obviously need a more complete work history.

In summary,           has been diagnosed as having mesothelioma invading bone. He clearly does not have a curable disease and will die in the near future of complications of this malignancy. It was caused by prior occupational exposure to asbestos.

Thank you for referring this case for my evaluation.

Sincerely,

Barry R. Horn, M.D.

BRH/js


WR GRACE PIQ 38046-0072

1  ALAN R. BRAYTON, ESQ., S.B. #73685
   JOHN B. GOLDSTEIN, ESQ., S.B. #198188
2  BRAYTON❖PURCELL
   Attorneys at Law
3  222 Rush Landing Road
   Novato, California  94948
4  (415) 898-1555

5  Attorneys for Plaintiffs

6

7

8              SUPERIOR COURT OF CALIFORNIA

9                 COUNTY OF SAN FRANCISCO

10

11                          )  No. 311064
                            )
12                          )  ANSWERS TO INTERROGATORIES
                            )
13      REDACTED            )  (WRONGFUL DEATH), SET ONE
                            )
14                          )
                            )
15           Plaintiffs     )
                            )
16  vs.                     )
                            )
17  ASBESTOS DEFENDANTS (BHC)

18

19  PROPOUNDING PARTY:   STANDARD ASBESTOS CASE INTERROGATORIES

20  RESPONDING PARTY:    Plaintiff.

21  SET NO.:             ONE          REDACTED

22

23      1.A.    a.

24              b.

25              c.

26              d.           REDACTED

27              e.

28              f.

BRAYTON❖PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945-2469
(415) 898-1555

1



WR GRACE PIQ 39046-0073

**REDACTED**

| | | |
|---|---|---|
| 1 | g. | Plaintiff's investigation and discovery are continuing. |
| 2 | h. | |
| 3 | i. | Not applicable. |
| 4 | j. | Not applicable |
| 5 | k. | Not applicable. |
| 6 | l. | Plaintiff's investigation and discovery are continuing. |
| 7 | m. | |
| 8 | n. | Plaintiff's investigation and discovery are continuing. |
| 9 | o. | None. |
| 10 | p. | |
| 11 | q. | |
| 12 | r. | Not applicable. |
| 13 | s. | Not applicable. |
| 14 | 1B. a. | |
| 15 | b. | |
| 16 | c. | **REDACTED** |
| 17 | d. | |
| 18 | e. | |
| 19 | f. | |
| 20 | g. | Not applicable. |
| 21 | h. | Not applicable. |
| 22 | i. | |
| 23 | j. | **REDACTED** |
| 24 | k. | |
| 25 | l. | Decedent completed four years of college. |
| 26 | m. | See Response to No. 1A (a), above. |
| 27 | n. | See Response to No. 1A (c), above. |
| 28 | o. | See Response to No. 1A (p), above. |

2


WR GRACE PIQ 39046-0074

1      p.    See Response to No. 1A (f), above.

2      q.    Retired.

3      r.    Not applicable.

4      s.    Not applicable.

5      t.    Not applicable.

6

7    2.   a.

                **REDACTED**

8      b.

9      c.    Natural.

10     d.

11     e.    Sales management.

12     f.    living.

13

14     a.

15     b.         **REDACTED**

16     c.

17     d.

18     e.    Waitress.

19     f.    Living.

20

21     a.

22     b.

                **REDACTED**

23     c.

24     d.

25     e.    Banquet Manager.

26     f.    Living.

27    3.   No.

28    4.   None.


WR GRACE PIQ 98046-0075

5.    Plaintiff is currently able to recall decedent's addresses as follows:

**REDACTED**

6.    Decedent received his four-year degree from David Meyers College, formerly Dyka & Spencerian & Case Western Reserve.  Decedent studied advanced tax courses.

7.    The first date of service of the summons and complaint was March 31, 2000.  This was amended to include the wrongful death action on November 7, 2000.

8.    No.

9.    Decedent served in the U.S. Army from July 1944 to May 1946.  Decedent served at Camp Benjamin, Harrison, Indiana.  Decedent served at Camp Robertson, Arkansas, from January 1945 to March 1945, for infantry training.  Decedent served at Camp Stewart, Georgia, from August 1944 to December 1944, for training.  Decedent served at Fort Ord, Monterey from March 26 – April 25, 1945.  Decedent recalled being on board various ships which were being serviced at Harbor Legaspi, Philippines, and Yokohama, Japan.  Decedent received an Honorable Discharge.

10.    Excluding plaintiff's expert consultants, plaintiff is able to identify the following doctors:

a.    Dr. Edward Rosenthal.

b.    4630 Richmond Road, Cleveland, OH 44128.

c.    General health care.

d.    Approximately 1996 to June 26, 2000.  Plaintiff's investigation and discovery are continuing.

e.    General health care.

4

WR GRACE PIQ 39048-0076

1            f.        Plaintiff has provided authorizations for the release of medical records to

2 Berry & Berry. Defendants may obtain copies of medical records through Berry & Berry.

3

4            a.        Dr. Weiner.

5            b.        12000 McCracken, Garfield Heights, Ohio 44125.

6            c.        Decedent underwent Pulmonary exams.

7            d.        Approximately January 2000 to June 26, 2000.

8            e.        Mesothelioma.

9            f.        Plaintiff has provided authorizations for the release of medical records to

10 Berry & Berry. Defendants may obtain copies of medical records through Berry & Berry.

11

12            a.        Dr. Julio Popovsky.

13            b.        12000 McCracken, Garfield Heights, OH 44125.

14            c.        Decedent underwent Thoracic surgery.

15            d.        Approximately January 2000.

16            e.        Decedent had Mesothelioma.

17            f.        Plaintiff has provided authorizations for the release of medical records to

18 Berry & Berry. Defendants may obtain copies of medical records through Berry & Berry.

19

20            a.        Dr. Bachar Dergham.

21            b.        6100 West Creek Road, Independence, Ohio 44131.

22            c.        Decedent received treatment for Mesothelioma.

23            d.        Approximately January 2000 to June 26, 2000.

24            e.        Decedent had Mesothelioma.

25            f.        Plaintiff has provided authorizations for the release of medical records to

26 Berry & Berry. Defendants may obtain copies of medical records through Berry & Berry.

27            Decedent or his records may have been examined by plaintiff's attorney's

28 consultants; the results of said examination(s), including experts, writings and consultant work



WR GRACE PIQ 38046-0077

1  product are protected under the attorney work product doctrine and attorney/client privilege.

2  Discoverable reports and writings of plaintiff's expert witnesses shall be provided to all parties

3  when such experts are ascertained within the time frame set forth under C.C.P. Section 2034

4  and/or any general orders governing this litigation.

5       11.    Excluding those used by plaintiff's expert consultants, plaintiff is able to

6  recall the following hospitals:

7            a.    Meridia Hillcrest.

8            b.    Mayfield, Ohio.

9            c.    Decedent underwent neck surgery.  X-rays were taken.

10           d.    Approximately March 1996.

11           e.    Decedent required neck surgery due to herniated cervical disc injury and

12  spinal sepsis.  Plaintiff's investigation and discovery are continuing.

13           f.    Plaintiff has provided authorizations for the release of medical records to

14  Berry & Berry.  Defendants may obtain copies of medical records through Berry & Berry.

15

16           a.    Marymount Hospital.

17           b.    12300 McCracken, Garfield Heights, Ohio 44125.

18           c.    Decedent underwent gall bladder surgery and received treatment for

19  Mesothelioma.  Chest and abdominal x-rays were taken and a lung biopsy was performed.

20           d.    Approximately 1997 to March 2000.

21           e.    Decedent was suffering from abdominal pain and breathing difficulty.

22  Decedent required gall bladder surgery and treatment for mesothelioma.

23           f.    Plaintiff has provided authorizations for the release of medical records to

24  Berry & Berry.  Defendants may obtain copies of medical records through Berry & Berry.

25       12.    Excluding any taken by plaintiff's expert consultants, plaintiff is able to recall the

26  following x-rays: Marymount Hospital, 12300 McCracken, Garfield Heights, Ohio 44125..

27  Please see response to Interrogatory Nos. 10 and 11, above.  Plaintiff's investigation and

28  discovery are continuing.

WR GRACE PIQ 39046-0078

1    13.    Excluding any taken by plaintiff's expert consultants, plaintiff is able to recall that

2    decedent had pulmonary function tests performed by Dr. Weiner, 12000 McCracken, Garfield

3    Heights, OH 44125, between approximately January 2000 and June 26, 2000.  Please see

4    response to Interrogatory Nos. 10 and 11, above.  Plaintiff's investigation and discovery are

5    continuing.

6    14.    Plaintiff defers to decedent's medical records as the best source of information

7    responsive to this interrogatory.  Plaintiff's investigation and discovery are continuing.

8    15.    Yes.  Plaintiff will make these documents available.  Plaintiff believes that Berry

9    & Berry has copies of the documents, via authorizations, from prior action.

10    16.    a-f, i.  Due to the debilitating effects of decedent's asbestos-related disease,

11    plaintiff contends that decedent's entire body had become adversely affected by his exposure to

12    asbestos and asbestos-containing products.  Decedent's symptoms became increasingly more

13    aggravated.  They included shortness of breath, wheezing, diminished strength, fatigue, weight

14    loss, a reduction of activities and mobility.  The onset of these symptoms was so gradual that it is

15    not possible to identify a specific date.  However, plaintiff believes that the symptoms began

16    around December 1999.

17    g.    Plaintiff contends that decedent lost time from work as a result of his

18    asbestos-related condition at Tops, 1225 W. Pleasant Valley, Parma, Ohio.

19    h.    Not applicable.

20    17.    Decedent was diagnosed with mesothelioma on or about February 2000.

21    18.    No.

22    19.    a.    Yes.

23    b.    Ohio Department of Health.

24    c.    1740 Tanhollow Trail, Broadview Heights, Ohio  44147.

25    d.    Wife.

26    e.    Edward Rosenthal, MD; 4630 Richmond Road, #270, Warrensville, Ohio

27    44128.

28    f.    Mesothelioma.

7



WR GRACE PIQ S9048-0079

1          g.     11:00 a.m.; June 24, 2000; Parma Community General Hospital, Parma,

2    Ohio.

3       20.   No formal autopsy was performed, but the lungs were removed and preserved.

4       21.   Yes.  Decedent underwent a lung biopsy at Marymount Hospital, 12300

5    McCracken, Garfield Heights, Ohio 44125, in approximately February 2000.  Slides were made

6    at this facility.

7       22.   Yes.

8          a.     During the 1950s, decedent was involved in an auto accident where

9    decedent was rear-ended.

10         b.     Decedent received damage to his back and disc.

11         c.     Decedent was unable to recall.  Plaintiff's investigation and discovery are

12   continuing.

13         d.     None.

14         e.     Plaintiff currently does not have any documents responsive to this

15   interrogatory.  Plaintiff's investigation and discovery are continuing.

16      23.   Yes.

17         a.     Approximately April 1945-April 1962.

18         b.     Decedent smoked cigarettes.  Decedent inhaled cigarette smoke.

19         c.     Decedent smoked approximately zero to one and a half packs per day.

20         d.     Decedent smoked approximately zero to one and a half packs per day.

21         e.     Decedent smoked Lucky Strike and Kent.

22         f.     Yes.

23             1.     Dr. William Kleinman.

24             2.     Approximately 1960.

25      24.   Yes.

26         a.

27         b.     1926-1964.         **REDACTED**

28         c.     Lucky Strike, daily.


WR GRACE PIQ 39046-0080

1          d.    All day.

2     25.    Decedent consumed alcoholic beverages occasionally.

3     26.    Plaintiff currently recalls the following employers of decedent:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Schoenberger, Broadway & Harvard Avenue, Cleveland, OH | Schoenberger, Broadway & Harvard Avenue, Cleveland, OH | Tool Maker | May 1942-June 1943 |

Job Duties: Decedent recalled making tools on a lathe for industrial machinery. Decedent recalled the following co-worker: Charlie Tarkanian address unknown. Plaintiff is currently unaware if decedent was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Empire Plow, 3140 East 65, Cleveland, OH | Empire Plow, 3140 East 65, Cleveland, OH | Laborer | Aug. 1943-May 1944 |

Job Duties: Decedent recalled working part-time in a factory as a laborer. Decedent recalled the following co-worker: Ernie Zachowski address unknown. Plaintiff is currently unaware if decedent was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Army | Fort Ord, Monterey, CA | Private First Class, Rifleman | 1944 (for 2-3 weeks) |

Job Duties: Decedent recalled being stationed at Fort Ord, Monterey, California for just a few weeks. Plaintiff is currently unaware decedent was exposed to asbestos during this time of service.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Army | Hunters Point Naval Shipyard, San Francisco, CA GENERAL JOHN POPE (AP-125) | Private First Class, Rifleman | Mar.1945, Apr. 1945 |

Job Duties: Decedent recalled being onboard the GENERAL JOHN POPE (AP-125). Decedent recalled being below deck, but does not remember the boiler room or people specifically working around him. Plaintiff currently contends that decedent may have been exposed to asbestos during this service.

///

///

9


WR GRACE PIQ 39046-0081

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Army | Philippines, aboard a Liberty ship. | Private First Class, Rifleman | Approx. 2 weeks in Sept. 1945 |

Job Duties: Decedent recalled performing welding aboard a Liberty ship.  Decedent currently contends that decedent may have been exposed to asbestos during this service.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Army | Port Company, Yokahama, Japan <u>ADMIRAL MAYO (AP-110)</u> | Private First Class, Rifleman | Dec. 1945-Apr. 1946 |

Job Duties: Decedent recalled being dry docked in Yokahama, Japan for three months.  Decedent recalled being aboard the <u>ADMIRAL MAYO (AP-110)</u> for approximately 2-3 weeks in 1946. Decedent recalled unloading navy oil ships in Japan during the occupation of Japan.  Plaintiff currently contends that decedent may have been exposed to asbestos during this time of service.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| American Fork & Hoe, n.k.a. True Temper, Cleveland, OH | American Fork & Hoe, n.k.a. True Temper, Cleveland, OH | Clerk | 1948-1950 |

Job Duties: Decedent recalled working for this employer beginning as a mail room clerk and advancing to the tax department.  Decedent recalled the following co-worker: John Kilinski, 13107 Grannis, Garfield Heights, Ohio.  Plaintiff is currently unaware if decedent was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Parker Appliance Company, n.k.a. Parker Hannifin, 17325 Euclid Avenue, Cleveland, OH | Parker Appliance Company, n.k.a. Parker Hannifin, 17325 Euclid Avenue, Cleveland, OH | Inventory Clerk | 1950-1951 |

Job Duties: Decedent recalled doing numerous inventory tasks within the Parker Hannifin Company, formerly known as Parker Appliance Company.  Decedent recalled the following co-worker: Bob Farr, address unknown.  Plaintiff currently contends that decedent may have been exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Angel Nail & Chaplet Company, 4580 East 71, Cuyahoga Heights, OH | Angel Nail & Chaplet Company, 4580 East 71, Cuyahoga Heights, OH | Inventory Clerk | Sept. 1951-Jan. 1982 |


WR GRACE PIQ 39046-0082

Job Duties: Decedent recalled conducting payroll duties and physical inventory in the factory. Decedent recalled performing inventory every year throughout the entire factory. Decedent recalled extremely dusty and dirty conditions within the factory. Decedent recalled the following co-workers: George Miller, 2206 Pebble Brook, Westlake, Ohio 44145 and Joe Woods, 32407 Hamilton Court #103, Solon, Ohio 44139.  Plaintiff currently contends that decedent may have been exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| A.W. Fenton, 6565 Eastland Road, Brook Park, OH | A.W. Fenton, 6565 Eastland Road, Brook Park, OH | Inventory Clerk | Mar. 1982-Mar. 1998 |

Job Duties: Decedent recalled conducting payroll duties and physical inventory within the warehouse.  Decedent recalled performing inventory every year throughout the entire warehouse. Decedent recalled extremely dusty and dirty conditions within the warehouse. Plaintiff is currently unaware if decedent was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Topps, 1225 West Pleasant Valley Road, Parma, OH | Topps, 1225 West Pleasant Valley Road, Parma, OH | Grocery Clerk | Aug. 1999-Dec. 1999 |

Job Duties: Decedent recalled working in a grocery store as a bagger for this employment. Plaintiff is currently unaware if decedent was exposed to asbestos during this employment.

OTHER EXPOSURE:

In 1954, decedent built the addition to his house at 4810 East 86th Street, Garfield, Ohio. Decedent recalled breaking through insulation with his foot and being exposed to a white powdery substance. Decedent recalled that in 1958, many homes were being built around the area of his home and building materials were left outside, next door and across the street from his home. Decedent recalled in 1966, remodeling the basement of his home and transforming it into a recreation room. Decedent recalled his brother-in-law, Frank Gudin, now deceased, helped and assisted him in the remodeling of his basement. Decedent recalled adding electrical wiring to the remodel of decedent's basement. Decedent recalled insulating pipes with asbestos in the remodeling of his basement. Decedent recalled constructing the flooring of the basement with 12" x 12" vinyl asbestos tiles. Decedent recalled using plasterboard, sheetrock, and joint compound. Decedent recalled products from GEORGIA PACIFIC. Decedent recalled purchasing supplies for the remodel of his basement from 84 LUMBER in Brookpark, Ohio, and FORREST CITY ENTERPRISES in Cleveland, Ohio. Plaintiff currently contends that decedent may have been exposed to asbestos during this remodel of his basement.

Decedent recalled in 1980, there was a fire in the basement of his home and contractors had to come in and rip-out everything creating dust. Plaintiff currently contends that decedent may have been exposed to asbestos during this rip-out.

The following shipyards represent construction and\or repair yards for the above listed ships on which plaintiff worked: Bethlehem Steel, Alameda, CA; Bethlehem Steel, San Francisco, CA; Federal Shipbuilding & Drydock, Kearny, NJ; General Engineering & Drydock, Alameda, CA.

Plaintiff's discovery and investigation are continuing.



WR GRACE PIQ 38046-0083

27. Yes.

    a. Tops, 1225 West Pleasant Valley. Decedent did not recall the local number. Plaintiff's investigation and discovery are continuing.

    b. Decedent did not recall the exact dates when he maintained membership. Plaintiff's investigation and discovery are continuing.

28. Decedent first learned that exposure to asbestos was a potential health hazard during the 1970s via the news media.

29. Decedent did not observe the use of safety precautions.

30. Decedent never observed the use of safety precautions.

31. No.

32. Yes.

    a. Decedent was exposed to rolled insulation in the rooms, attic, floors, ceilings, and walls in his home, and installation of drywall for a bedroom addition.

    b. Approximately 1953 or early 1954.

    c. Decedent cut rolled asbestos insulation with scissors and sanded joint compound. Plaintiff's investigation and discovery are continuing.

    d. Decedent recalled rolled insulation and joint compound. Plaintiff's investigation and discovery are continuing.

33. Yes. Decedent left Tops, 1225 W. Pleasant Valley, Parma, Ohio, in December 1999 due to mesothelioma.

34. Please see Interrogatory No. 33, above.

35. No.

36. 1999: $2,844

    1998: $8,976

    1997-1989: approximately $22,000-23,000 per year. Plaintiff's investigation and discovery are continuing.

37. No.

38. Yes. Plaintiff is currently in the process of obtaining information responsive to



WR GRACE PIQ 38046-0084

1  this request.

2        39.    Yes.  Plaintiff is currently in the process of obtaining information responsive to

3  this request.

4        40.    AARP United Health Care, Post Office Box 13999, Philadelphia, Pennsylvania

5  19187 and Medicare paid for some of said expenses.  Plaintiff's investigation and discovery are

6  continuing.

7        41.    Decedent gave a deposition in his personal injury case for asbestos on June 8,

8  2000 and June 9, 2000.  The deposition was transcribed by Cady & Wanous Court Reporters.

9  Plaintiff's investigation and discovery are continuing.

10       42.    No.

11       43.    No.

12       44.    Yes.  Decedent filed a personal injury case for a back injury in Cuyahoga County,

13  Ohio.  Back problems remain, no judgment was obtained.  On March 28, 2000, decedent filed a

14  personal injury case for his asbestos-related injury in San Francisco Superior Court, Case No.

15  311064.  The case was filed with Brayton❖Purcell, 222 Rush Landing Road, Novato, California,

16  94945-2469.  The case was amended to include this wrongful death action.

17       45.    Please refer to No.44, above.

18       46.    Yes.  Settlements have previously been received from the following defendants:

19  A.P. GREEN INDUSTRIES, INC.; COMBUSTION ENGINEERING, INC.; E.J. BARTELLS

20  COMPANY; THE FLINTKOTE COMPANY; LAKE ASBESTOS OF QUEBEC, LTD.;

21  MANVILL CORPORATION ASBESTOS DISEASE COMPENSATION FUND; J.T. THORPE

22  & SON, INC.; and UNIROYAL, INC.  for a total of $65, 358.90.  Plaintiff's share are to be

23  determined.

24  ///

25  ///

26  ///

27  ///

28  ///

13

WR GRACE PIQ 30048-0085

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

47.   No.

Dated:    5-15-01

BRAYTON❖PURCELL

By: John B. Goldstein
Attorneys for Plaintiffs

14



WR GRACE PIQ 39046-0086

# Brayton✦Purcell LLP

### TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
CHRISTOPHER E. ANDREAS
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

NICHOLAS ALOIA
JARED J. BABULA
LEAH F. BACCITICH
DAVID H. BACKENSTOE
NANCE F. BECKER
BRYAN S. BORDON
GARY L. BRAYTON
COURTNEY O. BROADEN*
ANDREW CHEW
C. RYAN CHRISTENSEN*
KIMBERLY F. CHU
DAVID COLLINS
HUGH C. COOK
MICHELE L. DE ROUEN
DOUGLAS V. DUKELOW
PETER B. FREDMAN
CHRISTINA D. FRENCH
JOHN B. GOLDSTEIN
LAUREL HALBANY
DEORAH RAE
ZACHARY B. HERSCHENSOHN*
CRYSTAL G. HOWARD
SARAH K. ISAACS
GARY V. JUDD
CLAYTON W. KENT

KERRY LAW
MATTHEW B. LEE
CARRIE LIN
JACQUELINE K. LOVELESS
A. RUSSELL MARTIN
REBECCA O. MARTINO
LORENA MATEI
THOMAS E. MATES
MAUREEN C. MCGOWAN
S. BROOK MILLARD*
TENNY MIRZAYAN
JAMES P. NEVIN
SCOTT A. NIEBLING
OREN P. NOAH
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
ROBYN L. STEIN
NANCY B. THORINGTON
PAUL A. VAILLAINCOURT
GRANT E. WALTERS
JEREMIE E. WATTELLIER
KIMBERLY A. WILLIAMS
NANCY L. WILLIAMS
DEBORAH C. YANG
STEVEN W. YUEN

July 11, 2006

**VIA UNITED PARCEL SERVICE**

Rust Consulting, Inc.
Claims Processing Agent
Re:  W.R. Grace and Co. Bankruptcy
201 S. Lyndale Avenue
Fairbault, MN  55021

Re: Completed Electronic Questionnaires for Brayton✦Purcell LLP

Attn. Claims Processing Agent:

Please find enclosed two CD-ROM's that contain 543 questionnaires and supporting documentation in Adobe Acrobat format.  Please contact me with any questions or concerns regarding these questionnaires.

Very truly yours,

Jacqueline K. Loveless

JKL/jrp

enclosures



WR GRACE PIQ 39046-0087

LTR    1 OF 1

MN 550 2-01

**FOR UPS SHIPPING ONLY**

UPS NEXT DAY AIR    1

TRACKING #: 1Z 7E8 03E 01 4312 9824

JUL 1 2 2006

BILLING: P/P

UOW 8.0.16 Brother MFC8S 54.0A-04/2008

FROM:
JOHN ALLEN
(415) 899-1000
ALL-AMERICAN PRINTING SERVICES
100 RUSH LANDING STE 103
NOVATO CA 94945

SHIP TO:
CLAIMS PROCESSING AGENT
(507) 333-4300
RUST CONSULTING INC.
201 S> LYNDALE AVENUE
**FARIBAULT  MN 55021**

JUL 1 1 2006

Braxton Purcell

REF 1: RYan p. x406