# Exhibit 24

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire



WR GRACE PIQ S1602-0001

10315607084514
RE:
Kelley & Ferraro LLP
1901 Penton Media Building
1300 East Ninth Street
Cleveland OH 44114

**REDACTED**

REC'D JUL 1 2 2006



000378084514

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

WR GRACE PIQ 31602-0009

### a. GENERAL INFORMATION

1. Name of Claimant: _____   2. Gender: ☐ Male ☐ Female
   First           MI           Last

3. Race (for purposes of evaluating Pulmonary Function Test results): ................ ☐ White/Caucasian
   ☐ African American
   **REDACTED**                                                ☐ Other

4. Last Four Digits of Social Security Number:          5. Birth Date:

6. Mailing Address:
   Address         City         State/Province    Zip/Postal Code

7. Daytime Telephone Number: .................................................( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

### b. LAWYER'S NAME AND FIRM

1. Name of Lawyer: Thomas M. Wilson, Esq
2. Name of Law Firm With Which Lawyer is Affiliated: Kelley & Ferraro LLP
3. Mailing Address of Firm: 1300 E. 9th Street, Suite 1901  Cleveland, OH  44114
   Address         City         State/Province    Zip/Postal Code
4. Law Firm's Telephone Number or Lawyer's Direct Line: .................( 216 ) 575 - 0777

   X  Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? ................................................ X Living   ☐ Deceased
   If deceased, date of death: ............................................................... ___ ___ / ___ ___ / ___ ___ ___ ___

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete the following:
   Primary Cause of Death (as stated in the Death Certificate):  _If deceased, see attached death certificate_
   Contributing Cause of Death (as stated in the Death Certificate): _____

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged:
   ☐ Asbestos-Related Lung Cancer        ☐ Mesothelioma
   X Asbestosis                          ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
   ☐ Other Asbestos Disease              ☐ Clinically Severe Asbestosis

   a. Mesothelioma: If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):
      ☐ diagnosis from a pathologist certified by the American Board of Pathology
      ☐ diagnosis from a second pathologist certified by the American Board of Pathology
      ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition
      X other (please specify): _Objection: See attached medical information_

1

# ALVIN J. SCHONFELD D.O., F.C.C.P., F.A.A.D.E
### PULMONARY MEDICINE
### OCCUPATIONAL LUNG DISEASE


WR GRACE PIQ S1602-0028

905 W. CASTLEWOOD TERRACE
CHICAGO, IL 60640-4218

PHONE: 1-773-878-6111
FAX: 1-773-878-9797

July 23, 1999

RE:            **REDACTED**
SSN:

PA and lateral chest x-ray dated 7-16-99 was reviewed for the presence of pneumoconiosis according to the ILO 1980 classification. The film is Quality 2 because of cut of CP angle on right. Cardiac, hilar, and mediastinal silhouettes are unremarkable. Irregular interstitial infiltrates were seen in both mid and lower lung zones having a shape and size of s/t and a profusion of 1/0. No pleural changes were noted.

IMPRESSION: 1. Interstitial fibrosis consistent with pulmonary asbestosis in a patient with an appropriate work history and latency.

*[signature]*

Alvin J. Schonfeld, D.O., FCCP, FAADEP
AJS/cj/08

---

DIPLOMATE-AMERICAN BOARDS OF INTERNAL MEDICINE AND PULMONARY DISEASE
NIOSH B READER
CERTIFIED, AMERICAN BOARD OF INDEPENDENT MEDICAL EXAMINERS

414635

# ALVIN J. SCHONFELD, D.O., F.C.C.P., F.A.A.D.E.P 
## PULMONARY MEDICINE
## OCCUPATIONAL LUNG DISEASE

438 W. ST. JAMES PLACE
CHICAGO, IL 60614

PHONE: 1-773-472-2810
FAX: 1-773-472-2809
PAGE: 1-888-691-8521

March 9, 2001

Kelley & Ferraro
Attention: Michael V. Kelley, Esq.
1901 Bond Ct., 1300 E. 9th Street
Cleveland, OH 44144

Re:  Patient:
     SSN:           REDACTED
     DOB:

Dear Mr. Kelley:

This is a physician's report pertaining to the above-named client whom I had the pleasure of interviewing and examining on the above date.

**RESPIRATORY SYMPTOMS:** He has had dyspnea on exertion with cough and mucus production for 10-15 years.

**PAST MEDICAL HISTORY:** Positive for TIA, prostatic hypertrophy, arthritis and pharyngitis.

**MEDICATIONS:** Aspirin, Accupril, Alendronate, terazosin and Tylenol.

**SMOKING HISTORY:** He smoked a pipe only between the ages of 35 and 50 years old.

**OCCUPATIONAL HISTORY:** From 1951 until 1986 he worked at Copperweld where he was stocker, heater and furnace worker. He worked around asbestos on the furnaces and pipes.

**PHYSICAL EXAMINATION:** Physical examination revealed an alert and oriented male in no acute distress. Head and neck exam was unremarkable. Lungs were clear to auscultation. Cardiac exam revealed a regular rate and rhythm without murmurs. Abdomen was soft and without masses. Extremities showed no clubbing, cyanosis or edema.

**CHEST X-RAY:** PA chest x-ray dated 7/16/99 was read by me according to the 1980 ILO Classification and showed an ILO score of s/t 1/0 bilaterally with no pleural changes.

(continued Page 2)

DIPLOMATE - AMERICAN BOARDS OF INTERNAL MEDICINE AND PULMONARY DISEASE
NIOSH B READER
CERTIFIED, AMERICAN BOARD OF INDEPENDENT MEDICAL EXAMINERS

**ALVIN J. SCHONFELD, D.O., F.C.C.P., F.A.A.D.E.P.**

WR GRACE PIQ S1602-0028

To: Kelley & Ferraro
Re:                    REDACTED
Page 2

**SPIROMETRY:** Spirometry dated 3/9/01 met ATS guidelines and was normal. FVC was 4.06 L or 92% of predicted. $FEV_1/FVC$ ratio was 83%.

**IMPRESSION:** On the basis of the medical history review, which is inclusive of a significant exposure to asbestos dust, the physical examination and chest radiograph, the diagnosis of bilateral asbestosis is established within a reasonable degree of medical certainty.

**RECOMMENDATIONS:**
1) He is at increased risk for the development of lung cancer, mesothelioma and other non-pulmonary malignancies associated with asbestos exposure.
2) He should be advised to have yearly chest x-rays, pulmonary function screening and screening for gastrointestinal malignancy.
3) He should be advised that chest x-rays and pulmonary function may deteriorate in the absence of further asbestos exposure.
4) He should be advised to refrain from the use of all tobacco-containing products.

This report serves only to establish the presence of possible asbestos-related conditions and does not establish a doctor-patient relationship.

I hope that the above information is useful to you.

Sincerely,

Alvin J. Schonfeld, D.O., FCCP, FAADEP