IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Hearing Date 12/18/06 2:00 P.M. |
| | ) | Pittsburgh, PA |
| | ) | Agenda Item No. 11 |
| | ) | |

### RESPONSE OF PLAINTIFFS REPRESENTED BY WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISER TO DEBTORS' BRIEF REGARDING SETTLED PRE-PETITION ASBESTOS CLAIMS

This brief sets forth the position of plaintiffs represented by Wysoker, Glassner, Weingartner Gonzalez & Lockspeiser ("Wysoker Glassner") regarding the eleven (11) claims which Debtor seeks to have declared "Non-settled Pre-Petition Asbestos PI Claims" pursuant to paragraph 20 of Debtors brief.

### FACTUAL BACKGROUND

1. Admitted

2. Admitted

3. Admitted

4. Admitted

5. Plaintiffs represented by Wysoker Glassner submitted Proof of Claim Forms prior to the bar date of October 16, 2006.

6. Plaintiffs represented by Wysoker Glassner are not in possession of sufficient facts to admit or deny these facts.

7. Plaintiffs represented by Wysoker Glassner are not in possession of sufficient facts to admit or deny these facts.

8. Plaintiffs represented by Wysoker Glassner are not in possession of sufficient facts to admit or deny these facts.

9. Plaintiffs represented by Wysoker Glassner are not in possession of sufficient facts to admit or deny these facts.

10. Plaintiffs represented by Wysoker Glassner are not in possession of sufficient facts to admit or deny these facts.

## ARGUMENT

### I. THERE IS A FACTUAL ISSUE WITH REGARDS TO THE RELEASES ON BEHALF OF PLAINTIFFS REPRESENTED BY WYSOKER GLASSNER

11. On or about February 13, 2001 counsel for W.R. Grace, Connell Foley, LLP, forwarded releases to be signed by the eleven (11) plaintiffs identified in Debtor's Exhibit B. See Plaintiff's Exhibit A.

12. In attempting to compile the requisite information for the completion of the Proof of Claims the Releases forwarded on February 13, 2001 were unable to be located.

13. Instead, a copy of the letter, attached hereto as Exhibit A was sent as a good faith measure to show that the claims identified had in fact been settled.

14. Prior to the filing of this Motion by debtors, plaintiffs never made aware that the submitted letter was insufficient.

15. Furthermore, the submission of the letter should serve to satisfy this Court's "four corners" requirement:

> THE COURT: . . . . I'm going to look at the four corners of the documents, and its either going to provide that somebody has in fact settled a claim for a specific number, **that there will be** or has been a release given. . .
>
> See Debtor's Brief pg. 13, paragraph 26 (citing transcript of August 21, 2006 hearing)

16. This Court further stated that releases should be attached "if the releases exist". Unfortunately, to date we have been unable to locate the Releases submitted in conjunction with the February 13, 2001 letter.

17. The Court also allowed for a Court Order or Transcript memorializing the agreement to be attached. Again, there is no Court Order or Transcript with regards to these matters. The only memorialization of the Agreement was the February 13, 2001 letter, which <u>was</u> forwarded with the Proof of Claim forms.

18. By way of further support, Plaintiffs submit a letter dated November 21, 200 from W.R. Grace's Counsel, Connell Foley, LLP, memorializing the settlement of these eleven (11) cases in the total amount of $17,000. See Exhibit "B".

19. Clearly the letters dated November 21, 200 and February 13, 2001 serve to show that these matters were settled for specific numbers, and that Releases had been forwarded with the intent that they would be signed and returned.

20. In light of Plaintiff's submission of documents relative to these cases showing that they were in fact settled, even absent Releases confirming same, Plaintiffs respectfully request that the Court deny Debtor's Motion and find that the claims submitted on behalf of the 11 Plaintiffs represented by Wysoker Glassner continue to be deemed "Settled Pre-Petition Asbestos PI Claims"

## **CONCLUSION**

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Proposed Order set for by Debtors not be entered against the eleven (11) plaintiffs represented by Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser.

Dated: December 11, 2006

                                      WYSOKER GLASSNER WEINGARTNER
                                      GONZALEZ & LOCKSPEISER, P.A.

                                        By: William L. Kuzmin
                                        340 George Street
                                        New Brunswick, New Jersey 08901
                                        Telephone:    (732) 545-3231
                                        Facsimile:    (732) 545-2366
                                        Counsel for Plaintiffs

## CONNELL FOLEY LLP
### ATTORNEYS AT LAW

JOHN A. PINDAR (1948-1969)

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-1765
(973) 535-0500
FAX: (973) 535-9217
WRITER'S DIRECT DIAL:

| | | |
|---|---|---|
| GEORGE W. CONNELL | BRIAN G. STELLER | JAMES P. McBARRON | GEORGE A. HOPKINS |
| ADRIAN M. FOLEY, JR. | PHILIP F. McCOVERN, JR. | THOMAS A. SPARNO | ELLEN A. FEENEY |
| JOHN B. LA VECCHIA | KAREN PAINTER RANDALL | MARC D. HAEFNER | JAMES P. GIANAKIS |
| GEORGE J. KENNY | LIZA M. WALSH | STEVE BARNETT | JOHN S. STOLZ |
| KENNETH F. KUNZMAN | JOHN P. LACEY | ANGELICA S. LIEM | W. NEVINS McCANN |
| SAMUEL D. LORD | TIMOTHY E. CORRISTON | JONATHAN P. McHENRY | MITCHELL W. TARASCHI |
| RICHARD D. CATENACCI | ERNEST W. SCHOELLKOPFF | KATHLEEN M. HUNTLEY-ROBERTSON | BRAD D. SHALIT |
| RICHARD J. BADOLATO | HEIDI WILLIS CURRIER | JAMES P. RHATICAN | CAMILLE V. OTERO |
| PETER D. MANAHAN | PATRICK J. HUGHES | JOSEPH C. JASAITIS | JENNIFER LEIGH BARNES |
| JOHN B. MURRAY | JOHN D. CROMIE | STUART J. WELLS | EILEEN O'TOOLE |
| MARK L. FLEDER | GUY T. LYTLE | KARIN I. SPALDING | THOMAS J. O'LEARY |
| KEVIN J. COAKLEY | ANGELA A. IUSO | MATTHEW W. BAUER | JAMES F. JACOBUS |
| JOHN F. NEARY | JOHN H. DENTON | JOSEPH C. DeBLASIO | DAVID J. MAIRO |
| THOMAS S. COSMA | PAUL T. FADER | JODI HUDSON ANDERS | JESSICA A. GRAFF |
| KATHLEEN S. MURPHY | GLENN T. DYER | LYNNE A. ARETSKY | WALTER J. DORGAN III |
| PATRICK J. McAULEY | WILLIAM T. McGLOIN | RICHARD A. JAGEN | EDWARD S. ANHIRES |
| PETER J. PIZZI | BRENDAN JUDGE | | |
| KEVIN R. GARDNER | DAREN S. McNALLY | | |
| ROBERT E. RYAN | EDWARD DELESKY | | |
| MICHAEL X. McBRIDE | STEPHEN V. FALANGA | | |
| JEFFREY W. MORYAN | JEFFREY L. O'HARA | | |
| JOHN K. BENNETT | TRICIA BEVELOCK O'REILLY | | |
| PATRICIA J. PINDAR | ANTHONY F. VITIELLO | | |
| PETER J. SMITH | | | |

February 13, 2001

Robert C. Krieger, Esq.
Wysoker, Glassner, Weingartner,
Gonzalez & Lockspeiser
340 George Street
New Brunswick, NJ 08901

Re:   **Sheetmetal III – Severed Cases**   ROBERT
   Buchta v. W.R. Grace & Co.-Conn.
   Docket No. L-9492-94AS
   Buchta v. W.R. Grace & Co.-Conn.
   Docket No. L-7387-94AS
   Clark v. W.R. Grace & Co.-Conn.
   Docket No. L-11276-94AS
   Esposito v. W.R. Grace & Co.-Conn.
   Docket No. L-880-94AS
   Freudenrich v. W.R. Grace & Co.-Conn.
   Docket No. L-10126-94AS
   Keenan v. W.R. Grace & Co.-Conn.
   Docket No. L-5771-95AS
   Laudicina v. W.R. Grace & Co.-Conn.
   Docket No. L-5194-94AS
   Lopinto v. W.R. Grace & Co.-Conn.
   Docket No. L-9417-95AS
   Pizza v. W.R. Grace & Co.-Conn.
   Docket No. L-619-95AS
   Pruitt v. W.R. Grace & Co.-Conn.
   Docket No. L-2905-95AS
   Thiele v. W.R. Grace & Co.-Conn.
   Docket No. L-2873-95AS

Dear Mr. Krieger:

EXHIBIT
A

Robert C. Krieger, Esq.
February 13, 2001
Page 2

    Enclosed please find Releases for all of the plaintiff's with regards to the above captioned matter. Kindly review and have your client execute the releases as soon as possible.

    As per my telephone conversation with Joan on February 13, 2001, she advised me that you are unaware of who the Executrix is for Robert Buchta. Joan advised me to send the release anyway.

    Thank you for your attention to this matter. If you should have any questions, please feel free to call.

                                                                Very truly yours,

                                                                Judy Iannone
                                                                Paralegal

JFI\
Enclosure

CONNELL FOLEY LLP

ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
LAND, NEW JERSEY 07068-1765

(973) 535-0500
FACSIMILE: (973) 535-1685

November 21, 2000

Robert Krieger, Esq.
Wysoker, Glassner & Weingartner
340 George Street
New Brunswick, New Jersey 08901

   Re: Wysoker Sheet Metal Group III

Dear Mr. Krieger:

This letter will confirm the modified settlement with W.R. Grace in the above referenced matters. The modified settlement is as follows:

1. The parties have agreed to settle the forty-six (46) Wysoker Sheetmetal III Cases identified in my October 16, 2000 correspondence for the sum of $50,000. The Settlement represents payment of $1,000 for all pleural disease/asbestosis cases (including Wrongful Death cases); $2,000 per case for any other cancers, and $3,000 per case for lung cancer cases.

2. Plaintiffs will provide stipulations of dismissal, with prejudice, for the three (3) remaining American Standard Cases: Farmer, Rivella, and Wade, as set forth in my October 16, 2000 correspondence.

3. The remaining eleven (11) Wysoker Sheetmetal III Cases which have been severed from the trial list as identified on the attached list are settled with the same terms as the prior 46 Sheetmetal Cases. Since there are three lung cancer cases and eight pleural disease/asbestosis cases, the settlement amount for these cases is $17,000, representing a total settlement of $67,000.

4. Based upon prior documentation provided by W.R. Grace indicating that it did not supply asbestos-containing products to Shell Oil, plaintiff would provide a stipulation of dismissal with prejudice in the Derzawiec matter, Docket No.: L-11659-99.

1122431-01

EXHIBIT

B

November 21, 2000
Page 2

    5.    Based upon prior documentation provided by W.R. Grace, plaintiffs will provide stipulations of dismissal without prejudice in the seven pending <u>Asarco</u> matters identified on the attached list.

Pursuant to my discussions with your paralegal, Sharon, your office will prepare the Releases. We have prepared the enclosed stipulations of dismissal for your execution.

                  Very truly yours,

                  Timothy E. Corriston

TEC:mms

1122431-01

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Hearing Date 12/18/06 2:00 P.M. |
| | ) | Pittsburgh, PA |
| | ) | Agenda Item No. 11 |
| | ) | |

### AFFIDAVIT OF WILLIAM L. KUZMIN REGARDING
### CONVENTIONAL SERVICE OF MOTION PAPERS

1. I am an associate at Wysoker Glassner Weingartner Gonzalez & Lockspeiser and am fully familiar with the facts surrounding these cases.

2. On or about December 1, 2006 Debtors filed a Motion with regards to the status of claims on behalf of eleven (11) of my clients.

3. Our office does not have a PACER account currently set up. As such, I was unable to electronically file the reply papers to this Motion.

4. In order to protect the interests of my clients, and to ensure a timely response to Debtors Motion, the reply papers were sent via overnight mail. Reply papers were sent to Counsel for Debtors in the same manner.

5. The foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
WILLIAM L. KUZMIN

Dated: December 11, 2006

LAW OFFICES
## WYSOKER, GLASSNER, WEINGARTNER, GONZALEZ & LOCKSPEISER
A PROFESSIONAL ASSOCIATION
340 GEORGE STREET, NEW BRUNSWICK, NJ 08901

JACK WYSOKER (1925-2005)
BERTRAM J. GLASSNER, *of counsel*
MURRAY WEINGARTNER
RAUL I. GONZALEZ
ALLAN L. LOCKSPEISER
ROBERT C. KRIEGER*

DAVID HOFFMAN
MICHELE L. WALDMAN+
LARRY RADOMSKI
WILLIAM L. KUZMIN*
DANIEL P. BOYLE
ANDREW PINIAK

*PA BAR
+NY BAR

(732) 545-3231

BRANCH OFFICE
205 NEW BRUNSWICK AVENUE
SUITE B
PERTH AMBOY, NJ 08861

(732) 826-6363

FAX (732) 545-2366

December 11, 2006

**Via Overnight Mail**
United States Bankruptcy Court
District of Delaware
ATTN: Clerk's Office
824 North Market Street
3rd Floor
Wilmington, DE 19801

Re:   In re: W.R. Grace et al
      Case No. 01-01139 (JKF)

Dear Sir or Madam:

Enclosed is an original and one (1) copy of response papers to a motion filed by Debtors in the above captioned matter. Please file this response and return the copy to my office in the enclosed stamped, self addressed envelope.

Should you have any questions or require further information, please feel free to contact me. Thank you for your time and assistance in this matter.

Very truly yours,

William L. Kuzmin

WLK/rsk
Enclosure
cc:   Pachulski Stang Ziehl Young
      Jones & Weintraub, LLP
      Attn: James E. O'Neill
      919 North Market Street, 17th Floor
      P.O. Box 8705
      Wilmington, DE 19899
      (Via Overnight Mail & Fax)