## EXHIBIT A

### Case Administration (54.00 Hours; $ 22,983.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 20.60 | $760 | 15,656.00 |
| Rita C. Tobin | 2.10 | $435 | 913.50 |
| Kirsten Burmester | 22.10 | $205 | 4,530.50 |
| Erroll G. Butts | 1.50 | $220 | 330.00 |
| David B. Smith | 3.90 | $220 | 858.00 |
| Andrew D. Katznelson | 3.00 | $185 | 555.00 |
| Velma Wright | .80 | $175 | 140.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/3/2006 | RCT | 435.00 | 0.20 | Review local counsel recommendations re EI update. |
| 4/3/2006 | KB | 205.00 | 7.00 | Drafted memo on which victims are entitled to restitution. |
| 4/4/2006 | KB | 205.00 | 7.00 | Drafted memo on which victims are entitled to restitution. |
| 4/4/2006 | DBS | 220.00 | 0.30 | Compile transcript for attorney review. |
| 4/4/2006 | PVL | 760.00 | 0.60 | Confer Horkovich (.3); confer EI (.2); review 8 miscellaneous filings (.1). |
| 4/5/2006 | DBS | 220.00 | 0.80 | Compile deposition exhibits for attorney review. |
| 4/5/2006 | KB | 205.00 | 6.30 | Drafted memo on which victims are entitled to restitution. |
| 4/6/2006 | PVL | 760.00 | 0.10 | Review e-mail. |
| 4/7/2006 | VW | 175.00 | 0.50 | Organize case file documents |
| 4/7/2006 | DBS | 220.00 | 0.30 | Compile documents for attorney review. |
| 4/10/2006 | PVL | 760.00 | 0.10 | Review 8 misc. filings. |
| 4/12/2006 | PVL | 760.00 | 0.20 | Review e-mail (.1); review 2 misc. filings (.1). |
| 4/12/2006 | RCT | 435.00 | 0.50 | Review prebills. |

| 4/13/2006 | DBS | 220.00 | 0.50 | Compile deposition exhibits for attorney review. |
| 4/14/2006 | PVL | 760.00 | 0.10 | Review 6 miscellaneous filings. |
| 4/14/2006 | DBS | 220.00 | 1.10 | Compile deposition exhibits for attorney review. |
| 4/17/2006 | PVL | 760.00 | 1.30 | Confer Bernick (.7); confer Hurford (.1); confer Frankel (.1); confer Baena and Dies (.2); teleconference EI (.1); review 4 miscellaneous filings and e-mail (.1). |
| 4/17/2006 | DBS | 220.00 | 0.40 | Compile correspondence for attorney review. |
| 4/18/2006 | PVL | 760.00 | 0.30 | Review e-mail (.2); review Hurford memo (.1). |
| 4/19/2006 | PVL | 760.00 | 0.80 | Review e-mail and reply (.3); teleconference Rega (.4); review EI memo (.1). |
| 4/20/2006 | PVL | 760.00 | 0.90 | Teleconference Pitkow (.3); review 4/17/06 transcript (.6). |
| 4/21/2006 | RCT | 435.00 | 0.20 | Review local counsel recommendations and docket re EI update. |
| 4/24/2006 | PVL | 760.00 | 0.30 | Review LTC memo re prop acquisition (.1); review SCDHEC stip and COC (.1); review e-mail and reply (.1). |
| 4/25/2006 | PVL | 760.00 | 0.10 | Review 5 miscellaneous filings. |
| 4/28/2006 | RCT | 435.00 | 0.20 | Review local counsel recommendations and docket re EI update. |
| 5/1/2006 | RCT | 435.00 | 0.20 | Review local counsel recommendations re EI update. |
| 5/2/2006 | PVL | 760.00 | 0.30 | Review 9 miscellaneous filings (.1); review Whitehouse orders (.2). |
| 5/3/2006 | DBS | 220.00 | 0.50 | Compile expert report for attorney review. |
| 5/5/2006 | PVL | 760.00 | 0.60 | Review 3 miscellaneous filings (.1); review e-mails (.1); teleconference NDF (.2); teleconference Horkovich (.2). |
| 5/8/2006 | PVL | 760.00 | 0.20 | Review 3 miscellaneous filings (.1); review agenda (.1). |
| 5/8/2006 | EGB | 220.00 | 0.50 | Organize, chron and prepare documents for attorney review. |

| 5/8/2006 | RCT | 435.00 | 0.20 | Review local counsel recommendation and docket re EI update. |
|---|---|---|---|---|
| 5/9/2006 | EGB | 220.00 | 1.00 | Organize, chron and prepare documents for attorney review. |
| 5/9/2006 | PVL | 760.00 | 0.50 | Review 6 miscellaneous filings (.1); teleconference Marsden (.4). |
| 5/11/2006 | PVL | 760.00 | 0.10 | Review e-mail. |
| 5/12/2006 | PVL | 760.00 | 0.10 | Review e-mail. |
| 5/14/2006 | PVL | 760.00 | 0.30 | Review e-mail, order and amended agenda (.2); confer NDF (.1); teleconference EI (.1). |
| 5/15/2006 | PVL | 760.00 | 1.40 | Attend omni hearing (1); confer Hurford (.3); teleconference EI (.1); review 4 miscellaneous filings (.1). |
| 5/16/2006 | PVL | 760.00 | 0.10 | Review motion re Lloyds settlement. |
| 5/17/2006 | PVL | 760.00 | 0.20 | Review 4 miscellaneous filings (.1); review Hurford memo and reply (.1). |
| 5/19/2006 | PVL | 760.00 | 0.20 | Review 5 miscellaneous filings (.1); review motion re Wauconda settlement (.1). |
| 5/22/2006 | PVL | 760.00 | 0.20 | Review 6 miscellaneous filings (.1); review LTC memo (.1). |
| 5/23/2006 | PVL | 760.00 | 0.20 | Review 7 miscellaneous filings (.1); teleconference Horkovich (.1). |
| 5/25/2006 | PVL | 760.00 | 0.10 | Review 13 miscellaneous filings. |
| 5/26/2006 | PVL | 760.00 | 1.70 | Review 8 miscellaneous filings (.1); review Austen fax (.1); teleconference Hurford re Equitas motion (1); teleconference Horkovich and Hurford re same (.5). |
| 5/27/2006 | PVL | 760.00 | 0.10 | Review 7 miscellaneous filings. |
| 5/30/2006 | PVL | 760.00 | 0.10 | Review AKO memo. |
| 6/1/2006 | PVL | 760.00 | 0.50 | Review 8 miscellaneous filings (.1); review e-mail (.3); review Equitas motion (.1). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 6/1/2006 | ADK | 185.00 | 0.50 | Retrieved and duplicated Court documents for RCT. |
| 6/2/2006 | PVL | 760.00 | 1.10 | Review e-mail (.1); review draft Equitas opposition and e-mail comments (.6); review Libby cls. obj. to Equitas (.2); review JAL memo (.2). |
| 6/6/2006 | ADK | 185.00 | 0.50 | Review, classify and annotate payment Orders and Schedules records. |
| 6/7/2006 | PVL | 760.00 | 0.20 | Review e-mail (.1); review 7 miscellaneous filings (.1). |
| 6/7/2006 | ADK | 185.00 | 0.50 | Prepared all necessary materials for upcoming conference call for EI. |
| 6/9/2006 | VW | 175.00 | 0.30 | Organize case file documents |
| 6/9/2006 | PVL | 760.00 | 0.10 | Review Harding letter to Meyer. |
| 6/12/2006 | RCT | 435.00 | 0.20 | Review local counsel recommendation re EI update. |
| 6/13/2006 | PVL | 760.00 | 0.20 | Review Judge Molloy opinion re Libby indictment. |
| 6/14/2006 | PVL | 760.00 | 0.10 | Review 6 miscellaneous filings. |
| 6/15/2006 | KB | 205.00 | 1.80 | Read opinion dismissing counts against Grace; discussed case with JAL. |
| 6/15/2006 | PVL | 760.00 | 0.50 | Review AKO memo re Equitas (.2); review motion to exclude med. testimony in MDL 875 (.3). |
| 6/15/2006 | ADK | 185.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 6/16/2006 | PVL | 760.00 | 0.10 | Review e-mail re Equitas. |
| 6/18/2006 | PVL | 760.00 | 0.40 | Prep for hearing (.3); review RMQ motion for judgment (.1). |
| 6/19/2006 | PVL | 760.00 | 5.10 | Confer Baena, Frankel, EI re hearing (1.5); attend omni hearing (2.6); confer Hurford, EI (.6); confer Frankel (.4). |
| 6/21/2006 | PVL | 760.00 | 0.70 | Review e-mail re Equitas (.3); confer NDF (.1); review Hurford memo and e-mail (.1); review 16 miscellaneous filings (.2). |
| 6/21/2006 | RCT | 435.00 | 0.20 | Review docket and local counsel recommendations re EI update. |

| 6/22/2006 | PVL | 760.00 | 0.40 | Teleconference EI, NDF. |
| 6/28/2006 | ADK | 185.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
| 6/30/2006 | RCT | 435.00 | 0.20 | Review docket, local counsel recommendations re EI update. |

**Total Task Code .04**        **54.00**

## Claim Analysis Objection & Resolution (Asbestos) (9.40 Hours; $ 5,704.00)

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter Van N. Lockwood | 1.40 | $760 | 1,064.00 |
| Ronald E. Reinsel | 8.00 | $580 | 4,640.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 4/10/2006 | PVL | 760.00 | 0.20 | Review Kinsella aff. (.1); review e-mail (.1). |
| 4/19/2006 | RER | 580.00 | 2.70 | Teleconf re: environmental claims and review judgment and brief research re: same. |
| 4/20/2006 | RER | 580.00 | 2.40 | Research re: environmental claim status and teleconfs re: same. |
| 4/21/2006 | PVL | 760.00 | 0.30 | Review 3 Anderson Memorial filings re class cert. |
| 4/21/2006 | RER | 580.00 | 2.50 | Review re: Grace environ. claim status and conference call re: same. |
| 4/21/2006 | RER | 580.00 | 0.40 | Teleconf. w/FCR counsel re: environ. claims. |
| 5/10/2006 | PVL | 760.00 | 0.30 | Confer NDF (.1); review MDL op re welding rod fumes (.2). |
| 6/12/2006 | PVL | 760.00 | 0.10 | Confer NDF. |
| 6/23/2006 | PVL | 760.00 | 0.50 | Review WRG motion re PD scheduling. |

**Total Task Code .05**        **9.40**

{D0070410.1 }

## Committee, Creditors', Noteholders' or Equity Holders' (2.00 Hours; $ 1,103.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.10 | $835 | 918.50 |
| Kirsten Burmester | .90 | $205 | 184.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 5/18/2006 | EI | 835.00 | 0.50 | Report on status. |
| 6/13/2006 | EI | 835.00 | 0.60 | Committee call re: status (.6). |
| 6/27/2006 | KB | 205.00 | 0.10 | Meeting with EI re issues to be researched. |
| 6/29/2006 | KB | 205.00 | 0.30 | Researched amount of compensation allowed for restitution award. |
| 6/30/2006 | KB | 205.00 | 0.50 | Researched amount of compensation allowed for restitution award. |

**Total Task Code .07**     **2.00**

## Employee Benefits/Pension (1.40 Hours; $ 1,010.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.10 | $760 | 836.00 |
| Ronald E. Reinsel | .30 | $580 | 174.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/27/2006 | PVL | 760.00 | 0.30 | Teleconference Hurford (.2); review e-mail (.1). |
| 4/28/2006 | PVL | 760.00 | 0.10 | Review e-mail. |
| 5/4/2006 | PVL | 760.00 | 0.10 | Review e-mail re pension contribution. |
| 5/25/2006 | PVL | 760.00 | 0.40 | Teleconference Hurford re pension motion. |

| 5/27/2006 | PVL | 760.00 | 0.10 | Review Berkin memo re pension motion. |
| 5/31/2006 | PVL | 760.00 | 0.10 | Review e-mail re pension motion. |
| 6/30/2006 | RER | 580.00 | 0.30 | Review memo re: LTIP. |

**Total Task Code .08**          **1.40**

### Employment Applications, Others (.30 Hours; $ 121.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| James P. Wehner | .30 | $205 | 121.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 6/23/2006 | JPW | 405.00 | 0.30 | Review revised CMO |

**Total Task Code .10**          **.30**

### Fee Applications, Applicant (13.00 Hours; $ 3,510.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $835 | 83.50 |
| Peter Van N. Lockwood | .20 | $760 | 152.00 |
| Rita C. Tobin | 3.70 | $435 | 1,609.50 |
| Andrew D. Katznelson | 9.00 | $185 | 1,665.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/3/2006 | ADK | 185.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 4/6/2006 | ADK | 185.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |

| 4/18/2006 | ADK | 185.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 4/19/2006 | RCT | 435.00 | 0.50 | Second looks |
| 4/24/2006 | ADK | 185.00 | 1.00 | Worked on fee application. |
| 4/25/2006 | ADK | 185.00 | 0.50 | Worked on fee application. |
| 4/28/2006 | RCT | 435.00 | 0.20 | Review fee app schedule for May |
| 5/5/2006 | PVL | 760.00 | 0.10 | Review draft resp. to Smith and e-mail RCT. |
| 5/5/2006 | ADK | 185.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 5/9/2006 | RCT | 435.00 | 0.30 | Review pre-bills |
| 5/10/2006 | ADK | 185.00 | 1.00 | Worked on Interim Fee Application. |
| 5/11/2006 | RCT | 435.00 | 0.50 | Review interims (C&D) |
| 5/12/2006 | ADK | 185.00 | 0.50 | Worked on fee application. |
| 5/12/2006 | RCT | 435.00 | 0.50 | Review exhibits. |
| 5/24/2006 | ADK | 185.00 | 1.00 | Worked on fee application. |
| 5/25/2006 | ADK | 185.00 | 0.50 | Worked on fee application. |
| 5/25/2006 | RCT | 435.00 | 0.50 | Review monthly fee applications. |
| 5/26/2006 | RCT | 435.00 | 0.10 | Review fee app schedule for June |
| 6/2/2006 | EI | 835.00 | 0.10 | Fee app extension (.1). |
| 6/6/2006 | PVL | 760.00 | 0.10 | Review draft response to Smith and e-mail RCT. |
| 6/7/2006 | ADK | 185.00 | 0.50 | Worked on Fee Auditor Response. |
| 6/16/2006 | RCT | 435.00 | 0.50 | Review Fee app exhibits |
| 6/27/2006 | ADK | 185.00 | 1.00 | Worked on fee application. |
| 6/27/2006 | RCT | 435.00 | 0.50 | Review monthly fee apps |
| 6/28/2006 | ADK | 185.00 | 0.50 | Worked on fee application. |

| 6/28/2006 | ADK | 185.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 6/30/2006 | RCT | 435.00 | 0.10 | Review fee app schedule for July. |

**Total Task Code .12       13.00**

## Financing (.20 Hours; $ 167.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | .20 | $835 | 167.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 4/24/2006 | EI | 835.00 | 0.20 | Proposed acquisitions. |

**Total Task Code .14       .20**

## Hearings (12.00 Hours; $ 9,795.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | 9.00 | $835 | 7,515.00 |
| Peter Van N. Lockwood | 3.00 | $760 | 2,280.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 4/11/2006 | EI | 835.00 | 0.70 | Conf. PVNL/NDF/M. Hurford re: plans for hearing (.7). |
| 4/15/2006 | PVL | 760.00 | 0.40 | Prep for 4/17 hearing. |
| 4/16/2006 | PVL | 760.00 | 0.60 | Review JAL e-mail and draft order (.1); prep for 4/17 hearing (.5). |
| 4/17/2006 | PVL | 760.00 | 2.00 | Attend omnibus hearing. |
| 6/16/2006 | EI | 835.00 | 0.50 | Prep for hearing. |

| 6/19/2006 | EI | 835.00 | 7.80 | Travel to Wilmington preparing for hearing on train (3.0); prep conf. with Hurford, PVNL, Frankel and Baena (1.5); status conference at court (2.5); conf. PVNL/Baena/Frankel re: next steps (.3); conf. Bernick on train to NY re: Libby, etc. (.5). |

**Total Task Code .15        12.00**

## Litigation and Litigation Consulting (840.50 Hours; $ 274,030.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | 42.70 | $835 | 35,654.50 |
| Walter B. Slocombe | 18.70 | $760 | 12,155.00 |
| Nathan D. Finch | 43.00 | $525 | 22,575.00 |
| Jeffrey A. Liesemer | 89.10 | $425 | 37,867.50 |
| James P. Wehner | 17.80 | $405 | 7,209.00 |
| Danielle K. Graham | 80.70 | $290 | 23,403.00 |
| Adam L. VanGrack | 497.30 | $250 | 124,325.00 |
| Stacie M. Evans | 28.20 | $205 | 5,781.00 |
| David B. Smith | 23.00 | $220 | 5,060.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 4/2/2006 | SME | 205.00 | 1.00 | Create index re: response to document requests. |
| 4/3/2006 | SME | 205.00 | 1.00 | Prepare chart re: response to discovery requests. |
| 4/3/2006 | JAL | 425.00 | 1.30 | Office conference w/NDF re: proposed stipulation relating to estimation discovery (.10); reviewed and revised draft stipulation pertaining to estimation discovery (1.0); telephone call w/D. Felder re: draft stipulation relating to estimation discovery (.10); drafted and revised e-mail to D. Felder regarding same (.10). |
| 4/3/2006 | ALV | 250.00 | 2.20 | Review documents produced by debtors from Boston repository for relevance. |

| 4/4/2006 | ALV | 250.00 | 9.60 | Review documents produced by debtors from Boston repository for relevance (5.0); review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance (4.6). |
| 4/4/2006 | JAL | 425.00 | 1.10 | Estimation discovery planning (.40); review and analysis of materials relating to Libby claimants' estimation (.70). |
| 4/4/2006 | JPW | 405.00 | 1.50 | Draft significant documents memo (1.2); communicate with experts re reports (0.3) |
| 4/4/2006 | SME | 205.00 | 4.80 | Prepare chart re: response to discovery requests. |
| 4/5/2006 | SME | 205.00 | 0.70 | Prepare chart re: response to discovery requests. |
| 4/5/2006 | NDF | 525.00 | 1.50 | Analyze insurance issues for (1.0) objection to settlement with Equitas and (.2) further uses in case (.3). |
| 4/5/2006 | ALV | 250.00 | 6.00 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 4/6/2006 | ALV | 250.00 | 7.10 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 4/6/2006 | EI | 835.00 | 0.30 | Memos re: Property Damage. |
| 4/6/2006 | NDF | 525.00 | 3.80 | Work on asbestos estimation issues (experts and prior reports for same). |
| 4/7/2006 | SME | 205.00 | 1.90 | Prepare chart re: response to discovery requests. |
| 4/7/2006 | JAL | 425.00 | 0.30 | E-mail correspondence exchange with SME re: Sealed Air documents (.20); telephone call and message to D. Felder re: draft expert witness stipulation(.10). |
| 4/7/2006 | EI | 835.00 | 1.20 | Memos re: PD issues (.5); attempt to reach Pointer (.2); KB memo (.3); t/c Budd re: same (.2). |
| 4/7/2006 | ALV | 250.00 | 4.20 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |

| | | | | |
|---|---|---|---|---|
| 4/10/2006 | ALV | 250.00 | 3.00 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 4/10/2006 | JAL | 425.00 | 1.80 | Office conference w/NDF re: Grace estimation of claims and discovery issues (.40); drafted and revised e-mail to B. Harding re: requested mediation session on Whitehouse discovery issues (.30); drafted and revised memo to M. Hurford re: estimation of claims and discovery issues (.30); reviewed memo from M. Hurford re: issues relating to next week's omnibus hearing (.20); review and analysis of papers filed by the PI Committee re: Libby claimant issues (.60). |
| 4/10/2006 | EI | 835.00 | 1.00 | T/c NDF and read Hurford memo re: status (.3); t/c's Pointer re: status (.3); t/c's M. Dies re: status (.3); memos (.1). |
| 4/11/2006 | JAL | 425.00 | 2.00 | Review of Grace agenda letter and related materials (.40); conference call w/EI, PVNL, NDF, and M. Hurford re: strategy issues (.70); review and editing of spreadsheet prepared by SME re: Sealed Air documents (.30); telephone call and message to B. Harding re: upcoming discovery mediation (.10); reviewed and edited draft letter to B. Harding re: claims data base issues (.40); drafted e-mail to D. Relles re: same (.10). |
| 4/11/2006 | ALV | 250.00 | 4.00 | Review documents produced by debtors from Boston repository for relevance. |
| 4/11/2006 | EI | 835.00 | 0.40 | Memo re: status (.3); t/c Budd (.1). |
| 4/12/2006 | ALV | 250.00 | 4.10 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 4/12/2006 | JAL | 425.00 | 4.00 | Review spreadsheet re: Sealed Air documents and the documents themselves listed therein (3.7); office conference w/NDF re: estimation and related discovery issues (.30). |
| 4/13/2006 | JPW | 405.00 | 0.60 | Telephone conference with B. Longo re report (.2); expert report issues (.4) |
| 4/13/2006 | JAL | 425.00 | 4.10 | Reviewed e-mail exchanges between NDF and M. Hurford re: upcoming omnibus hearing (.10); telephone call w/DBS re: Sealed Air documents (.10); office conference w/DBS re: Sealed Air |

|  |  |  |  | documents (.10); reviewed memo from M. Hurford re: scheduling and planning issues in estimation proceeding, and drafted and revised e-mail to M. Hurford re: same (.40); review and analysis of materials in preparation for mediation session on discovery issues (.80); participated in discovery mediation session with regard to the Libby claimant issues (2.50); drafted e-mail to NDF re: mediation session dealing with Libby claimant discovery issues (.10). |
|---|---|---|---|---|
| 4/13/2006 | ALV | 250.00 | 5.90 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 4/14/2006 | ALV | 250.00 | 4.50 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 4/14/2006 | EI | 835.00 | 0.20 | Memo to M. Dies. |
| 4/14/2006 | JAL | 425.00 | 4.30 | Drafted and revised memo to EI, PVNL and NDF re: yesterday's mediation session (1.8); review and analysis of materials relating to estimation issues and next week's omnibus hearing (.50); drafted and revised proposed language for inclusion in stipulation or proposed order regarding Libby claimant discovery (1.2); telephone call with PVNL re: issues relating to upcoming omnibus hearing (.10); drafted and revised memo to B. Harding and B. Stansbury, debtors' counsel, attaching proposed language relating to Libby claimant discovery issues (.70). |
| 4/15/2006 | JAL | 425.00 | 1.30 | Review and analysis of drafts of Libby discovery orders (.60); drafted and revised memo to EI, PVNL and NDF re: draft Libby claimant discovery orders (.70). |
| 4/16/2006 | JAL | 425.00 | 1.30 | Review and analysis of draft Libby discovery order and protective order (.90); telephone conference w/B. Harding re: draft Libby discovery order and protective order (.20); telephone conference w/B. Stansbury re: draft discovery order and protective order (.20). |
| 4/16/2006 | ALV | 250.00 | 2.60 | Review documents produced by debtors from Boston repository for relevance. |

| | | | | |
|---|---|---|---|---|
| 4/16/2006 | SME | 205.00 | 0.40 | Review materials re: recent developments in asbestos litigation. |
| 4/17/2006 | SME | 205.00 | 0.40 | Create chart re: deposition exhibits from Sealed Air case. |
| 4/17/2006 | ALV | 250.00 | 10.10 | Review documents produced by debtors from Boston repository for relevance (5.0); review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance (5.1). |
| 4/17/2006 | EI | 835.00 | 2.40 | Prep for mediation (2.0); t/c Frankel re: same (.1); t/c PVNL re: same and court hearing (.3). |
| 4/17/2006 | JAL | 425.00 | 4.70 | Review and analysis of revised drafts of Libby discovery order and protective order (.30); telephone conference among the parties re: the re-drafts of the Libby discovery order and protective order (1.10); drafted and revised memo to EI, PVNL, and NDF re: the re-drafts of the Libby discovery and protective orders (.50); second telephone conference re: the re-drafts of the Libby discovery and protective orders (.60); telephone conference w/M. Hurford re: the re-drafts of the Libby discovery and protective orders (.40); third telephone conference re: re-drafts of the Libby discovery and protective orders (.80); second telephone conference w/M. Hurford re: the re-drafts of the Libby discovery and protective orders (.40); review and analysis of letter from debtors' counsel addressing questionnaire issues (.10); telephone call w/D. Felder re: issues pertaining to estimation discovery and extension of exclusivity (.20); reviewed letter from NDF to B. Harding re: objections to questionnaires (.10); reviewed weekly recommendation memo from M. Hurford (.20). |
| 4/17/2006 | NDF | 525.00 | 1.00 | Correspond with clients and respond to Harding letter regarding objections to questionnaire. |
| 4/18/2006 | JAL | 425.00 | 0.50 | E-mail exchanges w/B. Harding, debtors' counsel, re: draft discovery order and protective order pertaining to Libby claimants (.30); e-mail exchanges w/M. Hurford re: draft discovery order and protective order (.20). |
| 4/18/2006 | JPW | 405.00 | 0.40 | Telephone conference with B. Longo re expert report |

| 4/18/2006 | EI | 835.00 | 1.90 | Prep for meeting (.7); memo re: same (.2); t/c Pointer (.2); t/cs Kruger (.2); t/c Sinclair to prep (.1); t/c Wyron re: status (.5). |
| 4/18/2006 | ALV | 250.00 | 7.50 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 4/18/2006 | SME | 205.00 | 4.60 | Create chart re: documents produced during Sealed Air case. |
| 4/18/2006 | SME | 205.00 | 0.40 | Create chart re: jury verdicts for asbestos-related injuries. |
| 4/19/2006 | ALV | 250.00 | 8.30 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 4/19/2006 | EI | 835.00 | 5.30 | Prep for meetings (1.5); conf. Weitz, Sinclair, Dies, Speights, Scott, Baena, Sakalo, Austern, Frankel, Wyron, Radecki, Brownstein (1.5); conf. same plus Kruger, Pasquale,    Krieger of Stroock & Stroock & Lavan (1.5); conf. D. Cohn (.3); memo (.5). |
| 4/19/2006 | JAL | 425.00 | 0.60 | E-mail correspondence w/M. Hurford re: draft Discovery Order and Protective Order pertaining to Libby claimants (.20); drafted and revised language at the request of B. Harding to be inserted in draft protective order relating to Libby claimants (.40). |
| 4/20/2006 | JAL | 425.00 | 0.20 | Telephone call re: inquiry from individual asbestos claimant. |
| 4/20/2006 | EI | 835.00 | 0.30 | T/c Frankel re: negotiations. |
| 4/20/2006 | ALV | 250.00 | 8.00 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |
| 4/20/2006 | SME | 205.00 | 0.20 | Create chart showing verdicts for asbestos-related injuries. |
| 4/21/2006 | SME | 205.00 | 0.30 | Review materials re: developments in asbestos litigation. |
| 4/21/2006 | ALV | 250.00 | 9.20 | Review documents related to past asbestos settlements produced by debtors from Boca Raton repository for relevance. |

| 4/21/2006 | JAL | 425.00 | 3.00 | Reviewed and edited revised drafts of Discovery Order and Protective Order relating to Libby claimants (1.50); teleconf. w/R. Wyron, FCR's counsel, re: revised drafts of discovery order and protective order pertaining to Libby claimants and discovery (.30); telephone conf. among the parties re: revised drafts of discovery order and protective order pertaining to Libby claimants and discovery (1.2). |
|---|---|---|---|---|
| 4/24/2006 | JAL | 425.00 | 1.70 | Review and analysis of revised drafts of the Discovery Order and Protective Order relating to the Libby claimants' medial records (.50); telephone conference with the parties regarding the revised drafts of the Discovery Order and the Protective Order (.40); review letter from B. Harding to Judge Whelan re: discovery conference call (.10); review and analysis of omnibus hearing transcript (.50); office conference with ALV re: estimation document production (.10); telephone call w/JR re: estimation document production (.10). |
| 4/24/2006 | ALV | 250.00 | 8.80 | Review documents related to past asbestos settlement produced by debtors from Boca Raton for relevance. |
| 4/25/2006 | ALV | 250.00 | 8.60 | Review documents related to past asbestos settlement produced by debtors from Boca Raton for relevance (5.6); review documents produced by debtors from Boston repository for relevance (3.0). |
| 4/25/2006 | SME | 205.00 | 0.30 | Prepare chart re jury verdicts for asbestos related injuries. |
| 4/25/2006 | JAL | 425.00 | 1.90 | Reviewed memo from D. Relles re: Rust questionnaire database issues (.20); further revisions to draft letter to B. Harding re: Rust database issues (.20); drafted and revised memo to JR re: estimation-related document production (.10); review and analysis of materials relating to estimation issues (1.4). |
| 4/25/2006 | EI | 835.00 | 0.30 | T/c Pointer and memo. |
| 4/26/2006 | EI | 835.00 | 0.30 | T/c Frankel re: status. |
| 4/26/2006 | NDF | 525.00 | 0.30 | Review EI memo regarding case issues. |
| 4/26/2006 | JAL | 425.00 | 1.30 | Review and analysis of materials in prep. for tomorrow's teleconference with the parties on the draft Libby discovery and protective order (.70); |

|            |     |        |      | review and analysis of materials relating to Sealed Air estimation documents (.60). |
|------------|-----|--------|------|------------------------------------------------------------------------------------|
| 4/26/2006  | ALV | 250.00 | 8.70 | Review documents related to past asbestos settlement produced by debtors from Boca Raton for relevance (6.5); review documents produced by debtors from Boston repository for relevance (2.2). |
| 4/27/2006  | ALV | 250.00 | 8.60 | Review documents related to past asbestos settlement produced by debtors from Boca Raton for relevance (4.5); review documents produced by debtors from Boston repository for relevance (4.1). |
| 4/27/2006  | SME | 205.00 | 1.20 | Compile chart re verdicts for asbestos-related injuries. |
| 4/27/2006  | JAL | 425.00 | 1.10 | Teleconference among the parties in the estimation proceeding re: the draft Discovery Order and draft Protective Order re:discovery in relation to the Libby claimants. |
| 4/27/2006  | EI  | 835.00 | 0.20 | Baena note (.1); t/c Kruger (.1). |
| 4/28/2006  | JAL | 425.00 | 0.40 | Office conference w/JPW re: issues relating to draft Discovery Order and Protective Order relating to Libby claimants discovery (.20); brief review and analysis of revised drafts of proposed Discovery Order and Protective Order pertaining to the Libby claimants (.10); reviewed recommendation memo from local counsel (.10). |
| 4/28/2006  | ALV | 250.00 | 7.50 | Review documents related to past asbestos settlement produced by debtors from Boca Raton for relevance (5.5); review documents produced by debtors from Boston repository for relevance (2.0). |
| 4/28/2006  | SME | 205.00 | 0.20 | Review developments in asbestos litigation. |
| 4/29/2006  | SME | 205.00 | 2.50 | Research re jury verdicts for asbestos-related diseases. |
| 5/1/2006   | JAL | 425.00 | 1.00 | Review and analysis of revised drafts of Discovery Order and Protective Order pertaining to discovery of Libby claimants (.50); teleconference among parties' counsel regarding revised drafts of Discovery Order and Protective Order pertaining to Libby claimants (.40); drafted e-mail to NDF in response to his question relating to estimation case (.10). |

| 5/1/2006 | ALV | 250.00 | 8.00 | Review documents from debtors' Boca Raton repository for any relevant to past asbestos settlements. |
|---|---|---|---|---|
| 5/1/2006 | EI | 835.00 | 0.10 | T/c Cooney re: status. |
| 5/2/2006 | ALV | 250.00 | 3.00 | Review documents from debtors' Boston repository for relevance. |
| 5/2/2006 | JAL | 425.00 | 1.60 | Review and analysis of finalized discovery order and corresponding protective order governing discovery of Libby claimants (.40); drafted and revised memo to EI, PVNL, and NDF re: same (.20); review and analysis of materials related to estimation proceeding and discovery (1.0). |
| 5/2/2006 | EI | 835.00 | 0.20 | T/c Peterson re: status (.1); t/c NDF re: history (.1). |
| 5/3/2006 | JAL | 425.00 | 0.10 | Reviewed memo from EI re: issues pertaining to upcoming hearings. |
| 5/3/2006 | ALV | 250.00 | 6.60 | Review documents from debtors' Boca Raton repository for any relevant to past asbestos settlements (5.0); review documents from debtors' Boston repository for relevance (1.6). |
| 5/3/2006 | EI | 835.00 | 1.30 | T/c Berkin and Sinclair re: financial matters (.5); memo re: same (.2); review Peterson materials (.5); memo to negotiating subcommittee re: status (.1). |
| 5/4/2006 | ALV | 250.00 | 7.70 | Review documents from debtors' Boca Raton repository for any relevant to past asbestos settlements (6.2); review documents from debtors' Boston repository for relevance (1.5). |
| 5/4/2006 | EI | 835.00 | 1.00 | Work on Peterson materials (.5); memos to negotiating subcommittee (.2); memo to Baena (.1); memo to Sinclair re: Libby (.1); t/c Kruger and Pasquale (.1). |
| 5/5/2006 | JAL | 425.00 | 0.10 | Reviewed email exchanges between Grace team members re: estimation issues. |
| 5/5/2006 | JPW | 405.00 | 0.20 | Meet with ALV re questionnaires |
| 5/5/2006 | ALV | 250.00 | 7.60 | Review documents from debtors' Boca Raton repository for any relevant to past asbestos settlements (3.3); review documents from debtors' |

| | | | | |
|---|---|---|---|---|
| | | | | Boston repository for relevance (4.1); contact claimant with questionnaire problems (.2). |
| 5/5/2006 | EI | 835.00 | 1.20 | Subcommittee call to review negotiations (.7); memos to Baena re: same (.5). |
| 5/6/2006 | EI | 835.00 | 0.20 | Insurance matters. |
| 5/8/2006 | NDF | 525.00 | 3.80 | Review materials regarding bad Grace documents for use in estimation. |
| 5/8/2006 | JAL | 425.00 | 0.80 | Telephone call w/P. Rika of LAS re: Rust questionnaire database issues (.20); review and analysis of amended agenda notice for May 15 omnibus hearing and e-mail exchanges pertaining to government's potential objection to negotiated order resolving Libby discovery issues (.30); review and analysis of materials pertaining to estimation issues (.10); reviewed e-mail correspondence among PVNL, NDF and M. Hurford re: estimation of claims issues (.20). |
| 5/8/2006 | EI | 835.00 | 1.10 | T/c Roger Frankel re: status (.5); memos with Baena, et al. re: status (.5); memo to Sinclair re: cost item (.1). |
| 5/8/2006 | ALV | 250.00 | 9.50 | Review documents produced by the debtors from Boston repository for relevance (1.5); review documents from Boca Raton repository and address concerns regarding past asbestos settlements (8.0). |
| 5/9/2006 | ALV | 250.00 | 6.50 | Review documents from Boca Raton repository and address concerns regarding past asbestos settlements. |
| 5/9/2006 | EI | 835.00 | 0.30 | Mediation scheduling. |
| 5/10/2006 | JAL | 425.00 | 0.10 | Drafted e-mail to Pat at LAS re: Rust questionnaire database. |
| 5/10/2006 | EI | 835.00 | 0.30 | Mediation scheduling:  t/c Robin Hinkle and memos. |
| 5/10/2006 | ALV | 250.00 | 7.80 | Review documents produced by the debtors from Boston repository for relevance (1.0); review documents from Boca Raton repository and address concerns regarding past asbestos settlements (6.5); report on status of review of documents from Boca Raton repository (0.3). |

| 5/10/2006 | SME | 205.00 | 0.20 | Review materials re: recent developments in asbestos litigation. |
|---|---|---|---|---|
| 5/11/2006 | ALV | 250.00 | 8.50 | Review documents from Boca Raton repository and address concerns regarding past asbestos settlements. |
| 5/11/2006 | EI | 835.00 | 0.50 | Memos re: meetings. |
| 5/12/2006 | JAL | 425.00 | 2.60 | Drafted e-mail to ALV re: estimation issue (.10); review of revised draft of Martindale discovery order (.20); reviewed memo from ALV re: estimation document production and drafted reply to ALV re: same (.20); e-mail exchanges with ALV re: Grace questionnaire issues (.20); reviewed recent revisions to Martindale discovery order from debtors' counsel and counsel for Libby claimants (.20); reviewed e-mail exchanges from ALV and NDF re: estimation document review (.20); reviewed further e-mail correspondence re: Martindale discovery order (.20); drafted and revised memo to EI, PVNL, and NDF re: proposed Martindale discovery order (.20); office conf. w/NDF re: estimation-related discovery (.50); review and analysis of additional changes to proposed Martindale discovery order (.20); review and analysis of court's order extending exclusive periods and amended notice of agenda for upcoming omnibus hearing (.30); drafted and revised e-mail to M. Hurford re: proposed Whitehouse discovery order (.10). |
| 5/12/2006 | ALV | 250.00 | 10.50 | Review documents from Boca Raton repository and address concerns regarding past asbestos settlements (4.0); review documents produced by the debtors from Boston repository for relevance (6.1); contact claimant with Questionnaire problems (0.4). |
| 5/13/2006 | ALV | 250.00 | 2.00 | Review documents produced by the debtors from Boston repository for relevance. |
| 5/15/2006 | ALV | 250.00 | 8.80 | Review documents produced by the debtors from Boston repository for relevance (6.5); review documents from Boca Raton repository and address concerns regarding past asbestos settlements (2.3). |
| 5/15/2006 | EI | 835.00 | 0.70 | Memos re: meetings and participants (.5); t/c D. Cohn re: status (.1); t/c R. Budd re: status (.1). |
| 5/15/2006 | SME | 205.00 | 0.20 | Review materials re: recent developments in asbestos litigation. |

| | | | | |
|---|---|---|---|---|
| 5/15/2006 | JAL | 425.00 | 0.10 | Telephone call and message to P. Rika at LAS re: Rust questionnaire database. |
| 5/16/2006 | NDF | 525.00 | 0.50 | Telephone conference with lawyer for doctor regarding estimation discovery issue. |
| 5/16/2006 | JAL | 425.00 | 0.60 | Meeting w/NDF re: estimation-related strategy and discovery issues. |
| 5/16/2006 | EI | 835.00 | 4.70 | Prep (1.0); conference PI / PD and Futures Rep (2.0); conf. PI / PD, Futures Rep, Debtor, UCC and Equity (1.7). |
| 5/16/2006 | ALV | 250.00 | 8.20 | Review documents produced by the debtors from Boston repository for relevance (1.2); review documents from Boca Raton repository and address concerns regarding past asbestos settlements (7.0). |
| 5/17/2006 | ALV | 250.00 | 5.90 | Review documents produced by the debtors from Boston repository for relevance. |
| 5/18/2006 | JAL | 425.00 | 0.50 | Review and analysis of M. Hurford's memo re: the omnibus hearing earlier this week (.30); review of memo from EI re: ongoing mediation with the parties (.20). |
| 5/18/2006 | ALV | 250.00 | 8.70 | Review documents produced by the debtors from Boston repository for relevance (3.2); review documents from Boca Raton repository and address concerns regarding past asbestos settlements (5.5). |
| 5/19/2006 | ALV | 250.00 | 9.00 | Review documents produced by the debtors from Boston repository for relevance. |
| 5/19/2006 | JAL | 425.00 | 0.20 | Telephone call w/M. Westin re: Grace questionnaire. |
| 5/22/2006 | ALV | 250.00 | 7.10 | Review documents produced by the debtors from Boston repository for relevance. |
| 5/22/2006 | JAL | 425.00 | 1.60 | Reviewed recommendation memo from local counsel re: pending matters (.10); drafted and revised memo re: Grace questionnaire issues (.20); review and analysis of materials relating to estimation of claims (.70); review and analysis of certificate of counsel together w/proposed Discovery Order, Protective Order, and attached exhibits (.60). |

| Date | | | | |
|------|------|--------|------|---|
| 5/23/2006 | ALV | 250.00 | 8.60 | Review documents produced by the debtors from Boston repository for relevance. |
| 5/23/2006 | EI | 835.00 | 0.30 | Conf. Pasquale re: mediation (.1); t/c Kazan re: Libby (.2). |
| 5/24/2006 | ALV | 250.00 | 7.70 | Review documents produced by the debtors from Boston repository for relevance. |
| 5/25/2006 | ALV | 250.00 | 8.50 | Review documents produced by the debtors from Boston repository for relevance . |
| 5/26/2006 | EI | 835.00 | 0.80 | Memo to Kazan (.5); memos re: mediation (.3). |
| 5/26/2006 | JAL | 425.00 | 0.30 | Reviewed recommendation memo from local counsel (.10); drafted memo to Pat at LAS re: Rust questionnaire facility (.20). |
| 5/30/2006 | EI | 835.00 | 4.70 | Prep for mediation session (.5); meeting at Kirkland & Ellis (.5); mediation session (3.0); memo (.5); t/c PVNL re: status (.2). |
| 5/30/2006 | JAL | 425.00 | 1.60 | Review and analysis of materials relating to estimation (1.00); telephone call and message to P. Ebbiner re: Grace questionnaire to claimants (.10); drafted memo to ALV re: estimation-related documents (.30); reviewed memo from EI re: mediation session w/Judge Pointer (.10); office conf. w/NDF re: developments and next steps in estimation proceeding (.10). |
| 5/30/2006 | NDF | 525.00 | 0.20 | Review Harding 5/25 letter (0.1); confer with JAL regarding case issues (0.1). |
| 5/30/2006 | ALV | 250.00 | 3.20 | Review documents produced by the debtors from Boston repository for relevance. |
| 5/31/2006 | ALV | 250.00 | 9.80 | Review documents produced by the debtors from Boston repository for relevance (3.8); review documents produced from Boston repository for specific documents referenced by Schneider and McCumber (6.0). |
| 5/31/2006 | NDF | 525.00 | 0.40 | Review and edit memos to EI regarding case status. |
| 5/31/2006 | SME | 205.00 | 0.10 | Meet with JAL re upcoming document review. |
| 5/31/2006 | JAL | 425.00 | 4.80 | Office conf. w/ALV re: estimation-related document review (.20); reviewed memo from EI re: Grace |

pension contribution motion (.10); telephone call w/P. bbiner of LAS re: Grace claimants' questionnaire (.30); reviewed letter from B. Harding re: potential mediation sessions w/individual claimants over questionnaire objections (.10); drafted and revised memo to NDF re: potential mediation sessions over claimant questionnaire objections (.20); office conf. w/SME re: Grace estimation-related document review (.20); telephone call w/ALV re: Grace estimation-related document review (.10); teleconf. w/NDF and EI re: estimation matters and next steps (.30); review materials and prep. of memo re: estimation proceeding and issues (.40); review of materials and prep. of memo re: mediation and questionnaire issues (2.00); review and analysis of case management order and reviewed options for revising such order (.90).

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 5/31/2006 | EI | 835.00 | 1.40 | T/c NDF and JAL re: status and procedures going forward (.5); pension motion (.1); t/c L. Kruger re: status (.2); t/c Frankel re: same (.2); t/c Baena re: same (.2); t/c Weitz re: same (.2). |
| 6/1/2006 | JAL | 425.00 | 5.10 | Further drafting and revisions to memo re: mediation and questionnaire process (2.40); drafting and revisions to memo re: estimation-related discovery (2.20); teleconf. w/M. Hurford re: estimation issues (.50). |
| 6/1/2006 | NDF | 525.00 | 1.20 | Review new publication about asbestos claims estimation (Stallard, et al.). |
| 6/1/2006 | ALV | 250.00 | 9.30 | Review documents produced by from Boston repository for relevance (7.0); documents re past asbestos settlements from debtors' Boca Raton repository and address concerns re same (2.3). |
| 6/2/2006 | EI | 835.00 | 0.70 | Memo re: status (.5); t/c NDF re: strategy session (.2). |
| 6/2/2006 | ALV | 250.00 | 8.10 | Review documents produced by from Boston repository for evidence (7.1); review documents re past asbestos settlements from debtors' Boca Raton repository and address concerns re same (1.0). |
| 6/2/2006 | JAL | 425.00 | 0.80 | Reviewed EI's mark-up of memo re: mediation and claimant questionnaire issues (.20); telephone call and message to M. Hurford re: estimation proceeding (.10); teleconf. w/M. Hurford re: memo on mediation |

| | | | | and claimant questionnaire issues (.40); reviewed recommendation memo from local counsel (.10); |
|---|---|---|---|---|
| 6/5/2006 | ALV | 250.00 | 9.20 | Review documents produced by from Boston repository for evidence. |
| 6/5/2006 | EI | 835.00 | 0.30 | Prep for meeting (.3). |
| 6/5/2006 | JAL | 425.00 | 1.70 | Telephone call w/P. Ebiner re: claimants' questionnaire issues (.10); office conf. w/NDF re: tomorrow's meeting w/EI re: estimation (.10); telephone call w/M. Hurford re: same (.10); review and analysis of materials in prep. for meeting w/EI, NDF and other counsel re: estimation proceeding (1.40). |
| 6/5/2006 | DBS | 220.00 | 2.70 | Compile document production for expert review (.6); compile and organize case materials for upcoming strategy meeting (2.1). |
| 6/6/2006 | DBS | 220.00 | 0.40 | Compile and organize case materials for upcoming strategy meeting. |
| 6/6/2006 | JAL | 425.00 | 4.20 | Prep. for strategy meeting w/EI re: estimation proceeding and discovery (.50); meeting w/EI, NDF, WBS, JPW, DKG and ALV re: estimation strategy, discovery and related issues (2.60); reviewed e-mail from P. Ebiner re: Rust questionnaire processing issues (.10); review and analysis of materials in prep. for litigation and discovery planning session with NDF and WBS (.90); drafted memo to EI re: estimation issues (.10). |
| 6/6/2006 | JPW | 405.00 | 3.20 | Meeting with Grace team re discovery |
| 6/6/2006 | DKG | 290.00 | 2.50 | Strategy meeting. |
| 6/6/2006 | NDF | 525.00 | 3.00 | Meet with EI and Grace team to discuss case issues and discovery. |
| 6/6/2006 | WBS | 650.00 | 2.50 | Conference EI, others re strategy, work assignments for case. |
| 6/6/2006 | EI | 835.00 | 2.50 | Conf. in DC with NDF, WBS, JPW, JAL, AS and DKG re: CMO, expert discovery, lay discovery, opening hearings, POR matters and staffing all in light of end of mediation and resumption of litigation (2.5). |

{D0070410.1 }

| 6/6/2006 | ALV | 250.00 | 7.20 | Meeting (and preparation for) with EI, NDF, JAL, JPW, WBS, DKG, SME to discuss progress and strategy (4.4); review documents produced by from Boston repository for evidence (2.8). |
| 6/7/2006 | ALV | 250.00 | 6.50 | Review documents produced by from Boston repository for evidence. |
| 6/7/2006 | EI | 835.00 | 1.00 | Memo to Committee to set up call (.3); t/c Frankel re: status (.2); read opposition to insurance settlement (.5). |
| 6/7/2006 | NDF | 525.00 | 0.60 | Review objection to London settlement agreement (0.3); meet with Lloyd's counsel regarding various issues (0.3). |
| 6/8/2006 | DKG | 290.00 | 1.20 | Attention to case background materials. |
| 6/8/2006 | JAL | 425.00 | 0.80 | Reviewed e-mail correspondence in connection with estimation discovery (.20); conference call with counsel for parties in estimation proceeding and J. Heberling re: production of Libby medical records (.60). |
| 6/9/2006 | ALV | 250.00 | 7.50 | Review documents produced by from Boston repository for evidence (5.0); review documents re past asbestos settlements from debtors' Boca Raton repository and address concerns re same (2.5). |
| 6/9/2006 | NDF | 525.00 | 0.30 | Review Harding letter to Myer (0.1); draft email to Harding regarding RUST and CMO (0.2). |
| 6/10/2006 | SME | 205.00 | 0.20 | Review materials re: recent developments in asbestos litigation. |
| 6/11/2006 | ALV | 250.00 | 3.10 | Review documents produced by from Boston repository for evidence. |
| 6/11/2006 | NDF | 525.00 | 0.70 | Telephone conference with Relles regarding questionnaire project (0.5); telephone conference with Peterson regarding same (0.2). |
| 6/12/2006 | DBS | 220.00 | 0.70 | Compile deposition transcript and disclosure statement for attorney review. |
| 6/12/2006 | DKG | 290.00 | 6.50 | Attention to Grace background materials. |
| 6/12/2006 | WBS | 650.00 | 2.30 | Review status reports, Questionnaire briefs, other docs in prep for conference on Grace strategy. |

{D0070410.1 }

| | | | | |
|---|---|---|---|---|
| 6/12/2006 | ALV | 250.00 | 8.70 | Review documents re past asbestos settlements from debtors' Boca Raton repository and address concerns re same. |
| 6/12/2006 | NDF | 525.00 | 1.50 | Planning and analysis for strategy meeting on 6/13. |
| 6/12/2006 | JAL | 425.00 | 0.30 | Review and analysis of materials relating to estimation issues. |
| 6/12/2006 | EI | 835.00 | 0.30 | T/c JPW to set up conf. (.2); t/c Sinclair re: expense in Libby (.1). |
| 6/13/2006 | EI | 835.00 | 1.00 | Review of Roman Catholic case. |
| 6/13/2006 | JAL | 425.00 | 6.00 | Preparation for Grace estimation strategy meeting w/NDF, WBS and other counsel (.30); reviewed message from B. Harding re: production of medical records from the CARD clinic (.10); preparation for telephone conference w/the Committee re: estimation discovery (.40); telephone conf. w/EI, WBS, NDF, and Committee re: estimation discovery (.60); preparation for estimation discovery planning session w/JPW and ALV (1.00); office conf. w/JPW and ALV re: estimation discovery planning and expert reports (.40); telephone call w/EI re: estimation litigation issues (.10); drafted and revised memo to JPW, ALV and DKG re: estimation-related expert reports (.30); review and analysis of materials related to estimation litigation (.30); trial strategy and planning session re: estimation proceeding w/NDF, WBS, JPW, ALV and DKG (2.50). |
| 6/13/2006 | NDF | 525.00 | 3.40 | Strategy meeting with WBS et al to discuss trial strategy for estimation (2.3); telephone conference with Grace ACC re questionnaires (0.7); telephone conference with Cooney re case issue (0.1); analysis of Grace materials re estimation (0.3). |
| 6/13/2006 | ALV | 250.00 | 8.90 | Review documents produced by from Boston repository for evidence (6.9); internal planning meeting (and preparation for same) with NDF, DKG. JAL, JPW, WBS (2.0). |
| 6/13/2006 | DBS | 220.00 | 0.80 | Compile deposition transcripts for attorney review. |
| 6/13/2006 | WBS | 650.00 | 5.00 | Conference NDF, others re analysis and planning of strategy for case (2.3); conference call committee on Questionnaire issues, plans for strategy (.6); rev |

|  |  |  |  | Sealed Air transcripts for possible use in lieu of trial deps, info on necessary followup (2.1). |
|---|---|---|---|---|
| 6/13/2006 | DKG | 290.00 | 8.60 | Strategy meeting (2.5); read and analyze case background materials (6.1). |
| 6/13/2006 | JPW | 405.00 | 3.40 | Meeting with team re discovery (2.3); telephone conference with EI and PNVL re plan proposal (.7); meeting with ALV and JAL re experts (.4) |
| 6/14/2006 | JPW | 405.00 | 1.00 | Review Libby medical record protective orders |
| 6/14/2006 | DKG | 290.00 | 4.00 | Read and analyze case background materials. |
| 6/14/2006 | WBS | 650.00 | 3.30 | Rev Sealed Air dep transcripts and documents . |
| 6/14/2006 | ALV | 250.00 | 8.60 | Preparation and discussion with RSB regarding trial opening/closing research assignment |
| 6/14/2006 | NDF | 525.00 | 3.10 | Confer with Peterson re data issues and other case issues (2.5); telephone conference with Peterson and LAS re data issue (0.5); telephone conference with D. Myer re case issue (0.1). |
| 6/14/2006 | JAL | 425.00 | 5.20 | Review and analysis of materials in preparation of memo to Committee re: estimation-related issues and caselaw (1.70); drafted and revised memo to Committee regarding estimation-related issues and caselaw (3.20); telephone call w/D. Felder, FCR's counsel, re: new case management order in estimation case (.10); drafted and revised memo to EI re: estimation-related issues (.20). |
| 6/14/2006 | EI | 835.00 | 0.60 | T/c D. Relles re: Rabinovitz inquiry (.1); t/c Peterson/NDF re: questionnaire (.2); memos re: criminal case decision (.3). |
| 6/14/2006 | SME | 205.00 | 0.50 | Prepare deposition notices. |
| 6/15/2006 | EI | 835.00 | 1.50 | T/c PNVL re: cram down issues (.7); t/c Frankel, Wyron, Baena, PNVL re: hearing Monday (.6); t/c JAL re: criminal case (.2). |
| 6/15/2006 | JAL | 425.00 | 0.90 | Telephone call w/EI re: estimation-related issues (.10); telephone call w/Lynee re: claimants' questionnaire issues (.10); drafted and revised memo re: claimants' questionnaire issues (.30); office conf. w/KB re: estimation issues and Libby, Montana criminal proceeding (.40). |

| 6/15/2006 | WBS | 650.00 | 2.50 | Review additional prior transcripts/testimony of potential estimation witnesses for both sides, outline of issues covered and not covered. |
|-----------|-----|--------|------|-----|
| 6/15/2006 | NDF | 525.00 | 0.70 | Telephone conference with Eveland re data issue (0.3); telephone conference with Peterson re same (0.4). |
| 6/15/2006 | SME | 205.00 | 0.90 | Prepare deposition notices. |
| 6/15/2006 | ALV | 250.00 | 9.30 | Review documents produced by from Boston repository for evidence (7.2); draft Fact Witness List (and research fact witness) (2.1). |
| 6/15/2006 | DKG | 290.00 | 8.20 | Read and analyze case background materials. |
| 6/15/2006 | JPW | 405.00 | 0.50 | Coordinate expert issues |
| 6/16/2006 | JPW | 405.00 | 1.70 | Review draft 30(b)(6) notices |
| 6/16/2006 | ALV | 250.00 | 9.60 | Review documents produced by from Boston repository for evidence (4.4); draft Fact Witness List (and research fact witness) (2.2); draft 30(b)(6) notices for Grace, Rust Consulting, and Casner & Edwards (3.0). |
| 6/16/2006 | DBS | 220.00 | 1.20 | Compile documents for attorney review and case files. |
| 6/16/2006 | NDF | 525.00 | 0.50 | Review and respond to emails re case issues. |
| 6/16/2006 | WBS | 650.00 | 3.10 | Continue work on potential Grace witnesses and their prior statements. |
| 6/16/2006 | DKG | 290.00 | 7.80 | Read and analyze case background materials. |
| 6/16/2006 | SME | 205.00 | 0.60 | Prepare deposition notices and subpoenas. |
| 6/18/2006 | ALV | 250.00 | 9.60 | Review documents produced by from Boston repository for evidence (4.4); draft Fact Witness List (and research fact witness) (2.2); draft 30(b)(6) notices for Grace, Rust Consulting, and Casner & Edwards (3.0). |
| 6/19/2006 | ALV | 250.00 | 8.90 | Review documents produced by from Boston repository for evidence (6.6); draft 30(b)(6) notices for Grace, Rust Consulting, and Casner & Edwards |

| | | | | (1.0); draft Fact Witness List (and research fact witness) (1.3). |
|---|---|---|---|---|
| 6/19/2006 | DBS | 220.00 | 1.70 | Compile documents for attorney review and case files. |
| 6/19/2006 | JAL | 425.00 | 1.10 | Teleconf. w/NDF, M. Peterson, D. Relles, and M. Eveland re: Grace claimants questionnaire and Rust database issues (.80); reviewed comments from JPW re: draft deposition notices (.10); office conf. w/JPW re: draft deposition notices (.10); office conf. w/PVNL re: today's omnibus hearing and next steps (.10). |
| 6/19/2006 | NDF | 525.00 | 1.20 | Telephone conference with Peterson and Eveland re data coding issues (0.7); prepare for meeting with FCR lawyers re case issues (0.5). |
| 6/19/2006 | DKG | 290.00 | 6.50 | Read and analyze case background materials. |
| 6/19/2006 | JPW | 405.00 | 0.50 | Meeting with JAL re subpoenas (.3); meeting with ALV re subpoenas (.2) |
| 6/20/2006 | DKG | 290.00 | 8.50 | Read and analyze case materials. |
| 6/20/2006 | NDF | 525.00 | 1.50 | Plan estimation case and meet with FCR lawyers. |
| 6/20/2006 | JAL | 425.00 | 1.20 | Review and analysis of materials relating to estimation discovery (.80); drafted e-mail to B. Harding re: request for list of questionnaire recipients (.10); telephone calls (2x) with Committee's estimation experts re: expert reports (.20); drafted memo to estimation litigation team re: expert reports (.10). |
| 6/20/2006 | EI | 835.00 | 0.30 | T/c Peterson and memo Relles re: Rabinovitz (.2); memo re: exclusivity (.1). |
| 6/20/2006 | DBS | 220.00 | 1.50 | Compile documents for attorney review and case files. |
| 6/20/2006 | ALV | 250.00 | 10.80 | Review documents produced by from Boston repository for evidence (5.8); conversations with experts regarding CMO schedule (0.5); draft 30(b)(6) notices for Grace, Rust Consulting, and Casner & Edwards (1.5); draft Fact Witness List (and research fact witness) (3.0). |

| 6/21/2006 | ALV | 250.00 | 11.30 | Strategy meeting (and preparation for meeting) with attorneys for the ACC and the Futures Representative (7.0); review material from strategy meeting with attorneys for the ACC and the Futures Representative (1.4); review documents produced by from Boston repository for evidence (2.9). |
|---|---|---|---|---|
| 6/21/2006 | DBS | 220.00 | 5.20 | Compile deposition transcripts and other documents for attorney review and case files. |
| 6/21/2006 | EI | 835.00 | 0.90 | Meeting prep (.2); edited hearing memo (.7). |
| 6/21/2006 | JAL | 425.00 | 6.20 | Reviewed e-mail correspondence from B. Harding re: estimation matters and responded to her e-mail re: production of Libby medical records (.10); prep. for meeting w/the FCR's counsel (.20); meeting w/NDF, JPW DKG, ALV, SME and the FCR's counsel from Orrick re: estimation proceeding strategy and discovery planning (5.80); drafted and revised e-mail to NDF re: timetable for estimation proceeding (.10). |
| 6/21/2006 | NDF | 525.00 | 6.30 | Meet with FCR lawyers to discuss estimation case issues and strategy (5.5); respond to JAL emails re discovery mediation (0.5); respond to constituent email re discovery (0.3). |
| 6/21/2006 | DKG | 290.00 | 8.50 | Strategy meeting (6.0); read and analyze case materials (2.5). |
| 6/21/2006 | JPW | 405.00 | 3.00 | Meeting with Future Rep. re discovery |
| 6/21/2006 | SME | 205.00 | 5.60 | Meet w/NDF, DKG< JPW, JAL and futures representative re: strategy planning. |
| 6/22/2006 | JPW | 405.00 | 1.50 | Telephone meet and confer with Debtor re CMO |
| 6/22/2006 | DKG | 290.00 | 3.60 | Attention to case strategy (0.6); read and analyze case background materials (3.0). |
| 6/22/2006 | JAL | 425.00 | 2.70 | Telephone call w/EI re: litigation scheduling issues and proposed revisions to CMO (.10); telephone call w/NDF re: proposed revisions to CMO (.10); correspondence w/counsel re: telephone conference to discuss proposed revisions to CMO (.10); drafted reply e-mail to B. Harding re: timing of discovery mediation (.10); review and analysis of draft of revised CMO (.30); telephone call w/NDF re: proposed revisions to CMO and timing of discovery mediation (.10); conf. call w/counsel for Grace, PI |

|            |     |        |      | Committee, and FCR re: discussions on revising case management order (1.40); telephone conf. w/NDF, JPW, and FCR's counsel re: proposed revisions to case management order (.30); telephone calls (2x) w/NDF re: estimation discovery issues (.10); drafted cover memo to B. Harding, enclosing CMO from Armstrong case (.10). |
| 6/22/2006 | NDF | 525.00 | 4.20 | Conference call with Grace lawyers re CMO and discovery issues (2.1); conference call with FCR lawyers re same (0.6); conference call with PVNL and EI re Libby issue (0.5); conference call with Peterson re RUST issue (0.5); review Harding letter re RUST (0.5). |
| 6/22/2006 | EI | 835.00 | 0.50 | T/c JAL re: Court rulings (.3); t/c and conf. NDF re: same (.2). |
| 6/22/2006 | DBS | 220.00 | 4.80 | Compile deposition transcripts and other documents for attorney review and case files. |
| 6/22/2006 | ALV | 250.00 | 8.10 | Conversations with experts regarding CMO schedule (0.2); review documents produced by from Boston repository for evidence (7.9). |
| 6/23/2006 | ALV | 250.00 | 8.90 | Review documents produced by from Boston repository for evidence. |
| 6/23/2006 | DBS | 220.00 | 1.10 | Compile deposition transcripts and other documents for attorney review and case files. |
| 6/23/2006 | DKG | 290.00 | 4.50 | Read and analyze case materials. |
| 6/26/2006 | DKG | 290.00 | 3.80 | Read and analyze case materials. |
| 6/26/2006 | ALV | 250.00 | 7.80 | Review documents produced by from Boston repository for evidence. |
| 6/26/2006 | DBS | 220.00 | 1.20 | Compile documents for attorney review and case files. |
| 6/27/2006 | ALV | 250.00 | 9.20 | Review documents produced by from Boston repository for evidence. |
| 6/27/2006 | DKG | 290.00 | 5.70 | Read and analyze case materials (4.7); attention to case logistics (1.0). |
| 6/27/2006 | NDF | 525.00 | 0.30 | Read Harding letter re discovery mediation (0.1); draft memo re same (0.2). |

| 6/27/2006 | DBS | 220.00 | 0.90 | Compile deposition transcripts for attorney review and case files. |
|-----------|-----|--------|------|-------------|
| 6/28/2006 | JPW | 405.00 | 0.30 | Review correspondence on mediator |
| 6/28/2006 | ALV | 250.00 | 9.50 | Review documents produced by from Boston repository for evidence (5.5); review documents re past asbestos settlements from debtors' Boca Raton repository and address concerns re same (4.0). |
| 6/28/2006 | DKG | 290.00 | 0.80 | Read and analyze case background materials. |
| 6/28/2006 | NDF | 525.00 | 1.00 | Draft letter to Harding re questionnaire mediations. |
| 6/29/2006 | EI | 835.00 | 0.50 | T/c Frankel re: brief (.3); t/c NDF re: same (.2). |
| 6/29/2006 | ALV | 250.00 | 8.00 | Review documents re past asbestos settlements from debtors' |
| 6/29/2006 | NDF | 525.00 | 0.10 | Conference call with EI re case issue. |
| 6/30/2006 | DBS | 220.00 | 0.80 | Compile documents for attorney review and case files. |
| 6/30/2006 | NDF | 525.00 | 1.90 | Respond by phone to various claimant attorneys' questions about mediation (1.5); conference call with Felder re cancers only estimation (0.3); conference call with EI re same (0.1). |
| 6/30/2006 | ALV | 250.00 | 7.50 | Review documents from Boca Raton repository and address concerns re past asbestos settlements (5.3); review hearing transcripts for relevance to discovery issues (1.0); review documents from Boston repository for relevance (1.2). |

**Total Task Code .16**       **840.50**

**Plan & Disclosure Statement (14.60 Hours; $ 11,390.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | 5.90 | $835 | 4,926.50 |
| Peter Van N. Lockwood | 7.90 | $760 | 6,004.00 |
| Scott D. Michel | .80 | $760 | 460.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/4/2006 | EI | 835.00 | 0.80 | T/c Budd re: PD (.3); t/c Budd and Cooney re: PD (.3); conf. Horkovich re: numbers (.2). |
| 4/5/2006 | EI | 835.00 | 0.40 | T/c Budd, t/c Cohn, t/c Cooney re: PD status (.3); memo re: insurance (.1). |
| 4/11/2006 | PVL | 760.00 | 1.60 | Telephone conference with Hurford, EI, NDF & JAL (.6); review e-mails (.1); review agenda (.1); review EI memo (.1); telephone conference with Frankel (.6); review Hurford memo (.1). |
| 4/13/2006 | EI | 835.00 | 0.10 | T/c Budd re: schedules. |
| 4/13/2006 | PVL | 760.00 | 1.00 | Telephone call to Frankel (.3); telephone conference with Frankel, Wyon and Baena (.5); review Hurford e-mail and draft order (.1); review e-mails (.1). |
| 4/14/2006 | PVL | 760.00 | 1.60 | Teleconference Bernick (.7); teleconference Dies (.2); teleconference Dies, Baena (.2); teleconference Frankel (.3); review JAL memo (.1); e-mail and confer JAL (.1). |
| 4/21/2006 | SDM | 575.00 | 0.80 | Review DP issue; conference NDF. |
| 4/21/2006 | PVL | 760.00 | 0.20 | Review Sinclair e-mail (.1); teleconference Douglas (.1). |
| 5/1/2006 | PVL | 760.00 | 0.70 | Teleconference Cohn. |
| 5/3/2006 | PVL | 760.00 | 0.10 | Teleconference EI. |
| 5/18/2006 | PVL | 760.00 | 0.10 | Review EI memo. |
| 5/30/2006 | PVL | 760.00 | 0.20 | Teleconference EI (.1); review EI memo (.1). |
| 6/1/2006 | EI | 835.00 | 0.20 | CMO issue. |
| 6/6/2006 | PVL | 760.00 | 0.20 | Confer EI. |
| 6/8/2006 | PVL | 760.00 | 0.40 | Review draft term sheet. |
| 6/13/2006 | PVL | 760.00 | 0.90 | Teleconference EI and JPW (.7); e-mail Wyron and EI (.2). |

| 6/13/2006 | EI | 835.00 | 1.00 | T/c PVNL/JPW re: term sheet (.7); t/c PVNL re: same (.3). |
| 6/15/2006 | PVL | 760.00 | 0.90 | Teleconference EI (.4); teleconference Frankel, Baena, EI (.5). |
| 6/27/2006 | EI | 835.00 | 3.40 | Conf. Baena and Frankel to prepare for meeting with Bernick (1.0); conf. Baena, Frankel and Bernick to discuss plan issues (1.5); conf. Frankel (.2); memo (.5); t/c KB to give her assignment (.2). |

**Total Task Code .17          14.60**

## Relief from Stay Proceedings (.10 Hours; $ 76.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $760 | 76.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 6/6/2006 | PVL | 760.00 | 0.10 | Review 12 miscellaneous filings |

**Total Task Code .18          .10**

## Tax Litigation (.90 Hours; $ 382.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | .90 | $425 | 382.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 6/16/2006 | JAL | 425.00 | 0.90 | Drafted and revised memo to ALV re: expert witnesses in estimation proceeding (.20); review and analysis of materials relating to estimation (.40); |

meeting w/WBS re: Sealed Air discovery and other estimation-related issues (.30).

**Total Task Code .20          .90**


**Travel – Non Working (12.80 Hours; $ 5,092.75)**

| Attorney | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Elihu Inselbuch | | 6.10 | | $417.50 | 2,546.75 |
| Peter Van N. Lockwood | | 6.70 | | $380.00 | 2,546.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/17/2006 | PVL | 380.00 | 2.20 | Travel to/from Wilmington (half). |
| 5/15/2006 | PVL | 380.00 | 2.00 | Travel to/from Wilmington (half). |
| 6/6/2006 | EI | 417.50 | 5.00 | Travel from NY to DC and return. |
| 6/19/2006 | EI | 417.50 | 1.10 | Return to NY less time working (1.1). |
| 6/19/2006 | PVL | 380.00 | 2.50 | Travel to/from Wilmington (half). |

**Total Task Code .21          12.80**


**Fee Auditor Matters (5.90 Hours; $ 2,566.50)**

| Attorney | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Rita C. Tobin | | 5.90 | | $435 | 2,566.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 5/5/2006 | RCT | 435.00 | 0.50 | Reply to fee auditor |
| 6/1/2006 | RCT | 435.00 | 0.50 | Address fee issue - emails M. Eskin, PVNL re same. |
| 6/1/2006 | RCT | 435.00 | 0.20 | Review additional repts. |

| 6/2/2006 | RCT | 435.00 | 0.50 | Email M. Eskin re fee auditor response (.3); conference EI re UST request (.1); email M. Eskin re UST request (.1) |
| 6/5/2006 | RCT | 435.00 | 0.20 | Email M. Eskin re response (.2). |
| 6/6/2006 | RCT | 435.00 | 2.50 | Draft Grace response to Fee Auditor - email |
| 6/7/2006 | RCT | 435.00 | 0.80 | Revise response to Fee Auditor (final report) (.5); conference EI re same (.2); email PVNL re same (.1). |
| 6/9/2006 | RCT | 435.00 | 0.40 | T/C  S. Bossay re amended fee audit report (.1) review amended report (.1);  email PVNL re same (.2) |
| 6/23/2006 | RCT | 435.00 | 0.30 | Response to query re fee issue. |

**Total Task Code .32**      **5.90**

{D0070410.1 }

<u>Other Charges</u>:

| | |
|---|---|
| Air Freight & Express Mail | $105.48 |
| Research Material | $1,330.82 |
| Professional Fees & Expert Witness Fees | $21,169.10 |
| Charge of Cell and/or Home Phone Useage | $119.75 |
| Air & Train Transportation | $2,621.20 |
| Meals Related to Travel | $46.47 |
| Conference Meals | $791.98 |
| Court Reporting/Transcript Service | $145.00 |
| Outside Photocopying/Duplication Service | $110,229.93 |
| Miscellaneous: Client Advances | $56.84 |
| Travel Expenses - Ground Transportation | $714.41 |
| Local Transportation - DC | $10.00 |
| Database Research | $2,677.41 |
| Xeroxing | $236.80 |
| Postage | $2.73 |
| Telecopier/Equitrac | $90.15 |
| Long Distance-Equitrac In-House | $15.71 |
| NYO Long Distance Telephone | $373.46 |
| **Total** | **$140,737.34** |