**EXHIBIT B**

**Case Administration (54.0 Hours; $ 22,983.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**            54.0

**Claim Analysis Objection & Resolution (Asbestos) (9.4 Hours; $ 5,704.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05**            9.4

**Committee, Creditors', Noteholders' or Equity Holders' (2.0 Hours; $ 1,103.00)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**            2.0

**Employee Benefits/Pension (1.4 Hours; $ 1,010.00)**

      Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**            1.4

**Employment Applications, Others (.3 Hours; $ 121.50)**

      Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**            .3

**Fee Applications, Applicant (13.0 Hours; $ 3,510.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12             13.0**

**Financing (.2 Hours; $ 167.00)**

Services rendered in this category pertain to the additional review of the debtors' executory contracts, DIP financing, financial projections, and other financing issues.

**Total Task Code .14              .2**

**Hearings (12.0 Hours; $ 9,795.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15          12.0**

**Litigation and Litigation Consulting (840.5 Hours; $ 274,030.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  840.5**

**Plan & Disclosure Statement (14.6 Hours; $ 11,390.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  14.6**

**Relief from Stay Proceedings (.1 Hours; $ 76.00)**

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

{D0070411.1 }

**Total Task Code .18**               .1


**Tax Litigation (.9 Hours; $ 382.50)**

      Services rendered in this category relate to adversary actions and other litigation regarding the Debtors' tax liabilities or tax matters relating to a potential reorganization plan.

**Total Task Code .20**               .9


**Travel Non-working (12.8 Hours; $ 5,092.75)**

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  12.8**


**Fee Auditor Matters (5.9 Hours; $ 2,566.50)**

      Services rendered in this category pertain to the review of and response to reposts by the fee auditor.

**Total Task Code .32**               5.9