```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                    Page:   1
Matter      000                    Disbursements                                                               5/23/2006
                                                                                                          Print Date/Time:
                                                                                                              05/23/2006
                                                                                                              11:24:37AM
Attn:                                                                                                          Invoice #

                                            PREBILL  / CONTROL  REPORT
                                               Trans Date Range:  1/1/1950  to: 4/30/2006
Matter       000
Disbursements
Bill Cycle:       Monthly           Style:         i1         Start:     4/16/2001
                                                          Last Billed : 4/27/2006                   13,655
```

Trust Amount Available

Total Expenses Billed To Date       $404,281.60

```
                                                     Billing Empl:          0120      Elihu   Inselbuch
                                                     Responsible Empl:      0120      Elihu   Inselbuch
                                                     Alternate Empl:        0120      Elihu   Inselbuch
                                                     Originating Empl:      0120      Elihu   Inselbuch
```

**Summary   by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G---------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 589.00 | 0.00 | 435.00 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 7.17 | 0.00 | 7.17 |
| 0122 | SME | Stacie M Evans | 0.00 | 1.20 | 0.00 | 1.20 |
| 0187 | NDF | Nathan D Finch | 0.00 | 3,490.39 | 0.00 | 3,490.39 |
| 0213 | DAR | Deborah A Russell | 0.00 | 6.00 | 0.00 | 6.00 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 0.90 | 0.00 | 0.90 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 9.60 | 0.00 | 9.60 |
| 0308 | DBS | David B Smith | 0.00 | 2,333.06 | 0.00 | 2,333.06 |
| 0310 | DKG | Danielle K Graham | 0.00 | 809.60 | 0.00 | 809.60 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 70,749.31 | 0.00 | 70,749.31 |
| 0327 | ALV | Adam L VanGrack | 0.00 | 731.48 | 0.00 | 731.48 |
| 0332 | NEF | Natalie E Fay | 0.00 | 17.40 | 0.00 | 17.40 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 11,885.18 | 0.00 | 11,885.18 |
|  |  |  | **0.00** | **90,630.29** | **0.00** | **90,476.29** |

**Total Fees**

**Summary   by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G---------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G---------- | | |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description |  | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1936035 | Photocopy |  | E | 04/03/2006 | 0220   SKL | 0.00 |  | $0.90 | 0.00 |  | $0.90 | 0.90 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/23/2006 |

Print Date/Time: 05/23/2006 11:24:37AM

Attn:                                                                                                                   Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Total | Running |
|---|---|---|---|---|---|---|---|---|---|---|
| 1936080 | Photocopy | E | 04/03/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 1.65 |
| 1936810 | Federal Express to Katie Hemming from EI on 3/23 | E | 04/04/2006 | 0120 | EI | 0.00 | $2.37 | 0.00 | $2.37 | 4.02 |
| 1936834 | Equitrac - Long Distance to 7708663200 | E | 04/04/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 4.07 |
| 1937829 | Federal Express to Barry Castleman from JPW on 3/17 | E | 04/05/2006 | 0332 | NEF | 0.00 | $17.40 | 0.00 | $17.40 | 21.47 |
| 1938021 | Photocopy | E | 04/05/2006 | 0232 | LK | 0.00 | $0.45 | 0.00 | $0.45 | 21.92 |
| 1938083 | Fax Transmission to 512145201181 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 22.37 |
| 1938084 | Fax Transmission to 512148248100 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 22.82 |
| 1938085 | Fax Transmission to 513125516759 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 23.27 |
| 1938086 | Fax Transmission to 518432169290 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 23.72 |
| 1938088 | Fax Transmission to 514067527124 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 24.17 |
| 1938089 | Fax Transmission to 513026565875 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 24.62 |
| 1938090 | Fax Transmission to 515108354913 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 25.07 |
| 1938091 | Fax Transmission to 514124718308 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 25.52 |
| 1938092 | Fax Transmission to 512123440994 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 25.97 |
| 1938093 | Fax Transmission to 513024269947 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 26.42 |
| 1938094 | Fax Transmission to 514122615066 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 26.57 |
| 1938095 | Fax Transmission to 518432169450 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 27.02 |
| 1938096 | Fax Transmission to 517136501400 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 27.17 |
| 1938097 | Fax Transmission to 512165750799 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 27.62 |
| 1938098 | Fax Transmission to 514122615066 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 27.92 |
| 1938099 | Fax Transmission to 517136501400 | E | 04/05/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 28.22 |
| 1938195 | Petty Cash  Travel parking and cab expenses for PVNL in Wilmington for hearing on 3/27 | E | 04/06/2006 | 0020 | PVL | 0.00 | $24.00 | 0.00 | $24.00 | 52.22 |
| 1939106 | Blue Star Group;  Car service for ALV on 3/29 to National airport | E | 04/10/2006 | 0327 | ALV | 0.00 | $48.41 | 0.00 | $48.41 | 100.63 |
| 1939111 | ADA Travel  Coach fare for DKG to Boston on 3/14 | E | 04/10/2006 | 0310 | DKG | 0.00 | $624.60 | 0.00 | $624.60 | 725.23 |
| 1939112 | ADA Travel  agency fee on DKG 3/14 travel to Boston | E | 04/10/2006 | 0310 | DKG | 0.00 | $40.00 | 0.00 | $40.00 | 765.23 |
| 1939125 | ADA Travel  for PVNL on 3/27 to Wilmington (split w/2814)  (coach fare $218.00) | E | 04/10/2006 | 0020 | PVL | 0.00 | $164.00 | 0.00 | $109.00 | 874.23 |
| 1939127 | ADA Travel   agency fee on PVNL travel to Wilmington (split with 2814) | E | 04/10/2006 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 894.23 |
| 1939130 | ADA Travel   coach fare for ALV to Boston on 3/29 | E | 04/10/2006 | 0327 | ALV | 0.00 | $549.60 | 0.00 | $549.60 | 1,443.83 |
| 1939131 | ADA Travel   agency fee on ALV travel to Boston on 3/29 | E | 04/10/2006 | 0327 | ALV | 0.00 | $40.00 | 0.00 | $40.00 | 1,483.83 |
| 1939453 | Photocopy | E | 04/11/2006 | 0232 | LK | 0.00 | $3.30 | 0.00 | $3.30 | 1,487.13 |
| 1940081 | Snyder Miller & Orton; Professional service thru 3/31 | E | 04/12/2006 | 0187 | NDF | 0.00 | $3,490.00 | 0.00 | $3,490.00 | 4,977.13 |
| 1940120 | Terri W. Anderson;  Havner hearing on 4/4/06 | E | 04/12/2006 | 0310 | DKG | 0.00 | $145.00 | 0.00 | $145.00 | 5,122.13 |
| 1940123 | Landmark Document;  Copying: heavy litigation | E | 04/12/2006 | 0308 | DBS | 0.00 | $527.53 | 0.00 | $527.53 | 5,649.66 |
| 1940126 | Landmark document;  Copying heavy litigation | E | 04/12/2006 | 0308 | DBS | 0.00 | $486.98 | 0.00 | $486.98 | 6,136.64 |
| 1940715 | Postage | E | 04/13/2006 | 0187 | NDF | 0.00 | $0.39 | 0.00 | $0.39 | 6,137.03 |
| 1940550 | Equitrac - Long Distance to 3129276420 | E | 04/14/2006 | 0999 | C&D | 0.00 | $1.36 | 0.00 | $1.36 | 6,138.39 |
| 1940551 | Equitrac - Long Distance to 3053502403 | E | 04/14/2006 | 0999 | C&D | 0.00 | $0.91 | 0.00 | $0.91 | 6,139.30 |
| 1940893 | Equitrac - Long Distance to 6177201333 | E | 04/17/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 6,139.35 |
| 1942060 | Photocopy | E | 04/18/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 6,139.65 |
| 1942076 | Photocopy | E | 04/18/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 6,140.40 |
| 1942221 | ADA Travel  for PVNL travel to Wilmington on 4/17  (coach fare 218.00) | E | 04/19/2006 | 0020 | PVL | 0.00 | $317.00 | 0.00 | $218.00 | 6,358.40 |
| 1942222 | ADA Travel  for Agency fee on PVNL 4/17 travel to Wilmington | E | 04/19/2006 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 6,398.40 |
| 1942233 | Petty Cash  PVNL travel expenses for cabs and parking in Wilmington for hearing on 4/17 | E | 04/19/2006 | 0020 | PVL | 0.00 | $24.00 | 0.00 | $24.00 | 6,422.40 |
| 1942316 | Equitrac - Long Distance to 2125889686 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 6,422.62 |
| 1942347 | Photocopy | E | 04/19/2006 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 6,422.92 |
| 1942358 | Photocopy | E | 04/19/2006 | 0232 | LK | 0.00 | $0.15 | 0.00 | $0.15 | 6,423.07 |
| 1942360 | Photocopy | E | 04/19/2006 | 0213 | DAR | 0.00 | $6.00 | 0.00 | $6.00 | 6,429.07 |
| 1942404 | Photocopy | E | 04/19/2006 | 0232 | LK | 0.00 | $2.10 | 0.00 | $2.10 | 6,431.17 |
| 1942427 | Photocopy | E | 04/19/2006 | 0232 | LK | 0.00 | $1.50 | 0.00 | $1.50 | 6,432.67 |
| 1942439 | Fax Transmission to 512145201181 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,433.57 |
| 1942440 | Fax Transmission to 512148248100 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,434.47 |
| 1942441 | Fax Transmission to 517136501400 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,435.37 |
| 1942442 | Fax Transmission to 513125516759 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,436.27 |
| 1942444 | Fax Transmission to 518432169290 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,437.17 |
| 1942445 | Fax Transmission to 514067527124 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,438.07 |
| 1942446 | Fax Transmission to 513026565875 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,438.97 |
| 1942447 | Fax Transmission to 515108354913 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,439.87 |
| 1942448 | Fax Transmission to 512165750799 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,440.77 |
| 1942449 | Fax Transmission to 514124718308 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 6,441.07 |
| 1942450 | Fax Transmission to 512123440994 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,441.97 |
| 1942451 | Fax Transmission to 513024269947 | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,442.87 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | **Disbursements** | | | | | | | | | 5/23/2006 |
| | | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | | 05/23/2006 |
| | | | | | | | | | | | 11:24:37AM |
| Attn: | | | | | | | | | | | Invoice # |
| 1942452 | Fax Transmission to 514122615066 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,443.77 |
| 1942453 | Fax Transmission to 518432169450 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 6,444.07 |
| 1942454 | Fax Transmission to 514124718308 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 6,444.67 |
| 1942456 | Fax Transmission to 518432169450 | | E | 04/19/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 6,445.27 |
| 1942497 | Landmark Document Service; Copying: heavy litigation | | E | 04/20/2006 | 0308 | DBS | 0.00 | $744.64 | 0.00 | $744.64 | 7,189.91 |
| 1942519 | ALV; Travel expenses to Boston to review documents on 3/29 for meals | | E | 04/20/2006 | 0327 | ALV | 0.00 | $46.47 | 0.00 | $46.47 | 7,236.38 |
| 1942520 | ALV; Travel expenses to Boston to review documents on 3/29 for cabs | | E | 04/20/2006 | 0327 | ALV | 0.00 | $47.00 | 0.00 | $47.00 | 7,283.38 |
| 1942533 | Pacer Service Center; Period January thru March 2006 | | E | 04/20/2006 | 0999 | C&D | 0.00 | $25.92 | 0.00 | $25.92 | 7,309.30 |
| 1942736 | Equitrac - Long Distance to 3128612162 | | E | 04/20/2006 | 0999 | C&D | 0.00 | $0.31 | 0.00 | $0.31 | 7,309.61 |
| 1942824 | Photocopy | | E | 04/20/2006 | 0122 | SME | 0.00 | $1.20 | 0.00 | $1.20 | 7,310.81 |
| 1942911 | Pacer Service Center for period 1/1/06 thru 3/31/06 | | E | 04/21/2006 | 0120 | EI | 0.00 | $4.80 | 0.00 | $4.80 | 7,315.61 |
| 1943647 | Photocopy | | E | 04/24/2006 | 0232 | LK | 0.00 | $1.80 | 0.00 | $1.80 | 7,317.41 |
| 1943741 | Fax Transmission to 512145201181 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,318.31 |
| 1943742 | Fax Transmission to 512148248100 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,319.21 |
| 1943743 | Fax Transmission to 517136501400 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,320.11 |
| 1943744 | Fax Transmission to 513125516759 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,321.01 |
| 1943745 | Fax Transmission to 512148248100 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 7,321.16 |
| 1943746 | Fax Transmission to 518432169290 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 7,321.76 |
| 1943747 | Fax Transmission to 512148248100 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 7,322.51 |
| 1943748 | Fax Transmission to 514067527124 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,323.41 |
| 1943749 | Fax Transmission to 513026565875 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,324.31 |
| 1943750 | Fax Transmission to 515108354913 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,325.21 |
| 1943751 | Fax Transmission to 512165750799 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,326.11 |
| 1943752 | Fax Transmission to 513053796222 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 7,326.71 |
| 1943753 | Fax Transmission to 514124718308 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 7,327.16 |
| 1943755 | Fax Transmission to 512123440994 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,328.06 |
| 1943756 | Fax Transmission to 514122615066 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,328.96 |
| 1943757 | Fax Transmission to 518432169450 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 7,329.86 |
| 1943758 | Fax Transmission to 518432169290 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 7,330.16 |
| 1943759 | Fax Transmission to 513053796222 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 7,330.46 |
| 1943760 | Fax Transmission to 514124718308 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 7,330.61 |
| 1943761 | Fax Transmission to 513024269947 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 7,330.91 |
| 1943762 | Fax Transmission to 514124718308 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 7,331.21 |
| 1943763 | Fax Transmission to 513024269947 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 7,331.36 |
| 1943764 | Fax Transmission to 513024269947 | | E | 04/24/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 7,331.81 |
| 1943865 | Access Litigation Support 1 CD-Hosting, Web seating | | E | 04/25/2006 | 0999 | C&D | 0.00 | $5,380.82 | 0.00 | $5,380.82 | 12,712.63 |
| 1943868 | Access Litigation 1 CD-On line hosting | | E | 04/25/2006 | 0999 | C&D | 0.00 | $5,229.33 | 0.00 | $5,229.33 | 17,941.96 |
| 1943993 | Photocopy | | E | 04/25/2006 | 0999 | C&D | 0.00 | $11.70 | 0.00 | $11.70 | 17,953.66 |
| 1944153 | Merrill Communications; Coding-unitization | | E | 04/26/2006 | 0317 | JAL | 0.00 | $63,393.75 | 0.00 | $63,393.75 | 81,347.41 |
| 1944154 | Merrill Communications; Scanning, Medium, OCR | | E | 04/26/2006 | 0317 | JAL | 0.00 | $7,327.56 | 0.00 | $7,327.56 | 88,674.97 |
| 1944155 | LexisNexis CourtLink; Usage period 3/1 thru 3/31 | | E | 04/26/2006 | 0308 | DBS | 0.00 | $573.91 | 0.00 | $573.91 | 89,248.88 |
| 1944520 | Photocopy | | E | 04/26/2006 | 0999 | C&D | 0.00 | $19.65 | 0.00 | $19.65 | 89,268.53 |
| 1944936 | Petty Cash to reimburse JAL for phone calls made on 3/13-14 | | E | 04/27/2006 | 0317 | JAL | 0.00 | $28.00 | 0.00 | $28.00 | 89,296.53 |
| 1944972 | Equitrac - Long Distance to 3024261900 | | E | 04/27/2006 | 0999 | C&D | 0.00 | $0.55 | 0.00 | $0.55 | 89,297.08 |
| 1945088 | Photocopy | | E | 04/27/2006 | 0999 | C&D | 0.00 | $38.40 | 0.00 | $38.40 | 89,335.48 |
| 1948422 | Database Research - WESTLAW by KB on 4/3-5 | | E | 04/30/2006 | 0999 | C&D | 0.00 | $422.69 | 0.00 | $422.69 | 89,758.17 |
| 1948423 | Database Research - WESTLAW by SME on 4/27 | | E | 04/30/2006 | 0999 | C&D | 0.00 | $308.36 | 0.00 | $308.36 | 90,066.53 |
| 1948424 | Database Research - WESTLAW by RER on 4/20 | | E | 04/30/2006 | 0999 | C&D | 0.00 | $159.13 | 0.00 | $159.13 | 90,225.66 |
| 1949410 | NYO Long Distance Telephone For March 2006/Negotiation Subcommittee Conf. Call on 3/6. | | E | 04/30/2006 | 0999 | C&D | 0.00 | $250.63 | 0.00 | $250.63 | 90,476.29 |
| **Total Expenses** | | | | | | | 0.00 | $90,630.29 | 0.00 | $90,476.29 | |

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 90,630.29 | 90,476.29 |
| Matter Total | 0.00 | 90,630.29 | 0.00 | 90,476.29 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                              Page:  1
Matter      000                   Disbursements                                                                         5/23/2006
                                                                                                                        Print Date/Time:
                                                                                                                        05/23/2006
                                                                                                                        11:24:37AM
Attn:                                                                                                                   Invoice #


              Prebill Total Fees


              Prebill Total Expenses                                                              $90,630.29                  $90,476.29


              Prebill Total                                                              0.00    $90,630.29         0.00      $90,476.29
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 50,598 | 07/15/2005 | 141,843.50 | 250.00 |
| 51,687 | 10/31/2005 | 74,385.75 | 3,337.50 |
| 51,900 | 11/28/2005 | 128,956.00 | 25,791.20 |
| 52,377 | 12/24/2005 | 110,238.75 | 22,047.75 |
| 52,667 | 01/30/2006 | 160,926.00 | 32,185.20 |
| 52,957 | 02/27/2006 | 141,801.50 | 28,360.30 |
| 53,271 | 03/24/2006 | 104,812.50 | 20,962.50 |
| 53,663 | 04/27/2006 | 205,549.46 | 205,549.46 |
|  |  | 1,280,320.21 | 343,844.70 |

PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950 to: 5/31/2006

**Matter      000**
**Disbursements**
Bill Cycle:       Monthly          Style:       i1          Start:    4/16/2001
                                                            Last Billed : 5/26/2006                        13,655


Trust Amount Available

                          Total Expenses Billed To Date       $494,757.89

                                                  Billing Empl:       0120    Elihu  Inselbuch
                                                  Responsible Empl:   0120    Elihu  Inselbuch
                                                  Alternate Empl:     0120    Elihu  Inselbuch
                                                  Originating Empl:   0120    Elihu  Inselbuch

```
Client Number:   4642           Grace Asbestos Personal Injury Claimants                                          Page:   1
Matter      000                 Disbursements                                                                  5/23/2006
                                                                                                           Print Date/Time:
                                                                                                              05/23/2006
                                                                                                              11:24:37AM
Attn:                                                                                                          Invoice #
```

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 0.45 | 0.00 | 0.45 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 28.78 | 0.00 | 28.78 |
| 0187 | NDF | Nathan D Finch | 0.00 | 6,358.89 | 0.00 | 6,358.89 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 25.10 | 0.00 | 25.10 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 3.60 | 0.00 | 3.60 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 0.80 | 0.00 | 0.80 |
| 0308 | DBS | David B Smith | 0.00 | 25,454.70 | 0.00 | 25,454.70 |
| 0327 | ALV | Adam L VanGrack | 0.00 | 168.50 | 0.00 | 168.50 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 756.33 | 0.00 | 756.33 |
|  |  |  | **0.00** | **32,797.15** | **0.00** | **32,797.15** |

**Total Fees**

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|---|---|

**Total Fees**

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1966090 | Photocopy | E | 01/24/2006 | 0308 | DBS | 0.00 |  | $0.10 | 0.00 |  | $0.10 | 0.10 |
| 1947710 | Equitrac - Long Distance to 6179512505 | E | 05/01/2006 | 0999 | C&D | 0.00 |  | $1.49 | 0.00 |  | $1.49 | 1.59 |
| 1947790 | Photocopy | E | 05/01/2006 | 0999 | C&D | 0.00 |  | $20.10 | 0.00 |  | $20.10 | 21.69 |
| 1949296 | Photocopy | E | 05/02/2006 | 0999 | C&D | 0.00 |  | $0.10 | 0.00 |  | $0.10 | 21.79 |
| 1949574 | Photocopy | E | 05/03/2006 | 0220 | SKL | 0.00 |  | $7.90 | 0.00 |  | $7.90 | 29.69 |
| 1949578 | Photocopy | E | 05/03/2006 | 0220 | SKL | 0.00 |  | $14.10 | 0.00 |  | $14.10 | 43.79 |
| 1949590 | Photocopy | E | 05/03/2006 | 0220 | SKL | 0.00 |  | $2.40 | 0.00 |  | $2.40 | 46.19 |
| 1949612 | Photocopy | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.10 | 0.00 |  | $0.10 | 46.29 |
| 1949663 | Photocopy | E | 05/03/2006 | 0232 | LK | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 46.89 |
| 1949676 | Photocopy | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $20.30 | 0.00 |  | $20.30 | 67.19 |
| 1949724 | Fax Transmission to 512145201181 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 67.79 |
| 1949725 | Fax Transmission to 512032522562 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 68.39 |
| 1949726 | Fax Transmission to 517136501400 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 68.99 |
| 1949727 | Fax Transmission to 513125516759 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 69.59 |
| 1949728 | Fax Transmission to 518432169290 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.30 | 0.00 |  | $0.30 | 69.89 |
| 1949729 | Fax Transmission to 514067527124 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 70.49 |
| 1949730 | Fax Transmission to 515108354913 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 71.09 |
| 1949732 | Fax Transmission to 512165750799 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 71.69 |
| 1949733 | Fax Transmission to 513053796222 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 72.29 |
| 1949734 | Fax Transmission to 514124718308 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 72.89 |
| 1949735 | Fax Transmission to 512123440994 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 73.49 |
| 1949736 | Fax Transmission to 518432169450 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 74.09 |
| 1949737 | Fax Transmission to 512148248100 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 74.69 |
| 1949738 | Fax Transmission to 518432169290 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.30 | 0.00 |  | $0.30 | 74.99 |
| 1949739 | Fax Transmission to 513026565875 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 75.59 |
| 1949740 | Fax Transmission to 514122615066 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 76.19 |
| 1949741 | Fax Transmission to 513024269947 | E | 05/03/2006 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 76.79 |
| 1950031 | Equitrac - Long Distance to 6195271295 | E | 05/05/2006 | 0999 | C&D | 0.00 |  | $0.28 | 0.00 |  | $0.28 | 77.07 |
| 1949922 | BostonCoach  service for Judge Sam Pointer t/f BWI airport in Washington, D.C. on 3/22 | E | 05/08/2006 | 0999 | C&D | 0.00 |  | $278.50 | 0.00 |  | $278.50 | 355.57 |
| 1949923 | BostonCoach service for ALV t/f Logan airport in Boston on 3/29 | E | 05/08/2006 | 0327 | ALV | 0.00 |  | $168.50 | 0.00 |  | $168.50 | 524.07 |
| 1949936 | Federal Express to David Smith from Dan Tibor on | E | 05/08/2006 | 0308 | DBS | 0.00 |  | $21.87 | 0.00 |  | $21.87 | 545.94 |

```
Client Number:   4642                     Grace Asbestos Personal Injury Claimants                                                                       Page:    1

Matter      000                           Disbursements                                                                                                 5/23/2006
                                                                                                                                                   Print Date/Time:
                                                                                                                                                        05/23/2006
                                                                                                                                                      11:24:37AM
Attn:                                                                                                                                                    Invoice #
            4/19
1949957     Federal Express to Katie Hemming from EI on 4/25   E   05/08/2006   0120   EI     0.00       $2.84        0.00       $2.84         548.78
1950659     Photocopy                                          E   05/09/2006   0999   C&D    0.00       $2.10        0.00       $2.10         550.88
1950736     Fax Transmission to 13033126517                    E   05/09/2006   0020   PVL    0.00       $0.45        0.00       $0.45         551.33
1950797     Merrill Communications;                            E   05/10/2006   0308   DBS    0.00   $25,432.73       0.00   $25,432.73      25,984.06
            Coding-Intl-Bibliographic; Scanning; OCR
1952315     Photocopy                                          E   05/12/2006   0220   SKL    0.00       $0.70        0.00       $0.70      25,984.76
1952342     Photocopy                                          E   05/12/2006   0999   C&D    0.00       $3.40        0.00       $3.40      25,988.16
1952343     Photocopy                                          E   05/12/2006   0999   C&D    0.00      $14.20        0.00      $14.20      26,002.36
1952101     Equitrac - Long Distance to 2125889686             E   05/14/2006   0999   C&D    0.00       $0.06        0.00       $0.06      26,002.42
1952473     Snyder Miller & Orton;  Services rendered thru     E   05/15/2006   0187   NDF    0.00    $6,358.50       0.00    $6,358.50     32,360.92
            4/30/06
1953425     Equitrac - Long Distance to 8054435160             E   05/15/2006   0999   C&D    0.00       $0.05        0.00       $0.05      32,360.97
1953674     Postage                                            E   05/15/2006   0187   NDF    0.00       $0.39        0.00       $0.39      32,361.36
1954784     Federal Express to Warren Smith from EI on 5/5     E   05/18/2006   0120   EI     0.00      $17.31        0.00      $17.31      32,378.67
1954957     Photocopy                                          E   05/18/2006   0232   LK     0.00       $0.90        0.00       $0.90      32,379.57
1955028     Fax Transmission to 512032522562                   E   05/18/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,380.32
1955029     Fax Transmission to 512145201181                   E   05/18/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,381.07
1955030     Fax Transmission to 512148248100                   E   05/18/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,381.82
1955032     Fax Transmission to 517136501400                   E   05/18/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,382.57
1955033     Fax Transmission to 513125516759                   E   05/18/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,383.32
1955034     Fax Transmission to 518432169290                   E   05/18/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,384.07
1955035     Fax Transmission to 514067527124                   E   05/18/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,384.82
1955036     Fax Transmission to 513026565875                   E   05/18/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,385.57
1955037     Fax Transmission to 515108354913                   E   05/18/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,386.32
1955038     Fax Transmission to 512165750799                   E   05/18/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,387.07
1955039     Fax Transmission to 513053796222                   E   05/18/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,387.82
1955040     Fax Transmission to 514124718308                   E   05/18/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,388.57
1955041     Fax Transmission to 512123440994                   E   05/18/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,389.32
1955042     Fax Transmission to 513024269947                   E   05/18/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,390.07
1955043     Fax Transmission to 514122615066                   E   05/18/2006   0999   C&D    0.00       $0.15        0.00       $0.15      32,390.22
1955044     Fax Transmission to 518432169450                   E   05/18/2006   0999   C&D    0.00       $0.45        0.00       $0.45      32,390.67
1955045     Fax Transmission to 514122615066                   E   05/18/2006   0999   C&D    0.00       $0.15        0.00       $0.15      32,390.82
1955046     Fax Transmission to 518432169450                   E   05/18/2006   0999   C&D    0.00       $0.30        0.00       $0.30      32,391.12
1955047     Fax Transmission to 514122615066                   E   05/18/2006   0999   C&D    0.00       $0.45        0.00       $0.45      32,391.57
1955048     Fax Transmission to 512148248100                   E   05/18/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,392.32
1955331     Equitrac - Long Distance to 5042326665             E   05/19/2006   0999   C&D    0.00       $0.26        0.00       $0.26      32,392.58
1956150     Conference Meals - Lunch meeting of attorneys,     E   05/23/2006   0999   C&D    0.00     $309.71        0.00     $309.71      32,702.29
            principals and advisors prior to mediation on
            May 16, 2006
1956743     NYO Long Distance Telephone For April              E   05/25/2006   0999   C&D    0.00     $122.83        0.00     $122.83      32,825.12
            2006/Hearing Prep with NDF, PVNL, EI, Mark
            Hurford on 4/11.
1957053     Federal Express to Katie Hemming from EI on 5/12   E   05/25/2006   0120   EI     0.00       $8.63        0.00       $8.63      32,833.75
            (split between 5518/4642)
1957310     Photocopy                                          E   05/25/2006   0999   C&D    0.00       $6.20        0.00       $6.20      32,839.95
1957198     Equitrac - Long Distance to 3024261900             E   05/26/2006   0999   C&D    0.00       $1.91        0.00       $1.91      32,841.86
1957205     Equitrac - Long Distance to 2122781322             E   05/26/2006   0999   C&D    0.00       $0.36        0.00       $0.36      32,842.22
1957206     Equitrac - Long Distance to 2122781322             E   05/26/2006   0999   C&D    0.00       $0.36        0.00       $0.36      32,842.58
1957579     Equitrac - Long Distance to 2123199240             E   05/30/2006   0999   C&D    0.00       $0.68        0.00       $0.68      32,843.26
1957605     Photocopy                                          E   05/30/2006   0999   C&D    0.00       $1.10        0.00       $1.10      32,844.36
1957606     Photocopy                                          E   05/30/2006   0999   C&D    0.00       $1.60        0.00       $1.60      32,845.96
1957635     Photocopy                                          E   05/30/2006   0237   SRB    0.00       $0.80        0.00       $0.80      32,846.76
1957642     Photocopy                                          E   05/30/2006   0999   C&D    0.00       $1.00        0.00       $1.00      32,847.76
1957684     Photocopy                                          E   05/30/2006   0232   LK     0.00       $0.60        0.00       $0.60      32,848.36
1957736     Fax Transmission to 516179510679                   E   05/30/2006   0999   C&D    0.00       $0.60        0.00       $0.60      32,848.96
1957737     Fax Transmission to 512145201181                   E   05/30/2006   0999   C&D    0.00       $0.60        0.00       $0.60      32,849.56
1957738     Fax Transmission to 512148248100                   E   05/30/2006   0999   C&D    0.00       $0.75        0.00       $0.75      32,850.31
1957739     Fax Transmission to 512032522562                   E   05/30/2006   0999   C&D    0.00       $0.60        0.00       $0.60      32,850.91
1957740     Fax Transmission to 517136501400                   E   05/30/2006   0999   C&D    0.00       $0.60        0.00       $0.60      32,851.51
1957741     Fax Transmission to 513125516759                   E   05/30/2006   0999   C&D    0.00       $0.60        0.00       $0.60      32,852.11
1957742     Fax Transmission to 518432169290                   E   05/30/2006   0999   C&D    0.00       $0.60        0.00       $0.60      32,852.71
1957743     Fax Transmission to 514067527124                   E   05/30/2006   0999   C&D    0.00       $0.60        0.00       $0.60      32,853.31
1957744     Fax Transmission to 513026565875                   E   05/30/2006   0999   C&D    0.00       $0.60        0.00       $0.60      32,853.91
1957745     Fax Transmission to 515108354913                   E   05/30/2006   0999   C&D    0.00       $0.60        0.00       $0.60      32,854.51
1957746     Fax Transmission to 512165750799                   E   05/30/2006   0999   C&D    0.00       $0.60        0.00       $0.60      32,855.11
1957747     Fax Transmission to 514124718308                   E   05/30/2006   0999   C&D    0.00       $0.60        0.00       $0.60      32,855.71
1957748     Fax Transmission to 512123440994                   E   05/30/2006   0999   C&D    0.00       $0.60        0.00       $0.60      32,856.31
1957749     Fax Transmission to 513024269947                   E   05/30/2006   0999   C&D    0.00       $0.60        0.00       $0.60      32,856.91
1957750     Fax Transmission to 514122615066                   E   05/30/2006   0999   C&D    0.00       $0.60        0.00       $0.60      32,857.51
1957751     Fax Transmission to 518432169450                   E   05/30/2006   0999   C&D    0.00       $0.60        0.00       $0.60      32,858.11
1958950     Equitrac - Long Distance to 2123199240             E   05/31/2006   0999   C&D    0.00       $0.47        0.00       $0.47      32,858.58
```

```
Client Number:   4642                    Grace Asbestos Personal Injury Claimants                                                                            Page:    1
Matter       000                         Disbursements                                                                                                5/23/2006
                                                                                                                                                 Print Date/Time:
                                                                                                                                                       05/23/2006
                                                                                                                                                     11:24:37AM
Attn:                                                                                                                                                 Invoice #
1958998     Photocopy                                             E   05/31/2006    0232    LK        0.00        $1.50        0.00        $1.50      32,860.08
1959100     Fax Transmission to 512145201181                      E   05/31/2006    0999    C&D       0.00        $1.05        0.00        $1.05      32,861.13
1959101     Fax Transmission to 512032522562                      E   05/31/2006    0999    C&D       0.00        $1.05        0.00        $1.05      32,862.18
1959102     Fax Transmission to 512148248100                      E   05/31/2006    0999    C&D       0.00        $1.05        0.00        $1.05      32,863.23
1959103     Fax Transmission to 517136501400                      E   05/31/2006    0999    C&D       0.00        $1.05        0.00        $1.05      32,864.28
1959104     Fax Transmission to 513125516759                      E   05/31/2006    0999    C&D       0.00        $1.05        0.00        $1.05      32,865.33
1959105     Fax Transmission to 514067527124                      E   05/31/2006    0999    C&D       0.00        $1.05        0.00        $1.05      32,866.38
1959106     Fax Transmission to 513026565875                      E   05/31/2006    0999    C&D       0.00        $1.05        0.00        $1.05      32,867.43
1959108     Fax Transmission to 515108354913                      E   05/31/2006    0999    C&D       0.00        $1.05        0.00        $1.05      32,868.48
1959109     Fax Transmission to 512165750799                      E   05/31/2006    0999    C&D       0.00        $1.05        0.00        $1.05      32,869.53
1959110     Fax Transmission to 514124718308                      E   05/31/2006    0999    C&D       0.00        $0.30        0.00        $0.30      32,869.83
1959111     Fax Transmission to 512123440994                      E   05/31/2006    0999    C&D       0.00        $1.05        0.00        $1.05      32,870.88
1959112     Fax Transmission to 513024269947                      E   05/31/2006    0999    C&D       0.00        $1.05        0.00        $1.05      32,871.93
1959113     Fax Transmission to 514122615066                      E   05/31/2006    0999    C&D       0.00        $0.90        0.00        $0.90      32,872.83
1959114     Fax Transmission to 518432169450                      E   05/31/2006    0999    C&D       0.00        $0.45        0.00        $0.45      32,873.28
1959115     Fax Transmission to 513053796222                      E   05/31/2006    0999    C&D       0.00        $1.05        0.00        $1.05      32,874.33
1959116     Fax Transmission to 518432169290                      E   05/31/2006    0999    C&D       0.00        $1.05        0.00        $1.05      32,875.38
1959117     Fax Transmission to 514124718308                      E   05/31/2006    0999    C&D       0.00        $0.60        0.00        $0.60      32,875.98
1959118     Fax Transmission to 518432169450                      E   05/31/2006    0999    C&D       0.00        $0.60        0.00        $0.60      32,876.58
1959119     Fax Transmission to 514124718308                      E   05/31/2006    0999    C&D       0.00        $0.15        0.00        $0.15      32,876.73
1959120     Fax Transmission to 514122615066                      E   05/31/2006    0999    C&D       0.00        $0.15        0.00        $0.15      32,876.88
1960016     Xeroxing - Credit due for rate reduction from         E   05/31/2006    0999    C&D       0.00     -$209.75        0.00     -$209.75      32,667.13
            $.15 to $.10 Retroactive February 1 to April 30,
            2006 (4,195 copies)
1960358     Database Research - Westlaw  by SME on 5/11-19        E   05/31/2006    0999    C&D       0.00      $130.02        0.00      $130.02      32,797.15
Total Expenses                                                                                        0.00    $32,797.15        0.00    $32,797.15


            Matter Total Fees                                                                                      0.00                      0.00


            Matter Total Expenses                                                                              32,797.15                 32,797.15


            Matter Total                                                                              0.00     32,797.15        0.00     32,797.15



            Prebill Total Fees


            Prebill Total Expenses                                                                            $32,797.15                $32,797.15


            Prebill Total                                                                             0.00    $32,797.15        0.00    $32,797.15


Previous Billings

InvoiceNo        InvoiceDate            InvoiceTotal          OpenTotal

36,593           07/26/2002               121,163.25           1,414.09
37,961           11/30/2002                36,076.50             542.50
46,677           08/27/2004                   240.00              48.00
47,114           09/30/2004                 6,171.50           1,234.30
48,027           12/27/2004                 1,419.00             283.80
49,444           04/21/2005                38,706.00             232.00
50,276           06/27/2005                 8,030.50           1,606.10
50,598           07/15/2005               141,843.50             250.00
51,687           10/31/2005                74,385.75           3,337.50
```

```
Client Number:    4642           Grace Asbestos Personal Injury Claimants                                                    Page:    1
Matter      000                  Disbursements                                                                               5/23/2006
                                                                                                                         Print Date/Time:
                                                                                                                            05/23/2006
                                                                                                                            11:24:37AM
Attn:                                                                                                                        Invoice #
51,900            11/28/2005            128,956.00            25,791.20
52,377            12/24/2005            110,238.75            22,047.75
52,667            01/30/2006            160,926.00            32,185.20
52,957            02/27/2006            141,801.50            28,360.30
53,271            03/24/2006            104,812.50            20,962.50
53,663            04/27/2006            205,549.46           205,549.46
54,090            05/26/2006            184,927.79           184,927.79
                                       1,465,248.00           528,772.49
```

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 6/30/2006

```
Matter      000
Disbursements
Bill Cycle:       Monthly        Style:       i1       Start:    4/16/2001
                                                        Last Billed : 6/29/2006                              13,655
```

Trust Amount Available

Total Expenses Billed To Date        $527,555.04

```
                                            Billing Empl:        0120      Elihu   Inselbuch
                                            Responsible Empl:    0120      Elihu   Inselbuch
                                            Alternate Empl:      0120      Elihu   Inselbuch
                                            Originating Empl:    0120      Elihu   Inselbuch
```

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 368.00 | 0.00 | 368.00 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 630.80 | 0.00 | 630.80 |
| 0187 | NDF | Nathan D Finch | 0.00 | 11,784.60 | 0.00 | 11,784.60 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 27.50 | 0.00 | 27.50 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 1.60 | 0.00 | 1.60 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 0.10 | 0.00 | 0.10 |
| 0251 | JO | Joan O'Brien | 0.00 | 27.50 | 0.00 | 27.50 |
| 0308 | DBS | David B Smith | 0.00 | 2,233.59 | 0.00 | 2,233.59 |
| 0310 | DKG | Danielle K Graham | 0.00 | 56.84 | 0.00 | 56.84 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 93.15 | 0.00 | 93.15 |
| 0327 | ALV | Adam L VanGrack | 0.00 | 37.50 | 0.00 | 37.50 |
| 0337 | EGB | Erroll G Butts | 0.00 | 263.95 | 0.00 | 263.95 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 1,938.77 | 0.00 | 1,938.77 |
|  |  |  | **0.00** | **17,463.90** | **0.00** | **17,463.90** |

**Total Fees**

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Rate | Hours | Amount | BILLING Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|

```
Client Number:  4642             Grace Asbestos Personal Injury Claimants                                      Page: 1
Matter      000                  Disbursements                                                                 5/23/2006
                                                                                                        Print Date/Time:
                                                                                                              05/23/2006
                                                                                                              11:24:37AM
Attn:                                                                                                          Invoice #

Total Fees
```

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ACTUAL |  |  | BILLING |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1959911 | Photocopy | E | 06/01/2006 | 0220 | SKL | 0.00 | | $0.30 | 0.00 | | $0.30 | 0.30 |
| 1960050 | Federal Express to Katie Hemming from EI on 5/25 | E | 06/02/2006 | 0120 | EI | 0.00 | | $2.73 | 0.00 | | $2.73 | 3.03 |
| 1962060 | Photocopy | E | 06/02/2006 | 0232 | LK | 0.00 | | $0.30 | 0.00 | | $0.30 | 3.33 |
| 1962197 | Photocopy | E | 06/05/2006 | 0308 | DBS | 0.00 | | $11.60 | 0.00 | | $11.60 | 14.93 |
| 1962484 | Photocopy | E | 06/06/2006 | 0317 | JAL | 0.00 | | $1.40 | 0.00 | | $1.40 | 16.33 |
| 1962924 | Equitrac - Long Distance to 3024261900 | E | 06/06/2006 | 0999 | C&D | 0.00 | | $0.11 | 0.00 | | $0.11 | 16.44 |
| 1963245 | Travel Expenses - Ground Transportation- EI to airport for trip to DC re: team strategy meeting on June 6/7, 2006 | E | 06/06/2006 | 0999 | C&D | 0.00 | | $97.00 | 0.00 | | $97.00 | 113.44 |
| 1963094 | Photocopy | E | 06/07/2006 | 0232 | LK | 0.00 | | $0.30 | 0.00 | | $0.30 | 113.74 |
| 1963106 | Photocopy | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.70 | 0.00 | | $0.70 | 114.44 |
| 1963186 | Fax Transmission to 512145201181 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 114.89 |
| 1963187 | Fax Transmission to 512148248100 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 115.34 |
| 1963188 | Fax Transmission to 517136501400 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 115.79 |
| 1963189 | Fax Transmission to 513125516759 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 116.24 |
| 1963190 | Fax Transmission to 518432169290 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 116.69 |
| 1963191 | Fax Transmission to 514067527124 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 117.14 |
| 1963192 | Fax Transmission to 513026565875 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 117.59 |
| 1963193 | Fax Transmission to 515108354913 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 118.04 |
| 1963194 | Fax Transmission to 512165750799 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 118.49 |
| 1963195 | Fax Transmission to 514124718308 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 118.94 |
| 1963196 | Fax Transmission to 512123440994 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 119.39 |
| 1963197 | Fax Transmission to 513024269947 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 119.69 |
| 1963199 | Fax Transmission to 514122615066 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 119.84 |
| 1963200 | Fax Transmission to 518432169450 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 120.29 |
| 1963201 | Fax Transmission to 513024269947 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 120.44 |
| 1963202 | Fax Transmission to 514122615066 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 120.59 |
| 1963204 | Fax Transmission to 514122615066 | E | 06/07/2006 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 120.74 |
| 1962618 | Columbia Catering; NDF/EI luncheon on 6/6 with DKG, JPW, JAL, WBS, ALV | E | 06/07/2006 | 0187 | NDF | 0.00 | | $151.13 | 0.00 | | $151.13 | 271.87 |
| 1963452 | Fax Transmission to 513122661194 | E | 06/08/2006 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 272.32 |
| 1963453 | Fax Transmission to 513122661194 | E | 06/08/2006 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 273.07 |
| 1963518 | EI; Travel expense  Shuttle to DC for meeting w/staff to discuss on going agenda on 6/6 for r/t airfare | E | 06/09/2006 | 0120 | EI | 0.00 | | $308.00 | 0.00 | | $308.00 | 581.07 |
| 1964049 | Photocopy | E | 06/12/2006 | 0308 | DBS | 0.00 | | $3.90 | 0.00 | | $3.90 | 584.97 |
| 1964051 | Photocopy | E | 06/12/2006 | 0308 | DBS | 0.00 | | $3.90 | 0.00 | | $3.90 | 588.87 |
| 1964053 | Photocopy | E | 06/12/2006 | 0237 | SRB | 0.00 | | $0.10 | 0.00 | | $0.10 | 588.97 |
| 1964063 | Photocopy | E | 06/12/2006 | 0999 | C&D | 0.00 | | $78.00 | 0.00 | | $78.00 | 666.97 |
| 1964168 | Petty Cash  Late night cab home for DBS on 6/5 (split between 3403 and 4642) | E | 06/13/2006 | 0308 | DBS | 0.00 | | $10.00 | 0.00 | | $10.00 | 676.97 |
| 1964356 | Document Tech;  CD duplication and DVD duplication | E | 06/13/2006 | 0308 | DBS | 0.00 | | $95.18 | 0.00 | | $95.18 | 772.15 |
| 1964357 | Landmark Document; Copying:Medium litigation | E | 06/13/2006 | 0308 | DBS | 0.00 | | $261.20 | 0.00 | | $261.20 | 1,033.35 |
| 1964362 | JAL; To reimburse for phone calls made from cell phone on 6/8 | E | 06/13/2006 | 0317 | JAL | 0.00 | | $91.75 | 0.00 | | $91.75 | 1,125.10 |
| 1964380 | Snyder Miller & Orton; Services rendered through 5/31 | E | 06/13/2006 | 0187 | NDF | 0.00 | | $1,320.60 | 0.00 | | $1,320.60 | 2,445.70 |
| 1964628 | Equitrac - Long Distance to 3122366166 | E | 06/13/2006 | 0999 | C&D | 0.00 | | $0.12 | 0.00 | | $0.12 | 2,445.82 |
| 1964763 | Photocopy | E | 06/13/2006 | 0327 | ALV | 0.00 | | $15.90 | 0.00 | | $15.90 | 2,461.72 |
| 1965588 | Photocopy | E | 06/13/2006 | 0308 | DBS | 0.00 | | $4.20 | 0.00 | | $4.20 | 2,465.92 |
| 1968197 | Photocopy | E | 06/13/2006 | 0999 | C&D | 0.00 | | $23.00 | 0.00 | | $23.00 | 2,488.92 |
| 1966113 | Photocopy | E | 06/13/2006 | 0220 | SKL | 0.00 | | $0.70 | 0.00 | | $0.70 | 2,489.62 |
| 1964830 | Postage | E | 06/14/2006 | 0187 | NDF | 0.00 | | $0.39 | 0.00 | | $0.39 | 2,490.01 |
| 1964874 | Federal Express to Katie Hemming from EI on 6/7 | E | 06/14/2006 | 0120 | EI | 0.00 | | $12.55 | 0.00 | | $12.55 | 2,502.56 |
| 1964916 | LexisNexis Courtlink usage during May | E | 06/14/2006 | 0308 | DBS | 0.00 | | $726.19 | 0.00 | | $726.19 | 3,228.75 |
| 1965180 | Equitrac - Long Distance to 2123199240 | E | 06/15/2006 | 0999 | C&D | 0.00 | | $0.20 | 0.00 | | $0.20 | 3,228.95 |
| 1965335 | DKG; Reimburse for purchase of two asbestos books re Libby, Montana | E | 06/16/2006 | 0310 | DKG | 0.00 | | $56.84 | 0.00 | | $56.84 | 3,285.79 |
| 1966275 | Photocopy | E | 06/16/2006 | 0251 | JO | 0.00 | | $0.10 | 0.00 | | $0.10 | 3,285.89 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/23/2006 | |
| | | | | | | | | | | Print Date/Time: | |
| | | | | | | | | | | 05/23/2006 | |
| | | | | | | | | | | 11:24:37AM | |
| Attn: | | | | | | | | | | Invoice # | |
| 1965754 | Landmark Document Serv; Copying:Heavy Litigation | | E | 06/19/2006 | 0308 | DBS | 0.00 | $27.44 | 0.00 | $27.44 | 3,313.33 |
| 1966003 | Equitrac - Long Distance to 8054993572 | | E | 06/19/2006 | 0999 | C&D | 0.00 | $1.52 | 0.00 | $1.52 | 3,314.85 |
| 1966004 | Equitrac - Long Distance to 3105819309 | | E | 06/19/2006 | 0999 | C&D | 0.00 | $1.43 | 0.00 | $1.43 | 3,316.28 |
| 1966005 | Equitrac - Long Distance to 6094660427 | | E | 06/19/2006 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 3,317.78 |
| 1969110 | Travel Expenses - Ground Transportation - EI trip to Wilmington for hearing on 6/19, 2006 | | E | 06/19/2006 | 0999 | C&D | 0.00 | $27.00 | 0.00 | $27.00 | 3,344.78 |
| 1966576 | Federal Express to Dan Relles from DBS on 6/5 | | E | 06/20/2006 | 0308 | DBS | 0.00 | $16.26 | 0.00 | $16.26 | 3,361.04 |
| 1966938 | Equitrac - Long Distance to 8432169198 | | E | 06/20/2006 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 3,361.12 |
| 1966942 | Equitrac - Long Distance to 2032522564 | | E | 06/20/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 3,361.17 |
| 1966944 | Equitrac - Long Distance to 7708663200 | | E | 06/20/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 3,361.23 |
| 1966946 | Equitrac - Long Distance to 2123199240 | | E | 06/20/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 3,361.29 |
| 1967073 | Photocopy | | E | 06/20/2006 | 0999 | C&D | 0.00 | $1.60 | 0.00 | $1.60 | 3,362.89 |
| 1967421 | High Noon;  Client luncheon with DKG and NDF on 6/21 with Wyron, Frankel, Mullady, Rasmussen, Felder, JAO,JPW,ALV,SME,WBS | | E | 06/21/2006 | 0187 | NDF | 0.00 | $311.70 | 0.00 | $311.70 | 3,674.59 |
| 1967513 | Photocopy | | E | 06/21/2006 | 0327 | ALV | 0.00 | $10.80 | 0.00 | $10.80 | 3,685.39 |
| 1967519 | Photocopy | | E | 06/21/2006 | 0327 | ALV | 0.00 | $10.80 | 0.00 | $10.80 | 3,696.19 |
| 1967545 | Photocopy | | E | 06/21/2006 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 3,696.59 |
| 1967561 | Photocopy | | E | 06/21/2006 | 0220 | SKL | 0.00 | $26.50 | 0.00 | $26.50 | 3,723.09 |
| 1967568 | Photocopy | | E | 06/21/2006 | 0308 | DBS | 0.00 | $14.90 | 0.00 | $14.90 | 3,737.99 |
| 1967761 | Petty Cash  Muffins for meeting on 6/13 with ALV,NDF,DKG,,JAL,WBS,JPW | | E | 06/22/2006 | 0999 | C&D | 0.00 | $19.44 | 0.00 | $19.44 | 3,757.43 |
| 1967829 | Equitrac - Long Distance to 2125889686 | | E | 06/22/2006 | 0999 | C&D | 0.00 | $0.65 | 0.00 | $0.65 | 3,758.08 |
| 1968251 | Photocopy | | E | 06/22/2006 | 0999 | C&D | 0.00 | $4.60 | 0.00 | $4.60 | 3,762.68 |
| 1968276 | Photocopy | | E | 06/22/2006 | 0251 | JO | 0.00 | $27.40 | 0.00 | $27.40 | 3,790.08 |
| 1968277 | Photocopy | | E | 06/22/2006 | 0999 | C&D | 0.00 | $4.10 | 0.00 | $4.10 | 3,794.18 |
| 1968278 | Photocopy | | E | 06/22/2006 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00 | 3,797.18 |
| 1968799 | Federal Express to Katie Hemming from EI on 6/9 | | E | 06/23/2006 | 0120 | EI | 0.00 | $3.52 | 0.00 | $3.52 | 3,800.70 |
| 1968810 | EI;  Travel expenses to Wilmington for meetings and court hearing on 6/19  for Amtrak to Wilmington  (business class $77.00) | | E | 06/23/2006 | 0120 | EI | 0.00 | $134.00 | 0.00 | $134.00 | 3,934.70 |
| 1968811 | EI;  Travel expenses to Wilmington for meetings and court hearing on 6/19 Amtrak fare back to NYC (business class $113.00) | | E | 06/23/2006 | 0120 | EI | 0.00 | $170.00 | 0.00 | $170.00 | 4,104.70 |
| 1968889 | Equitrac - Long Distance to 8054993572 | | E | 06/23/2006 | 0999 | C&D | 0.00 | $0.32 | 0.00 | $0.32 | 4,105.02 |
| 1969022 | Photocopy | | E | 06/23/2006 | 0232 | LK | 0.00 | $1.00 | 0.00 | $1.00 | 4,106.02 |
| 1971586 | Equitrac - Long Distance to 6094660427 | | E | 06/26/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 4,106.08 |
| 1969936 | Access Litigation;  Black and White Blowback copies | | E | 06/27/2006 | 0337 | EGB | 0.00 | $263.95 | 0.00 | $263.95 | 4,370.03 |
| 1969937 | Document Tech;  Color copies | | E | 06/27/2006 | 0308 | DBS | 0.00 | $1,058.82 | 0.00 | $1,058.82 | 5,428.85 |
| 1969993 | ADA Travel    PVNL train fare to Wilmington on 6/19  (business class $218.00) | | E | 06/28/2006 | 0020 | PVL | 0.00 | $328.00 | 0.00 | $328.00 | 5,756.85 |
| 1969994 | ADA Travel    PVNL train fare to Wilmington on 6/19  (business class $218.00)  agency fee | | E | 06/28/2006 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 5,796.85 |
| 1970012 | Verus Claims Service;  Retainer for professional services to be rendered | | E | 06/28/2006 | 0187 | NDF | 0.00 | $5,000.00 | 0.00 | $5,000.00 | 10,796.85 |
| 1970013 | Claims Management Services;  Retainer for professional services to be rendered | | E | 06/28/2006 | 0187 | NDF | 0.00 | $5,000.00 | 0.00 | $5,000.00 | 15,796.85 |
| 1971372 | Photocopy | | E | 06/28/2006 | 0999 | C&D | 0.00 | $5.80 | 0.00 | $5.80 | 15,802.65 |
| 1971559 | Postage | | E | 06/30/2006 | 0187 | NDF | 0.00 | $0.78 | 0.00 | $0.78 | 15,803.43 |
| 1971715 | Equitrac - Long Distance to 3024269910 | | E | 06/30/2006 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 15,803.51 |
| 1971724 | Equitrac - Long Distance to 8054993572 | | E | 06/30/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 15,803.56 |
| 1971822 | Equitrac - Long Distance to 2123199240 | | E | 06/30/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 15,803.61 |
| 1972040 | Postage for June from NYO | | E | 06/30/2006 | 0999 | C&D | 0.00 | $0.78 | 0.00 | $0.78 | 15,804.39 |
| 1972047 | Xeroxing | | E | 06/30/2006 | 0999 | C&D | 0.00 | $2.30 | 0.00 | $2.30 | 15,806.69 |
| 1973108 | Database Research - Westlaw by SME on 6/14 | | E | 06/30/2006 | 0999 | C&D | 0.00 | $31.10 | 0.00 | $31.10 | 15,837.79 |
| 1973109 | Database Research - Westlaw by JAL on 6/14 & 21 | | E | 06/30/2006 | 0999 | C&D | 0.00 | $1,561.28 | 0.00 | $1,561.28 | 17,399.07 |
| 1973110 | Database Research - Westlaw by JAL/MLR on 6/13 | | E | 06/30/2006 | 0999 | C&D | 0.00 | $64.83 | 0.00 | $64.83 | 17,463.90 |
| **Total Expenses** | | | | | | | 0.00 | $17,463.90 | 0.00 | $17,463.90 | |

|  |  |  |
|---|---|---|
| Matter Total Fees | 0.00 | 0.00 |
| Matter Total Expenses | 17,463.90 | 17,463.90 |

```
Client Number:  4642               Grace Asbestos Personal Injury Claimants                                              Page:    1
Matter     000                     Disbursements                                                                    5/23/2006
                                                                                                               Print Date/Time:
                                                                                                                     05/23/2006
                                                                                                                     11:24:37AM
Attn:                                                                                                                  Invoice #
            Matter Total                                                   0.00       17,463.90        0.00        17,463.90



            Prebill Total Fees



            Prebill Total Expenses                                                    $17,463.90                   $17,463.90



            Prebill Total                                                  0.00       $17,463.90       0.00        $17,463.90


Previous Billings

InvoiceNo       InvoiceDate       InvoiceTotal       OpenTotal

36,593          07/26/2002         121,163.25         1,414.09
37,961          11/30/2002          36,076.50           542.50
46,677          08/27/2004             240.00            48.00
47,114          09/30/2004           6,171.50         1,234.30
48,027          12/27/2004           1,419.00           283.80
49,444          04/21/2005          38,706.00           232.00
50,276          06/27/2005           8,030.50         1,606.10
50,598          07/15/2005         141,843.50           250.00
51,687          10/31/2005          74,385.75         3,337.50
52,667          01/30/2006         160,926.00           342.00
52,957          02/27/2006         141,801.50        28,360.30
53,271          03/24/2006         104,812.50        20,962.50
53,663          04/27/2006         167,844.00        33,568.80
54,090          05/26/2006          94,451.50        18,890.30
54,510          06/29/2006         108,870.15       108,870.15
                                 1,206,741.65       219,942.34
```