IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.

| | |
|---|---|
| Official Committee of Asbestos Personal Injury Claimants, et al., | )<br>) |
| Appellants, | )  Civil Action No. 06-689<br>)<br>) |
| v. | )<br>) |
| W.R. Grace & Co., et al., | )<br>)  Bankruptcy Case No. 01-1139 |
| Appellees. | )  Appeal No. 06-63 |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, John C. Phillips, Jr. moves the admission *pro hac vice* of Jonathan P. Guy to represent David T. Austern, the Future Claimants' Representative, in this matter.

Dated: December 1, 2006

　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　John C. Phillips, Jr., Esq. (#110)
　　　　　　　　　　　　　　　　　　Phillips, Goldman & Spence, P.A.
　　　　　　　　　　　　　　　　　　1200 N. Broom Street
　　　　　　　　　　　　　　　　　　Wilmington, DE 19806
　　　　　　　　　　　　　　　　　　(302) 655-4200
　　　　　　　　　　　　　　　　　　(302) 655-4210 (fax)
　　　　　　　　　　　　　　　　　　*Attorney for the Future Claimants' Representative*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Jonathan P. Guy is GRANTED.

Dated: DEC. 12 2006

_____
Honorable Ronald L. Buckwalter, Sr. J.