IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 13723

On November 21, 2006, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Eighteenth Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from July 1, 2006 through September 30, 2006 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on December 11, 2006. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

BUCHANAN INGERSOLL & ROONEY PC

By: _____
Teresa K. D. Currier (No. 3080)
The Brandywine Building
1000 West St. - Suite 1410
Wilmington, DE 19801

-and-

KRLS/Wilm 58403v1

                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  Philip Bentley, Esquire
                                                  Gary M. Becker, Esquire
                                                  919 Third Avenue
                                                  New York, NY 10022
                                                  (212) 715-9100
                                                  Counsel to the Official Committee of
                                                  Equity Holders

Dated: December 13, 2006           Co-Counsel to the Official Committee
                                                  of Equity Holders

KRLS/Wilm 58403v1