IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## RE-NOTICE OF INTENTION TO TAKE THE VIDEO TAPED DEPOSITION OF WILLIAM HUGHSON

To:   Defendant W.R. Grace & Co.

PLEASE TAKE NOTICE that the Asbestos Property Damage ("PD") Committee will take the video taped deposition of WILLIAM HUGHSON commencing at 9:00 a.m. on Tuesday, the 9th day of January, 2007, at the office of Paulson Reporting & Litigation Services, 555 West Beech Street, First Floor, San Diego, California 92101. WILLIAM HUGHSON shall be required to produce at his deposition the documents set forth on the Subpoena Duces Tecum attached hereto as Exhibit A. The deposition will be upon oral examination before a Notary Public or other officer authorized to administer oaths by the laws of the United States or the State of California.

You are invited to attend and cross-examine.

Dated this 13th day of December, 2006.

                                        BILZIN SUMBERG BAENA PRICE &
                                        AXELROD LLP

                                        Scott L. Baena, Esq.
                                        Jay M. Sakalo, Esq.
                                        200 South Biscayne Boulevard
                                        Suite 2500
                                        Miami, FL  33131-2336
                                        Telephone:  (305) 374-7580

                                                 -and-

                                  FERRY, JOSEPH & PEARCE, P.A.

                               /s/ Lisa L. Coggins
                              Michael B. Joseph (No. 392)
                              Theodore J. Tacconelli (No. 2678)
                              Lisa L. Coggins (No. 4234)
                              824 Market Street
                              P.O. Box 1351
                              Wilmington, DE 19801
                              (302) 575-1555

*Counsel for the Official Committee of Asbestos Property Damage Claimants*

                         -and-

Martin Dies, Esq.
DIES & HILE, L.L.P.
1601 Rio Grande, Suite 330
Austin, Texas 78701
Telephone: (512) 476-4394

*Special Counsel for the Official Committee of Asbestos Property Damage Claimants*

Copies furnished to:

Paulson Reporting & Litigation Services
Phone: 619.239.4111
calendarsd@paulsonreporting.com

EXHIBIT A - HUGHSON

The witness, William Hughson (also referred to as "he"), shall be required to bring to the deposition the following documents:

1. All documents, data, objects, publications or other materials which the witness has been provided in connection with this bankruptcy case, or which he has reviewed or upon which he will rely for his opinions in connection with the "Methodology" issue and/or adjudication phase in this case, including without limitation any articles, studies, presented papers, correspondence, reports, draft reports, plans, protocols, guidelines, critiques, books, photographs, slides, videotapes, charts, data, testimonies, depositions, presentations, asbestos bulk, dust and/or air samples, or testimony results thereof.

2. All expert reports he has prepared in connection with this bankruptcy case, including but not specifically limited to: the October 12, 2005 Expert Witness Disclosure and Report of William G. Hughson, M.D., D. Phil. Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the January 18, 2006 Rebuttal Witness Disclosure of William G. Hughson, M.D., D. Phil., Pursuant to Federal Rule of Civil Procedure 26(a)(2).

3. The medical literature he referred to at page 2 of the October 12, 2005 Expert Witness Disclosure and Report of William G. Hughson, M.D., D. Phil. Pursuant to Federal Rule of Civil Procedure 26(a)(2).

4. The flip charts and hand drawings he referred to at page 4 of the October 12, 2005 Expert Witness Disclosure and Report of William G. Hughson, M.D., D. Phil. Pursuant to Federal Rule of Civil Procedure 26(a)(2).