# Exhibit A

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

312 861-2000

www.kirkland.com

Lisa G. Esayian
To Call Writer Directly:
312 861-2226
lesayian@kirkland.com

Facsimile:
312 861-2200
Dir. Fax: 312 660-0663

November 10, 2006

<u>VIA FACSIMILE AND FIRST-CLASS MAIL</u>

Kevin M. Berry, Esq.
Wilentz Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900
Box 10
Woodbridge, NJ 07095-0958

Re:   **W.R. Grace Settled Pre-Petition Asbestos Personal Injury Claims**

Dear Mr. Berry:

On behalf of W.R. Grace & Co. ("Grace" or "the Debtors"), we have examined the asbestos personal injury proofs of claim submitted by your firm to the claims processing agent, Rust Consulting, Inc. as Settled Pre-Petition Asbestos PI Claims and received by Rust on October 17, 2006. These claims are listed on the enclosure to this letter. In accordance with the August 24, 2006 Order as to All Pre-Petition Asbestos PI Litigation Claims, the Debtors have examined their records regarding these claimants.

For the following reasons, the Debtors dispute and contest that these are settled, unpaid claims. The Debtors' records do not reflect settled, unpaid claims for any of these claimants. In addition, for many of the claimants, you have not submitted signed release forms (and the Debtors' records do not reflect that these claims are settled unpaid claims). For some of the claimants, you have provided signed release forms, but the Debtors' records do not reflect that these claims are settled unpaid claims. In addition, some of your release forms are not dated. An example is enclosed.

Your proofs of claim do not state settlement amounts and the release forms do not state settlement amounts except for a nominal value of $1.00. Thus, given that these claims are not reflected in the Debtors' records, the Debtors do not know the settlement amounts that you are claiming.

For all of these reasons, in accordance with page 5 of the August 24, 2006 Order, the Debtors dispute and contest the settlements for any and all claimants submitted in your October 16 letter to Rust.

London          Los Angeles          Munich          New York          San Francisco          Washington, D.C.

## KIRKLAND & ELLIS LLP

Kevin M. Berry, Esq.
November 10, 2006
Page 2

      Based on your claim forms, it appears that you have already submitted Questionnaires for your claimants. If you have already submitted Questionnaires for such claimants, you do not need to re-submit them. However, if you believe that you do need to submit Questionnaires for any of your claimants, a Word version of the Questionnaire is available at www.graceclaims.com. Please see the August 24, 2006 Order for additional information.

                                                  Very truly yours,

                                                  Lisa G. Esayian

LGE
Enclosure (Claimant List and sample undated release form)
cc:    Jay Hughes, W.R. Grace (via e:mail)
        David M. Bernick, P.C. (via e:mail)
        Barbara M. Harding (via e:mail)