# Exhibit B

# WILENTZ GOLDMAN & SPITZER P.A.

## ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

http://www.wilentz.com

Please reply to:
Woodbridge
Direct Dial: (732) 855-6189
Direct Fax: (732) 726-6627

DAVID T. WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)

WARREN W. WILENTZ
MATTHIAS D. DILEO
MORRIS BROWN
FREDERICK K. BECKER[2]
NICHOLAS L. SANTOWASSO
RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
FRANCIS V. BONELLO
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
ALAN WASSERMAN[4]
JAMES E. TRABILSY
MAUREEN S. BINETTI[4]
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT[4]
MICHAEL F. SCHAFF[2,7]
ANGELO JOHN CIFALDI
FRANCIS X. JOURNICK, JR.
KEVIN M. BERRY[2]
NOEL S. TONNEMAN[2]
JOHN T. KELLY[2]
C. KENNETH SHANK[2]
BARRY A. COOKE[3]
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T. KOLE

HESSER G. MCBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ[2,8]
VIOLA S. LORDI[2,8]
LYNNE M. KIZIS
KEVIN P. RODDY[2,9]
STEVEN P. MARSHALL
DOUGLAS WATSON LUBIC[2]
CHERYL J. OBERDORF
LISA A. GORAB[2]
RUSSELL J. FISHKIND[2]
FRED HOPKE[1]
CHARLES F. VUOTTO, JR.[1]
DONALD E. TAYLOR[3]
BARRY R. SUGARMAN[2]
BRETT R. HARRIS[2,5]
ALFRED M. ANTHONY[2]
DARREN M. GELBER[10]
MATTHEW M. WEISSMAN[2]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
BLAIR R. ZWILLMAN[2,0]
STEVEN R. ENIS[2]
LAWRENCE C. WEINER[2]

OF COUNSEL
ROBERT A. PETITO
HAROLD G. SMITH
ALFRED J. HILL (1962-2002)
ROBERT J. CIRAFESI (1970-2004)
ALAN B. HANDLER[6]
DOUGLAS T. HAGUE
MYRON ROSNER[2]
R. BENJAMIN COHEN

COUNSEL
DAVID P. PEPE
SUSANNE S. O'DONOHUE[4]
RISA A. KLEINER[1,1]
RUTH D. MARCUS[1]
RICHARD J. BYRNES
JAY V. SURGENT
LEE ANN McCABE[5]

LAURIE E. MEYERS[4]
JAMES P. LUNDY[23]
ELIZABETH FARLEY MURPHY
JAMES E. TONREY, JR.[2]
DEIRDRE WOULFE PACHECO[2]
ROBERTO BENITES

ASSOCIATES
LINDA LASHBROOK
LORETTA KIRSCH PRIVES[2]
YVONNE MARCUSE
ELIZABETH C. DELL[2]
ABBY RESNICK-PARIGIAN[23]
BRIAN KALVER[2]
ELLEN TORREGROSSA-O'CONNOR
NANCY A. SLOWE[2]
KELLY A. ERHARDT-WOJIE[3]
JEFFREY J. BROOKNER
JAMES E. McGUIRE
FRANCINE E. TAJFEL[2]
ELIZABETH SISO BAIR
RONALD P. COLICCHIO[1,0]
M. MATTHEW MANNION[7]
DANIEL M. SERVISS
JESSICA STEIN ALLEN[2]
COURTENAY C. HANSEN[2]
TODD E. LEHDER[2,7]
JOHN M. CANTALUPO[2]
JOHN E. HOGAN[2]
DONNA A. McBARRON
DANIEL R. WASP[2]
JOSEPH R. ZAPATA, JR.
JOHN P. MURDOCH II
ANNA MARIA TEJADA[2]
MARY H. SMITH
EDWARD J. ALBOWICZ[2]
THOMAS P. KELLY[2,5]
ANNA I. MONFORTH
STEPHANIE D. GIRONDA
EVERETT M. JOHNSON[2]
ALEX LYUBARSKY[2]
KEVEN H FRIEDMAN[2]
GREGORY D. SHAFFER[2,4]
JESSICA S. PYATT

LOUIS J. SEMINSKI, JR.
JARRET S. LEWIS[2,11]
LILLIAN A. PLATA
ROBERT L. SELVERS[2]
ERIK C. ACOSTA[2]
PAMELA R. GOLD-ZAFRA[2]
ALYSON M. LEONE[2]
JULIE A. DEMAREE
VINCENT CHENG[1,3]
MICHAEL J. WEISSLITZ
JONATHAN M. BUSCH[4]
JAMIE M. BENNETT[2]
KEITH L. HOVEY[2]
GEMMA L. ABERNOVICH[2]
KRISTEN M. BENEDETTO[3]
GIRA A. DESAI
JOSEPH J. RUSSELL, JR.[2]
JON S. POLEVOY
DEEPA KAIREN
DANIEL A. PRUPIS
CHERYL E. CONNORS
RUTH A. RAULS[2]
JAMES J. TRACY
JOSHUA A. FREEMAN
CHAD B. SIMON[2]

◄ Certified Civil Trial Attorney
□ Certified Criminal Trial Attorney
‡ Certified Matrimonial Attorney
† Certified Workers Compensation Attorney
* National Certified Civil Trial Specialist
   Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted IL

November 28, 2006

VIA ELECTRONIC TRANSMISSION,
FACSIMILE & OVERNIGHT MAIL

Lisa G. Esayian, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

  Re: W.R. Grace, et al., Debtors
     D.Del. Lead Ch. 11 Case No. 01-01139 JKF
     Settled Pre-Petition Asbestos-Related Personal
     Injury/Wrongful Death Claims

Dear Ms. Esayian:

  This responds in part to your letter dated November 10, 2006 to Kevin Berry, Esq. of the Wilentz firm's New York City office.

  Upon investigation, we have ascertained that apparently deadline pressures resulted in less than clear submissions to Rust on October 16th, and accordingly the 'WGS Settled Claims' proofs of claim should be amended.

  Each claimant's amended proof of claim will have item two of the proof of claim form completed, the available release attached, and, the settlement agreement - in which that claimant was an accepting designated participant - attached.



Lisa G. Esayian, Esq.
November 28, 2006
Page 2

We will endeavor to have the amended ones delivered to Rust by December 11th, but anticipate no later than December 18th.

Please do not hesitate to let me know if you have any questions or concerns on this.

Sincerely,

Deirdre Woulfe Pacheco

CC: Sander L. Esserman, Esq.
Lynne M. Kizis, Esq.
Kevin M. Berry, Esq.