# Exhibit C

# WILENTZ GOLDMAN &SPITZER P.A.

### ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

http://www.wilentz.com

Please reply to:
Woodbridge
**Direct Dial: (732) 855-6189**
**Direct Fax: (732) 726-6627**

DAVID T. WILENTZ (1894-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)

WARREN W. WILENTZ
MATTHIAS D. DILEO
MORRIS BROWN
FREDERIC K. BECKER[2]
NICHOLAS L. SANTOWASSO
RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
FRANCIS V. BONELLO
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
ALAN WASSERMAN[◁*]
JAMES E. TRABILSY
MAUREEN S. BINETTI[◁]
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT[◁]
MICHAEL F. SCHAFF[2,7]
ANGELO JOHN CIFALDI
FRANCIS X. JOURNICK, JR.
KEVIN M. BERRY[2]
NOEL S. TONNEMAN[1]
JOHN T. KELLY[2]
C. KENNETH SHANK[2]
BARRY A. COOKE[3]
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T. KOLE

HESSER G. McBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ[2,6]
VIOLA S. LORDI[2]
LYNNE M. KIZIS
KEVIN P. RODDY[2,8,9]
STEVEN P. MARSHALL
DOUGLAS WATSON LUBIC[2]
CHERYL J. OBERDORF
LISA A. GORAB[2]
RUSSELL J. FISHKIND[2]
FRED HOPKE[1]
CHARLES F. VUOTTO, JR.[1]
DONALD E. TAYLOR[1]
BARRY R. SUGARMAN[2]
BRETT R. HARRIS[2,5]
ALFRED M. ANTHONY[2]
DARREN M. GELBER[2□]
MATTHEW M. WEISSMAN[2]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
BLAIR R. ZWILLMAN[2 □]
STEVEN R. ENIS[2]
LAWRENCE C. WEINER[2]

**OF COUNSEL**
ROBERT A. PETITO
HAROLD G. SMITH
ALFRED J. HILL (1962-2002)
ROBERT J. CIRAFESI (1970-2004)
ALAN B. HANDLER[5]
DOUGLAS T. HAGUE
MYRON ROSNER[2]
R. BENJAMIN COHEN

**COUNSEL**
DAVID P. PEPE
SUSANNE S. O'DONOHUE[4]
RISA A. KLEINER[3,1]
RUTH D. MARCUS[1]
RICHARD J. BYRNES
JAY V. SURGENT
LEE ANN McCABE[1]

LAURIE E. MEYERS[2]
JAMES P. LUNDY[2,3]
ELIZABETH FARLEY MURPHY
JAMES E. TONREY, JR.[2]
DEIRDRE WOULFE PACHECO[2]
ROBERTO BENITES

**ASSOCIATES**
LINDA LASHBROOK
LORETTA KIRSCH PRIVES[2]
YVONNE MARCUSE
ELIZABETH C. DELL[2]
ABBY RESNICK-PARIGIAN[2,3]
BRIAN KALVER[2]
ELLEN TORREGROSSA-O'CONNOR
NANCY A. SLOWE[2]
KELLY A. ERHARDT-WOJIE[3]
JEFFREY J. BROOKNER
JAMES E. McGUIRE
FRANCINE E. TAJFEL[2]
ELIZABETH SISO BAIR
RONALD P. COLICCHIO[2,10]
M. MATTHEW MANNION[7]
DANIEL M. SERVISS
JESSICA STEIN ALLEN[2]
COURTENAY C. HANSEN[2]
TODD E. LEHDER[5,7]
JOHN M. CANTALUPO[2]
JOHN E. HOGAN[2]
DONNA A. McBARRON
DANIEL R. WASP[2]
JOSEPH R. ZAPATA, JR.
JOHN P. MURDOCH II
ANNA MARIA TEJADA[2]
MARY H. SMITH
EDWARD J. ALBOWICZ[2]
THOMAS P. KELLY[2,5]
ANNA I. MONFORTH
STEPHANIE D. GIRONDA
EVERETT M. JOHNSON[2]
ALEX LYUBARSKY[2]
KEVEN H. FRIEDMAN[2]
GREGORY D. SHAFFER[2,◁]
JESSICA S. PYATT

LOUIS J. SEMINSKI, JR.
JARRET S. LEWIS[2,11]
LILLIAN A. PLATA
ROBERT L. SELVERS[2]
ERIK C. ACOSTA[2]
PAMELA R. GOLD-ZAFRA[2]
ALYSON M. LEONE[2]
JULIE A. DEMAREE
VINCENT CHENG[1,2]
MICHAEL J. WEISSLITZ
JONATHAN M. BUSCH[6]
JAMIE M. BENNETT[2]
KEITH L. HOVEY[2]
GEMMA L. ABERNOVICH[2]
KRISTEN M. BENEDETTO[3]
GIRA A. DESAI
JOSEPH J. RUSSELL, JR.[3]
JON S. POLEVOY
DEEPA KAIREN
DANIEL A. PRUPIS
CHERYL E. CONNORS
RUTH A. RAULS[2]
JAMES J. TRACY
JOSHUA A. FREEMAN
CHAD B. SIMON[2]

◁ Certified Civil Trial Attorney
□ Certified Criminal Trial Attorney
‡ Certified Matrimonial Attorney
† Certified Workers Compensation Attorney
* National Certified Civil Trial Specialist
   Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted IL

December 8, 2006

***VIA OVERNIGHT MAIL***
Rust Consulting, Inc.
W.R. Grace Claims Processing Agent
P. O. Box 1620
Faribault, MN 55021

    Re:    Amended Proofs of Claim for Individuals Represented by Wilentz, Goldman & Spitzer Asserting 'Settled' Asbestos-Related Personal Injury/Wrongful Death Claims Against W.R. Grace, et al., Debtors

Dear Messrs./Mesdames:

    Pursuant to my November 21, 2006 letter to Ms. Esayian at the Kirkland firm and absence of response thereto, this letter and enclosures supplement and replace Mr. Berry's October 16, 2006 letter to you and enclosures thereto.

    Enclosed herewith please find substituted proofs of claim for 67 individuals represented by Wilentz, Goldman & Spitzer which individuals assert their asbestos-related personal injury/wrongful death claims against the Grace debtors were settled pre-petition.

    Each proof of claim submitted herewith consists of:

    (a) a completed proof of claim form for that individual;
    (b) a copy of the completed release (if available); and
    (c) a copy of the settlement confirmation letter.



**WILENTZ GOLDMAN & SPITZER P.A.**
ATTORNEYS AT LAW

Rust Consulting, Inc.
December 8, 2006
Page 2

Additionally, we have placed a 'flag' on the page of the settlement confirmation letter attachment indicating that individual's inclusion in the settlement agreement.

Accordingly, we believe that each individual now has a complete POC 'packet'. If you should believe otherwise, or have other questions, please do not hesitate to contact me.

Sincerely,

Deirdre Woulfe Pacheco

Enclosures

cc: Lisa Esayian, Esq.
    Lynne M. Kizis, Esq.

#2831908 (113082.016)