# Exhibit D

# CONNELL, FOLEY & GEISER
## ATTORNEYS AT LAW

JOHN A. PINDAR (1948-1969)
GEORGE W. CONNELL
ADRIAN M. FOLEY, JR.
THEODORE W. GEISER
JOHN B. LA VECCHIA
GEORGE J. KENNY
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
JEROME M. LYNES
KEVIN J. COAKLEY
LINDA A. PALAZZOLO
JOHN F. NEARY
THOMAS S. COSMA
KATHLEEN S. MURPHY
KEITH A. KRAUSS
PATRICK J. MCAULEY
PETER J. PIZZI
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL P. MURPHY
MICHAEL X. McBRIDE
JEFFREY W. MORYAN

85 LIVINGSTON AVENUE
ROSELAND, N. J. 07068
(201) 535-0500
TELECOPIER: (201) 535-9217

ONE GATEWAY CENTER
NEWARK, N. J. 07102
(201) 643-2060

REPLY TO ROSELAND

DONALD S. MACLACHLAN
PATRICIA J. PINDAR
PETER J. SMITH
BRIAN G. STELLER
FRANK A. LATTAL
WILLIAM O. PESSEL, JR.
JUDITH A. WAHRENBERGER
PHILIP F. McGOVERN, JR.
KAREN MUNSTER CASSIDY
STEPHEN D. KINNARD
KAREN PAINTER RANDALL
BRIAN T. MURNANE
CHRISTOPHER J. PALADINO
CAROL M. ROMANO
LIZA M. WALSH
MAUREEN A. MAHONEY
JOHN M. BYRNE
TIMOTHY E. CORRISTON
MICHAEL R. HANNISIAN
MARIE T. QUINN
ERNEST W. SCHOELLKOPFF
HEIDI WILLIS CURRIER
JOSEPH C. LAURIA, JR.
WILLIAM C. PENKETHMAN, JR
JOHN D. CROMIE
JANET ZAORSKI KALAPOS
GUY T. LYTLE
ANGELA A. IUSO

OF COUNSEL
MORRIS M. SCHNITZER
MARGARET L. MOSES

February 23, 1989

VIA FEDERAL EXPRESS

Christopher M. Placitella, Esq.
Wilentz, Goldman and Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, New Jersey 07095

Re: <u>Mayo/Marjawitz/Carini vs. W.R. Grace</u>

Dear Chris:

Enclosed are the balance of the W.R. Grace & Co. - Conn. sales documents which correspond to the 140 job sites set forth in your Request for Admissions.

In addition we enclose the list of job sites for New York and New Jersey which are to be held in confidence within your firm in accordance with my letter of January 27, 1989.

Very truly yours,

DONALD S. MACLACHLAN

DSM:RC
encl.