# Exhibit E



# WILENTZ GOLDMAN & SPITZER
ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(908) 636-8000
Fax (908) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(908) 542-4500
Fax (908) 493-8387

Wall Street Plaza
88 Pine Street
New York, NY 10005-1801
(212) 267-3091
Fax (212) 267-3828

Please reply to

DAVID T. WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)

WARREN W. WILENTZ
MATTHIAS D. DILEO
ROBERT A. PETITO
MORRIS BROWN△
HAROLD G. SMITH
FREDERIC K. BECKER[1]
NICHOLAS L. SANTOWASSO
ALFRED J. HILL
RICHARD F. LERT
JOHN A. HOFFMAN
STANLEY L. BENN (1965-1989)
STEPHEN E. BARCAN
ROBERT J. CIRAFESI
FRANCIS V. BONELLO
VINCENT P. MALTESE
DAVID M. WILDSTEIN
ALAN M. DARNELL
GORDON J. GOLUM
FRANK M. CIUFFANI△
MARVIN J. BRAUTH[1]
STUART A. HOBERMAN[1,2]
STEPHEN A. SPITZER
RICHARD R. BONAMO[1]
SIDNEY D. WEISS
ANNE S. BABINEAU[1]
CHRISTINE D. PETRUZZELL
ROGER B. KAPLAN[1]
PHILIP A. PAHIGIAN[1,4,8]
BRIAN J. MOLLOY
RANDALL J. RICHARDS
BARRY T. ALBIN□
SHELDON E. JAFFE[2]
STUART T. COX, JR.

NORMAN J. PEER[1]
JOSEPH J. JANKOWSKI
FREDERICK J. DENNEHY
ROY H. TANZMAN[1]
STEVEN J. TRIPP
CHRISTOPHER M. PLACITELLA[1]
JAY J. ZIZNEWSKI
JAMES E. TRABILSY
MAUREEN S. BINETTI
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT
JEFFREY R. RICH[1]
MICHAEL F. SCHAFF[1,6]
ANGELO JOHN CIFALDI
LESLIE JEDDIS LANG
FRANCIS X. JOURNICK, JR.
KEVIN M. BERRY[1]
LOUIS T. DE LUCIA
NOEL S. TONNEMAN
FRANK M. ORTIZ[1]
JOHN T. KELLY[1]
C. KENNETH SHANK[1]
JON G. KUPILIK
PETER R. HERMAN[1]
EDWARD T. KOLE
HESSER G. McBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ[1,5]
VIOLA S. LORDI[1]
JEFFREY K. EPSTEIN[1]
LYNNE M. KIZIS

COUNSEL
MILTON B. CONFORD (1979-1989)
MYRON ROSNER[1]
RUSSELL J. FISHKIND[1]
STEVEN P. MARSHALL

ASSOCIATES
LINDA LASHBROOK
LILIANN MESSINA
YVONNE MARCUSE
DOUGLAS WATSON LUBIC[1]
SUSANNE S. O'DONOHUE[3]
ELIZABETH C. DELL[1]
CHERYL J. OBERDORF
DEBORAH D. TANENBAUM
CHARLES F. VUOTTO, JR.
RISA A. KLEINER[2]
RUTH D. MARCUS[9]
MITCHELL RAIT[1,2]
RICHARD J. BYRNES
JONATHAN P. FALK
GEORGIA C. HAGLUND
RICHARD A. CATALINA, JR.[2,4]
ROBERT T. HAEFELE[2]
PATRICIA S. GARDNER[2]
LISA A. GORAB[1]
DONALD E. TAYLOR[2]
FRED HOPKE
DAVID P. PEPE
ALAN J. BRODY
STEVEN P. KNOWLTON[1]
BARRY R. SUGARMAN[1]
LISA MARTINEZ WOLMART[9]
BRETT R. HARRIS[1,4]
ROBERTO BENITES
ALFRED M. ANTHONY[1]
RICHARD B. BECKER[1]
ANTONIO J. CASAS[1]
LEE ANN McCABE
ROBERT I. SIEGEL[7]
CLAUDIA S. TRUPP[1]

JOSEPH O'NEIL, JR.[1]
SCOTT C. SHELLEY[1,3]
RANDY ROSENBLUM[10]
PAUL B MACCHIA[4]
KATHERINE H. WIGNESS[1]
KELLY GORDON[1,3]
SHARON L. LIPPETT[2,4]
CHRISTINE A. PELLIZZARI
CHRISTOPHER W. HAGER[2]
ELIZABETH MICHELETTI[2]
LORI A. SCATTAGLIA
NATALIE M. HIOTT
KIRSTEN SCHEURER
JOSEPH M. ACCARDI
ADRIAN D. HRONICH
SCOTT C. MATASAR[9]
GIOVANNI ANZALONE
MEGAN K. GAJEWSKI
ANKUR GUPTA
O. GLEN POTTINGER
JOSHUA H. RAYMOND

△ Certified Civil Trial Attorney
□ Certified Criminal Trial Attorney
1 Also admitted in NY
2 Also admitted in PA
3 Also admitted in CT
4 Also admitted in DC
5 Also admitted in MA
6 Also admitted in MD
7 Also admitted in IL
8 Also admitted in VI
9 Only admitted in NY
10 Only admitted in FL

Woodbridge
(732) 855-6093

November 28, 1997

James R. Lynch, Esq.
Flemming, Zulack & Williamson, LLP
One Liberty Plaza
New York, New York 10006-1404

  Re: New Jersey and New York Cases
    1997 W.R. Grace Settlement Agreement
    <u>(Regarding 1995 and 1996 Filings)</u>

Dear Mr. Lynch:

  This will confirm settlement with W.R. Grace & Co.-Conn. of 109 asbestos related personal injury claims for the total sum of $165,000. In accordance with the agreement resolving with W.R. Grace the conflict of interest issue, Wilentz Goldman & Spitzer will takeno attorneys' fee with respect to the settlements.

  Set forth on the attached Exhibit A is a list of the cases which are the subject of this agreement, the diseases of each individual plaintiff and the amount of each plaintiff's settlement with W.R. Grace & Co.-Conn.

  It is understood that your obligation to forward settlement proceeds for any plaintiff is subject to receipt of medical confirmation that said plaintiff has a diagnosis of mesothelioma, lung cancer, GI cancer, pulmonary asbestosis, pleural thickening or pleural scarring. If for some reason we cannot substantiate disease as to a particular plaintiff, settlement proceeds relating to that plaintiff as set forth on the attached Exhibit A will be deducted from the $165,000 total settlement sum. Similarly, if the disease turns out to be other than as set forth on Exhibit A (<u>i.e.</u>, someone listed as having cancer really has pleural thickening, and someone listed as having asbestos lung disease really has cancer) the settlement amount for that plaintiff will be adjusted to be in harmony with the amounts being paid to others with the same disease.



Page 2

The individual settlements encompassed by this agreement are subject to each plaintiff accepting same and are further subject to plaintiffs obtaining appropriate consents from workers compensation carriers. We fully expect the compensation carriers to consent. We also fully expect all plaintiffs to approve their settlement and to execute releases. It is understood, however, that if any plaintiffs refuse to accept, the total settlement amount will be reduced by the sum of money set forth on the attached Exhibit A with respect to those plaintiffs and those claims will remain unresolved. In the event any plaintiffs' settlement papers are delayed because of estate problems, the amount allocated to those individuals will be deducted from the total otherwise due. The balance will be payable thirty days after receipt of the releases.

Regarding releases, our clients will execute the form of releases attached hereto as Exhibit B.

We plan to forward signed releases, medical documents and Stipulations of Dismissal or Discoltinuance within ninety days. It is understood that we will expect to receive payment in full for these cases within thirty days thereafter.

Unless I hear from you within five days, I will assume you have no problem with the foregoing.

Thank you for your cooperation and courtesy in helping to bring about an amicable resolution of these matters.

Sincerely,

PHILIP A. PAHIGIAN

PAP/wlc/cdr/tem/mc/jc/sg/tm/bd/md/kd/af/rjb
Enclosures

cc: Tim Corriston, Esq.
    Heather Herr
    Charlene Armstrong

771013 (062037.002)

# WILENTZ GOLDMAN & SPITZER
## ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

Wall Street Plaza
88 Pine Street
New York, NY 10005-1801
(212) 267-3091
Fax (212) 267-3828

http://www.newjerseylaw.com

Please reply to

Woodbridge
(732) 855-6093

DAVID T. WILENTZ (1915-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)

WARREN W. WILENTZ
MATTHIAS D. DILEO
ROBERT A. PETITO
MORRIS BROWN[△]
HAROLD G. SMITH
FREDERIC K. BECKER[1]
NICHOLAS L. SANTOWASSO
RICHARD F. LERT
JOHN A. HOFFMAN
STANLEY L. BENN (1965-1989)
STEPHEN E. BARCAN
ROBERT J. CIRAFESI
FRANCIS V. BONELLO
VINCENT P. MALTESE
DAVID M. WILDSTEIN
ALAN M. DARNELL
GORDON J. GOLUM
FRANK M. CIUFFANI[△]
MARVIN J. BRAUTH[1]
STUART A. HOBERMAN[1,2]
STEPHEN A. SPITZER
RICHARD R. BONAMO[1]
ANNE S. BABINEAU[1]
CHRISTINE D. PETRUZZELL
ROGER B. KAPLAN[1]
PHILIP A. PAHIGIAN[1,4,7]
BRIAN J. MOLLOY
RANDALL J. RICHARDS
BARRY T. ALBIN[□]
SHELDON E. JAFFE[2]
STUART T. COX, JR.
JOSEPH J. JANKOWSKI
FREDERICK J. DENNEHY

ROY H. TANZMAN
STEVEN J. TRIPP
CHRISTOPHER M. PLACITELLA[1]
JAY J. ZIZNEWSKI
MYRON ROSNER[1]
JAMES E. TRABILSY
MAUREEN S. BINETTI
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT
JEFFREY R. RICH[1]
MICHAEL F. SCHAFF[1,6]
ANGELO JOHN CIFALDI
LESLIE JEDDIS LANG
FRANCIS X. JOURNICK, JR.
KEVIN M. BERRY[1]
LOUIS T. DE LUCIA
NOEL S. TONNEMAN
FRANK M. ORTIZ[1]
JOHN T. KELLY[1]
C. KENNETH SHANK[1]
JON G. KUPILIK
PETER R. HERMAN[1]
EDWARD T. KOLE
HESSER G. MCBRIDE, JR
ERIC JOHN MARCY
ROBERT C. KAUTZ[1,5]
VIOLA S. LORDI[1]
JEFFREY K. EPSTEIN[1]
LYNNE M. KIZIS
STEVEN P. MARSHALL
DOUGLAS WATSON LUBIC[1]
CHERYL J. OBERDORF
LISA A. GORAB
HEIDI J. SORVINO[1]

COUNSEL
MILTON B. CONFORD (1979-1989)
ALFRED J. HILL
RUSSELL J. FISHKIND[1]

ASSOCIATES
LINDA LASHBROOK
BETSY A. ROSENBLOOM
YVONNE MARCUSE
SUSANNE S. O'DONOHUE[3]
ELIZABETH C. DELL[1]
CHARLES F. VUOTTO, JR.
ISABEL MCGINTY[1]
RISA A. KLEINER[2]
RUTH D. MARCUS[8]
MITCHELL RAIT[1,2]
PATRICIA M. GRAHAM[1]
RICHARD J. BYRNES
JONATHAN P. FALK
RICHARD A. CATALINA, JR.[2,4]
ROBERT T. HAEFELE[2]
PATRICIA S. GARDNER[2]
DONALD E. TAYLOR[2]
FRED HOPKE
DAVID P. PEPE
DESRIE L. MASON-JIMERSON[1]
STEVEN P. KNOWLTON[1]
BARRY R. SUGARMAN[1]
LISA MARTINEZ WOLMART[8]
BRETT R. HARRIS[1,4]
ROBERTO BENITES
ALAN J. BRODY[1]
MATTHEW M. WEISSMAN[8]
ALFRED M. ANTHONY[1]
LEE ANN MCCABE
DARREN M. GELBER[1]
HELEN C. LEE[1]
JOSEPH O'NEIL, JR.[1]
RANDY ROSENBLUM[9]
ANTHONY COWELL[2]
KELLY GORDON[1,3]
CHRISTINE A. PELLIZZARI
CHRISTOPHER W. HAGER[2]
KEVIN R. PUVALOWSKI[1]

JAMES E. TONREY, JR.[1]
E. VICKI ARIANS[4]
ELIZABETH MICHELETTI[2]
LORI A. SCATTAGLIA
KIRSTEN SCHEURER
JOSEPH M. ACCARDI
ADRIAN D. HRONICH
SCOTT C. MATASAR[8]
DONNA M. JENNINGS
ELIZABETH SISO BAIR
PAUL LEVINSOHN
GIOVANNI ANZALONE
MEGAN K. GAJEWSKI
ANKUR GUPTA
O. GLEN POTTINGER
STEVEN R. ENIS[1]
JESSICA L. STEIN[1]
KRISTINA K. PAPPA
JOHN M. AUGUST
MICHAEL C. MATHIS
MARYANN S. SHEEHAN

△ Certified Civil Trial Attorney
□ Certified Criminal Trial Attorney
1  Also admitted in NY
2  Also admitted in PA
3  Also admitted in CT
4  Also admitted in DC
5  Also admitted in MA
6  Also admitted in MD
7  Also admitted in VI
8  Only admitted in NY
9  Also admitted in FL

August 31, 1998

Jay Hughes, Esq.
W.R. Grace & Co.
1 Towne Center Road
Boca Raton, Florida 33486

Re: New Jersey and New York Cases
    1998 W.R. Grace & Co.-Conn. Settlement Agreement

Dear Mr. Hughes:

This is a follow-up to meeting with James Lynch, Esq. on August 26, 1998.

This will confirm settlement with W.R. Grace & Co.-Conn. of 95 asbestos related personal injury claims for the total sum of $121,000. In accordance with the agreement resolving with W.R. Grace the conflict of interest issue, Wilentz Goldman & Spitzer will take no attorneys' fee with respect to the settlements.

Set forth on the attached Exhibit A is a list of the cases which are the subject of this agreement, the diseases of each individual plaintiff and the amount of each plaintiff's settlement with W.R. Grace & Co.-Conn.

It is understood that your obligation to forward settlement proceeds for any plaintiff is subject to receipt of medical confirmation that said plaintiff has a diagnosis of mesothelioma, lung cancer, GI cancer, pulmonary asbestosis, pleural thickening or pleural scarring. If for some reason we cannot substantiate disease as to a particular plaintiff, settlement proceeds relating to that


WILENTZ GOLDMAN & SPITZER
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

Page 2

plaintiff as set forth on the attached Exhibit A will be deducted from the $121,000 total settlement sum. Similarly, if the disease turns out to be other than as set forth on Exhibit A (*i.e.*, someone listed as having cancer really has pleural thickening, and someone listed as having asbestos lung disease really has cancer) the settlement amount for that plaintiff will be adjusted to be in harmony with the amounts being paid to others with the same disease.

The individual settlements encompassed by this agreement are subject to each plaintiff accepting same and are further subject to plaintiffs obtaining appropriate consents from workers compensation carriers. We fully expect the compensation carriers to consent. We also fully expect all plaintiffs to approve their settlement and to execute releases. It is understood, however, that if any plaintiffs refuse to accept, the total settlement amount will be reduced by the sum of money set forth on the attached Exhibit A with respect to those plaintiffs and those claims will remain unresolved. In the event any plaintiffs' settlement papers are delayed because of estate problems, the amount allocated to those individuals will be deducted from the total otherwise due. The balance will be payable thirty days after receipt of the releases.

Regarding releases, our clients will execute the form of releases attached hereto as Exhibit B.

With regard to New Jersey cases, we plan to forward signed releases, medical documents and Stipulations of Dismissal within sixty (60) days. It is understood that we will expect to receive payment in full for these cases within sixty (60) days thereafter. With regard to New York cases, we plan to forward signed releases, medical documents and Stipulations of Discontinuance by March of 1999. It is understood that we will expect to receive payment in full for these cases within sixty (60) days thereafter.

Unless I hear from you within five days, I will assume you have no problem with the foregoing.

968251 (062037.002)



Thank you for your cooperation and courtesy in helping to bring about an amicable resolution of these matters.

Sincerely,

PHILIP A. PAHIGIAN

PAP/jj/cdr/pg/sl/md/kd/cm/af/ss/sg/jh/jc/rq
Enclosures

cc: James R. Lynch, Esq.
    Heather Herr
    Charlene Armstrong

968251 (062037.002)

# WILENTZ GOLDMAN & SPITZER

ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

Wall Street Plaza
88 Pine Street
New York, NY 10005-1801
(212) 267-3091
Fax (212) 267-3828

http://www.newjerseylaw.com

Please reply to:
Woodbridge
(908) 855-6093

DAVID T. WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)

WARREN W. WILENTZ
MATTHIAS D. DILEO
ROBERT A. PETITO
MORRIS BROWN△
HAROLD G. SMITH
FREDERIC K. BECKER[1]
NICHOLAS L. SANTOWASSO
ALFRED J. HILL
RICHARD F. LERT
JOHN A. HOFFMAN
STANLEY L. BENN (1965-1989)
STEPHEN E. BARCAN
ROBERT J. CIRAFESI
FRANCIS V. BONELLO
VINCENT P. MALTESE
DAVID M. WILDSTEIN
ALAN M. DARNELL
GORDON J. GOLUM
FRANK M. CIUFFANI△
MARVIN J. BRAUTH[1]
STUART A. HOBERMAN[1,2]
STEPHEN A. SPITZER
RICHARD R. BONAMO[1]
SIDNEY D. WEISS
ANNE S. BABINEAU[1]
CHRISTINE D. PETRUZZELL
ROGER B. KAPLAN[1]
PHILIP A. PAHIGIAN[1,4,8]
BRIAN J. MOLLOY
RANDALL J. RICHARDS
BARRY T. ALBIN□
SHELDON E. JAFFE[2]
STUART T. COX, JR.

JOSEPH J. JANKOWSKI
FREDERICK J. DENNEHY
ROY H. TANZMAN[1]
STEVEN J. TRIPP
CHRISTOPHER M. PLACITELLA[1]
JAY J. ZIZNEWSKI
JAMES E. TRABILSY
MAUREEN S. BINETTI
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT
JEFFREY R. RICH[1]
MICHAEL F. SCHAFF[1,6]
ANGELO JOHN CIFALDI
LESLIE JEDDIS LANG
FRANCIS X. JOURNICK, JR.
KEVIN M. BERRY[1]
LOUIS T. DE LUCIA
NOEL S. TONNEMAN
FRANK M. ORTIZ[1]
JOHN T. KELLY[1]
C. KENNETH SHANK[1]
JON G. KUPILIK
PETER R. HERMAN[1]
EDWARD T. KOLE
HESSER G. MCBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ[1,5]
VIOLA S. LORDI[1]
JEFFREY K. EPSTEIN[1]
LYNNE M. KIZIS

COUNSEL
MILTON B. CONFORD (1979-1989)
JOSEPH O'NEIL, JR.[1]
MYRON ROSNER[1]
RUSSELL J. FISHKIND[1]
STEVEN P. MARSHALL

ASSOCIATES
LINDA LASHBROOK
BETSY A. ROSENBLOOM
LILIANN MESSINA
YVONNE MARCUSE
DOUGLAS WATSON LUBIC[1]
SUSANNE S. O'DONOHUE[3]
ELIZABETH C. DELL[1]
CHERYL J. OBERDORF
CHARLES F. VUOTTO, JR.
RISA A. KLEINER[2]
RUTH D. MARCUS[9]
MITCHELL RAIT[1,2]
PATRICIA M. GRAHAM[1]
RICHARD J. BYRNES
JONATHAN P. FALK
GEORGIA C. HAGLUND
RICHARD A. CATALINA, JR.[2,4]
ROBERT T. HAEFELE[2]
PATRICIA S. GARDNER[2]
LISA A. GORAB[1]
DONALD E. TAYLOR[2]
FRED HOPKE
DAVID P. PEPE
STEVEN P. KNOWLTON[1]
BARRY R. SUGARMAN[1]
LISA MARTINEZ WOLMART[9]
BRETT R. HARRIS[1,4]
ROBERTO BENITES
ALAN J. BRODY[1]
ALFRED M. ANTHONY[1]
LEE ANN MCCABE
ROBERT I. SIEGEL[7]
JOSEPH O'NEIL, JR.[1]
SCOTT C. SHELLEY[1,3]
RANDY ROSENBLUM[10]
ANTHONY COWELL[2]

KELLY GORDON[1,3]
SHARON L. LIPPETT[2,4]
CHRISTINE A. PELLIZZARI
CHRISTOPHER W. HAGER[2]
KEVIN R. PUVALOWSKI[1]
ELIZABETH MICHELETTI[2]
LORI A. SCATTAGLIA
KIRSTEN SCHEURER
JOSEPH M. ACCARDI
ADRIAN D. HRONICH
SCOTT C. MATASAR[9]
DONNA M. JENNINGS
GIOVANNI ANZALONE
MEGAN K. GAJEWSKI
ANKUR GUPTA
O. GLEN POTTINGER
JOSHUA H. RAYMOND
STEVEN R. ENIS[1]
JESSICA L. STEIN[1]

△ Certified Civil Trial Attorney
□ Certified Criminal Trial Attorney
1  Also admitted in NY
2  Also admitted in PA
3  Also admitted in CT
4  Also admitted in DC
5  Also admitted in MA
6  Also admitted in MD
7  Also admitted in IL
8  Also admitted in VI
9  Only admitted in NY
10 Also admitted in FL

December 1, 1997

James R. Lynch, Esq.
Flemming, Zulack & Williamson, LLP
One Liberty Plaza
New York, New York 10006-1404

Re: **New Jersey and New York Asbestos Cases**
    **W.R. Grace Settlement Agreement Regarding 1987-1994 Filings**

Dear Mr. Lynch:

This will confirm settlement with W.R. Grace & Co.-Conn. of 322 asbestos related personal injury claims for the total sum of $450,750. For your records, we inadvertently under counted the number of New York sheet metal cases by one. However, I have absorbed this discrepancy rather than asking for an additional $750. Guerra will now receive $4,250 ($750 less than the figure we agreed upon).

Set forth on the attached Exhibit A is a list of the cases which are the subject of this agreement, the diseases of each individual plaintiff and the amount of each plaintiff's settlement with W.R. Grace & Co.-Conn. This settlement is based on the premise that the attached list represents all open matters bearing 1994 or earlier docket/index numbers in which W.R. Grace & Co.-Conn. is a defendant.

It is understood that your obligation to forward settlement proceeds for any plaintiff is subject to receipt of medical confirmation that said plaintiff has a diagnosis of mesothelioma, lung cancer, GI cancer, pulmonary asbestosis, pleural thickening or pleural scarring. If for some reason we cannot substantiate disease as to a particular plaintiff, settlement proceeds relating to that plaintiff as set forth on the attached Exhibit A will be deducted from the $450,750 total settlement sum. Similarly, if the disease turns out to be other than as set forth on Exhibit A (i.e., someone listed as having cancer really has pleural thickening, and someone listed as having pleural thickening really has cancer) the settlement



amount for that plaintiff will be adjusted to be in harmony with the amounts being paid to others with the same disease.

The individual settlements encompassed by this agreement are subject to each plaintiff accepting same and are further subject to plaintiffs obtaining appropriate consents from workers compensation carriers. We fully expect the compensation carriers to consent. We also fully expect all plaintiffs to approve their settlement and to execute releases. It is understood, however, that if any plaintiffs refuse to accept, the total settlement amount will be reduced by the sum of money set forth on the attached Exhibit A with respect to those plaintiffs and those claims will remain unresolved. In the event any persons' settlement papers are delayed because of estate problems,
the amount allocated to those individuals will be deducted from the total otherwise due. The balance will be payable sixty days after receipt of the releases.

Regarding releases, our clients will execute the form of releases attached hereto as Exhibit B.

We plan to forward signed releases, medical documents and Stipulations of Dismissal within thirty days. It is understood that we will expect to receive payment in full for these cases within thirty days thereafter.

Unless I hear from you within five days, I will assume you have no problem with the foregoing.

Thank you for your cooperation and courtesy in helping to bring about an amicable resolution of these matters.

Sincerely,

PHILIP A. PAHIGIAN

PAP/tem/psm/jj/cdr/dbp/jmp/jc/md/kd/sg/tm/bd/af/rq
Enclosures

cc: Tim Corriston, Esq.
    Heather Herr
    Charlene Armstrong

771592 (062037.002)

# WILENTZ GOLDMAN & SPITZER
## ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

Wall Street Plaza
88 Pine Street
New York, NY 10005-1801
(212) 267-3091
Fax (212) 267-3828

http://www.newjerseylaw.com

Please reply to
Woodbridge
(732) 855-6093

DAVID T. WILENTZ (1919-1988)
& GEORGE GOLDMAN (1922-1995)
HENRY M. SPITZER (1928-1968)

WARREN W. WILENTZ
MATTHIAS D. DILEO
ROBERT A. PETITO
MORRIS BROWN△
FREDERIC K. BECKER[1]
NICHOLAS L. SANTOWASSO
RICHARD F. LERT
JOHN A. HOFFMAN
STANLEY L. BENN (1965-1989)
STEPHEN E. BARCAN
ROBERT J. CIRAFESI
FRANCIS V. BONELLO
VINCENT P. MALTESE
DAVID M. WILDSTEIN
ALAN M. DARNELL
GORDON J. GOLUM
FRANK M. CIUFFANI△
MARVIN J. BRAUTH[1]
STUART A. HOBERMAN[1,2]
STEPHEN A. SPITZER
RICHARD R. BONAMO[1]
ANNE S. BABINEAU[1]
CHRISTINE D. PETRUZZELL
ROGER B. KAPLAN[1]
PHILIP A. PAHIGIAN[1,4,7]
BRIAN J. MOLLOY
RANDALL J. RICHARDS
BARRY T. ALBIN[2]
SHELDON E. JAFFE[2]
STUART T. COX, JR.
JOSEPH J. JANKOWSKI
FREDERICK J. DENNEHY
ROY H. TANZMAN[1]
STEVEN J. TRIPP
CHRISTOPHER M. PLACITELLA[1]

JAY J. ZIEGNEWSKI
MYRON ROSNER
JAMES E. TRABILSY
MAUREEN S. BINETTI
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT
JEFFREY R. RICH[1]
MICHAEL F. SCHAFF[1,6]
ANGELO JOHN CIFALDI
LESLIE JEDDIS LANG
FRANCIS X. JOURNICK, JR.
KEVIN M. BERRY[1]
LOUIS T. DE LUCIA
NOEL S. TONNEMAN†
FRANK M. ORTIZ[1]
JOHN T. KELLY[1]
C. KENNETH SHANK[1]
JON G. KUPILIK
PETER R. HERMAN[1]
EDWARD T. KOLE
HESSER G. MCBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ[1,5]
VIOLA S. LORDI[1]
JEFFREY K. EPSTEIN[1]
LYNNE M. KIZIS
STEVEN P. MARSHALL
DOUGLAS WATSON LUBIC[1]
CHERYL J. OBERDORF
LISA A. GORAB[1]
HEIDI J. SORVINO[1]
RUSSELL J. FISHKIND[1]
FRED HOPKE

COUNSEL
MILTON B. CONFORD (1979-1989)
HAROLD G. SMITH
ALFRED J. HILL
CLAY CONSTANTINOU

ASSOCIATES
LINDA A. OLSZEWSKI
BETSY ANN ROSENBLOOM
YVONNE MARCUSE
SUSANNE S. O'DONOHUE[3]
ELIZABETH C. DELL[1]
CHARLES F. VUOTTO, JR.
ISABEL MCGINTY[1]
RISA A. KLEINER[2†]
RUTH D. MARCUS[8]
MITCHELL RAIT[1,2]
RICHARD J. BYRNES
JONATHAN P. FALK
RICHARD A. CATALINA, JR.[2,4]
ROBERT T. HAEFELE[2]
RICHARD S. PANITCH[2,4,10]
DONALD E. TAYLOR[2]
DAVID P. PEPE
DESRIE MASON-JIMERSON[1]
STEVEN P. KNOWLTON[1]
BARRY R. SUGARMAN[1]
LISA MARTINEZ WOLMART[1,11]
BRETT R. HARRIS[1,4]
ROBERTO BENITES
ALAN J. BRODY[1]
MATTHEW M. WEISSMAN[1]
ALFRED M. ANTHONY[1]
LEE ANN MCCABE
DARREN M. GELBER[1]
HELEN C. LEE[1]
ANTHONY COWELL[2]
NANCY A. SLOWE[1]
JAMES L. PETSCHE
CHRISTOPHER W. HAGER[2]
JAMES E. TONREY, JR.[1]
E. VICKI ARIANS[4]

ANDREA WHITE O'BRIEN[1]
TIMOTHY J. DENGLER[2]
ELIZABETH MICHELETTI[2]
LORI ANN BUZA
KIRSTEN SCHEURER
JOSEPH M. ACCARDI
DONNA M. JENNINGS
ELIZABETH SISO BAIR
PAUL LEVINSOHN
GIOVANNI ANZALONE
MEGAN K. GAJEWSKI
O. GLEN POTTINGER
STEVEN R. ENIS[1]
JESSICA L. STEIN[1]
KRISTINA K. PAPPA
M. MATTHEW MANNION[6]
JOHN M. AUGUST
ELIZABETH W. EATON
FLAVIO L. KOMUVES[2]
WILLIAM MATSIKOUDIS
MARION SIDNEY DONICA
JOHN M. CANTALUPO
NICOLE HUBERFELD
VALERIE A. JACKSON
GREGORY B. NOBLE
DONNA A. SISCO

△ Certified Civil Trial Attorney
□ Certified Criminal Trial Attorney
† Certified Matrimonial Attorney
1 Also admitted in NY
2 Also admitted in PA
3 Also admitted in CT
4 Also admitted in DC
5 Also admitted in MA
6 Also admitted in MD
7 Also admitted in VI
8 Only admitted in NY
9 Also admitted in FL
10 Also admitted in CO
11 Also admitted in GA

September 21, 1999

Jay Hughes, Esq.
W.R. Grace & Co.
1 Towne Center Road
Boca Raton, Florida 33486

Re: New Jersey and New York Cases
    1999 W.R. Grace & Co.-Conn. Settlement Agreement

Dear Mr. Hughes:

    This will confirm settlement with W.R. Grace & Co.-Conn. of 126 asbestos related personal injury claims for the total sum of $154,000. In accordance with the agreement resolving with W.R. Grace the conflict of interest issue, Wilentz Goldman & Spitzer will take no attorneys' fee with respect to the settlements.

    Set forth on the attached Exhibit A is a list of the cases which are the subject of this agreement, the diseases of each individual plaintiff and the amount of each plaintiff's settlement with W.R. Grace & Co.-Conn.

    It is understood that your obligation to forward settlement proceeds for any plaintiff is subject to receipt of

#3512851



medical confirmation that said plaintiff has a diagnosis of mesothelioma, lung cancer, GI cancer, pulmonary asbestosis, pleural thickening or pleural scarring. If for some reason we cannot substantiate disease as to a particular plaintiff, settlement proceeds relating to that plaintiff as set forth on the attached Exhibit A will be deducted from the $154,000 total settlement sum. Similarly, if the disease turns out to be other than as set forth on Exhibit A (i.e., someone listed as having cancer really has pleural thickening, and someone listed as having asbestos lung disease really has cancer) the settlement amount for that plaintiff will be adjusted to be in harmony with the amounts being paid to others with the same disease.

The individual settlements encompassed by this agreement are subject to each plaintiff accepting same and are further subject to plaintiffs obtaining appropriate consents from workers compensation carriers. We fully expect the compensation carriers to consent. We also fully expect all plaintiffs to approve their settlement and to execute releases. It is understood, however, that if any plaintiffs refuse to accept, the total settlement amount will be reduced by the sum of money set forth on the attached Exhibit A with respect to those plaintiffs and those claims will remain unresolved. In the event any plaintiffs' settlement papers are delayed because of estate problems, the amount allocated to those individuals will be deducted from the total otherwise due. The balance will be payable thirty days after receipt of the releases.

Regarding releases, our clients will execute the form of releases attached hereto as Exhibit B.

With regard to New Jersey cases, we plan to forward signed releases, medical documents and Stipulations of Dismissal by January of 2000. It is understood that we will expect to receive payment in full for these cases within sixty (60) days thereafter. With regard to New York cases, we plan to forward signed releases, medical documents and Stipulations of Discontinuance by March of 2000. It is understood that we will expect to receive payment in full for these cases within sixty (60) days thereafter.

968251 (062037.002)



**WILENTZ GOLDMAN & SPITZER**
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

Page 3

One final note. In past deals we have received word from you just prior to the date of expected payment, that W.R. Grace's records reflect that certain plaintiffs in the settlement agreement had previous dismissed their claims against W.R. Grace. While we have no desire to seek compensation for someone whose claims have been dismissed, once we send releases to our clients they expect to get paid. If W.R. Grace does not pay then we have to pay them out of our own pocket. In this regard, you have agreed to check your data base at this time and advise us within thirty days if any plaintiffs' claims appear in your records to have been dismissed.

Unless I hear from you within five days, I will assume you have no problem with the foregoing.

Thank you for your cooperation and courtesy in helping to bring about an amicable resolution of these matters.

Sincerely,

PHILIP A. PAHIGIAN

PAP/jj/sl/vc/ms/sg/ss/md/sb/cm/af/rd/rc/rw/rq
Enclosures

cc: James R. Lynch, Esq.
    Heather Herr
    Charlene Armstrong

*[Handwritten note:]* Jay - I spoke to JRL about the "One final note..." paragraph, and he said okay. Regards - Phil

968251 (062037.002)