# Exhibit F

Ruth Harris

**AIRBORNE EXPRESS**

June 24, 1998

*25*

Philip A. Pahigian, Esq.
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Woodbridge, NJ 07095-0958

Re: Settlement Agreements Regarding
    1987-1994 and 1995-1996 Filings

Dear Mr. Pahigian:

Enclosed please find a check in the amount of $26,750.00, representing settlement of various asbestos cases.

Very truly yours,
W. R. Grace & Co.

*Ruth Harris*
Ruth Harris
Paralegal to J. Hughes

| DOC. NO. | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1700003194 | 06 11 98 | | SETTLEMENT | 26,750.00 | 0.00 | 26,750.00 |
| ONETIMECMS | | | TOTALS > | 26,750.00 | 0.00 | 26,750.00 |

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES

WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT

---

# GRACE

W.R. Grace & Company - Conn.
55 Hayden Avenue
Lexington, MA 02173-7918

First Union National Bank of North Carolina

66-156
531

**00121184**

| PAYMENT DATE | PAY THIS AMOUNT |
|---|---|
| 06/22/98 | ********$26,750.00 |

*Twenty six thousand seven hundred fifty and 00/100 Dollars*

W. R. Grace & Co.

ONETIMECMS

PAY TO THE ORDER OF

**Wilentz Goldman & Spitzer, as Trust
ees for various asbestos settlement
cases**

Authorized signature

⑈"001211 84"⑈ ⑈:05310156⑈: 2079920005761⑈"

# GRACE



W. R. Grace & Co.
One Town Center Road
Boca Raton, FL 33486-1010

Tel: (561) 362-1887
Fax: (561) 362-1583

August 18, 1998

Philip A. Pahigian, Esq.
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Woodbridge, NJ 07095-0958

Re:   New York Asbestos Cases
      W. R. Grace Settlement 1987-1994 Filings
      <u>W. R. Grace Settlement 1995-1996 Filings</u>

Dear Mr. Pahigian:

In response to your letter of August 7, 1998 regarding our payment of $26,750, enclosed is a copy of the report which identifies the plaintiffs paid with this check. I am not sure if this report was enclosed with our check and trust this clarifies your question.

If you require anything further, please do not hesitate to call.

Sincerely,

Ruth Harris
Paralegal to J. Hughes

Enclosure

H:\SHARED\RHARRIS\WP\08-98\WILENTZ8.WPD

W.R. Grace & Company
55 Hayden Avenue   (617) 861-6600
Lexington, MA 02173-7918

CHECK DATE **02/03/99**      CHECK NUMBER  **00164811**

| DOC. NO. | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1700000567 | 01 26 99 | SETTLEMENT | | 50,000.00 | 0.00 | 50,000.00 |
| ONETIMECMS | | | TOTALS > | 50,000.00 | 0.00 | 50,000.00 |

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES
WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT

---

First Union National Bank of North Carolina

**00164811**

W.R. Grace & Company - Conn.
55 Hayden Avenue
Lexington, MA 02173-7918

66-156
531

| PAYMENT DATE | PAY THIS AMOUNT |
|---|---|
| 02/03/99 | ********$50,000.00 |

**ONETIMECMS**

PAY TO THE ORDER OF

Wilentz Goldman & Spitzer as
Trustees for various asbestos
settlement cases

*Fifty thousand and 00/100 Dollars*

W. R. Grace & Co.

Authorized signature

Authorized signature

⑆00164811⑆ ⑈053101561⑈ 20799200057⑆1⑆

# GRACE
**W.R. Grace & Company - Conn.**    **(617) 861-6600**
55 Hayden Avenue
Lexington, MA 02173-7918

CHECK DATE **10/21/98**    CHECK NUMBER  00145810

| DOC. NO. | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1700005122 | 10 14 98 | SETTLEMENT | | 5,000.00 | 0.00 | 5,000.00 |
| ONETIMECMS | | | TOTALS > | 5,000.00 | 0.00 | 5,000.00 |

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES
WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT

---

# GRACE
**W.R. Grace & Company - Conn.**
55 Hayden Avenue
Lexington, MA 02173-7918

First Union National Bank of North Carolina
66-158
531

**00145810**

| PAYMENT DATE | PAY THIS AMOUNT |
|---|---|
| 10/21/98 | ********$5,000.00 |

*Five thousand and 00 / 100 Dollars*

W. R. Grace & Co.

ONETIMECMS

PAY TO THE ORDER OF

**Wilentz Goldman & Spitzer, as Trust
ees for various asbestos settlement
cases**

*S R Moore*
Authorized signature

⑈00145810⑈ ⑆053101561⑆ 207992000576 1⑈

FLEMMING, ZULACK & WILLIAMSON, LLP

LAW OFFICES
ONE LIBERTY PLAZA
NEW YORK, NEW YORK
10006-1404
(212) 412-9500
FAX (212) 964-9200

March 16, 1999

JAMES R. LYNCH

**FEDERAL EXPRESS**
Philip A. Pahigian, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958

Re:    **Rozza, Knoth**

Dear Phil:

I enclose W.R. Grace's check in the amount of $3,000 in full settlement of the above-referenced matters.

Best regards.

Very truly yours,

James R. Lynch

JRL:cec
Enclosure

160917

WRITER'S DIRECT DIAL

(212) 412-9515

NEW JERSEY OFFICE
75 MONTGOMERY ST.
SUITE 200
JERSEY CITY, NJ 07302
(201) 432-8900
FAX (201) 369-0800

W.R. Grace & Company - Conn.    (617) 861-6600
55 Hayden Avenue
Lexington, MA 02173-7918

CHECK DATE  03/12/99

| DOC. NO. | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DIS... |
|---|---|---|---|---|---|
| 1700001142 | 03 11 99 | SETTLEMENT | | 3,000.00 | |

ONETIMECMS        TOTALS >        | 3,000.00 | 0.00 | 3,000.00 |

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES
WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT

First Union National Bank of North Carolina

00171728

W.R. Grace & Company - Conn.
55 Hayden Avenue
Lexington, MA 02173-7918

66-156
531

| PAYMENT DATE | PAY THIS AMOUNT |
|---|---|
| 03/12/99 | *********$3,000.00 |

ONETIMECMS

PAY TO THE ORDER OF

Three thousand and 00/100 Dollars

W. R. Grace & Co.

Wilentz Goldman & Spitzer, as Trust
ee

Authorized signature

⑈00171728⑈ ⑆053101561⑆ 20799200057 61⑈

Ruth Harris

## AIRBORNE EXPRESS

May 22, 1998

RECEIVED
MAY 27 1998

Philip A. Pahigian, Esq.
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Woodbridge, NJ 07095-0958

Re: Settlement Agreements Regarding
    1987-1994 and 1995-1996 Filings

Dear Mr. Pahigian:

    Enclosed please find a check in the
amount of $301,250.00, representing
settlement of the attached list of various
asbestos cases.

        Very truly yours,
        W. R. Grace & Co.

        Ruth Harris
        Paralegal to J. Hughes

800271,202

**GRACE**

W.R. Grace & Company — ... n.   (617) 861-6600
55 Hayden Avenue
Lexington, MA 02173-7918

CHECK DATE 05/22/98        CHECK NUMBER  00115464

| DOC. NO. | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1700002441 | 05 21 98 | SETTLEMENT | | 301,250.00 | 0.00 | 301,250.00 |
| | | | TOTALS > | 301,250.00 | 0.00 | 301,250.00 |

ONETIMECMS

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES
WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT



Ruth Harris

AIRBORNE EXPRESS

May 22, 1998

RECEIVED
MAY 2 7 1998

Philip A. Pahigian, Esq.
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Woodbridge, NJ 07095-0958

Re: Settlement Agreements Regarding
     1987-1994 and 1995-1996 Filings

Dear Mr. Pahigian:

      Enclosed please find a check in the amount of $301,250.00, representing settlement of the attached list of various asbestos cases.

                    Very truly yours,
                    W. R. Grace & Co.

                    Ruth Harris
                    Paralegal to J. Hughes

800271.202

**GRACE**  W.R. Grace & Company — ......n.  (617) 861-6600
55 Hayden Avenue
Lexington, MA 02173-7918

CHECK DATE 05/22/98      CHECK NUMBER 00115464

| DOC. NO. | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1700002441 | 05 21 98 | | SETTLEMENT | 301,250.00 | 0.00 | 301,250.00 |
| | | | TOTALS > | 301,250.00 | 0.00 | 301,250.00 |

ONETIMECMS

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES
WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT

W.R. Grace & Company - Conn.
55 Hayden Avenue
Lexington, MA 02173-7918

CHECK DATE **02/03/99**   CHECK NUMBER **00164811**

| DOC. NO. | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1700000567 | 01 26 99 | SETTLEMENT | | 50,000.00 | 0.00 | 50,000.00 |
| **ONETIMECMS** | | | **TOTALS >** | 50,000.00 | 0.00 | 50,000.00 |

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES

WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT



00164811

First Union National Bank of North Carolina

W.R. Grace & Company - Conn.
55 Hayden Avenue
Lexington, MA 02173-7918

66-156
531

PAYMENT DATE **02/03/99**   PAY THIS AMOUNT **********$50,000.00**

Fifty thousand and 00/100 Dollars

ONETIMECMS
PAY TO THE ORDER OF

W.R. Grace & Co.

Wilentz Goldman & Spitzer, as
Trustees for various asbestos
settlement cases

Authorized signature

Authorized signature

⑈00164811⑈ ⑆053101561⑆ 20799200057611⑈

W.R. Grace & Company - Conn.    (617) 861-6600
55 Hayden Avenue
Lexington, MA 02173-7918

CHECK DATE  **02/25/99**        CHECK NUMBER  **00168494**

| DOC. NO. | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1700000855 | 02 23 99 | SETTLEMENT | | 57,000.00 | 0.00 | 57,000.00 |
| ONETIMECMS | | | TOTALS > | 57,000.00 | 0.00 | 57,000.00 |

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES
WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT

First Union National Bank of North Carolina

**00168494**

66-159
531

W.R. Grace & Company - Conn.
55 Hayden Avenue
Lexington, MA 02173-7918

| PAYMENT DATE | PAY THIS AMOUNT |
|---|---|
| 02/25/99 | ********$57,000.00 |

*Fifty seven thousand and 00 / 100 Dollars*

**ONETIMECMS**

W.R. Grace & Co.

PAY TO THE ORDER OF

Authorized Signature

**Wilentz Goldman & Spitzer, as Trust
ees for various asbestos settlement
cases**

Authorized signature

⑈00168494⑈ ⑉053101561⑉ 20799200057611⑈

FLEMMING ZULACK & WILLIAMSON, LLP

LAW OFFICES
ONE LIBERTY PLAZA
NEW YORK, NEW YORK
10006-1404
(212) 412-9500
FAX (212) 964-9200

March 16, 1999



JAMES R. LYNCH

**FEDERAL EXPRESS**
Philip A. Pahigian, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958

Re:    **New Jersey 1987-1994/1995-1996 Filings**

Dear Phil:

I enclose W.R. Grace's check in the amount of $20,250 in full settlement of the matters on the attached list.

Best regards.

Very truly yours,

James R. Lynch

JRL:cec
Enclosures

160916

WRITER'S DIRECT DIAL

(212) 412-9515

NEW JERSEY OFFICE
75 MONTGOMERY ST.
SUITE 200
JERSEY CITY, NJ 07302
(201) 432-8900
FAX (201) 369-0800

| DOC. NO | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1700000928 | 03 03 99 | | SETTLEMENT | 218,500.00 | 0.00 | 218,500.00 |

CHECK DATE  03/04/99    CHECK NUMBER  00169730

| ONETIMECMS | | | TOTALS > | 218,500.00 | 0.00 | 218,500.00 |

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES
WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT

00169730

First Union National Bank of North Carolina
66-156
531

W.R. Grace & Company - Conn.
55 Hayden Avenue
Lexington, MA 02173-7918

PAYMENT DATE  03/04/99    PAY THIS AMOUNT  *******$218,500.00

Two hundred eighteen thousand five hundred and 00/100 Dollars

ONETIMECMS

PAY TO THE ORDER OF

Wilentz, Goldman & Spitzer, as Trustees for various asbestos settlement cases

W. R. Grace & Co.

Authorized signature
Authorized signature

⑈00169730⑈ ⑆053101561⑆ 20799 2000576 1⑈

MAR 1 5 1999

LAW OFFICES
ONE LIBERTY PLAZA
NEW YORK, NEW YORK
10006-1404
(212) 412-9500
FAX (212) 964-9200

March 11, 1999

JAMES R. LYNCH

Philip A. Pahigian, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958

Re:   **Asbestos Cases**

Dear Phil:

I enclose W.R. Grace's check no. 00169730 in the amount of $218,500 in settlement of the cases on the attached list.

Best regards.

Very truly yours,

James R. Lynch

JRL:cec
Enclosures
160766

WRITER'S DIRECT DIAL

(212) 412-9515

NEW JERSEY OFFICE
75 MONTGOMERY ST.
SUITE 200
JERSEY CITY, NJ 07302
(201) 432-8900
FAX (201) 369-0800

55 Hayden Avenue
Lexington, MA 02173-7918

| DOC. NO. | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| | | | CHECK DATE 03/10/99 | | CHECK NUMBER 00171106 | |
| 1700001025 | 03 04 99 | SETTLEMENT | | 20,250.00 | 0.00 | 20,250.00 |
| ONETIMECMS | | | TOTALS > | 20,250.00 | 0.00 | 20,250.00 |

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES

WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT

---

First Union National Bank of North Carolina

**00171106**

W.R. Grace & Company - Conn.
55 Hayden Avenue
Lexington, MA 02173-7918

66-156
531

| PAYMENT DATE | PAY THIS AMOUNT |
|---|---|
| 03/10/99 | ********$20,250.00 |

*Twenty thousand two hundred fifty and 00/100 Dollars*

W. R. Grace & Co.

ONETIMECMS
PAY TO THE ORDER OF

Wilentz Goldman & Spitzer, as Trust
ees for various asbestos settlement
cases

Authorized signature

⑈"00171106"⑈  ⑆053101561⑆20799 20005761⑈

Ruth Harris

## AIRBORNE EXPRESS

May 22, 1998

RECEIVED
MAY 27 1998

Philip A. Pahigian, Esq.
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Woodbridge, NJ 07095-0958

Re: Settlement Agreements Regarding
    1987-1994 and 1995-1996 Filings

Dear Mr. Pahigian:

Enclosed please find a check in the amount of $301,250.00, representing settlement of the attached list of various asbestos cases.

Very truly yours,
W. R. Grace & Co.

Ruth Harris
Paralegal to J. Hughes

800271,202

**RACE** W.R. Grace & Company — ... (617) 861-6600
55 Hayden Avenue
Lexington, MA 02173-7918

CHECK DATE **05/22/98**     CHECK NUMBER **00115464**

| DOC. NO. | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1700002441 | 05 21 98 | | SETTLEMENT | 301,250.00 | 0.00 | 301,250.00 |
| | | | | | | |
| **ONETIMECMS** | | | TOTALS > | 301,250.00 | 0.00 | 301,250.00 |

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES
WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT



| DOC. NO. | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1700002013 | 07 05 00 | SETTLEMENT | | 6,000.00 | 0.00 | 6,000.00 |
| 1700002018 | 07 05 00 | SETTLEMENT | | 64,000.00 | 0.00 | 64,000.00 |
| ONETIMECMS | | | TOTALS > | 70,000.00 | 0.00 | 70,000.00 |

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES
WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT



GRACE
W.R. Grace & Co. - Conn.
6400 Broken Sound Blvd N.W.
Boca Raton, FL 33487

First Union National Bank of North Carolina
Chapel Hill, NC 27514
66-156
531

00249694

ONETIMECMS
PAY TO THE ORDER OF

Wilentz Goldman & Spitzer, Trustee.

| PAYMENT DATE | PAY THIS AMOUNT |
|---|---|
| 07/06/00 | ***$70,000.00 |

*Seventy thousand and 00 / 100 Dollars*

W. R. Grace & Co. - Conn

Authorized signature

Authorized signature

⑆00249694⑆ ⑉053101561⑉ 20799 2000576 1⑆

# GRACE

Ruth Harris
Paralegal

W. R. Grace & Co.
5400 Broken Sound Parkway
Suite 300
Boca Raton, FL 33486

Tel.: (561) 362-1887
Fax: (561) 362-1583

RECEIVED
JUL 1 1 2000
PHILIP A. PAHIGIAN

AIRBORNE EXPRESS

July 10, 2000

Philip A. Pahigian, Esquire
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ  07095-0958

Re:      New Jersey Cases
         1999 W. R. Grace & Co. – Conn. Settlement

Dear Mr. Pahigian:

As requested in your June 27, 2000 letter, enclosed please find a check in the amount of $70,000, which represents $64,000 in settlement of the above-referenced cases.  A list of these cases is attached.  Also included in the amount of this check is $6,000.00 in settlement of ███████████ in the ████ case, (May 1999 Trial Group – New York).

If you have any questions, please do not hesitate to call.

Very truly yours,

Ruth Harris

Ruth Harris
Paralegal to Jay W. Hughes

Enc.