**EXHIBIT 2**

BMC GROUP

WR GRACE
EXPENSE DETAIL

JULY 2006

| Invoice No. | Client | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|
| 21_060731 | WR Grace | World Wide Express | $11.95 | 07/01/06 | Postage/Shipping | Shipment of court docs to A Basta of K&E - tracking # 165946000050 |
| 21_060731 | WR Grace | BMC | $850.00 | 07/31/06 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_060731 | WR Grace | BMC | $250.00 | 07/31/06 | Website Hosting | Website Hosting |
| 21_060731 | WR Grace | BMC | $79.28 | 07/31/06 | Website Storage/Traffic | website traffic - 44 docs |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20060717-1 | 7/17/2006 | $40,000.84 |
| Invoice # | 021-20060725-1 | 7/25/2006 | $27.64 |
| | | Total | $40,028.48 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 7/17/2006
Invoice #: 021-20060717-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 12823 - Motion to Compel | 301 / 1,017 | Document/Data Preparation | Mail File Setup | 6 Tasks @ $25.00 each | $150.00 |
| | | | Postage | DHL/Airborne Exp | 747 Pieces @ $19.26 each | $14,387.22 |
| | | | | Expedited Mail Handling | 916 Pieces @ $.25 each | $229.00 |
| | | | | Express Mail | 169 Pieces @ $18.80 each | $3,177.20 |
| | | | | USPS - 1st Class | 101 Pieces @ $6.05 each | $611.05 |
| | | | Production | Copy | 306117 Pieces @ $.07 each | $21,428.19 |
| | | | | Stuff and Mail | 101 Pieces @ $.05 each | $5.05 |
| | | | Supplies | Inkjet and Envelope - Catalog | 101 Pieces @ $.13 each | $13.13 |

**Total Due:** **$40,000.84**

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 7/25/2006
Invoice #: 021-20060725-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No.12853 - 23rd Omni 5 Con't Order | 3 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.39 each | $1.17 |
| | | | Production | Copy | 9 Pieces @ $.12 each | $1.08 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

Total Due:  $27.64

EXHIBIT 2
*Invoice Due Upon Receipt*