# EXHIBIT B

W.R. Grace
Hours Spent by Each Professional
December 1, 2005 through December 31, 2005
(Deloitte Tax LLP)

| Name | Title | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|
| **Total Customs & International Trade Services Fees** | | 0.0 | | $ - | $ - |
| Bryan Collins | Partner | 4.0 | $600 | $ 2,400.00 | |
| Jonathan Forrest | Senior Manager | 3.5 | $515 | $ 1,802.50 | |
| Matthew Gareau | Senior Manager | 9.0 | $515 | $ 4,635.00 | |
| John R. Keenan | Director | 2.75 | $600 | $ 1,650.00 | |
| **Total National Tax Services Fees** | | 19.25 | | $ 10,487.50 | $ - |
| **Total Monthly Statement & Fee Application Fees** | | 19.3 | | $ 10,487.50 | $ - |
| **Total Deloitte Tax LLP Fees for December** | | 38.50 | | $ 10,487.50 | $ - |
| | | | Blended Rate | $ 272.40 | |