### EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|--------------|-------------------|----------|
| 12/05/05 | FORREST, JONATHAN | Protest of IRS Proposed Adjustment | Reviewed IRS Notice of Proposed Adjustment, edit file memo re same. | 1.50 | $515 | $ 772.50 | |
| 12/05/05 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Lonely Parent issue - IRS procedure memo. | 3.00 | $515 | $ 1,545.00 | |
| 12/05/05 | KEENAN, JOHN | Protest of IRS Proposed Adjustment | Conference call with Jon Forrest and Matt Gareau regarding memo from Carol Finke | 0.50 | $600 | $ 300.00 | |
| 12/06/05 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Consol re: attorney's and venues | 2.00 | $600 | $ 1,200.00 | |
| 12/06/05 | FORREST, JONATHAN | Protest of IRS Proposed Adjustment | Reviewed IRS Notice of Proposed Adjustment, edit file memo re same. | 1.00 | $515 | $ 515.00 | |
| 12/06/05 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Pull consol return cases re: venue and attorneys; Conference call with client re: Lonely Parent issue | 2.50 | $515 | $ 1,287.50 | |
| 12/06/05 | KEENAN, JOHN | Protest of IRS Proposed Adjustment | Review and proposed changes to memo drafted by Carol Finke | 1.00 | $600 | $ 600.00 | |
| 12/07/05 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Consol re: attorneys and venues. | 2.00 | $515 | $ 1,030.00 | |
| 12/09/05 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Participated in conference call | 1.00 | $600 | $ 600.00 | |
| 12/09/05 | FORREST, JONATHAN | Protest of IRS Proposed Adjustment | Conference call re: Lonely Parent | 1.00 | $515 | $ 515.00 | |
| 12/09/05 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Conference call re: Lonely Parent | 1.50 | $515 | $ 772.50 | |
| 12/09/05 | KEENAN, JOHN | Protest of IRS Proposed Adjustment | Preparation for conference call and participate in conference call. | 1.25 | $600 | $ 750.00 | |
| 12/28/05 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Conference call re: Lonely Parent | 1.00 | $600 | $ 600.00 | |
| | | | **TOTALS:** | **19.25** | | **$ 10,487.50** | **$ -** |

91100-001\DOCS_DE:79005.1