## EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**January 1, 2006 through January 31, 2006 (Deloitte Tax LLP)**

| Name | Title | Hours | Billing Rate | Professional Fees | | Expenses | |
|------|-------|-------|--------------|-------------------|---|----------|---|
| **Total Customs & International Trade Services Fees** | | 0.0 | | $ | - | $ | - |
| Bryan Collins | Partner | 20.5 | $600 | $ | 12,300.00 | | |
| Jonathan Forrest | Senior Manager | 1.5 | $515 | $ | 772.50 | | |
| Matthew Gareau | Senior Manager | 23.5 | $515 | $ | 12,102.50 | | |
| Leslie Knowlton | Partner | 5.0 | $600 | $ | 3,000.00 | | |
| Jan Skelton | Principal | 1.0 | $600 | $ | 600.00 | | |
| **Total National Tax Services Fees** | | 51.5 | | $ | 28,775.00 | $ | - |
| **Total Monthly Statement & Fee Application Fees** | | 51.5 | | $ | 28,775.00 | $ | - |
| **Total Deloitte Tax LLP Fees for January** | | 51.5 | | $ | 28,775.00 | $ | - |
| | | | Blended Rate | $ | 558.74 | | |