## EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 01/03/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Review protest - discuss with Matt Gareau | 3.0 | $600 | $ 1,800.00 | |
| 01/03/06 | GAREAU, MATTHEW | Protest of IRS Proposal Adjustment | Pull and review ruling request, adverse conference materials | 1.5 | $515 | $ 772.50 | |
| 01/03/06 | KNOWLTON, LESLIE | Accounting Issues Regarding Tax Accrual | Participate in conference call with Elyse Filon, Bill Dockman, Jenny Wagner, Dena Nolte | 2.0 | $600 | $ 1,200.00 | |
| 01/04/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Review ruling request. | 1.0 | $600 | $ 600.00 | |
| 01/04/06 | SKELTON, JAN | Section 199 Call and Memo | Conf Call with B. Collins | 1.0 | $600 | $ 600.00 | |
| 01/05/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Work with Matt Gareau for Friday meeting at Steptoe | 2.0 | $600 | $ 1,200.00 | |
| 01/05/06 | GAREAU, MATTHEW | Protest of IRS Proposal Adjustment | Prepare protest, discuss with B Collins | 4.0 | $515 | $ 2,060.00 | |
| 01/06/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Call with W.R. Grace; Email review from Elyse Felon and Tim Tuerff | 1.0 | $600 | $ 600.00 | |
| 01/06/06 | GAREAU, MATTHEW | Protest of IRS Proposal Adjustment | Draft protest | 4.0 | $515 | $ 2,060.00 | |
| 01/08/06 | GAREAU, MATTHEW | Protest of IRS Proposal Adjustment | Draft protest re: carryback | 2.0 | $515 | $ 1,030.00 | |
| 01/09/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Prepare with Matt Gareau for Friday meeting at Steptoe. | 1.0 | $600 | $ 600.00 | |
| 01/09/06 | KNOWLTON, LESLIE | Accounting Issues Regarding Tax Accrual | Discuss background with Bryan Collins and prepare for conference call | 3.0 | $600 | $ 1,800.00 | |

91100-001\DOCS_DE:79005.1


| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 01/10/06 | GAREAU, MATTHEW | Protest of IRS Proposal Adjustment | Prepare B. Collins for Friday meeting at Steptoe | 2.0 | $515 | $ 1,030.00 | |
| 01/11/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Preparation for meeting with Steptoe re: Lonely parent protest. | 2.5 | $600 | $ 1,500.00 | |
| 01/11/06 | FORREST, JONATHAN | Protest of IRS Proposal Adjustment | Review technical issues to discuss with Steptoe & Johnson re application of Lonely Parent Rule. | 1.5 | $515 | $ 772.50 | |
| 01/11/06 | GAREAU, MATTHEW | Protest of IRS Proposal Adjustment | Prepare for Steptoe meeting | 3.0 | $515 | $ 1,545.00 | |
| 01/12/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Meeting preparation | 1.0 | $600 | $ 600.00 | |
| 01/13/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Prepare for and attend meeting at Steptoe re: Lonely Parent protest | 5.0 | $600 | $ 3,000.00 | |
| 01/13/06 | GAREAU, MATTHEW | Protest of IRS Proposal Adjustment | Prepare for and attend meeting at Steptoe re: Lonely Parent protest | 5.0 | $515 | $ 2,575.00 | |
| 01/17/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Prepare for and attend meeting at Steptoe re: Lonely Parent protest | 1.0 | $600 | $ 600.00 | |
| 01/19/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Prepare for and attend meeting at Steptoe re: Lonely Parent protest | 1.0 | $600 | $ 600.00 | |
| 01/31/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Prepare for and attend meeting at Steptoe re: Lonely Parent protest | 2.0 | $600 | $ 1,200.00 | |
| 01/31/06 | GAREAU, MATTHEW | Protest of IRS Proposal Adjustment | Prepare for meeting with Steptoe - Lonely Parent issue | 2.0 | $515 | $ 1,030.00 | |
| | | | **TOTALS:** | 51.5 | | $ 28,775.00 | $ - |