## EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**February 1, 2006 through February 28, 2006 (Deloitte Tax LLP)**

| Name | Title | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|
| Harrison Cohen | Principal | 1.0 | $600 | $ 600.00 | |
| **Total Customs & International Trade Services Fees** | | 1.0 | | $ 600.00 | $ - |
| Bryan Collins | Partner | 36.0 | $600 | $ 21,600.00 | |
| Jonathan Forrest | Senior Manager | 1.0 | $515 | $ 515.00 | |
| Matthew Gareau | Senior Manager | 19.5 | $515 | $ 10,042.50 | |
| Jan Skelton | Principal | 2.0 | $600 | $ 1,200.00 | |
| **Total National Tax Services Fees** | | 60.5 | | $ 33,357.50 | $ - |
| **Total Monthly Statement & Fee Application Fees** | | 60.5 | | $ 33,957.50 | $ - |
| **Total Deloitte Tax LLP Fees for February** | | 61.5 | | $ 33,957.50 | $ - |
| | | | Blended Rate | $ 552.15 | |