## EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 02/01/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Prepare for and attend meeting at Steptoe re: Lonely Parent protest | 3.0 | $600 | $ 1,800.00 | |
| 02/01/06 | FORREST, JONATHAN | Protest of IRS Proposal Adjustment | Prep for Lonely Parent protest meeting | 1.0 | $515 | $ 515.00 | |
| 02/01/06 | GAREAU, MATTHEW | Protest of IRS Proposal Adjustment | Prep for and participate in conference call w/ Steptoe re: Lonely Parent protest | 4.0 | $515 | $ 2,060.00 | |
| 02/02/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Prepare for and participate in conference call with Steptoe re: Lonely Parent protest | 5.0 | $600 | $ 3,000.00 | |
| 02/02/06 | GAREAU, MATTHEW | Protest of IRS Proposal Adjustment | Prepare examples slides re: Lonely Parent rule, -75(d)(2), 82-152 | 5.0 | $515 | $ 2,575.00 | |
| 02/02/06 | SKELTON, JAN | Section 199 Call and Memo | Prep for Steptoe Mtg re: Lonely Parent Protest | 2.0 | $600 | $ 1,200.00 | |
| 02/03/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Prepare for and participate in conference call with Steptoe re: Lonely Parent protest | 3.0 | $600 | $ 1,800.00 | |
| 02/03/06 | GAREAU, MATTHEW | Protest of IRS Proposal Adjustment | Lonely Parent Protest | 2.0 | $515 | $ 1,030.00 | |
| 02/04/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Lonely Parent Protest | 5.0 | $600 | $ 3,000.00 | |
| 02/06/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Lonely Parent Protest | 1.0 | $600 | $ 600.00 | |
| 02/06/06 | GAREAU, MATTHEW | Protest of IRS Proposal Adjustment | Revisions to protest | 2.0 | $515 | $ 1,030.00 | |

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 02/07/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Review revision to Protest | 1.0 | $600 | $ 600.00 | |
| 02/08/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Review revision to Protest | 2.0 | $600 | $ 1,200.00 | |
| 02/09/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Review revision to Protest | 3.0 | $600 | $ 1,800.00 | |
| 02/10/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Review revision to Protest | 4.0 | $600 | $ 2,400.00 | |
| 02/12/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Review revision to Protest | 4.0 | $600 | $ 2,400.00 | |
| 02/13/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Review revision to Protest | 2.0 | $600 | $ 1,200.00 | |
| 02/13/06 | GAREAU, MATTHEW | Protest of IRS Proposal Adjustment | Lonely Parent Protest | 3.0 | $515 | $ 1,545.00 | |
| 02/14/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Review revision to Protest | 1.0 | $600 | $ 600.00 | |
| 02/22/06 | COLLINS, BRYAN | Protest of IRS Proposal Adjustment | Review revision to Protest | 2.0 | $600 | $ 1,200.00 | |
| 02/22/06 | GAREAU, MATTHEW | Protest of IRS Proposal Adjustment | Prepare for and attend meeting with Steptoe re: Lonely Parent protest | 2.0 | $515 | $ 1,030.00 | |
| 02/23/06 | COHEN, HARRISON | Section 965 Consulting | Mtg with Tim Kearney. | 1.0 | $600 | $ 600.00 | |
| 02/23/06 | GAREAU, MATTHEW | Protest of IRS Proposal Adjustment | Lonely Parent protest | 1.5 | $515 | $ 772.50 | |
| | | | **TOTALS:** | **59.5** | | **$ 33,957.50** | **$ -** |