IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                       ) SS
NEW CASTLE COUNTY    )

      Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 14th day of December, 2006, she caused a copy of the following

**LIBBY CLAIMANTS' LIMITED RESPONSE TO DEBTORS' BRIEF REGARDING SETTLED PRE-PETITION ASBESTOS CLAIMS**

to be served upon the parties on the attached list via facsimile.

_____
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 14th day of December, 2006.

_____
Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 20, 2007

393.001-14952.DOC

| NAME | COMPANY | FACSIMILE NUMBER |
|---|---|---|
| Laura Davis Jones<br>James E. O'Neill, III | Pachulski Stang Ziehl Young Jones & Weintraub P.C. | 302-652-4400 |
| David M. Bernick<br>Jonathan Friedland<br>Salvatore F. Bianca | Kirkland & Ellis LLP | 312-861-2200 |
| Barbara Harding<br>Brian T. Stansbury | Kirkland & Ellis LLP | 213-680-8500 |
| Elihu Inselbuch | Caplin & Drysdale, Chartered | 212-644-6755 |
| Peter Van N. Lockwood<br>Nathan D. Finch | Caplin & Drysdale, Chartered | 202-429-3301 |
| Marla R. Eskin<br>Mark T. Hurford | Campbell & Levine, LLC | 302-426-9947 |
| Roger Frankel<br>Richard H. Wyron | Orrick Herrington & Sutcliff LLP | 202-339-8500 |
| John C. Phillips, Jr. | Phillips, Goldman & Spence, P.A. | 302-655-4210 |
| Scott L. Baena<br>Jay M. Sakalo | Bilzin Sumberg Baena Price & Axelrod LLP | 305-374-7593 |
| Theodore J. Tacconelli<br>Lisa L. Coggins | Ferry, Joseph & Pearce, P.A. | 302-575-1714 |
| Philip Bentley<br>Gregory Horowitz<br>Gary M. Becker | Kramer Levin Naftalis & Frankel LLP | 212-715-8000 |
| Teresa K.D. Currier | Buchanan Ingersoll & Rooney P.C. | 302-552-4295 |
| Lewis Kruger<br>Kenneth Pasquale | Stroock & Stroock & Lavan LLP | 212-806-6006 |
| Michael R. Lastowski<br>Richard W. Riley | Duane Morris LLP | 302-657-4901 |
| David Klauder | Office of the U.S. Trustee | 302-573-6497 |
| Neil B. Glassman<br>Steven M. Yoder<br>Kathryn D. Sallie | The Bayard Firm | 302-658-6395 |
| Peter M. Friedman<br>Jarrad Wright<br>David A. Hickerson | Weil, Gotshal & Manges LLP | 202-857-0940 |
| Ralph I. Miller | Weil, Gotshal & Manges LLP | 214-746-7777 |