IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 13980 |

ORDER ~~GRANTING~~ *DENYING* EXPEDITED CONSIDERATION
OF ANDERSON MEMORIAL HOSPITAL'S MOTION
TO COMPEL DEPOSITION OF DEBTORS' RECORDS
CUSTODIAN(S) SO THAT IT MAY BE HEARD ON DECEMBER 18, 2006

Upon consideration of the above-referenced Motion to Expedite; and due and adequate notice of the Motion to Expedite having been given; and objections, if any, having been resolved; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion to Expedite constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the Motion to Expedite is ~~GRANTED~~ *DENIED*; and it is further

ORDERED, that a hearing on the Motion to Compel shall be heard ~~on~~ *at the omnibus hearing on January 23, 2007 at 8:30 a.m. EST.* ~~December 18, 2006 at 2:00 p.m. E.S.T.; and it is further~~

~~ORDERED, that the Debtors do not have to file a response to the Motion to Compel, but if they do so, they should serve all of Anderson's counsel no later than 5:00 p.m. E.S.T. on Friday, December 15, 2006.~~

DATED: *December 15*, 2006

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

061208133201.doc