# EXHIBIT A

{D0007918:1 }

```
                 UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF DELAWARE


IN RE:                            .   Case No. 01-1139(JKF)
                                  .   Chapter 11
W.R. GRACE, et al.,               .
                                  .   Bankruptcy Courtroom No. 2
                                  .   824 Market Street
                      Debtors.    .   Wilmington, Delaware 19801
                                  .
                                  .
                                  .   September 25, 2006
. . . . . . . . . . . . . . . . . .   2:03 P.M.


                  TRANSCRIPT OF OMNIBUS HEARING
              BEFORE HONORABLE JUDITH K. FITZGERALD
                 UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Debtors:              Kirkland & Ellis
                          By:  DAVID M. BERNICK, ESQ.
                               JANET BAER, ESQ.
                               SAMUEL BLATNICK, ESQ.
                               LISA G. ESAYIAN, ESQ.
                          200 East Randolph Drive
                          Chicago, Illinois 60601

                          Pachulski Stang Ziehl Young & Jones
                          By:  DAVID CARICKHOFF, JR., ESQ.
                          919 North Market Street, 16th Floor
                          Post Office Box 8705
                          Wilmington, Delaware 19899-8705



Audio Operator:           Brandon McCarthy


      Proceedings recorded by electronic sound recording,
         transcript produced by transcription service.
```
_____

**TRANSCRIPTS PLUS**
**435 Riverview Circle, New Hope, Pennsylvania 18938**
e-mail <u>courttranscripts@aol.com</u>

**215-862-1115   (FAX) 215-862-6639**

1  **haven't --**

2        **THE COURT:  This process is to help anybody's expert**
3  **that the information that they need to try to convince me of**
4  **what the existing and future asbestos personal injury claims**
5  **will be, and how much it's going to cost to resolve them.**
6  **That's what this is for.  And nothing else.**

7        **I can't say, and I'm sure the debtor can't at this**
8  **point in time, who and what they're going to file motions for**
9  **summary judgment about.  That's not a proper request at this**
10 **point in time.**

11       **But the issue is if somebody checks other, yes, I**
12 **have lung cancer, but I don't know why and I don't have a**
13 **diagnosis, there is going to be a serious question as to**
14 **whether it's related to asbestos, isn't there?**

15       **MR. FINCH:  No, not if --**
16       **THE COURT:  Yes.**
17       **MR. FINCH:  If they've been exposed --**
18       **THE COURT:  Yes, there is.**
19       **MR. FINCH:  If they have been exposed to asbestos and**
20 **they have lung cancer --**

21       **THE COURT:  And they don't check anything that**
22 **indicates that they have exposed -- been exposed to asbestos**
23 **and they don't know why they have it, that claim is going to be**
24 **challenged by experts.  How can they put it into a package**
25 **related to asbestos if there isn't any information related to**

1     **THE COURT: Well, it --**

2     **MR. BERNICK: I'll stipulate they'll collide.**

3     **THE COURT: All right, we're off this -- we are off**
4  **the subject. And I apologize. I don't know how I led us down**
5  **that path. We're off the subject.**

6     **The point was that this is for estimation purposes,**
7  **not for allowance and disallowance purposes. So, I don't**
8  **expect to see something like I'm not going to tell you that my**
9  **client also worked for U.S.G. because it's work product. Un-**
10 **un't. If your client worked for U.S.G., that's a fact. So,**
11 **put it in there.**

12    **MR. BERNICK: Your Honor, on the objections, counsel**
13 **pointed out -- just to get us back on track. Your Honor said**
14 **you want to know the objections within the 30-day**
15 **supplementation period.**

16    **Counsel then responded, well, a lot of those -- a lot**
17 **of objections have already been made. And it is true that when**
18 **people submitted responses to our motion to compel, the kind of**
19 **global motion to compel, they stated a bunch of objections to**
20 **the questionnaire. And some of them, as like lawyers do, maybe**
21 **are obliged to do, is I object to this, this, and this and**
22 **this.**

23    **Your Honor now has provided additional elucidation,**
24 **particularly with regard to the issue of relevance. And I**
25 **think that it's only fair if there are objections that Your**