IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on December 15, 2006 I caused a copy of the *Response Of The Official Committee Of Asbestos Personal Injury Claimants To Debtors' Additional Brief In Support Of W.R. Grace & Co.'s Motion To Compel Claimants To Respond To The W.R. Grace Asbestos Personal Injury Questionnaire* to be served upon the attached 2002 service list via first-class mail unless otherwise indicated.

                                                    */S/ Kathleen Campbell Davis*
                                                    Kathleen Campbell Davis (DE No. 4229)

Dated: December 15, 2006

{D0077573.1 }