## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: January 4, 2007 at 4:00 p.m. |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

### COVER SHEET TO SIXTEENTH MONTHLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | September 1, 2006 through September 30, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $105,290.00 |
| 80% of fees to be paid: | $ 84,232.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    632.60 |
| Total Fees @ 80% and 100% Expenses: | $ 84,864.60 |

This is an:   __ interim   _X_ monthly   __ final application.

## COMPENSATION SUMMARY
### September 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (21 years) FCAS | $625 | 80.00 | $50,000.00 |
| Julianne Callaway | Analyst (3 years) ACAS | $300 | 15.70 | $4,710.00 |
| Melissa Chung | Analyst (1 year) | $250 | 1.00 | $250.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 12.40 | $4,960.00 |
| Chris Grant | Analyst (10 years) | $210 | 2.50 | $525.00 |
| Jeffrey Kimble | Consulting Actuary (5 years) ACAS | $375 | 20.50 | $7,687.50 |
| Nicole King | Analyst (4 years) | $250 | 20.70 | $5,175.00 |
| Ken Leonard | Consulting Actuary (2 years) ACAS | $385 | 52.50 | $20,212.50 |
| Adam Luechtefeld | Analyst (3 years) | $250 | 12.50 | $3,125.00 |
| David Powell | Consulting Actuary (21 years) ACAS | $675 | 3.00 | $2,025.00 |
| Terry Quackenbush | Analyst (1 year) | $300 | 12.20 | $3,660.00 |
| Rhamonda Riggins | Analyst (4 years) | $260 | 1.00 | $260.00 |
| Ollie Sherman | Consulting Actuary (21 years) FCAS | $675 | 4.00 | $2,700.00 |
| **Total Blended Rate: $442.39** | | | **238.00** | **$105,290.00** |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 238.00 | $105,290.00 |

### EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfare | $547.20 |
| Taxi | $47.00 |
| Parking | $29.50 |
| Jenni Biggs use of own car for meeting on 9/20/2006 | $8.90 |
| **Total Expenses** | **$632.60** |

| September 2006 – Grand Total | $105,922.60 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *[signature]*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: Dec 11, 2006

2