# EXHIBIT A

W.R. Grace (Bankruptcy)
Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Sep-06 (pg 1 of 2)** |
| Jenni Biggs | 9/1/2006 | 0.50 | $625 | $312.50 | Manville Matching |
| Jenni Biggs | 9/5/2006 | 0.10 | $625 | $62.50 | Phone call with Debbie Felder |
| Jenni Biggs | 9/6/2006 | 1.80 | $625 | $1,125.00 | Phone call with Bryan Gillespie |
| Jenni Biggs | 9/7/2006 | 0.20 | $625 | $125.00 | Manville Matching |
| Jenni Biggs | 9/8/2006 | 0.50 | $625 | $312.50 | Manville Matching |
| Jenni Biggs | 9/11/2006 | 0.20 | $625 | $125.00 | Billing |
| Jenni Biggs | 9/12/2006 | 3.20 | $625 | $2,000.00 | CMS data comparisons |
| Jenni Biggs | 9/13/2006 | 8.50 | $625 | $5,312.50 | Discussion with Bryan Gillespie; presentation for 9/20 mtg; data issues |
| Jenni Biggs | 9/14/2006 | 3.50 | $625 | $2,187.50 | Prep & conference call with Eric Stallard |
| Jenni Biggs | 9/14/2006 | 2.00 | $625 | $1,250.00 | Data |
| Jenni Biggs | 9/15/2006 | 6.00 | $625 | $3,750.00 | Data liability projections |
| Jenni Biggs | 9/16/2006 | 3.00 | $625 | $1,875.00 | Liability projections |
| Jenni Biggs | 9/17/2006 | 3.00 | $625 | $1,875.00 | Liability projections |
| Jenni Biggs | 9/18/2006 | 8.50 | $625 | $5,312.50 | Meeting preparation |
| Jenni Biggs | 9/19/2006 | 9.20 | $625 | $5,750.00 | Meeting preparation |
| Jenni Biggs | 9/20/2006 | 6.50 | $625 | $4,062.50 | Meeting |
| Jenni Biggs | 9/20/2006 | 2.60 | $625 | $1,625.00 | Reading court documents |
| Jenni Biggs | 9/20/2006 | 1.80 | $625 | $1,125.00 | 50% of non-working travel |
| Jenni Biggs | 9/20/2006 | 1.80* | $0 | $0.00 | 50% of non-working travel |
| Jenni Biggs | 9/21/2006 | 3.20 | $625 | $2,000.00 | Meeting follow-up |
| Jenni Biggs | 9/22/2006 | 3.00 | $625 | $1,875.00 | Meeting follow-up |
| Jenni Biggs | 9/25/2006 | 1.50 | $625 | $937.50 | Phone call with Orrick/Eric Stallard |
| Jenni Biggs | 9/26/2006 | 2.00 | $625 | $1,250.00 | Discussion with Bryan Gillespie; review of Mealey's documents; Libby data |
| Jenni Biggs | 9/27/2006 | 4.50 | $625 | $2,812.50 | Data analysis |
| Jenni Biggs | 9/28/2006 | 2.00 | $625 | $1,250.00 | CMS queries, RUST and Manville matching |
| Jenni Biggs | 9/29/2006 | 4.50 | $625 | $2,812.50 | Data; RUST |
| | | 81.60 | | $50,000.00 | |
| Julianne Callaway | 9/25/2006 | 4.90 | $300 | $1,470.00 | Database work |
| Julianne Callaway | 9/26/2006 | 5.50 | $300 | $1,650.00 | Database work |
| Julianne Callaway | 9/27/2006 | 0.60 | $300 | $180.00 | Database work |
| Julianne Callaway | 9/28/2006 | 1.10 | $300 | $330.00 | Database work |
| Julianne Callaway | 9/29/2006 | 3.60 | $300 | $1,080.00 | Database work |
| | | 15.70 | | $4,710.00 | |
| Melissa Chung | 9/1/2006 | 0.50 | $250 | $125.00 | Review Manville matching procedure |
| Melissa Chung | 9/5/2006 | 0.50 | $250 | $125.00 | Discuss Manville matches with Terry Quackenbush and Ken Leonard |
| | | 1.00 | | $250.00 | |
| Bryan Gillespie | 9/3/2006 | 0.90 | $400 | $360.00 | 8/21 discussion where Jenni provided overview of goals and timeframes for expert report work |
| Bryan Gillespie | 9/6/2006 | 5.20 | $400 | $2,080.00 | Review of package of materials showing work on project thus far; discussion with Jenni on key findings and data issues |
| Bryan Gillespie | 9/12/2006 | 0.40 | $400 | $160.00 | Review of notes and orgnaization of main summary points for discussion with Jenni on project flow |
| Bryan Gillespie | 9/13/2006 | 1.10 | $400 | $440.00 | Discussion with Jenni on project |
| Bryan Gillespie | 9/14/2006 | 0.70 | $400 | $280.00 | Review of documents involved in earlier portion of case and documents being prepared for our next meeting with Orrick |
| Bryan Gillespie | 9/26/2006 | 1.50 | $400 | $600.00 | Discussion with Jenni on next steps; work on CPI/inflation measures |
| Bryan Gillespie | 9/28/2006 | 1.40 | $400 | $560.00 | Review of Stallard and Manton Chapter 10, then compiled Excel file putting data from table 10.6 into spreadsheet showing claims against Manville by age and filing period |
| Bryan Gillespie | 9/29/2006 | 1.20 | $400 | $480.00 | Discussion with Jenni and Orrick on plans to visit RUST; discussion with Jeff Kimble on Stallard and Manton book |
| | | 12.40 | | $4,960.00 | |
| Chris Grant | 9/26/2006 | 0.20 | $210 | $42.00 | Discuss data timing and approach |
| Chris Grant | 9/27/2006 | 2.00 | $210 | $420.00 | Create FoxPro procedure to extract requested data; distribute results |
| Chris Grant | 9/28/2006 | 0.30 | $210 | $63.00 | Follow-up questions on data extract |
| | | 2.50 | | $525.00 | |
| Jeff Kimble | 9/13/2006 | 1.00 | $375 | $375.00 | Review claim database manipulations with Nicole |
| Jeff Kimble | 9/14/2006 | 3.50 | $375 | $1,312.50 | Call with Eric Stallad to discuss our use of his projection models |
| Jeff Kimble | 9/19/2006 | 2.50 | $375 | $937.50 | Preparing for 9/20 meeting |
| Jeff Kimble | 9/20/2006 | 1.80 | $375 | $0.00 | Travel time (50% is billable) |
| Jeff Kimble | 9/20/2006 | 1.80* | $0 | $0.00 | Travel |
| Jeff Kimble | 9/20/2006 | 1.00 | $375 | $375.00 | Preparing for 9/20 meeting |
| Jeff Kimble | 9/20/2006 | 6.50 | $375 | $2,437.50 | 9/20 meeting |
| Jeff Kimble | 9/21/2006 | 0.50 | $375 | $187.50 | Reviewing items from the 9/20 meeting |
| Jeff Kimble | 9/25/2006 | 3.50 | $375 | $1,312.50 | Reviewing filing pattern information from Stallard |
| Jeff Kimble | 9/25/2006 | 1.20 | $375 | $450.00 | Call with Eric Stallard (and prep discussion with Jenni) |
| Jeff Kimble | 9/26/2006 | 0.80 | $375 | $300.00 | Reviewing filing pattern information from Stallard |
| | | 22.30 | | $7,687.50 | |

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Sep-06 (pg 2 of 2)** |
| Nicole King | 9/13/2006 | 5.50 | $250 | $1,375.00 | CMS database |
| Nicole King | 9/14/2006 | 2.00 | $250 | $500.00 | CMS database |
| Nicole King | 9/15/2006 | 3.50 | $250 | $875.00 | CMS database |
| Nicole King | 9/18/2006 | 3.30 | $250 | $825.00 | CMS database |
| Nicole King | 9/20/2006 | 4.20 | $250 | $1,050.00 | CMS database |
| Nicole King | 9/26/2006 | 0.50 | $250 | $125.00 | CMS database |
| Nicole King | 9/28/2006 | 0.20 | $250 | $50.00 | CMS database |
| Nicole King | 9/29/2006 | 1.50 | $250 | $375.00 | CMS database |
| | | 20.70 | | $5,175.00 | |
| Ken Leonard | 9/1/2006 | 3.00 | $385 | $1,155.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/5/2006 | 0.50 | $385 | $192.50 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/7/2006 | 3.00 | $385 | $1,155.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/8/2006 | 3.00 | $385 | $1,155.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/14/2006 | 6.00 | $385 | $2,310.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/15/2006 | 3.00 | $385 | $1,155.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/19/2006 | 1.50 | $385 | $577.50 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/20/2006 | 4.00 | $385 | $1,540.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/22/2006 | 8.00 | $385 | $3,080.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/26/2006 | 6.00 | $385 | $2,310.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/27/2006 | 5.50 | $385 | $2,117.50 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/28/2006 | 9.00 | $385 | $3,465.00 | Match Unknown Grace Claimant with a Manville Injury code |
| | | 52.50 | | $20,212.50 | |
| Adam Luechtefeld | 9/14/2006 | 2.50 | $250 | $625.00 | Setting up the model |
| Adam Luechtefeld | 9/15/2006 | 5.00 | $250 | $1,250.00 | Setting up the model |
| Adam Luechtefeld | 9/18/2006 | 2.50 | $250 | $625.00 | Setting up the model |
| Adam Luechtefeld | 9/19/2006 | 0.50 | $250 | $125.00 | Setting up the model |
| Adam Luechtefeld | 9/22/2006 | 1.00 | $250 | $250.00 | Setting up the model |
| Adam Luechtefeld | 9/26/2006 | 0.20 | $250 | $50.00 | Setting up the model |
| Adam Luechtefeld | 9/29/2006 | 0.80 | $250 | $200.00 | Setting up the model |
| | | 12.50 | | $3,125.00 | |
| Dave Powell | 9/19/2006 | 3.00 | $675 | $2,025.00 | Peer review |
| | | 3.00 | | $2,025.00 | |
| Terry Quackenbush | 9/1/2006 | 4.00 | $300 | $1,200.00 | Match unknown Grace claimant with a Manville injury code |
| Terry Quackenbush | 9/7/2006 | 3.00 | $300 | $900.00 | Match unknown Grace claimant with a Manville injury code |
| Terry Quackenbush | 9/13/2006 | 0.50 | $300 | $150.00 | Match unknown Grace claimant with a Manville injury code |
| Terry Quackenbush | 9/14/2006 | 3.70 | $300 | $1,110.00 | Match unknown Grace claimant with a Manville injury code |
| Terry Quackenbush | 9/19/2006 | 1.00 | $300 | $300.00 | Match unknown Grace claimant with a Manville injury code |
| | | 12.20 | | $3,660.00 | |
| Rhamonda Riggins | 9/28/2006 | 1.00 | $260 | $260.00 | RUST database |
| | | 1.00 | | $260.00 | |
| Ollie Sherman | 9/20/2006 | 4.00 | $675 | $2,700.00 | Review preliminary analysis and meeting with lawyers |
| | | 4.00 | | $2,700.00 | |
| Total | | 241.60 | | $105,290.00 | |

*238.00 Excluding non-billed travel