IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Objection Deadline: January 4, 2007 at 4:00 p.m |
| | ) Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO SEVENTEENTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | October 1, 2006 through October 31, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $124,609.50 |
| 80% of fees to be paid: | $ 99,687.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   1,458.41 |
| Total Fees @ 80% and 100% Expenses: | $101,146.01 |

This is an:   __ interim   X  monthly   __ final application.

## COMPENSATION SUMMARY
## October 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (21 years) FCAS | $625 | 56.80 | $35,500.00 |
| Julianne Callaway | Analyst (3 years) ACAS | $300 | 36.00 | $10,800.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 52.10 | $20,840.00 |
| Chris Grant | Analyst (10 years) | $210 | 1.20 | $252.00 |
| Jeffrey Kimble | Consulting Actuary (5 years) ACAS | $375 | 44.00 | $16,500.00 |
| Nicole King | Analyst (4 years) | $250 | 1.30 | $325.00 |
| Ken Leonard | Consulting Actuary (2 years) ACAS | $385 | 50.00 | $19,250.00 |
| Lana Leonard | Analyst (2 years) | $175 | 7.00 | $1,225.00 |
| Adam Luechtefeld | Analyst (3 years) | $250 | 19.60 | $4,900.00 |
| Brent Petzoldt | Analyst (1 year) | $100 | 5.20 | $520.00 |
| David Powell | Consulting Actuary (21 years) ACAS | $675 | 0.50 | $337.50 |
| Rhamonda Riggins | Analyst (4 years) | $260 | 50.00 | $13,000.00 |
| Aaron Tresnak | Analyst (1 year) | $155 | 1.60 | $248.00 |
| Ed Woynich | Consultant (2 years) | $285 | 3.20 | $912.00 |
| **Total Blended Rate: $379.33** | | | **328.50** | **$124,609.50** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 328.50 | $124,609.50 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfaire | $991.20 |
| Taxi | $32.00 |
| Hotel | $332.26 |
| Meals | $56.62 |
| Jenni Biggs American Express charge for airfare reservation for cancelled 10/12/2006 meeting | $15.00 |
| Jeff Kimble American Express charge for airfare reservation for upcoming 11/8/2006 meeting | $15.00 |
| Bryan Gillespie use of own car to/from Philadelphia airport | $16.33 |
| **Total Expenses** | **$1,458.41** |

| October 2006 – Grand Total | $126,067.91 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: Dec 11, 2006

2