# EXHIBIT A

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Oct-06 (pg 1 of 2)** |
| Jenni Biggs | 10/3/2006 | 1.70 | $625 | $1,062.50 | Matching & S&M patterns |
| Jenni Biggs | 10/4/2006 | 2.80 | $625 | $1,750.00 | Patterns; meeting |
| Jenni Biggs | 10/5/2006 | 0.70 | $625 | $437.50 | Filing pattern |
| Jenni Biggs | 10/6/2006 | 0.30 | $625 | $187.50 | Filing pattern |
| Jenni Biggs | 10/9/2006 | 0.60 | $625 | $375.00 | Manville matching |
| Jenni Biggs | 10/10/2006 | 2.30 | $625 | $1,437.50 | Analysis |
| Jenni Biggs | 10/11/2006 | 0.90 | $625 | $562.50 | SQL database |
| Jenni Biggs | 10/12/2006 | 0.20 | $625 | $125.00 | SQL database |
| Jenni Biggs | 10/16/2006 | 4.20 | $625 | $2,625.00 | Conference call & review of materials from N. Finch; Manville data - matching |
| Jenni Biggs | 10/17/2006 | 7.30 | $625 | $4,562.50 | Manville & RUST data |
| Jenni Biggs | 10/18/2006 | 1.70 | $625 | $1,062.50 | Discussion regarding expert reports |
| Jenni Biggs | 10/19/2006 | 2.80 | $625 | $1,750.00 | Manville matching |
| Jenni Biggs | 10/20/2006 | 0.50 | $625 | $312.50 | RUST database |
| Jenni Biggs | 10/23/2006 | 7.00 | $625 | $4,375.00 | RUST data; Verus; meso matching |
| Jenni Biggs | 10/24/2006 | 5.00 | $625 | $3,125.00 | RUST data; pattern analysis |
| Jenni Biggs | 10/25/2006 | 1.30 | $625 | $812.50 | Data analysis |
| Jenni Biggs | 10/26/2006 | 4.50 | $625 | $2,812.50 | Data analysis |
| Jenni Biggs | 10/27/2006 | 3.50 | $625 | $2,187.50 | Data analysis |
| Jenni Biggs | 10/30/2006 | 2.00 | $625 | $1,250.00 | Filing projections |
| Jenni Biggs | 10/30/2006 | 1.00 | $625 | $625.00 | Data analysis |
| Jenni Biggs | 10/30/2006 | 1.50 | $625 | $937.50 | Project planning |
| Jenni Biggs | 10/31/2006 | 5.00 | $625 | $3,125.00 | Data analysis and patterns |
| | | 56.80 | | $35,500.00 | |
| Julianne Callaway | 10/3/2006 | 0.10 | $300 | $30.00 | Database query |
| Julianne Callaway | 10/4/2006 | 6.50 | $300 | $1,950.00 | Database query |
| Julianne Callaway | 10/5/2006 | 0.90 | $300 | $270.00 | Database query |
| Julianne Callaway | 10/23/2006 | 0.70 | $300 | $210.00 | Review database match to Manville data |
| Julianne Callaway | 10/24/2006 | 2.60 | $300 | $780.00 | Database checks |
| Julianne Callaway | 10/25/2006 | 2.50 | $300 | $750.00 | Database checks |
| Julianne Callaway | 10/26/2006 | 2.00 | $300 | $600.00 | Database checks |
| Julianne Callaway | 10/27/2006 | 5.80 | $300 | $1,740.00 | Database checks |
| Julianne Callaway | 10/30/2006 | 6.70 | $300 | $2,010.00 | Database work |
| Julianne Callaway | 10/31/2006 | 8.20 | $300 | $2,460.00 | Database work |
| | | 36.00 | | $10,800.00 | |
| Bryan Gillespie | 10/2/2006 | 3.40 | $400 | $1,360.00 | Review of expert reports on Armstrong case, d/pt of exhibit for Grace work |
| Bryan Gillespie | 10/3/2006 | 2.70 | $400 | $1,080.00 | Review of last Armstrong expert report articles & of Babcock articles; update of spreadsheet |
| Bryan Gillespie | 10/11/2006 | 0.30 | $400 | $120.00 | Exchange tickets for rescheduled 10/12 mtg |
| Bryan Gillespie | 10/17/2006 | 4.70 | $400 | $1,880.00 | Review of last half of Stallard and Manton book, discussions with Ed Woynich on plans & questions to ask during RUST visit |
| Bryan Gillespie | 10/18/2006 | 5.20 | $400 | $2,080.00 | Review of Nicholson (1982), review & analysis of expert reports on calculations of propensity to sue, discuss plans for RUST visit |
| Bryan Gillespie | 10/19/2006 | 2.10 | $400 | $840.00 | Work in preparation for RUST meeting |
| Bryan Gillespie | 10/23/2006 | 1.70 | $400 | $680.00 | Review of Stallard book occupational classes |
| Bryan Gillespie | 10/24/2006 | 0.70 | $400 | $280.00 | Review of meso claim data for Grace |
| Bryan Gillespie | 10/25/2006 | 6.80 | $400 | $2,720.00 | Review of Grace product history |
| Bryan Gillespie | 10/26/2006 | 1.10 | $400 | $440.00 | Continued review of product history |
| Bryan Gillespie | 10/27/2006 | 0.60 | $400 | $240.00 | Prepared summary on product history |
| Bryan Gillespie | 10/29/2006 | 1.30 | $400 | $520.00 | Analysis |
| Bryan Gillespie | 10/30/2006 | 11.90 | $400 | $4,760.00 | Analysis and RUST meeting |
| Bryan Gillespie | 10/31/2006 | 9.60 | $400 | $3,840.00 | Analysis and RUST meeting |
| | | 52.10 | | $20,840.00 | |
| Chris Grant | 10/3/2006 | 1.20 | $210 | $252.00 | Add industry code and country name to all records in the requested flat file; review meso data w/ Jeff Kimble |
| | | 1.20 | | $252.00 | |
| Jeff Kimble | 10/3/2006 | 7.70 | $375 | $2,887.50 | Updating filing pattern based on Stallard information. |
| Jeff Kimble | 10/4/2006 | 5.00 | $375 | $1,875.00 | Updating filing pattern based on Stallard information. |
| Jeff Kimble | 10/6/2006 | 2.30 | $375 | $862.50 | Create new filing patterns LC vs Other Cancer; Also incorp Stallard Info. |
| Jeff Kimble | 10/24/2006 | 7.30 | $375 | $2,737.50 | Create new filing patterns LC vs Other Cancer; Also incorp Stallard Info. |
| Jeff Kimble | 10/25/2006 | 5.70 | $375 | $2,137.50 | Updating filing pattern based on Stallard information. |
| Jeff Kimble | 10/27/2006 | 1.80 | $375 | $675.00 | Updating filing pattern based on Stallard information. |
| Jeff Kimble | 10/30/2006 | 1.70 | $375 | $637.50 | Meeting with Jenni and Bryan to discuss revisions to the report. |
| Jeff Kimble | 10/30/2006 | 2.20 | $375 | $825.00 | Meeting with Eric Stallard to discuss pattern adjustments and post meeting discussion with Jenni & Bryan. |
| Jeff Kimble | 10/30/2006 | 4.50 | $375 | $1,687.50 | Incorporating ES comments on filing pattern. |
| Jeff Kimble | 10/31/2006 | 5.80 | $375 | $2,175.00 | Incorporating ES comments on filing pattern. |
| | | 44.00 | | $16,500.00 | |

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

### Oct-06 (pg 2 of 2)

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Nicole King | 10/4/2006 | 0.80 | $250 | $200.00 | CMS database |
| Nicole King | 10/24/2006 | 0.50 | $250 | $125.00 | CMS database |
| | | 1.30 | | $325.00 | |
| Ken Leonard | 10/2/2006 | 2.00 | $385 | $770.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/3/2006 | 4.00 | $385 | $1,540.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/4/2006 | 1.00 | $385 | $385.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/5/2006 | 1.00 | $385 | $385.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/11/2006 | 1.00 | $385 | $385.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/12/2006 | 3.00 | $385 | $1,155.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/17/2006 | 5.00 | $385 | $1,925.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/18/2006 | 8.00 | $385 | $3,080.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/19/2006 | 9.00 | $385 | $3,465.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/20/2006 | 8.00 | $385 | $3,080.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/23/2006 | 5.00 | $385 | $1,925.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/24/2006 | 1.00 | $385 | $385.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/25/2006 | 2.00 | $385 | $770.00 | Match Unknown Grace Claimant with a Manville Injury code |
| | | 50.00 | | $19,250.00 | |
| Lana Leonard | 10/2/2006 | 4.00 | $175 | $700.00 | Assist Ken Leonard in the matching of Grace unknown injury codes |
| Lana Leonard | 10/3/2006 | 3.00 | $175 | $525.00 | Assist Ken Leonard in the matching of Grace unknown injury codes |
| | | 7.00 | | $1,225.00 | |
| Adam Luechtefeld | 10/9/2006 | 6.00 | $250 | $1,500.00 | Working on the Model |
| Adam Luechtefeld | 10/10/2006 | 3.00 | $250 | $750.00 | Working on the Model |
| Adam Luechtefeld | 10/11/2006 | 5.80 | $250 | $1,450.00 | Working on the Model |
| Adam Luechtefeld | 10/12/2006 | 3.20 | $250 | $800.00 | Working on the Model |
| Adam Luechtefeld | 10/16/2006 | 0.30 | $250 | $75.00 | Working on the Model |
| Adam Luechtefeld | 10/17/2006 | 0.80 | $250 | $200.00 | Preparing model for tech review |
| Adam Luechtefeld | 10/30/2006 | 0.50 | $250 | $125.00 | Working on the Model |
| | | 19.60 | | $4,900.00 | |
| Brent Petzoldt | 10/17/2006 | 3.80 | $100 | $380.00 | Helped with data prep |
| Brent Petzoldt | 10/31/2006 | 1.40 | $100 | $140.00 | Data cleanup |
| | | 5.20 | | $520.00 | |
| Dave Powell | 10/27/2006 | 0.50 | $675 | $337.50 | Discuss elimination of duplicate records |
| | | 0.50 | | $337.50 | |
| Rhamonda Riggins | 10/12/2006 | 1.70 | $260 | $442.00 | RUST database |
| Rhamonda Riggins | 10/13/2006 | 1.00 | $260 | $260.00 | RUST database |
| Rhamonda Riggins | 10/16/2006 | 3.50 | $260 | $910.00 | RUST database |
| Rhamonda Riggins | 10/17/2006 | 0.50 | $260 | $130.00 | RUST database |
| Rhamonda Riggins | 10/19/2006 | 1.50 | $260 | $390.00 | RUST database |
| Rhamonda Riggins | 10/20/2006 | 1.80 | $260 | $468.00 | RUST database |
| Rhamonda Riggins | 10/21/2006 | 2.00 | $260 | $520.00 | RUST database |
| Rhamonda Riggins | 10/23/2006 | 7.50 | $260 | $1,950.00 | RUST database |
| Rhamonda Riggins | 10/24/2006 | 5.50 | $260 | $1,430.00 | RUST database |
| Rhamonda Riggins | 10/25/2006 | 5.80 | $260 | $1,508.00 | RUST database |
| Rhamonda Riggins | 10/26/2006 | 5.20 | $260 | $1,352.00 | RUST database |
| Rhamonda Riggins | 10/27/2006 | 3.00 | $260 | $780.00 | RUST database |
| Rhamonda Riggins | 10/30/2006 | 5.00 | $260 | $1,300.00 | RUST database |
| Rhamonda Riggins | 10/31/2006 | 6.00 | $260 | $1,560.00 | RUST database |
| | | 50.00 | | $13,000.00 | |
| Aaron Tresnak | 10/19/2006 | 1.60 | $155 | $248.00 | Determining matches and non-matches of law firm names between Grace and Manville |
| | | 1.60 | | $248.00 | |
| Ed Woynich | 10/17/2006 | 1.00 | $285 | $285.00 | Discussion with Bryan Gillespie and review of WR Grace questionnaire |
| Ed Woynich | 10/18/2006 | 1.50 | $285 | $427.50 | Work on list of questions for RUST review |
| Ed Woynich | 10/19/2006 | 0.70 | $285 | $199.50 | Conference call and discussions and emails |
| | | 3.20 | | $912.00 | |
| | | 328.50 | | $124,609.50 | |