IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: March 16, 2007 at 4:00 p.m. |
| ) | Hearing: April 2, 2007 at 2:00 p.m. |

COVER SHEET TO SEVENTH QUARTERLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JULY 1, 2006 THROUGH SEPTEMBER 30, 2006

Name of Applicant:  Towers Perrin Tillinghast

Authorized to Provide Professional
Services to:  David T. Austern, Future Claimants' Representative (the "FCR")

Date of Retention:  As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004)

Period for which compensation is sought:  July 1, 2006 through September 30, 2006

Amount of Compensation (100%) sought as actual, reasonable, and necessary:  $136,782.50

Amount of Expense Reimbursement sought as actual, reasonable and necessary:  $ 632.60

This is an:  __X__ interim  ___ monthly  ___ final application.

## COMPENSATION SUMMARY
### July 1, 2006 through September 30, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (17 years) FCAS | $625 | 106.10 | $66,312.50 |
| Kathy Boeger | Analyst (1 year) | $125 | 3.20 | $400.00 |
| Julianne Callaway | Analyst (2 years) ACAS | $300 | 20.20 | $6,060.00 |
| Melissa Chung | Analyst (1 year) | $250 | 35.80 | $8,950.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 12.40 | $4,960.00 |
| Chris Grant | Analyst (10 years) | $210 | 2.50 | $525.00 |
| Jeffrey Kimble | Consulting Actuary (5 years) ACAS | $375 | 20.50 | $7,687.50 |
| Nicole King | Analyst (4 years) | $250 | 35.00 | $8,750.00 |
| Ken Leonard | Consulting Actuary (1 year) ACAS | $385 | 55.50 | $21,367.50 |
| Adam Luechtefeld | Analyst (3 years) | $250 | 12.50 | $3,125.00 |
| David Powell | Consulting Actuary (21 years) ACAS | $675 | 3.00 | $2,025.00 |
| Terry Quackenbush | Analyst (1 year) | $300 | 12.20 | $3,660.00 |
| Rhamonda Riggins | Analyst (4 years) | $260 | 1.00 | $260.00 |
| Ollie Sherman | Consulting Actuary (21 years) FCAS | $675 | 4.00 | $2,700.00 |
| **Total Blended Rate: $422.30** | | | 323.90 | $136,782.50 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 323.90 | $136,782.50 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfare | $547.20 |
| Taxi | $47.00 |
| Parking | $29.50 |
| Jenni Biggs use of own car for meeting on 9/20/2006 | $8.90 |
| **Total Expenses** | **$632.60** |

| July – September 2006 – Grand Total | $137,415.10 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By _/s/ Jennifer L. Biggs_
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: Dec. 11, 2006

2