# EXHIBIT B
# TILLINGHAST'S MONTHLY FEE APPLICATION FOR THE PERIOD AUGUST 1-31, 2006

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: October 30, 2006 at 4:00 p.m. |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### FIFTEENTH MONTHLY INTERIM APPLICATION OF
### TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos personal Injury Claimant; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Towers Perrin Tillinghast, actuarial consultants to David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served its Fifteenth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for the time period August 1, 2006 through August 31, 2006 seeking payment of fees in the amount of $21,634.00 (80% of $27,042.50) and expenses in the amount of $0.00 (the "Application") for a total of $21,437.00.

This Application is submitted pursuant to this Court's Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members entered on March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **October 30, 2006 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) actuarial consultants to the FCR, Jennifer L. Biggs, Towers Perrin, 101 S. Hanley Rd., St. Louis, MO 63105; (ii) co-counsel to the FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007; (iii) co-counsel to the FCR, John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (iv) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (v) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (vi) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vii) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (viii) co-counsel to the DIP Lender, J.

Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (ix) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (x) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (xi) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments should be directed to undersigned counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants Representative

Dated: October 10, 2006

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> W.R. GRACE & CO., et al. ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 01-1139 (JKF) <br><br> Objection Deadline: October 30, 2006 at 4:00 p.m. <br> Hearing: Schedule if Necessary (Negative Notice) |

COVER SHEET TO FIFTEENTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | August 1, 2006 through August 31, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $27,042.50 |
| 80% of fees to be paid: | $21,634.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   0.00 |
| Total Fees @ 80% and 100% Expenses: | $21,634.00 |

This is an:  __ interim   X  monthly   __ final application.

## COMPENSATION SUMMARY
### August 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (17 years) FCAS | $625 | 23.70 | $14,812.50 |
| Ken Leonard | Consulting Actuary (1 year) ACAS | $385 | 3.00 | $1,155.00 |
| Julianne Callaway | Analyst (2 years) ACAS | $300 | 4.50 | $1,350.00 |
| Kathy Boeger | Administrative Assistant (14 years) | $125 | 3.20 | $400.00 |
| Nicole King | Analyst (4 years) | $250 | 14.30 | $3,575.00 |
| Melissa Chung | Analyst (1 year) | $250 | 23.00 | $5,750.00 |
| Total Blended Rate: $377.16 | | | 71.70 | $27,042.50 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 71.70 | $27,042.50 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0 |

| August 2006 – Grand Total | $27,042.50 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *[signature]*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: *October 6*, 2006

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) |
| Debtors. | ) |

## VERIFICATION

**STATE OF MISSOURI**

**COUNTY OF ST. LOUIS, TO WIT:**

Jennifer L. Biggs, after being duly sworn according to law, deposes and says:

1. I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2. I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
JENNIFER L. BIGGS

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 6th DAY OF OCTOBER, 2006

_____
Notary Public  Diana M. Niemeyer

My commission expires: 4-25-09

DIANA M. NIEMEYER
Notary Public-Notary Seal
State of Missouri, Saint Louis City
Commission # 05701672
My Commission Expires Apr 25, 2009

# EXHIBIT A

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Aug-06** |
| Jenni Biggs | 8/1/2006 | 0.80 | $625 | $500.00 | Project planning |
| Jenni Biggs | 8/2/2006 | 0.70 | $625 | $437.50 | Project planning |
| Jenni Biggs | 8/14/2006 | 0.50 | $625 | $312.50 | Litigation support |
| Jenni Biggs | 8/14/2006 | 0.70 | $625 | $437.50 | Manville mapping |
| Jenni Biggs | 8/16/2006 | 0.50 | $625 | $312.50 | Call w/ Orrick; internal planning |
| Jenni Biggs | 8/17/2006 | 2.50 | $625 | $1,562.50 | Conference call w/ counsel; review |
| Jenni Biggs | 8/18/2006 | 1.00 | $625 | $625.00 | Coordination of analysis |
| Jenni Biggs | 8/21/2006 | 3.00 | $625 | $1,875.00 | Analysis planning |
| Jenni Biggs | 8/22/2006 | 5.00 | $625 | $3,125.00 | Review of CMS data, project planning |
| Jenni Biggs | 8/23/2006 | 1.00 | $625 | $625.00 | Analysis |
| Jenni Biggs | 8/24/2006 | 1.00 | $625 | $625.00 | Analysis |
| Jenni Biggs | 8/30/2006 | 1.00 | $625 | $625.00 | Analysis |
| Jenni Biggs | 8/31/2006 | 6.00 | $625 | $3,750.00 | Info for Bryan, Nicole, Ken Leonard regarding CMS and unknown disease type claims |
| | | 23.70 | | $14,812.50 | |
| Melissa Chung | 8/1/2006 | 1.50 | $250 | $375.00 | Analyze claims with diagnosis changes over time where diagnosis is incomplete |
| Melissa Chung | 8/8/2006 | 0.67 | $250 | $167.50 | Perform database management |
| Melissa Chung | 8/9/2006 | 3.50 | $250 | $875.00 | Integrate info provided by Manville with Grace database |
| Melissa Chung | 8/10/2006 | 7.50 | $250 | $1,875.00 | Integrate info provided by Manville with Grace database |
| Melissa Chung | 8/11/2006 | 4.33 | $250 | $1,082.50 | Integrate info provided by Manville with Grace database |
| Melissa Chung | 8/14/2006 | 2.50 | $250 | $625.00 | Database documentation |
| Melissa Chung | 8/18/2006 | 2.00 | $250 | $500.00 | Database documentation |
| Melissa Chung | 8/21/2006 | 1.00 | $250 | $250.00 | Database documentation |
| | | 23.00 | | $5,750.00 | |
| Ken Leonard | 8/31/2006 | 3.00 | $385 | $1,155.00 | CMS database, unknowns |
| | | 3.00 | | $1,155.00 | |
| Julianne Callaway | 8/22/2006 | 3.50 | $300 | $1,050.00 | Distributions from database |
| Julianne Callaway | 8/31/2006 | 1.00 | $300 | $300.00 | Call with Jenni and Nicole regarding database queries |
| | | 4.50 | | $1,350.00 | |
| Kathy Boeger | 8/1/2006 | 0.50 | $125 | $62.50 | Billing |
| Kathy Boeger | 8/9/2006 | 0.50 | $125 | $62.50 | Billing |
| Kathy Boeger | 8/16/2006 | 0.20 | $125 | $25.00 | Billing |
| Kathy Boeger | 8/17/2006 | 0.30 | $125 | $37.50 | Print email exhibit attachments |
| Kathy Boeger | 8/17/2006 | 0.70 | $125 | $87.50 | Billing |
| Kathy Boeger | 8/21/2006 | 0.50 | $125 | $62.50 | Billing |
| Kathy Boeger | 8/31/2006 | 0.50 | $125 | $62.50 | Copy CD of supplemental materials |
| | | 3.20 | | $400.00 | |
| Nicole King | 8/22/2006 | 1.50 | $250 | $375.00 | Reviewing layout of CMS database, prep work to run queries |
| Nicole King | 8/22/2006 | 1.00 | $250 | $250.00 | Meeting with Jenni and Julianne about needed queries for CMS database |
| Nicole King | 8/22/2006 | 2.70 | $250 | $675.00 | Running queries in CMS database |
| Nicole King | 8/23/2006 | 4.20 | $250 | $1,050.00 | Running queries in CMS database |
| Nicole King | 8/31/2006 | 4.90 | $250 | $1,225.00 | CMS database |
| | | 14.30 | | $3,575.00 | |
| | Total | 71.70 | | $27,042.50 | |