# EXHIBIT C
# TILLINGHAST'S MONTHLY FEE APPLICATION FOR THE PERIOD SEPTEMBER 1-30, 2006

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: January 4, 2007 at 4:00 p.m. |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## SIXTEENTH MONTHLY INTERIM APPLICATION OF
## TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos personal Injury Claimant; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Towers Perrin Tillinghast, actuarial consultants to David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served its Sixteenth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for the time period September 1, 2006 through September 30, 2006 seeking payment of fees in the amount of $84,232.00 (80% of $105,290.00) and expenses in the amount of $632.60 (the "Application") for a total of $84,864.60.

This Application is submitted pursuant to this Court's Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members entered on March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **January 4, 2007 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) actuarial consultants to the FCR, Jennifer L. Biggs, Towers Perrin, 101 S. Hanley Rd., St. Louis, MO 63105; (ii) co-counsel to the FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007; (iii) co-counsel to the FCR, John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (iv) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (v) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (vi) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vii) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (viii) co-counsel to the DIP Lender, J.

Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (ix) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (x) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (xi) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments should be directed to undersigned counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants Representative

Dated: December 15, 2006

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> W.R. GRACE & CO., et al. ) <br> ) <br> Debtors. ) <br> ) | **Chapter 11** <br><br> Case No. 01-1139 (JKF) <br><br> Objection Deadline: January 4, 2007 at 4:00 p.m. <br> Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO SIXTEENTH MONTHLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | September 1, 2006 through September 30, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $105,290.00 |
| 80% of fees to be paid: | $ 84,232.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     632.60 |
| Total Fees @ 80% and 100% Expenses: | $ 84,864.60 |

This is an:  ___ interim   _X_ monthly   ___ final application.

## COMPENSATION SUMMARY
### September 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (21 years) FCAS | $625 | 80.00 | $50,000.00 |
| Julianne Callaway | Analyst (3 years) ACAS | $300 | 15.70 | $4,710.00 |
| Melissa Chung | Analyst (1 year) | $250 | 1.00 | $250.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 12.40 | $4,960.00 |
| Chris Grant | Analyst (10 years) | $210 | 2.50 | $525.00 |
| Jeffrey Kimble | Consulting Actuary (5 years) ACAS | $375 | 20.50 | $7,687.50 |
| Nicole King | Analyst (4 years) | $250 | 20.70 | $5,175.00 |
| Ken Leonard | Consulting Actuary (2 years) ACAS | $385 | 52.50 | $20,212.50 |
| Adam Luechtefeld | Analyst (3 years) | $250 | 12.50 | $3,125.00 |
| David Powell | Consulting Actuary (21 years) ACAS | $675 | 3.00 | $2,025.00 |
| Terry Quackenbush | Analyst (1 year) | $300 | 12.20 | $3,660.00 |
| Rhamonda Riggins | Analyst (4 years) | $260 | 1.00 | $260.00 |
| Ollie Sherman | Consulting Actuary (21 years) FCAS | $675 | 4.00 | $2,700.00 |
| **Total Blended Rate: $442.39** | | | 238.00 | $105,290.00 |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 238.00 | $105,290.00 |

### EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfare | $547.20 |
| Taxi | $47.00 |
| Parking | $29.50 |
| Jenni Biggs use of own car for meeting on 9/20/2006 | $8.90 |
| **Total Expenses** | **$632.60** |

| September 2006 – Grand Total | $105,922.60 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: Dec 11, 2006

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF) |

## VERIFICATION

**STATE OF MISSOURI**

**COUNTY OF ST. LOUIS, TO WIT:**

Jennifer L. Biggs, after being duly sworn according to law, deposes and says:

1. I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2. I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
JENNIFER L. BIGGS

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 11th DAY OF DECEMBER, 2006

_____
Notary Public

My commission expires: 4/25/09

DIANA M. NIEMEYER
Notary Public-Notary Seal
State of Missouri, Saint Louis City
Commission # 05701672
My Commission Expires Apr 25, 2009

# EXHIBIT A

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Sep-06 (pg 1 of 2)** |
| Jenni Biggs | 9/1/2006 | 0.50 | $625 | $312.50 | Manville Matching |
| Jenni Biggs | 9/5/2006 | 0.10 | $625 | $62.50 | Phone call with Debbie Felder |
| Jenni Biggs | 9/6/2006 | 1.80 | $625 | $1,125.00 | Phone call with Bryan Gillespie |
| Jenni Biggs | 9/7/2006 | 0.20 | $625 | $125.00 | Manville Matching |
| Jenni Biggs | 9/8/2006 | 0.50 | $625 | $312.50 | Manville Matching |
| Jenni Biggs | 9/11/2006 | 0.20 | $625 | $125.00 | Billing |
| Jenni Biggs | 9/12/2006 | 3.20 | $625 | $2,000.00 | CMS data comparisons |
| Jenni Biggs | 9/13/2006 | 8.50 | $625 | $5,312.50 | Discussion with Bryan Gillespie; presentation for 9/20 mtg; data issues |
| Jenni Biggs | 9/14/2006 | 3.50 | $625 | $2,187.50 | Prep & conference call with Eric Stallard |
| Jenni Biggs | 9/14/2006 | 2.00 | $625 | $1,250.00 | Data |
| Jenni Biggs | 9/15/2006 | 6.00 | $625 | $3,750.00 | Data liability projections |
| Jenni Biggs | 9/16/2006 | 3.00 | $625 | $1,875.00 | Liability projections |
| Jenni Biggs | 9/17/2006 | 3.00 | $625 | $1,875.00 | Liability projections |
| Jenni Biggs | 9/18/2006 | 8.50 | $625 | $5,312.50 | Meeting preparation |
| Jenni Biggs | 9/19/2006 | 9.20 | $625 | $5,750.00 | Meeting preparation |
| Jenni Biggs | 9/20/2006 | 6.50 | $625 | $4,062.50 | Meeting |
| Jenni Biggs | 9/20/2006 | 2.60 | $625 | $1,625.00 | Reading court documents |
| Jenni Biggs | 9/20/2006 | 1.80 | $625 | $1,125.00 | 50% of non-working travel |
| Jenni Biggs | 9/20/2006 | 1.80* | $0 | $0.00 | 50% of non-working travel |
| Jenni Biggs | 9/21/2006 | 3.20 | $625 | $2,000.00 | Meeting follow-up |
| Jenni Biggs | 9/22/2006 | 3.00 | $625 | $1,875.00 | Meeting follow-up |
| Jenni Biggs | 9/25/2006 | 1.50 | $625 | $937.50 | Phone call with Orrick/Eric Stallard |
| Jenni Biggs | 9/26/2006 | 2.00 | $625 | $1,250.00 | Discussion with Bryan Gillespie; review of Mealey's documents; Libby data |
| Jenni Biggs | 9/27/2006 | 4.50 | $625 | $2,812.50 | Data analysis |
| Jenni Biggs | 9/28/2006 | 2.00 | $625 | $1,250.00 | CMS queries, RUST and Manville matching |
| Jenni Biggs | 9/29/2006 | 4.50 | $625 | $2,812.50 | Data; RUST |
| | | 81.80 | | $50,000.00 | |
| Julianne Callaway | 9/25/2006 | 4.90 | $300 | $1,470.00 | Database work |
| Julianne Callaway | 9/26/2006 | 5.50 | $300 | $1,650.00 | Database work |
| Julianne Callaway | 9/27/2006 | 0.60 | $300 | $180.00 | Database work |
| Julianne Callaway | 9/28/2006 | 1.10 | $300 | $330.00 | Database work |
| Julianne Callaway | 9/29/2006 | 3.60 | $300 | $1,080.00 | Database work |
| | | 15.70 | | $4,710.00 | |
| Melissa Chung | 9/1/2006 | 0.50 | $250 | $125.00 | Review Manville matching procedure |
| Melissa Chung | 9/5/2006 | 0.50 | $250 | $125.00 | Discuss Manville matches with Terry Quackenbush and Ken Leonard |
| | | 1.00 | | $250.00 | |
| Bryan Gillespie | 9/3/2006 | 0.90 | $400 | $360.00 | 8/21 discussion where Jenni provided overview of goals and timeframes for expert report work |
| Bryan Gillespie | 9/6/2006 | 5.20 | $400 | $2,080.00 | Review of package of materials showing work on project thus far; discussion with Jenni on key findings and data issues |
| Bryan Gillespie | 9/12/2006 | 0.40 | $400 | $160.00 | Review of notes and orgnaization of main summary points for discussion with Jenni on project flow |
| Bryan Gillespie | 9/13/2006 | 1.10 | $400 | $440.00 | Discussion with Jenni on project |
| Bryan Gillespie | 9/14/2006 | 0.70 | $400 | $280.00 | Review of documents involved in earlier portion of case and documents being prepared for our next meeting with Orrick |
| Bryan Gillespie | 9/26/2006 | 1.50 | $400 | $600.00 | Discussion with Jenni on next steps; work on CPI/Inflation measures |
| Bryan Gillespie | 9/28/2006 | 1.40 | $400 | $560.00 | Review of Stallard and Manton Chapter 10, then compiled Excel file putting data from table 10.6 into spreadsheet showing claims against Manville by age and filing period |
| Bryan Gillespie | 9/29/2006 | 1.20 | $400 | $480.00 | Discussion with Jenni and Orrick on plans to visit RUST; discussion with Jeff Kimble on Stallard and Manton book |
| | | 12.40 | | $4,960.00 | |
| Chris Grant | 9/26/2006 | 0.20 | $210 | $42.00 | Discuss data timing and approach |
| Chris Grant | 9/27/2006 | 2.00 | $210 | $420.00 | Create FoxPro procedure to extract requested data; distribute results |
| Chris Grant | 9/28/2006 | 0.30 | $210 | $63.00 | Follow-up questions on data extract |
| | | 2.50 | | $525.00 | |
| Jeff Kimble | 9/13/2006 | 1.00 | $375 | $375.00 | Review claim database manipulations with Nicole |
| Jeff Kimble | 9/14/2006 | 3.50 | $375 | $1,312.50 | Call with Eric Stallad to discuss our use of his projection models |
| Jeff Kimble | 9/19/2006 | 2.50 | $375 | $937.50 | Preparing for 9/20 meeting |
| Jeff Kimble | 9/20/2006 | 1.80 | $375 | $0.00 | Travel time (50% is billable) |
| Jeff Kimble | 9/20/2006 | 1.80* | $0 | $0.00 | Travel |
| Jeff Kimble | 9/20/2006 | 1.00 | $375 | $375.00 | Preparing for 9/20 meeting |
| Jeff Kimble | 9/20/2006 | 6.50 | $375 | $2,437.50 | 9/20 meeting |
| Jeff Kimble | 9/21/2006 | 0.50 | $375 | $187.50 | Reviewing items from the 9/20 meeting |
| Jeff Kimble | 9/25/2006 | 3.50 | $375 | $1,312.50 | Reviewing filing pattern information from Stallard |
| Jeff Kimble | 9/25/2006 | 1.20 | $375 | $450.00 | Call with Eric Stallard (and prep discussion with Jenni) |
| Jeff Kimble | 9/26/2006 | 0.80 | $375 | $300.00 | Reviewing filing pattern information from Stallard |
| | | 22.30 | | $7,687.50 | |

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Sep-06 (pg 2 of 2)** |
| Nicole King | 9/13/2006 | 5.50 | $250 | $1,375.00 | CMS database |
| Nicole King | 9/14/2006 | 2.00 | $250 | $500.00 | CMS database |
| Nicole King | 9/15/2006 | 3.50 | $250 | $875.00 | CMS database |
| Nicole King | 9/18/2006 | 3.30 | $250 | $825.00 | CMS database |
| Nicole King | 9/20/2006 | 4.20 | $250 | $1,050.00 | CMS database |
| Nicole King | 9/26/2006 | 0.50 | $250 | $125.00 | CMS database |
| Nicole King | 9/28/2006 | 0.20 | $250 | $50.00 | CMS database |
| Nicole King | 9/29/2006 | 1.50 | $250 | $375.00 | CMS database |
| | | 20.70 | | $5,175.00 | |
| Ken Leonard | 9/1/2006 | 3.00 | $385 | $1,155.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/5/2006 | 0.50 | $385 | $192.50 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/7/2006 | 3.00 | $385 | $1,155.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/8/2006 | 3.00 | $385 | $1,155.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/14/2006 | 6.00 | $385 | $2,310.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/15/2006 | 3.00 | $385 | $1,155.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/19/2006 | 1.50 | $385 | $577.50 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/20/2006 | 4.00 | $385 | $1,540.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/22/2006 | 8.00 | $385 | $3,080.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/26/2006 | 6.00 | $385 | $2,310.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/27/2006 | 5.50 | $385 | $2,117.50 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 9/28/2006 | 9.00 | $385 | $3,465.00 | Match Unknown Grace Claimant with a Manville Injury code |
| | | 52.50 | | $20,212.50 | |
| Adam Luechtefeld | 9/14/2006 | 2.50 | $250 | $625.00 | Setting up the model |
| Adam Luechtefeld | 9/15/2006 | 5.00 | $250 | $1,250.00 | Setting up the model |
| Adam Luechtefeld | 9/18/2006 | 2.50 | $250 | $625.00 | Setting up the model |
| Adam Luechtefeld | 9/19/2006 | 0.50 | $250 | $125.00 | Setting up the model |
| Adam Luechtefeld | 9/22/2006 | 1.00 | $250 | $250.00 | Setting up the model |
| Adam Luechtefeld | 9/26/2006 | 0.20 | $250 | $50.00 | Setting up the model |
| Adam Luechtefeld | 9/29/2006 | 0.80 | $250 | $200.00 | Setting up the model |
| | | 12.50 | | $3,125.00 | |
| Dave Powell | 9/19/2006 | 3.00 | $675 | $2,025.00 | Peer review |
| | | 3.00 | | $2,025.00 | |
| Terry Quackenbush | 9/1/2006 | 4.00 | $300 | $1,200.00 | Match unknown Grace claimant with a Manville injury code |
| Terry Quackenbush | 9/7/2006 | 3.00 | $300 | $900.00 | Match unknown Grace claimant with a Manville injury code |
| Terry Quackenbush | 9/13/2006 | 0.50 | $300 | $150.00 | Match unknown Grace claimant with a Manville injury code |
| Terry Quackenbush | 9/14/2006 | 3.70 | $300 | $1,110.00 | Match unknown Grace claimant with a Manville injury code |
| Terry Quackenbush | 9/19/2006 | 1.00 | $300 | $300.00 | Match unknown Grace claimant with a Manville injury code |
| | | 12.20 | | $3,660.00 | |
| Rhamonda Riggins | 9/28/2006 | 1.00 | $260 | $260.00 | RUST database |
| | | 1.00 | | $260.00 | |
| Ollie Sherman | 9/20/2006 | 4.00 | $675 | $2,700.00 | Review preliminary analysis and meeting with lawyers |
| | | 4.00 | | $2,700.00 | |
| Total | | 241.60 | | $105,290.00 | |

*238.00 Excluding non-billed travel