## Intended Notice Recipients – Method of Notice

District/Off: 0311−1  User: Jennifer  Date Created: 12/15/2006
Case: 01−01139−JKF  Form ID: pdfgen  Total: 38

**Notice Recipients submitted to the BNC and flagged as likely to be bypassed due to defective/missing address information:**
ust          united states trustee

TOTAL: 1

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
ust   Frank J. Perch III          frank.j.perch@usdoj.gov
aty   Charles Stein Siegel        siegel@waterskraus.com
aty   Edward O. Moody             crystalf@sbcglobal.net, jpeachey@sbcglobal.net
aty   Gary Don Parish             gdplaw@sbcglobal.net, parronfirm@sbcglobal.net
aty   Michael R. Lastowski        mlastowski@duanemorris.com, vlakin@duanemorris.com
aty   Paul W. Turner              pturner@carlilelawfirm.com
aty   Richard Allen Keuler, Jr.   rkeuler@reedsmith.com
aty   Richard F. Rescho           rrescho2001@yahoo.com
aty   Rosalie L. Spelman          rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty   Scott R. Bickford           usbc@mbfirm.com
aty   Stuart B. Drowos            stuart.drowos@state.de.us
aty   William Roberts Wilson, Jr. gingerlynch@lawyersouth.com

TOTAL: 12

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
db        W.R. GRACE &CO.          7500 Grace Drive         Columbia, MD 21044
aty       David W. Carickhoff, Jr      Blank Rome LLP      Chase Manhattan Centre       1201 Market Street, Suite 800        Wilmington, DE 19801
aty       David W. Carickhoff, Jr      Blank Rome LLP      Chase Manhattan Centre       1201 Market Street, Suite 800        Wilmington, DE 19801
aty       David W. Carickhoff, Jr      Pachulski Ziehl Stang Ziehl Young Jones       919 N. Market St.       16th Floor       Wilmington, DE 19899
aty       James E. O'Neill       Pachulski Stang Ziehl Young Jones &Wein       919 North Market Street       16th Floor       PO Box 8705       Wilmington, DE 19899−8705
aty       James E. O'Neill       Pachulski, Stang, Ziehl, Young Jones &W       919 North Market Street, 16th Floor       P.O. Box 8705       Wilmington, DE 19899−8705
aty       Laura Davis Jones       Pachulski Stang Ziehl Young Jones &Wein       919 North Market Street       16th Floor       Wilmington, DE 19899−8705
aty       Laura Davis Jones       Pachulski, Stang, Ziehl Young, Jones &W       919 N. Market Street       17th Floor       Wilmington, DE 19899−8705
aty       Paula Ann Galbraith       211 East Ohio # 2618       Chicago, IL 60611
aty       Robert J. Dehney       Morris, Nichols, Arsht &Tunnell       1105 N. Market Street       P. O. Box 1347       Wilmington, DE 19899−1347
aty       William E. Chipman, Jr.       Edwards Angell Palmer &Dodge       919 North Market Street       Suite 1500       Wilmington, DE 19801
1993505   Abacus Corp.(Amount $12,808.41)        PO Box 64743        Baltimore, MD 21264
1993507   Abacus Corp.(Amount $6,499.41)         PO Box 64743        Baltimore, MD 21264
1993506   Argo Partners        12 West 37th Street, 9th Floor        New York, NY 10018
1829889   Crenshaw Corporation        Rob Ash        1700 Commerce Road        PO Box 24217        Richmond, VA 23224
1829886   Fair Harbor Capital, LLC        875 Avenue of the Americas, Suite 2305        New York, NY 10001
2128421   Hydrite Chemical Co.(Amount $9,331.25)        Box 689227        Milwaukee, WI 53268
2125616   JA Miara Transportation, Inc.(Amount $6,600.00)        140 W. Street        Wilmington, MA 01887
2125692   Jerry Goldberg Ent., Inc.(Amt. $2,825.62)        R55 Washington Street        Norwell, MA 02061
2128420   MD Industrial Group(Amt.$5,900.00)        233 E. Redwood Street, 5th Floor        Baltimore, MD 21202
497267    Phillips, Goldman &Spence, P.A.        Attn.; Richard P.S. Hannum, Esquire        1200 North Broom Street        Wilmington, DE 19806
1829888   Total Fire &Safety        Mary Scholtz        6808 Hobson Valley Dr        Woodbridge, IL 60517
2125664   US Int'l. Services Ltd.(Amount $7,389.88)        113 Kresson − Bibbsboro Road        Voorhees, NJ 08043
1829887   WK Meriman Inc        Mary Ann Merriman        7038 River Road        Pittsburgh, PA 15225
1829885   Walter G Coale Inc        Raymond Bent        PO Box 39        Churchville, MD 21028

TOTAL: 25