# EXHIBIT C

## SUPPLEMENTAL PRODUCT APPENDIX

### 58. GASKETS

(a) Gaskets were made from asbestos-impregnated paper.

(b) Grace acquired the Vellumoid Company as a subsidiary in 1959.

(c) Vellumoid was sold by Grace in 1965. The product is believed to have been manufactured through the time Grace sold the Vellumoid Company.

(d) Believed to be 1965.

(e) Gaskets were manufactured at the Vellumoid plant in Worcester, Massachusetts.

(f) 1959-1965.

(g) No records or other information have been identified that provide information responsive to these interrogatories. Most Vellumoid records are believed to have been transferred when the company was sold. Grace believes that it manufactured some of these products from asbestos-containing materials. Raw asbestos is not believed to have been used in the manufacturing process. The asbestos-impregnated papers are believed to have been purchased from Hollingsworth and Vost or from Raybestos-Manhattan.

(j) Not known.

(k) Not known. Raw asbestos is not believed to have been used in the manufacturing process. The asbestos-impregnated papers are believed to have been purchased from Hollingsworth and Vost or from Raybestos-Manhattan.

(l) Not known.

(m) Not known.

(n) Not known.

(o) Not known.

### 59. AUTOMOBILE GASKETS

(a) Automobile gaskets die cut from asbestos-impregnated paper.

(b) Grace first manufactured the products when it acquired Mr. Gasket Co. in 1971.

(c) Grace sold Mr. Gasket in 1981. Most records are believed to have been transferred when the company was sold. The products are believed to have been manufactured through the time Mr. Gasket was sold.

(d) Believed to be 1981.

(e) Cleveland, Ohio.

(f) 1971-1981.

(g) Grace has not located any records or other information responsive to these Interrogatories. Most records are believed to have been transferred when the company was sold. Grace believes that it manufactured some of these products from asbestos-containing materials. Raw asbestos is not believed to have been used in the manufacturing process. The asbestos-impregnated papers are believed to have been purchased from Hollingsworth and Vost from Raybestos-Manhattan.

(j) Not known.

(k) Not known.

(l) Not known.

(m) Not known.

(n) Not known.

(o) Not known.

### 60. ASBESTOS-IMPREGNATED PAPERS AND TAPES

(a) Asbestos-impregnated papers and tapes.

(b) 1967.

(c) 1971. Grace sold this business in 1994.

(d) The last inventory of these papers were sold in 1972.

(e) The papers manufactured at Grace's paper mill in Owensboro, Kentucky, and then shipped to Grace's plant in Quakertown, Pennsylvania for use in the manufacture of latex-impregnated sand paper and pressure sensitive tape.

(f) The papers were manufactured at the locations named in (e) above from 1967 until 1971.

(g) Not known.

(j) Chrysotile asbestos.

(k) Not known.

(l) Not known.

(m) Not known.

(n) Not known.

(o) Patent number 3,466,187 - September 9, 1969.

### 61. HIGH VELOCITY DRYING OVENS

(a) High velocity drying ovens.

(b) Grace first manufactured the drying ovens with asbestos-containing gaskets in 1978 when it acquired TEC Systems, Inc.

(c) Grace did not manufacture these products with raw asbestos. The ovens were produced until approximately 1986. Grace sold TEC Systems in 1997.

(d) Approximately 1986.

(e) DePere, Wisconsin.

(f) Approximately early 1970s-1986.

(g) Not known. The finished asbestos-containing materials were purchased and cut to fit in the ovens.

(j) Not known. The finished asbestos-containing materials were purchased and cut to fit in the ovens. The principal supplier of the asbestos-containing gaskets was Gaskets, Inc., Rio Wisconsin, which was supplied by Southern Textile Corporation.

(k) Not known. The finished asbestos-containing materials were purchased and cut to fit in the ovens. The principal supplier of the asbestos-containing gaskets was Gaskets, Inc., Rio Wisconsin, which was supplied by Southern Textile Corporation.

(l) Not known.

(m) Not known.

(n) Not known.

(o) Not known.

### 62. PIPELINE COATING

(a) Dearborn 52A Mastic.

(b) Dearborn Chemical Company first labeled and distributed this product in 1959. Grace first labeled and distributed this product when it acquired Dearborn Chemical Company in 1965.

(c) Not applicable.

(d) Approximately 1966.

(e) Product was relabeled at source or at a facility of Dearborn at 1029 West 35th Street, Chicago, Illinois.

(f) 1959-1966.

(g) Contained 31 percent asbestos.

(j) 7TF "S" Float. This product was purchased from U.S. Tar Products, Matawan, New Jersey and relabeled by Dearborn.

(k) Not known. This product was purchased from U.S. Tar Products, Matawan, New Jersey and relabeled by Dearborn.

(l) Not known.

(m) Not known.

(n) Not known.

(o) Not known.

### 63. TIE COATING FP

(a) FP Coating.

(b) The product was first labeled and distributed by Dearborn Chemical Company in 1959. Grace first labeled and distributed this product when it acquired Dearborn Chemical Company in 1965.

(c) Not applicable.

(d) Approximately 1968.

(e) Product was relabeled at source or at a facility of Dearborn at 1029 West 35th Street, Chicago, Illinois.

(f) 1959-1966.

(g) 25 percent asbestos.

(j) 7RF asbestos. This product was purchased from Berry Asphalt Co., Waterloo, Arkansas and relabeled by Dearborn.

(k) This product was purchased from Berry Asphalt Co., Waterloo, Arkansas and relabeled by Dearborn.

(l) Not known.

(m) Not known.

(n) Not known.

(o) Not known.

### 64. TIE COATING 11 B

(a) Dearborn 11B. This heavy non-pumpable product was used to flameproof railroad ties.

(b) The product was first labeled and distributed by Dearborn Chemical Company in 1957. Grace first labeled and distributed this product when it acquired Dearborn Chemical Company in 1965.

(c) Not applicable.

(d) Approximately 1968.

(e) Product was relabeled at a source or at a facility of Dearborn at 1029 West 35th St., Chicago, Illinois.

(f) 1957-1968.

(g) 12 percent asbestos.

(j) 7 RF asbestos. This product was purchased from Berry Asphalt Co., Waterloo, Arkansas and relabeled by Dearborn.

(k) This product was purchased from Berry Asphalt Co., Waterloo, Arkansas and relabeled by Dearborn.

(l) Not known.

(m) Not known.

(n) Not known.

(o) Not known.

### 65. WOVEN PIPELINE WRAPPERS

(a) Dearborn Z-Type Blankets and Tape.

(b) These products, consisting of impregnated asbestos tape and blankets, were first manufactured by the Dearborn Chemical Company in 1960. Grace first manufactured these products when it acquired Dearborn Chemical Company in 1965.

(c) Mid-1967.

(d) 1967.

(e) 1029 West 35th St., Chicago, Illinois (until it closed in 1964); Lake Zurich, Illinois (1964-1967).

(f) 1960-1967.

(g) 1/8" thick asbestos cloth, 4.2 pounds per square yard, provided by Johns-Manville. Asbestos was supplied by Johns Manville.

(j) Not known.

(k) Not known.

(l) Not known.

(m) Not known.

(n) A product known as NO-OX-ID Asbestos Tape No. 100 came in 1/16" thickness.

(o) Not known.

## 66. LAMINATED PIPELINE WRAPPERS

(a) Dearborn NO-Oxidized Wrappers No. 3 and No. 7.

(b) These products were produced by Dearborn Chemical Company before Grace acquired Dearborn in 1965. As of 1964, Dearborn bought these products from Cromwell Paper Company. Grace assumed relabeling of these products in 1965.

(c) Not applicable as to Grace. Grace sold Dearborn Chemical Co. in 1997.

(d) Approximately 1967.

(e)-(f) Products were manufactured at the Dearborn facility at 1029 West 35th St., Chicago, Illinois. After the plant closed in 1964, Dearborn brought these products from Cromwell Paper Company. They were then sold from the Lake Zurich, Illinois plant.

(g) Approximately 50 percent by weight.

(j) Prior to 1964, Dearborn purchased 6.5 pound unsaturated asbestos pipeline felt from which it manufactured the finished coated product.

(k) Not known.

(l) Not known.

(m) Not known.

(n) Not known.

(o) Not known.

## 67. MEDICAL FILTERS

(a) Medical filters.

(b) Grace acquired Amicon, Inc. as a subsidiary in 1983.

(c) Manufacture of medical filters with installed asbestos-containing absorbent pads ceased in 1984.

(d) 1984.

(e) and (f) These filters were manufactured at a facility in Danvers, Massachusetts until about 1984.

(g) Pads were ten to fifteen percent asbestos.

(j) Not known. Amicon purchased the asbestos-containing pads.

(k) Not known.

(l) Not known.

(m) Not known.

(n) Not known.

(o) Not known.

## 68. EPOXY ADHESIVES FOR MEDICAL USE

(a) Epoxy adhesives for medical use.

(b) Grace acquired Amicon, Inc. as a subsidiary in 1983.

(c) October, 1983 for the asbestos-containing products. Grace sold Amicon in 1996.

(d) Grace has not ascertained whether there was a remaining inventory of the asbestos-containing products available for sale after production ceased.

(e) The product was manufactured at a facility in Woburn, Massachusetts.

(f) The date of initial manufacture has not been ascertained. The product was last manufactured with asbestos in October 1983.

(g) Variable according to custom orders.

(j) Not known.

(k) Not known.

(l) Not known.

(m) Not known.

(n) Not known.

(o) Not known.

### 69. POLYESTER RESINS

(a) Polyester resin as thixotropic agents.

(b) Existing records indicate that the product was first produced in 1975 by Grace's Marco Chemicals division.

(c) 1977. Grace sold this business in 1978.

(d) 1977.

(e) Grace believes the product was manufactured at one or more of the following plant locations:

    Bartow, Florida
    Colton, California
    Jacksonville, Arkansas
    Linden, New Jersey

(f) 1975-1977.

(g) No records or other information have been obtained that contain information responsive to these Interrogatories. Most records for Marco Chemicals are believed to have been transferred when the unit sold in 1978.

(j) None known.

(k) Asbestos suppliers included but may not be limited to Union Carbide, Calidria, CA.

(l) Not known.

(m) Not known.

(n) Not known.

(o) Not known.

### 70. ACRYLIC SEALANT

(a) Daraseal: one-component acrylic sealant for caulking, glazing, and sealing joints.

(b) This was an A.C. Horn Company product. Grace first manufactured acrylic sealant after it acquired A.C. Horn Division of the Sun Company in 1962. Grace records of manufacturing authorization begin in 1965, as shown in the response (e)-(f) below.

(c) Approximately 1968. Grace sold this company in 1978.

(d) Believed to be approximately 1968.

(e)-(f) The product was manufactured at some or all of the A.C. Horn plans listed below. Approximate dates of production are known.

    Chicago, Illinois; 1965-1968
    North Bergen, New Jersey; 1965-1968

(g) Between 1 and 3 percent asbestos by weight, depending upon color.

(j) Fibre E Chrysotile Asbestos.

(k) Not known.

(l) Not known.

(m) Not known.

(n) Not known.

(o) Not known.

## 71. AUTOMOTIVE PRODUCTS

(a) Generically: Adhesives, sealants, sealers, underbody coating, car maintenance products, and spray.

(b) Unknown. Grace sold its interests in Teroson in 1991.

(c)-(d) Approximately 1984.

(e) Heidelberg, Germany was a manufacturing location.

(f) Unknown.

(g) and (j) Terolan, Terotex, Adhesives
| | |
|---|---|
| Two component adhesives | 2.5% chrysotile asbestos |
| Profiled Sealants | 10.0% chrysotile asbestos |
| Miscellaneous sealants | 1.0% chrysotile asbestos |
| Terolan seam sealers | 2.5% chrysotile asbestos |
| Terolan miscellaneous sealants | 2.0% chrysotile asbestos |
| Terotex underbody coating | 4.5% chrysotile asbestos |

9

| | |
|---|---|
| Terotex airless underbody coating | 12.0% chrysotile asbestos |
| Terotex miscellaneous (spray) underbody coating | 4.5% chrysotile asbestos |
| Car maintenance products: sealants, adhesives | 1.0% chrysotile asbestos |

(k) Not known.

(l) Not known.

(m) Not known.

(n) Not known.

(o) Not known.

## 72. SYLODEX

(a) Sylodex.

(b) Not applicable.

(c) Not applicable. This material was manufactured by and purchased for resale from Union Carbide corporation.

(d) Certain foreign subsidiaries of Grace such as Grace GmbH., a German corporation, sold this product in foreign countries between 1970 and 1983.

(e) Union Carbide Corporation, Calidria, California.

(f) Unknown. Not applicable.

(g) and (j) Chrysotile asbestos (100%)

(k) Not known.

(l) Not known.

(m) Not known.

(n) Sylodex 14 & Sylodex 24.

(o) Not known.

## 73. DRILLING MUD VISCOSIFIER

(a) Flosal, Super Visbestos and Basco-bestos.

10

(b)-(f) Unknown. Grace required Drilling Mud, Inc. in 1979 and sold the business, with its records, in 1987. Drilling Mud did not manufacture the product, but mixed it in drilling mud as a viscosifier.

(g) and (j) Nearly 100% chrysotile.

(k) Not known.

(l) Not known.

(m) Not known.

(n) Not known.

(o) Not known.