IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | **Hearing Date: TBD** |
| | ) | **Response Date: TBD** |
| | ) | |

## MOTION TO SPECIALLY SET HEARING WITH RESPECT TO MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR LEAVE TO DESIGNATE AN EXPERT REGARDING CONSTRUCTIVE NOTICE FOR PROPERTY DAMAGE CLAIMS

The Official Committee of Property Damage Claimants (the "**PD Committee**"), by and through its undersigned counsel, respectfully moves this Court for an Order specially setting a hearing on the *Motion of the Official Committee of Asbestos Property Damage Claimants for Leave to Designate an Expert Regarding Constructive Notice for Property Damage Claims* (the "**Motion**"), filed on December 18, 2006.

On October 13, 2006, the Court entered the *Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims* (the "**Scheduling Order**"). The Scheduling Order set November 6, 2006, as the date by which parties were to preliminarily designate fact and expert witnesses in respect of statute of limitations. Rebuttal expert reports are due on January 17, 2007.

On November 6, 2006, the Debtors designated Roger Morse as their expert on "Constructive Notice." The Debtors appear to seek to use Mr. Morse to do the very same thing that the Court determined the Debtors could not do as part of Phase I of the

estimation of property damage claims—to employ Constructive Notice on an omnibus basis without regard for the particularized knowledge and facts pertinent to each individual asbestos property damage claimant.

As further set forth in the Motion, the PD Committee could not and did not anticipate the Debtors' attempt to recycle the use of Mr. Morse or his Constructive Notice report (the "**Morse Report**") given the Court's rejection of Constructive Notice as a Phase I estimation issue. Thus, the PD Committee did not preliminarily designate anyone to rebut Mr. Morse on November 6, 2006. The Motion seeks leave of the Court so that the PD Committee may designate its own expert on the issue of Constructive Notice and, more specifically, to refute Mr. Morse and the Morse Report.

The January 17, 2007, deadline to file a rebuttal expert report is prior to the January 22, 2007 omnibus hearing (the "**January Omnibus Hearing**"), the earliest omnibus hearing in which the PD Committee may schedule the Motion to be heard without leave of the Court. As a result, the PD Committee requests that the Court specially set a hearing on the Motion, either in-person or telephonically, prior to the January 17, 2007, deadline to submit a rebuttal expert report. Indeed, the Court has previously stated that it would accommodate the parties with respect to scheduling matters off of the omnibus hearing schedule in order to address the timing conflicts engendered thereby.

WHEREFORE, the PD Committee respectfully requests the entry of an order specially setting a hearing on the Motion for a date sufficiently prior to the January 17, 2007, deadline to submit a rebuttal expert report on statute of limitations and for such other and further relief as the Court deems appropriate.

2

Dated: December 18, 2006

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No.2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

Local Counsel for the Official Committee of
Asbestos Property Damage Claimants

-and-

Scott L. Baena, Esquire (admitted pro hac vice)
Jay M. Sakalo, Esquire (admitted pro hac vice)
Matthew I. Kramer, Esquire (admitted pro hac vice)
Bilzin Sumberg Baena Price
& Axelrod, LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
(305) 374-7580

Counsel for the Official
Committee of Asbestos Property Damage Claimants