# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: TBD** |
| | ) | **Hearing Date: TBD** |
| | ) | |
| | ) | |

## NOTICE OF MOTION

TO:   All Parties on the Attached 2002 Service List

The Official Committee of Asbestos Property Damage Claimants has filed the attached **Motion to Specially Set Hearing With Respect to Motion of the Official Committee of Asbestos Property Damage Claimants for Leave to Designate an Expert Regarding Constructive Notice for Property Damage Claims** ("Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

You are required to file a response to the attached Motion at a date and time to be determined.

At the same time, you must also serve a copy of any response upon the undersigned counsel.

HEARING ON THE MOTION WILL BE HELD AT A DATE AND TIME TO BE DETERMINED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 18, 2006                FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

-and-

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Matthew I. Kramer, Esquire
Bilzin, Sumberg, Baena, Price
& Axelrod, LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
(305) 374-7580

Co-Counsel for the Official Committee
of Asbestos Property Damage Claimants