**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. _____ |
| | ) | |
| _____ | ) | |

## ORDER

AND NOW, to wit, this _____ day of _____, 2007, the Court

having heard and considered the Motion to Specially Set Hearing With Respect to

Motion of the Official Committee of Asbestos Property Damage Claimants for Leave to

Designate an Expert Regarding Constructive Notice for Property Damage Claims (the

"Motion"), IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. A hearing on the Motion shall be specially set for _____.


_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge