## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | |
| | ) | Case No. 01-01139-JKF |
| | ) | And all related actions |
| Debtor. | ) | |
| | ) | |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the address for the firm of Silber Pearlman, LLP and its

lawyers has changed as indicated below.  The firm's offices are now located at:

Silber Pearlman, LLP
3102 Oak Lawn Ave., Ste. 400
Dallas, TX  75219-6403
MikeH@SPLaw.com
214-874-7000 phone
800-874-0127 toll-free
214-824-8100 fax

DATED:  December 18, 2006.

**SILBER PEARLMAN, LLP**

/s/

Michael J. Hanners
3102 Oak Lawn Ave., Ste. 400
Dallas, TX  75219-6403
214-874-7000
214-824-8100 Fax

ATTORNEYS FOR CERTAIN ASBESTOS PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 18, 2006, a true and correct copy of Silber Pearlman, LLP's Notice of Change of Firm Address was electronically served on all parties authorized to receive electronic service, and was served on all parties not authorized to receive electronic service via United States First Class Mail, postage prepaid.

**SILBER PEARLMAN, LLP**

_____/s/_____
Michael J. Hanners
3102 Oak Lawn Ave., Ste. 400
Dallas, TX  75219-6403
214-874-7000
214-824-8100 Fax

ATTORNEYS FOR CERTAIN ASBESTOS PLAINTIFFS