**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| _____ ) | |
| ) | |
| IN RE: ) | **Chapter 11** |
| ) | |
| **W.R. GRACE & CO.**, *et al.*, ) | **Case No. 01-01139 (JKF)** |
| ) | **Jointly Administered** |
| ) | |
| **Debtors.** ) | |
| ) | **Related to Docket No. 13999** |
| ) | |
| _____ ) | **Hearing Date:  December 5, 2006** |

**RESPONSE AND JOINDER OF MOTLEY RICE LLC IN VARIOUS CLAIMANTS'
FIRMS' RESPONSE TO DEBTOR'S ADDITIONAL BRIEF IN SUPPORT OF W.R.
GRACE & CO.'S MOTION TO COMPEL CLAIMANTS TO RESPOND TO THE W.R.
GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE**

COMES NOW, Motley Rice LLC, (hereinafter "Motley Rice") a law firm representing various asbestos personal injury claimants, and hereby files this Response and Joinder in Various Claimants' Firms' Response to Debtor's Additional Brief in Support of W.R. Grace & Co.'s Motion to Compel Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire.  In support of its Response, Motley Rice states as follows:

Motley Rice hereby and herewith joins in, adopts and incorporates by reference the responses of other Claimants' counsel including, but not limited to, the Combined Response of Certain Law Firms to the Debtor's Additional Brief in Support of W.R. Grace & Co.'s Motion to Compel Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire and The MMWR Firms' Brief in Opposition to the "Additional Brief of W.R. Grace & Co.'s Motion to Compel Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire". Motley Rice submits that, as discussed in these Responses, W.R. Grace & Co. and its affiliates is not entitled to various information, including B-Reader reports, from consulting expert

physicians whose interpretation of physical data is not being relied on to support a claimant's claim.  Fed. R. Civ. P. 26(b)(4)(B); *House v. Combined Ins. Co.*, 168 F.R.D. 236, 241 (N.D. Iowa 1996); *Shoemaker v. General Motors Corp.*, 154 F.R.D. 235, 236, (W.D. Mo. 1994).

WHEREFORE, premises considered, Motley Rice prays that this Honorable Court enter an order denying Grace's Additional Motion to Compel in its entirety and that Motley Rice be granted such other necessary, proper, and equitable relief as this Court deems proper.


Dated: December 18, 2006

RESPECTFULLY SUBMITTED,


*/s/ John E. Herrick*
JOHN E. HERRICK
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Tel. (843) 216-9000
Fac. (843) 216-9440
Email:  jherrick@motleyrice.com

and


*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB # 3381)
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899-1674
(302) 658-1800

COUNSEL FOR VARIOUS
ASBESTOS PERSONAL INJURY
CLAIMANTS