# EXHIBIT 5

# Grace Privilege Log

| Begin Bates | End Bates | Date | Description | Author | Recipient | CC: | Type of Privilege |
|---|---|---|---|---|---|---|---|
| GRACEPI000001 | GRACEPI000005 | | Bates Number Not Used | | | | |
| GRACEPI000006 | GRACEPI000011 | 11/13/2004 | Memorandum re Financial Risk Assessment of the Asbestos Strategy under the Pan of Reorganization and related Financial Reporting Considerations | Tarola, Robert | Norris, Paul; Festa, Fred; Audit Committee of the Board of Directors | Siegel, David*; Finke, Richard*; Disclosure Committee | AWP; ACC |
| GRACEPI000012 | GRACEPI000017 | 11/13/2004 | D Siegel* edits to memorandum re Determination of Asbestos-Related Litigation Reserves for Pan of Reorganization and Financial Reporting Considerations | Tarola, Robert | Norris, Paul; Festa, Fred; Audit Committee of the Board of Directors | Siegel, David*; Shelnitz, Mark*; Finke, Richard*; Kenny, Brian; Delbrugge, Tim; PricewaterhouseCoopers, LLP | AWP; ACC |
| GRACEPI000018 | GRACEPI000023 | 11/13/2004 | D Siegel* edits to memorandum re Determination of Asbestos-Related Litigation Reserves for Pan of Reorganization and Financial Reporting Considerations | Tarola, Robert | Norris, Paul; Festa, Fred; Audit Committee of the Board of Directors | Siegel, David*; Shelnitz, Mark*; Finke, Richard*; Kenny, Brian; Delbrugge, Tim; PricewaterhouseCoopers, LLP | AWP; ACC |
| GRACEPI000024 | GRACEPI000027 | 01/06/2005 | Email with comments re expert work done for Grace's counsel on the potential amount of Grace's legal liability for asbestos claims | Leibenstein, E* | Shelnitz, Mark*; Tarola, Robert | Bernick, D*; Emerson, C* | AWP; ACC |
| GRACEPI000028 | GRACEPI000037 | 10/04/2004 | Email forwarding and commenting on expert estimates of personal injury and property damage claim values | Siegel, David* | Finke, Richard*; Hughes, Jay* | | AWP; ACC |
| GRACEPI000038 | GRACEPI000039 | 12/30/2004 | Email re asbestos reserves and condition precedent for Plan of Reorganization | Siegel, David* | Tarola, Robert | Delbrugge, Tim; Festa, Fred; Finke, Richard*; Kenny, Brian; Norris, Paul; Shelnitz, Mark* | AWP; ACC |
| GRACEPI000040 | GRACEPI000043 | 12/27/2004 | Email re asbestos reserves and condition precedent for Plan of Reorganization | Siegel, David* | Tarola, Robert; Delbrugge, Tim; Festa, Fred; Finke, Richard*; Kenny, Brian; Norris, Paul; Shelnitz, Mark* | | AWP; ACC |
| GRACEPI000044 | GRACEPI000045 | 01/25/2005 | Memorandum re accounting for asbestos-related liabilities discussing work of experts retained to assist with litigation and negotiation of asbestos personal injury claims | Siegel, DB* | Tarola, RM | Grace Board of Directprs; Weitzel, William; Grace Disclosure Committee | AWP; ACC |
| GRACEPI000046 | GRACEPI000046 | 03/04/2003 | Email re presentation on pending cancer claims | Siegel, David* | Hughes, Jay*; Kenny, Brian; Zaremby, Fred | Armstrong, Diane; Tarola, Robert | AWP; ACC |

| Begin Bates | End Bates | Date | Description | Author | Recipient | CC: | Type of Privilege |
|---|---|---|---|---|---|---|---|
| GRACEPI000047 | GRACEPI000047 | 02/23/2005 | Email re presentation on assumptions re maximum asbestos liability incorporated into Plan of Reorganization | Siegel, David* | Armstrong, Diane | Norris, Paul; Tarola, Robert; Shelnitz, Mark* | AWP; ACC |
| GRACEPI000048 | GRACEPI000086 | 12/31/2000 | Charts re asbestos claims statistics, including pending property damage cases; bodily injury reserve, backlog analysis, futures analysis, and claims trends; and costs, insurance recovery, and future cash flows | | | | AWP |
| GRACEPI000087 | GRACEPI000090 | 06/30/2004 | Memorandum re quarterly legal reserves meeting discussing claims against Grace including asbestos PI once PD claims filed in Chapter 11. | Joy, Michelle | File | | AWP |
| GRACEPI000091 | GRACEPI000095 | 09/21/2004 | Memorandum re quarterly legal reserves meeting discussing claims against Grace including asbestos PI once PD claims filed in Chapter 11. | Joy, Michelle | File | | AWP |
| GRACEPI000096 | GRACEPI000098 | 01/04/2005 | Memorandum re quarterly legal reserves meeting discussing claims against Grace including asbestos PI once PD claims filed in Chapter 11. | Joy, Michelle | File | | AWP |
| GRACEPI000099 | GRACEPI000099 | 03/01/2005 | Memorandum re quarterly legal reserves meeting discussing claims against Grace including asbestos PI once PD claims filed in Chapter 11. | Joy, Michelle | File | | AWP |
| GRACEPI000100 | GRACEPI000103 | 04/08/2005 | Memorandum re quarterly legal reserves meeting discussing claims against Grace including asbestos PI once PD claims filed in Chapter 11. | Joy, Michelle | File | | AWP |
| GRACEPI000104 | GRACEPI000106 | 07/05/2005 | Memorandum re quarterly legal reserves meeting discussing claims against Grace including asbestos PI once PD claims filed in Chapter 11. | Anderson, Salena | File | | AWP |
| GRACEPI000107 | GRACEPI000109 | 10/04/2005 | Memorandum re quarterly legal reserves meeting discussing claims against Grace including asbestos PI once PD claims filed in Chapter 11. | Joy, Michelle | File | | AWP |
| GRACEPI000110 | GRACEPI000113 | 01/10/2006 | Memorandum re quarterly legal reserves meeting discussing claims against Grace including asbestos PI once PD claims filed in Chapter 11. | Anderson, Salena | File | | AWP |