**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on December 18, 2006, I caused a copy of the *Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Debtors' Production of Certain Actuarial Studies Referenced in their Securities Filings* to be served upon the attached 2002 service list via first-class mail unless otherwise indicated.

CAMPBELL & LEVINE, LLC

Dated: December 18, 2006

/s/ *Marla Rosoff Eskin*
Marla Rosoff Eskin  (No. 2989)
800 King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0077640.1 }