**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related Docket No. 14057** |
| | ) **Objection Deadline: January 5, 2007** |
| | ) **Hearing Date: January 23, 2007 @ 8:30 a.m.** |

**JOINDER OF THE FUTURE CLAIMANTS' REPRESENTATIVE**
**TO THE MOTION OF THE OFFICIAL COMMITTEE OF**
**ASBESTOS PERSONAL INJURY CLAIMANTS TO**
**COMPEL DEBTORS' PRODUCTION OF CERTAIN ACTUARIAL**
**STUDIES REFERENCED IN THEIR SECURITIES FILINGS**

David T. Austern, the Court-appointed legal representative for future asbestos claimants, by and through his undersigned counsel, hereby files this joinder to the *Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Debtors' Production of Certain Actuarial Studies Referenced in Their Securities Filings*, and respectfully requests that this Court compel the above-captioned Debtors to produce or permit the inspection of all estimates of asbestos personal injury liability prepared by or for Grace between January 1, 1996 and the present, including but not limited to actuarially-based estimates of pending and future asbestos personal injury claims that are referenced in the 2005 Form 10-K that Grace filed with the U.S. Securities & Exchange Commission.

- 2 -

December 18, 2006                    Respectfully submitted,

                                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                                      */s/ Raymond G. Mullady, Jr.*
                                      Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

*Counsel for David T. Austern,*
*Future Claimants' Representative*