# EXHIBIT F



1) 1977 – Royalty Agreement executed
2) 1979 – Transfer of Royalty Agreement Article 3 rights and alleged transfer of Article 4 rights
3) Del Taco Group changes name to Del Taco Corp.
4) 1984 – Creative buys Del Taco Corp.
5) 1988 – Baker Claimants and DTI sell DTI to AWRII
6) AWRII changes name to Del Taco
7) 1992 – Modification Agreement where Creative relinquishes Article 4 rights