## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER GRANTING RELIEF SOUGHT IN
### DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon the Twentieth Omnibus Objection to Claims (Substantive) (the "Twentieth Omnibus Objection") filed by the above captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order expunging and disallowing, reclassifying or reducing, as appropriate, certain claims (collectively, the "Claims" and, each a "Claim"); and no previous application having been made, and upon consideration of the matters set forth herein; and due and proper notice of the Twentieth Omnibus Objection having been given, it is hereby

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

ORDERED that, except as hereinafter stated, the relief sought in the Twentieth Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto; and it is further

ORDERED that, the Objection to each of the Claims listed on <u>Exhibit A</u> to this Order is sustained, and each of the claims listed on <u>Exhibit A</u> under the heading "No Liability" is expunged and disallowed for all purposes; and it is further

ORDERED that, the Objection to each of the Claims listed on <u>Exhibit B</u> to this Order is sustained, and each of the claims listed on <u>Exhibit B</u> under the heading "Reduce and Allow" is allowed in the priority and amount stated on <u>Exhibit B</u>; and it is further

ORDERED that, the Objection to each of the Claims listed on <u>Exhibit C</u> to this Order is sustained, and each of the claims listed on <u>Exhibit C</u> under the heading "Insufficient Documentation Claims" is expunged and disallowed for all purposes; and it is further

ORDERED that, the Objection to the Claims listed on <u>Exhibit D</u> to this Order are sustained, and the Claims listed on <u>Exhibit D</u> under the heading "Reclassify, Reduce & Allow Claims" are reclassified in the priority stated on <u>Exhibit D</u>; and it is further

ORDERED that, the Objection to the Claim listed on <u>Exhibit E</u> to this Order is sustained, and the Claim under the heading "Reclassify Claim" is reclassified (but not allowed) as a general unsecured claim; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rule 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the Claims objected to in the Twentieth Omnibus Objection as to which relief is entered by this Court, having

2

determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: January __, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

3

# EXHIBIT A

## In re: W.R. GRACE & CO., et al
### OMNIBUS 20: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | 19TH AND M STREET ASSOCIATES LLC C/O BREGMAN BERBERT SCHWARTZ& GILDAY LLC 7315 WISCONSIN AVE, STE 800 W BETHESDA MD 20814 | 01-01189 MONOLITH ENTERPRISES INCORPORATED | 6976 | UNKNOWN | (U) | NO LIABILITY. GRACE RECEIVED NO DISTRIBUTION FROM LIQUIDATION OF MAGIC RESTAURANTS. |
| 2 | 19TH AND M STREET ASSOCIATES LLC C/O BREGMAN BERBERT SCHWARTZ& GILDAY LLC 7315 WISCONSIN AVE, STE 800 W BETHESDA MD 20814 | 01-01140 W.R. GRACE & CO.- CONN. | 6977 | UNKNOWN | (U) | NO LIABILITY. GRACE RECEIVED NO DISTRIBUTION FROM LIQUIDATION OF MAGIC RESTAURANTS. |
| 3 | AG &F INVESTMENTS LLC 5500 W HOWARD SKOKIE IL 60077 | 01-01139 W.R. GRACE & CO. | 137 | $47,748.50 | (U) | PER CLAIMANT, ALL AMOUNTS DUE HAVE BEEN SATISFIED. |
| 4 | AMERICAN BRUSH COMPANY 248 WYANDANCH AVE WYANDANCH NY 11798 | 01-01139 W.R. GRACE & CO. | 988 | $95.71 | (U) | INVOICE PAID 2/21/01, CK #282606 |
| 5 | DELL FINANCIAL SERVICES INC ATTN: CHARLES M SIMPSON 14050 SUMMIT DRIVE BLDG A SUITE 101 AUSTIN TX 78728 | 01-01139 W.R. GRACE & CO. | 10 | $240,174.97 | (S) | ALL LEASES HAVE BEEN SATISFIED PER CREDITOR. |
| 6 | ESTATE OF ROSARIO RAPISARDI C/O JAMES RAPISARDI 2251 TOWNSHIP LINE RD LOGAN TWP NJ 08085 | 01-01160 GLOUCESTER NEW COMMUNITIES COMPANY, INC. | 15073 | $680,060.44 | (U) | NO LIABILITY. LEASE IS IRRELEVANT TO ANY PROOF OF DAMAGE. |
| 7 | GRAHAM SMOLKER, ALICE SMOKER & GRAHAM 4640 ADMIRALTY HWY SUITE 800 MARINA DEL RAY CA 90292 | 01-01139 W.R. GRACE & CO. | 383 | $3,500,000.00 | (U) | NO CURRENT LIABILITY. |
| 8 | GRAU, JAMES AND ANNA C/O RICHARD L FERRELL ESQ 425 WALNUT ST STE 1800 CINCINNATI OH 45202 | 01-01140 W.R. GRACE & CO.- CONN. | 9688 | $800,000.00 | (U) | NO CURRENT LIABILITY. |
| 9 | HARY GRAU & SONS INC C/O RICHARD L FERRELL ESQ TAFT STETTINIUS & HOLLISTER LLP 425 WALNUT ST STE 1800 CINCINNATI OH 45202 | 01-01140 W.R. GRACE & CO.- CONN. | 9687 | $800,000.00 | (U) | NO CURRENT LIABILITY. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 20: EXHIBIT A - NO LIABILITY CLAIMS**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 10 | LA MARTIN COMPANY INC<br>14400 HENN<br>DEARBORN MI 48126 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11311 | UNKNOWN | (U) | NO BASIS FOR CLAIM. EPA CONDUCTED AND COMPLETED THE REMEDIATION WORK ON THE SITE. CLAIMANT ADMITS THAT IT HAS NOT MADE AN EFFORT TO REMOVE, CONTAIN AND/OR ABATE THE ASBESTOS ON CLAIMANT'S PROPERTY. |
| 11 | MARTIN, PAUL J<br>14400 HENN<br>DEARBORN MI 48126 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11310 | UNKNOWN | (U) | NO BASIS FOR CLAIM. EPA CONDUCTED AND COMPLETED THE REMEDIATION WORK ON THE SITE. CLAIMANT ADMITS THAT HE HAS NOT MADE AN EFFORT TO REMOVE, CONTAIN AND/OR ABATE THE ASBESTOS ON CLAIMANT'S PROPERTY. |
| 12 | MJ&P LLC<br>14400 HENN<br>DEARBORN MI 48126 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11312 | UNKNOWN | (U) | NO BASIS FOR CLAIM. EPA CONDUCTED AND COMPLETED THE REMEDIATION WORK ON THE SITE. CLAIMANT ADMITS THAT IT HAS NOT MADE AN EFFORT TO REMOVE, CONTAIN AND/OR ABATE THE ASBESTOS ON CLAIMANT'S PROPERTY. |
| 13 | MYERS, C DOUGLAS<br>220 HOLIDAY LANE<br>FORT THOMAS KY 41075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11298 | UNKNOWN | (U) | NO BASIS FOR CLAIM. EPA CONDUCTED AND COMPLETED THE REMEDIATION WORK ON THE SITE. CLAIMANT ADMITS THAT HE HAS NOT MADE AN EFFORT TO REMOVE, CONTAIN AND/OR ABATE THE ASBESTOS ON CLAIMANT'S PROPERTY. |
| 14 | NOL-TEC SYSTEMS INC<br>C/O MARK R PRIVRATSKY ESQ<br>LINDQUIST & VENNUM PLLP<br>80 S 8TH ST STE 4200<br>MINNEAPOLIS MN 55402 | 01-01140<br>W.R. GRACE & CO.-CONN. | 7024 | UNKNOWN | (U) | CLAIM RESOLVED VIA SETTLEMENT |
| 15 | P&S ASSOCIATES<br>14400 HENN<br>DEARBORN MI 48126 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11309 | UNKNOWN | (U) | NO BASIS FOR CLAIM. EPA CONDUCTED AND COMPLETED THE REMEDIATION WORK ON THE SITE. CLAIMANT ADMITS THAT IT HAS NOT MADE AN EFFORT TO REMOVE, CONTAIN AND/OR ABATE THE ASBESTOS ON CLAIMANT'S PROPERTY. |
| 16 | PELETT, WALTER D<br>823 SE 3RD AVE<br>PORTLAND OR 97214 | 01-01139<br>W.R. GRACE & CO. | 2519 | $52,516.76 | (U) | STATUTE OF LIMITATIONS HAS EXPIRED. |
| 17 | TEXAS COMPTROLLER OF PUBLIC ACCTS<br>OFFICE OF THE ATTORNEY GENERAL<br>COLLECTION DIV BANKRUPTCY SECT<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 300 | $4,252.88 | (U) | NOT IN DEBTORS' BOOKS AND RECORDS. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/18/2006 7:46:24 AM

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 20: EXHIBIT A - NO LIABILITY CLAIMS**

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|
| | | totals: | $240,174.97 | (S) | |
| | | | $5,884,674.29 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative      (S) - Secured
                                                                                                                (P) - Priority            (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim.  The Debtors include such classification for the purpose of identifying the claim to which the objection applies.  The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/18/2006 7:46:35 AM

# EXHIBIT B

In re: W.R. GRACE & CO., et al
## OMNIBUS 20: EXHIBIT B - REDUCE AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN REAL ESTATE LP 100 S BEDFORD RD ATTN FELICIA P BUEBEL ESQ MOUNT KISCO NY 10549 | 14056 | $2,527,290.61 | (U) | $1,504,290.61 | (U) | ALLOWED AMOUNT INCLUDES ONE YEAR OF RENT ($1,571,713.90) LESS MITIGATION OF DAMAGES ($204,723.29) PLUS DEFERRED MAINTENANCE ITEMS ($137,300.00). |
| 2 | BROWARD COUNTY DEP OF FINANCE REVENUE COLLECTION DIVISION GOVERNMENTAL CENTER ANNEX 115 S ANDREWS AVE FT LAUDERDALE FL 33301 | 885 | $7,781.94 | (S) | $7,470.66 | (S) | REDUCTION IS DUE TO SCHEDULED PAYMENT DATE. AGREE TO BALANCE DUE ON 11/30/01. |
| 3 | CENDANT MOBILITY SERVICES CORPORATION ATTN WAYNE RIGIE 40 APPLE RIDGE RD DANBURY CT 06810 | 9837 | $270,250.62 | (U) | $8,930.20 | (U) | NOT IN BOOKS AND RECORDS AND CANNOT VALIDATE WITH THE EXCEPTION OF D22940 FOR $117.42, C89762 FOR $131.24, E35032 FOR $551.19, C89763 FOR $6,703.20, D22941 FOR $196.32 AND D22942 FOR $1,230.83. |
| 4 | CLARK COUNTY TREASURER C/O ATTORNEY FRANK BALLARD 425 EAST 7TH ST JEFFERSONVILLE IN 47130 | 1666 | $6,815.32 | (P) | $2,900.60 | (P) | TAXES ARE OWED FOR YEAR 1999 ONLY. |
| 5 | PETERS SMITH & CO C/O CHARLES C TRASCHER III PO BOX 2055 MONROE LA 71207 | 9689 | $50,000.00 | (U) | $25,000.00 | (U) | LEASE HAS EXPIRED, SO REJECTION DAMAGES DO NOT APPLY. |

| | totals: | | | |
|---|---|---|---|---|
| | | $7,781.94 (S) | | $7,470.66 (S) |
| | | $6,815.32 (P) | | $2,900.60 (P) |
| | | $2,847,541.23 (U) | | $1,538,220.81 (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

12/13/2006 7:48:53 AM

# EXHIBIT C

## In re: W.R. GRACE & CO., et al
## OMNIBUS 20: EXHIBIT C - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | LEONARD, CALVIN L<br>911 FOLEY AVE<br>IOWA PARK TX 76367 | 01-01139<br>W.R. GRACE & CO. | 1003 | $103,000.00 | (U) | DOCUMENTATION NOT SUFFICIENT TO SUPPORT CLAIM. |
| 2 | UNITED STATES DOD<br>C/O MARK BARTA<br>DFAS-CO/G<br>PO BOX 182317<br>COLUMBUS OH 43218 | 01-01139<br>W.R. GRACE & CO. | 15178 | $1.00 | (U) | DOCUMENTATION NOT SUFFICIENT TO SUPPORT CLAIM. |

totals:    $103,001.00    (U)

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/13/2006 7:52:10 AM

# **EXHIBIT D**

## In re: W.R. GRACE & CO., et al
## OMNIBUS 20: EXHIBIT D - RECLASSIFY, REDUCE & ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | POTASH CORP<br>C/O DAVID W WIRT ESQ<br>WINSTON & STRAWN<br>35 W WACKER DR<br>CHICAGO IL 60601 | 698 | $304,201.84 | (S) | $10,684.37 | (U) | $278.363.96 HAS BEEN PAID.  $15,153.51 DISPUTED DURING CONSTRUCTION PHASE. |
| 2 | SIERRA LIQUIDITY FUND<br>RE: XEROX CORPORATION<br>2699 WHITE RD<br>STE 255<br>IRVINE CA 92614 | 690 | $553.52<br>$4,210.63 | (S)<br>(U) | $2,067.60 | (U) | VENDOR WAS NOT ABLE TO PROVIDE A COPY OF INVOICE 07845966 FOR $2,687.55. INVOICE IS NOT IN BOOKS AND RECORDS AND CANNOT BE VALIDATED. |
| | totals: | | $304,755.36<br>$4,210.63 | (S)<br>(U) | $12,751.97 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.      **(A) - Administrative      (S) - Secured<br>(P) - Priority      (U) - Unsecured

Page 1 of 1                                                                                                    12/13/2006 7:57:13 AM

# EXHIBIT E

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 20: EXHIBIT E - RECLASSIFY CLAIMS**

| Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|
| 1 GERMAN AMERICAN REAL ESTATE CORP<br>C/O JOHN W HATHAWAY<br>701 5TH AVE STE 3401<br>SEATTLE WA 98104 | 877 | UNKNOWN | (S) | | | NO BASIS FOR SECURED CLAIM. |

totals:

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured<br>(P) - Priority   (U) - Unsecured

Page 1 of 1                                    12/13/2006 2:10:09 PM