# EXHIBIT B

E. H. SNYDER
ATTORNEY AND COUNSELOR AT LAW
161 WEST WISCONSIN AVENUE
PLANKINTON BUILDING SUITE 7046
MILWAUKEE, WISCONSIN 53203

TELEPHONE 224-1011
AREA CODE 414

October 14, 1975

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. Peter R. Grace
W. R. Grace & Co.
62 Whitmore Avenue
Cambridge, Massachusetts 02140

Re: BITUTHENE
Ardco, Inc. our file 75-125
Eerrs, Inc. our file 75-126

Dear Mr. Grace:

I am the attorney for Mr. Anthony Volovsek, Daniel C. Hanson, and Ralph E. Bielefeld, who have formed the above Wisconsin corporations for the purpose of installing a Roofing System invented and created by Mr. Volovsek, and on which a patent is now pending.

This new roofing system has been thoroughly investigated and discussed with Mr. Donald Couglen and Mr. Hayden Clark beginning in January, 1975 and on various dates from that time to the present.

Your material "BITUTHENE" is one of the elements that can be used in this new roofing system, and on or about October 2, 1975, Mr. Hansen was informed by Mr. Couglen that Mr. Hansen's request for 105 rolls of Bituthene, C.O.D., could not be filled and would have to be referred to Mr. Clark.

Mr. Hansen then left two messages for Mr. Clark to return his call, and on October 10, 1975, Mr. Clark left a message with Mrs. Bielefeld that he would furnish only 5 rolls for testing, although Mr. Hanson had requested 105 rolls. Mr. Clark quoted no price and stated that he could not sell larger amounts to my clients at this time.

Under the circumstances, I have informed my clients that their rights and interests are being clearly infringed upon by Mr. Clark, that the matter should be brought to not only your attention, but to the at-

E. H. SNYDER

ATTORNEY AND COUNSELOR AT LAW



tention of Mr. Rosenblatt and Mr. Couglen with a request that I receive an immediate explanation for the treatment given to my clients by Mr. Clark, and if such is a fact, the reason or reasons that W. R. Grace and Co. refuses to sell Bituthene to my clients on a C.O.D. basis.

In the event that I do not receive a satisfactory reply from you within the next five days, my instructions are to take whatever legal action is necessary to enforce the rights and interests of my clients against those responsible for this situation.

Very truly yours,

E. H. Snyder III

E. H. Snyder

EHS/mmi

cc: via Certified Mail return receipt requested to:
Mr. Hayden Clark, W. R. Grace & Co., 62 Whitmore Ave., Cambridge, Mass. 02140

Mr. Leonard Rosenblatt, W. R. Grace & Co., 62 Whitmore Ave., Cambridge, Mass. 02140

Mr. Donald Couglen, W. R. Grace & Co., Construction Products Div., 6051 W. 65th St., Chicago, Ill. 60638

cc: via regular mail to:
Mr. Anton Volovsek
Mr. Daniel C. Hanson
Mr. Ralph E. Bielefeld

# CONSTRUCTION PRODUCTS DIVISION

W. R. GRACE & CO., 62 WHITTEMORE AVENUE, CAMBRIDGE, MASSACHUSETTS 02140 617-876-1400

October 24, 1975

E. H. Snyder, Esq.
161 West Wisconsin Avenue
Plankinton Building, Suite 7048
Milwaukee, Wisconsin 53203

Dear Mr. Snyder:

I am in receipt of a copy of your letter dated October 14, 1975 and have taken the liberty of looking into the matters raised by your letter.

W. R. Grace & Co. is a responsible company and desires that its products be used only in applications wherein there is sufficient basis to believe that they will perform satisfactorily. Your clients desire to use our product Bituthene as a critical component in a roofing system which your clients have designed. My people are of the opinion that there is not sufficient basis for us to believe that your clients' roof design utilizing our product will perform as intended.

Product liability exposure in the roofing industry can be substantial. Further, there is nothing which will so materially adversely affect our ability to make sales as bad field exposure with a product. Therefore, I must inform you that W. R. Grace & Co. is not willing to assume the legal and business risks that sales of our product Bituthene to your clients would entail.

As we have said previously, we are willing to work with your client to develop some field experience with the use of Bituthene in their system. We initially offered to provide Mr. Volovsek with five rolls of Bituthene, at no charge, for this purpose if he so desires. If they wish to proceed on this basis, please let me know.

Sincerely,

Leonard Rosenblatt
Vice President

LR/mj

cc: Mr. J. Peter Grace

COPY RECEIVED
OCT 28 1975
E. H. SNYDER
75-125

GRACE

E. H. SNYDER
ATTORNEY AND COUNSELOR AT LAW
161 WEST WISCONSIN AVENUE
PLANKINTON BUILDING SUITE 7048
MILWAUKEE, WISCONSIN 53203

TELEPHONE 224-1011
AREA CODE 414

November 7, 1975

Mr. Leonard Rosenblatt, Vice Pres.
Construction Products Division
W. R. Grace & Co.,
62 Whittemore Avenue
Cambridge, Mass. 02140

Re: Ardco, Inc. - our file 75-125

Dear Mr. Rosenblatt:

I have carefully reviewed your letter to me of October 24, 1975 with my clients.

On behalf of my clients and ARDCO, INC., I am authorized and do hereby offer to purchase from W. R. Grace & Co. 200 rolls of Heavy Duty Bituthene, C.O.D. at a total price which is the same as the total price currently being charged and paid for that amount by other direct purchasers of this material in the midwest.

It is expressly understood that any warranties, expressed or implied, of said Bituthene by W. R. Grace & Co. shall be limited to those warranties set forth in your standard written warranty relating to said material and in your advertising brochure, Form CMD 362B, entitled "Heavy Duty Bituthene".

In addition, since your letter appears to state a concern for products liability exposure if Heavy Duty Bituthene is used in the roofing industry, I request that you furnish me with a description of the product liability risks you allege may arise out of the use of Bituthene for roofing which risks do not or may not arise out of the established uses of Heavy Duty Bituthene.

Both you and the W. R. Grace & Co. are also hereby informed that ARDCO has had to breach its contracts for the installation of the patent pending roofing system solely because you have refused to sell to or deal with ARDCO or with any material supplier in Wisconsin by making Heavy Duty Bituthene unavailable to ARDCO or any other distributor of building materials in Wisconsin.

I would appreciate an early response in order that I may advise my clients whether the commencement of litigation to enforce their rights and interests is necessary. We would obviously prefer to resolve this matter immediately without

E. H. SNYDER
ATTORNEY AND COUNSELOR AT LAW

Mr. Leonard Rosenblatt -2- November 7, 1975

long term litigation. However, if that is the only way that we can be compensated for the destruction of the business of ARDCO as a result of your actions and those of the other representatives of W. R. Grace & Co., we shall certainly proceed with whatever litigation is necessary and justified under the circumstances.

Very truly yours,

E. H. Snyder, III

E. H. Snyder

EHS/mmi

cc: Mr. J. Peter Grace
Mr. Anton Volovsek
Mr. Daniel C. Hanson
Mr. Ralph E. Bielefeld
Mr. James A. Hauer

# CONSTRUCTION PRODUCTS DIVISION

W. R. GRACE & CO., 62 WHITTEMORE AVENUE, CAMBRIDGE, MASSACHUSETTS 02140 617-876-1400

November 26, 1975

E. H. Snyder, Esq.
161 West Wisconsin Avenue
Milwaukee, Wisconsin 53203

Your File No. 75-125

Re: Ardco, Inc.

Dear Mr. Snyder:

I have reviewed your letter of November 7, 1975 with our counsel who, I understand, has discussed our position with you.

This will confirm that W. R. Grace & Co. does not feel it appropriate to knowingly sell Heavy Duty Bituthene for a use wherein there is not sufficient basis for us to believe that it will perform satisfactorily. Accordingly, our position remains unchanged from that stated in my letter of October 24, 1975.

Sincerely,

[signature]

Leonard Rosenblatt
Vice President

LR/ms

cc/ Mr. J. Peter Grace

send copy to Volovsek, antone
12/12/75

COPY RECEIVED
[illegible] 5 1975
E. H. SNYDER

75-125

GRACE