# **EXHIBIT C**

FILED FOR RECORD
KLICKITAT COUNTY AUDITOR

97 JAN -7 PM 2: 51

FILED BY _A. F. Volovsek_
RETURN TO _Same_

257396

RECORDING REQUESTED BY )
AND WHEN RECORDED MAIL TO )
)
Anton Frank, Volovsek )
c/o System Solutions )
P.O. box 522 )
White Salmon, Washington )
NDPZ        [98672] )
_____ )

VOL _343_ PAGE _788-794_

RECORDER'S USE_____

**CAVEAT/NOTICE:**
*Failure To Respond To This Affidavit As Herein Required Within Ten (10) Days, Will Invoke The Doctrine Of Acquiescence And/Or Admission And/Or Claims Made, By This Affiant And Further, Will Be A Tacit Admission Of Affiant's Right To Recover In Commerce For Damages Caused By Respondent, But Not Limited To Penalties And Costs.*

Anton Frank, Volovsek )
    Affiant: )
    vs. )
)
A. L. Costello Chrman, Pres., &. Ceo )
W. R. Grace & Co, One Town Ctr Rd )
Boca Raton, Fl. 33496, )
 And, )
A. L, Costello Chrman, Ceo, )
And, )
Robert J. Bettacchi Pres; )
Grace Construction Products )
62 Whitemore Ave, Cambridge, Ma. 02140, )
And, )
A.l. Costello Chrman, Pres., & Ceo; )
Grace W- R. & Co. Inc. (Ny) )
One Town Ctr, Rd, Boca Raton, Fl. 33486, )
    Respondents )
_____ )

**A SECURITY* (15 USC.)**

* A SECURITY: "Any evidence of DEBT"

COMMERCIAL AFFIDAVIT
OF DEFAULT,
NOTICE AND WARNING OF: 10 Day
COMMERCIAL GRACE;
    and,
NOTICE OF NON-JUDICIAL,
    and
PRE-JUDICIAL PROCEEDING

RECEIVED APR 2 9 2002

VOL 343 PAGE 788

## AFFIDAVIT OF DEFAULT

STATE OF WASHINGTON    )
                       ) Ss
COUNTY OF KLICKITAT    )

### On Principle of Respondent Superior

I, Anton Frank, Volovsek, the Undersigned, do solemnly affirm, declare, and depose the following:

1. AFFIANT is of lawful age possessing sound mind and competent to state to the matter set forth herein; and,

2. AFFIANT has personal knowledge of the facts stated herein; and,

3. FACTS stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness, this Affiant will testify to their veracity; and,

4. AFFIANT presents this Affidavit as the highest form of prima facie evidence in these matters; and,

5. a. Lien instrument must obviously, patently, and evidently be a lien by being clearly and explicitly titled "LIEN", "CLAIM OF LIEN", or "DECLARATION OF LIEN" and must contain full disclosure by exhaustive Commercial content, as follows in b), c), and d); and,
   b. Lien instrument must contain a notarized hand-signed affidavit, for which the issuer is Commercially liable, containing a plain statement of fact disclosing how the obligation of the lien was created or established, and attesting that the commercial condition is true, correct, and certain; and,
   c. Lien instrument must contain a ledger or bookkeeping statement connecting purchases, services rendered, and/or injury sustained, presented in a one-to-one correspondence, with their partial claim obligation. The partial obligations are then totaled to obtain the obligation. This called a "True Bill in Commerce"; and,
   d. Lien instrument must contain a statement, either specific, or general, of the property being seized from the lien debtor to satisfy, or to guarantee satisfaction, of the obligation of the lien; and,
   e. A "NOTICE" of lien, to be valid, must contain a clear statement as to where the lien is filed, where it can be found and how a copy can be obtained.

## TRUE BILL IN COMMERCE

6. RESPONDENTS, their agents, and principal corporation must follow public Antitrust Civil Process 15:131 1, §§1. 186-1, and federal Procedures and Process, applicability of Federal Civil Process, Wright and Miller, Civil 2451 and Wright, Criminal 109 and applicable Uniform Commercial Code while conducting business or be liable for the damages to injured party and are subject to penalties prescribed therein; and,

7. RESPONDENTS, their agents, and principal corporations refused to sell, this Affiant, their product, heavy duty Bituthene, which was on the open market. It was the only product on the market at that time which met specifications needed to utilize Affiant's patented roof systems, (See attached letters); and,

8. RESPONDENTS, their agents, and principal corporations also notified all membrane distributors that if they sold any membrane to this Affiant for the One Hundred Thirty Five Thousand ($135,000.00) Dollar contract, then in place, or if they sold Affiant any membrane for future contracts, they would be black-listed and never be able to handle the Grace Product lines, (See Exhibit B); and,

9. RESPONDENTS, are responsible and liable for all acts, non-acts, omissions, or commission of their agents, officers, or others, living or deceased, for the acts of the agents are the acts of the principals; and

10. RESPONDENTS, their agents, and principal corporations committed the above acts compromising the thirty thousand square foot, One Hundred Thirty Thousand ($135,000) Dollar contract and a Two Thousand Five Hundred ($2500.00) Dollar contract on or about 1975. (See Exhibit A); and,

11. SAID ACTS also compromised future contracts to apply my EER System because no other product would produce the same results in my roofing system, which was later tested, patented and approved by Underwriters Laboratories, and U.S. Army Corps of Engineers. Additional losses to business, due to Affiant's inability to develop and use patented system, resulted in financial losses amounting to approximately One Hundred Billion ($100,000,000,000) Dollars, (See exhibit A): and,

12. RESPONDENTS, their agents, and principal corporations, cost Affiant a marriage of 25 years and caused Affiant's four children to be alienated from him; and,

13. RESPONDENTS, their agents, and principal corporation caused Affiant, humiliation, trauma and left Affiant to be incapable of communication due to the server stress, abuse and financial losses. This resulted in Affiant having a severe nervous breakdown. The aggravated mental condition allowed for Affiant's attorney to steal his patent. The cost of litigation to retrieve his patent was approximately Two Hundred Twenty Five Thousands ($225,000.00) Dollars; and,

14. SAID ACTS resulted in Affiant's second wife support him during his time of disability without whom Affiant would surely have died from the constant stress and aggravation caused by Respondents. This caused nearly One Hundred Thousand ($100,000) Dollars in expenses for physicians, hospitalization and medications; and,

15. RESPONDENTS, their agents, and principal corporations by the above said actions, also caused this Affiant, difficulty communicating with anyone for twenty years due to his nervous breakdown caused by agents act, no-acts, omissions, commissions and Black Balling; resulting in his inability to market his EER System or earn even a meager living for twenty years. Losses amounted to Five Hundred Eighty Nine Billion Four Hundred Sixty Two Thousand Five Hundred ($589,000,462,500) Dollars (See exhibit C); and,

16. RESPONDENTS, their agents, and principal corporations were recently given the opportunity, by this Affiant, to market his system with the opportunity of making an estimated gross profit in five years, for themselves, of One Hundred Fifty Billion ($150,000,000,000.00) Dollars therein mitigating the above said damages by royalties paid to him. This failure to mitigate damages and continuing in bad faith causing additional losses of Sixty Three Billion ($63,000,000,000,) Dollars (See exhibit D); and,

17. RESPONDENTS, their agents, and principal Corporation caused this Affiant the total losses and injuries exceeding Five Hundred Eighty Nine Billion Four Hundred Sixty Two Thousand Five Hundred ($589,000,462,500.00) Dollars and the loss of his first wife, and the loss of his children health and self esteem to the point of self destruction.   — Amt. of 1st Lich

Work sheet is for calculating the alternative demand for injuries and losses at acceptable minimums.
Work sheet calculations is based on Ten (10) billion $ft^2$. per year of estimated EER System potentially sold. Footage's are based only on American markets as shown herein before by Canadian and American Patents.
Work sheet calculations is based on 2.5 cents per $ft^2$ royalties sold at U.S. markets only. 2.5 cents x 10 billion sq. ft. equals to the amount of $250,000,000 million dollars of losses for one year only.
These figures, if calculated over the last 20 years would be at phenomenal levels, not including foreign market potentials. $250,000,000 million x ten (10) years would equal to $2.5 billion and so on.
So as you can see, if you calculated this for twenty (20) years it would be 500 billion dollars.

## CRIMINAL COMPLAINT

18. This Criminal Complaint and the Defendants herein are in violation of various Constitutional secured rights, these rights are listed below:
    a. Article 1, § 10 cl.1, impart; No state shall pass any law Impairing the obligation of contracts; and,
    b. Amendment V, in part, nor be deprived of life, liberty or property without just compensation; and,
    c. The Defendants herein are in violation of 15 USCA. Sherman Anti Trust Act; as placed below:
    e. The Defendants herein are in violation of 15 USCA § 1; as placed below, Trust, Etc., In Restraint Of Trade Illegal; Penalty:
       Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $10,000,000 if a corporation, or, if any other person, $350,000, or by imprisonment not exceeding three years, or by both said punishments, in the discretion of the court.
    f. The Defendants herein are in violation of 18 USCA § 4; as placed below, Misprision of Felony:
       Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.
    g. The Defendants herein and all that conspired to embezzle the patented system whether from the beginning or whether they joined the conspiracy after the fact are equally guilty as stated in 18 USCA § 3; as placed below, Accessory after the fact:
       Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, is an accessory after the fact. Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section 3571) fined not more than one-half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years.
    h. The Defendants herein are in violation of 18 USCA § 241; as placed below, Conspiracy Against Rights Of Citizens:
       If two or more persons conspire to injure, oppress, threaten, or intimidate any Citizen in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent of hinder his free exercise or

enjoyment of any right or privilege so secured- they shall be fined not more than $10,000 or imprisoned not more than ten years, or both; and if death results, they shall be subject to imprisonment for any term of years or for life.

I. The Defendants herein are in violation of 18 USCA § 242; as placed below, Deprivation Of Rights Under Color Of Law:

Whoever, under color of law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000 or imprisoned not more than one year, or both; and if death results shall be subject to imprisonment for any term of years or for life.

## DEFAULT

19. Take Notice that demand was made on you, to answer the Notice and Demand in the document known as:

   **COMMERCIAL AFFIDAVIT OF FACT,
   NOTICE AND WARNING OF COMMERCIAL GRACE, and
   NOTICE OF NON-JUDICIAL and PRE-JUDICIAL PROCEEDING**

   which was mailed to each of you herein named, by Certified Mail, on 2nd day of October, 1996.

20. FAILURE TO RESPOND as therein required, has been considered a willful disregard of that instrument. Said failure has provoke the immediate filing of a Lien making Respondents liable for the sum certain amount of damages occurring to this Affiant for Two Billion Five Hundred Million ($2.5 billion) Dollars in lawful money of account of the United States of America, i.e. gold or silver minted by the U.S. Mint, (3 1 USC § 5112), at the price of Gold in Washington DC at the time of default; or Federal Reserve Notes; and,

21. THAT failure of accused to prove their claims by rebuttal against said affidavit within ninety (90) calendar days (or in the alternative, fully comply with all numbered points above), has been considered a willful breach of and default on a bilateral contract (Affidavit of Agreement) formed knowingly, intentionally, and voluntarily by and between the undersigned and the accused and the Criminal complaint will issue Forthwith; and,

22. THAT Affiant, the undersigned affiant, depose and certify that we have written the foregoing with intent and understanding of purpose, and believe the statements, allegations, demands and contents herein to be true, correct, complete, certain and commercially reasonable, and just, to the best of our knowledge and believe; and,

23. THAT Affiant now places a lien on all assets of W.R. Grace. This is to include, but is not limited to, Machinery (On Site and Factory), Buildings, Liquidatable merchandise and Products.