# **EXHIBIT D**

# WR Grace
## Bankruptcy Form 10
### Index Sheet

RUST000138

**A00000714 B**

Claim Number: __00000714__

Receive Date: __04 / 25 / 2002__

## Multiple Claim Reference

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

Firm Number:                          Firm Name:

Attorney Number:                      Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments<br>Medical Monitoring | Attachments<br>Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [x] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [ ] Other Attachments | |
| **Other** | [ ] Non-Standard Form | |
| | [ ] Amended | |
| | [ ] Post-Deadline Postmark Date | |

Box/Batch: WRBF0004/WRBF0015                Document Number: WRBF000714

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF Delaware | | GRACE NON-ASBESTOS PROOF OF CLAIM FORM |
|---|---|---|
| Name of Debtor:[1] W. R. Grace Co. et al., | Case Number 01-01139 (JKF) | |

NOTE: This form should not be used to make a claim for an administrative expense, as defined on the attached instructions, arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. This form should also not be used to file a claim for an Asbestos Personal Injury Claim, Asbestos Property Damage Claim, Zonolite Attic Insulation Claim or Settled Asbestos Claim. A specialized proof of claim form for each of these claims should be filed.

| Name of Creditor (The person or other entity to whom the Debtor owes money or property): **Anton Frank Volovsek** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent: **Anton Frank Volovsek - RT2 - Box 200 #42 - Kamiah, Idaho 83536** | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies Debtor: | Check here ☐ replaces ☐ amends a previously filed claim, dated: | |

Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted:
**ALL W.R. Grace property + Interests - See UCC-1 form attached**

| 1. Basis for Claim | |
|---|---|
| ☐ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Environmental liability | Your SS #: _____ |
| ☐ Money loaned | Unpaid compensation for services performed |
| ☐ Non-asbestos personal injury/wrongful death | from _____ to _____ (date) |
| ☐ Taxes | |
| ☐ Other **2 Commercial Construction Liens enclosed** | |

| 2. Date debt was incurred: **1976 To + including 1998** | 3. If court judgment, date obtained: |
|---|---|
| 4. Total Amount of Claim at Time Case Filed: | $**491,560,462,500.00** |

☐ If all or part of your claim is secured or entitled to priority, also complete Item 5 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Classification of Claim. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

| ☒ SECURED CLAIM | ☐ UNSECURED PRIORITY CLAIM - Specify the priority of the claim. |
|---|---|
| Attach evidence of perfection of security interest | |
| Brief Description of Collateral: | ☐ Wages, salaries, or commissions (up to $4650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3). |
| ☐ Real Estate  ☒ Other (Describe briefly) **See UCC-1 form** | ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4). |
| Amount of arrearage and other charges at time case filed included in secured claim above, if any: $**491,560,462,500.00** | ☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8). |
| ☐ UNSECURED NONPRIORITY CLAIM | ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( ). |
| A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim. | |

| 6. Credits and Setoffs: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to Debtor. | This Space is for Court Use Only |
|---|---|
| 7. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. | |
| 8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | WR Grace   BF.4.15.714 **00000714** |
| Date  Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) **Anton Frank Volovsek   Anton Frank Volovsek** | |

C:\WINDOWS\Temporary Internet Files\OLK5002\PROOF002-Rvsd2-5-02.wpd

RECEIVED APR 2 9 2002    RECEIVED APR 2 5 2002

[1] See attached instructions for names of all Debtors.

FILED BY Anton Frank Volovsek
RETURN TO Same

255865

VOL 340 PAGE 280-330

FILED FOR RECORD
KLICKITAT COUNTY AUDITOR

96 OCT -2 PM 12:57

When Recorded, Please Return to:
Anton Frank, Volovsek
c/o System Solutions
PO Box 522
White Salmon, Washington [98672]

Certified Mail #_____.

**CAVEAT/NOTICE:**
*Failure To Respond To This Affidavit As Herein Required Within Twenty (90) Days, Will Invoke The Doctrine Of Acquiescence And/Or Admission And/Or Claims Made, By This Affiant And Further, Will Be A Tacit Admission Of Affiant's Right To Recover In Commerce For Damages Caused By Respondent, But Not Limited To Penalties And Costs.*

Anton Frank, Volovsek )
    Affiant: )
vs. )
A. L. COSTELIO CHRMAN, PRES., & CEO )
W. R. GRACE & CO, ONE TOWN CTR RD )
BOCA RATON, FL. 33496, )
    and, )
A. L. COSTELLO CHRMAN, CEO, )
    and, )
ROBERT J. BETTACCHI PRES.; )
GRACE CONSTRUCTION PRODUCTS )
62 WHITEMORE AVE, CAMBRIDGE, MA. )
02140, )
    and, )
A.L. COSTELLO CHRMAN, PRES., & CEO; )
GRACE W- R. & CO. INC. (NY) )
ONE TOWN CTR, RD, BOCA RATON, FL. )
33486, )
    Respondents )

country of Washington  )
                       ) Ss
Klickitat county       )

| **A SECURITY\* ( 15 USC )** |

\* A SECURITY: "Any evidence of DEBT"

**COMMERCIAL AFFIDAVIT**

**OF FACT,**

NOTICE AND WARNING OF:

COMMERCIAL GRACE;

and,

NOTICE OF NON-JUDICIAL,

and

PRE-JUDICIAL PROCEEDING

The foregoing instrument has been compared and is a true and correct transcript of the original thereof on file in the records of my office.
Dated this 2nd day of October, 19 96
DIANA HOUSDEN, Auditor
Elizabeth Richardson DEPUTY
in and for the County of Klickitat, State of Washington.

Commercial Affidavit of Fact

Page 1 of Fourteen

VOL 340 PAGE 280

1-715-468-7941    SHELL LAKE STATE BNK    PAGE 01

## COMMERCIAL AFFIDAVIT OF FACT,
### NOTICE AND WARNING OF COMMERCIAL GRACE, and
### NOTICE OF NON-JUDICIAL and PRE-JUDICIAL PROCEEDING

**CAVEAT NOTICE:** Failure to respond to this Affidavit as herein required within twenty days, will invoke the doctrine of acquiescence and/or admission of the claims made by this Affiant, further will be a tacit admission of Affiant's right to recover in Commerce for damages against Respondent, including but not limited to penalties and costs.

| Affiant | Anton Volovsek | Respondents | A. L. Costello Chrmn |
| --- | --- | --- | --- |
| | c/o PO Box # 1 | and | W. R. Grace & Co |
| | Willard, Wisconsin | | One Town Ctr R |
| | [54493] | | Boca Raton F |

A. L. Costello
and    Robert H Beber
and    Grace Construct
       Whitemn
       Cambridge, MA

A. L. Costello Chmn
and    Grace W R &
       One Town C
       Boca Raton F

Registered Mail #

Cause

### NOTICE AND DEMAND
### BY AFFIDAVIT
### on principle of Respondeat Superior

I, Anton Volovsek, the Undersigned, solemnly affirm, declare and depose the foll-

### FULL DISCLOSURE OF VENUE AND JURISDICTION

1. This Affiant of lawful age, personal competent and consistent to state forth herein, and,

Notice and Demand    Page 1 of 6

Filed in Olympia, Washington

**UCC-1** FINANCING STATEMENT is presented for filing pursuant to the WASHINGTON UNIFORM COMMERCIAL CODE, chapter 62A.9 RCW, to perfect a security interest in the below named collateral.
PLEASE TYPE FORM
Filing fee: $12.00.

| 1. DEBTOR(S) (see Instruction #2) ☐ PERSONAL (last, first, middle name and address) ☐ BUSINESS (legal business name and address) | Debtor 1 SSN: ____ FEIN: ____ Debtor 2 SSN: ____ FEIN: ____ | 2. FOR OFFICE USE ONLY — DO NOT WRITE IN THIS BOX |
|---|---|---|

Grace W.R., & Co. Inc.
A.L. Costello, ~~Chrman, Pres., CEO~~
One Town Ctr Rd
Boca Raton, FL 33486
TRADE NAME, DBA, AKA:

3. SECURED PARTY(IES) (name and address)

    Anton Frank Volovsek
    P.O. Box 723
    Tekoa, WA 99033

4. ASSIGNEE(S) of SECURED PARTY(IES) if applicable (name and address)

5. SECURED PARTY CONTACT PERSON: Anton Frank Volovsek    Phone: ____

6. CHECK ONLY IF APPLICABLE: (For definitions of TRANSMITTING UTILITY AND PRODUCTS OF COLLATERAL, see instruction sheet.)
   ☐ Debtor is a Transmitting Utility    ☒ Products of Collateral are also covered

7. THIS FINANCING STATEMENT covers the following collateral: (Attach additional 8-1/2" x 11" sheet(s) if needed.)

    Please see Attachment

8. RETURN ACKNOWLEDGMENT COPY TO: (name and address)

    Anton Frank Volovsek
    P.O. Box 723
    Tekoa WA 99033

9. FILE WITH:
   UNIFORM COMMERCIAL CODE
   DEPARTMENT OF LICENSING
   P.O. BOX 9660
   OLYMPIA, WA 98507-9660
   (360) 753-2523

   MAKE CHECKS PAYABLE TO THE
   DEPARTMENT OF LICENSING

10. FOR OFFICE USE ONLY    IMAGES TO BE FILMED

11. If collateral is described below, this statement may be signed by the Secured Party instead of the Debtor. Please check the appropriate box, complete the adjacent lines and box 13, if collateral is:
    a. ☒ already subject to a security interest in another jurisdiction when it was brought into this state or when the debtor's location was changed to this state. (complete adjacent lines 1 and 2)
    b. ☐ proceeds of the original collateral described above in which a security interest was perfected. (complete adjacent lines 1 and 2)
    c. ☐ listed on a filing which has lapsed. (complete adjacent lines 1 and 2)
    d. ☐ acquired after a change of name, identity, or corporate structure of the debtor(s). (complete adjacent lines 1, 2 and 3)

1. 255865, 257396
   ORIGINAL FILING NUMBER
2. Klickitat Co. Auditor
   Goldendale, WA
   NAME OF OFFICE WHERE FILED
3. ____
   FORMER NAME OR DEBTOR(S)

12. DEBTOR NAME(S) AND SIGNATURE(S):
    Grace W.R., & Co. Inc.
    A.L. Costello, Chrman, Pres., CEO
    TYPE NAME(S) OF DEBTOR(S) AS IT APPEARS IN BOX 1.

    SIGNATURE(S) OF DEBTOR(S)

    SIGNATURE(S) OF DEBTOR(S)    # 1 of (2p)

13. SECURED PARTY NAME(S) AND SIGNATURE(S) ARE REQUIRED IF BOX 11 HAS BEEN COMPLETED.
    Anton Frank Volovsek
    TYPE NAME(S) OF SECURED PARTY(IES) AS IT APPEARS IN BOX 3 OR 4.

    /s/ Anton Frank Volovsek
    SIGNATURE(S) OF SECURED PARTY(IES)

    SIGNATURE(S) OF SECURED PARTY(IES)

FORM APPROVED FOR USE IN THE STATE OF WASHINGTON (R/7/93)

ATTACHMENT FOR UCC-1 - BLOCK 7

All personal judgments, licenses, bonds, insurance's, private/public trusts, bank accounts, savings accounts, personal & private property (cars, trucks, vehicles, land/real estate, buildings, livestock, wells, mines, natural resources), assignments of all stocks, bonds, and certificates of deposits, personal and corporate signatures, all tangible and intangible property, and including but not limited to their partners assets, all inventory personal, corporate and company to include all chairman, CEO's, and Vice Presidents; also all mineral products and holdings, current development holdings, all retirement accounts (Federal, State, Foreign, and domestic) all payments while in public office, all private payments while relieved out of public office, all inheritance, all accounts receivable, etc., until full accord and satisfaction has been given to the secured parties (paid in full). Non/standard-Non/negotiable (Non-Federal form). A security-15 USC. This is a USSFC Tracer Flag, not a point of law. RCW 62A.9 207, -102, -103, -105, -106, -107, -109; RCW 62A.9 3-415.

FILED FOR RECORD
KLICKITAT COUNTY AUDITOR

97 JAN -7 PM 2: 51

FILED BY _A. F. Volovsek_
RETURN TO _Same_

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO**

Anton Frank, Volovsek
c/o System Solutions
P.O. box 522
White Salmon, Washington
NDPZ       [98672]

257396

VOL _343_  PAGE _788-794_

RECORDER'S USE_____

### CAVEAT/NOTICE:
*Failure To Respond To This Affidavit As Herein Required Within Ten (10) Days, Will Invoke The Doctrine Of Acquiescence And/Or Admission And/Or Claims Made, By This Affiant And Further, Will Be A Tacit Admission Of Affiant's Right To Recover In Commerce For Damages Caused By Respondent, But Not Limited To Penalties And Costs.*

Anton Frank, Volovsek
   Affiant:
   vs.

A. L. Costello Chrman, Pres., &. Ceo
W. R. Grace & Co, One Town Ctr Rd
Boca Raton, Fl. 33496,
And,
A. L. Costello Chrman, Ceo,
And,
Robert J. Bettacchi Pres.,
Grace Construction Products
62 Whitemore Ave, Cambridge, Ma. 02140,
And,
A.l. Costello Chrman, Pres., & Ceo;
Grace W- R. & Co. Inc. (Ny)
One Town Ctr, Rd, Boca Raton, Fl. 33486,
   Respondents



"A SECURITY: "Any evidence of DEBT"

**COMMERCIAL AFFIDAVIT
OF DEFAULT,**
NOTICE AND WARNING OF: 10 Day
COMMERCIAL GRACE;
   and,
NOTICE OF NON-JUDICIAL,
   and
PRE-JUDICIAL PROCEEDING

RECEIVED APR 2 9 2002

**AFFIDAVIT OF DEFAULT**

STATE OF WASHINGTON    )
                       )  Ss
COUNTY OF KLICKITAT    )

**On Principle of Respondent Superior**

I, Anton Frank, Volovsek, the Undersigned, do solemnly affirm, declare, and depose the following:

1. AFFIANT is of lawful age possessing sound mind and competent to state to the matter set forth herein; and,

2. AFFIANT has personal knowledge of the facts stated herein; and,

3. FACTS stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness, this Affiant will testify to their veracity; and,

4. AFFIANT presents this Affidavit as the highest form of prima facie evidence in these matters; and,

5. 
   a. Lien instrument must obviously, patently, and evidently be a lien by being clearly and explicitly titled "LIEN", "CLAIM OF LIEN", or "DECLARATION OF LIEN" and must contain full disclosure by exhaustive Commercial content, as follows in b), c), and d); and,
   b. Lien instrument must contain a notarized hand-signed affidavit, for which the issuer is Commercially liable, containing a plain statement of fact disclosing how the obligation of the lien was created or established, and attesting that the commercial condition is true, correct, and certain; and,
   c. Lien instrument must contain a ledger or bookkeeping statement connecting purchases, services rendered, and/or injury sustained, presented in a one-to-one correspondence, with their partial claim obligation. The partial obligations are then totaled to obtain the obligation. This called a "True Bill in Commerce"; and,
   d. Lien instrument must contain a statement, either specific, or general, of the property being seized from the lien debtor to satisfy, or to guarantee satisfaction, of the obligation of the lien; and,
   e. A "NOTICE" of lien, to be valid, must contain a clear statement as to where the lien is filed, where it can be found and how a copy can be obtained.

## TRUE BILL IN COMMERCE

6. RESPONDENTS, their agents, and principal corporation must follow public Antitrust Civil Process 15:131 1, §§1. 186-1, and federal Procedures and Process, applicability of Federal Civil Process, Wright and Miller, Civil 2451 and Wright, Criminal 109 and applicable Uniform Commercial Code while conducting business or be liable for the damages to injured party and are subject to penalties prescribed therein; and,

7. RESPONDENTS, their agents, and principal corporations refused to sell, this Affiant, their product, heavy duty Bituthene, which was on the open market. It was the only product on the market at that time which met specifications needed to utilize Affiant's patented roof systems, (See attached letters); and,

8. RESPONDENTS, their agents, and principal corporations also notified all membrane distributors that if they sold any membrane to this Affiant for the One Hundred Thirty Five Thousand ($135,000.00) Dollar contract, then in place, or if they sold Affiant any membrane for future contracts, they would be black-listed and never be able to handle the Grace Product lines, (See Exhibit B); and,

9. RESPONDENTS, are responsible and liable for all acts, non-acts, omissions, or commission of their agents, officers, or others, living or deceased, for the acts of the agents are the acts of the principals; and

10. RESPONDENTS, their agents, and principal corporations committed the above acts compromising the thirty thousand square foot, One Hundred Thirty Thousand ($135,000) Dollar contract and a Two Thousand Five Hundred ($2500.00) Dollar contract on or about 1975. (See Exhibit A); and,

11. SAID ACTS also compromised future contracts to apply my EER System because no other product would produce the same results in my roofing system, which was later tested, patented and approved by Underwriters Laboratories, and U.S. Army Corps of Engineers. Additional losses to business, due to Affiant's inability to develop and use patented system, resulted in financial losses amounting to approximately One Hundred Billion ($100,000,000,000) Dollars, (See exhibit A): and,

12. RESPONDENTS, their agents, and principal corporations, cost Affiant a marriage of 25 years and caused Affiant's four children to be alienated from him; and,

13. RESPONDENTS, their agents, and principal corporation caused Affiant, humiliation, trauma and left Affiant to be incapable of communication due to the server stress, abuse and financial losses. This resulted in Affiant having a severe nervous breakdown. The aggravated mental condition allowed for Affiant's attorney to steal his patent. The cost of litigation to retrieve his patent was approximately Two Hundred Twenty Five Thousands ($225,000.00) Dollars; and,

14. SAID ACTS resulted in Affiant's second wife support him during his time of disability without whom Affiant would surely have died from the constant stress and aggravation caused by Respondents. This caused nearly One Hundred Thousand ($100,000) Dollars in expenses for physicians, hospitalization and medications; and,

15. RESPONDENTS, their agents, and principal corporations by the above said actions, also caused this Affiant, difficulty communicating with anyone for twenty years due to his nervous breakdown caused by agents act, no-acts, omissions, commissions and Black Balling; resulting in his inability to market his EER System or earn even a meager living for twenty years. Losses amounted to Five Hundred Eighty Nine Billion Four Hundred Sixty Two Thousand Five Hundred ($589,000,462,500) Dollars (See exhibit C); and,

16. RESPONDENTS, their agents, and principal corporations were recently given the opportunity, by this Affiant, to market his system with the opportunity of making an estimated gross profit in five years, for themselves, of One Hundred Fifty Billion ($150,000,000,000.00) Dollars therein mitigating the above said damages by royalties paid to him. This failure to mitigate damages and continuing in bad faith causing additional losses of Sixty Three Billion ($63,000,000,000,) Dollars (See exhibit D); and,

17. RESPONDENTS, their agents, and principal Corporation caused this Affiant the total losses and injuries exceeding Five Hundred Eighty Nine Billion Four Hundred Sixty Two Thousand Five Hundred ($589,000,462,500.00) Dollars and the loss of his first wife, and the loss of his children's health and self esteem to the point of self destruction.  — *Amt. of 1st Lich*

Work sheet is for calculating the alternative demand for injuries and losses at acceptable minimums.

Work sheet calculations is based on Ten (10) billion $ft^2$. per year of estimated EER System potentially sold. Footage's are based only on American markets as shown herein before by Canadian and American Patents.

Work sheet calculations is based on 2.5 cents per $ft^2$ royalties sold at U.S. markets only. 2.5 cents x 10 billion sq. ft. equals to the amount of $250,000,000 million dollars of losses for one year only.

These figures, if calculated over the last 20 years would be at phenomenal levels, not including foreign market potentials. $250,000,000 million x ten (10) years would equal to $2.5 billion and so on.

So as you can see, if you calculated this for twenty (20) years it would be 500 billion dollars.

## CRIMINAL COMPLAINT

18. This Criminal Complaint and the Defendants herein are in violation of various Constitutional secured rights, these rights are listed below:
    a. Article 1, § 10 cl.1, impart; No state shall pass any law impairing the obligation of contracts; and,
    b. Amendment V, in part, nor be deprived of life, liberty or property without just compensation; and,
    c. The Defendants herein are in violation of 15 USCA. Sherman Anti Trust Act; as placed below:
    e. The Defendants herein are in violation of 15 USCA § 1; as placed below, Trust, Etc., In Restraint Of Trade Illegal; Penalty:
    
    Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $10,000,000 if a corporation, or, if any other person, $350,000, or by imprisonment not exceeding three years, or by both said punishments, in the discretion of the court.
    f. The Defendants herein are in violation of 18 USCA § 4; as placed below, Misprision of Felony:
    
    Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.
    g. The Defendants herein and all that conspired to embezzle the patented system whether from the beginning or whether they joined the conspiracy after the fact are equally guilty as stated in 18 USCA § 3; as placed below, Accessory after the fact:
    
    Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, is an accessory after the fact. Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section 3571) fined not more than one-half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years.
    h. The Defendants herein are in violation of 18 USCA § 241; as placed below, Conspiracy Against Rights Of Citizens:
    
    If two or more persons conspire to injure, oppress, threaten, or intimidate any Citizen in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent of hinder his free exercise or

enjoyment of any right or privilege so secured- they shall be fined not more than $10,000 or imprisoned not more than ten years, or both; and if death results, they shall be subject to imprisonment for any term of years or for life.

I. The Defendants herein are in violation of 18 USCA § 242; as placed below, Deprivation Of Rights Under Color Of Law:

Whoever, under color of law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000 or imprisoned not more than one year, or both; and if death results shall be subject to imprisonment for any term of years or for life.

## DEFAULT

19. Take Notice that demand was made on you, to answer the Notice and Demand in the document known as:

    **COMMERCIAL AFFIDAVIT OF FACT,
    NOTICE AND WARNING OF COMMERCIAL GRACE, and
    NOTICE OF NON-JUDICIAL and PRE-JUDICIAL PROCEEDING**

    which was mailed to each of you herein named, by Certified Mail, on 2nd day of October, 1996.

20. FAILURE TO RESPOND as therein required, has been considered a willful disregard of that Instrument. Said failure has provoke the immediate filing of a Lien making Respondents liable for the sum certain amount of damages occurring to this Affiant for Two Billion Five Hundred Million ($2.5 billion) Dollars in lawful money of account of the United States of America, i.e. gold or silver minted by the U.S. Mint, (3 1 USC § 5112), at the price of Gold in Washington DC at the time of default; or Federal Reserve Notes; and,

21. THAT failure of accused to prove their claims by rebuttal against said affidavit within ninety (90) calendar days (or in the alternative, fully comply with all numbered points above), has been considered a willful breach of and default on a bilateral contract (Affidavit of Agreement) formed knowingly, intentionally, and voluntarily by and between the undersigned and the accused and the Criminal complaint will issue Forthwith; and,

22. THAT Affiant, the undersigned affiant, depose and certify that we have written the foregoing with intent and understanding of purpose, and believe the statements, allegations, demands and contents herein to be true, correct, complete, certain and commercially reasonable, and just, to the best of our knowledge and believe; and,

23. THAT Affiant now places a lien on all assets of W.R. Grace. This is to include, but is not limited to, Machinery (On Site and Factory), Buildings, Liquidatable merchandise and Products.

