IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: January 5, 2007 @ 4:00 p.m.** |
| | | **Hearing Date: January 23, 2007 @ 8:30 a.m.** |
| | | **Before the Honorable Judith K. Fitzgerald , U.S.** |
| | | **Bankruptcy Court, 824 Market Street, Wilmington, DE,** |
| | | **19801** |

**ORDER GRANTING THE MOTION OF THE OFFICIAL COMMITTEE
OF ASBESTOS PERSONAL INJURY CLAIMANTS TO COMPEL DEBTORS'
PRODUCTION OF CERTAIN ACTUARIAL STUDIES
<u>REFERENCED IN THEIR SECURITIES FILINGS</u>**

Upon the motion dated December 18, 2006 (the "Motion") of the Official Committee of Asbestos Personal Injury Claimants (the "Committee") for the entry of an order, as set forth in the motion, to compel the Debtors to produce or permit the inspection of all estimates of aggregate asbestos personal injury liability prepared by or for Grace between January 1, 1996 and the present, including but not limited to actuarially-based estimates of pending and future asbestos personal-injury claims that are referenced in the 2005 Form 10-K that Grace filed with the U.S. Securities & Exchange Commission; and any responses, replies or other filings related thereto; and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The Motion is hereby granted; and

2. The Debtors shall produce or permit the inspection of all estimates of aggregate asbestos personal injury liability prepared by or for Grace between January 1, 1996 and the present, including but not limited to actuarially-based estimates of pending and future asbestos

{D0077526.1 }

personal-injury claims that are referenced in the 2005 Form 10-K that Grace filed with the U.S. Securities & Exchange Commission; and any responses, replies or other filings related thereto.

Date: _____, 2006

                                                                     _____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{D0077526.1}