# Exhibit A

W.R. Grace - 21st Interim (April - June, 2006)
Fee and Expense Chart with Final Recommendations
Exhibit A -1

| ANDERSON KILL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12965 | | $214,295.00 | $844.80 | $214,295.00 | $844.80 |
| Total: | | $214,295.00 | $844.80 | $214,295.00 | $844.80 |

| BAKER DONELSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12923 | | $90,000.00 | $14,662.93 | $90,000.00 | $14,662.93 |
| Total: | | $90,000.00 | $14,662.93 | $90,000.00 | $14,662.93 |

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13778 | | $181,274.25 | $9,965.65 | $181,274.25 | $9,965.65 |
| Total: | | $181,274.25 | $9,965.65 | $181,274.25 | $9,965.65 |

| BEVERIDGE & DIAMOND | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13780 | | $52,058.75 | $869.44 | $52,058.75 | $869.44 |
| Total: | | $52,058.75 | $869.44 | $52,058.75 | $869.44 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13118 | | $677,491.00 | $822,323.72 | $677,491.00 | $822,323.72 |
| Total: | | $677,491.00 | $822,323.72 | $677,491.00 | $822,323.72 |

| BLACKSTONE ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13284 | | $300,000.00 | $4,024.52 | $300,000.00 | $4,024.52 |
| Total: | | $300,000.00 | $4,024.52 | $300,000.00 | $4,024.52 |

| BUCHANAN INGERSOLL ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13065 | | $38,250.00 | $293.96 | $38,250.00 | $293.96 |
| Total: | | $38,250.00 | $293.96 | $38,250.00 | $293.96 |

| CAMPBELL AND LEVINE ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12966 | | $113,396.00 | $3,317.10 | $113,396.00 | $3,317.10 |
| Total: | | $113,396.00 | $3,317.10 | $113,396.00 | $3,317.10 |

| CAPLIN AND DRYSDALE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12968 | $337,931.75 | $140,737.24 | $334,137.75 | $140,737.24 |
| Total: | $337,931.75 | $140,737.24 | $334,137.75 | $140,737.24 |

| CAPSTONE CORPORATE RECOVERY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12986 | $411,820.00 | $4,158.75 | $411,820.00 | $4,102.15 |
| Total: | $411,820.00 | $4,158.75 | $411,820.00 | $4,102.15 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12972 | $84,451.00 | $42,354.45 | $84,451.00 | $42,354.45 |
| Total: | $84,451.00 | $42,354.45 | $84,451.00 | $42,354.45 |

| CONWAY DEL GENIO | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13001 | $25,000.00 | $260.87 | $25,000.00 | $260.87 |
| Total: | $25,000.00 | $260.87 | $25,000.00 | $260.87 |

DOCS_DE:123465.1

### DAVID T. AUSTERN

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #13009 | $10,550.00 | $1,403.20 | $10,550.00 | $1,403.20 |
| Total: | $10,550.00 | $1,403.20 | $10,550.00 | $1,403.20 |

### DUANE MORRIS LLP

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #12984 | $55,469.00 | $3,022.31 | $55,469.00 | $3,022.31 |
| Total: | $55,469.00 | $3,022.31 | $55,469.00 | $3,022.31 |

### FERRY & JOSEPH, P.A.

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #12982 | $36,798.00 | $5,268.23 | $36,798.00 | $5,268.23 |
| Total: | $36,798.00 | $5,268.23 | $36,798.00 | $5,268.23 |

### FOLEY HOAG

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #12971 | $65,445.00 | 246.36 | $65,445.00 | 246.36 |
| Total: | $65,445.00 | 246.36 | $65,445.00 | 246.36 |

### GOODWIN PROCTER

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #13331 | $22,676.00 | 179.30 | $22,676.00 | 179.30 |
| Total: | $22,676.00 | 179.30 | $22,676.00 | 179.30 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13138 | | $40,137.50 | $0.00 | $40,137.50 | $0.00 |
| Total: | | $40,137.50 | $0.00 | $40,137.50 | $0.00 |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13511 | | $11,193.50 | $4,256.71 | $11,193.50 | $4,256.71 |
| Total: | | $11,193.50 | $4,256.71 | $11,193.50 | $4,256.71 |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12969 | | $5,096,175.50 | $1,333,149.79 | $5,096,175.50 | $1,331,919.73 |
| Total: | | $5,096,175.50 | $1,333,149.79 | $5,096,175.50 | $1,331,919.73 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12988 | | $74,596.00 | $2,815.18 | $74,596.00 | $2,815.18 |
| Total: | | $74,596.00 | $2,815.18 | $74,596.00 | $2,815.18 |

DOCS_DE:123465.1

| LATHAM & WATKINS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13438 | $16,407.50 | 0.00 | $16,407.50 | 0.00 |
| Total: | $16,407.50 | 0.00 | $16,407.50 | 0.00 |

| LEGAL ANALYSIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12964 | $107,480.00 | $210.00 | $107,480.00 | $210.00 |
| Total: | $107,480.00 | $210.00 | $107,480.00 | $210.00 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13332 | $24,205.00 | $9,481.52 | $24,205.00 | $9,481.52 |
| Total: | $24,205.00 | $9,481.52 | $24,205.00 | $9,481.52 |

| OFFICIAL COMMITTEE/PERSONAL INJURY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12983 | | $801.19 | | $801.19 |
| Total: | | $801.19 | | $801.19 |

| ORRICK | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13027 | $456,045.25 | $14,568.92 | $456,045.25 | $14,568.92 |
| Total: | $456,045.25 | $14,568.92 | $456,045.25 | $14,568.92 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, LLP. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13350 | $73,796.50 | $53,885.14 | $73,796.50 | $53,885.14 |
| Total: | $73,796.50 | $53,885.14 | $73,796.50 | $53,885.14 |

| PHILLIPS GOLDMAN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13078 | $13,278.00 | $4,384.36 | $13,278.00 | $4,384.36 |
| Total: | $13,278.00 | $4,384.36 | $13,278.00 | $4,384.36 |

| PIPER JAFFREY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13009 | $300,000.00 | $2,016.83 | $300,000.00 | $2,016.83 |
| Total: | $300,000.00 | $2,016.83 | $300,000.00 | $2,016.83 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12949 | $140,996.00 | $27,891.94 | $140,996.00 | $27,891.94 |
| Total: | $140,996.00 | $27,891.94 | $140,996.00 | $27,891.94 |

| PRICEWATERHOUSE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13650 | $256,575.60 | $2,097.33 | $256,575.60 | $2,097.33 |
| Total: | $256,575.60 | $2,097.33 | $256,575.60 | $2,097.33 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12956 | $737,153.00 | $18,268.23 | $737,009.00 | $15,429.98 |

DOCS_DE:123465.1

| Total: | | $737,153.00 | $18,268.23 | $737,009.00 | $15,429.98 |
|---|---|---|---|---|---|

| RPWB | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13684 | | $40,570.00 | $38.40 | $40,570.00 | $38.40 |
| Total: | | $40,570.00 | $38.40 | $40,570.00 | $38.40 |

| SCOTT LAW GROUP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13596 | | $17,131.50 | 0.00 | $17,131.50 | 0.00 |
| Total: | | $17,131.50 | 0.00 | $17,131.50 | 0.00 |

| WARREN H. SMITH & ASSOCIATES | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13978 | | $59,166.50 | $833.65 | $59,166.50 | $833.65 |
| Total: | | $59,166.50 | $833.65 | $59,166.50 | $833.65 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13536 | $157,816.00 | $1,142.23 | $157,816.00 | $1,142.23 |
| Total: | $157,816.00 | $1,142.23 | $157,816.00 | $1,142.23 |

| STROOCK & STROOCK & LAVAN LLP[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #12533 | $332,978.00 | $69,317.29 | $332,978.00 | $69,317.29 |
| Total: | $332,978.00 | $69,317.29 | $332,978.00 | $69,317.29 |

| L. TERSIGNI CONSULTING, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13152 | $465,575.50 | $873.20 | $465,575.50 | $873.20 |
| Total: | $465,575.50 | $873.20 | $465,575.50 | $873.20 |

| TOWERS PERRIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13026 | $31,895.00 | $0.00 | $31,895.00 | $0.00 |
| Total: | $31,895.00 | $0.00 | $31,895.00 | $0.00 |

---

[1] Stroock expense total includes $63,467.50 for fees and costs of Navigant Consulting.

DOCS_DE:123465.1

| WOODCOCK & WASHBURN | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13329 | | $174,057.00 | $8,303.97 | $174,057.00 | $8,303.97 |
| Total: | | $174,057.00 | $8,303.97 | $174,057.00 | $8,303.97 |