# EXHIBIT A

In re: W.R. GRACE & CO., et al

OMNIBUS 19: EXHIBIT A - AMENDED CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX, AZ 85007<br>USA | 01-01139 | 17018 | $437.40 | (A) | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX, AZ 85007 | 01-01139 | 17612 | $681.11 | (A) |
| 2 | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX, AZ 85007 | 01-01140 | 17755 | $232,312.30<br>$103,916.49 | (P)<br>(U) | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 W MONROE<br>PHOENIX, AZ 85007 | 01-01140 | 17788 | $213,040.26<br>$102,609.26 | (P)<br>(U) |
| 3 | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY & COLLECTION SECTION<br>ARIZONA ATTY GENERAL<br>1275 W WASHINGTON<br>PHOENIX, AZ 85018 | 01-01140 | 719 | $162.89<br>$232,312.30<br>$14,075.08 | (A)<br>(P)<br>(U) | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX, AZ 85007 | 01-01140 | 17755 | $232,312.30<br>$103,916.49 | (P)<br>(U) |
| 4 | MARION COUNTY TREASURER<br>ATTN HEATHER TOLIN<br>200 E WASHINGTON ST STE 1060<br>INDIANAPOLIS, IN 46204 | 01-01139 | 2435 | $708.04 | (P) | MARION COUNTY TREASURER<br>ATTN HEATHER TOLIN<br>200 E. WASHINGTON ST. STE 1060<br>INDIANAPOLIS, IN 46204 | 01-01139 | 17701 | $117.25 | (P) |
| 5 | MICHIGAN DEPT OF TREASURY REVENUE DIV<br>ATTN: STEVEN B FLANCHER<br>FIRST FLOOR TREASURY BLDG<br>LANSING, MI 48922 | 01-01140 | 193 | $319,879.02 | (P) | MICHIGAN DEPT OF TREASURY REVENUE DIV<br>PO BOX 30456<br>LANSING, MI 48909-7956 | 01-01140 | 17608 | $67,199.66 | (P) |
| 6 | MICHIGAN DEPT OF TREASURY REVENUE DIV<br>ATTN: STEVEN B FLANCHER<br>FIRST FLOOR TREASURY BLDG<br>LANSING, MI 48922 | 01-01140 | 194 | $57,982.77 | (U) | MICHIGAN DEPT OF TREASURY REVENUE DIV<br>PO BOX 30456<br>LANSING, MI 48909-7955 | 01-01140 | 17609 | $37,217.76 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative, (S) - Secured, (P) - Priority, (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Page 1 of 2

11/9/2006 1:25:57 PM

In re: W.R. GRACE & CO., et al

OMNIBUS 19: EXHIBIT A - AMENDED CLAIMS

| | Claims to be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 7 | NEW YORK STATE DEPARTMENT OF TAXATI<br>BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY NY 12205-0300 | 01-01140 | 17703 | $23,391.85 | (A) | NEW YORK STATE DEPARTMENT OF TAXATI<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01140 | 17769 | $24,021.84 | (A) |
| 8 | NEW YORK STATE DEPARTMENT OF TAXATI<br>BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY NY 12205-0300 | 01-01140 | 17704 | $12,337.51 | (A) | NEW YORK STATE DEPARTMENT OF TAXATI<br>BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY NY 12205-0300 | 01-01140 | 17703 | $23,391.85 | (A) |
| 9 | NEW YORK STATE DEPARTMENT OF TAXATI<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01140 | 17755 | $19,295.89 | (A) | NEW YORK STATE DEPT OF TAXATION & FIN<br>BANKRUPTCY SECTION<br>P O BOX 5300<br>ALBANY NY 12205-0300<br>USA | 01-01140 | 17016 | $9,943.37 | (A) |
| 10 | NEW YORK STATE DEPT OF TAXATION & FIN<br>BANKRUPTCY SECTION<br>ALBANY NY 12205-0300<br>USA | 01-01140 | 17016 | $9,943.37 | (A) | NEW YORK STATE DEPARTMENT OF TAXATI<br>BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY NY 12205-0300 | 01-01140 | 17704 | $12,337.51 | (A) |
| 11 | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207<br>USA | 01-01139 | 17919 | $89,693.39 | (A) | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE TN 03720-2020 | 01-01139 | 17762 | $7,457.44 | (A) |

Total Claims Expunged:   11    Total Dollars Expunged:   $1,116,336.30

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative, (S) - Secured, (P) - Priority, (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# EXHIBIT B

In re: W.R. GRACE & CO., et al

OMNIBUS 19: EXHIBIT B - DUPLICATE CLAIMS

| | Claim to be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 W MONROE<br>PHOENIX AZ 85007 | 01-01140 | 17765 | $232,312.30<br>$103,916.49 | (P)<br>(U) | ARIZONA DEPARTMENT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX AZ 85007 | 01-01140 | 17755 | $232,312.30<br>$103,916.49 | (P)<br>(U) |
| 2 | OREGON DEPARTMENT OF REVENUE<br>955 CENTER ST. NE<br>SALEM OR 09730-1255 | 01-01140 | 17700 | $1,464.99 | (A) | OREGON DEPARTMENT OF REVENUE<br>955 CENTER ST NE<br>SALEM OR 09730-1255 | 01-01140 | 17591 | $1,464.99 | (A) |

Total Claims Expunged:  2    Total Dollars Expunged:  $337,693.78

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative, (S) - Secured, (P) - Priority, (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Page 1 of 1

11/6/2006 1:27:49 PM

# EXHIBIT C

In re: W.R. GRACE & CO., et al
OMNIBUS 19: EXHIBIT C - LATE FILED CLAIMS

| Claim To Be Expunged | Creditor Name / Address | Case Number | Claim Number | Docketed Claim Date | Total Claim Dollars* | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | CALCASIEU PARISH SHERIFF & TAX COLLECTOR<br>P.O. BOX 1787<br>LAKE CHARLES LA 70602 | 01-01139<br>W.R. GRACE & CO. | 17702 | 7/26/2006 | $1,000,906.97 | CLAIM FILED AFTER 3/31/03 BAR DATE |
| 2 | NOVIGEN SCIENCES INC D/B/A EXPONENT INC<br>1730 RHODE ISLAND AVE STE 1100<br>WASHINGTON DC 20036 | 01-01140<br>W.R. GRACE & CO.-CONN. | 17592 | 10/3/2005 | $3,161.05 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| | Total Claims Expunged: | 2 | Total Dollars Expunged: | | $1,004,068.02 | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

Page 1 of 1
11/10/2006 6:20:31 AM