IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN Re: | ) Case No. 01-1139 |
| | ) (Jointly Administered) |
| W.R. GRACE & CO., et al | ) Chapter 11 |
| | ) |
| Debtors. | ) |

**ORDER REGARDING COPYING OF CERTAIN DOCUMENTS RELATED TO CLASS CERTIFICATION MOTION REGARDING ANDERSON MEMORIAL HOSPITAL**

And now this 19th of December, 2006,

IT IS ORDERED that a certain file consisting of copies of documents filed in the Court of Common Pleas of the County of Hampton and State of South Carolina at Civil Action No. 92-CP-25-279 (comprised of four boxes) shall be released to the custody of James Restivo, Esq., and Douglas Cameron, Esq., of Reed Smith who shall deliver the same to IKON to be copied in duplicate at the expense of Kirkland and Ellis. A copy of the file shall be express mailed to Lisa Esayian, Kirkland & Ellis, 200 E. Randolph, Suite 5400, Chicago, IL 60601, and a copy to Dan Speights, Speights & Runyan, 200 Jackson Avenue East, Hampton 29924. 29924.

The file received by this Court from the Court of Common Pleas of Hampton, South Carolina, contained no docket numbers on either the docket

entries or pleadings. Therefore, for ease of reference, this Court has added those numbers.

The entire file, in docket number order, shall then be returned to the undersigned in the format in which it was received (i.e., all documents properly stapled, paper clipped, etc.) to 5490 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, on or before January 3, 2007. Prior to delivery, a call shall be placed to chambers at 412-644-3541, to insure that someone is available in chambers to accept delivery.

*Judith K. Fitzgerald*

Judith K. Fitzgerald
United States Bankruptcy Judge