**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered: November 2006**

**INTERNAL AUDIT - 8055**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Marie Hendrixson | Managing Director | 20 | $ 300.00 | 0.5 | $ 150.00 |
| Kevin Strickler | Manager | 7 | $ 240.00 | 19.0 | $ 4,560.00 |
| Casey Michalaski | Senior Consultant | 4 | $ 175.00 | 4.0 | $ 700.00 |
| Mike Lawler | Consultant | 4 | $ 150.00 | 28.0 | $ 4,200.00 |
|  |  |  | Totals | 51.5 | $ 9,610.00 |