**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: November 2006**

**Name:**  Marie Hendrixson
**Level:**  Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 28-Nov-06 | Review invoices and detailed support for Grace for the period of October 2006 | $ 300.00 | 0.5 | $ 150.00 |
| | Totals | | 0.5 | $ 150.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: November 2006**

**Name:** Kevin Strickler
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Nov-06 | Coordination with Ed Bull and staff regarding schedule | $ 240 | 1 | $ 240.00 |
| 7-Nov-06 | Review and follow up on engagement billings, including analyzing related client economics. This includes follow up on aged A/R with Grace internal and external legal teams, including James O'Niel, Patty Cuniff, and John Port, where applicable. | $ 240 | 2 | $ 480.00 |
| 8-Nov-06 | Review and follow up on engagement billings, including analyzing related client economics. This includes follow up on aged A/R with Grace internal and external legal teams, including James O'Niel, Patty Cuniff, and John Port, where applicable. | $ 240 | 1 | $ 240.00 |
| 9-Nov-06 | Review and follow up on engagement billings, including analyzing related client economics. This includes follow up on aged A/R with Grace internal and external legal teams, including James O'Niel, Patty Cuniff, and John Port, where applicable. | $ 240 | 3 | $ 720.00 |
| 10-Nov-06 | Review and follow up on engagement billings, including analyzing related client economics. This includes follow up on aged A/R with Grace internal and external legal teams, including James O'Niel, Patty Cuniff, and John Port, where applicable. | $ 240 | 2 | $ 480.00 |
| 13-Nov-06 | Coordination with Mike Lawler and Ed Bull regarding Mike's schedule and the Worms site visit | $ 240 | 1 | $ 240.00 |
| 16-Nov-06 | Coordination with Mike Lawler and Ed Bull regarding Mike's schedule and the Worms site visit | $ 240 | 1 | $ 240.00 |
| 22-Nov-06 | Coordination with Nicole King regarding her assignment to Grace (replacement of Ashley McAllister), including travel arrangements and Grace overall | $ 240 | 1.5 | $ 360.00 |
| 27-Nov-06 | Discussion with Nicole King and Ed Bull regarding Nicole King's schedule | $ 240 | 0.5 | $ 120.00 |
| 28-Nov-06 | Develop invoices and detailed support for Grace for the period of October 2006 | $ 240 | 3 | $ 720.00 |
| 29-Nov-06 | Develop invoices and detailed support for Grace for the period of October 2006 | $ 240 | 2 | $ 480.00 |
| 29-Nov-06 | Discussion with Nicole King regarding Portal, including walking her through the Grace Portal | $ 240 | 1 | $ 240.00 |
| | **Totals** | | **19.0** | **$ 4,560.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: November 2006**

**Name:** Casey Michalski
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 3-Nov-06 | Addressed Barb's review notes related to SOA testing | $ 175.00 | 2.0 | $ 350.00 |
| 6-Nov-06 | Addressed Barb's review notes related to SOA testing | $ 175.00 | 2.0 | $ 350.00 |
| | **Totals** | | **4.0** | **$ 700.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: November 2006**

**Name:**     Mike Lawler
**Level:**    Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 27-Nov-06 | Discussed and prepared for Cambridge SOX testing, test plans and background info | $ 150.00 | 6.0 | $ 900.00 |
| 27-Nov-06 | Setup, getting space aranged for Protiviti team, obtain protal access and getting loaner laptop | $ 150.00 | 2.0 | $ 300.00 |
| 28-Nov-06 | Testing Cambridge control 3.01.1 | $ 150.00 | 4.0 | $ 600.00 |
| 28-Nov-06 | Testing Cambridge control 3.01.3 | $ 150.00 | 2.0 | $ 300.00 |
| 29-Nov-06 | Testing Cambridge Control 3.01.1 | $ 150.00 | 4.0 | $ 600.00 |
| 29-Nov-06 | Testing Cambrdige Control 3.01.3 | $ 150.00 | 1.0 | $ 150.00 |
| 29-Nov-06 | Testing Cambridge Control 4.04.1 | $ 150.00 | 3.0 | $ 450.00 |
| 30-Nov-06 | Testing Cambridge Control 5.01.3 | $ 150.00 | 2.0 | $ 300.00 |
| 30-Nov-06 | Meeting with Charlie S. to discuss failure of control and possible remediations | $ 150.00 | 1.0 | $ 150.00 |
| 30-Nov-06 | Returning documentation, closing meetings with Ed Henry, Herman, Victor and Ed Bull | $ 150.00 | 3.0 | $ 450.00 |
| | **Totals** | | **28.0** | **$ 4,200.00** |