**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: November 2006**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 378.60 |
| Lodging | N/A | $ 370.78 |
| Sundry | N/A | $ 200.80 |
| Business Meals | N/A | $ 100.89 |
| Total | | $ 1,051.07 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: November 2006

Mike Lawler

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 17-Nov-06 | Passport Fees - including overnight delivery in order to receive in time | $ 200.80 | | | $ 200.80 | | $ 200.80 |
| 28-Nov-06 | Airfare to/from Boston from BWI | $ 314.60 | $ 314.60 | | | | $ 314.60 |
| 28-Nov-06 | Cab to BWI from Pasedena, MD | $ 24.00 | $ 24.00 | | | | $ 24.00 |
| 28-Nov-06 | Hotel in Cambridge, MA (11/28-11/30) | $ 370.78 | | $ 370.78 | | | $ 370.78 |
| 28-Nov-06 | Breakfast at Airport in Boston | $ 9.65 | | | | $ 9.65 | $ 9.65 |
| 28-Nov-06 | Lunch at Grace cafeteria in Cambridge, MA | $ 8.55 | | | | $ 8.55 | $ 8.55 |
| 29-Nov-06 | Dinner at John Harvards with Ed Henry in Cambridge, MA | $ 64.14 | | | | $ 64.14 | $ 64.14 |
| 29-Nov-06 | Cab to dinner in Harvard Square with Ed Henry (Cambridge, MA) | $ 16.00 | $ 16.00 | | | | $ 16.00 |
| 30-Nov-06 | Dinner at airport in Boston | $ 18.55 | | | | $ 18.55 | $ 18.55 |
| 30-Nov-06 | Cab to home from BWI to Pasedena, MD | $ 24.00 | $ 24.00 | | | | $ 24.00 |
| | Totals | $ 1,051.07 | $ 378.60 | $ 370.78 | $ 200.80 | $ 100.89 | $ 1,051.07 |