IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO SIXTIETH MONTHLY APPLICATION OF BUCHANAN INGERSOLL & ROONEY, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006**
**[RE: DOCKET NO. 13821]**

On November 29, 2006, Buchanan Ingersoll & Rooney, ("Buchanan Ingersoll"), co-counsel to the Official Committee of Equity Holders, filed its Sixtieth Monthly Application for Compensation and Reimbursement of Expenses [Docket No. 13821] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on December 18, 2006. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 19, 2002, the Debtors are authorized to pay Buchanan Ingersoll $19,706.00 which represents eighty percent (80%) of the total fees ($24,632.50), and $108.44, which represents 100% of the expenses requested in the Application upon the filing of this

KRLSWLM: WIL1_GENERAL-#1005189-v1-Wr_Grace-CNO_re__60th_monthly_fee_app_of_BIR

Certification and without the need for entry of a Court order approving the Application.

          BUCHANAN INGERSOLL & ROONEY PC

By: _____
          Teresa K. D. Currier (No. 3080)
          The Brandywine Building
          1000 West St., Suite 1410
          Wilmington, DE 19801

          -and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Gary M. Becker, Esquire
919 Third Avenue
New York, NY 10022
(212) 715-9100

Co-Counsel to the Official Committee of
Equity Holders

Dated December 20, 2006