# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# NOVEMBER 1, 2006 THROUGH
# NOVEMBER 30, 2006

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

December 12, 2006

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number   65231

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
       Subtotal for FEES only: 11/30/06       $8,944.50
       Subtotal for COSTS only: 11/30/06         $97.57
                                            -----------
CURRENT PERIOD FEES AND COSTS: 11/30/06       $9,042.07
                                            -----------
```

****************************************************************

Please remit duplicate copy with payment.  Thank you.

****************************************************************

Page   2

December 12, 2006

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   65231

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 6.3 | 999.50 |
| CASE ADMINISTRATION | 1.2 | 168.00 |
| LITIGATION | 22.4 | 7,777.00 |
| Subtotal for FEES only: 11/30/06 | 29.9 | $8,944.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 20.20 | 20.20 | 7,575.00 | 0.00 | 0.00 |
| 275.00 | BEF | 0.10 | 0.10 | 27.50 | 0.00 | 0.00 |
| 140.00 | CAH | 9.50 | 9.50 | 1,330.00 | 0.00 | 0.00 |
| 120.00 | TLB | 0.10 | 0.10 | 12.00 | 0.00 | 0.00 |
| Totals | | | 29.90 | 29.90 | 8,944.50 | 0.00 | 0.00 |

WRG-AUS                                         LEGALMASTER MIRC For Transactions                         12/12/06   Page 2
                                                            -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | BEF | 11/29/06 | Review of Court Confirmation and calendar 12/15 Hearing. | 0.10 | 27.50 | Li |
|  |  |  |  | 0.10 | 27.50 |  |
| WRG LITIGATION | CAH | 11/07/06 | E-mail numerous times to co-counsel re: Motion to Compel; file memorandum on Motion to Compel Under Seal and Motion to File Under Seal | 1.60 | 224.00 |  |
| WRG LITIGATION | CAH | 11/29/06 | Scan file; e-mail Certificate of No Objection on Motion to File under seal. | 0.30 | 42.00 |  |
| WRG LITIGATION | CAH | 11/30/06 | E-mail (3x) on filings in District Court (.2); conference with Brian E. Farnan re: Rules and Pro Hac Vices (.2); phone conference with D. Felder re: same (.2). | 0.60 | 84.00 |  |
|  |  |  |  | 2.50 | 350.00 |  |
| WRG LITIGATION | JCP | 11/02/06 | Review of Prudential's Notice of Appeal; review of miscellaneous pleadings. | 0.20 | 75.00 |  |
| WRG LITIGATION | JCP | 11/03/06 | Review of Certification of Counsel re: Order for Schedule of Motion to Compel re: supplementation of Personal Injury Questionnaire Responses; review of proposed Order. | 0.20 | 75.00 |  |
| WRG LITIGATION | JCP | 11/06/06 | E-mail from Debbie Felder re: 11/7/06 filing. | 0.10 | 37.50 |  |
| WRG LITIGATION | JCP | 11/07/06 | Review of 10/23/06 Hearing Transcript (.1); review of miscellaneous pleadings (.1); review of Dies and Hile's Designation of Witnesses for Product Identification and Statute of Limitations Issues with multiple exhibits (.3); review of Debtors' Motion for Protective Order re: Anderson Memorial's 30(b)(6) Notice of Deposition with multiple Exhibits (.2). | 0.70 | 262.50 |  |
| WRG LITIGATION | JCP | 11/07/06 | E-mail from Celeste A. Hartman re: Motion to Compel Production of Documents (4x) (.2); e-mail from Debbie Felder re: same (3x)(.2); e-mail from Celeste A. Hartman with enclosure (.1); review of Exhibit A (Report of Dr. Anderson) and Exhibit B (Report of Peter Lees)(.5). | 1.00 | 375.00 |  |
| WRG LITIGATION | JCP | 11/08/06 | Review of Personal Injury Committee's Motion to File Motion to Compel Production of Documents Under Seal with proposed Order (.3); review of Personal Injury Committee's Notice of and Motion to Compel and proposed Order to Compel (.2); review of Louisiana Property Damage Claimants' Designation of Witnesses (.3); review of Brandi Law Firm's Designation of Property Damage Witnesses (.2); review of Speights and Runyan's/Anderson Memorial's Designation of Property Damage Witnesses (.2); review of Dies and Hile's Designation of Property Damage Witnesses (.2). | 1.40 | 525.00 |  |

WRG-AUS
LEGALMASTER MIRC For Transactions
-Fees-
12/12/06  Page 3

| C1 Code | Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 11/11/06 | Review of Debtors' Memo re: Personal Injury Questionnaire Approval Process with enclosure; review of enclosure; review of Notice of Appeal from Bankruptcy Court to Clerk of District Court. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 11/13/06 | Review of miscellaneous pleadings (.2); review of Re-Notice of Dr. Segarra's deposition (.3); review of Debtors' 10 Motions to Compel (Goldberg, Persky, Coceny, Lipsitz, Thornton, Humphreys, Moody, Morris, Baron & Budd, Kelly and Hartley)(.2); review of Notice and Amended Notice of Appeal by Personal Injury Committee re: Interim Order Extending Exclusivity (.2); review of Appellant's Designation of Items to be Included in Appeal Record (voluminous)(.4); review of multiple electronic notifications re: same; review of Debtor/Appellee's Counter-Designations (.2); review of Anderson Memorial's Memo in Opposition to Debtors' Motion for Protective Order (.2); review of Debtors' Supplemental Memo in Support of Motion for Protective Order re: Anderson Memorial's 30(b)(6) Notice of Deposition (.1). | 1.80 | 675.00 | |
| WRG | LITIGATION | JCP | 11/14/06 | Review of Agenda for 11/20/06 Hearing; review of Notice of Docketing of Appeal. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 11/14/06 | Review of Prudential's Statement of Issues on Appeal and Designation of Items (.1); review of Debtors' 19th Omnibus Objection to Claims; review of Notice of Motion and Debtors' Motion Seeking Order Expunging Claims Paid Post-Petition (.1); review of miscellaneous pleadings (.1); review of Debtors' Certification of Counsel re: Second Amended Settlement Agreement and Release with Lloyd's (.1); review of miscellaneous pleadings (.2); review of Robert Wilson P.A.'s Motion for Extension of Time to Submit Questionnaires (.1); review of Agenda for 11/20/06 Hearing (.1). | 0.80 | 300.00 | |
| WRG | LITIGATION | JCP | 11/15/06 | Review of executed Order re: schedule for Motions to Compel Responses to Personal Injury Questionnaire; review of miscellaneous pleadings. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 11/16/06 | Review of Amended Certification of Counsel re: 2nd Amended Settlement Agreement with Lloyds (.1); review of Dies and Hile's Amended Designation of Witnesses (.3); review of Rebuttal Report of Roger Morse (.3); review of Rebuttal Report of RJ Lee Group (.3). | 1.20 | 450.00 | |
| WRG | LITIGATION | JCP | 11/17/06 | Review of miscellaneous pleadings; e-mail from Debbie Felder to local counsel for Debtor. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 11/18/06 | Review of Notice of 12/5/06 Hearing (.2); review of 3 Motions to Compel carious Personal Injury Claimants' Counsel to Respond to Personal Injury Questionnaire (voluminous)(.4); review of Debtors' Notice of Failure to | 1.60 | 600.00 | |

WRG-AUS                                         LEGALMASTER MIRC For Transactions                                    12/12/06  Page 4
                                                              -Fees-

| C1 Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 11/20/06 | Court appearance re: Omnibus Hearing (4.2); review of Baron and Budd's Objections to Debtors' Notification That Claims are being Contested (.3); review of Debtors' Motion to Disallow 10 Time Barred New York Property Damage Claims (.2); review of Debtors' Motion to Dismiss 6 Time Barred Prudential Property Damage claims (.2); review of miscellaneous pleadings (.3). | 4.80 | 1,800.00 | |
| WRG | LITIGATION | JCP | 11/21/06 | Reach Agreement re: Proposed Protocol for Production of X-Rays (voluminous)(.3); review of Debtors' Answers to Interrogatories and Request for Admissions from Personal Injury Committee (.3). | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 11/22/06 | Review of Notice of Rescheduling Hearing Time; review of miscellaneous pleadings and 5 Orders entered 11/20/06; e-mail to paralegal for Debtor re: participating in 12/5/06 Hearing by phone; memorandum to paralegal re: same. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 11/23/06 | Review of miscellaneous pleadings (.3); review of Debtors' Opposition to Personal Injury Committee's Motion to Compel Production (.3); review of Speights and Runyan's Supplemental Designation of Property Damage Expert Witnesses (.2). | 0.80 | 300.00 | |
| WRG | LITIGATION | JCP | 11/27/06 | Review of Agenda for 11/27/06 Hearing; review of miscellaneous pleadings. | 1.70 | 637.50 | |
| WRG | LITIGATION | JCP | 11/27/06 | Review of Debtors' Supplemental Witness List re: Product Identification; review of Notices of Depositions (5x) for New, Corn, Lee, Morse and Hughson (.2); review of Wilentz Goldman's Objection to Debtor's Contesting Settled Claims (.2); review of Debtors' Motion to File Opposition to Personal Injury Committee's Motion to Compel Under Seal; review of Debtors' Motion for Leave to Shorten Time re: same (.2); review of Debtors' Counter Designations of Item to be Included in Record of Prudential's Appeal (.2); review of Cooney and Conway's Objection to Debtors' Contesting Settled Claims (.1); review of Dies and Hile's Designation of Witnesses re: Product Identification and Statute of Limitations issues with Exhibits (.3); review of Speights and Runyan's Supplemental Designation of Witnesses re: Statute of Limitations and Product Identification Issues (.1); review of miscellaneous pleadings (.1); e-mail from Debbie Felder (2x)(.1); review of Debtors' Opposition to FCR's Memo in Support of Personal Injury Claimants' Motion to Compel (.2). | | | |
| WRG | LITIGATION | JCP | 11/28/06 | Conference with Brian E. Farnan re: covering 12/5/06 Hearing (.3); review of Simmons Cooper's Response to Debtors' Motion to Compel Response to Personal Injury Questionnaire (.3); review of Thorton and Haumes', Cooney and Conaway's, Kelley and Ferraro's, Motley Rice's, Alwyn Luckey's, Persky and White's, Foster and Sear's and Morris Sakalarios' Responses to Debtors' Motion to Compel Response | 1.20 | 450.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

12/12/06  Page 5

| Cl Code | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 11/29/06 | Review of Notice of Deadline for Personal Injury Proofs of Claims. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 11/30/06 | Review of miscellaneous pleadings and Order; review of Objection of Brayton Purcell re: Debtor Contesting Pre-Petition Settled Claims; review of Hartley and O'Brien's Response to Debtors' Motion to Compel; e-mail from and e-mail to local counsel for Personal Injury Committee; e-mail from Debbie Felder. | 0.50 | 187.50 | |
| | | | | to Personal Injury Questionnaire (.3); review of Personal Injury Committee's Response to Debtors' Memo re: Personal Injury Questionnaire Approval Process (.3). | | | |
| | | | | | 19.70 | 7,387.50 | |
| WRG | LITIGATION | TLB | 11/27/06 | Fax to Court Call re: request for telephonic participation in 12/5/06 hearing. | 0.10 | 12.00 | |
| | | | | | 0.10 | 12.00 | |
| | | | | | 22.40 | 7,777.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

12/12/06  Page 6

| Cl Code | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/01/06 | Download and file Certificates of No Objection for Orrick Herrington's, Towers Perrin and Piper Jaffray's pending Fee Applications. | 0.60 | 84.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/07/06 | Reconcile payment to fees due. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/08/06 | Draft 10th Quarterly Fee Application for Phillips, Goldman & Spence. | 1.30 | 182.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/09/06 | Scan, file and serve 10th Quarterly Fee Application of Phillips, Goldman & Spence. | 0.50 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/13/06 | Review of e-mails and question on Fee Applications. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/13/06 | Download and file Piper Jaffray's Amended July Fee Application and September Fee Application. | 0.50 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/16/06 | Download and file 3rd Quarterly Fee Application for Orrick Herrington and Piper Jaffray. | 0.70 | 98.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/27/06 | Draft October Fee Application. | 0.70 | 98.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/27/06 | Draft Certificate of No Objection for September Fee Application for Phillips, Goldman & Spence. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/27/06 | Scan file and serve Phillips, Goldman & Spence October Fee Application and September Fee Certificate of No Objection. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/29/06 | Scan and file Certificates of No Objection for Orrick's September Fee Application and Austern's July, August and September Fee Applications. | 0.50 | 70.00 | |
| | | | | | 5.80 | 812.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/04/06 | Review of and revise (downward) October 2006 pre-bill. | 0.50 | 187.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/27/06 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 28th Monthly Fee Application; review of, revise and execute Phillips, Goldman & Spence 29th Monthly Fee Application. | 0.30 | 112.50 | |
| | | | | | 6.30 | 999.50 | |
| | | | | | 29.90 | 8,944.50 | |

44 records printed.

WRG-AUS                          LEGALMASTER MIRC For Transactions                    12/12/06 Page 1
                                              -Fees-

Sort Fields:
     Grouping code            (Paginate)
     Client code
     Actual employee code     (Subtotals)
     Transaction date

Range Fields:
     Client code              I  WRG      -  WRG
     Invoice Number           I  65231    -  65231

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG CASE ADMINISTRATION | CAH | 11/02/06 | Merge original signatures into filed documents. | 0.30 | 42.00 | Ca |
| WRG CASE ADMINISTRATION | CAH | 11/07/06 | Update docket to system. | 0.20 | 28.00 | |
| WRG CASE ADMINISTRATION | CAH | 11/08/06 | E-mail to R. Meade with list of filed documents for which we have never received original signatures. | 0.40 | 56.00 | |
| WRG CASE ADMINISTRATION | CAH | 11/17/06 | Phone conference with P. Cuniff on need to get pleadings filed under seal; phone conference with D. Felder to get copy to her. | 0.30 | 42.00 | |
| | | | | 1.20 | 168.00 | |
| | | | | 1.20 | 168.00 | |