# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# NOVEMBER 1, 2006 THROUGH
# NOVEMBER 30, 2006

Phillips, Goldman & Spence, P.A.

Page 2

December 12, 2006

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   65231

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 11/01/06 | Federal Express | 64.62 |
| 11/09/06 | Postage | 2.95 |
| 11/09/06 | Photocopies | 30.00 |
| | Subtotal for COSTS only: 11/30/06 | $97.57 |