**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | *Re item 14* |
| | ) | *12/18/06* |

## ORDER DISALLOWING AND EXPUNGING
## EIGHT CANADIAN PROPERTY DAMAGE CLAIMS

WHEREAS the Debtors and the Speights & Runyan firm have stipulated and agreed that the asbestos property damage claims ("PD Claims") identified on the attached Exhibit A shall be withdrawn and expunged,

IT IS HEREBY ORDERED:

All PD Claims identified on the attached Exhibit A are hereby withdrawn and expunged.

Dated: December 18, 2006

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

**EXHIBIT A**

# W. R. GRACE
## SPEIGHTS RUNYAN
## PROPERTY DAMAGE CLAIMS

| Claimant Name | Claim # | Property Address |
|---|---|---|
| Hamilton District School Board | 011664 | 374 Jerseyville Road, West Hamilton, ON  L9g2k8 |
| Bell Canada | 012397 | 100 Wynford Drive, Toronto, ON |
| Southern Ontario Properties | 012405 | 1243 Islington Square, Toronto, ON  M8x1y9 |
| Shell Canada Inc. | 012424 | 3415 Lakeshore Road West, Oakville, ON  L6j5c7 |
| Labatt Brewing Company Limited | 012431 | 435 Ridout Street, London, ON  N6a2p6 |
| Labatt Brewing Company Limited | 012432 | 451 Ridout Street, London, ON  N6a2p6 |
| The Record | 012433 | 225 Fairway Road South, Kitchener, ON  N2g4e5 |
| Providence Health Care | 012522 | 1081 Burrard Street, Vancouver, BC  V6z1y6 |