IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 14052 |
| | ) | |
| | ) | |

## ORDER

AND NOW, to wit, this 20th day of December, 2007, the Court having heard and considered the Motion to Specially Set Hearing With Respect to Motion of the Official Committee of Asbestos Property Damage Claimants for Leave to Designate an Expert Regarding Constructive Notice for Property Damage Claims (the "Motion"), IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. A hearing on the Motion shall be specially set for January 4, 2007 at 9:00 a.m. Hearing to be held in Pittsburgh, PA telephonically. Objections due by January 2, 2007 at 12:00 p.m.

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge