IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: January 9, 2007 |
| | ) | Hearing Date: TBD |

SUMMARY OF THE TWENTY-SECOND INTERIM QUARTERLY
APPLICATION OF THE SCOTT LAW GROUP, P.S.[1] FOR COMPENSATION
FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD
FROM JULY 1, 2006 THROUGH SEPTEMBER 30, 2006

| | |
|---|---|
| Name of Applicant: | The Scott Law Group, P.S. |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | Appointment Order effective As of July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | July 1, 2006 through September 30, 2006 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 18,939.00 |
| Amount of Expenses Reimbursement: | $ 0 |

This is a: _ monthly   X quarterly application

Prior Application filed: Yes

---

[1] Darrell W. Scott became counsel in this matter over a year after it was filed. To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, The Scott Group (formerly associated with L&A) is titling this the "Twenty-Second" Interim Quarterly Application, (although it is actually L&A/The Scott Group's seventeenth such application).

| Period Covered | Date Filed | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/01/06 – 07/31/06 | November 6, 2006 | $ 6,406.00 | $ 0 | No Objection | Not Applicable |
| 08/01/06 – 08/30/06 | November 6, 2006 | $ 8,275.00 | $ 0 | No Objection | Not Applicable |
| 09/01/06 – 09/30/06 | November 6, 2006 | $ 4,258.00 | $ 0 | No Objection | Not Applicable |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | 4.2 | $714.00 |
| Samantha Simatos | Legal Asst. | 13 | Litigation | $105 | 6.6 | $693.00 |
| Gabriel Scott | Research Asst. | 1 | Litigation | $60 | 94.0 | $5,640.00 |
| Rachel Scott | Research Asst. | 1 | Litigation | $60 | 198.2 | $11,892.00 |
| TOTALS | | | | | 303.0 | $18,939.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 303.0 Hours | $18,939.00 |
| TOTALS | 303.0 Hours | $18,939.00 |

Dated: December 20, 2006

WILLIAM D. SULLIVAN, LLC

_____
William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq..
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS