# EXHIBIT A

2006 Fee Applications
July through September

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: November 27, 2006** |
| | ) | **Hearing Date:  TBD only if necessary** |

### SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2006 THROUGH JULY 31, 2006

Name of Applicant:                                                     The Scott Law Group, P.S.

Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:                                              July 22, 2002

Period for which compensation and
Reimbursement is sought:                                      July 1, 2006 through
                                                                               July 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                                 $       6,406.00

Amount of Expenses Reimbursement:                 $                0

This is a:  <u>X</u> monthly     _ interim     _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/6/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | Pending | Pending |
| 11/3/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | Pending | Pending |
| 11/3/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | Pending | Pending |

This is the forty-third Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | .8 | $136.00 |
| Gabriel Scott | Research Asst. | 1 | Litigation | $60 | 40.0 | $2,400.00 |
| Rachel Scott | Research Asst. | 1 | Litigation | $60 | 64.5 | $3,870.00 |
| TOTALS | | | | | 104.3 | $6,406.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 105.3 Hours | $6,406.00 |
| TOTALS | 105.3 Hours | $6,406.00 |

Dated:  November 7, 2006

William D. Sullivan (No. 2820)
WILLIAM D. SULLIVAN, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:   1.5   Grace - Special Counsel

**FOR TIME PERIOD ENDED 7/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 7/6/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare ZAI exhibits and analyze CD folders 36-41. | 4.0 | $60.00 | $240.00 |
| 7/10/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare ZAI exhibits and analyze CD folders 42-47. | 2.5 | $60.00 | $150.00 |
| 7/11/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.2); compile key ZAI exhibits and prepare summaries of same (1.3). | 1.5 | $60.00 | $90.00 |
| 7/12/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare ZAI exhibits and analyze CD folders 48-50. | 5.5 | $60.00 | $330.00 |
| 7/12/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI Exhibits 04_713-734. | 1.5 | $60.00 | $90.00 |

# THE SCOTT LAW GROUP, P.S.
## 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:  1.5  Grace - Special Counsel

FOR TIME PERIOD ENDED 7/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 7/13/2006 GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.3); compile key ZAI exhibits and prepare summaries of same (CD_03_37) (2.2). | 2.5 | $60.00 | $150.00 |
| 7/13/2006 RS<br>Rachel Scott<br>Research Assistant | | Prepare and analyze ZAI exhbits 04_735-899. | 8.5 | $60.00 | $510.00 |
| 7/14/2006 GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.3); compile key ZAI exhibits and prepare summaries of same (CD_03_40_91) (3.2). | 3.5 | $60.00 | $210.00 |
| 7/16/2006 GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.5); compile key ZAI exhibits and prepare summaries of same (CD_03_44_91) (5.5). | 6.0 | $60.00 | $360.00 |
| 7/17/2006 RS<br>Rachel Scott<br>Research Assistant | | Prepare and analyze ZAI exhibits 04_900-1040. | 8.5 | $60.00 | $510.00 |

# THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel

**FOR TIME PERIOD ENDED 7/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 7/18/2006 Rachel Scott Research Assistant | RS | Prepare and analyze ZAI exhibits 04_1041-1143. | 8.5 | $60.00 | $510.00 |
| 7/19/2006 Gabriel Scott Research Assistant | GS | Review of imaged ZAI exhibits (.3); compile key ZAI exhibits and prepare summaries of same (2.7). | 3.0 | $60.00 | $180.00 |
| 7/19/2006 Rachel Scott Research Assistant | RS | Prepare and analyze ZAI exhibits 04_1144-1127. | 4.5 | $60.00 | $270.00 |
| 7/20/2006 Gabriel Scott Research Assistant | GS | Review of imaged ZAI exhibits (.3); compile key ZAI exhibits and prepare summaries of same (CD_04_46) (2.7). | 3.0 | $60.00 | $180.00 |
| 7/21/2006 Gabriel Scott Research Assistant | GS | Review of imaged ZAI exhibits (.2), compile key ZAI exhibits and prepare summaries of same (CD_04_47_52) (1.8). | 2.0 | $60.00 | $120.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:    1.5    Grace - Special Counsel

FOR TIME PERIOD ENDED 7/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/22/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.3); compile key ZAI exhibits and prepare summaries of same (3.2). | 3.5 | $60.00 | $210.00 |
| 7/24/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.2); compile key ZAI exhibits and prepare summaries of same (.8). | 1.0 | $60.00 | $60.00 |
| 7/25/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits 04_1128-1199. | 5.5 | $60.00 | $330.00 |
| 7/26/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.2); compile key ZAI exhibits and prepare summaries of same (2.3). | 2.5 | $60.00 | $150.00 |
| 7/27/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits 04_1200-1240. | 3.0 | $60.00 | $180.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:    1.5    Grace - Special Counsel                    **FOR TIME PERIOD ENDED 7/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 7/28/2006 RS<br>Rachel Scott<br>Research Assistant | | Prepare and analyze ZAI exhibits 04_1241-1339. | 8.0 | $60.00 | $480.00 |
| 7/29/2006 GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.4); compile key ZAI exhibits and prepare summaries of same (4.6). | 5.0 | $60.00 | $300.00 |
| 7/30/2006 GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.2); compile key ZAI exhibits and prepare summaries of same (1.8). | 2.0 | $60.00 | $120.00 |
| 7/31/2006 KLB<br>Kristy L. Bergland<br>Paralegal | | Import exhibit summaries into ZAI Exhibit database. | .8 | $170.00 | $136.00 |
| 7/31/2006 GS<br>Gabriel Scott<br>Research Assistant | | Review of imaged ZAI exhibits (.5); compile key ZAI exhibits and prepare summaries of same (CD_04_52_36) (4.0). | 4.5 | $60.00 | $270.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:    1.5    Grace - Special Counsel                                      FOR TIME PERIOD ENDED 7/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 7/31/2006 | RS | Prepare and analyze ZAI exhibits 04_1440-1500. | 4.5 | $60.00 | $270.00 |
| | Rachel Scott | | | | |
| | Research Assistant | | | | |

TOTAL THIS STATEMENT:        $6,406.00

## VERIFICATION

STATE OF WASHINGTON     )
                                  )

COUNTY OF SPOKANE         )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)     I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)     I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 6th day of Nov., 2006.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2010

KRISTY L BERGLAND
COMMISSION EXPIRES
NOTARY
PUBLIC
SEPT. 10, 2010
STATE OF WASHINGTON

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: November 27, 2006** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>AUGUST 1, 2006 THROUGH AUGUST 31, 2006</u>

Name of Applicant:                                           The Scott Law Group, P.S.

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                        July 22, 2002

Period for which compensation and
Reimbursement is sought:                                  August 1, 2006 through
                                                                           August 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                               $        8,275.00

Amount of Expenses Reimbursement:                  $               0

This is a: <u>X</u> monthly    _ interim    _ final application

Prior Application filed: Yes

Docket No. 13593
Date 11/7/2006

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---|---|---|---|---|---|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/6/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | Pending | Pending |
| 11/3/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | Pending | Pending |
| 11/3/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | Pending | Pending |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | Pending | Pending |

This is the forty-fourth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | 2.6 | $442.00 |
| Samantha Simatos | Legal Asst. | 13 | Litigation | $105 | 6.6 | $693.00 |
| Gabriel Scott | Research Asst. | 1 | Litigation | $60 | 39.0 | $2,340.00 |
| Rachel Scott | Research Asst. | 1 | Litigation | $60 | 80.0 | $4,800.00 |
| TOTALS | | | | | 128.2 | $8,275.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 128.2 Hours | $8,275.00 |
| TOTALS | 128.2 Hours | $8,275.00 |

Dated:   November 7, 2006

William D. Sullivan (No. 2820)
WILLIAM D. SULLIVAN, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

**Re:**    **1.5**    **Grace - Special Counsel**                                    **FOR TIME PERIOD ENDED 8/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 08/02/2006<br>Kristy L. Bergland<br>Paralegal | KLB | Format and import additional exhibit summaries into ZAI Exhibit Database. | 1.5 | $170.00 | $255.00 |
| 8/2/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits 04_1501-1581. | 6.0 | $60.00 | $360.00 |
| 8/3/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits 04_1582-1682. | 8.0 | $60.00 | $480.00 |
| 8/4/2006<br>Kristy L. Bergland<br>Paralegal | KLB | Import additional exhibit summaries into ZAI exhibit database (.3). | .3 | $170.00 | $51.00 |
| 8/7/2006<br>Samantha Simatos<br>Legal Assistant | SS | Continue preparation of April-June fee applications. | 1.6 | $105.00 | $168.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:  1.5  Grace - Special Counsel                              FOR TIME PERIOD ENDED 8/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 8/9/2006<br>Samantha Simatos<br>Legal Assistant | SS | Revise and finalize fee applications for April, May and June (2.6); email same to William Sullivan for service (.2). | 2.8 | $105.00 | $294.00 |
| 8/10/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (1.0), compile key ZAI exhibits and prepare summaries of same (2.0). | 3.0 | $60.00 | $180.00 |
| 8/10/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits 01B folders 32-34. | 3.2 | $60.00 | $192.00 |
| 8/14/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.2); compile key ZAI exhibits and prepare summaries of same (.8). | 1.0 | $60.00 | $60.00 |
| 8/14/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits CD 01B folders 35-38. | 3.0 | $60.00 | $180.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:   1.5   Grace - Special Counsel                          FOR TIME PERIOD ENDED 8/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 8/15/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.5); compile key ZAI exhibits and prepare summaries of same (2.0). | 2.5 | $60.00 | $150.00 |
| 8/15/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits CD 01B folders 39-48. | 3.8 | $60.00 | $228.00 |
| 8/16/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.3); compile key ZAI exhibits and prepare summaries of same (1.7). | 2.0 | $60.00 | $120.00 |
| 8/16/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits CD 01B folders 49-62. | 4.0 | $60.00 | $240.00 |
| 8/16/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits WRG 01B_001-042. | 3.5 | $60.00 | $210.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

| Re: | 1.5 | Grace - Special Counsel | FOR TIME PERIOD ENDED 8/31/2006 |
|---|---|---|---|

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/17/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.7); compile key ZAI exhibits and prepare summaries of same (3.3). | 4.0 | $60.00 | $240.00 |
| 8/17/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits WRG 01B_043-115. | 6.7 | $60.00 | $402.00 |
| 8/18/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.2); compile key ZAI exhibits and prepare summaries of same (1.8). | 2.0 | $60.00 | $120.00 |
| 8/19/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.5); compile key ZAI exhibits and prepare summaries of same (4.0). | 4.5 | $60.00 | $270.00 |
| 8/21/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.3); compile key ZAI exhibits and prepare summaries of same (2.2). | 2.5 | $60.00 | $150.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:  1.5  Grace - Special Counsel

**FOR TIME PERIOD ENDED 8/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 8/21/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits WRG 01B_116-137. | 5.0 | $60.00 | $300.00 |
| 8/22/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.4); compile key ZAI exhibits and prepare summaries of same (3.1). | 3.5 | $60.00 | $210.00 |
| 8/22/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits WRG 01B_138-203. | 8.5 | $60.00 | $510.00 |
| 8/23/2006<br>Kristy L. Bergland<br>Paralegal | KLB | Import additional exhibit summaries into ZAI Exhibit Database. | .3 | $170.00 | $51.00 |
| 8/23/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.3); compile key ZAI exhibits and prepare summaries of same (1.7). | 2.0 | $60.00 | $120.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE: 509-455-3966**

Re:     1.5     **Grace - Special Counsel**

**FOR TIME PERIOD ENDED 8/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/23/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 01B_204-336. | 4.0 | $60.00 | $240.00 |
| 8/24/2006 | SS<br>Samantha Simatos<br>Legal Assistant | Prepare 21st quarterly fee application and summary (2.1); email same to Bill Sullivan (.1). | 2.2 | $105.00 | $231.00 |
| 8/24/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits (.2); compile key ZAI exhibits and prepare summaries of same (1.3). | 1.5 | $60.00 | $90.00 |
| 8/25/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits (.1); compile key ZAI exhibits and prepare summaries of same (.4). | .5 | $60.00 | $30.00 |
| 8/28/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits (.2); compile key ZAI exhibits and prepare summaries of same (1.8). | 1.0 | $60.00 | $60.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:     1.5      Grace - Special Counsel                                   **FOR TIME PERIOD ENDED 8/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 8/28/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 01B_236-299. | 5.0 | $60.00 | $300.00 |
| 8/29/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits (.4); compile key ZAI exhibits and prepare summaries of same (3.1). | 3.5 | $60.00 | $210.00 |
| 8/29/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 01B_300-410. | 8.0 | $60.00 | $480.00 |
| 8/30/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Import additional document summaries into ZAI Exhibit Database. | .5 | $170.00 | $85.00 |
| 8/30/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits (.1); compile key ZAI exhibits and prepare summaries of same (.9). | 1.0 | $60.00 | $60.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:   1.5   Grace - Special Counsel

**FOR TIME PERIOD ENDED 8/31/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 8/30/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 01B_411-433. | 3.0 | $60.00 | $180.00 |
| 8/31/2006 | GS<br>Gabriel Scott<br>Research Assistant | Review of imaged ZAI exhibits (.5); compile key ZAI exhibits and prepare summaries of same (4.0). | 4.5 | $60.00 | $270.00 |
| 8/31/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits CD 03. | 8.3 | $60.00 | $498.00 |

**TOTAL THIS STATEMENT:**          $8,275.00

## VERIFICATION

STATE OF WASHINGTON          )
                             )
COUNTY OF SPOKANE            )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)      I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this _6th_ day of _Nov._ , 2006.

Notary Public for Washington
Residing at Spokane
My Commission Expires 9/10/2010

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| Debtors. | ) | Objection Deadline: November 27, 2006 |
| | ) | Hearing Date: TBD only if necessary |

## SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

Name of Applicant: The Scott Law Group, P.S.

Authorized to Provide Professional Services to: Zonolite Attic Insulation Claimants

Date of Appointment: July 22, 2002

Period for which compensation and
Reimbursement is sought: September 1, 2006 through
September 30, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary: $    4,258.00

Amount of Expenses Reimbursement: $        0

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel . | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---|---|---|---|---|---|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/6/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | Pending | Pending |
| 11/3/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | Pending | Pending |
| 11/3/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | Pending | Pending |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | Pending | Pending |
| 11/7/06 | 08/1/06-08/30/06 | $8,275.00 | 0 | Pending | Pending |

This is the forty-fifth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | .8 | $136.00 |
| Gabriel Scott | Research Asst. | 1 | Litigation | $60 | 15.0 | $900.00 |
| Rachel Scott | Research Asst. | 1 | Litigation | $60 | 53.7 | $3,222.00 |
| TOTALS | | | | | 69.5 | $4,258.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 69.5 Hours | $4,258.00 |
| TOTALS | 69.5 Hours | $4,258.00 |

Dated:   November 7, 2006

William D. Sullivan (No. 2820)
WILLIAM D. SULLIVAN, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.
## 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel

FOR TIME PERIOD ENDED 9/30/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 9/13/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits CD 03_01-08. | 4.0 | $60.00 | $240.00 |
| 9/14/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits CD 03_09-11. | 3.0 | $60.00 | $180.00 |
| 9/18/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits CD 03_12-25. | 4.0 | $60.00 | $240.00 |
| 9/21/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits CD 03_26-49. | 4.7 | $60.00 | $282.00 |
| 9/24/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.2); compile key ZAI exhibits and prepare summaries of same (2.8). | 3.0 | $60.00 | $180.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

| Re: | 1.5 | Grace - Special Counsel | | | FOR TIME PERIOD ENDED 9/30/2006 |
|-----|-----|-------------------------|---|---|---|

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 9/25/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze exhibits CD 03_50-57. | 4.0 | $60.00 | $240.00 |
| 9/25/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (1.0); compile key ZAI exhibits and prepare summaries of same (7.0). | 8.0 | $60.00 | $480.00 |
| 9/26/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits CD 03_58-60. | 1.0 | $60.00 | $60.00 |
| 9/26/2006<br>Rachel Scott<br>Research Assistant | RS | Prepare and analyze ZAI exhibits WRG 03_001-059. | 6.5 | $60.00 | $390.00 |
| 9/26/2006<br>Gabriel Scott<br>Research Assistant | GS | Review of imaged ZAI exhibits (.5); compile key ZAI exhibits and prepare summaries of same (3.5). | 4.0 | $60.00 | $240.00 |

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:    1.5    **Grace - Special Counsel**                    **FOR TIME PERIOD ENDED 9/30/2006**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 9/27/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Import spreadsheet summaries into Zonolite Exhibit Database. | .6 | $170.00 | $102.00 |
| 9/27/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 03_060-132. | 8.5 | $60.00 | $510.00 |
| 9/27/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 03_060-132. | 8.5 | $60.00 | $510.00 |
| 9/28/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 03_133-260. | 9.5 | $60.00 | $570.00 |
| 9/29/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Import additional exhibit summaries into ZAI database. | .2 | $170.00 | $34.00 |

**TOTAL THIS STATEMENT:**     $4,258.00

11/2/2006

## VERIFICATION

STATE OF WASHINGTON    )
                                 )
COUNTY OF SPOKANE      )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)    I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this _6_ day of _Nov_, 2006.

Notary Public for Washington
Residing at Spokane
My Commission Expires: _9/10/2010_