## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| **Debtors.** | ) | Objection Deadline: January 9, 2007 @ 4:00pm |
| | ) | Hearing Date:   TBA |

### NOTICE OF TWENTY-SECOND INTERIM QUARTERLY APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND FOR REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2006 THROUGH SEPTEMBER 30, 2006

To:   (1) The Debtors; (2) Office of the United States Trustee; (3) Counsel to the Official Committee of Unsecured Creditors; (4) Counsel to the Official Committee of Personal Injury Claimants; (5) Counsel to the Official Committee of Property Damage Claimants; (6) Counsel to the debtor-in-possession lenders (the "DIP Lenders"); and (7) Counsel to the Official Committee of Equity Holders.

The Scott Law Group, P.S., Special Counsel to the ZAI Claimants in the above-captioned cases, has filed and served the *Twenty-First Quarterly Application of the Scott Law Group, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from April 1, 2006 through June 30, 2006*, seeking fees in the amount of $18,939.00 and expenses in the amount of $0.00 (the "Fee Application").

Objections or responses to the Fee Application, if any, must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, on or before **January 9, 2007 at 4:00 p.m.**

At the same time, you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, David M. Bernick, P.C., Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski Stang Ziehl Young Jones & Weintrab LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Strook & Strook & Lavan, 180 Maiden Lane, New York, NY 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246 (fax number 302-657-4901); (iii) counsel to the Official Committee of

Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, P.O. Box 1351, Wilmington, DE 19899 (fax number 302-575-1714); (iv) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 (fax number 212-644-6755), and Marla Eskin, Esquire, Campbell & Levine, LLC, Chase Manhattan Center, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801 (fax number 302-426-9947); (v) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899 (fax number 302-658-6395); (vi) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, DE 19801 (fax number 302-573-6497); (vii) counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022 (fax number 212-715-8000); and (viii) co counsel to the Official Committee of Equity Holders, Teresa K.D. Currier, Esquire, Klett, Rooney, Lieber, & Schorling, 100 West Street, Suite 1401, Wilmington, DE 19801

Any party in interest seeking to review the Fee Application may retrieve a copy of it at the CM/ECF website for the Delaware Bankruptcy Court at http://ecf.deb.uscourts.gov/cgl-bin/login.pl (Pacer login required) or by contacting undersigned counsel.

*[Remainder of Page Intentionally Left Blank]*

Dated:  December 20, 2006

*[signature]*

William D. Sullivan (No. 2820)
WILLIAM D. SULLIVAN, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS