IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 13,885 |
| | ) | |

## ORDER REGARDING QUESTIONNAIRES TO BE FILED FOR NON-SETTLED PRE-PETITION ASBESTOS PI CLAIMS

WHEREAS, The Court has considered the *Debtors' Brief Regarding Settled Pre-Petition Asbestos PI Claims [Docket No. 13,885]*; and

WHEREAS, The Court has also considered the Objections and briefs filed by various law firms;

IT IS HEREBY ORDERED THAT:

1. The claims listed on the Exhibit to this Order are Non-Settled Pre-Petition Asbestos PI Claims within the meaning of the August 24, 2006 PI Bar Date Order; and

2. The claimants listed on the Exhibit to this Order must therefore submit Questionnaires by January 12, 2007 if the claimants have not already submitted such Questionnaires; and

3. Such Questionnaires must be in compliance with all applicable orders of the Court, including all rulings made as a consequence of the December 5, 2006 hearing regarding Questionnaire issues.

Dated: December 20, 2006

*Judith K Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:123677.1