THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby withdraws with prejudice its administrative proofs of claim against W. R. Grace & Co. and/or one or more of its related debtor affiliates filed in Case No. 01-1139 on March 21, 2005, proofs of claim numbered 15734 and 17015, each in the amount of $300,000. No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

December __, 2006

_____
Pamela Moore-Gibbs, Trial Attorney
U.S. Equal Employment Opportunity Commission
500 West Madison Avenue
Suite 2800
Chicago, Illinois 60661

Telephone Number (312) 886-9120