IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: (Docket Nos. 13619-13622, 13624-13628 and 13703-13704) (Nov. 9, 2006 and 17, 2006) |

**CERTIFICATION OF COUNSEL REGARDING W.R. GRACE & CO.'S MOTIONS TO COMPEL ASBESTOS PERSONAL INJURY CLAIMANTS TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE**

1. On December 20, 2006, W.R. Grace & Co. ("Grace" or "Debtors") conferred with various counsel representing Claimants in this matter, specifically those represented by Natalie Ramsey and Sander Esserman. With respect to the majority of issues relating to Debtors' Motions to Compel (Docket Nos. 13619-13622, 13624-13628 and 13703-13704) (Nov. 9, 2006 and 17, 2006), these parties have reached agreement and have submitted an agreed proposed order under separate cover. The parties, however, were not able to reach an agreement as to all terms for an order relating to Debtors Motions to Compel. Specifically, the parties have not reached agreement on two additional paragraphs.

2. Grace has prepared a Proposed Order which addresses the two issues not agreed upon by the parties, which is attached hereto as Exhibit A. Grace has shared this proposed language with the parties involved in the negotiation, but agreement could not be reached.

K&E 11430569.1

3.  Attached as Exhibit B is an annotated version of Grace's Proposed additional paragraphs. This annotated version of Grace's proposed language details the statements made on record by the Court that support the language proposed by Grace.

4.  By way of this Certification, Grace respectfully requests that the Court enter the agreed Order submitted under separate cover, and the proposed additional language reflected in Attachment A.

Dated: December 20, 2006

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Barbara M. Harding
David E. Mendelson
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

And

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

_/s/ Curtis A. Hehn_

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Curtis A. Hehn (Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession