**Grace 2002 Service List**

**Hand Delivery**
Laura Davis Jones, Esquire
James O'Neill, Esquire.
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Carmella Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

**Hand Delivery**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Joseph Grey, Esq.
Stevens & Lee
1105 N. Market St. – Ste 700
Wilmington, DE 19801-1270

Francis A. Monaco, Jr., Esq.
Frederick B. Rosner, Esq.
Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE 19801

Mark S. Chehi, Esq.
Kevin Brady, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Robert Jacobs, Esq.
Jacobs & Crumplar, PA
Two East 7th Street
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Ave., 7th Floor
PO Box 410
Wilmington, DE 19899

**Hand Delivery**
Theresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
David Klauder, Esq.
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

**Hand Delivery**
Bill Sullivan
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19801

J. Douglas Bacon, Esquire
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

D. J. Baker, Esquire
Sheila Birnbaum, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street – 8th Floor
Denver, CO 80294

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

{D0000014:1 }

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York. NY 10017

Attn.: Meridee Moore & Kirsten Lynch
Farallon Capital Management LLC
One Maritime Plaza
Suite 1325
San Francisco, CA 94111

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Margery N. Reed, Esq.
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Elio Battista, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

Elizabeth S. Kardos, Esq.
Gibbons, Del Deo, Dolan, Griffinger
  & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Thomas J. Noonan, Jr.
c/o R & S Liquidation Company
Five Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

Jonathan W. Young
T.Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
875 3rd Avenue
New York, NY 10022-6225

Joseph T. Kremer, Esq.
Lipsiptz, Green, Fahringer, Roll, Salisbury
    & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD  21214

Paul D. Henderson, Esq.
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX 77630

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd., Suite G
Brownsville, TX  78520

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ  07663

David Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elizabeth J. Cabraser, Esquire
Richard M. Heimann, Esquire
Lieff Cabraser Heimann & Bernstein LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111

Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Can.Tower
Sun Life Center, 200 Kint Street West
**Toronto, Ontario M5H 3T4
CANADA**

**Hand Delivery**
William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
Wilmington, DE  19801

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price
    & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL  33131

Edward W. Westbrook, Esquire
Robert M. Turkewitz, Esquire
Richardson, Patrick, Westbrook & Brickman,
LLC
174 East Bay Street
Charleston, SC  29401

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P. O. Box 151
Bryan, OH  43506

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

Michael B. Schaedle, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

Steven R. Schlesinger, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

Alan Kolod, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street, 4th Floor
New York, NY  10006

Charles E. Gibson, III
Gibson Law Firm
447 Northpark Drive
Ridgeland, MS  39157-5109

John P. Dillman, Esq.
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P. O. Box 3064
Houston, TX  77253-3064

Steven J. Kherkher, Esq.
Laurence G. Tien, Esq.
Williams Bailey Law Firm LLP
8441 Gulf Freeway, Suite #600
Houston, TX  77017

Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA  02110-2624

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-7078

Paul M. Baisier, Esq.
SEYFARTH SHAW
1545 Peachtree Street, Suite 700
Atlanta, GA  30309

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Sander L. Esserman, Esquire
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street
Suite 2200
Dallas, TX  75201-2689

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
Suite 900
Four Penn Cneter
Philadelphia, PA  19103

Todd C. Meyers, Esq.
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, New York  10017

Brad N. Friedman, Esq.
Rachel S. Fleishman, Esq.
Milberg Weiss Bershad Hynes & Learch
One Pennsylvania Plaza
New York, NY  10019

Lewis Kruger, Esquire
Robert Raskin, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

Thomas J. Noonan, Jr.
Herman's Sporting Goods in Liquidation
C/o R&S Liquidation Company, Inc.
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

Damon J. Chargois, Esquire
Emerg' Soft
524 E. Lamar Blvd. – Ste 200
Arlington, TX  76011

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH  43215

Dorine Vork
Stibbe, P.C.
350 Park Avenue
New York, New York 10022

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Florida  32399-3000

Credit Lyonnais
1301 Avenue of the Americas
New York, New York  10019-0602

Randall A. Rios, Esq.
Floyd Isgur Rios & Wahrlich, P.D.
700 Louisiana, Suite 4600
Houston, TX  77002

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, Idah  83536-9229

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX  77002

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

{D0000014:1 }

Thomas O. Bean, Esq.
Eric P. Magnuson, Esq.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA  02210

Deirdre Woulfe Pacheo, Esq.
Wilentz Goldman & Spitzer
P.O. Box 10
Woodbridge Center Drive
Woodbridge, NJ  07095

Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Richard S. Lewis, Esquire
Cohen Milstein Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005

Thomas M., Esquire
Hagens Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
PO Box 1028
Wilmington, DE 19899

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA  19027

Paul P. Daley, Esq.
George W. Shuster, Jr., Esq.
Hale and Dorr LLP
60 State Street
Boston, MA  02109

Janet M. Weiss, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Allan M. McGarvey, Esquire
Jon L. Heberling, Esquire
Roger M. Sullivan, Esquire
McGarvey Heberling Sullivan & McGarvey
745 South Main
Kalispell, MT  59901

John G. Stoia, Jr., Esuiqre
Timothy G. Blood, Esquire
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
401 B. Street,  Suite 1600
San Diego, CA  92101

Ralph R. Mabey, Esquire
Penrod W. Keith, Esquire
LeBoeuf Lamb Greene & MacRae LLP
1000 Kearns Building
Salt Lake City, UT  84101

Marsha A. Penn, Esquire
P.O. Box 3725
Houston, TX  77253

Robert J. Dehney, Esquire
Michael B. Busenkell, Esquire
Morris Nicholas Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19899

Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE  19899

Peninsula Capital, L.P.
404B East Main Street, 2nd Floor
Charlottesville, VA 22902
Attn: Ted Weschler

Vahe Melkonian, Pres.
Newco Management Company LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA  91367

Joseph L. Schwartz, Esq.
Curtis M. Plaza, Esq.
Craig T. Moran, Esq.
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, NJ 07962

 Neil Berger, Esquire
Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY  10119

Philip Bentley, Esq.
Gary M. Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

James Sottile, Esquire
Zuckerman Spaeder LLP
1201 Connecticut Ave., NW
Suite 600
Washington, DC  20036

Darrell W. Scott
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201

David Pastor, Esquire
Edward L. Manchur, Esquire
Gilman & Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

Thomas G. Whalen, Esquire
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington,  DE 19801

Jordan N. Malz, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017

Christopher R. Momjian, Esq.
Senior Deputy Attorney General
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107

Mr. Harvey Schultz
The Schultz Organization
900 Route 9 North
Woodbridge, NJ  07095

Charles L. Finke, Assistant Attorney General
Brad Rogers, Attorney
Pension Benefit Guarantee Corporation
Office of the General Counsel
1200 K Street, NW
Washington, DC  20005-4026

Richard A. O'Halloran, Esquire
BURNS, WHITE & HICKTON, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA  19462

W. Wallace Finlator, Jr.
Assistant Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, NC  27602-0629

Daniel C. Cohn, Esq.
Christopher M. Candon
Cohn & Whitesell LLP
101 Arch Street, Suite 1605
Boston, MA 02110

Steven K. Kortanek, Esq.
Joanne B. Wills, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Jeffrey L. Roelofs, Esquire
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA  02141

John V. Fiorella, Esquire
Archer & Greiner, P.C.
1300 North Market Street
Suite 700
Wilmington, DE  19801

Thomas Tew, Esquire
Tew Cardenas Robak Kellogg Lehman
DeMaria
   Tague Raymond & Levine L.L.P.
201 S. Biscayne Blvd., Suite 2600
Miami, FL  33131

James E. Wimberley, Esquire
McPherson, Monk, Hughes, Bradley &
Wimberley, L.L.P.
3120 Central Mall Drive
Port Arthur, TX  77642

Marc Abrams, Esquire
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY  10019-6099

Citadel Investment Group, L.L.C.
Attn:  S. Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL  60603

Kirk A. Patrick III
Donohue Patrick
1500 Bank One Centre-North Tower
PO Box 1629
Baton Rouge, LA  70821-1629

Anne McGinness Kearse, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
PO Box 1792
Mt. Pleasant, SC  29465

Roger W. Hammond
Kforce Inc.
1001 East Palm Avenue
Tampa, FL  33605

Mr. Eugene Paul Sullivan
29-B Plaza Delas Flores
Freehold, NJ  07728

Todd C. Schiltz
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE  19801

Bruce D. Levin, Esq.
Peter B. McGlynn, Esq.
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA  02110

Frederick P. Furth
Michael P. Lehmann
Christopher L. Lebsock
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA  94104

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, NW, Ste 200
Washington, DC 20007

Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215

Justin Shrader
Shrader & Williamson
16903 Red Oak Blvd.
Suite 220
Houston, TX 77090

Sean Allen
BMC Group
720 Third Avenue, 23rd Floor
Seattle,  WA 98104

M. David Minnick, Esq.
Michael P. Ellis, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Gerald F. George, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Thomas A. Spratt, Jr., Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103

Steven T.Davis
Obermayer Rebmann Maxwell & Hippel LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

D. Alexander Barnes, Esq.
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, Pa 19103-1895

Steven J. McCardell, Esquire
Jared Inouye, Esquire
Duham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

John Waters, Esq.
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306

Yves Lauzon
Michel Belanger
Lauzon Belanger, Inc.
286, rue St-Paul Quest, Bureau 100
Montreal Quebec

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

David A. Hickerson, Esquire
M. Jarrad Wright, Esquire
Weil, Gotshal & Manges, LLP
1300 Eye Street N.W., Suite 900
Washington, D.C. 20005

Ralph I. Miller, Esquire
Weil, Gotshal & Manges, LLP
200 Cresent Court, Suite 300
Dallas, TX 75201

Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
Kathryn D. Sallie, Esquire
The Bayard Firm
222 Delaware Avenue, Ste 900
Wilmington, DE 19801