**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01–1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL**

I, Daniel K. Hogan, of The Hogan Firm, hereby certify the following:

1.      The proposed form of Order Regarding Motions to Compel Claimants to Respond

to The W.R. Grace & Co. Asbestos Personal Injury Questionnaire attached hereto as Exhibit A

and comprised of eight (8) sequentially numbered paragraphs has been agreed to by the

undersigned's co-counsel, the firm of Stutzman, Bromberg, Esserman & Plifka, A Professional

Corporation, on behalf of their shared clients.  The undersigned understands that W.R. Grace &

Co., et al. (collectively, "Grace") and the Montgomery, McCracken, Walker & Rhoads, LLP

firm, on behalf of its respective clients, are agreeable to the entry of such order and such entry is

hereby requested.

2.      Agreement has not been reached as to two additional paragraphs that would

address the issues of (i) the consulting expert privilege, and (ii) the intended scope of the Court's

rulings.  The undersigned understands that Grace proposes to submit a competing form of order

as to these two disputed paragraphs.  The undersigned and the Montgomery McCracken firm do

not believe that Grace's proposed language reflects this Court's rulings.  With respect to the

consulting expert privilege, Grace's proposal does not reflect the Court's announced ruling on

this issue in conference call with the Court on December 19, 2006, or the language of Federal

Rule 26(b)(4)(B).  With respect to Grace's proposed paragraph concerning the scope of the order,

at the December 5 hearing the Court denied Grace's request for a blanket ruling on all objections

not presented at the hearing.  Other than the specific parties against whom such objections were

filed, no other party had notice or an opportunity to respond to any such objections.  Grace's

proposed language therefore violates the due process rights of the personal injury claimants.  *See*

December 5 Transcript at pages 255-260.

3.      Attached hereto as Exhibit B is a Supplemental Order Regarding Motions to

Compel Claimants to Respond to The W.R. Grace & Co. Asbestos Personal Injury

Questionnaire.  This form of order accurately reflects the Court's rulings and is acceptable to the

undersigned and the Montgomery, McCracken firm on behalf of their respective clients, and its

entry is respectfully requested.

Dated:  December 20, 2006
Wilmington, Delaware

/s/ Daniel K. Hogan
Daniel K. Hogan (DE #2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302-656-7540
Facsimile: 302-656-7599

*and*

**STUTZMAN, BROMBERG, ESSERMAN
& PLIFKA, A Professional Corporation**
Sander L. Esserman (TX Bar No. 06671500)
David A. Klingler (TX Bar No. 11574300)
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone : (214) 969-4900
Facsimile: (214) 969-4999

**COUNSEL FOR VARIOUS LAW FIRMS
REPRESENTING ASBESTOS PERSONAL
INJURY CLAIMANTS**