IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**ORDER DISALLOWING AND EXPUNGING CERTAIN OF THE CLAIMS OF GULF PACIFIC AMERICA, INC.**

WHEREAS the Debtors and Gulf Pacific America, Inc., have stipulated and agreed that:

(a) claim number 1756 shall be disallowed and expunged as outlined in the Stipulation attached hereto as Exhibit 1; and

(b) claim numbered 1755 shall remain on the Claims Register as outlined in the above-referenced stipulation.

IT IS HEREBY ORDERED.

Date: December 21, 2006

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

K&E 11532891.2