IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: January 2, 2007 at 12:00 p.m. |
| | ) | Hearing Date: January 4, 2007 at 9:00 a.m. |

## NOTICE OF TELEPHONIC HEARING (RE: DOCKET NO. 14051)

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., 2-business days before the hearing.**

TO:   ALL PARTIES ON THE ATTACHED 2002 SERVICE LIST

PLEASE TAKE NOTICE that a telephonic hearing on the **Motion of the Official Committee of Asbestos Property Damage Claimants for Leave to Designate an Expert Regarding Constructive Notice for Property Damage Claims** (the "Motion"), filed in the above captioned matter on December 18, 2006 [Docket No. 14051], will be held before the Honorable Judith K. Fitzgerald on **January 4, 2007 at 9:00 a.m. (Eastern Time)** in Pittsburgh, Pennsylvania. You were previously served with a copy of the Motion.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Motion must be filed **on or before January 2, 2007 at 12:00 p.m. (Eastern Time)** with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel.

IF YOU FAIL TO FILE A RESPONSE IN ACCORDANCE WITH THIS NOTICE THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 21, 2006                    FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

-and-

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Matthew I. Kramer, Esquire
Bilzin Sumberg Baena Price
& Axelrod LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
(305) 374-7580

Co-Counsel for the Official Committee
of Asbestos Property Damage Claimants