## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 13406** |

## DESIGNATION OF FACT WITNESS AND EXPERT REPORTS RELATING TO PRODUCT IDENTIFICATION ON ON BEHALF OF CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMANTS OF SPEIGHTS & RUNYAN AND THE BRANDI LAW FIRM

Pursuant to the Court's October 13, 2006 Amended Scheduling Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims, Speights & Runyan and The Brandi Law Firm hereby designate expert reports, all of which have previously been produced to the debtors, either as an attachment to a claim form, amended claim form, or as an annex to the claim form as additional supporting documentation, on behalf of the following listed California Property Damage Claimants:

1.    Expert report of Dr. James Millette dated April 24, 1992 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 10930.

---

1 The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgracc, Inc., Coalgrace II, Ins., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc. (f/k/a GHSC Holding, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    Expert report of Dr. William Longo dated March 14, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9848.

3.    Expert report of Dr. William Longo dated March 14, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9850.

4.    Expert report of Dr. William Longo dated March 14, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9909.

5.    Expert report of Dr. William Longo dated March 14, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9910.

6.    Expert report of Dr. William Longo dated March 14, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9895.

7.    Expert report of Dr. William Longo dated March 14, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9896.

8.    Expert report of Dr. William Longo dated March 14, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9897.

9.    Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9878.

10.    Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9879.

11.    Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9880.

12.    Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9847.

13.    Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9846.

14.    Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9845.

15.    Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9844.

16.    Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9892.

17.    Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9891 (East Wing)

18.    Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9891 (North Wing).

19.    Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9890.

20.    Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9869.

21.    Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9858.

22.    Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9859.

23.    Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9860.

24.    Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9851.

25.    Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9852.

26.     Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9853.

27.     Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9854.

28.     Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9855.

29.     Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9856.

30.     Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9882.

31.     Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9883.

32.     Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9885.

33.     Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9884.

34.     Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9887.

35.     Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9886.

36.     Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9840.

37.     Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9841.

38.     Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9893.

39.     Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9862.

40.     Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9863.

41.     Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9865.

42.    Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9866.

43.    Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9867.

44.    Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9870.

45.    Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9871

46.    Expert report of Dr. William Longo dated March 28, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9871.

47.    Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9872.

48.    Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9873.

49.    Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9874.

50.    Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9875.

51.    Expert report of Dr. William Longo dated March 11, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9876.

52.    Expert report of Dr. William Longo dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9877.

53.    Expert report of Dr. William Longo dated September 17, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.10597.

54.    Expert report of Dr. William Longo dated September 17, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.10621.

55.    Expert report of Dr. William Longo dated January 7, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9888.

56.    Expert report of Dr. William Longo dated September 17, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.10319.

57.    Expert report of Dr. William Longo dated September 17, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.10303.

58.     Expert report of Dr. William Longo dated January 7, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.10053.

59.     Expert report of Dr. William Longo dated January 7, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.10019.

60.     Expert report of Dr. William Longo dated January 7, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.10020.

61.     Expert report of Dr. William Longo dated January 7, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.10058.

62.     Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.11962.

63.     Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.11957.

64.     Expert report of Dr. William Longo dated January 7, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.10237.

65.     Expert report of Dr. William Longo dated January 7, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.12616.

66.    Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.10018.

67.    Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.10078.

68.    Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9988.

69.    Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9970.

70.    Expert report of Dr. William Longo dated September 17, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.9928.

71.    Expert report of Dr. William Longo dated October 28, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9925.

72.    Expert report of Dr. William Longo dated October 28, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No.10230.

73.    Expert report of Dr. William Longo dated October 28, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 10208.

74. Expert report of Dr. William Longo dated October 28, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 10229.

75. Expert report of Dr. William Longo dated October 23, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9993.

76. Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 10160.

77. Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11918.

78. Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11735.

79. Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11819.

80. Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11820.

81. Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11817.

82.     Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11802.

83.     Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11800.

84.     Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11745.

85.     Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11876.

86.     Expert report of Dr. William Longo dated March 22, 2004 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11866.

## Pacific Freeholds - 100 Pine

**Additional Fact Witnesses**

1.     Subject to its reservation of rights, claimant may offer testimony of Thomas W. Pickthall. The witness may testify about matters raised in his deposition which Grace took on April 11, 1990.

**Reservation of Rights**

Pacific Freeholds, the Board of Regents of the University of California and the California State University System all reserve the right to supplement or amend expert reports as new or additional information may become available, or as may be permitted by the applicable rules of procedure or the Court. These parties further reserve the right to incorporate any expert report from Dr. William Longo and/or Dr. James Millette submitted by any other claimant or on any other issue.

DATED:  December 21, 2006

Christopher D. Loizides (#3968)
Michael J. Joyce (#4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

Thomas J. Brandi
Terence D. Edwards
THE BRANDI LAW FIRM
44 Montgomery Street Suite 1050
San Francisco CA 94104
Telephone:    (415) 989-1800
Facsimile:    (415) 989-1801

C. Alan Runyan (SC Fed. ID No. 4837)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:    (803)943-4599

*Counsel for Certain Asbestos Property Damage Claimants of Speights & Runyan and the Brandi Law Firm*