# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: November 20, 2006 |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL AND AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR THE MONTHLY PERIOD OF AUGUST 1, 2006, THROUGH AUGUST 31, 2006, FOR THE QUARTERLY FEE PERIOD OF JULY THROUGH SEPTEMBER 2006**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Litigation Counsel: | **Retention Order entered January 22, 2003** |
| Date of Retention as Ordinary Course Professional: | **Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.** |
| Period for which compensation and reimbursement is sought | **August 1, 2006 through August 31, 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 4,800.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 87.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of August 2006. This is the 44th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), previously pending in the United States District Court for the District of Minnesota (the "Intercat suit"), now settled. On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the 18th monthly application that includes such ordinary course fees and expenses.

All monthly applications filed previously with the Court by Woodcock are identified in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |

| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
|---|---|---|---|
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9, 2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 – 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 – 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 – 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 – 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1 – 3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| 4/1 – 4/30/05 | June 21, 2005 | 124,598.70 | 6,544.89 |
| 5/1– 5/31/05 | July 20, 2005 | 198,043.00 | 45,257.99 |
| 6/1 – 6/30/05 | August 11, 2005 | 82,795.50 | 28,829.43 |
| 7/1 – 7/31/05 | September 15, 2005 | 53,078.50 | 578.90 |
| 8/1 – 8/31/05 | October 12, 2005 | 44,755.00 | 4,009.23 |
| 9/1 – 9/301/05 | November 22, 2005 | 47,211.00 | 146.73 |
| 10/1 – 10/31/05 | December 16, 2005 | 18,168.50 | 665.33 |
| 11/1– 11/30/05 | January 31, 2006 | 11,158.00 | 17.20 |
| 12/1– 12/31/05 | March 10, 2006 | 4,340.00 | 12.38 |
| 1/1– 1/31/06 | March 29, 2006 | 3,470.00 | 80.82 |
| 2/1 – 2/28/06 | April 19, 2006 | 4,121.50 | 300.25 |
| 3/1 – 3/31/06 | May 4, 2006 | 8,338.50 | 2,055.56 |
| 4/1 – 4/30/06 | July 7, 2006 | 10,612.50 | 4,762.62 |
| 5/1– 5/31/06 | July 13, 2006 | 54,925.00 | 2,871.85 |
| 6/1 – 6/30/06 | August 4, 2006 | 108,519.50 | 669.50 |
| 7/1 – 7/31/06 | October 3, 2006 | 44,957.50 | 425.85 |
| TOTAL | | $3,086,066.50 | $775,192.10 |

During this fee period, Woodcock provided ordinary-course, intellectual property services in connection with three matters, which are detailed in the attached fee schedule for each matter, and also generated fees of $454.50.00, included in the monthly total for this petition, attributable to preparation of the petitions for July 2006 (representing .9 hours by Gary Levin at $505/hour) in the category Fee Application, Applicant. Disbursements attributable to the ordinary course matters, as shown in the attached schedules, were $87.00. The Woodcock professionals who rendered ordinary course services during the fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $505.00 | 4.3 | $2,171.50 |
| Henrik D. Parker | Partner | 1984 | IP Litigation | $475.00 | 4.1 | $1,947.50 |
| Frank T. Carroll | Associate | 1998 | IP Counseling | $325.00 | 0.6 | $195.00 |
| Noreen Garonski | Paralegal | - | Prosecution | $175.00 | 0.6 | $105.50 |
| David DeSanto | Paralegal | - | Prosecution | $120.00 | 2.9 | $362.50 |

Total Fees: $4,800.50
Blended Rate: $384.00

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $4,800.50 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($3,840.40) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($87.00); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: October 30, 2006

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA 19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: November 20, 2006 |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD AUGUST 1, 2006 THROUGH AUGUST 31, 2006

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED
## TO CEMENT COMPOSITION PLASTICIZER

| 08/01/2006 | GHL | Begin review of further report from European associate on status of opposition against corresponding patents in Europe and consideration of relevance of arguments in Europe to validity issues in U.S. | 1.00 |
|---|---|---|---|

SERVICES $ 505.00

| | GHL | GARY H. LEVIN | 1.00 | hours @ | $505.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ **505.00**

## WRG-0076
## VALVED COVER SYSTEM

| 08/16/2006 | NG | Receipt and verification of updated Official Filing Certificate and Publication date, and preparation of correspondence to client forwarding copy of same; formalization of application to reflect particulars and updating intellectual property portfolio; | 0.60 |
|---|---|---|---|
| 08/17/2006 | FTC | Reviewed correspondence from Mr. Cross concerning references to cite in information disclosure statement (IDS); directed preparation of IDS; | 0.30 |
| 08/18/2006 | DMD | Analysis of specification and application file to identify references to be cited in an Information Disclosure Statement with the U.S. Patent Office in connection with the duty of disclosure; | 0.80 |
| 08/21/2006 | DMD | Continue preparation of Information Disclosure Statement; | 1.50 |
| 08/23/2006 | DMD | Attendance to filing of Information Disclosure Statement with the United States Patent and Trademark Office and preparation of correspondence to client explaining same and forwarding copies of documents as filed; | 0.60 |
| 08/23/2006 | FTC | Reviewed and executed Information Disclosure Statement (IDS), including review of related applications and communication from Mr. Cross concerning preparation of IDS to ensure that all material references have been listed in the IDS. | 0.30 |

SERVICES     $     662.50

|  | FTC | FRANK T. CARROLL | 0.60 | hours @ | $325.00 |
|---|---|---|---|---|---|
|  | NG | NOREEN GARONSKI | 0.60 | hours @ | $175.00 |
|  | DMD | DAVID M. DESANTO | 2.90 | hours @ | $125.00 |

**DISBURSEMENTS:**

| PATENT COPIES | 12.00 |
|---|---|
| TELEPHONE | 0.10 |
| PHOTOCOPYING | 6.90 |

DISBURSEMENT TOTAL     $     19.00

SERVICE TOTAL     $     662.60

**INVOICE TOTAL**     $     681.50

## WRG-0079
## DUE DILIGENCE ANALYSIS RELATED TO PROPOSED PURCHASE OF ASSETS RELATING TO PRECIPITATED INORGANICS

| | | | |
|---|---|---|---|
| 08/04/2006 | GHL | Review of seller's response and counter-proposal to Grace's proposal on indemnification and allocation of liability for any claims of infringement based on pre-closing activity, review of Grace internal communications regarding the response and telephone conference with Mr. Maggio regarding same, and preparation of correspondence to Mr. Maggio commenting on the response with suggestions for further discussion with seller; | 1.20 |
| 08/07/2006 | GHL | Work on risk analysis of two particular third-party patents versus seller's products, telephone conference with Mr. Maggio regarding same, and review of further sales/risk spreadsheet and memorandum to Grace regarding the risk; | 1.20 |
| 08/07/2006 | HDP | Detailed review and analysis of string of emails involving various client personnel and Mr. Levin concerning certain questions and strategy decisions; discussions with Mr. Levin as to further work to be done relating to Huber patent analysis; telephone conference with Bob Maggio thereon in conjunction with Mr. Levin; drafting and sending lengthy memo and accompanying spreadsheet concerning potential exposure issues under the Huber patents. | 4.10 |

SERVICES   $   3,159.50

| | GHL | GARY H. LEVIN | 2.40 | hours @ | $505.00 |
|---|---|---|---|---|---|
| | HDP | HENRIK D. PARKER | 4.10 | hours @ | $475.00 |

**DISBURSEMENTS:**

| TELEPHONE | 1.60 |
|---|---|
| COMPUTER SEARCH | 66.40 |

DISBURSEMENT TOTAL   $   68.00

SERVICE TOTAL   $   3,159.50

**INVOICE TOTAL**   $   3,227.50