IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | **Re: Docket Nos. 13406 and 13744** |
|  | ) |  |
|  | ) |  |

**CLAIMANTS REPRESENTED BY
THE LAW FIRM OF DIES & HILE L.L.P.'S
SUBMISSION OF EXPERT REPORTS, AND
IDENTIFICATION OF ANY ADDITIONAL FACT
WITNESSES AND GENERAL SUBJECT MATTER
OF TESTIMONY REGARDING THE SCHEDULE FOR
THE ADJUDICATION OF PRODUCT IDENTIFICATION
ISSUES, AS DESCRIBED IN THE 15TH OMNIBUS OBJECTIONS**

In accordance with the Court's Amended Order Setting Various Deadlines
Regarding Objections to Asbestos Property Damage Claims, dated October 13, 2006
(D.I. 13406), Claimants represented by the Law Firm of Dies & Hile, L.L.P. (the "D&H
PD Claimants")[1] hereby submit their Submission of Expert Reports, and Identification
of Any Additional Fact Witnesses and General Subject Matter of Testimony Regarding
the Schedule for the Adjudication of Product Identification Issues, as Described in the
15th Omnibus Objections, and states as follows:

---

[1] The Asbestos Property Damage Claimants represented by the law firm of Dies & Hile, L.L.P., on whose
behalf this Submission of Expert Reports, and Identification of Any Additional Fact Witnesses and General
Subject Matter Testimony Regarding the Schedule for the Adjudication of Product Identification Issues, as
Described in the 15th Omnibus Objections is served, include the following:  State of Arizona; State of
Arkansas; State of Connecticut; State of Oklahoma; State of  Oregon; City of Amarillo, Texas; City of
Houston, Texas; Coleman Housing Authority; El Paso County, Texas; Harlingen Housing Authority;
Sabine River Authority of Texas; City of Phoenix, Arizona; City of Tucson, Arizona; Maricopa County,
Arizona; Cook County, Illinois; City of Eugene, Oregon; Eastern Oregon University; Oregon Health &
Science University; Oregon State University; Portland State University; Southern Oregon University;
University of Oregon; Western Oregon University; Six Hundred Building Ltd.; BNC Forum LP Texas
Limited Partnership; and EPEC Realty, Inc.

I.

On November 22, 2006, the D&H PD Claimants filed their Designation of Fact and Expert Witnesses Regarding the Schedule for Adjudication of Product Identification and Limitations Periods Issues, as Described in the 15th Omnibus Objections (the "Designation of Fact and Expert Witnesses"; D.I. 13744). In this pleading the D&H PD Claimants identified their product identification expert and fact witnesses, and the subject matter of their testimony. The D&H PD Claimants hereby fully incorporate by reference all matters set forth therein, including the exhibits and attachments to said Designation of Fact and Expert Witnesses.

II.

The D&H PD Claimants have filed with the proof of claim for each building claim the Materials Analytical Services ("MAS") micro-analytical product identification reports signed by William Longo, Ph.D., and/or such other product identification documentation. For certain claims, such other product identification documentation includes historical construction documentation, specifications, laboratory analysis reports, product advertisements, brochures, and/or other similar documents. Said product identification reports and/or other product identification documentation were either filed as documentation attached to the original proof of claims, have been supplemented since that time, or will be supplemented with the Claims Agent. Nevertheless, all of such product identification reports and/or other product identification documentation will be provided to counsel for Debtors for each of the D&H PD Claimants' buildings at issue upon request. As its submission of expert reports regarding the product identification issues, as described in the 15th Omnibus Objections, the D&H PD Claimants herewith

incorporate by reference all MAS product identification reports and/or other product identification documentation which have been, or will be filed in the claim files, for the following claims[2]:

## A.    STATE OF ARIZONA:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12721 | STATE OF ARIZONA - Veterans Memorial Coliseum | 3/28/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>Pending Report identifying Zonolite Fireproofing to be supplemented. |
| 12692 | STATE OF ARIZONA - Senate Building | 3/25/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

---

[2] Further, Counsel for the D&H PD Claimants met with representatives of the Debtors on September 20, 2006, and has discussed certain of Debtors' objections. Counsel for the D&H PD Claimants agreed to provide additional documentation to counsel for the Debtors and has provided documentation with regard to some claims, and is continuing to do so in an attempt to reach resolution with Debtors concerning such objections.

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12693 | STATE OF ARIZONA - House of Representatives | 3/25/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12699 | STATE OF ARIZONA - DES Office | 3/26/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12694 | STATE OF ARIZONA - Corrections Facility | 3/25/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12695 | STATE OF ARIZONA - Historical Society Museum | 3/26/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12696 | STATE OF ARIZONA - Executive Tower | 3/25/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12697 | STATE OF ARIZONA - Arizona State Hospital – Cholla Hall | 3/26/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zono-Coustic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12720 | STATE OF ARIZONA - Arizona State Hospital - Dietary Building | Letter Report from Elizabeth A. Jangula to Dave Mowry, Arizona Department of Administration concerning the constituent asbestos-containing ceiling materials. |
| 12698 | STATE OF ARIZONA - Arizona State Hospital - General Services | 3/26/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic and Zono-Coustic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

B.    **STATE OF ARKANSAS:**

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12689 | STATE OF ARKANSAS - Alexander Human Devel. Ctr - Bond Building | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12686 | STATE OF ARKANSAS - Arkansas Health Ctr - Mental Health Srvs – Maintenance Bldg No.18 | 1/6/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12678 | STATE OF ARKANSAS - Arkansas State Hospital - Administration Bldg. | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12736 | STATE OF ARKANSAS - Arkansas State Hospital - Admissions Bldg. | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12677 | STATE OF ARKANSAS - Arkansas State Hospital - Canteen Building | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12680 | STATE OF ARKANSAS - Arkansas State Hospital - Hendrix Hall | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12676 | STATE OF ARKANSAS - Arkansas State Hospital - Nursing Administration Bldg. | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12737 | STATE OF ARKANSAS - Arkansas State Hospital - Rodgers Hall (Central Arkansas Community Punishment Center) | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12732 | STATE OF ARKANSAS - Arkansas State Hospital - Unit No.1 | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12733 | STATE OF ARKANSAS - Arkansas State Hospital - Unit No. 2 | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12734 | STATE OF ARKANSAS - Arkansas State Hospital - Unit No. 3 | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12735 | STATE OF ARKANSAS - Arkansas State Hospital - Unit No. 4 | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12731 | STATE OF ARKANSAS - Arkansas State Hospital - Unit No. 5 | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12730 | STATE OF ARKANSAS - Arkansas State Hospital - Unit No .6 | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12679 | STATE OF ARKANSAS - Arkansas State Hospital - Vocational Shops (aka Maintenance Shop) | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12675 | STATE OF ARKANSAS - Office of Child Support Enforcement (ARKLA Building) | 3/28/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12674 | STATE OF ARKANSAS - Booneville Human Develop. Ctr - Judge Joseph Hill Bldg. | 3/28/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zono-Coustic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12725 | STATE OF ARKANSAS - Conway Develop. Ctr – No.25 Cedar | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12712 | STATE OF ARKANSAS - Conway Develop. Ctr – No.26 Cedar | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12711 | STATE OF ARKANSAS - Conway Develop. Ctr – No. 27 Cedar | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12729 | STATE OF ARKANSAS - Conway Develop. Ctr – No.28 Cedar | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12728 | STATE OF ARKANSAS - Conway Develop. Ctr – No.29 Cedar | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12717 | STATE OF ARKANSAS - Conway Develop. Ctr – No.3 Cedar | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12702 | STATE OF ARKANSAS - Conway Develop. Ctr – No.30 Hickory | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12715 | STATE OF ARKANSAS - Conway Develop. Ctr – No.4 Cedar | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12714 | STATE OF ARKANSAS - Conway Develop. Ctr – No.5 Cedar | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12713 | STATE OF ARKANSAS - Conway Develop. Ctr – No. 6 Cedar | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12701 | STATE OF ARKANSAS - Conway Develop. Ctr - 32 Poplar | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zono-Coustic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12719 | STATE OF ARKANSAS - Conway Develop. Ctr - Administration Bldg. | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12724 | STATE OF ARKANSAS - Conway Develop. Ctr - Classroom No.10 | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12723 | STATE OF ARKANSAS - Conway Develop. Ctr - Classroom No.3 & No.5 | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12722 | STATE OF ARKANSAS - Conway Develop. Ctr - Classroom No.6 & No.8 | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12726 | STATE OF ARKANSAS - Conway Develop. Ctr - Classroom No.7 & No.9 | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12716 | STATE OF ARKANSAS - Conway Develop. Ctr - Residence No.2 | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12718 | STATE OF ARKANSAS - Conway Develop. Ctr - SCT Office | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Finish Coat, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12687 | STATE OF ARKANSAS - Employment Security Dept - 501 W. Arch | 3/24/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12685 | STATE OF ARKANSAS - Finance & Administration Building | 1/6/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12691 | STATE OF ARKANSAS - Justice Building | 1/6/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12673 | STATE OF ARKANSAS - Ledbetter Building | Asbestos Survey of the Joel Y. Ledbetter Building, prepared by Engineering Management Corporation (1994). |
| 12688 | STATE OF ARKANSAS - SBS Building | 1/6/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12690 | STATE OF ARKANSAS - School for the Deaf - Wilbur Mills Library | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 12727 | STATE OF ARKANSAS - Conway Develop. Ctr - Classroom No.2 & 4. | 3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

**C.      STATE OF CONNETICUT:**

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12681 | STATE OF CONNECTICUT - Connecticut Supreme Court Bldg. | 12/6/2005 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

**D.      STATE OF OKLAHOMA:**

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 6953 | STATE OF OKLAHOMA - Central Okla. Comm. Mental Health Ctr. - Bldg. A | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Finish Coat, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6954 | STATE OF OKLAHOMA - Central Okla. Comm. Mental Health Ctr. - Bldg. B | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Hi-Sorb, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6955 | STATE OF OKLAHOMA - Central Okla. Comm. Mental Health Ctr. - Bldg. C | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Finish Coat, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 6956 | STATE OF OKLAHOMA - Central Okla. Comm. Mental Health Ctr. - Bldg. D | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Finish Coat, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5589 | STATE OF OKLAHOMA - Classen Building 1411 | 10/7/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5588 | STATE OF OKLAHOMA - Eddie Warrior Unit Auditorium & Programs Bldg. | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6957 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 1 | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6958 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 2 | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6959 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 3 | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 6960 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 4 | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6961 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 5 | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6962 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 6 | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6963 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 7 | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6964 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Dorm 8 | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6965 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior Bldg. 8 | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5587 | STATE OF OKLAHOMA - Griffin Memorial Hospital Activities Ctr., Bldg. 40 | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Finish Coat, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6966 | STATE OF OKLAHOMA - Jess Dunn Correctional Unit - Bldg. 400 | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5591 | STATE OF OKLAHOMA - Jess Dunn Correctional Unit - Bldg. 500 | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6967 | STATE OF OKLAHOMA - Mental Health & Substance Abuse Srvs. Bldg. | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5590 | STATE OF OKLAHOMA - Western Hills Lodge | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Finish Coat, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5592 | STATE OF OKLAHOMA - Wiley Post Historical Bldg. | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 8016 | STATE OF OKLAHOMA - Department of Health Headquarters | 3/24/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zono-Coustic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

E.       CITY OF AMARILLO, TEXAS:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5661 | CITY OF AMARILLO, TEXAS - Amarillo International Airport | 8/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5656 | CITY OF AMARILLO, TEXAS - Bivins Building | 8/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

F.        **CITY OF HOUSTON, TEXAS:**

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 6968 | CITY OF HOUSTON, TEXAS - Police Department Bldg. (1200 Travis) | 7/29/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6969 | CITY OF HOUSTON, TEXAS - Public Works Bldg. (611 Walker) | 7/29/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

G.        **COLEMAN HOUSING AUTHORITY:**

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5658 | COLEMAN HOUSING AUTHORITY - High Rise Bldg. | 9/13/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

H.       EL PASO COUNTY, TEXAS:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5657 | EL PASO COUNTY TEXAS - Landmark Building | 9/13/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

I.       HARLINGEN HOUSING AUTHORITY:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5659 | HARLINGEN HOUSING AUTHORITY - Heritage Manor | 12/2/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zono-Coustic 1, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

### J.    SABINE RIVER AUTHORITY OF TEXAS:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5660 | SABINE RIVER AUTHORITY OF TEXAS - Iron & Bridge Division Office | 6/18/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

### K.    CITY OF PHOENIX, ARIZONA:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5654 | CITY OF PHOENIX, ARIZONA - Civic Center North Plaza & Parking Garage | 1/6/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5663 | CITY OF PHOENIX, ARIZONA - Multi Center Waste Treatment Plant - Digester Control #1 | 1/6/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5652 | CITY OF PHOENIX, ARIZONA - Multi Center Waste Treatment Plant - Maintenance Shop | 1/6/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5655 | CITY OF PHOENIX, ARIZONA - Sky Harbor Airport - Terminal 2 | 1/6/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6102 | CITY OF PHOENIX, ARIZONA - FAA Tracon Building | 3/24/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5651 | CITY OF PHOENIX, ARIZONA - Squaw Peak Water Treatment Plant - Administration Building #1 | 1/6/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zono-Coustic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 6065 | CITY OF PHOENIX, ARIZONA - Symphony Hall | 1/6/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>3/21/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

### L.    CITY OF TUCSON, ARIZONA:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5650 | CITY OF TUCSON, ARIZONA - City Hall | 11/25/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5649 | CITY OF TUCSON, ARIZONA - City Hall Annex | 11/25/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5646 | CITY OF TUCSON, ARIZONA - Civic Center Complex/Arena Exhibition Hall & Rooms | 11/25/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5648 | CITY OF TUCSON, ARIZONA - Civic Center Complex/Music Hall | 11/25/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5647 | CITY OF TUCSON, ARIZONA - Civic Center Complex/Leo Rich Theater | 11/25/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5645 | CITY OF TUCSON, ARIZONA - Old Pima Bank Bldg. | 11/25/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5644 | CITY OF TUCSON, ARIZONA - Transportation Contract Service Center | 11/25/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

## M.    MARICOPA COUNTY, ARIZONA:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 6073 | MARICOPA COUNTY, ARIZONA - - West Courts Building | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6067 | MARICOPA COUNTY, ARIZONA - - East Courts Building | 3/21/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>3/21/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 6074 | MARICOPA COUNTY, ARIZONA - Courts Complex – Sheriff's Administration Building | 3/21/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6068 | MARICOPA COUNTY, ARIZONA - Board of Supervisors | 12/31/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6071 | MARICOPA COUNTY, ARIZONA - Health Building   (1825 E. Roosevelt) | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6069 | MARICOPA COUNTY, ARIZONA - Hospital Power Plant Building | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 6072 | MARICOPA COUNTY, ARIZONA - Juvenile Court Center | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 6070 | MARICOPA COUNTY, ARIZONA - Public Health Administration Offices (1845 E. Roosevelt) | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Hi-Sorb Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

### N.    COOK COUNTY, ILLINOIS:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12684 | COOK COUNTY, ILLINOIS – Cook County Children's Hospital | 11/22/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

### O.    CITY OF EUGENE, OREGON:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5670 | CITY OF EUGENE, OR. - Eugene Public Library | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

**P.**     **STATE OF OREGON - EASTERN OREGON UNIVERSITY:**

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 6066 | EASTERN OREGON UNIVERSITY - Hoke Student Center | 12/31/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Finish Coat, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/31/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

**Q.**     **OREGON HEALTH & SCIENCE UNIVERSITY:**

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 8017 | OREGON - HEALTH & SCIENCE UNIVERISTY - Multnomah Pavilion | 3/24/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

**R.**     **STATE OF OREGON - OREGON STATE UNIVERSITY:**

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5674 | OREGON - OREGON STATE UNIVERSITY - Kerr Administration Building | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---------|------------------------------|------------------------|
| 5673 | OREGON - OREGON STATE UNIVERSITY -    Nash Hall | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5679 | OREGON - OREGON STATE UNIVERSITY -   Oswald West Cafeteria | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5678 | OREGON - OREGON STATE UNIVERSITY -    Valley Library | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

S.       STATE OF OREGON - PORTLAND STATE UNIVERSITY:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 677 | OREGON - PORTLAND STATE UNIVERSITY -   Cramer Hall | 12/13/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/13/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zono-Coustic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zono-Coustic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5676 | OREGON - PORTLAND STATE UNIVERSITY - Neuberger Hall | 12/13/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3 and Zono-Coustic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5675 | OREGON - PORTLAND STATE UNIVERSITY -   Peter W. Stott (HPE) Center | 12/13/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5686 | OREGON - PORTLAND STATE UNIVERSITY - Science II Bldg. | 12/13/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5685 | OREGON - PORTLAND STATE UNIVERSITY -   Smith Memorial Center | 12/13/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5684 | OREGON - PORTLAND STATE UNIVERSITY -  University Center | 12/13/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5683 | OREGON - PORTLAND STATE UNIVERSITY - University Services Bldg. | 12/13/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

T.      STATE OF OREGON - SOUTHERN OREGON UNIVERSITY:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5682 | OREGON - SOUTHERN OREGON UNIVERSITY - Churchill Hall | 12/20/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---------|------------------------------|------------------------|
| 5681 | OREGON - SOUTHERN OREGON UNIVERSITY - Education & Psychology Building | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5680 | OREGON - SOUTHERN OREGON UNIVERSITY - Music Building | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

## U.    STATE OF OREGON - UNIVERSITY OF OREGON:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---------|------------------------------|------------------------|
| 5671 | OREGON - UNIVERSITY OF OREGON -     Computing Center | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5660 | OREGON - UNIVERSITY OF OREGON -     Esslinger Hall | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5669 | OREGON - UNIVERSITY OF OREGON -     Friendly Hall | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5663 | OREGON - UNIVERSITY OF OREGON -    Gerlinger Annex | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5668 | OREGON - UNIVERSITY OF OREGON -    Klamath Hall | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5664 | OREGON - UNIVERSITY OF OREGON -   Lawrence Hall | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5665 | OREGON - UNIVERSITY OF OREGON -  Oregon Hall | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>3/3/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |
| 5667 | OREGON - UNIVERSITY OF OREGON -    Prince Lucien Campbell Building | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5662 | OREGON - UNIVERSITY OF OREGON -          Riley Hall | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zono-Coustic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

### V.        STATE OF OREGON - WESTERN OREGON UNIVERSITY:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5687 | OREGON - WESTERN OREGON UNIVERSITY -   Neal Werner University Center | 12/30/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

### W.        SIX HIUNDRED BUILDING, LTD:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5689 | 600 BUILDING LTD. - 600 Building | 11/5/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

X.        BNC FORUM LP TEXAS LIMITED LIABILITY PARTNERSHIP:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5688 | BNC FORUM LP TEXAS LIMITED LIABILITY PARTNERSHIP- Mercantile Building (1712 Commerce) | MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

**Y.     EPEC REALTY, INC:**

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5593<br>5672 | EPEC REALTY, INC.-<br>El Paso Energy Building | 11/22/2002 MAS Reports and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>11/22/2002 MAS Reports and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zono-Coustic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Finish Coat, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>12/18/2006 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Finish Coat, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

III.

In addition to the reports of Dr. Longo, the D&H PD Claimants, in their Designation of Fact and Expert Witnesses, stated that Dr. Richard Lee would be called as an adverse witness, either by deposition or live testimony, and the D&H PD Claimants identified Dr. Lee's deposition in connection with the case, *State of Hawaii v. W.R. Grace & Co.-Conn., et al.*, No. 93-4161-10, in the Circuit Court of the First Circuit, State of Hawaii. Further and in addition, the D&H PD Claimants herewith identify Dr. Lee's deposition in connection with the case, *Boulder Valley School District, et al. v .W.R. Grace and Co.*, No. 87-M-1783, in the United States District Court for the District of Colorado. Additionally, the D&H PD Claimants may use the deposition or trial testimony of Dr. Lee taken in any and all other asbestos property damage cases. Debtors are in possession of such other deposition and trial testimony. Nevertheless, upon request by Debtors, the D&H PD Claimants will provide Debtors with a list of such asbestos property damage cases in which Dr. Lee has heretofore given testimony.

The D&H PD Claimants additionally designated Dr. Phillip Russell and Dr. James Vitarelli as expert product identification witnesses. Dr. Russell has prepared a report dated January 26, 1999 which is marked as Exhibit 2A in his deposition in the *State of Hawaii* case (deposition taken on June 28-30, 1999 in connection with *State of Hawaii v. W.R. Grace & Co.-Conn., et al.*, No. 93-4161-10, in the Circuit Court of the First Circuit, State of Hawaii). This report may be subject to a confidentiality agreement, hence it is not submitted herewith. However, the D&H PD Claimants incorporate such report by reference and state that the Debtors have previously been provided with such report. Further, the D&H PD Claimants designated Dr. James Viteralli as a product

identification expert witness and cited his deposition, also taken in the *State of Hawaii* case, for his testimony. Dr. Viteralli is a co-author of the report dated January 26, 1999 and for the same reason it is not attached hereto but is incorporated by reference by the D&H PD Claimants herein for all purposes.

The D&H Claimants further incorporate herein by reference all other expert and/or fact witnesses designated by the D&H PD Claimants in their Designation of Fact and Expert Witnesses, including, but not limited to those individuals identified in Exhibit C of such designation, namely Kenneth L. Pigg, John C. Mertian, Thomas F. Manning, and Wade Anderson. The chain of custody and bulk sample data sheets prepared by Kenneth L. Pigg, John C. Mertian and Thomas F. Manning are attached to Dr. Longo's product identification reports referenced herein.

IV.

The D&H PD Claimants also hereby designate as additional fact and/or expert witnesses regarding the Schedule for the Adjudication of the Product Identification Issue, as Described in the 15th Omnibus Objections, Richard C. Finke and all of Debtors' custodians of records who may authenticate the records in the possession of Debtors that relate or pertain to the identification and/or installation of Debtors' asbestos-containing products installed in the D&H PD Claimants' buildings, including, but not limited to advertisements, brochures, and/or other internal documents in Debtors' files and records.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

V.

The D&H PD Claimants reserve the right to supplement this submission with any pending product identification reports or other documentation that is pending at this time, and further to call any expert or fact witnesses designated by any other party in this matter. Further, in the event that the D&H PD Claimants have inadvertently failed to include reference to a product identification report and/or such other product identification documentation that has been, or will be filed with the Claims Agent, the D&H PD Claimants reserve the right to supplement this submission and designation.

DATED:  December 21, 2006

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:      (302) 654-0248
Facsimile:      (302) 654-0728
Email:          loizides@loizides.com

- and -

Martin W. Dies, Esquire
DIES & HILE, L.L.P.
1009 Green Avenue
Orange, TX  77630
Telephone:      (409) 883-4394
Facsimile:      (409) 883-4814
Email:          mwdies@aol.com

*Counsel for the Dies & Hile Asbestos
Property Damage Claimants*