IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**SUPPLEMENTAL DESIGNATION OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA OF FACT AND EXPERT WITNESSES**

The Prudential Insurance Company of America ("Prudential"), by and through its co-counsel Riker, Danzig, Scherer, Hyland & Perretti LLP and Jaspan Schlesinger Hoffman LLP, in connection with the Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims entered on October 13, 2006 [Docket No. 13406] (the "Scheduling Order"), which Order relates to, among other things, the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Docket No. 9315] (the "15th Omnibus Objection"), hereby states as follows:

1. Section II of Exhibit B to the Scheduling Order relates to "Adjudication of Product Identification, Limitations Periods and the Libby issue, as described in the 15th Omnibus Objection." Prudential has previously disclosed the fact and expert witnesses that may testify for Prudential in connection with these issues. See Prudential Insurance Company of America's Initial Disclosures of Fact and Expert Witnesses [Docket No. 9616]. Prudential has also previously disclosed this information to the Debtors in connection with pre-petition litigation on the same issues between Prudential and the Debtors in the United States District Court for the District of New Jersey (the "New Jersey District Court") captioned The Prudential Insurance Company of America, et al. v. United States Gypsum, et al., Civil Action Nos. 87-4227, 87-4238 (the "District Court Litigation").

3716778.1

2. Further, Prudential has previously identified to the Debtors William E. Longo, Ph.D. ("Longo") as an expert witness to testify as to, among other things, identification of the Debtors' asbestos containing products. In connection with the District Court Litigation, Prudential produced to the Debtors information regarding the qualifications and reports provided by Longo. Prudential attaches hereto as Exhibit A a copy of an Expert Report prepared by Longo, which report Prudential previously produced to the Debtors and upon which report Prudential may rely in these proceedings.

3. Section III of Exhibit B to the Scheduling Order relates to "Adjudication of Lack of Hazard issues as described in the 15th Omnibus Objection." Prudential previously disclosed the fact and expert witnesses that may testify for Prudential in connection with these issues. See Prudential Insurance Company of America's Initial Disclosures of Fact and Expert Witnesses [Docket No. 9616]. Prudential hereby incorporates that disclosure herein. Prudential also previously disclosed this information to the Debtors in connection with the District Court Litigation.

4. Prudential may also call at the hearing any expert or fact witness(es) identified by Counsel for the Official Committee of Asbestos Property Damage Claimants and may rely upon any expert reports as submitted by Counsel for the Official Committee of Asbestos Property Damage Claimants.

5. Prudential reserves the right to substitute witnesses, and/or designate deposition testimony, affidavits, and/or certifications of witnesses in the event any of the above-referenced witnesses becomes unavailable.

6. Prudential reserves the right to call witnesses and designate deposition testimony, affidavits, and/or certifications of witnesses in rebuttal to any witnesses called, or documents introduced into evidence, by the Debtors.

7. Prudential reserves the right to call witnesses or designate deposition testimony, affidavits, and/or certifications of witnesses in rebuttal to any affirmative defense or contention raised by the Debtors.

8. Prudential reserves the right to call witnesses or designate testimony from any deposition transcript designated by the Debtors.

9. Prudential reserves the right to call witnesses or designate deposition testimony, affidavits, and/or certifications of witnesses to introduce any document which is challenged by the Debtors, including challenges based on authenticity.

10. Prudential reserves the right to call witnesses listed on any other party's witness list.

December 21, 2006
Wilmington, Delaware

Laurie Schenker Polleck
Laurie Schenker Polleck (No. 4300)
**JASPAN SCHLESINGER HOFFMAN LLP**
913 North Market Street, 12th Floor
Wilmington, DE  19801
Telephone:  (302) 351-8000
Facsimile:   (302) 351-8010

-and-

**RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP**
Joseph L. Schwartz (N.J. Fed. Bar No. JS-5525)
Headquarters Plaza
1 Speedwell Avenue, West Tower
P.O. Box 1981
Morristown, NJ  07960
Telephone:  (973) 538-0800
Facsimile:   (973) 538-1984

Attorneys for The Prudential Insurance Company of America