## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 13406 |

## DEBTORS' DESIGNATION OF EXPERT WITNESSES AND EXPERT REPORTS
## RELATING TO THE LIMITATIONS PERIOD ISSUES

In accordance with this Court's October 13, 2006 Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims ("PD Claims"), Docket No. 13406, the Debtors hereby designate expert witnesses and provide expert reports and/or adopt the previously disclosed expert witness reports as follows:

### Expert Witnesses and Reports

1.  **Richard J. Lee, Ph.D.**

    - October 17, 2005 Expert Report on Limitations of Dust Sampling Methodology, Docket No. 9665.

    - January 19, 2006 Rebuttal Expert Report: Limitations of Dust Sampling Methodology, Docket No. 11590.

    - November 14, 2006 Rebuttal Expert Report Evaluation of Longo Dust Studies, Docket No. 13675.

2.  **Graeme Mew**

    - December 21, 2006 Expert Report of Graeme Mew, Opinion on Canadian Limitation Issues, filed contemporaneously herewith.

3.  **Roger G. Morse, A.I.A.**

    - October 17, 2005 Report of Roger G. Morse AIA on Summary of Information Available to Building Owners and Managers About Asbestos in Buildings, 1970 – 1995, Docket No. 9668.

- December 21, 2006 Report of Roger G. Morse AIA on Summary of Information Available to Canadian Building Owners and Managers About Asbestos in Buildings, 1970-1995, filed contemporaneously herewith.

Debtors continue to analyze the PD Claims that have been submitted in these Chapter 11 cases and reserve the right to supplement or amend the reports of its experts as new or additional information may become available, or as may be permitted by the applicable rules of procedure or the Court. Additionally, Debtors further reserve the right to identify or present additional experts to the extent needed to address limitations period issues raised by the PD Claims.

Dated: December 21, 2006

KIRKLAND & ELLIS LLP

David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB, PC

*James E. O'Neill /by CAA with permission*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and
Debtors in Possession