IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 20, 2006 at 4:00 p.m. |
| | ) | Ref. No. 13850 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 13850
## (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Ninth Monthly Interim Application for Compensation for Services Rendered and Reimbursement of Expenses (the "Application") of Orrick, Herrington & Sutcliffe LLP ("Orrick"), Bankruptcy Counsel to David T. Austern, Future Claimants' Representative, for the period from October 1, 2006 through October 31, 2006 (the "Period"), filed with the Court on November 30, 2006, and entered on the Court's docket as Docket No. 13850. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than December 20, 2006.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members entered April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of

Professionals entered May 3, 2001 ("the Amended Administrative Order"), the Debtors are authorized to pay Orrick $180,676.00 (80% of $225,845.00) and expenses in the amount of $24,528.57 for a total amount of $205,204.57 requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                        By:_____
                           Roger Frankel, admitted *pro hac vice*
                           Richard H. Wyron, admitted *pro hac vice*
                           The Washington Harbour
                           3050 K Street, NW
                           Washington, DC  20007
                           (202) 339-8400
                           Co-Counsel to David T. Austern, Future Claimants Representative

                 —and—

                           PHILLIPS, GOLDMAN & SPENCE, P.A.
                           John C. Phillips, Jr. (#110)
                           1200 North Broom Street
                           Wilmington, DE 19806
                           (302) 655-4200
                           (302) 655-4210 (fax)
                           Co-Counsel to David T. Austern, Future Claimants Representative

Dated: December 21, 2006

2