## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| Debtors. | Re: Docket Nos. 14014 and 14015 |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. §§ 158 (a)(1) and/or 158(a)(3), the ZAI Claimants, by their counsel, hereby appeal to the United States District Court for the District of Delaware from the Bankruptcy Court's Order Resolving Motion For Partial Summary Judgment, Cross Motions For Summary Judgment, And Scheduling A Status Conference, entered in these cases on December 14, 2006, docket number 14015 (the "Order") and the Memorandum Opinion relating thereto, entered on December 14, 2006, docket number 14014 (the "Opinion").

The parties to the Order appealed from and the names, address, and telephone numbers of their respective attorneys are as follows:

**W.R. Grace & Co., *et al*. (Debtors)**

Kirkland & Ellis LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000

Reed Smith, LLP
James J. Restivo, Jr.
435 Sixth Avenue
Pittsburgh, Pennsylvania 15210
Telephone: (412) 288-3122

**W.R. Grace & Co., *et al.* (Debtors)**
**(continued)**

Pachulski Stang Ziehl Young Jones
  & Weintraub LLP
Laura Davis Jones
James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705
(Courier 19801)
Telephone:  (302) 652-4100

**ZAI Claimants**

Richardson, Patrick, Westbrook
  & Brickman, LLC
Edward J. Westbrook
Robert M. Turkewitz
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, South Carolina  29464
Telephone:  (843) 727-6500

The Scott Law Group, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 583
Spokane, Washington  99201
Telephone:  (509) 455-3966

William D. Sullivan, LLC
William D. Sullivan
4 East 8th Street, Suite 400
Wilmington, Delaware  19801
Telephone:  (302) 428-8191

The parties listed as "Additional Notice Parties" on Exhibit A attached hereto may be entitled to notice based on their status as official committees appointed in the Debtors' Bankruptcy Cases.

Dated: December 22, 2006
     Wilmington, Delaware

          RICHARDSON, PATRICK,
          WESTBROOK & BRICKMAN, LLC
          Edward J. Westbrook
          Robert M. Turkewitz
          1037 Chuck Dawley Blvd., Bldg. A
          Mt. Pleasant, South Carolina  29464
          Telephone:  (843) 727-6500

          THE SCOTT LAW GROUP, P.S.
          Darrell W. Scott
          926 W. Sprague Avenue
          Chronicle Building, Suite 583
          Spokane, Washington  99201
          Telephone:  (509) 455-3966

          WILLIAM D. SULLIVAN, LLC


          _____ */s/ William D. Sullivan*_____
          William D. Sullivan (No. 2820)
          4 East 8th Street, Suite 400
          Wilmington, Delaware  19801
          Telephone:  (302) 428-8191

          *Special Counsel for ZAI Claimants*

# EXHIBIT A

## ADDITIONAL NOTICE PARTIES

***Co-Counsel for the Official Committee***
***Of Asbestos Property Damage***

Scott L. Baena
Jay M. Sakalo
BILZIN SUMBERG BAENA
  PRICE & AXELROD LLP
200 South Biscayne Boulevard
Suite 2500
Miami, Florida  33131-2336
Telephone:  (305) 374-7580

Michael B. Joseph
Theodore J. Tacconelli (#2678)
Lisa L. Coggins (#4234)
FERRY JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware  19899
Telephone:  (302) 575-1555


***Counsel for David T. Austern,***
***Future Claimants' Representative***

Roger Frankel
Richard H. Wyron
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone:  (202) 339-8400

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone:  (302) 655-4200

**Counsel for the Official Committee**
**of Unsecured Creditors**

Lewis Kruger
Kenneth Pasquale
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400

Michael R. Lastowski
Richard W. Riley
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900

William S. Katchen
DUANE MORRIS LLP
744 Broad Street, Suite 1200
Newark, NJ 07102
Telephone: (973) 424-2031

**Counsel for the Official Committee of Equity Holders**

Philip Bentley
Gregory Horowitz
Gary M. Becker
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 715-9100

Teresa K.D. Currier
KLETT ROONEY LIEBER & SCHORLING
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200

**Counsel for the Official Committee of Asbestos
Personal Injury Claimants**

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152
Telephone: (212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
Jeffrey A. Liesemer
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000

Marla Rosoff Eskin
Mark T. Hurford
Kathleen Campbell Davis
CAMPBELL & LEVINE, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

**Counsel for the Office of the United States Trustee**

David M. Klauder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Telephone: (302) 573-6491