IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO. et. al. ) | Case No. 01-01139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: March 16, 2007 at 4:00 p.m. |
| ) | Hearing: April 2, 2007 at 2:00 p.m. |

**COVER SHEET TO FINAL APPLICATION
OF CIBC WORLD MARKETS CORP. FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS FORMER FINANCIAL
ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE,
FOR THE PERIOD JUNE 4, 2004 THROUGH JANUARY 31, 2006**

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants Representative |
| Date of Retention: | As of June 4, 2004 (pursuant to Order entered by this Court on September 27, 2004) |
| Period for which compensation and reimbursement is sought: | June 4, 2004 through January 31, 2006 (Final) |
| Amount of Final Compensation sought as actual, reasonable and necessary: | $1,835,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $22,573.14 |

This is an ___ interim    _X_ final application

## PREVIOUS EIGHT INTERIM APPLICATIONS

| Quarterly Fee Applications | | Requested | | Approved[1] | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 10/22/2004 | June 4, 2004 through June 30, 2004 | $135,000.00 | $391.78 | $135,000.00 | $391.78 |
| 11/15/2004 | July 1, 2004 through September 30, 2004 | $450,000.00 | $3,580.19 | $450,000.00 | $3,580.19 |
| 4/14/2004 | October 1, 2004 through December 31, 2004 | $400,000.00 | $2,866.71 | $400,000.00 | $2,726.28 |
| 5/16/2005 | January 1, 2005 through March 31, 2005 | $300,000.00 | $3,952.69 | $300,000.00 | $3,952.69 |
| 8/16/2005 | April 1, 2005 through June 30, 2005 | $300,000.00 | $5,456.18 | $300,000.00 | $5,456.18 |
| 11/15/2005 | July 1, 2005 through September 30, 2005 | $150,000.00 | $4,466.13 | $150,000.00 | $4,466.13 |
| 4/26/2006 | October 1, 2005 through December 31, 2005 | $75,000.00 | $477.63 | $75,000.00 | $477.63 |
| 9/1/2006 | January 1, 2006 through January 31, 2006 | $25,000.00 | $1,924.06 | $25,000.00 | $1,924.06 |
| Total | | $1,835,000.00 | $23,115.37 | $1,835,000.00 | $22,573.14 |

Dated: December 14, 2006

CIBC WORLD MARKETS CORP.

By: _____
Marshall A. Heinberg
300 Madison Avenue
New York, New York 10017
(212) 885-4744
Former Financial Advisor to Davis T. Austern
Future Claimants' Representative

---

[1] The total amount of approved fees and expenses reflect reductions totaling $542.23 as recommended by the fee auditor and/or voluntarily agreed to by CIBC World Markets Corp.

2