IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

1.   I am a managing director at CIBC World Markets Corp. ("CIBC").

2.   I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the professionals of CIBC.

3.   I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

_____
Marshall A. Heinberg

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 14th DAY OF DECEMBER, 2006

_____
Notary Public

My commission expires: _____

ELIZABETH KINGSLEY
Notary Public, State of New York
No. 43-4658466
Qualified in Richmond County
Commission Expires July 31, 2009