IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO. et al. ) | Case No. 01-01139 (JKF) |
| ) | |
| Debtors. ) | |

**ORDER APPROVING FINAL APPLICATION OF
CIBC WORLD MARKETS CORP. FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS FORMER FINANCIAL ADVISOR TO DAVID T. AUSTERN,
FUTURE CLAIMANTS REPRESENTATIVE
FOR THE PERIOD JUNE 4, 2004 THROUGH JANUARY 31, 2006**

CIBC World Markets Corp. ("CIBC"), as Former Financial Advisor to David T. Austern, Future Claimants' Representative, filed its Final Fee Application for Compensation for Services Rendered and Reimbursement of Expenses for the Period June 4, 2004 through January 31, 2006 (the "Final Fee Application"). The Court has reviewed the Application and finds that:

(a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334;

(b) the notice of the Application, and any hearing on the Application, was adequate under the circumstances; and

(c) all persons with standing have been afforded the opportunity to be heard on the Application.

Accordingly, it is hereby

ORDERED that the unpaid balance of the compensation allowed herein in the amount of $26,924.06 may be paid to CIBC by the Debtors on behalf of the FCR; and it is further

ORDERED that CIBC is hereby awarded $1,835,000.00 as final compensation and $22,573.14 as final expenses incurred during the administration of this case.

                                                                      _____
                                                                      Judith K. Fitzgerald
                                                                       United States Bankruptcy Judge

Dated: _____, 2007