IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF SERVICE OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' CROSS QUESTIONS TO W.R. GRACE'S DEPOSITION BY WRITTEN QUESTION OF DR. RICHARD LEVINE, M.D.**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on December 22, 2006, I caused a copy of the *Official Committee Of Asbestos Personal Injury Claimants' Cross Questions to W.R. Grace's Deposition by Written Question of Dr. Richard Levine, M.D.* to be served upon the following in the manner indicated:

| **Hand Delivery** | **Federal Express** | **Fax and Federal Express** |
|---|---|---|
| Laura Davis Jones, Esquire | Barbara Harding, Esquire | Bruce L. Thall, Esquire |
| James O'Neill, Esquire | Kirkland & Ellis | Spector Gadon & Rosen, P.C. |
| Pachulski, Stang, Ziehl, Young, | 655 Fifteenth Street, N.W. | Seven Penn Center |
| Jones & Weintraub, LLP | Washington, D.C. 20005-5793 | 1635 Market Street |
| 919 North Market Street, 17th Floor | | Seventh Floor |
| Wilmington, DE 19899-8705 | | Philadelphia, PA 19103 |
| | | Fax: 215-241-8844 |

In addition, I caused a copy of the *Official Committee Of Asbestos Personal Injury Claimants' Cross Questions to W.R. Grace's Deposition by Written Question of Dr. Richard Levine, M.D.* to be served upon the individuals on the attached Exhibit A via e-mail.

Dated: December 22, 2006          CAMPBELL & LEVINE, LLC

_____
Mark T. Hurford (No. 3299)
800 King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0077898.1}

## SERVICE VIA E-MAIL

Barbara Harding
bharding@kirkland.com

Raymond Mullady, Jr.
rmullady@orrick.com

Arlene Krieger
akrieger@stroock.com

Michael Lastowski
mlastowski@duanemorris.com

Scott Baena
sbaena@bilzin.com

Jamie O'Neill
joneill@pszyj.com

John Phillips, Jr.
JCP@pgslaw.com

Teresa Currier
currier@klettrooney.com

David Klauder
david.klauder@usdoj.gov

Theodore Tacconelli
ttacconelli@ferryjoseph.com

Gary M. Becker
gbecker@kramerlevin.com

Dan Cohn
cohn@ckmw.com

Adam Landis
landis@lrclaw.com

{D0077899.1}