## SERVICE VIA E-MAIL

Barbara Harding
bharding@kirkland.com

Raymond Mullady, Jr.
rmullady@orrick.com

Arlene Krieger
akrieger@stroock.com

Michael Lastowski
mlastowski@duanemorris.com

Scott Baena
sbaena@bilzin.com

Jamie O'Neill
joneill@pszyj.com

John Phillips, Jr.
JCP@pgslaw.com

Teresa Currier
currier@klettrooney.com

David Klauder
david.klauder@usdoj.gov

Theodore Tacconelli
ttacconelli@ferryjoseph.com

Gary M. Becker
gbecker@kramerlevin.com

Dan Cohn
cohn@ckmw.com

Adam Landis
landis@lrclaw.com

{D0077899.1 }