# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ( |
| | ( |
| W.R. GRACE & CO., et al., | ( Bankruptcy No. 01-01139 (JKF) |
| | ( Jointly Administered |
| | ( |
| Debtor(s) | ( Chapter 11 |
| | ( |
| | ( Related to Doc. No. 4007, 4009, 4012, 4018, 4022, |
| | ( 4028, 4173, 4175, 4202, 4204, 4205, 4206, 4291, |
| | ( and 4294. |
| | ( |

### ORDER RESOLVING MOTION FOR PARTIAL SUMMARY JUDGMENT, CROSS MOTIONS FOR SUMMARY JUDGMENT, AND SCHEDULING A STATUS CONFERENCE

AND NOW, this 14th day of December, **2006**, for the reasons expressed in the foregoing Memorandum Opinion, it is **ORDERED, ADJUDGED, and DECREED** that Claimants' motion for partial summary judgment is **DENIED WITHOUT PREJUDICE.** However, it is **FURTHER ORDERED** that there is no dispute regarding the fact that ZAI is contaminated with asbestos and can release asbestos fibers when disturbed, and the Court so finds.

It is further **ORDERED, ADJUDGED, and DECREED** that, based on the evidence presented during the course of the "ZAI Science Trial," Claimants' motion for summary judgment is **DENIED IN PART** and Debtors' motion for summary judgment is **GRANTED IN PART** as to the threshold issue of unreasonable risk of harm. The court finds that there is no unreasonable risk of harm from ZAI.

It is further **ORDERED** that the Daubert objections are **GRANTED or DENIED** as set forth within the Memorandum Opinion.

It is further **ORDERED**, that a status conference regarding the remainder of Claimants' and Debtors' motion for summary judgment will be held on **January 22, 2006,** at **2:00**

*Judith K. Fitzgerald*         jmd
Judith K. Fitzgerald
United States Bankruptcy Judge

CC:

James J. Restivo, Jr.
James W. Bentz
Doug Cameron
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15210

Edward J. Westbrook
Robert M. Turkewitz
Richardson, Patrick, Westbrook, and Brickman, LLC
174 East Bay Street
Charleston, SC 29401

David B. Bernick
Janet S. Baer
Kirkland & Ellis
200 Randolph Drive
Chicago, IL 60601

Buchanan Ingersoll Rooney, PC
1000 West Street, Suite 1410
Wilmington, DE 19801

Dated: 12/14/2006
15:03:49                             -2-

William D. Sullivan
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Darrell W. Scott
Lukins & Annis, PS
1600 Washington Trust Financial Center West
717 Sprague Avenue
Spokane, WA 99201

The case administrator shall send electronic copies of the opinion and order to the parties listed on the current service list.