IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) | Chapter 11 |
|  |  | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al., | ) ) ) | (Jointly Administered) |
| Debtors. | ) ) ) ) ) ) | Re: Docket No. 13406 |

CLAIMANTS REPRESENTED BY THE
LAW FIRM OF DIES & HILE, L.L.P.'S [1]
SUPPLEMENTAL DESIGNATION OF FACT AND
EXPERT WITNESSES REGARDING ADJUDICATION OF
LACK OF HAZARD ISSUE AS DESCRIBED IN THE 15TH OMNIBUS OBJECTIONS

The Claimants represented by the law firm of Dies & Hile, L.L.P. (hereinafter the "D&H Claimants") file this Supplemental Designation of Fact and Expert Witnesses Regarding Adjudication of Lack of Hazard Issue pursuant to Amended Exhibit B to Order Setting Various Deadlines Regarding Objection to Asbestos Property Damage Claims, attached to the Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims dated October 13, 2006.

I.

In addition to those expert and fact witnesses and subject matters of such testimony described in their Preliminary Designation of Fact and Expert Witnesses Regarding Adjudication

---

[1] The Asbestos Property Damage Claimants represented by the law firm of Dies & Hile, L.L.P., on whose behalf this Supplemental Designation of Fact and Expert Witnesses is being filed include the following: State of Arizona; State of Arkansas; State of Connecticut; State of Oklahoma; State of Oregon; City of Amarillo, Texas; City of Houston, Texas; Coleman Housing Authority; El Paso County, Texas; Harlingen Housing Authority; Sabine River Authority of Texas; City of Phoenix, Arizona; City of Tucson, Arizona; Maricopa County, Arizona; Cook County, Illinois; City of Eugene, Oregon; Eastern Oregon University; Oregon Health & Science University; Oregon State University; Portland State University; Southern Oregon University; University of Oregon; Western Oregon University; Six Hundred Building Ltd.; BNC Forum LP Texas Limited Partnership; and EPEC Realty, Inc.

061222145820.doc

of Lack of Hazard Issue as Described in the 15th Omnibus Objections filed on December 7, 2006, the D&H Claimants hereby file the following:

Supplemental expert witnesses and expert testimony:

1. Dr. Laura Welch and/or Dr. Henry Anderson may additionally testify regarding the incidence and/or rates of mesothelioma in populations including the United States and in other parts of the World, historically and as projected in the future;

2. Drs. Welch and/or Anderson, and/or a representative of Mt. Sinai School of Medicine, Department of Community and Preventive Medicine, may also discuss the medical and scientific literature regarding the assessment of risk of health affects of building workers and/or occupants from exposure to in-place asbestos-containing materials including but not limited to pleural disease, pleural plaques, asbestosis, lung cancer, and/or mesothelioma. Further and in addition, the D&H Claimants may offer the expert testimony of Dr. William J. Nicholson by deposition in connection with his deposition taken in the *State of Hawaii v. W.R. Grace & Co.-Conn., et al.*, No. 93-4161-10, in the Circuit Court of the First Circuit, State of Hawaii on February 15, 2000, and/or his trial testimony transcribed in the *City of Boston, et al. v. Keene Corporation, et al.*, Cause No. 82254, in the Suffolk County Superior Court, Commonwealth of Massachusetts on October 31, 1990 (day 18 of trial), and/or his deposition taken in *Dayton Independent School District, et al. v. W.R. Grace & Co., et al. ("Dayton I")*, No. B-81-277-CA Consolidated with No. B-81-293-CA, in the United States District Court for the Eastern District of Texas, Beaumont Division on April 6, 1987, and/or his deposition taken in *The Corporation of Mercer University v. National Gypsum Company, et al.;* Cause No. 85-126-3-MAC, in the United States District Court for the Middle District of Georgia on January 30, 1986;

3.     Drs. Welch and/or Anderson may testify regarding surface dust sampling and/or testing for asbestos and the usefulness thereof concerning the assessment of an exposure hazard and the potential reentrainment of asbestos in the D&H Claimants' buildings; and

4.     As noted in the D&H Claimants Preliminary Designation of Fact and Expert Witnesses Regarding Adjudication of Lack of Hazard Issue as Described in the 15th Omnibus Objections filed on December 7, 2006, the D&H Claimants have designated Dr. Eugene Mark as an expert witness to testify concerning the matters set forth in Section C, "Medical and Health-Related Experts," and the D&H Claimants hereby designate Dr. Eugene Mark as an expert witness in such matters, who will testify either by deposition, or by live testimony.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

## II.

## Other Designated Expert or Fact Witnesses

In addition to the witnesses listed above and in the Preliminary Designation of Fact and Expert Witnesses Regarding Adjudication of Lack of Hazard Issue as Described in the 15th Omnibus Objections, the D&H Claimants reserve the right to call to testify at the hearing any fact or expert witness listed on any other party's witness disclosure for the Adjudication of Lack of Hazard Issues. The subject of their testimony will be the same as that identified by such other party. In addition, the D&H Claimants reserve the right to supplement this disclosure with additional fact and expert witnesses that may be needed to address lack of hazard issues raised by Debtors.

DATED: December 22, 2006

_____
Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com

- and -

Martin W. Dies, Esquire
DIES & HILE, L.L.P.
1009 Green Avenue
Orange, TX  77630
Telephone:   (409) 883-4394
Facsimile:   (409) 883-4814
Email:       mwdies@aol.com

*Counsel for the Dies & Hile Asbestos Property Damage Claimants*