**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors | : | |
| | : | |

**CERTIFICATE OF SERVICE**

     I, D. Alexander Barnes, an attorney at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on December 22, 2006, I caused a true and correct copy of the foregoing Designation by San Diego Gas & Electric Company, Sempra Energy and Enova Corporation of Fact and Expert Witnesses Regarding the Lack of Hazard Issue as Described in Debtors' Fifteenth Omnibus Objection  (Re: Claim No. 11308) to be served via first-class mail upon the parties listed on the attached service list.

                                                  /S/ D. Alexander Barnes_____
                                                  D. Alexander Barnes, Esquire

**SERVICE LIST**

Katherine Phillips, Esquire
KIRKLAND & ELLIS
200 East Randolph Drive, Suite 6500
Chicago, IL 60601

David W. Carickhof, Jr., Esquire
PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, PC
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705