United States Bankruptcy Court

District of Delaware
-------------------------------------------------------------

In re:

**W.R. GRACE & CO and W.R. Grace & Co., et al.**

                       Chapter 11
                        Case No. 01-01139

            Debtor
-------------------------------------------------------------


### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM


  PLEASE TAKE NOTICE that the transfer of claim from **MD Industrial Group** to Argo Partners in the amount of **$5,900.00** is hereby withdrawn by Argo Partners.


                        Dated: March 31, 2006

                        <u>/s/ Scott Krochek</u>
                        Scott Krochek
                        Argo Partners
                        (212) 643-5443