**EXHIBIT 2**

BMC GROUP<br>
720 Third Ave, 23rd Floor<br>
Seattle, WA 98104<br>
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_060930**

| Period Ending | 9/30/2006 | Expense Type | Amount |
|---|---|---|---|
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $36.25 |
| | | Website Hosting | $250.00 |
| | | Website Storage/Traffic | $120.40 |
| | | **Total** | **$1,256.65** |

*Wire payments may be sent to the following account:*

| | |
|---|---|
| BANK: | Citibank |
| | 15233 Ventura Blvd. 1st Floor |
| | Sherman Oaks, CA 91403 |
| ABA/Routing#: | 322271724 |
| Account #: | 201381993 - BMC Group |
| Tax ID #: | 52-2083477 |

EXHIBIT 2

BMC GROUP
EXPENSE DETAIL

WR GRACE - SEPTEMBER 2006

| Invoice Number | Client | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|
| 21_060930 | WR Grace | BMC | $250.00 | 09/30/06 | Website Hosting | Website Hosting |
| 21_060930 | WR Grace | BMC | $850.00 | 09/30/06 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_060930 | WR Grace | BMC | $120.40 | 09/30/06 | Website Storage/Traffic | website traffic - 58 docs |
| 21_060930 | WR Grace | BMC | $36.25 | 09/30/06 | Document Storage | 25 boxes |
| | | | $1,256.65 | | | |

EXHIBIT 2

BMC GROUP                                    PRODUCTION SUMMARY

WR Grace
September Production Summary

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---:|
| 021-20060913-1 | 9/13/2006 | $9.08 |
| 021-20060918-1 | 9/18/2006 | $219.82 |
| 021-20060921-1 | 9/21/2006 | $46.25 |
| 021-20060922-1 | 9/22/2006 | $65.79 |
| 021-20060926-1 | 9/26/2006 | $26.76 |
| 021-20060930-1 | 9/30/2006 | $22,440.70 |
|  | Total | $22,808.40 |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/13/2006
Invoice #: 021-20060913-1
InvoiceNotes: Re-mail package previously created by RRD

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | POC/BDN - Re-notice | 0 / 0 | Postage | USPS - 1st Class | 1 Piece @ $8.95 each | $8.95 |
|  |  |  | Supplies | Inkjet and Envelope - Catalog | 1 Piece @ $.13 each | $0.13 |

Total Due: $9.08

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/18/2006
Invoice #: 021-20060918-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 13254 - 17th Omnibus Obj to Claims | 37 / 34 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 34 Pieces @ $1.11 each | $37.74 |
| | | | Production | Copy | 1258 Pieces @ $.12 each | $150.96 |
| | | | | Stuff and Mail | 34 Pieces @ $.05 each | $1.70 |
| | | | Supplies | Inkjet and Envelope - Catalog | 34 Pieces @ $.13 each | $4.42 |

**Total Due:** $219.82

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/21/2006
Invoice #: 021-20060921-1
InvoiceNotes: Originally sent by RRD: reshipping as Bulk shipment to 1 location for 226 parties

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | POC/BDN Suppl | 1 / 1 | Postage | DHL/Airborne Exp | 1 Piece @ $46.25 each | $46.25 |
| | | | | Expedited Mail Handling | 0 Pieces @ $.25 each | $0.00 |

Total Due: $46.25

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/22/2006
Invoice #: 021-20060922-1
InvoiceNotes: CD's prepared re: Asbestos Personal Injury Claimants

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Special Services | Asbestos Personal Injury Claimants | 0 / 0 | Postage | Expedited Mail Handling | 3 Pieces @ $.25 each | $0.75 |
| | | | | FedEx | 3 Pieces @ $18.93 each | $56.79 |
| | | | Production | CD Recording | 3 Pieces @ $2.50 each | $7.50 |
| | | | Supplies | CD Cases/Mailer Sleeves | 3 Pieces @ $.25 each | $0.75 |

Total Due: $65.79

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/26/2006
Invoice #: 021-20060926-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 13299 - 25th Contin Ord re Omni 5 | 3 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.39 each | $0.78 |
| | | | Production | Copy | 6 Pieces @ $.12 each | $0.72 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |

Total Due: $26.76

EXHIBIT 2
*Invoice Due Upon Receipt*

BMC GROUP

PRODUCTION INVOICE

WR Grace
021-20060831-1
Month of September 2006

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Image Conversion | K&E PDF/OCR/Bates Project | 224,407 | Convert TIFF Proofs of Claim | Process TIFF images to PDF/OCR and Bates stamp | 224,407 pages @ $.10 each | $22,440.70 |

EXHIBIT 2