IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Objection Date: January 17, 2007 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: April 2, 2007 at 2:00 p.m. |
| | ) | In Wilmington, Delaware |
| | ) | |

### QUARTERLY APPLICATION OF BMC GROUP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE TWENTY-SECOND QUARTERLY INTERIM PERIOD (JULY 1, 2006 THROUGH SEPTEMBER 30, 2006)

| | |
|---|---|
| **Name of Applicant:** | BMC Group (f/k/a Bankruptcy Management Corporation) ("BMC") |
| **Authorized to Provide Professional Services to:** | The above-captioned debtors and debtors in possession |
| **Date of Retention:** | Retention Order entered May 8, 2002; effective as of April 4, 2002 |
| **Period for which Compensation and Reimbursement is Sought:** | July 1, 2006 through September 30, 2006 |
| **Amount of Compensation Sought as Actual\*, Reasonable and Necessary:** | $174,070.88\* |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | $ 70,042.29 |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

**This is a:**  ☐ Monthly Application    ☒ Quarterly Application    ☐ Final Application

The total time expended for preparation of this fee application is approximately 40.0 hours and the corresponding compensation requested is approximately $8,400.00[2]

This Quarterly Application filed by BMC is for the 22nd Quarterly Interim Period.

## PRIOR APPLICATIONS

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 3/4/2003 | N/A | 4/4/2002-4/30/2002 | $18,913.50 | $1,420.00 | $15,130.80 | $1,420.00 |
| 3/4/2003 | N/A | 5/1/2002-5/31/2002 | $46,559.00 | $2,781.83 | $37,247.20 | $2,781.83 |
| 3/4/2003 | N/A | 6/1/2002-6/30/2002 | $42,162.00 | $3,538.24 | $33,729.60 | $3,538.24 |
| *3/4/2003* | *N/A* | *5th Quarterly 2002* | *$107,634.50* | *$7,740.07* | *$86,107.60* | *$7,740.07* |
| 3/4/2003 | N/A | 7/1/2002-7/31/2002 | $48,181.75 | $10,701.48 | $38,545.40 | $10,701.48 |
| 3/4/2003 | N/A | 8/1/2002-8/31/2002 | $48,729.50 | $1,891.32 | $38,983.60 | $1,891.32 |
| 3/4/2003 | N/A | 9/1/2002-9/30/2002 | $55,850.00 | $2,743.43 | $44,680.00 | $2,743.43 |
| *3/4/2003* | *N/A* | *6th Quarterly 2002* | *$152,761.25* | *$15,336.23* | *$122,209.00* | *$15,336.23* |
| 3/4/2003 | N/A | 10/1/2002-10/31/2002 | $95,621.50 | $3,384.85 | $76,497.20 | $3,384.85 |
| 3/4/2003 | N/A | 11/1/2002-11/30/2002 | $49,215.25 | $2,658.68 | $39,372.20 | $2,658.68 |
| 3/4/2003 | N/A | 12/1/2002-12/31/2002 | $46,683.00 | $850.00 | $37,346.40 | $850.00 |
| *3/4/2003* | *N/A* | *7th Quarterly 2002* | *$191,519.75* | *$6,893.53* | *$153,215.80* | *$6,893.53* |
| 5/15/2003 | 10 | 1/1/2003-1/31/2003 | $74,318.00 | $1,229.90 | $59,454.40 | $1,229.90 |
| 5/15/2003 | 11 | 2/1/2003-2/28/2003 | $82,610.00 | $4,837.69 | $66,088.00 | $4,837.69 |
| 5/15/2003 | 12 | 3/1/2003-3/31/2003 | $72,572.25 | $3,860.72 | $58,057.80 | $3,860.72 |
| *5/15/2003* | *8 Q* | *8th Quarterly 2003* | *$229,500.25* | *$9,928.31* | *$183,600.20* | *$9,928.31* |
| 9/23/2003 | 13 | 4/1/2003-4/30/2003 | $117,598.00 | $2,132.50 | $94,078.40 | $2,132.50 |
| 9/23/2003 | 14 | 5/1/2003-5/31/2003 | $140,988.00 | $4,689.22 | $112,790.40 | $4,689.22 |
| 9/23/2003 | 15 | 6/1/2003-6/30/2003 | $95,449.00 | $8,234.67 | $76,359.20 | $8,234.67 |
| *9/23/2003* | *9 Q* | *9th Quarterly 2003* | *$354,035.00* | *$15,480.10* | *$283,228.00* | *$15,480.10* |
| 2/18/2004 | 16 | 7/1/2003-7/31/2003 | $90,293.50 | $9,851.36 | $90,293.50 | $9,851.36 |
| 2/18/2004 | 17 | 8/1/2003-8/31/2003 | $88,262.50 | $2,515.87 | $88,262.50 | $2,515.87 |
| 2/18/2004 | 18 | 9/1/2003-9/30/2003 | $82,370.00 | $16,341.34 | $82,370.00 | $16,341.34 |
| *2/25/2004* | *10 Q* | *10th Quarterly 2003* | *$260,926.00* | *$28,708.57* | *$260,926.00* | *$28,708.57* |
| 4/13/2004 | 19 | 10/1/2003-10/31/2003 | $86,187.00 | $1,861.76 | $86,187.00 | $1,861.76 |
| 4/13/2004 | 20 | 11/1/2003-11/30/2003 | $69,321.00 | $1,330.52 | $69,321.00 | $1,330.52 |
| 4/13/2004 | 21 | 12/1/2003-12/31/2003 | $62,679.00 | $2,627.14 | $62,679.00 | $2,627.14 |
| *4/13/2004* | *11 Q* | *11th Quarterly 2003* | *$218,187.00* | *$5,819.42* | *$218,187.00* | *$2,528.88* |
| 6/18/2004 | 22 | 1/1/2004-1/31/2004 | $84,944.50 | $1,327.94 | $84,944.50 | $1,327.94 |
| 6/18/2004 | 23 | 2/1/2004-2/29/2004 | $42,147.00 | $1,623.86 | $42,147.00 | $1,623.86 |
| 6/18/2004 | 24 | 3/1/2004-3/31/2004 | $89,579.50 | $1,403.99 | $89,579.50 | $1,403.99 |
| *6/18/2004* | *12 Q* | *12th Quarterly 2004* | *$216,671.00* | *$4,355.79* | *$216,671.00* | *$4,355.79* |
| 11/3/2004 | 25 | 4/1/2004-4/30/2004 | $76,264.50 | $2,134.18 | $76,264.50 | $2,134.18 |
| 11/3/2004 | 26 | 5/1/2004-5/31/2004 | $63,313.50 | $2,330.43 | $63,313.50 | $2,330.43 |
| 11/3/2004 | 27 | 6/1/2004-6/30/2004 | $58,641.50 | $2,795.01 | $58,641.50 | $2,795.01 |
| *11/3/2004* | *13 Q* | *13th Quarterly 2004* | *$198,219.50* | *$7,259.62* | *$198,219.50* | *$7,259.62* |

---

[2] The actual number of hours expended in preparing this fee application and the corresponding compensation requested will be set forth in BMC's subsequent fee applications.

2

## PRIOR APPLICATIONS - continued

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 2/7/2005 | 28 | 7/1/2004 – 7/31/2004 | $45,396.00 | $2,558.91 | $45,396.00 | $2,558.91 |
| 2/7/2005 | 29 | 8/1/2004 – 8/31/2004 | $60,094.50 | $1,375.09 | $60,094.50 | $1,375.09 |
| 2/7/2005 | 30 | 9/1/2004 – 9/30/2004 | $75,755.50 | $1,251.65 | $75,755.50 | $1,251.65 |
| 2/7/2005 | 14Q | 14th Quarterly 2004 | $181,246.00 | $5,185.65 | $181,246.00 | $5,185.65 |
| 4/8/2005 | 31 | 10/1/2004 – 10/31/2004 | $59,922.00 | $2,144.86 | $59,922.00 | $2,144.86 |
| 4/8/2005 | 32 | 11/1/2004 – 11/30/2004 | $65,745.50 | $28,337.71 | $65,745.50 | $28,337.71 |
| 4/8/2005 | 33 | 12/1/2004 – 12/31/2004 | $62,692.00 | $8,918.87 | $62,692.00 | $8,918.87 |
| 4/8/2005 | 15Q | 15th Quarterly 2004 | $188,359.50 | $39,401.44 | $188,359.50 | $39,401.44 |
| 8/11/2005 | 34 | 1/1/2005 – 1/31/2005 | $67,384.00 | $2,530.41 | $67,384.00 | $2,530.41 |
| 8/11/2005 | 35 | 2/1/2005 – 2/28/2005 | $56,206.00 | $2,869.31 | $56,206.00 | $2,869.31 |
| 8/11/2005 | 36 | 3/1/2005 – 3/31/2005 | $64,836.00 | $1,666.16 | $64,836.00 | $1,666.16 |
| 8/11/2005 | 16Q | 16th Quarterly 2005 | $188,426.00 | $7,065.88 | 188,426.00 | $7,065.00 |
| 10/31/2005 | 37 | 4/1/2005 – 4/30/2005 | $88,685.50 | $2,391.33 | $88,685.50 | $2,391.33 |
| 10/31/2005 | 38 | 5/1/2005 – 5/31/2005 | $158,852.00 | $4,552.49 | $158,852.00 | $4,552.49 |
| 10/31/2005 | 39 | 6/1/2005 – 6/30/2005 | $232,914.00 | $13,912.17 | $232,914.00 | $13,912.17 |
| 10/31/2005 | 17Q | 17th Quarterly 2005 | $480,451.50 | $20,855.99 | $480,451.50 | $20,855.99 |
| 1/31/2006 | 40 | 7/1/2005 – 7/31/2005 | $468,997.75 | $17,359.91 | $468,997.75 | $17,359.91 |
| 1/31/2006 | 41 | 8/1/2005 – 8/31/2005 | $684,403.00 | $43,446.98 | $684,403.00 | $43,446.98 |
| 1/31/2006 | 42 | 9/1/2005 – 9/30/2005 | $334,412.00 | $34,731.14 | $334,412.00 | $34,731.14 |
| 2/1/2006 | 18Q | 18th Quarterly 2005 | $1,487,812.75 | $95,538.03 | $1,487,812.75 | $95,538.03 |
| 4/20/2006 | 43 | 10/1/2005 – 10/31/2005 | $126,175.50 | $2,460.85 | $126,175.50 | $2,460.85 |
| 4/20/2006 | 44 | 11/1/2005 – 11/30/2005 | $136,980.50 | $2,010.10 | $136,980.50 | $2,010.10 |
| 4/20/2006 | 45 | 12/1/2005 – 12/31/2005 | $54,700.50 | $4,310.19 | $54,700.50 | $4,310.19 |
| 4/20/2006 | 19Q | 19th Quarterly 2005 | $301,963.67* | $8,781.14 | $301,963.67* | $8,781.14 |
| 4/28/2006 | 46 | 1/1/2006 – 1/31/2006 | $52,998.50 | $2,322.75 | $52,998.50 | $2,322.75 |
| 7/17/2006 | 47 | 2/1/2006 – 2/28/2006 | $64,309.50 | $1,438.85 | $64,309.50 | $1,438.85 |
| 8/25/2006 | 48 | 3/1/2006 – 3/31/2006 | $69,538.75 | $2,732.97 | $69,538.75 | $2,732.97 |
| 8/25/2006 | 20Q | 20th Quarterly 2006 | $177,504.41* | $6,494.57 | $177,504.41* | $6,494.57 |
| 11/21/2006 | 49 | 4/1/2006 – 4/30/2006 | $64,523.00 | $1,918.17 | $64,523.00 | $1,918.17 |
| 11/22/2006 | 50 | 5/1/2006 – 5/31/2006 | $83,530.00 | $2,413.38 | 83,530.00 | $2,413.38 |
| 11/22/2006 | 51 | 6/1/2006 – 6/30/2006 | $42,762.00 | $5,634.14 | $42,762.00 | $5,634.14 |
| 11/22/2006 | 21Q | 21st Quarterly 2006 | $181,274.25* | $9,965.65 | $181,274.25* | $9,965.65 |
| 12/11/2006 | 52 | 7/1/2006 – 7/31/2006 | $35,134.50 | $41,219.71 | Pending | Pending |
| 12/21/2006 | 53 | 8/1/2006 – 8/31/2006 | $76,583.00 | $4,757.53 | Pending | Pending |
| 12/27/2006 | 54 | 9/1/2006 – 9/30/2006 | $71,515.00 | $24,065.05 | Pending | Pending |
| 12/27/2006 | 22Q | 22nd Quarterly 2006 | $174,070.88* | $70,042.29 | Pending | Pending |

---

\*   Reflects BMC's voluntary courtesy discount of 5% from actual fees for the Nineteenth, Twentieth, Twenty First and Twenty-Second Quarterly Fee Periods.

## BIOGRAPHICAL INFORMATION

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Liliana Anzaldo | Case Support Clerk, 1½ years | $45.00 | 1.3 | $58.50 |
| Martha Araki | Senior Bankruptcy Consultant, 6 years; 19 years bankruptcy experience | $210.00 | 74.3 | $15,603.00 |
| James Bartlett | Case Support Associate, 2½ years | $85.00 | 1.2 | $102.00 |
| Josh Berman | Technology Director, 1 year; 10 years prior experience in data management, process re-engineering, and custom technology build-out | $200.00 | 0.9 | $180.00 |
| Kamela Brown | Case Support Clerk, 5 months | $45.00 | 9.1 | $409.50 |
| Jacqueline Bush | Data Analyst, 4½ years | $95.00 | 11.0 | $1,045.00 |
| Trina Carter | Case Information Clerk, 3¾ years | $45.00 | 8.0 | $360.00 |
| Alex Cedeno | Case Support Clerk, 11 months | $45.00 | 5.2 | $234.00 |
| Steffanie Cohen | Reconciliation Consultant, 3½ years; 2 years prior bankruptcy experience | $110.00 | 7.6 | $836.00 |
| Temeka Curtis | Case Support Clerk, 3 years | $45.00 | 2.5 | $162.50 |
| Dustee Decker | Reconciliation Analyst, 3½ years; 15 years prior experience in accounts payable and creditor negotiation | $75.00 | 0.1 | $7.50 |
| Corazon Del Pilar | Case Support Clerk, 2½ years | $45.00 | 18.0 | $810.00 |
| David Espaline | Technology Consultant, 3½ years | $125.00 | 32.5 | $4,062.50 |
| Norbert Esty | Data Analyst, 8 months | $110.00 | 0.3 | $33.00 |
| Diane George | Data Consultant, 5¼ years; 2 years prior bankruptcy experience | $140.00 | 2.1 | $294.00 |
| Mike Grimmett | Senior Data Consultant, 3½ years; 12 years prior experience bankruptcy and data programming | $175.00 | 135.2 | $23,660.00 |
| Sue Herrschaft | Senior Consultant, 3½ years; former Operations Manager, Audit Division, Arthur Andersen-LA; 10 years prior experience in risk management and quality assurance | $210.00 | 447.5 | $93,975.00 |
| Myrtle John | Senior Bankruptcy Consultant, 4½ years; 25 years experience in bankruptcy and other legal practice areas | $195.00 | 1.8 | $351.00 |
| Stephenie Kjontvedt | Senior Consultant, 3 years; 15 years experience in bankruptcy consulting | $140.00 | 130.8 | $18,312.00 |
| Yvette Knopp | Case Support Associate, 3 years; 3 years prior bankruptcy case support experience | $90.00 | 10.5 | $945.00 |
| Steve Kotarba | Director, 1½ years; 7 years prior experience as a bankruptcy attorney | $275.00 | 2.6 | $715.00 |
| Gunther Kruse | Data Consultant, 3¼ years; 8 years prior experience in IT industry as database administrator and network manager | $150.00 | 13.4 | $2,010.00 |
| Ortavia Lee | Case Support Clerk, 5 months | $45.00 | 3.2 | $144.00 |
| Alicia Markoe | Data Analyst, 8 months | $110.00 | 11.8 | $1,298.00 |
| Marquis Marshall | Case Support Clerk, 2 years | $45.00 | 33.0 | $1,485.00 |
| James Myers | Case Support Clerk, 4¾ years | $65.00 | 8.1 | $526.50 |
| Pat Pearson | Reconciliation Analyst, 3½ years; 17 years prior experience in accounts payable | $65.00 | 0.2 | $13.00 |

4

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Airgelou Romero | Case Analyst, 1¾ years | $65.00 | 11.9 | $773.50 |
| Lisa Ruppaner | Case Support Associate, 3½ years | $95.00 | 44.0 | $4,180.00 |
| Lucina Solis | Case Support Associate, 2¾ years | $45.00 | 3.6 | $162.00 |
| Kong Tan | Data Consultant, 1¾ years; 5¼ years prior experience in computer application development | $150.00 | 9.0 | $1,350.00 |
| Brianna Tate | Case Information Clerk, 2½ years | $45.00 | 1.6 | $72.00 |
| Frank Visconti | Data Consultant, 3½ years; former programmer/analyst Midwest Consulting Group | $125.00 | 0.5 | $62.50 |
| Anna Wick | Senior Data Analyst, 3½ years | $110.00 | 81.7 | $8,987.00 |
| Kymberlie Williams | Case Information Clerk, 2 years | $45.00 | 0.3 | $13.50 |

| Grand Total: | Actual Fees: $183,232.50 | Hours: 1,124.8 |
|---|---|---|
| Blended Rate: | $162.90 | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Actual Fees |
|---|---|---|
| Asbestos Claims | 173.3 | $32,734.50 |
| Asbestos PI Claims | 180.1 | $29,971.00 |
| Case Administration | 290.2 | $41,968.50 |
| Data Analysis | 285.6 | $41,010.50 |
| Fee Applications – Applicant | 76.4 | $15,897.00 |
| Non-Asbestos Claims | 118.0 | $21,399.00 |
| Plan & Disclosure Statement | 1.2 | $252.00 |
| Travel – Non Working | 0 | 0.00 |
| Total | 1,124.8 | $183,232.50 |

5

## EXPENSE SUMMARY

| Expense Category | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| b-Linx/Data Storage | BMC | $2,550.00 |
| Document Storage | BMC | $63.80 |
| Postage/Shipping | Various | $219.53 |
| Website Hosting | BMC | $750.00 |
| Website Storage/Traffice | BMC | $250.32 |
| | | |
| Total | | $3,833.65 |

## PRODUCTION EXPENSE SUMMARY

| Date of Mailing | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| July 17, 2006 | BMC (1 mailing) | $40,000.84 |
| July 25, 2006 | BMC (1mailing) | $27.64 |
| August 23, 2006 | BMC (1 mailing) | $26.76 |
| August 31, 2006 | BMC | $3,345.00 |
| September 13, 2006 | BMC (1 mailing) | $9.08 |
| September 18, 2006 | BMC (1 mailing) | $219.82 |
| September 21, 2006 | BMC (1 mailing) | $46.25 |
| September 22, 2006 | BMC (1 mailing) | $65.79 |
| September 26, 2006 | BMC (1 mailing) | $26.76 |
| September 31, 2006 | BMC | $22,440.70 |
| Total | | $66,208.64 |

**WHEREFORE**, BMC respectfully requests:

(a) that an allowance be made to it in the aggregate of $244,113.17 comprised of:

  (i) $174,070.88* in fees for services rendered by BMC to the Debtors for reasonable and necessary professional services during the Twenty-Second Quarterly Fee Period, July 1, 2006 through September 30, 2006;

  (ii) $70,042.29 for reimbursement of actual and necessary costs and expenses incurred by BMC during the Twenty-Second Quarterly Fee Period, July 1, 2006 through September 30, 2006; and

---

\* Fee amounts sought for the Twenty-Second Quarterly Fee Period reflect BMC's voluntary courtesy discount of 5% from $183,232.50 in actual fees for this period.

(b) that both the fees and expenses are payable as an administrative expense of the Debtors' estates; and

(c) for such other and further relief as the Court deems just and proper.

Dated: December 8, 2006
          BMC GROUP (f/k/a BANKRUPTCY MANAGEMENT CORPORATION)

By: _____
SUE HERRSCHAFT
720 Third Avenue, 23rd Floor
Seattle, Washington 98104
Telephone: (206) 516-3300
Telecopier: (206) 516-3304

Claims Reconciliation and Solicitation
Consultant to the Debtors and
Debtors in Possession