**EXHIBIT 2**

BMC GROUP

WR GRACE
EXPENSE DETAIL

JULY 2006

| Invoice No | Client | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|
| 21_060731 | WR Grace | World Wide Express | $11.95 | 07/01/06 | Postage/Shipping | Shipment of court docs to A Basta of K&E - tracking # 165946000050 |
| 21_060731 | WR Grace | BMC | $850.00 | 07/31/06 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_060731 | WR Grace | BMC | $250.00 | 07/31/06 | Website Hosting | Website Hosting |
| 21_060731 | WR Grace | BMC | $79.28 | 07/31/06 | Website Storage/Traffic | website traffic - 44 docs |

EXHIBIT 2

**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**206/516-3300**

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_060831**

| Period Ending 8/31/2006 | Expense Type | Amount |
|---|---|---|
| | B-Linx/Data Storage | |
| | | $850.00 |
| | Document Storage | |
| | | $27.55 |
| | Postage/Shipping | |
| | | $207.58 |
| | Website Hosting | |
| | | $250.00 |
| | Website Storage/Traffic | |
| | | $50.64 |
| | **Total** | **$1,385.77** |

*Wire payments may be sent to the following account:*

| | |
|---|---|
| *BANK:* | *Citibank* |
| | *15233 Ventura Blvd. 1st Floor* |
| | *Sherman Oaks, CA 91403* |
| *ABA/Routing#:* | *322271724* |
| *Account #:* | *201381993 - BMC Group* |
| *Tax ID #:* | *52-2083477* |

EXHIBIT 2

BMC GROUP

WR GRACE
EXPENSE DETAIL

AUGUST 2006

| Invoice No | Client | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|
| 21_060831 | WR Grace | BMC | $27.55 | 8/31/06 | Document Storage | 19 boxes |
| 21_060831 | WR Grace | BMC | $850.00 | 8/31/06 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_060831 | WR Grace | BMC | $250.00 | 8/31/06 | Website Hosting | Website Hosting |
| 21_060831 | WR Grace | BMC | $50.64 | 8/31/06 | Website Storage/Traffic | website traffic - 23 docs |
| 21_060831 | WR Grace | FedEx | $18.56 | 8/28/06 | Postage/Shipping | WR Grace Binders shipped- Tracking No. 79000610613 2 |
| 21_060831 | WR Grace | FedEx | $40.48 | 8/28/06 | Postage/Shipping | WR Grace Binders shipped- Tracking No. 79105783545 5 |
| 21_060831 | WR Grace | FedEx | $41.12 | 8/28/06 | Postage/Shipping | WR Grace Binders shipped- Tracking No. 79215803746 2 |
| 21_060831 | WR Grace | FedEx | $107.42 | 8/22/06 | Postage/Shipping | #791011635610 |

EXHIBIT 2

**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**206/516-3300**

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_060930**

| Period Ending 9/30/2006 | Expense Type | Amount |
|---|---|---|
| | B-Linx/Data Storage | |
| | | $850.00 |
| | Document Storage | |
| | | $36.25 |
| | Website Hosting | |
| | | $250.00 |
| | Website Storage/Traffic | |
| | | $120.40 |
| | **Total** | **$1,256.65** |

*Wire payments may be sent to the following account:*

| | |
|---|---|
| **BANK:** | **Citibank** |
| | **15233 Ventura Blvd. 1st Floor** |
| | **Sherman Oaks, CA 91403** |
| **ABA/Routing#:** | **322271724** |
| **Account #:** | **201381993 - BMC Group** |
| **Tax ID #:** | **52-2083477** |

EXHIBIT 2

BMC GROUP
EXPENSE DETAIL

WR GRACE - SEPTEMBER 2006

| Invoice Nbr | Client | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|
| 21_060930 | WR Grace | BMC | $250.00 | 09/30/06 | Website Hosting | Website Hosting |
| 21_060930 | WR Grace | BMC | $850.00 | 09/30/06 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_060930 | WR Grace | BMC | $120.40 | 09/30/06 | Website Storage/Traffic | website traffic - 58 docs |
| 21_060930 | WR Grace | BMC | $36.25 | 09/30/06 | Document Storage | 25 boxes |
| | | | $1,256.65 | | | |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION SUMMARY

July Production Summary

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20060717-1 | 7/17/2006 | $40,000.84 |
| 021-20060725-1 | 7/25/2006 | $27.64 |
| | Total: | $40,028.48 |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 7/17/2006
Invoice #: 021-20060717-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | DM 12823 - Motion to Compel | 301 / 1,017 | Document/Data Preparation | Mail File Setup | 6 Tasks @ $25.00 each | $150.00 |
| | | | Postage | DHL/Airborne Exp | 747 Pieces @ $19.26 each | $14,387.22 |
| | | | | Expedited Mail Handling | 916 Pieces @ $.25 each | $229.00 |
| | | | | Express Mail | 169 Pieces @ $18.80 each | $3,177.20 |
| | | | | USPS - 1st Class | 101 Pieces @ $6.05 each | $611.05 |
| | | | Production | Copy | 306117 Pieces @ $.07 each | $21,428.19 |
| | | | | Stuff and Mail | 101 Pieces @ $.05 each | $5.05 |
| | | | Supplies | Inkjet and Envelope - Catalog | 101 Pieces @ $.13 each | $13.13 |

**Total Due:**     $40,000.84

EXHIBIT 2
Invoice Due Upon Receipt



**bmc**⬆⬆⬆

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 7/25/2006
Invoice #: 021-20060725-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No.12853 - 23rd Omni 5 Cont'l Order | 3 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.39 each | $1.17 |
| | | | Production | Copy | 9 Pieces @ $.12 each | $1.08 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

**Total Due:    $27.64**

EXHIBIT 2
Invoice Due Upon Receipt

BMC GROUP

WR Grace
August Production Summary

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20060823-1 | 8/23/2006 | $26.76 |
| 021-2006-0831-1 | 8/31/2006 ending | $3,345.00 |
| | Total | $3,371.76 |

EXHIBIT 2

BMC GROUP

WR Grace
021-20060823-1
August 23, 2006

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Nobcing Document | Dkt No. 13045 - 24th Omni 5 Cont'd Ord | 3 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.39 each | $0.78 |
| | | | Production | Copy | 6 Pieces @ $.12 each | $0.72 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |
| | | | | | Total | $26.76 |

EXHIBIT 2

BMC GROUP

WR Grace
021-20060831-1
Month of August 2006

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Image Conversion | K&E PDF/OCR/Bates Project | 33,450 pages | Convert TIFF Proofs of Claim | Process TIFF images to PDF/OCR and Bates stamp | 33,450 pages @ $.10 each | $3,345.00 |

EXHIBIT 2

BMC GROUP                                    PRODUCTION SUMMARY

WR Grace
September Production Summary

| InvoiceID | JobDate | InvoiceTotal |
|-----------|---------|-------------|
| 021-20060913-1 | 9/13/2006 | $9.08 |
| 021-20060918-1 | 9/18/2006 | $219.82 |
| 021-20060921-1 | 9/21/2006 | $46.25 |
| 021-20060922-1 | 9/22/2006 | $65.79 |
| 021-20060926-1 | 9/26/2006 | $26.76 |
| 021-20060930-1 | 9/30/2006 | $22,440.70 |
| | Total | $22,808.40 |

EXHIBIT 2



**bmc**⊕⊕⊕

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

| Production Date: | 9/13/2006 |
|---|---|
| Invoice #: | 021-20060913-1 |
| InvoiceNotes: | Re-mail package previously created by RRD |

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | POC/BDN - Re-notice | 0 / 0 | Postage | USPS - 1st Class | 1 Piece @ $8.95 each | $8.95 |
| | | | Supplies | Inkjet and Envelope - Catalog | 1 Piece @ $.13 each | $0.13 |

**Total Due:** **$9.08**

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/18/2006
Invoice #: 021-20060918-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 13254 - 17th Omnibus Obj to Claims | 37 / 34 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 34 Pieces @ $1.11 each | $37.74 |
| | | | Production | Copy | 1258 Pieces @ $.12 each | $150.96 |
| | | | | Stuff and Mail | 34 Pieces @ $.05 each | $1.70 |
| | | | Supplies | Inkjet and Envelope - Catalog | 34 Pieces @ $.13 each | $4.42 |

**Total Due:** $219.82

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

| Production Date: | 9/21/2006 |
|---|---|
| Invoice #: | 021-20060921-1 |
| InvoiceNotes: | Originally sent by RRD: reshipping as Bulk shipment to 1 location for 226 parties |

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | POC/BDN Suppl | 1/1 | Postage | DHL/Airborne Exp | 1 Piece @ $46.25 each | $46.25 |
| | | | | Expedited Mail Handling | 0 Pieces @ $.25 each | $0.00 |

**Total Due:** $46.25

EXHIBIT 2
*Invoice Due Upon Receipt*



bmc

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/22/2006
Invoice #: 021-20060922-1
InvoiceNotes: CD's prepared re: Asbestos Personal Injury Claimants

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Special Services | Asbestos Personal Injury Claimants | 0 / 0 | Postage | Expedited Mail Handling | 3 Pieces @ $.25 each | $0.75 |
| | | | | FedEx | 3 Pieces @ $18.93 each | $56.79 |
| | | | Production | CD Recording | 3 Pieces @ $2.50 each | $7.50 |
| | | | Supplies | CD Cases/Mailer Sleeves | 3 Pieces @ $.25 each | $0.75 |
| | | | | | **Total Due:** | $65.79 |

EXHIBIT 2
*Invoice Due Upon Receipt*

**bmc** ⊕⊕⊕

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 9/26/2006
Invoice #: 021-20060926-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 13299 - 26th Contin Ord re Omni 5 | 3 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.39 each | $0.78 |
| | | | Production | Copy | 6 Pieces @ $.12 each | $0.72 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |

**Total Due:** $26.76

EXHIBIT 2
Invoice Due Upon Receipt

BMC GROUP

PRODUCTION INVOICE

WR Grace
021-20060831-1
Month of September 2006

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|----------|----------|-----------------|------|------|---------|-------|
| Image Conversion | K&E PDF/OCR/Bates Project | 224,407 | Convert TIFF Proofs of Claim | Process TIFF images to PDF/OCR and Bates stamp | 224,407 pages @ $.10 each | $22,440.70 |

EXHIBIT 2