# ATTACHMENT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

ELEVENTH MONTHLY APPLICATION OF BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2006 through August 31, 2006 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $4,812.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $131.31 |

This is a:     __XX__   monthly      _____   interim      _____   final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | Pending | Pending |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | Pending | Pending |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[3] | $1,308.41 | Pending | Pending |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | Pending | Pending |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | Pending | Pending |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | Pending | Pending |
| 6/06 | 4/1/06 – 4/30/06 | $13,693.75 | $ 356.81 | Pending | Pending |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | Pending | Pending |
| | 6/1/06 – 6/30/06 | $10,103.75 | $ 285.26 | Pending | Pending |
| | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | Pending | Pending |

## B&D PROFESSIONALS[4]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $525.00 | 4.50 | $2,362.50 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 7.00 | $2,450.00 |

Total Fees: $ 4,812.50
Total Hours: 11.50
Blended Rate: $418.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 11.50 | $4,812.50 |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[4] These amounts are the sum total from the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

## EXPENSE SUMMARY[5]

| Expense Category | Service Provider (if applicable)[6] | Total Expense |
|---|---|---|
| Duplicating | | $20.80 |
| Lexis/Nexis Court Link | Lexis/Nexis | $110.51 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

August 1, 2006 through August 31, 2006, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $4,812.50 and actual and necessary expenses

in the amount of $131.31 for a total allowance of $4,943.81, and payment of $3,850 (80% of the

allowed fees) and reimbursement of $131.31 (100% of the allowed expenses) be authorized for a

total payment of $3,981.31, and for such other and further relief as this Court may deem just and

proper.

Dated: September 25, 2006                BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-3850
Facsimile: 410-230-3868
Counsel for Debtors and Debtors in Possession

---

[5] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[6] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

3

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 25 day of September, 2006.

Notary Public
My Commission Expires:  May 27, 2009

4

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

### FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD AUGUST 1, 2006 THROUGH AUGUST 31, 2006

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.) G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Matter)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

September 18, 2006
Client/Matter #  01246-011548
Invoice # 112349
Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/06 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/02/06 | K. Bourdeau | 0.25 | Review email correspondence re recent developments in negotiations with USACE. |
| 08/05/06 | K. Bourdeau | 3.00 | Review draft FS report; prepare comments on same; prepare substantive transmittal cover email to P. Marks re same. |
| 08/06/06 | K. Bourdeau | 0.50 | Work on email to P. Marks re summary of principal comments on FS Report. |
| 08/07/06 | K. Bourdeau | 0.50 | Finalize cover transmittal email to P. Marks re comments on FS and transmit same. |
| 08/08/06 | K. Bourdeau | 0.25 | Email exchange with P. Marks re FS Report. |
| 08/08/06 | P. Marks | 0.50 | Email exchange with K. Bourdeau re FS report and review K. Bourdeau comments. |
| 08/15/06 | P. Marks | 3.00 | Review and evaluate draft FS; telephone conference with P. Bucens re same. |
| 08/16/06 | P. Marks | 1.75 | Prepare and discuss FS comments with P. Bucens. |
| 08/31/06 | P. Marks | 1.00 | Review case law; evaluate document research developments. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  112349
September 18, 2006
PAGE  2


Total Hours :          10.75

Total Fees :        $4,550.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #   112349
September 18, 2006
PAGE   3

## Disbursements:

Information Service - VENDOR: LEXISNEXIS COURT      110.51
LINK-Invoice #EA237435 dated 7/1/06 for data
research usage

Total Disbursements :              $110.51

## Time Summary:

|                | Hours Worked | Billed Per Hour | Bill Amount |
|----------------|--------------|-----------------|-------------|
| K. Bourdeau    | 4.50         | $525.00         | $2,362.50   |
| P. Marks       | 6.25         | $350.00         | $2,187.50   |

Total Fees :              $4,550.00

Total Disbursements :              $110.51

TOTAL DUE :              $4,660.51

# EXHIBIT B

## (Preparation of Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

September 18, 2006
Client/Matter #  01246-012629
Invoice # 112350
Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/06 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>

| 08/09/06 | P. Marks | 0.75 | Prepare fee application. |
|---|---|---|---|

Total Hours :          0.75

Total Fees :          $262.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #   112350
September 18, 2006
PAGE   2

**Disbursements:**

Duplicating                                      20.80

Total Disbursements :                         $20.80

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.75 | $350.00 | $262.50 |

Total Fees :                    $262.50

Total Disbursements :                    $20.80

TOTAL DUE :                    $283.30