# EXHIBIT A

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                                December 15, 2006
ATTN: Lydia Duff, Esq.                                                           Invoice 780674  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 11/30/06 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

11/14/06    Detailed voice mail message to Mr. English.
            R.T. CARLISLE                               0.10 hrs.    270.00/hr                $27.00

11/27/06    Detailed voice mail message to Mr. English; electronic mail memorandum to Ms. Duff
            regarding same; review reply from Ms. Duff.
            R.T. CARLISLE                               0.10 hrs.    270.00/hr                $27.00

**Fees for Legal Services** ................................................................................................    **$54.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.20 | 270.00 | 54.00 |
| TOTAL | 0.20 | $270.00 | $54.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

11/27/2006    Telephone 1-864-242-8247                                                                0.05
**Total Charges for Other Services Provided/Expenses Incurred** ...........................    **$0.05**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.05 |
| TOTAL | $0.05 |

**Net current billing for this invoice** ........................................................................    **$54.05**

**GRAND TOTAL** ....................................................................................................    **$54.05**

W. R. Grace & Co.
                                                               December 15, 2006
                                                             Invoice 780674  Page 2

## **REMITTANCE COPY**

Please Return With Your Payment To:

ATTN:  Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 11/30/06

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

---

| | |
|---|---|
| Fees for Professional Services | $54.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.05 |

    **Net current billing for this invoice** ................................................................ **$54.05**

**GRAND TOTAL**................................................................................................. **$54.05**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#**:  061100606
**Beneficiary Bank**:  National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**:  053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**:  Columbia Operating Account
**Beneficiary Account Number**:  00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

December 15, 2006  
Invoice 780675  Page  1

Our Matter #          02399/06091                              For Services Through 11/30/06
Name of Matter:       Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/10/06 | Draft 22nd quarterly fee application and summary for attorney review.<br>A.R. PRICE | 2.80 hrs. | 115.00/hr | $322.00 |
| 11/10/06 | Review October 2006 bills and draft corresponding fee application.<br>A.R. PRICE | 2.20 hrs. | 115.00/hr | $253.00 |
| 11/14/06 | Edit and review quarterly fee application.<br>B.J. BURN | 0.30 hrs. | 230.00/hr | $69.00 |
| 11/14/06 | Edit and review October fee application.<br>B.J. BURN | 0.20 hrs. | 230.00/hr | $46.00 |

**Fees for Legal Services** ........................................................................... **$690.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.50 | 230.00 | 115.00 |
| A.R. PRICE | 5.00 | 115.00 | 575.00 |
| TOTAL | 5.50 | 125.45 | 690.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 10/27/2006 | Federal Express charge | 12.30 |
| 11/13/2006 | VENDOR: PACER Service Center; INVOICE#: 100506-1; DATE: 11/13/2006 - Cust.#NM0003 | 15.36 |
| 11/20/2006 | Federal Express charge | 11.88 |
| 11/20/2006 | Federal Express charge | 11.88 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................. **$51.42**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 36.06 |
| Outside Services | 15.36 |
| TOTAL | $51.42 |

W. R. Grace & Co.

December 15, 2006<br>Invoice 780675  Page 2

| | |
|---|---:|
| **Net current billing for this invoice** .................................................................................. | **$741.42** |
| **GRAND TOTAL**............................................................................................................... | **$741.42** |

W. R. Grace & Co.

December 15, 2006
Invoice 780675  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 11/30/06

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

---

| | |
|---|---|
| Fees for Professional Services | $690.00 |
| Charges for Other Services Provided/Expenses Incurred | $51.42 |
| **Net current billing for this invoice** | **$741.42** |
| **GRAND TOTAL** | **$741.42** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701