IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: W.R. GRACE & CO., et al., | ) ) ) ) ) ) ) ) | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. |  |  |

## CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' NOTICE OF SERVICE OF SUPPLEMENT TO THE EXPERT REPORTS

PLEASE TAKE NOTICE that on December 21, 2006, counsel for Claimant State of California, Department of General Services caused copies of the supplement to the expert reports by MVA, Inc., the curriculum vitae of Timothy Vander Wood, Ph.D., to be served on the following in the manner indicated:

| Janet S. Baer, Esq.<br>David Bernick, P.C.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Counsel for the Debtors<br>Via First Class Mail | Jay M. Sakalo, Esq.<br>Bilzin Sumberg Baena Price &<br>Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, Florida 33131-5340<br>Counsel for PD Committee<br>Via First Class Mail | Martin Dies, Esq.<br>Dies & Hile LLP<br>1601 Rio Grande, Suite 330<br>Austin, Texas 78701<br>Special Counsel to the<br>Property Damage Committee<br>Via First Class Mail |
|---|---|---|

Dated: December 21, 2006

HAHN & HESSEN LLP
Counsel for Claimant
State of California, Dep't of General Services

By: _____
Steven J. Mandelsberg
Christina J. Kang

488 Madison Avenue
New York, New York 10022
(212) 478-7200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Christina J. Kang, certify that on the 21st day of December, 2006, I caused a copy of the supplement to the reports issued by Claimant State of California, Department of General Services' expert, MVA, Inc., the curriculum vitae of Timothy Vander Wood, Ph.D., to be served on the following in the manner indicated:

| | | |
|---|---|---|
| Janet S. Baer, Esq.<br>David Bernick, P.C.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Counsel for the Debtors<br>Via First Class Mail | Jay M. Sakalo, Esq.<br>Bilzin Sumberg Baena Price &<br>Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, Florida 33131-5340<br>Counsel for PD Committee<br>Via First Class Mail | Martin Dies, Esq.<br>Dies & Hile LLP<br>1601 Rio Grande, Suite 330<br>Austin, Texas 78701<br>Special Counsel to the<br>Property Damage Committee<br>Via First Class Mail |

_____
Christina J. Kang