IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: W.R. GRACE & CO., et al., <br><br> Debtors. | ) ) ) ) ) ) ) ) ) Chapter 11 <br> Case No. 01-01139 (JKF) <br> (Jointly Administered) |

### CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' NOTICE OF SERVICE OF EXPERT REPORTS

PLEASE TAKE NOTICE that on December 20, 2006, counsel for Claimant State of California, Department of General Services caused copies of the expert reports by MVA, Inc. to be served on the following in the manner indicated:

| | | |
|---|---|---|
| Janet S. Baer, Esq. <br> David Bernick, P.C. <br> Kirkland & Ellis LLP <br> 200 East Randolph Drive <br> Chicago, Illinois 60601 <br> Counsel for the Debtors <br> Via First Class Mail | Jay M. Sakalo, Esq. <br> Bilzin Sumberg Baena Price & Axelrod LLP <br> 200 S. Biscayne Blvd., Ste. 2500 <br> Miami, Florida 33131-5340 <br> Counsel for PD Committee <br> Via First Class Mail | Martin Dies, Esq. <br> Dies & Hile LLP <br> 1601 Rio Grande, Suite 330 <br> Austin, Texas 78701 <br> Special Counsel to the <br> Property Damage Committee <br> Via First Class Mail |

Dated: December 20, 2006

HAHN & HESSEN LLP
Counsel for Claimant
State of California, Dep't of General Services

By: /s/
Steven J. Mandelsberg
Christina J. Kang

488 Madison Avenue
New York, New York 10022
(212) 478-7200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>Debtors. | ) Chapter 11<br>) Case No. 01-01139 (JKF)<br>) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Christina J. Kang, certify that on December 20, 2006, I caused copies of the expert reports by MVA, Inc. to be served on the following in the manner indicated:

| | | |
|---|---|---|
| Janet S. Baer, Esq.<br>David Bernick, P.C.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Counsel for the Debtors<br>Via First Class Mail | Jay M. Sakalo, Esq.<br>Bilzin Sumberg Baena Price &<br>Axelrod LLP<br>200 S. Biscayne Blvd. Ste. 2500<br>Miami, Florida 33131-5340<br>Counsel for PD Committee<br>Via First Class Mail | Martin Dies, Esq.<br>Dies & Hile LLP<br>1601 Rio Grande, Suite 330<br>Austin, Texas 78701<br>Special Counsel to the PD Committee<br>Via First Class Mail |

Dated: December 20, 2006

_____
CHRISTINA J. KANG