**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 09, 2006

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10634

Professional Services

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/3/2006 | SLB | begin review of expenses and draft of 20th Interim initial report - K&E (4.8) | 4.80 | 648.00 |
|  | MSH | Update database with Reed Smith May 2006 app, and Ferry May 2006 app | 0.10 | 4.00 |
| 7/5/2006 | JAW | draft summary of K&E February 2006 monthly invoice (3.00) | 3.00 | 405.00 |
| 7/6/2006 | MSH | Update database with Kramer May 2006 | 0.10 | 4.00 |
|  | JAW | detailed review of K&E March 2006 monthly invoice (7.2) | 7.20 | 972.00 |
|  | JAW | draft summary of K&E February 2006 monthly invoice (2.9) | 2.90 | 391.50 |
| 7/7/2006 | MSH | Update database with Tersigni May 2006 app., and Caplin May 2006 app. | 0.10 | 4.00 |
|  | MSH | Update database with Anderson May 2006 app., and Stroock May 2006 app. | 0.10 | 4.00 |
|  | JAW | detailed review of K&E March 2006 monthly invoice (10.1) | 10.10 | 1,363.50 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | W.R. Grace & Co. | Page | 2 |
| | | | **Hours** | **Amount** |
| 7/8/2006 | JAW | detailed review of K&E March 2006 monthly invoice (8.0) | 8.00 | 1,080.00 |
| 7/9/2006 | JAW | draft summary of K&E March 2006 monthly invoice (4.30) | 4.30 | 580.50 |
| 7/10/2006 | SLB | begin review of expenses and draft of 20th Interim initial report - K&E (2.6) | 2.60 | 351.00 |
| | MSH | Update database with Stroock May 2006 app/e-detail | 0.10 | 4.00 |
| | MSH | Update database with Woodcock April 2006 app. | 0.10 | 4.00 |
| 7/11/2006 | SLB | draft of 20th Interim initial report - K&E (3.0) | 3.00 | 405.00 |
| | MSH | Update database with Tersigni May 2006 app/e-detail, and Anderson May 2006 app/e-detail | 0.10 | 4.00 |
| | MSH | Update database with Campbell May 2006 app/e-detail, and Caplin May 2006 e-detail | 0.10 | 4.00 |
| | MSH | Update database with Kramer May 2006 app/e-detail | 0.10 | 4.00 |
| | MSH | Update database with Nelson May 2006 app., and Pachulski May 2006 app. | 0.10 | 4.00 |
| | JBA | Update database with Orrick 5.06 e-detail pdf | 0.10 | 4.00 |
| 7/12/2006 | MSH | Update database with Orrick May 2006 app. and Austern May 2006 app. | 0.10 | 4.00 |
| | SLB | draft e-mail to J. Baer @ K&E re 20th Interim app. (.2) | 0.20 | 27.00 |
| | SLB | continue draft of 20th Interim initial report - K&E (2.8) | 2.80 | 378.00 |

| W.R. Grace & Co. | | | Page | 3 |
|---|---|---|---:|---:|
| | | | **Hours** | **Amount** |
| 7/12/2006 JBA | Update database with Hamilton 5.06 e-detail | | 0.10 | 4.00 |
| 7/13/2006 MSH | Update database with Woodcock May 2006 app. | | 0.10 | 4.00 |
| JBA | Update database with Towers 5.06 e-detail pdf | | 0.10 | 4.00 |
| 7/17/2006 MSH | Update database with Piper May 2006 app. | | 0.10 | 4.00 |
| SLB | draft of 20th Interim initial report - K&E (3.5) | | 3.50 | 472.50 |
| MSH | Update database with Hilsoft 10.1-11/30.06 app., and Hamilton May 2006 app. | | 0.10 | 4.00 |
| JAW | detailed review of Tersigni March 2006 monthly invoice (2.8); draft summary of same (0.3) | | 3.10 | 418.50 |
| JAW | detailed review of Bilzin March 2006 monthly invoice (3.1); draft summary of same (0.3) | | 3.40 | 459.00 |
| 7/18/2006 WHS | receive and review agenda | | 0.10 | 27.50 |
| SLB | draft of 20th Interim initial report - K&E (2.4) | | 2.40 | 324.00 |
| 7/19/2006 SLB | draft e-mail to J. Oneil @ Pachulski re Blackstone fees for 19th and 20th Interims (.3) | | 0.30 | 40.50 |
| DTW | Review and revise K&E 20th initial report (.2). | | 0.20 | 29.00 |
| MSH | Prepare K&E 20th interim initial report for service (.1) | | 0.10 | 4.00 |
| MSH | draft WHS June monthly invoice | | 0.20 | 22.00 |

W.R. Grace & Co.                          Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/19/2006 | MSH | Update database with Casner May 2006 app., and BMC February 2006 app. | 0.10 | 4.00 |
| | MSH | Update database with Steptoe 20th interim app. | 0.10 | 4.00 |
| | SLB | complete draft of 20th Interim initial report - K&E (3.6) | 3.60 | 486.00 |
| 7/20/2006 | MSH | Update database with Pitney Harden March 2006 app. and Pitney Harden April 2006 app. | 0.10 | 4.00 |
| | SLB | complete review and draft of 20th Interim initial report - Bilzin (6.8) | 6.80 | 918.00 |
| | SLB | draft e-mail to J. Sakalo re 20th Interim app. (.2) | 0.20 | 27.00 |
| | SLB | telephone conference with J. ONeil @ Pachulski re draft of supplemental order for Blackstone (.2) | 0.20 | 27.00 |
| 7/21/2006 | SLB | draft e-mail to D. Collins @ Tersigni re 20th Interim initial report (.2) ; e-mail to J. Baer @ K&E re 20th Interim initial report and timing of response (.3) | 0.50 | 67.50 |
| | SLB | complete review and draft of 20th Interim initial report - Tersigni (5.7) ; begin draft of 20th Interim initial report - Caplin (1.4) | 7.10 | 958.50 |
| | JBA | Update database with PWC 4.06 e-detail | 0.10 | 4.00 |
| 7/24/2006 | SLB | draft e-mails to Bilzin (.1), Caplin (.1), Capstone (.1)and Tersigni (.1) re responses to 20th Interim initial reports | 0.40 | 54.00 |
| | SLB | complete draft of 20th Interim intitial report - Caplin (4.6) ; complete draft of 20th Interim initial report - Capstone (2.3) | 6.90 | 931.50 |
| | MSH | Update database with Pitney 20th Interim app. | 0.10 | 4.00 |
| | JBA | Update database with Buchanan 6.06 e-detail | 0.10 | 4.00 |

W.R. Grace & Co.     Page 5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/25/2006 | SLB | complete draft of 20th Interim initial report - HRO (3.3) ; complete draft of 20th Interim final report - Hilsoft (1.8) ; begin draft of 20th Interim final report - Stroock (2.3) | 7.40 | 999.00 |
| | JBA | Update database with Bilzin 5.06 e-detail | 0.10 | 4.00 |
| 7/26/2006 | MSH | Update database with Buchanan June 2006 app. and Blackstone January 2006 app. (.1); same re: Blackstone February 2006 app. and Blackstone March 2006 app. (.1) | 0.20 | 8.00 |
| 7/27/2006 | MSH | Update database with Bilzin May 2006 app. | 0.10 | 4.00 |
| 7/28/2006 | MSH | Update database with Woodcock 20th Interim app. and Blackstone 20th Interim app. | 0.10 | 4.00 |
| | JBA | Update database with Capston 6.06 e-detail | 0.10 | 4.00 |
| 7/31/2006 | MSH | Update database with Capstone June 2006 app. | 0.10 | 4.00 |
| | JBA | Update database with Bilzin 6.06 e-detail, and Ferry Joseph 6.06 e-detail | 0.10 | 4.00 |
| | JBA | Update database with Orrick 6.06 e-detail | 0.10 | 4.00 |
| | SLB | complete review of app. and draft of 20th Interim final report - Protoviti (5.4) ; complete draft of 20th Interim final report - Stroock (1.8) | 7.20 | 972.00 |

**For professional services rendered**     **105.70 $13,967.00**

Additional Charges :

| | Price | |
|---|---|---|
| PACER Charges for June | 5.92 | 5.92 |

| W.R. Grace & Co. | | Page | 6 |
|---|---|---|---|
| | | **Price** | **Amount** |
| Third party copies & document prep/setup. | | 5.62 | 5.62 |
| Third party copies & document prep/setup. | | 74.80 | 74.80 |
| Third party copies & document prep/setup. | | 562.26 | 562.26 |
| **Total costs** | | | **$648.60** |
| **Total amount of this bill** | | | **$14,615.60** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Doreen T Williams | 0.20 | 145.00 | $29.00 |
| James A. Wehrmann | 42.00 | 135.00 | $5,670.00 |
| Jeff B. Allgood | 0.90 | 40.00 | $36.00 |
| Melinda S Helsley | 0.20 | 110.00 | $22.00 |
| Melinda S Helsley | 2.40 | 40.00 | $96.00 |
| Stephen L. Bossay | 59.90 | 135.00 | $8,086.50 |
| Warren H Smith | 0.10 | 275.00 | $27.50 |