# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) (Jointly-Administered) |
| Debtors. | ) |
| | ) **Re: Docket No. 14051** |
| | ) |

## CERTIFICATION OF COUNSEL
## REGARDING: DOCKET NO. 14051

I, Theodore J. Tacconelli. Esquire, local counsel to the Official Committee of Asbestos Property Damage Claimants in the above-captioned matter (the "Property Damage Committee"), hereby certify the following:

1. On December 18, 2006, the Property Damage Committee filed a Motion for Leave to Designate an Expert Regarding Constructive Notice for Property Damage Claims (the "Motion") [Docket No. 14051].

2. On December 21, 2006, the Court entered an order scheduling a telephonic hearing on the Motion for January 4, 2007 at 9:00 a.m. in Pittsburgh, Pennsylvania. On the same day, the Property Damage Committee filed a Notice of Hearing regarding the Motion [Docket No. 14103].

3. The Debtors have informed counsel to the Property Damage Committee that they do not oppose the relief sought in the Motion.

4. Consequently, it will not be necessary to hold the telephonic hearing unless the Court has any questions or concerns regarding the Motion.

5. It is hereby respectfully requested that the Motion be granted and the proposed order attached thereto be entered at the earliest convenience of the Court.

Dated: December 28, 2006

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

-and-

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Matthew I. Kramer, Esquire
Bilzin Sumberg Baena Price
& Axelrod LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
(305) 374-7580

Co-Counsel for the Official Committee
of Asbestos Property Damage Claimants