**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 13, 2006

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10652

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/1/2006 | SLB | complete second draft of 20th Interim final report - Baker (4.3); continue 20th Interim fee and expense chart (2.8) | 7.10 | 958.50 |
| 9/2/2006 | WHS | receive and review agenda | 0.10 | 27.50 |
| 9/5/2006 | MSH | Update database with Strook July 2006 app. and Duane Morris July 2006 app. (.1), Home April 2006 app. and Buchanan July 2006 app. (.1), and Kramer July 2006 app. (.1) | 0.30 | 12.00 |
|  | SLB | telephone conference with K. Jones re RPWB 20th app. (.1) | 0.10 | 13.50 |
|  | SLB | draft e-mail to F. Childress @ Baker Donelson re 20th Interim response (.2) | 0.20 | 27.00 |
|  | SLB | continue draft of 20th Interim fee & expense charts (4.4) | 4.40 | 594.00 |
|  | SLB | PACER research regarding docket numbers for 20th Interim fee & expense charts (3.3) | 3.30 | 445.50 |
| 9/6/2006 | SLB | telephone conference with K. Jones @ RPWB re 20th Interim quarterly application(.1) | 0.10 | 13.50 |

W.R. Grace & Co. Page 2

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 9/6/2006 | MSH | Update database with Orrick July 2006 app. and CIBC January 2006 app. (.1), and Bilzin 21st Interim app. (.1) | 0.20 | 8.00 |
| | MSH | Update database with Pitney July 2006 app. (.1) | 0.10 | 4.00 |
| | MSH | Update database with Reed Smith July 2006 app. and Caplin July 2006 app. (.1), AKO July 2006 app. and Tersigni July 2006 app. (.1), LAS July 2006 app. and Campbell July 2006 app. (.1) | 0.30 | 12.00 |
| | SLB | draft e-mail to J. ONeal @ Pachulski re timing and distribution of 20 Interim charts (.1) ; e-mail to K. Jones @ RPWB re 20th Interim quarterly app. (.1) | 0.20 | 27.00 |
| | SLB | complete initial drafts of 20th Interim fee & expense charts (6.8) | 6.80 | 918.00 |
| | WHS | receive, review, and respond to e-mails from Steve Bossay re Blackstone | 0.20 | 55.00 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| 9/7/2006 | JBA | Update database with Hamilton 22nd Interim app/e-detail | 0.10 | 4.00 |
| | WHS | detailed review of K&E final - 20th Grace | 0.10 | 27.50 |
| | WHS | receive and review misc pleadings | 0.10 | 27.50 |
| | WHS | receive and review amended agenda | 0.10 | 27.50 |
| | MSH | Update database with Capstone July 2006 app. (.1) | 0.10 | 4.00 |
| | MSH | Draft Project Catagory Spreadsheet | 1.00 | 40.00 |
| 9/8/2006 | WHS | detailed review of Tersigni - 20th Grace | 0.10 | 27.50 |

W.R. Grace & Co.             Page    3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/8/2006 | WHS | detailed review of 20th period Baker FR | 0.10 | 27.50 |
| | JBA | Electronic filing with court of 20th Interim Final Reports re: Amended Blackstone (.2), Capstone (.3), Conway (.2), Hilsoft (.1), K&E (.1), Piper (.2), Scott Law (.1), and Stroock (.1) | 1.30 | 52.00 |
| | WHS | detailed review of Omnibus 20th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Speights 20th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Stroock 20th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Speights 20th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Dies 20th Int FR | 0.10 | 27.50 |
| | JBA | Electronic filing with court of 20th Interim Final Reports re: Baker (.2), Dies (.2), Omnibus No Objections (.2), Speights (.1), and Tersigni (.1) | 0.80 | 32.00 |
| | MSH | Update database with Hamilton July 2006 app. and Bilzin July 2006 app. (.1) | 0.10 | 4.00 |
| | SLB | draft e-mail to F. Childress @ Baker re 20th Interim final report (.1) ; e-mail charts to Grace applicants for review (.2) | 0.30 | 40.50 |
| | MSH | draft WHS August monthly statement (.3) | 0.30 | 33.00 |
| | SLB | draft revised 20th Interim final reports Dies (.5) ; Speights (.6); Tersigni (1.6) ; Baker Donelson (4.3) | 7.00 | 945.00 |
| 9/11/2006 | MSH | Correct Project Catagory Spreadsheet with regard to changes requested by applicants (1) | 1.00 | 40.00 |
| | MSH | Update database with Hamilton 21st Interim app. | 0.10 | 4.00 |

W.R. Grace & Co.     Page 4

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/11/2006 | SLB | draft e-mail to J. O'Neal @ Pachulski re 20th Interim Swidler app. (.2) ; e-mail to R. Wyron re same (.2) ; e-mail to Ferry Joseph to confirm order re Dies & Speights (.1) ; e-mail to J. Sakalo re same (.1) | 0.60 | 81.00 |
| 9/12/2006 | WHS | conference with Steve Bossay re pending matters | 0.10 | 27.50 |
| | JBA | Electronic filing with court of Notices of Withdrawal re: Docket no. 13184 Speights Final Report for Final app. (.2), and Docket no. 13182 Dies Final Report for Final app (.2) | 0.40 | 16.00 |
| | SLB | begin draft of final/final report for Swidler (1.9) | 1.90 | 256.50 |
| | SLB | draft e-mail to D. Fullem @ Orrick re 20th Interim and final fee application for Swidler (.2) ; e-mail to J. Oneil @ Pachulski re same (.1) | 0.30 | 40.50 |
| | SLB | draft revised fee and expense charts for 20th Interim (3.2) | 3.20 | 432.00 |
| | MSH | Update database with Bowe 2.1.06-3.31.06 app. and Pachulski June 2006 app. (.1), Nelson July 2006 app. and Beveridge May 2006 app. (.1), and Foley July 2006 app. (.1) | 0.30 | 12.00 |
| 9/13/2006 | MSH | research regarding Swidler 13th through 19th Interim information for Final Final Report (.8) | 0.80 | 88.00 |
| | SLB | telephone conference with R. Wyron @ Orrick re Swidler final/final (.2) ; t/c with D. Cuniff @ Pachulski re timing of 20th Interim charts (.1) | 0.30 | 40.50 |
| | SLB | draft e-mail to R. Wyron @ Orrick re Swidler final (.2) | 0.20 | 27.00 |
| | SLB | draft final/final report for Swidler (4.9) ; second draft of same (2.7) | 7.60 | 1,026.00 |
| | MSH | Update database with Steptoe April 2006 app. and Steptoe May 2006 app. (.1), Steptoe June 2006 app. and Casner July 2006 app. (.1) | 0.20 | 8.00 |
| 9/14/2006 | WHS | detailed review of Final Swidler final report | 0.10 | 27.50 |

| W.R. Grace & Co. | | | | Page | 5 |
|---|---|---|---|---:|---:|
| | | | | **Hours** | **Amount** |
| 9/14/2006 | MSH | Electronic filing with court of Swidler 20th Final Final Report | | 0.10 | 4.00 |
| | SLB | draft e-mail to J. O'Neil @ Pachulski re 20th Interim charts (.2) ; e-mail to D. Fullem re amended Swidler FR (.1) | | 0.30 | 40.50 |
| | SLB | complete draft of Swidler final/final (1.1) ; complete draft of Amended Swidler final (3.3) | | 4.40 | 594.00 |
| | SLB | correct 20th Interim fee & expense charts (.9) | | 0.90 | 121.50 |
| | SLB | PACER research regarding missing docket numbers for 20th Interim fee & expense charts (1.4) | | 1.40 | 189.00 |
| 9/15/2006 | WHS | conference with Steve Bossay, and review e-mails, re Swidler final application | | 0.40 | 110.00 |
| | WHS | revise Swidler final report | | 0.60 | 165.00 |
| | MSH | Electronic filing with court of Swidler Amended Final Final Report (.1) | | 0.10 | 4.00 |
| | MSH | Update database with HRA February 2006 app./e-detail and HRA April 2006 app./e-detail (.1), HRA June 2006 app./e-detail and HRA July 2006 app./e-detail (.1) | | 0.20 | 8.00 |
| | MSH | Update database with David Austern June 2006 app./e-detail | | 0.10 | 4.00 |
| | SLB | draft e-mails to J. O'Neil (3) re Swidler final, fee hearing charts, Austern final (.5) ; e-mails (4) to D. Fullem re Swidler final (.6) ; e-mail to A. Kreiger @ Stroock re Navigant (.2) | | 1.30 | 175.50 |
| | SLB | complete multiple drafts of Swidler final/final report (4.4) | | 4.40 | 594.00 |
| | SLB | telephone conference with J. O'Neil re 20th Interim charts (.1) ; t/c (3) wiith D. Fullem @ Orrick re Swidler final (.4) | | 0.50 | 67.50 |
| 9/18/2006 | WHS | receive and review agenda | | 0.10 | 27.50 |

W.R. Grace & Co.         Page 6

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/18/2006 | SLB | draft e-mail to M. Boyer @ Casner re 20th Interim spreadsheet (.2); e-mail to J. O'Neil @ Pachulski re 20th Interim charts and spreadsheet (.2) | 0.40 | 54.00 |
| | SLB | telephone conference with M. Boyer @ Casner re 20th Interim spreadsheet (.1) | 0.10 | 13.50 |
| | MWS | detailed review of fee application of Bilzin firm for twenty-first interim period. | 1.60 | 368.00 |
| 9/19/2006 | WHS | receive and review Capstone response to UST | 0.20 | 55.00 |
| | SLB | draft e-mail (2) to L. Hamilton @ Capstone re response to US Trustee's objections to 20th Interim app. (.3); e-mail to J. Sakalo @ Bilzin re 21st Interim app. (.2) | 0.50 | 67.50 |
| | JBA | Update database with Amended Hamilton 21st Interim app/e-detail | 0.10 | 4.00 |
| | MWS | review emails relating to review of fees of expert witness (.4); review emails regarding issues raised by US Trustee in connection with fee application of Capstone for twentieth interim period (.3); review US Trustee's objection and Capstone's response (.6). | 1.30 | 299.00 |
| | MSH | Update database with Hamilton June 2005 app., and Hamilton July 2005 app. (.1), Hamilton February 2006 app. and Hamilton April 2006 app. (.1), and David Austern June 2006 (.1) | 0.30 | 12.00 |
| 9/20/2006 | MWS | detailed review of fee application of Bilzin firm for twenty-first interim period. | 2.20 | 506.00 |
| | JAW | detailed review of Stroock Twenty-First Interim Fee Application (April 1, 2006 - June 30, 2006) (5.5) | 5.50 | 742.50 |
| | MSH | Update database with Goodwin October 2004 app. and Goodwin November 2004 app. (.1), Goodwin February 2005 app. and Beveridge June 2006 app. (.1), and Beveridge July 2006 app. (.1) | 0.30 | 12.00 |
| 9/21/2006 | WHS | receive and review e-mail from Jamie O'Neil re hearing | 0.10 | 27.50 |
| | MWS | review expense detail for fee application of Bilzin firm for twenty-first interim period. | 1.70 | 391.00 |

W.R. Grace & Co.                                                                        Page 7

| Date | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 9/21/2006 | WHS | receive, review, and respond to e-mail from Libby Hamilton re CoC | 0.30 | 82.50 |
| | MWS | review US Trustee's objection and Capstone's response regarding Capstone fee application for twentieth interim period (0.7); draft analysis and summary for Warren H. Smith (1.1). | 1.80 | 414.00 |
| | WHS | draft e-mail to Jamie O'Neil with revised exhibit | 0.30 | 82.50 |
| | WHS | draft e-mail to David Klauder re additional reductions | 0.20 | 55.00 |
| | WHS | receive and review enclosure from David Klauder re reductions | 0.10 | 27.50 |
| | WHS | review proposed reductinos and draft e-mail to David Klauder re Capstone settlement | 0.30 | 82.50 |
| | WHS | draft e-mail to Jamie O'Neil re Capstone settlement | 0.20 | 55.00 |
| | JAW | detailed review of Reed Smith June, 2006, monthly invoice (4.8); draft summary of same (0.1) | 4.90 | 661.50 |
| | JAW | detailed review of Reed Smith May, 2006, monthly invoice (3.1); draft summary of same (0.2) | 3.30 | 445.50 |
| | MSH | several telephone calls and e-mails w/ Warren H. Smith regarding Capstone 20th interim fee and expense adjustments re: UST | 0.30 | 12.00 |
| 9/22/2006 | JAW | detailed review of Bilzin May, 2006, monthly invoice (3.5); draft summary of same (0.3) | 3.80 | 513.00 |
| | WHS | receive, review, research, and respond to e-mail from Libby Hamilton re reductions | 0.40 | 110.00 |
| | WHS | receive, review, and respond to e-mail from Jamie ONeil re revisions to order | 0.20 | 55.00 |
| | WHS | receive and review e-mails re Navigant | 0.10 | 27.50 |

W.R. Grace & Co.     Page 8

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/22/2006 | MSH | Update database with Blackstone April 2006 app. and Blackstone May 2006 app. (.1), and Blackstone June 2006 app. (.1) | 0.20 | 8.00 |
| | JAW | detailed review of Bilzin April, 2006, monthly invoice (3.6); draft summary of same (0.4) | 4.00 | 540.00 |
| | WHS | receive and review e-mail from Jamie O'Neil re reductions | 0.10 | 27.50 |
| | JBA | Update database with Bilzin 7.06 e-detail and Capstone 7.06 e-detail | 0.10 | 4.00 |
| | JBA | Update database with PWC 6.05 e-detail | 0.10 | 4.00 |
| | MWS | continue review of expense detail for fee application of Bilzin firm for twenty-first interim period. | 2.00 | 460.00 |
| 9/25/2006 | JAW | detailed review of Kirkland April, 2006, monthly invoice (9.2) | 9.20 | 1,242.00 |
| | MSH | Update database with Hamilton 21st Interim app. | 0.10 | 4.00 |
| | MWS | review Bilzin fee and expense detail for May 2006. | 2.00 | 460.00 |
| | MWS | review Bilzin fee and expense detail for June 2006. | 0.90 | 207.00 |
| | WHS | receive, review, and respond to e-mail from Jamie ONeil re Capstone | 0.10 | 27.50 |
| 9/26/2006 | WHS | detailed review of local court rules re pretrial procedure | 0.10 | 27.50 |
| | WHS | draft e-mail to Melissa Lomax re testimony | 0.30 | 82.50 |
| | WHS | detailed review of materials to prepare for pretrial hearing | 0.70 | 192.50 |

| W.R. Grace & Co. | | | | Page | 9 |
|---|---|---|---|---:|---:|
| | | | | **Hours** | **Amount** |
| 9/26/2006 | WHS | receive and review enclosure from Arlene Kreiger re Navigent | | 0.10 | 27.50 |
| | MWS | review Bilzin fee and expense detail for June 2006 (1.6); begin drafting initial report regarding fee application of Bilzin firm for twenty-first interim period (1.2). | | 2.80 | 644.00 |
| | MSH | Update database with Blackstone 21st Interim app. | | 0.10 | 4.00 |
| 9/27/2006 | WHS | receive and review e-mail from Jay Sakalo re Bilzen | | 0.10 | 27.50 |
| | MSH | Update database with Pachulski July 2006 app. | | 0.10 | 4.00 |
| | JAW | detailed review of Kirkland April, 2006, monthly invoice (5.2) | | 5.20 | 702.00 |
| | JBA | Update database with K&E 21st Interim app/e-detail | | 0.10 | 4.00 |
| | SLB | draft e-mail to J. Baer @ K&E re electronic copy of 21st Interim app. (.2) | | 0.20 | 27.00 |
| | DTW | Telephone call with W. Smith regarding schedule and telephone call with S. Bossay regarding assistance needed (.2). | | 0.20 | 29.00 |
| | MWS | detailed review of fee application of Capstone for twenty-first interim period. | | 1.50 | 345.00 |
| 9/28/2006 | JAW | detailed review of Kirkland April, 2006, monthly invoice (8.4); draft summary of same (3.5) | | 11.90 | 1,606.50 |
| | DTW | Research regarding applications ready to be reviewed (.6). | | 0.60 | 87.00 |
| | MWS | detailed review of fee application of Capstone for twenty-first interim period. | | 2.40 | 552.00 |
| 9/29/2006 | MSH | Update database with Pitney August 2006 app. and Foley August 2006 app. | | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                Page    10

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 9/29/2006 | JAW | detailed review of Kirkland May, 2006, monthly invoice (9.6) | 9.60 | 1,296.00 |
|  | JBA | Update database with 8.06 e-detail re: Campbell, Caplin, LAS, and AKO | 0.10 | 4.00 |

**For professional services rendered**                                                  152.90   **$22,629.00**

Additional Charges :

|  | **Price** |  |
|---|---:|---:|
| PACER Charges for September | 31.52 | 31.52 |

**Total costs**                                                                                                       **$31.52**

**Total amount of this bill**                                                                                **$22,660.52**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Doreen T Williams | 0.80 | 145.00 | $116.00 |
| James A. Wehrmann | 57.40 | 135.00 | $7,749.00 |
| Jeff B. Allgood | 3.10 | 40.00 | $124.00 |
| Mark W Steirer | 20.20 | 230.00 | $4,646.00 |
| Melinda S Helsley | 1.10 | 110.00 | $121.00 |
| Melinda S Helsley | 5.70 | 40.00 | $228.00 |
| Stephen L. Bossay | 58.00 | 135.00 | $7,830.00 |
| Warren H Smith | 6.60 | 275.00 | $1,815.00 |