**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 15, 2006

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10660

Professional Services

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 10/1/2006 | JAW | detailed review of Kirkland May, 2006, monthly invoice (4.4) | 4.40 | 594.00 |
| | DTW | Review Pitney Hardin 21st application (.4); same regarding LAS (.5); same regarding Orrick (1.0). | 1.90 | 275.50 |
| 10/2/2006 | JAW | detailed review of Kirkland May, 2006, monthly invoice (9.8) | 9.80 | 1,323.00 |
| | MSH | Update database with Reed Smith August 2006 app. and Kirkland August 2006 app. (.1), Nelson 21st Interim app. and Woodcock 21st Interim app. (.1), Beveridge 20th Interim app. and Buchanan August 2006 app. (.1) | 0.30 | 12.00 |
| | DTW | Continue review of Orrick 21st interim application (1.4). | 1.40 | 203.00 |
| 10/3/2006 | JAW | draft summary of Kirkland May, 2006, monthly invoice (3.9) | 3.90 | 526.50 |
| | JAW | detailed review of Kirkland June, 2006, monthly invoice (5.4) | 5.40 | 729.00 |
| | MSH | Update database with AKO August 2006 app. and Caplin August 2006 app. (.1), LAS August 2006 app. and Campbell August 2006 app. (.1), Phillips August 2006 app. and Kramer August 2006 app. (.1), and Stroock August 2006 app. (.1) | 0.40 | 16.00 |

| W.R. Grace & Co. | | | | Page | 2 |
|---|---|---|---|---|---|
| | | | | **Hours** | **Amount** |
| 10/4/2006 | DTW | Review Pachulski April 06 invoice (.4); review Pachulski May 06 invoice (.3); same regarding June 06 invoice (.3). | | 1.00 | 145.00 |
| | JBA | Update database with Buchanan 8.06 e-detail | | 0.10 | 4.00 |
| | MSH | Update database with Woodcock July 2006 app. and Beveridge August 2006 app. | | 0.10 | 4.00 |
| | JAW | detailed review of Kirkland June, 2006, monthly invoice (9.1) | | 9.10 | 1,228.50 |
| 10/5/2006 | JBA | Update database with Phillips 8.06 e-detail | | 0.10 | 4.00 |
| | JBA | Update database with Bilzin 8.06 and Hamilton 8.06 e-detail | | 0.10 | 4.00 |
| | JAW | detailed review of Kirkland June, 2006, monthly invoice (7.7); draft summary of same (2.7) | | 10.40 | 1,404.00 |
| | MSH | Update database with Bilzin August 2006 app. and Ferry August 2006 app. (.1), Hamilton August 2006 app. and Pachulski 21st Interim app. (.1) | | 0.20 | 8.00 |
| | JBA | Update database with Stroock 8.06 e-detail | | 0.10 | 4.00 |
| 10/6/2006 | JAW | draft summary of Stroock Twenty-First Interim Fee Application (April 1, 2006 - June 30, 2006) (1.6) | | 1.60 | 216.00 |
| | JAW | draft summary of Kirkland June, 2006, monthly invoice (1.2) | | 1.20 | 162.00 |
| 10/9/2006 | MSH | Update database with Duane Morris August 2006 app. and Tersigni August 2006 app. | | 0.10 | 4.00 |
| | JBA | Update database with Holme Roberts 6.06 e-detail | | 0.10 | 4.00 |
| | JBA | Update database with Ferry Joseph 8.06 e-detail | | 0.10 | 4.00 |
| 10/10/2006 | MSH | Update database with Holme June 2006 app. | | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                       Page     3

|            |     |                                                                                                                                                                                                   | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/10/2006 | JBA | Update database with Capstone 8.06 e-detail                                                                                                                                                                        | 0.10  | 4.00   |
|            | JBA | Update database with Tersigni 8.06 e-detail                                                                                                                                                                        | 0.10  | 4.00   |
| 10/11/2006 | MSH | Update database with Orrick August 2006 app. and Towers August 2006 app. (.1), Piper July 2006 app. and Piper August 2006 app. (.1), and Capstone August 2006 app. (.1)                                            | 0.30  | 12.00  |
|            | JBA | Update database with Dunae 9.06 e-detail                                                                                                                                                                            | 0.10  | 4.00   |
|            | JBA | Update database with Orrick 8.06 e-detail                                                                                                                                                                           | 0.10  | 4.00   |
| 10/15/2006 | MWS | draft initial report regarding fee application of Bilzin firm for twenty-first interim period.                                                                                                                      | 2.00  | 460.00 |
| 10/17/2006 | MWS | draft initial report regarding fee application of Bilzin firm for twenty-first interim period.                                                                                                                      | 2.60  | 598.00 |
|            | WHS | receive and review agenda                                                                                                                                                                                           | 0.10  | 27.50  |
| 10/18/2006 | JBA | Update database with Casner 7.06 e-detail                                                                                                                                                                           | 0.10  | 4.00   |
|            | JAW | detailed review of Woodcock Quarterly Fee Application (April 1, 2006 - June 30, 2006) (2.9); draft summary of same (0.1).                                                                                           | 3.00  | 405.00 |
| 10/19/2006 | MSH | Update database with Blackstone July 2006 app. and Nelson August 2006 app. (.1), Pachulski August 2006 app. and Casner August 2006 app. (.1)                                                                        | 0.20  | 8.00   |
| 10/20/2006 | DTW | Revising wrg Bilzin 21st interim initial report (1.1).                                                                                                                                                              | 1.10  | 159.50 |
|            | SLB | draft e-mail to J. Baer @ K&E re 21st Interim app. (.2)                                                                                                                                                             | 0.20  | 28.00  |
|            | SLB | begin review and draft of 21st Interim initial report - K&E (6.8)                                                                                                                                                   | 6.80  | 952.00 |

W.R. Grace & Co.                                                    Page    4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/23/2006 | SLB | continue review and draft of 21st Interim initial report - K&E (7.4) | 7.40 | 1,036.00 |
| | MSH | Update database with Latham June 2006 app. and Latham July 2006 app. (.1), and Latham August 2006 app. (.1) | 0.20 | 8.00 |
| 10/24/2006 | MSH | Prepare Bilzin 21st Interim Initial Report for service | 0.10 | 4.00 |
| | MSH | Prepare Kirkland 21st Interim Initial Report for service | 0.10 | 4.00 |
| | DTW | Review and revise 21st initial reports for K&E and Bilzin (.2). | 0.20 | 29.00 |
| | SLB | draft e-mail to J. Baer @ K&E re 21st Interim initial report (.2); e-mail to J. Sakalo @ Bilzin re same (.1) | 0.30 | 42.00 |
| | SLB | complete draft of 21st Interim initial report - K&E (3.3); complete draft of 21st Interim initial report - Bilzin (3.8) | 7.10 | 994.00 |
| 10/25/2006 | MSH | Prepare Stroock 21st Interim Initial Report for service (.1), same re: Reed 21st Interim Initial Report (.1) | 0.20 | 8.00 |
| | WHS | conference with Steve Bossay re Blackstone | 0.50 | 137.50 |
| | SLB | begin draft of 21st Interim initial report - Reed Smith (1.2) | 1.20 | 168.00 |
| | DTW | Review and revise 21st interim initial reports for Stroock and Reed (.2). | 0.20 | 29.00 |
| | SLB | draft e-mail to J. O'Neil @ Pachulski re 18th and 19th Interim Blackstone apps. (.2) ; e-mail to P. Zilly @ Blackstone requesting original order and information for 19th Interim app. (.2); e-mail to A. Kreiger @ Stroock re 21st Interim initial report (.1); e-mail to A. Muha @ Reed Smith re same (.1) | 0.60 | 84.00 |
| | SLB | complete draft of 19th Interim final report - Blackstone (1.5); complete draft of 21st Interim initial report - Stroock (4.7) | 6.20 | 868.00 |
| 10/26/2006 | WHS | detailed review of, and revisions to, Blackstone 19th Int FR | 0.70 | 192.50 |

W.R. Grace & Co.         Page 5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/26/2006 | MSH | Electronic filing with court of Blackstone 19th Interim (10-12.05) Final Report (.1) | 0.10 | 4.00 |
| | SLB | complete review of app. and draft of 21st Interim initial report - Caplin (4.6) | 4.60 | 644.00 |
| | SLB | complete draft of 21st Interim initial report - Reed Smith (3.6) | 3.60 | 504.00 |
| 10/27/2006 | SLB | draft e-mail to J. O'Neil re 19th Interim Blackstone final report (.2); e-mail to R. Tobin @ Caplin re 21st Interim initial report (.1); e-mail to Tersgni re 21st Interim initial report (.1) | 0.40 | 56.00 |
| | SLB | complete review of app. and draft of 21st Interim initial report - Tersigni (3.3) | 3.30 | 462.00 |
| | JBA | Update database with Orrick 9.06 e-detail | 0.10 | 4.00 |
| 10/30/2006 | MSH | Update database with Holme 21st Interim app. and Orrick September 2006 app. | 0.10 | 4.00 |
| 10/31/2006 | MSH | Update database with Phillips September 2006 app. and Buchanan September 2006 app. (.1), Kramer September 2006 app. and Austern 21st Interim app. (.1), Austern July 2006 app. and Austern August 2006 app. (.1), Austern September 2006 app. and Duane Morris September 2006 app. (.1), Pitney September 2006 app. and Nelson September 2006 app. (.1), Protiviti 22nd Interim app. and Kirkland September 2006 app. (.1) | 0.60 | 24.00 |
| | MWS | review fee application of Capstone for twenty-first interim period (2.5); draft initial report regarding same (.9). | 3.40 | 782.00 |

**For professional services rendered**      **109.90 $15,636.50**

Additional Charges :

| | Price | |
|---|---:|---:|
| PACER charges for October | 15.12 | 15.12 |
| Third party copies & document prep/setup. | 64.19 | 64.19 |

W.R. Grace & Co. Page 6

| | **Price** | **Amount** |
|---|---:|---:|
| Third party copies & document prep/setup. | 393.12 | 393.12 |
| **Total costs** | | **$472.43** |
| **Total amount of this bill** | | **$16,108.93** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Doreen T Williams | 5.80 | 145.00 | $841.00 |
| James A. Wehrmann | 48.80 | 135.00 | $6,588.00 |
| Jeff B. Allgood | 1.20 | 40.00 | $48.00 |
| Mark W Steirer | 8.00 | 230.00 | $1,840.00 |
| Melinda S Helsley | 3.10 | 40.00 | $124.00 |
| Stephen L. Bossay | 41.70 | 140.00 | $5,838.00 |
| Warren H Smith | 1.30 | 275.00 | $357.50 |