**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. Grce & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| | § | |
| Debtors. | § | |
| | § | |

<u>**NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 14176: ENTERED IN ERROR**</u>

   PLEASE TAKE NOTICE that the undersigned attorney hereby requests the Clerk of the

Court to withdraw the Monthly Application for Compensation for October 2006 located at Docket

No. 14176.  The document has been re-filed at Docket No. 14177

Date: December 28, 2006

        Respectfully submitted,

        **WARREN H. SMITH & ASSOCIATES, P.C.**

        By:_____
          Warren H. Smith
          Texas State Bar No. 18757050

        Republic Center
        325 N. St. Paul, Suite 1275
        Dallas, Texas  75201
        214-698-3868
        214-722-0081 (fax)
        whsmith@whsmithlaw.com