## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline:  January 22, 2007 |
| | : | Hearing Date:  TBD, if necessary |

### FEE DETAIL FOR PITNEY HARDIN LLP'S
### SIXTY-SEVENTH INTERIM FEE APPLICATION FOR THE PERIOD
### FROM NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006[2]

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| 11/01/06 | Memo on strategy for DEP call, including drafting memo from URS on matter and review memos on DEP calls; memos to A. Marchetta re: DEP review issues. | | |
| 14 | W. Hatfield | 1.3 | 474.50 |

| 11/01/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| 11/01/06 | Worked with B. Moffitt re: parties' teleconference with Magistrate Judge Bongiovanni. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| 11/02/06 | Review State demand and follow up with B. Moffitt and telephone conference with court and hearing as regards same; follow up with client. | | |
| 14 | A. Marchetta | 1.3 | 715.00 |

| 11/02/06 | Work with A. Marchetta re adjourning Bankruptcy Court motion and respond to J. Baer e-mail re same. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |

| 11/02/06 | Analyze NJDEP's settlement proposal and work with A. Marchetta re same; preparation of e-mail forwarding same to co-defendants' counsel. | | |
| 3 | B. Moffitt | 1.1 | 396.00 |

| 11/03/06 | Telephone call with M. Shelnitz and follow up with B. Moffitt re settlement. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |

| 11/03/06 | Preparation for and telephone conference with court on scheduling; telephone call from DAG re settlement; telephone calls with client re same; set up conference call; telephone call with M. Shelnitz re same. | | |
| 14 | A. Marchetta | 1.7 | 935.00 |

---

[2] Legend for Pitney Hardin LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| 11/03/06 | Review URS memo; address settlement demand and site issues | | |
| 14 | W. Hatfield | 0.6 | 219.00 |

| 11/03/06 | E-mail exchange with counsel re conference call with Magistrate Bongiovanni; work with A. Marchetta and S. Parker re preparation for conference call; telephone call to client and preparation of e-mail to client re same; participation in conference call and subsequent call with DAG. Dickinson; follow up with A. Marchetta, J. Baer, W. Hatfield and S. Zuber re same; preparation of e-mail to co-counsel re same; draft letter to Court re next settlement conference. | | |
| 3 | B. Moffitt | 3.7 | 1,332.00 |

| 11/03/06 | Worked with B. Moffitt re: preparation for parties' teleconference with Magistrate Judge Bongiovanni. | | |
| 14 | S. Parker | 0.3 | 40.50 |

| 11/03/06 | Worked with B. Moffitt re: follow-up to parties' teleconference with Magistrate Judge Bongiovanni, and in preparation for upcoming conference with client re: response to settlement offer. | | |
| 14 | S. Parker | 0.5 | 67.50 |

| 11/03/06 | Conducted searches re: compilation of information on state legislators and Hamilton Township Mayor, and prepared memo to A. Marchetta and B. Moffitt summarizing same re: preparation for conference with client re: response to settlement offer. | | |
| 14 | S. Parker | 0.5 | 67.50 |

| 11/03/06 | Conducted searches re: identification of legal memorandum outlining strategy re: pending motions re: preparation for conference with client re: response to settlement offer. | | |
| 14 | S. Parker | 0.4 | 54.00 |

| 11/03/06 | Worked with B. Moffitt re: identification and retrieval of Judge Molloy's Opinion concerning the relevance of ATSDR findings, and related briefing re: preparation for conference with client re: response to settlement offer. | | |
| 14 | S. Parker | 0.4 | 54.00 |

| 11/03/06 | Began review of file and parties' production documents. | | |
| 14 | S. Parker | 0.5 | 67.50 |

| 11/03/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 54.00 |

| 11/04/06 | Review information on settlement demand. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |

| 11/06/06 | Address URS memo; client memo on schedule; URS memo on matter. | | |
| 14 | W. Hatfield | 0.8 | 292.00 |

| 11/06/06 | Telephone calls and follow up re settlement issues. | | |
| 14 | A. Marchetta | 1.3 | 715.00 |

| 11/06/06 | Work with A. Marchetta and B. Moffitt re pending litigation and settlement offer by State. | | |
| 14 | S. Zuber | 1.0 | 435.00 |

| 11/06/06 | Preparation for conference call with client and co-counsel for response to settlement demand; work with S. Zuber and S. Parker; review ATSDR rulings and reports concerning Libby Medical Program. | | |
| 3 | B. Moffitt | 5.2 | 1,872.00 |

| 11/06/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |

| 11/06/06 | Preparation for upcoming conference with client re: response to settlement offer, including working with B. Moffitt, conducting searches and reviewing documents re: compilation and organization of documents needed in preparation for same. | | |
| 14 | S. Parker | 1.8 | 243.00 |

| 11/07/06 | Preparation for and telephone conference with clients and attorneys regarding settlement; follow up on issues re same. | | |
| 14 | A. Marchetta | 1.6 | 880.00 |

| 11/07/06 | Review individual claim/employee information and follow up with B. Moffitt regarding information on same. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |

| 11/07/06 | Preparation for conference call with client and co-counsel re response to settlement demand; work with A. Marchetta re: same; follow up with S. Parker re same. | | |
| 3 | B. Moffitt | 3.6 | 1,296.00 |

| 11/07/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| 11/07/06 | Preparation for upcoming conference with client re: response to settlement offer, including working with B. Moffitt, conducting searches and reviewing documents re: compilation and organization of documents | | |

| | | | |
|---|---|---|---|
| | needed in preparation for same. | | |
| 14 | S. Parker | 1.2 | 162.00 |
| 11/07/06 | Worked with B. Moffitt re: call with client re: response to settlement offer. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 11/08/06 | Memos from URS and memo to A, Marchetta on status | | |
| 14 | W. Hatfield | 0.5 | 182.50 |
| 11/08/06 | Follow up regarding schedule and changes; work with B. Moffitt re information for settlement discussions. | | |
| 14 | A. Marchetta | 1.0 | 550.00 |
| 11/09/06 | Follow up with B. Moffitt and S. Parker re information for negotiations. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| 11/09/06 | Review memos from URS and counsel on proposed submission. | | |
| 14 | W. Hatfield | 0.3 | 109.50 |
| 11/10/06 | Review URS correspondence to DEP on schedule and site work. | | |
| 14 | W. Hatfield | 0.1 | 36.50 |
| 11/10/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 11/13/06 | Work on obtaining information for settlement discussions. | | |
| 14 | A. Marchetta | 1.0 | 550.00 |
| 11/15/06 | Follow up re information for court conference and settlement parameters. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| 11/16/06 | Review file materials. | | |
| 3 | B. Moffitt | 2.0 | 720.00 |
| 11/17/06 | Work with B. Moffitt re agenda for call with DAG on settlement. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| 11/17/06 | Preparation of outline for call with DAG Dickinson re settlement. | | |
| 3 | B. Moffitt | 1.3 | 468.00 |
| 11/21/06 | Preparation for and telephone calls with DAG re settlement negotiations. | | |
| 14 | A. Marchetta | 1.0 | 550.00 |
| 11/21/06 | Preparation for telephone call with DAG Dickinson re settlement; follow up with A. Marchetta re his telephone call with the DAG. | | |

5

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.7 | 252.00 |

11/22/06    Searched re: compilation of information on current status of investigation of
Hamilton plant and related issues.
14           S. Parker                                                0.3        40.50

11/28/06    Follow up regarding settlement discussions with DEP.
14           A. Marchetta                                           0.5        275.00

11/29/06    Follow up with B. Moffitt re settlement issues and emails to DEP and
response re same.
14           A. Marchetta                                           0.6        330.00

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 13.4 | 550.00 | 7,370.00 |
| S. Zuber | 14 | 1.0 | 435.00 | 435.00 |
| W. Hatfield | 14 | 3.6 | 365.00 | 1,314.00 |
| B. Moffitt | 3 | 17.8 | 360.00 | 6,408.00 |
| S. Parker | 14 | 7.7 | 135.00 | 1,039.50 |
| TOTAL | | 43.5 | | 16,566.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

11/01/06    Telephone conference with C. Boubol re timing of appeal and discovery.
3            B. Benjamin                                            0.2        83.00

11/03/06    Review/analysis Tahari's First Set of Interrogatories.
3            B. Benjamin                                            0.4        166.00

11/10/06    Review/analysis Kronish Lieb responses to Tahari Interrogatories.
3            B. Benjamin                                            0.4        166.00

11/10/06    Draft correspondence to E. Sherman re Tahari document production and
discovery compliance.
3            B. Benjamin                                            0.2        83.00

11/13/06    Attendance at hearing on Kronish Lieb compliance and response to Tahari
Interrogatories.
3            B. Benjamin                                            3.1        1,286.50

11/13/06    Review/analysis Kronish Lieb Reply brief on Appeal.
3            B. Benjamin                                            0.2        83.00

1483720A01121506

| 11/14/06 | Review/analysis D. Rozenholc correspondence re Interrogatory responses and discovery dispute. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| 11/15/06 | Draft correspondence to T. Soloway re court appearance on Tahari discovery motion. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| 11/15/06 | Review/attention to document production of Bobrow and Greenberg Traurig re potential depositions of same. | | |
| 3 | B. Benjamin | 0.6 | 249.00 |

| 11/15/06 | Review/analysis T. Soloway correspondence to Judge re Interrogatory responses and discovery dispute issue. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| 11/16/06 | Attendance at Court appearance re Kronish Tahari discovery dispute. | | |
| 3 | B. Benjamin | 2.9 | 1,203.50 |

| 11/20/06 | Draft correspondence to V. Finkelstein re Judge's decision of referral of discovery dispute to Referee, including strategy going forward and outstanding issues. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |

| 11/21/06 | Follow up regarding memo on court appearances, discovery, etc. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.5 | 550.00 | 275.00 |
| B. Benjamin | 3 | 8.6 | 415.00 | 3,569.00 |
| TOTAL | | 9.1 | | 3,844.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 11/03/06 | Telecomm from Weja counsel concerning status. | | |
| 14 | R. Rose | 0.1 | 44.50 |

| 11/06/06 | Address case issues and report on call from Weja counsel. | | |
| 14 | W. Hatfield | 0.1 | 36.50 |

| 11/27/06 | Address appeal status and contacts with App. Div.; memo to A. Marchetta |

7

1483720A01121506

|  |  |  |  |
|---|---|---|---|
|  | on matter. |  |  |
| 14 | W. Hatfield | 0.3 | 109.50 |
|  |  |  |  |
| 11/29/06 | Work with R. Rose and W. Hatfield re appellate division opinion and handling of issues re same; telephone calls with client. |  |  |
| 14 | A. Marchetta | 0.8 | 440.00 |
|  |  |  |  |
| 11/29/06 | Review Appellate Division Opinion reversing and remanding case; discuss with B. Hatfield and J. Marchetta; telephone with client concerning same; telephone from Sunoco counsel. |  |  |
| 14 | R. Rose | 2.3 | 1,023.50 |
|  |  |  |  |
| 11/29/06 | Review appellate decision; call with client on matter; memo to client with opinion; evaluate damage and cost issues. |  |  |
| 14 | W. Hatfield | 2.5 | 912.50 |
|  |  |  |  |
| 11/30/06 | Review money damage issues in light of Appellate Division Opinion. |  |  |
| 14 | R. Rose | 0.8 | 356.00 |
|  |  |  |  |
| 11/30/06 | Address appellate opinion and damages evaluation of Grace claims |  |  |
| 14 | W. Hatfield | 0.6 | 219.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 3.2 | 445.00 | 1,424.00 |
| A. Marchetta | 14 | 0.8 | 550.00 | 440.00 |
| W. Hatfield | 14 | 3.5 | 365.00 | 1,277.50 |
| TOTAL |  | 7.5 |  | 3,141.50 |

1483720A01121506