# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

Engagement Costs – NJDEP v. WR Grace, et al.

| | | |
|---|---|---:|
| 06/05/06 | Paid Document Management Tech #10501 S#8535[3] | 611.20 |
| 08/30/06 | Paid Document Management Tech #10501 S#8535[4] | 437.36 |
| | Matter Total Engagement Cost | 1,048.56 |

---

[3] Document Management Technology LLC Invoice # N8435 dated 6/5/2006 attached hereto as Exhibit 1.
[4] Document Management Technology LLP Invoice # N5872 dated 8/30/2006 attached hereto as Exhibit 2.

9

# EXHIBIT 1

Skyline Duplication

# Document Management Technology LLC

550 Broad Street
Basement
Newark, NJ 07102



| | |
|---|---|
| 6/5/2006 | N8435 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, NJ 07932
Attn: Sue Parker

**Ship To**

| 082910-114715 | | 6/5/2006 | Parker, Sue |
|---|---|---|---|
| Quantity | Description | Unit Price | Extension |
| 5,756 | 8.5 x 11 Copy | 0.10 | 575.60T |
| 4 | 11x17 B/W Copy | 0.25 | 1.00T |

12/7/04
082910. 114715

ok to pay
Brian [signature]

PAID
APPROVED.................. X
VENDOR NO...............
CHECK NO. 292283
CHARGE........................

| | |
|---|---|
| **Subtotal** | $576.60 |
| **Sales Tax** | $34.60 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $611.20 |

Phone #     973-648-0090
Fax #       973-648-0004
E-mail      newark@skylinelegal.com

Please make checks payable to: Document Management Technology LLC

Tax ID
03-0385240

# EXHIBIT 2

**Skyline Duplication**

# Document Management Technology LLC

**550 Broad Street**
**Basement**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 8/30/2005 | N5872 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, NJ 07932
Attn: Steve Muhlstock

**Ship To**

| Reference/Case# | Date Requested | Ordered By |
|---|---|---|
| 082910.114715 | 8/29/2005 | Muhlstock, Steve |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 4,126 | 8.5 x 11 Copy | 0.10 | 412.60T |

*Handwritten notes:*
12/11/06
082910.114715

PAID........
APPROVED........
VENDOR NO. 05359
CHECK NO. 292203
CHARGE. 10501

| | |
|---|---|
| Subtotal | $412.60 |
| Sales Tax (6.0%) | $24.76 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$437.36** |

Phone # 973-648-0090
Fax # 973-648-0004
E-mail newark@skylinelegal.com

Please make checks payable to: Document Management Technology LLC

**Tax ID 03-0385240**