# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Deadline: January 17, 2007 at 4:00 p.m. (prevailing Eastern time)
Hearing Date: To Be Determined, Only If Timely Objections Are Filed

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $465.00 | 3.9 | $1,813.50 |
| TOTAL | | | | 3.9 | $1,813.50 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 4.35 |
| TOTAL | $ 4.35 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

December 28, 2006
Invoice No.: 375709
Matter No.: 08743.00088

**Re:   Acton Site OU3**

For Professional Services rendered through November 30, 2006

|   |   |
|---|---|
| Fees | $1,813.50 |
| Disbursements | 4.35 |
| **Total Fees and Disbursements** | **$1,817.85** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 375709  
December 28, 2006  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 11/06/06 | Jaffe | Review, revise draft sediment plan and e-mails with team regarding same (1.8). | 1.8 |
| 11/15/06 | Jaffe | Review, revise draft GeoTrans groundwater report and e-mails with team regarding same (1.8). | 1.8 |
| 11/30/06 | Jaffe | Review Ms. Johns e-mail (0.3). | 0.3 |
| | | **Total Hours** | **3.9** |

To ensure proper credit to your account,
please include remittance page with your payment.

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 375709  
December 28, 2006  
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 3.9 |

Total Fees                                        $1,813.50

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 11/30/06 | In-House Photocopying | 0.60 |
| 11/30/06 | In-House Color Photocopying | 3.75 |
| | **Total Disbursements** | **$4.35** |

| | |
|---|---|
| Total Fees | $1,813.50 |
| Total Disbursements | 4.35 |
| **Total Fees and Disbursements** | **$1,817.85** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 28, 2006
Invoice No.: 375709
Matter No.: 08743.00088

**Re:    Acton Site OU3**

**Total Fees and Disbursements**         **$1,817.85**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 375709
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Adam P. Kahn | Partner | Environmental | $450.00 | 0.3 | $135.00 |
| Elizabeth A. Rice | Paralegal | Bankruptcy | $175.00 | 0.8 | $140.00 |
| | | | | | |
| TOTAL | | | | 1.1 | $275.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 51.36 |
| | |
| TOTAL | $ 51.36 |


**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

December 28, 2006
Invoice No.: 375708
Matter No.: 08743.00101

**Re:  Bankruptcy Matters**

For Professional Services rendered through November 30, 2006

|  |  |
|---|---|
| Fees | $275.00 |
| Disbursements | 51.36 |
| **Total Fees and Disbursements** | **$326.36** |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 11/09/06 | Kahn | Review/revise quarterly filing (0.3). | 0.3 |
| 11/13/06 | Rice | Review and forward quarterly fee application to P. Cuniff (0.4). | 0.4 |
| 11/28/06 | Rice | Review and forward fee application for filing (0.4). | 0.4 |
| | | **Total Hours** | **1.1** |

Matter No.: 08743.00101  
Re: Bankruptcy Matters

Invoice No.: 375708  
December 28, 2006  
Page 3

## TIMEKEEPER SUMMARY

| **Timekeeper** | **Hours** |
|---|---|
| Kahn | 0.3 |
| Rice | 0.8 |

      **Total Fees**      $275.00

### Disbursement Summary

| **Date** | | **Amount** |
|---|---|---|
| 11/30/06 | In-House Photocopying | 51.36 |

      **Total Disbursements**      **$51.36**

| | |
|---|---|
| **Total Fees** | $275.00 |
| **Total Disbursements** | 51.36 |
| **Total Fees and Disbursements** | **$326.36** |

To ensure proper credit to your account,  
please include remittance page with your payment.


**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 28, 2006
Invoice No.: 375708
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

**Total Fees and Disbursements**          **$326.36**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #: 08743.00101, Invoice #: 375708**
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company