**CERTIFICATE OF SERVICE**

I, Lisa L. Coggins, Esquire, hereby certify that on this 28th day of December, 2006, I caused one copy of the foregoing *Certification of No Objection Regarding Docket No. 13935* to be served upon the following parties in the manner indicated:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

  /s/ Lisa L. Coggins
Lisa L. Coggins (No. 4234)

SERVICE LIST

| **By Hand Delivery:** | **By First Class Mail:** |

David M. Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl Young
 Jones & Weintraub LLP
919 Market Street, 17th Floor
Wilmington, DE 19801

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

William J.A. Sparks, Esq.
W.R. Grace & Co.
919 North Market Street
Suite 460
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith and Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806