### EXHIBIT A

## Asset Analysis and Recovery (.20 Hours; $ 160.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $800 | 160.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/12/06 | PVL | 800.00 | 0.10 | Review Horkovich e-mail and reply. |
| 11/13/06 | PVL | 800.00 | 0.10 | Review draft motion and e-mail Equitas deal. |

**Total Task Code .01          .20**

## Case Administration (19.10 Hours; $ 4,588.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .70 | $800 | 560.00 |
| Rita C. Tobin | 2.10 | $480 | 1,008.00 |
| Andrew D. Katznelson | .50 | $195 | 97.50 |
| Carrie D. Kelly | 7.00 | $185 | 1,295.00 |
| Kevin M. Carson | 8.80 | $185 | 1,628.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/07/06 | RCT | 480.00 | 1.50 | Obtain info re interest report re prob. |
| 11/08/06 | ADK | 195.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
| 11/13/06 | PVL | 800.00 | 0.10 | Review 7 miscellaneous filings. |
| 11/13/06 | KMC | 185.00 | 1.50 | Expert research for DBS. |
| 11/14/06 | RCT | 480.00 | 0.20 | Review local counsel recommendation and docket re EI Update. |

| 11/14/06 | KMC | 185.00 | 0.50 | Started expert report research. |
| 11/15/06 | KMC | 185.00 | 1.50 | Researched for expert reports in a specific set of doctors. |
| 11/19/06 | PVL | 800.00 | 0.10 | Review 10 miscellaneous filings. |
| 11/20/06 | RCT | 480.00 | 0.20 | Rev. Local counsel rec. and docket re EI update. |
| 11/27/06 | PVL | 800.00 | 0.20 | Review Hurford memo and e-mail. |
| 11/27/06 | KMC | 185.00 | 1.50 | Searching for binders and specific dockets. |
| 11/28/06 | PVL | 800.00 | 0.20 | Review 8 miscellaneous filings (.1); review agenda (.1). |
| 11/28/06 | RCT | 480.00 | 0.20 | Rev. local counsel rec and docket re EI update. |
| 11/28/06 | KMC | 185.00 | 2.30 | Updated motion to compel binder and gave finished product back to NDF and WBS. |
| 11/29/06 | PVL | 800.00 | 0.10 | Review 7 miscellaneous filings. |
| 11/29/06 | KMC | 185.00 | 1.50 | Found updated material to place in motion to compel binders. |
| 11/30/06 | CDK | 185.00 | 7.00 | Organize documents and pleadings into case files |

**Total Task Code .04**          **19.10**

## Claim Analysis Objection & Resolution (Asbestos) (15.80 Hours; $ 12,640.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 15.80 | $800 | 12,640.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/06 | PVL | 800.00 | 0.70 | Review e-mail re order re Qs (.2); review draft motion to compel (.4); confer NDF (.1). |

| 11/02/06 | PVL | 800.00 | 1.40 | Review draft motion to compel (.6); confer WBS re same (.2); review Epstein report (.3); review Garabant report (.3). |
| 11/03/06 | PVL | 800.00 | 2.20 | Review 10/23/06 transcript (.8); review Henry report (.7); review Weill report (.7). |
| 11/06/06 | PVL | 800.00 | 0.20 | Review draft FCR motion to compel and e-mail NDF. |
| 11/07/06 | PVL | 800.00 | 0.30 | Review e-mail (.1); review 4 PD witness designations (.2). |
| 11/08/06 | PVL | 800.00 | 2.40 | Review e-mail re motion to compel (.2); review Grace motion for protective order re Anderson discovery (.3); review Moolgaykar report (.6); review Haber report (.9); review Lee report (.4). |
| 11/09/06 | PVL | 800.00 | 0.10 | Review e-mail re est. |
| 11/10/06 | PVL | 800.00 | 1.00 | Review e-mail and reply re motions to compel (.2); review Anderson Rule 408 brief (.1); review Grace memo re Q process (.3); review 3 Grace motions to compel (.4). |
| 11/15/06 | PVL | 800.00 | 0.60 | Review e-mail (.1); confer NDF (.2); e-mail NDF (.1); review Bates article (.2). |
| 11/18/06 | PVL | 800.00 | 0.80 | Review Morse rebuttal report (.3); review 2 Lee rebuttal reports (.5). |
| 11/19/06 | PVL | 800.00 | 1.00 | Review e-mail re Q (.1); review Denver Post article re Libby  (.1); review Harding letter and e-mail Hurford (.1); review 13 pls. counsel letters to Harding (.1); review draft response to WRG brief re Q process (.3); teleconference NDF re same (.3). |
| 11/20/06 | PVL | 800.00 | 0.30 | Review Grace RFA responses (.2); teleconference Prior re POCs (.1). |
| 11/27/06 | PVL | 800.00 | 1.30 | Review Des suppl witness des (.1); review 3 Speights suppl witness des (.1); review Grace opposition to motion to compel (.8); review WBS memo re same (.1); e-mail NDF and WBS re same (.2). |
| 11/28/06 | PVL | 800.00 | 0.50 | Review Grace summary judgment motion re NY and prudential PD claims (.2); review Wilentz and Cooney responses re settled claims (.2); confer NDF (.1). |

| 11/29/06 | PVL | 800.00 | 3.00 | Review draft ACC reply re motion to compel and e-mail re same (.4); review 3 miscellaneous filings re Q issues and e-mail re same (.2); review MMWR opposition to motion to compel (.4); review Weitz et al opposition motion to compel (.5); review 11/20 hearing transcript (1.5). |

**Total Task Code .05**          **15.80**

## Fee Applications, Applicant (20.90 Hours; $ 5,187.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.90 | $480 | 1,872.00 |
| Andrew D. Katznelson | 17.00 | $195 | 3,315.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/08/06 | RCT | 480.00 | 0.10 | Review November Fee schedules (.1) |
| 11/10/06 | RCT | 480.00 | 0.50 | Reivew prebills |
| 11/10/06 | RCT | 480.00 | 0.50 | Address fee issue. |
| 11/13/06 | RCT | 480.00 | 0.50 | Edit prebill. |
| 11/13/06 | RCT | 480.00 | 1.00 | Review interim Fee Apps |
| 11/13/06 | ADK | 195.00 | 1.00 | Worked on Interim fee application. |
| 11/14/06 | RCT | 480.00 | 0.50 | Review Exhibits |
| 11/14/06 | ADK | 195.00 | 0.50 | Worked on fee application. |
| 11/20/06 | RCT | 480.00 | 0.30 | Reply to EI query re fees (.3) |
| 11/20/06 | ADK | 195.00 | 5.00 | Assisted EI with fee application research for Joe Rice. |
| 11/21/06 | ADK | 195.00 | 7.00 | Assisted EI with fee application research for Joe Rice. |

| 11/22/06 | ADK | 195.00 | 1.00 | Worked on fee application. |
|----------|-----|--------|------|----------------------------|
| 11/27/06 | RCT | 480.00 | 0.50 | Rev. Monthly fee apps. |
| 11/27/06 | ADK | 195.00 | 0.50 | Edit fee application. |
| 11/30/06 | ADK | 195.00 | 2.00 | Assisted NDF with fee application research for Joe Rice. |

**Total Task Code .12          20.90**

## Fee Applications, Others (.10 Hours; $ 80.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | .10 | $800 | 80.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 11/20/06 | PVL | 800.00 | 0.10 | Review 6 fee applications. |

**Total Task Code .13          .10**

## Litigation and Litigation Consulting (432.70 Hours; $ 187,689.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | 8.90 | $875 | 7,787.50 |
| Walter B. Slocombe | 52.70 | $685 | 36,099.50 |
| Nathan D. Finch | 129.30 | $580 | 74,994.00 |
| Jeffrey A. Liesemer | 17.60 | $445 | 7,832.00 |
| James P. Wehner | 1.00 | $425 | 425.00 |
| Adam L. VanGrack | 102.50 | $275 | 28,187.50 |
| Danielle K. Graham | 54.80 | $320 | 17,536.00 |
| David B. Smith | 65.90 | $225 | 14,827.50 |

| Trans | Empl | Bill | Billing |
|-------|------|------|---------|

| Date | Init | Rate | Hours | Full Narrative |
|------|------|------|-------|----------------|
| 11/01/06 | WBS | 685.00 | 5.20 | Conference call with prospective rebuttal witness on individualhygiene issues (1.7); research and drafting, including reflecting    FCR suggestions, on motion to compel (3.5). |
| 11/01/06 | EI | 875.00 | 0.20 | T/c Frankel re: Bernick call (.2). |
| 1/01/06 | NDF | 580.00 | 3.50 | Memo to ACC re motion to compel (0.7); review revised order andemail re same (0.5); review revised motion to compel (0.5);telephone conference with S. Hays re expert reports (1.3); review   transcript of 7/2006 hearing for use in MTC (0.5). |
| 11/01/06 | DBS | 225.00 | 2.90 | Compile documents for attorney review and case files. |
| 11/01/06 | DKG | 320.00 | 8.40 | Research issues regarding district court jurisdiction and draft memo regarding the same (5.0); read and analyze expert reports (1.0); prepare for meeting at Rust facility in Minnesota (2.4). |
| 11/01/06 | ALV | 275.00 | 8.50 | Review Grace Expert Reports (2.1); review articles written by Grace's experts (0.7); conference Call (and preparation, follow-up) with NDF, WBS, and S. Hays regarding expert rebuttal (2.5); review current draft of ACC's Motion to Compel Production of Documents (0.7); review documents from Grace's Boca Raton document repository (2.5). |
| 11/02/06 | WBS | 685.00 | 1.50 | Conference PVNL re strategy re motion to compel (.3), changes to motion and e-mail to FCR counsel, including conference with PVNL and NDF re same (1.2). |
| 11/02/06 | NDF | 580.00 | 7.50 | Work on expert reports for estimation case - Peterson analyses and review prior reports from estimation experts and Grace 10Ks (5.7); revise and edit ACC motion to compel (0.6); telephone conference with Peterson re estimation issues (0.5); telephone conference with PVNL re case issue (0.2); telephone conference with plaintiff's counsel re discovery issue (0.2); telephone conference with expert re report issue (0.3). |
| 11/02/06 | DBS | 225.00 | 8.20 | Cite check, proofread, and compile exhibits for motion to compel (7.0); compile documents for attorney review (1.2). |
| 11/02/06 | DKG | 320.00 | 6.00 | Prepare for and attend meeting at Rust. |

{D0077880.1 }

| 11/02/06 | ALV | 275.00 | 9.00 | Edit ACC's Motion to Compel Production of Documents (3.4); research case law related to the ACC's Motion to Compel Production of Documents (4.0); review Grace's experts' reports (1.6). |
|---|---|---|---|---|
| 11/03/06 | NDF | 580.00 | 4.90 | Draft memos to law firs re MTC briefing schedule and supplementation schedule (1.0); telephone conference with Harding, Ramsay and Esserman re x-ray production issue (0.6); telephone conference with Rich and Ramsay re x-ray issue (0.5); revise and edit motion to compel (0.9); read 93 page complaint filed v. Sealed Air regarding Grace asbestos liability and non-disclosure of same (1.3); email correspondence to Peterson, FCR lawyers re discount rate issue and discount rate expert report from Raedecki (0.6). |
| 11/03/06 | DBS | 225.00 | 3.80 | Cite check, proofread, and compile exhibits for motion to compel. |
| 11/03/06 | DKG | 320.00 | 5.20 | Draft summary of notes re Rust meeting (4.0); correspondence re Rust follow-up (0.8); attention to Libby issues (0.4). |
| 11/03/06 | ALV | 275.00 | 8.80 | Edit ACC's Motion to Compel Production of Documents (2.8); research case law related to the ACC's Motion to Compel Production of Documents (3.2); review documents from Grace's Boca Raton document repository (1.0); review material related to Grace's industrial hygiene experts (0.8);  review Oct 23, 2006 Hearing Transcript (1.0). |
| 11/04/06 | NDF | 580.00 | 1.10 | Email correspondence to various plaintiff lawyers re x-ray and motion to compel issues. |
| 11/06/06 | NDF | 580.00 | 4.90 | Review correspondence re x-ray issue (0.5); review and revise ACC motion to compel (0.5); review FCR motion to compel (0.5); analysis of Grace products with asbestos for expert report of Hayes (1.3); telephone conference with Peterson re estimation issues (0.4); telephone conference with Relles re same (0.1); email to claimants' counsel re case issues (0.5); review Peterson reports for other cases (0.6); draft letter to Rice re estimation track record for Peterson (0.5). |
| 11/06/06 | DBS | 225.00 | 2.30 | Compile documents for attorney review and case files. |

| 11/06/06 | DKG | 320.00 | 2.50 | Attention to issues re certain medical doctors. |
|----------|-----|--------|------|--------------------------------------------------|
| 11/06/06 | ALV | 275.00 | 5.40 | Edit ACC's Motion to Compel Production of Documents (2.0); review documents from Grace's Boca Raton document repository (3.1); address electronic discovery problem (ACC Production) (0.3). |
| 11/07/06 | NDF | 580.00 | 6.50 | Telephone conference with Phillips re x-ray issue (0.5); review FCR brief on MTC issue and comments re same (0.5); final review and edits of ACC brief (0.4); read Gaziano deposition transcript (0.5); work on outlines for depositions of Grace experts, read their backup materials (4.6). |
| 11/07/06 | DBS | 225.00 | 3.40 | Compile documents for attorney review and case files. |
| 11/07/06 | DKG | 320.00 | 3.50 | Attention to follow-up issues re Rust visit (0.5); conduct research re discovery orders (3.0). |
| 11/07/06 | ALV | 275.00 | 5.40 | Review documents from Grace's Boca Raton document repository (2.0); edit, finalize, and file ACC's Motion to Compel Production of Documents (3.4). |
| 11/08/06 | NDF | 580.00 | 3.20 | Telephone conference with claimants' counsel re questionnaire issue (0.2); telephone conference with Hurford re MTC issue (0.2); internet research re Grace experts (1.5); draft discovery questions to depose Grace experts (1.3). |
| 11/08/06 | DBS | 225.00 | 4.20 | Compile documents for attorney review and case files. |
| 11/08/06 | DKG | 320.00 | 3.70 | Read and analyze case law re discovery issues; finalize research re the same; draft memo re the same. |
| 11/08/06 | ALV | 275.00 | 2.50 | Research regarding required document productions (production of original x-rays). |
| 11/09/06 | WBS | 685.00 | 3.60 | Conference NDF re schedule, strategy for upcoming briefing and discovery (.6); start review of Grace expert reports and analysis of possible rebuttal, depositions, cross (3.0). |
| 11/09/06 | EI | 875.00 | 0.20 | Appeal issue with NDF. |

| | | | | |
|---|---|---|---|---|
| 11/09/06 | NDF | 580.00 | 5.60 | Respond to EI inquiry re privilege issue (0.3); telephone conferences with 3 different claimant counsel re motion to compel and x-ray issues (1.4); confer with WBS re expert discovery and briefing issues (1.1); review Peterson backup materials for Grace report (2.2); review DKG memo re privilege issue and appealability of same (0.1); review DKG memo re topics for Welch rebuttal report (0.5). |
| 11/09/06 | DBS | 225.00 | 4.60 | Compile documents for attorney review and case files. |
| 11/09/06 | DKG | 320.00 | 5.70 | Read and analyze expert reports (3.5); draft recommendation re rebuttal reports (2.2). |
| 11/09/06 | ALV | 275.00 | 1.00 | Review recent pleadings. |
| 11/10/06 | WBS | 685.00 | 3.20 | Work on analysis of Anderson report, including reading report, plan responses, possible questions, notes of same. |
| 11/10/06 | EI | 875.00 | 0.30 | Insurance settlement issue with PVNL. |
| 11/10/06 | NDF | 580.00 | 5.20 | Begin reading Grace motions to compel (0.8); telephone conference with L. Welch re expert rebuttal issues (0.6); confer with DKG re case issues (0.2); memo to ACC re appeal issue (0.3); read PD Committee brief re Rule 408 (0.2); draft outlines for deposition exams of Grace experts (0.5); telephone conference with EI re Grace briefing (0.1); review medical articles cited by Grace experts (2.3); email to Mendelson re confidentiality agreement (0.2). |
| 11/10/06 | DBS | 225.00 | 3.10 | Compile documents for attorney review and case files. |
| 11/10/06 | DKG | 320.00 | 3.10 | Attention to issues re expert witnesses (2.5); telephone call with Welch and NDF (0.6). |
| 11/10/06 | ALV | 275.00 | 1.20 | Review issues concerning discovery. |
| 11/11/06 | ALV | 275.00 | 2.80 | Review documents from Grace's Boca Raton document repository. |
| 11/12/06 | WBS | 685.00 | 3.50 | Review and notes re other Grace expert reports (Lees, Bragg, etc.). |

| | | | | |
|---|---|---|---|---|
| 11/13/06 | WBS | 685.00 | 4.10 | Review additional Grace expert reports and work on analysis of them and plan for rebuttal/cross (3.9); review Grace motion to compel re objections to Questionnaire (.2). |
| 11/13/06 | EI | 875.00 | 0.60 | Review of Equity settlement and memos re: same (.3); memos re: Frankel suggestion (.2); memo to NDF re: discovery issue (.1). |
| 11/13/06 | NDF | 580.00 | 5.30 | Read remaining motions to compel (1.2); begin working on ACC response to Grace's "memo" (0.5); analysis and attention to expert witness rebuttal reports (3.6). |
| 11/13/06 | DBS | 225.00 | 4.40 | Compile documents for attorney review and case files. |
| 11/13/06 | DKG | 320.00 | 0.60 | Attention to Rust follow-up issues. |
| 11/13/06 | JAL | 445.00 | 1.90 | Review and analysis of correspondence and memos relating to estimation and related discovery issues (1.2); telephone call w/D. Felder re: issues relating to estimation and discovery (.10); review and analysis of materials relating to questionnaire and bar-date issues (.30); telephone call w/D. Lawless re: bar-date issues (.20); drafted memo to NDF re: bar-date issue (.10). |
| 11/13/06 | ALV | 275.00 | 6.90 | Research regarding required document productions (production of original x-rays) (3.5); review Grace's brief regarding Fed. R. Evid. 408 in Anderson Memorial Litigation and review case law related to Grace brief (3.4). |
| 11/14/06 | WBS | 685.00 | 4.40 | Review multiple motions to compel answers to Questionnaires, including note of Grace position on issues that come up in our motion to compel (1.2); review and comments, notes re Lee report and sources on Risk Assessment methodology on which Grace experts rely (1.9); review Grace opposition to Speights effort to discover settlement info PD case for relevance to our motion to compel (1.3). |
| 11/14/06 | EI | 875.00 | 0.50 | Insurach status inquiries and t/cs Tersigni and Horkovich (.5). |
| 11/14/06 | NDF | 580.00 | 2.50 | Telephone conference with Running re 30(b)(6) deposition/motion to compel (0.7); telephone |

|          |     |        |      | conference with Mullady re case issues (0.5); work on ACC response to Grace "memo" (1.3). |
|----------|-----|--------|------|------------------------------------------------------------------------------------------|
| 11/14/06 | DBS | 225.00 | 1.60 | Compile documents for attorney review and case files. |
| 11/14/06 | JAL | 445.00 | 1.40 | Reviewed memo re: x-ray production issues in estimation proceeding (.10); review and analysis of materials relating to ACC's motion to compel (1.00); review and analysis of motion to extend time to answer questionnaire and accompanying exhibits (.30). |
| 11/14/06 | ALV | 275.00 | 2.60 | Review documents from Grace's Boca Raton document repository |
| 11/15/06 | WBS | 685.00 | 2.40 | Review medical expert reports on substantial contributions as medical factor (1.3), conference NDF re schedule and work assignments on various motions to compel by both sides (.3), conference NDF re work to be done re industrial hygiene issues, rebuttal reports (.8). |
| 11/15/06 | EI  | 875.00 | 1.60 | L. Tersigni fee issues with RCT/PVNL (.2); insurance settlement issues (.2); reviewed draft appeal brief (1.0); questionnaire inquiry (.2). |
| 11/15/06 | NDF | 580.00 | 6.30 | Email correspondence to clients re case discovery issue (0.5); respond to Rice inquiry re questionnaire issue (0.5); confer with WBS re Hays rebuttal report and Grace experts (0.8); work on ACC response to Grace motion to compel (2.1); telephone conference with R. Budd re case issue (0.2); email to EI re case issue (0.3); confer with PVNL re Rule 408 issue (0.3); legal research re Rule 408 issue (0.5); review case law re x-ray issue (0.5); review case law re Daubert and Long issues (0.6). |
| 11/15/06 | ALV | 275.00 | 4.60 | Review electronic documents (via CD) produced by Grace in response to the ACC's document requests (2.9); research regarding ACC's Motion to Compel and 408 issue (1.7). |
| 11/16/06 | WBS | 685.00 | 3.50 | Review refs in WRG expert non-med reports, work on memo re assignments for rebuttal. |
| 11/16/06 | EI  | 875.00 | 0.30 | Conf. NDF re: status issues. |

| 11/16/06 | NDF | 580.00 | 9.30 | Draft, revise and edit response to Grace memo on motion to compel (6.8); draft outline of ACC MTC on 10K reserve issue (0.5); review Grace 10Ks re asbestos actuarial study (0.6); review Running produced spreadsheet (0.3); obtain documents from Sealed Air case to show Grace's non-responsiveness (1.1). |
| 11/16/06 | DBS | 225.00 | 1.00 | Compile documents for attorney review and case files. |
| 11/16/06 | DKG | 320.00 | 0.60 | Preparation for Segarra deposition. |
| 11/16/06 | JAL | 445.00 | 0.30 | Meeting w/NDF re: estimation discovelry issues, upcoming depositions, and issues relating to motions to compel discovery responses. |
| 11/16/06 | ALV | 275.00 | 0.80 | Review pleadings. |
| 11/17/06 | WBS | 685.00 | 3.20 | Draft memo to our experts re rebuttal questions on Grace non-med experts (2.4); review material on risk assessent methodology used by US Government (.5), conference NDF re next steps re expert reports and appropriate response to prospective Grace motion for more time for expert reports on estimation (.3). |
| 11/17/06 | EI | 875.00 | 0.60 | T/cs NDF re: discovery (.4); read Horkovich memos (.2). |
| 11/17/06 | NDF | 580.00 | 8.30 | Work on responses to Grace motions to compel (5.8); telephone conference with Harding re schedule (0.5); telephone conference with Mullady re case issues (0.5); prepare for 11/20 omnibus hearing (1.0); review materials received from RUST (0.5). |
| 11/17/06 | DBS | 225.00 | 1.30 | Compile documents for attorney review and case files. |
| 11/17/06 | DKG | 320.00 | 0.60 | Prepare for Segarra deposition. |
| 11/17/06 | JAL | 445.00 | 3.40 | Meeting w/NDF re: estimation discovery issues (.10); telephone conf. and discovery meet-and-confer w/NDF and Grace's counsel re: outstanding discovery and scheduling issues (.50); review and analysis of materials relating to estimation discovery and motion to compel (2.6); review of letter from B. Harding re: request for original x-rays from claimants (.10); review and analysis of memo from NDF re: estimation discovery issues (.10). |

{D0077880.1 }

| | | | | |
|---|---|---|---|---|
| 11/17/06 | ALV | 275.00 | 4.50 | Review electronic documents (via CD) produced by Grace in response to the ACC's document requests (1.0); review documents from Grace's Boca Raton document repository (3.5). |
| 11/17/06 | JPW | 425.00 | 1.00 | Review Grace discovery motions |
| 11/18/06 | ALV | 275.00 | 2.00 | Review documents from Grace's Boca Raton document repository |
| 11/19/06 | NDF | 580.00 | 0.50 | Telephone conference with PVNL re motion to compel brief. |
| 11/19/06 | NDF | 580.00 | 1.10 | Telephone conference with Mullady and Rasmussen re scheduling issues and approach to 11/20 hearing (0.6); read Grace's "x-ray protocol" (0.5). |
| 11/19/06 | DKG | 320.00 | 3.00 | Prepare for Segarra deposition. |
| 11/20/06 | WBS | 685.00 | 6.80 | Review draft of MPeterson report (4.3); attend (by phone) part of hearing related to questionnaires and schedule and motions to compel (2.5). |
| 11/20/06 | EI | 875.00 | 0.40 | T/c Rice re: status (.2); t/c Frankel re: status (.2). |
| 11/20/06 | NDF | 580.00 | 10.40 | Attend and argue at Grace omnibus hearing (4.0); prepare for omnibus hearing (0.5); confer with Mullady re case issues (1.0); review and edit draft Peterson estimation report (4.2); memo to experts (Snyder, Hays, Peterson) (0.5); telephone conference with ER re case issue (0.1); telephone conference with Peterson re case issue (0.1). |
| 11/20/06 | DBS | 225.00 | 4.10 | Compile documents for attorney review and case files. |
| 11/20/06 | DKG | 320.00 | 9.60 | Prepare for and attend Segarra deposition. |
| 11/20/06 | ALV | 275.00 | 6.10 | Review Harding's Letter to all counsel regarding production of original x-rays (1.2); conversation with DKG on Segarra deposition (0.3); conversation with JAL on Questionnaire issues G-I (0.2);research regarding required document productions (production of original x-rays). (2.3); review material related to Grace's Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed by the Court (1.0); edit ACC's |

| | | | | Response to Grace's Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed by the Court (1.1). |
| --- | --- | --- | --- | --- |
| 11/21/06 | WBS | 685.00 | 1.60 | Conference call with FCR rep re schedule, work to be done (.4); review Grace response to interrogatories and consider work to be done (1.2). |
| 11/21/06 | EI | 875.00 | 1.30 | T/c NDF re: experts (.2) and re: discovery (.2); t/c Rice re: status (.2); reviewed brief drafts (.5); t/c Horkovich re: insurance status (.2). |
| 11/21/06 | NDF | 580.00 | 5.60 | Prepare for estimation expert reports - review Peterson draft (3.5); emails to Mullady and Harding re scheduling issues (0.5); work on ACC response to motion to compel (0.7); review Grace pleadings re motions to compel plaintiff firms (0.9). |
| 11/21/06 | DBS | 225.00 | 5.20 | Compile documents for attorney review and case files (4.0); cite check brief for attorney review (1.2). |
| 11/21/06 | JAL | 445.00 | 0.80 | Telephone call w/M. Hurford re: estimation discovery issues and related motions to compel. |
| 11/21/06 | ALV | 275.00 | 4.20 | Edit ACC's Response to Grace's Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed by the Court. |
| 11/22/06 | NDF | 580.00 | 1.00 | Telephone conference with Esserman et al. re responses to Grace's motions to compel. |
| 11/22/06 | JAL | 445.00 | 0.60 | Legal research in preparation of motion to compel in estimation proceeding. |
| 11/22/06 | ALV | 275.00 | 3.20 | Review documents produced by Grace related to discovery request and from Grace's Boca Raton document repository. |
| 11/23/06 | ALV | 275.00 | 2.30 | Review Grace's Opposition of the ACC's Motion to Compel Production of Documents and associated case law. |
| 11/24/06 | NDF | 580.00 | 1.20 | Emails to plaintiff counsel re responses to Grace motions to compel (0.4); review Grace pleading re ACC FCR motion to compel (0.8). |

| 11/24/06 | ALV | 275.00 | 3.00 | Review Grace's Opposition of the ACC's Motion to Compel Production of Documents and associated case law. |
|----------|-----|--------|------|---|
| 11/25/06 | WBS | 685.00 | 4.20 | Review Grace response on motion to compel production of settlement docs (1.5), start work on response and related research in cases cited (2.7). |
| 11/25/06 | NDF | 580.00 | 3.80 | Review and edit appeal brief re exclusivity (1.1); review Grace cases re settlement issue (0.6); draft memo to file re Peterson analysis (2.1). |
| 11/26/06 | NDF | 580.00 | 3.80 | Review and edit appeal brief re exclusivity (1.1); review Grace cases re settlement issue (0.6); draft memo to file re Peterson analysis and Grace SEC filings (2.1). |
| 11/26/06 | ALV | 275.00 | 2.10 | Review Grace's Opposition of the ACC's Motion to Compel Production of Documents and associated case law. |
| 11/27/06 | NDF | 580.00 | 5.40 | Work on expert reports for Peterson and Welch (1.5); review WBS draft response to Grace response to ACC MTC (0.3); conference with WBS and ALV re same (0.2); read rule 408 cases (0.5); review of and comments to Esserman and Ramsay re response briefs on MTC (1.0); analyze Grace claims data and insurance information for 30(b)(6) deposition of Equitas (1.2); work on Peterson estimation report (0.7). |
| 11/27/06 | DBS | 225.00 | 5.60 | Compile documents for attorney review and case files (4.5); create index of cases cited in debtor's response to motion to compel (1.1). |
| 11/27/06 | DKG | 320.00 | 1.00 | Read and analyze notes from Dr. Welch. |
| 11/27/06 | JAL | 445.00 | 5.60 | Legal research and analysis in prep. of drafting motion to compel in estimation proceeding (2.90); review and analysis of Grace's opposition to ACC's motion to compel (1.2); telephone call w/ALV re: estimation discovery issue (.10); telephone conf. w/M. Hurford re: estimation-related discovery issues (.30); review and analysis of materials relating to estimation discovery issues (.60); meeting w/DBS re: prep. of motion to compel discovery responses from Grace (.10); review and analysis of M. Hurford's memo re: the most recent omnibus hearing (.30); |

| | | | | |
|---|---|---|---|---|
| | | | | drafted and revised memo to M. Hurford re: estimation discovery issues (.10). |
| 11/28/06 | WBS | 685.00 | 5.50 | Work on reply to opposition to motion to compel (2.3); prepare for conference call to discuss Peterson report (.8); conference call with experts re estimation report (2.4). |
| 11/28/06 | EI | 875.00 | 0.70 | T/c Frankel re: status (.2); read memos (.5). |
| 11/28/06 | NDF | 580.00 | 6.70 | Review and edit Peterson expert report, comparison to reports from other cases and analyze same (4.6); review Segarra deposition for use at estimation hearing (2.1). |
| 11/28/06 | DBS | 225.00 | 1.50 | Compile documents for attorney review and case files. |
| 11/28/06 | DKG | 320.00 | 0.80 | Attention to issues re Segarra deposition. |
| 11/28/06 | JAL | 445.00 | 1.00 | Further legal research and analysis in prep. of second motion to compel discovery responses from Grace. |
| 11/28/06 | ALV | 275.00 | 5.20 | Edit ACC's Reply to Grace's Opposition to the ACC's Motion to Compel Production of Documents (3.1); review case law regarding ACC's Reply to Grace's Opposition to the ACC's Motion to Compel Production of Documents. (1.5); conversations with ACC Members regarding Grace X-Ray Notice and potential opposition (0.6). |
| 11/29/06 | EI | 875.00 | 1.90 | Revised appeal brief and memos re: same (1.5); t/c J. Guy (.2); t/c NDF re: same (.2). |
| 11/29/06 | NDF | 580.00 | 8.50 | Telephone conference with Peterson, Relles and WBS re Peterson expert report (2.5); revise and edit reply to Grace motion to compel (0.4); analyze Grace financial statements and prior estimation reports (2.4); read rule 408 cases and briefs filed by plaintiffs in response to Grace motions (2.1); edit exclusivity brief and draft insert for same (1.1). |
| 11/29/06 | DBS | 225.00 | 5.80 | Compile documents for attorney review and case files. |
| 11/29/06 | DKG | 320.00 | 0.50 | Attention to issue re Rust visit follow-up materials. |
| 11/29/06 | JAL | 445.00 | 2.50 | Meet-and-confer teleconf. w/NDF, FCR's counsel, debtors' counsel, and other parties re: discovery and |

| | | | | scheduling issues (1.10); drafted and revised memo to T. Glaser re: estimation-related issues (.60); reviewed debtors' notice of January 12 deadline for filing questionnaires (.10); review and analysis of materials relating to Grace's proposed x-ray protocol (.30); review and analysis of materials relating to claims estimation and discovery (.40). |
|---|---|---|---|---|
| 11/29/06 | ALV | 275.00 | 5.70 | Edit ACC's Reply to Grace's Opposition to the ACC's Motion to Compel Production of Documents (4.5); meeting with NDF to discuss strategy and schedule (0.5); review pleadings associated with opposition to Grace's Notice for production of x-rays (0.7). |
| 11/30/06 | EI | 875.00 | 0.30 | Memo re: briefs and costs (.3). |
| 11/30/06 | NDF | 580.00 | 7.20 | Final edits to reply brief on MTC (0.5); review Grace insurance agreements for use in 30(b)(6) deposition of Equitas and deposition of J. Posner (3.5); review RM slides for use in 12/5 hearing (0.5); telephone conference with Hurford re case issues (0.8); review OI financial statements re claim filing and liability for comparison to Grace estimates (0.9); telephone conference with Mullady re case issues (0.4); outline questions for use in insurance 30(b)(6) deposition (0.6). |
| 11/30/06 | DBS | 225.00 | 2.90 | Compile documents for attorney review and case files (1.6); cite check brief for attorney review (1.3). |
| 11/30/06 | JAL | 445.00 | 0.10 | Reviewed hearing memo from M. Hurford. |
| 11/30/06 | ALV | 275.00 | 4.70 | Edit and file ACC's Reply to Grace's Opposition to the ACC's Motion to Compel Production of Documents (2.3); review documents produced by Grace related to discovery request and from Grace's Boca Raton document repository (2.4). |

**Total Task Code.16        432.70**

## Plan & Disclosure Statement (17.20 Hours; $ 8,790.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

| Peter Van N. Lockwood | 3.20 | $800 | 2,560.00 |
| Jeffrey A. Liesemer | 14.00 | $445 | 6,230.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/07/06 | PVL | 800.00 | 0.80 | Confer Rice, Cooney, Weitz and EI. |
| 11/13/06 | JAL | 445.00 | 0.70 | Review and analysis of pleadings and correspondence relating to appeal of extension of exclusivity period and related issues (.50);  conf. w/NDF re: appeal of exclusivity extension (.10); telephone call w/D. Felder re: appeal of exclusivity extension and related issues (.10). |
| 11/15/06 | JAL | 445.00 | 2.40 | Review and analysis of draft appellants' brief to be filed in exclusivity appeal. |
| 11/17/06 | JAL | 445.00 | 0.10 | Meeting w/NDF re: exclusivity appeals issues. |
| 11/20/06 | PVL | 800.00 | 0.30 | Review Baena and JAL comments re excl brief. |
| 11/20/06 | JAL | 445.00 | 2.40 | Reviewed additional draft of appellants' brief in exclusivity appeal (.60); drafted and revised memo to EI and PVNL re: comments on draft appellants' brief to be filed in exclusivity appeal (1.8). |
| 11/21/06 | PVL | 800.00 | 0.60 | Review e-mail re excl brief (.1); review draft FCR exl brief (.5). |
| 11/21/06 | JAL | 445.00 | 0.80 | Drafted and revised memo to FCR counsel re: comments on draft appellant's brief. |
| 11/22/06 | JAL | 445.00 | 1.50 | Review and analysis of revised draft of appellants' brief relating to exclusivity appeal. |
| 11/27/06 | PVL | 800.00 | 0.60 | Review Baena revised excl brief. |
| 11/27/06 | JAL | 445.00 | 0.30 | Drafted and revised memo to NDF re: draft appellants' brief on exclusivity extension. |
| 11/28/06 | PVL | 800.00 | 0.20 | Review revised excl brief. |
| 11/28/06 | JAL | 445.00 | 0.10 | Review of revised draft of appellants' brief in exclusivity appeal. |
| 11/29/06 | PVL | 800.00 | 0.60 | Review drafts of excl appeal brief (.4); review e-mail re same (.2) |

| | | | | |
|---|---|---|---|---|
| 11/29/06 | JAL | 445.00 | 5.60 | Reviewed, revised, and edited draft appellants' brief on exclusivity (3.10); reviewed e-mail from M. Hurford re: draft exclusivity brief (.10); drafted and revised memo to J. Guy and D. Felder re: comments on revised draft of appellants' brief in exclusivity appeal (2.0); reviewed exchanges of correspondence among co-counsel re: comments on draft appellants' brief (.40). |
| 11/30/06 | PVL | 800.00 | 0.10 | Review e-mail re excl brief. |
| 11/30/06 | JAL | 445.00 | 0.10 | Reviewed e-mail from S. Baena re: issues relating to exclusivity brief. |

**Total Task Code .17          17.20**


**<u>Travel – Non Working (27.00 Hours; $ 4,541.00)</u>**

| <u>Attorney</u> | <u>Number of Hours</u> | <u>Billing Rate</u> | <u>Value</u> |
|---|---|---|---|
| Nathan D. Finch | 1.70 | $290 | 493.00 |
| Danielle K. Graham | 25.30 | $160 | 4,048.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/06 | DKG | 160.00 | 6.00 | Travel to Minnesota. |
| 11/02/06 | DKG | 160.00 | 6.00 | Return travel from Minnesota to DC. |
| 11/19/06 | DKG | 160.00 | 5.80 | Travel to Biloxi, MS for deposition. |
| 11/20/06 | NDF | 290.00 | 1.70 | Travel to Wilmington (time not spent working) (0.5); travel back to |
| | D.C. (1.2). | | | |
| 11/21/06 | DKG | 160.00 | 7.50 | Return travel from Biloxi, MS. |

**Total Task Code .21          27.00**

{D0077880.1 }

**Fee Auditor Matters (4.50 Hours; $ 2,160.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Rita C. Tobin | 4.50 | $475.00 | 2,160.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 11/15/06 | RCT | 480.00 | 1.00 | Addresss fee auditor issues (1) |
| 11/21/06 | RCT | 480.00 | 1.50 | Addresss Fee Auditor report. |
| 11/22/06 | RCT | 480.00 | 1.00 | Address fee auditor report |
| 11/30/06 | RCT | 480.00 | 1.00 | Rev. initital report from fee auditor. |

**Total Task Code .32      4.50**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 4,461.11 |
| Air Freight & Express Mail | 244.10 |
| Charge of Cell and/or Home Phone Useage | 40.15 |
| Conference Meals | 15.20 |
| Court Reporting/Transcript Service | 2,413.16 |
| Database Research | 5,390.15 |
| Local Transportation - DC | 71.00 |
| Long Distance-Equitrac In-House | 10.21 |
| Meals Related to Travel | 257.96 |
| Miscellaneous: Client Advances | 401.25 |
| NYO Long Distance Telephone | 277.50 |
| Outside Local Deliveries | 39.25 |
| Outside Photocopying/Duplication Service | 1,303.05 |
| Professional Fees & Expert Witness Fees | 31,761.75 |
| Telecopier/Equitrac | 11.70 |
| Travel Expenses - Ground Transportation | 630.98 |
| Travel Expenses - Hotel Charges | 469.73 |
| Travel Expenses - Miscellaneous | 15.00 |
| Xeroxing | 1,110.10 |
| **Total:** | **$48,923.35** |