**EXHIBIT B**

**Asset Analysis and Recovery (.2 Hours; $ 160.00)**

  Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the state.

**Total Task Code .01**  .2


**Case Administration (19.1 Hours; $ 4,588.50)**

  Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**  19.1


**Claim Analysis Objection & Resolution (Asbestos) (15.8 Hours; $ 12,640.00)**

  Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**  15.8


**Fee Applications, Applicant (20.9 Hours; $ 5,187.00)**

  Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**  20.9


**Fee Applications, Others (.1 Hours; $ 80.00)**

  Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**  .1


**Litigation and Litigation Consulting (432.7 Hours; $ 187,689.00)**

{D0077881.1 }
DOC#151898

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        432.7**

**Plan & Disclosure Statement (17.2 Hours; $ 8,790.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        17.2**

**Travel Non-Working (27.0 Hours; $ 4,541.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        27.0**

**Fee Auditor Matters (4.5 Hours; $ 2,160.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        4.5**

{D0077881.1 }