## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 4,461.11 |
| Air Freight & Express Mail | 244.10 |
| Charge of Cell and/or Home Phone Useage | 40.15 |
| Conference Meals | 15.20 |
| Court Reporting/Transcript Service | 2,413.16 |
| Database Research | 5,390.15 |
| Local Transportation - DC | 71.00 |
| Long Distance-Equitrac In-House | 10.21 |
| Meals Related to Travel | 257.96 |
| Miscellaneous: Client Advances | 401.25 |
| NYO Long Distance Telephone | 277.50 |
| Outside Local Deliveries | 39.25 |
| Outside Photocopying/Duplication Service | 1,303.05 |
| Professional Fees & Expert Witness Fees | 31,761.75 |
| Telecopier/Equitrac | 11.70 |
| Travel Expenses - Ground Transportation | 630.98 |
| Travel Expenses - Hotel Charges | 469.73 |
| Travel Expenses - Miscellaneous | 15.00 |
| Xeroxing | 1,110.10 |
| **Total:** | **$48,923.35** |

{D0077882.1 }