Client Number:  4642                    **Grace Asbestos Personal Injury Claimants**                                    Page:  1

Matter     000                          Disbursements                                                                    12/18/2006
                                                                                                                  Print Date/Time:
                                                                                                                         12/18/2006
                                                                                                                         6:59:49PM
Attn:                                                                                                                    Invoice #

<h2>PREBILL  / CONTROL  REPORT</h2>
                                        Trans Date Range:  1/1/1950  to: 11/30/2006

Matter     000
Disbursements
Bill Cycle:      Monthly        Style:      i1          Start:    4/16/2001
                                                          Last Billed : 11/30/2006                        13,655

Trust Amount Available

                    Total Expenses Billed To Date        $694,756.52

                                                          Billing Empl:        0120    Elihu  Inselbuch
                                                          Responsible Empl:     0120    Elihu  Inselbuch
                                                          Alternate Empl:       0120    Elihu  Inselbuch
                                                          Originating Empl:     0120    Elihu  Inselbuch

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 1,473.80 | 0.00 | 1,219.20 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 13.47 | 0.00 | 13.47 |
| 0187 | NDF | Nathan D Finch | 0.00 | 34,481.14 | 0.00 | 34,226.54 |
| 0213 | DAR | Deborah A Russell | 0.00 | 41.30 | 0.00 | 41.30 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 180.60 | 0.00 | 180.60 |
| 0222 | RK | Rhea  Knight | 0.00 | 5.60 | 0.00 | 5.60 |
| 0227 | RH | Roxana  Healy | 0.00 | 0.30 | 0.00 | 0.30 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 2.25 | 0.00 | 2.25 |
| 0251 | JO | Joan  O'Brien | 0.00 | 106.85 | 0.00 | 106.85 |
| 0308 | DBS | David B Smith | 0.00 | 1,485.70 | 0.00 | 1,485.70 |
| 0310 | DKG | Danielle K Graham | 0.00 | 6,306.14 | 0.00 | 5,190.13 |
| 0327 | ALV | Adam L Vangrack | 0.00 | 24.10 | 0.00 | 24.10 |
| 0345 | KMC | Kevin M Carson | 0.00 | 112.50 | 0.00 | 112.50 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 6,314.81 | 0.00 | 6,314.81 |
|  |  |  | **0.00** | **50,548.56** | **0.00** | **48,923.35** |

**Total Fees**

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**Total Fees**

**Detail Time / Expense  by  Date**

|  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|

Client Number:  4642          Grace Asbestos Personal Injury Claimants                                                        Page:  1

Matter     000               Disbursements

Print Date/Time:
12/18/2006
12/18/2006
6:59:49PM
Invoice #

Attn:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2018316 | Equitrac - Long Distance to 3102019150 | E | 11/01/2006 | 0999 | C&D | 0.00 | $0.56 | 0.00 | $0.56 | 0.56 |
| 2018354 | Photocopy | E | 11/01/2006 | 0308 | DBS | 0.00 | $10.50 | 0.00 | $10.50 | 11.06 |
| 2018361 | Photocopy | E | 11/01/2006 | 0251 | JO | 0.00 | $0.45 | 0.00 | $0.45 | 11.51 |
| 2018399 | Photocopy | E | 11/01/2006 | 0232 | LK | 0.00 | $0.45 | 0.00 | $0.45 | 11.96 |
| 2019456 | Equitrac - Long Distance to 5045698732 | E | 11/02/2006 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 12.19 |
| 2019457 | Equitrac - Long Distance to 4068621532 | E | 11/02/2006 | 0999 | C&D | 0.00 | $0.72 | 0.00 | $0.72 | 12.91 |
| 2019490 | Equitrac - Long Distance to 4122817100 | E | 11/02/2006 | 0999 | C&D | 0.00 | $0.25 | 0.00 | $0.25 | 13.16 |
| 2019661 | Photocopy | E | 11/02/2006 | 0308 | DBS | 0.00 | $15.00 | 0.00 | $15.00 | 28.16 |
| 2019670 | Photocopy | E | 11/02/2006 | 0308 | DBS | 0.00 | $5.70 | 0.00 | $5.70 | 33.86 |
| 2019708 | Photocopy | E | 11/03/2006 | 0308 | DBS | 0.00 | $4.40 | 0.00 | $4.40 | 38.26 |
| 2019719 | Photocopy | E | 11/03/2006 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 38.66 |
| 2019727 | Photocopy | E | 11/03/2006 | 0308 | DBS | 0.00 | $2.10 | 0.00 | $2.10 | 40.76 |
| 2019728 | Photocopy | E | 11/03/2006 | 0327 | ALV | 0.00 | $2.40 | 0.00 | $2.40 | 43.16 |
| 2019740 | Photocopy | E | 11/03/2006 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 43.36 |
| 2019774 | Photocopy | E | 11/03/2006 | 0220 | SKL | 0.00 | $9.90 | 0.00 | $9.90 | 53.26 |
| 2019781 | Photocopy | E | 11/03/2006 | 0345 | KMC | 0.00 | $12.90 | 0.00 | $12.90 | 66.16 |
| 2019795 | Photocopy | E | 11/03/2006 | 0308 | DBS | 0.00 | $5.40 | 0.00 | $5.40 | 71.56 |
| 2019358 | Johnny Jackson & Assoc; Dominic Gaziano deposition | E | 11/03/2006 | 0310 | DKG | 0.00 | $758.00 | 0.00 | $758.00 | 829.56 |
| 2019972 | Photocopy | E | 11/06/2006 | 0310 | DKG | 0.00 | $0.20 | 0.00 | $0.20 | 829.76 |
| 2019975 | Photocopy | E | 11/06/2006 | 0308 | DBS | 0.00 | $0.40 | 0.00 | $0.40 | 830.16 |
| 2020018 | Photocopy | E | 11/06/2006 | 0308 | DBS | 0.00 | $0.40 | 0.00 | $0.40 | 830.56 |
| 2020109 | DKG;  Travel expenses to Fairbault, MN for meeting at Rust on 11/2 for meals | E | 11/07/2006 | 0310 | DKG | 0.00 | $45.03 | 0.00 | $45.03 | 875.59 |
| 2020110 | DKG;  Travel expenses to Fairbault, MN for meeting at Rust on 11/2 for Embassy Suits hotel | E | 11/07/2006 | 0310 | DKG | 0.00 | $203.17 | 0.00 | $203.17 | 1,078.76 |
| 2020111 | DKG;  Travel expenses to Fairbault, MN for meeting at Rust on 11/2 for cabs | E | 11/07/2006 | 0310 | DKG | 0.00 | $115.00 | 0.00 | $115.00 | 1,193.76 |
| 2020135 | Equitrac - Long Distance to 3024261900 | E | 11/07/2006 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 1,193.87 |
| 2020156 | Equitrac - Long Distance to 3024261900 | E | 11/07/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 1,193.92 |
| 2020185 | Equitrac - Long Distance to 3024261900 | E | 11/07/2006 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 1,194.04 |
| 2020211 | Photocopy | E | 11/07/2006 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 1,194.64 |
| 2020335 | Federal Express to Katie Hemming from EI on 10/25 | E | 11/08/2006 | 0120 | EI | 0.00 | $4.91 | 0.00 | $4.91 | 1,199.55 |
| 2020339 | Chrysotile Institute;  Copy of "The Tech Feasibility & Cost of Controlling Workplae Exposure to Asbestos Fibres" | E | 11/08/2006 | 0999 | C&D | 0.00 | $87.25 | 0.00 | $87.25 | 1,286.80 |
| 2020343 | Verus Claims Services;  Professional fees thru 10/31 | E | 11/08/2006 | 0187 | NDF | 0.00 | $30,029.25 | 0.00 | $30,029.25 | 31,316.05 |
| 2020345 | BostonCoach service for NDF t/f LaGuardia airport in NYC on 10/10 | E | 11/08/2006 | 0187 | NDF | 0.00 | $387.98 | 0.00 | $387.98 | 31,704.03 |
| 2020623 | Lasership  t/f Hogan Hartson on 10/23 | E | 11/09/2006 | 0308 | DBS | 0.00 | $15.70 | 0.00 | $15.70 | 31,719.73 |
| 2020626 | Lasership  from GW Univ Gelman Library on 10/27 | E | 11/09/2006 | 0308 | DBS | 0.00 | $7.85 | 0.00 | $7.85 | 31,727.58 |
| 2020628 | Lasership to Hogan Hartson on 10/30 | E | 11/09/2006 | 0999 | C&D | 0.00 | $7.85 | 0.00 | $7.85 | 31,735.43 |
| 2020637 | ADA Travel  Refund on PVNL travel to Wilmington on 10/23 | E | 11/09/2006 | 0020 | PVL | 0.00 | -$253.80 | 0.00 | -$253.80 | 31,481.63 |
| 2020640 | ADA Travel   DKG travel to Minneapolis on 11/1 (coach fare 707.21) | E | 11/09/2006 | 0310 | DKG | 0.00 | $1,630.22 | 0.00 | $707.21 | 32,188.84 |
| 2020641 | ADA Travel   AGency fee on DKG travel to Minneapolis on 11/1 | E | 11/09/2006 | 0310 | DKG | 0.00 | $40.00 | 0.00 | $40.00 | 32,228.84 |
| 2020655 | Petty Cash  Late night cab home for DBS on 11/2 | E | 11/09/2006 | 0308 | DBS | 0.00 | $20.00 | 0.00 | $20.00 | 32,248.84 |
| 2020748 | Equitrac - Long Distance to 2123199240 | E | 11/09/2006 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 32,249.08 |
| 2021203 | Equitrac - Long Distance to 4102260041 | E | 11/10/2006 | 0999 | C&D | 0.00 | $0.26 | 0.00 | $0.26 | 32,249.34 |
| 2021206 | Equitrac - Long Distance to 8054993572 | E | 11/10/2006 | 0999 | C&D | 0.00 | $0.42 | 0.00 | $0.42 | 32,249.76 |
| 2021243 | Photocopy | E | 11/10/2006 | 0308 | DBS | 0.00 | $5.00 | 0.00 | $5.00 | 32,254.76 |
| 2021308 | Photocopy | E | 11/10/2006 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 32,254.86 |
| 2021646 | Equitrac - Long Distance to 2284328123 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.25 | 0.00 | $0.25 | 32,255.11 |
| 2021666 | Equitrac - Long Distance to 5045845218 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 32,255.34 |
| 2021679 | Equitrac - Long Distance to 3024261900 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 32,255.41 |
| 2021697 | Photocopy | E | 11/13/2006 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00 | 32,258.41 |
| 2021702 | Photocopy | E | 11/13/2006 | 0220 | SKL | 0.00 | $2.20 | 0.00 | $2.20 | 32,260.61 |
| 2021703 | Photocopy | E | 11/13/2006 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 32,261.01 |
| 2021710 | Photocopy | E | 11/13/2006 | 0308 | DBS | 0.00 | $2.10 | 0.00 | $2.10 | 32,263.11 |
| 2021718 | Photocopy | E | 11/13/2006 | 0345 | KMC | 0.00 | $15.60 | 0.00 | $15.60 | 32,278.71 |
| 2021727 | Photocopy | E | 11/13/2006 | 0345 | KMC | 0.00 | $31.20 | 0.00 | $31.20 | 32,309.91 |
| 2021728 | Photocopy | E | 11/13/2006 | 0308 | DBS | 0.00 | $14.20 | 0.00 | $14.20 | 32,324.11 |
| 2021739 | Photocopy | E | 11/13/2006 | 0999 | C&D | 0.00 | $7.00 | 0.00 | $7.00 | 32,331.11 |
| 2021743 | Photocopy | E | 11/13/2006 | 0999 | C&D | 0.00 | $48.00 | 0.00 | $48.00 | 32,379.11 |
| 2021745 | Photocopy | E | 11/13/2006 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 32,379.31 |
| 2021770 | Photocopy | E | 11/13/2006 | 0999 | C&D | 0.00 | $31.20 | 0.00 | $31.20 | 32,410.51 |
| 2021801 | Photocopy | E | 11/13/2006 | 0327 | ALV | 0.00 | $12.50 | 0.00 | $12.50 | 32,423.01 |
| 2021806 | Photocopy | E | 11/13/2006 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 32,423.91 |
| 2021860 | Fax Transmission to 512145201181 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,424.66 |

| Client Number:  4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page:  1 |
|---|---|---|---|---|---|---|---|---|---|

| Matter    000 | Disbursements | | | | | | | | 12/18/2006<br>Print Date/Time:<br>12/18/2006<br>6:59:49PM<br>Invoice # |
|---|---|---|---|---|---|---|---|---|---|

Attn:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2021861 | Fax Transmission to 517136501400 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,425.41 |
| 2021862 | Fax Transmission to 513125516759 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,426.16 |
| 2021863 | Fax Transmission to 518432169290 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,426.91 |
| 2021864 | Fax Transmission to 514067527124 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,427.66 |
| 2021865 | Fax Transmission to 513026565875 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,428.41 |
| 2021866 | Fax Transmission to 515108354913 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,429.16 |
| 2021867 | Fax Transmission to 512165750799 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,429.91 |
| 2021868 | Fax Transmission to 513053796222 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,430.66 |
| 2021869 | Fax Transmission to 512123440994 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,431.41 |
| 2021870 | Fax Transmission to 514122615066 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,432.16 |
| 2021871 | Fax Transmission to 512148248100 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,432.91 |
| 2021872 | Fax Transmission to 514124718308 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,433.51 |
| 2021873 | Fax Transmission to 514124718308 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 32,433.66 |
| 2021874 | Fax Transmission to 513024269947 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 32,434.26 |
| 2021875 | Fax Transmission to 518432169450 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32,435.01 |
| 2021876 | Fax Transmission to 513024269947 | E | 11/13/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 32,435.16 |
| 2021925 | Bank of America;  Credit card usage thru<br>October;    Mealey Publications for NDF | E | 11/13/2006 | 0187 | NDF | 0.00 | $299.00 | 0.00 | $299.00 | 32,734.16 |
| 2021937 | Federal Express to Dan Relles, Mark Peterson<br>from NDF on 11/3 | E | 11/13/2006 | 0187 | NDF | 0.00 | $149.28 | 0.00 | $149.28 | 32,883.44 |
| 2022222 | Photocopy | E | 11/14/2006 | 0999 | C&D | 0.00 | $17.00 | 0.00 | $17.00 | 32,900.44 |
| 2022340 | Photocopy | E | 11/15/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 32,900.54 |
| 2022356 | Photocopy | E | 11/15/2006 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 32,901.44 |
| 2022374 | Photocopy | E | 11/15/2006 | 0220 | SKL | 0.00 | $2.10 | 0.00 | $2.10 | 32,903.54 |
| 2022157 | Equitrac - Long Distance to 4122817100 | E | 11/15/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 32,903.60 |
| 2022168 | Equitrac - Long Distance to 2123197125 | E | 11/15/2006 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 32,903.68 |
| 2022170 | Equitrac - Long Distance to 8054435160 | E | 11/15/2006 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 32,903.82 |
| 2022869 | Equitrac - Long Distance to 2123197125 | E | 11/16/2006 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 32,904.03 |
| 2022920 | Photocopy | E | 11/16/2006 | 0220 | SKL | 0.00 | $0.80 | 0.00 | $0.80 | 32,904.83 |
| 2022924 | Photocopy | E | 11/16/2006 | 0220 | SKL | 0.00 | $25.50 | 0.00 | $25.50 | 32,930.33 |
| 2022926 | Photocopy | E | 11/16/2006 | 0251 | JO | 0.00 | $24.90 | 0.00 | $24.90 | 32,955.23 |
| 2022940 | Photocopy | E | 11/16/2006 | 0220 | SKL | 0.00 | $9.90 | 0.00 | $9.90 | 32,965.13 |
| 2022948 | Photocopy | E | 11/16/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 32,965.23 |
| 2022949 | Photocopy | E | 11/16/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 32,965.33 |
| 2022955 | Photocopy | E | 11/16/2006 | 0213 | DAR | 0.00 | $7.80 | 0.00 | $7.80 | 32,973.13 |
| 2022957 | Photocopy | E | 11/16/2006 | 0213 | DAR | 0.00 | $4.60 | 0.00 | $4.60 | 32,977.73 |
| 2022959 | Photocopy | E | 11/16/2006 | 0213 | DAR | 0.00 | $4.80 | 0.00 | $4.80 | 32,982.53 |
| 2022960 | Photocopy | E | 11/16/2006 | 0251 | JO | 0.00 | $0.40 | 0.00 | $0.40 | 32,982.93 |
| 2022961 | Photocopy | E | 11/16/2006 | 0213 | DAR | 0.00 | $12.80 | 0.00 | $12.80 | 32,995.73 |
| 2022963 | Photocopy | E | 11/16/2006 | 0213 | DAR | 0.00 | $0.40 | 0.00 | $0.40 | 32,996.13 |
| 2022964 | Photocopy | E | 11/16/2006 | 0220 | SKL | 0.00 | $24.00 | 0.00 | $24.00 | 33,020.13 |
| 2022967 | Photocopy | E | 11/16/2006 | 0213 | DAR | 0.00 | $10.90 | 0.00 | $10.90 | 33,031.03 |
| 2023051 | Research Associates;  Articles | E | 11/16/2006 | 0308 | DBS | 0.00 | $1,049.25 | 0.00 | $1,049.25 | 34,080.28 |
| 2023119 | Premiere Global Services;  Ready conference<br>calls made in October by NDF | E | 11/17/2006 | 0187 | NDF | 0.00 | $40.15 | 0.00 | $40.15 | 34,120.43 |
| 2023129 | Document Tech;  IMG - DVD duplicatio | E | 11/17/2006 | 0308 | DBS | 0.00 | $84.60 | 0.00 | $84.60 | 34,205.03 |
| 2023139 | Equitrac - Long Distance to 9174450518 | E | 11/17/2006 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 34,205.14 |
| 2023143 | Equitrac - Long Distance to 3024269910 | E | 11/17/2006 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 34,205.28 |
| 2023155 | Equitrac - Long Distance to 2284328123 | E | 11/17/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 34,205.33 |
| 2023168 | Equitrac - Long Distance to 9174450518 | E | 11/17/2006 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 34,205.69 |
| 2023174 | Equitrac - Long Distance to 9174450518 | E | 11/17/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 34,205.74 |
| 2023175 | Equitrac - Long Distance to 3024269910 | E | 11/17/2006 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 34,205.94 |
| 2023194 | Photocopy | E | 11/17/2006 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 34,206.14 |
| 2023196 | Photocopy | E | 11/17/2006 | 0251 | JO | 0.00 | $8.40 | 0.00 | $8.40 | 34,214.54 |
| 2023198 | Photocopy | E | 11/17/2006 | 0999 | C&D | 0.00 | $37.40 | 0.00 | $37.40 | 34,251.94 |
| 2023208 | Photocopy | E | 11/17/2006 | 0999 | C&D | 0.00 | $88.60 | 0.00 | $88.60 | 34,340.54 |
| 2023212 | Photocopy | E | 11/17/2006 | 0308 | DBS | 0.00 | $27.60 | 0.00 | $27.60 | 34,368.14 |
| 2023222 | Photocopy | E | 11/17/2006 | 0999 | C&D | 0.00 | $45.30 | 0.00 | $45.30 | 34,413.44 |
| 2023264 | Photocopy | E | 11/17/2006 | 0227 | RH | 0.00 | $0.30 | 0.00 | $0.30 | 34,413.74 |
| 2023315 | Federal Express to Joseph Rice from NDF on 11/6 | E | 11/20/2006 | 0187 | NDF | 0.00 | $33.18 | 0.00 | $33.18 | 34,446.92 |
| 2023601 | Lasership to George Washington Delman Library on<br>11/8 | E | 11/20/2006 | 0999 | C&D | 0.00 | $7.85 | 0.00 | $7.85 | 34,454.77 |
| 2024018 | Equitrac - Long Distance to 4122817100 | E | 11/20/2006 | 0999 | C&D | 0.00 | $0.19 | 0.00 | $0.19 | 34,454.96 |
| 2024040 | Equitrac - Long Distance to 9049230706 | E | 11/20/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 34,455.11 |
| 2024072 | Photocopy | E | 11/20/2006 | 0220 | SKL | 0.00 | $3.60 | 0.00 | $3.60 | 34,458.71 |
| 2024085 | Photocopy | E | 11/20/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 34,458.81 |
| 2024100 | Photocopy | E | 11/20/2006 | 0220 | SKL | 0.00 | $70.20 | 0.00 | $70.20 | 34,529.01 |
| 2024101 | Photocopy | E | 11/20/2006 | 0327 | ALV | 0.00 | $7.20 | 0.00 | $7.20 | 34,536.21 |
| 2024122 | Photocopy | E | 11/20/2006 | 0999 | C&D | 0.00 | $3.20 | 0.00 | $3.20 | 34,539.41 |
| 2024133 | Photocopy | E | 11/20/2006 | 0999 | C&D | 0.00 | $67.50 | 0.00 | $67.50 | 34,606.91 |
| 2024270 | Equitrac - Long Distance to 2123197125 | E | 11/20/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 34,606.97 |
| 2024277 | Equitrac - Long Distance to 3024261900 | E | 11/21/2006 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 34,607.27 |

| Client Number:  4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page:  1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter      000** | **Disbursements** | | | | | | | | | 12/18/2006 |

Print Date/Time:
12/18/2006
6:59:49PM
Invoice #

Attn:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2024295 | Equitrac - Long Distance to 3024261900 | E | 11/21/2006 | 0999 | C&D | 0.00 | $1.52 | 0.00 | $1.52 | 34,608.79 |
| 2024405 | Photocopy | E | 11/21/2006 | 0220 | SKL | 0.00 | $1.30 | 0.00 | $1.30 | 34,610.09 |
| 2024422 | Photocopy | E | 11/21/2006 | 0220 | SKL | 0.00 | $4.40 | 0.00 | $4.40 | 34,614.49 |
| 2024489 | Fax Transmission to 512125889689 | E | 11/21/2006 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 34,614.94 |
| 2024527 | Photocopy | E | 11/22/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 34,615.04 |
| 2023638 | Document Tech;  IMG - DVD master | E | 11/22/2006 | 0308 | DBS | 0.00 | $169.20 | 0.00 | $169.20 | 34,784.24 |
| 2023831 | The George Washington Univ;  Environmental applications of chemometrics | E | 11/22/2006 | 0308 | DBS | 0.00 | $15.00 | 0.00 | $15.00 | 34,799.24 |
| 2024598 | Photocopy | E | 11/24/2006 | 0251 | JO | 0.00 | $12.10 | 0.00 | $12.10 | 34,811.34 |
| 2024600 | Photocopy | E | 11/24/2006 | 0251 | JO | 0.00 | $58.60 | 0.00 | $58.60 | 34,869.94 |
| 2024605 | Photocopy | E | 11/25/2006 | 0251 | JO | 0.00 | $0.20 | 0.00 | $0.20 | 34,870.14 |
| 2024633 | Petty Cash  late night cabs home on 11/17 and 11/16 for NDF | E | 11/27/2006 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 34,910.14 |
| 2024634 | Petty Cash  Late night dinner for NDF on 11/16 while preparing for court on Monday | E | 11/27/2006 | 0187 | NDF | 0.00 | $15.20 | 0.00 | $15.20 | 34,925.34 |
| 2024635 | Petty Cash  Cab expense for NDF on travel to Wilmington for court appearance on 9/25 | E | 11/27/2006 | 0187 | NDF | 0.00 | $20.00 | 0.00 | $20.00 | 34,945.34 |
| 2024636 | Petty Cash  meal expense for NDF on travel to Wilmington for court appearance on 9/25 | E | 11/27/2006 | 0187 | NDF | 0.00 | $8.00 | 0.00 | $8.00 | 34,953.34 |
| 2024639 | Petty Cash  late night cab for Suzanne Lurie on 11/2 (working late on brief) | E | 11/27/2006 | 0999 | C&D | 0.00 | $11.00 | 0.00 | $11.00 | 34,964.34 |
| 2024680 | Equitrac - Long Distance to 3024261900 | E | 11/27/2006 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 34,964.56 |
| 2024694 | Equitrac - Long Distance to 2283867111 | E | 11/27/2006 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 34,964.63 |
| 2024697 | Equitrac - Long Distance to 4158981555 | E | 11/27/2006 | 0999 | C&D | 0.00 | $0.39 | 0.00 | $0.39 | 34,965.02 |
| 2024703 | Equitrac - Long Distance to 3024261900 | E | 11/27/2006 | 0999 | C&D | 0.00 | $0.37 | 0.00 | $0.37 | 34,965.39 |
| 2024704 | Equitrac - Long Distance to 4122610310 | E | 11/27/2006 | 0999 | C&D | 0.00 | $0.66 | 0.00 | $0.66 | 34,966.05 |
| 2024713 | Equitrac - Long Distance to 2157727419 | E | 11/27/2006 | 0999 | C&D | 0.00 | $0.29 | 0.00 | $0.29 | 34,966.34 |
| 2024733 | Photocopy | E | 11/27/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 34,966.44 |
| 2024742 | Photocopy | E | 11/27/2006 | 0220 | SKL | 0.00 | $7.20 | 0.00 | $7.20 | 34,973.64 |
| 2024770 | Photocopy | E | 11/27/2006 | 0999 | C&D | 0.00 | $9.40 | 0.00 | $9.40 | 34,983.04 |
| 2024777 | Photocopy | E | 11/27/2006 | 0308 | DBS | 0.00 | $6.60 | 0.00 | $6.60 | 34,989.64 |
| 2024783 | Photocopy | E | 11/27/2006 | 0251 | JO | 0.00 | $0.10 | 0.00 | $0.10 | 34,989.74 |
| 2024784 | Photocopy | E | 11/27/2006 | 0999 | C&D | 0.00 | $29.40 | 0.00 | $29.40 | 35,019.14 |
| 2024793 | Photocopy | E | 11/27/2006 | 0308 | DBS | 0.00 | $24.60 | 0.00 | $24.60 | 35,043.74 |
| 2024797 | Photocopy | E | 11/27/2006 | 0251 | JO | 0.00 | $0.50 | 0.00 | $0.50 | 35,044.24 |
| 2024799 | Photocopy | E | 11/27/2006 | 0251 | JO | 0.00 | $0.10 | 0.00 | $0.10 | 35,044.34 |
| 2024803 | Photocopy | E | 11/27/2006 | 0222 | RK | 0.00 | $5.60 | 0.00 | $5.60 | 35,049.94 |
| 2024810 | Photocopy | E | 11/27/2006 | 0327 | ALV | 0.00 | $0.20 | 0.00 | $0.20 | 35,050.14 |
| 2024655 | DKG;  Travel expenses to Biloxi, MS for deposition of Jay Segarra on 11/20 for meals | E | 11/28/2006 | 0310 | DKG | 0.00 | $204.93 | 0.00 | $204.93 | 35,255.07 |
| 2024656 | DKG;  Travel expenses to Biloxi, MS for deposition of Jay Segarra on 11/20 for Beau Rivage hotel | E | 11/28/2006 | 0310 | DKG | 0.00 | $266.56 | 0.00 | $266.56 | 35,521.63 |
| 2024657 | DKG;  Travel expenses to Biloxi, MS for deposition of Jay Segarra on 11/20 for cabs | E | 11/28/2006 | 0310 | DKG | 0.00 | $108.00 | 0.00 | $108.00 | 35,629.63 |
| 2024658 | DKG;  Travel expenses to Biloxi, MS for deposition of Jay Segarra on 11/20 for miscellaneous tips to bellman | E | 11/28/2006 | 0310 | DKG | 0.00 | $15.00 | 0.00 | $15.00 | 35,644.63 |
| 2024659 | DKG;  Travel expenses to Biloxi, MS for deposition of Jay Segarra on 11/20 for Federal lExpress shipment (from hotel bill) | E | 11/28/2006 | 0310 | DKG | 0.00 | $48.17 | 0.00 | $48.17 | 35,692.80 |
| 2026477 | Equitrac - Long Distance to 9039381655 | E | 11/28/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 35,692.86 |
| 2026478 | Equitrac - Long Distance to 8432169146 | E | 11/28/2006 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 35,692.96 |
| 2026613 | Photocopy | E | 11/28/2006 | 0345 | KMC | 0.00 | $5.90 | 0.00 | $5.90 | 35,698.86 |
| 2026615 | Photocopy | E | 11/28/2006 | 0999 | C&D | 0.00 | $19.20 | 0.00 | $19.20 | 35,718.06 |
| 2026622 | Photocopy | E | 11/28/2006 | 0220 | SKL | 0.00 | $7.10 | 0.00 | $7.10 | 35,725.16 |
| 2026624 | Photocopy | E | 11/28/2006 | 0999 | C&D | 0.00 | $99.10 | 0.00 | $99.10 | 35,824.26 |
| 2026625 | Photocopy | E | 11/28/2006 | 0251 | JO | 0.00 | $0.40 | 0.00 | $0.40 | 35,824.66 |
| 2026626 | Photocopy | E | 11/28/2006 | 0251 | JO | 0.00 | $0.10 | 0.00 | $0.10 | 35,824.76 |
| 2026631 | Photocopy | E | 11/28/2006 | 0345 | KMC | 0.00 | $46.90 | 0.00 | $46.90 | 35,871.66 |
| 2026637 | Photocopy | E | 11/28/2006 | 0251 | JO | 0.00 | $0.30 | 0.00 | $0.30 | 35,871.96 |
| 2026641 | Photocopy | E | 11/28/2006 | 0251 | JO | 0.00 | $0.30 | 0.00 | $0.30 | 35,872.26 |
| 2026647 | Photocopy | E | 11/28/2006 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 35,872.46 |
| 2026649 | Photocopy | E | 11/28/2006 | 0999 | C&D | 0.00 | $5.80 | 0.00 | $5.80 | 35,878.26 |
| 2026650 | Photocopy | E | 11/28/2006 | 0220 | SKL | 0.00 | $1.70 | 0.00 | $1.70 | 35,879.96 |
| 2026651 | Photocopy | E | 11/28/2006 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 35,880.36 |
| 2026652 | Photocopy | E | 11/28/2006 | 0220 | SKL | 0.00 | $1.60 | 0.00 | $1.60 | 35,881.96 |
| 2026709 | Photocopy | E | 11/29/2006 | 0220 | SKL | 0.00 | $4.20 | 0.00 | $4.20 | 35,886.16 |
| 2026710 | Photocopy | E | 11/29/2006 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 35,886.36 |
| 2026760 | Photocopy | E | 11/29/2006 | 0327 | ALV | 0.00 | $1.80 | 0.00 | $1.80 | 35,888.16 |
| 2025696 | LegaLink;  Segarra transcript | E | 11/29/2006 | 0310 | DKG | 0.00 | $1,655.16 | 0.00 | $1,655.16 | 37,543.32 |
| 2025705 | ADA Travel  for NDF to Wilmington on  11/20 | E | 11/29/2006 | 0187 | NDF | 0.00 | $293.00 | 0.00 | $183.00 | 37,726.32 |

**Client Number: 4642**          **Grace Asbestos Personal Injury Claimants**

**Matter     000**          **Disbursements**

12/18/2006
Print Date/Time:
12/18/2006
6:59:49PM
Invoice #

Attn:

| | (business class 183.00) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025706 | ADA Travel  (agency fee) for NDF to Wilmington on 11/20  (business class 183.00) | E | 11/29/2006 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 37,766.32 |
| 2025707 | ADA Travel  for PVNL to Wilmington on 11/20 (business class 183.00) | E | 11/29/2006 | 0020 | PVL | 0.00 | $293.00 | 0.00 | $183.00 | 37,949.32 |
| 2025708 | ADA Travel  (agency fee) for PVNL to Wilmington on 11/20  (business class 183.00) | E | 11/29/2006 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 37,989.32 |
| 2025709 | ADA Travel  for PVNL to Pittsburgh on 12/5 (coach fare 1209.00) | E | 11/29/2006 | 0020 | PVL | 0.00 | $1,353.60 | 0.00 | $1,209.00 | 39,198.32 |
| 2025710 | ADA Travel  (agency fee) for PVNL to Pittsburgh on 12/5  (coach fare 1209.00) | E | 11/29/2006 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 39,238.32 |
| 2025711 | ADA Travel  for NDF to Pittsburgh on 12/5 (coach 1209.00) | E | 11/29/2006 | 0187 | NDF | 0.00 | $1,353.60 | 0.00 | $1,209.00 | 40,447.32 |
| 2025712 | ADA Travel (agency fee) for NDF to Pittsburgh on 12/5  (coach 1209.00) | E | 11/29/2006 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 40,487.32 |
| 2025713 | ADA Travel   for DKG to Gulfport, MS on 11/19  (coach fare 983.70) | E | 11/29/2006 | 0310 | DKG | 0.00 | $1,176.70 | 0.00 | $983.70 | 41,471.02 |
| 2025714 | ADA Travel ( agency fee)  for DKG to Gulfport, MS on 11/19 | E | 11/29/2006 | 0310 | DKG | 0.00 | $40.00 | 0.00 | $40.00 | 41,511.02 |
| 2026921 | NYO Long Distance Telephone Ending 10/31/06: Committee Conf. Call 10/19. | E | 11/30/2006 | 0999 | C&D | 0.00 | $277.50 | 0.00 | $277.50 | 41,788.52 |
| 2026928 | Federal Express to Katie Hemming from EI  on 11/14 | E | 11/30/2006 | 0120 | EI | 0.00 | $8.56 | 0.00 | $8.56 | 41,797.08 |
| 2026949 | Gobbell Hays Partners;  Professional services rendered 10/1-10/31 | E | 11/30/2006 | 0187 | NDF | 0.00 | $1,732.50 | 0.00 | $1,732.50 | 43,529.58 |
| 2027274 | Database Research/Lexis Charges for 10/25/06-11/26/06 By KMC 11/14 | E | 11/30/2006 | 0999 | C&D | 0.00 | $589.90 | 0.00 | $589.90 | 44,119.48 |
| 2027275 | Database Research/Lexis Charges for 10/25/06-11/26/06 By DBS 10/25 | E | 11/30/2006 | 0999 | C&D | 0.00 | $61.78 | 0.00 | $61.78 | 44,181.26 |
| 2027731 | Database Research - Westlaw - By MWD on 11/1-8 | E | 11/30/2006 | 0999 | C&D | 0.00 | $1,181.74 | 0.00 | $1,181.74 | 45,363.00 |
| 2027732 | Database Research - Westlaw - By DS on 11/2-30 | E | 11/30/2006 | 0999 | C&D | 0.00 | $618.06 | 0.00 | $618.06 | 45,981.06 |
| 2027733 | Database Research - Westlaw - By ALV on 11/2-29 | E | 11/30/2006 | 0999 | C&D | 0.00 | $2,044.86 | 0.00 | $2,044.86 | 48,025.92 |
| 2027734 | Database Research - Westlaw - By JAL on 11/1 & 27 | E | 11/30/2006 | 0999 | C&D | 0.00 | $893.81 | 0.00 | $893.81 | 48,919.73 |
| 2027832 | Equitrac - Long Distance to 3024261900 | E | 11/30/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 48,919.79 |
| 2027834 | Equitrac - Long Distance to 3024261900 | E | 11/30/2006 | 0999 | C&D | 0.00 | $0.33 | 0.00 | $0.33 | 48,920.12 |
| 2027844 | Equitrac - Long Distance to 8432169198 | E | 11/30/2006 | 0999 | C&D | 0.00 | $0.53 | 0.00 | $0.53 | 48,920.65 |
| 2027933 | Photocopy | E | 11/30/2006 | 0020 | PVL | 0.00 | $1.00 | 0.00 | $1.00 | 48,921.65 |
| 2027939 | Photocopy | E | 11/30/2006 | 0220 | SKL | 0.00 | $0.80 | 0.00 | $0.80 | 48,922.45 |
| 2027941 | Photocopy | E | 11/30/2006 | 0220 | SKL | 0.00 | $0.80 | 0.00 | $0.80 | 48,923.25 |
| 2027957 | Photocopy | E | 11/30/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 48,923.35 |
| **Total Expenses** | | | | | | 0.00 | $50,548.56 | 0.00 | $48,923.35 | |

Matter Total Fees                                    0.00                    0.00

Matter Total Expenses                          50,548.56              48,923.35

Matter Total                      0.00       50,548.56       0.00     48,923.35

Prebill Total Fees

Prebill Total Expenses                       $50,548.56             $48,923.35

Prebill Total                     0.00      $50,548.56       0.00    $48,923.35

Client Number:   4642                    Grace Asbestos Personal Injury Claimants                                    Page:   1

Matter       000                         Disbursements                                                              12/18/2006
                                                                                                            Print Date/Time:
                                                                                                                    12/18/2006
                                                                                                                    6:59:49PM
Attn:                                                                                                               Invoice #

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|-----------|-------------|-------------|-----------|
| 37,961 | 11/30/2002 | 36,076.50 | 0.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 51,687 | 10/31/2005 | 74,385.75 | 3,337.50 |
| 54,090 | 05/26/2006 | 94,451.50 | 18,890.30 |
| 54,510 | 06/29/2006 | 76,073.00 | 15,214.60 |
| 54,760 | 07/26/2006 | 167,407.25 | 33,481.45 |
| 55,191 | 08/30/2006 | 139,645.00 | 27,929.00 |
| 55,509 | 09/29/2006 | 166,040.50 | 33,208.10 |
| 55,871 | 10/27/2006 | 195,810.25 | 39,162.05 |
| 56,243 | 11/30/2006 | 280,519.65 | 280,519.65 |
|        |            | 1,284,976.40 | 455,147.35 |