# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                      EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:      100055.WRG01

December 21, 2006                                       INVOICE:         213968

c/o Peter Van N. Lockwood, Esq.                         DATE:    December 21, 2006
Caplin & Drysdale                                       MATTER:      100055.WRG01
One Thomas Circle                                       INVOICE:         213968
Washington, DC 20005

**MATTER:** CLAIMANTS COMMITTEE                                          Robert M
                                                                         Horkovich

**PROFESSIONAL SERVICES through 11/30/06**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/09/06 | Reviewed and revised time entries. | W011 | ACS | 0.20 |
| 11/10/06 | Re-review changed settlement agreement and escrow agreement (.80); Communicate with client, co-counsel, and future claimants representative counsel (1.20). | W001 | RMH | 2.00 |
| 11/11/06 | Review of Equitas settlement. | W001 | RMH | 2.00 |
| 11/14/06 | Review and comment upon fee application. | W011 | RYC | 0.20 |
| 11/15/06 | Reviewed insurance policy information re: "availability of products and premises coverage." | W001 | IF | 1.00 |
| 11/15/06 | Review of coverage analysis and qualifications. | W001 | RMH | 0.50 |
| 11/15/06 | Prepare response to inquiries re: settlements and coverage-in-place agreements. | W001 | RYC | 5.80 |
| 11/16/06 | Review/revise various insurance coverage charts. | W001 | GFF | 0.90 |
| 11/16/06 | Prepared Grace insurance policy charts re: "Availability of Products Coverage for Asbestos Claims." | W001 | IF | 1.30 |
| 11/16/06 | Review potential AIG/Zurich settlements. | W001 | RMH | 0.50 |
| 11/16/06 | Prepare settlement analysis re: potentially available insurance assets (4.70); review settlements proposed by W.R. Grace with Zurich and AIG (1.60). | W001 | RYC | 6.30 |
| 11/17/06 | Further revisions to time entries. | W011 | ACS | 0.20 |
| 11/17/06 | Analysis of settlement agreements with various insurance companies re: amounts, payment schedules and other issues. | W001 | GFF | 4.80 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

|  |  |  |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| December 21, 2006 | INVOICE: | 213968 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/17/06 | Computed various Grace policy availability totals including specific settlement and coverage in place but not yet tendered amounts. | W001 | HEG | 5.50 |
| 11/17/06 | Reviewed Grace Settlement Agreements and "Grace Limit Availability." | W001 | IF | 6.40 |
| 11/17/06 | Prepare analysis for settlement purposes re: premises coverage, insolvent unsettled coverage, and prior settlement/coverage in place amounts. | W001 | RYC | 6.80 |
| 11/19/06 | Review and analysis re: premises coverage, insolvent coverage, and settlements/coverage-in-place. | W001 | RYC | 6.50 |
| 11/20/06 | Analysis of selected settlement agreements re: remaining coverage in policies. | W001 | GFF | 0.90 |
| 11/20/06 | Continued to review and prepare Grace insurance policy available limit information. | W001 | IF | 3.50 |
| 11/20/06 | Hearing with Judge Fitzgerald (1.50). Evaluation of scope of coverage (.50). | W001 | RMH | 2.00 |
| 11/20/06 | Draft preliminary analysis of coverage summary for settlement. | W001 | RYC | 7.50 |
| 11/21/06 | Continued to assist in preparation of information re: "updated amounts of Grace available coverage." | W001 | IF | 2.80 |
| 11/21/06 | Attention to qualification of receiving coverage. | W001 | RMH | 0.50 |
| 11/21/06 | Revise preliminary analysis of coverage summary for settlement for submission to client. | W001 | RYC | 6.80 |
| 11/22/06 | Continued to revise preliminary analysis of coverage summary for settlement for submission to client. | W001 | RYC | 6.20 |
| 11/26/06 | Prepared summary analysis of settlements and coverage-in-place agreements. | W001 | RYC | 6.80 |
| 11/27/06 | Continued to prepare summary analysis of settlements and coverage-in-place agreements. | W001 | RYC | 6.20 |
| 11/28/06 | Finalized and forwarded fee application to local counsel. | W011 | ACS | 0.10 |
| 11/28/06 | Prepare memo regarding coverage summary and draft table of settlement and coverage-in-place agreements. | W001 | RYC | 6.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                 **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:        100055.WRG01

December 21, 2006                                                               INVOICE:           213968

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/29/06 | Review and analysis of settlement and coverage-in-place agreements, amounts, and contingencies. | W001 | RYC | 6.00 |
| 11/30/06 | Continued review and analysis of settlement and coverage-in-place agreements, amounts, and contingencies. | W001 | RYC | 6.50 |

**TOTAL FEES:**                                                                                              **$42,615.00**

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 200.00 | 0.50 | 100.00 |
| Glenn F Fields | 250.00 | 6.60 | 1,650.00 |
| Harris E Gershman | 210.00 | 5.50 | 1,155.00 |
| Izak Feldgreber | 220.00 | 15.00 | 3,300.00 |
| Robert M Horkovich | 700.00 | 7.50 | 5,250.00 |
| Robert Y Chung | 400.00 | 77.90 | 31,160.00 |
| **TOTAL FEES:** | | | **$42,615.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

December 21, 2006                                 INVOICE:          213968

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001     Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Glenn F Fields | 6.60 | 1,650.00 |
| Harris E Gershman | 5.50 | 1,155.00 |
| Izak Feldgreber | 15.00 | 3,300.00 |
| Robert M Horkovich | 7.50 | 5,250.00 |
| Robert Y Chung | 77.70 | 31,080.00 |
| **TOTAL:** | **112.30** | **42,435.00** |

ACTIVITY CODE: W011     Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Anne C Suffern | 0.50 | 100.00 |
| Robert Y Chung | 0.20 | 80.00 |
| **TOTAL:** | **0.70** | **180.00** |

**TOTAL LEGAL FEES**                                              **$42,615.00**

{D0077965.1 }NYDOCS1-846508.1

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                                         MATTER:        100055.WRG01

December 21, 2006                                                                      INVOICE:        213968

**COSTS through 11/30/06**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 11/17/06 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 11/28/06 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 11/28/06 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 11/29/06 | DI - PHOTOCOPYING - | E101 | 38.00 |
| 11/29/06 | DI - PHOTOCOPYING - | E101 | 115.00 |
| 11/30/06 | AP - TELEPHONE - - - VENDOR: AT&T TELECONFERENCE SERVICES  5197521500001 Conference calls | E105 | 40.88 |
| 11/30/06 | TRAVEL AND/OR HOTEL EXPS. - - VENDOR: DINER'S CLUB R.Horkovich | E110 | 30.00 |
| 11/30/06 | TRAVEL AND/OR HOTEL EXPS. - - VENDOR: DINER'S CLUB R.Horkovich | E110 | 179.00 |
| 11/30/06 | TRAVEL AND/OR HOTEL EXPS. - - VENDOR: DINER'S CLUB R.Horkovich | E110 | (161.10) |

**TOTAL COSTS:**                                                                                          **$244.03**

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| TE | AP - TELEPHONE - | 40.88 |
| TR | TRAVEL AND/OR HOTEL EXPS. | 47.90 |
| XE | DI - PHOTOCOPYING - | 155.25 |
|  | **TOTAL COSTS:** | **$244.03** |

{D0077965.1 }NYDOCS1-846508.1