Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                               HOURS/RATE   AMOUNT
------------------------------------------------------------------------
11/06/06   Peterson  / (07) Committee, Creditors'        0.6     420.00
#6618      Telephone Finch re: POC claims and analyses  700.00

11/06/06   Relles    / (07) Committee, Creditors'        0.6     255.00
#6823      Telephone Finch re: settled claims POC       425.00

11/09/06   Ebener    / (07) Committee, Creditors'        0.5     150.00
#7117      Prepare list of missing verdict reporter volumes and 300.00
           email to Finch

11/19/06   Peterson  / (07) Committee, Creditors'        0.5     350.00
#6666      Email to Finch re: status of report          700.00

11/20/06   Relles    / (07) Committee, Creditors'        0.3     127.50
#6887      Email Finch re: Kirkland-Ellis noncompliance 425.00

11/26/06   Relles    / (07) Committee, Creditors'        0.8     340.00
#6905      Read Slocombe memo                           425.00

11/27/06   Peterson  / (07) Committee, Creditors'        0.4     280.00
#6680      Telephone Relles re: planning for Finch phone call 700.00

11/27/06   Relles    / (07) Committee, Creditors'        0.4     170.00
#6910      Telephone Peterson re: planning for Finch phone call 425.00

11/29/06   Peterson  / (07) Committee, Creditors'        1.8    1260.00
#6685      Telephone conference, Finch, Slocombe & Relles re: 700.00
           draft of report

11/29/06   Relles    / (07) Committee, Creditors'        0.8     340.00
#6920      Prepare for conference call with Finch, Slocombe, 425.00
           and Peterson

11/29/06   Relles    / (07) Committee, Creditors'        1.8     765.00
#6921      Participate in conference call with Finch, Slocombe, 425.00
           and Peterson

{D0078068.1 }

Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 2

                    W. R. Grace

Date/Slip# Description                                HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
11/01/06  Ebener    / (20) Travel - Non-working            4.5    675.00
#7103     Travel to Rust                                 150.00

11/01/06  Relles    / (20) Travel - Non-working            4.5    956.25
#6805     Travel to Minneapolis                          212.50

11/02/06  Ebener    / (20) Travel - Non-working            6.0    900.00
#7108     Travel from Rust meeting                       150.00

11/02/06  Relles    / (20) Travel - Non-working            6.0   1275.00
#6807     Travel to Los Angeles                          212.50

11/09/06  Ebener    / (20) Travel - Non-working            8.0   1200.00
#7116     Travel to Verus Meeting                        150.00

11/10/06  Ebener    / (20) Travel - Non-working            0.7    105.00
#7118     Travel to Verus Meeting                        150.00

11/10/06  Ebener    / (20) Travel - Non-working            0.5     75.00
#7120     Travel from Verus Meeting                      150.00

11/11/06  Ebener    / (20) Travel - Non-working            8.0   1200.00
#7121     Travel from Verus Meeting                      150.00

Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 3

            W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/01/06 #7101 | Ebener   / (28) Data Analysis<br>Meeting Relles re: agenda for Rust visit | 1.5<br>300.00 | 450.00 |
| 11/01/06 #7102 | Ebener   / (28) Data Analysis<br>Email Relles, Peterson, Graham, Gillespie about trip<br>logistics | 0.3<br>300.00 | 90.00 |
| 11/01/06 #7104 | Ebener   / (28) Data Analysis<br>Review Rust protocols | 1.6<br>300.00 | 480.00 |
| 11/01/06 #6601 | Peterson  / (28) Data Analysis<br>Analyses of settlement variables | 2.7<br>700.00 | 1890.00 |
| 11/01/06 #6602 | Peterson  / (28) Data Analysis<br>Telephone Relles re: analyses of group settlements | 0.2<br>700.00 | 140.00 |
| 11/01/06 #6603 | Peterson  / (28) Data Analysis<br>Work on estimation report | 6.9<br>700.00 | 4830.00 |
| 11/01/06 #6801 | Relles   / (28) Data Analysis<br>Redo projections | 0.8<br>425.00 | 340.00 |
| 11/01/06 #6802 | Relles   / (28) Data Analysis<br>Meeting Ebener re: agenda for Rust visit | 1.5<br>425.00 | 637.50 |
| 11/01/06 #6803 | Relles   / (28) Data Analysis<br>Review Rust protocols | 1.3<br>425.00 | 552.50 |
| 11/01/06 #6804 | Relles   / (28) Data Analysis<br>Review Rust data files | 1.7<br>425.00 | 722.50 |
| 11/01/06 #6806 | Relles   / (28) Data Analysis<br>Determine what is different between 1998 and other<br>years' group settlements (.6); telephone Peterson<br>re: same (.2) | 0.8<br>425.00 | 340.00 |
| 11/02/06 #7105 | Ebener   / (28) Data Analysis<br>Meet with Relles and Graham to prepare for Rust<br>meeting | 1.0<br>300.00 | 300.00 |
| 11/02/06 #7106 | Ebener   / (28) Data Analysis<br>Meeting at Rust | 4.0<br>300.00 | 1200.00 |
| 11/02/06 #7107 | Ebener   / (28) Data Analysis<br>Meet with Graham and Relles re: results of Rust<br>meeting | 1.0<br>300.00 | 300.00 |

Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 4

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/02/06 Peterson  / (28) Data Analysis | | 0.3 | 210.00 |
| #6604 | Telephone Relles re: results of Rust meeting | 700.00 | |
| 11/02/06 Peterson  / (28) Data Analysis | | 8.7 | 6090.00 |
| #6605 | Work on estimation report | 700.00 | |
| 11/02/06 Relles  / (28) Data Analysis | | 1.0 | 425.00 |
| #6808 | Meet with Graham and Ebener re: Rust agenda | 425.00 | |
| 11/02/06 Relles  / (28) Data Analysis | | 4.0 | 1700.00 |
| #6809 | Meet with Rust | 425.00 | |
| 11/02/06 Relles  / (28) Data Analysis | | 1.0 | 425.00 |
| #6810 | Meet with Graham and Ebener re: results of Rust meeting | 425.00 | |
| 11/02/06 Relles  / (28) Data Analysis | | 0.3 | 127.50 |
| #6811 | Telephone Peterson re: results of Rust meeting | 425.00 | |
| 11/03/06 Peterson  / (28) Data Analysis | | 1.2 | 840.00 |
| #6606 | Telephone Relles re: site visit to Rust Consulting | 700.00 | |
| 11/03/06 Peterson  / (28) Data Analysis | | 1.4 | 980.00 |
| #6607 | Review PIQ data | 700.00 | |
| 11/03/06 Peterson  / (28) Data Analysis | | 1.6 | 1120.00 |
| #6608 | Review settled claims POC responses | 700.00 | |
| 11/03/06 Peterson  / (28) Data Analysis | | 1.7 | 1190.00 |
| #6609 | Examine data on POC and PIQ response rates | 700.00 | |
| 11/03/06 Peterson  / (28) Data Analysis | | 0.4 | 280.00 |
| #6610 | Telephone Relles re: calculation of discount rate | 700.00 | |
| 11/03/06 Peterson  / (28) Data Analysis | | 0.3 | 210.00 |
| #6611 | Review emails re: discount rate | 700.00 | |
| 11/03/06 Peterson  / (28) Data Analysis | | 4.8 | 3360.00 |
| #6612 | Work on estimation report | 700.00 | |
| 11/03/06 Relles  / (28) Data Analysis | | 0.4 | 170.00 |
| #6812 | Telephone Peterson re: calculation of discount rate | 425.00 | |
| 11/03/06 Relles  / (28) Data Analysis | | 1.0 | 425.00 |
| #6813 | Summarize results of Rust visit, prepare for Peterson phone conversation | 425.00 | |

Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 5

          W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/03/06 #6814 | Relles   / (28) Data Analysis<br>Telephone Peterson re: Rust visit and implications for report | 1.2<br>425.00 | 510.00 |
| 11/03/06 #6815 | Relles   / (28) Data Analysis<br>Work on names matching for settled claims POC data | 3.5<br>425.00 | 1487.50 |
| 11/04/06 #7109 | Ebener   / (28) Data Analysis<br>Complete notes from Rust meeting | 1.0<br>300.00 | 300.00 |
| 11/04/06 #6613 | Peterson  / (28) Data Analysis<br>Review PIQ, POC and claims databases | 4.4<br>700.00 | 3080.00 |
| 11/04/06 #6614 | Peterson  / (28) Data Analysis<br>Work on report | 2.7<br>700.00 | 1890.00 |
| 11/04/06 #6816 | Relles   / (28) Data Analysis<br>Work on names matching: linking settled claims POC data to history file | 2.3<br>425.00 | 977.50 |
| 11/04/06 #6817 | Relles   / (28) Data Analysis<br>Examine overlaps between history file and what has been received in the POC data, by law firm | 2.8<br>425.00 | 1190.00 |
| 11/05/06 #6615 | Peterson  / (28) Data Analysis<br>Telephone Relles re: law firm information | 1.1<br>700.00 | 770.00 |
| 11/05/06 #6616 | Peterson  / (28) Data Analysis<br>Work on report | 6.7<br>700.00 | 4690.00 |
| 11/05/06 #6617 | Peterson  / (28) Data Analysis<br>Read An Air that Kills | 2.5<br>700.00 | 1750.00 |
| 11/05/06 #6818 | Relles   / (28) Data Analysis<br>Telephone Peterson re: law firm information | 1.1<br>425.00 | 467.50 |
| 11/05/06 #6819 | Relles   / (28) Data Analysis<br>Set up OCR capability for names matching | 1.8<br>425.00 | 765.00 |
| 11/05/06 #6820 | Relles   / (28) Data Analysis<br>Match history and POC data by firm, assess problems with the links | 2.3<br>425.00 | 977.50 |
| 11/05/06 #6821 | Relles   / (28) Data Analysis<br>Summarize problems with various law firms for Peterson discussion | 2.5<br>425.00 | 1062.50 |

Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 6

               W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|------------|-------------|-----------|--------|
| 11/06/06<br>#6619 | Peterson  / (28) Data Analysis<br>Telephone Relles re: settled claims POC | 0.8<br>700.00 | 560.00 |
| 11/06/06<br>#6620 | Peterson  / (28) Data Analysis<br>Telephone Relles re: dollar variations | 1.3<br>700.00 | 910.00 |
| 11/06/06<br>#6621 | Peterson  / (28) Data Analysis<br>Telephone Relles re: projections | 0.4<br>700.00 | 280.00 |
| 11/06/06<br>#6622 | Peterson  / (28) Data Analysis<br>Analyses of trends in Grace settlements | 3.8<br>700.00 | 2660.00 |
| 11/06/06<br>#6623 | Peterson  / (28) Data Analysis<br>Analyses of alternative estimates of values of<br>claims against Grace | 3.3<br>700.00 | 2310.00 |
| 11/06/06<br>#6624 | Peterson  / (28) Data Analysis<br>Work on report | 1.7<br>700.00 | 1190.00 |
| 11/06/06<br>#6822 | Relles    / (28) Data Analysis<br>Telephone Peterson re: settled claims POC | 0.8<br>425.00 | 340.00 |
| 11/06/06<br>#6824 | Relles    / (28) Data Analysis<br>Telephone Peterson re: dollar variations | 1.3<br>425.00 | 552.50 |
| 11/06/06<br>#6825 | Relles    / (28) Data Analysis<br>Run regressions to show increasing rates of payment,<br>by state | 2.6<br>425.00 | 1105.00 |
| 11/06/06<br>#6826 | Relles    / (28) Data Analysis<br>Summarize law firm settled claims POC | 1.4<br>425.00 | 595.00 |
| 11/06/06<br>#6827 | Relles    / (28) Data Analysis<br>Run projections, summarize for Peterson discussion | 2.0<br>425.00 | 850.00 |
| 11/06/06<br>#6828 | Relles    / (28) Data Analysis<br>Telephone Peterson re: projections | 0.4<br>425.00 | 170.00 |
| 11/06/06<br>#6829 | Relles    / (28) Data Analysis<br>Set up projections for continuous variation in<br>payments | 1.3<br>425.00 | 552.50 |
| 11/07/06<br>#7110 | Ebener    / (28) Data Analysis<br>Email Verus, Gillespie about meeting confirmation<br>and time | 0.5<br>300.00 | 150.00 |

Date: 12/29/06             Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 7

             W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/07/06 | Peterson  / (28) Data Analysis | 0.3 | 210.00 |
| #6625 | Telephone Relles re: additional regressions with Grace data | 700.00 | |
| 11/07/06 | Peterson  / (28) Data Analysis | 1.1 | 770.00 |
| #6626 | Review emails re: site visit to Verus | 700.00 | |
| 11/07/06 | Peterson  / (28) Data Analysis | 4.9 | 3430.00 |
| #6627 | Work on estimation report | 700.00 | |
| 11/07/06 | Relles  / (28) Data Analysis | 2.3 | 977.50 |
| #6830 | Run projections with continuous variation in payments, modify algorithms | 425.00 | |
| 11/07/06 | Relles  / (28) Data Analysis | 1.6 | 680.00 |
| #6831 | Run additional regressions with Grace data (1.3); telephone Peterson (.3) re: same | 425.00 | |
| 11/08/06 | Ebener  / (28) Data Analysis | 1.0 | 300.00 |
| #7111 | Prepare agenda for Verus Meeting | 300.00 | |
| 11/08/06 | Ebener  / (28) Data Analysis | 1.0 | 300.00 |
| #7112 | Distribute draft agenda for Verus meeting(0.4); discuss with Relles, Peterson (0.2); revise and distribute to Verus, Gillespie (0.4) | 300.00 | |
| 11/08/06 | Ebener  / (28) Data Analysis | 0.1 | 30.00 |
| #7113 | Email Edwards about status of data entry | 300.00 | |
| 11/08/06 | Ebener  / (28) Data Analysis | 0.1 | 30.00 |
| #7114 | Telephone Peterson about status of coding | 300.00 | |
| 11/08/06 | Peterson  / (28) Data Analysis | 0.5 | 350.00 |
| #6628 | Telephone Relles re: organization of estimation report | 700.00 | |
| 11/08/06 | Peterson  / (28) Data Analysis | 4.2 | 2940.00 |
| #6629 | Outline estimation report | 700.00 | |
| 11/08/06 | Peterson  / (28) Data Analysis | 5.3 | 3710.00 |
| #6630 | Work on estimation report | 700.00 | |
| 11/08/06 | Peterson  / (28) Data Analysis | 0.1 | 70.00 |
| #6631 | Telephone Ebener about status of coding | 700.00 | |

```
Date: 12/29/06           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 8

            W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/08/06<br>#6632 | Peterson  / (28) Data Analysis<br>Telephone Ebener and Relles re: Verus meeting | 0.2<br>700.00 | 140.00 |
| 11/08/06<br>#6832 | Relles   / (28) Data Analysis<br>Telephone Peterson re: design of report | 0.5<br>425.00 | 212.50 |
| 11/08/06<br>#6833 | Relles   / (28) Data Analysis<br>Work on report | 2.6<br>425.00 | 1105.00 |
| 11/08/06<br>#6834 | Relles   / (28) Data Analysis<br>Telephone Ebener and Peterson re: Verus meeting | 0.2<br>425.00 | 85.00 |
| 11/09/06<br>#7115 | Ebener   / (28) Data Analysis<br>Telephone Peterson, telephone Relles re: Verus visit | 0.4<br>300.00 | 120.00 |
| 11/09/06<br>#6633 | Peterson  / (28) Data Analysis<br>Telephone Ebener & Relles  re: Verus site visit | 0.4<br>700.00 | 280.00 |
| 11/09/06<br>#6634 | Peterson  / (28) Data Analysis<br>Telephone Relles re: tables for report | 0.4<br>700.00 | 280.00 |
| 11/09/06<br>#6635 | Peterson  / (28) Data Analysis<br>Review criticisms of party expert's creation of<br>partisan databases | 2.1<br>700.00 | 1470.00 |
| 11/09/06<br>#6636 | Peterson  / (28) Data Analysis<br>Work on estimation report | 6.6<br>700.00 | 4620.00 |
| 11/09/06<br>#6835 | Relles   / (28) Data Analysis<br>Update Seer results using latest Seerstat program | 2.3<br>425.00 | 977.50 |
| 11/09/06<br>#6836 | Relles   / (28) Data Analysis<br>Work on report: document Seer results | 1.7<br>425.00 | 722.50 |
| 11/09/06<br>#6837 | Relles   / (28) Data Analysis<br>Telephone Peterson, telephone Ebener re: Verus visit | 0.4<br>425.00 | 170.00 |
| 11/09/06<br>#6838 | Relles   / (28) Data Analysis<br>Work on report: develop tables | 3.1<br>425.00 | 1317.50 |
| 11/09/06<br>#6839 | Relles   / (28) Data Analysis<br>Telephone Peterson re: tables for report | 0.4<br>425.00 | 170.00 |
| 11/10/06<br>#7119 | Ebener   / (28) Data Analysis<br>Meeting at Verus | 5.0<br>300.00 | 1500.00 |

```
Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                 Page 9

          W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/10/06 #6637 | Peterson  / (28) Data Analysis<br>Telephone Relles re: report | 0.8<br>700.00 | 560.00 |
| 11/10/06 #6638 | Peterson  / (28) Data Analysis<br>Work on estimation report | 7.2<br>700.00 | 5040.00 |
| 11/10/06 #6840 | Relles    / (28) Data Analysis<br>Work on report; develop tables, run projections | 6.3<br>425.00 | 2677.50 |
| 11/10/06 #6841 | Relles    / (28) Data Analysis<br>Telephone Peterson re: report | 0.8<br>425.00 | 340.00 |
| 11/11/06 #7122 | Ebener    / (28) Data Analysis<br>Edit notes from Verus meeting | 1.0<br>300.00 | 300.00 |
| 11/11/06 #6639 | Peterson  / (28) Data Analysis<br>Telephone Relles re: report | 1.0<br>700.00 | 700.00 |
| 11/11/06 #6640 | Peterson  / (28) Data Analysis<br>Work on estimation report | 8.1<br>700.00 | 5670.00 |
| 11/11/06 #6842 | Relles    / (28) Data Analysis<br>Work on report; develop tables, run projections | 5.6<br>425.00 | 2380.00 |
| 11/11/06 #6843 | Relles    / (28) Data Analysis<br>Telephone Peterson re: report | 1.0<br>425.00 | 425.00 |
| 11/12/06 #6641 | Peterson  / (28) Data Analysis<br>Telephone Relles re: examine "stale" claims issue | 0.6<br>700.00 | 420.00 |
| 11/12/06 #6642 | Peterson  / (28) Data Analysis<br>Telephone Relles re: examine annual filings by law<br>firms | 0.8<br>700.00 | 560.00 |
| 11/12/06 #6643 | Peterson  / (28) Data Analysis<br>Review effects of claims moratoria issue | 3.2<br>700.00 | 2240.00 |
| 11/12/06 #6644 | Peterson  / (28) Data Analysis<br>Review resolutions and claims pendency by filing<br>year | 2.2<br>700.00 | 1540.00 |
| 11/12/06 #6645 | Peterson  / (28) Data Analysis<br>Telephone Relles re: report | 0.7<br>700.00 | 490.00 |
| 11/12/06 #6646 | Peterson  / (28) Data Analysis<br>Work on estimation report | 6.7<br>700.00 | 4690.00 |

Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 10

            W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/12/06<br>#6844 | Relles    / (28) Data Analysis<br>Examine stale claims (.6); telephone Peterson (.6)<br>re: same | 1.2<br>425.00 | 510.00 |
| 11/12/06<br>#6845 | Relles    / (28) Data Analysis<br>Examine gaps in filing (.8); telephone Peterson (.8)<br>re: same | 1.6<br>425.00 | 680.00 |
| 11/12/06<br>#6846 | Relles    / (28) Data Analysis<br>Work on report; develop tables, run projections | 6.0<br>425.00 | 2550.00 |
| 11/12/06<br>#6847 | Relles    / (28) Data Analysis<br>Telephone Peterson re: report | 0.7<br>425.00 | 297.50 |
| 11/13/06<br>#7123 | Ebener    / (28) Data Analysis<br>Telephone Peterson about Verus meeting | 0.5<br>300.00 | 150.00 |
| 11/13/06<br>#7124 | Ebener    / (28) Data Analysis<br>Follow-up with Gillespie on Verus meeting | 0.5<br>300.00 | 150.00 |
| 11/13/06<br>#7125 | Ebener    / (28) Data Analysis<br>Follow-up with Eveland on Verus meeting | 0.5<br>300.00 | 150.00 |
| 11/13/06<br>#6647 | Peterson  / (28) Data Analysis<br>Telephone Relles re: mesothelioma claims in 2001 | 0.2<br>700.00 | 140.00 |
| 11/13/06<br>#6648 | Peterson  / (28) Data Analysis<br>Telephone Ebener about Verus meeting | 0.5<br>700.00 | 350.00 |
| 11/13/06<br>#6649 | Peterson  / (28) Data Analysis<br>Work on estimation report | 10.7<br>700.00 | 7490.00 |
| 11/13/06<br>#6848 | Relles    / (28) Data Analysis<br>Prepare payment distribution for Radecki | 1.0<br>425.00 | 425.00 |
| 11/13/06<br>#6849 | Relles    / (28) Data Analysis<br>Work on report | 7.5<br>425.00 | 3187.50 |
| 11/13/06<br>#6850 | Relles    / (28) Data Analysis<br>Telephone Peterson (.2), Biggs (.5) re: large number<br>of mesothelioma claims in 2001 | 0.7<br>425.00 | 297.50 |
| 11/13/06<br>#6851 | Relles    / (28) Data Analysis<br>Display trends in dollar amounts | 1.3<br>425.00 | 552.50 |

Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 11

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/14/06 Ebener | / (28) Data Analysis | 1.0 | 300.00 |
| #7126 | Finalize and distribute notes from Verus meeting to Relles, Peterson | 300.00 | |
| 11/14/06 Peterson | / (28) Data Analysis | 0.8 | 560.00 |
| #6650 | Telephone Relles re: duplicates analysis, other aspects of report | 700.00 | |
| 11/14/06 Peterson | / (28) Data Analysis | 2.2 | 1540.00 |
| #6651 | Analyses of values of claims | 700.00 | |
| 11/14/06 Peterson | / (28) Data Analysis | 8.3 | 5810.00 |
| #6652 | Work on report | 700.00 | |
| 11/14/06 Relles | / (28) Data Analysis | 4.0 | 1700.00 |
| #6852 | Work on duplicates analyses for report | 425.00 | |
| 11/14/06 Relles | / (28) Data Analysis | 6.5 | 2762.50 |
| #6853 | Work on report | 425.00 | |
| 11/14/06 Relles | / (28) Data Analysis | 0.8 | 340.00 |
| #6854 | Telephone Peterson re: duplicates analysis, other aspects of report | 425.00 | |
| 11/15/06 Peterson | / (28) Data Analysis | 1.2 | 840.00 |
| #6653 | Telephone Relles (several calls) re: discuss and comment on report | 700.00 | |
| 11/15/06 Peterson | / (28) Data Analysis | 1.1 | 770.00 |
| #6654 | Review issues of duplicate claims | 700.00 | |
| 11/15/06 Peterson | / (28) Data Analysis | 1.2 | 840.00 |
| #6655 | Review data on Libby claims and settlements | 700.00 | |
| 11/15/06 Peterson | / (28) Data Analysis | 13.6 | 9520.00 |
| #6656 | Work on report | 700.00 | |
| 11/15/06 Relles | / (28) Data Analysis | 3.0 | 1275.00 |
| #6855 | Work on report's tables and graphics | 425.00 | |
| 11/15/06 Relles | / (28) Data Analysis | 1.2 | 510.00 |
| #6856 | Telephone Peterson (several calls) re: discuss and comment on report | 425.00 | |
| 11/15/06 Relles | / (28) Data Analysis | 1.5 | 637.50 |
| #6857 | Review Peterson's sections of report | 425.00 | |

Date: 12/29/06              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 12

                    W. R. Grace

Date/Slip#  Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
11/15/06  Relles    / (28) Data Analysis                        6.0   2550.00
#6858     Work on report                                     425.00

11/16/06  Peterson  / (28) Data Analysis                        1.4    980.00
#6657     Telephone Relles re: progress on report, writing   700.00
          separate sections, statue

11/16/06  Peterson  / (28) Data Analysis                       14.4  10080.00
#6658     Work on report                                     700.00

11/16/06  Relles    / (28) Data Analysis                        1.7    722.50
#6859     Regenerate datasets and related summary output     425.00

11/16/06  Relles    / (28) Data Analysis                        1.2    510.00
#6860     Run additional projections                         425.00

11/16/06  Relles    / (28) Data Analysis                        4.2   1785.00
#6861     Work on tables and graphics of report              425.00

11/16/06  Relles    / (28) Data Analysis                        4.5   1912.50
#6862     Work on text of report                             425.00

11/16/06  Relles    / (28) Data Analysis                        1.8    765.00
#6863     Read report                                        425.00

11/16/06  Relles    / (28) Data Analysis                        1.4    595.00
#6864     Telephone Peterson re: progress on report, writing 425.00
          separate sections, statue

11/17/06  Peterson  / (28) Data Analysis                        1.2    840.00
#6659     Telephone Relles re: progress on report, writing   700.00
          separate sections, statue

11/17/06  Peterson  / (28) Data Analysis                       12.9   9030.00
#6660     Work on report                                     700.00

11/17/06  Peterson  / (28) Data Analysis                        1.1    770.00
#6661     Address issue of disutility of Rust data shipments 700.00

11/17/06  Relles    / (28) Data Analysis                        2.5   1062.50
#6865     Review shipment of 35 dvds from Rust               425.00

11/17/06  Relles    / (28) Data Analysis                        2.3    977.50
#6866     Produce new transition matrices, regenerate datasets 425.00
          and related summary output

Date: 12/29/06              Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 13

            W. R. Grace


Date/Slip# Description                                HOURS/RATE    AMOUNT
--------------------------------------------------------------------------
11/17/06  Relles    / (28) Data Analysis                   1.2     510.00
#6867     Run additional projections                    425.00

11/17/06  Relles    / (28) Data Analysis                   2.4    1020.00
#6868     Work on tables and graphics of report         425.00

11/17/06  Relles    / (28) Data Analysis                   4.6    1955.00
#6869     Work on text of report                        425.00

11/17/06  Relles    / (28) Data Analysis                   1.5     637.50
#6870     Read report                                   425.00

11/17/06  Relles    / (28) Data Analysis                   1.2     510.00
#6871     Telephone Peterson re: progress on report, writing  425.00
          separate sections, statue

11/18/06  Peterson  / (28) Data Analysis                  14.5   10150.00
#6662     Work on report                                700.00

11/18/06  Peterson  / (28) Data Analysis                   1.6    1120.00
#6663     Telephone Relles re: progress on report, writing    700.00
          separate sections, statue

11/18/06  Relles    / (28) Data Analysis                   1.2     510.00
#6872     Regenerate datasets and related summary output  425.00

11/18/06  Relles    / (28) Data Analysis                   3.8    1615.00
#6873     Work on tables and graphics of report         425.00

11/18/06  Relles    / (28) Data Analysis                   5.0    2125.00
#6874     Work on text of report                        425.00

11/18/06  Relles    / (28) Data Analysis                   2.0     850.00
#6875     Read report                                   425.00

11/18/06  Relles    / (28) Data Analysis                   1.6     680.00
#6876     Telephone Peterson re: progress on report, writing  425.00
          separate sections, statue

11/19/06  Peterson  / (28) Data Analysis                  12.6    8820.00
#6664     Work on report                                700.00

11/19/06  Peterson  / (28) Data Analysis                   1.5    1050.00
#6665     Telephone Relles re: progress on report, writing    700.00
          separate sections, statue

{D0078068.1 }

Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 14

                W. R. Grace

Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
11/19/06  Relles    / (28) Data Analysis                 0.8    340.00
#6877     Run additional projections                   425.00

11/19/06  Relles    / (28) Data Analysis                 2.7   1147.50
#6878     Work on tables and graphics of report         425.00

11/19/06  Relles    / (28) Data Analysis                 6.2   2635.00
#6879     Work on text of report                        425.00

11/19/06  Relles    / (28) Data Analysis                 1.2    510.00
#6880     Read report                                   425.00

11/19/06  Relles    / (28) Data Analysis                 1.5    637.50
#6881     Telephone Peterson re: progress on report, writing  425.00
          separate sections, statue

11/20/06  Ebener    / (28) Data Analysis                 0.3     90.00
#7127     Email documentation to Gillespie              300.00

11/20/06  Peterson  / (28) Data Analysis                 1.5   1050.00
#6667     Review issues raised by counsel               700.00

11/20/06  Peterson  / (28) Data Analysis                 1.0    700.00
#6668     Review emails re: data from Rust               700.00

11/20/06  Peterson  / (28) Data Analysis                 4.5   3150.00
#6669     Review draft of report                        700.00

11/20/06  Relles    / (28) Data Analysis                 1.5    637.50
#6882     Read report                                   425.00

11/20/06  Relles    / (28) Data Analysis                 0.8    340.00
#6883     Summarize regression fits                     425.00

11/20/06  Relles    / (28) Data Analysis                 1.0    425.00
#6884     Generate graphics on regression fits and trends in  425.00
          payments

11/20/06  Relles    / (28) Data Analysis                 0.2     85.00
#6885     Telephone Graham re: Kirkland-Ellis response to our  425.00
          queries

11/20/06  Relles    / (28) Data Analysis                 0.6    255.00
#6886     Email Edwards re: Mealey's data               425.00

{D0078068.1 }

Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 15

                  W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/20/06 #6888 | Relles    / (28) Data Analysis<br>Email Eveland re: status of processing | 0.3<br>425.00 | 127.50 |
| 11/20/06 #6889 | Relles    / (28) Data Analysis<br>Email Thomas re: status of questionnaire processing | 0.3<br>425.00 | 127.50 |
| 11/21/06 #6670 | Peterson  / (28) Data Analysis<br>Review draft of report | 4.5<br>700.00 | 3150.00 |
| 11/21/06 #6671 | Peterson  / (28) Data Analysis<br>Review An Air that Kills | 4.1<br>700.00 | 2870.00 |
| 11/21/06 #6890 | Relles    / (28) Data Analysis<br>Process Rust PIQ files, build analytical databases | 2.7<br>425.00 | 1147.50 |
| 11/21/06 #6891 | Relles    / (28) Data Analysis<br>Examine POC database, link to history files on<br>claimant identifier | 2.4<br>425.00 | 1020.00 |
| 11/21/06 #6892 | Relles    / (28) Data Analysis<br>Telephone Eveland re: schedule | 0.3<br>425.00 | 127.50 |
| 11/22/06 #6672 | Peterson  / (28) Data Analysis<br>Review relationships of Rust and claims databases | 2.8<br>700.00 | 1960.00 |
| 11/22/06 #6673 | Peterson  / (28) Data Analysis<br>Telephone Relles re: POC and PIQ data | 0.6<br>700.00 | 420.00 |
| 11/22/06 #6893 | Relles    / (28) Data Analysis<br>Telephone Peterson re: POC and PIQ data | 0.6<br>425.00 | 255.00 |
| 11/22/06 #6894 | Relles    / (28) Data Analysis<br>Process Verus data | 2.3<br>425.00 | 977.50 |
| 11/22/06 #6895 | Relles    / (28) Data Analysis<br>Develop disease and exposure information from Verus<br>data | 0.9<br>425.00 | 382.50 |
| 11/22/06 #6896 | Relles    / (28) Data Analysis<br>Generate file with linked history, Rust, and Verus<br>information; run various crosstabs from file | 2.6<br>425.00 | 1105.00 |
| 11/23/06 #6674 | Peterson  / (28) Data Analysis<br>Review An Air that Kills | 3.7<br>700.00 | 2590.00 |

Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 16

            W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/23/06 Relles / (28) Data Analysis | | 1.5 | 637.50 |
| #6897 | Investigate changes in files since last shipments; check for consistency of new files with old | 425.00 | |
| 11/23/06 Relles / (28) Data Analysis | | 3.1 | 1317.50 |
| #6898 | Work on developing sensitivity analysis variations | 425.00 | |
| 11/24/06 Peterson / (28) Data Analysis | | 2.6 | 1820.00 |
| #6675 | Review Verus data | 700.00 | |
| 11/24/06 Peterson / (28) Data Analysis | | 3.3 | 2310.00 |
| #6676 | Review An Air that Kills | 700.00 | |
| 11/24/06 Relles / (28) Data Analysis | | 2.5 | 1062.50 |
| #6899 | Process image files to complete development of materials for Verus | 425.00 | |
| 11/24/06 Relles / (28) Data Analysis | | 1.7 | 722.50 |
| #6900 | Develop weights to extrapolate Verus data to the open claims population | 425.00 | |
| 11/24/06 Relles / (28) Data Analysis | | 1.8 | 765.00 |
| #6901 | Build files to support sensitivity analysis variations | 425.00 | |
| 11/25/06 Peterson / (28) Data Analysis | | 4.7 | 3290.00 |
| #6677 | Review and work on draft of report | 700.00 | |
| 11/25/06 Relles / (28) Data Analysis | | 1.9 | 807.50 |
| #6902 | Develop transition matrices based on Verus data | 425.00 | |
| 11/25/06 Relles / (28) Data Analysis | | 1.6 | 680.00 |
| #6903 | Run projections based on Verus transition matrix | 425.00 | |
| 11/25/06 Relles / (28) Data Analysis | | 2.8 | 1190.00 |
| #6904 | Update analytical files related to Verus or questionnaire data | 425.00 | |
| 11/26/06 Peterson / (28) Data Analysis | | 5.3 | 3710.00 |
| #6678 | Review and work on draft of report | 700.00 | |
| 11/26/06 Relles / (28) Data Analysis | | 0.3 | 127.50 |
| #6906 | Examine Manville 2006 claims | 425.00 | |

Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 17

                    W. R. Grace

Date/Slip# Description                              HOURS/RATE   AMOUNT
---------------------------------------------------------------------------
11/26/06  Relles    / (28) Data Analysis                3.4   1445.00
#6907     Investigate judgments: develop lists, compute  425.00
          averages values

11/26/06  Relles    / (28) Data Analysis                0.3    127.50
#6908     Email Edwards re: files                       425.00

11/27/06  Peterson  / (28) Data Analysis                2.8   1960.00
#6679     Review information about judgments (2.2); discuss  700.00
          with Relles (.6)

11/27/06  Peterson  / (28) Data Analysis                1.3    910.00
#6681     Address issues of Grace settlement data       700.00

11/27/06  Peterson  / (28) Data Analysis                1.6   1120.00
#6682     Research issues of doctors                    700.00

11/27/06  Relles    / (28) Data Analysis                1.6    680.00
#6909     Investigate status of exposure information    425.00

11/27/06  Relles    / (28) Data Analysis                0.6    255.00
#6911     Telephone Peterson re: judgments              425.00

11/27/06  Relles    / (28) Data Analysis                1.0    425.00
#6912     Status of judgments analysis, analysis of Manville  425.00
          data, exposure analysis

11/27/06  Relles    / (28) Data Analysis                1.3    552.50
#6913     Update judgments analysis                     425.00

11/28/06  Peterson  / (28) Data Analysis                5.4   3780.00
#6683     Review and work on draft of report            700.00

11/28/06  Peterson  / (28) Data Analysis                2.8   1960.00
#6684     Review summaries of Grace judgments (2.4); telephone  700.00
          Relles (.4)

11/28/06  Relles    / (28) Data Analysis                2.0    850.00
#6914     Review all analysis files for consistency     425.00

11/28/06  Relles    / (28) Data Analysis                0.4    170.00
#6915     Telephone Peterson re: summaries of Grace judgments  425.00

11/28/06  Relles    / (28) Data Analysis                0.5    212.50
#6916     Nonparametric regression email specification to  425.00
          Ridgeway

Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 18

                W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|------------|-------------|------------|--------|
| 11/28/06 Relles   / (28) Data Analysis<br>#6917   Read and revise report | | 2.9<br>425.00 | 1232.50 |
| 11/29/06 Peterson / (28) Data Analysis<br>#6686   Review matters raised in telephone conference | | 1.6<br>700.00 | 1120.00 |
| 11/29/06 Peterson / (28) Data Analysis<br>#6687   Telephone Relles re: missing disease information and<br>transition matrices | | 0.5<br>700.00 | 350.00 |
| 11/29/06 Peterson / (28) Data Analysis<br>#6688   Review and work on draft of report | | 3.6<br>700.00 | 2520.00 |
| 11/29/06 Peterson / (28) Data Analysis<br>#6689   Review and work on draft of report | | 2.9<br>700.00 | 2030.00 |
| 11/29/06 Relles   / (28) Data Analysis<br>#6918   Examine POC data, match to history file, assess<br>status of POC process | | 2.5<br>425.00 | 1062.50 |
| 11/29/06 Relles   / (28) Data Analysis<br>#6919   Examine latest Manville data, determine effects on<br>propensity to sue estimates | | 0.7<br>425.00 | 297.50 |
| 11/29/06 Relles   / (28) Data Analysis<br>#6922   Resolve issues about filling in missing disease<br>information and transition matrices (1.0); telephone<br>Peterson (0.5) re: same | | 1.5<br>425.00 | 637.50 |
| 11/30/06 Peterson / (28) Data Analysis<br>#6690   Telephone Relles re: updates based on conference<br>call | | 0.3<br>700.00 | 210.00 |
| 11/30/06 Peterson / (28) Data Analysis<br>#6691   Review updates from Relles | | 2.1<br>700.00 | 1470.00 |
| 11/30/06 Peterson / (28) Data Analysis<br>#6692   Review emails re: data from Grace and Rust | | 0.4<br>700.00 | 280.00 |
| 11/30/06 Relles   / (28) Data Analysis<br>#6923   Telephone Peterson re: updates based on conference<br>call | | 0.3<br>425.00 | 127.50 |
| 11/30/06 Relles   / (28) Data Analysis<br>#6924   Update transition matrices | | 2.1<br>425.00 | 892.50 |

Date: 12/29/06           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 19

            W. R. Grace

Date/Slip# Description                                HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
11/30/06  Relles    / (28) Data Analysis                   1.7    722.50
#6925     Update and check analysis files               425.00

11/30/06  Relles    / (28) Data Analysis                   0.8    340.00
#6926     Update projections and summary tables         425.00

11/30/06  Relles    / (28) Data Analysis                   1.2    510.00
#6927     Read Bates article                            425.00
-----------------------------------------------------------------------

```
Date: 12/29/06           Legal Analysis Systems, Inc.
Time: 10:00am                                                     Page 20

          W. R. Grace

           Summary Of Time Charges, By Month and Activity
                  November 2006 - November 2006

MONTH       ACTIVITY                                    HOURS    AMOUNT
-----------------------------------------------------------------------
November  - (07) Committee, Creditors'                    8.5   4457.50
November  - (20) Travel - Non-working                    38.2   6386.25
November  - (28) Data Analysis                          531.4 300387.50
November  - (99) Total                                  578.1 311231.25

Total     - (07) Committee, Creditors'                    8.5   4457.50
Total     - (20) Travel - Non-working                    38.2   6386.25
Total     - (28) Data Analysis                          531.4 300387.50
Total     - (99) Total                                  578.1 311231.25

-----------------------------------------------------------------------------------
```

Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 21

          W. R. Grace

          Summary Of Time Charges, By Month and Person
                  November 2006 - November 2006

MONTH      PERSON                                 HOURS    AMOUNT
-------------------------------------------------------------------
November   - Relles                               243.1 101086.25
November   - Peterson                             284.5 199150.00
November   - Ebener                                50.5  10995.00
November   - Total                                578.1 311231.25

Total      - Relles                               243.1 101086.25
Total      - Peterson                             284.5 199150.00
Total      - Ebener                                50.5  10995.00
Total      - Total                                578.1 311231.25

-------------------------------------------------------------------

{D0078068.1 }

```
Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                               Page 22

        W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                 November 2006 - November 2006

MONTH       PERSON                           HOURS   RATE    AMOUNT
--------------------------------------------------------------------
(07) Committee, Creditors'

November  - Relles                            4.7    425.   1997.50
November  - Peterson                          3.3    700.   2310.00
November  - Ebener                            0.5    300.    150.00

(20) Travel - Non-working

November  - Relles                           10.5    213.   2231.25
November  - Ebener                           27.7    150.   4155.00

(28) Data Analysis

November  - Relles                          227.9    425.  96857.50
November  - Peterson                        281.2    700. 196840.00
November  - Ebener                           22.3    300.   6690.00

--------------------------------------------------------------------------------
```

```
Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 23
          W. R. Grace Expenses


                                          Total        Grace
   Item                   Professional    Expenses     Share

   1. Travel expenses     Ebener         $1,076.67   $1,076.67
   2. Travel expenses     Ebener          1,356.82    1,356.82
   3. Travel expenses     Relles            721.13      721.13
   4. Mealey's jury reports Ebener          633.27      316.63
   5. Jury Verdict Coding  Silverman        288.00      144.00

      Total Expenses                      $4,075.89   $3,615.25


   Notes: Items 4 and 5 to be divided evenly between W. R. Grace
          and G-1 Holdings.  Last column of table above provides Grace's
          share of expenses.  All items are documented fully below.

===========================================================================



1. (Ebener) Travel Camarillo-Faribault MN, November 1-2, 2006

       11/01   Taxi to airport                        $31.00
       11/01   air ticket                             595.21
       11/01   lunch                                   11.79
       11/01   hotel                                  203.17
       11/02   ground transportation: Minneaopolis to
                 Faribault (Ebener, Relles & Graham)  175.50
       11/02   change air ticket                       25.00
       11/02   dinner                                  25.00
       11/02   internet access at airport              10.00
               -------
               Total                               $1,076.67
```

```
Date: 12/29/06           Legal Analysis Systems, Inc.
Time: 10:00am                                              Page 24
              W. R. Grace Expenses (Continued)
```

2. (Ebener) Travel Camarillo-Hopewell, NJ, November 9-10, 2006.

```
        11/09  air ticket                      $803.60
        11/09  taxi airport-hotel                55.00
        11/09  hotel                            328.63
        11/10  taxi  to meeting                  40.00
        11/10  taxi from meeting                 50.00
        11/11  taxi hotel-airport                53.30
        11/11  parking at airport                26.29
               -------
               Total                         $1,356.82
```

3. (Relles) Travel Thousand Oaks-Faribault MN, November 1-2,

```
        11/01  air ticket                      $387.21
        11/01  lunch                             8.65
        11/01  dinner                           42.00
        11/01  taxi (airport to hotel)          30.00
        11/01  hotel                           191.82
        11/02  change air ticket                25.00
        11/02  lunch                             7.50
        11/02  lax parking                      29.65
               -------
               Total                           $721.13
```

4. (Ebener) Mealey's Publications - Asbestos Jury Verdict Reports

        50% Grace, 50% G-1 Holdings

            3 publications at $211.09 each:     $633.27

            Grace Share:                $316.63

Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 25

W. R. Grace Expenses (Continued)


5. (Silverman) Jury Verdict Coding

    50% Grace, 50% G-1 Holdings


                        Kathleen M. Silverman
                         6146 County Oak Rd.
                        Woodland Hills, CA 91367


        Date            Activity                Hours

        11/04/2006      JV Coding and validating  3.3
        11/05/2006      JV Coding and validating  2.4
        11/18/2006      JV Coding and validating  1.5
        -------
        Total Hours                               7.2

            @ $40.00 per Hour =  $288.00

            Grace Share:                $144.00


--------------------------------------------------------------------------------