## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                      November 1, 2006 to November 30, 2006

Invoice No. 22401

### SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------------------------------------------------|--------|-----------|
| B14 | Case Administration - | 19.50 | 3,874.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.90 | 975.00 |
| B18 | Fee Applications, Others - | 7.60 | 921.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 7.90 | 1,955.50 |
| B25 | Fee Applications, Applicant - | 8.20 | 967.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.60 | 400.00 |
| B32 | Litigation and Litigation Consulting - | 43.90 | 10,501.50 |
| B33 | ZAI Science Trial - | 0.10 | 25.00 |
| B36 | Plan and Disclosure Statement - | 16.40 | 4,161.00 |
| B37 | Hearings - | 5.90 | 1,475.00 |
| B40 | Employment Applications, Others - | 0.20 | 50.00 |
| | **Total** | **115.20** | **$25,306.50** |
| | | | |
| | **Grand Total** | **115.20** | **$25,306.50** |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|-------------------------|--------|--------|-----------|
| Michael B. Joseph | 375.00 | 1.00 | 375.00 |
| Lisa L. Coggins | 185.00 | 9.90 | 1,831.50 |
| Rick S. Miller | 240.00 | 2.00 | 480.00 |
| Steven G. Weiler | 160.00 | 1.00 | 160.00 |
| Theodore J. Tacconelli | 250.00 | 82.20 | 20,550.00 |
| Legal Assistant - MH | 100.00 | 19.10 | 1,910.00 |
| **Total** | | **115.20** | **$25,306.50** |

### DISBURSEMENT SUMMARY

| | |
|-------------------------|------------|
| Expenses - | 1,397.04 |
| **Total Disbursements** | **$1,397.04** |

**PLEASE NOTE THAT AS OF JANUARY 1, 2007,
MR. TACCONELLI'S HOURLY RATE WILL INCREASE TO $260.00.**

**Invoice No. 22401**                          **Page 2 of 20**                          December 29, 2006

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-01-06 | *Case Administration* - Review case management Memo for week ending 10/27/06 | 0.10 | LLC |
| | *Plan and Disclosure Statement* - confer with T. Tacconelli re: exclusivity appeal | 0.30 | RSM |
| | *Plan and Disclosure Statement* - confer with TJT re: time period to file opening brief | 0.10 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - respond to PD creditor inquiry | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith Sep. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern Sep. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Pitney Hardin Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullin's Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Sep. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 10/27/06 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing exhibit F and review exhibit G re Dies & Hile Dr. Longo expert report re PD estimation | 1.10 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing documents supporting PI committee's Dr. Castleman expert report | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Return call to M. Kramer re opening brief and related issues re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re opening brief and related issues re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with M. Kramer re opening brief and appendix and related issues re exclusivity appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re citations to record on appeal and related issues | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review transmittal of record on appeal to District Court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Telephone call to M. Kramer re record on appeal has been transmitted to District Court re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to J. Sakalo re transmittal of record re exclusivity appeal and related issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Telephone call to M. Kramer re citing references in opening brief re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare memo to M. Kramer re issues concerning citations in opening brief re exclusivity appeal | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Kramer re opening brief re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from L. Flores re exhibits for designation of record, forward same to S. Weiler | 0.10 | MH |
| Nov-02-06 | *Plan and Disclosure Statement* - Multiple conferences with T. Tacconelli | 1.00 | MBJ |

re issues concerning transmittal of exclusivity appeal to District Court and record on appeal

| | | |
|---|---|---|
| *Case Administration* - confer with TJT re: transmittal of record on appeal | 0.30 | RSM |
| *Case Administration* - confer with T. Tacconelli re: docketing of appeal | 0.30 | RSM |
| Committee, Creditors', Noteholders' or - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re transmittal of exclusivity appeal to District Court | 0.10 | TJT |
| *Plan and Disclosure Statement* - Prepare memo to J. Sakalo re issues concerning exclusivity appeal | 0.70 | TJT |
| *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re issues concerning record on appeal and transmittal of appeal to District Court re exclusivity appeal | 0.40 | TJT |
| *Plan and Disclosure Statement* - research re appeal issues re exclusivity appeal | 0.50 | TJT |
| *Plan and Disclosure Statement* - multiple conferences with M. Joseph re issues concerning exclusivity appeal and record on appeal and transmittal of appeal to District Court | 1.00 | TJT |
| *Plan and Disclosure Statement* - Teleconferences with District Court clerk re transmittal of appeal re exclusivity appeal | 0.20 | TJT |
| *Plan and Disclosure Statement* - Teleconference with Bankruptcy Court clerk re transmittal of appeal re exclusivity appeal | 0.10 | TJT |
| *Plan and Disclosure Statement* - Confer with RSM re issues concerning exclusivity appeal and transmittal to District Court | 0.30 | TJT |
| *Plan and Disclosure Statement* - Teleconference with chief Bankruptcy Court clerk re transmittal of exclusivity appeal to District Court and issues concerning record on appeal | 0.10 | TJT |
| *Plan and Disclosure Statement* - Teleconference with District Court clerk re issues concerning record on appeal re exclusivity appeal | 0.30 | TJT |
| *Plan and Disclosure Statement* - Teleconference with J. Sakalo re issues concerning record on appeal re exclusivity appeal | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review appeal documents re exclusivity appeal and issues concerning record on appeal | 0.20 | TJT |
| *Plan and Disclosure Statement* - Teleconference with chief Bankruptcy Court clerk re transmittal error | 0.20 | TJT |
| *Plan and Disclosure Statement* - Teleconference with District Court clerk re items not in e-docket and transmittal error | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review corrective entry filed by Bankruptcy Court clerk re transmittal error re exclusivity appeal | 0.10 | TJT |
| *Plan and Disclosure Statement* - Prepare memo to J. Sakalo re transmittal error re exclusivity appeal and related issues | 0.30 | TJT |

| | | | |
|---|---|---|---|
| Nov-03-06 | *Case Administration* - Review notice of substitution of counsel and forward | 0.10 | LLC |

| | | | |
|---|---|---|---|
| | same to M. Hedden | | |
| | *Case Administration* - Review notice of appeal filed by Prudential | 0.10 | TJT |
| | *Case Administration* - Review withdrawal of substitution of counsel for Motley Rice PD claimants | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re proposed order re motion to compel response to PI questionnaires and review proposed order | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing backup materials for Dr. Castleman's expert report re PI committee's expert reports re PI estimation | 2.70 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence from J. Sakalo re DVDs containing record on appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - work on exclusivity appeal | 0.30 | TJT |
| Nov-04-06 | *Case Administration* - Review debtors' monthly operating report for Sept. 06 | 0.30 | TJT |
| | *Case Administration* - Review Steptoe and Johnson 21st interim period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni Sep. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Pitney Hardin 22nd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Continue reviewing backup documentation re Dr. Castleman's expert report re PI estimation | 0.50 | TJT |
| Nov-05-06 | *Case Administration* - Review Foley Hoag Sep. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock & Washburn Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Stroock Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Sullivan Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Sullivan Sept. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing Dr. Castleman's backup materials for expert report re PI estimation | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Prepare memo to S. Weiler re record on appeal re exclusivity appeal | 0.10 | TJT |
| Nov-06-06 | *Plan and Disclosure Statement* - Discuss exhibits to designation of record | 0.30 | SGW |

| | | | |
|---|---|---|---|
| | on appeal with T. Tacconelli (.2); work on appeal (.1) | | |
| | *Litigation and Litigation Consulting* - continue reviewing backup documents for Dr. Castleman's expert report re PI estimation | 2.00 | TJT |
| | *Hearings* - Prepare e-mail to J. Sakalo re 10/23/06 hearing follow-up | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re record on appeal re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - conferences with S. Weiler re record on appeal re exclusivity appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Weiler re record on appeal re exclusivity appeal | 0.10 | TJT |
| Nov-07-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Notice of Service by Maccrich Fresno Limited of fact witness and expert witness disclosures for PD claims litigation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review American Legion designation of fact/expert witnesses re PD claims litigation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Catholic Diocese of Little Rock designation of fact/expert witnesses re PD claims litigation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review CHP Associates' designation of fact/expert witnesses re PD claims litigation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Port of Seattle's designation of fact/expert witnesses re PD claims litigation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Fargo Housing Authority's designation of fact/expert witnesses re PD claims litigation | 0.10 | TJT |
| | *Case Administration* - Review affidavit of Andrews and Kurth | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - re e-mail from S. Baena re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' preliminary witness disclosure re product ID, et al | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Prepare memo to S. Baena re debtors' preliminary witness disclosure re product ID, et al | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing backup documentation for Dr. Castleman's expert report | 2.70 | TJT |
| Nov-08-06 | *Case Administration* - Review case management Memo for case ending 11/3/06 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review S&R claimants' designation of fact/expert witnesses re PD claim litigation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review D&H claimants' designation of fact/expert witnesses with attachments re PD claims litigation | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review California PD claimants' designation of fact/expert witnesses re PD claims litigation | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for protective order re discovery served by Anderson Memorial Hospital with | 0.60 | TJT |

| | | |
|---|---|---|
| attachments | | |
| *Case Administration* - Review weekly case status memo for week ending 11/3/06 | 0.10 | TJT |
| *Litigation and Litigation Consulting* - continue reviewing backup documentation to Dr. Castleman's expert report re PI estimation | 2.00 | TJT |
| *Litigation and Litigation Consulting* - Review e-mails from M. Hurford re PI committee's motion to compel | 0.10 | TJT |
| *Plan and Disclosure Statement* - Confer with S. Weiler re record on appeal status re exclusivity appeal | 0.10 | TJT |
| *Case Administration* - review docket re weekly case status for week ending 11/3/06; prepare memo re same | 0.40 | MH |
| *Case Administration* - continue updating hearing transcripts folders in computer by reviewing current file lists and downloading additional various transcripts | 1.80 | MH |
| Nov-09-06   *Fee Applications, Others* - Confer with M. Hedden re expected fee application filings | 0.10 | LLC |
| *Litigation and Litigation Consulting* - Confer with T. Tacconelli re exhibits for exclusivity appeal | 0.30 | LLC |
| *Litigation and Litigation Consulting* - Confer with T. Tacconelli; re transmittal of record in exclusivity appeal | 0.10 | LLC |
| *Litigation and Litigation Consulting* - Retrieve certain appellate exhibits for file and confer with T. Tacconelli re exclusivity appeal | 0.50 | LLC |
| *Case Administration* - confer with T. Tacconelli re: docketing of appeal | 0.20 | RSM |
| *Plan and Disclosure Statement* - Work on exclusivity appeal | 0.20 | SGW |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review Louisiana claimants' designation of facts/expert witnesses re PD claims litigation with attachments | 0.40 | TJT |
| *Case Administration* - Review four miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| *Litigation and Litigation Consulting* - complete review of documentation supporting Dr. Castleman's expert report re PI estimation | 1.30 | TJT |
| *Litigation and Litigation Consulting* - Review PI committee's motion to file motion to compel under seal re PI estimation | 0.20 | TJT |
| *Litigation and Litigation Consulting* - Review PI committee's motion to compel with attachments | 1.20 | TJT |
| *Plan and Disclosure Statement* - work on exclusivity appeal re record on appeal and related issues | 2.30 | TJT |
| *Plan and Disclosure Statement* - Teleconferences with Bankruptcy Court clerk re record on appeal re exclusivity appeal | 0.20 | TJT |
| *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re transmittal of exclusivity appeal to District Court and opening brief | 0.20 | TJT |
| *Plan and Disclosure Statement* - trade e-mails with M. Kramer re opening brief re exclusivity appeal | 0.20 | TJT |

**Invoice No. 22401**                    **Page 7 of 20**                    December 29, 2006

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Prepare e-mail to S. Baena re transmittal of exclusivity appeal to District Court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with S. Weiler re record on appeal re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with S. Weiler re opening brief re exclusivity appeal | 0.10 | TJT |
| | *Fee Applications, Applicant* - calculate monthly figures in Excel re Ferry, Joseph & Pearce's 22nd Quarterly Fee Application | 1.90 | MH |
| Nov-10-06 | *Fee Applications, Applicant* - Confer with M. Hedden re preparation of 22nd quarterly fee application | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Washington's Fact/Expert Witness designation re PD claims litigation | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's objection to debtor's motion for protective order under rule 408 | 0.30 | TJT |
| | *Case Administration* - Review Piper Jaffery Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffery amended July Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's motion to file memorandun under re memorandum in support of enjoinder in PI committee's motion to compel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtor's memorandum of law in support of motion to compel responses to PI questionnaire with attachments | 0.90 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re exclusivity appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to S. Baena re exclusivity appeal | 0.10 | TJT |
| | *Fee Applications, Applicant* - Confer with paralegal re Ferry, Joseph & Pearce's Quarterly Fee Application scheduling issues | 0.10 | TJT |
| | *Case Administration* - Confer with T. Tacconelli re status of 2007 hearing schedule, review docket and download Certificate of Counsel re revised proposed 2007 hearing schedule | 0.20 | MH |
| | *Fee Applications, Others* - e-mail to L. Flores re second reminder of 12th, 13th, and 15th Amended Quarterly Fee Applications re HRA's June 05, July 05, and Feb. 06 Fee Applications | 0.10 | MH |
| | *Fee Applications, Others* - Confer with L. Coggins re reminder sent to L. Flores re amended Quarterly Fee Applications re HRA's older monthlies recently filed | 0.10 | MH |
| | *Fee Applications, Applicant* - draft summary, notice and Certificate of Service re Ferry, Joseph & Pearce's 22nd Quarterly Fee Application | 1.70 | MH |
| Nov-11-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtor's supplemental brief re motion for protective order re Anderson Memorial Hospital class certification litigation with attachments | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of settlement of | 0.20 | TJT |

|  | AIG claim with attachment |  |  |
|---|---|---|---|
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of settlement of Zurich American claim with attachment | 0.20 | TJT |
|  | *Case Administration* - Review Scott Law Group April Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Scott Law Group July Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Scott Law Group Aug. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Scott Law Group Sept. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review PWC Aug. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Scott Law Group April-June Quarterly Fee Application | 0.10 | TJT |
| Nov-12-06 | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' motion to compel Barron & Budd, et al. with attachments | 0.70 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' motion to compel Morris Sakalarios with attachments | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' motion to compel E. Moody, et al. with attachments | 1.00 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' motion to compel Lipsitz Pontario with attachments | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re expert materials for Dr. Castleman | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re expert materials for Dr. Hammer | 0.10 | TJT |
| Nov-13-06 | *Case Administration* - Review case management Memo for the week ending 11/10/06 | 0.10 | LLC |
|  | *Case Administration* - download & review 11/20 hearing agenda | 0.10 | LLC |
|  | *Fee Applications, Others* - confer with M. Hedden re status of quarterly fee applications to be filed | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review 22nd quarterly fee application for e-filing | 0.20 | LLC |
|  | *Case Administration* - confer with T. Tacconelli re: docketing of appeal | 0.20 | RSM |
|  | *Case Administration* - Review PGS 10th Quarterly Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re expert materials for Dr. Longo | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re expert materials for Dr. Schneider | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' motion to compel re J. Humphries with attachments | 0.40 | TJT |
|  | *Litigation and Litigation Consulting* - Review notice of rescheduled deposition of Dr. Segarra | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' motion to compel Thorton and Naumes, et al. with attachments | 0.50 | TJT |

|  | | | |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Review debtors' motion to compel Cooney Conway with attachments | 0.70 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's memorandum in support of motion to compel debtors to provide settlement information with attachments | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review miscellaneous docket entries in District Court re exclusivity appeal | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of docketing appeal in District Court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Felder re exclusivity appeal | 0.10 | TJT |
| | *Case Administration* - review docket re weekly case status for week ending 11/10/06 and prepare memo re same | 0.90 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's 22nd Quarterly Fee Application | 0.80 | MH |
| Nov-14-06 | *Fee Applications, Others* - Email from G. Boyer re CDG fee applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review & finalize CDG July, 2006 fee application for filing | 0.20 | LLC |
| | *Fee Applications, Others* - Review & finalize CDG August, 2006 fee application for filing | 0.20 | LLC |
| | *Fee Applications, Others* - Review & finalize CDG Sept., 2006 fee application for filing | 0.20 | LLC |
| | *Fee Applications, Others* - Review & finalize CDG 22nd quarterly fee application for filing & confer with M. Hedden re same | 0.40 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's response to debtors' motion for protective order | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' 19th omnibus objection to claims with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to disallow claims paid post-petition with attachments | 0.30 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 11/10/06 | 0.10 | TJT |
| | *Employment Applications, Others* - Review Ogilvy Renault retention application | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion to compel Hartley O'Brien, et al. with attachments | 0.70 | TJT |
| | *Hearings* - Review agenda for 11/20/06 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from W. Roman re 11/20/06 hearing preparation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review miscellaneous e-mails re opening brief re exclusivity appeal | 0.20 | TJT |

| | | | |
|---|---|---:|---|
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise CDG's July 06 Fee Application; prepare Certificate of Service re same | 0.30 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve CDG's July Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - download, review and revise CDG's Aug. 06 Fee Application; prepare Certificate of Service re same | 0.30 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve CDG's Aug. 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - download, review and revise CDG's Sept. 06 Fee Application; prepare Certificate of Service re same | 0.30 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve CDG's Sept. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - download, review and revise CDG's 22nd Quarterly Fee Application documents; prepare notice and Certificate of Service re same | 0.60 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve CDG's 22nd Quarterly Fee Application | 0.70 | MH |
| Nov-15-06 | *Fee Applications, Others* - Confer with M. Hedden re status of additional quarterly fee applications for filing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review motion to extend time to submit PI questionnaires by W. Wilson with attachments | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion to compel Goldberg Persky, et al. with attachments | 1.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Felder re draft of opening brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 11/14/06 draft of opening brief | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from EI re comments on 11/14 draft of opening brief re exclusivity appeal | 0.10 | TJT |
| Nov-16-06 | *Case Administration* - Review correspondence from K. Huck re preliminary witness disclosure | 0.10 | LLC |
| | *Fee Applications, Others* - Email from G. Boyer re status of CDG fee applications | 0.10 | LLC |
| | *Fee Applications, Others* - Email to G. Boyer re status of CDG fee applications | 0.10 | LLC |
| | *Case Administration* - attend Committee teleconference | 0.50 | RSM |
| | *Case Administration* - Review Certificate of Counsel re 2nd amended settlement agreement with Lloyds with attachment (blackline of revised settlement agreement) | 0.60 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion to compel | 0.50 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | Kelly and Ferraro, et al. with attachments |  |  |
|  | *Litigation and Litigation Consulting* - Review R. J. Lee's rebuttal report dated 11/14/06 in response to Dr. Longo's supplemental report re methodology | 0.70 | TJT |
| Nov-17-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of California's designation of expert/fact witness re PD claim litigation | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Building Laborers No. 310 designation of expert/fact witnesses re PD claim litigation | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence and respond to PD claims inquiry | 0.20 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee member re committee matters | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from committee member re committee matters | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review notice of withdrawal of motion to extend time for W. Wilson to file responses to PI questionnaire | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review scheduling order re PI questionnaire litigation objections | 0.20 | TJT |
|  | *ZAI Science Trial* - creditor inquiry re ZAI claims | 0.10 | TJT |
|  | *Case Administration* - review docket re weekly case status for week ending 11/17/06, memo to T. Tacconelli and L. Coggins re same | 0.70 | MH |
| Nov-18-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to expunge six Prudential claims with attachments | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to expunge 10 claims filed by New York City with attachments | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by Charlotte Transit Center | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of 17th omnibus objection to claims re Cummings Properties, LLC | 0.10 | TJT |
|  | *Case Administration* - Review PWC 21st Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Capstone Sept. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Richardson Patrick Feb. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Richardson Patrick Mar. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Deloitte Aug. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Deloitte Sept. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Deloitte Nov. Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Barron & Budd objection to debtors' motion re settle PI claims | 0.20 | TJT |
| Nov-19-06 | *Case Administration* - Review Caplin Drysdale 22nd Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Reed Smith 22nd Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Richardson Patrick 22nd Quarterly Fee Application | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
| | *Case Administration* - Review K&E 22nd Quarterly Fee Application | 0.20 | TJT |
| | *Case Administration* - Review Campbell Levine 22nd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill 5th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni 22nd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS 18th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Smith and Associates Aug. Fee Application | 0.10 | TJT |
| | *Hearings* - trade e-mails with J. Sakalo re 11/20/06 hearing preparation | 0.20 | TJT |
| | *Hearings* - Review matters on agenda for 11/20/06 hearing | 0.30 | TJT |
| | *Hearings* - Prepare for 11/20/06 hearing | 0.20 | TJT |
| Nov-20-06 | *Case Administration* - Review case management Memo for week ending 11/17/06 | 0.10 | LLC |
| | *Case Administration* - 11/20/06 hearing follow-up | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Dies & Hile amended designation of facts/expert witnesses re PD claims litigation | 0.20 | TJT |
| | *Case Administration* - Review Piper Jaffery 3rd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Orrick 3rd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review amended Certificate of Counsel re Lloyd's settlement | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mails from S. Baena re committee matters (x2) | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from D. Speights re committee matters | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review rebuttal report by Dr. Morris | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion compel Weitz and Lutzenberg to respond to PI questionnaire with attachments | 0.50 | TJT |
| | *Hearings* - Review e-mail from S. Baena re 11/20 hearing coverage | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 4.00 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Felder re opening brief re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re opening brief re exclusivity appeal | 0.10 | TJT |
| | *Case Administration* - review docket re weekly case status for week ending 11/17/06 adding additional entries filed Friday evening, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| Nov-21-06 | *Case Administration* - Review notice of address change & forward same to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Sept., 2006 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re 19th statement of PD Committee expenses for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re HRA | 0.10 | LLC |

| | | |
|---|---|---|
| Sept., 2006 fee application for filing | | |
| *Fee Applications, Applicant* - Review Certificate of No Objection re Sept.., 2006 fee application for filing | 0.10 | LLC |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 27th continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 17th omnibus objection to claims | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 18th omnibus objection to claims | 0.10 | TJT |
| *Case Administration* - Review affidavit of D. Setter | 0.10 | TJT |
| *Case Administration* - Review weekly case status memo for week ending 11/17/06 | 0.10 | TJT |
| *Case Administration* - Review notice of change of address for Siebel Systems and forward to paralegal | 0.10 | TJT |
| *Case Administration* - Review order approving Lloyd's settlement and briefly review attachment | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' notice of service of response to PI committee's 1st set of request for admissions and supplemental interrogatories | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' x-ray protocol paper with attachments | 1.40 | TJT |
| *Hearings* - 11/20/06 hearing follow up | 0.10 | TJT |
| *Hearings* - Review agenda for 11/27/06 hearing | 0.10 | TJT |
| *Hearings* - Review notice of rescheduled hearing re 12/05/06 hearing | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Liesemer re opening brief | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review e-mails from R. Frankel re opening brief (x2) | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review e-mails from S. Baena re opening brief (x2) | 0.20 | TJT |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's Sept. 06 Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Sept. 06 Fee Application | 0.50 | MH |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re PD Comm. 19th (July-Sept.) Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re PD Comm. 19th Fee Application | 0.50 | MH |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's Sept. 06 Fee Application | 0.30 | MH |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Sept. 06 Fee Application | 0.50 | MH |
| *Fee Applications, Applicant* - draft Certificate of No Objection and | 0.30 | MH |

|  | | | |
|---|---|---|---|
|  | Certificate of Service re Ferry, Joseph & Pearce's Sept. Fee Application | | |
|  | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve re Certificate of No Objection re Ferry, Joseph & Pearce's Sept. Fee Application | 0.50 | MH |
| Nov-22-06 | *Litigation and Litigation Consulting* - Email from K. Marlin re procedural question re notices of depositions | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Retrieve voice mail from K. Marlin & return Call re notices of deposition | 0.20 | LLC |
|  | *Litigation and Litigation Consulting* - Email from K. Marlin re additional question re notices of Depositions & return email to same | 0.20 | LLC |
|  | *Litigation and Litigation Consulting* - Email to K. Marlin re status of notices of Depositions | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Email from K. Marlin re status of notices of Depositions | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Call to T. Tacconelli & email to K. Marlin re service of notices of Depositions | 0.20 | LLC |
|  | *Litigation and Litigation Consulting* - Call from K. Marlin re service of notices of Depositions | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Email core services list to K. Marlin | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Email from K. Marlin re final drafts of notices of Depositions | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Email from K. Marlin re service of notices of Depositions | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Revise; finalize; e-file & coordinate service of notices of depositions | 1.80 | LLC |
|  | *Litigation and Litigation Consulting* - Email to K. Marlin re filing status of notices of depositions | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Follow-up email from T. Tacconelli re service of notices of Depositions | 0.10 | LLC |
|  | *Case Administration* - e-mail correspondence with Mr. Baena re: Court filings | 0.10 | RSM |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues on appeal re Prudential appeal | 0.10 | TJT |
|  | *Case Administration* - Review notice of withdrawal of Certificate of No Objection filed by Equity Committee | 0.10 | TJT |
|  | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee matters | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Teleconference with L. Coggins re deposition notices re methodology | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re methodology discovery | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Review deposition notice of G. Mew | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review deposition notice of W. Hughson | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review deposition notice of M. Corn | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review deposition notice of R. Lee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review deposition notice of R. Morse | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with paralegal re service of deposition notices | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with paralegal re service of deposition notices | 0.10 | TJT |
| | *Case Administration* - update 2002 service lists and labels | 0.20 | MH |
| | *Litigation and Litigation Consulting* - trade e-mails with W. Roman re necessity to electronically file notice of deposition in Bankruptcy Court | 0.10 | MH |
| | *Litigation and Litigation Consulting* - Confer with L. Coggins re service of notices of deposition (x5), prepare labels and fax sheet re same, arrange for paper service | 0.40 | MH |
| | *Litigation and Litigation Consulting* - Review e-mail from T. Tacconelli re additional service by fax and mail of notices of deposition, prepare fax sheet | 0.10 | MH |
| Nov-23-06 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion for leave re claim filed by R. Locke and review attached stipulation | 0.20 | TJT |
| Nov-24-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review S&R and Brandi supplemental designation of facts/expert witnesses re PD claims litigation | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Dies and Hile designation of facts/expert witnesses re PD claims litigation with attachments | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital supplemental designation of facts/expert witnesses re PD claims litigation | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review counter designation of record on appeal re Prudential appeal | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Motley Rice amended designation of facts/expert witnesses re PD claims litigation | 0.20 | TJT |
| | *Case Administration* - Review BMC Group April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Beverage Diamond Sept. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review letter dated 11/15/06 from debtor to PI committee re x-ray protocol | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review objection by Wylentz Firm to debtors' position regarding settled claims with attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of docketing exclusivity appeal in Bankruptcy Court | 0.10 | TJT |
| Nov-25-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Acadia Parish School | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | Board supplemental designation of facts/expert witnesses re PD claims litigation | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review St. Martin's Parish School Board supplemental designation of facts/expert witnesses re PD claims litigation | 0.10 | TJT |
| | *Case Administration* - Review PWC's Sept. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion to seal re debtors' opposition to PI committee's motion to compel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion to shorten notice re debtors' motion to seal opposition to PI committee's motion to compel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Cooney Conaway's objection to debtors' settled claims position with attachment | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' supplemental witness disclosures re product identification, statute of limitations and Libby claims | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' response to PI committee, FCR's discovery | 0.50 | TJT |
| Nov-26-06 | *Case Administration* - Review Beverage and Diamond 5th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins 22nd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag 5th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards 21st interim period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review affidavit of T. Walsh re Ogilvy Renault retention application with attachments | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Attention to deposition of G. Mew | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Attention to deposition of M. Corn | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Attention to deposition of R. Lee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Attention to deposition of R. Morse | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Attention to deposition of W. Hughson | 0.10 | TJT |
| Nov-27-06 | *Case Administration* - Follow up with B. McCarthy re status of 11/20 hearing transcript | 0.10 | SGW |
| | *Case Administration* - Prepare e-mail to committee member re chamber procedures for JKF | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee matters | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Goldberg Persky objection to debtors' motion to compel | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - Review joinder by M. Serling in Goldberg Persky's objection to debtors' motion to compel | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review A. Luckey's opposition to debtors' motion to compel with attachments | 0.30 | TJT |
|  | *Hearings* - Teleconference with committee member re 11/20/06 hearing transcript | 0.10 | TJT |
|  | *Case Administration* - Review docket re case status for week ending 11/24/06, prepare memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| Nov-28-06 | *Case Administration* - Review case management Memo for week ending 11/24/06 | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Email to & from M. Hedden re additional service of notices of Depositions | 0.10 | LLC |
|  | *Case Administration* - Teleconference with Domain Transcribers re 11/20 hearing transcript status | 0.10 | SGW |
|  | *Case Administration* - Review weekly case status memo for week ending 11/24 | 0.10 | TJT |
|  | *Case Administration* - Review 3rd Quarterly Fee Application of Piper Jaffery | 0.10 | TJT |
|  | *Case Administration* - Review Orrick 3rd Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Holme Roberts July Fee Application | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from committee member re committee matters | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review ABI article on estimation of PI claims in asbestos cases | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Review response by Simmons Cooper to debtors' motion to compel re PI questionnaire | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Cooney Conaway's response to debtors' motion to compel with attachments | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' motion to compel MMWR firm's responses to PI questionnaire with voluminous attachments | 1.40 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' notice of withdrawal of motion to compel against Lipsitz Ponterio | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review response by Jacobs & Crumplar to additional to debtors' additional motions to compel re PI questionnaire | 0.10 | TJT |
|  | *Hearings* - Prepare for 12/5/06 hearing | 0.10 | TJT |
|  | *Hearings* - Review e-mail from S. Weiler re 11/20/06 hearing follow-up | 0.10 | TJT |
| Nov-29-06 | *Case Administration* - Review agenda re 12/5/06 hearing | 0.10 | LLC |
|  | *Case Administration* - Review notice of appearance & forward same to M. Hedden | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Email from K. Marlin re Depositions of Debtor's experts & confer with T. Tacconelli re same | 0.20 | LLC |
|  | *Litigation and Litigation Consulting* - Email to K. Marlin re Depositions of | 0.10 | LLC |

|  |  |  |
|---|---|---|
| Debtor's experts | | |
| *Litigation and Litigation Consulting* - Email from K. Marlin re additional service of notices of Depositions | 0.10 | LLC |
| *Litigation and Litigation Consulting* - Email from & to K. Marlin re additional service list for notices of Depositions | 0.10 | LLC |
| *Litigation and Litigation Consulting* - Confer with T. Tacconelli re additional service of notices of Depositions | 0.10 | LLC |
| *Litigation and Litigation Consulting* - Coordinate additional service of notices of Depositions & prepare & e-file supplemental Certificate of Service re same | 0.80 | LLC |
| *Litigation and Litigation Consulting* - Confer with T. Tacconelli re additional service of notices of Depositions | 0.20 | LLC |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of bar date for PI settled claims | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review order re letter to JKF by D. Speights | 0.10 | TJT |
| *Case Administration* - Review entry of appearance by Scott's Company and forward to paralegal | 0.10 | TJT |
| *Committee, Creditors', Noteholders' or* - Review e-mails from S. Baena re committee matters | 0.10 | TJT |
| *Committee, Creditors', Noteholders' or* - Review e-mails from committee members re committee matters | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review response by Motley Rice to to debtors' motion to compel with attachments | 0.70 | TJT |
| *Litigation and Litigation Consulting* - Multiple conferences with L. Coggins re service of notices of deposition re methodology | 0.30 | TJT |
| *Litigation and Litigation Consulting* - Review statement by M. Serling re x-ray protocol with attachments | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review joinder in opposition to to debtors' motion to compel by Wortnick Law Firm re PI questionnaire | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review response by Kelly and Ferraro to debtors' motion to compel re PI questionnaire | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review opposition by Thornton and Naumes to debtors' motion to compel re PI questionnaire | 0.10 | TJT |
| *Hearings* - Review agenda for 12/5/06 hearing | 0.10 | TJT |
| *Hearings* - Correspond with committee member re status of 11/20/06 hearing transcript | 0.10 | TJT |
| *Plan and Disclosure Statement* - Confer with S. Weiler re opening brief in exclusivity appeal | 0.10 | TJT |
| *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Oct. prebill | 0.60 | TJT |
| *Fee Applications, Applicant* - Edit Ferry, Joseph & Pearce's Oct. pre-bill | 0.70 | MH |

| Nov-30-06 | *Case Administration* - Call from W. Sparks re change of address | 0.10 | LLC |
|---|---|---|---|

| | | |
|---|---|---|
| *Case Administration* - Confer with M. Hedden re change of address for W. Sparks | 0.10 | LLC |
| *Fee Applications, Applicant* - Review Oct., 2006 fee application for e-filing | 0.10 | LLC |
| *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re opening brief due in Exclusivity appeal | 0.20 | LLC |
| *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re follow-up on opening brief due in Exclusivity appeal | 0.10 | LLC |
| *Case Administration* - 11/20 hearing follow-up | 0.10 | SGW |
| *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.60 | TJT |
| *Litigation and Litigation Consulting* - Review response by Foster and Sear, et al. to debtors' motion to compel re PI questionnaire with attachments | 0.60 | TJT |
| *Litigation and Litigation Consulting* - Review response by Weitz and Lutzinberg, et al. to debtors' motion to compel re PI questionnaire with attachments | 0.40 | TJT |
| *Litigation and Litigation Consulting* - Review joinder by Morris Sakalarios and Foster and Sear's opposition to debtors' motion to compel | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review objection by Harley and O'Brien to debtors' motion to compel re PI questionnaire | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review joinder by Thornton and Naumes in M. Sherling's position re x-ray protocol | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review P. Turner's response to debtors' position re x-ray protocol | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| *Plan and Disclosure Statement* - trade e-mails with M. Hurford re opening brief re exclusivity appeal | 0.10 | TJT |
| *Plan and Disclosure Statement* - Confer with L. Coggins and S. Weiler re opening brief/appendix re exclusivity appeal | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Phillips re opening brief re exclusivity appeal | 0.10 | TJT |
| *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| *Case Administration* - Confer with L. Coggins re W. Sparks' address change, edit core list and labels | 0.10 | MH |
| *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Oct. 06 bill, draft Notice, Fee Application, and Certificate of Service re same for L. Coggins' review | 0.70 | MH |
| *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Oct. 06 Fee Application | 0.40 | MH |
| Totals | 115.20 | |

**Invoice No. 22401**                    **Page 20 of 20**                    December 29, 2006

## DISBURSEMENTS

| | | |
|---|---|---:|
| Nov-07-06 | *Expense* - Federal Express | 41.44 |
| Nov-13-06 | *Expense* - Parcel's, Inc. | 178.60 |
| | *Expense* - Copying cost  183 @ 0.10 | 18.30 |
| | *Expense* - Postage | 2.79 |
| Nov-14-06 | *Expense* - Copying cost  231 @ 0.10 | 23.10 |
| | *Expense* - Postage | 4.79 |
| Nov-15-06 | *Expense* - Parcel's, Inc. | 424.81 |
| | *Expense* - TriState Courier & Carriage - delivery charge | 13.00 |
| Nov-20-06 | *Expense* - Parcel's, Inc. | 175.00 |
| Nov-21-06 | *Expense* - Copying cost  135 @ 0.10 | 13.50 |
| | *Expense* - Postage  8 @ 0.87 | 6.96 |
| Nov-22-06 | *Expense* - Fax  46 @ 1.00 | 46.00 |
| Nov-28-06 | *Expense* - Blue Marble Logistics | 245.46 |
| Nov-29-06 | *Expense* - Blue Marble Logistics | 152.00 |
| | *Expense* - Parcel's, Inc. | 25.00 |
| | *Expense* - Fax | 18.00 |
| Nov-30-06 | *Expense* - Copying cost  69 @ 0.10 | 6.90 |
| | *Expense* - Postage | 1.39 |
| | Totals | $1,397.04 |

**Total Fees & Disbursements**                    **$26,703.54**

**Balance Due Now**                    **$26,703.54**