IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>(Jointly Administered)<br><br>**Related Docket No. 13626** |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 2nd day of January, 2007, a true and correct copy of **W.R. Grace & Co.'s Response to Motley Rice LLC's Request for Production of Documents and Things as to W.R. Grace** was served on the individual listed below via Federal Express and First Class Mail.

> John A. Baden
> Motley Rice LLC
> 28 Bridgeside Blvd.
> P.O. Box 1792
> Mount Pleasant, SC 29465

Dated: January 2, 2007

> KIRKLAND & ELLIS LLP
> David M. Bernick, P.C.
> Jonathan P. Friedland
> Salvatore F. Bianca
> 200 East Randolph Drive
> Chicago, IL 60601
> Telephone:  (312) 861-2000
> Facsimile:  (312) 861-2200
>
> -and-

91100-001\DOCS_DE:123968.1

KIRKLAND & ELLIS LLP
Barbara M. Harding
David E. Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone:   (202) 879-5000
Facsimile:   (202) 879-5200

-and-

CASNER & EDWARDS, LLP
Robert A. Murphy
Matthew T. Murphy
303 Congress Street
Boston, MA 02210
Telephone:   (617) 426-5900
Facsimile:   (617) 426-8810

-and-

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

91100-001\DOCS_DE:123968.1