IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: January 23, 2007 at 4:00 p.m. |

SIXTY-FIRST MONTHLY APPLICATION OF
BUCHANAN INGERSOLL & ROONEY PC,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll & Rooney PC |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | November 1, 2006 through November 30, 2006 |
| Amount of fees to be approved as actual, reasonable and necessary: | $44,508.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $22.50 |

This is a(n): ___ interim    ___ final application.    _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

58909v1

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| 4/28/03<br>3716 | 3/1/03 through<br>3/31/03 | $7,177.50/<br>$481.33 | $5,742.00/<br>$481.33 | 3827 |
|---|---|---|---|---|
| 5/28/03<br>3834 | 4/1/03 through<br>4/30/03 | $4,300.50/<br>$227.83 | $3,440.40/<br>$227.83 | 3947 |
| 6/27/03<br>3968 | 5/1/03 through<br>5/31/03 | $7,792.50/<br>$1,024.71 | $6,234.00/<br>$1,024.71 | 4091<br>7/22/03 |
| 7/28/03<br>4113 | 6/1/03 through<br>6/30/03 | $7,168.50/<br>$831.98 | $5,734.80/<br>$831.98 | 4309<br>8/21/03 |
| 8/28/03<br>4351 | 7/1/03 through<br>7/31/03 | $17,663.00/<br>$1,392.91 | $14,130.40/<br>$1,392.91 | 4456<br>9/22/03 |
| 9/29/03<br>4500 | 8/1/03 through<br>8/31/03 | $12,893.50/<br>$244.39 | $10,314.80/<br>$244.39 | 4521<br>10/23/03 |
| 10/29/03<br>4630 | 9/1/03 through<br>9/30/03 | $14,176.00/<br>$2,059.35 | $11,340.80/<br>$2,059.35 | 4725<br>11/21/03 |
| 11/26/03<br>4753 | 10/1/03 through<br>10/31/03 | $13,698.00/<br>$575.77 | $10,958.40/<br>$575.77 | 4829<br>12/18/03 |
| 12/29/03<br>4877 | 11/1/03 through<br>11/30/03 | $10,696.50/<br>$207.22 | $8,557.20/<br>$207.22 | 4986<br>1/26/04 |
| 1/28/04<br>5005 | 12/1/03 through<br>12/25/03 | $10,843.00/<br>$543.07 | $8,674.40/<br>$543.07 | 5135<br>2/19/04 |
| 2/27/04<br>5187 | 12/26/03 through<br>1/31/04 | $16,269.00/<br>$1,034.60 | $13,015.20/<br>$1,034.60 | 5342<br>3/24/04 |
| 4/6/04<br>5403 | 2/1/04 through<br>2/29/04 | $11,591.50/<br>$673.24 | $9,273.20/<br>$673.24 | 5501<br>4/28/04 |
| 4/25/04<br>5502 | 3/1/04 through<br>3/31/04 | $12,715.00/<br>$1,402.19 | $10,172.00/<br>$1,402.19 | 5616<br>5/19/04 |
| 5/28/04<br>5656 | 4/1/04 through<br>4/30/04 | $8,492.50/<br>$782.53 | $6,794.00/<br>$782.53 | 5844<br>6/21/04 |
| 6/28/04<br>5883 | 5/1/04 though<br>5/31/04 | $16,891.00/<br>$180.37 | $13,512.80/<br>$180.37 | 5996<br>7/20/04 |
| 7/29/04<br>6061 | 6/1/04 through<br>6/30/04 | $30,666.50/<br>$1,008.14 | $24,533.50/<br>$1,008.14 | 6223<br>8/20/04 |

58909v1

| 8/31/04  | 7/1/04 through   | $20,746.50/ | $16,597.20/ | 6436     |
| 6292     | 7/31/04          | $1,010.62   | $1,010.62   | 9/21/04  |
| 9/28/04  | 8/1/04 through   | $20,512.00/ | $16,409.60/ | 6780     |
| 6485     | 8/31/04          | $1,821.42   | $1,821.42   | 10/28/04 |
| 10/28/04 | 9/1/04 through   | $20,634.50/ | $16,076.60/ | 7001     |
| 6779     | 9/30/04          | $1,231.46   | $1,231.46   | 11/19/04 |
| 11/30/04 | 10/1/04 through  | $20,982.00/ | $16,785.60/ | 7327     |
| 7063     | 10/31/04         | $144.74     | $144.74     | 12/22/04 |
| 12/28/04 | 11/1/04 through  | $26,383.00  | $21,106.40  | 7600     |
| 7381     | 11/30/04         | $1,843.03   | $1,843.03   | 1/20/05  |
| 1/28/05  | 12/1/04 through  | $27,170.50  | $21,736.40  | 7852     |
| 7640     | 12/25/04         | $457.47     | $457.47     | 2/22/05  |
| 3/3/05   | 12/26/04 though  | $25,021.50  | $20,017.20  | 8127     |
| 7940     | 1/31/05          | $1,466.97   | $1,466.97   | 3/28/05  |
| 4/1/05   | 2/1/05 through   | $21,980.00  | $17,584.00  | 8291     |
| 8153     | 2/28/05          | $240.36     | $240.36     | 4/27/05  |
| 5/6/05   | 3/1/05 through   | $13,210.50  | $10,568.40  | 8528     |
| 8379     | 3/31/05          | $138.07     | $138.07     | 5/31/05  |
| 5/31/05  | 4/1/05 through   | $13,310.00  | $10,648.00  | 8668     |
| 8529     | 4/30/05          | $450.86     | $450.86     | 6/22/05  |
| 6/28/05  | 5/1/05 through   | $22,543.00  | $18,034.40  | 9032     |
| 8693     | 5/31/05          | $113.87     | $113.87     | 7/20/05  |
| 7/28/05  | 6/1/05 through   | $22,083.00  | $17,666.40  | 9226     |
| 9100     | 6/30/05          | $349.11     | $349.11     | 8/22/05  |
| 8/29/05  | 7/1/05 though    | $22,038.00  | $17,630.40  | 9485     |
| 9278     | 7/31/05          | $701.59     | $701.59     | 9/22/05  |
| 9/29/05  | 8/1/05 through   | $11,890.50  | $9,512.40   | 9923     |
| 9527     | 8/31/05          | $134.58     | $134.58     | 10/21/05 |
| 10/31/05 | 9/1/05 though    | $20,681.00  | $16,544.80  | 11163    |
| 10931    | 9/30/05          | $115.56     | $115.56     | 11/28/05 |
| 11/29/05 | 10/1/05 through  | $28,006.50  | $22,405.20  | 11406    |
| 11194    | 10/31/05         | $73.99      | $73.99      | 12/22/05 |

58909v1

| 12/29/05<br>11455 | 11/1/05 through<br>11/30/05 | $17,553.00<br>$186.38 | $14,042.40<br>$186.38 | 11600<br>1/20/06 |
|---|---|---|---|---|
| 1/30/06<br>11648 | 12/1/05 through<br>12/25/05 | $17,414.00<br>$379.30 | $13,931.20<br>$379.30 | 11873<br>2/22/06 |
| 3/1/06<br>11915 | 12/26/05 through<br>1/31/06 | $30,980.50<br>$509.09 | $24,784.40<br>$509.09 | 12111<br>3/23/06 |
| 3/30/06<br>12170 | 2/1/06 through<br>2/28/06 | $28,430.50<br>$84.70 | $22,744.40<br>$84.70 | 12292<br>4/21/06 |
| 5/1/06<br>12343 | 3/1/06 through<br>3/31/06 | $24,901.00<br>$163.54 | $19,920.80<br>$163.54 | 12511<br>5/25/06 |
| 5/30/06<br>12540 | 4/1/06 through<br>4/30/06 | $10,137.50<br>$65.09 | $8,110.00<br>$65.09 | 12695<br>6/21/06 |
| 6/29/06<br>12729 | 5/1/06 through<br>5/31/06 | $12,474.50<br>$81.34 | $9,979.60<br>$81.34 | 12844<br>7/24/06 |
| 8/1/06<br>12892 | 6/1/06 through<br>6/30/06 | $15,638.00<br>$147.53 | $12,510.40<br>$147.53 | 13050<br>8/23/06 |
| 8/30/06<br>13104 | 7/1/06 through<br>7/31/06 | $17,633.00<br>$82.59 | $14,106.40<br>$82.59 | 13289<br>9/22/06 |
| 9/29/06<br>13325 | 8/1/06 through<br>8/31/06 | $23,103.50<br>$6,845.83 | $18,482.80<br>$6,845.83 | 13442<br>10/23/06 |
| 10/30/06<br>13514 | 9/1/06 through<br>9/30/06 | $27,703.50<br>$1,343.06 | $22,162.80<br>$1,343.06 | 13737<br>11/22/06 |
| 11/29/06<br>13821 | 10/1/06 through<br>10/31/06 | $24,632.50<br>$108.44 | $19,706.00<br>$108.44 | 14080<br>12/20/06 |

## SUMMARY OF TIME FOR BILLING PERIOD
## NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $475 | 84.8 | $40,280.00 |
| Melissa N. Flores | $140 | 30.2 | $4,228.00 |
| **TOTAL** | | **115** | **$44,508.00** |

58909v1

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 2.1 | $997.50 |
| Business Operations | .7 | $332.50 |
| Case Administration | 19.0 | $2,995.00 |
| Claims Analysis Obj. & Resolution (Asbestos) | 44.9 | $21,327.50 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 1.5 | $712.50 |
| Committee, Creditors', Noteholders', or Equity Holders' | 2.0 | $950.00 |
| Employment Applications, Others | 0.6 | $285.00 |
| Fee Applications, Applicant | 9.9 | $1,989.00 |
| Fee Applications, Others | 3.8 | $766.50 |
| Hearings | 2.5 | $1,187.50 |
| Litigation and Litigation Consulting | 28.0 | $12,965.00 |
| **TOTAL** | **115** | **$44,508.00** |

58909v1

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## <u>NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006</u>

| Expense Category | Total Expenses |
|---|---|
| Messenger/Delivery Services | $22.50 |
| **TOTAL** | **$22.50** |

BUCHANAN INGERSOLL & ROONEY
A Professional Corporation

By: _____
Teresa K. D. Currier (No. 3080)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Co-Counsel to the Official Committee of
Equity Holders

Dated: January 3, 2007

58909v1

#1005200-v1