# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 20, 2006
MATTER :  0066609-000002
INVOICE : 9967171

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/06/06 | TC | Reviewed notice of settlement of zurich international claim | .50 |
| 11/14/06 | TC | Reviewed certification of counsel and documents filed on amended settlement agreement with lloyds underwriters | .80 |
| 11/21/06 | TC | Reviewed Order Approving the Debtors' Settlement Agreement and Mutual Release With Lloyd's Underwriters | .80 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T. Currier | 475.00 | 2.10 | 997.50 |
| TOTALS |  | 2.10 | 997.50 |

TOTAL FEES :                997.50

TOTAL DUE  :                997.50

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : DECEMBER 20, 2006
MATTER : 0066609-000003
INVOICE : 9967182

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06   6548

RE: BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/06/06 | TC | Reviewed monthly operating reports | .70 |

### TIME SUMMARY

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T. Currier | 475.00 | .70 | 332.50 |
| TOTALS | | .70 | 332.50 |

TOTAL FEES :                   332.50

TOTAL DUE :                    332.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚬ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 20, 2006
MATTER :   0066609-000004
INVOICE : 9967172

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/01/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/02/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/03/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/06/06 | TC | Reviewed updated docket | .50 |
| 11/06/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/07/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/09/06 | TC | Reviewed updated docket | .50 |

# Buchanan Ingersoll ⚖ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 20, 2006
MATTER : 0066609-000004
INVOICE : 9967172

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:   CASE ADMINISTRATION

| Date | | Description | Hours |
|------|------|-------------|-------|
| 11/09/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/10/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/13/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/14/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/15/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/16/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

# Buchanan Ingersoll ⚕ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    DECEMBER 20, 2006
                                            MATTER :  0066609-000004
                                            INVOICE : 9967172

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 11/17/06 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/20/06 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/21/06 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/22/06 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/27/06 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/28/06 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, arranging the pleadings and correspondence in chronological order | 1.00 |
| 11/29/06 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, arranging the pleadings and correspondence in chronological order | 1.00 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : DECEMBER 20, 2006
MATTER : 0066609-000004
INVOICE : 9967172

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE: CASE ADMINISTRATION

## TIME SUMMARY
------------------------

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| T. Currier   |        | 475.00 | 1.00  | 475.00  |
| M. Flores    |        | 140.00 | 18.00 | 2520.00 |
|              | TOTALS |        | 19.00 | 2995.00 |

TOTAL FEES :          2,995.00

TOTAL DUE  :          2,995.00

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 20, 2006
MATTER :  0066609-000005
INVOICE : 9967173

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/07/06 | TC | Reviewed Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents | .70 |
| 11/07/06 | TC | Reviewed Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents FILED UNDER SEAL Filed by Official Committee of Asbestos Personal Injury Claimants | .40 |
| 11/07/06 | TC | Reviewed Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankrutpcy Procedure, and Local Rule 9018-1(b), Authorizing the Future Claimants' Representative, and Directing the Clerk of the Court, to File Under Seal. the Future Claimants' Representative's Memorandum in Support and Joinder in the Official Committee of Asbestos Personal Injury Claimants' Motion to Compel Production of Documents | .70 |
| 11/07/06 | TC | Reviewed Future Claimants' Representative's Memorandum in Support and Joinder in the Official Committee of Asbestos Personal Injury Claimants' Motion to Compel Production of Documents | 1.10 |

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 20, 2006
MATTER :   0066609-000005
INVOICE :  9967173

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  CLAIM ANALYSIS OBJ. &amp; RESOLUTION (ASBESTOS)

| | | |
|---|---|---|
| 11/09/06 TC | Reviewed Motion to Compel Asbestos Personal Injury Claimants Represented by Kelley &amp; Ferraro, LLP and/or Ferraro &amp; Associates, PA to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire Filed by W.R. Grace | 1.10 |
| 11/09/06 TC | Reviewed Motion to Compel Asbestos Personal Injury Claimants Represented by Hartley &amp; O'Brien, PLLC, Provost Umphrey LLP, and the Law Offices of Peter G. Angelos, P.C. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire filed by WRGrace | .70 |
| 11/10/06 TC | Reviewed Motion to Compel Asbestos Personal Injury Claimants Represented by Goldberg Persky &amp; White P.C. and Michael B. Serling, P.C. to Respond to the W. R. Grace Asbestos Personal injury Questionnaire Filed by W.R. Grace &amp; Co | .60 |
| 11/10/06 TC | Reviewed Motion to Compel Asbestos Personal Injury Claimants Represented by Cooney &amp; Conway to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire Filed by W.R. Grace | .80 |
| 11/10/06 TC | Reviewed Motion to Compel Asbestos Personal Injury Claimants Represented by Lipsitz Ponterio, LLC to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire Filed by W.R. Grace | .60 |
| 11/10/06 TC | Reviewed Motion to Compel Asbestos Personal Injury Claimants Represented by Thornton &amp; Naumes LLP and Alwyn H. Luckey, P.A. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire Filed by W.R. Grace | .60 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 20, 2006
MATTER :  0066609-000005
INVOICE : 9967173

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | |
|---|---|---|
| 11/10/06 TC | Reviewed Motion to Compel Asbestos Personal Injury Claimants Represented by James F. Humphreys & Associates, L.C. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire Filed by W.R. Grace | .70 |
| 11/10/06 TC | Reviewed Motion to Compel Asbestos Personal Injury Claimants Represented by Edward O. Moody, P.A., Foster & Sear L.L.P., Motley Rice LLC, and Williams Bailey Law Firm, LLP to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire Filed by W.R. Grace | .80 |
| 11/10/06 TC | Reviewed Motion to Compel Asbestos Personal Injury Claimants Represented by Morris, Sakalarios & Blackwell, PLLC to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire Filed by W.R. Grace | .70 |
| 11/10/06 TC | Reviewed Motion to Compel Asbestos Personal Injury Claimants Represented by Baron & Budd, P.C., Leblanc & Waddell, and Silber Pearlman, LLP to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire Filed by W.R. Grace | .70 |
| 11/14/06 TC | Reviewed order scheduling motions to compel in connection with questionaires | .60 |
| 11/14/06 TC | Reviewed Motion to Expunge Claims Motion and Objection Seeking Entry of an Order (A) Expunging or (B) Reducing and Allowing Claims Paid Post-Petition Filed by W.R. Grace | .80 |
| 11/14/06 TC | Reviewed Omnibus Objection to Claims Nineteenth (Non-Substantive) Filed by W.R. Grace | .90 |

# Buchanan Ingersoll ⚶ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 20, 2006
MATTER :  0066609-000005
INVOICE : 9967173

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | | |
|---|---|---|---|
| 11/15/06 TC | Reviewed motion to extend time filed by asbestos plaintiffs | | .70 |
| 11/16/06 TC | Reviewed Response to Debtors Objection to Asbestos Property Damage Claims Filed by State of California Department of General Service | | .70 |
| 11/16/06 TC | Reviewed Amended Designation of Fact and Expert Witnesses Regarding the Schedule for the Adjudication of Product Identification and Limitations Periods Issues, as Described in the 15th Omnibus Objections Filed by Asbestos Property Damage Claimants represented by Dies & Hile, LLP | | .90 |
| 11/17/06 TC | Reviewed Motion to Disallow Claims Pursuant to F.R.B.P. 7056 Expunging Six (6) Time-Barred Asbestos Property Damage Claims Filed by Prudential Insurance Company of America, Filed by W.R. Grace & Co | | .80 |
| 11/17/06 TC | Reviewed Motion to Disallow Claims Pursuant to F.R.B.P. 7056 Expunging 10 Time-Barred Asbestos Property Damage Claims Filed on Account of Buildings in the State of New York Filed by W.R. Grace & Co | | .70 |
| 11/17/06 TC | Reviewed Notice of Service Debtors' Notice of Failure to Reach Agreement and Request for Entry of Debtors' Proposed Protocol Concerning Production of Chest X-Rays of Asbestos Personal Injury, Pre-Petition Claimants with Non-Mesothelioma, Malignant Claims | | 1.20 |
| 11/17/06 TC | Reviewed Motion to Compel the MMWR Firms' Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire Filed by W.R. Grace & Co | | 1.40 |

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 20, 2006
MATTER :  0066609-000005
INVOICE : 9967173

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06   6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | |
|---|---|---:|
| 11/17/06 TC | Reviewed Motion to Compel Asbestos Personal Injury Claimants Represented By Weitz & Luxenburg, P.C., SimmonsCooper, LLP and Wilentz Goldman & Spitzer P.A. to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire Filed by W.R. Grace & Co | .90 |
| 11/20/06 TC | Reviewed Notice of Hearing on Motions to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire | .60 |
| 11/20/06 TC | Reviewed Exhibit (s) to the Motion to Compel the MMWR Firms' Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire | 1.10 |
| 11/20/06 TC | Reviewed Exhibit F - part 2 to Motion to Compel Asbestos Personal Injury Claimants Represented by Weitz & Luxenburg, P.C., SimonsCooper, LLP and Wilentz Goldman & Spitzer P.A. to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire | .80 |
| 11/21/06 TC | Reviewed W.R. Grace & Co.'s Response to the Official Committee of Asbestos Personal Injury Claimants' First Set of Requests for Admission and Supplemental Interrogatory Directed to the Debtors Filed by W.R. Grace & Co. | .80 |
| 11/21/06 TC | Reviewed Order (TWENTY-SEVENTH CONTINUATION) Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections | .50 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      DECEMBER 20, 2006
MATTER :   0066609-000005
INVOICE :  9967173

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| Date | | Description | Hours |
|------|---|-------------|------|
| 11/21/06 | TC | Reviewed Order (TWENTY-SEVENTH CONTINUATION) Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections | .50 |
| 11/21/06 | TC | Reviewed Order Granting Relief Sought in Debtors' Eighteenth Omnibus Objeciton to Claims (Substantive). | .60 |
| 11/22/06 | TC | Reviewed Supplemental Designation of Fact and Expert Witnesses Relating to the Statute of Limitations and Product Identification on Behalf of Certain Asbestos Property Damage Claims Fled by Anderson Memorial Hospital. | .60 |
| 11/22/06 | TC | Reviewed Supplemental Designation of Fact and Expert Witnesses Filed by Certain Asbestos Property Damage Claimants represented by Speights & Runyan and the Brandi Law Firm | .60 |
| 11/27/06 | TC | Reviewed Notice of Intention to Take the Video Taped Deposition of Graeme Mew Filed by Official Committee of Asbestos Property Damage Claimants | .40 |
| 11/27/06 | TC | Reviewed Notice of Intention to Take the Video Taped Deposition of Morton Corn Filed by Official Committee of Asbestos Property Damage Claimants | .40 |
| 11/27/06 | TC | Reviewed Notice of Intention to Take the Video Taped Deposition of Richard Lee Filed by Official Committee of Asbestos Property Damage Claimants | .40 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 20, 2006
MATTER :  0066609-000005
INVOICE : 9967173

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | |
|---|---|---|
| 11/27/06 TC | Reviewed Notice of Intention to Take the Video Taped Deposition of William Hughson Filed by Official Committee of Asbestos Property Damage Claimants | .40 |
| 11/27/06 TC | Reviewed Objection to Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents Filed by W.R. Grace & Co., et al. | .70 |
| 11/27/06 TC | Reviewed Motion for Entry of an Order Authorizing Debtors to File Under Seal W. R. Grace & Co.'s Opposition to Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents Filed by W.R. Grace & Co., et al.. | .70 |
| 11/27/06 TC | Reviewed Debtors' Motion for Leave from this Court's January 18, 2006 Scheduling Order and to Shorten Notice Period of Motion for Entry of an Order Authorizing Debtors to File Under Seal W. R. Grace & Co.'s Opposition to Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents Filed by W.R. Grace & Co., et al. | .60 |
| 11/28/06 TC | Reviewed response filed by the official committe of asbestos personal injury claimamts to the debtors' memorandum of points and authorities concerning background of questionaire approval process and objections | .90 |
| 11/28/06 TC | Reviewed Response to W.R. Grace's Attempt to Dispute and Contest Settled Pre-Petition Asbestos PI Claims Filed by Cooney & Conway | .50 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 20, 2006
MATTER :  0066609-000005
INVOICE : 9967173

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | | |
|---|---|---|---|
| 11/28/06 TC | Reviewed Motion to Allow Entry of Protocol Concerning Production of Chest X-Rays of Asbestos Personal Injury, Pre-Petition Claimants with Non-Mesothelioma Malignant Claims Filed by Michael Sterling PC | | .50 |
| 11/28/06 TC | Reviewed Joinder of Clients in Response to Motion to Compel Asbestos Personal Injury Claimants Represented by Goldberg Persky & White PC to Respond to the WR Grace Asbestos Personal Injury Questionnaire. Filed by Micheal B Sterling PC | | .40 |
| 11/28/06 TC | Reviewed Objection to Future Claimants' Representative's Memorandum in Support and Joinder in the Official Committee of Asbestos Personal Injury Claimants' Motion to Compel Production of Documents Filed by W.R. Grace & Co., et al. | | 1.10 |
| 11/28/06 TC | Reviewed Response to Motion to Compel on Behalf of SimmonsCooper Claimants Filed by SimmonsCooper, LLC | | .60 |
| 11/29/06 TC | Reviewed Joint Response to and Memorandum of Kelley & Ferraro LLP and The Ferraro Law Firm in Opposition to Motion to Compel Asbestos Personal Injury Claimants Represented by Kelley & Ferraro LLP and/or The Ferraro Law Firm to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire | | 1.10 |
| 11/29/06 TC | Reviewed Response to and Opposition to Debtor's Motion to Compel Asbestos Personal Injury Claimants Represented by Edward O. Moody, P.A., Foster & Sear L.L.P., Motley Rice LLC, and Williams Bailey Law Firm, LLP to Respond to the | | .70 |

---

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      DECEMBER 20, 2006
MATTER :   0066609-000005
INVOICE : 9967173

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

W.R. Grace Asbestos Personal Injury
Questionnaire and Motley Rice LLC's Joinder in
The Responses of Various Law Firms Representing
Asbestos Personal Injury Claimants in
Opposition to Debtor's Motion Compel (related
document(s) Filed by Motley Rice LLC

| | | |
|---|---|---|
| 11/29/06 TC | Reviewed Objection to Future Claimants' Representative's Memorandum in Support and Joinder in the Official Committee of Asbestos Personal Injury Claimants' Motion to Compel Production of Documents (related document(s) | .50 |
| 11/29/06 TC | Reviewed Response to [In Opposition to Motion to Compel Asbestos Personal Injury Claimants Represented by Thornton & Naumes LLP to Respond to the W.R. Grace Personal Injury Questionnaire Filed by Asbestos PI Claimants Represented by Thornton & Naumes, LLP | .70 |
| 11/29/06 TC | Reviewed Response to Motion to Compel Filed by Luckey & Mullins, LLC's Personal Injury Claimants | .80 |
| 11/29/06 TC | Reviewed Objection to Debtors' Motion to Compel filed by Claimants Represented by Goldberg, Persky & White, P.C. | .50 |
| 11/29/06 TC | Reviewed Response to the Debtors' Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed by the Court Filed by Official Committee of Asbestos Personal Injury Claimants | .90 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 20, 2006
MATTER :   0066609-000005
INVOICE :  9967173

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06     6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | |
|---|---|---|
| 11/29/06 TC | Reviewed Joint Response to /Combined Response of Foster & Sears, LLP., Williams Bailey Law Firm, LLP, Law Offices Of Peter Angelos, P.C., Provost Umphrey Law Firm, LLP, Baron & Budd, P.C., Silber Pearlman, LLP, and LeBlanc & Waddell, LLP To The Debtors' Motions To Compel Asbestos Personal Injury Claimants Represented By (i) Edward O. Moody, P.A., Foster & Sears, LLP., Motley Rice LLC and Williams Bailey Law Firm, LLP (ii) Hartley & O?Brien, PLLC, Provost Umphrey, LLP And The Offices Of Peter G. Angelos, P.C. and (iii) Baron & Budd, P.C., Silber Pearlman, LLP And LeBlanc & Waddell, P.C. To Respond To The W.R. Grace Asbestos Personal Injury Questionnaire | 1.40 |
| 11/29/06 TC | Reviewed Response to /Joinder of Morris, Sakalarios & Blackwell, PLLC, In The Combined Response of Foster & Sears, LLP., Williams Bailey Law Firm, LLP, Law Offices Of Peter G. Angelos, P.C., Provost Umphrey Law Firm, LLP, Baron & Budd, P.C., Silber Pearlman, LLP, and LeBlanc & Waddell, LLP To The Debtors? Motions To Compel Asbestos Personal Injury Claimants Represented By (i) Edward O. Moody, P.A., Foster & Sears, LLP., Motley Rice LLC and Williams Bailey Law Firm, LLP, (ii) Hartley & O?Brien, PLLC, Provost Umphrey, LLP And The Offices Of Peter G. Angelos, P.C., and (iii) Baron & Budd, P.C., Silber Pearlman, LLP And LeBlanc & Waddell, P.C. To Respond To The W.R. Grace Asbestos Personal Injury Questionnaire | .30 |
| 11/29/06 TC | Reviewed Notice of January 12, 2007 Deadline for Filing of Asbestos PI Proofs of Claim for Holders of Contested Settled Claims that are Determined to be Non-Settled Pre-Petition Asbestos PI Claims | .30 |

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 20, 2006
MATTER : 0066609-000005
INVOICE : 9967173

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  CLAIM ANALYSIS OBJ. &amp; RESOLUTION (ASBESTOS)

| | | |
|---|---|---:|
| 11/30/06 TC | Reviewed Third Response to the Additional Motions to Compel Personal Injury Claimants to Respond to W.R. Grace's Personal Injury Questionnaires filed by the Debtors on November 9th, 10th &amp; 17th. Filed by Jacobs &amp; Crumplar, P.A. | .40 |
| 11/30/06 TC | Reviewed Notice of Withdrawal of Motion to Compel Asbestos Personal Injury Claimants Represented by Lipsitz Ponterio, LLC to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire | .30 |
| 11/30/06 TC | Reviewed MEMORANDUM OF THM MMWR FIRMS' ASBESTOS CLAIMANTS IN OPPOSITION TO GRACE'S MOTION TO COMPEL DISCOVERY Filed by Grace Certain Cancer Claimants | 1.30 |
| 11/30/06 TC | Reviewed Order [MODIFIED Granting Debtors' Motion for Leave From this Court's January 18, 2006, Scheduling Order and Shortening Notice Period of Debtors' Stipulation Reinstating Claim of Robert Locke and Referral of Claim to ADR Program. | .40 |
| 11/30/06 TC | Reviewed Response to /Of Weitz &amp; Luxenberg, P.C. And Wilentz Goldman &amp; Spitzer, P.A. To The Debtors' Motion To Compel Asbestos Personal Injury Claimants Represented by Weitz &amp; Luxenberg, P.C., SimmonsCooper, LLP and Wilentz Goldman &amp; Spitzer, P.A. To Respond To The W.R.Grace Asbestos Personal Injury Questionnaire | 1.00 |
| 11/30/06 TC | Reviewed Objection to Notification That Debtor Is Contesting Certain Pre-Petition Settled Claims | .50 |

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney pc
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 20, 2006
MATTER :  0066609-000005
INVOICE : 9967173

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

11/30/06 TC    Reviewed Response to and Objection of Hartley &        .30
               O'Brien, PLLC to Debtors' Motion to Compel
               Asbestos Personal Injury Claimants Represented
               by Hartley & O'Brien, PLLC, Provost Umphrey LLP
               and The Law Ofices of Peter G. Angelos, PC to
               Respond to the WR Grace Asbestos Personal
               INjury Questionnaire

## T I M E   S U M M A R Y

|             |        | RATE   | HOURS | TOTALS   |
|-------------|--------|--------|-------|----------|
| T. Currier  |        | 475.00 | 44.90 | 21327.50 |
|             | TOTALS |        | 44.90 | 21327.50 |

TOTAL FEES :                           21,327.50

TOTAL DUE  :                           21,327.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 20, 2006
MATTER :  0066609-000006
INVOICE : 9967174

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/06/06 | TC | Reviewed notice of appeal on prudential claim | .50 |
| 11/06/06 | TC | Reviewed notice of settlement of aig claim | .50 |
| 11/27/06 | TC | Reviewed Objection to The Debtor's Notification That Certain Settled Claims Are Being Contested Pursuant to the Order of August 24, 2006 Filed by Wilentz, Goldman & Spitzer, P.A. | .50 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T. Currier | 475.00 | 1.50 | 712.50 |
| TOTALS | | 1.50 | 712.50 |

TOTAL FEES :                           712.50

TOTAL DUE  :                           712.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 20, 2006
MATTER :  0066609-000007
INVOICE : 9967175

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:   COMMITTEE, CREDITORS', NOTEHOLDERS', OR
      EQUITY HOLDERS'

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/29/06 | TC | Reviewed materials in preparation for committee call tomorrow | .70 |
| 11/30/06 | TC | Attended wrgrace telephonic committee meeting | 1.30 |

### T I M E   S U M M A R Y

| | | RATE | HOURS | | TOTALS |
|---|---|------|-------|---|--------|
| T. Currier | | 475.00 | 2.00 | | 950.00 |
| | TOTALS | | 2.00 | | 950.00 |

TOTAL FEES :                            950.00

TOTAL DUE  :                            950.00

# Buchanan Ingersoll ⚌ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    DECEMBER 20, 2006
MATTER  :    0066609-000010
INVOICE  :  9967181

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/14/06 | TC | Reviewed Application to Employ and Retain Ogilvy Renault LLP as Special Counsel Filed by W.R. Grace | .60 |

### TIME SUMMARY

|              |        | RATE   | HOURS | TOTALS |
|--------------|--------|--------|-------|--------|
| T. Currier   |        | 475.00 | .60   | 285.00 |
|              | TOTALS |        | .60   | 285.00 |

TOTAL FEES :                285.00

TOTAL DUE  :                285.00

# Buchanan Ingersoll & Rooney pc
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 20, 2006
MATTER :   0066609-000011
INVOICE :  9967176

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/10/06 | TC | Reviewed our fee application for filing, and filed same | .60 |
| 11/16/06 | MNF | Review make edits to pre-bills for October 2006 time | .50 |
| 11/16/06 | MNF | Prepare 60th monthly fee app of BIR for October 2006 | 1.00 |
| 11/17/06 | MNF | Work on 60th monthly fee app of BIR for October 2006; Finalize bills re: same | 1.50 |
| 11/20/06 | MNF | Draft 22nd quarterly fee request of BIR for 7/1/06-9/30/06 | 1.00 |
| 11/21/06 | MNF | Review docket re: objections to 59th monthly fee app of BIR (.1); Draft CNO re: same (.4) | .60 |
| 11/22/06 | TC | Reviewed quarterly fee application | .70 |
| 11/22/06 | MNF | E-file and serve 22nd quarterly fee request of BIR for 7/1/06-9/30/06 | 1.00 |
| 11/22/06 | MNF | E-file and serve CNO re: 59th monthly fee app of BIR | 1.00 |
| 11/28/06 | TC | REVIEWED OUR FEE APPLICATION | .50 |
| 11/29/06 | MNF | E-file and serve 60th monthly fee app of BIR for 10/1/06-10/31/06 (1.0); calendar dates (.2); scan and send same to fee auditor (.3) | 1.50 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : DECEMBER 20, 2006
MATTER  : 0066609-000011
INVOICE : 9967176

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:   FEE APPLICATIONS, APPLICANT

## T I M E   S U M M A R Y

| | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| T. Currier | | 475.00 | 1.80 | 855.00 |
| M. Flores | | 140.00 | 8.10 | 1134.00 |
| | TOTALS | | 9.90 | 1989.00 |

TOTAL FEES :            1,989.00

TOTAL DUE  :            1,989.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    DECEMBER 20, 2006
MATTER  :    0066609-000012
INVOICE :    9967177

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/20/06 | MNF | Draft Notice re: 17th quarterly fee app of Kramer Levin | .50 |
| 11/21/06 | TC | Reviewed cnos for kramer levin and reviewed docket to determine no objections | .70 |
| 11/21/06 | MNF | E-file and serve 18th quarterly fee app of Kramer Levin for 7/1/06-9/30/06 | 1.00 |
| 11/21/06 | MNF | Review docket re: objections to 62nd monthly fee app of Kramer Levin (.1); Draft CNO re: same (.5) | .60 |
| 11/22/06 | MNF | E-file and serve CNO re: 62nd monthly fee app of Kramer Levin | 1.00 |

## T I M E   S U M M A R Y

|              |        | RATE   | HOURS | TOTALS |
|--------------|--------|--------|-------|--------|
| T. Currier   |        | 475.00 | .70   | 332.50 |
| M. Flores    |        | 140.00 | 3.10  | 434.00 |
|              | TOTALS |        | 3.80  | 766.50 |

TOTAL FEES :                              766.50

TOTAL DUE  :                              766.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : DECEMBER 20, 2006
MATTER : 0066609-000014
INVOICE : 9967178

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/15/06 | TC | Reviewed notice of agenda of matters scheduled for hearing 11/20 | .50 |
| 11/20/06 | TC | Reviewed notice of agenda of matters scheduled for hearing 11/27 | .60 |
| 11/21/06 | TC | Reviewed notice of rescheduled hearing for december 5 | .30 |
| 11/30/06 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Before The Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al.. Hearing scheduled for 12/5/2006 at 08:30 AM at United States Bankruptcy Court - District of Western PA, Pittsburgh, PA. | .70 |
| 11/30/06 | TC | Reviewed Order Regarding Letter from Daniel Speights, Esquire, Dated November 27, 2006 | .40 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T. Currier | 475.00 | 2.50 | 1187.50 |
| TOTALS | | 2.50 | 1187.50 |

TOTAL FEES :                1,187.50

TOTAL DUE  :                1,187.50

# Buchanan Ingersoll & Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    DECEMBER 20, 2006
MATTER :   0066609-000015
INVOICE : 9967179

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/03/06 | MNF | Review pleadings and pull expert reports for G. Becker @Kramer Levin; Coordinate same and send same to G. Becker | 1.00 |
| 11/06/06 | TC | Helped locate expert reports for kramer levin for estimation litigation | .60 |
| 11/06/06 | TC | Reviewed Preliminary Designation of Fact and Expert Witnesses Regarding the Schedule for the Adjudication of Product Identification and Limitations Periods Issues as Described in the 15th Omnibus Objections | .80 |
| 11/06/06 | TC | Reviewed Louisiana Claimants' Joint Preliminary Designation of Fact and Expert Witnesses Regarding the Schedule for the Adjudication of Product Identification and Limitations Periods Issues as Described in the 15th Omnibus Objections | .50 |
| 11/06/06 | TC | Reviewed Debtors' Preliminary Witness Disclosure for Adjudication of Product Identification, Limitations Periods and the Libby Claims Issues | .70 |
| 11/06/06 | TC | Reviewed Motion for Protective Order Against Anderson Memorial's October 30, 2006 Requests for 30(B)(6) Depositions and Documents Filed by W.R. Grace | .70 |
| 11/07/06 | TC | Reviewed motion of personal injury committee to file designations of witnesses | .60 |

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 20, 2006
MATTER :   0066609-000015
INVOICE :  9967179

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|---|---|---|---|
| 11/07/06 | TC | Reviewed preliminary designation of fact and expert witnesses by speights and ryan and brandi law firm | .60 |
| 11/08/06 | TC | Reviewed all documents filed by acc in connection with its Motion to Compel the Production of Documents | 1.30 |
| 11/08/06 | TC | Reviewed Notice and Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed by the Court filed by WR Grace | 1.40 |
| 11/09/06 | TC | Helped locate expert reports for kramer levin | .70 |
| 11/10/06 | TC | Reviewed Objection to Debtors' Motion for Protective Order (Rule 408, FRE Issue) Filed by Anderson Memorial Hospital | .60 |
| 11/10/06 | TC | Reviewed Debtors' Supplemental Brief re Federal Rule of Evidence 408 in Support of their Motion for Protective Order Against Anderson Memorial's Requests for 30(b)(6) Depositions and Documents | .90 |
| 11/13/06 | TC | Reviewed expert reports of stephen snyder | 1.30 |
| 11/13/06 | TC | Reviewed expert reports of william longo | .90 |
| 11/13/06 | TC | Reviewed expert reports of dr. samuel hammar | 1.30 |
| 11/13/06 | TC | Reviewed expert reports of dr. barry castleman | 1.10 |
| 11/13/06 | TC | Reviewed anderson memorial's memorandum in opposition to debtors' motion for a protective order | .50 |

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      DECEMBER 20, 2006
MATTER :    0066609-000015
INVOICE :   9967179

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 11/13/06 TC | Reviewed Response to Debtors' Motion for Protective Order Against Anderson Memorial Hospital's October 30, 2006 Request for 30(b)(6) Depositions and Documents | .60 |
| 11/14/06 TC | Reviewed Statement of Issues on Appeal and Designation of Items to be Included in Record on Appeal of Appellant, Prudential Insurance Company of America, Regarding the Bankruptcy Court's October 24, 2006 Order | .50 |
| 11/14/06 TC | Reviewed Notice of Deposition Rescheduled (Dr. Jay T. Segarra) | .50 |
| 11/15/06 TC | Reviewed Amended Requests for Production to the Debtors Filed by Anderson Memorial Hospital | .60 |
| 11/15/06 TC | Reviewed Amended Notice of Rule 30(b)(6) Deposition(s) Filed by Anderson Memorial Hospital. | .40 |
| 11/15/06 TC | Reviewed Notice of Deposition Filed by Anderson Memorial Hospital. | .40 |
| 11/15/06 TC | Reviewed Rebuttal Expert Report Evaluation of Longo Dust Studies, Project LSH505344, Report Date: November 14, 2006 | .90 |
| 11/15/06 TC | Reviewed Rebuttal Report of November 14, 2006 of Roger G. Morse AIA on Expert Report of William E. Longo, Ph.D., Prepared on Behalf of Property Damage Asbestos Claimants Represented by the Law Firm of Dies & Hile, LLP dated October 25, 2006 | 1.10 |

# Buchanan Ingersoll &amp; Rooney PC

### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 20, 2006
MATTER :  0066609-000015
INVOICE : 9967179

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 11/16/06 TC | Reviewed Preliminary Witness Disclosures for Debtors Fifteenth Omnibus Objection to Asbestos Property Damage Claims Filed by Building Laborers Local 310 | | .50 |
| 11/17/06 TC | Reviewed statement of issues to be presented on appeal re prudential claims | | .50 |
| 11/21/06 TC | Reviewed Motion for Leave from this Court's January 18, 2006 Scheduling Order and to Shorten Notice Period of Debtors' Stipulation Reinstating Claim of Robert Locke and Referral of Claim to ADR Program Filed by W.R. Grace &amp; Co | | .70 |
| 11/21/06 TC | Reviewed Appellee Designation of Additional Items for Inclusion in Record of Appeal for the Prudential Insurance Company of America's Appeal to the Bankruptcy Court's October 24, 2006 Order Filed by W.R. Grace &amp; Co., et al.. | | .60 |
| 11/22/06 TC | Reviewed notice of docketing of appeal | | .40 |
| 11/22/06 TC | Reviewed Designation of Fact and Expert Witnesses Regarding the Schedule for the Adjudication of Product Identification and Limitations Periods Issues as Described in Debtors' 15th Omnibus Objection Filed by Dies &amp; Hile Claimants | | .70 |
| 11/22/06 TC | Reviewed Appellant Designation of Items For Inclusion in Record On Appeal for the Prudential Insurance Company of America's Appeal of the Bankruptcy Court's October 24, 2006 Order | | .60 |

# Buchanan Ingersoll ⚛ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :       DECEMBER 20, 2006
MATTER :  0066609-000015
INVOICE : 9967179

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|---|---|---|---|
| 11/22/06 | TC | Reviewed Claimants Represented by the Law Firm of Motley Rice LLC's Amended Designation of Fact and Expert Witnesses Regarding Product Identification, Limitations Periods and the Libby Issue as Described in the 15th Omnibus Objection | .80 |
| 11/22/06 | TC | Reviewed Debtors' Supplemental Witness Disclosure for Adjudication of Product Identification, Limitations Periods and the Libby Claims Issues Filed by W.R. Grace & Co. | .70 |
| 11/27/06 | TC | Reviewed Supplemental Preliminary Designation of Fact and Expert Witnesses Regarding the Schedule for the Adjudication of Product Identification and Limitations Periods Issues as Described in Debtors' 15th Omnibus Objection Filed by St. Martin Parish School Board. | .60 |
| 11/27/06 | TC | Reviewed Notice of Intention to Take the Video Taped Deposition of Roger Morse Filed by Official Committee of Asbestos Property Damage Claimants | .40 |
| 11/28/06 | TC | Reviewed First Response to W.R. Grace's Motion to Compel Filed by Cooney and Conway | .60 |
| 11/30/06 | TC | Reviewed Motion to File Interrogatories (Joinder and Opposition to Debtor's Motion to Compel) | .40 |

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚔ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 20, 2006
MATTER :  0066609-000015
INVOICE : 9967179

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:  LITIGATION AND LITIGATION CONSULTING

```
            T I M E   S U M M A R Y
            ----------------------

                      RATE    HOURS        TOTALS
                      ----    -----        ------

T. Currier            475.00  27.00       12825.00
M. Flores             140.00   1.00         140.00
               TOTALS          28.00       12965.00


               TOTAL FEES :              12,965.00

               TOTAL DUE  :              12,965.00
```

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ♠ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :     DECEMBER 20, 2006
MATTER :   0066609-000000
INVOICE :  9967180

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/06    6548

RE:   CLIENT EXPENSE

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 11/21/06 Messenger/Delivery Service PARCELS, INC. | 7.50 |
| 11/22/06 Messenger/Delivery Service PARCELS, INC. | 7.50 |
| 11/29/06 Messenger/Delivery Service PARCELS, INC. | 7.50 |
| TOTAL EXPENSE ADVANCES : | 22.50 |
| TOTAL DUE  : | 22.50 |