IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: January 23, 2007 |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006**

| | |
|---|---|
| Name of Applicant: | William D. Sullivan, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | November 1, 2006 through November 30, 2006 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 3,330.00 |
| Amount of Expenses Reimbursement: | $ 329.52.00 |

This is a: X monthly   _ quarterly   _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

This is the third application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/06 | 10/1/06-10/31/06 | $390.00 | $0.00 | pending | pending |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 11.1 | $3,330.00 |
| TOTALS | | | | | 11.1 | $3,330.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 9.6 | $2,880.00 |
| 20-Travel--Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 1.5 | $450.00 |
| TOTALS | 0.0 | $3,330.00 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Messenger Service | $278.01 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage for fee applications | $51.51 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $0.00 |

Dated: January 3, 2007
     Wilmington, Delaware                   **WILLIAM D. SULLIVAN, LLC**

                                               */s/ William D. Sullivan*
                                               William D. Sullivan (No. 2820)
                                               4 East 8th Street, Suite 400
                                               Wilmington, DE 19801
                                               Telephone: (302) 428-8191
                                               FAX: (302) 428-8195

                                               Delaware Counsel for the ZAI Claimants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 23, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006**

# William D Sullivan, LLC

4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax:(302) 428-8195

Tax ID # 20-5238500

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

December 29, 2006
Invoice #   10073

**In Reference To:** W.R. Grace - ZAI Claimants
C.A. 01-01139 (JKF)

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/3/2006 | WDS | Review docket; review miscellaneous filings and status of property damage issues | 0.80 | 240.00 |
|  | WDS | Prepare, file and serve Scott Law Group fee application (May and June, 2006) | 0.70 | 210.00 |
|  | WDS | Prepare, file and serve RPWB monthly fee applications (April through September, 2006) | 1.50 | 450.00 |
|  | WDS | Prepare and file monthly fee applications for W.D. Sullivan LLC (August, September 2006) | 1.80 | 540.00 |
| 11/6/2006 | WDS | Telephone conversation with W.H. Smith re: Quarterly Fee Applications; follow-up e-mail re: firm change information | 0.50 | 150.00 |
|  | WDS | Correspondence with RPWB re: Fee App info | 0.30 | 90.00 |
|  | WDS | Review, file and serve Scott Law Group April Fee App | 0.30 | 90.00 |
|  | WDS | Review, file and serve Scott Law Group Quarterly Fee Application | 0.70 | 210.00 |
| 11/7/2006 | WDS | Review, file and serve monthly Fee Apps for Scott Law Group (July through September, 2006) | 0.90 | 270.00 |
|  | WDS | Prepare Notice of Service for Scott Law Group Twenty-First Quarterly; serve Notice | 0.40 | 120.00 |
| 11/9/2006 | WDS | Review miscellaneous pleadings on motion to compel and motion to file under seal | 0.30 | 90.00 |
|  | WDS | Correspondence with S. Bossay re: submission of electronic version of Quarterly Fee Application | 0.40 | 120.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/15/2006 | WDS | Review and revise Richardson Patrick Westbrook and Brickman 21st Quarterly Fee Application; prepare Notice of Service; file and serve | 0.70 | 210.00 |
|  | WDS | Prepare Richardson Patrick Westbrook and Brickman monthly fee application for February and March 2006; correspondence with co-counsel re: same | 0.50 | 150.00 |
| 11/20/2006 | WDS | Review agenda for hearing; no matters affecting ZAI claim | 0.20 | 60.00 |
| 11/27/2006 | WDS | Review docket re: miscellaneous filings | 0.20 | 60.00 |
| 11/28/2006 | WDS | Review docket re: no objections to pending fee applications | 0.30 | 90.00 |
| 11/30/2006 | WDS | Review, revise and file all Certificates of No Objection for outstanding fee application | 0.60 | 180.00 |
|  |  | For professional services rendered | 11.10 | $3,330.00 |

Additional Charges :

| 11/15/2006 | Copying and service charges for fee applications | 278.01 |
|---|---|---|
| 11/30/2006 | Postage for mail out of certificates of no objection | 51.51 |
|  | Total additional charges | $329.52 |
|  | Total amount of this bill | $3,659.52 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 11.10 | 300.00 | $3,330.00 |

| P.O. Box 27<br>Wilmington, DE 19899<br>Billing Inquiries: (302) 658-9926 | CUSTOMER NO.<br>891 | INVOICE NO.<br>7532 | INVOICE FOR<br>PERIOD ENDING<br>11/27/06 | AMOUNT DUE<br>1,152.45 | PAGE<br>1 | Parcels, Inc. | |
|---|---|---|---|---|---|---|---|
| **DATE** | **JOB NO.** | **SVC TYPE** | **SERVICE DETAIL** | | | **CHARGES** | **TOTAL** |
| 11/15/06 | 32541 | .10 | Reference: ZAI<br>PARCELS' COPY CENTER         WILLIAM D. SULLIVAN, ESQ<br>105 WEST 7TH STREET           4 EAST 8TH STREET<br>WILMINGTON    DE              WILMINGTON    DE 19801<br>Caller: WILLIAM SULLIVAN<br>JOB DETAIL: SERVICE MSC FEE IS FOR LABOR TO CUT AND PASTE AND SHEET LABELS | | | CHARGE    : 184.30<br>POST. CHRG: 58.62<br>9.5 X 12.5: 12.09<br>MISC. CHRG: 23.00 | 278.01 ✓ |
| | | | | | | INVOICE<br>TOTAL ► | 278.01 |

**INVOICE PAYMENT DUE UPON RECEIPT**

A late penalty **FINANCE CHARGE** OF 1 ½% per month (18% **APR**) shall be payable on all past due amounts.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 23, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

I, William D. Sullivan, do hereby verify the following with respect to the Application Of William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From November 1, 2006 Through November 30, 2006:

1. I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted to appear before this Court.

2. I personally performed many of the legal services for which Sullivan is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3. I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the Order.

Dated: January 3, 2007

_____
William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
FAX: (302) 428-8195

2

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Application of William D. Sullivan, LLC. for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from November 1, 2006 through November 30, 2006* to be made this January 3, 2007 upon the parties identified on the attached service list, in the manner indicated:


*January 3, 2007*                                           */s/ William D. Sullivan*  
Date                                                           William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones & Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036