IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Re: Docket No. **14051** |
| ) | **RE: 1/4/07 hearing** |
| ) | |

## ORDER

AND NOW, to wit, this **3rd** day of **January**, 2007, the Court having ~~heard and~~ considered the Motion of the Official Committee of Asbestos Property Damage Claimants for Leave to Designate an Expert Regarding Constructive Notice for Property Damage Claims (the "Motion"), IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. The PD Committee is granted leave to file its preliminary designation of Todd B. Hilsee as an expert that the PD Committee may call to testify in respect of the testimony of Robert H. Morse and the Morse Report.

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge