IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hearing Date: January 4, 2007 at 9:00 a.m. |

## NOTICE OF **CANCELLATION** OF TELEPHONIC HEARING

TO:   ALL PARTIES ON THE ATTACHED 2002 SERVICE LIST

PLEASE TAKE NOTICE that the telephonic hearing on the Motion of the Official Committee of Asbestos Property Damage Claimants for Leave to Designate an Expert Regarding Constructive Notice for Property Damage Claims set for January 4, 2007 at 9:00 a.m. (Eastern Time) in Pittsburgh, Pennsylvania **has been cancelled by the Court**.

Dated: January 3, 2007

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

-and-

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Matthew I. Kramer, Esquire
Bilzin Sumberg Baena Price
& Axelrod LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
(305) 374-7580

Co-Counsel for the Official Committee
of Asbestos Property Damage Claimants