IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| _____ ) |  |  |
| ) |  |  |
| IN RE: ) | Chapter 11 |  |
| ) |  |  |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) |  |
| ) | Jointly Administered |  |
| ) |  |  |
| Debtors. ) |  |  |
| ) | Related to Docket Nos. 14203 & 14150 |  |
| ) | Hearing Date:  February 26, 2007 @ 2:00 p.m. |  |
| _____ ) | Objection Deadline:  February 9, 2007 |  |

**JOINDER OF MOTLEY RICE LLC IN CERTAIN ASBESTOS CLAIMANTS' FIRMS' MOTION TO ALTER OR AMEND SUPPLEMENTAL ORDER REGARDING MOTIONS TO COMPEL CLAIMANTS TO RESPOND TO THE W.R. GRACE & CO. ASBESTOS PERSONAL INJURY QUESTIONNAIRE PURSUANT TO FED. R. BANKR. P. 9023, ALTERNATIVE REQUEST FOR ENTRY OF A PROTECTIVE ORDER, AND MEMORANDUM IN SUPPORT THEREOF.**

COMES NOW, Motley Rice LLC, (hereinafter "Motley Rice") a law firm representing various asbestos personal injury claimants, and hereby files this Joinder in Certain Asbestos Claimants' Firms' Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire Pursuant to Fed. R. Bankr. P. 9023, Alternative Request for Entry of a Protective Order, and Memorandum in Support thereof.  In support of its Motion and Joinder, Motley Rice states as follows:

Pursuant to Federal Rule of Bankruptcy Procedure 9023 and other applicable rules of bankruptcy procedure, Motley Rice hereby and herewith joins in, adopts and incorporates by reference the responses of other Claimants' counsel including, but not limited to, Certain Asbestos Claimants' Firms' Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to respond to the W.R. Grace & Co. Asbestos Personal Injury

1

Questionnaire Pursuant to Fed. R. Bankr. P. 9023, Alternative Request for Entry of a Protective Order, and Memorandum in Support thereof (hereinafter "Claimants' Firms' Motion"). Motley Rice submits that, as discussed in the Memorandum in support of Claimants' Firms' Motion, W.R. Grace & Co. and its affiliates is not entitled to consulting expert opinions or information and that paragraph 1 of this Court's Order (Docket No. 14150) should be altered or amended to reflect the changes proposed in Claimants' Firms' Motion. *Dominguez v. Syntex labs., Inc.*, 149 F.R.D. 158, 160 (S.D. Ind. 1993); Fed. R. Civ. P. 26(b)(4)(B); *In re Sealed Case*, 146 F.3d 881, 885-87 (D.C. Cir. 1998); *Otto v. Box U.S.A. Group, Inc.*, 177 F.R.D. 698, 699 (N.D. Ga. 1997); *Hickman v. Taylor*, 329 U.S. 495, 512 (1947); *Shipes v. BIC Corp.*, 154 F.R.D. 301, 309 (M.D. Ga. 1994). Should this Court decline Motley Rice's and the Claimants' Firms' requested alteration, Motley Rice submits that this Court should enter a Protective Order that preserves the confidentiality of the opinions and information sought by the Debtor. Fed. R. Civ. P. 26(c).

WHEREFORE, premises considered, Motley Rice prays that this Honorable Court enter an order granting Motley Rice's Motion to Alter or Amend the paragraph 1 of the Supplemental Order entered on December 22, 2006 (Docket No. 14150) as detailed in the Claimants' Firms' Motion, or that, in the alternative, this Court enter a Protective Order that preserves the confidentiality of the information sought, and that Motley Rice be granted such other necessary, proper, and equitable relief as this Court deems proper.

3

This 3rd day of January, 2007.

                                      RESPECTFULLY SUBMITTED,

                                      */s/ John E. Herrick*
                                      JOHN E. HERRICK
                                      MOTLEY RICE LLC
                                      28 Bridgeside Blvd.
                                      P.O. Box 1792
                                      Mount Pleasant, SC 29465
                                      Tel. (843) 216-9000
                                      Fac. (843) 216-9440
                                      Email:  jherrick@motleyrice.com

                                              and

                                      */s/ Susan E. Kaufman*
                                      Susan E. Kaufman, (DSB # 3381)
                                      Heiman, Gouge & Kaufman, LLP
                                      800 King Street, Suite 303
                                      P.O. Box 1674
                                      Wilmington, DE 19899-1674
                                      (302) 658-1800

                                      COUNSEL FOR VARIOUS
                                      ASBESTOS PERSONAL INJURY
                                      CLAIMANTS