# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | GRACE NON-ASBESTOS PROOF OF CLAIM FORM |
|---|---|

Name of Debtor:[1] *W. R. Grace & Co., et al.*    Case Number *01-01139 (JKF)*

**NOTE:** Do not use this form to assert an Asbestos Personal Injury Claim, a Settled Asbestos Claim or a Zonolite Attic Insulation Claim. Those claims will be subject to a separate claims submission process. This form should also not be used to file a claim for an Asbestos Property Damage Claim or Medical Monitoring Claim. A specialized proof of claim form for each of these claims should be filed.

Name of Creditor (The person or other entity to whom the Debtor owes money or property):

*Cendant Mobility Services Corporation*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

Name and address where notices should be sent:

*Cendant Mobility Services Corporation*
*Attn: Wayne Rigic*
*40 Apple Ridge Road*
*Danbury, CT 06810*

☒ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies Debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim. dated:_____

Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted:

*W. R. Grace & Co. - Conn.*

**1. Basis for Claim**
☐ Goods sold
☒ Services performed
☐ Environmental liability
☐ Money loaned
☐ Non-asbestos personal injury/wrongful death
☐ Taxes
☐ Other_____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)

Your SS #:_____
Unpaid compensation for services performed
from _____ to _____ (date)

**2. Date debt was incurred:** *Various*

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ *270,250.62*

If all or part of your claim is secured or entitled to priority, also complete Item 5 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Classification of Claim.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. **CHECK THE APPROPRIATE BOX OR BOXES** that best describe your claim and **STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.**

☐ SECURED CLAIM (check this box if your claim is secured by collateral, including a right of setoff.)

Brief Description of Collateral:

☐ Real Estate    ☐ Other (Describe briefly)
_____

Amount of arrearage and other charges at time case filed included in secured claim above, if any: $_____

Attach evidence of perfection of security interest

☒ UNSECURED NONPRIORITY CLAIM

A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM - Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(7).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a(_____).

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

This Space is for Court Use Only

**7. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Acknowledgement:** Upon receipt and processing of this Proof of Claim you will receive an acknowledgement card indicating the date of filing and your unique claim number. If you want a file stamped copy of the Proof of Claim form itself, enclose a self addressed envelope and copy of this proof of claim form.

Date *3/24/03*    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Brett Whims Senior Vic President*

**Statement of Account**
**W.R. Grace & Co. - Conn.**
**As of March 24, 2003**

| Client No. | Client Name | Employee Name | File No. | Invoice No. | Invoice Type | Invoice Date | Due Date | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 3183 | W.R. Grace & Co. - Conn. | Millie | 1040274 | L25740 | Expense | 2/13/03 | 3/15/03 | 241.56 |
| 3183 | W.R. Grace & Co. - Conn. | Lempereur | 706401 | K17773 | Expense | 10/01/02 | 10/31/02 | 10,704.17 |
| 3183 | W.R. Grace & Co. - Conn. | Becker | 701763 | K17774 | Expense | 10/01/02 | 10/31/02 | 804.00 |
| 3183 | W.R. Grace & Co. - Conn. | Millie | 1040274 | K09745 | Expense | 09/21/02 | 10/21/02 | 474.34 |
| 3183 | W.R. Grace & Co. - Conn. | Ahmed | 701787 | F64344 | Late Fee | 05/09/01 | 06/23/01 | 822.41 |
| 3183 | W.R. Grace & Co. - Conn. | Reid | 703045 | E57512 | Late Fee | 1/10/01 | 2/24/01 | 1,455.38 |
| 3183 | W.R. Grace & Co. - Conn. | Hayes | 703764 | E57513 | Expense | 1/10/01 | 2/9/01 | 995.85 |
| 3183 | W.R. Grace & Co. - Conn. | Moeller | 1065757 | E57514 | Advance | 1/10/01 | 2/24/01 | 33,225.00 |
| 3183 | W.R. Grace & Co. - Conn. | Merrill | 714065 | E35032 | Late Fee | 12/8/00 | 1/22/01 | 551.19 |
| 3183 | W.R. Grace & Co. - Conn. | Hayes | 703764 | E35033 | Expense | 12/8/00 | 1/7/01 | 995.85 |
| 3183 | W.R. Grace & Co. - Conn. | Musson | 714574 | D81373 | Expense | 10/11/00 | 11/25/00 | 775.00 |
| 3183 | W.R. Grace & Co. - Conn. | O'Gorman | 706197 | D50667 | Expense | 9/12/00 | 10/27/00 | 19,500.67 |
| 3183 | W.R. Grace & Co. - Conn. | Millie | 1040274 | D50668 | Expense | 9/12/00 | 10/12/00 | 1,320.00 |
| 3183 | W.R. Grace & Co. - Conn. | Harding | 1040283 | D50669 | Expense | 9/12/00 | 10/12/00 | 1,320.00 |
| 3183 | W.R. Grace & Co. - Conn. | Hall | 1042492 | D22940 | Late Fee | 8/11/00 | 9/10/00 | 117.42 |
| 3183 | W.R. Grace & Co. - Conn. | Normand | 1045370 | D22941 | Late Fee | 8/11/00 | 9/10/00 | 196.32 |
| 3183 | W.R. Grace & Co. - Conn. | Blackmore | 1054800 | D22942 | Late Fee | 8/11/00 | 9/10/00 | 1,230.83 |
| 3183 | W.R. Grace & Co. - Conn. | Ahmed | 701787 | D22943 | Late Fee | 8/11/00 | 9/10/00 | 7,545.00 |
| 3183 | W.R. Grace & Co. - Conn. | MacDonald | 706646 | D22944 | Expense | 8/11/00 | 9/25/00 | 322.45 |
| 3183 | W.R. Grace & Co. - Conn. | Nigro | 712119 | D22945 | Expense | 8/11/00 | 9/10/00 | 3,026.84 |
| 3183 | W.R. Grace & Co. - Conn. | Williams | 1039725 | D22946 | Expense | 8/11/00 | 9/10/00 | 1,320.00 |
| 3183 | W.R. Grace & Co. - Conn. | Millie | 1040274 | D22947 | Expense | 8/11/00 | 9/10/00 | 13,399.72 |
| 3183 | W.R. Grace & Co. - Conn. | Harding | 1040283 | D22948 | Expense | 8/11/00 | 9/10/00 | 3,817.27 |
| 3183 | W.R. Grace & Co. - Conn. | Nigro | 1042456 | D22949 | Expense | 8/11/00 | 9/10/00 | 1,320.00 |
| 3183 | W.R. Grace & Co. - Conn. | Dunn | 1042484 | D22950 | Expense | 8/11/00 | 9/10/00 | 15,061.78 |
| 3183 | W.R. Grace & Co. - Conn. | Hall | 1042492 | D22951 | Expense | 8/11/00 | 9/10/00 | 1,320.00 |
| 3183 | W.R. Grace & Co. - Conn. | Normand | 1045370 | D22952 | Expense | 8/11/00 | 9/10/00 | 1,320.00 |
| 3183 | W.R. Grace & Co. - Conn. | Stief | 1047013 | D22953 | Expense | 8/11/00 | 9/10/00 | 1,320.00 |
| 3183 | W.R. Grace & Co. - Conn. | Clark | 1051538 | D22954 | Expense | 8/11/00 | 9/10/00 | 9,647.49 |
| 3183 | W.R. Grace & Co. - Conn. | Lafferty | 1054183 | D22955 | Expense | 8/11/00 | 9/10/00 | 3,680.54 |
| 3183 | W.R. Grace & Co. - Conn. | Blackmore | 1054800 | D22956 | Expense | 8/11/00 | 9/10/00 | 11,327.53 |
| 3183 | W.R. Grace & Co. - Conn. | Iddins | 1062250 | D22957 | Expense | 8/11/00 | 9/10/00 | 1,320.00 |
| 3183 | W.R. Grace & Co. - Conn. | MacDonald | 1069687 | D22958 | Expense | 8/11/00 | 9/10/00 | 910.00 |

Page 1 of 2

**Statement of Account**
**W.R. Grace & Co. - Conn.**
**As of March 24, 2003**

| Client No. | Client Name | Employee Name | File No. | Invoice No. | Invoice Type | Invoice Date | Due Date | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 3183 | W.R. Grace & Co. - Conn. | Becker | 701763 | D22959 | Expense | 8/11/00 | 9/10/00 | 4,174.00 |
| 3183 | W.R. Grace & Co. - Conn. | Lafferty | 708880 | D22960 | Expense | 8/11/00 | 9/10/00 | 888.66 |
| 3183 | W.R. Grace & Co. - Conn. | Smith | 1016985 | C89762 | Late Fee | 7/11/00 | 8/25/00 | 131.24 |
| 3183 | W.R. Grace & Co. - Conn. | Miller | 1018095 | C89763 | Late Fee | 7/11/00 | 8/25/00 | 6,703.20 |
| 3183 | W.R. Grace & Co. - Conn. | Hayes | 703764 | C89764 | Expense | 7/11/00 | 8/10/00 | 995.85 |
| 3183 | W.R. Grace & Co. - Conn. | Spangenberg | 713507 | C89765 | Late Fee | 7/11/00 | 8/25/00 | 825.41 |
| 3183 | W.R. Grace & Co. - Conn. | Hayes | 703764 | C38729 | Expense | 5/12/00 | 6/11/00 | 995.85 |
| 3183 | W.R. Grace & Co. - Conn. | Williams | 1040112 | C08731 | Expense | 4/12/00 | 5/12/00 | 1,320.00 |
| 3183 | W.R. Grace & Co. - Conn. | Hayes | 703764 | 13284 | Expense | 3/17/00 | 4/16/00 | 995.85 |
| 3183 | W.R. Grace & Co. - Conn. | Pohlmann | 713543 | 981358 | Expense | 2/10/00 | 3/11/00 | 11,751.35 |
| 3183 | W.R. Grace & Co. - Conn. | Fraser | 1027611 | 981359 | Expense | 2/10/00 | 3/11/00 | 1,156.42 |
| 3183 | W.R. Grace & Co. - Conn. | Harding | 1040283 | 962513 | Expense | 1/18/00 | 2/17/00 | 16,750.72 |
| 3183 | W.R. Grace & Co. - Conn. | Blackmore | 1054800 | 962518 | Expense | 1/18/00 | 2/17/00 | 14,372.11 |
| 3183 | W.R. Grace & Co. - Conn. | Hayes | 703764 | 949657 | Expense | 1/5/00 | 2/4/00 | 1,991.70 |
| 3183 | W.R. Grace & Co. - Conn. | Nigro | 712119 | 949658 | Expense | 1/5/00 | 2/4/00 | 18,615.86 |
| 3183 | W.R. Grace & Co. - Conn. | Shen | 712491 | 949659 | Expense | 1/5/00 | 2/4/00 | 2,063.06 |
| 3183 | W.R. Grace & Co. - Conn. | Roberts | 713720 | 949660 | Expense | 1/5/00 | 2/4/00 | 3,233.85 |
| 3183 | W.R. Grace & Co. - Conn. | Fraser | 1027611 | 949661 | Expense | 1/5/00 | 2/4/00 | 1,156.42 |
| 3183 | W.R. Grace & Co. - Conn. | N/A | N/A | 949662 | Late Fee | 1/5/00 | 2/4/00 | 195.97 |
| 3183 | W.R. Grace & Co. - Conn. | Nigro | 712119 | 786560 | Expense | 6/23/99 | 7/23/99 | 2,351.71 |
| 3183 | W.R. Grace & Co. - Conn. | Fraser | 1027611 | 786562 | Expense | 6/23/99 | 7/23/99 | 2,058.22 |
| 3183 | W.R. Grace & Co. - Conn. | N/A | N/A | 9673IA | Homesale Closing | 4/9/99 | 5/9/99 | 4,942.85 |
| 3183 | W.R. Grace & Co. - Conn. | N/A | N/A | 6330AA | Homesale Closing | 4/7/99 | 5/7/99 | 8,611.21 |
| 3183 | W.R. Grace & Co. - Conn. | N/A | N/A | 0784JB | Homesale Closing | 3/25/99 | 4/24/99 | 1,133.40 |
| 3183 | W.R. Grace & Co. - Conn. | N/A | N/A | 0973JB | Homesale Closing | 2/28/99 | 3/30/99 | 1,133.40 |
| 3183 | W.R. Grace & Co. - Conn. | N/A | N/A | 1023CA | Homesale Upfront | 2/28/99 | 3/30/99 | 3,795.00 |
| 3183 | W.R. Grace & Co. - Conn. | N/A | N/A | 1736DA | Homesale Closing | 2/26/99 | 3/28/99 | 3,059.01 |
| 3183 | W.R. Grace & Co. - Conn. | N/A | N/A | 0629JB | Homesale Closing | 2/12/99 | 3/14/99 | 10,200.37 |
| 3183 | W.R. Grace & Co. - Conn. | Baker | N/A | 0172JC | Expense | 1/13/99 | 2/12/99 | 519.54 |
| 3183 | W.R. Grace & Co. - Conn. | Piedra | N/A | 0174JC | Expense | 1/13/99 | 2/12/99 | 1,133.40 |
| | | | | | Miscellaneous Credits | | | (8,393.62) |

**Total Due**  $270,250.62

Page 2 of 2

W.R. Grace & Company
7500 Grace Dr.
Columbia MD 21044

Attn:   Ms. Kelly Boyce

| | |
|---|---|
| **Invoice Date** | *02/13/2003* |
| **Invoice Number** | *L25740* |
| **Reference Number** | *3078114* |
| **Total Invoice** | *$241.56* |
| **Due Date** | *03/15/2003* |

## SERVICE INFORMATION

**Employee Name and Address**
*Miss Sarah Millie*

Client Number:   *3183*
Division:   *900*   Version:   *05*

Billing Number:

**File Information**
Employee File Number:            *1040274*
Tax ID Number:
Billing Type:                             Expense
Acquisition Type:        Direct Reimbursement

## COST INFORMATION

| | |
|---|---|
| Moving/storage Of Household Goods | 241.56 |
| ***Total Amount Due Cendant Mobility*** | **$241.56** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION  P.O. Box 360287 Pittsburgh, PA 15250-6287

Page     1

| | |
|---|---|
| **Invoice Date** | *02/13/2003* |
| **Invoice Number** | *L25740* |
| **Employee Name** | *Miss Sarah Millie* |
| **Employee File Number** | *1040274* |

### BILLING DETAIL INFORMATION

**MOVING/STORAGE OF HOUSEHOLD GOODS**

| | | | |
|---|---|---|---|
| A. | Household Goods Insurance | 56.16 | |
| B. | Permanent Storage | 185.40 | |
| | Total Moving/storage Of Household Goods | | $241.56 |

***Total Amount Due Cendant Mobility***   ***$241.56***

**W.R. Grace & Co. - Conn.**
**One Town Center Rd.**
**Boca Raton FL 33486**

**Attn:   Mr. Lynne Prescott**

| | |
|---|---|
| **Invoice Date** | *10/01/2002* |
| **Invoice Number** | *K17773* |
| **Reference Number** | *3071735* |
| **Total Invoice** | *$10,704.17* |
| **Due Date** | *10/31/2002* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. FRED LEMPEREUR*

Client Number:   *3183*
Division:   *005*   Version:   *01*

Billing Number:

**File Information**
Employee File Number:           *706401*
Tax ID Number:
Billing Type:                              Expense
Acquisition Type:         Direct Reimbursement

## COST INFORMATION

| | |
|---|---|
| Moving/storage Of Household Goods | 10,704.17 |
| ***Total Amount Due Cendant Mobility*** | ***$10,704.17*** |

Due and Payable Upon Receipt
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287

Page      1

**W.R. Grace & Company**
**7500 Grace Dr.**
**Columbia MD 21044**

**Attn:   Ms. Kelly Boyce**

| | |
|---|---:|
| **Invoice Date** | *10/01/2002* |
| **Invoice Number** | *K17774* |
| **Reference Number** | *3071734* |
| **Total Invoice** | *$804.00* |
| **Due Date** | *10/31/2002* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. MARK BECKER*

**File Information**
Employee File Number:          *701763*
Tax ID Number:                      --
Billing Type:                       Expense
Acquisition Type:          Direct Reimbursement

Client Number:   *3183*
Division:   *900*   Version:   *01*

Billing Number:

## COST INFORMATION

| | |
|---|---:|
| Moving/storage Of Household Goods | 804.00 |
| *Total Amount Due Cendant Mobility* | **$804.00** |

Due and Payable Upon Receipt
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

Page      1

|  |  |
|---|---|
| **Invoice Date** | *10/01/2002* |
| **Invoice Number** | *K17774* |
| **Employee Name** | *Mr. MARK BECKER* |
| **Employee File Number** | *701763* |

### BILLING DETAIL INFORMATION

**MOVING/STORAGE OF HOUSEHOLD GOODS**

| | | |
|---|---|---|
| A. International shipment | 804.00 | |
| Total Moving/storage Of Household Goods | | $804.00 |
| *Total Amount Due Cendant Mobility* | | *$804.00* |

W.R. Grace & Company
7500 Grace Dr.
Columbia MD 21044

Attn:  Ms. Kelly Boyce

| | |
|---|---|
| Invoice Date | 09/21/2002 |
| Invoice Number | K09745 |
| Reference Number | 3071174 |
| Total Invoice | $474.34 |
| Due Date | 10/21/2002 |

## SERVICE INFORMATION

### Employee Name and Address
*Miss Sarah Millie*




Client Number:   *3183*
Division:   *900*   Version:   *05*


Billing Number:

### File Information
| | |
|---|---|
| Employee File Number: | *1040274* |
| Tax ID Number: | |
| Billing Type: | Expense |
| Acquisition Type: | Direct Reimbursement |

## COST INFORMATION

| | |
|---|---|
| Moving/storage Of Household Goods | 474.34 |
| **Total Amount Due Cendant Mobility** | **$474.34** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION  P.O. Box 360287  Pittsburgh, PA 15250-6287

Page      1

| | |
|---|---|
| **Invoice Date** | *09/21/2002* |
| **Invoice Number** | *K09745* |
| **Employee Name** | *Miss Sarah Millie* |
| **Employee File Number** | *1040274* |

### BILLING DETAIL INFORMATION

**MOVING/STORAGE OF HOUSEHOLD GOODS**

| | | | |
|---|---|---|---|
| A. | Household Goods Insurance | 112.32 | |
| B. | Permanent Storage | 362.02 | |
| | Total Moving/storage Of Household Goods | | $474.34 |
| | ***Total Amount Due Cendant Mobility*** | | **$474.34** |

**W.R. Grace & Company**
**7500 Grace Dr.**
**Columbia MD 21044**

**Attn: Ms. Kelly Boyce**

| | |
|---|---|
| **Invoice Date** | 05/09/2001 |
| **Invoice Number** | F64344 |
| **Reference Number** | 3043276 |
| **Total Invoice** | $822.41 |
| **Due Date** | 06/23/2001 |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. DILSHAD AHMED*

Client Number:   *3183*
Division:  *900*   Version:   *03*

Billing Number

**File Information**
Employee File Number:        *701787*
Tax ID Number:
Billing Type:                     *Additional Interest*
Acquisition Type:             Appraised Value

Contract Date:                   *01/11/1999*
Closing Date:                    *04/23/1999*

## COST INFORMATION

Reference Information
Invoice Number:        *D22943*
Invoice Date:            *08/11/2000*
Date Paid:               *04/30/2001*
Amount:                  *$7,545.00*

Additional Interest                                   *822.41*

*Total Amount Due Cendant Mobility*          **$822.41**

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287 Pittsburgh, PA 15250-6287

Page      1

| | |
|---|---|
| **W.R. Grace & Co. - Conn.** | **Invoice Date**      01/10/2001 |
| **7500 Grace Dr** | **Invoice Number**      E57512 |
| **Columbia MD 21044** | **Reference Number**      3036180 |
| | **Total Invoice**      $1,455.38 |
| **Attn:  Ms. Marihelen Johnson** | **Due Date**      02/24/2001 |

## SERVICE INFORMATION

| **Employee Name and Address** | **File Information** | |
|---|---|---|
| *X X X X* | Employee File Number: | *703045* |
| *X X  NO PROPERTY ADDRES X X* | Tax ID Number: | |
| *ON FILE X  X* | Billing Type: | *Additional Interest* |
| | Acquisition Type: | Amended Value |
| Client Number:   *3183* | | |
| Division:   *001*   Version:   *03* | Contract Date: | *10/19/2000* |
| Billing Number | | |

## COST INFORMATION

Reference Information
Invoice Number:        *5965CA*
Invoice Date:        *09/30/1998*
Date Paid:        *12/19/2000*
Amount:        *$3,795.00*

Additional Interest                                        *1,455.38*
                                                           ――――――――――
**Total Amount Due Cendant Mobility**                      **$1,455.38**

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

Page      1

W.R. Grace & Co. - Conn.
7500 Grace Dr
Columbia MD 21044

Attn:  Ms. Marihelen Johnson

| | |
|---|---|
| **Invoice Date** | *01/10/2001* |
| **Invoice Number** | *E57513* |
| **Reference Number** | *3036180* |
| **Total Invoice** | *$995.85* |
| **Due Date** | *02/09/2001* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. GARY J. HAYES*

**File Information**
Employee File Number:            703764
Tax ID Number:
Billing Type:                         Expense
Acquisition Type:      Direct Reimbursement

Client Number:   *3183*
Division:   *001*   Version:   *02*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Moving/storage Of Household Goods | 995.85 |
| ***Total Amount Due Cendant Mobility*** | **$995.85** |

Due and Payable Upon Receipt
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287

Page      1

**W.R. Grace & Co. - Conn.**
**62 Whittmore Ave.**
**Cambridge MA 02140**

**Attn:   Ms. Abby Smith**

| | |
|---|---|
| **Invoice Date** | 01/10/2001 |
| **Invoice Number** | E57514 |
| **Reference Number** | 3036180 |
| **Total Invoice** | $33,225.00 |
| **Due Date** | 02/24/2001 |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Eric Moeller*




Client Number:   *3183*
Division:   *009*   Version:   *03*

**File Information**
Employee File Number:                *1065757D*
Tax ID Number:
Billing Type:                *Homesale Acquisition*
Acquisition Type:     Appraised Value

Contract Date:                *01/05/2001*

## COST INFORMATION

| | | |
|---|---|---|
| Purchase Price | $276,875.00 | |
| Homesale Acquisition | | 33,225.00 |
| ***Total Amount Due Cendant Mobility*** | | **$33,225.00** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
**Please Remit to: CENDANT MOBILITY SERVICES CORPORATION P.O. Box 360287  Pittsburgh, PA 15250-6287**

Page     1

W.R. Grace & Co. - Conn.
7500 Grace Dr
Columbia MD 21044

Attn: Ms. Marihelen Johnson

| | |
|---|---|
| **Invoice Date** | *12/08/2000* |
| **Invoice Number** | *E35032* |
| **Reference Number** | *3034774* |
| **Total Invoice** | *$551.19* |
| **Due Date** | *01/22/2001* |

## SERVICE INFORMATION

### Employee Name and Address
*Mr. CRAIG MERRILL*

Client Number:  *3183*
Division:  *001*  Version:  *03*

Billing Number

### File Information
| | |
|---|---|
| Employee File Number: | *714065* |
| Tax ID Number: | |
| Billing Type: | *Additional Interest* |
| Acquisition Type: | Amended Value |
| Contract Date: | *10/19/2000* |

## COST INFORMATION

### Reference Information
| | |
|---|---|
| Invoice Number: | *786561* |
| Invoice Date: | *06/23/1999* |
| Date Paid: | *11/06/2000* |
| Amount: | *$2,406.93* |

| | |
|---|---|
| Additional Interest | *551.19* |
| **Total Amount Due Cendant Mobility** | **$551.19** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:  CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

Page     1

| | |
|---|---|
| **W.R. Grace & Co. - Conn.** | **Invoice Date** 12/08/2000 |
| **7500 Grace Dr** | **Invoice Number** E35033 |
| **Columbia MD 21044** | **Reference Number** 3034774 |
| | **Total Invoice** $995.85 |
| **Attn:  Ms. Marihelen Johnson** | **Due Date** 01/07/2001 |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. GARY J. HAYES*

**File Information**
Employee File Number:          703764
Tax ID Number:
Billing Type:                              Expense
Acquisition Type:          Direct Reimbursement

Client Number:    *3183*
Division:    *001*    Version:    *02*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Moving/storage Of Household Goods | 995.85 |
| ***Total Amount Due Cendant Mobility*** | **$995.85** |

Due and Payable Upon Receipt
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287

Page        1

W.R. Grace & Co. - Conn.
7500 Grace Dr
Columbia MD 21044

Attn:   Ms. Marihelen Johnson

| | |
|---|---|
| Invoice Date | 10/11/2000 |
| Invoice Number | D81373 |
| Reference Number | 3031435 |
| Total Invoice | $775.00 |
| Due Date | 11/25/2000 |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. BRADY MUSSON*

**File Information**
Employee File Number:    714574
Tax ID Number:
Billing Type:    Expense
Acquisition Type:    Renter

Client Number:   3183
Division:   001   Version:   03

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Service Fee | 775.00 |
| *Total Amount Due Cendant Mobility* | **$775.00** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287

Page        1

W.R. Grace & Company
7500 Grace Dr.
Columbia MD 21044

Attn:   Ms. Kelly Boyce

| | |
|---|---|
| **Invoice Date** | *09/12/2000* |
| **Invoice Number** | *D50667* |
| **Reference Number** | *3029846* |
| **Total Invoice** | *$19,500.67* |
| **Due Date** | *10/27/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. KEVIN O'GORMAN*

**File Information**
Employee File Number:          *706197*
Tax ID Number:                       --
Billing Type:                          Expense
Acquisition Type:          Direct Reimbursement

Client Number:   *3183*
Division:   *900*   Version:   *03*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Service Fee | 1,320.00 |
| Moving/storage Of Household Goods | 18,180.67 |
| ***Total Amount Due Cendant Mobility*** | **$19,500.67** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

Page        1

| | |
|---|---|
| **W.R. Grace & Company** | |
| **7500 Grace Dr.** | |
| **Columbia MD 21044** | |
| | |
| **Attn:   Ms. Kelly Boyce** | |

| | |
|---|---|
| **Invoice Date** | *09/12/2000* |
| **Invoice Number** | *D50668* |
| **Reference Number** | *3029846* |
| **Total Invoice** | *$1,320.00* |
| **Due Date** | *10/12/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Miss Sarah Millie*

Client Number:   *3183*
Division:   *900*   Version:   *05*

Billing Number:

**File Information**

| | |
|---|---|
| Employee File Number: | *1040274* |
| Tax ID Number: | |
| Billing Type: | Expense |
| Acquisition Type: | Direct Reimbursement |

## COST INFORMATION

| | |
|---|---|
| Service Fee | 1,320.00 |
| ***Total Amount Due Cendant Mobility*** | **$1,320.00** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287

Page    1

W.R. Grace & Company
7500 Grace Dr.
Columbia MD 21044

Attn:   Ms. Kelly Boyce

| | |
|---|---|
| **Invoice Date** | *09/12/2000* |
| **Invoice Number** | *D50669* |
| **Reference Number** | *3029846* |
| **Total Invoice** | *$1,320.00* |
| **Due Date** | *10/12/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Robert Harding*

**File Information**
| | |
|---|---|
| Employee File Number: | *1040283* |
| Tax ID Number: | |
| Billing Type: | Expense |
| Acquisition Type: | Direct Reimbursement |

Client Number:   *3183*
Division:   *900*   Version:   *05*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Service Fee | 1,320.00 |
| ***Total Amount Due Cendant Mobility*** | **$1,320.00** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION  P.O. Box 360287  Pittsburgh, PA 15250-6287

Page      1

**W.R. Grace & Company**
**7500 Grace Dr.**
**Columbia MD 21044**

**Attn: Ms. Kelly Boyce**

| | |
|---|---|
| **Invoice Date** | 08/11/2000 |
| **Invoice Number** | D22940 |
| **Reference Number** | 3028228 |
| **Total Invoice** | $117.42 |
| **Due Date** | 09/10/2000 |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Barry Hall*

**File Information**
Employee File Number:      *1042492*
Tax ID Number:
Billing Type:                      *Additional Interest*

Client Number:   *3183*
Division:   *900*   Version:   *05*

Billing Number

## COST INFORMATION

Reference Information
Invoice Number:      *962515*
Invoice Date:            *01/18/2000*
Date Paid:                *07/03/2000*
Amount:                    *$1,701.71*

Additional Interest                                        *117.42*

**Total Amount Due Cendant Mobility**            **$117.42**

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

Page      1

W.R. Grace & Company
7500 Grace Dr.
Columbia MD 21044

**Attn: Ms. Kelly Boyce**

| | |
|---|---|
| **Invoice Date** | 08/11/2000 |
| **Invoice Number** | D22941 |
| **Reference Number** | 3028228 |
| **Total Invoice** | $196.32 |
| **Due Date** | 09/10/2000 |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Pierre Normand*

**File Information**
Employee File Number:          1045370
Tax ID Number:
Billing Type:                         *Additional Interest*

Client Number:   3183
Division:   900   Version:   05

Billing Number

## COST INFORMATION

Reference Information
Invoice Number:          962516
Invoice Date:               01/18/2000
Date Paid:                   03/13/2000
Amount:                      $15,101.71

Additional Interest                                    196.32
                                                      _____

**Total Amount Due Cendant Mobility**              **$196.32**

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287 Pittsburgh, PA 15250-6287

Page        1

| | |
|---|---|
| **W.R. Grace & Company** | |
| **7500 Grace Dr.** | |
| **Columbia MD 21044** | |
| | |
| **Attn: Ms. Kelly Boyce** | |

| | |
|---|---|
| **Invoice Date** | 08/11/2000 |
| **Invoice Number** | D22942 |
| **Reference Number** | 3028228 |
| **Total Invoice** | $1,230.83 |
| **Due Date** | 09/10/2000 |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Mark Blackmore*

**File Information**
Employee File Number:     1054800
Tax ID Number:
Billing Type:     *Additional Interest*

Client Number:   *3183*
Division:   *900*   Version:   *05*

Billing Number  7368-0001-401030

## COST INFORMATION

Reference Information
Invoice Number:        *967120*
Invoice Date:          *01/22/2000*
Date Paid:             *08/01/2000*
Amount:                *$15,102.19*

Additional Interest                          *1,230.83*

***Total Amount Due Cendant Mobility***        **$1,230.83**

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION    P.O. Box 360287  Pittsburgh, PA 15250-6287

Page    1

W.R. Grace & Company
7500 Grace Dr.
Columbia MD 21044

**Attn:   Ms. Kelly Boyce**

| | |
|---|---|
| **Invoice Date** | *08/11/2000* |
| **Invoice Number** | *D22943* |
| **Reference Number** | *3028228* |
| **Total Invoice** | *$7,545.00* |
| **Due Date** | *09/25/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. DILSHAD AHMED*

Client Number:   *3183*
Division:   *900*   Version:   *03*

Billing Number:

**File Information**
Employee File Number:          *701787*
Tax ID Number:
Billing Type:                        Expense
Acquisition Type:                 Homeowner

## COST INFORMATION

| | |
|---|---|
| Service Fee | 3,795.00 |
| International Services | 3,750.00 |
| ***Total Amount Due Cendant Mobility*** | **$7,545.00** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

**W.R. Grace & Company**
**7500 Grace Dr.**
**Columbia MD 21044**

**Attn:   Ms. Kelly Boyce**

| | |
|---|---|
| **Invoice Date** | *08/11/2000* |
| **Invoice Number** | *D22944* |
| **Reference Number** | *3028228* |
| **Total Invoice** | *$322.45* |
| **Due Date** | *09/25/2000* |

## SERVICE INFORMATION

<u>**Employee Name and Address**</u>
*Mr. ALISTAR C. MACDONALD*

Client Number:   *3183*
Division:   *900*   Version:   *03*

<u>**File Information**</u>

| | |
|---|---|
| Employee File Number: | *706646* |
| Tax ID Number: | -- |
| Billing Type: | Expense |
| Acquisition Type: | Direct Reimbursement |

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Moving/storage Of Household Goods | 322.45 |
| ***Total Amount Due Cendant Mobility*** | **$322.45** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287

Page       1
Reprinted Copy

| | | |
|---|---|---|
| **W.R. Grace & Company** | **Invoice Date** | *08/11/2000* |
| **7500 Grace Dr.** | **Invoice Number** | *D22945* |
| **Columbia MD 21044** | **Reference Number** | *3028228* |
| | **Total Invoice** | *$3,026.84* |
| **Attn:   Ms. Kelly Boyce** | **Due Date** | *09/10/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. KEN NIGRO*

**File Information**
Employee File Number:        *712119*
Tax ID Number:
Billing Type:                        Expense
Acquisition Type:        Direct Reimbursement

Client Number:   *3183*
Division:   *900*   Version:   *05*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Other Service Fee | 330.00 |
| Service Fee | 1,320.00 |
| Moving/storage Of Household Goods | 1,376.84 |
| ***Total Amount Due Cendant Mobility*** | **$3,026.84** |

**Billing Notes**
Other Service Fees Include:
Moving Service Fee Of $330.

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION  P.O. Box 360287  Pittsburgh, PA 15250-6287

**W.R. Grace & Company**
**7500 Grace Dr.**
**Columbia MD 21044**

**Attn:  Ms. Kelly Boyce**

| | |
|---|---|
| **Invoice Date** | 08/11/2000 |
| **Invoice Number** | D22946 |
| **Reference Number** | 3028228 |
| **Total Invoice** | $1,320.00 |
| **Due Date** | 09/10/2000 |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Barry Williams*

Client Number:  *3183*
Division:  *900*   Version:   *05*

Billing Number:

**File Information**
Employee File Number:        *1039725*
Tax ID Number:
Billing Type:                             Expense
Acquisition Type:        Direct Reimbursement

## COST INFORMATION

| | |
|---|---|
| Service Fee | 1,320.00 |
| ***Total Amount Due Cendant Mobility*** | **$1,320.00** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287

Page      1

W.R. Grace & Company
7500 Grace Dr.
Columbia MD 21044

**Attn:** **Ms. Kelly Boyce**

|  |  |
|---|---|
| **Invoice Date** | *08/11/2000* |
| **Invoice Number** | *D22947* |
| **Reference Number** | *3028228* |
| **Total Invoice** | *$13,399.72* |
| **Due Date** | *09/10/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Miss Sarah Millie*

**File Information**
Employee File Number:    *1040274*
Tax ID Number:
Billing Type:                        Expense
Acquisition Type:        Direct Reimbursement

Client Number:    *3183*
Division:    *900*    Version:    *05*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Other Service Fee | 330.00 |
| Moving/storage Of Household Goods | 13,069.72 |
| ***Total Amount Due Cendant Mobility*** | **$13,399.72** |

**Billing Notes**
Other Service Fees Include:
$330 Moving Service Fee

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:    CENDANT MOBILITY SERVICES CORPORATION    P.O. Box 360287    Pittsburgh, PA 15250-6287

| | | |
|---|---|---|
| **W.R. Grace & Company** | **Invoice Date** | *08/11/2000* |
| **7500 Grace Dr.** | **Invoice Number** | *D22948* |
| **Columbia MD 21044** | **Reference Number** | *3028228* |
| | **Total Invoice** | *$3,817.27* |
| **Attn:   Ms. Kelly Boyce** | **Due Date** | *09/10/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Robert Harding*

**File Information**
Employee File Number:            *1040283*
Tax ID Number:
Billing Type:                             Expense
Acquisition Type:        Direct Reimbursement

Client Number:   *3183*
Division:   *900*   Version:   *05*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Other Service Fee | 330.00 |
| International Services | 3,487.27 |
| **Total Amount Due Cendant Mobility** | **$3,817.27** |

**Billing Notes**
Other Service Fees Include:
$330 Moving Service Fee

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION  P.O. Box 360287  Pittsburgh, PA 15250-6287

Page      1

| | | |
|---|---|---|
| **W.R. Grace & Company** | **Invoice Date** | *08/11/2000* |
| **7500 Grace Dr.** | **Invoice Number** | *D22949* |
| **Columbia MD 21044** | **Reference Number** | *3028228* |
| | **Total Invoice** | *$1,320.00* |
| **Attn:   Ms. Kelly Boyce** | **Due Date** | *09/10/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Ken Nigro*

**File Information**
Employee File Number:          *1042456*
Tax ID Number:
Billing Type:                              Expense
Acquisition Type:          Direct Reimbursement

Client Number:   *3183*
Division:   *900*   Version:   *05*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Service Fee | 1,320.00 |
| ***Total Amount Due Cendant Mobility*** | **$1,320.00** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287

Page     1

| | | |
|---|---|---|
| W.R. Grace & Company | Invoice Date | *08/11/2000* |
| 7500 Grace Dr. | Invoice Number | *D22950* |
| Columbia MD 21044 | Reference Number | *3028228* |
| | Total Invoice | *$15,061.78* |
| Attn:   Ms. Kelly Boyce | Due Date | *09/10/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Paul Dunn*

**File Information**
Employee File Number:           *1042484*
Tax ID Number:
Billing Type:                          Expense
Acquisition Type:        Direct Reimbursement

Client Number:   *3183*
Division:   *900*   Version:   *05*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Other Service Fee | 330.00 |
| Service Fee | 1,320.00 |
| Moving/storage Of Household Goods | 13,411.78 |
| *Total Amount Due Cendant Mobility* | **$15,061.78** |

**Billing Notes**
Other Service Fees Include:
Moving Service Fee Of $330.

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

| | | |
|---|---|---|
| **W.R. Grace & Company** | **Invoice Date** | *08/11/2000* |
| **7500 Grace Dr.** | **Invoice Number** | *D22951* |
| **Columbia MD 21044** | **Reference Number** | *3028228* |
| | **Total Invoice** | *$1,320.00* |
| **Attn:  Ms. Kelly Boyce** | **Due Date** | *09/10/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Barry Hall*

Client Number:   *3183*
Division:   *900*   Version:   *05*

Billing Number:

**File Information**
Employee File Number:                              *1042492*
Tax ID Number:
Billing Type:                                                Expense
Acquisition Type:          Direct Reimbursement

## COST INFORMATION

| | |
|---|---|
| Service Fee | 1,320.00 |
| ***Total Amount Due Cendant Mobility*** | **$1,320.00** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION  P.O. Box 360287 Pittsburgh, PA 15250-6287

Page     1

| | | |
|---|---|---|
| **W.R. Grace & Company** | **Invoice Date** | *08/11/2000* |
| **7500 Grace Dr.** | **Invoice Number** | *D22952* |
| **Columbia MD 21044** | **Reference Number** | *3028228* |
| | **Total Invoice** | *$1,320.00* |
| **Attn:   Ms. Kelly Boyce** | **Due Date** | *09/10/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Pierre Normand*

**File Information**
Employee File Number:        *1045370*
Tax ID Number:
Billing Type:                           Expense
Acquisition Type:        Direct Reimbursement

Client Number:   *3183*
Division:   *900*   Version:   *05*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Service Fee | 1,320.00 |
| ***Total Amount Due Cendant Mobility*** | ***$1,320.00*** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

Page      1

| | | |
|---|---|---|
| **W.R. Grace & Company** | **Invoice Date** | *08/11/2000* |
| **7500 Grace Dr.** | **Invoice Number** | *D22953* |
| **Columbia MD 21044** | **Reference Number** | *3028228* |
| | **Total Invoice** | *$1,320.00* |
| **Attn:   Ms. Kelly Boyce** | **Due Date** | *09/10/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Joe Stief*

**File Information**
Employee File Number:          *1047013*
Tax ID Number:
Billing Type:                              Expense
Acquisition Type:          Direct Reimbursement

Client Number:    *3183*
Division:    *900*    Version:    *05*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Service Fee | 1,320.00 |
| ***Total Amount Due Cendant Mobility*** | ***$1,320.00*** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION  P.O. Box 360287  Pittsburgh, PA 15250-6287

Page      · 1

| | | |
|---|---|---|
| **W.R. Grace & Company** | **Invoice Date** | *08/11/2000* |
| **7500 Grace Dr.** | **Invoice Number** | *D22954* |
| **Columbia MD 21044** | **Reference Number** | *3028228* |
| | **Total Invoice** | *$9,647.49* |
| **Attn:  Ms. Kelly Boyce** | **Due Date** | *09/10/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Alan Clark*

**File Information**
Employee File Number:        *1051538*
Tax ID Number:
Billing Type:                          Expense
Acquisition Type:        Direct Reimbursement

Client Number:    *3183*
Division:    *900*    Version:    *05*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Business Expense | 101.71 |
| Other Service Fee | 330.00 |
| Service Fee | 1,320.00 |
| Moving/storage Of Household Goods | 7,895.78 |
| ***Total Amount Due Cendant Mobility*** | **$9,647.49** |

**Billing Notes**
   Moving Service Fee Of $330.

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION  P.O. Box 360287  Pittsburgh, PA 15250-6287

Page     1

W.R. Grace & Company
7500 Grace Dr.
Columbia MD 21044

**Attn:   Ms. Kelly Boyce**

| | |
|---|---|
| **Invoice Date** | *08/11/2000* |
| **Invoice Number** | *D22955* |
| **Reference Number** | *3028228* |
| **Total Invoice** | *$3,680.54* |
| **Due Date** | *09/10/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Bud Lafferty*

Client Number:  *3183*
Division:  *900*  Version:  *05*

Billing Number:

**File Information**
Employee File Number:                *1054183*
Tax ID Number:
Billing Type:                                      Expense
Acquisition Type:        Direct Reimbursement

## COST INFORMATION

| | |
|---|---|
| Business Expense | 43.67 |
| Other Service Fee | 330.00 |
| Service Fee | 1,320.00 |
| Moving/storage Of Household Goods | 1,986.87 |
| ***Total Amount Due Cendant Mobility*** | **$3,680.54** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287

Page     1