**W.R. Grace & Company**
**7500 Grace Dr.**
**Columbia MD 21044**

**Attn:  Ms. Kelly Boyce**

| | |
|---|---|
| **Invoice Date** | *08/11/2000* |
| **Invoice Number** | *D22956* |
| **Reference Number** | *3028228* |
| **Total Invoice** | *$11,327.53* |
| **Due Date** | *09/10/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Mark Blackmore*

**File Information**
Employee File Number:                    *1054800*
Tax ID Number:
Billing Type:                                     Expense
Acquisition Type:          Direct Reimbursement

Client Number:   *3183*
Division:   *900*   Version:   *05*

Billing Number:  7368-0001-401030

## COST INFORMATION

| | |
|---|---|
| Other Service Fee | 330.00 |
| Service Fee | 1,320.00 |
| Moving/storage Of Household Goods | 9,677.53 |
| ***Total Amount Due Cendant Mobility*** | **$11,327.53** |

**Billing Notes**
Other Service Fees Include:
Moving Service Fee Of $330.

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION  P.O. Box 360287  Pittsburgh, PA 15250-6287

| | |
|---|---|
| **W.R. Grace & Company**<br>**7500 Grace Dr.**<br>**Columbia MD 21044**<br><br>**Attn:   Ms. Kelly Boyce** | **Invoice Date**      *08/11/2000*<br>**Invoice Number**      *D22957*<br>**Reference Number**      *3028228*<br>**Total Invoice**      *$1,320.00*<br>**Due Date**      *09/10/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Larry Iddins*

**File Information**
Employee File Number:  *1062250*
Tax ID Number:
Billing Type:  Expense
Acquisition Type:  Direct Reimbursement

Client Number:  *3183*
Division:  *900*  Version:  *05*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Service Fee | 1,320.00 |
| ***Total Amount Due Cendant Mobility*** | ***$1,320.00*** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

Page      1

| | |
|---|---|
| **W.R. Grace & Company** | **Invoice Date**     *08/11/2000* |
| **7500 Grace Dr.** | **Invoice Number**    *D22958* |
| **Columbia MD 21044** | **Reference Number**    *3028228* |
| | **Total Invoice**    *$910.00* |
| **Attn:   Ms. Kelly Boyce** | **Due Date**    *09/10/2000* |

### SERVICE INFORMATION

**Employee Name and Address**
*Mr. Alister MacDonald*

**File Information**
Employee File Number:     *1069687*
Tax ID Number:
Billing Type:     Expense
Acquisition Type:     Trainee

Client Number:   *3183*
Division:   *900*   Version:   *05*

Billing Number:

### COST INFORMATION

| | |
|---|---|
| Service Fee | 910.00 |
| ***Total Amount Due Cendant Mobility*** | **$910.00** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287

Page    1

**W.R. Grace & Company**
**7500 Grace Dr.**
**Columbia MD 21044**

**Attn:    Ms. Kelly Boyce**

| | |
|---|---|
| **Invoice Date** | *08/11/2000* |
| **Invoice Number** | *D22959* |
| **Reference Number** | *3028228* |
| **Total Invoice** | *$4,174.00* |
| **Due Date** | *09/10/2000* |

## SERVICE INFORMATION

| **Employee Name and Address** | **File Information** | |
|---|---|---|
| *Mr. MARK BECKER* | Employee File Number: | *701763* |
| | Tax ID Number: | -- |
| | Billing Type: | Expense |
| | Acquisition Type: | Direct Reimbursement |
| Client Number:   *3183* | | |
| Division:   *900*   Version:   *01* | | |

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Moving/storage Of Household Goods | 4,174.00 |
| *Total Amount Due Cendant Mobility* | *$4,174.00* |

Due and Payable Upon Receipt
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION  P.O. Box 360287  Pittsburgh, PA 15250-6287

Page    1

| | | |
|---|---|---|
| **W.R. Grace & Company** | **Invoice Date** | *08/11/2000* |
| **7500 Grace Dr.** | **Invoice Number** | *D22960* |
| **Columbia MD 21044** | **Reference Number** | *3028228* |
| | **Total Invoice** | *$888.66* |
| **Attn:   Ms. Kelly Boyce** | **Due Date** | *09/10/2000* |

## SERVICE INFORMATION

| **Employee Name and Address** | **File Information** | |
|---|---|---|
| *Mr. BUD LAFFERTY* | Employee File Number: | *708880* |
| | Tax ID Number: | |
| | Billing Type: | Expense |
| | Acquisition Type: | Direct Reimbursement |
| Client Number:   *3183* | | |
| Division:   *900*   Version:   *01* | | |

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Moving/storage Of Household Goods | 888.66 |
| ***Total Amount Due Cendant Mobility*** | ***$888.66*** |

**W.R. Grace & Co. - Conn.**
**One Town Center Road**
**Boca Raton FL 33486**

**Attn: Terri Fleites**

| | |
|---|---|
| **Invoice Date** | *07/11/2000* |
| **Invoice Number** | *C89762* |
| **Reference Number** | *3026432* |
| **Total Invoice** | *$131.24* |
| **Due Date** | *08/25/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Ms. Allison Smith*

**File Information**
Employee File Number:       *1016985*
Tax ID Number:
Billing Type:                          *Additional Interest*

Client Number:   *3183*
Division:   *000*   Version:   *03*

Billing Number

## COST INFORMATION

Reference Information
Invoice Number:       *786559*
Invoice Date:       *06/23/1999*
Date Paid:       *05/08/2000*
Amount:       *$951.00*

Additional Interest                              *131.24*
                                                          _____

***Total Amount Due Cendant Mobility***          **$131.24**

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

Page      1

**W.R. Grace & Co. - Conn.**
**One Town Center Road**
**Boca Raton FL 33486**

**Attn:  Terri Fleites**

| | |
|---|---|
| **Invoice Date** | *07/11/2000* |
| **Invoice Number** | *C89763* |
| **Reference Number** | *3026432* |
| **Total Invoice** | *$6,703.20* |
| **Due Date** | *08/25/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. R. Paul Miller*

Client Number:   *3183*
Division:   *000*   Version:   *03*

Billing Number

**File Information**
Employee File Number:              *1018095*
Tax ID Number:
Billing Type:                    *Additional Interest*
Acquisition Type:               Amended Value

Contract Date:                     *05/28/1999*
Closing Date:                      *07/15/1999*

## COST INFORMATION

Reference Information
Invoice Number:          *786558*
Invoice Date:          *06/23/1999*
Date Paid:          *05/26/2000*
Amount:          *$45,600.00*

| | |
|---|---|
| Additional Interest | *6,703.20* |
| ***Total Amount Due Cendant Mobility*** | **$6,703.20** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287 Pittsburgh, PA 15250-6287

Page      1

| | |
|---|---|
| **W.R. Grace & Co. - Conn.** | **Invoice Date**       07/11/2000 |
| **7500 Grace Dr** | **Invoice Number**       C89764 |
| **Columbia MD 21044** | **Reference Number**       3026432 |
| | **Total Invoice**       $995.85 |
| **Attn:   Ms. Marihelen Johnson** | **Due Date**       08/10/2000 |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. GARY J. HAYES*

**File Information**
Employee File Number:              703764
Tax ID Number:
Billing Type:                        Expense
Acquisition Type:          Direct Reimbursement

Client Number:    *3183*
Division:    *001*   Version:    *02*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Moving/storage Of Household Goods | 995.85 |
| ***Total Amount Due Cendant Mobility*** | **$995.85** |

Due and Payable Upon Receipt
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287

Page       1

| | |
|---|---|
| **W.R. Grace & Co. - Conn.** | **Invoice Date**      *07/11/2000* |
| **7500 Grace Dr.** | **Invoice Number**      *C89765* |
| **Columbia MD 21044** | **Reference Number**      *3026432* |
| | **Total Invoice**      *$825.41* |
| **Attn:  Ms. Marihelen Johnson** | **Due Date**      *08/25/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. GARY SPANGENBERG*

**File Information**
Employee File Number:      *713507*
Tax ID Number:
Billing Type:      *Additional Interest*
Acquisition Type:      Amended Value

Client Number:    *3183*
Division:    *003*    Version:    *03*

Contract Date:      *06/17/1999*
Closing Date:      *06/18/1999*

Billing Number

## COST INFORMATION

Reference Information
Invoice Number:      *1022CA*
Invoice Date:      *02/28/1999*
Date Paid:      *06/21/2000*
Amount:      *$3,795.00*

| | |
|---|---|
| Additional Interest | *825.41* |
| ***Total Amount Due Cendant Mobility*** | **$825.41** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

Page      1

W.R. Grace & Co. - Conn.                    **Invoice Date**          *05/12/2000*
7500 Grace Dr                                **Invoice Number**        *C38729*
Columbia MD 21044                            **Reference Number**      *3023807*
                                             **Total Invoice**         *$995.85*
**Attn:   Ms. Marihelen Johnson**            **Due Date**              *06/11/2000*

## SERVICE INFORMATION

| Employee Name and Address | File Information | |
|---|---|---|
| *Mr. GARY J. HAYES* | Employee File Number: | *703764* |
| | Tax ID Number: | |
| | Billing Type: | Expense |
| | Acquisition Type: | Direct Reimbursement |
| Client Number:  *3183* | | |
| Division:  *001*   Version:  *02* | | |
| | | |
| Billing Number: | | |

## COST INFORMATION

| | |
|---|---|
| Moving/storage Of Household Goods | 995.85 |
| *Total Amount Due Cendant Mobility* | **$995.85** |

Due and Payable Upon Receipt
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287

Page       1

W.R. Grace & Co. - Conn.
7500 Grace Dr
Columbia MD 21044

**Attn:  Ms. Marihelen Johnson**

| | |
|---|---|
| **Invoice Date** | *04/12/2000* |
| **Invoice Number** | *C08731* |
| **Reference Number** | *3021877* |
| **Total Invoice** | *$1,320.00* |
| **Due Date** | *05/12/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Barry Williams*

Client Number:  *3183*
Division:  *001*   Version:   *05*

Billing Number:

**File Information**
Employee File Number:          *1040112*
Tax ID Number:                      —
Billing Type:                           Expense
Acquisition Type:        Direct Reimbursement

## COST INFORMATION

| | |
|---|---|
| Service Fee | 1,320.00 |
| ***Total Amount Due Cendant Mobility*** | ***$1,320.00*** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287

Page     1

W.R. Grace & Co. - Conn.
7500 Grace Dr
Columbia MD 21044

**Attn:   Ms. Marihelen Johnson**

| | |
|---|---|
| **Invoice Date** | 03/17/2000 |
| **Invoice Number** | 13284 |
| **Reference Number** | 3020319 |
| **Total Invoice** | $995.85 |
| **Due Date** | 04/16/2000 |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. GARY J. HAYES*

**File Information**
Employee File Number:                    703764
Tax ID Number:
Billing Type:                                    Expense
Acquisition Type:          Direct Reimbursement

Client Number:   *3183*
Division:   *001*   Version:   *02*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Moving/storage Of Household Goods | 995.85 |
| *Total Amount Due Cendant Mobility* | *$995.85* |

Due and Payable Upon Receipt
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

**W.R. Grace & Co. - Conn.**
**7500 Grace Dr**
**Columbia MD 21044**

**Attn:   Ms. Marihelen Johnson**

| | |
|---|---|
| **Invoice Date** | 02/10/2000 |
| **Invoice Number** | 981358 |
| **Reference Number** | 3018202 |
| **Total Invoice** | $11,751.35 |
| **Due Date** | 03/11/2000 |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. HERIBERT PFOHLMANN*

**File Information**
Employee File Number:              713543
Tax ID Number:                     —
Billing Type:                      Expense
Acquisition Type:       Direct Reimbursement

Client Number:   *3183*
Division:   *001*   Version:   *02*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Business Expense | 43.67 |
| Other Service Fee | 350.00 |
| Moving/storage Of Household Goods | 11,357.68 |
| ***Total Amount Due Cendant Mobility*** | **$11,751.35** |

Due and Payable Upon Receipt
**Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287**

| | | |
|---|---|---|
| **W.R. Grace & Co. - Conn.** | **Invoice Date** | *02/10/2000* |
| **7500 Grace Dr** | **Invoice Number** | *981359* |
| **Columbia MD 21044** | **Reference Number** | *3018202* |
| | **Total Invoice** | *$1,156.42* |
| **Attn:   Ms. Marihelen Johnson** | **Due Date** | *03/11/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Brian Fraser*

**File Information**
Employee File Number:          *1027611*
Tax ID Number:                         --
Billing Type:                            Expense
Acquisition Type:        Direct Reimbursement

Client Number:   *3183*
Division:   *001*   Version:   *01*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Moving/storage Of Household Goods | 1,156.42 |
| *Total Amount Due Cendant Mobility* | **$1,156.42** |

Due and Payable Upon Receipt
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287

Page      1

| | |
|---|---|
| **W.R. Grace & Company** | |
| **7500 Grace Dr.** | |
| **Columbia MD 21044** | |
| | |
| **Attn:  Ms. Kelly Boyce** | |

| | |
|---|---:|
| **Invoice Date** | *01/18/2000* |
| **Invoice Number** | *962513* |
| **Reference Number** | *3016846* |
| **Total Invoice** | *$17,448.50* |
| **Due Date** | *02/17/2000* |

## SERVICE INFORMATION

| **Employee Name and Address** | **File Information** | |
|---|---|---|
| *Mr. Robert Harding* | Employee File Number: | *1040283* |
| | Tax ID Number: | |
| | Billing Type: | Expense |
| | Acquisition Type: | Direct Reimbursement |
| Client Number:   *3183* | | |
| Division:   *900*   Version:   *05* | | |

Billing Number:

## COST INFORMATION

| | |
|---|---:|
| Business Expense | 145.38 |
| Moving/storage Of Household Goods | 2,160.00 |
| International Services | 6,917.19 |
| Moving/storage Of Household Goods | 7,713.93 |
| Other | 512.00 |
| | |
| ***Total Amount Due Cendant Mobility*** | **$17,448.50** |

*Credit ot $697.78 applied to invoice*

*Balance due $16,750.72*

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION  P.O. Box 360287  Pittsburgh, PA 15250-6287

Page    1

| | |
|---|---|
| **Invoice Date** | *01/18/2000* |
| **Invoice Number** | *962513* |
| **Employee Name** | *Mr. Robert Harding* |
| **Employee File Number** | *1040283* |

### BILLING DETAIL INFORMATION

**BUSINESS EXPENSE**

| | | | |
|---|---|---|---|
| A. | POSTAGE ALLOCATION | 145.38 | |
| | Total Business Expense | | $145.38 |

**MOVING/STORAGE OF HOUSEHOLD GOODS**

| | | | |
|---|---|---|---|
| A. | Unirisc/ITI Ins Code | 2,160.00 | |
| | Total Moving/storage Of Household Goods | | $2,160.00 |

**INTERNATIONAL SERVICES**

| | | | |
|---|---|---|---|
| A. | INT'L LANGUAGE TRNING | | 1,333.59 |
| | *Mrs. Harding* | 928.27 | |
| | *Mrs. Harding* | 405.32 | |
| B. | INT'L DESTINATION SV | | 4,250.00 |
| | *Total Support Program* | 4,250.00 | |
| C. | INT'L LANGUAGE TRNIN | | 1,333.60 |
| | *Mr. Harding* | 928.28 | |
| | *Mr. Harding* | 405.32 | |
| | Total International Services | | $6,917.19 |

**MOVING/STORAGE OF HOUSEHOLD GOODS**

| | | | |
|---|---|---|---|
| A. | Intnl Transportation | 7,713.93 | |
| | Total Moving/storage Of Household Goods | | $7,713.93 |

**OTHER**

| | | | |
|---|---|---|---|
| A. | VAT Tax | 512.00 | |
| | Total Other | | $512.00 |

| | |
|---|---|
| ***Total Amount Due Cendant Mobility*** | **$17,448.50** |

W.R. Grace & Company
7500 Grace Dr.
Columbia MD 21044

Attn:   Ms. Kelly Boyce

| | |
|---|---|
| Invoice Date | 01/18/2000 |
| Invoice Number | 962518 |
| Reference Number | 3016846 |
| Total Invoice | $14,372.11 |
| Due Date | 02/17/2000 |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Mark Blackmore*

**File Information**

| | |
|---|---|
| Employee File Number: | 1054800 |
| Tax ID Number: | |
| Billing Type: | Expense |
| Acquisition Type: | Direct Reimbursement |

Client Number:   *3183*
Division:   *900*   Version:   *05*

Billing Number:  7368-0001-401030

## COST INFORMATION

| | |
|---|---|
| Temporary Living | 1,429.71 |
| Buying Costs | 2,911.44 |
| Business Expense | 101.31 |
| Transportation | 231.56 |
| International Services | 800.00 |
| Quick Sale Incentive | 2,635.97 |
| Transportation | 1,849.46 |
| Pre-Move Househunting | 651.07 |
| Transportation | 12.42 |
| Selling Costs | 58.91 |
| Transportation | 245.64 |
| Transfer Allowance | 3,433.59 |
| Other | 11.03 |
| ***Total Amount Due Cendant Mobility*** | **$14,372.11** |

Payments not received in full by due date will be subject to additional interest in accordance with the service agreement
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

Page      1
Reprinted Copy

| | |
|---|---|
| **Invoice Date** | *01/18/2000* |
| **Invoice Number** | *962518* |
| **Employee Name** | *Mr. Mark Blackmore* |
| **Employee File Number** | *1054800* |

## BILLING DETAIL INFORMATION

**TEMPORARY LIVING**
| | | | |
|---|---|---|---|
| A. | TL LODGING | 955.64 | |
| B. | TL LAUNDRY/VALET | 9.87 | |
| C. | TL MEALS | 421.21 | |
| D. | TL PHONE/MAIL | 42.99 | |
| | Total Temporary Living | | $1,429.71 |

**BUYING COSTS**
| | | | |
|---|---|---|---|
| A. | INSPECTIONS | 144.86 | |
| B. | STATUTORY FEES | 1,434.71 | |
| C. | ATTORNEY FEE | 1,331.87 | |
| | Total Buying Costs | | $2,911.44 |

**BUSINESS EXPENSE**
| | | | |
|---|---|---|---|
| A. | BUSINESS OTHER | (0.40) | |
| B. | POSTAGE ALLOCATION | 101.71 | |
| | Total Business Expense | | $101.31 |

**TRANSPORTATION**
| | | | |
|---|---|---|---|
| A. | ER MILEAGE | 231.56 | |
| | Total Transportation | | $231.56 |

**INTERNATIONAL SERVICES**
| | | | |
|---|---|---|---|
| A. | INT'L DESTINATION SV | 800.00 | |
| | Total International Services | | $800.00 |

**QUICK SALE INCENTIVE**
| | | | |
|---|---|---|---|
| A. | INCENTIVE TO SELL | 2,635.97 | |
| | Total Quick Sale Incentive | | $2,635.97 |

**TRANSPORTATION**
| | | | |
|---|---|---|---|
| A. | PMHH AIRFARE | 1,849.46 | |
| | Total Transportation | | $1,849.46 |

**PRE-MOVE HOUSEHUNTING**
| | | | |
|---|---|---|---|
| A. | PMHH AUTO RENTAL | 229.30 | |
| B. | PMHH LODGING | 301.49 | |
| C. | PMHH MEALS | 119.11 | |
| D. | PMHH PHONE/MAIL | 1.17 | |
| | Total Pre-Move Househunting | | $651.07 |

**TRANSPORTATION**
| | | | |
|---|---|---|---|
| A. | PMHH TOLLS/PARKING | 12.42 | |
| | Total Transportation | | $12.42 |

**SELLING COSTS**
| | | | |
|---|---|---|---|
| A. | OTHER LENDER FEES | 58.91 | |
| | Total Selling Costs | | $58.91 |

**TRANSPORTATION**
| | | | |
|---|---|---|---|
| A. | TAXABLE ER MILEAGE | 245.64 | |
| | Total Transportation | | $245.64 |

**TRANSFER ALLOWANCE**
| | | | |
|---|---|---|---|
| A. | TRANSFER ALLOWANCE | 3,433.59 | |
| | Total Transfer Allowance | | $3,433.59 |

**OTHER**
| | | | |
|---|---|---|---|
| A. | VAT Tax | 11.03 | |
| | Total Other | | $11.03 |

| | |
|---|---|
| **Invoice Date** | *01/18/2000* |
| **Invoice Number** | *962518* |
| **Employee Name** | *Mr. Mark Blackmore* |
| **Employee File Number** | *1054800* |

### BILLING DETAIL INFORMATION

*Total Amount Due Cendant Mobility*                    $14,372.11

**W.R. Grace & Co. - Conn.**
**7500 Grace Dr**
**Columbia MD 21044**

**Attn:   Ms. Marihelen Johnson**

| | |
|---|---|
| **Invoice Date** | *01/05/2000* |
| **Invoice Number** | *949657* |
| **Reference Number** | *3016295* |
| **Total Invoice** | *$1,991.70* |
| **Due Date** | *02/04/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. GARY J. HAYES*

**File Information**
Employee File Number:        *703764*
Tax ID Number:
Billing Type:                Expense
Acquisition Type:        Direct Reimbursement

Client Number:   *3183*
Division:   *001*   Version:   *02*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Moving/storage Of Household Goods | 1,991.70 |
| ***Total Amount Due Cendant Mobility*** | ***$1,991.70*** |

Due and Payable Upon Receipt
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

Page        1
Reprinted Copy

| W.R. Grace & Co. - Conn. | | Invoice Date | 01/05/2000 |
|---|---|---|---|
| 7500 Grace Dr | | Invoice Number | 949658 |
| Columbia MD 21044 | | Reference Number | 3016295 |
| | | Total Invoice | $18,615.86 |
| Attn:   Ms. Marihelen Johnson | | Due Date | 02/04/2000 |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. KEN NIGRO*

**File Information**
Employee File Number:              712119
Tax ID Number:
Billing Type:                              Expense
Acquisition Type:         Direct Reimbursement

Client Number:   *3183*
Division:   *001*   Version:   *02*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Moving/storage Of Household Goods | 18,615.86 |
| ***Total Amount Due Cendant Mobility*** | **$18,615.86** |

Due and Payable Upon Receipt

**Please Remit to:**   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287   Pittsburgh, PA 15250-6287

W.R. Grace & Co. - Conn.
7500 Grace Dr
Columbia MD 21044

**Attn:  Ms. Marihelen Johnson**

| | |
|---|---|
| **Invoice Date** | *01/05/2000* |
| **Invoice Number** | *949659* |
| **Reference Number** | *3016295* |
| **Total Invoice** | *$2,063.06* |
| **Due Date** | *02/04/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. DING-FENG SHEN*

Client Number:  *3183*
Division:  *001*   Version:  *02*

Billing Number:

**File Information**
Employee File Number:   *712491*
Tax ID Number:   --
Billing Type:   Expense
Acquisition Type:   Direct Reimbursement

## COST INFORMATION

| | |
|---|---|
| Business Expense | 101.71 |
| Moving/storage Of Household Goods | 1,961.35 |
| ***Total Amount Due Cendant Mobility*** | *$2,063.06* |

Due and Payable Upon Receipt
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

**W.R. Grace & Co. - Conn.**
**7500 Grace Dr**
**Columbia MD 21044**

**Attn:   Ms. Marihelen Johnson**

| | |
|---|---|
| **Invoice Date** | *01/05/2000* |
| **Invoice Number** | *949660* |
| **Reference Number** | *3016295* |
| **Total Invoice** | *$3,233.85* |
| **Due Date** | *02/04/2000* |

## SERVICE INFORMATION

| **Employee Name and Address** | **File Information** | |
|---|---|---|
| *Mr. MARK ROBERTS* | Employee File Number: | *713720* |
| | Tax ID Number: | -- |
| | Billing Type: | Expense |
| | Acquisition Type: | Direct Reimbursement |
| Client Number:  *3183* | | |
| Division:  *001*   Version:  *02* | | |

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Business Expense | 101.71 |
| Moving/storage Of Household Goods | 3,132.14 |
| ***Total Amount Due Cendant Mobility*** | **$3,233.85** |

Due and Payable Upon Receipt
**Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287**

Reprinted Copy

**W.R. Grace & Co. - Conn.**
**7500 Grace Dr**
**Columbia MD 21044**

**Attn:   Ms. Marihelen Johnson**

| | |
|---|---|
| **Invoice Date** | *01/05/2000* |
| **Invoice Number** | *949661* |
| **Reference Number** | *3016295* |
| **Total Invoice** | *$1,156.42* |
| **Due Date** | *02/04/2000* |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Brian Fraser*

Client Number:   *3183*
Division:   *001*   Version:   *01*

Billing Number:

**File Information**
Employee File Number:          *1027611*
Tax ID Number:                       --
Billing Type:                         Expense
Acquisition Type:          Direct Reimbursement

## COST INFORMATION

| | |
|---|---|
| Moving/storage Of Household Goods | 1,156.42 |
| **Total Amount Due Cendant Mobility** | **$1,156.42** |

Due and Payable Upon Receipt
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287 Pittsburgh, PA 15250-6287

Page      1
Reprinted Copy

W.R. Grace & Co. - Conn.
7500 Grace Dr
Columbia MD 21044

Attn:   Ms. Marihelen Johnson

| | |
|---|---|
| Invoice Date | 06/23/1999 |
| Invoice Number | 786560 |
| Reference Number | 2009024 |
| Total Invoice | $2,351.71 |
| Due Date | 07/23/1999 |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. KEN NIGRO*

**File Information**
| | |
|---|---|
| Employee File Number: | 712119 |
| Tax ID Number: | |
| Billing Type: | Expense |
| Acquisition Type: | Direct Reimbursement |

Client Number:   *3183*
Division:   *001*   Version:   *02*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Business Expense | 101.71 |
| International Services | 2,250.00 |
| *Total Amount Due Cendant Mobility* | **$2,351.71** |

Due and Payable Upon Receipt
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

Page    1
Reprinted Copy

W.R. Grace & Co. - Conn.
7500 Grace Dr
Columbia MD 21044

**Attn:   Ms. Marihelen Johnson**

| | |
|---|---|
| **Invoice Date** | 06/23/1999 |
| **Invoice Number** | 786562 |
| **Reference Number** | 2009024 |
| **Total Invoice** | $2,058.22 |
| **Due Date** | 07/23/1999 |

## SERVICE INFORMATION

**Employee Name and Address**
*Mr. Brian Fraser*

**File Information**
Employee File Number:       *1027611*
Tax ID Number:                  –
Billing Type:                      Expense
Acquisition Type:         Direct Reimbursement

Client Number:   *3183*
Division:    *001*   Version:    *01*

Billing Number:

## COST INFORMATION

| | |
|---|---|
| Business Expense | 43.67 |
| Moving/storage Of Household Goods | 2,014.55 |
| ***Total Amount Due Cendant Mobility*** | **$2,058.22** |

Due and Payable Upon Receipt
Please Remit to:   CENDANT MOBILITY SERVICES CORPORATION   P.O. Box 360287  Pittsburgh, PA 15250-6287

Page     1

**CENDANT** *Mobility*

40 Apple Ridge Road
Danbury, CT
06810 7300

Telephone
203 796-3400

**Moving Services Invoice**

TO:
W.R. GRACE
LYNNE PRESCOTT
INTERNATIONAL ASSIGNMENTS
ONE TOWN CENTER ROAD
BOCA RATON, FL 334861101
USA

INVOICE: 01-0172-3
DIVISION: 077 003 000
DATE: 01/12/99
000 000 000

0061 (11/97)

| CO. | MOVE # | EMPLOYEE NAME | AUDITED BILLING | | SERVICE FEE | INSURANCE | AMOUNT DUE TO CENDANT MOBILITY |
|---|---|---|---|---|---|---|---|
| 01031 | 80171 | BAKER, NICK Storage in transit | $ 519.54 | $ 0.00 | $ 0.00 | $ 0.00 | $ 519.54 |

* DELIVERY OUT FEE
** CANCELLATION FEE

REMIT WITH COPY OF THIS INVOICE TO:
Cendant Mobility
P.O. BOX 73049
Chicago, IL 60673-7049

**AMOUNT DUE TO CENDANT MOBILITY** $ 519.54

**CENDANT** *Mobility*

40 Apple Ridge Road
Danbury, CT
06810 7300

Telephone
203 796-3400

**Moving Services Invoice**

TO: W. R. GRACE & CO.
THERESA FIELDS
1750 CLINTMOORE RD
BOCA RATON, FL 33487
USA

INVOICE: 01-010/0-J
DIVISION: 000 000 000
DATE: 01/12/00
000 000 000

| CO. | MOVE # | EMPLOYEE NAME | AUDITED BILLING | | SERVICE FEE | INSURANCE | AMOUNT DUE TO CENDANT MOBILITY |
|---|---|---|---|---|---|---|---|
| 01031 | 00118 | PEDRA, M. HENRY<br>Domestic Perm Storage | $ 890.00 | $ 0.00 | $ 0.00 | $ 243.00 | $ 1,133.00 |

\* DELIVERY OUT FEE
\*\* CANCELLATION FEE

REMIT WITH COPY OF THIS INVOICE TO:

Cendant Mobility
P.O. BOX 73049
Chicago, IL 60673-7049

**AMOUNT DUE TO
CENDANT MOBILITY**

$ 1,133.00

0061 (11/97)