# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing RESPONSE OF CLAIMANT ROBERT H. LOCKE TO DEBTORS' OBJECTION TO CLAIM OF ROBERT H. LOCKE AND AGREEMENT FOR REFERRAL TO MEDIATION was served upon the below by U.S. first class mail, postage prepaid, on this 4th day of January, 2007.

Lori Sinanyan, Esquire
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Peter Van L. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Gary Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esquire
Buchanan, Ingersoll & Ronney, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe, LLP
3050 K Street, NW
Suite 300
Washington, DC 20007

Office of the United States Trustee
Attn: David Klauder
844 N. King Street
Wilmington, DE 19801

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

_____
Etta R. Wolfe (ID No. 4164)