IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 14148 |

DECLARATION OF SERVICE REGARDING:

1.  **ORDER REGARDING X-RAY EVIDENCE [Re: Docket Nos. 13702, 13784, 13816, 13845, 13848, 13877, 13879, 13881, 13883, 13889 and 14093]**

2.  **LETTER TO COUNSEL FROM KIRKLAND & ELLIS LLP**

3.  **ATTACHMENT "A" TO LETTER TO COUNSEL FROM KIRKLAND AND ELLIS LLP [Attachment "A" is a custom document containing confidential claimant information and is not attached hereto. Copies will be made available to authorized parties upon written request.]**

I, Alex Cedeño, state as follows:

---

[1]The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.      I am over eighteen years of age and I believe the statements contained herein are true

based on my personal knowledge.  My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy

Management Corporation), 1330 East Franklin Avenue, El Segundo, California 90245.

2.      On December 28, 2006, at the direction of Kirkland & Ellis LLP, co-counsel to the

Debtors and Debtors in Possession in the above-captioned cases, I caused the documents attached

hereto as Exhibit 1 to be served on the Affected Parties listed in Exhibit 2.

3.      All parties were served via the modes indicated in Exhibit 2.


I declare under penalty of perjury that the foregoing is true and correct.


DATED: January __3__ , 2007
El Segundo, California

_____
Alex Cedeño


State of California          )
                             ) ss
County of Los Angeles        )


Personally appeared before me on January _3_ , 2007, Alex Cedeño, an individual, known to
me to be the person who executed the foregoing instrument and acknowledged the same.


JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009