IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS: |
| NEW CASTLE COUNTY | : |

I, William Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on January 3, 2007 I caused to be served:

**RESPONSE OF CARTUS CORPORATION, FORMERLY KNOWN AS CENDANT MOBILITY SERVICES CORPORATION, TO DEBTORS' TWENTIETH OBJECTION TO CLAIMS (SUBSTANTIVE)**

Service was completed upon the parties on the attached list in the manner indicated.

Date: January 4, 2007

_____
William Weller

SWORN AND SUBSCRIBED before me this 4th day of January, 2007

_____
NOTARY
My commission expires: 12/11/08

**S. STACI HUDSON**
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

WWW/112034-0002/1502365/1

**VIA HAND DELIVERY**
James E. O'Neill, Esquire
David Carickhoff, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
[Counsel for the Debtors]

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
[Counsel to the Official Committee of Unsecured Creditors]

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
[Counsel to the Official Committee of Property Damage Claimants]

Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Center
800 North King Street, Suite 300
Wilmington, Delaware 19801
[Counsel to the Official Committee of Personal Injury Claimants]

Teresa K.D. Currier, Esquire
Buchanan, Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801-1054
[Counsel to the Official Committee of Equity Holders]

**VIA HAND DELIVERY**
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 198606
[Counsel to the Future Claimants' Representative]

David Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Room 2311
Wilmington, Delaware 19801
[United States Trustee]

**VIA FIRST CLASS MAIL**
Lori Sinanyan, Esquire
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017
[Counsel for the Debtors]

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982
[Counsel to the Official Committee of Unsecured Creditors]

Scott L. Baena, Esquire
Bilsin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131
[Counsel to the Official Committee of Property Damage Claimants]

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
[Counsel to the Official Committee of Personal Injury Claimants]

**VIA FIRST CLASS MAIL**
Gary Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, New York 10022
[Counsel to the Official Committee of
Equity Holders]

Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe, LLP
3050 K Street, NW
Suite 300
Washington, DC 20007
[Counsel to the Future Claimants'
Representative]