**EXHIBIT 2**

## for WRPIGrace

Total number of parties: 33

### Exhibit 2 - WR Grace PI

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22755 | ARDORN, JULIE A/COHEN, MITCHELL S, LOCKS LAW FIRM PLLC, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 | DHL Overnight |
| 22755 | ARDORN, JULIE A/COHEN, MITCHELL S, LOCKS LAW FIRM PLLC, 457 HADDONFIELD RD STE 500, CHERRY HILL, NJ, 08002-2220 | DHL Overnight |
| 22755 | BEZOU, JACQUES, BOGDAN LAW FIRM, 7322 SOUTHWEST FWY STE 868, STE 868, HOUSTON, TX, 77074-2009 | DHL Overnight |
| 22755 | BRENNER ESQ, DAVID E, HOWARD BRENNER & NASS, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 | DHL Overnight |
| 22755 | COLEMAN, ALICE W, BRENT COON & ASSOCIATES, 188 E CAPITOL ST STE 1375, JACKSON, MS, 39201-2133 | DHL Overnight |
| 22755 | DEPAOLIS, PETER C, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, GEORGE MASON SQUARE, 103 W BROAD ST STE 400, FALLS CHURCH, VA, 22046-4237 | DHL Overnight |
| 22755 | DUSICH, BERNIE M/HERTOGS, SCOTT J, SIEBEN POLK LAVERDIERE & DUSICH PA, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 | DHL Overnight |
| 22755 | HEBERLING, JON L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 | DHL Overnight |
| 22755 | JENSEN, MARGARET H, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 | DHL Overnight |
| 22764 | JENSEN, MARGARET H, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 | DHL Overnight |
| 22755 | KENNEY, BRIAN/EMBRY, STEPHEN C, EARLY LUDWICK SWEENEY & STRAUSS LLC, 360 LEXINGTON AVE 20TH FL, NEW YORK, NY, 10017-6502 | DHL Overnight |
| 22755 | KIZIS, LYNNE M/BERRY ESQ, KEVIN M, WILENTZ GOLDMAN & SPITZER, 90 WOODBRIDGE CENTER DRIVE, PO BOX 10, WOODBRIDGE, NJ, 07095-0958 | USPS Express Mail |
| 22755 | LANGSTON, KEITH L, NIX PATTERSON & ROACH, 2900 SAINT MICHAEL DR 5TH FL, TEXARKANA, TX, 75503-2388 | DHL Overnight |
| 22755 | LAVERDIERE RICHARD A/POLK, MICHAEL S, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 | DHL Overnight |
| 22764 | LAW OFFICES OF JON A SWARTZFAGER, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 | DHL Overnight |
| 22755 | LEH, MICHAEL B/LINDHEIM, JERRY A, LOCKS LAW FIRM PLLC, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 | DHL Overnight |
| 22755 | LEH, MICHAEL B/LINDHEIM, JERRY A, LOCKS LAW FIRM PLLC, 457 HADDONFIELD RD STE 500, CHERRY HILL, NJ, 08002-2220 | DHL Overnight |
| 22755 | LUCKEY, ALWYN H, LUCKEY, ALWYN H, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39566-0724 | DHL Overnight |
| 22755 | PORTER, TIMOTHY W/DUNCAN, JENA LEBLANC, PORTER & MALOUF, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157-4419 | DHL Overnight |
| 22755 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, 111 S GEORGE ST STE 2, CUMBERLAND, MD, 21502-3087 | DHL Overnight |
| 22755 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, 1300 N MARKET ST STE 212, WILMINGTON, DE, 19801-1813 | DHL Overnight |
| 22755 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, 201 S CLEVELAND AVE, HAGERSTOWN, MD, 21740-5745 | DHL Overnight |
| 22755 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, 2643 KINGSTON PIKE FL 1, KNOXVILLE, TN, 37919-3334 | DHL Overnight |
| 22755 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 | DHL Overnight |
| 22755 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, 60 W BROAD ST STE 200, BETHLEHEM, PA, 18018-5721 | DHL Overnight |
| 22755 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, GOVERNOR'S PLAZA S, BLDG 3, 2001 N FRONT ST STE 330, HARRISBURG, PA, 17102-2109 | DHL Overnight |
| 22755 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, THE JOHN WANAMAKER BLDG 10TH FL, 100 PENN SQ E FL 1050, PHILADELPHIA, PA, 19107-3325 | DHL Overnight |

### Exhibit 2 - WR Grace PI

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22755 | REYES, ANGEL, ANGELOS, PETER G LAW OFFICES OF, 100 N CHARLES ST STE 2200, 1 CHARLES PLZ, BALTIMORE, MD, 21201-3933 | DHL Overnight |
| 22755 | ROSEN, D/STAMOS, G, ROSE KLEIN & MARIAS LLP, 401 E OCEAN BLVD STE 301, PO BOX 22792, LONG BEACH, CA, 90801-5792 | USPS Express Mail |
| 22755 | ROSEN, D/STAMOS, G, ROSE KLEIN & MARIAS LLP, 801 S GRAND AVE 11TH FL, LOS ANGELES, CA, 90017-4613 | DHL Overnight |
| 22755 | SALES, KENNETH L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLZ, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 | DHL Overnight |
| 22755 | TAVENS, JAMES E/TAYLOR II, ROBERT G, ROBERT G TAYLOR II, PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002-4806 | DHL Overnight |
| 22755 | WINBURN, RUSSELL B, ODOM & ELLIOTT PA, PO BOX 1868, FAYETTEVILLE, AR, 72702-1868 | USPS Express Mail |

**Subtotal for this group: 33**

WRPIGrace

*page 12 of 12*