# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 11/1/2006 | 2.0 | Business operations | Work with FCR counsel to gather information for upcoming brief |
| Ritwik Chatterjee | 11/1/2006 | 3.3 | Business operations | Research re: Debtor's case expenses; communication with Debtor re: same; assist counsel with financial data for upcoming brief |
| Geoffrey Zbikowski | 11/1/2006 | 4.8 | Business operations | Assist counsel with financial data for upcoming brief; various financial analysis |
| Joseph Radecki | 11/2/2006 | 2.0 | Business operations | Review financial analysis regarding comparable companies |
| Jonathan Brownstein | 11/2/2006 | 3.0 | Business operations | Review financial performance release of Grace's comparable company IFF; review related financial analysis |
| Ritwik Chatterjee | 11/2/2006 | 2.3 | Business operations | Review financial results of competitor company (IFF) |
| Geoffrey Zbikowski | 11/2/2006 | 1.3 | Financial analysis/review | Financial and valuation analysis |
| Geoffrey Zbikowski | 11/3/2006 | 4.5 | Business operations | Review quarterly operating results of International Flavors and Fragrances (Grace comparable company); update various financial and valuation analysis |
| Joseph Radecki | 11/6/2006 | 2.8 | Business operations | Review settlement analysis as well as updated valuation analysis; PJC discussions regarding the above |
| Jonathan Brownstein | 11/6/2006 | 3.0 | Business operations | Conduct settlement analysis and related analysis; PJC discussions |
| Ritwik Chatterjee | 11/6/2006 | 4.0 | Business operations | Research in specialty chemicals space; settlement analysis; internal discussions re: same |
| Joseph Radecki | 11/7/2006 | 2.0 | Financial analysis/review | Review WR Grace's most recent quarterly financial results (packet of which was received from WR Grace) |
| Jonathan Brownstein | 11/7/2006 | 4.0 | Financial analysis/review | Review Company's Q3 financial results |
| Ritwik Chatterjee | 11/7/2006 | 6.0 | Financial analysis/review | Settlement analysis; receive and review Debtor's Q3 financial results |
| Geoffrey Zbikowski | 11/7/2006 | 6.3 | Financial analysis/review | Review Company's third quarter financial results; related financial analysis |
| Joseph Radecki | 11/8/2006 | 1.8 | Financial analysis/review | Review settlement analysis |
| Jonathan Brownstein | 11/8/2006 | 2.0 | Business operations | Review info from Grace's financial advisor about potential divestiture |
| Ritwik Chatterjee | 11/8/2006 | 2.0 | Business operations | Review information from Blackstone re: potential divestiture |
| Geoffrey Zbikowski | 11/8/2006 | 5.0 | Business operations | Analyze information about potential divestiture; perform analysis on settlement scenarios |
| Joseph Radecki | 11/9/2006 | 3.3 | Business operations | Review potential divestiture by WR Grace; settlement analysis |
| Jonathan Brownstein | 11/9/2006 | 0.8 | Business operations | Review info from Grace's financial advisor about potential divestiture |
| Geoffrey Zbikowski | 11/9/2006 | 3.8 | Financial analysis/review | Various financial analysis re: competitor companies |
| Joseph Radecki | 11/10/2006 | 2.8 | Financial analysis/review | Review Grace's financial report for the most recent month available; conference call with other FCR professionals |
| Jonathan Brownstein | 11/10/2006 | 3.0 | Financial analysis/review | Review Debtor's monthly financial packet; conference call with other FCR professionals |
| Ritwik Chatterjee | 11/10/2006 | 5.0 | Financial analysis/review | Receive and review Debtor's monthly financial packet; conference call with other FCR professionals |
| Geoffrey Zbikowski | 11/10/2006 | 4.8 | Financial analysis/review | Review monthly financial information from the Company; attend call with professionals |
| Joseph Radecki | 11/13/2006 | 1.0 | Business operations | Internal call re: potential expert reports |
| Jonathan Brownstein | 11/13/2006 | 3.0 | Business operations | Internal call re: potential expert reports; assist FCR counsel for court filing |
| Ritwik Chatterjee | 11/13/2006 | 5.0 | Business operations | Conference call re: potential expert reports; assist FCR counsel re: upcoming brief; financial analysis for upcoming brief |
| Geoffrey Zbikowski | 11/13/2006 | 4.8 | Business operations | Conference call with professionals; financial analysis for upcoming brief |
| Joseph Radecki | 11/14/2006 | 3.0 | Financial analysis/review | Conf. call regarding WR Grace's financial results; internal team meeting regarding settlement issues and other matters; settlement analysis and discussions |
| Jonathan Brownstein | 11/14/2006 | 4.3 | Financial analysis/review | Call with Company and others regarding Company's Q3 financial results; settlement analysis; PJC discussions re: same |
| Ritwik Chatterjee | 11/14/2006 | 5.3 | Financial analysis/review | Settlement analysis; Q3 financial results call with Debtor and others; internal discussions re: various |
| Geoffrey Zbikowski | 11/14/2006 | 1.0 | Financial analysis/review | Third quarter financial results conference call |
| Jonathan Brownstein | 11/15/2006 | 2.3 | Financial analysis/review | Review analysis on Company's most recent financial results |
| Geoffrey Zbikowski | 11/15/2006 | 4.3 | Financial analysis/review | Financial analysis related to third quarter results |
| Jonathan Brownstein | 11/16/2006 | 3.5 | Financial analysis/review | Various financial analysis re: competitor companies |
| Ritwik Chatterjee | 11/16/2006 | 3.5 | Financial analysis/review | Various financial analysis re: competitor companies |
| Joseph Radecki | 11/17/2006 | 3.0 | Financial analysis/review | Review settlement analysis; internal discussions re: same and various topics |
| Jonathan Brownstein | 11/17/2006 | 4.0 | Financial analysis/review | Review financial analysis; conduct settlement analysis and related analysis; internal discussions re: various topics |
| Ritwik Chatterjee | 11/17/2006 | 4.8 | Financial analysis/review | Settlement analysis; internal discussions re: same |
| Geoffrey Zbikowski | 11/17/2006 | 5.0 | Financial analysis/review | Perform various analysis re: settlement scenarios; PJC team discussions re: various |
| Ritwik Chatterjee | 11/20/2006 | 2.0 | Business operations | Review financial results of competitor company (Valspar Corp) |
| Geoffrey Zbikowski | 11/20/2006 | 2.3 | Business operations | Results of Valspar Corp review; related analysis |
| Joseph Radecki | 11/22/2006 | 2.5 | Financial analysis/review | Review settlement analysis; internal discussions re: same |
| Jonathan Brownstein | 11/22/2006 | 3.0 | Financial analysis/review | Settlement analysis |
| Geoffrey Zbikowski | 11/22/2006 | 3.0 | Financial analysis/review | Settlement analyis |
| Jonathan Brownstein | 11/27/2006 | 2.8 | Business operations | Review research reports on competitor chemicals market |
| Ritwik Chatterjee | 11/27/2006 | 1.8 | Business operations | Review financial results of competitor company (Johnson Matthey) |
| Geoffrey Zbikowski | 11/27/2006 | 1.0 | Business operations | Research on competitor chemical companies / markets |
| Jonathan Brownstein | 11/28/2006 | 1.0 | Financial analysis/review | Work with FCR counsel to gather information for upcoming brief |
| Ritwik Chatterjee | 11/28/2006 | 1.0 | Financial analysis/review | Assist FCR counsel with financial information for upcoming brief |
| Geoffrey Zbikowski | 11/28/2006 | 4.5 | Business operations | Research on competitor chemical companies / markets |
| Joseph Radecki | 11/30/2006 | 1.8 | Business operations | Review acquisition activity in specialty chemicals space and industry reports |
| Jonathan Brownstein | 11/30/2006 | 2.0 | Business operations | Review acquisition activity in specialty chemicals space |
| Ritwik Chatterjee | 11/30/2006 | 1.3 | Business operations | Review M&A activity of competitor company (Valspar Corp of HB Fuller Business) |
| Geoffrey Zbikowski | 11/30/2006 | 1.8 | Business operations | Review transaction between Valspar and HB Fuller |