# EXHIBIT B

**W.R. Grace & Co.**
**Expense Detail Report**
**(Date Represents Posting Date)**

Research
Geoffrey Zbikowski             11/07/06              $ 308.34
Total Research:                                      $ 308.34


Telephone
Jonathan Brownstein            11/07/06              $  59.00
Ritwik Chatterjee              11/07/06              $  42.40
Total Telephone:                                     $ 209.46


TOTAL EXPENSES:                                      **$ 409.74**