REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                        Invoice Number    1487385
One Town Center Road                   Invoice Date      12/31/06
Boca Raton, FL   33486                 Client Number       172573

================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

           Fees                          86,850.00
           Expenses                           0.00

            TOTAL BALANCE DUE UPON RECEIPT      $86,850.00
                                               =============

PGHLIB-1965624.1-AJMUHA

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1487385
One Town Center Road                     Invoice Date     12/31/06
Boca Raton, FL    33486                  Client Number     172573
                                         Matter Number      60026

=======================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 11/01/06 | Ash | Review depositions and studies in preparation for plaintiff expert cross outline and memorandum. | 2.50 |
| 11/01/06 | Klapper | Discuss rebuttal report with P. Sanner (.2); begin review of key trial transcripts from Grace's previous cases that are cited by experts for claimants (5.0). | 5.20 |
| 11/01/06 | Taylor-Payne | Research cases listed on Castleman's resume in effort to obtain additional materials. | 5.40 |
| 11/02/06 | Ash | Review depositions and studies in preparation for plaintiff expert cross outline and memorandum. | 3.80 |
| 11/02/06 | Klapper | Continue review of key trial transcripts from Grace's previous cases that are cited by experts for claimants. | 4.20 |
| 11/02/06 | Sanner | Work on outline of historical issues (5.8); telephone discussion with A. Klapper re same (0.4). | 6.20 |
| 11/02/06 | Taylor-Payne | Reviewed notes and e-mails requesting Castleman materials | 5.00 |

172573 W. R. Grace & Co.                          Invoice Number  1487385
60026  Litigation and Litigation Consulting       Page    2
December 31, 2006


   Date   Name                                                    Hours
 -------- -----------                                             -----

|          |             |                                                   |       |
|----------|-------------|---------------------------------------------------|-------|
|          |             | (2.1); made additional contacts in effort to obtain additional Castleman materials (2.7); office conference with Ms. Sanner regarding status of obtaining Castleman materials (0.2). |       |
| 11/03/06 | Herbst      | Office conference with J. Ash re Castleman cross-examination (0.4); conference call with T. Klapper and P. Sanner re corporate story project (0.5); office conference with T. Klapper re Castleman assignment and background on asbestos litigation (1.2); review asbestos outlines, previous cross-examination outlines and other asbestos materials (1.4). | 3.50 |
| 11/03/06 | Klapper     | Continue review of key trial transcripts from Grace's previous cases that are cited by experts for claimants. | 3.30 |
| 11/03/06 | Sanner      | Work on outline of historical issues. | 3.50 |
| 11/03/06 | Taylor-Payne | Reviewed incoming Castleman materials (1.1); compiled volumes 13 through 19 of Castleman materials (2.0); tracking spreadsheets (0.7); e-mails to and from various contacts regarding obtaining additional Castleman materials (0.2). | 4.00 |
| 11/05/06 | Cameron     | Review materials for expert reports. | 1.10 |
| 11/06/06 | Ash         | Review depositions and studies in preparation for plaintiff expert cross outline and memorandum. | 3.50 |
| 11/06/06 | Cameron     | Review materials from K&E. | .50 |
| 11/06/06 | Herbst      | Review expert report and materials | 3.30 |

172573 W. R. Grace & Co.                          Invoice Number  1487385
60026  Litigation and Litigation Consulting       Page   3
December 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| | | for Castleman (1.5); begin review of Castleman deposition transcripts (1.8). | |
| 11/06/06 | Taylor-Payne | Compiled volumes 20 through 23 of Castleman materials (2.4); updated spreadsheets tracking Castleman materials (1.3). | 3.70 |
| 11/07/06 | Cameron | Telephone call with R. Finke and expert regarding rebuttal report issues. | .30 |
| 11/07/06 | Herbst | Continue review of Castleman deposition transcript for cross-examination outline. | 1.20 |
| 11/07/06 | Klapper | Continue review of key trial transcripts from Grace's previous cases that are cited by experts for claimants. | 5.40 |
| 11/08/06 | Ash | Review depositions and studies in preparation for plaintiff expert cross outline and memorandum. | 2.50 |
| 11/08/06 | Taylor-Payne | E-mails to and from Mr. Stephens regarding additional expert materials (0.6); completed compilation of volume 23 of expert materials (1.5). | 2.10 |
| 11/09/06 | Ash | Review depositions and studies in preparation for plaintiff expert cross outline and memorandum. | 2.50 |
| 11/09/06 | Klapper | Meet with expert regarding rebuttal report (3.2); review key studies and documents (2.5). | 5.70 |
| 11/09/06 | Taylor-Payne | Made additional contacts in attempt to obtain additional expert materials (2.7); began compiling and drafting index for volume 24 of expert materials (0.7); updated status of obtaining | 5.50 |

172573 W. R. Grace & Co.                          Invoice Number  1487385
60026  Litigation and Litigation Consulting       Page   4
December 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| | | expert materials spreadsheets (2.1). | |
| 11/10/06 | Schoenecker | Review and record deposition testimony of plaintiff's expert witness. | 2.20 |
| 11/10/06 | Taylor-Payne | Made additional contacts to request expert witness materials (2.4); updated case tracking spreadsheets (1.3); updated volume 24 with additional expert materials (1.1). | 4.80 |
| 11/11/06 | Schoenecker | Review and record deposition testimony of plaintiff's expert witness. | 1.70 |
| 11/12/06 | Schoenecker | Review and record deposition testimony of plaintiff's expert witness. | 2.70 |
| 11/13/06 | Schoenecker | Review and record deposition testimony of plaintiff's expert witness. | 1.20 |
| 11/13/06 | Taylor-Payne | Make additional contacts in effort to obtain additional expert witness materials (1.1); compile binders containing additional expert witness materials (0.7); update expert witness materials (2.6). | 4.40 |
| 11/14/06 | Sanner | Work on outline of historical issues. | 7.20 |
| 11/14/06 | Schoenecker | Review and record deposition testimony of plaintiff's expert witness. | 3.60 |
| 11/14/06 | Taylor-Payne | Continue to research new expert witness (3.6); set up template documents for index and document tracking spreadsheet for new expert witness (1.2); make | 6.70 |

172573 W. R. Grace & Co.                          Invoice Number  1487385
60026 Litigation and Litigation Consulting        Page   5
December 31, 2006

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| | | contacts in effort to obtain materials for new expert witness (1.9). | |
| 11/15/06 | Cameron | Attention to expert report issues. | 1.40 |
| 11/15/06 | Klapper | Begin review of key fact depositions cited by PI estimation experts for purpose of expert witness prep. | 3.70 |
| 11/15/06 | Sanner | Work on outline of historical issues. | 6.10 |
| 11/15/06 | Taylor-Payne | Compile binders of materials for multiple experts (1.3); update indices to binders of materials for experts (0.6); continue researching case information in effort to obtain additional materials for expert witness (2.3); continue making contacts in effort to obtain additional expert materials (1.4); update document tracking spreadsheets for multiple expert witnesses (1.3). | 6.20 |
| 11/16/06 | Ament | E-mails with J. Baer re: SC Anderson transcript and meet with D. Cameron re: same (.10); telephone call to R. Baker of Judge Fitzgerald's office requesting copy of same (.10); follow-up e-mails with D. Cameron and J. Baer re: same (.10). | .30 |
| 11/16/06 | Schoenecker | Review and record deposition testimony of plaintiff's expert witness. | 3.70 |
| 11/16/06 | Taylor-Payne | Continue making contacts to request documentation for expert witness (1.8); begin compiling volume two of materials for expert witness (0.7); update document | 3.70 |

172573 W. R. Grace & Co.                          Invoice Number  1487385
60026  Litigation and Litigation Consulting       Page   6
December 31, 2006


        Date   Name                                            Hours
       ------- -----------                                     -----
                              tracking spreadsheet (0.6);
                              e-mails to and from Ms. Sanner and
                              Ms. Aten regarding status of
                              collection of materials for expert
                              witness (0.6).

     11/17/06 Ash             Review expert materials in            5.50
                              preparation for cross examination
                              outline and memorandum (4.5);
                              meeting with A. Klapper regarding
                              expert review status (1.0).

     11/17/06 Klapper         Lead meeting regarding cross           .60
                              project of PI estimation expert.

     11/17/06 Sanner          Review corporate history documents   1.80
                              in preparation for meeting with
                              Environ.

     11/17/06 Schoenecker     Review and record deposition         2.30
                              testimony of expert plaintiff's
                              witness.

     11/19/06 Klapper         Review TLV documents and lung        7.30
                              cancer historical studies for
                              meeting with expert consultants.

     11/19/06 Sanner          Work on documents in preparation     8.30
                              for conference with Environ.

     11/20/06 Cameron         Review materials for expert           .90
                              rebuttal report.

     11/20/06 Klapper         Prepare for meeting with             6.30
                              consultant regarding rebuttal
                              reports.

     11/20/06 Sanner          Prepare for meeting with Environ    11.10
                              in connection with J. Rodericks'
                              review.

     11/21/06 Klapper         Prepare for and meet with           5.70
                              consultants regarding rebuttal
                              reports.

     11/21/06 Sanner          Participate in conference in         5.00

                                    - 7 -

172573 W. R. Grace & Co.                          Invoice Number  1487385
60026  Litigation and Litigation Consulting       Page   7
December 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| | | Washington, D.C. with A. Klapper and Environ representatives. | |
| 11/21/06 | Schoenecker | Review and record deposition testimony of plaintiff's expert witness. | 5.60 |
| 11/22/06 | Ash | Review expert materials in preparation for cross examination outline and memorandum. | 3.50 |
| 11/22/06 | Klapper | Meet with and discuss organizational structure and substance of rebuttal reports with experts. | 3.50 |
| 11/22/06 | Sanner | Review common exhibits in preparation for expert analysis. | 5.20 |
| 11/22/06 | Schoenecker | Review and record deposition testimony of plaintiff's expert witness. | 1.60 |
| 11/25/06 | Cameron | Attention to expert witness reports and rebuttal report issues. | 1.50 |
| 11/25/06 | Schoenecker | Review and record deposition testimony of plaintiff's expert witness. | 3.80 |
| 11/27/06 | Sanner | Review common exhibits in preparation for meeting with expert. | 1.40 |
| 11/27/06 | Schoenecker | Review and record deposition testimony of plaintiff's expert witness. | 5.40 |
| 11/27/06 | Taylor-Payne | Downloaded additional expert transcripts. | .60 |
| 11/28/06 | Ash | Review expert materials in preparation for cross examination outline and memorandum. | 3.50 |
| 11/28/06 | Sanner | Review and consider common | .70 |

172573  W. R. Grace & Co.                          Invoice Number   1487385
60026  Litigation and Litigation Consulting        Page    8
December 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| | | exhibits in preparation for work with J. Rodericks. | |
| 11/28/06 | Taylor-Payne | Compiled additional binder of expert materials (0.4); prepared index for additional binder of expert materials (0.3); updated expert materials tracking spreadsheet (0.1); coordinated duplication of expert materials (0.1). | .90 |
| 11/29/06 | Sanner | Review and consider common exhibits in preparation for meeting with expert. | 7.60 |
| 11/29/06 | Taylor-Payne | E-mails to and from various contacts regarding outstanding requests for expert transcripts. | .40 |
| 11/30/06 | Sanner | Continue analysis of common exhibits in connection with preparation for J. Rodericks' review. | 8.10 |

                                                   ------
                                   TOTAL HOURS     251.60

172573 W. R. Grace & Co.                        Invoice Number  1487385
60026  Litigation and Litigation Consulting     Page   9
December 31, 2006

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 5.70 | at $ | 530.00 | = | 3,021.00 |
| Antony B. Klapper | 50.90 | at $ | 500.00 | = | 25,450.00 |
| Margaret L. Sanner | 72.20 | at $ | 415.00 | = | 29,963.00 |
| Jesse J. Ash | 27.30 | at $ | 330.00 | = | 9,009.00 |
| John L. Schoenecker | 33.80 | at $ | 250.00 | = | 8,450.00 |
| Daniel Z. Herbst | 8.00 | at $ | 230.00 | = | 1,840.00 |
| Sharon A. Ament | 0.30 | at $ | 130.00 | = | 39.00 |
| Jennifer L. Taylor-Payne | 53.40 | at $ | 170.00 | = | 9,078.00 |

                      CURRENT FEES                        86,850.00

                                                        ------------
           TOTAL BALANCE DUE UPON RECEIPT                 $86,850.00
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1487386
5400 Broken Sound Blvd., N.W.        Invoice Date        12/31/06
Boca Raton, FL 33487                 Client Number        172573


==============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

        Fees                        10,059.50
        Expenses                         0.00

            TOTAL BALANCE DUE UPON RECEIPT      $10,059.50
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1487386
5400 Broken Sound Blvd., N.W.        Invoice Date       12/31/06
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60027


========================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 11/07/06 | Cameron | Non-working travel time to California for meeting with Perkins Coie regarding PD claims (one-half of total 4 hours). | 2.00 |
| 11/07/06 | Flatley | Non-working travel to Los Angeles (one-half of time spent). | 2.00 |
| 11/09/06 | Cameron | Non-working travel time returning from California meeting (1/2 of 5 hours total). | 2.50 |
| 11/09/06 | Flatley | Non-working travel on return from Los Angeles (one-half of time spent). | 2.70 |
| 11/21/06 | Sanner | Non-working travel to Washington, D.C. for meeting with Environ representatives and A. Klapper (one-half time). | 2.60 |
| 11/27/06 | Cameron | Non-working part of trip to Toronto (one-half of total time). | 1.20 |
| 11/28/06 | Cameron | Non-working portions of travel from Toronto hotel to airport to New York office for meeting (one-half of full time) (2.0); Non-working portions of travel | 3.50 |

172573 W. R. Grace & Co.
60027  Travel-Nonworking
December 31, 2006

Invoice Number   1487386
Page    2

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| | | from New York office to airport to Pittsburgh (one-half full time) (1.5). | |
| 11/30/06 | Cameron | Non-working travel from Pittsburgh to Washington, D.C. and return to Pittsburgh (one-half of total time). | 3.00 |

TOTAL HOURS    19.50

| TIME SUMMARY | Hours | | Rate | | Value |
| ------------------------ | ------------------ | | ----------------------- | | ------- |
| Lawrence E. Flatley | 4.70 | at $ | 535.00 | = | 2,514.50 |
| Douglas E. Cameron | 12.20 | at $ | 530.00 | = | 6,466.00 |
| Margaret L. Sanner | 2.60 | at $ | 415.00 | = | 1,079.00 |

CURRENT FEES                                      10,059.50

TOTAL BALANCE DUE UPON RECEIPT          $10,059.50
                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1487387
5400 Broken Sound Blvd., N.W.        Invoice Date       12/31/06
Boca Raton, FL 33487                 Client Number        172573



===========================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

          Fees                           4,682.00
          Expenses                           0.00

                  TOTAL BALANCE DUE UPON RECEIPT      $4,682.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                          Invoice Number      1487387
5400 Broken Sound Blvd., N.W.                        Invoice Date       12/31/06
Boca Raton, FL 33487                                 Client Number       172573
                                                     Matter Number        60029

==========================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 11/01/06 | Ament | E-mail to J. Lord re: 21st quarterly fee application (.10); create spreadsheet in preparation for 22nd quarterly fee application (.50). | .60 |
| 11/02/06 | Ament | Calculate fees and expenses for July - September for 22nd quarterly fee application. | 3.00 |
| 11/03/06 | Ament | E-mails with J. Lord and A. Muha re: 22nd quarterly fee application (.10); additional e-mails with A. Muha re: recalculation of printing and duplicating expenses (.10). | .20 |
| 11/03/06 | Lord | E-mails with S.Ament re: quarterly fee application (.1); assist with preparation of same (.4). | .50 |
| 11/06/06 | Ament | Meet with A. Muha re: 22nd quarterly fee application (.10); continue calculating expenses for same (.20). | .30 |
| 11/08/06 | Ament | Review and recalculate July, August and September invoices relating to copy expenses for compliance with limits on copying charges. | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1487387
60029  Fee Applications-Applicant                 Page    2
December 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 11/08/06 | Muha | Extensive revisions to October 2006 fee and expense detail, including multiple calls and e-mails to attorneys to add detail to time entry descriptions. | 2.50 |
| 11/09/06 | Ament | Continue drafting narrative and summary to 22nd quarterly fee application. | .50 |
| 11/10/06 | Ament | Continue recalculating duplicating expenses for July, August and September and drafting summary and narrative to 22nd quarterly fee application (.50); meet with A. Muha re: same (.10). | .60 |
| 11/10/06 | Lord | Research docket and update 2002 list. | .40 |
| 11/13/06 | Ament | E-mails and meet with A. Muha re: quarterly fee application. | .10 |
| 11/13/06 | Lord | Review and assist with preparation of 22nd quarterly fee application of Reed Smith. | 1.20 |
| 11/13/06 | Muha | Meetings with S. Ament re: preparation of 22nd Quarterly Application. | .10 |
| 11/14/06 | Ament | E-mails with A. Muha re: 22nd quarterly fee application (.10); finalize summary and narrative and e-mail to J. Lord for DE filing (.20). | .30 |
| 11/14/06 | Lord | Revise, e-file and perfect service of Reed Smith 22nd quarterly fee application. | 1.60 |
| 11/14/06 | Muha | Make final review/revisions of Quarterly Fee Application. | .20 |
| 11/20/06 | Ament | Review e-mail from A. Muha re: invoices relating to Oct. invoices | .20 |

172573 W. R. Grace & Co.                    Invoice Number  1487387
60029  Fee Applications-Applicant           Page   3
December 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|

and responses from C. Gadsden and
S. Greives re: same (.10);
telephone call from A. Muha re:
K&E expenses relating to
Pittsburgh trial (.10).

11/20/06 Cameron     Review and revise fee application      .60
                     materials.

11/20/06 Muha        Review/revise October 2006            .70
                     fee/expense detail for monthly
                     application and meet with D.
                     Cameron and billing department
                     representative re: same.

11/21/06 Ament       Review and respond to e-mail from    1.20
                     A. Muha re: Oct. monthly fee
                     application and review S. Greives
                     e-mail re: invoices for same
                     (.10); e-mail to J. Lord re: DE
                     filing required by 10/28/06 (.10);
                     review invoices received from C.
                     Gadsden and format into Word
                     documents in preparation for
                     filing (1.0).

11/21/06 Cameron     Continued review and revisions to     .50
                     fee applications.

11/21/06 Lord        E-mail with S. Ament re: October      .20
                     fee application.

11/21/06 Muha        Final revisions to October 2006       .30
                     fee and expense detail; e-mails to
                     S. Ament re: same.

11/22/06 Ament       Begin calculating fees and           2.10
                     expenses for 64th monthly fee
                     application (1.0); create
                     spreadsheet re: same (.50); draft
                     64th monthly fee application
                     (.50); meet with A. Muha re: same
                     (.10).

11/25/06 Ament       Complete calculating fees and        1.00
                     expenses and drafting 64th monthly

172573 W. R. Grace & Co.                         Invoice Number   1487387
60029  Fee Applications-Applicant                Page   4
December 31, 2006

| Date | Name | | Hours |
|------|------|------|------|
| | | fee application and e-mail same to A. Muha for review. | |
| 11/27/06 | Ament | Meet with A. Muha re: 64th monthly fee application (.10); review e-mails from D. Cameron and A. Muha re: invoice relating to travel fees (.10); telephone call and e-mail to C. Gadsden re: same (.10); revisions to 64th monthly fee application and fee detail (.20); meet with A. Muha re: same (.10); e-mail Word versions of fee application, fee and expense details to J. Lord for DE filing (.10). | .70 |
| 11/27/06 | Lord | Research docket and draft CNO for Reed Smith September monthly fee application (.4); review, revise and prepare Reed Smith October monthly fee application for e-filing and service (1.1). | 1.50 |
| 11/27/06 | Muha | Final review and revisions to October 2006 monthly fee application, including multiple e-mails re: location of missing invoices. | .80 |
| 11/28/06 | Lord | E-file and perfect service of Reed Smith October monthly fee application (.7); draft, e-file and perfect service of CNO to Reed Smith September monthly fee application (.5); correspondence to R. Finke re: same (.1). | 1.30 |

TOTAL HOURS   23.70

172573 W. R. Grace & Co.                    Invoice Number  1487387
60029  Fee Applications-Applicant          Page   5
December 31, 2006

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Douglas E. Cameron | 1.10  at $  530.00 = | | 583.00 |
| Andrew J. Muha | 4.60  at $  295.00 = | | 1,357.00 |
| John B. Lord | 6.70  at $  190.00 = | | 1,273.00 |
| Sharon A. Ament | 11.30  at $  130.00 = | | 1,469.00 |

                     CURRENT FEES                      4,682.00

                                                    ------------
            TOTAL BALANCE DUE UPON RECEIPT           $4,682.00
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                         Invoice Number      1487388
One Town Center Road                    Invoice Date      12/31/06
Boca Raton, FL    33486                 Client Number      172573



========================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

        Fees                            156.00
        Expenses                          0.00

            TOTAL BALANCE DUE UPON RECEIPT        $156.00
                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                              Invoice Number      1487388
One Town Center Road                         Invoice Date       12/31/06
Boca Raton, FL    33486                      Client Number       172573
                                             Matter Number        60030

=========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 11/27/06 | Ament | Respond to e-mail from D. Cameron re: B. Harding request for paralegal assistance with 12/4/06 and 12/5/06 hearings. | .10 |
| 11/28/06 | Ament | E-mails to coordinate hearing preparation for K&E re: 12/5/06 hearing. | .20 |
| 11/29/06 | Ament | E-mail to B. Harding re: K&E hearing preparation for 12/5/06 hearing. | .10 |
| 11/30/06 | Ament | Telephone call from J. O'Neill re: 12/5/06 hearing (.10); review follow-up e-mail from J. O'Neill re: same (.10); e-mail to K. Murphy and R. Baker re: courtroom technology for hearing (.10); follow-up e-mail to J. O'Neill re: same (.10); review e-mail from R. Baker re: courtroom technology and forward to J. O'Neill (.10); e-mail to P. Criswell to arrange for delivery of trial documents to Judge Fitzgerald's Chambers on 12/5/06 (.10); follow-up e-mail to J. O'Neill re: same (.10); respond to additional e-mail from J. O'Neill re: hearing preparation for 12/5/06 (.10). | .80 |

                                                   ------
                                      TOTAL HOURS    1.20

172573 W. R. Grace & Co.                    Invoice Number   1487388
60030  Hearings                             Page    2
December 31, 2006


```
    TIME SUMMARY                 Hours          Rate         Value
    -----------------------    ----------------------       -------
    Sharon A. Ament             1.20  at  $   130.00  =      156.00

                        CURRENT FEES                         156.00


                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $156.00
                                                          =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1487389
One Town Center Road                     Invoice Date        12/31/06
Boca Raton, FL    33486                  Client Number       172573


Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                        158,273.50
         Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $158,273.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1487389
One Town Center Road                     Invoice Date       12/31/06
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60033

========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 11/01/06 | Aten | Conference with L. Flatley re disclosure statements of Grace employees. | .30 |
| 11/01/06 | Cameron | Review materials regarding Dies stipulation (0.5); review and revise draft witness list (1.3); telephone call with R. Finke, L. Flatley and K&E regarding same (0.6); meet with J. Restivo and L. Flatley regarding same (0.6); meet with J. Restivo regarding various issues relating to asbestos property damage claims (0.4); attend to expert witness regarding dust methodology reports and rebuttals (1.8). | 5.20 |
| 11/01/06 | Flatley | Reviewing draft witness list and e-mails on it (1.0); e-mails to set up call and conference call with R. Finke and W. Sparks (0.9); call with R. Senftleben regarding medical issues (0.2); e-mail and forwarding it to team (0.1); meeting with J. Restivo and D. Cameron and follow-up (1.4); conference call with Kirkland & | 5.00 |

172573 W. R. Grace & Co.                        Invoice Number  1487389
60033  Claim Analysis Objection Resolution &    Page    2
       Estimation (Asbestos)
December 31, 2006


| Date | Name | | Hours |
|------|------|------|-------|
| | | Ellis, R. Finke and D. Cameron about witness list (1.1); meet with R. Aten regarding witness issues (0.3). | |
| 11/01/06 | Restivo | Planning meeting re:  upcoming expert disclosures, hearings; trial preparation. | 2.50 |
| 11/02/06 | Aten | Review materials sent by claimant's counsel (.4); revise disclosure statement (.3). | .70 |
| 11/02/06 | Cameron | Review and revise preliminary witness disclosure (0.9); multiple e-mails regarding same (0.8); review multiple comments regarding same (0.7); review Canadian law issues (0.8). | 3.20 |
| 11/02/06 | Flatley | Working on witness list descriptions and other issues (1.3); e-mails regarding witness list (0.1); call with R. Senftleben and follow-up (0.2); call with S. Bianca and follow-up on call (0.6). | 2.20 |
| 11/03/06 | Atkinson | Review Grace files/contents reports re: Stephen Levin. | .30 |
| 11/03/06 | Cameron | Additional revisions to draft witness list (0.8); telephone call with L. Flatley regarding same (0.2); multiple e-mails regarding same (0.6); review dust reports and telephone call with expert regarding same (0.9); review materials relating to reports for lack of hazard issues (1.4). | 3.90 |
| 11/03/06 | Flatley | Call with D. Cameron, e-mails and calls on witness list issues (0.9); review claimants' expert reports to evaluate 11/14 | 2.50 |

172573 W. R. Grace & Co.                          Invoice Number  1487389
60033  Claim Analysis Objection Resolution &      Page   3
       Estimation (Asbestos)
December 31, 2006


| Date | Name | | Hours |
|------|------|---|-------|

|  |  | cross-designation issue (1.1); begin preparation for California meeting (0.5). | |
| 11/03/06 | Rea | Revise summary judgment brief. | 1.50 |
| 11/04/06 | Aten | Review file for W. VA trial transcript; review chart re deadlines. | .30 |
| 11/04/06 | Cameron | Attention to e-mails and materials relating to preliminary witness list and expert materials. | 1.90 |
| 11/05/06 | Aten | Read and analyze prior testimony of Dr. Anderson. | 1.50 |
| 11/05/06 | Cameron | Review and revise preliminary witness list (0.7); attention to statute of limitations issues (0.9); review expert report regarding same (1.3). | 2.90 |
| 11/05/06 | Flatley | Review D. Biderman and D. Cameron e-mails and reply. | .50 |
| 11/06/06 | Aten | Emails to L. Esayian and D. Cameron re scheduling of depositions. | .10 |
| 11/06/06 | Cameron | Prepare for and participate in conference call with PD team regarding witness list (0.6); prepare and revise witness list (0.6); review materials for California trip (1.6); telephone call with R. Finke and consultant regarding rebuttal report (0.8); review claimants' expert reports (1.2). | 4.80 |
| 11/06/06 | Flatley | E-mails regarding various issues and replies (0.3); preparation for meeting on California statute of limitations issues (4.3). | 4.60 |

172573 W. R. Grace & Co.                          Invoice Number  1487389
60033  Claim Analysis Objection Resolution &      Page   4
       Estimation (Asbestos)
December 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| 11/06/06 | Gatewood | Examination/analysis of Dr. Anderson's expert report and comparison/analysis of same to Dr. Hughson's expert report (1.5); examine/analyze various scientific articles cited by Dr. Anderson in preparation for deposition examination of Dr. Anderson (3.0). | 4.50 |
| 11/06/06 | Restivo | Prepare for and conference call re:  witness disclosures. | 1.40 |
| 11/07/06 | Cameron | Prepare for (0.3) and participate in conference call with R. Finke and expert witness regarding expert report issues (0.6); review lack of hazard materials for expert reports (0.9); review materials in preparation for meeting in California concerning statute of limitations and product ID issues (1.9). | 3.70 |
| 11/07/06 | Flatley | E-mails regarding meeting agenda and claimants' witness lists (0.5); preparation for meeting in Santa Monica, California (7.1). | 7.60 |
| 11/07/06 | Gatewood | Examination/analysis of scientific articles/studies cited by Dr. Anderson in preparation for deposition examination of Dr. Anderson (3.0); outline of issues subject to examination concerning various studies (2.0). | 5.00 |
| 11/07/06 | Restivo | Work on witness lists. | .50 |
| 11/08/06 | Cameron | Prepare for (1.5) and attend meeting in California with Perkins Coie, K&E (by telephone), W. Sparks (by telephone) and L. Flatley regarding California PD claims (6.0); follow-up from | 10.10 |

172573 W. R. Grace & Co.                          Invoice Number  1487389
60033  Claim Analysis Objection Resolution &      Page   5
       Estimation (Asbestos)
December 31, 2006


| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| | | meetings (0.8); review materials for no hazard expert report (0.8); begin memo regarding same (0.5); review claimants' witness list and meet with L. Flatley regarding same (0.5). | |
| 11/08/06 | Flatley | Preparation for meeting in Santa Monica (2.0); meeting at Perkins Coie in Santa Monica on strategy for California statute of limitations issues (6.0); reorganizing after meeting (1.2); review claimant witness lists and memo (1.2). | 10.40 |
| 11/09/06 | Cameron | Extensive work with materials for lack of hazard expert report (1.9); prepare and revise letter to client regarding same (0.9); multiple e-mails regarding open issues for product ID and dust methodology issues (0.7); telephone call with expert regarding rebuttal report issues (0.3). | 3.80 |
| 11/09/06 | Flatley | Completing outline on claimants' witness list (1.0); preparing "to do" outline based on 11/8 Santa Monica meeting (0.8); e-mails regarding witness call schedule (0.4); reorganizing (0.5); reviewing medical articles (2.0). | 4.70 |
| 11/10/06 | Aten | Continue to read/analyze prior testimony of Dr. Anderson. | 2.00 |
| 11/10/06 | Cameron | Review draft material for rebuttal expert report (1.4); review materials from California meeting, including outline of responsibilities (0.8); begin various projects from meeting (0.6); review materials sent to | 3.70 |

172573 W. R. Grace & Co.                          Invoice Number  1487389
60033  Claim Analysis Objection Resolution &      Page     6
       Estimation (Asbestos)
December 31, 2006


| Date | Name | | Hours |
|------|------|--|-------|
| | | client for no hazard issue (0.9). | |
| 11/10/06 | Flatley | Reorganizing after California trip (0.5); beginning review of multiple witnesses lists filed on the product identification and statute of limitations issues (1.3); e-mails (0.2). | 2.00 |
| 11/12/06 | Cameron | Prepare for (0.7) and participate in conference call with R. Finke and consultants regarding rebuttal report issues (0.9); review data regarding same (0.9). | 2.50 |
| 11/12/06 | Flatley | Reviewing claimants' witness lists and outlining them (2.3); review "to do" list for California issues and supplement it (0.4); preparation for medical witness conference call (1.5). | 4.20 |
| 11/13/06 | Aten | Continue to read articles cited by Drs. Anderson and Welch in their expert reports. | 4.50 |
| 11/13/06 | Cameron | Multiple telephone calls regarding expert reports (1.8); review materials for rebuttal expert reports and e-mails to K&E and Grace in-house counsel regarding same (3.9); attention to issues relating to product ID and statute of limitations (1.4); follow-up from telephone calls with experts (1.1). | 8.20 |
| 11/13/06 | Flatley | E-mails and replies (0.2); reviewing, revising and circulating memoranda on witness lists and medical witness preparation (2.8). | 3.00 |
| 11/13/06 | Gatewood | Examination/analysis of articles cited by claimaint's expert Dr. | 3.50 |

172573 W. R. Grace & Co.                          Invoice Number  1487389
60033  Claim Analysis Objection Resolution &      Page    7
       Estimation (Asbestos)
December 31, 2006


| Date | Name | | Hours |
|------|------|---|-------|
| | | Anderson and outline of significant issues in preparation for deposition (Daubert hearing) (3.5). | |
| 11/13/06 | Restivo | Review newly received draft reports. | 1.00 |
| 11/14/06 | Aten | Read articles cited by Drs. Anderson and Welch in their reports. | 2.00 |
| 11/14/06 | Cameron | Work with experts to finalize rebuttal reports (6.5); multiple e-mails and telephone calls with co-counsel regarding same (2.0). | 8.50 |
| 11/14/06 | Flatley | E-mails and replies (0.1); preparation for medical witness conference call (1.2). | 1.30 |
| 11/14/06 | Gatewood | Examination/analysis of expert report (Welch and Anderson) and reliance materials therein in preparation for deposition examination of claimants' experts Welch and Anderson (3.0); outline of follow-up issues and communicate with R. Aten concerning same (1.0) | 4.00 |
| 11/14/06 | Restivo | Receipt and review of expert-related working drafts. | .50 |
| 11/15/06 | Aten | Continue to read articles cited by Drs. Anderson and Welch in their expert reports. | 2.80 |
| 11/15/06 | Cameron | Prepare for (0.3) and participate in conference call with K&E, D. Biderman, L. Flatley, et al. regarding planning issues (0.7); follow-up with respect to rebuttal reports (1.4); meet with J. | 5.10 |

172573 W. R. Grace & Co.                          Invoice Number  1487389
60033  Claim Analysis Objection Resolution &      Page    8
       Estimation (Asbestos)
December 31, 2006


| Date | Name | | Hours |
|------|------|------|-------|

Restivo and L. Flatley regarding
open issues (0.4); review draft
motions for summary judgment
(1.8); attend to Statute of
Limitations issues from
things-to-do list (0.5).

| 11/15/06 | Flatley | E-mails and replies (0.2); preparation for team conference call (1.0); meet with J. Restivo regarding team call (0.2); team conference call and follow-up with J. Restivo and D. Cameron (1.0); e-mails regarding summary judgment motions and amended witness list (0.2); review medical articles (1.0). | 3.60 |
| 11/15/06 | Restivo | Prepare for and participate in conference call re: property damage litigation. | 1.40 |
| 11/16/06 | Aten | Continue to read articles relied on by Drs. Anderson and Welch (3.5); conference with L. Flatley and C. Gatewood re the same (1.8); call with Dr. Hughson re claimants expert reports and articles relied on (1.5). | 6.80 |
| 11/16/06 | Cameron | Review draft motion regarding Prudential claims and provide comments (1.1); review draft New York motion and provide comments (1.6); multiple e-mails regarding expert witness meeting (0.8); review dust reports and expert deposition preparation (1.9); attention to product ID issues (0.9). | 6.30 |
| 11/16/06 | Flatley | Reviewing and outlining medical articles in preparation for conference call (4.0); call with R. Senftleben (0.2); meet with C. | 7.80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1487389
60033  Claim Analysis Objection Resolution &    Page    9
       Estimation (Asbestos)
December 31, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | Gatewood and R. Aten to prepare for expert witness conference and other issues (1.8); conference call with R. Senftleben, C. Gatewood and R. Aten and expert witness and follow-up with C. Gatewood and R. Aten (1.5); reorganizing after calls (0.3). | |
| 11/16/06 | Gatewood | Examination/analysis of articles cited by Expert Welch in preparation for conference call/meeting with L. Flatley, R. Aten and Dr. Hughson (3.0); meet/confer with L. Flatley and R. Aten to discuss, further analyze certain epidemiological studies cited by Drs. Welch and Anderson in preparation for scheduled conference call with Expert Dr. Hughson (1.0); participate in conference call with Dr. Hughson, L. Flatley and R. Aten concerning dust-sampling hearing and anticipated testimony from claimaints' experts and outline notes/follow-up items (1.0). | 5.00 |
| 11/16/06 | Rea | Revise summary judgment brief. | .50 |
| 11/17/06 | Aten | Drafted letter to S. Bianca re scheduling of depositions. | .50 |
| 11/17/06 | Cameron | Attention to expert deposition issues (0.9); e-mails regarding statute of limitations (0.8); e-mails regarding expert witness meetings (0.7); review Canadian claims materials (1.4). | 3.80 |
| 11/17/06 | Flatley | E-mails and replies on witness issues and others and scheduling. | .50 |
| 11/17/06 | Gatewood | Preparing/drafting examination outline for deposition examination | 2.50 |

172573 W. R. Grace & Co.                              Invoice Number  1487389
60033  Claim Analysis Objection Resolution &         Page   10
       Estimation (Asbestos)
December 31, 2006


        Date    Name                                              Hours
     --------  -----------                                        -----

                            of Dr. Welch.

      11/17/06 Rea          Revise Summary Judgment Brief.         1.40

      11/18/06 Cameron      Review summary judgment motions        2.60
                            that were filed (0.8); review
                            witness lists and consider
                            supplemental witnesses (0.9);
                            attention to expert reports (0.9).

      11/19/06 Cameron      Attention to witness lists (0.5);      4.70
                            attention to summary judgment
                            motion materials (0.9); review
                            expert materials (1.4); begin
                            preparation of outline for statute
                            of limitations issues and Canadian
                            claims issues (1.4); attention to
                            L. Flatley's list of open issues
                            for statute of limitations (0.5).

      11/20/06 Cameron      Telephone call with R. Finke           5.90
                            regarding expert witness meetings
                            (0.3); review materials for
                            meeting with Canadian law expert
                            (1.1); e-mails regarding discovery
                            issues (0.4); review witness list
                            materials (0.7); e-mails regarding
                            expert witness meetings (0.5);
                            review summary judgment materials
                            (0.8); begin review of materials
                            for depositions (1.6); review
                            materials relating to product ID
                            (0.5).

      11/20/06 Gatewood     Examination/analysis of background     8.20
                            materials (prior testimony,
                            reports, affiliations, etc.)
                            relating to claimants' expert, Dr.
                            Welch (4.0); analysis/outline
                            issues to address with Dr. Hughson
                            and L. Flatley concerning various
                            scientific studies cited by Dr.
                            Welch in expert report (1.0);
                            communicate with R. Aten
                            concerning same (.20);

172573 W. R. Grace & Co.                          Invoice Number  1487389
60033  Claim Analysis Objection Resolution &      Page  11
       Estimation (Asbestos)
December 31, 2006


       Date    Name                                                Hours
       -------- -----------                                        -----

                           examine/review case management
                           order concerning scheduling of
                           expert reports, depositions and
                           hearings (.50); examine/analyze
                           scientific studies cited, referred
                           to by claimants' experts in
                           preparation for deposition
                           examination (2.5).

       11/20/06 Restivo    Review materials re:  New York and      2.50
                           Prudential (1.0); begin expert
                           deposition preparation (1.5).

       11/21/06 Aten       Continue to review materials re          .40
                           Dr. Welch in preparation for
                           deposition.

       11/21/06 Cameron    Prepare for (0.8) and meet with J.       5.80
                           Restivo regarding open issues in
                           property damage objections process
                           (1.4); review expert reports on
                           dust methodology issues (1.9);
                           multiple e-mails and telephone
                           calls regarding witness meetings
                           on statute of limitations issues
                           (0.9); review materials for
                           witness lists (0.8).

       11/21/06 Gatewood   Examination/analysis of                 8.00
                           medical/scientific articles in
                           preparation for deposition of Dr.
                           Welch (5.0); drafting examination
                           outline (3.0).

       11/21/06 Rea        Conference re: summary judgment          .70
                           motions.

       11/21/06 Restivo    Strategy planning (3.8) and             5.00
                           meeting with D. Cameron (1.2).

       11/22/06 Cameron    Prepare and revise supplemental         5.70
                           witness disclosures (0.9);
                           multiple e-mails regarding same
                           (0.9); conference call with K&E,
                           Perkins Coie and Grace regarding

172573 W. R. Grace & Co.                          Invoice Number  1487389
60033  Claim Analysis Objection Resolution &      Page   12
       Estimation (Asbestos)
December 31, 2006


       Date    Name                                                  Hours
       --------  -----------                                         -----

                            same (0.7); review memos and
                            supporting materials regarding
                            same (0.8); review materials for
                            meeting in Canada (1.3); e-mails
                            regarding claims file (0.3);
                            review summary judgment materials
                            (0.8).

       11/22/06 Gatewood    Drafting examination outline for         3.00
                            deposition of Dr. Welch.

       11/22/06 Rea         Analysis of Summary Judgment.            4.90

       11/22/06 Restivo     Strategic planning memos (2.3);          2.80
                            emails with Esayian, et al. (0.5).

       11/24/06 Cameron     Review materials for meeting in          3.70
                            Canada regarding Canadian claims
                            (1.9); review expert witness
                            deposition notices and open issues
                            (0.9); attention to statute of
                            limitations materials (0.9).

       11/24/06 Rea         Analysis of Summary Judgment             7.50
                            materials.

       11/25/06 Rea         Continue work relating to Summary        1.30
                            Judgment materials.

       11/26/06 Aten        Reviewed witness disclosure               .50
                            statements filed by
                            claimants/debtors re statute of
                            limitations product ID issues.

       11/26/06 Cameron     Prepare for meeting in Canada            3.70
                            (1.9); begin review of deposition
                            preparation materials (1.8).

       11/27/06 Cameron     Prepare for (3.0) and attend            9.20
                            meeting with expert witness, W. R.
                            Grace and counsel from Kirkland
                            and Ogilvy (3.5); review
                            constructive notice materials
                            (1.3); prepare for 11/28 meeting
                            in New York (1.4).

172573  W. R. Grace & Co.                          Invoice Number   1487389
60033   Claim Analysis Objection Resolution &      Page  13
        Estimation (Asbestos)
December 31, 2006


| Date | Name | | Hours |
|------|------|--|-------|
| 11/27/06 | Flatley | Meet with R. Aten regarding deposition scheduling issues (0.1); catching up on e-mails and correspondence received during previous week (1.6); e-mails and replies regarding various scheduling issues (0.2). | 1.90 |
| 11/27/06 | Rea | Analysis of Summary Judgment. | 3.00 |
| 11/28/06 | Cameron | Prepare for (1.0) and attend meeting with expert witnesses, R. Finke, S. Blatnick and D. Biderman (3.5); follow-up e-mails and document review from meeting (0.9). | 5.40 |
| 11/28/06 | Flatley | D. Cameron e-mails and replies about conference call (0.2); preparation for expert witness conference calls (1.5); conference call with R. Finke, D. Cameron, D. Biderman and expert witness and follow-up (2.0); conference call with second expert, R. Finke, D. Cameron and D. Biderman (0.7); reorganizing property damage materials generally (1.0). | 5.40 |
| 11/28/06 | Rea | Analysis of Summary Judgment. | .90 |
| 11/29/06 | Ament | Meet with D. Cameron and A. Muha re: accessing UC claims and database from Perkins Coie (.40); review e-mails from D. Cameron re: logistics of same (.20); telephone calls with C. Miller and G. Rupert of RS IT Dept. re: database (.20); follow-up e-mails re: same (.30); e-mails with A. Ellias of Perkins re: UC claims and PC database (.20); prepare for and meet with G. Rupert re: database issues | 2.30 |

172573 W. R. Grace & Co.                    Invoice Number   1487389
60033  Claim Analysis Objection Resolution &    Page   14
       Estimation (Asbestos)
December 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | (.30); conference call with A. Ellias and G. Rupert re: UC claims and database issues (.50); e-mail to D. Cameron and A. Muha re: said call (.20). |  |
| 11/29/06 | Aten | Conference with D. Cameron re scheduling of expert deposition; call with M. Dies re same and email to D. Cameron and L. Flatley re call. | .40 |
| 11/29/06 | Cameron | Prepare for (.60) and participate in conference call re:  Canadian claims (.90); multiple emails and calls re:  deposition scheduling (.60); review materials for California claims and limitations period issues (1.90); meeting with A. Muha and S. Ament re:  same (.40); email with Perkins Coie re:  same (.40); review materials from M. Dierkes re:  Canadian claim issues (.90); attention to expert reports on dust (1.90). | 7.60 |
| 11/29/06 | Flatley | E-mails and replies regarding various issues, including deposition scheduling (0.5); call with D. Cameron and follow-up on call (0.3); call with R. Senftleben regarding deposition scheduling issues and follow-up on call (0.4); e-mails regarding weekly meeting arrangements (0.2). | 1.40 |
| 11/29/06 | Gatewood | Examination/analysis of prior testimony of Dr. Welch (3.0); examine/analyze certain studies referenced and relied upon by Dr. Welch in expert report and outline of issues to address with L. Flatley and R. Aten (3.5). | 6.50 |
| 11/29/06 | Muha | Meet with D. Cameron and S. Ament | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1487389
60033  Claim Analysis Objection Resolution &      Page  15
       Estimation (Asbestos)
December 31, 2006


```
       Date    Name                                                Hours
     -------- -----------                                          -----
```

|            |          |                                               | Hours |
|------------|----------|-----------------------------------------------|-------|
|            |          | re: document review project                   |       |
|            |          | relating to University of California PD claims.|       |
| 11/29/06   | Rea      | Analysis of summary judgment materials.       | 1.00  |
| 11/30/06   | Ament    | E-mails and telephone call with A. Muha re: UC claims database (.20); e-mail to D. Cameron and A. Muha re: same and review D. Cameron response re: same (.10); additional e-mails with A. Ellias re: UC claims (.10); meet with A. Muha re: same (.10); review e-mail from A. Ellias re: UC claims and request CD-Rom of same (.10); provide update to A. Muha re: same (.10). | .70 |
| 11/30/06   | Aten     | Conference with L. Flatley re scheduling/scope of expert depositions (.4); review claimant's expert report disclosure re methodology (.2); conference with M. Dies re scheduling and email re same (.3). | .90 |
| 11/30/06   | Cameron  | E-mails regarding deposition scheduling (0.8); review materials relating to statute of limitations issues in Canada and California (1.3). | 2.10 |
| 11/30/06   | Flatley  | With R. Aten and C. Gatewood re: depositions (.80); call with D. Cameron and follow-up (.20); e-mails re: various issues (.20). | 1.20 |
| 11/30/06   | Gatewood | Continued examination/analysis of scientific studies/articles cited by Dr. Welch in preparation for deposition examination scheduled December 14 (3.5); meet with R. | 4.00 |

172573 W. R. Grace & Co.                          Invoice Number  1487389
60033  Claim Analysis Objection Resolution &      Page  16
       Estimation (Asbestos)
December 31, 2006


        Date    Name                                              Hours
        -------- -----------                                      -----

                        Aten concerning dust sampling
                        methodologies and relevance of
                        same to reports of Drs. Welch and
                        Anderson (.20); meet with L.
                        Flatley and R. Aten concerning
                        scheduling issues of experts,
                        strategy-related items in
                        preparation for deposition
                        examinations of Drs. Welch and
                        Anderson (.30).

        11/30/06 Muha           E-mails and meetings with S. Ament     .40
                                re: UC Property Damage claim
                                issues.

        11/30/06 Rea            Analysis of summary judgment.         4.70

        11/30/06 Restivo        Strategy meeting (1.0); telephone     1.60
                                calls with T. Rea and D. Bernick
                                (.6).

                                                                   ------
                                                TOTAL HOURS        332.50


        TIME SUMMARY              Hours         Rate          Value
        ----------------------   ----------   ----------    -------
        James J. Restivo Jr.      19.20  at  $  600.00  =   11,520.00
        Lawrence E. Flatley       69.80  at  $  535.00  =   37,343.00
        Douglas E. Cameron       134.00  at  $  530.00  =   71,020.00
        Traci Sands Rea           27.40  at  $  390.00  =   10,686.00
        Carol J. Gatewood         54.20  at  $  380.00  =   20,596.00
        Andrew J. Muha            0.90  at  $  295.00  =      265.50
        Rebecca E. Aten           23.70  at  $  270.00  =    6,399.00
        Maureen L. Atkinson       0.30  at  $  180.00  =       54.00
        Sharon A. Ament           3.00  at  $  130.00  =      390.00

                        CURRENT FEES                        158,273.50


                                                           ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $158,273.50
                                                           ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1487390
One Town Center Road                     Invoice Date      12/31/06
Boca Raton, FL    33486                  Client Number       172573

========================================================================

Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

       Fees                          9,964.00
       Expenses                         0.00

             TOTAL BALANCE DUE UPON RECEIPT      $9,964.00
                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number    1487390
One Town Center Road                     Invoice Date     12/31/06
Boca Raton, FL   33486                   Client Number     172573
                                         Matter Number      60035


=======================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 11/03/06 | Cameron | Attention to materials from expert (1.1); review EPA data (0.8). | 1.90 |
| 11/05/06 | Cameron | Review and revise draft letter relating to samples (1.1); review expert witness materials (0.9). | 2.00 |
| 11/06/06 | Cameron | Review materials for call with experts. | .90 |
| 11/07/06 | Cameron | Prepare for (0.6) and participate in conference call with R. Finke and expert witness regarding status of various projects and open issues (0.9); review draft letter relating to EPA samples (0.6). | 2.10 |
| 11/09/06 | Cameron | Follow-up regarding issues discussed with expert witnesses. | 1.10 |
| 11/12/06 | Cameron | Review EPA data. | .70 |
| 11/20/06 | Cameron | E-mails and review materials regarding recent reports on science issues. | .80 |
| 11/26/06 | Cameron | Attention to expert witness work projects. | 1.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1487390
60035  Grand Jury Investigation             Page   2
December 31, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/28/06 | Cameron | Review materials relating to expert witness meeting. | .80 |
| 11/30/06 | Cameron | Prepare for (2.5) and attend meeting with expert witness and defense counsel (5.0). | 7.50 |

```
                                              ------
                                  TOTAL HOURS   18.80
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 18.80 at $ 530.00 = | | 9,964.00 |

```
                 CURRENT FEES                      9,964.00


                                              ------------
          TOTAL BALANCE DUE UPON RECEIPT          $9,964.00
                                              ============
```