REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | | Invoice Number | 1487396 |
|---|---|---|---|
| One Town Center Road | | Invoice Date | 12/31/06 |
| Boca Raton, FL   33486 | | Client Number | 172573 |


============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

| | Fees | 0.00 |
|---|---|---|
| | Expenses | 6,384.98 |

| | TOTAL BALANCE DUE UPON RECEIPT | $6,384.98 |
|---|---|---|
| | | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                         Invoice Number      1487396
One Town Center Road                    Invoice Date        12/31/06
Boca Raton, FL    33486                 Client Number        172573
                                        Matter Number         60026


===========================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

         Telephone Expense                         6.70
         IKON Copy Services                     1,086.83
         PACER                                     34.16
         Documentation Charge                     357.58
         Duplicating/Printing/Scanning          1,209.20
         Postage Expense                            6.93
         Express Mail Service                     119.00
         Transcript Expense                       815.40
         Courier Service - Outside                112.66
         Outside Duplicating                    3,644.96
         Telephone - Outside                       25.06
         Expense Advance                       (1,033.50)

              CURRENT EXPENSES                  6,384.98
                                              -------------

              TOTAL BALANCE DUE UPON RECEIPT   $6,384.98
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                              Invoice Number      1487396
One Town Center Road                         Invoice Date      12/31/06
Boca Raton, FL    33486                      Client Number      172573
                                             Matter Number       60026

---

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|------|-------------|--------|
| 10/09/06 | PACER--Electronic docket retrieval charges. | 20.24 |
| 10/09/06 | PACER--Electronic docket retrieval charges. | 5.60 |
| 10/24/06 | PACER--Electronic docket retrieval charges. | .32 |
| 10/24/06 | Documentation Charge--From American Conference of Governmental Industrial Health. | 101.58 |
| 10/25/06 | PACER--Electronic docket retrieval charges. | 1.36 |
| 10/31/06 | Duplicating/Printing/Scanning ATTY # 7015; 132 COPIES | 13.20 |
| 11/01/06 | Telephone Expense 410-531-4355/COLUMBIA, MD/31 | 1.55 |
| 11/01/06 | Telephone Expense 312-861-3295/CHICAGO, IL/29 | 1.45 |
| 11/01/06 | Duplicating/Printing/Scanning ATTY # 4810; 30 COPIES | 3.00 |
| 11/01/06 | Duplicating/Printing/Scanning ATTY # 4810; 9 COPIES | .90 |
| 11/01/06 | Duplicating/Printing/Scanning ATTY # 0718; 218 COPIES | 21.80 |
| 11/01/06 | Duplicating/Printing/Scanning ATTY # 0559: 10 COPIES | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  1487396
60026  Litigation and Litigation Consulting       Page   2
December 31, 2006

| | | |
|---|---|---|
| 11/01/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 30 COPIES | 3.00 |
| 11/01/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.00 |
| 11/01/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.00 |
| 11/02/06 | Duplicating/Printing/Scanning<br>ATTY # 5096; 8 COPIES | .80 |
| 11/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0710; 75 COPIES | 7.50 |
| 11/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .60 |
| 11/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .60 |
| 11/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .60 |
| 11/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .60 |
| 11/02/06 | Express Mail Service | 56.91 |
| 11/02/06 | Express Mail Service | 62.09 |
| 11/03/06 | Duplicating/Printing/Scanning<br>ATTY # 5304; 28 COPIES | 2.80 |
| 11/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | .70 |
| 11/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .60 |
| 11/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0710: 9 COPIES | .90 |
| 11/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0710: 15 COPIES | 1.50 |
| 11/06/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 2512 COPIES | 251.20 |

172573 W. R. Grace & Co.                         Invoice Number  1487396
60026  Litigation and Litigation Consulting      Page    3
December 31, 2006

| | | |
|---|---|---:|
| 11/06/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 1473 COPIES | 147.30 |
| 11/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.20 |
| 11/06/06 | Telephone - Outside Chorus Call Inv No: 0282360<br>-  CAMERON -CONFERENCE CALL CHARGE. | 6.93 |
| 11/07/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 45 COPIES | 4.50 |
| 11/07/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 621 COPIES | 62.10 |
| 11/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 30 COPIES | 3.00 |
| 11/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 30 COPIES | 3.00 |
| 11/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 11/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 11/08/06 | Courier Service - UPS - Shipped to MAILROOM,<br>REED SMITH LLP (WASHINGTON DC 20005). | 21.48 |
| 11/08/06 | Courier Service | 31.16 |
| 11/09/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 646 COPIES | 64.60 |
| 11/09/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 697 COPIES | 69.70 |
| 11/09/06 | Duplicating/Printing/Scanning<br>ATTY # 5245; 2270 COPIES | 227.00 |
| 11/10/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 16 COPIES | 1.60 |
| 11/10/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 59 COPIES | 5.90 |
| 11/10/06 | Duplicating/Printing/Scanning | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  1487396
60026  Litigation and Litigation Consulting       Page   4
December 31, 2006

                    ATTY # 0559: 10 COPIES

11/10/06    PACER--Electronic docket retrieval charges.         3.36

11/13/06    Outside Duplicating - - VENDOR: BARRISTER COPY     1603.64
            SOLUTIONS LLC - PHOTOCOPYING NOTEBOOKS OF
            EXPERT WITNESS MATERIALS W/TABS.

11/13/06    Outside Duplicating - - VENDOR: BARRISTER COPY      908.10
            SOLUTIONS LLC - PHOTOCOPYING NOTEBOOKS OF
            EXPERT WITNESS MATERIALS W/TABS.

11/13/06    Telephone Expense                                     1.80
            518-283-7671/TROY, NY/37

11/13/06    Telephone Expense                                      .20
            561-866-6803/BOCA RATON, FL/5

11/13/06    Telephone Expense                                      .25
            518-283-7671/TROY, NY/5

11/13/06    Telephone Expense                                      .40
            302-778-6407/WILMINGTON, DE/8

11/13/06    Duplicating/Printing/Scanning                          .20
            ATTY # 0559; 2 COPIES

11/13/06    Duplicating/Printing/Scanning                         7.20
            ATTY # 0887: 72 COPIES

11/14/06    Duplicating/Printing/Scanning                         3.00
            ATTY # 0718; 30 COPIES

11/14/06    Duplicating/Printing/Scanning                         2.40
            ATTY # 0887: 24 COPIES

11/14/06    Duplicating/Printing/Scanning                         1.00
            ATTY # 0559: 10 COPIES

11/14/06    Duplicating/Printing/Scanning                         3.00
            ATTY # 0559: 30 COPIES

11/14/06    Duplicating/Printing/Scanning                         1.00
            ATTY # 0559: 10 COPIES

11/14/06    Duplicating/Printing/Scanning                         3.00
            ATTY # 0559: 30 COPIES

11/14/06    Duplicating/Printing/Scanning                         1.00

172573 W. R. Grace & Co.                        Invoice Number  1487396
60026 Litigation and Litigation Consulting      Page   5
December 31, 2006

                ATTY # 0559: 10 COPIES

11/14/06    PACER--Electronic docket retrieval charges.        2.00

11/15/06    Courier Service - UPS - Shipped to JOHN           21.90
            SCHOENECKER, REED SMITH LLP (WASHINGTON DC
            20005).

11/15/06    Courier Service - - UPS - Shipped from   to       21.04
            JOHN SCHOENECKER, REED SMITH LLP (WASHINGTON DC
            20005).

11/15/06    Telephone Expense                                   .15
            617-426-8796/BOSTON, MA/3

11/15/06    Duplicating/Printing/Scanning                     14.40
            ATTY # 5254; 144 COPIES

11/15/06    Duplicating/Printing/Scanning                     64.80
            ATTY # 5254; 648 COPIES

11/16/06    Duplicating/Printing/Scanning                     14.80
            ATTY # 5254; 148 COPIES

11/16/06    Duplicating/Printing/Scanning                     66.70
            ATTY # 5254; 667 COPIES

11/20/06    Transcript Expense - - VENDOR: MCCARTER &        815.40
            ENGLISH-TRANSCRIPTS OF DEPOSITION OF BARRY
            CASTLEMAN, M.D.

11/20/06    Outside Duplicating - - VENDOR: MILES &         1076.20
            STOCKBRIDGE P.C.-COPYING DEPOSITIONS AND TRIAL
            TRANSCRIPTS

11/20/06    Duplicating/Printing/Scanning                       .10
            ATTY # 0856: 1 COPIES

11/20/06    Duplicating/Printing/Scanning                       .10
            ATTY # 0856: 1 COPIES

11/20/06    Duplicating/Printing/Scanning                      4.20
            ATTY # 7015; 42 COPIES

11/20/06    PACER--Electronic docket retrieval charges.        1.28

11/21/06    THE HOGAN FIRM #3135  11/21/06 DEPOSIT         -1033.50
            REIMBURSEMENT FOR PHOTOCOPIES OF PLEADINGS

172573 W. R. Grace & Co.                          Invoice Number  1487396
60026  Litigation and Litigation Consulting       Page   6
December 31, 2006

| | | |
|---|---|---|
| 11/21/06 | Telephone Expense<br>518-283-7671/TROY, NY/8 | .40 |
| 11/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 11/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .10 |
| 11/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 11/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 11/21/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 74 COPIES | 7.40 |
| 11/22/06 | IKON Copy Services - - Copying  of materials<br>for service of notice of quarterly fee<br>application on 2002 list parties. | 628.10 |
| 11/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 11/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 11/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .10 |
| 11/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .20 |
| 11/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |
| 11/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .60 |
| 11/27/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 11/27/06 | Postage Expense Postage Expense: ATTY # 7015 | .39 |
| 11/27/06 | Duplicating/Printing/Scanning<br>ATTY # 4492: 1 COPIES | .10 |
| 11/28/06 | IKON Copy Services - - Copying materials for | 458.73 |

172573 W. R. Grace & Co.                          Invoice Number   1487396
60026  Litigation and Litigation Consulting       Page    7
December 31, 2006

              service of notice of quarterly fee application
              on 2002 list parties.

    11/28/06  Duplicating/Printing/Scanning                      30.80
              ATTY # 0718; 308 COPIES

    11/28/06  Duplicating/Printing/Scanning                       2.40
              ATTY # 0718; 24 COPIES

    11/28/06  Postage Expense-PLEADINGS                           6.54

    11/28/06  Duplicating/Printing/Scanning                       3.10
              ATTY # 4492: 31 COPIES

    11/28/06  Duplicating/Printing/Scanning                       1.00
              ATTY # 0559: 10 COPIES

    11/28/06  Duplicating/Printing/Scanning                       1.00
              ATTY # 0559: 10 COPIES

    11/29/06  Outside Duplicating - - VENDOR: COURTHOUSE COPY     57.02
              SERVICES INC.-COPIES OF TRANSCRIPTS

    11/29/06  Duplicating/Printing/Scanning                      67.90
              ATTY # 5254; 679 COPIES

    11/29/06  Telephone Expense                                    .30
              561-362-1533/BOCA RATON, FL/6

    11/29/06  Duplicating/Printing/Scanning                        .40
              ATTY # 0349: 4 COPIES

    11/29/06  Courier Service -UPS - Shipped from   to           17.08
              MAILROOM REED SMITH LLP (PITTSBURGH PA 15219)
              1Z6294W10141227239

    11/29/06  Telephone - Outside Chorus Call Inv No: 0284478    18.13
              -  CAMERON -CONFERENCE CALL CHARGE.

    11/30/06  Documentation Charge - - DOCUMENT ORDERED FROM    220.00
              - UNIV. OF MINNESOTA BIO-MEDICAL LIBRARY
              SERVICE ON 10/24/06.

    11/30/06  Documentation Charge - - DOCUMENTS ORDERED FROM    36.00
              INSTANT INFORMATION SYSTEMS - INSTANT
              INFORMATION SYSTEMS, INC. SERVICE ON 11/1/06

    11/30/06  Telephone Expense                                    .20
              312-861-2248/CHICAGO, IL/4

```
172573 W. R. Grace & Co.                    Invoice Number   1487396
60026  Litigation and Litigation Consulting  Page    8
December 31, 2006


      11/30/06   Duplicating/Printing/Scanning               1.10
                 ATTY # 4492: 11 COPIES

                          CURRENT EXPENSES            6,384.98
                                                   ------------

                 TOTAL BALANCE DUE UPON RECEIPT       $6,384.98
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1487397
One Town Center Road                     Invoice Date       12/31/06
Boca Raton, FL   33486                   Client Number       172573

========================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                                    0.00
         Expenses                            3,847.66

                  TOTAL BALANCE DUE UPON RECEIPT         $3,847.66
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1487397 |
| Invoice Date | 12/31/06 |
| Client Number | 172573 |
| Matter Number | 60033 |

========================================================================

Re:  Claim Analysis Objection Resolution & Estimation
     (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Binding Charge | 6.00 |
| Telephone Expense | 10.30 |
| Documentation Charge | 49.80 |
| Duplicating/Printing/Scanning | 329.90 |
| Westlaw | 190.19 |
| Postage Expense | 1.56 |
| Courier Service - Outside | 180.96 |
| Searches | 90.00 |
| Secretarial Overtime | 120.00 |
| Lodging | 936.00 |
| Parking/Tolls/Other Transportation | 5.00 |
| Air Travel Expense | 1,313.20 |
| Taxi Expense | 295.95 |
| Mileage Expense | 11.13 |
| Meal Expense | 191.38 |
| Telephone - Outside | 90.33 |
| General Expense | 19.48 |
| PACER--Electronic docket access charges. | 6.48 |

CURRENT EXPENSES                          3,847.66
                                        -------------

TOTAL BALANCE DUE UPON RECEIPT           $3,847.66
                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number     1487397
One Town Center Road                     Invoice Date      12/31/06
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60033

========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 08/30/06 | Telephone - Outside Chorus Call - RESTIVO -Call re: Property damage claims. | 31.59 |
| 10/04/06 | Courier Service | 60.68 |
| 10/23/06 | UPS - Shipped from Lawrence Flatley, Reed Smith LLP - Pittsburgh to Richard A. Senftleben W.R. Grace & Co. (BOCA RATON FL 33487). | 10.03 |
| 10/26/06 | PACER--Electronic docket access charges. | 6.48 |
| 10/27/06 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Dr. Morton Corn Morton Corn & Associates (QUEENSTOWN MD 21658). | 16.03 |
| 10/27/06 | Courier Service - UPS - Shipped from Douglas Cameron Reed Smith LLP - Pittsburgh to RJ Lee Group, Inc. (MONROEVILLE PA 15146). | 10.05 |
| 10/27/06 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to AIA Morse Zehnter Associates (TROY NY 12180). | 16.17 |
| 10/27/06 | Courier Service - UPS - Shipped from REED SMITH LLP to RJ Lee Group, Inc. (MONROEVILLE PA 15146). | 4.38 |
| 10/27/06 | Courier Service - - Shipped from REED SMITH LLP to Morton Corn & Associates (QUEENSTOWN MD 21658). | 6.02 |

172573 W. R. Grace & Co.                        Invoice Number  1487397
60033  Claim Analysis Objection Resolution &    Page    2
       Estimation (Asbestos)
December 31, 2006

| | | |
|---|---|---|
| 10/27/06 | Courier Service - UPS - Shipped from REED SMITH LLP to AIA Morse Zehnter Associates (TROY NY 12180) 1Z2644280194196628 | 12.80 |
| 10/27/06 | Binding Charge | 3.00 |
| 11/01/06 | Telephone Expense 561-362-1551/BOCA RATON, FL/12 | .60 |
| 11/01/06 | Telephone Expense 410-531-4355/COLUMBIA, MD/8 | .40 |
| 11/01/06 | Telephone Expense 212-595-8992/NEW YORK, NY/35 | 1.70 |
| 11/01/06 | Telephone Expense 410-531-4355/COLUMBIA, MD/41 | 2.05 |
| 11/02/06 | Telephone Expense 312-861-3295/CHICAGO, IL/2 | .10 |
| 11/02/06 | Duplicating/Printing/Scanning ATTY # 0349: 11 COPIES | 1.10 |
| 11/02/06 | Duplicating/Printing/Scanning ATTY # 0349: 11 COPIES | 1.10 |
| 11/02/06 | Duplicating/Printing/Scanning ATTY # 0349: 1 COPIES | .10 |
| 11/03/06 | Duplicating/Printing/Scanning ATTY # 0396; 130 COPIES | 13.00 |
| 11/06/06 | Duplicating/Printing/Scanning ATTY # 3928; 7 COPIES | .70 |
| 11/06/06 | Duplicating/Printing/Scanning ATTY # 3928; 257 COPIES | 25.70 |
| 11/06/06 | Binding Charge | 3.00 |
| 11/07/06 | General Expense - - VENDOR: ALL-STATE INTERNATIONAL, INC.-TABS | 1.50 |
| 11/07/06 | Duplicating/Printing/Scanning ATTY # 3928; 542 COPIES | 54.20 |
| 11/07/06 | Duplicating/Printing/Scanning ATTY # 3928; 990 COPIES | 99.00 |

172573 W. R. Grace & Co.                            Invoice Number  1487397
60033  Claim Analysis Objection Resolution &        Page    3
       Estimation (Asbestos)
December 31, 2006

| | | |
|---|---|---|
| 11/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .10 |
| 11/07/06 | Courier Service - UPS - Shipped from Reed Smith<br>LLP - Pittsburgh to (ALLISON PARK PA 15101). | 13.34 |
| 11/07/06 | Meal Expense Coventry Deli Catering--Lunch for<br>six for 10/11/06 working meeting re: property<br>damage claims. | 92.43 |
| 11/07/06 | Meal Expense Eadie's Catering-Lunch for three<br>for working meeting on 10/4/06 re: property<br>damage claims. | 45.95 |
| 11/09/06 | Courier Service - UPS - Shipped from Douglas<br>Cameron, Reed Smith LLP - Pittsburgh to Morton<br>Corn & Associates (QUEENSTOWN MD 21658). | 12.05 |
| 11/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 351 COPIES | 35.10 |
| 11/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .30 |
| 11/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .30 |
| 11/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .30 |
| 11/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .30 |
| 11/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 11/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .10 |
| 11/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .20 |
| 11/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .30 |
| 11/13/06 | Meal Expense - - VENDOR: LAWRENCE E.<br>FLATLEY-MEETING AT PERKINS COIE IN SANTA MONICA<br>ON STRATEGY FOR CA STATUTE OF LIMITATIONS<br>ISSUES--ONE DINNER. | 18.00 |

172573 W. R. Grace & Co.                           Invoice Number  1487397
60033  Claim Analysis Objection Resolution &       Page   4
       Estimation (Asbestos)
December 31, 2006

| | | |
|---|---|---|
| 11/13/06 | Lodging - - VENDOR: LAWRENCE E. FLATLEY-MEETING AT PERKINS COIE IN SANTA MONICA ON STRATEGY FOR CA STATUTE OF LIMITATIONS ISSUES. | 468.00 |
| 11/13/06 | Air Travel Expense- VENDOR: LAWRENCE E. FLATLEY-MEETING AT PERKINS COIE IN SANTA MONICA ON STRATEGY FOR CA STATUTE OF LIMITATIONS ISSUES | 644.60 |
| 11/13/06 | Taxi Expense- VENDOR: LAWRENCE E. FLATLEY-MEETING AT PERKINS COIE IN SANTA MONICA ON STRATEGY FOR CA STATUTE OF LIMITATIONS ISSUES | 143.95 |
| 11/13/06 | Duplicating/Printing/Scanning ATTY # 3928: 6 COPIES | .60 |
| 11/13/06 | Duplicating/Printing/Scanning ATTY # 0349: 10 COPIES | 1.00 |
| 11/13/06 | Duplicating/Printing/Scanning ATTY # 0349: 10 COPIES | 1.00 |
| 11/13/06 | Duplicating/Printing/Scanning ATTY # 0396: 3 COPIES | .30 |
| 11/13/06 | Duplicating/Printing/Scanning ATTY # 0396: 4 COPIES | .40 |
| 11/13/06 | Duplicating/Printing/Scanning ATTY # 0396: 6 COPIES | .60 |
| 11/13/06 | Duplicating/Printing/Scanning ATTY # 0396: 2 COPIES | .20 |
| 11/13/06 | Duplicating/Printing/Scanning ATTY # 0396: 1 COPIES | .10 |
| 11/13/06 | Duplicating/Printing/Scanning ATTY # 0396: 10 COPIES | 1.00 |
| 11/13/06 | Duplicating/Printing/Scanning ATTY # 0396: 11 COPIES | 1.10 |
| 11/14/06 | Duplicating/Printing/Scanning ATTY # 3928; 10 COPIES | 1.00 |
| 11/14/06 | Duplicating/Printing/Scanning ATTY # 3928; 187 COPIES | 18.70 |

172573 W. R. Grace & Co.                          Invoice Number  1487397
60033  Claim Analysis Objection Resolution &      Page   5
       Estimation (Asbestos)
December 31, 2006


| Date | Description | Amount |
|---|---|---|
| 11/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 10 COPIES | 1.00 |
| 11/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 10 COPIES | 1.00 |
| 11/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 10 COPIES | 1.00 |
| 11/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 10 COPIES | 1.00 |
| 11/16/06 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON<br>TRIP TO CA. FOR MEETING WITH PERKINS COIE RE:<br>PROPERTY DAMAGE CLAIMS (11/7-11/8/06)--one<br>breakfast, one dinner. | 35.00 |
| 11/16/06 | Lodging - - VENDOR: DOUGLAS E. CAMERON TRIP TO<br>CA. FOR MEETING WITH PERKINS COIE RE: PROPERTY<br>DAMAGE CLAIMS (11/7-11/8/06). | 468.00 |
| 11/16/06 | Air Travel Expense - - VENDOR: DOUGLAS E.<br>CAMERON TRIP TO CA. FOR MEETING WITH PERKINS<br>COIE RE: PROPERTY DAMAGE CLAIMS (11/7-11/8/06). | 668.60 |
| 11/16/06 | Taxi Expense - - VENDOR: DOUGLAS E. CAMERON<br>TRIP TO CA. FOR MEETING WITH PERKINS COIE RE:<br>PROPERTY DAMAGE CLAIMS (11/7-11/8/06). | 152.00 |
| 11/16/06 | Telephone - Outside - - VENDOR: DOUGLAS E.<br>CAMERON TRIP TO CA. FOR MEETING WITH PERKINS<br>COIE RE: PROPERTY DAMAGE CLAIMS<br>(11/7-11/8/06)--TELEPHONE CONFERENCE CALL WITH<br>R. FINKE. | 58.74 |
| 11/16/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .10 |
| 11/17/06 | Documentation Charge - - INFORM RESEARCH<br>SERVICES - DOCUMENT RETRIEVAL -<br>SPENCER--RETRIEVAL OF DOCUMENTS RE: EXPERT<br>WITNESSES. | 49.80 |
| 11/17/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 11/17/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1487397
60033  Claim Analysis Objection Resolution &      Page    6
       Estimation (Asbestos)
December 31, 2006


    11/17/06   Duplicating/Printing/Scanning                      .20
               ATTY # 3928: 2 COPIES

    11/17/06   Duplicating/Printing/Scanning                      .10
               ATTY # 3928: 1 COPIES

    11/17/06   Duplicating/Printing/Scanning                     1.50
               ATTY # 3928; 15 COPIES

    11/17/06   Duplicating/Printing/Scanning                      .40
               ATTY # 3928; 4 COPIES

    11/17/06   Duplicating/Printing/Scanning                    35.00
               ATTY # 3928; 350 COPIES

    11/17/06   Postage Expense                                   1.56
               Postage Expense: ATTY # 3928 User: MILLER, JASON

    11/19/06   Secretarial Overtime: W.R. Grace/revisions &     45.00
               copying/D. Cameron

    11/19/06   Secretarial Overtime: W.R. Grace/revisions &     75.00
               copying/D. Cameron

    11/20/06   Courier Service - UPS - Shipped from Douglas       7.37
               Cameron, Reed Smith LLP - Pittsburgh to
               Jeannette Christensen RJ Lee Group, Inc.
               (MONROEVILLE PA 15146).

    11/21/06   Duplicating/Printing/Scanning                      .60
               ATTY # 0349: 6 COPIES

    11/21/06   Duplicating/Printing/Scanning                      .60
               ATTY # 0349: 6 COPIES

    11/21/06   Duplicating/Printing/Scanning                    13.10
               ATTY # 0349; 131 COPIES

    11/22/06   Duplicating/Printing/Scanning                     1.20
               ATTY # 0349: 12 COPIES

    11/22/06   Duplicating/Printing/Scanning                      .70
               ATTY # 0349: 7 COPIES

    11/22/06   Duplicating/Printing/Scanning                      .70
               ATTY # 0349: 7 COPIES

    11/22/06   Duplicating/Printing/Scanning                      .70

172573 W. R. Grace & Co.                          Invoice Number  1487397
60033  Claim Analysis Objection Resolution &      Page    7
       Estimation (Asbestos)
December 31, 2006


                  ATTY # 0349: 7 COPIES

     11/22/06   Duplicating/Printing/Scanning                        .10
                ATTY # 0349: 1 COPIES

     11/22/06   Duplicating/Printing/Scanning                      10.60
                ATTY # 1398; 106 COPIES

     11/22/06   Courier Service - Outside Courier Service -        12.04
                00843 UPS - Shipped from Carol Gatewood, Reed
                Smith LLP - Pittsburgh to Lou Gatewood (DUNBAR
                WV 25064).

     11/24/06   Westlaw--T. Rea research for preparation of        60.89
                summary judgment brief.

     11/25/06   Westlaw--T. Rea research for preparation of        49.35
                summary judgment brief.

     11/27/06   General Expense - - VENDOR: ALL-STATE               8.99
                INTERNATIONAL, INC. - TABS

     11/27/06   General Expense - - VENDOR: ALL-STATE               8.99
                INTERNATIONAL, INC. - TABS

     11/27/06   Westlaw--T. Rea research for preparation of        30.60
                summary judgment brief.

     11/28/06   Telephone Expense                                   3.35
                212-613-2775/NEW YORK, NY/67

     11/28/06   Telephone Expense                                   1.45
                212-613-2775/NEW YORK, NY/30

     11/28/06   Duplicating/Printing/Scanning                       .20
                ATTY # 0396: 2 COPIES

     11/29/06   Telephone Expense                                   .35
                512-476-4394/AUSTIN, TX/8

     11/29/06   Telephone Expense                                   .30
                561-362-1551/BOCA RATON, FL/7

     11/30/06   Mileage Expense - - VENDOR: DEBORAH J.             11.13
                BROWN--MILEAGE TO/FROM SECRETARIAL OVERTIME
                WORK ON SUNDAY 11/19/06 FOR DOUG CAMERON (W.R.
                GRACE)

172573 W. R. Grace & Co.                        Invoice Number  1487397
60033  Claim Analysis Objection Resolution &     Page    8
       Estimation (Asbestos)
December 31, 2006


    11/30/06    Parking/Tolls/Other Transportation - - DEBORAH         5.00
                J. BROWN--PARKING FEES FOR WORK SECRETARIAL
                OVERTIME ON SUNDAY 11/19/06 FOR DOUG CAMERON
                (W.R. GRACE).

    11/30/06    SEARCHES - - IDEX -DATABASE CHARGE FOR                90.00
                TESTIMONIAL HISTORY OF MANNING.

    11/30/06    Duplicating/Printing/Scanning                         1.40
                ATTY # 0559; 14 COPIES

    11/30/06    Duplicating/Printing/Scanning                          .10
                ATTY # 0396: 1 COPIES

    11/30/06    Westlaw--T. Rea research for preparation of           49.35
                summary judgment brief.

                        CURRENT EXPENSES                           3,847.66
                                                                ------------

                        TOTAL BALANCE DUE UPON RECEIPT            $3,847.66
                                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                              Invoice Number      1487398
One Town Center Road                         Invoice Date        12/31/06
Boca Raton, FL    33486                      Client Number        172573



========================================================================

Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

        Fees                              0.00
        Expenses                         44.29

                  TOTAL BALANCE DUE UPON RECEIPT            $44.29
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1487398 |
| One Town Center Road | Invoice Date | 12/31/06 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60035 |

Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Duplicating/Printing/Scanning | 34.60 |
| Courier Service - Outside | 9.69 |
| CURRENT EXPENSES | 44.29 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $44.29 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1487398 |
| Invoice Date | 12/31/06 |
| Client Number | 172573 |
| Matter Number | 60035 |

Re: (60035)  Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4822; 1 COPIES | .10 |
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 7018; 106 COPIES | 10.60 |
| 11/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 11/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 11/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 15 COPIES | 1.50 |
| 11/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 72 COPIES | 7.20 |
| 11/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 30 COPIES | 3.00 |
| 11/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 11/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 11/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |

172573  W. R. Grace & Co.                          Invoice Number  1487398
60035  Grand Jury Investigation                    Page    2
December 31, 2006

| Date | Description | Amount |
|---|---|---|
| 11/09/06 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Richard C. Finke, Esq., W.R. Grace Company (BOCA RATON FL 33487). | 9.69 |
| 11/13/06 | Duplicating/Printing/Scanning ATTY # 0559: 16 COPIES | 1.60 |
| 11/14/06 | Duplicating/Printing/Scanning ATTY # 0559; 8 COPIES | .80 |
| 11/14/06 | Duplicating/Printing/Scanning ATTY # 0559; 3 COPIES | .30 |
| 11/14/06 | Duplicating/Printing/Scanning ATTY # 0559; 3 COPIES | .30 |
| 11/14/06 | Duplicating/Printing/Scanning ATTY # 0559; 17 COPIES | 1.70 |
| 11/14/06 | Duplicating/Printing/Scanning ATTY # 0559: 17 COPIES | 1.70 |
| 11/15/06 | Duplicating/Printing/Scanning ATTY # 0559; 8 COPIES | .80 |
| 11/21/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .10 |
| 11/29/06 | Duplicating/Printing/Scanning ATTY # 0559; 29 COPIES | 2.90 |

                        CURRENT EXPENSES              44.29
                                                 ------------

                 TOTAL BALANCE DUE UPON RECEIPT      $44.29
                                                 =============