IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**<u>FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM   JULY 1, 2006 THROUGH JULY 31, 2006
FOR LEGISLATIVE AFFAIRS SERVICES</u>**

---

[1] The Debtors consist of the following 62 entities:  W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 142493 v1
2850487-000001 8/16/2006

***EXHIBIT B***

## JULY 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 7/10 | 3 | Work on Maryland project |
| 7/11 | 2 | Coordinate environmental program with officials from Grace |
| 7/12 | 1 | Coordinate environmental program with officials from Grace |
| 7/13 | 2 | Follow-up on Maryland project |
| 7/17 | 2 | Follow-up on Maryland project |
| 7/18 | 2 | Follow-up on Maryland project |
| 7/19 | 4 | Attend meetings with Senate members and staff regarding future consideration of legislation and related issues |
| 7/24 | 2 | Follow-up on Maryland project |
| 7/25 | 2 | Follow-up calls to Senate staff regarding asbestos legislation |
| 7/26 | 1 | Follow-up calls to Senate staff regarding asbestos legislation |

## EXPENSES FOR JULY, 2006

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 07/31/2006**

| Description | Date | Amount |
|---|---|---|
| Mobile/ Cell Phone Charges | 07/05/06 | $11.40 |
| **Itemized Totals** | | **$11.40** |

| Summarized: | Amount |
|---|---|
| Mobile/ Cell Phone Charges | $11.40 |
| **Summarized Totals** | **$11.40** |

W JDR 142493 v1
2850487-000001 8/16/2006