IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

In re: ) Chapter 11
)
W.R.GRACE & CO., et al.[1] ) Case No. 01-01139 (JKF)
) (Jointly Administered)
)

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM    SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.); W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.); Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 144189 v1
2850487-000001 10/24/2006                                            *EXHIBIT B*

## SEPTEMBER 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 9/6 | 1.5 | Telephone conferences with Grace officials and Senate staff regarding on-going issues in Libby, MT |
| 9/7 | .5 | Numerous attempts to reach key Senate staff regarding issues in Libby |
| 9/11 | 1 | Legislative review for potential possibilities for activity on asbestos liability related matters |
| 9/18 | 2 | Read and review legislative materials for activity on asbestos related matters |
| 9/19 | 1 | Read and review legislative materials for activity on asbestos related matters |
| 9/20 | 1.5 | Read and review legislative materials for activity on asbestos related matters; telephone calls to key Senate staff |
| 9/28 | 2 | Telephone conferences with Grace officials regarding Libby, MT and other asbestos issues |
| 9/29 | 1 | Read and review legislative materials for activity on asbestos related matters |

## EXPENSES FOR SEPTEMBER 2006

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 09/30/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 8/31/2006 | $0.35 |
| Mobile/ Cell Phone Charges | 9/7/2006 | $13.00 |
| Long Distance Charge | 9/15/2006 | $0.70 |
| Long Distance Charge | 9/20/2006 | $2.45 |
| Long Distance Charge | 9/26/2006 | $2.45 |
| Long Distance Charge | 9/26/2006 | $0.35 |
| Long Distance Charge | 9/28/2006 | $0.35 |
| **Itemized Totals** | | **$19.65** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $6.65 |
| Mobile/ Cell Phone Charges | $13.00 |
| **Summarized Totals** | **$19.65** |