IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I. Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated; Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JLL3 144767 v1
2850487-000002 12/14/2006

*EXHIBIT D*

## SEPTEMBER, 2006 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 9/3  | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 9/6  | 6 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trip |
| 9/7  | 4 | Sent letters to ICC/NDRC on Grace's upcoming visit |
| 9/10 | 4 | Contacted colleagues; Spoke with client regarding the meeting and focus |
| 9/11 | 6 | Arrange meetings with China Government officials |
| 9/17 | 3 | Discuss CEO's trip in September to China |
| 9/25 | 5 | Discussed the agenda for technical meetings in China |

WJLL3 144767 v1
2850487-000002 12/14/2006

## EXPENSES ITEMIZED AND SUMMARIZED FOR SEPTEMBER, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 9/1/2006**
**Bill # 6854563 dated 9/30/2006**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction charge | | 3.60 |
| Long Distance | 9/16/06 | 32.18 |
| Mobile/ Cell Phone charges | 9/16/06 | 50.11 |
| Travel Expenses Richard L. Johnston | 9/16/06 | 603.79 |
| Travel Airfare for Joan Mcentee | 9/26/06 | 6,541.33 |
| **Bill #6854563 itemized totals** | | **$7,231.01** |

| Summarized: | Amount |
|---|---|
| Photo Reproduction charges/Mobile Phone charges | $ 53.71 |
| Long Distance on behalf of client | $32.18 |
| Travel Airfare for McEntee/ Travel Expenses for Johnston | $7145.12 |
| **Bill #6847709 summarized totals** | **$7231.01** |

*After receiving the ceiling guidelines from W.R. Grace it is submitted that all of the expenses that have been accrued meet the guideline criteria.

Grace was allocated 42% of Ms. McEntee's airfare = $6541.33

Grace was allocated 30% of the remainder of expenses for Ms. McEntee and 33% of Mr. Johnston's expenses = $689.68

W JLL3 144767 v1
2850487-000002 12/14/2006