UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. Grace & Co., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | **Objection Deadline: January 24, 2007 at 4:00 p.m.** |
| ) | **Hearing Date:  Hearing will be held if necessary** |

## SUMMARY OF MONTHLY FEE AND EXPENSE INVOICE

Name of Applicant:  Hamilton, Rabinovitz & Alschuler, Inc.

Authorized to Provide
Professional Services to:  The Official Committee of Asbestos Property Damage Claimants

Date of Retention:  Retention order entered on February 20, 2002, Nunc Pro Tunc, to May 2, 2001

Period for which compensation and
Reimbursement is sought:  November 1, 2006 through November 30, 2006

Amount of Compensation sought as actual,  $3,050.00
reasonably and necessary for matters other
than those related to the Sealed Air fraudulent
transfer lawsuit:

Amount of Expense Reimbursement sought as  $0.00
actual, reasonably and necessary for matters
other than those related to the Sealed Air
fraudulent transfer lawsuit:

This is a:___X_____monthly_____Interim_____final Application

During the month of February 2002, the Court entered an order approving the retention Application, which such Order made the Applicant subject to the requirements under the Administrative Orders governing requests for compensation and reimbursement of expenses. Accordingly, the Applicant submits this statement.