# HR&A

# INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

December 14, 2006
Invoice No. HRA20061412

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of November, 2006.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>1.5 hours @ $ 600 per hour | $    900.00 |
| Robert H. Sims<br>0.5 hours @ $ 500 per hour | 250.00 |
| Paul K. Honig<br>4.0 hours @ $ 300 per hour | 1,200.00 |
| Joshua S. Katz<br>2.8 hours @ $ 250 per hour | 575.00 |
| **TOTAL DUE:** | **$ 3,050.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA        LOS ANGELES            NEW YORK

NOVEMBER, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE      TIME    TASK

11/01/06  0.5  Update on Grace Committee phone call from Joshua
          S. Katz.

11/07/06  0.5  Review PD witness descriptions from Grace.

11/30/06  0.5  Review M. Kramer update on status of PI
          estimation. Query staff via e-mail re whether we are up to
          date in receipt of Rust Consulting data files.

TOTAL:    1.5

NOVEMBER, 2006 TIME LOG OF ROBERT H. SIMS (RHS)

DATE      TIME   TASK

11/06/06  0.5    Review Paul K. Honig e-mail re: PIQ.

TOTAL:    0.5

NOVEMBER, 2006 TIME LOG OF PAUL K. HONIG (PKH)

DATE     TIME   TASK

11/06/06  3.5  Extract & examine 12 tables from Access to Stata,
          e-mail to Robert H. Sims.

11/30/06  0.5  Review work performed & question whether to
          proceed or wait for the 30K pending PIQs.

TOTAL:    4.0

NOVEMBER, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

DATE      TIME    TASK

11/01/06  0.5  Teleconference with Francine F. Rabinovitz re
          Grace Committee phone call.

11/10/06  1.0  Review of most recent Grace 10-Q quarterly SEC
          filing.

11/16/06  0.5  Weekly Grace conference call.

11/30/06  0.8  E-mails to Francine F. Rabinovitz and Matt Kramer
          regarding December 5 hearing. (0.3); Grace call (0.4);
          e-mails to Robert H. Sims and Paul K. Honig re: Grace
          estimation (0.1).

TOTAL:    2.8