**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

December 27, 2006

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #   10680

Professional Services

|   |   |   | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/1/2006 | MSH | Update database with Ferry September 2006 app. and Reed September 2006 app. (.1), Woodcock August 2006 app. and Foley September 2006 app. (.1) | 0.20 | 8.00 |
| 11/2/2006 | MSH | Update database with Caplin September 2006 app. and Campbell September 2006 app. (.1), LAS September 2006 app. and AKO September 2006 app. (.1) | 0.20 | 8.00 |
| 11/3/2006 | MSH | Update database with Bilzin September 2006 app. and PD Committee 7.1.06-9.30.06 app. (.1), Hamilton September 2006 app. and Pitney 22nd Interim app. (.1), Steptow 21st Interim app. and Stroock September 2006 app. (.1) | 0.30 | 12.00 |
|   | MSH | Update database with Ferry September 2006 app/e-detail and Campbell September 2006 app/e-detail (.1), Caplin September 2006 app/e-detail and Tersigni September 2006 app/e-detail (.1), AKO September 2006 app/e-detail and LAS September 2006 app/e-detail (.1) | 0.30 | 12.00 |
|   | MSH | Update database with HRA September 2006 app/e-detail and PD Committee 22nd Interim app/e-detail (.1), and Bilzin September 2006 app/e-detail (.1) | 0.20 | 8.00 |
|   | SLB | draft e-mail to A. Muha @ Reed Smith re 21st Interim response (.2) | 0.20 | 28.00 |

| W.R. Grace & Co. | | | Page | 2 |
|---|---|---|---:|---:|
| | | | **Hours** | **Amount** |
| 11/6/2006 SLB | telephone conference with B. Sullivan re 21st fee apps for RPWB, Buchanan, Scott Law (.1) | | 0.10 | 14.00 |
| WHS | receive, review, and respond to e-mail from Bill Sullivan | | 0.20 | 55.00 |
| MSH | Update database with Beveridge 21st Interim app. and Scott Law May 2006 app. (.1), Scott Law June 2006 app. and Richardson April 2006 app. (.1), Richardson May 2006 app. and Richardson June 2006 app. (.1), Richardson July 2006 app. and Richardson August 2006 app. (.1), Richardson September 2006 app. and Sullivan 7.24.06-8.31.06 app. (.1), Sullivan September 2006 app. (.1) | | 0.60 | 24.00 |
| JBA | Update database with Stroock 9.06 e-detail | | 0.10 | 4.00 |
| SLB | draft e-mail to W. Sullivan re 21st Interim fee apps. - RPWB, Scott Law, Buchanan (.2) | | 0.20 | 28.00 |
| JAW | detailed review of Bilzin July 2006 monthly invoice (4.1); draft summary of same (0.3). | | 4.40 | 594.00 |
| JBA | Update database with Reed Smith 9.06 e-detail | | 0.10 | 4.00 |
| JBA | Update database with Kramer 9.06 e-detail, and Buchannon 9.06 e-detail | | 0.10 | 4.00 |
| JBA | Update database with e-response re: Stroock 21st Interim Initial Report, and Duane Morris 9.06 e-detail | | 0.10 | 4.00 |
| 11/7/2006 JAW | detailed review of Reed Smith July 2006 monthly invoice (4.1). | | 4.10 | 553.50 |
| 11/8/2006 JAW | detailed review of Reed Smith July 2006 monthly invoice (1.1); draft summary of same (1.1) | | 2.20 | 297.00 |
| MSH | Update database with Scott Law April 2006 app. | | 0.10 | 4.00 |
| JBA | Update database with PWC 8.06 e-detail | | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                              Page     3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/8/2006 | JBA | Update database with e-response re: K&E 21st Interim IR | 0.10 | 4.00 |
|  | WHS | receive and review K&E response | 0.10 | 27.50 |
| 11/13/2006 | MSH | Update database with Scott Law July 2006 app. and Scott Law August 2006 app. (.1), Scott Law September 2006 app. and Philips 22nd Interim app. (.1), Piper September 2006 app. and Piper amended July 2006 app. (.1) | 0.30 | 12.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
| 11/14/2006 | MSH | Update database with Scott Law 21st Interim app. (.1) | 0.10 | 4.00 |
|  | JBA | Draft of WHS September 2006 Monthly invoice | 0.30 | 33.00 |
| 11/15/2006 | JBA | Draft of WHS Ocotber 2006 Montly invoice | 0.30 | 33.00 |
| 11/16/2006 | MSH | Update database with Richardson February 2006 app. and Richardson March 2006 app. (.1), Foley 22nd Interim app. and Campbell 22nd Interim app. (.1), AKO 22nd Interim app. and Tersigni 22nd Interim app. (.1), LAS 22nd Interim app. and Ferry 22nd Interim app. (.1) | 0.40 | 16.00 |
| 11/17/2006 | JAW | detailed review of Stroock July, 2006, monthly invoice (1.6); draft summary of same (0.3) | 1.90 | 256.50 |
|  | JBA | Update database with Piper Jaffrey 22nd Interim app/e-detail, and Orrick 22nd Interim app/e-detail | 0.10 | 4.00 |
| 11/18/2006 | JAW | detailed review of Stroock August, 2006, monthly invoice (2.2); draft summary of same (0.9) | 3.10 | 418.50 |
| 11/20/2006 | ERU | Update database with 22nd interim fee applications: Caplin, Orrick, [.1] Piper, Conway [.1] Reed, Kirkland [.1]; 7.06 monthly fee applications: Holme, Conway [.1]; 8.06 monthly fee application: Conway, 9.06 monthly fee applicaiton: Conway [.1]; monthly fee applications 8.05, 9.05, 10.05 [.1]; 21nd interim fee application: Richardson [.1] | 0.70 | 28.00 |

W.R. Grace & Co.  Page    4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/20/2006 | WHS | receive and review agenda | 0.10 | 27.50 |
| | JBA | Update database with Holme Roberts 7.06 e-detail | 0.10 | 4.00 |
| | JAW | detailed review of Stroock September, 2006, monthly invoice (2.5); draft summary of same (0.4) | 2.90 | 391.50 |
| | JAW | detailed review of Caplin September, 2006, monthly invoice (1.6) | 1.60 | 216.00 |
| | JAW | detailed review of Caplin August, 2006, monthly invoice (2.7); draft summary of same (0.5) | 3.20 | 432.00 |
| | JAW | detailed review of Caplin July, 2006, monthly invoice (2.3); draft summary of same (0.6) | 2.90 | 391.50 |
| 11/21/2006 | JAW | detailed review of K&E July, 2006, monthly invoice (8.1) | 8.10 | 1,093.50 |
| | JAW | detailed review of Caplin September, 2006, monthly invoice (1.7); draft summary of same (0.6) | 2.30 | 310.50 |
| 11/22/2006 | JAW | detailed review of K&E July, 2006, monthly invoice (10.4) | 10.40 | 1,404.00 |
| 11/24/2006 | JAW | detailed review of K&E July, 2006, monthly invoice (5.6) | 5.60 | 756.00 |
| 11/25/2006 | JAW | detailed review of K&E July, 2006, monthly invoice (4.3) | 4.30 | 580.50 |
| 11/27/2006 | ERU | Update database with 22nd interim fee applications: Kramer, Buchanan [.1]; 9.06 monthly fee applicatons: Beveridge, Casner [.1]; 9.06 monthly fee application: Nelson, 4.06 monthly fee application: BMC [.1]; 5.06 monthly fee application: BMC, 6.06 monthly fee application: BMC [.1] | 0.40 | 16.00 |
| 11/28/2006 | WHS | receive and review agenda | 0.20 | 55.00 |
| | ERU | Update database with 22nd interim fee applications: Nelson, Casner [.1]; 21st interim fee application: BMC, 9.06 monthly fee application: Philips [.1] | 0.20 | 8.00 |

W.R. Grace & Co. Page 5

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 11/28/2006 | ERU | draft: 21st interim project by category summary spreadsheet | 2.10 | 84.00 |
| 11/29/2006 | ERU | draft: 21st interim project by category spread sheet | 3.10 | 124.00 |
| | ERU | Update database with 10.06 monthly fee application: Kirkland | 0.10 | 4.00 |
| | JAW | detailed review of Bilzin August, 2006, monthly invoice (4.5); draft summary of same (0.5) | 5.00 | 675.00 |
| 11/30/2006 | SLB | draft of 21st Interim final report- Bilzin (5.9) | 5.90 | 826.00 |
| | JAW | detailed review of LAS August, 2006, monthly invoice (1.6); draft summary of same (0.1) | 1.70 | 229.50 |

**For professional services rendered**     **81.50 $10,158.00**

Additional Charges :

| | Price | |
|---|---:|---:|
| PACER charges for November | 4.80 | 4.80 |

**Total costs**     **$4.80**

**Total amount of this bill**     **$10,162.80**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Erika Urban | 6.60 | 40.00 | $264.00 |
| James A. Wehrmann | 63.70 | 135.00 | $8,599.50 |
| Jeff B. Allgood | 0.60 | 110.00 | $66.00 |
| Jeff B. Allgood | 0.80 | 40.00 | $32.00 |
| Melinda S Helsley | 2.70 | 40.00 | $108.00 |

W.R. Grace & Co.                                                                                                  Page      6

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Stephen L. Bossay | 6.40 | 140.00 | $896.00 |
| Warren H Smith | 0.70 | 275.00 | $192.50 |