```
alp_132r: Matter Detail                                                                                                              PAGE    1
Run Date & Time: 12/28/2006 11:05:24

                                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS  - 06975                     Proforma Number:  2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495                  Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services
-----------------------------------------------------------------------------------------------------------------------------------------
                                                         PRE-BILLING SUMMARY REPORT

  UNBILLED TIME FROM:                                    TO:
  UNBILLED DISB FROM:  10/09/2006                        TO:  11/21/2006

                              FEES                            COSTS
                              ----                            -----
GROSS BILLABLE AMOUNT:        0.00                            117.12
AMOUNT WRITTEN DOWN:
            PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
         THRU DATE:                                            11/21/2006
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                        ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                                        --------------------------                   --------------

                         FEES:                    2,024.00        UNIDENTIFIED RECEIPTS:      0.00
                DISBURSEMENTS:                    2,118.67        PAID FEE RETAINER:          0.00
                 FEE RETAINER:                        0.00        PAID DISB RETAINER:         0.00
                DISB RETAINER:                        0.00        TOTAL AVAILABLE FUNDS:      0.00
              TOTAL OUTSTANDING:                  4,142.67        TRUST BALANCE:
                                                                  BILLING HISTORY
                                                                  ---------------
               DATE OF LAST BILL:       12/05/06                  LAST PAYMENT DATE:       12/15/06
                LAST BILL NUMBER:       449709                    ACTUAL FEES BILLED TO DATE:   264,244.50
                                                                  ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                                  TOTAL FEES BILLED TO DATE:   264,244.50
            LAST BILL THRU DATE:        10/31/06                  FEES WRITTEN OFF TO DATE:    79,053.50
                                                                  COSTS WRITTEN OFF TO DATE:   19,388.46

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
  (1) Exceeded Fixed Fee             (4) Excessive Legal Time    (7) Fixed Fee
  (2) Late Time & Costs Posted       (5) Business Development    (8) Premium
  (3) Pre-arranged Discount          (6) Summer Associate        (9) Rounding
                                                                 (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    2
Run Date & Time: 12/28/2006 11:05:25                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                      Orig Prtnr : CRED. RGTS   - 06975              Proforma Number: 2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status       : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -----------
Code  Description                               Oldest       Latest      Total
                                                Entry        Entry       Amount
----  -------------                             ------       ------      ------
0820  PHOTOCOPYING                              11/21/06     11/21/06    62.55
0940  CAB FARES                                 10/09/06     10/09/06    54.57
                                                                         ------
              Total                                                      117.12
                                                                         ======
              Grand Total                                                117.12
```

```
B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 12/28/06 11:05:25)
                        ------- Billed -------      -- Applied --  --- Collections ---   Balance
Bill Date  Thru Date  Bill#   Fee & OA  Disbursement  From OA   Total         Date       Due
---------  ---------  -----   --------  ------------  -------   -----         ----       ---

PRIOR TO 2002                134,929.00   21,773.44              156,702.44
 YEAR 2003                    42,737.00    3,649.07               46,386.07
 YEAR 2004                    24,675.50    2,184.55               26,860.05
01/25/05  09/30/04  396938     6,640.00      180.51                6,820.51   01/25/05
03/30/05  12/31/04  408613    14,172.00    8,280.84               22,452.84   03/30/05
05/09/05  03/31/05  409910     6,640.00      180.43                6,820.43   05/09/05
08/25/05  06/30/05  418305    11,728.00    2,080.43               13,808.43   05/09/05
11/10/05  09/30/05  423577     3,815.00    1,558.40                5,373.40   08/25/05
01/31/06  12/31/05  429349     1,765.00    1,355.03                3,120.03   11/15/05
05/19/06  03/31/06  437384     1,529.00      314.52                1,843.52   02/06/06
08/16/06  06/30/06  443006       999.00      482.88                1,481.88   05/19/06
08/30/06  07/31/06  444084       965.00      477.96                1,442.96   08/17/06
09/29/06  08/31/06  446051     1,162.00       71.68                1,233.68   10/17/06
10/31/06  09/30/06  447500     2,545.00         .00                2,545.00   11/07/06
12/05/06  10/31/06  449709     5,364.00      347.90                5,711.90   12/15/06
12/28/06  10/31/06  453278     2,024.00    2,001.55                4,025.55                4,025.55
                                                .00      117.12      117.12                  117.12
                              ----------  ----------             ----------                ----------
                    Total:    255,049.50   44,875.88             295,782.71                4,142.67
```

```
alp_132r: Matter Detail                                                                                                                    PAGE    3
Run Date & Time: 12/28/2006 11:05:25

                                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                       Orig Prtnr : CRED. RGTS    - 06975                    Proforma Number:  2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr  : BENTLEY PHILIP - 02495                  Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
------------------------------------------
Description/Code            Employee             Date         Amount         Index#       Batch No      Batch Date
---------------             --------             ----         ------         ------       --------      ----------

PHOTOCOPYING            0820
     PHOTOCOPYING                GAVIGAN, J C         11/21/06      14.85         7680511      388624        11/28/06
     PHOTOCOPYING                GAVIGAN, J C         11/21/06      31.35         7680512      388624        11/28/06
     PHOTOCOPYING                GAVIGAN, J C         11/21/06      16.35         7680513      388624        11/28/06
                                                         0820 PHOTOCOPYING Total :  62.55

CAB FARES               0940
     CAB FARES                   URBINA, T C          10/09/06      54.57         7676970      388464        11/21/06
     CAB FARES - ODYSSEY                                                          54.57
                                                         0940 CAB FARES Total :    117.12

                                          Costs Total :
```

alp_132r: Matter Detail                                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    4
Run Date & Time: 12/28/2006 11:05:25                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                    Orig Prtnr : CRED. RGTS - 06975                                   Proforma Number: 2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495                               Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                   Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                   Amount             Bill          W/o / W/u          Transfer To     Clnt/Mtr     Carry Forward
------------------------------     --------          --------       ----------         -----------------------      -------------

0820 PHOTOCOPYING                    62.55
0940 CAB FARES                       54.57
                                   --------
                   Costs Total :    117.12

```
alp_132r: Matter Detail                                                                                                            PAGE    5
Run Date & Time: 12/28/2006 11:05:25

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:    2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status    : ACTIVE

Special Billing Instructions:


                                               PRE-BILLING SUMMARY REPORT

      UNBILLED TIME FROM:   11/03/2006         TO:   11/30/2006
      UNBILLED DISB FROM:   11/29/2006         TO:   11/29/2006

                                     FEES                COSTS
                                     ----                -----
      GROSS BILLABLE AMOUNT:      10,940.00              15.00
      AMOUNT WRITTEN DOWN:
                    PREMIUM:
         ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                  THRU DATE:      11/30/2006           11/29/2006
      CLOSE MATTER/FINAL BILLING?    YES OR NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:



                                             ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
                                             ------------------------                --------------
              FEES:                14,428.00      UNIDENTIFIED RECEIPTS:    0.00
      DISBURSEMENTS:                   206.88      PAID FEE RETAINER:       0.00
      FEE RETAINER:                      0.00      PAID DISB RETAINER:      0.00
      DISB RETAINER:                     0.00      TOTAL AVAILABLE FUNDS:   0.00
      TOTAL OUTSTANDING:            14,634.88      TRUST BALANCE:
                                                   BILLING HISTORY
                                                   ---------------
      DATE OF LAST BILL:               12/05/06          LAST PAYMENT DATE:        12/15/06
      LAST BILL NUMBER:                  449709 ACTUAL FEES BILLED TO DATE:      260,147.00
                                                ON ACCOUNT FEES BILLED TO DATE:        0.00
      LAST BILL THRU DATE:             10/31/06     TOTAL FEES BILLED TO DATE:   260,147.00
                                                    FEES WRITTEN OFF TO DATE:    21,567.50
                                                   COSTS WRITTEN OFF TO DATE:     1,709.32

                                       Write Down/Up Reason Codes:
                                       ---------------------------
      FOR ACCTG USE ONLY:     (1) Exceeded Fixed Fee         (4) Excessive Legal Time    (7) Fixed Fee
                              (2) Late Time & Costs Posted   (5) Business Development    (8) Premium
                              (3) Pre-arranged Discount      (6) Summer Associate        (9) Rounding    (10) Client Arrangement

      BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____    CRC: _____
```

```
alp_132r: Matter Detail                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    6
Run Date & Time: 12/28/2006 11:05:25                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                          Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:  2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                   Status      : ACTIVE

U N B I L L E D   T I M E    S U M M A R Y                 ----------- Total Unbilled -----------
Emp Id Employee Name                Group          Oldest         Latest          Hours           Amount
                                                   --------       --------        --------        --------
02495 BENTLEY, PHILIP               CRED           11/30/06       11/30/06            1.20          756.00
07850 HOROWITZ, GREGORY A.          LITI           11/30/06       11/30/06            1.60          952.00
05292 BECKER, GARY M.               CRED           11/03/06       11/30/06           15.20        8,284.00
06874 GLASS, JESSICA J              LITI           11/30/06       11/30/06            1.20          474.00
06876 FARBER, PEGGY                 LITI           11/30/06       11/30/06            1.20          474.00

                                    Total:                                          20.40       10,940.00


0820 PHOTOCOPYING                                  11/29/06       11/29/06                          15.00

U N B I L L E D   C O S T S    S U M M A R Y  ------ Total Unbilled ------
Code Description                                   Oldest         Latest          Total
                                                   Entry          Entry           Amount
                                                   --------       --------        --------

                                    Total                                                          15.00

                                    Grand Total                                                 10,955.00
                                                                                                =========

Sub-Total Hours :    2.80 Partners          15.20 Counsels        2.40 Associates      0.00 Legal Assts     0.00 Others

B I L L I N G   &   P A Y M E N T    H I S T O R Y  (Reflects Payments As of 12/28/06 11:05:25)
                                        ------- Billed --------         Applied       ---- Collections ----    Balance
Bill Date Thru Date Bill#               Fee & OA    Disbursement        From OA       Total         Date       Due
---------- ---------- -----             --------    ------------        -------       -----         ----       ---

PRIOR TO 2002                          46,110.00       3,661.56                      49,771.56
YEAR 2003                              21,568.00         122.55                      21,690.55
YEAR 2004                              20,707.50          61.40                      20,768.90
01/25/05 09/30/04    396938            19,241.00         774.70                      20,015.70   01/25/05
03/30/05 12/31/04    408613            33,341.00       1,986.42                      35,327.42   03/30/05
05/09/05 03/31/05    409910            17,252.00          48.95                      17,300.95   05/09/05
08/25/05 06/30/05    418305            12,505.00          16.20                      12,521.20   08/25/05
11/10/05 09/30/05    423577            12,030.00         106.56                      12,136.56   11/15/05
01/31/06 12/31/05    429349            12,652.00         259.90                      12,911.90   02/06/06
05/19/06 03/31/06    437384            17,928.00          99.00                      18,027.00   05/19/06
08/16/06 06/30/06    443006            20,124.00          14.55                      20,138.55   08/29/06
08/30/06 07/31/06    444084             5,076.00         127.34                       5,203.34   10/17/06
09/29/06 08/31/06    446051            12,150.00            .00                      12,150.00   11/07/06
10/31/06 09/30/06    447500             5,974.50            .00                       5,974.50   12/15/06
12/05/06 10/31/06    449709             3,488.00         191.88                                                3,679.88
12/28/06 10/31/06    453278            10,940.00          15.00                                               10,955.00

                             Total:   271,087.00       7,486.01                     263,938.13                14,634.88
```

```
alp_132r: Matter Detail                                                                                                              PAGE      7
Run Date & Time: 12/28/2006 11:05:25
                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                          Orig Prtnr  : CRED. RGTS    - 06975           Proforma Number:   2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495          Bill Frequency:    M
Matter Name : CREDITOR COMMITTEE                                 Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001
                                                                                                               Status      : ACTIVE

U N B I L L E D      T I M E   D E T A I L
Employee Name          Work Date   Description                                                         Hours       Amount     Index#     Batch Date   Task Act
---------------------  ---------   -----------------------------------------------------------------   -------    --------    -------    ----------   --------

BECKER, GARY M.        11/03/06    conf shareholder re case issues                                      0.50        272.50    6586241    11/06/2006
BECKER, GARY M.        11/07/06    Conf. shareholder re case issues                                     0.30        163.50    6590972    11/09/2006
BECKER, GARY M.        11/08/06    Conf. shareholder re case issues                                     0.30        163.50    6590973    11/09/2006
BECKER, GARY M.        11/09/06    Direction Gavigan re monthly fee application                         0.10         54.50    6593366    11/13/2006
BECKER, GARY M.        11/10/06    Review docs and conf. J. Glass re expert                             0.60        327.00    6593367    11/13/2006
                                   reports and review her summary of same
BECKER, GARY M.        11/14/06    conf Weschler, Bentley and Horowitz re expert                        0.70        381.50    6598948    11/15/2006
                                   issues
BECKER, GARY M.        11/16/06    conf shareholder re case issues (0.4); conf                          2.10      1,144.50    6602926    11/17/2006
                                   Bentley re shareholder call (0.3); conf
                                   Weschler re shareholder re case issues (0.8)
BECKER, GARY M.        11/17/06    conf shareholder re case issues                                      0.30        163.50    6605403    11/20/2006
BECKER, GARY M.        11/20/06    Call Weschler re results of omnibus hearing                          0.10         54.50    6611511    11/22/2006
BECKER, GARY M.        11/21/06    conf shareholder re case issues (0.40; conf                          0.90        490.50    6616599    11/27/2006
                                   second shareholder re case issues (0.3); conf
                                   third shareholder re case issues (0.2)
BECKER, GARY M.        11/27/06    conf shareholder re case issues (0.5); conf                          1.00        545.00    6619678    11/28/2006
                                   second shareholder re case issues (0.5)
BECKER, GARY M.        11/28/06    conf. shareholder re case issues (0.8); conf.                        1.30        708.50    6623708    11/29/2006
                                   second shareholder re case issues (0.5)
BECKER, GARY M.        11/29/06    Conf. shareholder re case issues (0.7); conf.                        1.00        545.00    6627201    11/30/2006
                                   second shareholder re case issues (0.3)
GLASS, JESSICA J       11/30/06    Creditor Committee conference call regarding                         1.20        474.00    6628268    11/30/2006
                                   status.
FARBER, PEGGY          11/30/06    conference call w/ client                                            1.20        474.00    6629014    12/01/2006
BECKER, GARY M.        11/30/06    prepare for and conf w/Equity Cmtee (1.7); conf                      6.00      3,270.00    6629484    12/01/2006
                                   shareholder re case issues (0.8); conf Second
                                   shareholder re case issues (0.3); conf third
                                   shareholder re case issues (0.7); conf fourth
                                   shareholder re case issues (0.5); conf fifth
                                   shareholder re case issues (0.6); conf sixth
                                   shareholder re case issues (0.7); conf (2x)
                                   seventh shareholder re case issues (1.0)
HOROWITZ, GREGORY A-   11/30/06    prepare for, participate in committee call                           1.60        952.00    6631760    12/01/2006
BENTLEY, PHILIP        11/30/06    Committee conf call                                                  1.20        756.00    6633882    12/01/2006

                                                                                          Fee Total                 20.40              10,940.00

                                                                                          Fee Total                 20.40              10,940.00
```

```
alp_132r: Matter Detail                                                                    PAGE    8
Run Date & Time: 12/28/2006 11:05:25

Matter No: 056772-00002                    Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:  2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                            Status : ACTIVE

                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                         *PRIVILEGED AND CONFIDENTIAL*

U N B I L L E D   C O S T S   D E T A I L

Description/Code          Employee         Date          Amount    Index#    Batch No   Batch Date
-----------------         --------         ----          ------    ------    --------   ----------
PHOTOCOPYING       0820
  PHOTOCOPYING            BENTLEY, P       11/29/06        7.50    7685948   388804     11/30/06
  PHOTOCOPYING            BENTLEY, P       11/29/06        7.50    7685949   388804     11/30/06
                                                         -------
                    0820 PHOTOCOPYING Total :              15.00

                                   Costs Total :           15.00
```

```
alp_132r: Matter Detail                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE    9
Run Date & Time: 12/28/2006 11:05:25                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                                                         Proforma Number:  2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Orig Prtnr : CRED. RGTS   - 06975              Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                 Bill Prtnr : BENTLEY PHILIP - 02495
Matter Opened : 07/27/2001                                       Supv Prtnr : MAYER THOMAS MOERS - 03976        Status  : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                   Hours        Amount           Bill         W/o / W/u         Transfer To       Clnt/Mtr        Carry Forward
--------------------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP                  1.20         756.00
HOROWITZ, GREGORY A.             1.60         952.00
BECKER, GARY M.                 15.20       8,284.00
GLASS, JESSICA J                 1.20         474.00
FARBER, PEGGY                    1.20         474.00
                               -------    ----------
         Total:                 20.40      10,940.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                          Amount                           Bill         W/o / W/u         Transfer To     Clnt/Mtr     Carry Forward
----------------------------------------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                          15.00

         Costs Total :                     15.00
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                           PAGE    10
Run Date & Time: 12/28/2006 11:05:25                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                    Orig Prtnr : CRED. RGTS     - 06975            Proforma Number:    2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : BANKR. MOTIONS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status        : ACTIVE

Special Billing Instructions:
=============================================================================================================================
                                              PRE-BILLING SUMMARY REPORT
=============================================================================================================================

        UNBILLED TIME FROM:   11/09/2006           TO:  11/10/2006
        UNBILLED DISB FROM:                        TO:

                                    FEES                COSTS
                                   --------           ---------
GROSS BILLABLE AMOUNT:              381.50              0.00
AMOUNT WRITTEN DOWN:
  PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
  THRU DATE:                                       11/10/2006
CLOSE MATTER/FINAL BILLING?         YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---------------------------------------------------------------------------------------------------------------------------------

                                           ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

        FEES:                            708.50          UNIDENTIFIED RECEIPTS:             0.00
        DISBURSEMENTS:                     0.00          PAID FEE RETAINER:                  0.00
        FEE RETAINER:                      0.00          PAID DISB RETAINER:                 0.00
        DISB RETAINER:                     0.00          TOTAL AVAILABLE FUNDS:              0.00
        TOTAL OUTSTANDING:               708.50          TRUST BALANCE:
                                                        BILLING HISTORY
        DATE OF LAST BILL:           12/05/06           LAST PAYMENT DATE:                 12/15/06
        LAST BILL NUMBER:            449709             ACTUAL FEES BILLED TO DATE:      133,954.50
                                                        ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                        TOTAL FEES BILLED TO DATE:       133,954.50
        LAST BILL THRU DATE:         10/31/06           FEES WRITTEN OFF TO DATE:           444.00
                                                        COSTS WRITTEN OFF TO DATE:          580.14
FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee       (4) Excessive Legal Time       (7) Fixed Fee
        (2) Late Time & Costs Posted (5) Business Development       (8) Premium
        (3) Pre-arranged Discount    (6) Summer Associate           (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Matter Detail
Run Date & Time: 12/28/2006 11:05:25
                                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    11
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                       Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:  2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status      : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y   ------------ Total Unbilled ----------------
Emp Id Employee Name              Group                  Oldest       Latest        Hours         Amount
--- -- ------------               -----                  ------       ------        -----         ------
05292  BECKER, GARY M.            CRED                   11/09/06     11/10/06      0.70          381.50

                         Total:                                                     0.70          381.50

Sub-Total Hours :    0.00 Partners       0.70 Counsels   0.00 Associates    0.00 Legal Assts    0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 12/28/06 11:05:25)
                                        ------- Billed --------         Applied    ---- Collections ----
Bill Date   Thru Date Bill#           Fee & OA  Disbursement            From OA   Total              Date          Balance Due
---------   --------- -----           --------  ------------            -------   -----              ----          -----------
PRIOR TO 2002                         1,450.00        198.00               .00    1,648.00
YEAR 2003                            16,218.50           .00               .00   16,218.50
YEAR 2004                            12,712.00         10.35               .00   12,722.35
01/25/05 09/30/04 396938              2,128.50           .00               .00    2,128.50  01/25/05
03/30/05 12/31/04 408613             73,176.00      1,232.19               .00   74,408.19  03/30/05
05/09/05 03/31/05 409910             11,104.50      4,902.80               .00   16,007.30  05/09/05
08/25/05 06/30/05 418305              3,423.50        330.55               .00    3,754.05  08/25/05
11/10/05 09/30/05 423577              2,236.00         45.90               .00    2,281.90  11/15/05
01/31/06 12/31/05 429349              1,196.00           .00               .00    1,196.00  02/06/06
05/19/06 03/31/06 437384              2,052.00           .00               .00    2,052.00  05/19/06
08/16/06 06/30/06 443006              4,644.00           .00               .00    4,644.00  08/29/06
08/30/06 07/31/06 444084              2,151.00           .00               .00    2,151.00  10/17/06
09/29/06 08/31/06 446051                972.00           .00               .00      972.00  11/07/06
10/31/06 09/30/06 447500                163.50           .00               .00      163.50  12/15/06
12/05/06 10/31/06 449709                327.00           .00               .00          .00                           327.00
12/28/06 10/31/06 453278                381.50           .00               .00          .00                           381.50
                                      --------- ------------            -------   ----------                         -------
                         Total:     134,336.00      6,719.79               .00  140,347.29                           708.50
```

```
alp_132r: Matter Detail                                                                                                         PAGE   12
Run Date & Time: 12/28/2006 11:05:25

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status   : ACTIVE

U N B I L L E D   T I M E    D E T A I L
Employee Name              Work Date     Description                                              Hours     Amount    Index#    Batch Date  Task Act
----------------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.            11/09/06  Review Lloyds settlement and emails re same                   0.40     218.00   6593368   11/13/2006
BECKER, GARY M.            11/10/06  Attention revisions to Lloyds settlement                      0.30     163.50   6593369   11/13/2006

                                                                      Fee Total                    0.70     381.50

                                                       Fee Total                                   0.70     381.50
```

```
alp_132r: Matter Detail                                                                             PAGE   13
Run Date & Time: 12/28/2006 11:05:25

                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                            Orig Prtnr : CRED. RGTS - 06975       Proforma Number:  2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : BANKR. MOTIONS                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status     : ACTIVE


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name            Hours       Amount             Bill          W/O / W/u        Transfer To    Clnt/Mtr Carry Forward
---------------------   -------   -----------         ------         ------------      ----------------------------------

BECKER, GARY M.          0.70        381.50
                        -------   -----------
                Total:   0.70        381.50
```

```
alp_132r: Matter Detail                                                                              PAGE   14
Run Date & Time: 12/28/2006 11:05:26

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                    Orig Prtnr : CRED. RGTS    - 06975    Proforma Number:  2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : REORGANIZATION PLAN          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status     : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------

                              PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM: 11/20/2006           TO: 11/20/2006
    UNBILLED DISB FROM:                      TO:

                                FEES                             COSTS
                              --------                         --------
    GROSS BILLABLE AMOUNT:      378.00                             0.00
    AMOUNT WRITTEN DOWN:
                  PREMIUM:
        ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
               THRU DATE:     11/20/2006
   CLOSE MATTER/FINAL BILLING?   YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:
                              BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:

-----------------------------------------------------------------------------------------------------------

   ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
   --------------------------                       --------------
      FEES:                  378.00
      DISBURSEMENTS:           0.00
      FEE RETAINER:            0.00
      DISB RETAINER:           0.00
      TOTAL OUTSTANDING:     378.00

                       BILLING HISTORY
                       ---------------
      DATE OF LAST BILL:      08/16/06     LAST PAYMENT DATE:         08/29/06
      LAST BILL NUMBER:        443006      ACTUAL FEES BILLED TO DATE: 138,359.50
                                           ON ACCOUNT FEES BILLED TO DATE:   0.00
                                           TOTAL FEES BILLED TO DATE:  138,359.50
      TOTAL OUTSTANDING:      378.00       PAID DISB RETAINER:             0.00
      LAST BILL THRU DATE:    06/30/06     FEES WRITTEN OFF TO DATE:       0.00
                                           COSTS WRITTEN OFF TO DATE:     31.44
                                           UNIDENTIFIED RECEIPTS:          0.00
                                           PAID FEE RETAINER:              0.00
                                           TOTAL AVAILABLE FUNDS:          0.00
                                           TRUST BALANCE:

   Write Down/Up Reason Codes:
   ---------------------------
   (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
   (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
   (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding   (10) Client Arrangement

   FOR ACCTG USE ONLY:

   BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____  FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                                                                                     PAGE    15
Run Date & Time: 12/28/2006 11:05:26

                                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                                                                      Proforma Number:     2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Orig Prtnr : CRED. RGTS   - 06975           Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                Bill Prtnr : BENTLEY PHILIP - 02495
Matter Opened : 07/27/2001                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
                                                                                                             Status       : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------------- Total Unbilled -------------------
Emp Id Employee Name              Group              Oldest       Latest          Hours         Amount
------ --------------------       -----              ------       ------          -----         ------

02495  BENTLEY, PHILIP            CRED              11/20/06      11/20/06         0.60         378.00

                       Total:                                                      0.60         378.00

Sub-Total Hours :    0.60 Partners       0.00 Counsels        0.00 Associates     0.00 Legal Assts     0.00 Others


B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 12/28/06 11:05:26)
                        ------------- Billed --------------       ---- Applied ----       --- Collections ----         Balance
Bill Date  Thru Date  Bill#     Fee & OA    Disbursement           From OA          Total                    Date         Due
---------  ---------  -----     --------    ------------           -------          -----                    ----      -------
   YEAR 2003                      157.50             .00                           157.50
01/25/05   09/30/04   396938      169.50             .00                           169.50            01/25/05
03/30/05   12/31/04   408613   78,893.00          540.96                        79,433.96            03/30/05
05/09/05   03/31/05   409910   25,967.50           38.44                        26,005.94            05/09/05
08/25/05   04/30/05   418305      208.00             .00                           208.00            08/25/05
05/19/06   03/31/06   437384   16,416.00            7.00                        16,423.00            06/26/06
08/16/06   06/30/06   443006   16,548.00            6.00                        16,554.00            08/29/06
12/28/06   06/30/06   453278      378.00             .00                              .00                               378.00

            Total:            138,737.50          592.40                       138,951.90                               378.00
```

```
alp_132r: Matter Detail                                                                                              PAGE   16
Run Date & Time: 12/28/2006 11:05:26

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status      : ACTIVE

U N B I L L E D    T I M E   D E T A I L
Employee Name       Work Date    Description                                       Hours       Amount     Index#   Batch Date  Task Act
-----------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP     11/20/06 TC Don Smith (Houlihan) re valuation issues            0.60       378.00    6624260  11/29/2006

                                                                      Fee Total     0.60       378.00

                                                          Fee Total                 0.60       378.00
```

```
alp_132r: Matter Detail                                                                                                        PAGE   17
Run Date & Time: 12/28/2006 11:05:26

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                                                                   Proforma Number:   2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Orig Prtnr : CRED. RGTS   - 06975   Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                     Bill Prtnr : BENTLEY PHILIP - 02495
Matter Opened : 07/27/2001                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
                                                                                                          Status         : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
----------------------------------------------------------------------------------
Employee Name              Hours        Amount         Bill      W/o / W/u     Transfer To     Clnt/Mtr     Carry Forward
----------------------------------------------------------------------------------
BENTLEY, PHILIP             0.60        378.00

             Total:         0.60        378.00
```

```
alp_132r: Matter Detail                                                                                          PAGE   18
Run Date & Time: 12/28/2006 11:05:26

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status       : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:      10/30/2006          TO:     11/30/2006
    UNBILLED DISB FROM:      11/17/2006          TO:     11/17/2006

                               FEES                                             COSTS

     GROSS BILLABLE AMOUNT:        1,471.00                                                10.71
     AMOUNT WRITTEN DOWN:
              PREMIUM:
     ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
              THRU DATE:           11/30/2006                                     11/17/2006
     CLOSE MATTER/FINAL BILLING?   YES OR NO
     EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

     BILLING COMMENTS:


                                             ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                FEES:                        3,721.50      UNIDENTIFIED RECEIPTS:    0.00
     DISBURSEMENTS:                             57.47         PAID FEE RETAINER:     0.00
     FEE RETAINER:                               0.00         PAID DISB RETAINER:    0.00
     DISB RETAINER:                              0.00      TOTAL AVAILABLE FUNDS:    0.00
     TOTAL OUTSTANDING:                       3,778.97     TRUST BALANCE:
                                                           BILLING HISTORY
     DATE OF LAST BILL:              12/05/06          LAST PAYMENT DATE:             12/15/06
     LAST BILL NUMBER:                449709       ACTUAL FEES BILLED TO DATE:      121,987.50
                                               ON ACCOUNT FEES BILLED TO DATE:           0.00
                                                   PAID DISB RETAINER:                   0.00
                                                 TOTAL FEES BILLED TO DATE:         121,987.50
     LAST BILL THRU DATE:            10/31/06       FEES WRITTEN OFF TO DATE:         4,424.50
                                                   COSTS WRITTEN OFF TO DATE:           431.74

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee       (4) Excessive Legal Time         (7) Fixed Fee
   (2) Late Time & Costs Posted (5) Business Development         (8) Premium
   (3) Pre-arranged Discount    (6) Summer Associate             (9) Rounding     (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    19
Run Date & Time: 12/28/2006 11:05:26                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                      Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:   2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001
                                                                                                       Status      : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y   ------------- Total Unbilled -----------------
Emp Id Employee Name                    Group        Oldest       Latest        Hours          Amount
                                                     -------      -------      -------        -------

05292    BECKER, GARY M.                CRED         11/06/06     11/17/06       0.60          327.00
06451    GAVIGAN, JAMES C               CRED         10/30/06     11/30/06       5.20        1,144.00
         PARAPROFESSIONALS

                            Total:                                               5.80        1,471.00

0930  MESSENGER/COURIER                              11/17/06     11/17/06                      10.71

                            Total:                                                              10.71

Sub-Total Hours :     0.00 Partners    0.60 Counsels    0.00 Associates    5.20 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  ---------- Total Unbilled ----------
Code  Description                                    Oldest       Latest         Total
                                                     Entry        Entry          Amount
                                                     -------      -------        -------

                                                                                1,481.71

                            Grand Total                                         1,481.71

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 12/28/06 11:05:26)
                                    ------- Billed --------   Applied   ---- Collections ----   Balance
Bill Date Thru Date Bill#           Fee & OA    Disbursement  From OA   Total         Date        Due
--------- --------- -----           --------    ------------  -------   -----         ----      -------

PRIOR TO 2002                       43,270.00        374.62            43,644.62
  YEAR 2003                         10,325.00         53.60            10,378.60
  YEAR 2004                          6,976.00           .00             6,976.00
01/25/05  09/30/04  396938           2,470.50           .00             2,470.50  01/25/05
03/30/05  12/31/04  408613           3,754.50          9.56             3,764.06  03/30/05
05/09/05  03/31/05  409910           6,133.50         10.27             6,143.77  05/09/05
08/25/05  06/30/05  418305          10,098.00         30.51            10,128.51  08/25/05
11/10/05  09/30/05  423577           6,214.50         71.04             6,285.54  11/10/05
01/31/06  12/31/05  429349           8,200.00         33.42             8,233.42  02/06/06
05/19/06  03/31/06  437384           8,636.00         41.52             8,677.52  06/26/06
08/16/06  06/30/06  443006           7,295.00        248.77             7,543.77  10/03/06
08/30/06  07/31/06  444084           1,354.00         71.46             1,425.46  10/17/06
09/29/06  08/31/06  446051           3,450.00        428.49             3,878.49  11/07/06
10/31/06  09/30/06  447500           1,560.00           .00             1,560.00  12/15/06
10/31/06  09/30/06  449709           2,250.50         46.76                  .00            2,297.26
12/05/06  10/31/06  453278           1,471.00         10.71                  .00            1,481.71

          Total:                   123,458.50      1,430.73           121,110.26            3,778.97
```

```
alp_132r: Matter Detail                                                                                                   PAGE   20
Run Date & Time: 12/28/2006 11:05:26

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                   Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:  2218925
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

UNBILLED    TIME   DETAIL
Employee Name              Work Date   Description                                         Hours      Amount      Index#    Batch No   Batch Date   Task Act
-------------              ---------   -----------                                         -----      ------      ------    --------   ----------   --------
GAVIGAN, JAMES C           10/30/06    confirming for accounting that fee application       0.30       66.00      6592245   11/10/2006
                                       was filed with court
GAVIGAN, JAMES C           11/02/06    confirming with accounting that Sept monthly         0.30       66.00      6597592   11/14/2006
                                       fee app was filed (.3)
BECKER, GARY M.            11/06/06    Review and revise monthly invoice                    0.30      163.50      6590974   11/09/2006
BECKER, GARY M.            11/17/06    review and execute quarterly fee app and conf        0.30      163.50      6605404   11/20/2006
                                       Gavigan re same
GAVIGAN, JAMES C           11/17/06    creating 18th quarterly fee app                      3.30      726.00      6627514   11/30/2006
GAVIGAN, JAMES C           11/30/06    working on monthly fee app                           1.30      286.00      6628920   12/01/2006

                                                              Fee Total                     5.80    1,471.00

                                                              Fee Total                     5.80    1,471.00


UNBILLED    COSTS   DETAIL
Description/Code                                          Employee                Date                Amount     Index#     Batch No   Batch Date

MESSENGER/COURIER                      0930
  FEDERAL EXPRESS CORPORAT                                GAVIGAN, J C         11/17/06               10.71      7688515    388887     12/01/06
  Klett Rooney Lieber & Shorling

                                                                  0930 MESSENGER/COURIER Total :      10.71

                                                                                      Costs Total :  10.71
```