Run Date & Time: 12/28/2006 11:05:26

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M

Status : ACTIVE

**B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D T I M E S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.60 | 327.00 | | | | |
| GAVIGAN, JAMES C | 5.20 | 1,144.00 | | | | |
| Total: | 5.80 | 1,471.00 | | | | |

**B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D C O S T S S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0930 MESSENGER/COURIER | 10.71 | | | | |
| Costs Total : | 10.71 | | | | |

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 12/28/2006 11:05:26

| | | | |
|---|---|---|---|
| Matter No: 056772-00012 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: | 2218925 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: | M |
| Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) | Supv Prtnr : MAYER THOMAS MOERS - 03976 | | |
| Matter Opened : 07/27/2001 | | Status | : ACTIVE |

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 11/01/2006 | TO: | 11/30/2006 |
| UNBILLED DISB FROM: | 10/23/2006 | TO: | 11/30/2006 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 48,032.00 | 4,575.52 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 11/30/2006 | 11/30/2006 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |
| BILLING PARTNER APPROVAL: | BENTLEY PHILIP - 02495 | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
| BILLING COMMENTS: | | |

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 108,357.80 | | |
| DISBURSEMENTS: | 6,243.17 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 114,600.97 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 12/05/06 | LAST PAYMENT DATE: | 12/15/06 |
| LAST BILL NUMBER: | 449709 | ACTUAL FEES BILLED TO DATE: | 663,335.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 663,335.50 |
| LAST BILL THRU DATE: | 10/31/06 | FEES WRITTEN OFF TO DATE: | 4,417.50 |
| | | COSTS WRITTEN OFF TO DATE: | 1,942.04 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

| | | | |
|---|---|---|---|
| (1) Exceeded Fixed Fee | (4) Excessive Legal Time | (7) Fixed Fee | |
| (2) Late Time & Costs Posted | (5) Business Development | (8) Premium | |
| (3) Pre-arranged Discount | (6) Summer Associate | (9) Rounding | (10) Client Arrangement |

BILL NUMBER:________ DATE OF BILL:________ Processed by:________ FRC:________ CRC:________

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest (Total Unbilled) | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 11/03/06 | 11/30/06 | 10.70 | 6,741.00 |
| 07850 | HOROWITZ, GREGORY A. | LITI | 11/03/06 | 11/30/06 | 21.30 | 12,673.50 |
| 05292 | BECKER, GARY M. | CRED | 11/02/06 | 11/30/06 | 18.30 | 9,973.50 |
| 06874 | GLASS, JESSICA J | LITI | 11/01/06 | 11/30/06 | 12.00 | 4,740.00 |
| 06876 | FARBER, PEGGY | LITI | 11/08/06 | 11/30/06 | 35.20 | 13,904.00 |
| | Total: | | | | 97.50 | 48,032.00 |

Sub-Total Hours : 32.00 Partners 18.30 Counsels 47.20 Associates 0.00 Legal Assts 0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry (Total Unbilled) | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0816 | VELOBINDINGS | 11/08/06 | 11/30/06 | 75.00 |
| 0817 | TABS | 11/08/06 | 11/30/06 | 58.00 |
| 0820 | PHOTOCOPYING | 11/06/06 | 11/30/06 | 867.90 |
| 0917 | WESTLAW ON-LINE RESEARCH | 11/21/06 | 11/21/06 | 4.03 |
| 0940 | CAB FARES | 10/23/06 | 11/20/06 | 266.40 |
| 0942 | MEALS/IN-HOUSE | 10/31/06 | 10/31/06 | 15.00 |
| 0950 | OUT-OF-TOWN TRAVEL | 11/30/06 | 11/30/06 | 497.70 |
| 0951 | MEALS/T & E | 10/23/06 | 10/23/06 | 34.03 |
| 0965 | COURT REPORTER/VIDEO DEPOSITIO | 11/21/06 | 11/21/06 | 1,102.30 |
| 0980 | TRANSCRIPT FEES | 11/29/06 | 11/29/06 | 1,655.16 |
| | Total | | | 4,575.52 |
| | Grand Total | | | 52,607.52 |

*B I L L I N G & P A Y M E N T   H I S T O R Y (Reflects Payments As of 12/28/06 11:05:26)*

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| PRIOR TO 2002 | | | 122,521.50 | 11,798.53 | | 134,320.03 | | |
| YEAR 2003 | | | 42,529.00 | 44.28 | | 42,573.28 | | |
| YEAR 2004 | | | 16,734.00 | 697.93 | | 17,431.93 | | |
| 01/25/05 | 09/30/04 | 396938 | 3,405.00 | 25.99 | | 3,430.99 | 01/25/05 | |
| 03/30/05 | 12/31/04 | 408613 | 131,501.50 | 1,510.65 | | 133,012.15 | 08/08/05 | |
| 05/09/05 | 03/31/05 | 409910 | 97,100.50 | 4,150.91 | | 101,251.41 | 10/25/05 | |
| 08/25/05 | 06/30/05 | 418305 | 34,423.00 | 120.35 | | 34,543.35 | 01/03/06 | |
| 11/10/05 | 09/30/05 | 423577 | 38,148.50 | 3,196.39 | | 41,344.89 | 12/06/05 | |
| 01/31/06 | 12/31/05 | 429349 | 29,220.50 | 1,542.46 | | 30,762.96 | 03/28/06 | |
| 05/19/06 | 03/31/06 | 437384 | 18,225.00 | 2,844.20 | | 21,069.20 | 10/17/06 | |
| 08/16/06 | 06/30/06 | 443006 | 11,770.00 | 1,320.10 | | 11,420.90 | 10/03/06 | 1,669.20 |

Run Date & Time: 12/28/2006 11:05:26

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

***B I L L I N G & P A Y M E N T H I S T O R Y (Reflects Payments As of 12/28/06 11:05:26)***

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 08/30/06 | 07/31/06 | 444084 | 12,990.50 | 575.50 | | 13,566.00 | 10/17/06 | |
| 09/29/06 | 08/31/06 | 446051 | 40,372.00 | 446.92 | | 35,012.32 | 11/07/06 | 5,806.60 |
| 10/31/06 | 09/30/06 | 447500 | 11,422.00 | 44.03 | | 11,466.03 | 12/15/06 | |
| 12/05/06 | 10/31/06 | 449709 | 52,850.00 | 1,667.65 | | .00 | | 54,517.65 |
| 12/28/06 | 10/31/06 | 453278 | 48,032.00 | 4,575.52 | | .00 | | 52,607.52 |
| Total: | | | 711,245.00 | 34,561.41 | | 631,205.44 | | 114,600.97 |

Run Date & Time: 12/28/2006 11:05:26

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| GLASS, JESSICA J | 11/01/06 | Began review of Designation of Experts and accompanying exhibits. | 0.80 | 316.00 | 6586045 | 11/06/2006 | | |
| GLASS, JESSICA J | 11/02/06 | Telephone call with Gary Becker regarding PD Expert Reports Designation. | 0.10 | 39.50 | 6586046 | 11/06/2006 | | |
| GLASS, JESSICA J | 11/02/06 | Attempted to obtain expert designation reports. Reviewed William Longo's 10/26/06 report. | 3.30 | 1,303.50 | 6586047 | 11/06/2006 | | |
| BECKER, GARY M. | 11/02/06 | conf J Glassr e expert reports (0.4); review docket re same (0.2); review info from Rust and forward to Newman (0.3); conf Farber re Pl (0.1); conf Pasquale re estimation (0.5) | 1.50 | 817.50 | 6586243 | 11/06/2006 | | |
| BECKER, GARY M. | 11/03/06 | emails Pasquale, Horowitz and Newman re meeting (0.3); attn to PD expert reports, including emails to local counsel (1.0) | 1.30 | 708.50 | 6586242 | 11/06/2006 | | |
| BENTLEY, PHILIP | 11/03/06 | Trade emails re asbestos. | 0.20 | 126.00 | 6598078 | 11/15/2006 | | |
| HOROWITZ, GREGORY A. | 11/03/06 | e-mails from/to Ken Pasquale re estimation expert issues (.5) | 0.50 | 297.50 | 6614028 | 11/22/2006 | | |
| GLASS, JESSICA J | 11/06/06 | Reviewed Anderson expert report. | 0.30 | 118.50 | 6587417 | 11/07/2006 | | |
| BECKER, GARY M. | 11/06/06 | Review property damge expert reports (1.8) and conf. Glass re same (0.2) | 2.00 | 1,090.00 | 6590975 | 11/09/2006 | | |
| GLASS, JESSICA J | 11/07/06 | Reviewed Longo expert report. | 0.20 | 79.00 | 6589944 | 11/08/2006 | | |
| BECKER, GARY M. | 11/07/06 | Exchange various emails with Pasquale, Harding, Bentley and Horowitz re expert issues | 0.70 | 381.50 | 6590976 | 11/09/2006 | | |
| BENTLEY, PHILIP | 11/07/06 | Trade emails | 0.10 | 63.00 | 6598079 | 11/15/2006 | | |
| BECKER, GARY M. | 11/08/06 | Attention to ACC motion to compel and direction to Glass re same | 0.60 | 327.00 | 6590977 | 11/09/2006 | | |
| GLASS, JESSICA J | 11/08/06 | Read expert reports. | 0.50 | 197.50 | 6591269 | 11/09/2006 | | |
| FARBER, PEGGY | 11/08/06 | distribution of motion to compel and exhibits | 0.50 | 197.50 | 6591274 | 11/09/2006 | | |
| GLASS, JESSICA J | 11/09/06 | Read expert reports | 0.70 | 276.50 | 6592896 | 11/10/2006 | | |
| GLASS, JESSICA J | 11/10/06 | Finished reviewing expert reports and prepared summary. | 5.20 | 2,054.00 | 6595388 | 11/13/2006 | | |
| FARBER, PEGGY | 11/10/06 | read motion to compel, summary of expert reports | 0.50 | 197.50 | 6595397 | 11/13/2006 | | |
| BECKER, GARY M. | 11/13/06 | email Harding and Pasquale re expert mtg | 0.10 | 54.50 | 6596850 | 11/14/2006 | | |
| BENTLEY, PHILIP | 11/13/06 | Trade emails re estimation issues | 0.20 | 126.00 | 6602506 | 11/17/2006 | | |
| BENTLEY, PHILIP | 11/14/06 | Discs T. Weschler, GAH, GB, and notes, re estimation issues | 1.20 | 756.00 | 6602507 | 11/17/2006 | | |
| HOROWITZ, GREGORY A. | 11/14/06 | tc PB, Ted Wechsler (.5); tc Barbara Harding, Elli L., Ken Pasquale (1.5); tc PB, Ted Wechsler (.5); e-mails re same (.5) | 3.00 | 1,785.00 | 6623976 | 11/29/2006 | | |
| BECKER, GARY M. | 11/15/06 | conf P. Farber re motions to compel | 0.30 | 163.50 | 6600783 | 11/16/2006 | | |
| FARBER, PEGGY | 11/15/06 | summarize motions to compel; arrange appearance by phone at deposition | 4.40 | 1,738.00 | 6602440 | 11/17/2006 | | |
| BECKER, GARY M. | 11/16/06 | emails re mtg on estimation schedule | 0.20 | 109.00 | 6602927 | 11/17/2006 | | |

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| FARBER, PEGGY | 11/16/06 | discussion re Dec 5 hearing | 0.10 | 39.50 | 6605122 | 11/20/2006 | | |
| BENTLEY, PHILIP | 11/16/06 | Discs GB, and trade emails, re estimation issues | 0.40 | 252.00 | 6609985 | 11/21/2006 | | |
| BECKER, GARY M. | 11/17/06 | prep for and conf call with P1, PD, Debtor and UCC re PI expert report schedule (0.5); conf Bentley re motion to compel hearing (0.3) | 0.80 | 436.00 | 6605405 | 11/20/2006 | | |
| BENTLEY, PHILIP | 11/17/06 | Discs GB, and trade emails re asbestos. | 0.10 | 63.00 | 6609986 | 11/21/2006 | | |
| HOROWITZ, GREGORY A. | 11/17/06 | tc w/tort claimants re scheduling, reports re same (2.5) | 2.50 | 1,487.50 | 6623977 | 11/29/2006 | | |
| FARBER, PEGGY | 11/18/06 | review/summarize multiple motions to compel | 0.60 | 237.00 | 6605123 | 11/20/2006 | | |
| FARBER, PEGGY | 11/19/06 | Review briefs submitted in Nov. | 1.90 | 750.50 | 6605124 | 11/20/2006 | | |
| FARBER, PEGGY | 11/20/06 | Summarizing November discovery motions; telephone appearance at deposition | 9.70 | 3,831.50 | 6612697 | 11/22/2006 | | |
| HOROWITZ, GREGORY A. | 11/20/06 | rr answers to interrogatories (1.) | 1.00 | 595.00 | 6623978 | 11/29/2006 | | |
| BENTLEY, PHILIP | 11/20/06 | Trade emails re asbestos. | 0.20 | 126.00 | 6624261 | 11/29/2006 | | |
| FARBER, PEGGY | 11/21/06 | review/summarize motions to compel | 6.00 | 2,370.00 | 6612696 | 11/22/2006 | | |
| BECKER, GARY M. | 11/21/06 | prep for and conf Bentley and Horowitz re estimation issues (1.8); direction Farber re motions to compel (0.2); email Pasquale re mtg (0.2); review rebuttal report (0.4) | 2.60 | 1,417.00 | 6616600 | 11/27/2006 | | |
| HOROWITZ, GREGORY A. | 11/21/06 | e-mails, tcs Lynette Neuman (.5); dws GB, PB (1.0); dw Peggy Farber | 1.50 | 892.50 | 6623979 | 11/29/2006 | | |
| BENTLEY, PHILIP | 11/21/06 | Conf GAH and GB | 0.80 | 504.00 | 6624262 | 11/29/2006 | | |
| FARBER, PEGGY | 11/22/06 | Review, summarize motions for litigation team | 2.90 | 1,145.50 | 6615358 | 11/25/2006 | | |
| FARBER, PEGGY | 11/24/06 | review motions to compel | 0.10 | 39.50 | 6617284 | 11/27/2006 | | |
| BECKER, GARY M. | 11/27/06 | review Farber memo re motions to compel (0.4); exchange emails re expert mtg (0.4); review Grace docs re estimation (0.5) | 1.30 | 708.50 | 6619679 | 11/28/2006 | | |
| GLASS, JESSICA J | 11/27/06 | Telephone call with Gary Becker regarding expert reports filed. | 0.10 | 39.50 | 6620117 | 11/28/2006 | | |
| BENTLEY, PHILIP | 11/27/06 | Discs PF and trade emails re tomorrow's meeting; review notes and other materials re estimation issues | 0.90 | 567.00 | 6624263 | 11/29/2006 | | |
| FARBER, PEGGY | 11/27/06 | review/summarize motions to compel and Debtor's response to PI requests for admissions; review estimation materials | 2.80 | 1,106.00 | 6626140 | 11/30/2006 | | |
| HOROWITZ, GREGORY A. | 11/27/06 | prepare for estimation meeting at K&E (1.5) | 1.50 | 892.50 | 6631762 | 12/01/2006 | | |
| BECKER, GARY M. | 11/28/06 | Prepare for and meeting at Kirkland & Ellis re estimation issues (3.8 hrs); followup meeting with Lexecon (1.0 hrs); exchange emails Basta re call on scheduling (0.2 hrs) | 5.00 | 2,725.00 | 6623709 | 11/29/2006 | | |
| FARBER, PEGGY | 11/28/06 | estimation conference with legal teams; review of opposition to Motion to Compel | 3.50 | 1,382.50 | 6626141 | 11/30/2006 | | |

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| HOROWITZ, GREGORY A. | 11/28/06 | estimation meeting at K&E (4.0); follow-up meeting with Bamberger, Neuman, PB, GB (2.0); e-mails (.5) | 6.50 | 3,867.50 | 6631763 | 12/01/2006 | | |
| BENTLEY, PHILIP | 11/28/06 | Conf at Kirkland & Ellis, and separate conf with Lexecon, re estimation, and TC TW re same | 5.70 | 3,591.00 | 6633885 | 12/01/2006 | | |
| FARBER, PEGGY | 11/29/06 | review filings re asbestos | 1.30 | 513.50 | 6626139 | 11/30/2006 | | |
| BECKER, GARY M. | 11/29/06 | prepare for and participate in conf. re PI estimation scheduling issues | 1.00 | 545.00 | 6627202 | 11/30/2006 | | |
| HOROWITZ, GREGORY A. | 11/29/06 | review December 5 motions (3.5) | 3.50 | 2,082.50 | 6631764 | 12/01/2006 | | |
| BENTLEY, PHILIP | 11/29/06 | Trade emails re asbestos | 0.10 | 63.00 | 6633884 | 12/01/2006 | | |
| GLASS, JESSICA J | 11/30/06 | Meeting with Philip Bentley, Gregory Horowitz, Gary Becker, and Peggy Farber regarding status and issues for assignment. | 0.80 | 316.00 | 6628269 | 11/30/2006 | | |
| FARBER, PEGGY | 11/30/06 | team conference; initiate discount rate research | 0.90 | 355.50 | 6629015 | 12/01/2006 | | |
| BECKER, GARY M. | 11/30/06 | internal KL team mtg re research needs and action plan (0.8); conf J Phillips re research (0.1) | 0.90 | 490.50 | 6629485 | 12/01/2006 | | |
| HOROWITZ, GREGORY A. | 11/30/06 | mw PB, GB, PF (.8); mw PB (.5) re asbestos | 1.30 | 773.50 | 6631761 | 12/01/2006 | | |
| BENTLEY, PHILIP | 11/30/06 | Conf GH/GH/PF/JG re estimation issues | 0.80 | 504.00 | 6633883 | 12/01/2006 | | |
| | | **Fee Total** | | 97.50 | 48,032.00 | | | |
| | | **Fee Total** | 97.50 | 48,032.00 | | | | |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|---|
| VELOBINDINGS | 0816 | | | | | | | |
| VELOBINDINGS | | | FARBER, P F | 11/08/06 | 30.00 | 7664750 | 387943 | 11/09/06 |
| FARBER PEGGY | 06876 | BINDING | | | | | | |
| VELOBINDINGS | | | FARBER, P F | 11/22/06 | 37.50 | 7683116 | 388633 | 11/28/06 |
| FARBER PEGGY | 06876 | BINDING | | | | | | |
| VELOBINDINGS | | | FARBER, P F | 11/30/06 | 7.50 | 7688455 | 388883 | 12/01/06 |
| FARBER PEGGY | 06876 | BINDING | | | | | | |
| | | | 0816 VELOBINDINGS Total : | | 75.00 | | | |
| TABS | 0817 | | | | | | | |
| TABS | | | FARBER, P F | 11/08/06 | 52.00 | 7664746 | 387942 | 11/09/06 |
| FARBER PEGGY | 06876 | TABS | | | | | | |
| TABS | | | FARBER, P F | 11/30/06 | 6.00 | 7688448 | 388882 | 12/01/06 |
| FARBER PEGGY | 06876 | TABS | | | | | | |
| | | | 0817 TABS Total : | | 58.00 | | | |

Run Date & Time: 12/28/2006 11:05:27

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING<br>GLASS JESSICA J | GLASS, J J | 11/06/06 | 22.35 | 7658171 | 387734 | 11/07/06 |
| PHOTOCOPYING<br>FARBER PEGGY | FARBER, P F | 11/08/06 | 95.70 | 7664145 | 387937 | 11/09/06 |
| PHOTOCOPYING<br>FARBER PEGGY | FARBER, P F | 11/22/06 | 246.15 | 7680514 | 388624 | 11/28/06 |
| PHOTOCOPYING<br>FARBER PEGGY | FARBER, P F | 11/30/06 | 161.85 | 7687807 | 388877 | 12/01/06 |
| PHOTOCOPYING<br>FARBER PEGGY | FARBER, P F | 11/30/06 | 105.45 | 7687808 | 388877 | 12/01/06 |
| PHOTOCOPYING<br>FARBER PEGGY | FARBER, P F | 11/30/06 | 236.40 | 7687809 | 388877 | 12/01/06 |
| | 0820 PHOTOCOPYING Total : | | 867.90 | | | |
| WESTLAW ON-LINE RESE 0917 | | | | | | |
| WESTLAW ON-LINE RESE | FARBER, P F | 11/21/06 | 4.03 | 7690455 | 388945 | 12/01/06 |
| | 0917 WESTLAW ON-LINE RESE Total : | | 4.03 | | | |
| CAB FARES 0940 | | | | | | |
| CAB FARES<br>CAB FARES - ODYSSEY | HOROWITZ, G A | 10/23/06 | 25.50 | 7677454 | 388470 | 11/21/06 |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 10/23/06 | 67.00 | 7670023 | 388201 | 11/15/06 |
| CAB FARES<br>CAB FARES - ODYSSEY | GLASS, J J | 10/25/06 | 38.76 | 7677455 | 388470 | 11/21/06 |
| JULIET RAMDIN, CASHIER<br>CAB FARES - VENDOR- JULIET RAMDIN, CASHIER | BENTLEY, P | 10/31/06 | 24.00 | 7670638 | 388231 | 11/16/06 |
| JULIET RAMDIN, CASHIER<br>CAB FARES - VENDOR- JULIET RAMDIN, CASHIER | GLASS, J J | 11/01/06 | 22.40 | 7670451 | 388231 | 11/16/06 |
| CAB FARES<br>CAB FARES - ODYSSEY | GLASS, J J | 11/01/06 | 38.25 | 7677922 | 388491 | 11/21/06 |
| DIAL CAR INC.<br>CAB FARES - VENDOR- DIAL CAR INC. 10/17/06 | FARBER, P F | 11/20/06 | 50.49 | 7675032 | 388399 | 11/20/06 |
| | 0940 CAB FARES Total : | | 266.40 | | | |
| MEALS/IN-HOUSE 0942 | | | | | | |
| JULIET RAMDIN, CASHIER<br>MEALS/IN-HOUSE - VENDOR- JULIET RAMDIN, CASHIER | BENTLEY, P | 10/31/06 | 15.00 | 7670639 | 388231 | 11/16/06 |
| | 0942 MEALS/IN-HOUSE Total : | | 15.00 | | | |
| OUT-OF-TOWN TRAVEL 0950 | | | | | | |
| DINERS CLUB CITICORP DIN<br>OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB<br>CITICORP DINERS CLUB FARBER/PEGGY DEPART:<br>12/04/06 LGA TO PIT | FARBER, P F | 11/30/06 | 248.85 | 7689343 | 388902 | 12/01/06 |

Run Date & Time: 12/28/2006 11:05:27

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| DINERS CLUB CITICORP DIN<br>OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB CITICORP DINERS CLUB HOROWITZ/GREG DEPART: 12/04/06 LGA TO PIT | HOROWITZ, G A | 11/30/06 | 248.85 | 7689345 | 388902 | 12/01/06 |
| | 0950 OUT-OF-TOWN TRAVEL Total : | | 497.70 | | | |
| MEALS/T & E 0951 | | | | | | |
| GREGORY A. HOROWITZ<br>Establishment: Dinner; Guests: Greg Horowitz; Affiliation: KLNF; Business Discussed: on Train | HOROWITZ, G A | 10/23/06 | 15.50 | 7670021 | 388201 | 11/15/06 |
| GREGORY A. HOROWITZ<br>Establishment: Snack; Guests: Greg Horowitz; Affiliation: KLNF; Business Discussed: On Train from Delaware | HOROWITZ, G A | 10/23/06 | 18.53 | 7670022 | 388201 | 11/15/06 |
| | 0951 MEALS/T & E Total : | | 34.03 | | | |
| COURT REPORTER/VIDEO 0965 | | | | | | |
| JOHNNY JACKSON & ASSOCIA<br>COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JOHNNY JACKSON & ASSOCIATES, INC. | FARBER, P F | 11/21/06 | 759.00 | 7677847 | 388441 | 11/21/06 |
| LAURIE B. GREEN, INC.<br>COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- LAURIE B. GREEN, INC. | FARBER, P F | 11/21/06 | 343.30 | 7678280 | 388441 | 11/21/06 |
| | 0965 COURT REPORTER/VIDEO Total : | | 1,102.30 | | | |
| TRANSCRIPT FEES 0980 | | | | | | |
| LEGALINK MANHATTAN<br>TRANSCRIPT FEES - VENDOR- LEGALINK MANHATTAN | FARBER, P F | 11/29/06 | 1,655.16 | 7685820 | 388734 | 11/29/06 |
| | 0980 TRANSCRIPT FEES Total : | | 1,655.16 | | | |
| Costs Total : | | | 4,575.52 | | | |

Run Date & Time: 12/28/2006 11:05:27

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D T I M E S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 10.70 | 6,741.00 | | | | |
| HOROWITZ, GREGORY A. | 21.30 | 12,673.50 | | | | |
| BECKER, GARY M. | 18.30 | 9,973.50 | | | | |
| GLASS, JESSICA J | 12.00 | 4,740.00 | | | | |
| FARBER, PEGGY | 35.20 | 13,904.00 | | | | |
| Total: | 97.50 | 48,032.00 | | | | |

B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D C O S T S S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0816 VELOBINDINGS | 75.00 | | | | |
| 0817 TABS | 58.00 | | | | |
| 0820 PHOTOCOPYING | 867.90 | | | | |
| 0917 WESTLAW ON-LINE RESEARCH | 4.03 | | | | |
| 0940 CAB FARES | 266.40 | | | | |
| 0942 MEALS/IN-HOUSE | 15.00 | | | | |
| 0950 OUT-OF-TOWN TRAVEL | 497.70 | | | | |
| 0951 MEALS/T & E | 34.03 | | | | |
| 0965 COURT REPORTER/VIDEO DEPO | 1,102.30 | | | | |
| 0980 TRANSCRIPT FEES | 1,655.16 | | | | |
| Costs Total : | 4,575.52 | | | | |

Run Date & Time: 12/28/2006 11:05:27

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions:

## PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 11/20/2006 TO: 11/20/2006
UNBILLED DISB FROM: 09/10/2006 TO: 11/30/2006

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 3,978.50 | 497.25 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 11/20/2006 | 11/30/2006 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

## ACCOUNTS RECEIVABLE TOTALS / UNAPPLIED CASH

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 38,461.20 | | |
| DISBURSEMENTS: | 567.25 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 39,028.45 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

## BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 12/05/06 | LAST PAYMENT DATE: | 12/15/06 |
| LAST BILL NUMBER: | 449709 | ACTUAL FEES BILLED TO DATE: | 178,339.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 178,339.00 |
| LAST BILL THRU DATE: | 10/31/06 | FEES WRITTEN OFF TO DATE: | 5,087.68 |
| | | COSTS WRITTEN OFF TO DATE: | 11.04 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:________ DATE OF BILL:________ Processed by:________ FRC:________ CRC:________

Run Date & Time: 12/28/2006 11:05:27

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 11/20/06 | 11/20/06 | 7.30 | 3,978.50 |
| | Total: | | | | 7.30 | 3,978.50 |

Sub-Total Hours : 0.00 Partners 7.30 Counsels 0.00 Associates 0.00 Legal Assts 0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0940 | CAB FARES | 09/10/06 | 11/20/06 | 200.00 |
| 0950 | OUT-OF-TOWN TRAVEL | 11/30/06 | 11/30/06 | 297.25 |
| | Total | | | 497.25 |
| | Grand Total | | | 4,475.75 |

B I L L I N G   &   P A Y M E N T   H I S T O R Y *(Reflects Payments As of 12/28/06 11:05:27)*

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| PRIOR TO 2002 | | | 45,704.82 | 58.14 | | 45,762.96 | | |
| YEAR 2003 | | | 5,544.00 | 25.00 | | 5,569.00 | | |
| YEAR 2004 | | | 8,889.50 | 127.40 | | 9,016.90 | | |
| 01/25/05 | 09/30/04 | 396938 | 3,960.00 | 14.00 | | 3,974.00 | 04/21/05 | |
| 03/30/05 | 12/31/04 | 408613 | 11,539.00 | 549.14 | | 12,088.14 | 08/08/05 | |
| 05/09/05 | 03/31/05 | 409910 | 9,126.50 | 1,361.88 | | 10,488.38 | 10/25/05 | |
| 08/25/05 | 06/30/05 | 418305 | 6,812.00 | 277.08 | | 7,089.08 | 01/03/06 | |
| 11/10/05 | 09/30/05 | 423577 | 12,688.00 | 210.00 | | 12,898.00 | 04/03/06 | |
| 01/31/06 | 12/31/05 | 429349 | 13,936.00 | 803.00 | | 14,739.00 | 07/24/06 | |
| 05/19/06 | 03/31/06 | 437384 | 6,426.00 | 1,977.40 | | 8,403.40 | 10/17/06 | |
| 08/16/06 | 06/30/06 | 443006 | 10,064.00 | 555.60 | | 555.60 | 10/03/06 | 10,064.00 |
| 08/30/06 | 07/31/06 | 444084 | 5,481.00 | .00 | | 846.10 | 10/17/06 | 4,634.90 |
| 09/29/06 | 08/31/06 | 446051 | 6,264.00 | 729.10 | | 729.10 | 11/07/06 | 6,264.00 |
| 10/31/06 | 09/30/06 | 447500 | 20,030.00 | 1,459.00 | | 17,255.70 | 12/15/06 | 4,233.30 |
| 12/05/06 | 10/31/06 | 449709 | 9,286.50 | 70.00 | | .00 | | 9,356.50 |
| 12/28/06 | 10/31/06 | 453278 | 3,978.50 | 497.25 | | .00 | | 4,475.75 |
| | Total: | | 179,729.82 | 8,713.99 | | 149,415.36 | | 39,028.45 |

Run Date & Time: 12/28/2006 11:05:27

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 11/20/06 | Prepare for and attend omnibus hearing in Wilmington | 7.30 | 3,978.50 | 6611512 | 11/22/2006 | | |
| | | Fee Total | | 7.30 | 3,978.50 | | | |
| | | Fee Total | 7.30 | 3,978.50 | | | | |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| CAB FARES | 0940 | | | | | | |
| PHILIP BENTLEY | | BENTLEY, P | 09/10/06 | 72.00 | 7662973 | 387851 | 11/08/06 |
| PHILIP BENTLEY | | BENTLEY, P | 09/10/06 | 42.00 | 7662974 | 387851 | 11/08/06 |
| PHILIP BENTLEY | | BENTLEY, P | 09/11/06 | 72.00 | 7662975 | 387851 | 11/08/06 |
| JULIET RAMDIN, CASHIER CAB FARES - VENDOR- JULIET RAMDIN, CASHIER | | BECKER, G M | 11/20/06 | 14.00 | 7678845 | 388531 | 11/22/06 |
| | | 0940 CAB FARES Total : | | 200.00 | | | |
| OUT-OF-TOWN TRAVEL | 0950 | | | | | | |
| DINERS CLUB CITICORP DIN OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB CITICORP DINERS CLUB BECKER/GARY DEPART: 11/14/06 NYP TO WIL | | BECKER, G M | 11/30/06 | 297.25 | 7689325 | 388902 | 12/01/06 |
| | | 0950 OUT-OF-TOWN TRAVEL Total : | | 297.25 | | | |
| Costs Total : | | | | 497.25 | | | |

Run Date & Time: 12/28/2006 11:05:27

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D T I M E S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 7.30 | 3,978.50 | | | | |
| Total: | 7.30 | 3,978.50 | | | | |

B I L L I N G I N S T R U C T I O N S F O R U N B I L L E D C O S T S S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0940 CAB FARES | 200.00 | | | | |
| 0950 OUT-OF-TOWN TRAVEL | 297.25 | | | | |
| Costs Total : | 497.25 | | | | |

Run Date & Time: 12/28/2006 11:05:27

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

## PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 11/20/2006 TO: 11/20/2006
UNBILLED DISB FROM: TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 864.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 11/20/2006 | |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: ____________
BENTLEY PHILIP - 02495

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 12,330.75 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 12,330.75 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 12/05/06 | LAST PAYMENT DATE: | 12/15/06 |
| LAST BILL NUMBER: | 449709 | ACTUAL FEES BILLED TO DATE: | 69,370.75 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 69,370.75 |
| LAST BILL THRU DATE: | 10/31/06 | FEES WRITTEN OFF TO DATE: | 25,258.50 |
| | | COSTS WRITTEN OFF TO DATE: | 0.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development
(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER:____________ DATE OF BILL:__________ Processed by:____________ FRC:____________ CRC:____________

Run Date & Time: 12/28/2006 11:05:27

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Total Unbilled: Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 11/20/06 | 11/20/06 | 3.20 | 864.00 |
| | Total: | | | | 3.20 | 864.00 |

Sub-Total Hours : 0.00 Partners 3.20 Counsels 0.00 Associates 0.00 Legal Assts 0.00 Others

B I L L I N G & P A Y M E N T   H I S T O R Y *(Reflects Payments As of 12/28/06 11:05:27)*

| *Bill Date* | *Thru Date* | *Bill#* | *Billed: Fee & OA* | *Billed: Disbursement* | *Applied From OA* | *Collections: Total* | *Collections: Date* | *Balance Due* |
|---|---|---|---|---|---|---|---|---|
| PRIOR TO 2002 | | | 2,275.00 | .00 | | 2,275.00 | | |
| YEAR 2003 | | | 3,700.00 | 205.00 | | 3,905.00 | | |
| YEAR 2004 | | | 4,049.00 | 1,785.70 | | 5,834.70 | | |
| 01/25/05 | 09/30/04 | 396938 | 2,970.00 | .00 | | 2,970.00 | 04/21/05 | |
| 03/30/05 | 12/31/04 | 408613 | 10,207.00 | .00 | | 10,207.00 | 08/08/05 | |
| 05/09/05 | 03/31/05 | 409910 | 4,964.50 | .00 | | 4,964.50 | 10/25/05 | |
| 08/25/05 | 06/30/05 | 418305 | 2,340.00 | 1,308.40 | | 3,648.40 | 01/03/06 | |
| 11/10/05 | 09/30/05 | 423577 | 6,058.00 | 363.80 | | 6,421.80 | 04/03/06 | |
| 01/31/06 | 12/31/05 | 429349 | 7,771.00 | .00 | | 7,771.00 | 07/24/06 | |
| 05/19/06 | 03/31/06 | 437384 | 4,068.00 | .00 | | 4,068.00 | 10/17/06 | |
| 08/16/06 | 06/30/06 | 443006 | 3,186.00 | 192.20 | | 192.20 | 10/03/06 | 3,186.00 |
| 08/30/06 | 07/31/06 | 444084 | 1,260.00 | .00 | | .00 | | 1,260.00 |
| 09/29/06 | 08/31/06 | 446051 | 1,350.00 | .00 | | .00 | | 1,350.00 |
| 10/31/06 | 09/30/06 | 447500 | 3,834.00 | 199.30 | | 199.30 | 12/15/06 | 3,834.00 |
| 12/05/06 | 10/31/06 | 449709 | 1,836.75 | .00 | | .00 | | 1,836.75 |
| 12/28/06 | 10/31/06 | 453278 | 864.00 | .00 | | .00 | | 864.00 |
| | Total: | | 60,733.25 | 4,054.40 | | 52,456.90 | | 12,330.75 |

Run Date & Time: 12/28/2006 11:05:27

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 11/20/06 | Non-working travel time for omnibus hearing | 3.20 | 864.00 | 6611513 | 11/22/2006 | | |
| | | Fee Total | | 3.20 | 864.00 | | | |
| | | Fee Total | 3.20 | 864.00 | | | | |

Run Date & Time: 12/28/2006 11:05:27

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2218925
Bill Frequency: M
Status : ACTIVE

*B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y*

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 3.20 | 864.00 | | | | |
| Total: | 3.20 | 864.00 | | | | |