# EXHIBIT A

SUMMARY OF REPORT AND BACKUP DATA FOR
EXPERT REPORT OF WILLIAM E. LONGO, PH.D.,
PREPARED ON BEHALF OF THE PROPERTY DAMAGE
ASBESTOS PROPERTY CLAIMANTS REPRESENTED BY THE
LAW FIRM OF DIES & HILE, L.L.P.
DATED OCTOBER 25, 2006

(Report and Entire Backup Filed In
City Of Tucson, Civic Center Complex / Music Hall
Claim No. 5648, Which is Fully Incorporated Herein by Reference)

I. Report dated October 25, 2006 consisting of approximately 17 pages.

II. Appendix A: State of Arizona – Dust Reentrainment Study, October 25, 2006, consisting of approximately 343 pages which include the "Arizona Study" denoted M48016 and which contains Study Notes, Sample Chain of Custodies, Sample Results, Laboratory Data, and Photographic Log.

III. Appendix B: Dust Sampling Results for Tucson Music Hall Attic, MVA Scientific Consultants, September 2006, consisting of approximately 10 pages which include the results of 5 surface dust samples collected from metal air ducts in the Tucson Music Hall attic on August 17, 2005.

IV. Appendix C: Lancaster Keist Branch Library, Dallas, Texas Study, Mr. William M. Ewing, CIH, December 31, 1991, consisting of approximately 130 pages which include the "Replacement of Ceiling Tile and Associated Cleaning Activities in the Vicinity of Asbestos-Containing Fireproofing", DEI Project No. PA1010A03, prepared by William M. Ewing, CIH, Diagnostic Engineering, Inc., December 31, 1991.

V. Appendix D: Lancaster Keist Branch Library – PCM & Direct TEM Analysis of Air Sample 10/10/91-29; Re-analysis of MAS Dust Sample M-7322-7, October 25, 2006, consisting of approximately 44 pages which include Archived Samples of Lancaster Keist Library, Dallas, Texas, Ceiling Tile Replacement Study.

VI. Appendix E: State of Texas – Building Inspections, October 25, 2006, consisting of approximately 623 pages which include the "State of Texas" denoted M40633 and M40632 and which contains Inspection Notes, Sample Chain of Custodies, Summary of Results, Laboratory Data, Photographic Log, Building Floor Plans, and Direct Dust Sample Photomicrographs M40632.

VII. Appendix F: State of Arkansas – Building Inspections, October 25, 2006, consisting of approximately 742 pages which include the "State of Arkansas" denoted M40543 and which contains Inspection Notes, Sample Chain of Custodies, Summary of Results, Laboratory Data, Photographic Log, and Building Floor Plans.

VIII.   Appendix G:   Photomicrographs for Projects - TCC Music Hall Attic, Texas Buildings Dust Project, Arkansas Buildings Dust Project, and Lancaster Keist, Library Air Sample, October 25, 2006, consisting of approximately 22 pages which include photomicrographs.