## **EXHIBIT B**

070104171837.doc

SUMMARY OF REPORT AND BACKUP DATA FOR
ARIZONA BUILDINGS INSPECTION REPORT
PREPARED BY WLLIAM M. EWING, CIH
DATED NOVEMBER 30, 2006

(Report and Entire Backup Filed In
City Of Tucson, Civic Center Complex / Music Hall
Claim No. 5648, Which is Fully Incorporated Herein by Reference)

I.   Report dated November 30, 2006 consisting of approximately 13 pages.

II.  Appendix A: Photographs and Photograph Log for Building Inspections dated August 2005 consisting of approximately 57 pages.

III. Appendix B: MVA, Inc. Laboratory Report for Surface Dust Samples dated September 26, 2005 consisting of approximately 52 pages.

IV.  Appendix C: MVA, Inc. Laboratory Report for Debris Samples dated October 21, 2005 consisting of approximately 8 pages.

V.   Appendix D: MVA, Inc. Laboratory Report Tucson Music Attic Dust Characterization dated November 29, 2006 consisting of approximately 4 pages.

070104171837.doc