## **EXHIBIT C**

070104171837.doc

SUMMARY OF REPORT AND BACKUP DATA FOR
REPORT OF RESULTS:
ASBESTOS FIBERS RELEASED FROM MONOKOTE
PREPARED BY JAMES R. MILLETTE, PH.D.
DATED OCTOBER 25, 2006

(Report and Entire Backup Filed In
City Of Tucson, Civic Center Complex / Music Hall
Claim No. 5648, Which is Fully Incorporated Herein by Reference)

I.   Report dated October 25, 2006 consisting of approximately 9 pages.

II.  Appendix A: Articles written by James R. Millette, William Ewing and Richard Brown entitled "A Close Examination of Asbestos-Containing Debris" and "Stepping on Asbestos Debris" consisting of approximately 9 pages.

III. Appendix B: List of Testimony in Deposition and Trial by James R. Millette, Ph.D. consisting of approximately 8 pages.

IV.  Appendix C: Fee Statement consisting of approximately 2 pages.

070104171837.doc