# Exhibit A

EXHIBIT A

ORDINARY COURSE PROFESSIONALS

| Name | Address | Description of Services Rendered | Total Compensation Through December 31, 2006 |
|---|---|---|---|
| Adams & Adams | P.O. Box 1014 Pretoria, South Africa | Patent Law | $ 1,407.50 |
| American Appraisal Associates, Inc. | Bin 391, Milwaukee, WI 53288 | Valuation Services | $ 136,598.99 |
| Anthony J. DeLaurentis, P.A. | 2001 Jefferson Davis Highway, Suite 211, Arlington, VA 22202 | Intellectual Property Law | $ 101,586.75 |
| Arent, Fox, Kinter, Plotkin, Kahn | 1050 Connecticut Ave. NW, Washington, DC 20036 | Employment Litigation | $ 289,123.90 |
| Artale, Beverly J. | 3826 Sunflower Circle, Suite 001, Mitchellville, MD 20721 | Patent Law | $ 86,080.00 |
| Arthur Andersen LLP | 1345 Avenue of the Americas, New York, NY 10105 | Human Resource Consulting | $ 166,291.00 |
| Baker & McKenzie | One Prudential Plaza, 130 East Randolph Drive, Chicago, IL 60601 | Tax Law | $ 425,672.14 |
| Baker Botts LLP | P.O. Box 201626, Houston, TX 77216-1626 | General Litigation | $ 2,196.75 |
| Baker, Donelson, Bearman & Caldwell | 801 Pennsylvania Ave., NW, Suite 800, Washington, DC 20004 | Lobbyist/Government Relations | $ 581,629.92 |
| Bell Royes & Sanders, LPA | 33 South Grant Avenue, Columbus, OH 43215-3900 | Employment Litigation | $ 165.00 |
| Berger, Davis & Singerman | 350 East Las Olas Blvd, Suite 1000, Fort Lauderdale, FL 33301 | Intellectual Property Law | $ 814.03 |
| Beveridge & Diamond, P.C. | 1350 I Street, NW, Washington, DC 20005-3311 | Environmental Law | $ 587,451.82 |
| Bowe & Fernicola LLC | 2 Bridge Ave, Bldg 6, 3rd Floor, Red Bank, NJ 07701 | Real Estate Litigation | $ 596,676.77 |
| Bradley & Riley | PO Box 2804, Cedar Rapids, IA 52406-2804 | Environmental/Commercial Law | $ 1,966.56 |
| Brunini, Grantham, Grower & Hewes | 248 East Capital St, Jackson, MS 39201 | Environmental Law | $ 976.00 |
| Bryan Cave | One Metropolitan Square, 211 N Broadway, Suite 3600, Saint Louis, MO 63150-3089 | Bodily Injury Litigation/Corporate Real Estate | $ 9,981.28 |
| Cabinet Weinstein | 56 A, Rue du Faubourg Saint-Honore, Paris 75008, France | Intellectual Property Law | $ 84,686.58 |
| Cahill Gordon & Reindel | Eighty Pine St., New York, NY 10005 | Asbestos Litigation | $ 51,039.78 |
| Cambridge Environmental | 58 Charles Street, 3d Floor, Cambridge, MA 02141 | Environmental | $ 178,983.46 |
| Cardwell Conner PC | 219 A East Washington St, Greenville, SC 29601 | Environmental | $ 24,943.49 |
| Carella, Byrne, Bain, Gilfillian, Cecchi, Stewart & Olstein | 6 Becker Farm Road, Roseland, NJ 07068 | Real Estate Law | $ 245,825.97 |
| Carr, Allison, Pugh, Howard, Oliver | 100 Vestavia Parkway, Birmingham, AL 35216 | Asbestos Litigation | $ 33,300.74 |
| Carvin & Delaney LLP | 44 Adams Street, Braintree, MA 02184 | Real Estate Law | $ 5,477.50 |
| Casner & Edwards, LLP | One Federal Street, 27th Floor, Boston, MA 02110 | Bodily Injury Litigation/ Employment Law | $ 161,860.34 |
| Connell Foley & Geiser | 85 Livingston Ave., Roseland, NJ 07068 | Bodily Injury Litigation | $ 44,773.04 |
| Copeland, Cook, Taylor & Bush | 200 Concource Suite 200, Ridgeland, MS 39157 | General Litigation | $ 480.50 |
| Covington & Burling | 1201 Pennsylvania Avenue, NW, Washington, DC 20004-2401 | International Trade Law | $ 49,970.00 |
| Cowles & Thompson | 901 Main Street, Suite 4000, Dallas, TX 75202-3793 | Bodily Injury Litigation | $ 2,032.98 |
| Crady, Jewett & McCulley, LLP | 1400 Two Houston Center, 909 Fannin, Houston, TX 77010-1006 | General Litigation | $ 3,852.62 |
| Craig Jameson | 305 Middle Road, Brentwood, NH 03833 | General Litigation | $ 530.68 |
| Cummings & Lockwood | 3001 Tamiami Trail North, Naples, FL 33941-3032 | Bodily Injury Litigation | $ 473,213.57 |
| D'Agostine, Levine, Parra & Netburn, P.C. | 268 Main Street, P.O. Box 2223, Acton, MA 01720-6223 | Real Estate Law | $ 241,897.85 |
| Davis, Graham & Stubbs | 370 Seventeenth Street, Suite 4700, Denver, CO 80201-0185 | Corporate Law | $ 10,497.79 |
| Debandt, Van Hecke, Lacke & Loesch | Rue Bredorode 13b-1000, Brussels, 1000, Belgium | General Litigation | $ 15,388.42 |

| Name | Address | Description of Services Rendered | Total Compensation Through December 31, 2006 |
|---|---|---|---|
| Deloitte & Touche LLP, Nick Bubnovich | 4205 Collections Center Drive Chicago, IL | Accounting Services | $ 408,237.04 |
| Deutsch Levy & Engel Chartered | 225 West Washington Street Chicago, IL 60606 | Corporate Law | $ 90,155.35 |
| Dickstein, Shapiro, & Morin | 1177 Avenue of the Americas New York, NY 10036 | Insurance Law | $ 4,609.86 |
| Dorsey & Whitney LLP | P.O. Box 1680 Minneapolis, MN 55480-1680 | Asbestos Law | $ 39,639.68 |
| Finnegan, Henderson, Farabow, Garrett & Dunner | 1300 I Street, N. W. Washington, D.C. 2005-3315 | Intellectual Property Law | $ 60,129.21 |
| Flemming Zulack & Williamson | One Liberty Plaza New York, NY 10006-1404 | Bodily Injury Litigation | $ 414,023.72 |
| Foley Hoag & Eliot | One Post Office Square Boston, MA 02109 | Intellectual Property Law | $ 593,507.66 |
| Foss, Bowe & San Filippo | 225 Broad St. Red Bank, NJ 07701 | Real Estate Litigation | $ 67,942.59 |
| Foster Swift Collins & Smith | 313 S. Washington Square Lansing, MI 48933-2193 | Environmental Law | $ 4,748.83 |
| Fragomen, Del Rey & Bernsen PC | 515 Madison Avenue New York, NY 10022 | Immigration Law/H-R Consultant | $ 718,501.66 |
| Frilot, Partridge, Kohnke & Clements, P.C. | 1100 Poydras Street New Orleans, LA 70163-3600 | Employment Litigation | $ 327.50 |
| Frost Brown Todd LLC | PO Box 70087 Louisville, KY 40270-0087 | Employment Law | $ 18,179.25 |
| Gannon, James P., Attorney at Law | 326 West State Street Media, PA 19063-0902 | General Litigation | $ 2,764.50 |
| Garlington Lohn & Robinson | 199 West Pine Missoula, MT 59807-7909 | Bodily Injury Litigation | $ 149,462.19 |
| Gaucher & Associates | P. O. Box 30995 Walnut Creek, CA 94598 | Employment Law | $ 95,675.43 |
| Goins, Underkofler, Crawford & Langdon | 3300 Thanksgiving Tower 1601 Elm Street Dallas, TX 75201 | Real Estate Law | $ 248.92 |
| Gonzalez Calvillo, S.C | Montes Urales No 632 Piso 3 Lomas De Chapultepec, Mexico 11000 | Intellectual Property Law | $ 5,353.83 |
| Goodwin, Procter & Hoar | Exchange Place Boston, MA 02109-2881 | Real Estate Law/Environmental Litigation | $ 20,000.00 |
| Gordan, Arata, McCollam, Duplantis & Eagan, L.L.P. | 201 St. Charles Avenue 40th Floor New Orleans, LA 70170-0001 | Commercial Litigation | $ 60,833.21 |
| Gordon & Rees | Embarcadero Center West 275 Battery St, 20th Fl San Francisco, CA 94111 | Bodily Injury Litigation | $ 6,391.91 |
| Goulston and Storrs | 400 Atlantic Avenue Boston, MA 02110-3333 | Real Estate Law | $ 73,931.63 |
| Grant Thornton | 2700 South Commerce Parkway Suite 300 Weston, FL 33331 | Tax Accounting | $ 54,070.75 |
| Greenbaum Doll & McDonald PLLC | Section 469 Louisville, KY 40289 | Environmental Law | $ 98,121.98 |
| Greenberg, Glusker, Fields, Claman | 1900 Ave of Stars, #2000 Los Angeles, CA 90067 | Corporate Reorganization/Bankruptcy Law | $ 56,560.92 |
| Gunster, Yoakley, Valdes-Favli & Stewart P.A. | 777 South Flager Dr, Suite 500 West Palm Beach, FL 33401 | Corporate Law | $ 24,169.63 |
| Hamilton, Brook, Smith & Reynolds, P.C. | Two Militia Drive Lexington, MA 02173 | Patent/Trademark Law | $ 53,890.89 |
| Hancock & Estabrook, LLP | 1500 Mony Tower I Syracuse, NY 132221-4976 | Arbitration | $ 2,219.62 |
| Heinrich Gordon Batchelder | 500 East Broward Blvd., Suite 1000 Fort Lauderdale, FL 33394-3092 | General Tax Law | $ 32,830.15 |
| Hinckley, Allen & Snyder LLP | 1500 Fleet Center Providence, RI 02903 | Employment Law | $ 4,318.33 |
| Hodge & Dwyer & Zeman | P.O. Box 5778 Springfield, IL 62705-5776 | Environmental Law | $ 41,192.94 |
| Holland & Knight | P.O. Box 32092 Lakeland, FL 33802-2092 | Florida Tax Matters | $ 19,026.81 |
| Horwood Marcus & Berk | 180 North LaSalle Street Chicago, IL 60651 | Tax Law | $ 5,128.75 |
| Howard J. Coffee RE Inc. | 100 Conshohogken Road, Suite 206 Conshohogken, PA 19428 | Real Estate Law | $ 50,497.55 |
| Howard & Howard | 1400 North Woodward Avenue Bloomfield Hills, MI 48304-2856 | Environmental Law | $ 1,738.50 |
| Howrey Simon Arnold & White | 1299 Pennsylvania Avenue, NW Washington DC 20004-2402 | Environmental Law | $ 200,945.81 |
| Jacobberger, Micallef & Assoc., P.A. | 2720 Maplewood Drive Maplewood, MN 55109 | Bodily Injury Litigation | $ 2,520.00 |
| JM Posner | 2333 North State Road 7, Suite B Margate, FL 33063 | Insurance Consultant | $ 566,615.12 |
| Jones, Tete, Nolen, Hanchey, Swift, Spears & Fonti, LLP | 1135 Lakeshore Drive Lake Charles, LA 70601 | Employment Law | $ 10,887.40 |

| Name | Address | Description of Services Rendered | Total Compensation Through December 31, 2006 |
|---|---|---|---|
| Kalin, Diane | 167 Pope Road<br>Acton, MA 01720 | General Litigation | $ 63,712.50 |
| Kaye, Scholer, Fierman, Hays & Handler | 901 Fifteenth Street, NW, Suite 1100<br>Washington, DC 20005-2327 | Intellectual Property Law | $ 443,710.41 |
| Keefer Wood Allen & Rahal | 210 Walnut Street<br>Harrisburg, PA 17108-1963 | Tax Law | $ 30,438.84 |
| Keller & Heckman | 1001 G Street, NW Suite 500 West<br>Washington, DC 20001 | Environmental Law | $ 90,671.72 |
| Kingston & Hodnet | One McKinley Square<br>Boston, MA 02109 | Employment Law | $ 10,008.08 |
| Lahive & Cockfield | 28 State Street<br>Boston, MA 02109 | Intellectual Property Law | $ 110,412.28 |
| Latham & Watkins | 53rd at Third, Suite 1000<br>New York, NY 10022-4802 | Lobbyist/Environmental Law | $ 562,009.05 |
| Lavery, de Billy & Associates | 925 Chemin St-Louis<br>Bureau 500<br>Quebec PQ G1S1C1<br>Canada | Commercial Litigation | $ 3,637.70 |
| Lawson Lundell | 1600 Cathedral Place<br>925 West Georgia Street<br>Vancouver, BC V6C 3L2, Canada | Environmental Law | $ 219,470.42 |
| Lerner, David, Littenberg, Krumholz & Mentik, LLP | 600 South Avenue West<br>Westfield, NJ 07090 | Legal Services | $ 110,915.43 |
| Liedekerke-Wolters-Waelbroeck & Kirkpatrick | Boulevard De L'Empereur 3<br>Bruxelles | Tax law/divested businesses | $ 93,833.07 |
| Lockridge Grindal Naulen, PLLP | 100 Washington Ave South, Suite 2200<br>Minneapolis, MN 55401-2179 | Asbestos Litigation | $ 66,576.64 |
| MacPherson, Leslie & Tyerman | 1500-1874 Scarth Street<br>Regina, Saskatchewan 24P 4E9<br>Canada | Employment Litigation | $ 189.80 |
| Mathews, Dinsdale & Clark Barristers & Solicitors | One Queen Street East, Suite 2500<br>Toronto, Ontario M5C 2Z1 | Employment Litigation | $ 17,508.70 |
| McConnell Valdes | 270 Munoz Rivera Avenue<br>San Juan, PR 00918 | Employment Litigation | $ 21,445.73 |
| McDermott, Will & Emery | 1850 K Street, N.W.<br>Washington, DC 20006-2296 | Environmental Law | $ 111,285.83 |
| McGuire Woods Battle & Battle | Army and Navy Club Building<br>1627 Eye Street, N.W.<br>Washington, DC 20006 | General Litigation | $ 1,175.90 |
| McKinney Stringer & Webster, P.C. | 101 North Robinson, Suite 1300<br>Oklahoma City, OK 73102 | General Litigation | $ 2,370.75 |
| McNair Law Firm, P.A. | 7 North Laurens Street, Suite 600<br>Greenville, SC 29601 | Environmental Law | $ 45,267.96 |
| Melville & Sowerby | 2940 South 25th Street<br>Fort Pierce, FL 34981-5605 | Environmental Law | $ 1,115.63 |
| Minter Ellison | GPO BOX 769G<br>Melbourne, Victoria AC3001<br>Australia | Corporate Law/Foreign Acquisitions | $ 5,565.74 |
| Morrison & Foerster | 1290 Avenue of the Americas<br>New York, NY 10104-8000 | Tax Law | $ 517,438.08 |
| Nelson Mullins Riley & Scarborough | 1330 Lady Street<br>Columbia, SC 29211 | Legal Services | $ 193,609.44 |
| Nields Lemack & Dingman | 176 East Main Street, Suite 8<br>Westborough, MA 01581 | Intellectual Property Law | $ 155,532.03 |
| Oertel Hoffman Fernandez & Cole, P.A. | P O Box 1110<br>Tallahassee, FL 32302-1110 | Environmental Law | $ 89,521.60 |
| Ogletree Deakins Nash Smoak & Stewart | PO Box 2757<br>Greenville, SC 29602 | Bodily Injury Litigation/Employee Benefit Law | $ 8,396.52 |
| O'Hagan, Smith & Amundsen, LLC | 150 N. Michigan Avenue, Suite 3300<br>Chicago, IL 60601 | Bodily Injury Litigation | $ 15,440.15 |
| Patton Boggs LLP | 2550 M Street, NW<br>Washington, DC 20037-1350 | Lobbyist | $ 126,313.72 |
| Pepper Hamilton LLP | 1235 Westlakes Drive<br>Berwyn, PA 19312 | General Litigation | $ 68,442.90 |
| Perkins Coie | 1620 26th Street<br>Santa Monica, CA 90404 | Property Damage Litigation | $ 339,211.65 |
| Phillips Lytle Hitchcock Blaine & Huber LLP | 3400 HSBC Center<br>Buffalo, NY 14203 | Environmental Law | $ 463,632.24 |
| Piper Marbury Rudnick & Wolfe LLP | 6225 Smith Ave<br>Baltimore, MD 21209-3600 | Environmental Law | $ 4,500.00 |
| Pitney Hardin Kipp & Szuch | 200 Campus Drive<br>Florham Park, NJ 07932-0950 | Asbestos Litigation/Bankruptcy Law/Environmental/Real Estate | $ 104,084.23 |

| Name | Address | Description of Services Rendered | Total Compensation Through December 31, 2006 |
|---|---|---|---|
| Plauche Smith and Nieset | 1123 Pithon Street, Lake Charles, LA 70602 | Bodily Injury Litigation | $ 14,968.23 |
| Potter Anderson & Corroon, LLP | East Bridge At Riverplace | Corporate Law | $ 15,696.32 |
| Proskauer Rose LLP | 1585 Broadway, New York, NY 10036 | General Labor Law | $ 3,556.63 |
| Quigley, O'Connor and Carnathan | 20 Custom House Street, Suite 1040, Boston, MA 02110 | Employment Litigation | $ 6,649.57 |
| Remmes, Richard G., Attorney | 115 Woolford Road, Wrentham, MA 02093 | Employment Law | $ 24,538.40 |
| Riddlesperger, Anthony G. | 15 Grovenor Court, Dallas, TX 75225 | Environmental Law | $ 466,179.87 |
| Rosenberg, Martin, Funk, Greenberg | 25 South Charles Street, Suite 2115, Baltimore, Maryland 21201 | Environmental Law | $ 8,721.08 |
| Rubin and Rudman LLP | 50 Rowes Wharf, Boston, MA 02110 | General Litigation | $ 63,758.96 |
| Sandler, Travis & Rosenberg, P.A. | P.O. Box 523304, Miami, FL 33102 | General Litigation | $ 4,538.44 |
| Saul Ewing Remick & Saul | 1500 Market St, 38th Floor, Philadelphia, PA 19102-2186 | Environmental Law | $ 1,696.20 |
| Seeler, Marcia D., Esquire | PO Box 3154, Wellfleet, MA 02667 | General Litigation | $ 289,176.55 |
| Seyfarth Shaw Fairweather & Geraldson | 55 East Monroe St, Suite 4200, Chicago, IL 60603-5803 | Employment Litigation | $ 296,752.14 |
| Shapiro Forman Allen & Miller, LLC | 380 Madison Avenue, New York, NY 10017 | Legal Services | $ 7,196.61 |
| Sherin & Lodgen LLP | 100 Summer Street, Boston, MA 02110 | Environmental Law | $ 267,300.44 |
| Sidley & Austin | 1722 Eye Street, NW, Washington, DC 20006 | Environmental Law | $ 6,705.46 |
| Spencer Fane Britt & Browne | Suite 1400, Kansas City, MO 64106 | Environmental Law | $ 61,097.55 |
| Steptoe & Johnson LLP | 1330 Connecticut Ave N.W., Washington, DC 20036-1795 | General Tax Law | $ 175,939.44 |
| Sterns & Weinroth | P.O. Box 1298, Trenton, NJ 08607-1298 | Environmental Law | $ 158,447.09 |
| Stone Pigman Walther Wittman & Hutchinson LLC | 546 Carondelet Street, New Orleans, LA 70130-3588 | Asbestos Litigation | $ 38,154.07 |
| Storslee Law Firm, P.C. | 1802 Allison Drive, Bismarck, ND 58501 | Bodily Injury Litigation | $ 3,392.26 |
| Strasburger & Price | 901 Main Street, Suite 4300, Dallas, TX 75250 | Bodily Injury Litigation | $ 3,525.46 |
| Taft, Stettinius & Hollister, LLP | 425 Walnut Street, Cincinnati, OH 45202-3957 | Employment Litigation | $ 448.74 |
| Thomas A. Baker P.A. | Baltimore, MD 21201 | Legal Services | $ 1,125.00 |
| Thomson & Thomson | PO Box 71892, Chicago, IL 60694-1892 | Intellectual Property Law | $ 33.50 |
| Timothy Cremin | 3140 St. James Drive, Boca Raton, FL 33434 | Tax Consultant | $ 12,339.00 |
| Troffkin, Howard J., Esquire | 7808 Ivymont Terrace, Potomac, MD 20854 | Intellectual Property Law | $ 158,400.00 |
| Venable Baetjer & Howard | 1800 Mercantile Bank & Trust, 2 Hopkins Plaza, Towson, MD 21285-5517 | Bodily Injury Litigation/Benefits/Employment Law | $ 273,100.20 |
| Vertlieb, Anderson | 835 Granvilles Street # 200, Vancouver, BC, Canada V6Z 1K7 | Employment Law | $ 606.55 |
| Verusio E. Cosmelli Studio Legal | Foro Traiano 1-A, 00187 Roma, Italy 00187 | Legal Services | $ 27,203.73 |
| Vinson & Elkins | 3500 First City Tower, 1001 Fannin Suite 2300, Houston, TX 77002-6760 | Environmental Law | $ 8,989.16 |
| Wallace King Marraro & Branson, PLLC | 1050 Thomas Jefferson St N.W., Washington, DC 20007 | Legal Services | $ 200,000.00 |
| Waller Lansden Dortch & Davis | P. O. Box 198966, Nashville, TN 37219-8966 | Corporate Law | $ 69,169.60 |
| Weil, Gotshal & Manges | 767 Fifth Avenue, New York, NY 10153-0119 | Environmental Law/Tax Law | $ 189,698.57 |
| White & Case | 1155 Avenue of the Americas, New York, NY 10036-2787 | Environmental Law | $ 67,989.96 |
| Woodcock Washburn Kurtz | One Liberty Place, 46th Floor, Philadelphia, PA 19103 | Intellectual Property/Litigation/Patent Law | $ 304,249.11 |
| Woolf, McClane, Bright & Allen | 900 Riverview Tower, 900 South Gay Street, Knoxville, TN 37902 | Bodily Injury Litigation | $ 13,515.24 |
| Wyatt, Tarrant & Combs | Citizens Plaza, Louisville, KY 40202 | Employment Law | $ 7,255.46 |