IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 14203** |

## ORDER DENYING CERTAIN ASBESTOS CLAIMANTS' FIRMS' FIRMS MOTION TO ALTER OR AMEND SUPPLEMENTAL ORDER REGARDING MOTIONS TO COMPEL CLAIMANTS TO RESPOND TO THE W. R. GRACE & CO. ASBESTOS PERSONAL INJURY QUESTIONNAIRE

Upon consideration of the motion (the "Motion") of the Certain Claimants' Firms to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire Pursuant to Fed. R. Bankr. P. 9023, Alternative Request for Entry of a Protective Order and Memorandum in Support Thereof (Jan. 2, 2007),  and Debtors' Request for Expedited Consideration and Summary Denial of Certain Asbestos Claimants' Firms' Motion to Alter or Amend Supplemental Order Regarding Motion to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire (Jan. 5, 2007) (Docket No. ____);

IT IS HEREBY ORDERED on this _____ day of _____, 2007 that that the Motion is DENIED in its entirety.

Dated: January ____, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge