# EXHIBIT E

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

David E. Mendelson
To Call Writer Directly:
202 879-5167
dmendelson@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200

November 16, 2006

**By Federal Express**

Nathan D. Finch, Esquire
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, D.C. 20005

Re:   W.R. Grace

Dear Nate:

I am forwarding an initial batch of documents and a privilege log responsive to your requests for documents relating to W.R. Grace's internal estimates of its aggregate asbestos liability. These documents were gathered by W.R. Grace's in-house counsel through a search of the relevant persons' paper files. As discussed at our various meetings, this search was limited to responsive documents that post-date the *Sealed Air* litigation, because responsive documents predating that litigation were already produced to you. We intend to supplement this production and the initial privilege logs in two ways. First, Grace is re-reviewing the relevant persons' paper files to re-confirm that nothing was overlooked in the initial search. Second, Grace is reviewing certain electronic records to retrieve any additional responsive documents to the extent they were not printed and filed in paper form.

Please let us know if you have questions.

Sincerely,

David E. Mendelson

Enclosure
cc:   Barbara M. Harding, Esq.
      Andrew Running, Esq.

Chicago      London      Los Angeles      Munich      New York      San Francisco