**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Related Docket No. |

**ORDER PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE, RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL RULE 9018-1(b) AUTHORIZING THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, AND DIRECTING THE CLERK OF THE COURT, TO FILE UNDER SEAL THREE EXHIBITS OF THE OPPOSITION AND JOINDER OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO W.R. GRACE & CO.'S MOTION TO QUASH 30(b)(6) DEPOSITION NOTICE AND FOR A <u>PROTECTIVE ORDER</u>**

Upon the motion dated January 5, 2007 (the "Motion"), of the Official Committee of Asbestos Personal Injury Claimants (the "Committee") for the entry of an order pursuant to Section 107(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the Committee, and directing the Clerk of the Court, to file under seal exhibits two, three, and four (the "Exhibits") of the Opposition and Joinder of the Official Committee of Asbestos Personal Injury Claimants to W.R. Grace & Co.'s Motion to Quash 30(b)(6) Deposition Notice and for a Protective Order (the "Opposition"); and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted.

{D0078184.1 }

2.        Pursuant to Section 107(b) of the Bankruptcy Code and Local Rule 9018-1(b), the Clerk of the Court is directed to file the Exhibits to the Opposition under seal in an envelope, clearly indicating that the Exhibits have been filed under seal by Order of the United States Bankruptcy Court for the District of Delaware and may not be unsealed until and unless permitted by further order of the Court.

3.        The Court shall retain jurisdiction to enforce this Order and the confidentiality of the Exhibits to the Opposition and the information contained therein, including authority to impose sanctions on any person or entity that violates this Order.

Dated: _____, 2007

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge