# EXHIBIT 2

# FILED UNDER SEAL

{D0078190.1 }