# EXHIBIT 3

# FILED UNDER SEAL

{D0078191.1}