# EXHIBIT 4

# FILED UNDER SEAL

{D0078192.1}