IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) (Jointly Administered) |
| Debtors. | |

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 5th day of January, 2007, a true and correct copy of the documents listed below was served on the individuals on the attached service list via facsimile and overnight mail.

**1. Debtors' Responses and Objections to Claimant State of California, Department of General Services' First Request for Admissions**

**2. Debtors' Responses and Objections to Claimant State of California, Department of General Services' First Request for Production of Documents**

**3. Debtors' Responses and Objections to Claimant State of California, Department of General Services' Notice of Deposition**

Dated: January 5, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone:   (312) 861-2000
Facsimile:   (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

*James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

*Service List, January 5, 2007*

*By Overnight Mail and Facsimile*
Steven J. Mandelsberg, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Telefax:: (212) 478-7400

*By Overnight Mail and Facsimile*
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Telefax:: (212) 478-7400

91100-001\DOCS_DE:124058.1