IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------)
                                                           )
In re:                                                     )     Chapter 11
                                                           )
W. R. GRACE & CO., et al.,                                 )     Case No. 01-01139 (JKF)
                                                           )     (Jointly Administered)
                                                           )
                                                           )     Re: Docket Nos. 13406, 14051, 14212
                    Debtors.                               )
                                                           )
-----------------------------------------------------------)
```

## PRELIMINARY DESIGNATION BY THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF AN EXPERT REGARDING CONSTRUCTIVE NOTICE FOR PROPERTY DAMAGE CLAIMS

Pursuant to the Court's (a) *Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims* [Docket No. 13406] and (b) *Order* [Docket No. 14212] granting the *Motion of the Official Committee of Asbestos Property Damage Claimants For Leave to Designate an Expert Regarding Constructive Notice for Property Damage Claims* [Docket No. 14051], the Official Committee of Asbestos Property Damage Claimants of the above-captioned debtors and debtors in possession (the "Debtors"), by and through undersigned counsel, hereby preliminarily designates the following expert witness with respect to the issue of "Constructive Notice" for property damage claims:

**Expert Witness**

1.    Todd B. Hilsee, Hilsoft Notifications, 123 East Broad Street, Souderton, PA 18964. Mr. Hilsee may offer testimony with respect to the Constructive Notice issue, and in so doing, refute the testimony and expert report (the "Morse Report") of Roger H. Morse, AIA, the Debtors designated Constructive Notice fact and expert witness. Relatedly, Mr. Hilsee may

testify as to his opinions regarding what can be concluded, from a communication perspective, about information found in the media over the years concerning the presence of asbestos in buildings.

Dated:  January 8, 2007.

BILZIN SUMBERG BAENA
PRICE & AXELROD LLP

Scott L. Baena (admitted pro hac vice)
Jay M. Sakalo (admitted pro hac vice)
Matthew I. Kramer (admitted pro hac vice)
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
(305) 374-7580

and

FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
(302) 575-1555

By: __/s/ Theodore J. Tacconelli_____
        Theodore J. Tacconelli
        (Del. Bar No. 2678)

Co-Counsel for the Official Committee of
Asbestos Property Damage Claimants