# EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**March 1, 2006 through March 31, 2006 (Deloitte Tax LLP)**

| Name | Title | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|
| Timothy Kearney | | 9.5 | $515 | $ 4,892.50 | |
| **Total Customs & International Trade Services Fees** | | 9.5 | | $ 4,892.50 | $ - |
| Bryan Collins | Partner | 1.0 | $600 | $ 600.00 | |
| Matthew Gareau | Senior Manager | 6.0 | $515 | $ 3,090.00 | |
| **Total National Tax Services Fees** | | 7.0 | | $ 3,690.00 | $ - |
| **Total Monthly Statement & Fee Application Fees** | | 0.0 | | $ - | $ - |
| **Total Deloitte Tax LLP Fees for March** | | 16.5 | | $ 8,582.50 | $ - |
| | | | Blended Rate | $ 520.15 | |