## EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 03/01/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Lonely Parent protest | 2.0 | $515 | $ 1,030.00 | |
| 03/01/06 | KEARNEY, TIMOTHY | Due Diligence Coordination | Billing | 0.5 | $515 | $ 257.50 | |
| 03/02/06 | KEARNEY, TIMOTHY | Due Diligence Coordination | Due diligence coodination; Meeting with E. Vroemen re Due Diligence | 1.5 | $515 | $ 772.50 | |
| 03/03/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Work on IRS protest | 1.0 | $600 | $ 600.00 | |
| 03/06/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Edit Lonely Parent protest | 2.0 | $515 | $ 1,030.00 | |
| 03/07/06 | KEARNEY, TIMOTHY | Due Diligence Coordination | Due diligence | 0.3 | $515 | $ 154.50 | |
| 03/10/06 | KEARNEY, TIMOTHY | Due Diligence Coordination | Due diligence coodination | 0.2 | $515 | $ 103.00 | |
| 03/20/06 | KEARNEY, TIMOTHY | Due Diligence Coordination | Due diligence coodination | 0.5 | $515 | $ 257.50 | |
| 03/21/06 | KEARNEY, TIMOTHY | Due Diligence Coordination | Due diligence coodination | 1.0 | $515 | $ 515.00 | |
| 03/29/06 | KEARNEY, TIMOTHY | Due Diligence Coordination | Due diligence coodination | 5.0 | $515 | $ 2,575.00 | |
| 03/29/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Lonely Parent protest | 1.0 | $515 | $ 515.00 | |
| 03/30/06 | KEARNEY, TIMOTHY | Due Diligence Coordination | Due diligence coodination | 0.5 | $515 | $ 257.50 | |

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 03/30/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | RAR | 1.0 | $515 | $ 515.00 | |
| | | | **TOTALS:** | 16.5 | | $ 8,582.50 | $ - |