## EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**April 1, 2006 through April 30, 2006 (Deloitte Tax LLP)**

| Name | Title | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|
| **Total Customs & International Trade Services Fees** | | 0.0 | | $      - | $   - |
| Bryan Collins | Partner | 18.0 | $600 | $ 10,800.00 | |
| Matthew Gareau | Senior Manager | 14.5 | $515 | $  7,467.50 | |
| Robert Testoff | Principal | 0.5 | $600 | $     300.00 | |
| **Total National Tax Services Fees** | | 33.0 | | $ 18,567.50 | $   - |
| **Total Monthly Statement & Fee Application Fees** | | 0.0 | | $      - | $   - |
| **Total Deloitte Tax LLP Fees for March** | | 33.0 | | $ 18,567.50 | $   - |
| | | | Blended Rate | $    562.65 | |

91100-001\DOCS_DE:79005.1