## EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 04/11/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Billing | 2.0 | $515 | $ 1,030.00 | |
| 04/11/06 | TESTOFF, ROBERT | Protest of IRS Proposed Adjustment | Protest | 0.5 | $600 | $ 300.00 | |
| 04/12/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Grace Draft Protest (Lonely Parent) revisions/review | 1.5 | $600 | $ 900.00 | |
| 04/12/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Protest; conf call with Steptoe and Grace re L.P. protest | 0.5 | $515 | $ 257.50 | |
| 04/13/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Grace Draft Protest (Lonely Parent) revisions/review | 2.0 | $600 | $ 1,200.00 | |
| 04/14/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Conf call with Steptoe and Grace re L.P. protest | 2.0 | $515 | $ 1,030.00 | |
| 04/14/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Conf call ; Grace Draft Protest (Lonely Parent) revisions/review | 3.0 | $600 | $ 1,800.00 | |
| 04/17/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Worked on Grace Draft Protest (Lonely Parent) | 1.0 | $600 | $ 600.00 | |
| 04/25/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Review steptoe rewrite of lonely parent protest | 4.0 | $515 | $ 2,060.00 | |
| 04/25/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Worked on Grace Draft Protest (Lonely Parent) | 1.0 | $600 | $ 600.00 | |
| 04/26/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Conference Call | 2.0 | $600 | $ 1,200.00 | |
| 04/26/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Prep for and attend conf call with Steptoe and Grace re: Lonely Parent | 3.0 | $515 | $ 1,545.00 | |
| 04/27/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Worked on Grace Draft Protest (Lonely Parent) | 1.0 | $600 | $ 600.00 | |

91100-001\DOCS_DE:79005.1

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 04/27/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Edit Lonely Prarent Protest - comment to steptoe | 3.0 | $515 | $ 1,545.00 | |
| 04/28/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Worked on Grace Draft Protest (Lonely Parent) | 1.0 | $600 | $ 600.00 | |
| 04/30/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Worked on Grace Draft Protest (Lonely Parent) | 5.5 | $600 | $ 3,300.00 | |
| | | | **TOTALS:** | 33.0 | | $ 18,567.50 | $    - |