## EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**May 1, 2006 through May 31, 2006**
**(Deloitte Tax LLP)**

| Name | Title | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|
| **Total Customs & International Trade Services Fees** | | 0.0 | | $      - | $      - |
| Bryan Collins | Partner | 19.0 | $600 | $ 11,400.00 | |
| Matthew Gareau | Senior Manager | 4.5 | $515 | $ 2,317.50 | |
| **Total National Tax Services Fees** | | 23.5 | | $ 13,717.50 | $      - |
| **Total Monthly Statement & Fee Application Fees** | | 0.0 | | $      - | $      - |
| **Total Deloitte Tax LLP Fees for March** | | 23.5 | | $ 13,717.50 | $      - |
| | | | Blended Rate | $   583.72 | |