## EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 05/01/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Worked on Grace Draft Protest (Lonely Parent) | 5.0 | $600 | $ 3,000.00 | |
| 05/01/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Lonely Parent Protest - comment to steptoe | 1.5 | $515 | $ 772.50 | |
| 05/02/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Worked on Grace Draft Protest (Lonely Parent) | 1.0 | $600 | $ 600.00 | |
| 05/03/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Worked on Grace Draft Protest (Lonely Parent) | 2.0 | $600 | $ 1,200.00 | |
| 05/05/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Conference Call | 2.0 | $600 | $ 1,200.00 | |
| 05/05/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Lonely Parent Protest | 1.0 | $515 | $ 515.00 | |
| 05/07/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Worked on Grace Draft Protest (Lonely Parent) | 1.0 | $600 | $ 600.00 | |
| 05/08/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Worked on Grace Draft Protest (Lonely Parent) | 5.0 | $600 | $ 3,000.00 | |
| 05/10/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Worked on Grace Draft Protest (Lonely Parent) | 2.0 | $600 | $ 1,200.00 | |
| 05/10/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Conf call - L.P. protest | 1.0 | $515 | $ 515.00 | |
| 05/22/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Conference Call | 1.0 | $600 | $ 600.00 | |
| 05/22/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Conf call with D. Freidel re Lonely Parent Protest | 1.0 | $515 | $ 515.00 | |
| | | | **TOTALS:** | 23.5 | | $ 13,717.50 | $ - |