## EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**June 1, 2006 through June 30, 2006 (Deloitte Tax LLP)**

| Employee | Title | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|
| Timothy Tuerff | Partner | 1.5 | $600 | $ 900.00 | |
| Total Customs & International Trade Services Fees | | 1.5 | | $ 900.00 | $ - |
| | | | | $ - | |
| Total National Tax Services Fees | | 0.0 | | $ - | $ - |
| Total Monthly Statement & Fee Application Fees | | 0.0 | | $ - | $ - |
| Total Deloitte Tax LLP Fees for June | | 1.5 | | $ 900.00 | $ - |
| | | | Blended Rate | $ 600.00 | |