## EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 06/05/06 | TUERFF, TIMOTHY | Protest of IRS Proposed Adjustment | Billing Matters | 1.5 | $600 | $ 900.00 | |
| | | | **TOTALS:** | 1.5 | | $ 900.00 | $ - |