## EXHIBIT A

## VERIFICATION

WASHINGTON          :
                    :
DISTRICT OF COLUMBIA :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a)  I am a partner with the applicant firm of Deloitte Tax LLP.

b)  I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

*Tim Tuerff*
Tim Tuerff
Partner

SWORN AND SUBSCRIBED
before me this 2nd day of January 2007.

*Deborah S. Bang*
Notary Public
My Commission Expires: 3/14/2010

91100-001\DOCS_DE:79005.1

-6-