## EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**July 1, 2006 through July 31, 2006 (Deloitte**
**Tax LLP)**

| Name | Hours | Title | Billing Rate | Professional Fees | Expenses |
|------|-------|-------|--------------|-------------------|----------|
| **Total Customs & International Trade Services Fees** | 0.0 | | | $       - | $       - |
| Bryan Collins | 1.5 | Partner | $600 | $    900.00 | |
| Matthew Gareau | 1.5 | Senior Manager | $515 | $    772.50 | |
| Robert Testoff | 2.0 | Principal | $600 | $  1,200.00 | |
| **Total National Tax Services Fees** | 5.0 | | | $  2,872.50 | $       - |
| **Total Monthly Statement & Fee Application Fees** | 0.0 | | | $  2,872.50 | $       - |
| **Total Deloitte Tax LLP Fees for July** | 5.0 | | | $  2,872.50 | $       - |
| | | | Blended Rate | $    574.50 | |