## EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 07/20/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | IRS Protest Rebuttal | 1.5 | $515 | $ 772.50 | |
| 07/24/06 | TESTOFF, ROBERT A | Protest of IRS Proposed Adjustment | IRS Protest Rebuttal | 1.0 | $600 | $ 600.00 | |
| 07/25/06 | TESTOFF, ROBERT A | Protest of IRS Proposed Adjustment | IRS Protest Rebuttal | 1.0 | $600 | $ 600.00 | |
| 07/27/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Review IRS Response | 1.5 | $600 | $ 900.00 | |
| | | | **TOTALS:** | 5.0 | | $ 2,872.50 | $ - |