## EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**August 1, 2006 through August 31, 2006 (Deloitte Tax LLP)**

| Name | Title | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|
| **Total Customs & International Trade Services Fees** | | 0.0 | | $ - | $ - |
| Bryan Collins | Partner | 2.5 | $600 | $ 1,500.00 | |
| Matthew Gareau | Senior Manager | 4.5 | $515 | $ 2,317.50 | |
| **Total National Tax Services Fees** | | 7.0 | | $ 3,817.50 | $ - |
| **Administrative Fees** | | 0.0 | $0 | $ - | |
| **Total Monthly Statement & Fee Application Fees** | | 0.0 | | $ 3,817.50 | $ - |
| **Total Deloitte Tax LLP Fees for August** | | 7.0 | | $ 3,817.50 | $ - |
| | | | Blended Rate | $ 545.36 | |

91100-001\DOCS_DE:79005.1