## EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 08/07/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Review IRS Response to Lonely Parent Protest | 3.0 | $515 | $ 1,545.00 | |
| 08/24/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Review IRS Response | 1.5 | $600 | $ 900.00 | |
| 08/24/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | conf call re: IRS rebuttal - lonely parent protest | 1.5 | $515 | $ 772.50 | |
| 08/25/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Response to appeals rebuttal. | 1.0 | $600 | $ 600.00 | |
| | | | **TOTALS:** | **7.0** | | **$ 3,817.50** | **$ -** |