# EXHIBIT D

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR  BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

---

[1] The Debtors consist of the following 62 entities:  W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical. Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JLL3 144835 v1
2850487-000002 12/14/2006

*EXHIBIT D*

## OCTOBER, 2006 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 10/3 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 10/4 | 6 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming seminar |
| 10/6 | 4 | Spoke with the ICC/NDRC on Grace's upcoming visit |
| 10/10 | 4 | Contacted colleagues; Spoke with client regarding the meeting and focus |
| 10/19 | 6 | Arrange meetings with China Government officials |
| 10/26 | 3 | Discuss Grace's employees trip to China |
| 10/27 | 5 | Discussed the agenda for technical upcoming meetings in China |

EXPENSES ITEMIZED AND SUMMARIZED FOR OCTOBER, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 10/1/2006**
**Bill # 6863427 dated 10/31/2006**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction charge | | 8.40 |
| Long Distance | 10/11/06 | 32.86 |
| Mobile/ Cell Phone charges | 10/3-13/06 | 150.15 |
| Travel Expenses for China Representative | 10/11/06 | 152.00 |
| Travel Expenses for Joan McEntee | 10/2/06 | 2,420.35 |
| Miscellaneous Expense  for International Wire | | 15.00 |
| **Bill #6863427 itemized totals** | | **$2,778.76** |

| Summarized: | Amount |
|---|---|
| Photo Reproduction charges/Mobile Phone charges | $ 158.55 |
| Long Distance on behalf of client/Miscellaneous expense | $47.86 |
| Travel Airfare for McEntee/ Travel Expenses for China Rep | $2,572.35 |
| **Bill #6863427 summarized totals** | **$2,778.76** |

*Please see spreadsheet for breakdown of the expenses. W.R. Grace was allocated 34% for expenses.

W.R. Grace 34%

| | Sept. 13th | Sept. 14th | Sept 15th | Sept. 16 | Sept. 17 | Sept. 18 | Sept. 19 | Sept. 20 | Totals | WR Grace |
|---|---|---|---|---|---|---|---|---|---|---|
| Airfare | | | | | | | | | $0.00 | $0.00 |
| Ground Transportation | $63.29 | $63.29 | $63.29 | | $113.92 | $151.89 | $379.73 | | $835.41 | $284.04 |
| Lodging | | $473.09 | $473.09 | $473.09 | $473.09 | $473.09 | $269.30 | $269.30 | $2,904.05 | $987.38 |
| Breakfast | | | $52.11 | $33.48 | $37.84 | $37.84 | $37.84 | $1.51 | $200.62 | $68.21 |
| Lunch | $21.83 | $62.30 | | | | $20.69 | $17.48 | | $122.30 | $41.58 |
| Dinner | $242.40 | | | | | $45.86 | $41.34 | | $329.60 | $112.06 |
| Telephone | | | | | | | | | $0.00 | $0.00 |
| Entertainment | | | | $113.92 | | | | | $113.92 | $38.73 |
| Non-Meal Tips | $30.77 | $30.77 | $30.77 | $30.77 | $30.77 | $30.77 | $30.77 | $30.77 | $246.16 | $83.69 |
| Laundry | | | | $26.20 | | | | | $26.20 | $8.91 |
| Donation | | | | | | | | $1.07 | | |
| Joan's Expenses | $358.29 | $629.45 | $619.26 | $677.46 | $655.62 | $760.14 | $776.46 | $301.58 | $4,778.26 | $1,624.61 |

WR Grace is charged 34% of Joan's Expenses

| W.R. Grace 34% | Sept. 21 | Sept. 22 | Sept. 23 | Sept. 24 | Sept. 25 | Totals | WR Grace |
|---|---|---|---|---|---|---|---|
| Airfare | | | | | | $0.00 | $0.00 |
| Ground Transportation | | | | | | $0.00 | $0.00 |
| Lodging | $291.01 | $291.01 | $471.63 | $473.09 | | $1,526.74 | $519.09 |
| Breakfast | | | | | | $0.00 | $0.00 |
| Lunch | | | $42.56 | | $56.77 | $99.33 | $33.77 |
| Dinner | | | $41.92 | $79.77 | $1.96 | $123.65 | $42.04 |
| Telephone | | | | | | $0.00 | $0.00 |
| Entertainment | | | $209.50 | $201.13 | | $410.63 | $139.61 |
| Non-Meal Tips | $30.77 | $30.77 | $30.77 | $30.77 | $30.77 | $153.85 | $52.31 |
| Laundry | | | $26.20 | | | $26.20 | $8.91 |
| Donation | | | | | | | |
| **Joan's Expenses** | **$321.78** | **$321.78** | **$822.58** | **$784.76** | **$89.50** | **$2,340.40** | **$795.74** |

WR Grace is charged 34% of Joan's Expenses