# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM NOVEMBER 1, 2006 THROUGH NOVEMBER 31, 2006 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy. LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## NOVEMBER 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|---|---|---|
| 11/8 | 2.5 | Follow Congressional and Administration actions and responses to November elections as they relate to asbestos issues |
| 11/14 | 1 | Arrange with Senator-elect Corker's office to be contact for W.R. Grace |
| 11/16 | 1 | Follow Congressional and Administration actions and responses to November elections as they relate to asbestos issues |
| 11/20 | 1 | Follow Congressional and Administration actions and responses to November elections as they relate to asbestos issues |
| 11/21 | 1 | Follow Congressional and Administration actions and responses to November elections as they relate to asbestos issues |
| 11/22 | 1 | Follow Congressional and Administration actions and responses to November elections as they relate to asbestos issues |
| 11/28 | 1 | Follow Congressional and Administration actions and responses to November elections as they relate to asbestos issues |
| 11/29 | 1 | Follow Congressional and Administration actions and responses to November elections as they relate to asbestos issues |

## EXPENSES FOR NOVEMBER 2006

**W.R. Grace Expenses**
**Client #2850487-000001**
Itemized and summarized through 11/30/2006

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 10/10/2006 | $0.35 |
| Mobile/ Cell Phone Charges | 11/13/2006 | $13.00 |
| Long Distance Charge | 11/13/2006 | $0.35 |
| **Itemized Totals** | | **$13.70** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $0.70 |
| Mobile/ Cell Phone Charges | $13.00 |
| **Summarized Totals** | **$13.70** |

W JDR 144932 v1
2850487-000001 12/22/2006