# EXHIBIT D

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR  BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

---

[1] The Debtors consist of the following 62 entities:  W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JLL3 144998 v1
2850487-000002 1/3/2007

*EXHIBIT D*

## NOVEMBER, 2006 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 11/1 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 11/2 | 6 | Traveled to China to discuss business ventures for Grace |
| 11/3 | 4 | Discuss Grace's employees trip to China |
| 11/9 | 4 | Contacted colleagues; Spoke with client regarding the meeting and focus |
| 11/11 | 6 | Arrange meetings with China Government officials |
| 11/13 | 3 | Spoke with ICC/ NDRC on Grace's upcoming visit |
| 11/29 | 5 | Discussed the agenda for technical upcoming meetings in China |

W JLL3 144998 v1
2850487-000002 1/3/2007

EXPENSES ITEMIZED AND SUMMARIZED FOR NOVEMBER, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 11/1/2006**
**Bill # 6867407 dated 11/30/2006**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction charge | | 1.80 |
| Mobile/ Cell Phone charges | 11/10-11/15 | 85.44 |
| Travel Expenses for China Representative | 11/14/06 | 88.33 |
| Travel Expenses for Joan McEntee | 11/14/06 | 2,042.26 |
| Miscellaneous Expense for International Wire | | 15.00 |
| **Bill #6867407 itemized totals** | | **$2232.83** |

**Summarized:**                                            **Amount**

| | |
|---|---|
| Photo Reproduction charges/Mobile Phone charges | $ 87.24 |
| Miscellaneous expense | $15.00 |
| Travel Expenses for McEntee/ Travel Expenses for China Rep | $2088.33 |
| **Bill #6867407 summarized totals** | **2232.83** |

*Please see spreadsheet for breakdown of the expenses. W.R. Grace was allocated 10% for expenses.

| W.R. Grace 10% | Oct. 27 | Oct. 28 | Oct. 29 | Oct. 30 | Oct. 31 | Nov. 1 | Nov. 2 |
|---|---|---|---|---|---|---|---|
| Airfare | $8,550.50 | | | | | | |
| Ground Transportation | $52.00 | $91.13 | | | | | |
| Lodging | | $608.40 | $608.50 | $608.50 | $608.50 | $563.22 | $563.22 |
| Breakfast | $6.19 | | $4.74 | | | | $63.75 |
| Lunch | | | | | | | $46.58 |
| Dinner | | | | $333.69 | | | |
| Telephone | | | $0.06 | | | | |
| Entertainment | | | $44.30 | | | | |
| Non-Meal Tips | | | | | | | |
| Laundry | | | $37.70 | | | | |
| Miscellaneous | | | | | $200.00 | | |
| **Joan's Expenses** | **$8,608.69** | **$699.53** | **$695.30** | **$942.19** | **$608.50** | **$563.22** | **$673.55** |

WR Grace is charged 10% of Joan's expenses.

| Nov. 3 | Nov. 4 | Nov. 5 | Totals | WR Grace |
|---|---|---|---|---|
| | | $5,963.90 | $14,514.40 | $1,451.44 |
| | | $63.29 | $206.42 | $70.18 |
| $563.22 | $563.22 | | $4,686.88 | $468.68 |
| $37.84 | $139.89 | $37.84 | $290.25 | $29.03 |
| $1.26 | $3.79 | $10.80 | $62.43 | $21.23 |
| | $46.58 | | $380.27 | $129.29 |
| | | | $0.06 | $0.02 |
| | | | $44.30 | $15.06 |
| | | | | |
| | | | $37.70 | $12.82 |
| | | | $200.00 | $20.00 |
| | | $6,075.83 | $20,422.61 | $2,042.26 |