IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 13406** |
| Debtors. | ) | |
| | ) | **Objection Deadline: TBD** |
| | ) | **Hearing Date: TBD** |

## MOTION OF CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR LEAVE TO DESIGNATE EXPERTS REGARDING THE "LACK OF HAZARD" ISSUE

Certain Asbestos Property Damage Claimants represented by the law firms of Motley Rice, LLC and Speights & Runyan (the "PD Claimants"), by and through undersigned counsel, respectfully move the Court for leave to designate two additional experts on the issue of "Lack of Hazard" in connection with the Debtors' objections to individual asbestos property damage claims ("PD Claims").

1.  The Court's Case Management Order ("CMO") governing the Debtors' Objections to individual PD claims provided that the parties had until December 22, 2006, to supplement their list of additional witnesses in the Lack of Hazard trial. PD counsel inadvertently failed to list two experts: Dr. Arthur L. Frank and Dr. Arnold R. Brody.

2.  The Debtors will not be prejudiced by the granting of this motion for at least four reasons. First, only nine working days have elapsed since the deadline for designating these experts as a matter of right. Second, the reports of these experts testifying are not due until January 17, 2007. Third, discovery in respect of the Lack of

070108153500.doc

Hazard issue cannot commence until January 24, 2007. Fourth, the Debtors have faced these experts in asbestos property damage trials since the 1980's, and already have deposed them many times.[1]

DATED: January 8, 2007

/s/ Christopher D. Loizides

Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

-and-

Anne McGinness Kearse
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone:  (843) 216-9000
Facsimile:   (843) 216-9540

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No. 4837)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone:  (803) 943-4444
Facsimile:   (803) 943-4599

*Counsel for Certain Asbestos Property Damage Claimants represented by Speights & Runyan and Motley Rice LLC*

---

[1] Dr. Frank first testified in City of Greenville v. W.R. Grace & Co., 640 F.Supp. 559 (D.S.C. 1986), aff'd, 827 F.2d 975 (4th Cir. 1987) [tried January 1986]. Dr. Brody first testified in Mt. Lebanon School District v. W.R. Grace & Co., 534 Pa. 265, 631 A.2d 596 (Oct. 15, 1993) [tried October 1989].