IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 13406 |
| Debtors. | ) | |
| | ) | Objection Deadline: TBD |
| | ) | Hearing Date: TBD |

## NOTICE OF MOTION

TO:   All Parties on the Attached 2002 Service List

PLEASE TAKE NOTICE that certain Asbestos Property Damage Claimants ("Movants") have filed the attached Motion for Leave to Designate Experts Regarding the "Lack of Hazard" Issue ("Motion").

PLEASE TAKE FURTHER NOTICE that objections to the Motion, if any, must be filed on a date to be determined (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD AT A PLACE AND DATE TO BE DETERMINED.

DATED: January 8, 2007

---
Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

070108153500.doc

-and-

Anne McGinness Kearse
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465
Telephone:    (843) 216-9000
Facsimile:     (843) 216-9540

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No. 4837)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:     (803) 943-4599

*Counsel for Certain Asbestos Property Damage Claimants represented by Speights & Runyan and Motley Rice LLC*