IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. ____** |
| | ) | |

## ORDER

AND NOW, the Court having heard and considered the Motion of Certain Asbestos Property Damage Claimants for Leave to Designate Experts Regarding the "Lack of Hazard" Issue (the "Motion"), IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. The Asbestos Claimants are granted leave to file their preliminary designation of experts regarding the "Lack of Hazard" issue that the Asbestos Property Damage Claimants may call to testify in respect of the testimony of Dr. Arthur L. Frank and Dr. Arnold R. Brody.

DATED: _____

                                                The Honorable Judith K. Fitzgerald
                                                United States Bankruptcy Judge