IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) (Jointly Administered) |
| Debtors. | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 8th day of January, 2007, a true and correct copy of the documents listed below was served on the individuals on the attached service list via facsimile and overnight mail.

**Debtors' Responses and Objections to Claimant State of California, Department of General Services' First Set of Interrogatories**

Dated: January 8, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-
PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

91100-001\DOCS_DE:124058.1

*Service List, January 8, 2007*

**By Overnight Mail**
Steven J. Mandelsberg, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
Telefax::  (212) 478-7400

**By Overnight Mail**
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
Telefax::  (212) 478-7400

91100-001\DOCS_DE:124058.1