IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 01-01139 (JKF)<br>) (Jointly Administered)<br>)<br>) Re: Docket No. 13406<br>) |

CLAIMANT EPEC REALTY INC.'S
SUBMISSION OF THE EXPERT REPORT OF
ENVIRONMENTAL RESOURCE CONSULTANTS (ERC)
REGARDING THE SCHEDULE FOR THE ADJUDICATION OF LACK
OF HAZARD ISSUES, AS DESCRIBED IN THE 15TH OMNIBUS OBJECTIONS

In accordance with the Court's Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims, dated October 13, 2006 (D.I. 13406), Claimant EPEC Realty Inc. hereby submits their Submission of the Expert Report of Environmental Resource Consultants ("ERC") Regarding the Schedule for the Adjudication of Lack of Hazard Issues, as Described in the 15th Omnibus Objections.

I.

On December 7, 2006, the D&H PD Claimants filed their Preliminary Designation of Fact and Expert Witnesses Regarding Adjudication of Lack of Hazard Issue as described in the 15th Omnibus Objection (D.I. 13953). On December 22, 2006, the D&H PD Claimants filed their Supplemental Designation of Fact and Expert Witnesses Regarding Adjudication of Lack of Hazard Issue as Described in the 15th Omnibus Objection (D.I. 14155). In these pleadings the D&H PD Claimants identified expert and fact witnesses for the hazard adjudication phase, and the subject matter of their testimony. Claimant EPEC Realty Inc. hereby fully incorporates by

reference all matters set forth therein in their Preliminary and Supplemental Designation of Fact and Expert Witnesses, including the exhibits and attachments.

II.

Claimant EPEC Realty Inc. is contemporaneously filing the Expert Report of ERC in its claim file (Claim Nos. 5593 and 5672) and hereby fully incorporates by reference the entire ERC Report and all matters set forth therein. Claimant EPEC Realty Inc. hereby submits the Summary of Expert Report of ERC, which is described in Exhibit "A" attached hereto. Nevertheless, Claimant's Counsel will provide Debtors' with a copy of this Report if requested.

III.

The D&H PD Claimants reserve the right to supplement this submission with other additional expert reports and/or documentation and further reserve the right to call any other expert or fact witnesses designated by any other party in this matter.

DATED: January 9, 2007

---
Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

- and -

Martin W. Dies, Esquire
DIES & HILE, L.L.P.
1009 Green Avenue
Orange, TX  77630
Telephone: (409) 883-4394
Facsimile: (409) 883-4814
Email: mwdies@aol.com

*Counsel for the Dies & Hile Asbestos Property Damage Claimants*

## SUMMARY OF EXHIBITS

EXHIBIT A:   Summary of Expert Report of Environmental Resource Consultants ("ERC")