# EXHIBIT A

# SUMMARY OF EXPERT REPORT OF
# ENVIRONMENTAL RESOURCE CONSULTANTS (ERC)

(Report Filed In EPEC Realty Inc. / El Paso Energy Building,
Claim Nos. 5593 and 5672, Which is Fully Incorporated Herein by Reference)

1. ERC: Building Material Survey for Asbestos-Containing Material, El Paso Energy Building, 1001 Louisiana, Houston, Texas, Project No. 980114, dated 1998

070109121741.doc