IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | (Requested) Hearing Date: January 23, 2007, 8:30 AM |
| | ) | (Requested) Objection Deadline: January 19, 2007 4:00 PM |

## MOTION TO APPROVE STIPULATION REGARDING JANUARY 2007 METHODOLOGY HEARING FOR ASBESTOS PROPERTY DAMAGE CLAIMS

The Debtors and the Official Committee of Asbestos PD Claimants ("PD Committee") hereby stipulate and agree as follows:

1. The Debtors and the PD Committee have reached an agreement which is reflected in the executed Stipulation attached hereto as Exhibit A. As stated in the Stipulation:

(a) The Court has issued pronouncements on the Methodology Issue in footnote 103 of its December 14, 2006 ZAI Opinion (Dkt. No. 14014) and the parties agree that those pronouncements shall constitute the ruling of the Court as to the issues that are the subject of the Methodology Issue, and shall be applicable to the determination of the Debtors' objections to property damage claims which are the subject of the Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims of October 13, 2006 (the "Debtors' PD Claims Objections") (Dkt. No 13406). Accordingly, the hearing on the Methodology Issue, which had been scheduled for January 29, 30, and 31, 2007, shall be cancelled.

(b) This agreement shall not affect the right of any party to appeal the determination of Debtors' PD Claims Objections on any grounds.

2

(c) This agreement shall have no effect on ZAI Claimants and cannot be used by any party in connection with the ZAI Appeal.

(d) All discovery and depositions related to the hearing on the Methodology Issue will be cancelled, however the parties reserve all of their rights with regard to discovery related to the adjudication phases for product identification, statutes of limitation and lack of hazard.

2. The Debtors and the PD Committee request that the Court enter the Order attached hereto.

3. In light of the imminent dates for the hearing on the Methodology Issue and imminent discovery deadlines, the parties request that the Court hear this matter on an expedited basis at the January 23, 2007 omnibus hearing. The Debtors, with the PD Committee's consent, have filed a Motion for Shortened Notice and request an objection deadline of Friday, January 19, 2007 at 4:00 PM EST and that the Court hear this Motion at the January 23, 2007 omnibus hearing.

Dated: January 9, 2007

                KIRKLAND & ELLIS LLP
                David M. Bernick, P.C.
                Janet S. Baer
                Lisa G. Esayian
                200 East Randolph Drive
                Chicago, Illinois 60601
                (312) 861-2000

                and

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (#2436)
James E. O'Neill (#4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

*/s/ Scott L. Baena (w/ permission) eo*

BILZIN SUMBERG BAENA
  PRICE & AXELROD LLP
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131-2336
Telephone: (305) 374-7580

Scott L. Baena (Admitted Pro Hac Vice)
Jay M. Sakalo (Admitted Pro Hac Vice)

and

FERRY JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
Telephone: (302) 575-1555

Theodore J. Tacconelli (Del. Bar No. 2678)

Co-Counsel for the Official Committee of Asbestos Property Damage Claimants

3