# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of Court  
David D. Bird

824 Market Street  
Wilmington, DE 19801  
(302) 252-2900

Date: January 10, 2007

To: Clerk of Court  
U.S. District Court  
District of Delaware  
Wilmington De 19801

**Re: WR Grace**

**Bankruptcy Case #01-1139**

Enclosed you will find: **Motion for Leave to File Appeal docket # 14147. Memorandum Opinion docket #14014, Order docket #14015, Filed by Zonolite Attic Insulation Class Plaintiffs.**

**Debtors Motion for Extension of time to Answer docket #14191, Response to Leave to Appeal docket #14279**

Kindly acknowledge receipt of this document. Betsy_Magnuson@DEB.uscourts.gov

Sincerely,

/s/ Betsy Magnuson  
Deputy Clerk

I hereby acknowledge receipt of the above transferred record this ___ day of _____ 2003.

By:_____  
Deputy Clerk

____ Supervisor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE


WR Grace
Bankruptcy Case No. 01-1139                                        January 10, 2007
Motion for Leave to file Appeal


| | |
|---|---|
| **Name of Appellant** | Filed by Zonolite Attic Insulation Class Plantiffs |
| **Counsel for Appellant:** | William D Sullivan |
| | 4 East 8th Street Suite 400 |
| | Wilmington DE 197801 |
| | 302-428-8191 |
| | |
| **Name of Appelle :** | James E. O'Neill |
| | Pachulski Stang Ziehl Young Jones & Wein |
| | 919 North Market Street |
| | Wilmington, DE 19899-8705 |
| | 302-652-4100 |


**Enclosed Items:** Motion for Leave to File Appeal docket # 14147. Memorandum Opinion docket #14014, Order docket #14015, Filed by Zonolite Attic Insulation Class Plaintiffs.

Debtors Motion for Extension of time to Answer docket #14191, Response to Leave to Appeal docket #14279