IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al*.　　　　　　　Bankruptcy No. 01-1139
　　　Debtor(s)　　　　　　　　　　　　Jointly Administered

　　　　　　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　Related to Dkt. No. 14276, Motion to Shorten
　　　　　　　　　　　　　　　　　　　Notice Period of Motion to Approve Stipulation
　　　　　　　　　　　　　　　　　　　Regarding January 2007 Methodology Hearing for
　　　　　　　　　　　　　　　　　　　Asbestos Property Damage Claims


ORDER GRANTING MOTION TO SHORTEN AND REQUIRING FILING OF
MOTION TO APPROVE STIPULATION


　　　　AND NOW, this **11th** day of **January, 2007**, it is **ORDERED** that the motion to shorten time regarding motion to approve stipulation with respect to the methodology hearing for asbestos property damage claims is **GRANTED** and a hearing will be held at **8:30 a.m.** on **January 23, 2007**, in the Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware.

　　　　It is **FURTHER ORDERED** that responses/objections to the motion to approve stipulation must be filed and served on or before **4:00 p.m.** on **Thursday, January 18, 2007**.

　　　　It is **FURTHER ORDERED** that the motion to approve stipulation must be filed and served **before 4:00 p.m. on January 11, 2007.**

　　　　　　　　　　　　　　　　　　　　　　　／s／ Judith K. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　　　rmab
　　　　　　　　　　　　　　　　　　　　　Judith K. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge