IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Kelly M. Dawson, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Richard W. Esterkin, of the law firm of Morgan, Lewis & Bockius LLP, (the "Admittee") to represent Del Taco, Inc. in this action. The Admittee is admitted, practicing, and in good standing in the State of California, the United States District Court for the Central, Southern, Eastern and Northern Districts of California and the United States Court of Appeals for the Ninth Circuit.

Dated: January 9, 2007

Kelly M. Dawson (No. 4786)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, PO Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

Date Filed 1/9/07

Docket No. 14275

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in the jurisdiction shown in the paragraph above, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: January 5, 2007

Richard W. Esterkin (California Bar Id # 70769)
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071
Telephone: (213) 612-2500
Facsimile: (213) 612-2501

MOTION GRANTED.

BY THE COURT:

Date: January 11, 2007

United States Bankruptcy Judge

550510