## **EXHIBIT A**

070111131718.doc



**MVA SCIENTIFIC CONSULTANTS**

3300 Breckinridge Boulevard
Suite 400
Duluth, GA 30096

770-662-8509
FAX 770-662-8532
www.mvainc.com

10 January 2007

SERVICES:

Investigative Analysis

Consultative Support

Expert Reports & Imaging

---

APPLICATIONS:

Environmental Issues

QA/QC Challenges

Laboratory Support

Litigation Support

Subject Matter Expertise

---

CAPABILITIES:

Particle Sizing & Identification

Dust Analysis

Nanoparticles

Contaminant Identification

Source Determination

Materials Characterization

Surface Metrology

---

ISO/IEC 17025-1999

cGMP Compliant

Martin Dies
Dies & Hile, LLP
1601 Rio Grande, Suite 330
Austin, TX 78701

Dear Mr. Dies,

In addition to the matters discussed in my expert report dated October 25, 2006, I may testify regarding the matters discussed in the attached studies, including but not limited to exposures to maintenance/custodial workers while performing typical building related activities.

Sincerely,

James R. Millette, Ph.D.
Executive Director

Enclosure

6504Lt-Dies011007

**Focused** on the Science of Small Things

# Baseline Studies of Asbestos Exposure During Operations and Maintenance Activities

Dale L. Keyes,[A] William M. Ewing,[B] Steven M. Hays,[C] William E. Longo,[D] and James R. Millette[E]
[A]Environmental Sciences, Inc., 105 East Speedway Boulevard, Tucson, Arizona 85705; [B]Compass Environmental, Inc., 2231 Robinson Road, Suite B, Marietta, Georgia 30068; [C]Gobbell Hays Partners, Inc., 217 Fifth Avenue North, Nashville, Tennessee 37219; [D]Materials Analytical Service, 3597 Parkway Lane, Suite 250, Norcross, Georgia 30092; [E]MVA, Inc., 5500 Oakbrook Parkway, Suite 200, Norcross, Georgia 30093

Eight simulations of installation, repair, remodeling, and maintenance tasks in buildings with asbestos-containing material (ACM) were conducted to investigate worker exposure to airborne asbestos. Since the tasks were performed using typical custodial and maintenance procedures without regard to the presence of ACM, the results contribute to establishing exposure baselines for custodial and maintenance workers. These baselines can also be used to judge the effectiveness of special operations and maintenance programs designed to minimize asbestos exposure in buildings which contain asbestos materials. Six different types of tasks (moving an office wall, cleaning a storage area, replacing ceiling tile, repairing/installing electrical fixtures, repairing plaster, and removing carpet) and two types of ACM (fireproofing and acoustical plaster) were included in the eight simulations. Exposure was measured by monitoring levels of airborne asbestos before, during, and after the task (and for two simulations, during a subsequent cleaning phase). Both area and personal air samples were collected. All samples were analyzed by transmission electron microscopy following an indirect sample preparation; personal samples collected during the simulated tasks were also analyzed by phase contrast microscopy. Differences in airborne asbestos concentrations among the various study phases were compared using analysis of variance following a lognormal transformation of the data. Results for seven of the eight experiments showed that airborne asbestos was significantly elevated by the task simulated and, where worksite cleanup was a separate phase, by the cleaning activity. Ratios of concentrations of total asbestos fibers counted during the simulated task to those counted before the start of work ranged from 36 to almost 9400, with a mean of approximately 2000. These results indicate that custodial and maintenance work around or with ACM may significantly increase worker exposure; the use of special work practices to reduce fiber release and respiratory protection to reduce worker exposure are recommended. Keyes, D.L.; Ewing, W.M.; Hays, S.M.; Longo, W.E.;

Millette, J.R.: Baseline Studies of Asbestos Exposure During Operations and Maintenance Activities. 9(11):853–860; 1994.

## Introduction

Recommendations for effective management of asbestos-containing material (ACM) in buildings includes the establishment of an operations and maintenance (O&M) program.[1,2] O&M programs are designed to limit the inadvertent disturbance of ACM while installation, repair, maintenance, and cleaning activities are conducted. However, only limited evidence is available regarding ACM disturbance and worker exposure to airborne asbestos that may occur if an O&M program is not in place. Published reports suggest that activities such as working above a suspended ceiling where asbestos-containing fireproofing is located or general office renovation may produce levels of airborne fibers greater than 2.0 fibers/ml (f/ml), 8-hour average, as measured by phase contrast microscopy (PCM),[3,4] and up to 70 asbestos structures/ml (s/ml), 2-hour work duration, as measured by transmission electron microscopy (TEM).[5,6] Other studies have shown that cleaning a storage room which contains acoustical plaster could raise asbestos levels several hundredfold.[7] An earlier study of custodial cleaning in a library with acoustical plaster demonstrated that PCM-measured levels of airborne fibers were greater than 4.0 f/ml.[8]

To expand the base of information on fiber release and worker exposure during custodial and maintenance tasks, a series of simulations was conducted in buildings which contain either asbestos-containing fireproofing or acoustical plaster. Eight experiments were conducted simulating six types of activities. In each case the portion of the building where the simulation was conducted was unoccupied, typically in preparation for some type of ACM abatement.

**TABLE I. Summary Characteristics of the Experiments**

| Simulation | ACMs | Task | Worksite |
|---|---|---|---|
| 1 (Moving walls) | Fireproofing on beams and deck above suspended ceilings | Movement of a wall between offices | Office suite 500 ft$^2$ 10 ft high |
| 2 (Cleaning) | Exposed fireproofing on beams | Cleaning dust from all horizontal surfaces | Storage room 765 ft$^2$ 15 ft high |
| 3 (Tile replacement) | Fireproofing on beams and deck above suspended ceilings | Removing and replacing ceiling tile | Library room 1080 ft$^2$ 10 ft high |
| 4 (Fixture maintenance 1) | Acoustical ceiling plaster | Cleaning and inspecting fluorescent light fixtures | Arena corridor 2700 ft$^2$ 14 ft high |
| 5 (Fixture maintenance 2) | Acoustical ceiling plaster | Cleaning incandescent light fixtures | School corridor 490 ft$^2$ 8 ft high |
| 6 (Fixture maintenance 3) | Acoustical ceiling plaster | Repairing/replacing fan and fluorescent light fixtures | School classroom 725 ft$^2$ 9 ft high |
| 7 (Plaster repair) | Acoustical ceiling plaster | Repairing damaged plaster | School corridor 200 ft$^2$ 9 ft high |
| 8 (Carpet removal) | Acoustical ceiling plaster | Cutting and removing carpet | School corridor 490 ft$^2$ 8 ft high |

A simulation approach as compared with an observational one was chosen based on the control it affords over experimental conditions. That is, the work site can be isolated and the heating, ventilating, and air-conditioning (HVAC) system turned off to avoid inadvertent building contamination; workers can be protected to reduce exposure; and influences on airborne asbestos concentration other than those from the task investigated can be eliminated or measured. Likewise, worker behavior changes that may be produced by the presence of an observer (e.g., atypically sloppy or, more likely, unusually careful work) can be avoided if workers perceive they will not be graded by the observer on their performance. Using industrial hygienists rather than O&M workers for the simulations accomplished this objective. On the other hand, a simulation approach is only valid if the simulation is realistic, that is, if work conditions and worker performance are faithfully reproduced. Both simulation and observation approaches should be pursued to obtain the most useful set of information.

Table I summarizes the types and locations of ACM present, the types of tasks simulated, and the size of the work site in which the simulations were conducted. The fireproofing in simulations 1, 2, and 3 was a soft, dense product with the following approximate constituency: 5 to 20 percent chrysotile asbestos, 35 to 45 percent vermiculite, and 35 to 55 percent gypsum. The other simulations involved two types of acoustical plaster. In simulations 6 and 7 the plaster contained approximately 5 to 15 percent chrysotile asbestos, 55 to 70 percent perlite, and 20 to 25 percent bentonite and calcium carbonate binders. In simulations 5 and 8 the plaster constituents were 15 to 20 percent chrysotile asbestos, 55 to 70 percent vermiculite, and 15 to 20 percent bentonite.

## Methods

### Experimental Design

Each of the eight experiments consisted of three phases: a period prior to the start of the simulated task during which baseline air samples were collected (the "before" phase, lasting approximately 2 hours); a period covering the simulated task and, for all but simulations 3 and 4, a cleaning of the work site (the "during" phase, lasting between 1 and 3 hours); and a period of inactivity following the task designed to provide information on how fast asbestos fibers settle out of the air (the "after" phase, lasting between 2 and 3 hours). For simulations 3 and 4, the cleaning activity was introduced as a separate phase (the "cleaning" phase, lasting about 30 minutes) following the after phase, rather than being integrated with the simulated task. At the conclusion of the last phase, the work sites were cleaned using wet methods and vacuum cleaners with high efficiency particulate air (HEPA) filters. In addition, HEPA air filtration units were operated for at least 8 hours after the completion of each simulation to clean the air of fibers and particles.

To measure the effect on worker exposure of the simulated task, area air samples were collected during each phase of the simulation and analyzed by TEM. Personal air samples were also collected on workers as part of the during and (for simulations 3 and 4) the cleaning phases; they were analyzed by both TEM and PCM. The experiments were designed to detect tenfold or greater differences in average airborne asbestos levels among the various phases with a probability of at least 95 percent. Assuming that the coefficient of variation for the TEM asbestos measurements would be approximately 100 percent, the number of samples was determined to be eight per period. Since the differences were actually much larger than tenfold, it was not necessary to analyze all samples. As a result, only six samples were collected in the later experiments.

The quality assurance program included the analysis of field and laboratory blanks. In addition, duplicate analyses of selected filters were performed by independent laboratories.

### Simulation Procedures

Each simulation was conducted by industrial hygienists/environmental consultants. To ensure authenticity of the methods and procedures used in performing the various tasks, we drew upon our extensive experience (estimated at 30 man-years) in designing, implementing, and evaluating O&M programs for buildings with ACM. In addition, experienced service workers were interviewed regarding procedures they typically use for each of the following

tasks: moving demountable walls, repairing damaged plaster, inspecting and cleaning light fixtures, replacing ceiling tile, and removing carpet. O&M workers, both at the site where the simulations were conducted and elsewhere, were interviewed for this purpose. However, no independent observations by third parties were conducted to verify that representative procedures were used.

The simulations were designed specifically to examine the effects of conducting maintenance, repair, installation, and remodeling tasks without regard to the presence of asbestos. Accordingly, special precautions to minimize fiber releases were not taken. The simulations thus examine situations where workers do not know about the presence of ACM, or where they either have not been trained or simply do not use work practices specially designed for work around ACM. Our experience working with owners of hundreds of buildings with ACM has convinced us that these situations are not uncommon even today.

Following are brief descriptions of each custodial or maintenance task simulated.

### Office Remodeling (Simulation 1)

A demountable metal stud and sheetrock wall (connected to a suspended ceiling beneath asbestos fireproofing) separating two offices was moved and shortened in length to create a two-room suite. Overhead lights, HVAC supply diffusers, and electrical outlets were also relocated to accommodate the new office configuration. At the end of the task, ladders and other pieces of equipment were cleaned with dry cloths, and the vinyl tile floor was then cleaned with a broom, brush, and dustpan. Some dust and fireproofing-derived debris on top of the ceiling tile was disturbed when tiles were moved to accommodate the wall and utilities movement. In addition, some in-place fireproofing was contacted during the course of the work (we estimate that the fireproofing was contacted during the relocation of electrical and HVAC equipment perhaps two or three times).

### Cleaning (Simulation 2)

A records storage room with exposed asbestos fireproofing was cleaned using dry methods. Boxes and shelves were dusted with cloths and the concrete floor was cleaned with a broom and, in corners and under shelving, with a commercial vacuum cleaner. The room was generally dusty and about 2 square feet of fireproofing had delaminated due to water damage. The delaminated material was picked up by hand and placed in a plastic bag.

### Ceiling Tile Replacement (Simulation 3)

Twenty hidden-spline ceiling tiles (12 inches square) in a suspended ceiling system (beneath asbestos fireproofing) were removed and replaced with new tile. The 20 tiles were selected in groups of four at five randomly chosen locations. This grouping simulated five water damage events. Several tiles were broken during removal. A new low nap carpet was temporarily installed below the suspended ceiling prior to the removal of ceiling tile. Following tile replacement, no activity occurred for about 2.5 hours. The carpet was then cleaned with a commercial vacuum cleaner; furniture, ladders, and other pieces of equipment were cleaned with dry cloths. Some dust and fireproofing-derived debris was found on top of the ceiling tile; this was disturbed when the tiles were removed. No in-place fireproofing was contacted during the simulation.

### Fixture Maintenance 1 (Simulation 4)

Six 8-foot-long and two 4-foot-long fluorescent light fixtures attached to an acoustical plaster ceiling containing asbestos were cleaned, detached from their base on the ceiling, inspected, and reattached. Following an interval of about 3 hours, scaffolds and other pieces of equipment were cleaned with brushes and dry cloths, and the terrazzo floor was cleaned with a broom. The detaching/reattaching of the fixtures may have disturbed the plaster immediately surrounding the base.

### Fixture Maintenance 2 (Simulation 5)

Six recessed incandescent light fixtures in an acoustical plaster ceiling containing asbestos were cleaned (lenses opened, light bulbs and reflector pans removed and cleaned, housing cleaned) and reassembled. Ladders and other pieces of equipment were then wiped with cloths and the carpeted floor was cleaned with a commercial vacuum cleaner. Minor disturbance of plaster in contact with the perimeter of the light fixtures occurred during the cleaning operation.

### Fixture Maintenance 3 (Simulation 6)

Two ceiling fans and connecting surface-mounted raceways on an acoustical plaster ceiling containing asbestos were removed and then reinstalled. New holes were drilled into the ceiling plaster to reinstall the raceways. Two pendant-mounted fluorescent light fixtures were partially disassembled to inspect the ceiling anchoring system and then reassembled. Ladders and other pieces of equipment were then cleaned with dry cloths and the vinyl tile floor was swept with a broom. The drilling and fan-moving operations disturbed the plaster, and the light fixture operation may have caused minor contact with the plaster.

### Plaster Repair (Simulation 7)

A water-damaged area of asbestos-containing acoustical ceiling plaster (approximately 6 square feet in size) was removed and replastered with asbestos-free material. Removed plaster fell to the floor and was cleaned up with dustpans; ladders and pieces of equipment were cleaned with dry cloths and the entire vinyl tile floor was swept with a broom.

### Carpet Removal (Simulation 8)

As a second part of simulation 5, the vacuumed carpet under the lights that had been cleaned was removed. The carpet was cut into eight sections and each section was

rolled up and taped. The total amount of carpet approximated 480 square feet. This operation caused no disturbance of the in-place ACM.

### Work Site Preparation

The work sites (rooms, offices, corridors) were prepared for the experiments by covering the doors and wall penetrations with 6-mil polyethylene plastic sheets and duct tape. At a few sites, cracks and openings around wall penetrations were sealed with expandable foam. The HVAC systems were shut down and supply diffusers and return grills were covered with plastic. A three-chamber decontamination facility for personnel and equipment was constructed at one entry to each work site. Where floors were covered with vinyl asbestos tile, the entire floor was cleaned with a HEPA-filtered vacuum cleaner so that any surface dust contaminated with asbestos derived from the tile would not contribute to airborne asbestos measured during the simulation and thus confound the interpretation.

### Equipment and Data Collection Methods

Air sampling equipment used during the simulations included high flow sampling pumps (Dawson Associates, Inc., Tucker, Georgia) and personal sampling pumps (Mine Safety Appliance Company, Pittsburgh, Pennsylvania). Sampling pump calibrations were performed on site using a Mini-Buck™ automated soap bubble calibrator. The sampling media consisted of 0.45-$\mu$m pore size mixed cellulose ester filters housed in 25-mm sampling cassettes. Other equipment used during the study included various brands of HEPA vacuum cleaners, various brands of HEPA air filtration units with nominal flow rates of approximately 2000 cubic feet per minute (cfm), various brands of commercial vacuum cleaners, and various brands and types of personal respirators and protective clothing.

**TABLE II. Results for Simulation 1 (Moving Walls)**

| | | Area Samples (TEM) | | | |
|---|---|---|---|---|---|
| | | All Structures (s/ml) | | Structures >5 $\mu$m (s/ml) | |
| | No. Samples | AM (SD) | GM | AM (SD) | GM |
| Before | 5 | 0.05 (0.05) | 0.02 | 0.00 (0.00) | 0.00 |
| During | 6 | 73.3 (27.1) | 69.0 | 4.50 (2.70) | 3.88 |
| After | 4 | 5.81 (2.39) | 5.29 | 0.21 (0.14) | 0.17 |

| | | Personal Samples | | | | |
|---|---|---|---|---|---|---|
| | | | | TEM (s/ml) | | |
| | | PCM (f/ml) | | All Structures | | Structures >5 $\mu$m |
| | No. Samples | AM (SD) | GM | AM (SD) | GM | AM (SD) | GM |
| During | 2 (PCM)*- 4 (TEM) | 0.24 (0.06) | 0.23 | 151 (165) | 71.6 | 2.43 (3.52) | 1.04 |

*Two personal samples were too heavily loaded to analyze by PCM (NIOSH 7400).
AM = arithmetic mean, SD = arithmetic standard deviation, GM = geometric mean.

**TABLE III. Results for Simulation 2 (Moving Walls Cleaning)**

| | | Area Samples (TEM) | | | |
|---|---|---|---|---|---|
| | | All Structures (s/ml) | | Structures >5 $\mu$m (s/ml) | |
| | No. Samples | AM (SD) | GM | AM (SD) | GM |
| Before | 5 | 0.26 (0.22) | 0.10 | 0.01 (0.02) | 0.00 |
| During | 5 | 330 (173) | 298 | 15.6 (14.9) | 2.61 |
| After | 5 | 31.8 (12.3) | 29.7 | 1.52 (0.73) | 1.35 |

| | | Personal Samples | | | | |
|---|---|---|---|---|---|---|
| | | | | TEM (s/ml) | | |
| | | PCM (f/ml) | | All Structures | | Structures >5 $\mu$m |
| | No. Samples | AM (SD) | GM | AM (SD) | GM | AM (SD) | GM |
| During | 2 (PCM)*- 3 (TEM) | 0.66 (0.38) | 0.60 | 344 (361) | 237 | 12.3 (11.2) | 7.06 |

*One personal sample was too heavily loaded to analyze by PCM (NIOSH 7400).
AM = arithmetic mean, SD = arithmetic standard deviation, GM = geometric mean.

Pumps were calibrated before and after each experiment. High flow pumps were placed at various locations both inside and outside each work site. Personal pumps were placed on selected workers. Air flow rates were 5 to 10 liters per minute (L/min) for the high flow pumps, and 1.5 to 2.5 L/min for the personal pumps. All cassettes were taped closed and transported by hand to the laboratories for analysis.

### Asbestos Analysis

Five area samples were selected for analysis from each experiment phase. Where more than five were collected, a random subset was selected for analysis. All personal samples were analyzed. Each of the selected area samples was analyzed by TEM and each personal sample was analyzed by both TEM and PCM. Since filters in some of the experiments were heavily loaded, they had to be prepared for analysis by TEM using an indirect rather than a direct technique. Indirect preparation has a number of advantages over direct preparation that make it particularly useful for experimental studies.[9-11] Indirect sample preparation includes filter ashing to remove organic materials, followed by water suspension, sonification to mix the ashed material, and refiltering. Suspension, sonification, and refiltering allow for dilution of the sample as needed and more even distribution of fibers for TEM viewing, both of which improve the reliability of fiber counting. Because of these advantages, and to maintain consistency across studies, all analyses of samples were conducted using an indirect TEM preparation regardless of filter loading. On the other hand, results produced using an indirect preparation are not quantitatively comparable to those based on direct sample preparation, as discussed in the Discussion section.

The indirect method of sample preparation and microscope counting rules as described in the Yamate method,

**TABLE IV. Results for Simulation 3 (Tile Replacement)**

| | Area Samples (TEM) | | | | |
|---|---|---|---|---|---|
| | No. Samples | All Structures (s/ml) | | Structures >5 $\mu$m (s/ml) | |
| | | AM (SD) | GM | AM (SD) | GM |
| Before | 5 | 0.05 (0.03) | 0.03 | 0.00 (0.01) | 0.00 |
| During | 5 | 15.2 (4.43) | 14.7 | 0.65 (0.32) | 0.58 |
| After | 5 | 7.68 (3.84) | 11.2 | 0.43 (0.26) | 0.34 |
| Cleaning | 5 | 22.6 (1.67) | 22.4 | 1.16 (0.70) | 1.04 |

| | Personal Samples | | | | | |
|---|---|---|---|---|---|---|
| | | | | TEM (s/ml) | | |
| | No. Samples | PCM (f/ml) | | All Structures | | Structures >5 $\mu$m |
| | | AM (SD) | GM | AM (SD) | GM | AM (SD) GM |
| During | 2 | 0.12 (0.04) | 0.11 | 23.0 (1.41) | 22.5 | 1.10 (0.69) 0.98 |
| Cleaning | 2 | 0.47 (0.09) | 0.46 | 57.4 (1.98) | 57.4 | 1.43 (0.73) 1.33 |

AM = arithmetic mean, SD = arithmetic standard deviation, GM = geometric mean.

level II[12] were employed. Either one-fourth or one-eighth of each filter (depending on the degree of dust loading) was ashed in a plasma asher. The ashed material was then suspended in distilled water, sonicated, refiltered, and mounted for TEM examination using the Jaffe-Wick method. Except for simulations 5 and 8, all asbestos structures that could be resolved were reported; only structures longer than 0.5 $\mu$m were counted in simulations 5 and 8. For PCM analyses, NIOSH Method 7400 was used with the "A" counting rules.[13]

**Statistical Analysis**

Where two or more consecutive samples were collected at the same location during a given sampling period, a time-weighted average was calculated so that all measurements of airborne asbestos concentrations are based on equivalent time periods. Statistical analyses were applied to the logarithm (base 10) of the measured concentrations. The log transformation tends to equalize variances and permit the use of standard statistical tests that would otherwise be inappropriate. Previous studies of air pollution data have demonstrated that air pollution data tend to be lognormally distributed.[14]

The effect of "experiment phase" as a variable was tested with a standard one-way analysis of variance, and pairwise comparisons between the geometric means for individual phases were performed using the Scheffé test.[15] Results are expressed as p values. The smaller the p value, the stronger the evidence for a difference between the phases being compared. P values less than 0.05 are usually regarded as statistically significant. Geometric as opposed to arithmetic means are the appropriate quantities to use in these comparisons when the distributions are lognormal and the coefficients of variation are approximately equal.

## Results

The results of the eight experiments are shown in Tables II through IX. Concentrations of airborne asbestos for the various phases of each experiment are expressed as arithmetic means and standard deviations and geometric means based on TEM results for area samples. These statistics are provided for (1) all asbestos structures counted and (2) only structures longer than 5 $\mu$m. Also shown are arithmetic means and standard deviations and geometric means for personal samples from the during and cleaning phases as analyzed by TEM and PCM.

Table X summarizes the comparisons in concentrations of airborne asbestos (area samples, TEM analyses, all structures) between selected phases (during or cleaning versus before) for all experiments and indicates the statistical significance of each comparison (p value). As indicated, all comparisons are significant at the $p = 0.05$ levels except for simulation 6. Similar comparisons using concentration ratios for structures greater than 5 $\mu$m in length are not possible since, with one exception (simulation 8), the before concentration is zero. Viewed in absolute rather than relative terms, increases in asbestos concentrations of structures longer than 5 $\mu$m for the during phase average 1.50 s/ml across all experiments and are significantly different from the before phase for all except simulation 6.

Field banks revealed essentially no contamination; 28 of 29 blanks had no detectable asbestos and only one structure was detected on the remaining blank. A subset of samples for each experiment was selected for replicate analysis by a second laboratory. A stratified random set of samples was chosen; that is, three categories of samples were identified (low, medium, and high concentrations) and individual samples were selected on a random basis within each category.

**TABLE V. Results for Simulation 4 (Fixture Maintenance 1)**

| | Area Samples (TEM) | | | | |
|---|---|---|---|---|---|
| | No. Samples | All Structures (s/ml) | | Structures >5 $\mu$m (s/ml) | |
| | | AM (SD) | GM | AM (SD) | GM |
| Before | 5 | 0.10 (0.10) | 0.05 | 0.00 (0.00) | 0.00 |
| During | 5 | 6.56 (2.67) | 16.12 | 0.54 (0.23) | 0.49 |
| After | 5 | 2.10 (0.56) | 2.05 | 0.17 (0.10) | 0.14 |
| Cleaning | 5 | 21.4 (14.5) | 17.6 | 1.14 (0.51) | 0.92 |

| | Personal Samples | | | | | |
|---|---|---|---|---|---|---|
| | | | | TEM (s/ml) | | |
| | No. Samples | PCM (f/ml) | | All Structures | | Structures >5 $\mu$m |
| | | AM (SD) | GM | AM (SD) | GM | AM (SD) GM |
| During | 3 | 0.09 (0.05) | 0.08 | 11.2 (10.2) | 5.63 | 0.40 (0.35) 0.09 |
| Cleaning | 2 | 0.13 (0.02) | 0.12 | 26.0 (7.07) | 0.85 | 0.85 (0.09) 0.84 |

AM = arithmetic mean, SD = arithmetic standard deviation, GM = geometric mean.

**TABLE VI. Results for Simulation 5 (Fixture Maintenance 2)**

| | | Area Samples (TEM) | | | |
|---|---|---|---|---|---|
| | No. Samples | All Structures (s/ml) | | Structures > 5 μm (s/ml) | |
| | | AM (SD) | GM | AM (SD) | GM |
| Before | 5 | 0.00 (0.00) | 0.00 | 0.00 (0.00) | 0.00 |
| During | 5 | 10.3 (5.59) | 9.38 | 3.08 (1.48) | 2.85 |

| | | Personal Samples | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | TEM (s/ml) | | | |
| | No. Samples | PCM (f/ml) | | All Structures | | Structures > 5 μm | |
| | | AM (SD) | GM | AM (SD) | GM | AM (SD) | GM |
| During | 2 | 0.25 (0.03) | 0.25 | 18.5 (9.19) | 17.3 | 4.95 (3.60) | 4.24 |

AM = arithmetic mean, SD = arithmetic standard deviation, GM = geometric mean.

**TABLE VIII. Results for Simulation 7 (Plaster Repair)**

| | | Area Samples (TEM) | | | |
|---|---|---|---|---|---|
| | No. Samples | All Structures (s/ml) | | Structures > 5 μm (s/ml) | |
| | | AM (SD) | GM | AM (SD) | GM |
| Before | 6 | 0.04 (0.04) | 0.01 | 0.00 (0.00) | 0.00 |
| During | 5 | 19.8 (15.1) | 13.9 | 1.52 (1.23) | 1.10 |
| After | 6 | 0.10 (0.08) | 0.04 | 0.01 (0.02) | 0.00 |

| | | Personal Samples | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | TEM (s/ml) | | | |
| | No. Samples | PCM (f/ml) | | All Structures | | Structures > 5 μm | |
| | | AM (SD) | GM | AM (SD) | GM | AM (SD) | GM |
| During | 2 | 0.34 (0.11) | 0.33 | 33.2 (1.41) | 33.2 | 1.13 (0.08) | 1.12 |

AM = arithmetic mean, SD = arithmetic standard deviation, GM = geometric mean.

Results of the interlaboratory comparisons are shown in Table XI. Although differences in measured concentrations of airborne asbestos between the two laboratories were substantial for some experiments, the correlations were consistently high for all. This means that the differences were systematic rather than random and that the conclusions (although not the quantitative results) for each experiment would have been the same regardless of which laboratory analyzed the samples.

## Discussion

The results from this set of eight experiments demonstrate that a variety of typical custodial, maintenance, and remodeling tasks can significantly raise levels of airborne asbestos, as measured by TEM analysis of area and personal

**TABLE VII. Results for Simulation 6 (Fixture Maintenance 3)**

| | | Area Samples (TEM) | | | |
|---|---|---|---|---|---|
| | No. Samples | All Structures (s/ml) | | Structures > 5 μm (s/ml) | |
| | | AM (SD) | GM | AM (SD) | GM |
| Before | 5 | 0.03 (0.05) | 0.01 | 0.01 (0.02) | 0.00 |
| During | 6 | 0.66 (0.69) | 0.25 | 0.07 (0.08) | 0.02 |
| After | 5 | 0.06 (0.12) | 0.01 | 0.00 (0.00) | 0.00 |

| | | Personal Samples | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | TEM (s/ml) | | | |
| | No. Samples | PCM (f/ml) | | All Structures | | Structures > 5 μm | |
| | | AM (SD) | GM | AM (SD) | GM | AM (SD) | GM |
| During | 4 | 0.01 (0.01) | 0.00 | 1.01 (0.85) | 0.26 | 0.00 (0.00) | 0.000 |

AM = arithmetic mean, SD = arithmetic standard deviation, GM = geometric mean.

samples. The sources of the asbestos were the in-place ACMs, and we suspect that reentrainment of asbestos from dust and debris derived from the in-place fireproofing and plaster was often the primary mechanism by which asbestos became airborne. Simulations 1 and 3 involved movement of ceiling tile on which some dust and debris was visible. Simulations 2 and 5 were essentially cleaning experiments where the primary source of asbestos was dust and to a lesser extent debris, and the only source of asbestos during the carpet removal activity (simulation 8) was the asbestos dust and particles imbedded in the carpet. Work-site cleanup was an aspect of all experiments. In fact, for the two experiments where cleanup was separated from the O&M task itself (simulations 3 and 4), work-site cleanup generated higher asbestos concentrations than the ceiling tile replacement and light fixture maintenance.

Results of personal samples were, in the main, higher than those for area samples. In addition, asbestos concentrations measured by TEM for personal samples were substantially higher than fiber concentrations recorded by PCM. This indicates that most of the measured asbestos structures are thinner than the resolution limit of PCM (about 0.2 μm) or shorter than those fibers counted according to NIOSH Method 7400 (5 μm). An examination of the TEM results in Tables II through IX reveals that about 5 percent of all structures counted are longer than 5 μm, except for simulations 5 and 8 (conducted in the same building), where about 26 percent of all structures are longer than 5 μm. This difference in percentage is due at least in part to the fact that only structures longer than 0.5 μm were counted in simulations 5 and 8. (Simulations 5 and 8 were conducted in the most recent study; a threshold of 0.5 μm was employed based on some evidence that structures shorter than 0.5 μm are difficult to count reliably).

The use of an indirect sample preparation method for TEM analysis also may have contributed to differences be-

**TABLE IX. Results for Simulation 8 (Carpet Removal)**

| | | Area Samples (TEM) | | | |
|---|---|---|---|---|---|
| | No. Samples | All Structures (s/ml) | | Structures > 5 $\mu$m (s/ml) | |
| | | AM (SD) | GM | AM (SD) | GM |
| Before | 5 | 0.06 (0.03) | 0.06 | 0.01 (0.01) | 0.01 |
| During | 5 | 10.0 (12.1) | 3.86 | 2.35 (2.03) | 1.54 |

| | | Personal Samples | | | | | |
|---|---|---|---|---|---|---|---|
| | | PCM (f/ml) | | TEM (s/ml) | | | |
| | No. Samples | | | All Structures | | Structures > 5 $\mu$m | |
| | | AM (SD) | GM | AM (SD) | GM | AM (SD) | GM |
| During | 2 | 0.23 (0.04) | 0.22 | 12.1 (8.4) | 10.5 | 0.90 (1.27) | 0.06 |

AM = arithmetic mean, SD = arithmetic standard deviation, GM = geometric mean.

tween PCM and TEM results. The indirect method used here involves sonicating liquid suspensions of filtered material to ensure well-mixed samples; sonification may dissociate bundles and clusters of asbestos fibers and disassemble matrices of asbestos fibers and nonasbestos materials, thus increasing the number of "asbestos structures" counted.[11] When compared to TEM measurements of directly prepared samples, an indirect method also eliminates problems of undercounting due to obfuscation of fibers, thus producing relatively higher counts. This is particularly important for heavily loaded fibers such as those obtained in many of the simulations reported here.[11]

**TABLE X. Summary of Comparisons in Asbestos Concentrations (TEM Analysis, All Structures)\* Among Phases**

| Simulation | Phase comparison | Ratio of Geometric Means | Statistical Significance (p) |
|---|---|---|---|
| 1 (Moving walls) | During versus before | 4311 | <0.00005 |
| 2 (Cleaning) | During versus before | 3076 | <0.00005 |
| 3 (Tile replacement) | During versus before | 490 | <0.00005 |
| | Cleaning versus before | 747 | <0.00005 |
| 4 (Fixture maintenance 1) | During versus before | 125 | <0.00005 |
| | Cleaning versus before | 412 | <0.00005 |
| 5 (Fixture maintenance 2) | During versus before | 9380 | <0.00005 |
| 6 (Fixture maintenance 3) | During versus before | 36 | 0.3339 |
| 7 (Plaster repair) | During versus before | 1390 | 0.0002 |
| 8 (Carpet removal) | During versus before | 70 | 0.0006 |

\*All structures for simulations 1, 2, 3, 4, 6, and 7; structures longer than 0.5 $\mu$m for simulations 5 and 8.

The current OSHA exposure standards are based on PCM measurements using NIOSH Method 7400 (or its equivalent). However, PCM is neither specific for asbestos nor sensitive enough to detect very thin fibers. TEM with appropriate chemical and crystal analytic capabilities is both specific for asbestos and sensitive to the thinnest fibers, and thus provides more and better information on airborne asbestos. Since the purpose of the experiments reported here is to establish baselines against which asbestos O&M programs can be measured, TEM is the method of choice. The PCM results do serve to demonstrate that concentrations of airborne fibers during several of the simulations would have approached or exceeded the OSHA permissible exposure level for asbestos if the work had been conducted for a full 8 hours or measured concentrations had persisted for 8 hours and workers had remained in the work site. Actual worker exposures over an 8-hour period would depend on the type, duration, and mix of O&M tasks conducted by workers in the field.

The operating status of the HVAC systems also influenced the results. If the systems had been operating, the observed work-site concentrations of airborne asbestos would likely have been lower, although increased concentrations outside the work site also would have been likely. However, maintenance work of this type simulated here is often done after hours when HVAC systems are, in fact, shut down.

Based on both the TEM and PCM results, custodial and maintenance workers, as well as those in the carpentry, plumbing, electrical, and HVAC trades who work in buildings with ACM, are well advised to wear respirators and to use special work practices designed to reduce fiber release and resuspension. Particular attention should be paid to the cleanup part of each task. The persistence of high asbestos levels during the simulations suggests that work areas should be isolated from the rest of the building and the air cleaned with air filtration units before the areas are reoccu-

**TABLE XI. Interlaboratory Comparisons**

| Simulation[A] | Number of QC Samples | Slope[B] | Correlation[C] | Laboratories[D] | |
|---|---|---|---|---|---|
| | | | | Primary | Secondary |
| 1 | 6 | 2.59 | 0.99 | MAS | MVA |
| 2 | 6 | 0.63 | >0.99 | MAS | MVA |
| 3 | 8 | 0.82 | 0.79 | MVA | MAS |
| 4 | 8 | 0.82 | 0.79 | MVA | MAS |
| 5 | 5 | 0.70 | 0.85 | HEL | MVA |
| 6 | 8 | 0.44 | >0.99 | MVA | MAS |
| 7 | 8 | 0.44 | >0.99 | MVA | MAS |
| 8 | 5 | 0.70 | 0.85 | HEL | MVA |

[A] Simulations 3 and 4 were combined and simulations 5 and 8 were combined for purposes of interlaboratory comparison
[B] a in the equation $x = ay + b$, where x is the concentration reported by the secondary laboratory and y is the concentration for the same samples reported by the primary laboratory.
[C] The correlation coefficient (r) for the above equation.
[D] MVA = MVA, Inc.; MAS = Materials Analytical Services, Inc.; HEL = Hygeia Environmental Labs, Inc.

pied, unless use of wet methods and good work practices can greatly reduce concentrations of airborne asbestos. To determine the effectiveness of asbestos O&M programs, air samples should be collected during similar custodial and maintenance tasks (but using methods designed to minimize ACM disturbance) and analyzed by TEM. If these measurements are to be compared with the baselines reported here, an indirect sample preparation should be used.

## Acknowledgments

This work was supported in part by Cullen Center, Inc. (Houston, TX), Commerce Center Building Partnership (Lansing, MI), St. Louis Archdiocese (St. Louis, MO), Dies, Dies and Henderson (Orange, TX), and the West Virginia State Attorney General's Office (Charleston, WV). The authors exercised full control over the design and execution of the studies and the interpretation and reporting of study results.

## References

1. U.S. Environmental Protection Agency: Guidance for Controlling Asbestos-Containing Materials in Buildings. USEPA Pub. No. 560/5-85-024. US EPA, Washington, DC (1985).
2. U.S. Environmental Protection Agency: Managing Asbestos in Place, A Building Owner's Guide to Operations and Maintenance Programs for Asbestos-Containing Materials. USEPA Pub. No. 20T-2003. US EPA, Washington, DC (1990).
3. Paik, N.W.; Walcott, R.J.; Brogan, P.A.: Worker Exposure to Asbestos During Removal of Sprayed Material and Renovation Activity in Buildings Containing Sprayed Material. Am. Ind. Hyg. Assoc. J. 44(6):428–432 (1983).
4. Hamilton, D.J.: Asbestos Insulation in South Australian Buildings: Hazard Assessment and Control Experience. South Australian Health Commission, Canberra, Australia (1980).
5. Keyes, D.L.; Chesson, J.; Ewing, W.M.; et al.: Exposure to Airborne Asbestos Associated with Simulated Cable Installation Above a Suspended Ceiling. Am. Ind. Hyg. Assoc. J. 52(11):479–484 (1990).
6. Ewing, W.; Chesson, J.; Dawson, T.; et al.: Asbestos Exposure During and Following Cable Installation in the Vicinity of Fireproofing. Environ. Choices—Tech. Supp. 1(2):12–18 (1993).
7. Keyes, D.L.; Chesson, J.; Hatfield, R.; et al.: Re-entrainment of Asbestos From Dust in a Building with Acoustical Plaster. Environ. Choices—Tech. Supp. 1(1):6–11 (1992).
8. Sawyer, R.W.: Asbestos Exposure in a Yale Building. Environ. Res. 13:146–169 (1977).
9. Sebastian, P.: Direct or Indirect Transmission Microscope Methods for Measuring Asbestos Air Pollution in the Environment. Paper Presented at Am. Ind. Hyg. Assoc. Conf., Orlando FL (1990).
10. Chatfield, E.J.: Asbestos Measurements in Workplaces and Ambient Atmospheres. In: Electron Microscopy in Forensic Occupational and Environmental Health Sciences. S. Basu and J.R. Millette, Eds. Plenum Publishing Corporation, New York (1986).
11. U.S. Environmental Protection Agency: Comparison of Airborne Asbestos Levels Determined by Transmission Electron Microscopy (TEM) Using Direct and Indirect Transfer Techniques. USEPA Pub. No. EPA 560/5-89-004. USEPA, Washington, DC (1990).
12. Yamate, G.; Agarwal, S.C.; Gibbons, R.D.: Methodology for the Measurement of Airborne Asbestos by Electron Microscopy. IIT Research Institute, Chicago, IL. Draft Report to USEPA, Office of Research and Development, Research Triangle Park, NC (1984).
13. National Institute of Occupational Safety and Health: NIOSH 7400 Method Protocol. NIOSH, Washington, DC (1984).
14. Gilbert, R.O.: Statistical Methods for Environmental Pollution Monitoring, p. 152. Van Nostrand Reinhold, New York (1987).
15. Miller, R.G.: Simultaneous Statistical Inference. Springer-Verlag, New York (1981).