IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 11th day of January, 2007, I did cause to be served true and correct copies of the foregoing **CLAIMANTS REPRESENTED BY THE LAW FIRM OF DIES & HILE, L.L.P.'s SUBMISSION OF SUPPLEMENTAL EXPERT REPORT OF JAMES R. MILLETTE, PH.D. REGARDING THE SCHEDULE FOR THE ADJUDICATION OF LACK OF HAZARD ISSUES, AS DESCRIBED IN THE 15TH OMNIBUS OBJECTIONS** on the parties listed on the attached service list as indicated thereon.

DATED: January 11, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:         loizides@loizides.com

070111131718.doc

**SERVICE LIST**

**VIA FACSIMILE AND FIRST CLASS MAIL**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 No. Market Street, 17th Floor
Wilmington, DE 19801
*Fax:    (302) 652-4400*

Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801
*Fax:    (302) 552-4295*

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
*Fax:    (302) 426-9947*

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
*Fax:    (302) 657-4901*

David M. Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE 19801
*Fax:    (302) 573-6497*

Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899-1351
*Fax:    (302) 575-1714*

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
*Fax:    (302) 655 4210*

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Fax:   (312) 861-2200*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
*Fax:   (212) 806-1230*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
*Fax:   (212) 644-6755*

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
*Fax:   (202) 429-3301*

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
*Fax:   (212) 715-8000*

Roger Frankel, Esquire
Richard H. Wyron, Esquire
The Washington Harbour
Orrick Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, DC 20007-5135
*Fax:   (202) 339-8500*

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336
*Fax:   (305) 374-7593*