IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

DECLARATION OF ARMAND J. VOLTA, JR. IN SUPPORT OF THE LAW OFFICES OF
PETER G. ANGELOS, P.C.'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE
W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

1.      My name is Armand J. Volta, Jr. I am at attorney in good standing,

having been licensed to practice law in Maryland in 1980, in the District of

Columbia in 1989, and in New York in 2000. In 1989, I was admitted to the bar of

the United States District Court for the District of Maryland. I am an attorney

with The Law Offices of Peter G. Angelos, A Professional Corporation ('Angelos'). I

have personal knowledge of the matters set forth in this declaration, and such

matters are true.

2.      Angelos has and continues to represent thousands of personal injury

claimants with claims against the estate of W.R. Grace & Co. ('W.R. Grace'). My

responsibilities at Angelos include general oversight of claims processing against

W.R. Grace on behalf of clients of Angelos.

3.      Angelos will be supplementing questionnaires on behalf of around

5200 claimants. Angelos intends to provide these questionnaires in compliance with this Court's rulings, and has made a good faith effort to provide the questionnaires to Grace before the January 12, 2007 deadline. Angelos has already submitted additional materials to Rust Consulting in partial compliance with this Court's orders on the supplementation of questionnaires.

4.      Despite this effort, Angelos will be unable to complete this undertaking before the deadline. With 5200 questionnaires to supplement, it is a physical impossibility to finish the task before January 12, 2007. Attorneys and staff have been working six to seven days a week to comply with the Court's order and properly and accurately supplement the questionnaires. However, given this effort it is impossible to meet the January 12, 2007 deadline.

5.      Angelos will be able to complete supplementation of existing questionnaires and submission of new questionnaires with an additional 14 days. Angelos undertakes to exercise appropriate diligence to send completed questionnaires to Rust Consulting as quickly as reasonably possible and, in any event, before January 26, 2007.

I Declare Under Penalty of Perjury that the Foregoing is True and Correct.

Dated: January 11, 2007.

Armand J. Volta, Jr.

DECLARATION OF ARMAND J. VOLTA, JR. IN SUPPORT OF THE LAW OFFICES OF PETER G. ANGELOS, P.C.'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE – PAGE 2