IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**ORDER GRANTING THE LAW OFFICES OF PETER G. ANGELOS, P.C.'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE**

Upon the Motion of the Law Offices of Peter G. Angelos, P.C. ("Angelos"), for an Extension of Time to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (the "Motion"), the Court is of the opinion that such Motion should be granted and accordingly enters this order.

This Court FINDS that an extension of the deadline for Angelos to supplement or submit questionnaires on behalf of its clients is warranted.

It is therefore ORDERED that the deadline for Angelos to supplement or submit questionnaires is extended for a period of 14 days.

Dated: _____, 2007

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge