IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) <br> ) <br> W.R. Grace & Co., *et al.,* ) <br> ) <br> Debtors. ) <br> ) <br> ) | In Proceedings for a Reorganization under Chapter 11 <br><br> Case No. 01-01139-JKF <br> Re: DI 14079, 14149 <br> Objection deadline: February 9, 2007 <br> Hearing date: February 26, 2007, 2:00 p.m. |

**WISE & JULIAN, P.C.'S MOTION FOR EXTENSION OF TIME TO SUBMIT SUPPLEMENTAL QUESTIONNAIRE RESPONSE OF CLAIMANT JOHN BENNETT**

Wise & Julian, P.C. ("Movant"), on behalf of its client, asbestos personal injury claimant Mr. John Bennett, and by and through its counsel, Montgomery, McCracken, Walker & Rhoads, LLP ("MMWR"), hereby requests that the Court grant Mr. Bennett a brief extension of time as described below to submit Mr. Bennett's response to the Questionnaire. In support thereof, Movant states:

1. Responses to the Questionnaire will be timely submitted for all of the clients represented by Movant, with the exception of Mr. Bennett.

2. Movant timely completed the Questionnaire response for Mr. Bennett and mailed the response to him for his review, approval and signature. To date, Mr. Bennett has not returned the Questionnaire, and Movant has not been successful in reaching him.

3. Accordingly, Mr. Bennett's signed Questionnaire will not be delivered to Rust on or before the January 12, 2007 deadline.

4. Movant is competent and willing to sign the Questionnaire on Mr. Bennett's behalf.

2146360v1

- 2 -

5.  As of the time of the filing of this Motion, Movant was unable to reach Grace to discuss the requested extension of time with Grace. Movant files this Motion under compulsion of the deadline.

WHEREFORE, Movant respectfully requests: 1) that a duplicate original coded Questionnaire be provided to Movant on Mr. Bennett's behalf; 2) that the Court provide Movant with a two week extension, from time of receipt of the duplicate coded original Questionnaire, to remit to the completed and signed Questionnaire to Rust.

Dated: January 11, 2007                         MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

                                                By:     /s/ Noel C. Burnham
                                                        Noel C. Burnham, Esquire (DE 3483)
                                                        Natalie D. Ramsey, Esquire (PA only)
                                                        300 Delaware Avenue, Suite 750
                                                        Wilmington, DE 19801
                                                        (302) 504-7800
                                                        (302) 504-7820 (facsimile)

                                                        and

                                                        123 South Broad Street
                                                        Philadelphia, PA 19109
                                                        (215) 772-1500
                                                        (215) 772-7620 (facsimile)

                                                        Attorneys for Wise & Julian, P.C.

2146360v1