**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.,* | ) | Case No. 01-01139-JKF |
| | ) | Re:  Docket No. 14079, 14149 |
| Debtors. | ) | Objection deadline: Feb. 9, 2007 |
| | ) | Hearing date: Feb. 26, 2007, 2:00 p.m. |
| | ) | |

---

**NOTICE OF HEARING ON WISE & JULIAN, P.C.'S MOTION FOR EXTENSION OF TIME FOR CLAIMANT JOHN BENNETT TO SUMBIT QUESTIONNAIRE RESPONSE**

On January 11, 2007, Wise & Julian, P.C. ("Movant") filed its Motion for Extension of Time to for Claimant John Bennett to Submit Questionnaire Response (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

Objections or other responses to the relief requested in the Motion, if any, must be in writing and be filed with the Bankruptcy Court no later than **February 9, 2007**.

At the same time, you must also serve a copy of the objections or responses, if any, upon the counsel for the Movant: Noel Burnham, Esq., Montgomery McCracken, Walker & Rhoads, LLP, 300 Delaware Avenue, Suite 750, Wilmington, Delaware 19801, telephone (302) 504-7800, facsimile (302) 504-7820.

The Motion is scheduled to be heard on **February 26, 2007, at 2:00 p.m.** at the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801. All parties who wish to participate in the hearing are invited to attend in person or by telephone. Any party wishing to appear telephonically at a hearing must make arrangements with CourtCall by phone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. two business days prior to the hearing. All parties must provide CourtCall with the following information: (a) case name and number, (b) the name of the judge conducting the hearing, (c) the hearing date and time, (d) the participant's name, address, and telephone number, (e) the party whom the participant represents, and (f) the matter on which the participant wishes to be heard or whether the participant intends to monitor the proceedings in "listen-only" mode. Additionally, all parties participating via telephone, including those participating in "listen-only" mode, must send notification to the Debtors' Delaware counsel of (i) their intention to participate in the hearing, and (ii) the information set forth in (a) through (f) above. Such notice should be sent to Patricia Cuniff of Pachulski Stang Ziehl Young Jones & Weintraub LLP via email (pcuniff@pszyjw.com) or facsimile (302-652-4400). Attorneys must comply with District Court Local Rule 83.5 in order to schedule a telephonic appearance.

All documents filed with the Court (pleadings, transcripts, etc.) and copies of the Motion should be available for inspection (i) at the Office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, or (ii) at http://pacer.psc.uscourts.gov. NOTE: A PACER password is required to access documents on the Bankruptcy Court's website. A PACER password may be obtained online at the PACER website at http://pacer.psc.uscourts.gov.

2146364v1

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE

WITH THIS NOTICE, THE BANKRUPTCY COURT MAY AWARD THE RELIEF

REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING

Dated:  January 11, 2007                    MONTGOMERY, MCCRACKEN, WALKER &
                                            RHOADS, LLP


                                            By:  _____/s/ Noel C. Burnham_____
                                                 Noel C. Burnham, Esquire (DE 3483)
                                                 Natalie D. Ramsey, Esquire (PA only)
                                                 300 Delaware Avenue, Suite 750
                                                 Wilmington, DE 19801
                                                 (302) 504-7800
                                                 (302) 504-7820 (facsimile)

                                                 and

                                                 123 South Broad Street
                                                 Philadelphia, PA 19109
                                                 (215) 772-1500
                                                 (215) 772-7620 (facsimile)

                                                 Attorneys for Wise & Julian, P.C.

2146364v1