IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139-JKF |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING WISE & JULIAN, P.C.'S MOTION FOR EXTENSION OF TIME FOR CLAIMANT JOHN BENNETT TO SUBMIT QUESTIONNAIRE RESPONSE**

Upon the Motion of Wise & Julian, P.C. ("Movant"), For Extension of Time for Claimant John Bennett to submit Questionnaire Response, cause appearing for the relief sought in the Motion, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that Debtor shall cause a duplicate coded Questionnaire for Mr. Bennett to be provided to Movant at the earliest possible date; and it is further

ORDERED that Movant and/or Mr. Bennett shall have two weeks from receipt of such duplicate Questionnaire to remit the Questionnaire to Rust Consulting.

Dated: _____, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

2146363v1