## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| _____ | |
| In Re:                                    ) | In Proceedings for a Reorganization under |
|                                           ) | Chapter 11 |
| W.R. Grace & Co., *et al.,*               ) | |
|                                           ) | Case No. 01-01139-JKF |
|             Debtors.                      ) | Re:  Docket No. 14079, 14149 |
|                                           ) | Objection deadline: Feb. 9, 2007 |
|                                           ) | Hearing date: Feb. 26, 2007, 2:00 p.m. |
| _____  ) | |

### EARLY, LUDWIG, SWEENEY & STRAUSS, LLC'S MOTION FOR EXTENSION OF TIME FOR CERTAIN OF ITS CLIENTS/CLAIMANTS TO SUPPLEMENT RESPONSES TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

Early, Ludwig, Sweeney & Strauss ("Movant"), on behalf of approximately 230 non-mesothelioma asbestos personal injury claimants, by and through its own counsel, MMWR, hereby respectfully requests that the Court grant it and such claimants a three-week extension of time to complete supplementation of responses to the W.R. Grace Asbestos Personal Injury Questionnaire.  In support thereof, Movant states:

1.      Movant has been working diligently to complete the process of supplementing Questionnaire responses for all of its clients with claims against the Debtor in accordance with this Court's Orders.

2.      Movant is a relatively small firm, and has (and has had) two employees working full time in this regard.  Completion of the Questionnaire has been time intensive.

3.      In particular, responding to the detailed requests related to non-Grace exposure typically requires reviewing voluminous deposition transcripts and interrogatories.  Pinpointing just one non-Grace exposure for one client can take several hours.

2146368v1

4.      In addition, the holiday season closely followed the Court's December 22nd Orders.  Employee vacations and holiday observances interrupted Movant's efforts.

5.      Notwithstanding the foregoing, Movant has completed and will timely submit to Rust Consulting approximately 120 supplemental Questionnaire responses for its mesothelioma clients.

6.      Movant also represents approximately 230 claimants with non-mesothelioma cancers and asbestosis/pleural disease caused by exposure to the Debtor's asbestos and asbestos products.  Movant is not able to complete supplemental responses to the Questionnaire for these clients by January 12, 2007.

WHEREFORE, on behalf of approximately 230 personal injury asbestos claimants, Movant respectfully requests a three-week extension of the January 12th deadline to submit Questionnaire responses.

Dated:  January 11, 2007

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By:      /s/ Noel C. Burnham
Noel C. Burnham, Esquire (DE 3483)
Natalie D. Ramsey, Esquire (PA only)
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7800
(302) 504-7820 (facsimile)

and

123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500
(215) 772-7620 (facsimile)

Attorneys for Early, Ludwig,
Sweeney & Strauss, LLC

- 2 -