IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: ) | | In Proceedings for a Reorganization under Chapter 11 |
| ) | | |
| W.R. Grace & Co., *et al.,* ) | | Case No. 01-01139-JKF |
| ) | | |
| Debtors. ) | | |
| ) | | |
| ) | | |

### ORDER GRANTING EARLY, LUDWIG, SWEENEY & STRAUSS, LLC'S MOTION FOR EXTENSION OF TIME FOR CERTAIN OF ITS CLIENTS/CLAIMANTS TO SUPPLEMENT RESPONSES TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

Upon the Motion of Early, Ludwig, Sweeney & Strauss, LLC ("Movant"), For Extension of Time for Certain of its Clients/Claimants to Supplement Responses to the W.R. Grace Asbestos Personal Injury Questionnaire, cause appearing for the relief sought in the Motion, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that Movant is granted a three-week extension of time to supplement its responses to the W.R. Grace Asbestos Personal Injury Questionnaire. The supplemental responses for such Claimants is extended to and including February 2, 2007.

Dated: _____, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

2146369v1