# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 1, 2006 - NOVEMBER 30, 2006**

| MATTER | PROJECT CATEGORY | HOURS | TOTAL FEES |
|--------|------------------|-------|------------|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 158.8 | $    88,957.50 |
| 0013 | Business Operations | 0.5 | 337.50 |
| 0014 | Case Administration | 58.8 | 16,405.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 14.7 | 8,452.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders | 36.9 | 21,983.00 |
| 0018 | Fee Application, Applicant | 46.2 | 15,822.50 |
| 0019 | Creditor Inquiries | 6.2 | 4,142.50 |
| 0020 | Fee Application, Others | 7.4 | 2,502.50 |
| 0028 | Insurance | 12.6 | 7,397.50 |
| 0035 | Travel - Non Working | 12.0 | 7,540.00 |
| 0036 | Plan and Disclosure Statement | 11.4 | 7,312.50 |
| 0037 | Hearings | 17.4 | 11,555.00 |
| | | | |
| | Sub Total | 382.9 | $   192,408.00 |
| | Less 50% Travel | (0.6) | (3,770.00) |
| | Total | 382.3 | $   188,638.00 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | January 8, 2007 |
| INVOICE NO. | 398647 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through November 30, 2006, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2006 | Office conference KP re Navigant submission on December 1, 2006 (.1); attend to estimation related material (.9). | Krieger, A. | 1.0 |
| 11/01/2006 | Review email re transmittal of record on appeal of exclusivity order (.1); review of Lloyd's escrow agreement (.2); review of prior expert testimony (1.5). | Kruger, L. | 1.8 |
| 11/01/2006 | Attention to prior testimony of PI estimation experts. | Pasquale, K. | 4.5 |
| 11/02/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 1.2 |
| 11/02/2006 | Attend to material for conference call with Navigant re estimation issues (.6); conference call w/representatives of Navigant and KP and follow-up office conference KP re same (1.7); attend to COC re motion to compel (.2). | Krieger, A. | 2.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/02/2006 | Review prior testimony (.3); and conference call with K. Pasquale, A. Krieger and Navigant (.6). office conference with K. Pasquale re results of telephone conference with Navigent (.3). | Kruger, L. | 1.2 |
| 11/02/2006 | Preparation for and conference call with Navigant re PI estimation issues (2.0); telephone conference G. Becker re estimation (.2); emails K&E (.2); attention to prior testimony and PI documents (3.5). | Pasquale, K. | 5.9 |
| 11/03/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 2.0 |
| 11/03/2006 | Attend to memoranda re estimation-related meetings and conference calls (.2); memoranda to KP, LK re same (.1); review information from E. Liebenstein and office conference KP re same (.6). | Krieger, A. | 0.9 |
| 11/03/2006 | Review memo from A. Krieger re estimation meetings and conference calls schedule (.1). Office conference with K. Pasquale (.1). | Kruger, L. | 0.2 |
| 11/03/2006 | Telephone conferences and emails K&E re PI estimation and logistics (.4); emails Kramer Levin re same (.2); attention to PI estimation issues and experts (3.8). | Pasquale, K. | 4.4 |
| 11/06/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 3.6 |
| 11/06/2006 | Attend to estimation-related materials (1.6); memorandum to B. Harding, E. Liebenstein re 11/7/06 conference call re estimation schedule and subsequent exchange of e-mails with KP re same (.2). | Krieger, A. | 1.8 |
| 11/06/2006 | Attended to the WR Grace PI Estimation IPRO database. | Lollie, T. | 2.0 |
| 11/06/2006 | Attention to PI estimation issues, documents, | Pasquale, K. | 2.0 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1763014v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | prior testimony. | | |
| 11/07/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 3.0 |
| 11/07/2006 | Attend to estimation and plan related matters (1.6); office conferences KP re same (.3); attend to memorandum from Navigant (.1); attend to memoranda re x-ray protocol discussions (.1). | Krieger, A. | 2.1 |
| 11/07/2006 | Review plan estimation issues (.4); conference call with K. Pasquale, A. Krieger, Shelnitz re status (.3), office conference with K. Pasquale; A. Krieger re same (.2); review PI expert reports (.6). | Kruger, L. | 1.5 |
| 11/07/2006 | Retrieved images and loaded them into IPRO. | Lollie, T. | 2.0 |
| 11/07/2006 | Telephone conference B. Harding re PI issues (.1); emails re same (.3); email Navigant re same (.2); attention to PI expert issues, documents (2.5); attention to debtors' protective order motions re Anderson (.3). | Pasquale, K. | 3.4 |
| 11/08/2006 | Review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 5.6 |
| 11/08/2006 | Attend to ACC's motion to compel production of documents (1.6); memo to R. Wyron re request for brief in support of ACC's motion (.1). | Krieger, A. | 1.7 |
| 11/08/2006 | Review ACC motion to compel production by Grace (.7); review FCR joinder brief (.3). | Kruger, L. | 1.0 |
| 11/08/2006 | Imported images into IPRO. | Lollie, T. | 1.0 |
| 11/08/2006 | Attention to ACC's motion to compel documents from WRG (1.8); attention to FCR's joinder brief (.8); telephone conference B. Harding re depositions (.2); attention to PI estimation issues (2.5) | Pasquale, K. | 5.3 |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/09/2006 | Review of docs produced by debtors to ACC re- estimation issues. | Cutler, I. | 4.2 |
| 11/09/2006 | Attend to Debtors' motion for protective order against Anderson memorial (.3); attend to FCR motion to compel discovery (.9). | Krieger, A. | 1.2 |
| 11/09/2006 | Review ACC motion to compel Grace to produce documents. | Kruger, L. | 0.2 |
| 11/09/2006 | Imported files into IPRO. | Lollie, T. | 1.5 |
| 11/10/2006 | Prepare for and meeting with K. Pasquale; re: progress of document review. | Cutler, I. | 0.7 |
| 11/10/2006 | Attend to Debtors' motions to compel responses to the Questionnaire. | Krieger, A. | 1.6 |
| 11/10/2006 | Review debtor motion to compel questionnaire (.4); review quarterly fee issues and email from A. Krieger (.1). | Kruger, L. | 0.5 |
| 11/10/2006 | Attention to PI estimation expert issues (4.0); attention to debtors' PIQ brief re objections (.5); attention to debtors' motions to compel PIQ responses and PIQ exhibits attached thereto (1.5). | Pasquale, K. | 6.0 |
| 11/13/2006 | Drafted memo to K. Pasquale summarizing findings of review of documents produced by debtors to ACC re- estimation issues. | Cutler, I. | 2.3 |
| 11/13/2006 | Attend to expert reports. | Krieger, A. | 2.6 |
| 11/13/2006 | Review Capstone recovery analysis (.2); review debtors motion to obtain PIQ responses (.4); review expert reports (1.2). | Kruger, L. | 1.6 |
| 11/13/2006 | Attention to PI estimation expert issues (2.0); attention to debtors' brief re Rule 408 and Speights' reply to protective order motion (.6); attention to debtors' motions to compel PIQ | Pasquale, K. | 4.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | responses (Kelly & Ferraro, Moody, Foster & Sers Humphreys, Thornton, Cooney, Lipsitz, Goldberg) (2.2). | | |
| 11/14/2006 | Conference call with representatives for Debtors, Equity re expert reports and follow up office conference KP re same. | Krieger, A. | 0.6 |
| 11/14/2006 | Review A. Krieger memo re estimation related analysis (.2) conf call with debtors (.3). | Kruger, L. | 0.5 |
| 11/14/2006 | Conference call with debtors, equity committee re PI estimation (.6); attention to PI estimation expert issues (1.8). | Pasquale, K. | 2.4 |
| 11/15/2006 | Attend to Debtors' memorandum of points and authorities re Questionnaire process (.8); attend to memorandum re conference call to discuss the PI CMO schedule and current list of experts (.2). | Krieger, A. | 1.0 |
| 11/15/2006 | Review Navigent presentation to Committee re estimation (.8); review debtors memo re authorities re the Questionnaire (.4). | Kruger, L. | 1.2 |
| 11/15/2006 | Attention to Navigant's proposed presentation to Committee re PI estimation issues (1.0); attention to PI estimation issues and documents (1.8). | Pasquale, K. | 2.8 |
| 11/15/2006 | Reviewed pleadings in prep. for Segarra deposition. | Strauss, J. | 1.0 |
| 11/16/2006 | Attend to review of Navigant draft report in preparation for conference call with NCI (1.8); attend to Debtors' supplemental brief re Fed Rules Evid. 408; Anderson Memorial's brief in opposition to Debtors' position on F.R. Evid. 408, and parties opposing pleading re protective order (.8); attend to Debtors' motion to compel responses to PI Questionnaire (1.1); extended conference call with KP, representatives for Navigant re presentation to | Krieger, A. | 6.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | the Committee and expert issues (2.3); attend to Prudential's statement of issues and Record on Appeal (.1). | | |
| 11/16/2006 | Preparation for and conference call with Navigant re expert issues (3.0); attention to PI estimation issues (2.2). | Pasquale, K. | 5.2 |
| 11/16/2006 | Meeting with K. Pasquale re Segarra deposition and research on background materials for deposition. | Strauss, J. | 1.2 |
| 11/17/2006 | Attend to Debtors' designation of expert witnesses (.2); conference call Debtors and representatives for all parties re PI CMO schedule and expert witness reports and office conference LK re same (.6); attend to memorandum to KP re results of PI CMO scheduling conference call (.5); memorandum to M. Lyman re status of expert report filing schedule (.2). | Krieger, A. | 1.5 |
| 11/17/2006 | Preparation for and office conference with A. Krieger and call among professionals re expert report timeline (.6); call with M. Shelnitz re status and strategy (.3). | Kruger, L. | 0.9 |
| 11/17/2006 | Attention to PI estimation schedule and related issues (.4); attention to expert issues (.3). | Pasquale, K. | 0.7 |
| 11/19/2006 | Travel to Biloxi, MS for Dr. Segarra deposition; prep for Deposition. | Strauss, J. | 8.0 |
| 11/20/2006 | Office conference KP re expert reports discussion. | Krieger, A. | 0.1 |
| 11/20/2006 | Attention to debtors' responses to ACC/FCR request for admissions. | Pasquale, K. | 0.3 |
| 11/20/2006 | Attendance at deposition of Dr. Segarra. | Strauss, J. | 8.3 |
| 11/21/2006 | Attention to PI claims estimation issues. | Pasquale, K. | 2.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/22/2006 | Attend to Debtors' notice re x-ray protocol (.2); attend to review of National Union related pleadings for 11/27/06 argument (.3). | Krieger, A. | 0.5 |
| 11/24/2006 | Attend to pleadings for 11/27/06 hearing before Judge Fitzgerald re: National Union adversary. | Krieger, A. | 1.6 |
| 11/27/2006 | Attend to newly filed designations, responses with respect to PI Questionnaires. | Krieger, A. | 1.4 |
| 11/27/2006 | Review of expert reports, preparing for 11/28 meeting with various counsel and experts (1.1); review PI firms response to motion by debtors to compel PI (.4). | Kruger, L. | 1.5 |
| 11/27/2006 | Preparation for meeting with debtors, equity committee re PI estimation issues (1.5); attention to recently filed PD-related pleadings and expert designations (1.0); attention to PI firms' responses to debtors' motion to compel PIQ responses (1.0); attention to debtors' response to FCR motion to compel (.3); attention to pleadings re X-ray protocol (.5). | Pasquale, K. | 4.3 |
| 11/28/2006 | Attend meeting with representatives for Debtors and equity committee re estimation. | Krieger, A. | 3.0 |
| 11/28/2006 | Conference at K&E with A. Krieger, K. Pasquale, debtors and equity committee counsel and experts re strategy (2.2) and conference at K&E with counsel considering legal issues re estimation (.7). | Kruger, L. | 2.9 |
| 11/28/2006 | Meeting with debtors, equity re PI estimation issues (3.0); attention to issues raised at meeting (2.0); attention to ACC's response to P1Q brief (.6). | Pasquale, K. | 5.6 |
| 11/29/2006 | Conference call with representatives for all parties re December 5, 2006 hearing, x-ray protocol and modification to PI CMO schedule (.9); Attend to Court's order re Speights letter (.2); memo from J. Baer re additional PI | Krieger, A. | 1.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | hearing dates (.1). | | |
| 11/29/2006 | Conference call with all parties re December 5 agenda and related issues (.9); attention to estimation issues (1.0); attention to transcript of Segarra deposition (.5). | Pasquale, K. | 2.4 |
| 11/30/2006 | Telephone call with Shelnitz re status. | Kruger, L. | 0.3 |
| 11/30/2006 | Attention to recent pleadings filed re P1Qs, X-ray protocol. | Pasquale, K. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Cutler, Ilana | 22.6 | $ 250 | $ 5,650.00 |
| Krieger, Arlene G. | 32.4 | 575 | 18,630.00 |
| Kruger, Lewis | 15.3 | 825 | 12,622.50 |
| Lollie, Toya | 6.5 | 150 | 975.00 |
| Pasquale, Kenneth | 63.5 | 650 | 41,275.00 |
| Strauss, Joseph E. | 18.5 | 530 | 9,805.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 88,957.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 88,957.50 |
|-----------------------|-------------|

# STROOCK

| RE | Business Operations<br>699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/02/2006 | Review monthly operations report. | Kruger, L. | 0.2 |
| 11/07/2006 | Memorandum to S. Cunningham, J. Dolan re status of Project Spaghetti and Washcoat auction process (.2); attend to memorandum from J. Dolan re Projects Spaghetti, Cardinal and Gemini (.1). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 575 | $ 172.50 |
| Kruger, Lewis | 0.2 | 825 | 165.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 337.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 337.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1763014v1

# STROOCK

| RE | Case Administration 699843 0014 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2006 | Attend to draft response to Fee Auditor's initial report on SSL's 21st quarterly application (4.2); newly filed applications (.3). | Krieger, A. | 4.5 |
| 11/01/2006 | Review and update case docket no. 01-1139 (.4), retrieve and distribute recently filed pleadings in main case (.5), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.4 |
| 11/02/2006 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.9 |
| 11/02/2006 | Complete response to Fee Auditor and revise to reflect KP, LK comments. | Krieger, A. | 1.6 |
| 11/02/2006 | Review fee auditor's response. | Kruger, L. | 0.6 |
| 11/02/2006 | Review and update case docket no. 01-1139 (.4), retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.9 |
| 11/03/2006 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.4), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5), attention to retrieval of pleadings for attorney review (.3). | Mohamed, D. | 1.7 |
| 11/06/2006 | Attend to US Trustee's memorandum re inquiries on SSL's 21st quarterly fee application (.2); memorandum to EH re back-up information for US Trustee's comments (.1). | Krieger, A. | 0.3 |
| 11/06/2006 | Review and update case docket no. 01-1139 | Mohamed, D. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.5), retrieve and distribute recently filed pleadings in main case (.6), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5), review case file documents in preparation for central file supplementation (.7). | | |
| 11/07/2006 | Reviewed e-mail from A. Krieger and searched files to answer examiners questions. | Holzberg, E. | 1.9 |
| 11/07/2006 | Office conference D. Mohamed re Navigant time requested by the US Trustee (.1); office conference EH re expense backup sought by the US Trustee (.1); attend to meeting and conference call with KP re: scheduling memoranda (.2); attend to numerous newly filed pleadings (.3). | Krieger, A. | 0.7 |
| 11/07/2006 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (1.6), attention to retrieval of pleadings for attorney review (.6). | Mohamed, D. | 2.7 |
| 11/08/2006 | Reviewed 21st quarterly fee application for backup of expenses for A. Krieger to respond to examiners questions. | Holzberg, E. | 2.1 |
| 11/08/2006 | Exchanged memoranda with EH re back up information to address the US Trustee's inquiry. | Krieger, A. | 0.2 |
| 11/08/2006 | Review and update case docket no. 01-1139 (.4), retrieve and distribute recently filed pleadings in main case (.5), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-55083 (.5). | Mohamed, D. | 1.4 |
| 11/09/2006 | Attend to response to US Trustee's inquiry on SSL's 21st quarterly (3.1); attend to newly filed applications, notices (.3); exchanged memoranda with M. Lyman re US Trustee's inquiry on Navigant's time (.2). | Krieger, A. | 3.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/09/2006 | Review and update case docket no. 01-1139 (.4), retrieve and distribute recently filed pleadings in main case (.4). | Mohamed, D. | 0.8 |
| 11/10/2006 | Attend to response to US Trustee on SSL's 21st quarterly fee application (.8); telephone call M. Lyman re same (.2); exchanged memoranda with KP re same (.1); memorandum to LK re same (.1); memorandum to Ms. Williams (US Trustee's office) re responses to inquiry (.1). | Krieger, A. | 1.3 |
| 11/10/2006 | Review and update case docket no. 01-1139 (.4), retrieve and distribute recently filed pleadings in main case (.6), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.5 |
| 11/13/2006 | Attend to recently filed pleadings, applications, certifications. | Krieger, A. | 0.3 |
| 11/13/2006 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (2.2), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 3.2 |
| 11/14/2006 | Attend to newly filed applications, motions, certifications (.5); attend to scheduling of conference call re expert, and settlements (.3); office conferences EH, KP re court call arrangements (.1). | Krieger, A. | 0.9 |
| 11/14/2006 | Review and update case docket no. 01-1139 (.4), retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.9 |
| 11/15/2006 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (2.1). | Mohamed, D. | 2.6 |
| 11/16/2006 | Reviewed docket to update status. | Holzberg, E. | 0.9 |
| 11/17/2006 | Attend to newly filed applications. | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/20/2006 | Reviewed Legal Docket and updated document for distribution. | Holzberg, E. | 1.6 |
| 11/21/2006 | Reviewed legal docket and retrieved pleadings (1.2); updated status report (.8). | Holzberg, E. | 2.0 |
| 11/21/2006 | Exchanged memoranda with Debtors' representatives and LK, KP re 11/21/06 conference call (.2); attend to newly filed certifications (.2). | Krieger, A. | 0.4 |
| 11/21/2006 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed pleadings in main case (1.8). | Mohamed, D. | 2.4 |
| 11/22/2006 | Office conference EH re court call arrangements for 11/27/06 hearing (.1); memorandum to DM re pleadings for 11/27/06 hearings (.1). | Krieger, A. | 0.2 |
| 11/22/2006 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed pleadings in main case (1.0), review adversary proceeding case docket nos. 01-771 and 04-55083 (.3), retrieve and distribute recently filed pleading re: adversary proceeding no. 05-52724 (.2), attention to retrieval of certain pleadings regarding adversary proceeding case docket no. 02-1657 for attorney review (.7). | Mohamed, D. | 2.8 |
| 11/27/2006 | Attend to 11/28/06 meeting schedule. | Krieger, A. | 0.2 |
| 11/27/2006 | Review and update case docket no. 01-1139 (.8), retrieve and distribute recently filed pleadings in main case (1.6), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 2.9 |
| 11/28/2006 | Attend to newly filed applications. | Krieger, A. | 0.6 |
| 11/28/2006 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed | Mohamed, D. | 3.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (1.9), attention to retrieval of pleadings for attorney review (.7). | | |
| 11/29/2006 | Called Court Call for AGK to attend hearing on Tuesday telephonically. | Holzberg, E. | 0.2 |
| 11/29/2006 | Attend to newly filed certifications, applications. | Krieger, A. | 0.2 |
| 11/29/2006 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.6), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.6 |
| 11/30/2006 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 9.6 | $ 225 | $ 2,160.00 |
| Krieger, Arlene G. | 15.2 | 575 | 8,740.00 |
| Kruger, Lewis | 0.6 | 825 | 495.00 |
| Mohamed, David | 33.4 | 150 | 5,010.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,405.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 16,405.00 |
|---|---|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843 0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/10/2006 | Attend to proposed settlement with Zurich insurance and AIG insurance and underlying settlement related documentation. | Krieger, A. | 3.4 |
| 11/12/2006 | Attend to review of underlying settlement documentation and began to prepare memorandum to the Committee on proposed settlement. | Krieger, A. | 4.4 |
| 11/14/2006 | Attend to documentation re Debtors' proposed participation in AIG settlement fund. | Krieger, A. | 1.1 |
| 11/15/2006 | Attend to information request for Debtors and telephone call J. Baer re Zurich and AIG questions. | Krieger, A. | 0.9 |
| 11/16/2006 | Attend to Debtors' nineteenth omnibus claims objection (.1); attend to Debtors' objection to expunge or reduce and allow claims paid post-petition (.2). | Krieger, A. | 0.3 |
| 11/17/2006 | Telephone call J. Baer re Zurich and AIG Insurance matters and agreement to extend time for Committee to respond. | Krieger, A. | 0.1 |
| 11/21/2006 | Memorandum to J. Baer re AIG and Zurich settlement information and extension of time to respond to same (.1); attend to motions to disallow claims (.7). | Krieger, A. | 0.8 |
| 11/22/2006 | Telephone call Will Sparks re AIG and Zurich settlement. | Krieger, A. | 0.2 |
| 11/27/2006 | Attend to motion for leave re stipulation | Krieger, A. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | reinstating claim of R. Locke and referral to ADR (.1); memorandum to J. Baer re above (.2); telephone call L. Sinanyan re Locke related motion (.6). | | |
| 11/28/2006 | Telephone call W. Sparks re AIG and Zurich settlements (.6); exchange memorandum with L. Sinanyan re Locke matter (.1); attend to court's amended order shortening time to respond (.1); attend to memorandum to the Committee re AIG and Zurich settlements to reflect discussion with W. Sparks (1.8). | Krieger, A. | 2.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|-----------------|-------|------|-------|
| Krieger, Arlene G. | 14.7 | $ 575 | $ 8,452.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,452.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 8,452.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1763014v1

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2006 | Continued drafting memorandum summarizing Libby Claimants' expert reports for Committee. | Gutierrez, J. | 1.6 |
| 11/02/2006 | Exchanged memoranda with Committee member re 11/21/06 meeting. | Krieger, A. | 0.2 |
| 11/07/2006 | Conference call with debtors, professionals re status. | Pasquale, K. | 0.4 |
| 11/08/2006 | Office conferences KP re advice to Committee re plan related matters and attend to proposed memorandum thereon (.4); telephone call T. Maher re plan-related matters (.4); memorandum to the Committee re plan-related matters (.2); memorandum and telephone call S. Cunningham re plan-related matters (.3). | Krieger, A. | 1.3 |
| 11/10/2006 | Mtg. w/ K. Pasquale re: format of summaries of expert reports (0.2). Began summarizing expert reports filed by Asbestos Claimants Committee for Committee (1.3). | Gutierrez, J. | 1.5 |
| 11/13/2006 | Attend to memorandum to the Committee re proposed participation in Zurich US settlement fund. | Krieger, A. | 2.2 |
| 11/14/2006 | Attend to memorandum to the Committee re Zurich insurance settlement and AIG settlement. | Krieger, A. | 3.6 |
| 11/15/2006 | Review, revise memorandum re Zurich and AIG settlement funds (.8); attend to | Krieger, A. | 3.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum to the Committee re Lloyds settlement (.6); exchanged memoranda with M. Lyman re Navigant presentation (.2); attend to draft Committee presentation (1.0); attend to Committee meeting preparation (.4); office conference KP re proposed Navigant presentation to the Committee (.2). | | |
| 11/15/2006 | Review memo to Committee re Lloyds settlement. | Kruger, L. | 0.3 |
| 11/16/2006 | Office conference KP re 11/21/06 Committee meeting (.2); telephone call S. Cunningham, R. Frezza re 11/21/06 Committee meeting and agenda (.2). | Krieger, A. | 0.4 |
| 11/16/2006 | Conference call with Navigent (.6); review Navigent draft report (.4). | Kruger, L. | 1.0 |
| 11/17/2006 | Office conferences L. Kruger re Committee meeting (.3); telephone call S. Cunningham re agenda for Committee meeting(.2); exchanged memoranda with Committee member re 11/21/06 meeting schedule (.1). | Krieger, A. | 0.6 |
| 11/20/2006 | Attend to memorandum to the Committee re 11/21/06 Committee meeting (.1); exchanged memorandum and office conference KP re Committee meeting (.1); attend to material for Committee meeting (.6). | Krieger, A. | 0.8 |
| 11/20/2006 | Preparation for Committee meeting on 11/21. | Kruger, L. | 0.4 |
| 11/20/2006 | Preparation for 11/21 meeting with Committee. | Pasquale, K. | 1.8 |
| 11/21/2006 | Extended Committee meeting re presentation by Navigant re PI estimation, plan-related matters. | Krieger, A. | 3.0 |
| 11/21/2006 | Creditors Committee meeting with Navigent re: estimation presentation (3.2); Office conference with K. Pasquale, A. Krieger, E. Ordway and call with J. Baer and debtor re | Kruger, L. | 3.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | regular call with debtor and professionals re estimation, 11/20 court hearing, agenda for 12/5 and meeting on 11/28 (.5). | | |
| 11/21/2006 | Meeting with Committee, Navigant re: PI claims estimation (3.0); conference call with debtors, professionals re status (.5). | Pasquale, K. | 3.5 |
| 11/22/2006 | Memorandum re Debtors' proposed x-ray protocol. | Krieger, A. | 0.5 |
| 11/29/2006 | Finalize memorandum for the Committee (1.2); memorandum to T. Maher re Committee memorandum (.1). | Krieger, A. | 1.3 |
| 11/30/2006 | Continued drafting memorandum summarizing expert reports filed by the Asbestos Claimants Committee for Committee. | Gutierrez, J. | 1.5 |
| 11/30/2006 | Attend to memorandum to the Committee re Locke motion (4.0); exchanged memoranda with L. Sinanyan re insurance (.1). | Krieger, A. | 4.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Gutierrez, James S. | 4.6 | $ 355 | $ 1,633.00 |
| Krieger, Arlene G. | 21.2 | 575 | 12,190.00 |
| Kruger, Lewis | 5.4 | 825 | 4,455.00 |
| Pasquale, Kenneth | 5.7 | 650 | 3,705.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 21,983.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 21,983.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1763014v1

# STROOCK

PAGE: 20

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1763014v1

# STROOCK

| RE | Fee Application, Applicant<br>699843 0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2006 | Reviewed revisions; prepare September 2006 monthly statement and charts, disc with AGK re: disbursements and prep bill for filing. | Holzberg, E. | 4.3 |
| 11/02/2006 | Review Stroock's September 2006 monthly fee statement in preparation for filing (.6), prepare affidavit of service regarding same and forward to local counsel for filing (.4), prepare and effectuate service re: monthly fee statement (.7). | Mohamed, D. | 1.7 |
| 11/14/2006 | Reviewed and made revisions to October time in preparation of monthly application. | Holzberg, E. | 2.4 |
| 11/15/2006 | Started to work on quarterly fee application. | Holzberg, E. | 1.9 |
| 11/15/2006 | Attend to SSL's October 2006 fee statement. | Krieger, A. | 1.4 |
| 11/16/2006 | Work on 22nd Quarterly application. | Holzberg, E. | 1.8 |
| 11/16/2006 | Attend to October 2006 fee statement expenses. | Krieger, A. | 0.2 |
| 11/17/2006 | Work on Quarterly fee application. | Holzberg, E. | 1.8 |
| 11/19/2006 | Attend to time detail for preparation of 22nd Quarterly application and began to draft application. | Krieger, A. | 2.4 |
| 11/20/2006 | Work on Quarterly Fee Application. | Holzberg, E. | 2.9 |
| 11/20/2006 | Preparation of 22nd Quarterly fee application (2.9); office conference EH re fee application expenses, preparation of 22nd Quarterly (.1). | Krieger, A. | 3.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/21/2006 | Fee application, 22nd quarterly; worked on fee application. | Holzberg, E. | 1.6 |
| 11/21/2006 | Attend to preparation of 22nd Quarterly fee application. | Krieger, A. | 2.1 |
| 11/22/2006 | Attend to 22nd Quarterly fee application. | Krieger, A. | 3.2 |
| 11/24/2006 | Complete draft of SSL's 22nd Quarterly Fee Application. | Krieger, A. | 1.6 |
| 11/27/2006 | Worked on Fee Application and monthly bill. | Holzberg, E. | 3.3 |
| 11/27/2006 | Attend to October 2006 fee statement (5); attend to SSL's 22nd Quarterly and office conferences EH re same (1.4). | Krieger, A. | 1.9 |
| 11/28/2006 | Work on monthly bill and quarterly fee application. | Holzberg, E. | 3.6 |
| 11/28/2006 | Office conferences E. Holzberg and D. Mohamed re finalization of fee application (.2); attend to final fee application (.5). | Krieger, A. | 0.7 |
| 11/28/2006 | Review Stroock's twenty-second quarterly fee application for the period from 7/1/2006 to 9/30/2006 in preparation for filing. | Mohamed, D. | 0.8 |
| 11/29/2006 | Prepare 22 Quarterly fee applications for filing. | Holzberg, E. | 0.9 |
| 11/29/2006 | Office conference DM re SSL 22nd Quarterly. | Krieger, A. | 0.1 |
| 11/29/2006 | Prepare affidavit of service re: Stroock's twenty-second quarterly fee application for the period from 7/1/2006 to 9/30/2006 and forward both to local counsel for filing (.4), Prepare and effectuate service re: quarterly fee application (.7), review Stroock's October 2006 monthly fee statement in preparation for filing (.5), prepare affidavit of service regarding same and forward to local counsel for filing (.4), prepare and effectuate service re: monthly fee | Mohamed, D. | 2.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1763014v1

# STROOCK

PAGE: 23

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | statement (.6). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|-----------------|-------|------|-------|
| Holzberg, Ethel H. | 24.5 | $ 225 | $ 5,512.50 |
| Krieger, Arlene G. | 16.6 | 575 | 9,545.00 |
| Mohamed, David | 5.1 | 150 | 765.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,822.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 15,822.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1763014v1

# STROOCK

| RE | Creditor Inquiries<br>699843 0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2006 | Telephone conference bank debt holder re status issues. | Pasquale, K. | 0.4 |
| 11/02/2006 | Call with bank debt holder. | Kruger, L. | 0.2 |
| 11/03/2006 | Telephone call with creditor re prospects and estimation timetable. | Kruger, L. | 0.2 |
| 11/07/2006 | Attend to material for conference call with creditor and telephone call bank creditor. | Krieger, A. | 0.9 |
| 11/09/2006 | Telephone call Bank debt holder re case status. | Krieger, A. | 0.2 |
| 11/14/2006 | Telephone call debt holder re interest rate analysis. | Krieger, A. | 0.4 |
| 11/15/2006 | Telephone call creditors re status. | Kruger, L. | 0.3 |
| 11/20/2006 | Telephone call bank debt holder re interest issues. | Krieger, A. | 0.2 |
| 11/21/2006 | Telephone call bank debt holder re 11/21/06 court hearing (.2); telephone call bank debt holder re status (.2). | Krieger, A. | 0.4 |
| 11/22/2006 | Telephone call bank debt holder re estimation questionnaires. | Krieger, A. | 0.3 |
| 11/28/2006 | Telephone call creditor re case status. | Krieger, A. | 0.3 |
| 11/29/2006 | Telephone call from creditors re status and rise in stock price. | Kruger, L. | 0.3 |
| 11/30/2006 | Telephone call with creditors re status. | Kruger, L. | 0.8 |

# STROOCK

PAGE: 25

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/30/2006 | Telephone conferences multiple bank debt holders re status. | Pasquale, K. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.7 | $ 575 | $ 1,552.50 |
| Kruger, Lewis | 1.8 | 825 | 1,485.00 |
| Pasquale, Kenneth | 1.7 | 650 | 1,105.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,142.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 4,142.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1763014v1

# STROOCK

| RE | Fee Application, Others<br>699843 0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2006 | Attend to Navigant's September 2006 invoice. | Krieger, A. | 0.2 |
| 11/02/2006 | Reviewed Navigant bills. | Holzberg, E. | 1.0 |
| 11/02/2006 | Attend to newly filed fee applications. | Krieger, A. | 1.1 |
| 11/03/2006 | Attend to newly filed fee applications. | Krieger, A. | 1.3 |
| 11/14/2006 | Review Capstone Advisory Group September 2006 monthly fee statement in preparation for filing (.4), prepare notice and affidavit of service regarding same and forward to local counsel for filing (.6), prepare and effectuate service re: monthly fee statement (.6). | Mohamed, D. | 1.6 |
| 11/16/2006 | Attend to recently filed fee applications. | Krieger, A. | 0.5 |
| 11/30/2006 | Review Capstone Advisory Group eleventh quarterly fee application for the period from 7/1/2006 to 9/30/2006 in preparation for filing (.6), Notice and affidavit of service regarding same and forward to local counsel for filing (.5), prepare and effectuate service re: quarterly fee application (.6). | Mohamed, D. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 1.0 | $ 225 | $ 225.00 |
| Krieger, Arlene G. | 3.1 | 575 | 1,782.50 |
| Mohamed, David | 3.3 | 150 | 495.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,502.50 |
|---|---|

# STROOCK

PAGE: 27

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 2,502.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1763014v1

# STROOCK

RE          Expenses
            699843  0024

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 87.11 |
| Meals | 450.01 |
| Local Transportation | 168.86 |
| Long Distance Telephone | 35.40 |
| Duplicating Costs-in House | 126.30 |
| Postage | 20.24 |
| Filing Fees | 120.00 |
| Court Reporting Services | 759.00 |
| Word Processing | 66.00 |
| In House Messenger Service | 11.29 |
| Travel Expenses - Transportation | 1093.65 |
| Travel Expenses - Lodging | 420.02 |
| Travel Expenses - Meals | 12.28 |

| TOTAL DISBURSEMENTS/CHARGES | $ 3,370.16 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,370.16 |
|---|---|

# STROOCK

| RE | Insurance |
|---|---|
| | 699843  0028 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2006 | Exchanged memoranda with J. Baer re status of parties' agreement on Lloyd's settlement agreement (.3); attend to review of latest form of Escrow Agreement (.6). | Krieger, A. | 0.9 |
| 11/03/2006 | Attend to R. Wyron memorandum re Escrow Agreement and memorandum to J. Baer re same. | Krieger, A. | 0.1 |
| 11/03/2006 | Attention to further revised Equitas settlement agreement. | Pasquale, K. | 0.4 |
| 11/06/2006 | Attend to most recent iteration of Lloyd's settlement agreement and the draft Escrow Agreement and began to prepare memorandum thereon. | Krieger, A. | 3.4 |
| 11/07/2006 | Attend to memoranda to LK, KP and then to J. Sottile and J. Baer re Lloyd's settlement and draft Escrow Agreement. | Krieger, A. | 1.6 |
| 11/07/2006 | Review memos re Lloyds agreement. | Kruger, L. | 0.4 |
| 11/09/2006 | Attend to Lloyd's settlement agreement and telephone calls J. Monahan re revisions made (.8); memorandum to J. Sottile re revisions inquiry (.1); memorandum to J. Monahan re additional changes to be made (.2); attend to revised Escrow Agreement and memorandum to J. Baer and J. Monahan re same and comments thereon (1.6); attend to numerous memoranda re additional changes (.4). | Krieger, A. | 3.1 |
| 11/10/2006 | Attend to proposed final form of Escrow | Krieger, A. | 1.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Agreement (.3); memorandum to J. Baer re remaining comments on Escrow Agreement (.1); attend to memoranda re finalization of Settlement Agreement and Escrow Agreement (.1); attend to proposed final form of Settlement Agreement (.1); telephone call J. Mohahan re comments to the agreements (.4); exchanged memoranda with KP re outstanding issues in Escrow Agreement (.2). | | |
| 11/10/2006 | Attention to further revised Equitas settlement. | Pasquale, K. | 0.3 |
| 11/13/2006 | Exchanged memoranda and telephone call J. Baer re further modifications of the Escrow Agreement (.3); memorandum to KP re above (.1); attend to proposed final forms of Settlement Agreement and Escrow Agreement to be submitted to the Court (.8). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 11.5 | $ 575 | $ 6,612.50 |
| Kruger, Lewis | 0.4 | 825 | 330.00 |
| Pasquale, Kenneth | 0.7 | 650 | 455.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,397.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 7,397.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/20/2006 | Travel time to and from hearing. | Kruger, L. | 4.0 |
| 11/21/2006 | Travel from Biloxi, MS to New York following deposition of Dr. Segarra. | Strauss, J. | 8.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 4.0 | $ 825 | $ 3,300.00 |
| Strauss, Joseph E. | 8.0 | 530 | 4,240.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,540.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,540.00 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 11/01/2006 | Attend to notification of transmittal of record on exclusivity appeal and memorandum to KP, LK re same. | Krieger, A. | 0.1 |
| 11/05/2006 | Attend to plan-related materials. | Krieger, A. | 1.3 |
| 11/07/2006 | Conference call with L. Kruger, M. Shelnitz re status (.3); confer A. Krieger re same (.3). | Pasquale, K. | 0.6 |
| 11/08/2006 | Attend to plan-related material. | Krieger, A. | 0.5 |
| 11/08/2006 | Office conference with K. Pasquale and A. Krieger re plan issues (.5); telephone conference with Maher re plan issues (4.); review email to Committee re plan matters (.2). | Kruger, L. | 1.1 |
| 11/08/2006 | Confer L. Kruger, A Krieger re plan issues (.5); telephone conference WRG re same (.2); telephone conference T. Maher re same (.4); drafted email to Committee re status (.3); attention to plan issues (.5). | Pasquale, K. | 1.9 |
| 11/09/2006 | Telephone calls S. Cunningham re plan-related issues (.3); exchanged memoranda with S. Cunningham, LK re plan related issues (.2); telephone call LK re plan-related issues(.2). | Krieger, A. | 0.7 |
| 11/09/2006 | Email memos re plan issues with A. Krieger and Sean Cunningham (.2); and T/c  A. Krieger re plan issues (.2). | Kruger, L. | 0.4 |
| 11/13/2006 | Attend to Capstone plan-related analyses (.4); telephone call S. Cunningham  Bob Frezza re analyses (.7); exchanged further memoranda | Krieger, A. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | with R. Frezza re analyses (.2). | | |
| 11/13/2006 | Review Capstone recovery analysis. | Kruger, L. | 0.2 |
| 11/13/2006 | Attention to Capstone's revised recovery analysis. | Pasquale, K. | 0.3 |
| 11/14/2006 | Memorandum to LK, KP re plan-related analyses. | Krieger, A. | 0.5 |
| 11/15/2006 | Office conference re plan-related matters and exchange memoranda with KP re same (.2); exchanged memoranda with R. Frezza re plan analysis (.1); attend to plan analyses (.8); telephone call R. Frezza re plan analyses (.5). | Krieger, A. | 1.6 |
| 11/15/2006 | Review Capstone recovery analysis. | Kruger, L. | 0.4 |
| 11/15/2006 | Attention to Capstone's revised recovery analysis. | Pasquale, K. | 0.3 |
| 11/17/2006 | Telephone call M. Shelnitz re plan discussions. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 6.2 | $ 575 | $ 3,565.00 |
| Kruger, Lewis | 2.1 | 825 | 1,732.50 |
| Pasquale, Kenneth | 3.1 | 650 | 2,015.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,312.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 7,312.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1763014v1

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/07/2006 | Conference call Grace representatives re motions for November 20, 2006 hearing. | Krieger, A. | 0.4 |
| 11/07/2006 | Conference call re agenda for 11/20/06 hearing. | Kruger, L. | 0.4 |
| 11/15/2006 | Attend to agenda notice for 11/20/06 hearing. | Krieger, A. | 0.2 |
| 11/17/2006 | Attend to pleadings for 11/20/06 omnibus. | Krieger, A. | 0.9 |
| 11/20/2006 | Attend to 11/27/06 hearing agenda re National Union adversary. | Krieger, A. | 0.1 |
| 11/20/2006 | Preparation for court hearing (.6); attend court hearing including Speights issues and expert report timeline and other agenda items (4.1); and emails correspondence with  A. Krieger and K. Pasquale re results of hearing (.2). | Kruger, L. | 4.9 |
| 11/20/2006 | Participated telephonically in omnibus hearing (asbestos PI issues). | Pasquale, K. | 3.0 |
| 11/21/2006 | Attend (telephonically) omnibus court hearing (4.0); memorandum to KP re Court's rulings on estimation, schedule for expert reports (.4); Conference call with Grace representatives re 11/20/06 hearing and pending matters. | Krieger, A. | 4.9 |
| 11/27/2006 | Memorandum to LK, KP re 11/27/06 hearing on National Union adversary (.1); attend (telephonically) argument on RMQ's motion for judgment against National Union (1.0); prepared memorandum re 11/27/06 hearing on claims settlements (.9). | Krieger, A. | 2.0 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1763014v1

# STROOCK

PAGE: 35

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/28/2006 | Attend to memorandum re 11/27/06 hearing. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 9.1 | $ 575 | $ 5,232.50 |
| Kruger, Lewis | 5.3 | 825 | 4,372.50 |
| Pasquale, Kenneth | 3.0 | 650 | 1,950.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,555.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 11,555.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 192,408.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 3,370.16 |
| TOTAL BILL | $ 195,778.16 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1763014v1