# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## NOVEMBER 1, 2006 - NOVEMBER 30, 2006

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 35.1 | 825 | $ 28,957.50 |
| Pasquale, Kenneth | 77.7 | 650 | 50,505.00 |
| | | | |
| **Associates** | | | |
| Cutler, Ilana | 22.6 | 250 | 5,650.00 |
| Gutierrez, James S. | 4.6 | 355 | 1,633.00 |
| Krieger, Arlene G. | 133 | 575 | 76,475.00 |
| Strauss, Joseph E. | 26.5 | 530 | 14,045.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 35.1 | 225 | 7,897.50 |
| Lollie, Toya | 6.5 | 150 | 975.00 |
| Mohamed, David | 41.8 | 150 | 6,270.00 |
| | | | |
| Sub Total | 382.9 | | $ 192,408.00 |
| Less 50% Travel | (0.6) | | (3,770.00) |
| Total | 382.3 | | $ 188,638.00 |

SSL-DOCS1 1763014v1