# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**NOVEMBER 1, 2006 - NOVEMBER 30, 2006**

| | |
|---|---:|
| Outside Messenger Service | 87.11 |
| Meals | 450.01 |
| Local Transportation | 168.86 |
| Long Distance Telephone | 35.40 |
| Duplicating Costs-in House | 126.30 |
| Postage | 20.24 |
| Filing Fees | 120.00 |
| Court Reporting Services | 759.00 |
| In House Messenger Service | 11.29 |
| Travel Expenses - Transportation | 1,093.65 |
| Travel Expenses - Lodging | 420.02 |
| Travel Expenses - Meals | 12.28 |
| Word Processing | 66.00 |
| **Total** | **3,370.16** |

# STROOCK

## Disbursement Register

| DATE | December 22, 2006 |
| --- | --- |
| INVOICE NO. | 398647 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through November 30, 2006, including:

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| **Outside Messenger Service** | | |
| 11/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827446; DATE: 11/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270195085573 on 11/02/2006 | 6.61 |
| 11/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827446; DATE: 11/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270195220783 on 11/02/2006 | 6.61 |
| 11/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827446; DATE: 11/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270196585003 on 11/02/2006 | 6.61 |
| 11/06/2006 | VENDOR: UPS; INVOICE#: 0000010X827446; DATE: 11/04/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270198468592 on 11/02/2006 | 9.11 |
| 11/13/2006 | VENDOR: UPS; INVOICE#: 0000010X827456; DATE: 11/11/2006; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270196820061 on 11/03/2006 | 7.18 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1763014v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/13/2006 | VENDOR: UPS; INVOICE#: 0000010X827456; DATE: 11/11/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO Alison T. Ash Duane Morris LLP, , WILMINGTON, DE 19801 Tracking #:1Z10X8270195085573 on 11/02/2006 | 2.99 |
| 11/13/2006 | VENDOR: UPS; INVOICE#: 0000010X827456; DATE: 11/11/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO David B. Siegal W.R. Grace & Co., , COLUMBIA, MD 21044 Tracking #:1Z10X8270195220783 on 11/02/2006 | 2.99 |
| 11/13/2006 | VENDOR: UPS; INVOICE#: 0000010X827456; DATE: 11/11/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO David Klauder Esq. Office of the United States, , WILMINGTON, DE 19801 Tracking #:1Z10X8270196585003 on 11/02/2006 | 2.99 |
| 11/13/2006 | VENDOR: UPS; INVOICE#: 0000010X827456; DATE: 11/11/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO Steve Bossay Esq. Warren H. Smith and Associa, , DALLAS, TX 75201 Tracking #:1Z10X8270198468592 on 11/02/2006 | 5.37 |
| 11/20/2006 | VENDOR: UPS; INVOICE#: 0000010X827466; DATE: 11/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190110320 on 11/14/2006 | 6.38 |
| 11/20/2006 | VENDOR: UPS; INVOICE#: 0000010X827466; DATE: 11/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270191609157 on 11/14/2006 | 6.38 |
| 11/20/2006 | VENDOR: UPS; INVOICE#: 0000010X827466; DATE: 11/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay  Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193908740 on 11/14/2006 | 8.80 |
| 11/20/2006 | VENDOR: UPS; INVOICE#: 0000010X827466; DATE: 11/18/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270193937138 on 11/14/2006 | 6.38 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/20/2006 | VENDOR: UPS; INVOICE#: 0000010X827466; DATE: 11/18/2006; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270191483202 on 11/15/2006 | 6.93 |
| 11/20/2006 | VENDOR: UPS; INVOICE#: 0000010X827466; DATE: 11/18/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO Kerim Ertug Navigant Consulting Inc., , WASHINGTON, DC 20006 Tracking #:1Z10X8270191483202 on 11/15/2006 | 1.78 |
| | **Outside Messenger Service Total** | **87.11** |

**Meals**

| | | |
|------|-------------|--------|
| 11/29/2006 | VENDOR: Seamless Web; Invoice#: 151462; Date: 11/26/2006 - Bocca Catering; W.R Grace....Lewis Kruger; Order Date: 11/21/06 11:14:00 | 260.31 |
| 11/29/2006 | VENDOR: Seamless Web; Invoice#: 151462; Date: 11/26/2006 - Bocca Catering; Lewis Kruger; Order Date: 11/20/06 15:51:00 | 189.70 |
| | **Meals Total** | **450.01** |

**Local Transportation**

| | | |
|------|-------------|--------|
| 04/13/2006 | VENDOR: Elite Limousine; Invoice#: 1165072; Invoice Date: N/A; KRUGER LEWIS 03/17/06 15:42:00 from 767 3 AVE to  W. 86 ST | 27.03 |
| 06/29/2006 | VENDOR: NYC Two Ways Inc.;  Invoice#: N/A; Date: N/A; KRUGER 06/19/06 19:06 from W 31 ST to W 43 ST | 16.72 |
| 11/02/2006 | VENDOR: Elite Limousine; Invoice#: 1203230; Invoice Date: N/A; GUTIERREZ JAMES S 10/23/06 21:03:19 from 180 MAIDEN LN to 222 W. 14 ST | 25.03 |
| 11/07/2006 | VENDOR: Petty Cash; INVOICE#: PC110306; DATE: 11/7/2006 - 10/26/06   NY PETTY CASH  - L.Kruger | 20.00 |
| 11/07/2006 | VENDOR: Petty Cash; INVOICE#: PC110306; DATE: 11/7/2006 - 10/31/06   NY PETTY CASH  - L.Kruger | 20.00 |
| 11/28/2006 | VENDOR: NYC Two Ways Inc.;  Invoice#: N/A; Date: N/A; STRAUSS 11/19/06 13:00 from 30   W 90 ST to LAG Airport | 60.08 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Local Transportation Total** | **168.86** |
| **Long Distance Telephone** | | |
| 11/01/2006 | EXTN.5431, TEL.410-531-4212, S.T.15:16, DUR.00:08:06 | 3.89 |
| 11/01/2006 | EXTN.2006, TEL.410-531-4212, S.T.15:03, DUR.00:01:36 | 0.86 |
| 11/01/2006 | EXTN.2006, TEL.410-531-4212, S.T.12:03, DUR.00:00:42 | 0.43 |
| 11/01/2006 | EXTN.5004, TEL.202-879-5081, S.T.12:38, DUR.00:00:36 | 0.43 |
| 11/07/2006 | EXTN.5562, TEL.206-399-9847, S.T.12:58, DUR.00:01:18 | 0.86 |
| 11/07/2006 | EXTN.2003, TEL.201-587-7114, S.T.11:05, DUR.00:00:54 | 0.43 |
| 11/07/2006 | EXTN.2006, TEL.410-531-4212, S.T.15:27, DUR.00:01:12 | 0.86 |
| 11/07/2006 | EXTN.2006, TEL.410-531-4212, S.T.15:49, DUR.00:09:00 | 3.89 |
| 11/08/2006 | EXTN.5431, TEL.410-531-4212, S.T.11:20, DUR.00:07:30 | 3.46 |
| 11/08/2006 | EXTN.5431, TEL.201-934-9562, S.T.14:33, DUR.00:14:42 | 6.48 |
| 11/08/2006 | EXTN.5431, TEL.201-960-1510, S.T.14:49, DUR.00:00:30 | 0.43 |
| 11/08/2006 | EXTN.5431, TEL.201-587-7111, S.T.14:50, DUR.00:00:24 | 0.43 |
| 11/09/2006 | EXTN.5544, TEL.201-981-1125, S.T.15:53, DUR.00:09:00 | 3.89 |
| 11/13/2006 | EXTN.5544, TEL.201-587-7111, S.T.15:46, DUR.00:00:36 | 0.43 |
| 11/15/2006 | EXTN.5544, TEL.201-587-7123, S.T.16:51, DUR.00:00:54 | 0.43 |
| 11/16/2006 | EXTN.5544, TEL.603-769-9306, S.T.16:35, DUR.00:00:30 | 0.43 |
| 11/17/2006 | EXTN.5431, TEL.410-531-4212, S.T.10:32, DUR.00:00:30 | 0.43 |
| 11/17/2006 | EXTN.5431, TEL.201-906-1510, S.T.10:33, DUR.00:00:06 | 0.43 |
| 11/17/2006 | EXTN.5431, TEL.201-960-1510, S.T.10:34, DUR.00:00:24 | 0.43 |
| 11/17/2006 | EXTN.5431, TEL.410-531-4212, S.T.14:25, DUR.00:08:36 | 3.89 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/17/2006 | EXTN.5431, TEL.201-960-1510, S.T.15:58, DUR.00:01:18 | 0.86 |
| 11/17/2006 | EXTN.5544, TEL.201-587-7111, S.T.15:57, DUR.00:02:48 | 1.30 |
| 11/21/2006 | EXTN.3544, TEL.310-246-3793, S.T.17:23, DUR.00:00:06 | 0.43 |
| | **Long Distance Telephone Total** | **35.40** |

**Duplicating Costs-in House**

| DATE | | AMOUNT |
|------|---|--------|
| 11/01/2006 | | 0.10 |
| 11/01/2006 | | 0.60 |
| 11/02/2006 | | 0.50 |
| 11/03/2006 | | 0.30 |
| 11/03/2006 | | 7.30 |
| 11/03/2006 | | 12.10 |
| 11/03/2006 | | 10.30 |
| 11/07/2006 | | 0.20 |
| 11/08/2006 | | 6.40 |
| 11/08/2006 | | 0.20 |
| 11/10/2006 | | 6.90 |
| 11/10/2006 | | 10.10 |
| 11/10/2006 | | 5.60 |
| 11/16/2006 | | 0.10 |
| 11/27/2006 | | 0.40 |
| 11/27/2006 | | 0.30 |
| 11/28/2006 | | 9.60 |

# STROOCK

PAGE: 6

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 11/29/2006 | | 50.50 |
| 11/30/2006 | | 4.00 |
| 11/30/2006 | | 0.80 |
| | **Duplicating Costs-in House Total** | **126.30** |

**Postage**

| | | |
|------|-------------|-------:|
| 10/11/2006 | Postage Charged on 10/11/2006 | 5.36 |
| 10/11/2006 | Postage Charged on 10/11/2006 | 4.88 |
| 10/11/2006 | Postage Charged on 10/11/2006 | 5.12 |
| 10/11/2006 | Postage Charged on 10/11/2006 | 4.88 |
| | **Postage Total** | **20.24** |

**Filing Fees**

| | | |
|------|-------------|-------:|
| 11/27/2006 | VENDOR: Chase Card Services; INVOICE#: 110206; DATE: 11/2/2006  -  visa charge 10/25/06 Court  Call LLC | 120.00 |
| | **Filing Fees Total** | **120.00** |

**Court Reporting Services**

| | | |
|------|-------------|-------:|
| 11/02/2006 | VENDOR: Johnny Jackson &  Associates, Inc.; INVOICE#: 134802; DATE: 10/26/2006  -  Transcript copy - Deposition taken : 10-18-06 | 759.00 |
| | **Court Reporting Services Total** | **759.00** |

**In House Messenger Service**

| | | |
|------|-------------|-------:|
| 11/09/2006 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 10/31/2006 Bike Standard from KEN PASQUALE to INTELLIGENT DISCOVERY MANAGEME, 1180 6TH AVE | 11.29 |
| | **In House Messenger Service Total** | **11.29** |

**Travel Expenses – Transportation**

| | | |
|------|-------------|-------:|
| 11/03/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 10/13/2006 | 37.35 |
| 11/03/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; | 948.20 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | PASQUALE/KENNETH EWR.PIT CRW.IAD EWR on 10/13/2006 | |
| 11/29/2006 | VENDOR: Joseph Strauss; INVOICE#: JS112206; DATE: 11/29/2006 - 11/19 - 11/21    Deposition in Mississippi - cabfares | 108.10 |
| | **Travel Expenses - Transportation Total** | **1,093.65** |
| | **Travel Expenses - Lodging** | |
| 11/29/2006 | VENDOR: Joseph Strauss; INVOICE#: JS112206; DATE: 11/29/2006 - 11/19 - 11/21    Deposition in Mississippi - hotel | 420.02 |
| | **Travel Expenses - Lodging Total** | **420.02** |
| | **Travel Expenses - Meals** | |
| 11/29/2006 | VENDOR: Joseph Strauss; INVOICE#: JS112206; DATE: 11/29/2006 - 11/19 - 11/21    Deposition in Mississippi - meals | 12.28 |
| | **Travel Expenses - Meals Total** | **12.28** |
| | **Word Processing - Logit** | |
| 11/02/2006 | | 66.00 |
| | **Word Processing - Logit Total** | **66.00** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 87.11 |
| Meals | 450.01 |
| Local Transportation | 168.86 |
| Long Distance Telephone | 35.40 |
| Duplicating Costs-in House | 126.30 |
| Postage | 20.24 |
| Filing Fees | 120.00 |
| Court Reporting Services | 759.00 |
| Word Processing | 66.00 |
| In House Messenger Service | 11.29 |
| Travel Expenses - Transportation | 1093.65 |
| Travel Expenses - Lodging | 420.02 |
| Travel Expenses - Meals | 12.28 |

# STROOCK

PAGE: 8

| TOTAL DISBURSEMENTS/CHARGES | $ 3,370.16 |
| --- | --- |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1763014v1