

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

December 13, 2006

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - November 2006*

**Professional Fees:**

| | | |
|---|---|---|
| LC | 87.50 hrs. @ $550 | $48,125.00 |
| ML | 79.75 hrs. @ $325 | 25,918.75 |
| JM | 50.25 hrs. @ $325 | 16,331.25 |
| JS | 4.00 hrs. @ $270 | 1,080.00 |
| KE | 95.25 hrs. @ $200 | 19,050.00 |
| AH | 5.00 hrs. @ $175 | 875.00 |
| AM | 132.50 hrs. @ $150 | 19,875.00 |

**Total Professional Fees**..................................................................$131,255.00

**Expenses:**

| | | |
|---|---|---|
| Airfare | $ | 1,611.22 |
| Ground Transportation / Auto Expense | | 176.50 |
| Meals | | 131.87 |
| Overnight Delivery/Courier | | 9.88 |
| Research | | 254.23 |

**Total Expenses**..................................................................$2,183.70

**Total Amount Due for November Services and Expenses**..................$133,438.70

**Outstanding Invoices:**

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 187879

| Inv No. | 181596 | September 29, 2006 | 98,317.50 |
| Inv No. | 184078 | October 30, 2006 | 91,179.11 |
| Inv No. | 186085 | November 22, 2006 | <u>147,374.20</u> |

**Total Outstanding Invoices** ............................................................................................**$336,870.81**

**Total Amount Due For November Services, Expenses and Outstanding Invoices .. $470,309.51**

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 187879



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 11/1/2006 | 8.00 | Review of deposition. |
| CHAMBERS, LETITIA | 11/2/2006 | 4.00 | Prep for and call with client. |
| CHAMBERS, LETITIA | 11/3/2006 | 2.00 | Review case materials. |
| CHAMBERS, LETITIA | 11/5/2006 | 5.50 | Work on estimation issues. |
| CHAMBERS, LETITIA | 11/6/2006 | 2.50 | Estimation related issues. |
| CHAMBERS, LETITIA | 11/7/2006 | 2.00 | Estimation related issues. |
| CHAMBERS, LETITIA | 11/8/2006 | 3.00 | Estimation related issues. |
| CHAMBERS, LETITIA | 11/9/2006 | 6.50 | Estimation related issues. |
| CHAMBERS, LETITIA | 11/10/2006 | 2.00 | Estimation related issues. |
| CHAMBERS, LETITIA | 11/13/2006 | 2.00 | Estimation related issues. |
| CHAMBERS, LETITIA | 11/14/2006 | 2.50 | Prep of materials to review with Committee. |
| CHAMBERS, LETITIA | 11/15/2006 | 0.50 | Review presentation material. |
| CHAMBERS, LETITIA | 11/16/2006 | 3.00 | Prep for and conf call with client. |
| CHAMBERS, LETITIA | 11/20/2006 | 8.00 | Estimation related issues. |
| CHAMBERS, LETITIA | 11/21/2006 | 9.00 | Estimation related issues. |
| CHAMBERS, LETITIA | 11/22/2006 | 8.00 | Estimation related issues. |
| CHAMBERS, LETITIA | 11/27/2006 | 9.00 | Estimation |
| CHAMBERS, LETITIA | 11/28/2006 | 10.00 | Estimation - Met with attornies in NY |
| ERTUG, KERIM CAN | 11/1/2006 | 0.75 | Review of PIQ database and meeting with staff. |
| ERTUG, KERIM CAN | 11/2/2006 | 7.50 | Excel and SAS programming, drafting tables, and meeting with staff. |
| ERTUG, KERIM CAN | 11/2/2006 | 1.75 | Conference call with staff and client. |
| ERTUG, KERIM CAN | 11/3/2006 | 8.25 | Excel and SAS programming, drafting tables, and meeting with staff. |
| ERTUG, KERIM CAN | 11/6/2006 | 1.25 | Conference call with staff. |
| ERTUG, KERIM CAN | 11/6/2006 | 2.50 | Updating excel sheets and review of draft document. |
| ERTUG, KERIM CAN | 11/7/2006 | 4.75 | Review of draft summary tables. |

Navigant Consulting, Inc. Project No.: 113758                                            Invoice No.: 187879



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ERTUG, KERIM CAN | 11/8/2006 | 3.25 | Review of PIQ database and meeting with staff. |
| ERTUG, KERIM CAN | 11/8/2006 | 4.25 | Review of data CDs and documents received. |
| ERTUG, KERIM CAN | 11/9/2006 | 6.25 | Meeting with staff, review of PIQ database, drafting summary tables. |
| ERTUG, KERIM CAN | 11/10/2006 | 1.75 | Drafting client presentation. |
| ERTUG, KERIM CAN | 11/13/2006 | 4.75 | Preparing client presentation. |
| ERTUG, KERIM CAN | 11/13/2006 | 2.00 | Conference call with staff to review the client presentation. |
| ERTUG, KERIM CAN | 11/14/2006 | 6.75 | Updating the client presentation. |
| ERTUG, KERIM CAN | 11/14/2006 | 1.50 | Conference call with staff to review the presentation. |
| ERTUG, KERIM CAN | 11/15/2006 | 1.25 | Update client presentation and meet with staff. |
| ERTUG, KERIM CAN | 11/16/2006 | 1.00 | Conference call with staff to review PIQ data. |
| ERTUG, KERIM CAN | 11/16/2006 | 1.75 | Conference call with staff and client. |
| ERTUG, KERIM CAN | 11/17/2006 | 2.75 | Update client presentation meet with staff review PIQ data. |
| ERTUG, KERIM CAN | 11/20/2006 | 3.50 | Meeting with staff to review client presentation and the analysis of data. |
| ERTUG, KERIM CAN | 11/21/2006 | 3.00 | Meeting with client. |
| ERTUG, KERIM CAN | 11/21/2006 | 1.00 | Meeting with staff to review the status. |
| ERTUG, KERIM CAN | 11/22/2006 | 5.25 | PIQ data analysis. |
| ERTUG, KERIM CAN | 11/27/2006 | 6.25 | Review of settlements in historical data. |
| ERTUG, KERIM CAN | 11/28/2006 | 2.50 | Meeting with client and staff. |
| ERTUG, KERIM CAN | 11/29/2006 | 7.25 | Read in Manville Trust data for September 2006 and analyze data. |
| ERTUG, KERIM CAN | 11/30/2006 | 2.50 | Review of PIQ data and meeting with staff. |
| HLAVIN, ANDREW | 11/15/2006 | 0.50 | Update 10-K claims database. |
| HLAVIN, ANDREW | 11/16/2006 | 3.50 | Update 10-K claims tables. |

Navigant Consulting, Inc. Project No.: 113758                                   Invoice No.: 187879



**NAVIGANT CONSULTING**

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| HLAVIN, ANDREW | 11/29/2006 | 1.00 | Update 10-k claims table. |
| LYMAN, MARY | 11/1/2006 | 0.50 | Organized list of source materials. |
| LYMAN, MARY | 11/1/2006 | 6.25 | Worked on edits and additions to draft |
| LYMAN, MARY | 11/2/2006 | 2.50 | Conference call with counsel and expert; prep and follow-up staff discussions |
| LYMAN, MARY | 11/2/2006 | 6.25 | Worked on edits to draft |
| LYMAN, MARY | 11/3/2006 | 6.75 | Edits to report and staff discussion |
| LYMAN, MARY | 11/6/2006 | 0.50 | Revisions to draft report |
| LYMAN, MARY | 11/6/2006 | 5.25 | Revisions to draft report |
| LYMAN, MARY | 11/6/2006 | 1.00 | Prep for and meeting with expert |
| LYMAN, MARY | 11/8/2006 | 7.50 | Revisions to draft report. |
| LYMAN, MARY | 11/9/2006 | 0.25 | Project administration |
| LYMAN, MARY | 11/9/2006 | 5.00 | Worked on revisions to draft report |
| LYMAN, MARY | 11/10/2006 | 6.00 | Worked on draft presentation |
| LYMAN, MARY | 11/10/2006 | 0.25 | Calls with counsel |
| LYMAN, MARY | 11/13/2006 | 0.75 | Reviewed and edited draft presentation |
| LYMAN, MARY | 11/13/2006 | 2.25 | Discussions with expert and staff re draft presentation |
| LYMAN, MARY | 11/14/2006 | 4.25 | Call with expert and staff discussion re presentation to UCC; assisted with edits to presentation |
| LYMAN, MARY | 11/15/2006 | 0.75 | Discussions re presentation to UCC |
| LYMAN, MARY | 11/16/2006 | 2.50 | Worked on revisions to draft report |
| LYMAN, MARY | 11/16/2006 | 0.50 | Staff discussions and calls |
| LYMAN, MARY | 11/16/2006 | 2.25 | Preparation and conference call with counsel and expert |
| LYMAN, MARY | 11/17/2006 | 0.50 | Porject administration |
| LYMAN, MARY | 11/20/2006 | 2.25 | Meeting with expert and staff re presentation |
| LYMAN, MARY | 11/20/2006 | 0.25 | Project administration |
| LYMAN, MARY | 11/27/2006 | 0.75 | Worked on revisions to draft report |

Navigant Consulting, Inc. Project No.: 113758          Invoice No.: 187879



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 11/27/2006 | 0.75 | Discussions with staff and project administration |
| LYMAN, MARY | 11/27/2006 | 1.00 | Meeting with expert. |
| LYMAN, MARY | 11/28/2006 | 2.50 | Meeting with debtor's estimation experts and counsel, and other parties, in NYC, and post-meeting discussions |
| LYMAN, MARY | 11/28/2006 | 3.75 | Travel to and from meeting -- bill at half rate |
| LYMAN, MARY | 11/28/2006 | 0.25 | Project administration |
| LYMAN, MARY | 11/28/2006 | 1.50 | Worked on revisions to draft report |
| LYMAN, MARY | 11/29/2006 | 2.25 | Worked on revisions to expert report |
| LYMAN, MARY | 11/30/2006 | 0.50 | Worked on revisions to draft report. |
| LYMAN, MARY | 11/30/2006 | 2.00 | Worked on revisions to draft report |
| LYMAN, MARY | 11/30/2006 | 0.25 | Staff discussion |
| MCINTIRE, JAMES | 11/1/2006 | 3.50 | Review expert reports, preliminary drafting |
| MCINTIRE, JAMES | 11/2/2006 | 1.25 | Client conference call |
| MCINTIRE, JAMES | 11/2/2006 | 2.50 | Staff discussions, review of assumptions and analysis strategy |
| MCINTIRE, JAMES | 11/3/2006 | 1.25 | Review client memo |
| MCINTIRE, JAMES | 11/6/2006 | 1.50 | Review draft materials, planning next meetings |
| MCINTIRE, JAMES | 11/7/2006 | 0.50 | Review draft materials, planning next meetings |
| MCINTIRE, JAMES | 11/8/2006 | 2.25 | Staff discussions, outline presentation materials |
| MCINTIRE, JAMES | 11/9/2006 | 3.50 | Review legal filiings byACC and FCR and related expert reports |
| MCINTIRE, JAMES | 11/12/2006 | 3.50 | Review legal filiings byACC and FCR and related expert reports |
| MCINTIRE, JAMES | 11/13/2006 | 2.00 | Staff meetings to review and revise presentation materials |
| MCINTIRE, JAMES | 11/14/2006 | 2.50 | Staff conference call regarding presentation materials, follow-up |

Navigant Consulting, Inc. Project No.: 113758                Invoice No.: 187879



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 11/15/2006 | 1.00 | Conference call with client |
| MCINTIRE, JAMES | 11/17/2006 | 2.25 | Review expert reports |
| MCINTIRE, JAMES | 11/19/2006 | 1.50 | Review depositions fom related litigation |
| MCINTIRE, JAMES | 11/20/2006 | 4.50 | Prep for client meeting |
| MCINTIRE, JAMES | 11/20/2006 | 3.50 | Review expert reports |
| MCINTIRE, JAMES | 11/21/2006 | 6.50 | Client meeting, including preparation and follow-up staff discussions |
| MCINTIRE, JAMES | 11/22/2006 | 1.50 | Outline discussion materials for the next client meeting. |
| MCINTIRE, JAMES | 11/27/2006 | 2.25 | Presentation notes and client meeting preparation. |
| MCINTIRE, JAMES | 11/28/2006 | 2.50 | Client meeting (conference call) and follow-up |
| MCINTIRE, JAMES | 11/29/2006 | 0.50 | Follow-up discussions from client meeting |
| MHATRE, ARCHANA | 11/1/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 11/2/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 11/3/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 11/6/2006 | 5.50 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 11/7/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 11/8/2006 | 7.50 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 11/9/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 11/10/2006 | 7.50 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 11/16/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 11/17/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |

Navigant Consulting, Inc. Project No.: 113758          Invoice No.: 187879



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MHATRE, ARCHANA | 11/20/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 11/21/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 11/22/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 11/27/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 11/28/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 11/29/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 11/30/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| SIRGO, JORGE | 11/6/2006 | 1.50 | Assist with data analyses. |
| SIRGO, JORGE | 11/7/2006 | 1.50 | Assist with data analyses. |
| SIRGO, JORGE | 11/30/2006 | 1.00 | Assist with methodological issues |