IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) ) | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | ) ) ) | **Re: Docket No. 13406** |

## LOUISIANA CLAIMANTS' ADOPTION AND SUBMISSION OF EXPERT REPORTS REGARDING ADJUDICATION OF LACK OF HAZARD ISSUE AS DESCRIBED IN THE 15TH OMNIBUS OBJECTIONS

The Louisiana Claimants herein identified[1] file this Adoption and Submission of Expert Reports Regarding Adjudication of Lack of Hazard Issue pursuant to Amended Exhibit B to the Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims dated October 13, 2006.

### I.

### Adoption of Expert Witness Reports

The Louisiana Claimants hereby adopt in their entirety all expert reports filed on behalf of the Dies & Hile L.L.P. Asbestos Property Damage Claimants (the "D&H Claimants") regarding adjudication of the "Lack of Hazard" Issue. The Louisiana Claimants further adopt the expert reports filed or submitted by any other asbestos property damage claimant in regard to the

---

[1] The Louisiana Claimants (hereinafter "Louisiana Claimants") filing this Preliminary Designation of Fact and Expert Witnesses are as follows: Acadia Parish School Board; Caddo Parish School Board; Calcasieu Parish School Board; East Baton Rouge Parish School Board; Jefferson Parish School Board; Jefferson Davis Parish School Board; Lafayette Parish School Board; LaFourche Parish School Board; LaSalle Parish School Board; Nachitoches Parish School Board; St. Martin Parish School Board; Roman Catholic Church of the Archdiocese of New Orleans; Brother Martin High School; Congregation of Immaculate Conception Church; Congregation of St. Dominic Catholic Church; Congregation of St. Louise de Marillac Church; Congregation of St. Francis Assissi Church; Congregation of St. Francis Xavier Cabrini Church; Congregation of St. Francis Xavier Church; Congregation of St. Joan of Arc Church – LaPlace, Louisiana; Congregation of St. Joan of Arc Church; Congregation of St. Mary Magdalen Catholic Church; Congregation of St. Philip Neri Catholic Church; Congregation of St. Pius X Roman Catholic Church; Congregation of St. Raymond Roman Catholic Church; Congregation of St. Rita Roman Catholic Church; and Mt. Carmel Academy of New Orleans.

adjudication of the lack of hazard issue. Further, the Louisiana Claimants hereby submit all of the expert reports identified herein by reference to the same above, as fully and completely as if the reports were attached hereto. In that regard, counsel for Debtors already have, or are being provided with, copies of such reports by the D & H Claimants, and/or such other asbestos property damage claimants who have submitted expert reports regarding the lack of hazard issue. Nevertheless, upon request by Debtors, the Louisiana Claimants will provide copies of such expert reports to Debtors.

## II.

### Other Expert Reports

All of the building-specific reports prepared Dr. William Longo, Ph.D. on behalf of the Louisiana Claimants have been filed with the Debtors' Claims Agent in this matter. Further, it is believed that all reports prepared by Michael T. Newman were produced to counsel for Grace in the underlying litigation.[2] In any event, upon request by Debtors, the Louisiana Claimants will provide copies of such expert reports to Debtors.

DATED: January 12, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

*Counsel for the Louisiana Asbestos Property Damage Claimants*

- and -

---

[2] This lawsuit remains pending in the U. S. District Court, Eastern District of Louisiana as Suit No. 88-3824. However, proceedings are stayed as a result of the bankruptcy of the Debtor.

2

Richard A. Bordelon
DENECHAUR & DENECHAUD, LLP
1010 Common Street, Suite 3010
New Orleans, LA 70112
Telephone:     (504) 522-4756
Facsimile:     (504) 568-0783
Email:         rablaw@bellsouth.net

*General Counsel for Roman Catholic Church of the Archdiocese of New Orleans; Brother Martin High School; Congregation of Immaculate Conception Church; Congregation of St. Dominic Catholic Church; Congregation of St. Louise de Marillac Church; Congregation of St. Francis Assissi Church; Congregation of St. Francis Xavier Cabrini Church; Congregation of St. Francis Xavier Church; Congregation of St. Joan of Arc Church – LaPlace, Louisiana; Congregation of St. Joan of Arc Church; Congregation of St. Mary Magdalen Catholic Church; Congregation of St. Philip Neri Catholic Church; Congregation of St. Pius X Roman Catholic Church; Congregation of St. Raymond Catholic Church; Congregation of St. Rita Roman Catholic Church; and Mt. Carmel Academy of New Orleans*

Robert C. McCall
BAGGETT MCCALL BURGESS WATSON & GAUGHAN
3006 Country Club Road
Post Office Drawer 7820
Lake Charles, LA 70606-7820
Telephone:     (337) 478-8888
Facsimile:     (337) 478-8946

*General Counsel for Acadia Parish School Board; Calcalsieu Parish School Board; Jefferson Davis Parish School Board; Lafayette Parish School Board; LaSalle Parish School Board; and St. Martin Parish School Board*

Jack A. Grant
GRANT & BARROW, APLC
238 Huey P. Long Avenue
P.O. Box 484
Gretna, LA 70054
Telephone:   (504) 368-7888
Facsimile:   (504) 368-7263
Email:   jgrant@grantbarrow.com

*General Counsel for Jefferson Parish School Board and LaFourche Parish School Board*

Kenneth F. Sills
HAMMONDS & SILLS
Street Address:
1111 S. Foster Drive, Suite C
Baton Rouge, LA 70806
Mailing Address:
P.O. Box 65236
Baton Rouge, LA 70896
Telephone:   (225) 923-3462
Facsimile:   (225) 923-0315
Email:   ksills@hamsil.com

*General Counsel for East Baton Rouge Parish School Board and Natchitoches Parish School Board*

Fred H. Sutherland
ATTORNEY AT LAW
400 Travis Street, Suite 1610
Shreveport, LA 71101
Telephone:   (318) 676-1515
Facsimile:   (318) 676-1516
Email:   sutherlandlaw@bellsouth.net

*General Counsel for Caddo Parish School Board*