**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

    I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on January 12, 2007 I caused a copy of *The Official Committee Of Asbestos Personal Injury Claimants' Reply Memorandum In Support Of Its Motion To Compel Debtors' Production Of Certain Documents Referenced In Their Securities Filings* to be served upon the attached 2002 service list via first-class mail unless otherwise indicated.

                                                      __/S/ Mark T. Hurford_____
                                                      Mark T. Hurford (DE No. 3299)

Dated: January 12, 2007

{D0078470.1 }