UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | **Case No. 01-01139 (JFK)** |
| | : | |
| Debtors. | : | |
| | : | |

### NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that effective January 2, 2007, Cuyler Burk, LLP changed its name to Cuyler Burk, P.C. All future references to the firm in this matter should be to Cuyler Burk, P.C. The firm's and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change.

Dated: January 12, 2007

**WHITE AND WILLIAMS LLP**

*/s/ James S. Yoder*

James S. Yoder
824 North Market St, Suite 907
P.O. Box 709
Wilmington, DE 19899
Phone: (302) 467-4511
Fax: (302) 654-0245
E-mail: yoderj@whiteandwilliams.com

Stefano Calogero
Andrew K. Craig
CUYLER BURK, P.C.
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054
Phone: 973-734-3200
Fax: 973-734-3201

*Attorneys for Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company*

WILDMS 140020v.1