IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 23, 2007, AT 9:00 A.M.* BEFORE THE
HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES
BANKRUPTCY COURT, 824 NORTH MARKET STREET, 6TH FLOOR,
COURTROOM # 1, WILMINGTON, DELAWARE 19801
*(Please note time change to 9:00 A.M.)**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST COMPLY WITH
THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND
HEARING SCHEDULE* [Docket No. 7709]**

## CONTINUED MATTERS

1. Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

b. [Signed] Twenty-Eighth Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 12/20/06] (Docket No. 14083)

Response Deadline:  June 4, 2004, at 4:00 p.m.

Status:  The hearing on the claims of Weatherford International, Inc. is continued to February 26, 2007, at 2:00 p.m.

2. Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06] (Docket No. 13415)

Related Documents:

a. [Signed] Second Order Granting Relief Sought in Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 11/21/06] (Docket No. 13726)

b. Continuation Order Regarding the Debtors' the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 12/20/06] (Docket No. 14084)

Response Deadline: November 3, 2006 at 4:00 p.m.

Responses Received:

a. Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

Status  This matter is continued to February 26, 2007, at 2:00 p.m.

3. Debtors' Objection to Claim of Anton F. Volovsek [Filed: 12/18/06] (Docket No. 14065)

Related Documents:  None.

Response Deadline:  January 5, 2007, at 4:00 p.m.

Responses Received:  None as of the date of this Notice of Agenda.

Status  This matter is continued to February 26, 2007, at 2:00 p.m.

4. Debtors' Motion for an Injunction under Sections 105 and 362 of the Bankruptcy Code [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

   <u>Related Documents:</u>

   a. [Proposed] Injunction Order [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

   b. [Signed] Tenth Order Regarding Debtors' Motion for an Injunction Under Sections 105 and 362 of the Bankruptcy Code [Filed: 12/20/06] (Adv. Pro. No. 05-52724, Docket No. 22)

   <u>Response Deadline:</u> October 7, 2005, at 4:00 p.m.

   <u>Responses Received:</u>

   a. Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 6)

   <u>Related Document</u>

   a. Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 7)

   <u>Replies Received:</u>

   a. Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Docket No. 8)

   <u>Status</u> This matter is continued to February 26, 2007, at 2:00 p.m.

5. Pretrial Conference for W. R. Grace & Co., et al., v. Bradley M. Campbell, Commissioner of the New Jersey Department of Environmental Protection [Filed: 9/19/05] (Adv. Pro. No. 05-52724)

   <u>Related Documents:</u>

   a. Complaint for Declaratory and Injunctive Relief [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 1)

   b. Summons and Notice of Scheduling Conference in an Adversary Proceeding [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 2)

   <u>Response Deadline:</u> October 7, 2005, at 4:00 p.m.

Responses Received:

a.  Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 6)

Related Document

a.  Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 7)

Replies Received:

a.  Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Adv. Pro. No. 05-52724, Docket No. 8)

Status This matter is continued to February 26, 2007, at 2:00 p.m.

## CLAIMS OBJECTIONS GOING FORWARD

6.  Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 12/18/06] (Docket No. 14063)

    Related Documents:

    a.  [Proposed] Order Granting Relief Sought Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 12/18/06] (Docket No. 14063)

    Response Deadline: January 5, 2007, at 4:00 p.m.

    Responses Received:

    a.  Response of Cartus Corporation, Formerly Known as Cendant Mobility Services Corporation, to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/3/07] (Docket No. 14217)

    b.  Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/4/07] (Docket No. 14219)

    **Status:     This matter will go forward except for certain continued claim objections listed on the attached chart.**

4

**CONTESTED QUARTERLY FEE APPLICATIONS**

7.  Twenty-First Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2006 through June 30, 2006.

    Related Documents:

    a.  [Signed] Order Approving Quarterly Fee Applications for the Twenty-First Period [Filed: 12/19/06] (Docket No. 14069)

    Responses Received:

    a.  Fee Auditor's Final Report Regarding Fee Application of Caplin & Drysdale, Chartered for the Twenty-First Interim Period [Filed: 12/8/06] (Docket No. 13966)

    b.  Response of Caplin & Drysdale, Chartered to Fee Auditor's Final Report Regarding Caplin & Drysdale, Chartered's Twenty-First Interim Fee Application [Filed: 12/13/06] (Docket No. 14005)

    Status:  This matter will go forward regarding the Twenty-First Quarterly Fee Application of Caplin & Drysdale.

**MATTERS RELATING TO ASBESTOS PI CLAIMS**

8.  W. R. Grace & Co.'s Motion to Quash 30(B)(6) Deposition Notice and for a Protective Order [Filed: 12/15/06] (Docket No. 14044)

    Related Documents:

    a.  [Proposed] Order on W. R. Grace & Co.'s Motion to Quash 30(B)(6) Deposition Notice and for a Protective Order [Filed: 12/15/06] (Docket No.    14044)

    Response Deadline:  January 5, 2007, at 4:00 p.m.

    Responses Received:

    A.  Opposition and Joinder Of The Official Committee Of Asbestos Personal Injury Claimants To W.R. Grace & Co.'s Motion To Quash 30(b)(6) Deposition Notice And For A Protective Order [Filed: 1/5/07] (Docket No. 14245)

**<u>Related Documents to Docket No. 14245</u>**:

a. Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Three Exhibits of the Opposition and Joinder of the Official Committee of Asbestos Personal Injury Claimants to W. R. Grace & Co.'s Motion to Quash 30(b)(6) Deposition Notice and for a Protective Order [Filed: 1/5/07] (Docket No. 14240)

i. [Proposed] Order [Filed: 1/5/07] (Docket No. 14240)

**ii. [Signed] Order [Filed: 1/9/07] (Docket No. 14270)**

b. Motion to Shorten Notice with Respect to the Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Three Exhibits of the Opposition and Joinder of the Official Committee of Asbestos Personal Injury Claimants to W.R. Grace & Co.'s Motion to Quash 30(b)(6) Deposition Notice and for a Protective Order [Filed: 1/5/07] (Docket No. 14241)

**i. [Signed] Order [Filed: 1/9/07] (Docket No. 14269)**

B. Opposition of the Future Claimants' Representative to W.R. Grace & Co.'s Motion to Quash 30(b)(6) Deposition Notice and for a Protective [Filed: 1/5/07] (Docket No. 14248)

**<u>Related Documents to Docket No. 14248</u>**:

a. Motion to File Under Seal Exhibit A of the Opposition of the Future Claimants' Representative to W.R. Grace & Co.'s Motion to Quash 30(b)(6) Deposition Notice and for a Protective Order [Filed: 1/5/07] (Docket No. 14249)

i. [Proposed] Order [Filed: 1/5/07] (Docket No. 14249)

**ii. [Signed] Order [Filed: 1/9/07] (Docket No. 14271)**

**Replies Received:**

a. **W.R. Grace & Co.'s Reply In Support Of Its Motion To Quash 30(B)(6) Deposition Notice And For A Protective Order [Filed: 1/12/07] (Docket No. 14296)**

Status: This matter will go forward.

9.  Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Debtors' Production of Certain Actuarial Studies Referenced in Their Securities Filings [Filed: 12/18/06] (Docket No. 14057)

Related Documents:

a.  [Proposed] Order Granting the Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Debtors' Production of Certain Actuarial Studies Referenced in Their Securities Filings [Filed: 12/19/06] (Docket No. 14067)

b.  Joinder of the Future Claimants' Representative to the Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Debtors' Production of Certain Actuarial Studies Referenced in Their Securities Filings [Filed: 12/18/06] (Docket No. 14058)

Response Deadline: January 5, 2007, at 4:00 p.m.

Responses Received:

a.  W. R. Grace & Co.'s Opposition to Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Debtors' Production of Certain Actuarial Studies Referenced in Their Securities Filings [Filed: 1/5/07] (Docket No. 14239)

**Replies Received:**

a.  **Memorandum of Law The Official Committee Of Asbestos Personal Injury Claimants' Reply Memorandum In Support Of Its Motion To Compel Debtors' Production Of Certain Documents Referenced In Their Securities Filings [Filed: 1/12/07] (Docket No. 14294**

Status: This matter will go forward.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

10. Pre-Trial Conference Regarding Hearing on Product Identification, Statute of Limitations and Libby Claims

Status: A pre-trial conference will go forward on this matter.

11. Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

   Related Documents:

   a. [Proposed] Order Granting the Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

   Response Deadline: December 2, 2005 at 4:00 p.m.

   Responses Received:

   a. Debtors' Brief in Opposition to Motion of Anderson Memorial Hospital for Class Certification [Filed: 12/2/05] (Docket No. 11245)

   Supplemental Briefing:

   a. Appendix of Documents in Support of Debtors' Opposition to Motion of Anderson Memorial for Class Certification [Filed: 9/8/06] (Docket No. 13186)

   Response Deadline: January 20, 2006

   Status: This matter will go forward for a status conference.

12. Anderson Memorial Hospital's Motion to Compel Deposition of Debtors' Records Custodian(s) [Filed: 12/8/06] (Docket No. 13980)

   Related Documents:

   a. [Proposed] Order Granting the Motion of Anderson Memorial Hospital to Compel Deposition of Debtors' Records Custodian(s) Under Bankruptcy Rule 7037 [Filed: 12/8/06] (Docket No. 13980)

   b. [Signed] Order Denying Expedited Consideration of Anderson Memorial Hospital's Motion to Compel Deposition of Debtors' Records Custodian(s) so That it May be Heard on December 18, 2006 [Filed: 12/15/06] (Docket No. 14029)

   Responses Received: Responses are due January 5, 2007 at 4:00 p.m.

   a. Debtors' Response to Anderson Memorial Hospital's Motion to Compel Deposition of Debtors' Records Custodian [Filed: 1/5/07] (Docket No. 14236)

   Status: This matter will go forward.

8

**ADDITIONAL MATTER RELATING TO ASBESTOS PD CLAIMS**

13. Motion to Approve Stipulation Regarding January 2007 Methodology Hearing for Asbestos Property Damage Claims [Filed: 1/11/07] (Docket No. 14288)

    **Related Documents:**

    a. Debtors' Motion for Leave to Shorten Notice Period of Motion to Approve Stipulation Regarding January 2007 Methodology Hearing for Asbestos Property Damage Claims [Filed: 1/9/07] (Docket No. 14276)

        i. [Signed] Order Granting Motion to Shorten and Requiring Filing of Motion to Approve Stipulation [Filed: 1/11/07] (Docket No. 14282)

    b. [Proposed] Order Regarding Methodology Issue for Asbestos Property Damage Claims [Filed: 1/11/07] (Docket No. 14288)

    **Response Deadline:** January 18, 2007 at 4:00 p.m.

    **Responses Received:** None as of the date of this Notice of Agenda.

    **Status:** This matter will go forward.

Dated: January 12, 2007

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

 /s/  James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

| Omnibus Objection | Creditor Name | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|---|
| 20th | CENDANT MOBILITY SERVICES CORPORATION | 14217 | 9837 | $270,250.62 | U | Reduce and Allow | Reduce and Allow | Continued to February 26, 2007 |
| 20th | ESTATE OF ROSARIO RAPISARDI | 14219 | 15073 | $680,060.44 | U | No Liability | Expunge | Continued to February 26, 2007 |
| 20th | GRAU JAMES AND ANNA | | 9688 | $800,000.00 | U | No Liability | Expunge | Continued to February 26, 2007 |
| 20th | HARY GRAU & SONS INC | | 9687 | $800,000.00 | U | No Liability | Expunge | Continued to February 26, 2007 |
| 20th | TEXAS COMPTROLLER OF PUBLIC ACCTS | | 300 | $4,252.88 | U | No Liability | Expunge | Continued to February 26, 2007 |
| 20th | XEROX CORPORATION | | 690 | $4,764.15 | SU | Reclassify, Reduce & Allow | Reclassify, Reduce & Allow | Continued to February 26, 2007 |