IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: D.I. 14063, 14217 |
| | ) | |

## NOTICE OF DEPOSITION OF MARK A. SHELNITZ PURSUANT TO FED. R. BANKR. P. 7030 AND 9014 AND FED. R. CIV. P. 30

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 30, made applicable to this contested matter by Fed. R. Bankr. P. 7030 and 9014, Cartus Corporation, f/k/a Cendant Mobility Services Corporation ("Cendant"), will take the deposition of Mark A. Shelnitz in connection with the Debtors' Twentieth Omnibus Objection to Claims (Substantive) [D.I. 14063]. The deposition will take place on Monday, January 22, 2007 at 10:30 a.m. at the offices of Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801, before an officer authorized by law to administer oaths, and will continue day to day thereafter until completed. The deposition will be recorded using stenographic means.

The deponent will be asked to testify concerning the contents of his Declaration in Support of Debtors' Twentieth Omnibus Objection to Claims (Substantive) with respect to Cendant.

[Signature on following page.]

1507603

2

Dated: January 15, 2007                    **MORRIS JAMES LLP**

*[signature]*

Carl N. Kunz, III (Bar No. 3201)
Thomas M. Horan (Bar No. 4641)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
E-mail: thoran@morrisjames.com

*Counsel for Cartus Corporation*