# PART 1 OF 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                  )     Chapter 11
                                        )
                                        )     Case No. 01-01139 (JKF)
W.R. Grace & Co., et al.,               )     (Jointly Administered)
                                        )
                  Debtors.              )     **Re: Docket No. 13406**
_____ )

**CLAIMANTS REPRESENTED
BY DIES & HILE, L.L.P.'S
SUBMISSION OF EXPERT REPORTS
FROM CONSTRUCTION INSPECTORS, INC.,
GOBBELL HAYS PARTNERS, INC., MARTIN BENNETT OF
MATERIALS ANALYTICAL SERVICES, INC., ANDREW GRAY OF
OREGON STATE UNIVERSITY, STEVE PELKEY OF THE UNIVERSITY OF
OREGON, GREGG TAYLOR OF SOUTHERN OREGON UNIVERSITY, AND
RUBEN TORRES OF PORTLAND STATE UNIVERSITY, REGARDING ADJUDICATION
OF THE LACK OF HAZARD ISSUE AS DESCRIBED IN THE 15TH OMNIBUS OBJECTIONS**

In accordance with the Court's Amended Order Setting Various Deadlines Regarding

Objections to Asbestos Property Damage Claims, dated October 13, 2006 (D.I. 13406),

Claimants represented by the Law Firm of Dies & Hile, L.L.P. (the "D&H PD Claimants")[1]

hereby submit their Submission of Expert Reports Regarding Adjudication of the Lack of Hazard

Issue as Described in the 15th Omnibus Objections, and state as follows:

## I.

On December 7, 2006, the D&H PD Claimants filed their Preliminary Designation of

Fact and Expert Witnesses Regarding Adjudication of Lack of Hazard Issue as Described in the

---

[1] The Asbestos Property Damage Claimants Represented by the Law Firm of Dies & Hile, L.L.P., on whose behalf this Submission of Expert Reports Regarding the Adjudication of the Lack of Hazard Issue as Described in the 15th Omnibus Objections is served, include the following:  State of Arizona; State of Arkansas; State of Connecticut; State of Oklahoma; State of Oregon; City of Amarillo, Texas; City of Houston, Texas; Coleman Housing Authority, El Paso County, Texas; Harlingen Housing Authority; Sabine River Authority of Texas; City of Phoenix, Arizona; City of Tucson, Arizona; Maricopa County, Arizona; Cook County, Illinois; City of Eugene, Oregon; Eastern Oregon University; Oregon Health & Science University; Oregon State University; Portland State University; Southern Oregon University; University of Oregon; Western Oregon University; Six Hundred Building Ltd.; BNC Forum LP Texas Limited Partnership; and EPEC Realty, Inc.

15th Omnibus Objections (the "Designation of Fact and Expert Witnesses"; D.I. 13744).  In this pleading the D&H PD Claimants identified their lack of hazard expert and fact witnesses, and the subject matter of their testimony.  The D&H PD Claimants hereby fully incorporate by reference all matters set forth herein, including the exhibits and attachments to said Designation of Fact and Expert Witnesses.

## II.

On December 21, 2006, the D&H PD Claimants filed Claimants Represented by the Law Firm of Dies & Hile, L.L.P.'s Submission of Expert Reports, and Identification of Any Additional Fact Witnesses and General Subject Matter of Testimony Regarding the Schedule for the Adjudication of Product Identification Issues, as Described in the 15th Omnibus Objections. In this pleading the D&H PD Claimants submitted their expert reports and/or other documentation regarding the issue of product identification.  The D&H PD Claimants hereby fully incorporate by reference all matters set forth herein.

## III.

On December 22, 2006, the D&H PD Claimants filed their Claimants' Represented by the Law Firm of Dies & Hile, L.L.P. Supplemental Designation of Fact and Expert Witnesses Regarding Adjudication of Lack of Hazard Issue as Described in the 15th Omnibus Objections (the "Designation of Fact and Expert Witnesses"; D.I. 13744).  In this pleading the D&H PD Claimants identified supplemental lack of hazard expert and fact witnesses, and the subject matter of their testimony.  The D&H PD Claimants hereby fully incorporate by reference all matters set forth herein.

## IV.

The D&H PD Claimants have filed with the Proof of Claim for each building inspection reports, surveys, memorandums, notices filed with state agencies, contracts and other documents,

or summaries thereof, that refer or relate to the inspection, management and/or abatement of acoustical plaster or fireproofing materials installed in Claimants' buildings. For certain claims, other documentation includes historical construction documents, plans and specifications, laboratory analysis reports, product advertisements, brochures, and/or other similar documents. These documents or summaries were either filed with the original proofs of claim or subsequently filed as supplemental information or summaries. The D&H PD Claimants' experts may rely upon the facts and underlying data contained in these documents as a basis for opinions or inferences regarding lack of hazard, as such facts and data are of a type reasonably relied upon by experts in their field in forming opinions or inference upon the subject of their testimony.

All of such documents referred to hereinabove that have not been previously provided to counsel for Debtors will be provided to them upon request. The D&H PD Claimants herewith incorporate by reference all of these documents which have been, or will be, filed in the claim files for the below referenced claims.[2] The D&H PD Claimants reserve the right to introduce such during trial of the lack of hazard issue.

Further, the D&H PD Claimants have separately filed a submission of other expert reports regarding the lack of hazard issue, and this submission is not intended to supersede or amend such other expert submission. Rather, this submission supplements and separately identifies those additional expert witnesses and reports which are specific to the following claims:

---

[2] Counsel for the D&H PD Claimants met with representatives of the Debtors on September 20, 2006, and has discussed certain of Debtors' objections. Counsel for the D&H PD Claimants agreed to provide, and did provide, additional documentation with regard to some claims to counsel for Debtors and is continuing to do so in an attempt to reach resolution with Debtors concerning such objections.

## A.   STATE OF ARIZONA:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12721 | STATE OF ARIZONA/ Veterans Memorial Coliseum | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/28/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/7/2007 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |
| 12692 | STATE OF ARIZONA/ Senate Building | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/29/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Tom Manning that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |
| 12693 | STATE OF ARIZONA/ House of Representatives | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/29/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing* |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | *Surface Treatment Materials* prepared by Tom Manning that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |
| 12699 | STATE OF ARIZONA/ DES Office | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/29/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Tom Manning that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |
| 12694 | STATE OF ARIZONA/ Corrections Facility | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/18/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information. |
| 12695 | STATE OF ARIZONA/ Historical Society Museum | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/20/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | information. |
| | | 01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for asbestos-containing, surface treatment materials ("ACSTM") in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 12696 | STATE OF ARIZONA/ Executive Tower | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 12697 | STATE OF ARIZONA/ Arizona State Hospital – Cholla Hall | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 12720 | STATE OF ARIZONA/ Arizona State Hospital – Dietary Building | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 12698 | STATE OF ARIZONA/ Arizona State Hospital – General Services | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/18/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information. |

## B.    STATE OF ARKANSAS:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| 12689 | STATE OF ARKANSAS/ Alexander Human Dev. Cntr. – Bond Building | 01/05/2003 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim.<br><br>10/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Tom Manning that includes description of building, surveys of building, and location, types and quantity of ACM.  Filed as supplemental claims information. |
| 12686 | STATE OF ARKANSAS/ Arkansas Health Center-Mental Health Services – Maintenance Bldg. No. 18 | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/18/2006 and 12/26/2006 Gobbell Hays Partners, Inc. Reports styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building.  The report also includes the results of micro-vacuum settled dust samples.  This report has been filed as supplemental claims information with the Claims Facility. |
| 12678 | STATE OF ARKANSAS/ Arkansas State Hospital – Administration Bldg. | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>1/03/07 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 12736 | STATE OF ARKANSAS/<br>Arkansas State Hospital –<br>Admissions Bldg. | 12/23/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>1/03/07 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| | | dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 12677 | STATE OF ARKANSAS/ Arkansas State Hospital – Canteen Bldg. | 12/23/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| | | 1/03/07 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information. |
| | | 01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 12680 | STATE OF ARKANSAS/ Arkansas State Hospital – Hendrix Hall | 12/23/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 12676 | STATE OF ARKANSAS/ Arkansas State Hospital – Nursing Administration Bldg. | 12/23/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| | | 1/03/07 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| | | Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.

01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 12737 | STATE OF ARKANSAS/ Arkansas State Hospital – Rodgers Hall (Central Arkansas Community Punishment Center) | 12/31/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 12732 | STATE OF ARKANSAS/ Arkansas State Hospital – Unit No. 1 | 12/23/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.

1/03/07 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.

01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 12733 | STATE OF ARKANSAS/ Arkansas State Hospital – Unit No. 2 | 12/23/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>1/03/07 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 12734 | STATE OF ARKANSAS/ Arkansas State Hospital – Unit No. 3 | 12/23/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>1/03/07 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information. |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | 01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 12735 | STATE OF ARKANSAS/ Arkansas State Hospital – Unit No. 4 | 12/23/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>1/03/07 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 12731 | STATE OF ARKANSAS/ Arkansas State Hospital – Unit No. 5 | 12/23/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>1/03/07 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing* |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | *Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information. |
| 12730 | STATE OF ARKANSAS/ Arkansas State Hospital – Unit No. 6 | 12/23/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>1/03/07 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information. |
| 12679 | STATE OF ARKANSAS/ Arkansas State Hospital – Vocational Shops (aka Maintenance Shop) | 12/31/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>1/03/07 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | supplemental claims information with the Claims Facility. |
| 12675 | STATE OF ARKANSAS/ Office of Child Support Enforcement (ARKLA Bldg.) | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>01/31/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information.<br><br>1/9/2007Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 12674 | STATE OF ARKANSAS/ Booneville Human Dev. Ctr. – Judge Joseph Hill Bldg. | 01/07/2003 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>10/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Tom |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| | | Manning that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |
| 12725 | STATE OF ARKANSAS/ Conway Development Center – No. 25 Cedar | 12/30/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>10/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |
| 12729 | STATE OF ARKANSAS/ Conway Development Center – No. 28 Cedar | 12/30/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 12728 | STATE OF ARKANSAS/ Conway Development Center – No. 29 Cedar | 12/30/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 12717 | STATE OF ARKANSAS/ Conway Development Center – No. 3 Cedar | 12/30/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 12702 | STATE OF ARKANSAS/ Conway Development Center – No. 30 Hickory | 12/30/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 12714 | STATE OF ARKANSAS/ Conway Development Center – No. 5 Cedar | 12/22/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| | | location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim.<br><br>10/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM.  Filed as supplemental claims information. |
| 12701 | STATE OF ARKANSAS/ Conway Development Center – 32 Poplar | 12/30/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim. |
| 12719 | STATE OF ARKANSAS/ Conway Development Center – Administration Building | 12/22/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim.<br><br>10/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM.  Filed as supplemental claims information. |
| 12724 | STATE OF ARKANSAS/ Conway Development Center – Classroom No. 10 | 12/22/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim. |
| 12723 | STATE OF ARKANSAS/ Conway Development Center – Classroom No. 3 & No. 5 | 12/22/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim. |
| 12722 | STATE OF ARKANSAS/ Conway Development Center – | 12/30/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data* |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| | Classroom No. 6 & No. 8 | *Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.   Filed with Proof of Claim.<br><br>10/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM.   Filed as supplemental claims information. |
| 12726 | STATE OF ARKANSAS/ Conway Development Center – Classroom No. 7 & No. 9 | 12/22/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.   Filed with Proof of Claim.<br><br>10/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM.   Filed as supplemental claims information. |
| 12716 | STATE OF ARKANSAS/ Conway Development Center – Residence No. 2 | 12/22/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.   Filed with Proof of Claim.<br><br>10/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM.   Filed as supplemental claims information. |
| 12718 | STATE OF ARKANSAS/ Conway Development Center – SLT Office | 12/22/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.   Filed with |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | Proof of Claim.<br><br>10/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |
| 12687 | STATE OF ARKANSAS/ Employment Security Dept. 501 W. Arch | 01/06/2003 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 12685 | STATE OF ARKANSAS/ Finance & Administration Bldg. | 12/20/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 12691 | STATE OF ARKANSAS/ Justice Building | 12/20/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 12673 | STATE OF ARKANSAS/ Ledbetter Building | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 12688 | STATE OF ARKANSAS/ SBS Building | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>11/29/2006 Construction Inspectors, Inc. Report styled *Limited Inspection Report of State Building Services Building, Little Rock, Arkansas,* prepared by Tom Manning and John Mertian that includes scope of inspection, background, description of inspections, and results of inspections. |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| | | 12/27/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 12690 | STATE OF ARKANSAS/ School for the Deaf – Wilbur Mills Library | 01/03/2003 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/29/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM and hazard assessment. Filed as supplemental claims information. |
| 12727 | STATE OF ARKANSAS/ Conway Development Center- Classroom No. 2 & No. 4 | 12/22/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>10/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| | | John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |

## C.    STATE OF CONNECTICUT

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12681 | STATE OF CONNECTICUT/ Connecticut Supreme Court Bldg. | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/06/2005 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |

## D.    STATE OF OKLAHOMA:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 6953 | STATE OF OKLAHOMA/ Central Oklahoma Comm. Mental Health Center – Building A | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>The surfacing ACM was friable and damaged, and has been removed from this building. The Asbestos Project Design documents regarding the removal and other related surveys and abatement documents were filed with the Proof |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| | | of Claim. The State of Oklahoma Department of Central Services - Asbestos Division or the State of Oklahoma's Correction Division - Asbestos Division was in charge of designing the project and removing the surfacing ACM. The State of Oklahoma's asbestos project designer or a representative from the State will testify as to the hazard assessment of the material and the damaged condition of the surfacing ACM. |
| 6954 | STATE OF OKLAHOMA/ Central Oklahoma Comm. Mental Health Center – Building B | 12/10/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. <br><br> The surfacing ACM was friable and damaged and has been removed from this building. The Asbestos Project Design documents regarding the removal and other related surveys and abatement documents were filed with the Proof of Claim. The State of Oklahoma Department of Central Services - Asbestos Division or the State of Oklahoma's Correction Division - Asbestos Division was in charge of designing the project and removing the surfacing ACM. The State of Oklahoma's asbestos project designer or a representative from the State will testify as to the hazard assessment of the material and the damaged condition of the surfacing ACM. |
| 6955 | STATE OF OKLAHOMA/ Central Oklahoma Comm. Mental Health Center – Building C | 12/10/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. <br><br> The surfacing ACM was friable and damaged and has been removed from this building. The Asbestos Project Design documents regarding the removal and other related surveys and abatement documents were filed with the Proof of Claim. The State of Oklahoma Department |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | of Central Services - Asbestos Division or the State of Oklahoma's Correction Division - Asbestos Division was in charge of designing the project and removing the surfacing ACM. The State of Oklahoma's asbestos project designer or a representative from the State will testify as to the hazard assessment of the material and the damaged condition of the surfacing ACM. |
| 6956 | STATE OF OKLAHOMA/ Central Oklahoma Comm. Mental Health Center – Building D | 12/10/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>The surfacing ACM was friable and damaged, and has been removed from this building. The Asbestos Project Design documents regarding the removal and other related surveys and abatement documents were filed with the Proof of Claim. The State of Oklahoma Department of Central Services - Asbestos Division or the State of Oklahoma's Correction Division - Asbestos Division was in charge of designing the project and removing the surfacing ACM. The State of Oklahoma's asbestos project designer or a representative from the State will testify as to the hazard assessment of the material and the damaged condition of the surfacing ACM. |
| 5589 | STATE OF OKLAHOMA/ Classen Building 1411 | 08/26/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>The surfacing ACM was friable and damaged, and has been removed from this building. The Asbestos Project Design documents regarding the removal and other related surveys and abatement documents were filed with the Proof of Claim. The State of Oklahoma Department of Central Services - Asbestos Division or the |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | State of Oklahoma's Correction Division - Asbestos Division was in charge of designing the project and removing the surfacing ACM. The State of Oklahoma's asbestos project designer or a representative from the State will testify as to the hazard assessment of the material and the damaged condition of the surfacing ACM. |
| 5588 | STATE OF OKLAHOMA/ Eddie Warrior Unit Auditorium & Programs Building | 12/11/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>The surfacing ACM was friable and damaged, and has been removed from this building. The Asbestos Project Design documents regarding the removal and other related surveys and abatement documents were filed with the Proof of Claim. The State of Oklahoma Department of Central Services - Asbestos Division or the State of Oklahoma's Correction Division - Asbestos Division was in charge of designing the project and removing the surfacing ACM. The State of Oklahoma's asbestos project designer or a representative from the State will testify as to the hazard assessment of the material and the damaged condition of the surfacing ACM. |
| 5587 | STATE OF OKLAHOMA/ Griffin Memorial Hospital Activities Center, Bldg. 40 | 12/10/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>The surfacing ACM was friable and damaged, and has been removed from this building. The Asbestos Project Design documents regarding the removal and other related surveys and abatement documents were filed with the Proof of Claim. The State of Oklahoma Department of Central Services - Asbestos Division or the State of Oklahoma's Correction Division - |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| | | Asbestos Division was in charge of designing the project and removing the surfacing ACM. The State of Oklahoma's asbestos project designer or a representative from the State will testify as to the hazard assessment of the material and the damaged condition of the surfacing ACM. |
| 5591 | STATE OF OKLAHOMA/ Jess Dunn Correctional Unit – Bldg. 500 | 12/11/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim.

The surfacing ACM was friable and damaged, and has been removed from this building.  The Asbestos Project Design documents regarding the removal and other related surveys and abatement documents were filed with the Proof of Claim.  The State of Oklahoma Department of Central Services - Asbestos Division or the State of Oklahoma's Correction Division - Asbestos Division was in charge of designing the project and removing the surfacing ACM. The State of Oklahoma's asbestos project designer or a representative from the State will testify as to the hazard assessment of the material and the damaged condition of the surfacing ACM. |
| 6967 | STATE OF OKLAHOMA/ Mental Health & Substance Abuse Srvs. Building | 12/09/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim.

The surfacing ACM was friable and damaged, and has been removed from this building.  The Asbestos Project Design documents regarding the removal and other related surveys and abatement documents were filed with the Proof of Claim.  The State of Oklahoma Department of Central Services - Asbestos Division or the State of Oklahoma's Correction Division - Asbestos Division was in charge of designing |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
|         |                      | the project and removing the surfacing ACM. The State of Oklahoma's asbestos project designer or a representative from the State will testify as to the hazard assessment of the material and the damaged condition of the surfacing ACM. |
| 5590 | STATE OF OKLAHOMA/ Western Hills Lodge | 11/12/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim.<br><br>The surfacing ACM was friable and damaged, and has been removed from this building.  The Asbestos Project Design documents regarding the removal and other related surveys and abatement documents were filed with the Proof of Claim.  The State of Oklahoma Department of Central Services - Asbestos Division or the State of Oklahoma's Correction Division - Asbestos Division was in charge of designing the project and removing the surfacing ACM. The State of Oklahoma's asbestos project designer or a representative from the State will testify as to the hazard assessment of the material and the damaged condition of the surfacing ACM. |
| 5592 | STATE OF OKLAHOMA/ Wiley Post Historical Bldg. | 12/09/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim.<br><br>The surfacing ACM was friable and damaged, and has been removed from this building.  The Asbestos Project Design documents regarding the removal and other related surveys and abatement documents were filed with the Proof of Claim.  Representative from the Oklahoma Health Department will testify as to the hazard assessment of the material and the damaged condition of the surfacing ACM. |
| 8016 | STATE OF OKLAHOMA/ | 01/16/2003 Construction Inspectors, Inc. *Chain* |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| | Department of Health Headquarters | *of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>The surfacing ACM was friable and damaged, and has been removed from this building. The Asbestos Project Design documents regarding the removal and other related surveys and abatement documents were filed with the Proof of Claim. The State of Oklahoma Department of Central Services - Asbestos Division or the State of Oklahoma's Correction Division - Asbestos Division was in charge of designing the project and removing the surfacing ACM. The State of Oklahoma's asbestos project designer or a representative from the State will testify as to the hazard assessment of the material and the damaged condition of the surfacing ACM. |

E.    CITY OF AMARILLO, TEXAS:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5661 | CITY OF AMARILLO, TX – Amarillo International Airport | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>01/09/2007 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 5656 | CITY OF AMARILLO, TX – Bivins Building | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>01/09/2007 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |

**F.   CITY OF HOUSTON, TEXAS:**

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| 6968 | CITY OF HOUSTON, TX – Police Department Bldg. (1200 Travis) | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>01/13/07 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Kenneth Pigg that includes description of building, surveys of building, and location, types and quantity of ACM, and hazard assessment. Filed as supplemental claims |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| | | information. |
| 6969 | CITY OF HOUSTON, TX – Public Works Bldg. (611 Walker) | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>01/13/07 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Kenneth Pigg that includes description of building, surveys of building, and location, types and quantity of ACM, and hazard assessment. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |

G.    **COLEMAN HOUSING AUTHORITY:**

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5658 | COLEMAN HOUSING AUTHORITY – High Rise Bldg. | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>09/19/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Kenneth Pigg that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |

## H.    EL PASO COUNTY, TEXAS:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5657 | EL PASO COUNTY, TX – Landmark Building | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>09/19/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Kenneth Pigg that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |

## I.    HARLINGEN HOUSING AUTHORITY:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5659 | HARLINGEN HOUSING AUTHORITY – Heritage Manor | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>01/07/07 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |

## J.    SABINE RIVER AUTHORITY OF TEXAS:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5660 | SABINE RIVER AUTHORITY OF TEXAS – Iron & Bridge Division Office | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>01/10/07 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Kenneth Pigg that includes description of |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
|         |                      | building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |

## K.    CITY OF PHOENIX, ARIZONA:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| 5654 | CITY OF PHOENIX, AZ – Civic Center North Plaza & Parking Garage | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>09/19/06 Construction Inspectors, Inc. Report styled *Survey of Asbestos-Containing Materials* by Kenneth Pigg that includes description of building, surveys of building, location, types and quantity of ACM and hazard assessment. Filed as supplemental claims information. |
| 5653 | CITY OF PHOENIX, AZ – Multi Center Waste Treatment Plant – Digester Control #1 | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/18/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information. |
| 5652 | CITY OF PHOENIX, AZ – Multi Center Waste Treatment Plant – Maintenance Shop | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/18/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| | | information. |
| 5655 | CITY OF PHOENIX, AZ – Sky Harbor Airport – Terminal 2 | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>1/09/07 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 6102 | CITY OF PHOENIX, AZ – FAA Tracon Building | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 5651 | CITY OF PHOENIX, AZ – Squaw Peak Water Treatment Plant – Administration Bldg. #1 | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 6065 | CITY OF PHOENIX, AZ – Symphony Hall | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>09/20/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by |