# PART 2 OF 2

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| | | Kenneth Pigg that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |

L.   **CITY OF TUCSON, ARIZONA:**

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5650 | CITY OF TUCSON, AZ – City Hall | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>01/03/07 Gobbell Hays Partners, Inc. Reports styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 5649 | CITY OF TUCSON, AZ – City Hall Annex | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>10/16/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Tom Manning that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| 5648 | CITY OF TUCSON, AZ – Civic Center Complex/ Music Hall | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/28/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 5647 | CITY OF TUCSON, AZ – Civic Center Complex/ Leo Rich Theater | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/28/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| | | ACSTM in this building. The report also includes the results of micro-vacuum settled dust samples. This report has been filed as supplemental claims information with the Claims Facility. |
| 5645 | CITY OF TUCSON, AZ – Old Pima Bank Bldg. | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/29/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Tom Manning that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |
| 5644 | CITY OF TUCSON, AZ – Transportation Contract Service Center | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>01/03/2007 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Tom Manning that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |
| 5646 | CITY OF TUCSON, AZ – Civic Center Complex / Arena Exhibit Hall and Rooms | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/20/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information. |

## M.    MARICOPA COUNTY, ARIZONA:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| 6073 | MARICOPA COUNTY, AZ – West Courts Building | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>1/03/2007 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information. |
| 6067 | MARICOPA COUNTY, AZ – East Courts Building | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/27/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information. |
| 6074 | MARICOPA COUNTY, AZ – Courts Complex – Sheriff's Administration Building | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>09/20/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Kenneth Pigg that includes description of building, surveys of building, and location, types and quantity of ACM.    Filed as supplemental claims information. |
| 6068 | MARICOPA COUNTY, AZ – Board of Supervisors | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 6071 | MARICOPA COUNTY, AZ – Health Building (1825 E. Roosevelt) | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>10/17/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM.   Filed as supplemental claims information. |
| 6069 | MARICOPA COUNTY, AZ – Hospital Power Plant Building | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| 6072 | MARICOPA COUNTY, AZ – Juvenile Court Center | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>12/18/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building.   Filed as supplemental claims information. |
| 6070 | MARICOPA COUNTY, AZ – Public Health Administration Offices (1845 E. Roosevelt) | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>10/17/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|----------------------|
|  |  | building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |

## N.    COOK COUNTY, ILLINOIS:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|----------------------|
| 12684 | COOK COUNTY, IL – Cook County Children's Hospital | Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |

## O.    CITY OF EUGENE, OREGON:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|----------------------|
| 5670 | CITY OF EUGENE, OR – Eugene Public Library | 8/26/2001 Report styled *Eugene City Library, Asbestos Inspection,* prepared by Leslie Price, City of Eugene Public Works, includes location of ACM, quantity of ACM, its condition and hazard assessment. Filed with Proof of Claim. <br><br> 11/18/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |

## P.    STATE OF OREGON, BOARD OF HIGHER EDUCATION, EASTERN OREGON UNIVERSITY:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|----------------------|
| 6066 | EASTERN OREGON UNIVERSITY – Hoke Student Center | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim. <br><br> 11/21/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|-----------------------|
| | | which a bulk sample was taken.  Filed with Proof of Claim. |
| | | The Grace fireproofing and acoustical plaster in this building has been removed. The PSI survey filed with the Proof of Claim describes the condition of the fireproofing and acoustical plaster in this building and its recommendations. The fireproofing had deteriorated and delaminated, and debris was present on the suspended ceiling.   PBS Environmental prepared the Project Guidelines & Work Plan for the removal project.  A representative from Eastern Oregon University will testify as to the condition of the materials, the hazard assessment, and the reasons for removing such. The inspection and abatement-related documents or summaries of such were filed with the Proof of Claim. |

## Q.    OREGON HEALTH & SCIENCE UNIVERSITY

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|-----------------------|
| 8017 | OREGON HEALTH & SCIENCE UNIVERSITY – Multnomah Pavilion | August 1989 PBS Environmental Building Consultants report styled *Asbestos Survey Report, Oregon Health Sciences University, University Hospital North* prepared by John Perkins that includes location of ACM, quantity and condition of ACM and assessment of hazard. Filed with Proof of Claim. |
| | | 02/27/2003 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.   Filed with Proof of Claim. |
| | | 03/21/05 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM.   Filed as supplemental claims information. |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
|  |  | 12/18/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information. |

**R.  STATE OF OREGON, BOARD OF HIGHER EDUCATION, OREGON STATE UNIVERSITY:**

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| 5674 | OREGON STATE UNIVERSITY – Kerr Administration Bldg. | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim.<br><br>11/14/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>09/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information.<br><br>11/28/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|-----------------------|
| | | building. Filed as supplemental claims information. |
| | | 01/12/2007 Expert Report by Andrew Gray, Environmental Health and Safety Officer, Oregon State University, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |
| 5673 | OREGON STATE UNIVERSITY – Nash Hall | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim. |
| | | 11/14/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| | | 01/12/2007 Expert Report by Andrew Gray, Environmental Health and Safety Officer, Oregon State University, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |
| 5679 | OREGON STATE UNIVERSITY – Oswald West Cafeteria | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim. 11/14/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. 01/12/2007 Expert Report by Andrew Gray, Environmental Health and Safety Officer, Oregon State University, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |
| 5678 | OREGON STATE UNIVERSITY – Valley Library | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim. 11/14/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. 01/12/2007 Expert Report by Andrew Gray, Environmental Health and Safety Officer, Oregon State University, which includes |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
|         |                     | qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |

**S.     STATE OF OREGON, BOARD OF HIGHER EDUCATION, PORTLAND STATE UNIVERSITY:**

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| 5677 | PORTLAND STATE UNIVERSITY – Cramer Hall | 11/11/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>08/30/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information.<br><br>11/30/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/10/2007 Expert Report by Ruben Torres, Industrial Hygienist, and Hazard Materials Manager and Asbestos Management Coordinator for Portland State University, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| | | Claims Facility. |
| 5676 | PORTLAND STATE UNIVERSITY – Neuberger Hall | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim. |
| | | 11/11/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| | | 06/10/2005 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Tom Manning and Kenneth Pigg that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |
| | | 09/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |
| | | 12/19/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information. |
| | | 01/10/2007 Expert Report by Ruben Torres, |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|----------------------|
| | | Industrial Hygienist, and Hazard Materials Manager and Asbestos Management Coordinator for Portland State University, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings.  This report has been filed as supplemental claims information with the Claims Facility. |
| 5675 | PORTLAND STATE UNIVERSITY – Peter W. Stott (HPE) Center | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim.<br><br>11/12/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim.<br><br>11/30/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building.  Filed as supplemental claims information.<br><br>01/10/2007 Expert Report by Ruben Torres, Industrial Hygienist, and Hazard Materials Manager and Asbestos Management Coordinator for Portland State University, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | said buildings. This report has been filed as supplemental claims information with the Claims Facility. |
| 5686 | PORTLAND STATE UNIVERSITY – Science II Building | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim.<br><br>11/11/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>11/30/2006 Gobbell Hays Partners, Inc. Reports styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/10/2007 Expert Report by Ruben Torres, Industrial Hygienist, and Hazard Materials Manager and Asbestos Management Coordinator for Portland State University, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |
| 5685 | PORTLAND STATE UNIVERSITY – Smith Memorial Center | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim.<br><br>11/11/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>06/10/2005 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Tom Manning and Kenneth Pigg that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information.<br><br>08/30/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information.<br><br>12/18/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/10/2007 Expert Report by Ruben Torres, Industrial Hygienist, and Hazard Materials Manager and Asbestos Management Coordinator for Portland State University, which includes qualifications, university guidelines regarding asbestos management, and the |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | location and condition of Grace ACM, and any response actions undertaken by the university in said buildings.  This report has been filed as supplemental claims information with the Claims Facility. |
| 5684 | PORTLAND STATE UNIVERSITY – University Center | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim.<br><br>11/12/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim.<br><br>03/07/2005 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM.  Filed as supplemental claims information.<br><br>12/14/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building.  Filed as supplemental claims information.<br><br>01/10/2007 Expert Report by Ruben Torres, Industrial Hygienist, and Hazard Materials Manager and Asbestos Management Coordinator for Portland State University, which includes qualifications, university guidelines |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| | | regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |
| 5683 | PORTLAND STATE UNIVERSITY – University Services Bldg. | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim.<br><br>11/11/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>10/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information.<br><br>01/10/2007 Expert Report by Ruben Torres, Industrial Hygienist, and Hazard Materials Manager and Asbestos Management Coordinator for Portland State University, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |

**T.    STATE OF OREGON, BOARD OF HIGHER EDUCATION, SOUTHERN OREGON UNIVERSITY:**

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5682 | SOUTHERN OREGON UNIVERSITY – Churchill Hall | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim.<br><br>11/19/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>01/15/2007 Expert Report by Greg Taylor Asbestos Supervisor for Southern Oregon University, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |
| 5681 | SOUTHERN OREGON UNIVERSITY – Education & Psychology Bldg. | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim.<br><br>11/19/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | which a bulk sample was taken.  Filed with Proof of Claim.<br><br>01/15/2007 Expert Report by Greg Taylor Asbestos Supervisor for Southern Oregon University, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |
| 5680 | SOUTHERN OREGON UNIVERSITY – Music Building | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim.<br><br>11/19/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim.<br><br>10/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM.  Filed as supplemental claims information.<br><br>01/15/2007 Expert Report by Greg Taylor Asbestos Supervisor for Southern Oregon University, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
|  |  | This report has been filed as supplemental claims information with the Claims Facility. |

## U.    STATE OF OREGON, BOARD OF HIGHER EDUCATION, UNIVERSITY OF OREGON:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| 5671 | UNIVERSITY OF OREGON – Computing Center | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim.<br><br>11/17/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>03/21/2005 and 09/06/2006 Construction Inspectors, Inc. Reports styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Tom Manning that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information.<br><br>11/29/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/2007 Expert Report by Steve Pelkey, Facilities Services Safety Manager and University Asbestos Manager for the University |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | of Oregon, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |
| 5666 | UNIVERSITY OF OREGON – Esslinger Hall | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim. <br><br> 11/16/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. <br><br> 01/09/2007 Expert Report by Steve Pelkey, Facilities Services Safety Manager and University Asbestos Manager for the University of Oregon, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |
| 5669 | UNIVERSITY OF OREGON – Friendly Hall | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim. |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| | | 11/16/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>11/29/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/2007 Expert Report by Steve Pelkey, Facilities Services Safety Manager and University Asbestos Manager for the University of Oregon, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |
| 5663 | UNIVERSITY OF OREGON – Gerlinger Annex | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim.<br><br>11/17/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| | | 11/29/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>09/05/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information.<br><br>01/09/2007 Expert Report by Steve Pelkey, Facilities Services Safety Manager and University Asbestos Manager for the University of Oregon, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |
| 5668 | UNIVERSITY OF OREGON – Klamath Hall | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim.<br><br>11/16/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|------------------------|
| | | 01/09/2007 Expert Report by Steve Pelkey, Facilities Services Safety Manager and University Asbestos Manager for the University of Oregon, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |
| 5664 | UNIVERSITY OF OREGON – Lawrence Hall | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim. |
| | | 11/17/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim. |
| | | 10/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Tom Manning that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information. |
| | | 01/09/2007 Expert Report by Steve Pelkey, Facilities Services Safety Manager and University Asbestos Manager for the University of Oregon, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| | | claims information with the Claims Facility. |
| 5665 | UNIVERSITY OF OREGON – Oregon Hall | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim.<br><br>11/17/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>11/22/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building. Filed as supplemental claims information.<br><br>01/09/2007 Expert Report by Steve Pelkey, Facilities Services Safety Manager and University Asbestos Manager for the University of Oregon, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |
| 5667 | UNIVERSITY OF OREGON – Prince Lucien Campbell Bldg. | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| | | and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim.<br><br>11/17/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken. Filed with Proof of Claim.<br><br>09/06/2006 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by John Mertian that includes description of building, surveys of building, and location, types and quantity of ACM. Filed as supplemental claims information.<br><br>01/09/2007 Expert Report by Steve Pelkey, Facilities Services Safety Manager and University Asbestos Manager for the University of Oregon, which includes qualifications, university guidelines regarding asbestos management, and the location and condition of Grace ACM, and any response actions undertaken by the university in said buildings. This report has been filed as supplemental claims information with the Claims Facility. |

## V.    STATE OF OREGON, BOARD OF HIGHER EDUCATION, WESTERN OREGON UNIVERSITY:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| 5687 | WESTERN OREGON UNIVERSITY – Neal Werner University Center | Approximately 1990-91 Report styled *Prioritization Asbestos Study* prepared by the Hall-Kimbrell Division of Professional Service Industries, Inc., which includes Findings and Observations, Spreadsheets, Petrographic Analysis, Sample Location Diagrams, Miscellaneous Suspect Material, Photographs and Areas of Special Concerns for asbestos-containing building products in this building. Filed with Proof of Claim.<br><br>11/13/2002 Construction Inspectors, Inc. *Chain* |

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|-----------------------|
| | | *of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim.<br><br>06/10/2005 Construction Inspectors, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Tom Manning and Kenneth Pigg that includes description of building, surveys of building, and location, types and quantity of ACM.  Filed as supplemental claims information.<br><br>11/28/2006 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building.  Filed as supplemental claims information. |

**W.    SIX HUNDRED BUILDING, LTD.:**

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|----------------------|-----------------------|
| 5689<br>5690 | SIX HUNDRED BUILDING LTD. – 600 Building | 09/18/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim.<br><br>12/29/2006 Construction Inspectors, Inc. Report styled *Survey of Asbestos-Containing Surface Treatment Materials* prepared by Kenneth Pigg that includes description of building, surveys of building, and location, types, and quantity of ACM and hazard assessment.  Filed as supplemental claims information. |

## X.    BNC FORUM LP TEXAS LIMITED LIABILITY PARTNERSHIP:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5688 | BNC FORUM LP TEXAS LIMITED LIABILITY PARTNERSHIP – Mercantile Building (1712 Commerce) | 10/08/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim. |

## Y.    EPEC REALTY, INC.:

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5593 5672 | EPEC REALTY, INC. – El Paso Energy Building | 10/31/2002 Construction Inspectors, Inc. *Chain of Custody Log(s)* and *Bulk Sample Data Sheet(s)*, which includes the sample and material location, and a sample location of the area from which a bulk sample was taken.  Filed with Proof of Claim.

01/08/2007 Gobbell Hays Partners, Inc. Report styled *Inspection of Asbestos-Containing Surface Treatment Materials* prepared by Wade Anderson that includes description of building, location and quantity of Grace ACM and hazard assessment for Grace ACM in this building.  Filed as supplemental claims information.

01/09/07 Expert Report by Martin R. Bennett, Materials Analytical Services, LLC, which includes Qualifications, Field Notes, Background and General Observations, AHERA Assessment, and Contamination Assessment for ACSTM in this building.  The report also includes the results of micro-vacuum settled dust samples.  This report has been filed as supplemental claims information with the Claims Facility. |

## Z.    COUNTY OF ORANGE CLASS

| CLAIM # | ENTITY/BUILDING NAME | DESCRIPTION OF REPORT |
|---------|---------------------|----------------------|
| 12700 | THE COUNTY OF ORANGE CLASS | 01/12/2007 Expert Report by Kenneth Pigg, Construction Inspectors, Inc., which includes qualifications, materials reviewed prior to inspections of buildings, procedures followed in inspecting and collecting bulk samples, quantifying asbestos-containing surface treatment materials, and assessing the condition of asbestos-containing surface treatment materials.<br><br>Steve Sheeran by deposition. Deposition taken in *Dayton Independent School District, et al. v. U.S. Mineral Products Co., et al.*, No. B-87-00507-CA (E.D. Tex.) |

## V.

The D&H PD Claimants reserve the right to supplement this submission with any pending lack of hazard reports or other documentation that is pending at this time. Further, in the event that the D&H PD Claimants have inadvertently failed to include reference to a lack of hazard report and/or such other lack of hazard documentation that has been, or will be filed with the Claims Agent, the D&H PD Claimants reserve the right to supplement this submission and designation.

## VI.

The D&H PD Claimants also incorporates by reference herein all surveys, inspections, reports, contracts, plans and specification, memorandums, correspondence, notices filed with state agencies, or any other documents that relate to or refer to the inspection, management or abatement of asbestos-containing acoustical plaster or fireproofing materials installed in the buildings identified hereinabove that were filed with the Proof of Claim or any supplemental information filed in the Proof of Claim.

070115141917.DOC

## VII.

This submission does not reference to specific buildings herein the Expert Reports of William Longo, Ph.D. ("Longo"), or James Millette, Ph.D. ("Millette"). The Longo and Millette Reports are the subject of separate submissions.[3] Further, this submission does not reference the Supplemental Expert Reports of Laura S. Welch, M.D., FACP, FACOEM or Henry A. Anderson, M.D., or Construction Inspectors, Inc., or the Expert Report of Eugene Jerome Mark, M.D., which are also the subject of a separate submission.[4] Although the Expert Reports of William Ewing, CIH ("Ewing") and Martin Bennett ("Bennett") of Materials Analytical Services are referenced in this submission, the full text with backup data for the Ewing and Bennett Expert Reports are also the subject of a separate submission.[5] This submission also does not reference the Supplemental Report of James R. Millette, Ph.D., which is also the subject of a separate submission.[6]

{REMAINDER OF PAGE LEFT INTENTIONALLY BLANK}

---

[3] See Claimants Represented by the Law Firm of Dies & Hile, L.L.P.'s Submission of Certain Expert Reports of William E. Longo, Ph.D., William M. Ewing, CIH, and James R. Millette, Ph.D., Regarding the Schedule for the Adjudication of Lack of Hazard Issues, as Described in the 15th Omnibus Objections, dated January 5, 2007.

[4] See Claimants Represented by the Law Firm of Dies & Hile, L.L.P.'s Submission of Supplemental Expert Reports of Laura S. Welch, M.D., FACP, FACOEM, Henry A. Anderson, M.D., and Construction Inspectors, Inc., and the Expert Reports of Eugene Jerome Mark, M.D., William M. Ewing, CIH, James R. Millette, Ph.D., and Martin Bennett, Materials Analytical Services ("MAS"), and Further Identification and Explanation Regarding the Reports of William Longo, Ph.D., Previously Submitted, Regarding the Schedule for the Adjudication of Lack of Hazard Issues, as Described in the 15th Omnibus Objections.

[5] Id. This submission also resubmits the Expert Report of James R. Millette and further explains the submission of the Longo Reports.

[6] See Claimants Represented by the Law Firm of Dies & Hile, L.L.P.'s Submission of Certain Expert Reports of William E. Longo, Ph.D., William M. Ewing, CIH, and James R. Millette, Ph.D., Regarding the Schedule for the Adjudication of Lack of Hazard Issues, as Described in the 15th Omnibus Objections.

Finally, this submission does not reference the Expert Report of Environmental Resource Consultants regarding the El Paso Energy Building. William Longo, Ph.D., James R. Millette, Ph.D., Laura Welch, M.D., Henry Anderson, M.D., Construction Inspectors, Inc., William Ewing, CIH, and Martin Bennett ("MAS") may testify as to all D&H PD Claimants' building claims.

DATED:       January 15, 2007

Christopher D. Loizides (Bar No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
Email:         loizides@loizides.com

-- and --

Martin W. Dies
DIES & HILE, L.L.P.
1009 Green Avenue
Orange, TX  77630
Telephone:   (409) 883-4394
Facsimile:    (409) 883-8414
Email:         mwdies@aol.com

*Counsel for the Dies & Hile Asbestos*
*Property Damage Claimants*