# EXHIBIT C

SUPPLEMENTAL EXPERT REPORT OF
CONSTRUCTION INSPECTORS, INC.

*Construction Inspectors, Inc.*
*2002 Bishop St.*
*Orange, Texas 77632*
*(409) 882-1729*

January 12, 2007

Mr. Martin Dies
Dies & Hile, LLP
1601 Rio Grande, Suite 330
Austin, Texas 78701

Re:     Expert Report

Dear Mr. Dies:

    Enclosed please find the Supplemental Expert Report rendered by Construction Inspectors, Inc. Please advise if we provide you with any additional information.

Kenneth Pigg
President

# CONSTRUCTION INSPECTORS, INC.
# SUPPLEMENTAL EXPERT REPORT

## A. INTRODUCTION

Construction Inspectors, Inc. ("CI") was retained by Dies & Hile, LLP to inspect various buildings, take bulk samples of surfacing materials and to quantify or assist in quantifying those materials identified as having been manufactured by W.R. Grace & Co. ("Grace"). We may offer testimony regarding the buildings listed in Exhibit "A" (the "Buildings at Issue"). These buildings have been identified as containing or having contained asbestos-containing acoustical plaster and/or fireproofing materials ("ACSTM") manufactured by Grace. We may also testify as to the procedures followed by CI in inspecting the Buildings at Issue, obtaining bulk samples of ACSTM, quantifying the ACSTM, assessing the condition of the Grace ACSTM, and the kinds of typical building activities that might impact or disturb the in-place ACSTM in the Buildings at Issue during normal building use and activities.

## B. QUALIFICATIONS

1. Tom Manning. I am an accredited Asbestos Building Inspector, in accordance with the requirements of the U.S. Environmental Protection Agency, Asbestos Hazard Emergency Response Act (AHERA). A substantial part of my professional practice has been devoted to inspecting, quantifying, assessing and determining the appropriate responses to ACSTM. I have inspected hundreds of buildings during the past 5 years for the purpose of determining whether they contain or contained ACSTM, for collecting bulk samples of suspect materials, and quantifying the amount of the ACSTM in issue.

2. John Mertian. I am an accredited Asbestos Building Inspector, in accordance with the requirements of the U.S. Environmental Protection Agency, Asbestos Hazard Emergency Response Act (AHERA). I am also an accredited Air Monitor Technician in accordance with the requirements of the U.S. EPA. A substantial part of my professional practice has been devoted to inspecting, quantifying, assessing and determining the appropriate responses to ACSTM. I have inspected hundreds of buildings during the past 10 years for the purpose of determining whether they contain or contained ACSTM, for collecting bulk samples of suspect materials, and quantifying the amount of the ACSTM in issue.

3. Kenneth Pigg. I am an accredited Asbestos Building Inspector, in accordance with the requirements of the U.S. Environmental Protection Agency, Asbestos Hazard Emergency Response Act (AHERA). I served in the United States Air Force where I was a quality control inspector with responsibility for minuteman missile nuclear warheads and guidance systems. I received an Air Force commendation for outstanding technical ability. I have approximately 40 years of experience in various aspects of the construction industry. A substantial part of my professional practice has been devoted to inspecting, quantifying, assessing and determining the appropriate responses to ACSTM. I have inspected hundreds of buildings during the past 15 years for the purpose of determining whether they contain or

contained ACSTM, for collecting bulk samples of suspect materials, and quantifying the amount of the ACSTM in issue.

## C. MATERIALS REVIEWED

Prior to the inspections of the Buildings at Issue, we were often provided access to the original plans, available information concerning any renovations of the buildings to be inspected, prior surveys of asbestos-containing building products, and other materials that contained information regarding asbestos containing building products in such buildings. Following our submission to Materials Analytical Services, Inc. ("MAS") of the bulk samples taken from the Buildings at Issue, CI was provided with the MAS reports which identified the manufacturer of the ACSTM in such buildings.

## D. PROCEDURES FOLLOWED IN INSPECTING THE BUILDINGS, COLLECTING BULK SAMPLES, QUANTIFYING ACSTM, AND ASSESSING THE CONDITION OF THE ACSTM

The Buildings at Issue, which are identified in Exhibit "A" have been inspected on one or more occasions by CI. Customarily, CI sent at least two individuals to conduct the initial inspections and bulk sampling. Prearrangements were made for representative(s) of the building owner, whose job duties included addressing asbestos issues, to accompany us and provide information and assistance in performing the inspection and obtaining bulk samples.

The following is a brief description of the actions taken in inspecting the buildings, collecting bulk samples of ACSTM, identifying the manufacturer of the ACSTM, and quantifying the amount of ACSTM manufactured by Grace. The initial inspection and bulk sampling for each building included the following:

- Review documents regarding construction of buildings, renovations to buildings and prior surveys for asbestos-containing materials, to the extent that such documents were available;
- Conduct a general walk through of the building identifying surface treatment materials;
- Identify the locations of spray-applied acoustical plaster and fireproofing products in the building;
- Determine the homogenous sampling areas for the spray-applied acoustical plaster and fireproofing products;
- Determine the number of bulk samples to be taken;
- Collect bulk samples of acoustical plaster and fireproofing suspected to contain asbestos from respective homogeneous sampling areas;
- Obtain information necessary to complete a Bulk Sample Data Sheet for each bulk sample collected;[1]

---

[1] The Bulk Sample Data Sheet identifies the building owner, building name, date sampled, sample number, person taking sample, sample location, material location, substrate and sketch of sample location.

- Complete Bulk Sample Data Sheet and Chain of Custody Log,[2] and forward bulk sample and documentation to CI's office for review and evaluation;
- Representative from CI reviewed and split samples; and
- Bulk sample, along with Chain of Custody form, were forwarded to MAS for analysis.

MAS determined whether the bulk sample contains asbestos, and if so, the manufacturer of the acoustical or fireproofing material. A second inspection of buildings in which asbestos-containing acoustical plaster or fireproofing was identified as having been manufactured by Grace was generally undertaken.[3] The second inspection included or resulted in some or all of the following:

- identify the homogeneous sampling area where the bulk sample identified by MAS as having been manufactured by Grace is located;
- confirm the homogenous sampling area that contains or contained Grace ACSTM;
- determine the quantity of Grace acoustical plaster or fireproofing in the homogenous area;
- review building plans and structural drawings, as needed, to make final determination of quantity of Grace ACSTM;
- assessing the condition of the Grace ACSTM and determining the appropriate AHERA category for such material;
- preparing a report identifying the location and quantity of the Grace ACSTM, and if a hazard assessment was conducted, identifying the appropriate AHERA category; and
- providing information and opinions concerning the existence, location, and quantity of ACSTM in the Buildings at Issue to representatives of Gobbell Hayes Partners, Inc.

Under AHERA, the visual and physical assessment method is the primary assessment tool. The inspector assesses the condition of the material and classifies the material according to one of several hazard categories. Factors which are considered in the assessment of the condition of the material include deterioration or delamination and physical damage to the material, water damage, accessibility and building activity. EPA discourages the use of air sampling, and makes it clear that air sampling can never be used, as a primary assessment methodology.

E. **FINDINGS AND OPINIONS**

The opinions set forth below are based on our survey of the ACSTM and bulk sampling for product identification, the results of the constituent analysis of bulk samples by MAS, the quantification of material which was identified by MAS as representing a Grace product, and in

---

[2] The Chain of Custody Log identified the building owner, name of building, building address, the sample number, sample type, date sampled, sample location and the name of the person collecting the sample. It also provides a place for the signature of the custodian of the same, date sample received, the representative of the building owner from whom the sample was received, the person transferring the same, the date the sample was transferred and the mode of transfer.

[3] In a few instances the quantity of acoustical plaster or fireproofing within a homogenous sampling area was quantified at the time of the initial inspection.

those buildings for which we performed an AHERA assessment, the results of such assessments. Our opinions are as follows:

- Grace ACSTM is present in each of the buildings identified in Exhibit "A";
- the Grace ACSTM in the buildings identified in Exhibit "A" is friable in accordance with the EPA definition, in that the material may be crumbled, pulverized, or reduced to powder by hand pressure;
- the information, findings, and data in our individual asbestos inspection reports prepared by CI are hereby incorporated by reference as if fully set forth herein.

Date: January 12, 2007.

_____
Tom Manning

_____
John Mertian

_____
Kenneth Pigg

Construction Inspectors Report
Exhibit "A"

| Claimant | Building | Date of Initial Inspection & Bulk Sample Inspections | Date(s) of Additional Inspections | Date(s) of MAS Report | Product(s) Identified by MAS |
|---|---|---|---|---|---|
| State of Arizona | Veterans Memorial Coliseum | 3/18/2003<br>11/14/2006 | 8/16/2005<br>11/14/2006 | 3/28/2003<br>12/18/06 | Zonolite Acoustical Plastic |
| State of Arizona | Senate Building | 3/20/2003 | 8/17/2005 | 3/25/2003 | Zonolite Acoustical Plastic |
| State of Arizona | House of Representatives | 3/20/2003 | 8/17/2005 | 3/25/2003 | Zonolite Acoustical Plastic |
| State of Arizona | DES Building | 3/21/2003 | 8/17/2005 | 3/26/2003 | Monokote-3 |
| State of Arizona | Correctional Building | 3/19/2003 | 8/16/2005<br>11/13/2006 | 3/25/2003 | Monokote-3 |
| State of Arizona | Historical Society Museum | 3/21/2003 | 11/16/2006 | 3/26/2003 | Zonolite Acoustical Plastic |
| State of Arizona | Executive Tower Building | 3/19/2003<br>3/20/2003 | | 3/25/2003 | Monokote-3 |
| State of Arizona | Arizona State Hospital - Cholla Hall | 3/21/2003 | | 3/26/2003 | Zono-Coustic |
| State of Arizona | Arizona State Hospital - Dietary Building | 3/21/2003 | | | |
| State of Arizona | Arizona State Hospital - General Services Building | 3/21/2003 | 8/15/2005<br>11/14/2006 | 3/26/2003 | Zonolite Acoustical Plastic; Zono-Coustic |
| City of Phoenix, Arizona | Civic Center North Plaza & Parking Garage | 12/15/2002 | 8/15/2005 | 1/6/2003<br>1/6/2003<br>12/18/2006 | Monokote-3 |
| City of Phoenix, Arizona | Multi Center Waste Treatment Plant - Digester Control #1 | 12/18/2002 | 11/14/2006 | 1/6/2003 | Zonolite Acoustical Plastic |
| City of Phoenix, Arizona | Multi Center Waste Treatment Plant - Maintenance Shop | 12/18/2002 | 8/23/2005<br>11/14/2006 | 1/6/2003 | Monokote-3 |
| City of Phoenix, Arizona | Sky Harbor Airport, Terminal #2 | 12/14/2002 | 11/13/2006 | 1/6/2003<br>1/6/2003<br>12/18/2006 | Monokote-3; Zonolite Finish Coat; Zonolite Acoustical Plastic |
| City of Phoenix, Arizona | FAA Tracon Building | 3/17/2003 | | 3/24/2003 | Zonolite Acoustical Plastic |
| City of Phoenix, Arizona | Squaw Peak Water Treatment Plant, Administration Bldg #1 | 12/18/2002 | | 1/6/2003 | Zono-Coustic |

Construction Inspectors Report
Exhibit "A"

| Claimant | Building | Date of Initial Inspection & Bulk Sample Inspections | Date(s) of Additional Inspections | Date(s) of MAS Report | Product(s) Identified by MAS |
|---|---|---|---|---|---|
| City of Phoenix, Arizona | Symphony Hall Building | 12/15/2002 3/15/2003 | 8/16/2005 | 1/6/2003 3/21/2003 | Zonolite Acoustical Plastic; Monokote-3 |
| City of Tucson, Arizona | City Hall | 11/2/2002 | 2/25/2003 11/16/2006 | 11/25/2002 12/18/2006 | Monokote-3 |
| City of Tucson, Arizona | City Hall Annex | 11/2/2002 | 2/24/2003 | 11/25/2002 | Monokote-3 |
| City of Tucson, Arizona | Civic Center Complex / Exhibition Hall & Rooms | 11/3/2002 | 11/16/2006 | 11/25/2002 12/18/2006 | Monokote-3 |
| City of Tucson, Arizona | Civic Center Complex / Music Hall | 11/3/2002 | 11/16/2006 | 11/25/2002 12/18/2006 | Monokote-3 |
| City of Tucson, Arizona | Civic Center Complex / Leo Rich Theater | 11/3/2002 11/16/2006 | 11/16/2006 | 11/25/2002 12/18/2006 | Monokote-3 |
| City of Tucson, Arizona | Old Pima Bank Building | 11/5/2002 | 2/24/2003 | 11/25/2002 | Zonolite Acoustical Plastic |
| City of Tucson, Arizona | Transportation Contract Service Center | 11/4/2002 | 2/24/2003 | 11/25/2002 | Zonolite Acoustical Plastic |
| Maricopa County, Arizona | West Courts Building | 11/6/2002 | 2/21/2003 8/16/2005 | 12/19/2002 3/21/2003 12/18/2006 | Monokote-3 |
| Maricopa County, Arizona | East Courts Building | 11/6/2002 2/22/2003 11/15/2006 | 8/16/2005 11/14/2006 11/15/2006 | 3/21/2003 3/21/2003 12/18/2006 | Monokote-3; Zonolite Acoustical Plastic |
| Maricopa County, Arizona | Courts Complex / Sheriff's Administration Building | 11/6/2002 8/24/2005 | 8/24/2005 | 3/21/2003 12/18/2006 | Monokote-3 |
| Maricopa County, Arizona | Board of Supervisors Auditorium | 10/15/2002 | | 12/31/2002 | Zonolite Acoustical Plastic |
| Maricopa County, Arizona | Health Building (1825 E. Roosevelt) | 11/6/2002 | 2/21/2003 | 12/19/2002 | Zonolite Acoustical Plastic |
| Maricopa County, Arizona | Hospital Power Plant Building | 11/7/2002 | | 12/19/2002 | Monokote-3 |
| Maricopa County, Arizona | Juvenile Court Center | 11/7/2002 | 2/22/2003 11/15/2006 | 12/19/2002 | Zonolite Acoustical Plastic |
| Maricopa County, Arizona | Public Health Administration Offices (1845 E. Roosevelt) | 11/6/2002 | 2/21/2003 | 12/19/2002 | Hi-Sorb Acoustical Plaster |
| State of Arkansas | SBS Building | 12/20/2002 9/6/2006 | 11/21/2006 | 1/6/2003 12/18/2006 | Monokote-3 |

Construction Inspectors Report
Exhibit "A"

| Claimant | Building | Date of Initial Inspection & Bulk Sample Inspections | Date(s) of Additional Inspections | Date(s) of MAS Report | Product(s) Identified by MAS |
|---|---|---|---|---|---|
| State of Arkansas | Arkansas Health Center - Maintenance / Credit Union Building #18 | 12/21/2002 9/6/2006 | | 1/6/2003 12/18/2006 | Monokote-3 |
| State of Arkansas | Arkansas State Hospital - Administration Building | 12/23/2002 | | 3/3/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Arkansas State Hospital - Admissions Building | 12/23/2002 | | 3/3/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Arkansas State Hospital - Canteen Building | 12/23/2002 9/7/2006 | | 3/3/2003 12/18/2006 | Zonolite Acoustical Plastic |
| State of Arkansas | Arkansas State Hospital - Nursing Administration | 12/23/2002 | | 3/3/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Arkansas State Hospital - Rodgers Hall (Central Arkansas Community Punishment Center) | 12/23/2002 | | 3/7/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Arkansas State Hospital - Hendrix Hall | 12/31/2002 | | 3/3/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Arkansas State Hospital - Unit No. 1 | 12/23/2002 | | 3/3/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Arkansas State Hospital - Unit No. 2 | 12/23/2002 | | 3/3/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Arkansas State Hospital - Unit No. 3 | 12/23/2002 | | 3/3/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Arkansas State Hospital - Unit No. 4 | 12/23/2002 | | 3/3/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Arkansas State Hospital - Vocational Shops (aka Maintenance Shop) | 12/31/2002 | | 3/7/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Office of Child Support Enforcement (ARKLA Bldg) | 1/3/2003 | 1/18/2006 | 3/28/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Alexander Human Development Center - Bond Building | 1/4/2003 | | 3/7/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Finance & Administration Building | 12/20/2002 | | 1/6/2003 | Zonolite Acoustical Plastic |

Construction Inspectors Report
Exhibit "A"

| Claimant | Building | Date of Initial Inspection & Bulk Sample Inspections | Date(s) of Additional Inspections | Date(s) of MAS Report | Product(s) Identified by MAS |
|---|---|---|---|---|---|
| State of Arkansas | Justice Building | 12/20/2002 | | 1/6/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Ledbetter Building | 1/7/2003 | | | |
| State of Arkansas | School for the Deaf - Wilbur Mills Library | 1/3/2003 | | 3/7/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Employment Security Department - 501 W. Arch | 1/6/2003 | | 3/24/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Booneville Human Development Center - Judge Joseph Hill Building | 1/7/2003 | | 3/28/2003 | Zono-Coustic |
| State of Arkansas | Conway Human Development Center - Administration Building | 12/22/2002 | 2/10/2003 1/18/2006 | 3/3/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - S. C. T. Office | 12/22/2002 | 2/10/2003 1/18/2006 | 3/3/2003 | Zonolite Finish Coat |
| State of Arkansas | Conway Human Development Center - Classroom No. 2 and No. 4 | 12/22/2002 | 2/10/2003 1/18/2006 | 3/3/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - Classroom No. 3 and No. 5 | 12/22/2002 | 2/10/2003 1/18/2006 | 3/3/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - Classroom No. 7 and No. 9 | 12/22/2002 | 2/10/2003 1/18/2006 | 3/3/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - Classroom No.10 | 12/22/2002 | 2/10/2003 1/18/2006 | 3/3/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - Classroom TA6 | 12/30/2002 | 2/10/2003 1/18/2006 | 3/7/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - Classroom TA8 | 12/30/2002 | 2/10/2003 1/18/2006 | 3/7/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - Residence #2 | 12/22/2002 | 2/10/2003 | 3/3/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - 30 Hickory | 12/30/2002 | 2/10/2003 | 3/7/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - 32 Poplar | 12/30/2002 | 2/10/2003 1/18/2006 | 3/7/2003 | Zono-Coustic |
| State of Arkansas | Conway Human Development Center - 3 Cedar | 12/30/2002 | 2/10/2003 1/18/2006 | 3/7/2003 | Zonolite Acoustical Plastic |

Construction Inspectors Report
Exhibit "A"

| Claimant | Building | Date of Initial Inspection & Bulk Sample Inspections | Date(s) of Additional Inspections | Date(s) of MAS Report | Product(s) Identified by MAS |
|---|---|---|---|---|---|
| State of Arkansas | Conway Human Development Center - 4 Cedar | 12/30/2002 | 2/10/2003 1/18/2006 | 3/7/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - 5 Cedar | 12/22/2002 | 2/10/2003 1/18/2006 | 3/3/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - 6 Cedar | 12/30/2002 | 2/10/2003 1/18/2006 | 3/7/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - 25 Cedar | 12/30/2002 | 2/10/2003 1/18/2006 | 3/7/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - 26 Cedar | 12/30/2002 | 2/10/2003 1/18/2006 | 3/7/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - 27 Cedar | 12/30/2002 | 2/10/2003 1/18/2006 | 3/7/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - 28 Cedar | 12/30/2002 | 2/10/2003 1/18/2006 | 3/7/2003 | Zonolite Acoustical Plastic |
| State of Arkansas | Conway Human Development Center - 29 Cedar | 12/30/2002 | 2/10/2003 1/18/2006 | 3/7/2003 | Zonolite Acoustical Plastic |
| State of Connecticut | Supreme Court State Library | 3/26/2003 | 11/7/2005 | 12/6/2005 12/18/2006 | Monokote-3 |
| State of Oklahoma | Central Oklahoma Community Mental Health Center - Bldg. A | 12/10/2002 | | 12/30/2002 | Zonolite Finish Coat |
| State of Oklahoma | Central Oklahoma Community Mental Health Center - Bldg. B | 12/10/2002 | | 12/30/2002 | Hi-Sorb |
| State of Oklahoma | Central Oklahoma Community Mental Health Center - Bldg. C | 12/10/2002 | | 12/30/2002 | Zonolite Finish Coat |
| State of Oklahoma | Central Oklahoma Community Mental Health Center - Bldg. D | 12/10/2002 | | 12/30/2002 | Zonolite Finish Coat |
| State of Oklahoma | Classen Building 1411 | 8/26/2002 | | 10/7/2002 | Zonolite Acoustical Plastic |
| State of Oklahoma | Oklahoma Department of Health Headquarters | 1/16/2003 | | 3/24/2003 | Zono-Coustic |
| State of Oklahoma | Eddie Warrior Unit Auditorium & School Addition | 12/11/2002 | | 12/30/2002 | Zonolite Acoustical Plastic |

Construction Inspectors Report
Exhibit "A"

| Claimant | Building | Date of Initial Inspection & Bulk Sample Inspections | Date(s) of Additional Inspections | Date(s) of MAS Report | Product(s) Identified by MAS |
|---|---|---|---|---|---|
| State of Oklahoma | Department of Corrections - Eddie Warrior Dorm 1 | 12/11/2002 | | 12/30/2002 | Zonolite Acoustical Plastic |
| State of Oklahoma | Department of Corrections - Eddie Warrior Dorm 2 | 12/11/2002 | | 12/30/2002 | Zonolite Acoustical Plastic |
| State of Oklahoma | Department of Corrections - Eddie Warrior Dorm 3 | 12/11/2002 | | 12/30/2002 | Zonolite Acoustical Plastic |
| State of Oklahoma | Department of Corrections - Eddie Warrior Dorm 4 | 12/11/2002 | | 12/30/2002 | Zonolite Acoustical Plastic |
| State of Oklahoma | Department of Corrections - Eddie Warrior Dorm 5 | 12/11/2002 | | 12/30/2002 | Zonolite Acoustical Plastic |
| State of Oklahoma | Department of Corrections - Eddie Warrior Dorm 6 | 12/11/2002 | | 12/30/2002 | Zonolite Acoustical Plastic |
| State of Oklahoma | Department of Corrections - Eddie Warrior Dorm 7 | 12/11/2002 | | 12/30/2002 | Zonolite Acoustical Plastic |
| State of Oklahoma | Department of Corrections - Eddie Warrior Dorm 8 | 12/11/2002 | | 12/30/2002 | Zonolite Acoustical Plastic |
| State of Oklahoma | Department of Corrections - Eddie Warrior - Bldg. 8 | 12/11/2002 | | 12/30/2002 | Zonolite Acoustical Plastic |
| State of Oklahoma | Griffin Memorial Hospital Activities Center, Building 40 | 12/10/2002 | | 12/30/2002 | Zonolite Finish Coat |
| State of Oklahoma | Jess Dunn Correctional Unit - Building 400 | 12/11/2002 | | 12/30/2002 | Monokote-3 |
| State of Oklahoma | Jess Dunn Correctional Unit - Building 500 | 12/11/2002 | | 12/30/2002 | Monokote-3 |
| State of Oklahoma | Mental Health & Substance Abuse Services | 12/9/2002 | | 12/30/2002 | Zonolite Acoustical Plastic |
| State of Oklahoma | Western Hills Lodge | 12/12/2002 | | 12/30/2002 | Zonolite Finish Coat |
| State of Oklahoma | Wiley Post Historical Building | 12/9/2002 | | 12/30/2002 | Monokote-3 |
| City of Eugene, Oregon | Eugene Public Library | 11/18/2002 | | 12/19/2002 | Zonolite Acoustical Plastic |
| State of Oregon - Eastern Oregon University | Hoke Student Center | 11/21/2002 | | 12/31/2002 12/31/2002 | Zonolite Finish Coat; Monokote-3 |

Construction Inspectors Report
Exhibit "A"

| Claimant | Building | Date of Initial Inspection & Bulk Sample Inspections | Date(s) of Additional Inspections | Date(s) of MAS Report | Product(s) Identified by MAS |
|---|---|---|---|---|---|
| State of Oregon - Western Oregon University | Neal Werner University Center | 11/13/2002 | 3/5/2005<br>9/14/2006 | 12/30/2002 | Zonolite Acoustical Plastic |
| State of Oregon - Oregon State University | Kerr Administration Building | 11/14/2002 | 9/8/2004<br>9/13/2006 | 12/19/2002<br>3/7/2003 | Monokote-3 |
| State of Oregon - Oregon State University | Nash Hall | 11/14/2002 | 9/8/2004 | 12/19/2002 | Monokote-3 |
| State of Oregon - Oregon State University | Oswald West Cafeteria | 11/14/2002 | | 12/19/2002 | Zonolite Acoustical Plastic |
| State of Oregon - Oregon State University | Valley Library | 11/14/2002 | | 12/19/2002 | Monokote-3 |
| State of Oregon - Portland State University | Cramer Hall | 11/11/2002<br>9/11/2006 | 11/11/2004<br>9/13/2006 | 12/13/2002<br>12/13/2002<br>12/18/2006<br>12/18/2006 | Monokote-3;<br>Zono-Coustic |
| State of Oregon - Portland State University | Neuberger Hall | 11/11/2002 | 9/2/2004<br>9/11/2006 | 12/13/2002<br>1/12/2003<br>3/7/2003<br>3/7/2003 | Monokote-3;<br>Zono-Coustic;<br>Zonolite Acoustical Plastic |
| State of Oregon - Portland State University | Peter W. Stott (HPE) Center | 11/12/2002<br>9/11/2006 | | 12/13/2002<br>12/18/2006 | Monokote-3 |
| State of Oregon - Portland State University | Science II Building | 11/11/2002 | 9/12/2006 | 12/13/2002 | Monokote-3 |
| State of Oregon - Portland State University | Smith Memorial Center | 11/11/2002 | 9/2/2004<br>9/13/2006 | 12/13/2002<br>3/7/2003 | Monokote-3 |
| State of Oregon - Portland State University | University Center | 11/12/2002 | 2/28/2005<br>9/11/2006 | 12/13/2002 | Monokote-3 |
| State of Oregon - Portland State University | University Services Building | 11/11/2002 | 2/28/2005 | 12/13/2002 | Monokote-3 |
| State of Oregon - Southern Oregon University | Churchill Hall | 11/19/2002 | | 12/30/2002 | Zonolite Acoustical Plastic |
| State of Oregon - Southern Oregon University | Education and Psychology Building | 11/19/2002 | | 12/30/2002 | Monokote-3 |

Construction Inspectors Report
Exhibit "A"

| Claimant | Building | Date of Initial Inspection & Bulk Sample Inspections | Date(s) of Additional Inspections | Date(s) of MAS Report | Product(s) Identified by MAS |
|---|---|---|---|---|---|
| State of Oregon - Southern Oregon University | Music Building | 11/19/2002 | 8/30/2004 | 12/30/2002 | Monokote-3 |
| State of Oregon- University of Oregon | Lawrence Hall | 11/17/2002 | 9/1/2004 | 12/19/2002 | Zonolite Acoustical Plastic |
| State of Oregon- University of Oregon | Computing Center | 11/17/2002 | 9/2/2004 9/15/2006 | 12/19/2002 | Monokote-3 |
| State of Oregon- University of Oregon | Esslinger Hall | 11/16/2002 |  | 12/19/2002 | Monokote-3 |
| State of Oregon- University of Oregon | Friendly Hall | 11/16/2002 | 9/15/2006 | 12/19/2002 | Zonolite Acoustical Plastic |
| State of Oregon- University of Oregon | Gerlinger Annex | 11/17/2002 | 9/3/2004 9/14/2006 | 12/19/2002 | Monokote-3 |
| State of Oregon- University of Oregon | Klamath Hall | 11/16/2002 |  | 12/19/2002 | Monokote-3 |
| State of Oregon- University of Oregon | Oregon Hall | 11/17/2002 | 9/14/2006 | 12/19/2002 12/19/2002 3/3/2003 | Zonolite Acoustical Plastic; Monokote-3 |
| State of Oregon- University of Oregon | Prince Lucien Campbell Bldg. | 11/17/2002 | 9/2/2004 | 12/19/2002 | Monokote-3 |
| State of Oregon- University of Oregon | Riley Hall | 11/16/2002 |  | 12/19/2002 | Zono-Coustic |
| Oregon Health Science University | Multnomah Pavilion | 2/27/2003 | 9/27/2004 9/14/2006 | 3/24/2003 | Monokote-3 |
| EPEC Realty, Inc. | El Paso Energy Building | 10/31/2002 9/19/2006 | 7/21/2004 9/19/2006 | 11/22/2002 11/22/2002 12/18/2006 12/18/2006 12/18/2006 12/18/2006 12/18/2006 | Zonolite Acoustical Plastic; Monokote-3; Zono-Coustic; Zonolite Finish Coat |
| 600 Building Ltd. | 600 Building | 9/18/2002 2/5/2003 | 7/16/2004 | 11/15/2002 3/21/2003 | Monokote-3; Zonolite Acoustical Plastic |

Construction Inspectors Report
Exhibit "A"

| Claimant | Building | Date of Initial Inspection & Bulk Sample Inspections | Date(s) of Additional Inspections | Date(s) of MAS Report | Product(s) Identified by MAS |
|---|---|---|---|---|---|
| BNC Forum LP Texas Limited Liability Partnership | Mercantile Building (1712 Commerce, Dallas) | 10/8/2002 | | 11/18/2002 | Zonolite Acoustical Plastic |
| City of Amarillo, Texas | Amarillo International Airport | 5/21/1993 9/21/2006 | 9/21/2006 | 8/19/2002 12/18/2006 | Monokote-3 |
| City of Amarillo, Texas | Bivins Building | 5/19/1993 | 9/21/2006 | 8/19/2002 12/18/2006 | Zonolite Acoustical Plastic |
| City of Houston, Texas | Police Department Building (1200 Travis) | 6/27/2002 | | 7/29/2002 | Monokote-3 |
| City of Houston, Texas | Public Works Building (611 Walker) | 6/27/2002 9/20/2006 | 9/20/2006 | 7/29/2002 12/18/2006 | Monokote-3 |
| Coleman Housing Authority | High Rise | 8/5/2002 | | 9/13/2002 12/18/2006 | Monokote-3 |
| Cook County, Illinois | Cook County Children's Hospital | 9/30/2002 | | 11/22/2002 | Monokote-3 |
| El Paso County, Texas | Landmark Building | 7/31/2001 8/6/2002 | | 6/18/2002 9/13/2002 12/18/2006 | Monokote-3 |
| Harlingen Housing Authority | Heritage Manor | 8/20/2002 | | 12/2/2002 | Zono-Coustic 1 |
| Sabine River Authority | Iron & Bridge Division Office | 5/29/2001 | 9/5/2001 | 6/18/2002 | Zonolite Acoustical Plaster |