



Civic Plaza; Phoenix, AZ











