







Symphony Hall, Phoenix, AZ



