




2/18


2/17


2/16



