



AZ State Dept. of Corrections, Phoenix, AZ









2/7



2/6



2/5