Veterans Memorial Coliseum, Phoenix, AZ

3/19

3/18

3/17

LOGE 211-212

BALCONY 322-324





3/13



3/12

LOGE 206·207
PORTAL 6
BALCONY 312



3/11