

East Court, Phoenix, AZ





4/21

4/20

4/19



4/18



4/17



4/16