

Portland State University (PSU)
HPE Stott Building







Portland State University (PSU) Professional Schools Building