**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Laurie S. Polleck, hereby certify that on this 15th day of January 2007, I caused to be served one copy of the *Supplemental Statement of The Prudential Insurance Company of America as to Expert Witnesses* upon all parties on the attached service list by U.S. Postal Service, postage prepaid:

                                            **JASPAN SCHLESINGER HOFFMAN LLP**

                                            By: /s/ Laurie Schenker Polleck
                                                Laurie Schenker Polleck (No. 4300)
                                                913 Market Street, Suite 1200
                                                Wilmington, DE 19801
                                                (302) 351-8005

17968.1

**W. R. Grace Service List**
**Re: Prudential Insurance Supp.**
**Designation**
Case No. 01-1139 (JKF)
Doc. No. 18029.1
003 - First Class Mail


*First Class Mail*
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

*First Class Mail*
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*First Class Mail*
Jan Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601