




Tucson Convention Center, Meeting Room Building, Tucson, AZ






