


Tucson Convention Center Meeting Rooms

5/21

5/20

5/19

