

5/15



5/14



5/13









5/9