

5/8



Leo Rich Theater, Tucson, AZ



5/7



5/6



5/5





5/3



Music Hall, Tucson, AZ



5/2



5/1