

6/24



6/23



6/22











