

6/15



City Hall, Tucson, AZ







