

6/9

General Services Building, Phoenix, AZ



6/8



6/7






6/3



6/2



6/1