

7/24

# APPENDIX B

# MVA, INC. LABORATORY REPORT FOR SURFACE DUST SAMPLES

Report of Results: MVA 6423

Arizona Building Dust

Prepared for:
Compass Environmental Inc.
1751 McCollum Parkway
Kennesaw, GA 30144

Respectfully Submitted by:  *James R. Millette* (signature)

James R. Millette, Ph.D.
Executive Director
MVA Scientific Consultants

26 September 2005



6423report092605

Report of Results:  MVA 6423

Arizona Building Dust

INTRODUCTION

This report contains the results of analytical work performed on dust microvac samples received at MVA Scientific Consultants' laboratory on 23 August 2005 via Federal Express. It was requested that MVA Scientific Consultants perform analysis by transmission electron microscopy (TEM) using ASTM D5755 for asbestos. The analyses were performed during the period 23 August through 25 September 2005.

### Table 1. Sample Information

| Sample # | MVA ID# | Description | Surface Area Samples |
|---|---|---|---|
| Dust 01 | Q1418 | Civic Plaza, Exhibit Hall B, Column enclosure B4, door ledge | 100cm$^2$ |
| Dust 02 | Q1419 | Civic Plaza, Exhibit Hall B, Column enclosure B5, door ledge | 100cm$^2$ |
| Dust 03 | Q1420 | Civic Plaza, Exhibit Hall B, Column enclosure A3, door ledge | 100cm$^2$ |
| Dust 04 | Q1421 | Blank | 100cm$^2$ |
| Dust 05 | Q1422 | AZ Dept. of Corrections, 4th floor rm. 4309, light fixture | 100cm$^2$ |
| Dust 06 | Q1423 | AZ Dept. of Corrections, 3rd floor rm. 3406, light fixture | 100cm$^2$ |
| Dust 07 | Q1424 | AZ Dept. of Corrections, 3rd floor rm. 3111, light fixture | 100cm$^2$ |
| Dust 08 | Q1425 | AZ Dept. of Corrections, 2nd floor rm. 2401, light fixture | 100cm$^2$ |
| Dust 09 | Q1426 | AZ Dept. of Corrections, 2nd floor rm. 2304, light fixture | 100cm$^2$ |
| Dust 10 | Q1427 | AZ Dept. of Corrections, 1st floor rm. 1305, new light fixture | 100cm$^2$ |
| Dust 11 | Q1428 | Veterans Memorial Coliseum, Upper Concourse above portal 10 | 100cm$^2$ |
| Dust 12 | Q1429 | Veterans Memorial Coliseum, Upper Concourse above portal 15 | 100cm$^2$ |
| Dust 13 | Q1430 | Veterans Memorial Coliseum, Upper Concourse above portal 6 | 100cm$^2$ |
| Dust 14 | Q1431 | Veterans Memorial Coliseum, Lower Concourse, SE | 100cm$^2$ |
| Dust 15 | Q1432 | Veterans Memorial Coliseum, Lower Concourse, west side | 100cm$^2$ |
| Dust 16 | Q1433 | Veterans Memorial Coliseum, Lower Concourse, NE side | 100cm$^2$ |
| Dust 17 | Q1434 | Blank | 100cm$^2$ |
| Dust 20 | Q1435 | East Court Bldg., Suite 914, Judges chambers | 100cm$^2$ |
| Dust 21 | Q1436 | East Court Bldg., Suite 812, Judges chambers | 100cm$^2$ |
| Dust 22 | Q1437 | East Court Bldg., 7th Floor, elevator lobby, top of light fixture | 100cm$^2$ |
| Dust 23 | Q1438 | East Court Bldg., Suite 611, top of supply air diffuser | 100cm$^2$ |
| Dust 24 | Q1439 | East Court Bldg., 6th Floor elevator lobby, top of light fixture | 100cm$^2$ |
| Dust 25 | Q1440 | East Court Bldg., 5th floor, elevator lobby, outside ladies room | 100cm$^2$ |
| Dust 26 | Q1441 | West Court Bldg., 4th floor, elevator lobby, top of light fixture | 100cm$^2$ |
| Dust 27 | Q1442 | West Court Bldg., 4th floor suite 400, center of open work area | 100cm$^2$ |

| Sample # | MVA ID# | Description | Surface Area Samples |
|---|---|---|---|
| Dust 28 | Q1443 | West Court Bldg., 3rd floor, break room, top of light fixture | 100cm$^2$ |
| Dust 29 | Q1444 | West Court Bldg., 3rd floor, open work area, top of light fixture | 100cm$^2$ |
| Dust 30 | Q1445 | West Court Bldg., 2nd floor, pretrial services reception | 100cm$^2$ |
| Dust 31 | Q1446 | Blank | 100cm$^2$ |
| Dust 32 | Q1447 | Blank | 100cm$^2$ |
| Dust 40 | Q1448 | Tucson Civic, 40 ft. from west end of meeting rm. Hallway | 100cm$^2$ |
| Dust 41 | Q1449 | Tucson Civic, Mohave Rm. West side at center, tall ceiling | 100cm$^2$ |
| Dust 42 | Q1450 | Tucson Civic, Graham Rm. Tall ceiling | 100cm$^2$ |
| Dust 43 | Q1451 | Tucson Civic, Meeting Rm. Lobby, NE quadrant | 100cm$^2$ |
| Dust 44 | Q1452 | Tucson Civic, Rm. 362-1, south of hallway, top of light fixture | 100cm$^2$ |
| Dust 45 | Q1453 | Tucson Civic, Attic, NE area, top of metal air duct | 100cm$^2$ |
| Dust 46 | Q1454 | Tucson Civic, Attic, SE area, top of metal air duct | 100cm$^2$ |
| Dust 47 | Q1455 | Tucson Civic, Attic, north central, top of metal air duct | 100cm$^2$ |
| Dust 48 | Q1456 | Tucson Civic, Attic, NW area, top of metal air duct | 100cm$^2$ |
| Dust 49 | Q1457 | Tucson, Civic, Attic, SW area, top of metal air duct | 100cm$^2$ |
| Dust 50 | Q1458 | Blank | 100cm$^2$ |
| Dust 51 | Q1459 | General Services Bldg, NE rm., top of pendant light fixture, east | 100cm$^2$ |
| Dust 52 | Q1460 | General Services Bldg, NE rm., top of pendant light fixture, center | 100cm$^2$ |
| Dust 53 | Q1461 | General Services Bldg, NE rm., top of pendant light fixture, west | 100cm$^2$ |

## ANALYTICAL METHODS

The microvacuum dust samples were prepared for TEM analysis following the procedure described in the ASTM Standard Method D5755-02: Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy of Asbestos Structure Number Surface Loading. Analyses were performed using a Philips CM120, 120kV transmission electron microscope equipped with an IXRF energy dispersive x-ray spectroscopy (EDS) analysis system and a Philips EM 420, 120kv transmission electron microscope equipped with an Oxford Inca EDS x-ray analysis system.

## RESULTS

### Table 2. Sample Results

| Sample ID | MVA# | Asbestos Loading (s/cm$^2$) | Single Fiber Analytical Sensitivity (s/cm$^2$) | Reported Result (s/cm$^2$) |
|---|---|---|---|---|
| Dust 01 | Q1418 | 4,553,000 | 157,000 | 4,600,000 |
| Dust 02 | Q1419 | 78,500 | 15,700 | 78,000 |
| Dust 03 | Q1420 | 565,200 | 31,400 | 570,000 |
| Dust 04 | Q1421 | 0 | 314* | NAD |
| Dust 05 | Q1422 | 12,560 | 1,570 | 13,000 |
| Dust 06 | Q1423 | 847,800 | 31,400 | 850,000 |
| Dust 07 | Q1424 | 94,200 | 15,700 | 94,000 |

| Sample ID | MVA ID # | Asbestos Loading (s/cm²) | Single Fiber Analytical Sensitivity (s/cm²) | Reported Result (s/cm²) |
|---|---|---|---|---|
| Dust 08 | Q1425 | 109,900 | 15,700 | 110,000 |
| Dust 09 | Q1426 | 125,600 | 15,700 | 130,000 |
| Dust 10 | Q1427 | 7,850 | 1,570 | 7,800 |
| Dust 11 | Q1428 | 78,500 | 15,700 | 78,000 |
| Dust 12 | Q1429 | 172,700 | 15,700 | 170,000 |
| Dust 13 | Q1430 | 15,700 | 15,700 | <47,000** |
| Dust 14 | Q1431 | 15,700 | 15,700 | <47,000** |
| Dust 15 | Q1432 | 47,100 | 15,700 | 47,000 |
| Dust 16 | Q1433 | 15,700 | 15,700 | <47,000** |
| Dust 17 | Q1434 | 0 | 314* | NAD |
| Dust 20 | Q1435 | 549,500 | 15,700 | 550,000 |
| Dust 21 | Q1436 | 1,884 | 314 | 1,900 |
| Dust 22 | Q1437 | 2,669,000 | 157,000 | 2,700,000 |
| Dust 23 | Q1438 | 54,950 | 1,570 | 55,000 |
| Dust 24 | Q1439 | 580,900 | 15,700 | 580,000 |
| Dust 25 | Q1440 | 2,041,000 | 157,000 | 2,000,000 |
| Dust 26 | Q1441 | 0 | 1,570 | <4,700** |
| Dust 27 | Q1442 | 2,669,000 | 157,000 | 2,670,000 |
| Dust 28 | Q1443 | 6,280 | 1,570 | 6,300 |
| Dust 29 | Q1444 | 0 | 1,570 | <4,700** |
| Dust 30 | Q1445 | 26,690 | 1,570 | 27,000 |
| Dust 31 | Q1446 | 0 | 314* | NAD |
| Dust 32 | Q1447 | 0 | 314* | NAD |
| Dust 40 | Q1448 | 1,884,000 | 157,000 | 1,900,000 |
| Dust 41 | Q1449 | 109,900 | 15,700 | 110,000 |
| Dust 42 | Q1450 | 78,500 | 15,700 | 79,000 |
| Dust 43 | Q1451 | 235,500 | 15,700 | 240,000 |
| Dust 44 | Q1452 | 15,700 | 15,700 | <47,000** |
| Dust 45 | Q1453 | 2,355,000 | 157,000 | 2,400,000 |
| Dust 46 | Q1454 | 2,041,000 | 157,000 | 2,000,000 |
| Dust 47 | Q1455 | 17,270,000 | 1,570,000 | 17,000,000 |
| Dust 48 | Q1456 | 3,140,000 | 157,000 | 3,100,000 |
| Dust 49 | Q1457 | 706,500 | 15,700 | 710,000 |
| Dust 50 | Q1458 | 0 | 314* | NAD |
| Dust 51 | Q1459 | 47,100 | 15,700 | 47,000 |
| Dust 52 | Q1460 | 94,200 | 15,700 | 94,000 |
| Dust 53 | Q1461 | 141,300 | 15,700 | 140,000 |

*The equivalent analytical sensitivity for a blank sample is determined by assuming a 100 square centimeter collection area.
NAD = No Asbestos Detected in blank
**less than 3.00 times the analytical sensitivity. Detection Limit determined using ASTM D6220