# APPENDIX

6423report092605

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| MVA Project# | 6423 | Amt Collected (cm²): | 100 | Analyst: | AH |
| MVA Sample# | Q1418 | Amt Prepped (cm²): | 0.1 | Date: | 9/1/05 |
| Client I.D.: | Dust 01 | Filter Area (mm²): | 1256 | Page: | 1 of 1 |
| Instrument: | Philips 420 | Filter Type: | PC 0.2 | Comments: | |
| Magnification: | 20,600 | Openings Analyzed: | 10 | ASTM Method: D6480 | |
| Acc. Voltage: | 100 KV | Grid Opening (mm²): | 0.008 | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H3 | 1 | B | 20.0 | 0.40 | C | C | EDS printout | 9.7 | 0.19 |
| | | 2 | F | 21.0 | 0.10 | C | | | 10.2 | 0.05 |
| | | 3 | F | 8.0 | 0.10 | C | | | 3.9 | 0.05 |
| | | 4 | M | 16.0 | 7.00 | C | | Matrix 001 EDS | 7.8 | 3.40 |
| | | 5 | F | 9.5 | 0.10 | C | | | 4.6 | 0.05 |
| | | 6 | F | 4.5 | 0.20 | C | | | 2.2 | 0.10 |
| | G2 | 7 | F | 4.0 | 0.10 | C | | | 1.9 | 0.05 |
| | C5 | NSD | | | | | | | | |
| | D7 | 8 | F | 35.0 | 0.10 | C | | | 17.0 | 0.05 |
| | | 9 | C | 7.0 | 1.20 | C | | | 3.4 | 0.58 |
| | | 10 | F | 15.0 | 0.20 | C | C | EDS printout | 7.3 | 0.10 |
| | | 11 | B | 10.0 | 0.40 | C | | | 4.9 | 0.19 |
| | | 12 | F | 8.0 | 0.10 | C | | | 3.9 | 0.05 |
| | | 13 | F | 6.0 | 0.10 | C | | | 2.9 | 0.05 |
| | | 14 | F | 5.5 | 0.10 | C | | | 2.7 | 0.05 |
| | C10 | 15 | F | 5.0 | 0.10 | C | | | 2.4 | 0.05 |
| | | 16 | F | 4.5 | 0.10 | C | | | 2.2 | 0.05 |
| | | 17 | F | 10.0 | 0.10 | C | | | 4.9 | 0.05 |
| | | 18 | F | 9.0 | 0.10 | C | | | 4.4 | 0.05 |
| | | 19 | C | 6.0 | 1.50 | C | | | 2.9 | 0.73 |
| | | 20 | C | 25.0 | 0.10 | C | C | EDS printout | 12.1 | 0.05 |
| 2 | B6 | 21 | F | 3.0 | 0.10 | C | | | 1.5 | 0.05 |
| | D5 | 22 | F | 8.0 | 0.10 | C | | | 3.9 | 0.05 |
| | | 23 | F | 4.0 | 0.10 | C | | | 1.9 | 0.05 |
| | G2 | 24 | F | 1.5 | 0.10 | C | | | 0.7 | 0.05 |
| | | 25 | F | 12.0 | 0.10 | C | | | 5.8 | 0.05 |
| | | 26 | F | 6.0 | 0.10 | C | | | 2.9 | 0.05 |
| | I4 | 27 | M | 5.0 | 4.00 | C | | | 2.4 | 1.94 |
| | J6 | 28 | F | 5.0 | 0.20 | C | | | 2.4 | 0.10 |
| | | 29 | F | 5.5 | 0.10 | C | | | 2.7 | 0.05 |

*NFD or NSD = No Fibers Detected or No Structures Detected
** Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

**MVA SCIENTIFIC CONSULTANTS**
Surface Dust Sample Analysis Sheet

| MVA Project# | 6423 | Amt Collected(cm²): | 100 | Analyst: | AH |
| MVA Sample# | Q1419 | Amt Prepped(cm²): | 1.0 | Date: | 9/1/05 |
| Client I.D.: | Dust 02 | Filter Area (mm²): | 1256 | Page: | 1 of 1 |
| Instrument: | Philips 420 | Filter Type: | PC 0.2 | Comments: | |
| Magnification: | 20,600 | Openings Analyzed: | 10 | ASTM Method: D6480 | |
| Acc. Voltage: | 100 KV | Grid Opening (mm²): | 0.008 | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D9 | NSD | | | | | | | | |
|   | G7 | 1 | B | 7.5 | 0.40 | C | C | EDS printout | 3.6 | 0.19 |
|   |    | 2 | F | 8.0 | 0.10 | C |   |              | 3.9 | 0.05 |
|   | I4 | NSD | | | | | | | | |
|   | F2 | NSD | | | | | | | | |
|   | G4 | NSD | | | | | | | | |
| 2 | D4 | 3 | F | 3.0 | 0.10 | C | | | 1.5 | 0.05 |
|   |    | 4 | F | 5.5 | 0.10 | C | | | 2.7 | 0.05 |
|   |    | 5 | F | 4.5 | 0.10 | C | | | 2.2 | 0.05 |
|   | G5 | NSD | | | | | | | | |
|   | I6 | NSD | | | | | | | | |
|   | G8 | NSD | | | | | | | | |
|   | D6 | NSD | | | | | | | | |

*ND or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| MVA Project# | 6423 | Amt Collected(cm²): | 100 | Analyst: | AH |
| MVA Sample# | Q1420 | Amt Prepped(cm²): | 0.5 | Date: | 9/8/05  9/9/05 |
| Client I.D.: | Dust 03 | Filter Area (mm²): | 1256 | Page: | 1 of 1 |
| Instrument: | Philips 420 | Filter Type: | PC 0.2 | Comments: | |
| Magnification: | 20,600 | Openings Analyzed: | 10 | ASTM Method: | D6480 |
| Acc. Voltage: | 100 KV | Grid Opening (mm²): | 0.008 | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E3 | 1 | F | 19.0 | 0.10 | C | C | EDS printout | 9.2 | 0.05 |
| | | 2 | F | 9.0 | 0.10 | C | | | 4.4 | 0.05 |
| | G4 | 3 | F | 20.0 | 0.10 | C | | | 9.7 | 0.05 |
| | | 4 | F | 6.0 | 0.10 | C | | | 2.9 | 0.05 |
| | | 5 | C | 20.0 | 11.00 | C | | | 9.7 | 5.34 |
| | H6 | 6 | F | 6.0 | 0.10 | C | | | 2.9 | 0.05 |
| | | 7 | M | 19.0 | 15.00 | C | | | 9.2 | 7.28 |
| | E8 | 8 | B | 21.0 | 0.30 | C | | | 10.2 | 0.15 |
| | | 9 | F | 25.0 | 0.10 | C | | | 12.1 | 0.05 |
| | D4 | 10 | F | 6.0 | 0.10 | C | C | EDS printout | 2.9 | 0.05 |
| | | 11 | F | 7.0 | 0.10 | C | | | 3.4 | 0.05 |
| | | 12 | F | 25.0 | 0.10 | C | | | 12.1 | 0.05 |
| | | 13 | F | 5.0 | 0.20 | C | | | 2.4 | 0.10 |
| 2 | H8 | 14 | C | 14.0 | 8.00 | C | | | 6.8 | 3.88 |
| | G9 | 15 | B | 4.0 | 0.30 | C | | | 1.9 | 0.15 |
| | E7 | 16 | F | 55.0 | 0.20 | C | | | 26.7 | 0.10 |
| | B5 | NSD | | | | | | | | |
| | E3 | 17 | F | 90.0 | 0.10 | C | | | 43.7 | 0.05 |
| | | 18 | F | 20.0 | 0.10 | C | | | 9.7 | 0.05 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project#: 6423 | Amt Collected(cm²): 0 | Analyst: AH |
| MVA Sample#: Q1421 | Amt Prepped(cm²): 50/100 ml | Date: 9/2/05 |
| Client I.D.: Dust 04 | Filter Area (mm²): 1256 | Page: 1 of 1 |
| Instrument: Phillips 420 | Filter Type: PC 0.2 | Comments: |
| Magnification: 20,600 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 KV | Grid Opening (mm²): 0.008 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E7 | NSD | | | | | | | | |
| | F8 | NSD | | | | | | | | |
| | J6 | NSD | | | | | | | | |
| | F2 | NSD | | | | | | | | |
| | A1 | NSD | | | | | | | | |
| 2 | H3 | NSD | | | | | | | | |
| | G2 | NSD | | | | | | | | |
| | D5 | NSD | | | | | | | | |
| | C7 | NSD | | | | | | | | |
| | E9 | NSD | | | | | | | | |

*FD or NSD = No Fibers Detected or No Structures Detected
**On Screen Measurement
***Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092505

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | | |
|---|---|---|---|---|
| MVA Project#: 6423 | Amt Collected(cm$^2$): 100 | Analyst: AH |
| MVA Sample#: Q1422 | Amt Prepped(cm$^2$): 10 | Date: 9/2/05 |
| Client I.D.: Dust 05 | Filter Area (mm$^2$): 1256 | Page: 1 of 1 |
| Instrument: Philips 420 | Filter Type: PC 0.2 | Comments: Heavy Loading |
| Magnification: 20,500 | Openings Analyzed: 10 | ASTM Method: D6480 ___ |
| Acc. Voltage: 100 KV | Grid Opening (mm$^2$): 0.008 | or D5755 X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | G4 | 1 | B | 25.0 | 0.80 | C | C | | 12.1 | 0.39 |
| | F6 | NSD | | | | | | | | |
| | H8 | 2 | F | 22.0 | 0.10 | C | | | 10.7 | 0.05 |
| | | 3 | F | 4.0 | 0.10 | C | | | 1.9 | 0.05 |
| | F10 | NSD | | | | | | | | |
| | C8 | NSD | | | | | | | | |
| 2 | F2 | NSD | | | | | | | | |
| | H3 | 4 | F | 19.0 | 0.10 | C | | | 9.2 | 0.05 |
| | I7 | 5 | F | 7.0 | 0.10 | C | | | 3.4 | 0.05 |
| | | 6 | B | 29.0 | 0.50 | C | | | 14.1 | 0.24 |
| | F10 | 7 | B | 21.0 | 1.20 | C | | | 10.2 | 0.58 |
| | B9 | 8 | B | 8.0 | 0.30 | C | | | 3.9 | 0.15 |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

**MVA SCIENTIFIC CONSULTANTS**
Surface Dust Sample Analysis Sheet

| MVA Project#: | 6423 | Amt Collected(cm$^2$): | 100 | Analyst: | AH |
| --- | --- | --- | --- | --- | --- |
| MVA Sample#: | Q1423 | Amt Prepped(cm$^2$): | 0.5 | Date: | 9/9/05 |
| Client I.D.: | Dust 06 | Filter Area (mm$^2$): | 1256 | Page: | 1 of 1 |
| Instrument: | Philips 420 | Filter Type: | PC 0.2 | Comments: | |
| Magnification: | 20,000 | Openings Analyzed: | 10 | ASTM Method: | D6480 |
| Acc. Voltage: | 100 KV | Grid Opening (mm$^2$): | 0.008 | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | H7 | 1 | F | 10.5 | 0.10 | C | C | EDS printout | 5.1 | 0.05 |
| | | 2 | B | 11.0 | 0.80 | C | | | 5.3 | 0.39 |
| | | 3 | F | 24.0 | 0.10 | C | | | 11.7 | 0.05 |
| | | 4 | B | 19.0 | 2.00 | C | | | 9.2 | 0.97 |
| | F9 | 5 | B | 25.0 | 1.00 | C | | | 12.1 | 0.49 |
| | | 6 | B | 14.0 | 0.50 | C | | | 6.8 | 0.24 |
| | C7 | 7 | F | 35.0 | 0.10 | C | | | 17.0 | 0.05 |
| | | 8 | F | 6.0 | 0.10 | C | | | 2.9 | 0.05 |
| | | 9 | F | 10.0 | 0.10 | C | | | 4.9 | 0.05 |
| | | 10 | B | 19.0 | 0.30 | C | C | EDS printout | 9.2 | 0.15 |
| | B4 | 11 | F | 19.0 | 0.10 | C | | | 9.2 | 0.05 |
| | | 12 | F | 11.0 | 0.10 | C | | | 5.3 | 0.05 |
| | | 13 | F | 14.0 | 0.10 | C | | | 6.8 | 0.05 |
| | E2 | 14 | F | 17.0 | 0.10 | C | | | 8.3 | 0.05 |
| | | 15 | F | 6.0 | 0.10 | C | | | 2.9 | 0.05 |
| | | 16 | F | 18.0 | 0.10 | C | | | 8.7 | 0.05 |
| | | 17 | F | 26.0 | 0.10 | C | | | 12.6 | 0.05 |
| 2 | F8 | 18 | F | 11.0 | 0.10 | C | | | 5.3 | 0.05 |
| | | 19 | F | 4.0 | 0.10 | C | | | 1.9 | 0.05 |
| | H9 | 20 | F | 5.0 | 0.10 | C | C | EDS printout | 2.4 | 0.05 |
| | I5 | 21 | F | 22.0 | 0.10 | C | | | 10.7 | 0.05 |
| | | 22 | F | 5.0 | 0.10 | C | | | 2.4 | 0.05 |
| | H3 | 23 | F | 41.0 | 0.10 | C | | | 19.9 | 0.05 |
| | | 24 | F | 24.0 | 0.10 | C | | | 11.7 | 0.05 |
| | | 25 | C | 35.0 | 3.00 | C | | | 17.0 | 1.46 |
| | F2 | 26 | B | 20.0 | 0.30 | C | | | 9.7 | 0.15 |
| | | 27 | F | 15.0 | 0.10 | C | | | 7.3 | 0.05 |

FD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project#: 6423 | Amt Collected(cm$^2$): 100 | Analyst: AH |
| MVA Sample#: Q1424 | Amt Prepped(cm$^2$): 1.0 | Date: 9/7/05 |
| Client I.D.: Dust 07 | Filter Area (mm$^2$): 1256 | Page: 1 of 1 |
| Instrument: Phillips 420 | Filter Type: PC 0.2 | Comments: |
| Magnification: 20,600 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 KV | Grid Opening (mm$^2$): 0.008 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C8 | NSD | | | | | | | | |
| | B4 | 1 | C | 11.5 | 12.00 | C | C | DIF-IMG  EDS printout | 5.6 | 5.83 |
| | D2 | 2 | M | 7.0 | 6.00 | C | | | 3.4 | 2.91 |
| | G1 | NSD | | | | | | | | |
| | H4 | NSD | | | | | | | | |
| 2 | G7 | 3 | M | 15.0 | 9.00 | C | | | 7.3 | 4.37 |
| | I6 | 4 | F | 2.5 | 0.10 | C | | | 1.2 | 0.05 |
| | H5 | NSD | | | | | | | | |
| | J4 | NSD | | | | | | | | |
| | G4 | 5 | F | 2.5 | 0.10 | C | | | 1.2 | 0.05 |
| | | 6 | F | 16.0 | 0.10 | C | | | 7.8 | 0.05 |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092606

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project#: 6423 | Amt Collected(cm$^2$): 100 | Analyst: AH |
| A Sample#: Q1425 | Amt Prepped(cm$^2$): 1.0 | Date: 9/7/05 |
| Client I.D.: Dust 08 | Filter Area (mm$^2$): 1256 | Page: 1 of 1 |
| Instrument: Philips 420 | Filter Type: PC 0.2 | Comments: |
| Magnification: 20,600 | Openings Analyzed: 10 | ASTM Method: D6480 ____ |
| Acc. Voltage: 100 KV | Grid Opening (mm$^2$): 0.008 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D8 | NSD | | | | | | | | |
| | E9 | NSD | | | | | | | | |
| | F7 | 1 | F | 10.0 | 0.10 | C | C | | 4.9 | 0.05 |
| | | 2 | F | 5.0 | 0.20 | C | | | 2.4 | 0.10 |
| | | 3 | B | 11.0 | 0.30 | C | | | 5.3 | 0.15 |
| | H3 | NSD | | | | | | | | |
| | E3 | 4 | F | 24.0 | 0.10 | C | | | 11.7 | 0.05 |
| | | 5 | F | 5.0 | 0.10 | C | | | 2.4 | 0.05 |
| 2 | C2 | NSD | | | | | | | | |
| | D4 | NSD | | | | | | | | |
| | D7 | 6 | F | 9.0 | 0.10 | C | | | 4.4 | 0.05 |
| | F6 | 7 | F | 5.5 | 0.10 | C | | | 2.7 | 0.05 |
| | G4 | NSD | | | | | | | | |

\* NSD = No Fibers Detected or No Structures Detected
\*\* On Screen Measurement
\*\*\* Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092805

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project#: 6423 | Amt Collected(cm²): 100 | Analyst: AH |
| MVA Sample#: Q1426 | Amt Prepped(cm²): 1.0 | Date: 9/9/05 |
| Client I.D.: Dust 09 | Filter Area (mm²): 1256 | Page: 1 of 1 |
| Instrument: Phillips 420 | Filter Type: PC 0.2 | Comments: |
| Magnification: 20,600 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 KV | Grid Opening (mm²): 0.008 | or D5755 X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B7 | NSD | | | | | | | | |
| | C5 | NSD | | | | | | | | |
| | D3 | NSD | | | | | | | | |
| | F1 | 1 | F | 4.0 | 0.10 | C | C | EDS printout | 1.9 | 0.05 |
| | | 2 | B | 6.0 | 0.30 | C | | | 2.9 | 0.15 |
| 2 | H3 | NSD | | | | | | | | |
| | F90 | 3 | F | 13.0 | 0.10 | C | | | 6.3 | 0.05 |
| | | 4 | C | 16.0 | 9.00 | C | | | 7.8 | 4.37 |
| | C7 | 5 | F | 5.0 | 0.10 | C | | | 2.4 | 0.05 |
| | D3 | 6 | C | 10.0 | 0.80 | C | | | 4.9 | 0.39 |
| | F3 | 7 | B | 22.0 | 0.80 | C | | | 10.7 | 0.39 |
| | G5 | 8 | C | 11.0 | 4.00 | C | | | 5.3 | 1.94 |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | | |
|---|---|---|---|---|
| MVA Project#: 6423 | Amt Collected(cm$^2$): 100 | Analyst: AH |
| MVA Sample#: Q1427 | Amt Prepped(cm$^2$): 10 | Date: 9/7/05 |
| Client I.D.: Dust 10 | Filter Area (mm$^2$): 1256 | Page: 1 of 1 |
| Instrument: Philips 420 | Filter Type: PC 0.2 | Comments: |
| Magnification: 20,600 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 KV | Grid Opening (mm$^2$): 0.008 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B5 | 1 | M | 25.0 | 18.00 | C | C | DIF-IMG  EDS printout | 12.1 | 8.74 |
|   | D4 | NSD | | | | | | | | |
|   | G5 | NSD | | | | | | | | |
|   | H8 | 2 | F | 4.0 | 0.10 | C | | | 1.9 | 0.05 |
|   | K9 | NSD | | | | | | | | |
| 2 | I5 | NSD | | | | | | | | |
|   | H3 | 3 | F | 5.0 | 0.10 | C | | | 2.4 | 0.05 |
|   |    | 4 | F | 2.5 | 0.10 | C | | | 1.2 | 0.05 |
|   |    | 5 | M | 13.0 | 7.00 | C | | | 6.3 | 3.40 |
|   | F2 | NSD | | | | | | | | |
|   | C5 | NSD | | | | | | | | |
|   | D8 | NSD | | | | | | | | |

NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423/report092605

**MVA SCIENTIFIC CONSULTANTS**
Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project# | 6423 | Amt Collected(cm²): | 100 |
| MVA Sample# | Q1428 | Amt Prepped(cm²): | 1.0 |
| Client I.D.: | Dust 11 | Filter Area (mm²): | 1255 |
| Instrument: | Phillps 120 | Filter Type: | PC |
| Magnification: | 24,400 | Openings Analyzed: | 10 |
| Acc. Voltage: | 100 KV | Grid Opening (mm²): | 0.008 |

Analyst: WH
Date: 9/7/05
Page: 1 of 1
Comments: 1.0
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I7 | NSD | | | | | | | | |
| | E4 | NSD | | | | | | | | |
| | C2 | 1 | F | 3.0 | 0.10 | C | C | | 1.2 | 0.04 |
| | A5 | NSD | | | | | | | | |
| | F9 | 2 | M | 1.6 | 0.10 | C | C | | 0.7 | 0.04 |
| 2 | A1 | NSD | | | | | | | | |
| | B3 | 3 | F | 2.8 | 0.10 | C | C | | 1.1 | 0.04 |
| | D2 | NSD | | | | | | | | |
| | C9 | 4 | F | 2.0 | 0.10 | C | C | | 0.8 | 0.04 |
| | | 5 | F | 3.2 | 0.10 | C | C | | 1.3 | 0.04 |
| | A7 | NSD | | | | | | | | |

*FD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| MVA Project# | 6423 | Amt Collected($cm^2$): | 100 | Analyst: | WH |
| MVA Sample# | Q1429 | Amt Prepped($cm^2$): | 1.0 | Date: | 9/8/05 |
| Client I.D.: | Dust 12 | Filter Area ($mm^2$): | 1256 | Page: | 1 of 1 |
| Instrument: | Phillips 120 | Filter Type: | PC | Comments: | 1.0 |
| Magnification: | 24,400 | Openings Analyzed: | 10 | ASTM Method: | D6480 |
| Acc. Voltage: | 100 KV | Grid Opening ($mm^2$): | 0.008 | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C1 | NSD | | | | | | | | |
| | B9 | NSD | | | | | | | | |
| | D7 | 1 | F | 1.1 | 0.10 | C | C | | 0.5 | 0.04 |
| | | 2 | F | 2.5 | 0.10 | C | C | | 1.0 | 0.04 |
| | F1 | NSD | | | | | | | | |
| | G4 | 3 | F | 4.0 | 0.10 | C | C | | 1.6 | 0.04 |
| 2 | H6 | 4 | F | 1.5 | 0.10 | C | C | | 0.6 | 0.04 |
| | | 5 | M | 2.5 | 0.10 | C | C | | 1.0 | 0.04 |
| | | 6 | F | 2.8 | 0.10 | C | C | | 1.1 | 0.04 |
| | | 7 | F | 2.5 | 0.10 | C | C | | 1.0 | 0.04 |
| | | 8 | M | 1.9 | 0.10 | C | C | | 0.8 | 0.04 |
| | I3 | NSD | | | | | | | | |
| | F10 | 9 | F | 2.5 | 0.10 | C | C | | 1.0 | 0.04 |
| | D9 | 10 | F | 1.5 | 0.10 | C | C | | 0.6 | 0.04 |
| | G4 | 11 | M | 1.8 | 0.10 | C | C | | 0.7 | 0.04 |

*FD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423/report092505

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project#: 6423 | Amt Collected($cm^2$): 100 | Analyst: WH |
| MVA Sample#: Q1430 | Amt Prepped($cm^2$): 1.0 | Date: 9/8/05 |
| Client I.D.: Dust 13 | Filter Area ($mm^2$): 1256 | Page: 1 of 1 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 1.0 |
| Magnification: 24,400 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 KV | Grid Opening ($mm^2$): 0.008 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F1 | NSD | | | | | | | | |
| | H4 | NSD | | | | | | | | |
| | B2 | NSD | | | | | | | | |
| | A5 | NSD | | | | | | | | |
| | G9 | NSD | | | | | | | | |
| 2 | F8 | NSD | | | | | | | | |
| | E1 | NSD | | | | | | | | |
| | C4 | NSD | | | | | | | | |
| | A2 | 1 | B | 1.6 | 0.30 | C | C | | 0.7 | 0.12 |
| | H2 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project#: 6423 | Amt Collected(cm$^2$): 100 | Analyst: WH | |
| MVA Sample#: Q1431 | Amt Prepped(cm$^2$): 1.0 | Date: 9/12/05 | |
| Client I.D.: Dust 14 | Filter Area (mm$^2$): 1256 | Page: 1 of 1 | |
| Instrument: Philips 120 | Filter Type: PC | Comments: 1.0 | |
| Magnification: 24,400 | Openings Analyzed: 10 | ASTM Method: D6480 ___ | |
| Acc. Voltage: 100 KV | Grid Opening (mm$^2$): 0.008 | or D5755 X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F4 | NSD | | | | | | | | |
|   | H7 | NSD | | | | | | | | |
|   | D3 | NSD | | | | | | | | |
|   | E7 | NSD | | | | | | | | |
|   | C9 | NSD | | | | | | | | |
| 2 | A9 | 1 | F | 1.4 | 0.10 | C | C | | 0.6 | 0.04 |
|   | H10 | NSD | | | | | | | | |
|   | G3 | NSD | | | | | | | | |
|   | E2 | NSD | | | | | | | | |
|   | I5 | NSD | | | | | | | | |

IFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092005

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project#: 6423 | Amt Collected(cm$^2$): 100 | Analyst: WH | |
| MVA Sample#: Q1432 | Amt Prepped(cm$^2$): 1.0 | Date: 9/9/05  9/12/05 | |
| Client I.D.: Dust 15 | Filter Area (mm$^2$): 1256 | Page: 1 of 1 | |
| Instrument: Philips 120 | Filter Type: PC | Comments: 1.0 | |
| Magnification: 24,400 | Openings Analyzed: 10 | ASTM Method: D5480 | |
| Acc. Voltage: 100 KV | Grid Opening (mm$^2$): 0.008 | or D5755 X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E3 | NSD | | | | | | | | |
| | F1 | NSD | | | | | | | | |
| | I6 | NSD | | | | | | | | |
| | D8 | NSD | | | | | | | | |
| | B5 | NSD | | | | | | | | |
| 2 | C5 | NSD | | | | | | | | |
| | D2 | 1 | F | 3.0 | 0.10 | C | C | | 1.2 | 0.04 |
| | F3 | 2 | B | 4.1 | 0.25 | C | C | | 1.7 | 0.10 |
| | A1 | 3 | F | 9.0 | 0.10 | C | C | | 3.7 | 0.04 |
| | J1 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected
**On Screen Measurement
***Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| MVA Project# | 6423 | Amt Collected(cm²): | 100 | Analyst: | WH |
|---|---|---|---|---|---|
| MVA Sample# | Q1433 | Amt Prepped(cm²): | 1.0 | Date: | 9/9/05 |
| Client I.D.: | Dust 16 | Filter Area (mm²): | 1256 | Page: | 1 of 1 |
| Instrument: | Philips 120 | Filter Type: | PC | Comments: | 1.0 |
| Magnification: | 24,400 | Openings Analyzed: | 10 | ASTM Method: | D6480 ___ |
| Acc. Voltage: | 100 KV | Grid Opening (mm²): | 0.008 | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H5 | NSD | | | | | | | | |
| | J3 | NSD | | | | | | | | |
| | D9 | NSD | | | | | | | | |
| | B5 | 1 | F | 3.9 | 0.10 | C | C | | 1.6 | 0.04 |
| | D1 | NSD | | | | | | | | |
| 2 | A4 | NSD | | | | | | | | |
| | E2 | NSD | | | | | | | | |
| | I8 | NSD | | | | | | | | |
| | H10 | NSD | | | | | | | | |
| | B1 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project#: 6423 | Amt Collected(cm²): 100 | Analyst: WH |
| MVA Sample#: Q1434 | Amt Prepped(cm²): 1.0 | Date: 9/9/05 |
| Client I.D.: Dust 17 | Filter Area (mm²): 1256 | Page: 1 of 1 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 50 ml |
| Magnification: 24,400 | Openings Analyzed: 10 | ASTM Method: D5480 |
| Acc. Voltage: 100 KV | Grid Opening (mm²): 0.008 | or D5755  X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F4 | NSD | | | | | | | | |
| | H7 | NSD | | | | | | | | |
| | I5 | NSD | | | | | | | | |
| | D1 | NSD | | | | | | | | |
| | B2 | NSD | | | | | | | | |
| 2 | E1 | NSD | | | | | | | | |
| | C3 | NSD | | | | | | | | |
| | B5 | NSD | | | | | | | | |
| | G6 | NSD | | | | | | | | |
| | H2 | NSD | | | | | | | | |

*ND or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project#: 6423 | Amt Collected(cm²): 100 | Analyst: WH |
| MVA Sample#: Q1435 | Amt Prepped(cm²): 1.0 | Date: 9/12/05 |
| Client I.D.: Dust 20 | Filter Area (mm²): 1256 | Page: 1 of 1 |
| Instrument: Philips 120 | Filter Type: PC | Comments: 1.0 |
| Magnification: 24,400 | Openings Analyzed: 10 | ASTM Method: D6480 |
| Acc. Voltage: 100 KV | Grid Opening (mm²): 0.008 | or D5755  X |

| Grid | Opening | Structure Number | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F2 | 1 | M | 2.5 | 0.10 | C | C | | 1.0 | 0.04 |
| | | 2 | F | 1.8 | 0.10 | C | C | | 0.7 | 0.04 |
| | | 3 | F | 1.5 | 0.20 | C | C | | 0.6 | 0.08 |
| | | 4 | B | 10.0 | 0.35 | C | C | | 4.1 | 0.14 |
| | | 5 | F | 12.5 | 0.10 | C | C | | 5.1 | 0.04 |
| | D4 | 6 | F | 2.6 | 0.10 | C | C | | 1.1 | 0.04 |
| | | 7 | F | 5.5 | 0.10 | C | C | | 2.3 | 0.04 |
| | | 8 | B | 5.5 | 0.40 | C | C | | 2.3 | 0.16 |
| | B1 | 9 | F | 1.3 | 0.10 | C | C | | 0.5 | 0.04 |
| | | 10 | F | 2.2 | 0.10 | C | C | | 0.9 | 0.04 |
| | H5 | 11 | F | 7.5 | 0.30 | C | C | | 3.1 | 0.12 |
| | | 12 | F | 4.3 | 0.10 | C | C | | 1.8 | 0.04 |
| | | 13 | B | 2.5 | 0.50 | C | C | | 1.0 | 0.20 |
| | | 14 | F | 1.5 | 0.10 | C | C | | 0.6 | 0.04 |
| | I3 | 15 | B | 3.5 | 0.25 | C | C | | 1.4 | 0.10 |
| | | 16 | F | 10.0 | 0.10 | C | C | | 4.1 | 0.04 |
| | | 17 | F | 19.8 | 0.10 | C | C | | 8.1 | 0.04 |
| | | 18 | F | 1.5 | 0.10 | C | C | | 0.6 | 0.04 |
| 2 | J5 | 19 | F | 5.8 | 0.20 | C | C | | 2.4 | 0.08 |
| | | 20 | M | 2.5 | 0.20 | C | C | | 1.0 | 0.08 |
| | I1 | 21 | F | 2.5 | 0.10 | C | C | | 1.0 | 0.04 |
| | | 22 | F | 7.0 | 0.10 | C | C | | 2.9 | 0.04 |
| | C8 | 23 | F | 5.0 | 0.10 | C | C | | 2.0 | 0.04 |
| | | 24 | F | 1.2 | 0.10 | C | C | | 0.5 | 0.04 |
| | | 25 | B | 4.8 | 0.20 | C | C | | 2.0 | 0.08 |
| | B6 | 26 | F | 5.0 | 0.10 | C | C | | 2.0 | 0.04 |
| | | 27 | F | 8.0 | 0.10 | C | C | | 3.3 | 0.04 |
| | A1 | 28 | F | 4.8 | 0.10 | C | C | | 2.0 | 0.04 |
| | | 29 | F | 1.8 | 0.10 | C | C | | 0.7 | 0.04 |
| | | 30 | F | 6.6 | 0.10 | C | C | | 2.7 | 0.04 |
| | | 31 | F | 2.0 | 0.10 | C | C | | 0.8 | 0.04 |
| | | 32 | F | 10.0 | 0.20 | C | C | | 4.1 | 0.08 |
| | | 33 | F | 2.6 | 0.20 | C | C | | 1.1 | 0.08 |
| | | 34 | B | 4.0 | 0.30 | C | C | | 1.6 | 0.12 |
| | | 35 | F | 8.0 | 0.10 | C | C | | 3.3 | 0.04 |

*FD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type:  B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED:  C = Chrysotile, A = Amphibole
EDS:  C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| MVA Project# | 6423 | Amt Collected(cm$^2$): | 100 | Analyst: | WH |
|---|---|---|---|---|---|
| MVA Sample# | Q1436 | Amt Prepped(cm$^2$): | 50 | Date: | 9/13/05 |
| Client I.D.: | Dust 21 | Filter Area (mm$^2$): | 1256 | Page: | 1 of 1 |
| Instrument: | Philips 120 | Filter Type: | PC | Comments: | 50 ml |
| Magnification: | 24,400 | Openings Analyzed: | 10 | ASTM Method: | D6480 |
| Acc. Voltage: | 100 KV | Grid Opening (mm$^2$): | 0.008 | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F1 | NSD | | | | | | | | |
|   | G4 | NSD | | | | | | | | |
|   | I9 | 1 | F | 3.0 | 0.10 | C | C | | 1.2 | 0.04 |
|   | E8 | 2 | M | 1.5 | 0.10 | C | C | | 0.6 | 0.04 |
|   | D5 | 3 | F | 1.5 | 0.10 | C | C | | 0.6 | 0.04 |
|   |    | 4 | F | 3.5 | 0.10 | C | C | | 1.4 | 0.04 |
| 2 | E1 | 5 | C | 25.0 | 5.00 | C | C | | 10.2 | 2.05 |
|   | H3 | 6 | F | 3.1 | 0.10 | C | C | | 1.3 | 0.04 |
|   | C5 | NSD | | | | | | | | |
|   | B10 | NSD | | | | | | | | |
|   | A6 | NSD | | | | | | | | |

**FD or NSD = No Fibers Detected or No Structures Detected
*On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605